UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>               *Defendant*. | No. 22-cr-15 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Edward Vallejo's motion to dismiss Count One, it is hereby ordered that Count One is dismissed.

It is SO ORDERED.

_____        _____
Date                                             Hon. Amit P. Mehta
                                                        United States District Judge