IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) |
| v. | ) Criminal No. 1:22-cr-00015-APM ) ) |
| **ELMER STUART RHODES, et al.**, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Motion to Substitute Counsel, it is, this ___ day of May, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Stanley Woodward Jr. and Julia Z. Haller shall notice their appearances on behalf of Defendant Kelly Meggs; and it is further

ORDERED that the Clerk of the Court shall withdraw the appearance of Jonathan Alden Moseley for Defendant Kelly Meggs.

**SO ORDERED.**

_____
The Honorable Amit Mehta
United States District Court Judge