**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KELLY MEGGS**<br><br>**ACCUSED**<br><br>*Styled as <u>USA v. STEWART RHODES, et al.</u> incorporating cases against multiple Defendants* | **Criminal Case No.**<br><br>1:22-cr-00015-APM<br><br>*Previously included within*<br><br>1:21-cr-00028-APM<br><br>Assigned to the Honorable Amit Mehta, District Court Judge |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Comes now the attorney Jonathon A. Moseley as co-counsel for the Defendant Kelly Meggs and hereby files this notice of withdrawal as counsel from the case pursuant to Local Rule 83.6(b). Local Rule 83.6(b) can apply through simple notice without the need for a motion, to the extent that Defendant Kelly Meggs will also be represented by attorneys

        Stanley E. Woodward, Jr.
        (D.C. Bar No. 997320)
        BRAND WOODWARD, LP
        1808 Park Road, Northwest
        Washington, DC 20010
        202-996-7447 (telephone)
        202-996-0113 (facsimile)
        **Stanley@BrandWoodwardLaw.com**

        Juli Z. Haller,
        (DC 466921)
        The Law Offices of Julia Haller
        601 Pennsylvania Avenue, Northwest, Suite 900
        Washington, DC 20004
        Telephone: (202) 729-2201
        HallerJulia@outlook.com

Dated:  May 17, 2022 				RESPECTFULLY  SUBMITTED
						JONATHON A. MOSELEY,
						withdrawing as counsel for KELLY MEGGS

						*Jonathon A. Moseley, Esq.*

						Mailing address only:
						5765-F Burke Centre Parkway, PMB #337
						Burke, Virginia 22015
						Telephone:  (703)  656-1230
						**Contact@JonMoseley.com**
						**Moseley391@gmail.com**

## CERTIFICATE OF SERVICE

     I hereby certify that on May 17, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

     **Jeffrey S. Nestler**
     U.S. ATTORNEY'S OFFICE
     555 Fourth Street NW
     Washington, DC 20530
     202-252-7277
     **jeffrey.nestler@usdoj.gov**

     **Kathryn Leigh Rakoczy**
     U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
     555 Fourth Street, NW
     Washington, DC 20530
     (202) 252-6928
     (202) 305-8537 (fax)
     **kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
justin.sher@usdoj.gov

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
troy.edwards@usdoj.gov

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
Alexandra.Hughes@usdoj.gov

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
louis.manzo@usdoj.gov

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov