IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>KELLY MEGGS, )<br>)<br>Defendant. )<br>) | Criminal No. 1:22-cr-00015-APM |

**<u>NOTICE OF APPEARANCE</u>**

THE CLERK OF THE COURT will kindly note the Appearance of Julia Z. Haller, of the Law Offices of Julia Haller, as counsel for *Defendant, Kelly Meggs*, as co-counsel, with Stanley Woodward and his firm, Brand Woodward Law, LP, in the above-captioned case.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐   CJA          ☒   RETAINED          ☐   FEDERAL PUBLIC DEFENDER

KELLY MEGGS

Respectfully Submitted,

　　　*/s/ Juli Haller*
Juli Z. Haller, (DC 466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 352-2615
Email: HallerJulia@outlook.com

## CERTIFICATE OF SERVICE

On June 24, 2022 the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

*/s/ Juli Haller*
Juli Z. Haller, (DC 466921)
