IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Criminal No. 1:22-cr-00015-APM </br>) </br>) |
| v. | ) </br>) |
| **KELLY MEGGS,** | ) </br>) </br>) |
| **Defendants** | ) </br>) </br>) |

**ORDER**

Based upon the motion by defendant Kelly Meggs, any opposition thereto, any reply in support of the motion, oral argument, and the entire record before this court, the Motion in Limine seeks to bar the government from introducing evidence that the government seized two illegal short barrel firearms from Jerry Brown's residence and military ordinance grenades from Brown's RV—the same RV that Brown used to travel to Washington, D.C. on January 6, cited in the Government's Motion Regarding Anticipated Trial Evidence And Notice Pursuant To Federal Rule Of Evidence 404(B), ECF 190 / ECF 187, filed on July 8, 2022.

On October 19, 2021, Defendant Jerry Brown was charged in an Indictment with two counts of possessing unregistered firearms and two counts of possession of unregistered explosive devices, in violation of 26 U.S.C. §§ 5861(d) and 5871; and improper storage of grenades, in violation of 18 U.S.C. §§ 842(j) and 844(b). (MDDC Florida, Tampa Div., 08-21-cr-00348-SCB-SEF at ECF 21).

The cited evidence from the search dated September 30, 2021 is well outside the time of the alleged conspiracy and further the court order, while recognizing probable cause for the search, also found that because Defendant was in the process of moving and had recently purchased the trailer, it was *"probable that many of [his] possessions, including electronics, guns, ammunition, and explosives, which constitute potential evidence in the investigation*, have

been moved to the RV or the Trailer." (MDDC Florida, Tampa Div., 08-21-cr-00348-SCB-SEF, ECF 196 *citing* Doc. 193, Ex. 1 at 22, 29, 31 at 45, pp. 8-9.).   Therefore to admit evidence of the seized weapons at trial would be more prejudicial than probative.  The Motion in limine is hereby granted.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*