IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 1:22-cr-00015-APM |
| | ) |
| v. | ) |
| | ) |
| KELLY MEGGS, | ) |
| | ) |
| Defendants | ) |
| | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 1:21-cr-00028-APM |
| v. | ) |
| | ) |
| CONNIE MEGGS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Based upon the motion by defendant Kelly Meggs, any opposition thereto, any reply in support of the motion, oral argument, and the entire record before this court, the Motion in Limine seeks to bar the government from introducing evidence to bar reference at trial of marital privileged communications, privileged communications that are further prejudicial while not genuinely probative. It is outside the alleged conspiracy and is not only subject to the marital communications privilege but is also more prejudicial than probative and thereby not subject to disclosure at trial under FRE 404(b), 403 and 501, the motion in limine is therefore Granted.

The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*