# EXHIBIT A



05/11/2022

**Case Info:**
USA vs. Elmer Stewart Rhodes III
1:22-cr-00015

**Witness:**
John Siemens (Col)



*On 05/11/2022, PI Marissa Wallace interviewed (Col.) John Siemens at his residence with his wife Vashti Siemens present in Spring Branch, TX.   Photographs were obtained by text of various events and will be available upon request.*

**Summary:**

1. John Siemens, who goes by "Colonel" has been with the Oath Keepers since 2015 and has been acting President of the Oath Keepers since Stewart Rhodes' arrest.  Siemens' title is Senior V.P. for the National chapter of the Oath Keepers.

2. Siemens was not involved in the J6 event, nor was he present, but he is the most knowledgable member regarding the Oath Keepers and how they ran their mission to assist citizens with security details and disaster relief.

3. Siemens can provide testimony of the many security details for private and public property and citizens during violent protests, political rallies that can become violent and the riots in Ferguson, MO and Louisville, KY.  They also assisted with disaster relief missions in Houston and Puerto Rico as well as Ranch security trainings that the Oath Keepers have provided to citizens in need at the Texas border.

4. Siemens can discuss their policies of working with law enforcement as community liaisons.
5. Siemens is also able to explain the vetting process and the problems of the vetting process with the Oath Keepers from a National Level with over 40 thousand members.  He is knowledgeable about the way the group is organized nationally and their rules of engagement that each member signs along with a liability waiver.
6. Siemens can testify to the Oath Keepers policy to obey each State's law regarding gun laws.
7. Siemens is an Air Force Veteran who was commissioned in January of 1970 and is a Viet Nam Vet who served in Viet Nam and Korea.  Siemens studied Nuclear Engineering at Kansas State University and Mechanical engineering at Wichita State University.
8. Siemens stayed on as a reserve till 2000 providing 30 years military service.
9. Siemens worked for Cessna Aircraft and was a test pilot for 27 years till he started a consulting business.  He fully retired in 2017.
10. In August of 2017, Siemens provided disaster relief for Hurricane Harvey with the Oath Keepers in Houston, TX, south of the International Airport in the 5th Ward.  He recalls 20+ Oath Keepers helping with security at a warehouse where donations were being stored for the victims of Hurricane Harvey.
11. November 2017, Siemens and the Oath Keepers performed security of the building and for the members of the church in Sutherland Springs, TX where 26 were killed at the First Baptist Church.
12. Summer of 2018, Siemens met his now wife, Vashti Madden, who was assisting the Oath Keeper in the area.  As a Mexican native and living in El Paso, Vashti was strong in the republican party and helped the Oath Keepers with their security details at the Texas border.
13. March 4, 2019 - Siemens provided security for the Eagle Pass Border Operation where the Oath Keepers assisted the Border Patrol Station south of Eagle Pass, TX.
14. June 15, 2019, Siemens and the Oath Keepers assisted security details by the new wall being built in El Paso, TX
15. October 17, 2019, Siemens and Oath Keepers provide security at a Dallas Trump Rally where ANTIFA was attempting to cause a public disturbance.
16. November 1, 2019, Siemens/ Oath Keepers  provided security details sat the Mississippi Trump Rally.
17. May 9, 2020,  Siemens provided security (many times) for politician Alan West.
18. October 24, 2021, Siemens worked side by side with Stewart Rhodes at the border before and after Jan 6, 2021 teaching security and tactical training to ranchers in the area for their family and property protection.

NFI