# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v.                                                     ) <br> ) <br> **ELMER STUART RHODES, et al.,**   ) <br> ) <br> **Defendants.**                             ) | **Criminal No. 1:22-cr-00015-APM** |

## [PROPOSED] ORDER

Upon consideration of Defendant Kelly Meggs's Motion, it is, this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

.

**SO ORDERED.**


_____
The Honorable Amit Mehta
United States District Court Judge