CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ELMER STEWART RHODES, III, et al.

Civil/Criminal No.: 22-cr-15 (APM)

## NOTE FROM JURY

Seditious conspiracy charge:

Clarify: "prevent, hinder, or delay the execution of any law of the U.S."

vs

"governing the transfer of presidential power, including the US Constitution"

Date: 11/28/2022
Time: 10:57