```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )    CR No. 22-15
                               )    Washington, D.C.
     vs.                       )    April 29, 2022
                               )    9:16 a.m.
KELLY MEGGS (2),               )
                               )
        Defendant.             )
_____)


      TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Jeffrey S. Nestler
                           U.S. ATTORNEY'S OFFICE
                           555 Fourth Street NW
                           Washington, DC 20530
                           (202) 252-7277
                           Email:
                           jeffrey.nestler@usdoj.gov

For the Defendant:         Jonathan Alden Moseley
                           JONATHAN MOSELEY
                           ATTORNEY AT LAW
                           5765-F Burke Centre Parkway
                           #337
                           Burke, VA 22015
                           (703) 656-1230
                           Email: contact@jonmoseley.com
```

```
APPEARANCES CONTINUED:

Court Reporter:           William P. Zaremba
                          Registered Merit Reporter
                          Certified Realtime Reporter
                          Official Court Reporter
                          E. Barrett Prettyman CH
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

P R O C E E D I N G S

COURTROOM DEPUTY: Good morning, Your Honor. This is Criminal Case No. 22-15-2, United States of America versus Kelly Meggs.

Jeffrey Nestler for the government.

Jonathan Moseley is caretaker counsel for the defendant.

Mr. Meggs is appearing via videoconference for this hearing.

THE COURT: Okay. Good morning, everyone.

Mr. Meggs, good morning to you, sir. Can you hear me okay?

THE DEFENDANT: Yes, Your Honor.

THE COURT: All right. So we're back this morning just to check in and see where things stand in terms of representation for Mr. Meggs.

Mr. Moseley, any updates?

MR. MOSELEY: From my side here, just that we have made efforts. And we do have a couple interested, promising attorneys, but they want a lot of money.

And so we've had, I think, Dave Fischer for Thomas Caldwell, helped out with his contacts, I've tried all of my other contacts.

And the lawyer I had hoped for seems to have disappeared on us. I don't know about the projects out

1  there to target conservative lawyers that have been
2  published and their intentions announced, but he doesn't
3  seem to be responding at all, and we thought that it would
4  be a perfect fit.
5  　　　　　So my parallel/friend has found a couple
6  attorneys, but -- one dealt with the Kyle Rittenhouse case
7  would want, like $500,000 to start with, and another one is
8  worried about his schedule, but he's otherwise very
9  interested.  So they're looking at their ability to fit this
10 in throughout the rest of this year with about five trials
11 going through August.
12 　　　　　THE COURT:  So I guess, Mr. Moseley, the bottom
13 line is we don't have anybody yet?
14 　　　　　MR. MOSELEY:  Right.
15 　　　　　THE COURT:  Okay.
16 　　　　　Mr. Meggs, anything you'd like to update us on, to
17 the extent that you have any updates, about the efforts?
18 　　　　　THE DEFENDANT:  Yeah, I'm currently in discussion
19 with two attorneys now, relatively close to me, help me put
20 somebody together.  So I think I'll be okay here within the
21 next week.
22 　　　　　THE COURT:  Oh, okay.  Well, that's good news.
23 Good news.
24 　　　　　All right.  Well, I also am working on a different
25 track and have contacted the Public Defender here and asked

1   him to start looking into options.  And when I communicated
2   with him earlier this week, he said they're still working on
3   it and that they would probably need a little bit more time
4   to get back to me.
5           All right.  Look, I guess the bottom line is that
6   we've got the parallel tracks all running, and hopefully
7   certainly it sounds like Mr. Meggs' track may be the most
8   promising.
9           Mr. Meggs, and you don't need to provide names or
10  any more commitments than have been made to you, but is it
11  your belief that somebody will be entering an appearance on
12  your behalf next week?
13          THE DEFENDANT:  I believe so, Your Honor.  Not 100
14  percent positive, but it's looking good right now.
15          THE COURT:  Okay.  All right.  Great.
16          All right.  Well, let's just put a date down just
17  as another placeholder.  We actually -- we're all together
18  next Friday, so I don't think we necessarily need to put
19  another date down.
20          So let's go ahead and just -- we'll put next
21  Friday down and -- well, we have next Friday down already on
22  the calendar and we'll see where things stand at that point.
23  And hopefully Mr. Meggs will have counsel, have entered an
24  appearance by that point; and if not, we'll just have to see
25  if we can get somebody appointed quickly, okay?

