IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 1:22-cr-00015-APM |
| KELLY MEGGS, | ) ) ) | |
| Defendant. | ) ) | |

# MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL

COMES NOW Attorney Julia Haller, co-counsel for Defendant KELLY MEGGS, to respectfully move this Honorable Court for the entry of an Order granting leave to withdraw as co-counsel in 22-CR-15-APM. As grounds, the following is stated:

1. Undersigned counsel and co-counsel, Stanley Woodward, moved to Substitute as Counsel for Mr. Kelly Meggs or about May 16, 2022 in anticipation of his upcoming trial and after the sudden unavailability of prior counsel. (ECF 139).

2. On May 18, 2022, this court issued a Minute Order finding that Defendant KELLY MEGGS's (ECF 139) Motion to Substitute Attorney is conditionally granted, pending resolution and possible waiver of any conflicts issues. Signed by Judge Amit P. Mehta on 5/18/2022.

3. Undersigned counsel entered an appearance as co-counsel for Mr. Meggs on June 24, 2022. (ECF 175).

4. Undersigned counsel and co-counsel, Mr. Woodward continued to represent Mr. Meggs throughout his trial that began with jury selection on or about September 27,

1

2022 which continued through October 3, 2022, and trial proceeded through verdict on November 29, 2022.

5. Undersigned counsel and co-counsel continued representation of Mr. Meggs through the filing of his Post-Trial motions, to include Mr. Meggs' filed Reply in Support of his Motions on January 24, 2023 (ECF 462 and 463).

6. At this time, Mr. Meggs' sentencing is currently scheduled for May 25, 2023, with motions to continue filed.

7. Undersigned counsel is joining a law group as an employee, and needs to close her practice. Undersigned counsel will not be able to maintain both her new employment and her current law practice.

8. Mr. Meggs was informed of undersigned counsel's need to withdraw and wishes to remain represented by Mr. Woodward, who is anticipated to remain as Mr. Meggs' counsel through sentencing.

It is therefore respectfully requested that the Court grant Undersigned Counsel's Motion to withdraw.

Dated: March 30, 2023              Respectfully submitted,

                                           */s/ Juli Z. Haller*
                                   Juli Z. Haller, (DC 466921)
                                   THE LAW OFFICES OF JULIA HALLER
                                   601 Pennsylvania Avenue, N.W.,
                                   S. Building, Suite 900
                                   Washington, DC  20004
                                   202-729-2201 (telephone)
                                   HallerJulia@outlook.com

                                   *Co-Counsel for Defendant Kelly Meggs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00015-APM |
| | ) |
| **KELLY MEGGS,** | ) |
| | ) |
| **Defendant.** | ) |

**Certificate of Electronic Service**

I hereby certify that on March 30, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                                                   */s/ Juli Z. Haller*
Juli Z. Haller, (DC 466921)
THE LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC  20004
202-729-2201 (telephone)
HallerJulia@outlook.com

*Co-Counsel for Defendant Kelly Meggs*

3