# EXHIBIT A

4th May 2023

My name is Crystal Gendusa, and I am the sister of Kelly Meggs. I am taking the time this evening to sit and write this letter on his behalf. I am sure that you have had the opportunity to read many different letters of this type during your time involved with the law and in particular with the sentencing of individuals. I am hoping that despite that, you will read this with an open mind, and understand the heartfelt nature with which I write it.

My brother Kelly is five years older than me, and we have always been close, but something happened a little under five years ago that bonded us in a way that just being siblings could not. Our mother, whom we were both extremely close to, was diagnosed with a brain tumor. An unfathomable, inoperable brain tumor that took her life just 9 weeks later at the age of 72. My brother and I for 9 solid weeks worked together exhausting any and all options available to prolong her life. My brother was tireless, he called every brain tumor trial going on throughout the country, he spoke with physicians, techs, whomever he could get ahold of to try and get help. He also made the long trip up to Tallahassee at least weekly to see her, and usually twice a week. During this time, my brother and I spoke multiple times a day, and after my mom's passing, we continued to talk daily if not multiple times a week during my brother's long work commute. He was and still is a huge support to me and a vital part of my life. I feel that I can speak very honestly as to his character. He is an extremely hard working, dependable, smart, unselfish man that has always had a concern for the welfare of others. He is the first person to literally pull over and help a complete stranger stopped on the side of the road, and I've seen him do just that more than a few times, and I have been a witness to his generosity and loving nature for a long time.

My brother has a huge love for his family and friends, he is a giver. He is always thinking of others and providing for them. He has always been extremely generous and taken very good care of his wife, children as well as his grandchildren. He is sorely missed by his family, and has a granddaughter that he hasn't even been able to know. His wife, son, daughter and children miss him a great deal and it is excruciating for them not having their dad and papa in their lives on a daily basis. I as well as my other brother and my aging father miss him a great deal as well. He has also been the sole breadwinner for his family, and him not being home has greatly impacted his family and their abilities to be financially supported. He is greatly missed by his entire family, and we are hopeful that he will be home very soon. I ask that you consider what he and his family have been through already and would show leniency on him.

Sincerely,

Crystal Gendusa

# EXHIBIT B

# Letter from Marty Meggs

As Kelly's brother I have seen him through many phases of his life. And if there was two words to describe him they would be loyalty and honesty. Kelly has always been loyal to his family, friends, and community. Some say his love for his family, friends, and others is his greatest weakness. If anyone needed anything he would go out of his way to help. Many people who worked with him, stayed with him because of his caring loyalty to them. As far as honesty many people would say a car salesman is the furthest thing from being honest. But I worked with Kelly at a few dealership's and he would come in and would tell a guest straight up, "We are here to make money, and if anyone in any business tells you they are not there to make money, they are lying to you. But I will get you the best deal I can. " He had many clients who came back to him to buy other cars from him because of his honesty, even when he went to other dealers they would only buy from him. With how he handled his business and his family life, my respect for him has grown. To this day my family and I love and respect my brother, as do all the people he has touched and helped even if they didn't ask.

# EXHIBIT C

May 2, 2022

The Honorable Amit Mehta
U. S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Dear Judge Mehta,

We respectfully submit this letter of character reference on behalf of Kelly Meggs for your consideration with regard to his upcoming sentencing.

As members of the television media, we have conducted over one hundred long format interviews with dozens of pretrial, convicted, and sentenced individuals involved with the events that took place in Washington, DC between January 5-6, 2021.

As you might imagine, during the many hours of "J6" interviews, we have come to our own conclusions and opinions of the various interviewees.  Some have been credible, others, we have found not to be credible.

In the last year, there are a small handful of J6 Defendants that we have held many conversations with, two of which are Kelly Meggs and his wife Connie Meggs.  Not only have we held countless conversations with both Kelly and Connie, but their children and grandchildren as well.

While all members of the Meggs family are projecting strength, the bottom line is that their lives, as a secure family unit, have been destroyed.  The stress and heartache they are experiencing is something we cannot imagine, and I pray no one ever has to endure.

During this past year, through the many discussions with Kelly, Connie, their children and grandchildren, we have been able to learn a great deal about what was once a strong family unit, as well as the moral character of Kelly Meggs.

Our most obvious observation from Connie, their children, and their grandchildren, is that their provider and source of the family's security has been missing for the past two years.  The future of the Meggs family is now, very much uncertain.

In addition, we've had countless conversations with Kelly Meggs.  We have found that he is a man of honor and integrity.  He is a man who provided security and stability for his family.  He provided his wife with a trustworthy, responsible gentleman.  He provided his son with a role model and a hero.  He provided his step-daughter with a loving father who raised her as if he were her biological father.  He provided his grandchildren with a doting and loving grandfather.

Prior to his arrest, Kelly was a well-respected member of his community, and a successful businessman.

Of all the conversations that we had with Kelly, during formal interviews, as well as casual personal conversations, one stands high among the rest. It was a conversation that took place shortly after his conviction in the first Oath Keepers' trial.

Kelly was distraught after his conviction. His concern was that Connie would not be willing to wait for him to return home, and that their marriage would end in divorce.

We assured him that Connie would wait. But understandably, Kelly had his doubts.

It was at that point, we decided that we wanted to do something to help shore up the strength in the Meggs' family unit, specifically the marriage of Kelly and Connie.

