IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )
|---|---|
| **UNITED STATES OF AMERICA,** | )
| | )  **Criminal No. 1:22-cr-00015-APM**
| v. | )
| | )
| | )
| **KELLY MEGGS,** | )
| | )
| Defendant. | )
| | )

**SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM**

Mr. Meggs submits the attached additional correspondence in support of his Sentencing Memorandum, (May 5, 2023) (ECF No. 569), which will be addressed in Mr. Meggs's allocution at sentencing.

Dated: May 25, 2023     Respectfully submitted,

                                                        */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*

**Certificate of Electronic Service**

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                    Respectfully submitted,

                    */s/ Stanley E. Woodward, Jr.*
                    Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                    BRAND WOODWARD LAW, LP
                    1808 Park Road NW
                    Washington, DC  20010
                    202-996-7447 (telephone)
                    202-996-0113 (facsimile)
                    Stanley@BrandWoodwardLaw.com

                    *Counsel for Defendant Kelly Meggs*