# EXHIBIT A



PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
# WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | DCDC # | Date |
|---|---|---|---|
| Kelly Meggs | | 376786 | 2/19/23 |
| Evaluation Period (Month/Year) | Squad | Position/Grade | |
| 2021-2023 | | Detail | |

| 1. | Quality of Work | | |
|---|---|---|---|
| ✓ | Excellent | Does superior work. Does more work than is expected or required. | |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. | |
| | Good | Acceptable level of work. Produces average volume of work. | |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. | |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. | |
| 2. | Quantity of Work | | |
| ✓ | Excellent | Superior work and exceeds expected productivity. | |
| | Good | Motivated to work; does full days work, wastes little time. | |
| | Satisfactory | Works steadily but does not push to exceed. | |
| | Fair | Does just enough to get by, has to be encouraged to do more. | |
| | Unsatisfactory | Very low output, must be prompted to complete work. | |
| 3. | Initiative | | |
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. | |
| | Good | Adapts well to change, works to improve skills, works with above average interest. | |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. | |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. | |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. | |
| 4. | Dependability, Safety, Care of Equipment | | |
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. | |
| | Good | Work is usually reliable and consistent. | |
| | Satisfactory | Completes work on time. | |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. | |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. | |
| 5. | Response to Supervision | | |
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. | |
| | Good | Accepts feedback well, tries to improve. | |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. | |
| | Fair | Resists or ignores suggestions. | |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. | |
| 6. | Overall Job Proficiency: If in community based upon inmate's performance would you: | | |
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay | | |
| | Raise this inmate's pay but keep individual at same job | | |
| | Continue to employ this inmate but would not recommend for promotion or pay raise | | |
| | Transfer this inmate to a less demanding job at a lower rate of pay | | |
| | Terminate inmate's employment | | |

| Supervisor's Signature Sgt. R. Adumkola | Date 02/20/2023 |
|---|---|
| Inmate's Signature *[signed]* | Date |
| Inmate's Response *[signed]* | |

Original  Inmate's Institutional File
Copy      Inmate Worker
          Squad Supervisor