```
 1              MR. MOSELEY:  All right.
 2              And, Your Honor, I just want it to be clear that
 3   we have been busy, but, you know, we can't -- you know,
 4   there have been many attempts, so I just want that to be
 5   clear.
 6              THE COURT:  No.  I understand and I appreciate
 7   that, Mr. Moseley.
 8              All right.  Well, Mr. Nestler, did you want to add
 9   anything?
10              MR. NESTLER:  No, Your Honor.  Thank you.
11              THE COURT:  All right.  So we'll see everybody
12   next Friday.  And if there are any developments before then,
13   we can gather quickly if we need to, all right?
14              Thanks, everybody.
15              (Proceedings concluded at 9:21 a.m.)
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

      Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__September 27, 2022__   

                              William P. Zaremba, RMR, CRR

| | | | | |
|---|---|---|---|---|
| **CONFERENCE [1]** 1/10 | also [1] 4/24<br>am [1] 4/24<br>**AMERICA [2]** 1/3 3/3<br>**AMIT [1]** 1/10<br>announced [1] 4/2<br>another [3] 4/7 5/17 5/19<br>any [4] 3/17 4/17 5/10 6/12<br>anybody [1] 4/13<br>anything [2] 4/16 6/9<br>appearance [2] 5/11 5/24<br>**APPEARANCES [2]** 1/12 2/1<br>appearing [1] 3/8<br>appointed [1] 5/25<br>appreciate [1] 6/6<br>**April [1]** 1/5<br>are [1] 6/12<br>as [1] 5/17<br>asked [1] 4/25<br>attempts [1] 6/4<br>**ATTORNEY [1]** 1/18<br>**ATTORNEY'S [1]** 1/13<br>attorneys [3] 3/20 4/6 4/19<br>**August [1]** 4/11<br>**Avenue [1]** 2/4<br>**B**<br>back [2] 3/14 5/4<br>**Barrett [1]** 2/4<br>be [7] 4/3 4/4 4/20 5/7 5/11 6/2 6/4<br>been [4] 4/1 5/10 6/3 6/4<br>before [2] 1/10 6/12<br>behalf [1] 5/12<br>belief [1] 5/11<br>believe [1] 5/13<br>bit [1] 5/3<br>bottom [2] 4/12 5/5<br>**Burke [2]** 1/18 1/19<br>busy [1] 6/3<br>**C**<br>**Caldwell [1]** 3/22<br>calendar [1] 5/22<br>can [3] 3/11 5/25 6/13<br>can't [1] 6/3<br>caretaker [1] 3/6<br>case [2] 3/3 4/6<br>**Centre [1]** 1/18<br>certainly [1] 5/7<br>**Certified [1]** 2/3<br>certify [1] 7/2<br>**CH [1]** 2/4<br>check [1] 3/15<br>clear [2] 6/2 6/5<br>close [1] 4/19<br>**COLUMBIA [1]** 1/1<br>commitments [1] 5/10<br>communicated [1] 5/1<br>computer [1] 2/7<br>computer-aided [1] 2/7<br>concluded [1] 6/15 | conservative [1] 4/1<br>**Constitution [1]** 2/4<br>contact [1] 