The day that Kelly and Connie were arrested, Connie was unable to board the plane and was detained in Florida. The reason… her wedding rings. Over the many years of wearing her wedding rings, and arthritis in her fingers, Connie was unable to remove her wedding rings after being arrested.

Prior to Connie going into jail in central Florida, her wedding rings were cut off her finger and badly damaged.

When she was released to home confinement, she received the pieces of her damaged wedding rings in a plastic bag. She took the bag home, stuck them in a drawer, and that was the end of that. No more wedding set.

We learned of this in early December of 2022. We knew immediately how we could help to shore up the Meggs' marriage and family unit. Connie's wedding rings needed to be back on her finger where they were before the arrest.

So, we contacted a jeweler in their town, and instructed him to repair Connie's wedding rings at all costs. We then asked Connie to take her wedding rings to the jeweler to have them repaired. This was our gift to the Meggs' family for the holidays.

Kelly needed to know Connie was again wearing her wedding rings. Connie needed to again feel her wedding rings on her finger. And… their children and grandchildren needed to once again see their mother and grandmother wearing her wedding rings.

Your Honor, it's the little things that mean so much.

We have come to know the entire Meggs family. This is a good family. It is a good family unit for the community.

In thinking back over all our interviews with J6ers, we can without reservation, state that we would be willing to write a character reference for only a handful of people.

Kelly Meggs and Connie Meggs are two of those people.

We simply, and respectfully, ask for your compassionate consideration regarding your final sentencing decision for Kelly Meggs. And that somehow you can find it reasonable and just to allow him to rejoin his family, and return once again, to be a respected member of his community.

It is with high respect for you that we remain…

Sincerely,

Don Neuen                                                        Donna Fiducia

# EXHIBIT D

RE: Sentencing of Kelly Meggs

Dear Judge Mehta,

My name is William Proseer and Kelly Meggs is is my brother-in-law. Mr. Meggs has informed me that he has faced several charges related to Jan 6th. In light of these circumstances, I am happy to offer an endorsement of Mr. Meggs good character.

I've known Kelly Meggs for over 20 years. He is my sister Connie Meggs' husband. He is a good husband, father and grandfather. He has been sole supporter of all 7 of them. Taking on Connie's daughter Danielle in as his own. He has always been a generous person.

Always willing to help a person in need. When he witnessed an accident a few years ago, he pulled over to offer assistance.

Several years back he ran a drive to collect food, clothing and other supplies to help survivors of hurricane Dorian in 2019.

I've only known him to a good solid person who made a mistake.

Sincerely,
William Prosser
William Prosser

# EXHIBIT E

Dear Honorable Judge,

My name is Candace Smith and Kelly Meggs is my Brother-in-Law.  I have known Kelly for 26 years. Kelly has been a wonderful and devoted family man. He has alway been kind and fun to be around. I would call him a gentle giant. He has been an upstanding and hard working citizen and never has a bad word about anyone.

What has always impressed me the most is his commitment to his family. He has always taken care of everything for his wife, 2 children and 3 young grandchildren. He has always taken care of all of them both financially and emotionally.

Kelly and his family have suffered so much. Several years ago their home burned down. They were devastated and lost everything. Kelly held the family together and they began again to build a new life on a small farm. Once again being the sole provider for the family he provided a wonderful nurturing home for his family. His and his families love of animals was what they needed to help them recover from the wounds of their loss.

Kelly's entire family live on the farm, his wife,two children and 3 grandchildren. Without Kelly financial support once again the family risks losing everything again .

This family missed their husband, father and Papa.

No good purpose is served by taking someone like Kelly from his family. In addition to his immediate family the rest of us miss him terribly. He doesn't have a mean or violent bone in his body. We miss his jokes and funny laugh.

Holidays and family is very important to Kelly and our family. For three years our holidays have been somber occasions. Our mother is 87 and she deserves our family together in her last years. My father died last year and was so sad on his death bed because he didn't get to see Kelly before passed. When Kelly's mother was dying he was right there taking care of her and he was crushed when she passed.

We miss Kelly and our family can't be whole until he is returned to us. Kelly has been punished enough please send him home where he belongs so he can go back to being the hard working,productive citizen and family man he is.

Candace Smith

# EXHIBIT F

Dear Honorable Judge

Thank you for taking the time to read my thoughts on Kelly Meggs. Let me preface this by acknowledging he is my Brother-in Law.

I have known Kelly 24 years. He and I worked together at a Volvo Dealership in West Palm Beach, Florida. Kelly was hired as our sales manager. He was a warm welcome to our group. He always treated the customers with honesty, respect and of course humor. Kelly is a big man with a big heart to match and the customers left with their new car and a smile on their face. Kelly and his wife and their two kids moved to Ocala a few years later. They loved the gorgeous horse farms and slower paced living. Grandkids soon followed and Kelly loves them as Grandpas do. He was an excellent provider for his growing family.

Kelly was hit hard by the death of his mother, whom he worshipped and adored. He was also devastated when his home burned to the ground in the middle of the night. Kelly's family all got out with just the clothes on their back. They did lose a couple of their beloved pets.

Kelly put on his man shoes and took a higher paying job in Lake City, Florida. He took the general Managers job which requires many more hours of work, nights weekends,holidays and this meant much time away from his family. They were able to find a new home where they ,their children and grandchildren could all live.

It is heartbreaking to see Kelly being incarcerated. His family has suffered tremendously for the last three years. His Grandson always wonders why Papa hasn't been here for the last three Easter's. Thank you for your time and please return Kelly to us.

Jeffrey Smith