1/20<br>contacted [1] 4/25<br>contacts [2] 3/22 3/23<br>**CONTINUED [1]** 2/1<br>correct [1] 7/3<br>counsel [2] 3/6 5/23<br>couple [2] 3/19 4/5<br>court [4] 1/1 2/2 2/3 7/7<br>**COVID [1]** 7/6<br>**COVID-19 [1]** 7/6<br>**CR [1]** 1/4<br>**Criminal [1]** 3/3<br>**CRR [2]** 7/2 7/11<br>currently [1] 4/18<br>**D**<br>**D.C [2]** 1/5 2/5<br>date [3] 5/16 5/19 7/10<br>**Dave [1]** 3/21<br>**DC [1]** 1/14<br>dealt [1] 4/6<br>defendant [3] 1/7 1/17 3/7<br>**Defender [1]** 4/25<br>developments [1] 6/12<br>did [1] 6/8<br>different [1] 4/24<br>disappeared [1] 3/25<br>discussion [1] 4/18<br>**DISTRICT [3]** 1/1 1/1 1/10<br>do [1] 3/19<br>doesn't [1] 4/2<br>don't [4] 3/25 4/13 5/9 5/18<br>down [4] 5/16 5/19 5/21 5/21<br>during [1] 7/5<br>**E**<br>earlier [1] 5/2<br>efforts [2] 3/19 4/17<br>**Email [2]** 1/15 1/20<br>entered [1] 5/23<br>entering [1] 5/11<br>everybody [2] 6/11 6/14<br>everyone [1] 3/10<br>extent [1] 4/17<br>**F**<br>**Fischer [1]** 3/21<br>fit [2] 4/4 4/9<br>five [1] 4/10<br>foregoing [1] 7/3<br>found [1] 4/5<br>**Fourth [1]** 1/14<br>**Friday [4]** 5/18 5/21 5/21 6/12<br>friend [1] 4/5<br>**G**<br>gather [1] 6/13<br>get [2] 5/4 5/25<br>go [1] 5/20 | go ahead [1] 5/20<br>going [1] 4/11<br>good [6] 3/2 3/10 3/11 4/22 4/23 5/14<br>good morning [2] 3/10 3/11<br>got [1] 5/6<br>government [2] 1/13 3/5<br>**Great [1]** 5/15<br>guess [2] 4/12 5/5<br>**H**<br>had [2] 3/21 3/24<br>has [1] 4/5<br>have [14]<br>he [2] 4/2 5/2<br>he said [1] 5/2<br>he's [1] 4/8<br>hear [1] 3/11<br>hearing [2] 3/9 7/5<br>help [1] 4/19<br>helped [1] 3/22<br>here [3] 3/18 4/20 4/25<br>him [2] 5/1 5/2<br>his [2] 3/22 4/8<br>**Honor [5]** 3/2 3/13 5/13 6/2 6/10<br>**HONORABLE [1]** 1/10<br>hoped [1] 3/24<br>hopefully [2] 5/6 5/23<br>**I**<br>I also [1] 4/24<br>I don't [1] 5/18<br>I guess [1] 5/5<br>I just [2] 6/2 6/4<br>I'll [1] 4/20<br>I'm [1] 4/18<br>I've [1] 3/22<br>intentions [1] 4/2<br>interested [2] 3/19 4/9<br>is [9]<br>it [5] 4/3 5/3 5/7 5/10 6/2<br>it's [1] 5/14<br>**J**<br>**Jeffrey [2]** 1/13 3/5<br>jeffrey.nestler [1] 1/16<br>**Jonathan [3]** 1/17 1/17 3/6<br>jonmoseley.com [1] 1/20<br>**JUDGE [1]** 1/10<br>just [8]<br>**K**<br>**KELLY [2]** 1/6 3/4<br>know [3] 3/25 6/3 6/3<br>**Kyle [1]** 4/6<br>**L**<br>**LAW [1]** 1/18<br>lawyer [1] 3/24<br>lawyers [1] 4/1<br>let's [2] 5/16 5/20<br>like [3] 4/7 4/16 5/7<br>limitations [1] 7/7 | line [2] 4/13 5/5<br>little [1] 5/3<br>**Look [1]** 5/5<br>looking [3] 4/9 5/1 5/14<br>lot [1] 3/20<br>**M**<br>made [2] 3/19 5/10<br>many [1] 6/4<br>matter [1] 7/4<br>may [1] 5/7<br>me [4] 3/12 4/19 4/19 5/4<br>mechanical [1] 2/7<br>**MEGGS [8]**<br>**Meggs' [1]** 5/7<br>**MEHTA [1]** 1/10<br>**Merit [1]** 2/2<br>money [1] 3/20<br>more [2] 5/3 5/10<br>morning [4] 3/2 3/10 3/11 3/14<br>**Moseley [6]** 1/17 1/17 3/6 3/17 4/12 6/7<br>most [1] 5/7<br>**Mr [1]** 4/12<br>**Mr. [10]**<br>**Mr. Meggs [6]** 3/8 3/11 3/16 4/16 5/9 5/23<br>**Mr. Meggs' [1]** 5/7<br>**Mr. Moseley [2]** 3/17 6/7<br>**Mr. Nestler [1]** 6/8<br>my [3] 3/18 3/22 4/5<br>**N**<br>names [1] 5/9<br>necessarily [1] 5/18<br>need [4] 5/3 5/9 5/18 6/13<br>**Nestler [3]** 1/13 3/5 6/8<br>news [2] 4/22 4/23<br>next [6] 4/21 5/12 5/18 5/20 5/21 6/12<br>**No [4]** 1/4 3/3 6/6 6/10<br>not [2] 5/13 5/24<br>note [1] 7/5<br>now [2] 4/19 5/14<br>**NW [2]** 1/14 2/4<br>**O**<br>occurred [1] 7/5<br>**OFFICE [1]** 1/13<br>**Official [1]** 2/3<br>**Oh [1]** 4/22<br>okay [7] 3/10 3/12 4/15 4/20 4/22 5/15 5/25<br>one [2] 4/6 4/7<br>options [1] 5/1<br>other [1] 3/23<br>otherwise [1] 4/8<br>out [2] 3/22 3/25<br>**P**<br>pandemic [1] 7/6<br>parallel [2] 4/5 5/6<br>parallel/friend [1] 4/5<br>**Parkway [1]** 1/18 |
| **COURTROOM DEPUTY: [1]** 3/2<br>**MR. MOSELEY: [3]** 3/18 4/14 6/1<br>**MR. NESTLER: [1]** 6/10<br>**THE COURT: [8]**<br>**THE DEFENDANT: [3]** 3/13 4/18 5/13<br>**$**<br>**$500,000 [1]** 4/7<br>**1**<br>**100 [1]** 5/13<br>**1230 [1]** 1/20<br>**15 [1]** 1/4<br>**19 [1]** 7/6<br>**2**<br>**20001 [1]** 2/5<br>**202 [2]** 1/15 2/5<br>**2022 [2]** 1/5 7/10<br>**20530 [1]** 1/14<br>**22-15 [1]** 1/4<br>**22-15-2 [1]** 3/3<br>**22015 [1]** 1/19<br>**252-7277 [1]** 1/15<br>**27 [1]** 7/10<br>**29 [1]** 1/5<br>**3**<br>**3249 [1]** 2/5<br>**333 [1]** 2/4<br>**337 [1]** 1/19<br>**354-3249 [1]** 2/5<br>**5**<br>**555 [1]** 1/14<br>**5765-F [1]** 1/18<br>**6**<br>**656-1230 [1]** 1/20<br>**7**<br>**703 [1]** 1/20<br>**7277 [1]** 1/15<br>**9**<br>**9:16 [1]** 1/6<br>**9:21 [1]** 6/15<br>**A**<br>a.m [2] 1/6 6/15<br>ability [1] 4/9<br>about [4] 3/25 4/8 4/10 4/17<br>above [1] 7/4<br>above-titled [1] 7/4<br>actually [1] 5/17<br>add [1] 6/8<br>ahead [1] 5/20<br>aided [1] 2/7<br>**Alden [1]** 1/17<br>all [13]<br>all right [2] 5/15 6/13<br>already [1] 5/21 | | | | |

## P

percent [1]  5/14
perfect [1]  4/4
placeholder [1]  5/17
Plaintiff [1]  1/4
Please [1]  7/5
point [2]  5/22 5/24
positive [1]  5/14
Prettyman [1]  2/4
probably [1]  5/3
proceedings [4]  1/9
 2/7 6/15 7/4
produced [1]  2/7
projects [1]  3/25
promising [2]  3/19 5/8
provide [1]  5/9
Public [1]  4/25
published [1]  4/2
put [4]  4/19 5/16 5/18
 5/20

## Q

quickly [2]  5/25 6/13

## R

Realtime [1]  2/3
record [1]  7/3
recorded [1]  2/7
Registered [1]  2/2
relatively [1]  4/19
remotely [1]  7/7
Reporter [4]  2/2 2/2
 2/3 2/3
reporting [1]  7/7
representation [1]
 3/16
responding [1]  4/3
rest [1]  4/10
right [11]
Rittenhouse [1]  4/6
RMR [2]  7/2 7/11
running [1]  5/6

## S

said [1]  5/2
schedule [1]  4/8
see [4]  3/15 5/22 5/24
 6/11
seem [1]  4/3
seems [1]  3/24
September [1]  7/10
side [1]  3/18
sir [1]  3/11
so [11]
So I think [1]  4/20
somebody [3]  4/20
 5/11 5/25
sounds [1]  5/7
stand [2]  3/15 5/22
start [2]  4/7 5/1
STATES [4]  1/1 1/3
 1/10 3/3
STATUS [1]  1/9
stenography [1]  2/7
still [1]  5/2
Street [1]  1/14
subject [1]  7/6

target [1]  4/1
technological [1]  7/7
terms [1]  3/15
than [1]  5/10
Thank [1]  6/10
Thank you [1]  6/10
Thanks [1]  6/14
that [13]
that's [1]  4/22
their [2]  4/2 4/9
then [1]  6/12
there [3]  4/1 6/4 6/12
therefore [1]  7/6
they [2]  3/20 5/3
they're [2]  4/9 5/2
things [2]  3/15 5/22
think [3]  3/21 4/20 5/18
this [7]  3/3 3/9 3/14 4/9
 4/10 5/2 7/5
This is [1]  3/3
Thomas [1]  3/21
thought [1]  4/3
through [1]  4/11
throughout [1]  4/10
time [1]  5/3
titled [1]  7/4
together [2]  4/20 5/17
track [2]  4/25 5/7
tracks [1]  5/6
transcript [3]  1/9 2/7
 7/3
transcription [1]  2/7
trials [1]  4/10
tried [1]  3/22
two [1]  4/19

## U

U.S [1]  1/13
understand [1]  6/6
UNITED [4]  1/1 1/3
 1/10 3/3
United States of [1]
 3/3
update [1]  4/16
updates [2]  3/17 4/17
us [2]  3/25 4/16
usdoj.gov [1]  1/16

## V

VA [1]  1/19
versus [1]  3/4
very [1]  4/8
via [2]  1/9 3/8
videoconference [1]
 3/8
vs [1]  1/5

## W

want [5]  3/20 4/7 6/2
 6/4 6/8
Washington [3]  1/5
 1/14 2/5
we [12]
we'll [4]  5/20 5/22 5/24
 6/11
we're [2]  3/14 5/17
we've [2]  3/21 5/6

week [3]  4/21 5/2 6/2
well [5]  4/22 4/24 5/16
 5/21 6/8
when [1]  5/1
where [2]  3/15 5/22
will [2]  5/11 5/23
William [3]  2/2 7/2 7/11
within [1]  4/20
working [2]  4/24 5/2
worried [1]  4/8
would [3]  4/3 4/7 5/3

## Y

Yeah [1]  4/18
year [1]  4/10
Yes [1]  3/13
yet [1]  4/13
you [9]
you'd [1]  4/16
your [7]  3/2 3/13 5/11
 5/12 5/13 6/2 6/10
Your Honor [5]  3/2
 3/13 5/13 6/2 6/10

## Z

Zaremba [3]  2/2 7/2
 7/11
ZOOM [1]  1/9