IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
             Plaintiff,            )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
        vs.                        )    September 22, 2022
                                   )    9:50 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )
             Defendants.           )    Day 2
_____   )
```

TRANSCRIPT OF PRETRIAL CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

                                      Juli Zsuzsa Haller
                                      LAW OFFICES OF JULIA HALLER
                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      S. Building
                                      Washington, D.C. 20036
                                      (202) 352-2615
                                      Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                     P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Good morning, Your Honor.
 3            This is Criminal Case No. 22-15, United States of
 4   America versus Defendant No. 1, Elmer Stewart Rhodes III;
 5   Defendant No. 2, Kelly Meggs; Defendant 3,
 6   Kenneth Harrelson; Defendant 4, Jessica Watkins;
 7   Defendant 10, Thomas Edward Caldwell.
 8            Kathryn Rakoczy, Jeffrey Nestler,
 9   Alexandra Hughes, Troy Edwards, Louis Manzo, and Justin Sher
10   for the government.
11            Phillip Linder, James Lee Bright, Edward Tarpley
12   for Defendant Rhodes.
13            Juli Haller and Stanley Woodward for
14   Defendant Meggs?
15            Bradford Geyer for Defendant Harrelson.
16            Jonathan Crisp for Defendant Watkins.
17            And David Fischer for Defendant Caldwell.
18            All named defendants are appearing in person for
19   these proceedings.
20            THE COURT:  Okay.  Good morning, everybody.
21   I hope everybody is doing well.
22            Before we get started, do we have phones on the
23   desks for counsel?
24            They're not working.  Okay.
25            Could I just ask one lawyer from each side, for
```

1    each defendant and the government, just to come up.

2              (Sealed bench conference)

3              THE COURT: 

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1    ███████

2    ████████████    ██████████

3    ██████████    ████████████

4              (Open court)

5              THE COURT:  And let's go ahead and reconnect the

6    public line and get started.

7              Thank you again, everybody.  I appreciate

8    Mr. Woodward looking into that issue that we just talked

9    about.

10             All right.  So we've got a number of things we

11   need to get taken care of today.  Let me just tell you

12   what's on my list and how I plan to go through the day.

13             I'm not sure how long all of this will take, but

14   hopefully we'll get through most of it, if not all of it.

15             So Mr. Bright has asked that we deal with the

16   Insurrection Act issue first.

17             MR. BRIGHT:  Your Honor, I had to approach JC

18   before the hearing.  I was able to secure a flight at 4:00

19   this afternoon, so I could be more flexible with the Court's

20   schedule than had previously been noticed to the Court.

21             THE COURT:  Okay.  Well, let's go ahead, since

22   it's first on my list, just go ahead and talk about that

23   first, because then I want to talk about for-cause strikes

24   and talk about documents and statements which we had

25   postponed through today.

1          There are a couple of outstanding matters from the

2     last hearing that was Mr. Rhodes' motion to suppress the

3     GoToMeeting chat and Mr. Caldwell's motion regarding opening

4     statements.

5          And then there have been a number of filings

6     within, since the last hearing and then fairly recently,

7     about including Mr. Rhodes' request for subpoena.  There was

8     a Bill of Particulars filed by Ms. Watkins.  The

9     government's filed a motion for protective order.  And then

10    there was the advice-of-counsel notice that was filed late

11    last evening.

12         So let's take it in that order, starting with the

13    Insurrection Act issue.  Thank you to both parties for

14    putting your briefs together and doing so under a quick

15    timeline.  I found them both to be helpful and informative,

16    and I learned more about the Insurrection Act than I ever

17    thought I would, but that's where we are.

18         Let me actually start with the government and

19    just, I want to just try and frame this in the light that

20    I think I understand the government to be viewing this in.

21         MS. HUGHES:  Good morning, Your Honor.

22    Alexandra Hughes for the government.

23         THE COURT:  Hi, Ms. Hughes.

24         So let me just ask this.  The government is, it

25    seems to me, conceding, to some extent, that the facts

         1    regarding the Insurrection Act -- let's just leave it at
         2    facts regarding the Insurrection Act, as opposed to what the
         3    act means, the history of the act, et cetera, that some
         4    facts around the Insurrection Act would be admissible and is
         5    admissible.
         6              Can you tell me the extent to which the government
         7    believes the facts are admissible?
         8              MS. HUGHES:  So, Your Honor, the government did in
         9    our motion propose a judicial notice that we think would be
        10    appropriate.
        11              To the extent the facts of the Insurrection Act
        12    admissible, the government's position is that they're only
        13    admissible with respect to what these particular defendants
        14    understood the act to mean, and without a proffer of what
        15    that testimony may include, the lengthy recitation regarding
        16    the history, the particular provisions, the way in which
        17    those provisions may be enacted, that those are simply not
        18    relevant and would only serve to confuse the jury.
        19              So what is relevant is what was in the mind of
        20    these defendants with respect to the Insurrection Act.
        21              THE COURT:  So let me just press you on that a
        22    little bit.  Say, hypothetically -- I suspect that in the
        23    written -- in the documentary evidence, there's likely just
        24    passing reference to it or -- as opposed to a full-throated
        25    discussion.

1      What if one of the defendants were to take the

2  stand and say, Look, I've studied the issue, and this what I

3  understood based upon my study of the act and its history?

4  Would the government say that that would be -- that type of

5  testimony would be admissible?

6      MS. HUGHES:  With one caveat.

7      If a defendant, for example, got on the stand and

8  said, I have studied the act -- and this was all post hoc,

9  for example.  I've studied the act.  Here are the

10  provisions.  I've read the following law review articles.

11  The government still maintains that that testimony would be

12  precluded under 403.

13      Now, if a defendant got on the stand and said, At

14  the time I was engaged in this conduct, my understanding was

15  X, Y, and Z, that is the kind of testimony that the

16  government concedes would, again, if properly presented,

17  would be permitted.

18      It is a lengthy recitation that is divorced from

19  the specific time frame that the government -- of the

20  government's charged conspiracy that the government believes

21  should not be allowed.

22      THE COURT:  So I don't understand the defendants

23  to be saying, at least I don't know whether Mr. Bright will

24  say otherwise, but I think I, as a general proposition,

25  would agree with you that sort of post-conspiracy statements

1    about the Insurrection Act and what it means are, arguably,

2    not terribly probative of the state of mind of the

3    defendants during the alleged period of the conspiracy.

4            But in your view, even though, as you've pointed

5    out and as just a factual matter, that want the President

6    never invoked the Insurrection Act, you still believe that

7    that is something the defendants could say that they were

8    intending to do; in other words, that their intent was that

9    we were preparing in the event of.

10           And what is the jury then supposed to be told

11   about that evidence and how it ties into the elements or any

12   particular defense?

13           MS. HUGHES:  As a factual matter -- and the

14   government laid this out in our motion.  As a factual

15   matter, the government intends to rebut that this was

16   conditioned on any invocation of the Insurrection Act.

17           THE COURT:  Right.

18           MS. HUGHES:  So factually, I mean, that is the

19   government's main argument, that this was, one, legal cover

20   in Mr. Rhodes' own words, and, two, that they were prepared

21   to act in any event, regardless of any action.

22           As a legal matter, whether or not the President.

23           THE COURT:  Can I ask you to pause right there

24   because that's something that I think is really important

25   here and may, in some sense, resolve a lot of my concerns,

 1   which is, the government is not suggesting here that the

 2   defendant shouldn't be able to present this evidence because

 3   they are wrong on the law; rather, your theory of the case

 4   is that references to the Insurrection Act, any testimony

 5   that a defendant might present about the Insurrection Act is

 6   just a ruse.  It's a cover.  Because the intention all along

 7   was, whether the Insurrection Act was invoked or not, that

 8   these defendants were going to resist the authority of the

 9   United States through force or violence?

10           MS. HUGHES:  Correct, Your Honor.

11           THE COURT:  Okay.

12           All right.  I interrupted your second point on the

13   jury and what they should be told as a legal matter.

14           MS. HUGHES:  No.

15           So as a legal matter, what the Insurrection Act

16   would permit the President to do in the hypothetical

17   circumstance that he would invoke it is both a legally

18   complex and thankfully, I think, for the Court and for all

19   the parties in this case, not relevant to this case, because

20   really what is at issue here is what was the intent of these

21   defendants, what did they have in their mind when they

22   conspired, and the government's position is that ultimately

23   they acted and the Insurrection Act was never invoked.

24           THE COURT:  So say hypothetically -- and, again, I

25   don't know if this is true or not.  But say one of the

1    defendants gets on the stand and says, Look, I'm a student

2    of history, and I did a thorough evaluation of the origins

3    of the Insurrection Act, what the word "militia" means.

4    I studied times in the past where the President had invoked

5    the Insurrection Act.  And I genuinely believed that if the

6    Insurrection Act was invoked by the President, I could

7    potentially be called up to -- as part of that invocation.

8            If somebody is prepared to testify about all of

9    that, do you think all of that comes in?

10           MS. HUGHES:  Your Honor, if it is tied to a

11   particular defendant's intent and understanding at the time,

12   then yes.

13           I still think that Rule 403 would preclude a

14   lengthy recitation of the historical complexities of this

15   act, any judicial evaluations of the parameters of this act.

16           I still think that there is -- that there are

17   guardrails to be drawn here, and I can see a world in which

18   even that sort of concession by the government could be used

19   to have a daylong, for example, testimony about what this

20   act portends, particularly with this -- recognizing some of

21   the defendants in our case have legal backgrounds.

22           So, yes, in theory, I think there are still --

23   there are still ways in which this would, I think, be very

24   confusing to a jury and muddle the waters in terms of what

25   is relevant here.

1          THE COURT:  And say, hypothetically -- again, I

2     don't know what the evidence is here, but there was a notice

3     last night filed about an advice-of-counsel defense.  Say,

4     hypothetically, there is a memo that Ms. SoRelle drafted,

5     and you all may know whether there is such a thing or not,

6     or even email.  Forget about the memo.  Just an email in

7     which she, through some analysis, concludes, yes, you can

8     stock arms and bring arms to the -- to Northern Virginia and

9     keep them there in the event the President invokes the

10    Insurrection Act.  And then you can bring those arms into

11    the District of Columbia if the President invokes the

12    Insurrection Act.

13          If there is such an email or such a memo, is that

14    admissible?

15    MS. HUGHES:  So my colleague is prepared to

16    respond to any particular questions you have with respect to

17    an advice-of-counsel defense.

18          Again, with respect to the Insurrection Act, what

19    was known to the defendants, what is admissible and what was

20    known to the defendants is, I think the government would

21    concede, relevant.

22          It is anything outside of what is directly known

23    to defendants that we would argue is impermissible.

24          THE COURT:  And can I just ask how that fits in

25    with your notion that there isn't this sort of anticipatory

 1  public-authority defense?  I mean, and I think you're right

 2  in the sense that the defendants haven't cited a single

 3  case -- and to my knowledge, there isn't one.  Nobody has

 4  pointed one out -- in which a defendant has been able to

 5  come in and say, A public figure has the following

 6  authority; and in light of that authority, we were prepared

 7  to respond to that public figure's exercise of that

 8  authority if and when it happened.

 9          Every one of the cases the defendants cite, as you

10  pointed out from the Eleventh Circuit, primarily, if not

11  exclusively, involve actual contact between the defendant

12  and some representative of the United States Government,

13  whether it be the CIA, the FBI, what have you, such that

14  that defendant can then argue that, Look, I thought what

15  I was doing was legal because of this history with some

16  government representative.

17          We don't have any of that here.

18          So I'm trying to understand how your position fits

19  in with that legal proposition that you've put forward.

20          MS. HUGHES:  I think it is a fine line.

21          But what the government maintains is that the

22  defendants would be permitted, for example, to testify, We

23  were not -- the nature of our agreement was to prepare for

24  an invocation of the Insurrection Act.

25          What they would be precluded from doing is to say,

```
 1    Our actions were permitted because there was an anticipated
 2    official action and that we are -- therefore, our actions
 3    are authorized by this invocation.
 4         THE COURT:  Well, I would agree with that.
 5    I don't even know if Mr. Bright is suggesting that any
 6    defendant could come up and sort of, in addition to the
 7    factual recitation, and then say, And, therefore, what we
 8    did was lawful.
 9         They certainly -- I don't know, Mr. Bright, if you
10    think so otherwise, but a defendant can't get up on the
11    stand and essentially testify to the legality of their own
12    actions.
13         MR. BRIGHT:  That is not our intention,
14    Your Honor.
15         THE COURT:  Right, and I wouldn't think so.
16         So if, for instance -- again, these are lot of
17    hypothetical questions, but I just want to understand.  If,
18    for instance -- let's leave history aside.  Let's talk about
19    some more recent history.
20         Mr. Bright, for example, listed a bunch of
21    instances in his brief where President Trump, prior the
22    election, made reference to the Insurrection Act.  If a
23    defendant comes on the stand and says, Yeah, I heard the
24    President refer to the Insurrection Act at this and such
25    time, is that allowable, in your view?
```

1          MS. HUGHES:  That would be, I think, relevant to

2    their intent and their knowledge at the time of our

3    conspiracy.

4          But I just want to point out what defendant --

5    what the defense said in their motion, which is on page 33,

6    they wrote, "The defendants were simply acting in

7    anticipation of what would have been lawfully given orders

8    under the Insurrection Act."

9          THE COURT:  Right.

10          MS. HUGHES:  So I do want to -- I mean, I do think

11    that is important to point out, that it is, and sort of the

12    difficulty here is that defense have not concretely

13    proffered in their very thorough motion what they anticipate

14    this evidence to look like.  And so the government is

15    responding a little bit in the dark here regarding what this

16    testimony may look like at trial.

17          But that sentence alone seems to suggest there is

18    this imprimatur of public authority that they want to glaze

19    over this evidence.  And so the government would like there

20    to be concrete guardrails put in place for this.

21          THE COURT:  Okay.  All right.  Thank you.

22          Mr. Bright.

23          MR. BRIGHT:  Good morning, Your Honor.

24          THE COURT:  Good morning.

25          So let me understand kind of the extent to which

1    or at least what you're presently thinking the evidence

2    would -- you would seek to admit.  Why don't you start, and

3    then I'll have some follow-up.

4                MR. BRIGHT:  Absolutely, Your Honor.  Thank you

5    very much for your time.

6                To clarify, I would agree with the government that

7    this is a very complex issue, and there is scant case law

8    regarding the Insurrection Act.

9                When the Court asked us to brief this, and

10   I believe your order said "reliance," our goal was not just

11   to, as what is happening here, laying out trial strategy and

12   things that had originally been intended to be presented in

13   trial.

14               A good amount of this that we're discussing now

15   never would have even been brought up until we got to trial

16   had the Court not questioned why there was a request by the

17   government regarding stipulated language of the

18   Insurrection Act.  That was their writing, not ours.

19               To clarify, one of the issues that's brought up in

20   the government's brief is when they claim that the

21   motion in limine regarding public authority, entrapment by

22   estoppel, was issued, that it specifically talked about and

23   gave us the opportunity to bring up the Insurrection Act.

24               I'm going to quote the government's motion.

25               THE COURT:  So, Mr. Bright, can I interrupt you,

```
 1   because I want to -- I understand your position that --
 2             MR. BRIGHT:  Well, I just wanted to clarify, if I
 3   may.
 4             THE COURT:  I understand what the position is.
 5             But I want to focus on something else, which is,
 6   what the proffer is and what evidence you think can come in
 7   now that you've heard what the government has said it
 8   believes can come in; in other words, for instance, I think
 9   you just agreed with me that no defendant can get on the
10   stand and say, We did the following things, and they were
11   legal.  Defendant can't sort of say that "they were legal"
12   part.
13             But what is sort of your general factual proffer
14   of what do you think will come in?  For example, you've done
15   a fair amount of historical recitation, et cetera.  Are you
16   seeking to have that history be admitted at trial,
17   irrespective of whether a defendant had knowledge on it?
18             MR. BRIGHT:  Well, that's where I was -- that is
19   part of where I was going, yes, Your Honor.
20             THE COURT:  Okay.
21             MR. BRIGHT:  So when the Honorable Judge asked us
22   to brief this issue, based on some previous discussions in
23   court, we decided to be thorough.  And I think we were
24   thorough.
25             One of the issues came up on August 2nd during
```

1     Mr. Fischer's motion in limine regarding the physical

2     ability of his client, Thomas Caldwell, to be mentioned in

3     trial.

4           And when he brought to the Court's attention the

5     reason of that importance was if President Trump at the time

6     had invoked the Insurrection Act and called up the

7     "militia," which as been explained thoroughly in our brief,

8     the Honorable Court sua sponte said to Mr. Fischer, The

9     President didn't have authority to do that.

10          And the Mr. Fischer's response to the Court was,

11     Yes, he did.

12          Then we moved on from that.

13          Part of the brief in the way that it was written

14     was to imbue upon the Court the concepts that are contained

15     in it, that, yes, if he so desired, President Trump, like it

16     or not, had absolute authority to invoke 251 if requested,

17     252 under the circumstances listed, and 253.1, where it says

18     specifically conspiracy, and then enumerates the

19     constitutional rights, privileges, or immunities that could

20     be denied be a state.

21          *Luther* followed by *Mott* clearly in this says that

22     his authority to do that is not subject to review by the

23     Court. *Luther* specifically states that much to the dismay

24     of people and how they knew that, it is not the discretion

25     of the courts to review that. That is an imbued authority

1    upon the President that he could have done it.

2              In this case, the evidence saturates with

3    references to the Insurrection Act.

4              I would point the Court to the letter from the

5    government on March 30th, 2021, where they sent us notice of

6    various people that testified before the grand jury,

7    witnesses.

8              And if you go through that and you go through the

9    grand jury transcripts of that, it is littered with

10   references to the QRFs now being, you know,

11   Quick Reaction Forces, what their purposes were, the

12   security detail and protective services that each of them

13   detail to the government in advance -- this is stuff the

14   government's known about for a long, long time.

15             It's also saturated with references to the

16   Insurrection Act if you have the opportunity to go through

17   the civilian witness list and their statements that

18   I believe are 120 pages long with excerpts.

19             The witness statements are, again, littered with

20   references to the Insurrection Act and what they believe the

21   QRFs were meant to be.  There's a bifurcated belief between

22   these people as to what they were intended for example.

23   One, under 252, as listed in our brief, they could have been

24   used if the President invoked the Insurrection Act, if, as

25   is littered through the evidence, references to Antifa, BLM,

1     going kinetic, i.e., doing something like they did when they

2     were burning down Saint John's Church and nobody would stop

3     them.  There were references specifically that the QRFs were

4     intended for that, in those circumstances.

5          Secondarily, they also believed that

6     President Trump, per his authority as listed, were to call

7     in the militias, i.e., the body large as listed, which, at

8     one point, you and I were both members of, unbeknownst.  But

9     if he had called that in for various things, that would have

10    given them the opportunity again to offer peacekeeping, to

11    do all the things that, again, all of the testimony is going

12    to lead to the belief that they had authority if the

13    President invoked it.

14          THE COURT:  So, Mr. Bright, let's go back to what

15    I was asking in the beginning, which is, the government has

16    seemingly conceded that what the defendants understood about

17    the Insurrection Act is fair game if they can present

18    evidence of it.

19          It sounds like there's plenty of it.  And I've

20    always understood this:  There's plenty of documentary

21    evidence referring to the Insurrection Act.

22          I'm trying to understand what the outer perimeter

23    is of the evidence you wish to introduce.  Hypothetically,

24    for example, you've laid out in great detail historical

25    invocations of the Insurrection Act.  Are you seeking to

```
 1   have that admitted, irrespective of whether any defendant
 2   was aware of it?
 3            MR. BRIGHT:  Your Honor, the reason we had
 4   included that, it was just a matter of being thorough to the
 5   Court.  Because it is such a unique issue, we felt that the
 6   education of everyone involved regarding this was important.
 7            As long as the government would stipulate to the
 8   underlying true fact that if he had invoked it,
 9   President Trump had absolute authority under 252 and 253.1
10   to do so, then the historical basis of it is almost nil to
11   us.
12            THE COURT:  So, I mean, you'll forgive me.  You're
13   not answering my question --
14            MR. BRIGHT:  I'm sorry, sir.
15            THE COURT:  -- which is, are you seeking to admit
16   it's historical evidence that is divorced from any
17   understanding of the historical evidence that your
18   clients -- that these defendants may have had?
19            MR. BRIGHT:  No, Your Honor.
20            THE COURT:  Okay.  That's helpful.
21            So then your proposed use of this evidence would
22   include documentary evidence that reflects mention of the
23   Insurrection Act.
24            MR. BRIGHT:  Yes.
25            THE COURT:  Any admissible testimony by government
```

1    witnesses about the Insurrection Act, for example, if there

2    was a conversation between Mr. Rhodes and a witness and as

3    part of cross-examination, you said, Well, isn't it true

4    that Mr. Rhodes said the QRF is only going to be used if the

5    President invokes the Insurrection Act?

6            MR. BRIGHT:  Absolutely.

7            THE COURT:  Right?

8            And then third is if a defendant gets on the stand

9    and says, Look, we weren't conspiring to resist the

10   authority of the United States.  We were acting in concert

11   in the event this happened.

12           MR. BRIGHT:  It was condition precedent, yes, sir.

13           THE COURT:  That's it?

14           MR. BRIGHT:  Yes, sir.

15           THE COURT:  And you're not going to ask me to

16   instruct the jury, for example, that the President had the

17   absolute unreviewable authority to invoke the

18   Insurrection Act?

19           MR. BRIGHT:  I'm not -- please forgive me,

20   Your Honor.  I'm not sure how I couldn't ask you to do that,

21   because he did.

22           *Luther* is extremely clear, he did.

23           Now, there's -- like I was saying, there's a

24   bifurcated argument between 252 and 253.1.  Part of the

25   evidence that would be coming in in this trial, for example,

 1   would be -- just take two examples:  December 14th, 2020,

 2   December 23rd on 2020, on Oath Keepers website were open

 3   letters to President Trump.  These letters were part of the

 4   public purview, they were available to all.  The

 5   Oath Keepers were you aware of them.  They were open letters

 6   to President Trump urging, lobbying him to invoke the

 7   Insurrection Act for various reasons.

 8             Some of those reasons had to do with the

 9   underlying BLM/Antifa issues that we've previously

10   discussed.  Some of them had to do with allowing Trump to

11   use other forces besides the Oath Keepers to go.  And one

12   example, it says in there clearly:  Seize the voting

13   machines to make sure that they were working correctly.

14             That speaks to the heart of the concept of the

15   conspiracy to obstruct -- to deny rights and privileges

16   under the Constitution initially in terms of the right to

17   vote.

18             And then it details in those letters that, unlike

19   what's been portrayed in the government's evidence, the

20   Oath Keepers had no intentions in becoming a revolutionary

21   force.  They were volunteering to use the QRFs, if Trump did

22   it, to be peacekeepers nationwide while this was done.

23             THE COURT:  Okay.  So, again, I don't think --

24   there doesn't seem to be any dispute, based on what I've

25   heard, that those postings would be admissible.

1          MR. BRIGHT:  I would agree, Your Honor.

2          THE COURT:  I may understand the government

3     wrongly, incorrectly, but I don't think, from what I've

4     heard, they would dispute the admissibility and relevance of

5     that.

6          My question was different, which is, are you going

7     to ask me to instruct the jury about the scope of the

8     President's authority and that he had the unreviewable

9     authority to invoke the Insurrection Act if he so desired?

10          MR. BRIGHT:  I am.

11          THE COURT:  Okay.  Because you haven't -- at least

12     as far as I can tell, I've not seen a request for such a

13     jury instruction.

14          MR. BRIGHT:  Your Honor, that has not been

15     requested at this time.  Again, some of this was legal

16     theory that, in my mind, has been developing over time.

17     You'll forgive me; it's rather complex.  And I could take

18     the Court down the path of even more about what we intend to

19     present, which I don't think would be fair to the defense in

20     terms of just laying bare our entire defense strategy.

21          But we would then ask the Judge to include in the

22     proposed jury instructions such, because I think the case

23     law is very, very clear on this subject matter.  And we do

24     intend on all of that being brought up to the extent that

25     evidence will show it at trial.

```
 1              THE COURT:  What would be your position if I were
 2    to ask for a proffer from you, not now and not in the
 3    government's case, but before any defendant testifies about
 4    what that defendant's testimony will be about the
 5    Insurrection Act?
 6              MR. BRIGHT:  Certainly.
 7              (Defense counsel conferred off the record.)
 8              MR. BRIGHT:  We would agree to it, Your Honor,
 9    ex parte, prior to it happening.
10              THE COURT:  Okay.  All right.
11              And I take it would be at least some of your
12    intention to open on what you've just described, which is,
13    these defendants believed that the President had the
14    authority under the Insurrection Act to do what they did.
15    Well, that the President had the authority to invoke the
16    Insurrection Act and that their conduct was in anticipation
17    of his potential invocation of the act.
18              MR. BRIGHT:  May I ask -- may I make a
19    clarification to what the Court is saying?
20              THE COURT:  Sure.
21              MR. BRIGHT:  When we are saying what they did,
22    I'm not comfortable with that language because it infers an
23    agreement that certain actions were in furtherance of what
24    has been alleged as the underlying seditious conspiracy
25    case.
```

 1          What is being conflated here in the evidence by

 2   the government to argue such is the planning, the

 3   discussions, the open letters to Trump, the specter of the

 4   QRFs that were never used or invoked.

 5          When I look at this case, Your Honor, and I see

 6   that it took a year to indict Mr. Rhodes and then I look at

 7   the actions that he engaged in on the actual date in

 8   question, barring the concept of the seditious conspiracy

 9   and the underlying Count 2 conspiracy, there were no illegal

10   actions by Mr. Rhodes on that day at all.

11          In terms of our approach, there is a distinction

12   in his case, between the other defendants that entered the

13   rotunda.

14          Mr. Rhodes never crossed a barricade.  He never

15   went up the steps.  He never yelled at anybody.  He never

16   encouraged anybody with a bullhorn.  He never touched an

17   officer.  So all of the overt acts that the government

18   alleges that support their theory of the seditious

19   conspiracy and then the second count of conspiracy.  Those

20   are not overt acts if they were done in reliance.

21          I'm separating our argument out from what happened

22   on the Capitol and Mr. Rhodes in our case to those counts.

23   It's a separate issue.

24          THE COURT:  No, no.  I understand.

25          MR. BRIGHT:  If viewed through the lens of the

```
1    Insurrection Act, they're not overt acts.
2              THE COURT:  I understand.  Look, I've understood
3    all along, at least I think what you're saying is that the
4    Insurrection Act issue is largely a defense to negate intent
5    on seditious conspiracy count.
6              It is less of a defense -- it's hard for me to see
7    how it would be a defense to the obstruction of an official
8    proceeding conspiracy count, because certainly by that
9    point, there had been no invocation of the Insurrection Act.
10   There was knowledge that the Insurrection Act had not been
11   invoked.
12             So the notion that people went into the building
13   in the hope that the President was going to invoke the
14   Insurrection Act, that's not really a defense.
15             MR. BRIGHT:  But that's not an issue with
16   Mr. Rhodes.  Yeah, absolutely, sir.
17             THE COURT:  It may or may not be.  But it --
18   I understand the distinction, and I'm aware as to which of
19   the counts this evidence is being sought to be introduced.
20             MR. BRIGHT:  Absolutely, sir.
21             THE COURT:  All right.  Thank you, Mr. Bright.
22             MR. BRIGHT:  Thank you, Your Honor.
23             THE COURT:  Ms. Hughes, thoughts, reactions?
24             MS. HUGHES:  Your Honor, that recitation does give
25   the government pause about what would happen specifically in
```

opening.

This notion, at the heart of this request is counsel's intention or perceived intention to say that the President had unlimited power under the Insurrection Act and everything that the defendants did was in anticipation of that invocation.

And that is a legal conclusion.  The parameters of this act divorced from the defendant's own understanding is a legal conclusion.  As a matter, it is not a position the government consents to.

We cite *Cressman* in our motion.  We think there are -- as matter of record, we think there are restrictions on what this act may do and what the President may be permissible to do under this act.

But most importantly, we think that that legal debate is not relevant.  And so the government is concerned about what could happen in opening.

THE COURT:  So is where you're drawing the line that you're saying the defense can't get up and say the President had this authority?

MS. HUGHES:  The defense cannot get up say -- the defense can get up and say, There is a thing called Insurrection Act, and this is my understanding of what the act does.

The defense should not be permitted to say, There

1    is this thing called the Insurrection Act; and as a matter

2    of law, it gives the President unfettered abilities to call

3    up the militia and do his bidding.

4           That is a legal conclusion that is unrestricted

5    from defendants' own understanding; and it is one that, from

6    what defense just presented, it seems that they want to

7    include in their opening statement.

8           THE COURT:  Let me make sure I understand.

9           So could a defendant get up on the stand and say,

10   Based upon my reading of the case law, which I did,

11   I thought the President had unfettered discretion in whether

12   to invoke the Insurrection Act or not?

13          MS. HUGHES:  So long as it is tied to the

14   conspiracy timeline, yes.

15          THE COURT:  So say, hypothetically, Mr. Rhodes,

16   who's a lawyer, said, I read all the cases that Mr. Bright

17   cited in his brief; and I understood, based upon those

18   cases, the President had the unfettered authority,

19   judicially unreviewable authority to invoke the

20   Insurrection Act under the following three, four, five

21   conditions.

22          He could testify about that?

23          MS. HUGHES:  So long as it is within the bounds of

24   403.  I mean, there's a world in which -- again, as I stated

25   previously, I think there's a world in which that could go

1    on for quite some time.

2          THE COURT:  Right.  I mean, I'm not saying he

3    could get up on the stand and give an exegesis on what he

4    did for two days.  But, you know, it's within limits.

5          But the general proposition that if a defendant

6    got up on the stand and said, I did the research and these

7    there conclusions I drew from the research, that would be

8    okay?

9          MS. HUGHES:  At the time.  I think --

10          THE COURT:  Right.  It's all at the time.  None of

11    this is post hoc conspiracy.  This is during the course of

12    the conspiracy and before January 19th.

13          MS. HUGHES:  I would also say, I can see in which

14    this could be exploited for a lengthy recitation of, at the

15    time I had read *Mott*, for example, or *Luther*, and I

16    understand then the proposition to be X, Y, and Z.  I still

17    think there are limitations on what that testimony could

18    look like.

19          But in general, yes, the government would concede

20    that the defendants' understanding of the act at the time

21    the conspiracy is relevant so long as it comes through

22    admissible means.

23          But the government maintains that defense should

24    not be permitted in opening to say that, as a matter of law,

25    these are the parameters of the act and that this was

1    permitted under the law.

2         Their request for an instruction is part of that,

3    which they seem to have backed away from.  But there are

4    still concerns about what will be said most pressingly in

5    opening regarding the act, and I don't think the government

6    is assuaged by the presentation Mr. Bright just gave.

7         THE COURT:  Okay.

8         Mr. Bright.

9         MR. FISCHER:  Your Honor, may it please the Court.

10   Just briefly, I believe, and I think that we may be

11   overthinking this issue a little bit.  So I'll make an

12   attempt to underthink it a little bit.

13        THE COURT:  That's welcomed.

14        MR. FISCHER:  I'll give the Court a hypothetical.

15        If Mr. Woodward and I start a repo business, we go

16   out repo cars for a living, and we go out to a residence,

17   getting ready to repo a car where the owner is behind on

18   their payments and we're out there, we have a tow truck, we

19   have tools to break into the car, to hot-wire it to take it,

20   but we're waiting on an order from the Court to sign the

21   authorization to repo the car, did Mr. Woodward and I commit

22   a conspiracy to commit burglary or auto theft?  Of course

23   not.

24        I would say, if, for example, the Marshals over

25   there, the U.S. Marshals or the FBI, they have a suspect

1    cornered.  They surround the house legally.  They're parked.

2    They have weapons.  They want to go and arrest the person,

3    but they're waiting for the Court or a magistrate judge to

4    sign off on an arrest warrant.  But in the warrant

5    application, they put in the warrant application, We think

6    this person committed murder because we looked in a fortune

7    cookie and it said he did it.  Are they committing a

8    conspiracy to kidnap?  Are they committing a conspiracy to

9    burglarize, to go in the house to get the person?  Of course

10   not.  They're waiting for lawful authority.

11         So I think, Your Honor, if you put those examples

12   into, and you consider that in the context of what I believe

13   the defendants are talking about, the Insurrection Act, it

14   would seem to me that the argument is that there simply

15   wasn't a crime of seditious conspiracy because in order to

16   commit that crime, you have to conspire to use force to stop

17   the execution of law or stop governmental authority.

18         So I think the Court framed it as anticipatory

19   public-authority defense.  I think --

20         THE COURT:  Well, to be clear, I framed it that

21   way because that's what the government called it.

22         MR. FISCHER:  Understood, Your Honor.

23         But I think I would frame it as if that were the

24   case, if the defendants were waiting on lawful authority, I

25   would consider it a noncrime.  And that's -- I think that

1    would be something for the Court to consider as a Rule 29.

2            THE COURT:  Okay.

3            So, Mr. Bright, you can come on up.  You both can

4    answer this question.

5            MR. BRIGHT:  Yes, Your Honor.

6            THE COURT:  So is it the intention of any defense

7    counsel to say in opening:  Essentially as a legal matter,

8    the President had the right to invoke the Insurrection Act?

9            MR. BRIGHT:  Yes, because that's the law.

10            THE COURT:  Well, that's a legal statement, and

11    that's only something you can say if I allow it to be said.

12            MR. BRIGHT:  I understand that.

13            THE COURT:  So the question then is --

14            MR. BRIGHT:  But that's why we were so clear on

15    the brief.

16            THE COURT:  No.  I understand.  I understand.

17            But here's the problem, and I sort of actually

18    agree with the government on this front.  One is, you know,

19    it doesn't matter -- well, as a general proposition, I don't

20    think we ought to be talking about legal principles in an

21    opening, okay?  Absent legal principles like presumption of

22    innocence, burden of proof, that sort of thing.

23            Secondly, the government's right that just this

24    notion that the President could invoke the Insurrection Act

25    is a little incomplete because the statute itself has many

 1    conditions, and there are only certain instances in which

 2    the act can be invoked.

 3           And I don't want your openings to turn into an

 4    exegesis on what these statutes say and what the potential

 5    circumstances could be in which the act could be invoked.

 6           Now, if you want to get up and say in opening,

 7    which I think the government is conceding you can do, that

 8    these defendants thought the President could do it, they

 9    thought he had the authority to do it, and they were waiting

10    on him to do it, I think that's all fair game.

11           But you can't then say the President, in fact, had

12    the authority to invoke the Insurrection Act on January 6th,

13    because that's a legal determination, at least insofar as

14    the four corners of this case goes, it seems to me, even

15    though I know you've pointed out the case law says it's

16    unreviewable.

17           I mean, I'm not -- I don't know if it's

18    unreviewable to review a hypothetical if that's what's

19    happening.  I'm not being asked to actually review whether,

20    in fact, he did that or not.

21           Is that acceptable to you?

22           MR. BRIGHT:  As long as we don't get over into the

23    point where the government is giving some -- in turn, if we

24    approach it from that directive and we are able to argue,

25    discuss in opening a good-faith belief in the act, that the

```
 1    belief that the government -- that the President had the
 2    right to do it and, therefore, what are otherwise viewed as
 3    overt acts are actually legal acts of preparation for a
 4    condition precedent, then we would agree to that.  But the
 5    caveat would be that the government be held to the same
 6    standard and that they are not allowed to get up and argue
 7    that the President had no authority to do so.  I would ask
 8    that they be held to the exact same standard on this
 9    because, you know --
10            THE COURT:  That's fair, Mr. Bright.
11            But let me ask Ms. Hughes.  I mean, I'd be
12    surprised if the government was going to get up and say
13    that, but let me just make sure they're not.
14            MS. HUGHES:  No, Your Honor.  And I still would
15    just add that we still have not heard of a proffer of how
16    that evidence would come in in defense's cast-in-chief.
17            Barring one of these defendants getting on the
18    stand saying, Our defendant's understanding of the act met
19    at X, Y, and Z is still not permissible under, unless
20    there's someone who would actually testify to such.
21            MR. BRIGHT:  I can answer that.
22            THE COURT:  I know you can.  Well, go ahead.  Why
23    don't you answer it.  I think you already answered it
24    earlier.
25            MR. BRIGHT:  But I didn't even go as far.
```

1              The government's been aware whether they wanted to

2    openly talk about it.  I mean, I'm not so intelligent that I

3    ambushed a bunch of Ivy League lawyers.  They've known about

4    this the entire time.

5              There's a six-page segment from May 3rd, 2021,

6    where Mr. Rhodes voluntarily meets with Agent Palian, their

7    lead agent, and they have an extensive discussion about the

8    QRFs, the fact that trigger was the Insurrection Act.

9    I believe the government's read its own evidence.

10             I mean, this historically goes back.  It's

11   saturated.  It actually came up on our motion for

12   reconsideration.  This is not novel and new.  Maybe perhaps

13   the manner in which I'm using it is novel and new in terms

14   of American jurisprudence, and I'm fine with that.

15             But, again, the government keeps standing up here

16   and saying they don't know how this evidence is going to

17   men.  They have it.

18             THE COURT:  I think whether they have it and how

19   it comes in, you know as well as I do that those are two

20   different questions.

21             Maybe I'm going to answer the question for you, as

22   I did earlier, which is, the evidence is going to come in,

23   at least through the government's case in chief, through

24   chats, text messages, Zello, whatever documentary evidence

25   the government introduces either affirmatively or through

 1     the rule of completion about the Insurrection Act.  That's
 2     one.
 3              Two, you're going to cross-examine the
 4     government's witnesses, who will say, some of them,
 5     presumably -- you're going to ask them, Well, isn't it true
 6     Mr. Rhodes talked about the QRF as only something that would
 7     be used in the event of the Insurrection Act?
 8              And you'll get that on cross-examination.
 9              You don't have to commit to your client testifying
10     or not in opening, but it seems to me those are the two
11     primary ways you introduce the evidence in the government's
12     case.
13              MR. BRIGHT:  As well as the physical evidence that
14     exists here in terms of published letters and things like
15     that.
16              THE COURT:  Yeah, I can include that as
17     documentary evidence.
18              All right.
19              MR. BRIGHT:  So we would still be asking for
20     ultimately that instruction to be given to the jury as well.
21              THE COURT:  What instruction?
22              MR. BRIGHT:  In terms of the jury charge.
23              THE COURT:  I'm not sure what instruction you're
24     referring to.
25              MR. BRIGHT:  Regarding the Insurrection Act,

1    Your Honor, the government did say a minute ago that we've

2    never had a discussion about that being put in there.

3            THE COURT:  Well, we can talk about jury

4    instructions later.  I just want to make sure, opening,

5    we're all clear on what you can and can't say about the act.

6            MR. BRIGHT:  Yes, Your Honor.

7            THE COURT:  Ms. Hughes.

8            MS. HUGHES:  Just to say, Your Honor, that we will

9    probably be proposing a jury instruction that addresses

10   public authority.  The government's position is that this --

11   their anticipation of legality does not absolve them.  Their

12   intent and lack of criminal intent is, of course, relevant.

13   But just to say that we think there needs to be -- there

14   need to be both strict guardrails and we'll be proposing a

15   jury instruction.

16           THE COURT:  Okay.

17           But I think the bottom line is, though, and

18   I think we can bring this discussion to a close now, which

19   is that, government does not object to the defense getting

20   up and saying, again, this is opening statements:  The

21   evidence will show these defendants did what they did in

22   anticipation of the President's invocation of the

23   Insurrection Act.  There will be no statement about the

24   legality of the President's doing so; but they understood

25   the President had the authority and they took the following

1  actions because they understood he had the authority, right?

2          MS. HUGHES:  Correct.

3          THE COURT:  Okay.

4          MR. BRIGHT:  May I clarify one thing the

5  government just brought up, Your Honor?

6          THE COURT:  Sure.

7          MR. BRIGHT:  In terms of their request on the

8  public authority instruction, we would be opposed to that.

9  This isn't public authority.  And what I would point to is

10  ECF 213 where we're discussing that.

11          THE COURT:  I'm sorry.  Oh.

12          MR. BRIGHT:  That is their motion in limine

13  regarding public authority and the entrapment by estoppel.

14          In their brief, they specifically say that they

15  mentioned the Insurrection Act.  And we were given the

16  opportunity to give notice regarding such in terms of a

17  public authority under 12.3.  It does not state anything

18  regarding the Insurrection Act, and I'm looking at it

19  right now.

20          THE COURT:  Well, can I interrupt you, Mr. Bright?

21  Because this is not something I think we need to spend a

22  whole lot more time on because we'll have plenty of

23  opportunity to talk about it.

24          MR. BRIGHT:  Yes, Your Honor.

25          THE COURT:  And if the government intends to

1    propose an instruction, at least we'll all have something to

2    look at and talk about.  So I think talking about something

3    that's going to be something we need to deal with five weeks

4    from now is probably not the best use of our time today.

5              MR. BRIGHT:  Yes, Your Honor.

6              THE COURT:  All right.  So I think the last hour,

7    you know, the discussion we've just had is actually quite

8    helpful.  I think it hopefully clearly demarcates where the

9    parties are in terms of evidence relating to the act, the

10   means by which that evidence can be admitted, and

11   importantly what the defense can say in openings about the

12   act.  All right?

13             Good.  I think we're all on the same page.

14             Okay.  Let's move then to Topic 2, which is the

15   jury strikes for cause.

16             Just so the record is clear on how this all came

17   about, we had jurors come in a couple weeks ago to complete

18   a jury questionnaire that the parties had agreed upon and

19   that the Court approved.  Those jurors completed those

20   questionnaires.  150 jurors came in.

21             We had -- once those questionnaires came in and

22   were completed, the parties were given those copies of the

23   questionnaires or were given copies of the questionnaires.

24   And then I asked them to meet and confer about which jurors

25   should be stricken for cause based just on the written

1    responses to the questions.

2           And what I received yesterday was a list -- two

3    lists, one list in which the parties had agreed to jurors

4    who would be stricken for cause and then a second list that

5    the defense had, over the government's objection, requested

6    jurors stricken for cause.

7           So what I propose to do is go through the parties'

8    requests right now and take care of that.

9           So I think right off the bat, I am -- I've looked

10   at the juror questionnaires for, I think, the 13 that you

11   all have identified as for-cause strikes.  That's 0860,

12   1166, 0914, 1320, 1306, 1527, 0882, 1561, 0322, 0455, 0444,

13   0254, and 0248.

14          So those 13 jurors, the parties have agreed to

15   strike for cause, and I've reviewed their questionnaires and

16   agree that those jurors should be stricken for cause.

17          Okay.  Then the defense has proposed 72 additional

18   prospective jurors who should be stricken for cause.  I've

19   reviewed that list, and I am prepared to at least talk about

20   the following jurors.  The list is not short.  If I don't

21   mention the juror number, I'm not going to strike the person

22   for cause right now but am going to bring the person back

23   for additional voir dire and questioning.

24          Let me just say at the outset, the defendants'

25   objections to particular jurors rested on an affirmative

1   response to six of the questions:

2           Question 11, which was sort of a catch-all

3   question or general question about is there any reason that

4   we should know of that would impact your ability to be fair?

5           Question 17 was a question about views on guns.

6           Question 22 was a question about whether a juror

7   feared for someone's safety on January the 6th.

8           Question 45, 47, and 49 asked whether, to their

9   knowledge, either about January 6th, the Oath Keepers, or

10  these particular defendants would cause them to believe they

11  could not be fair to these defendants.

12          Any juror that simply answered Question 22

13  affirmatively, that juror is going coming back because I

14  don't know what the answer to that question means.  And

15  there are, in fact, quite a few jurors that were on the

16  defendants' list who answered only that question in the

17  affirmative.  They include the following:  Jurors 1138,

18  Juror 1369, Juror 1186, Juror 1262.  Juror 1591, although

19  we'll talk about that person soon.

20          MS. HALLER:  I'm sorry, Your Honor.  Could you say

21  that last one again?

22          THE COURT:  1591.

23          0576.  1295, although that juror asked -- answered

24  a different question yes, too, but 1295.

25          0708, although there may be other reasons to

 1  strike that individual.

 2          1225 -- I'm sorry.  Strike that person.

 3          0705 answered 22.  That was the only question, but

 4  there may be other reasons to excuse that person for cause.

 5          1528 answered 22 -- the only answer was 22

 6  affirmatively.

 7          1487.  09 -- excuse me.

 8          0299, 0595.

 9          MS. HALLER:  Wait.  I'm sorry.  I'm just trying to

10  follow.  Can you say that one again?

11          THE COURT:  0595, it's the person that's listed

12  right after 0299 on your strike sheet.

13          0287, 0069, 1026, 0854, and that's the last one.

14          Again, those were jurors who simply answered 22

15  affirmatively.

16          There were also a handful of jurors, and maybe I

17  just missed it, but I didn't see that they answered any of

18  the questions yes.  And they were Jurors 1140, 0952, 1088,

19  0481, 0507, and 0498.  As I went through, I didn't see any

20  yeses on any of those.

21          Yes, Ms. Haller.

22          MS. HALLER:  I can go through with you,

23  Your Honor, on those where they said yes.

24          THE COURT:  You don't need to because they're

25  coming back anyway.  So, I mean, I didn't see any yes

1    answers to those questions, but maybe I just missed it.

2              MS. HALLER:  Okay.  All right.  I understand.

3              THE COURT:  All right.  As for those who

4    answered 45, 47, or 49 affirmatively, as a general matter,

5    I'm not going to exclude those people because I think

6    further questioning is warranted.

7              As we go through this in a few minutes, I think

8    there are some exceptions to that.  There are people who

9    affirmatively wrote some things down on their strike -- on

10   their questionnaires that I think give me greater cause for

11   concern about whether even it's worth bringing that person

12   back in for voir dire since, given the strength of their

13   views, the notion that that person would come off of their

14   views seems to me fairly remote.

15             So I want to just go through certain jurors.

16   There's probably about two dozen of them, and I want to --

17   as to which the government has not consented.  But I do

18   think there is a plausible case to be made that perhaps they

19   should be stricken for cause.

20             So the first of that group is Juror 1481.  I mean,

21   I suppose we can bring this person in, but the juror did

22   answer Question 11 that I feel I'm unfit to judge anyone.

23   Question 7 also was answered in the affirmative:

24   Do you have any moral, religious, or ethical beliefs that

25   prevent you from sitting in judgment?  The person did say

1   yes.  The person indicated also that they had a child and

2   that I think the juror would be sick from time to time or

3   was concerned about illness.

4        MS. HALLER:  Your Honor, they also said yes to

5   Question No. 22, as well as 17.  So we have three yeses for

6   1481, 11 --

7        THE COURT:  Okay.  Well, I'm bringing the person

8   up.

9        As I said, 22 is not something I'm going to get

10  involved in.  Even 17 is not -- I should have mentioned it,

11  but 17 is not going to be a basis for a cause strike absent

12  further discussion with the juror.

13       MS. HALLER:  Your Honor, if we may object to that.

14  For the record, all those questions that we identified, 17,

15  22, 47, 49, that Your Honor is discussing all make clear

16  that written documentation exists that these jurors have

17  made clear that they cannot be fair under the circumstances

18  stated from those questions.

19       THE COURT:  Okay.  So, Ms. Haller, I disagree with

20  you.

21       MS. HALLER:  Okay.

22       But we will find out more from the jurors when

23  they're brought in.

24       So let me ask the government whether it has an

25  objection to striking 1481 for cause.

 1          MR. NESTLER:  No, Your Honor.

 2          THE COURT:  The next juror on my list to discuss

 3   is 0751.  This person answered Question 45 affirmatively.

 4   This was the question about strong opinion on

 5   January the 6th.

 6          MR. LINDER:  Your Honor, I believe this juror

 7   answered the question that they could not follow the law,

 8   Question 61B, 60 and 61B and 63.

 9          THE COURT:  I'm sorry.  I think that's right,

10   Mr. Linder.  Can you give me the numbers again?

11          MR. LINDER:  It was questions -- well, they

12   indicate 60, 61B, and 63.

13          THE COURT:  Right.

14          Yes, I think that's why I noted this person.

15          The government's thoughts 0751, I think it was

16   those questions that Mr. Linder pointed out that were some

17   cause for concern.

18          MR. NESTLER:  We object to striking for cause at

19   this time.  After further voir dire, they may provide an

20   adequate basis to strike for cause.  But just answering yes

21   to those questions we don't believe provides an adequate

22   basis here.

23          THE COURT:  Okay.  I won't strike 0751 for cause

24   at this point.  We'll do some further questioning of that

25   juror based upon the responses.

```
 1              All right.  Next person on my list to discuss
 2   is 1104.
 3              So this is the person that identified themselves
 4   as a video editor and producer at a local CBS News station.
 5   The person has dealt with extensive coverage.  The
 6   Question 32 of whether this person could avoid media
 7   coverage of the case, the person answered no.  They also
 8   answered yes to 45, 47, and 49.  So I thought the
 9   combination of those things might be a basis for a cause
10   strike.
11              So government's thoughts.
12              MR. NESTLER:  We believe further voir dire on this
13   witness would be -- on this prospective juror would be
14   warranted.  It sounds like this juror was not interested in
15   performing jury service based on some of the questions.  And
16   we believe it's possible that these concerns can be
17   addressed; it's possible they can't be.  If Your Honor
18   instructs her to not ingest news during the time of the
19   trial, that's certainly something that most people could
20   comply with.  But if she makes a point of how she cannot,
21   then we can address that at that time.
22              THE COURT:  Okay.
23              MS. HALLER:  Your Honor, may we respond?
24              THE COURT:  Sure.
25              MS. HALLER:  If there's a time-efficiency question
```

1    here, we have 150 people, Your Honor, as Your Honor knows,

2    and these are people that have clearly -- this person, the

3    CBS News journalist, makes clear that he covers 1/6.  And

4    this person is -- you know, puts his own prejudice down.

5    And we would strongly object, because it's a time issue as

6    well, because, you know, to bring back someone like that

7    who -- all the people that we listed we did very carefully,

8    Your Honor.

9             THE COURT:  Ms. Haller, can I just interrupt you?

10            I've now said twice that just because some of

11   these folks answered certain question, I'm not going to

12   strike them for cause.  I'm going through the people that,

13   beyond simply their answers to the questions, have given me

14   additional pause.

15            If that person who has answered any of the

16   questions that are cause for concern comes in, we're going

17   to go right to those questions immediately.  And so, you

18   know, while there will be some additional time taken, it's

19   my expectation that it won't take that much time.

20            And as I said in terms of how we're going to do

21   this, you know, I'm going to do the initial questioning.  If

22   it becomes apparent to me very quickly that the person

23   cannot be fair and impartial or has some other reason they

24   can't serve, I will ask both sides whether they have any

25   objection and then that juror will be gone.  So hopefully

1    that won't take very long for some of these jurors as to
2    which you've raised concerns.
3            All right.  Juror 1432.  You know, this was
4    someone who I thought had sort of done more than just answer
5    the Questions 45, 47, and 49 yes, although they did that,
6    too.
7            Question 11 they answered, I have no respect for
8    and are completely -- am completely outraged that citizens,
9    lawmakers, and the former President would perpetrate such an
10   act on our freedoms.  I would not be impartial in my
11   judgment.
12           I mean --
13           MR. NESTLER:  Judge, just I think this is 1431,
14   not 1432.
15           THE COURT:  I'm sorry.  It's 1431.  I misspoke.
16   Yes, 1431.
17           MR. NESTLER:  We saw that answer.  Again,
18   we believe this is something that someone might say to get
19   them excused from further jury service and that it would be
20   warranted to have a quick follow-up.
21           It's certainly the case the government expects
22   Your Honor would go right to that question and that this
23   prospective juror would adhere to those views under
24   questioning from Your Honor, in which case we would not
25   object at that time.

1          But many prospective jurors, as Your Honor

2   probably knows, you will ask that question and they will,

3   under oath, sitting here in court, will immediately relent

4   and say that they could be fair and impartial if instructed

5   to do so.  So we don't believe it's appropriate to strike at

6   this time.

7          THE COURT:  Okay.

8          MS. HALLER:  We object.

9          MR. LINDER:  Your Honor, may I follow-up?

10         THE COURT:  Mr. Linder.

11         MR. LINDER:  Yes, Your Honor.  It's apparent that

12  the government is going to object to the release of anyone

13  other than the 13 that they've agreed to.  By some of these

14  responses the Court has deemed strikable, we would, of

15  course, agree with the Court.

16         But I want to remind the Court that the Court has

17  only set aside three days for jury selection and has advised

18  all counsel that the Court will probably bring in 20 to 30

19  jurors per day.  At that rate, we're only going to get

20  through 90 jurors anyway.  And at the rate the government is

21  not willing to agree to strikes, we're going to be left with

22  130 jurors, which is going to carry jury selection into the

23  following week if we want to follow Mr. Nestler's suggestion

24  and question everyone about some of the questions that are

25  pretty obvious that they don't want to be on the jury and

1    can't be fair.

2         So I just wanted to bring that to the Court's

3    attention that we're going to drag jury selection into a

4    second week if they cannot agree to more of these.

5         THE COURT:  Let's keep going and see where we are

6    on this.

7         0975 is the next person I wanted to talk about, so

8    this person both said that there's potential hardship for

9    childcare, answered Question 11 saying that their friend and

10   neighbor is a D.C. police sergeant and one of the first

11   D.C. police to respond on January 6th.  And they also

12   answered, although they didn't answer any of the 45, 47 --

13   no.  I'm sorry.  They did answer 47 yes.

14        The person had a question about what a jury

15   foreperson was, but that's not the worst thing in the world.

16        Mr. Nestler.

17        MR. NESTLER:  Yes, Your Honor.  We believe that

18   the juror's answer to the questions -- first of all, we

19   don't believe the person should be struck for cause.  But if

20   you look at the questions, Question 45, the juror has

21   already said that the juror does not believe that they have

22   such a strong opinion that would affect their ability to be

23   fair and impartial.  And so, again, this is one where we can

24   ask further follow-up questions.  But the juror here has

25   already indicated to us that they do believe they could be

```
 1  fair and impartial.
 2           THE COURT:  Okay.  Let's keep moving forward.
 3           MS. HALLER:  Just note our objection, Your Honor;
 4  argumentative for the reasons stated.
 5           THE COURT:  You don't need to object, Ms. Haller,
 6  because, as I said, all these people are coming back and
 7  you'll have the opportunity to strike them and move to
 8  strike for cause at that point.  This is not a final
 9  determination of whether somebody is qualified or not.
10           The next person on my list is 1575.  Does anybody
11  have the number that's associated with that person?  That is
12  the number of the right side of the strike sheet column.
13           MR. LINDER:  38.  Juror No. 38.
14           THE COURT:  38.  Okay.  Thank you.
15           My concern with this person had little to do with
16  their views on the case but their health issues they had
17  raised, not able to -- wears two hearing aids, not able to
18  read lips without [sic] a mask versus no sign language.
19  Also had concerns about having to frequently use the
20  restroom.
21           And I just -- you know, I thought those
22  questions -- you know, they also answered Question 8, had
23  trouble hearing.  Yes, apparently, I'm hearing voices.
24           Mr. Nestler.
25           MR. NESTLER:  We don't object to striking this
```

1    juror for cause before voir dire.

2         THE COURT:  Okay.  So 1575 will be stricken for

3    cause due to the juror's answers in response to hearing

4    issues.

5         The next person was 1533.  And I think I'll get

6    the same response from the government that I did before,

7    which is that on Question 68, the person said, "I have read

8    many articles of the insurrection and have strong feelings

9    about this attack on our democracy."  Also answered

10   Questions 45 and 47 affirmatively.

11        Is it your view, Mr. Nestler, we still ought to

12   bring that person in?

13        MR. NESTLER:  Yes, Your Honor.

14        THE COURT:  Okay.

15        All right.  1591.  What worried me about this

16   juror was the answer to Question 1.  The person said that

17   they're a principal at a D.C. public elementary school.

18   That would be difficult.

19        Then it was the answer that "I'm curious about

20   possibly serving on this trial, though," was a little bit of

21   a cause for concern.  So I think, unless the government has

22   a reason to object, I'm going to strike that person for

23   cause.

24        MR. NESTLER:  We thought there was an

25   interpretation of that answer that was for civic-mindedness

```
 1    that -- being interested in the jury process and not serving

 2    on this trial because of the nature of this trial.

 3              Many people would find it fascinating to serve on

 4    a jury, and a public school principal might be one of those

 5    people.

 6              I understand if the person had said, Because

 7    I want to convict somebody or I want to sit on a January 6th

 8    trial, it would be different.  Given the person's role,

 9    there is a potentially innocuous reason for writing that.

10    And we don't believe the person should be struck without

11    exploring that answer.

12              If they answer in the way that Your Honor is

13    suggesting that they might answer, I think it's an obvious

14    strike.  But we just don't know.

15              THE COURT:  Okay.

16              All right.  So the next person is 0922, which

17    I think is in the next group of 50.  So, I mean, this is

18    also someone who had written down their expressions of being

19    predisposed to not being fair.  A person in Question 11

20    wrote, "I have strong negative feelings regarding the

21    individuals who attacked the Capitol and the impact their

22    behavior had on the people present and in D.C. as a whole.

23    I remember" -- I can't read what that word is, but it says,

24    "I remember something to the effect of feeling unsafe

25    traveling home from work that day as well."
```

```
 1              The person says they live a mile from the Capitol.

 2              Mr. Nestler, do you really think we need to bring

 3   this person in?

 4              MR. NESTLER:  No objection, Your Honor.

 5              THE COURT:  All right.  So 0922 will be stricken

 6   for cause.

 7              Next person was 0708.  I think the reason I

 8   flagged this person, and I think it's probably not worth

 9   striking or having this person come in, is that they have

10   said that they're planning to be out of town the first week

11   of October, location booked and paid for.

12              I guess I would like to find out when that travel

13   was booked and when it was paid for because anybody that has

14   done that after they got the summons in this case is not

15   going to get a lot of sympathy from me.  So we'll move past

16   that juror.

17              MR. LINDER:  Your Honor, may I interject?

18              That question did -- that juror did answer

19   Questions 45 and 47 that they couldn't be fair.  And also

20   Question 68 was a little bit alarming to defense counsel.

21              THE COURT:  Oh, yes, you're right.  Thank you,

22   Mr. Linder.

23              They did say that they were -- 68, they were

24   scared of serving on this jury and having my name out there.

25              I suppose we could bring somebody in to assuage
```

```
 1    their concerns about having their name put out there.

 2              But, Mr. Nestler, is there a concern with striking

 3    this person for cause?

 4              MR. NESTLER:  We believe that -- we do believe

 5    they should not be struck for cause at this time, that their

 6    concern could be assuaged.  It's possible their concern

 7    couldn't be assuaged.  But I'm not sure they're aware of all

 8    the semi-sequestration plans and the other methods

 9    Your Honor has undertaken.

10              THE COURT:  Okay.

11              Look, just to be clear here, folks, I'm not just

12    consenting to what Mr. Nestler's asking for.  The bottom

13    line is we're going to bring these people in and have a few

14    questions asked; and if they're consistent with their

15    answers, they won't be here very long.

16              All right.  Next juror is 1225.  You know, again,

17    this is in response to Question 68.  The person wrote,

18    "January 6th, 2021, storming of the Capitol was one of the

19    single most treasonous acts in the history of this great

20    country."

21              Mr. Nestler, I don't know that we're going to be

22    able to move anybody off of that.

23              MR. NESTLER:  I do think it's important to think

24    about the difference between thinking that January 6th was a

25    treasonous act and thinking about whether these defendants
```

1    are guilty of further actions related to January 6th.

2           This is an issue that has come up in many of the

3    jury trials that have happened in this courthouse.  I'm sure

4    Your Honor saw it in presiding over the Webster trial.  Many

5    jurors have strong feelings about the day, but they can

6    still be fair and impartial about whether these defendants

7    have committed the crimes they're charged with.

8           MR. LINDER:  In response, Your Honor, that juror

9    also answered Questions 45 through 47 in the affirmative.

10          THE COURT:  Right.  I actually -- I do think the

11   strength of this juror's statements, you know, there are

12   some folks here who have just said some things that maybe

13   they don't really mean them.

14          But, you know, Mr. Linder is right, that we do

15   have to get a jury picked in three days.  And so I'm going

16   to strike 1225 for cause because of concerns of the person's

17   inability to be fair and impartial.

18          0705 is the next person, and I think the reason I

19   flagged this person was that he or she identified themselves

20   in Question 68 as an employee for the House of

21   Representatives.  They go on to say, "I believe I would be

22   an impartial juror but wanted to be clear about my

23   employment."

24          MR. NESTLER:  We saw that also.  We don't know

25   when that person started working in the House of

 1   Representatives, if they were working there on January 6th.

 2   In fact, their answer suggested that they weren't because

 3   I assume that they would have said something else about it

 4   instead of simply working for the House now.

 5               THE COURT:  Okay.

 6               MR. NESTLER:  But, anyway, we thought further

 7   questioning might be warranted.

 8               THE COURT:  Okay.

 9               0826 is the next juror.  So I think the reason I

10   flagged this person was not because of the answers to

11   Questions 45 and 47 but because they said they had business

12   travel scheduled on behalf of the employer whom they've

13   identified as the State of Maryland, October 19th through

14   the 21st and then November 7th through November 17th.

15               MR. NESTLER:  These are scheduling and

16   unavailability issues that are actually more appropriately

17   addressed to the Court than to the parties.

18               We have a hard time saying to somebody that they

19   can't travel for work.  But if they made plans afterwards or

20   they could easily -- if they're a public employee and they

21   could have somebody go in their stead, but we defer to the

22   Court on whether that's an appropriate thing to do.

23               THE COURT:  Okay.

24               Next person is 1538, and they wrote that they were

25   flying to Boston for a wedding and out of town Friday

 1    October 1st, and Monday, October 3rd, flying to Italy

 2    October 10th through the 26th.

 3              I'm going to strike this person for cause.  It

 4    seems clear to me that these are social obligations and

 5    payments that they've made for travel that we really aren't

 6    going to get that person to budge from.  So 1538 will be

 7    stricken for cause.

 8              1094 was the next person on my list.  Yeah,

 9    I mean, I think this was -- I suspect Mr. Nestler's reaction

10    is going to be the same.  Question 68, the person answered,

11    "I followed and made up my mind a while ago about the act of

12    those that day.  I would hope to be impartial but don't know

13    for certain."

14              You know, they've also, although they did say --

15    they say they have a strong opinion about January 6th,

16    Question 45.

17              Mr. Nestler.

18              MR. NESTLER:  We think they should be voir dired,

19    Your Honor.

20              THE COURT:  Okay.

21              The next person is 0744.  This person had some

22    interesting answers.  Question 11, about whether anything

23    that might affect ability to be fair and impartial, a person

24    answered was a person of color.

25              I think the last question simply said, "Do not

1    care," in response to 68.  You know, it may be that this

2    person is not answering truthfully.  But the person also

3    said they have religious, moral, or ethical beliefs that

4    prevented them from sitting in judgment.  I just don't think

5    it's worth our time to bring this person in.

6              So 0744 will be stricken for cause.

7              Next juror, 0526.  So there were a couple of

8    answers that gave me some pause.  The first was the hardship

9    answer.  "I'm currently a primary babysitter for my

10   two-year-old niece."

11             Question 11 she responded, "The events of" --

12   I think it's a she -- "The events of January 6th were very

13   traumatic to myself and household."

14             They also answered Question 47 yes about not being

15   fair and impartial to someone who's a member of the

16   Oath Keepers.

17             Mr. Nestler, that combination of concerns ought to

18   probably warrant and is leaning in favor of not bringing

19   that person in.

20             MR. NESTLER:  We think that this person could

21   benefit from being voir dired, Your Honor.  Answering

22   questions like this, especially as it relates to childcare,

23   suggests the person is trying to get off the jury and might

24   answer differently when under oath in the court.  But we

25   understood Your Honor's concerns.

1          THE COURT:  All right.  So I'm going to strike

2    0526 for the reasons that I've just articulated.

3          MR. FISCHER:  Your Honor, may I inquire?

4          Were the jurors ever placed under oath before --

5    so, in other words, if the government wants to bring them in

6    under oath, then they could be committing perjury if they

7    came in and answered to the opposite to what's in the form.

8          THE COURT:  We did have them sign an affirmation.

9    I mean, they weren't formally asked to raise their hand and

10   placed under oath, as you would usually before voir dire,

11   just because there was no practical way to do that.  But

12   they did sign an affirmation at the end of the

13   questionnaire.

14         MR. FISCHER:  Well, Your Honor, that seems a

15   little problematic with some of these jurors.  If the

16   government's position is we've got to bring them in under

17   oath and ask them questions under oath, it seems to me to

18   raise the question -- I mean, I'm not sure if we have to

19   advise the potential jurors of the Fifth Amendment

20   privilege.  But if they're asking -- if they're making these

21   pretty strident answers, that would seem to pose a problem.

22         THE COURT:  Well, I hear what you're saying, but

23   I think largely what is happening here for most of these

24   folks is they've answered questions in a certain way

25   suggesting unfairness.  We'll bring them in to see how

1    strident that view is.

2          If they continue to be strident in the view, as

3    I think you've suggested, they'll most likely be stricken

4    for cause.  It is true that I've had at least one case --

5    I know other judges in the courthouse have had juror

6    experiences where people have come in, they've expressed

7    some views, and then once they're questioned, they sort of

8    understand that their task is not to judge the January 6th

9    events generally, but judge the evidence against these

10   defendants as it's presented.  So that's the reason for

11   bringing them in even though they perhaps answered some of

12   these questions affirmatively.

13         All right.  So 0641 was the next person that I had

14   some concerns about.  They answered Question 7 that they had

15   moral, religious, and ethical beliefs.

16         Question 11, they answered yes but did not provide

17   an explanation as we had asked.

18         They also said that they didn't understand

19   Questions 5, 10, and 15.  And so I think I had just concerns

20   about the juror's capacity based upon their responses.

21         MR. NESTLER:  We had the same concerns.  We

22   thought they would be addressed during individual voir dire.

23   If they're not immediately addressed, we were okay striking

24   for cause.  But we also defer to the Court.

25         We saw those same concerns.  We didn't know if

 1    they rose to the level of not even bringing them in to see
 2    if they could be addressed.
 3              THE COURT:  Yeah.  I think the combination of
 4    those just don't warrant bringing the juror in, I think.  So
 5    we'll strike 0641 for cause.
 6              All right.  I promise we're not too much further
 7    till the end here.
 8              So Juror 0551 is the next person.  There are a
 9    number of things that cause me some reason to pause here.
10    They said they purchased tickets for personal and work event
11    in Las Vegas.  They said they had purchased the tickets on
12    July 24th or '9th.  I can't tell.  The trip is October 13th
13    through the 17th.  Identified back problems.  They also had
14    answered Questions 45 and 47 yes.
15              MR. NESTLER:  The travel question, again, we defer
16    to the Court on travel.
17              THE COURT:  I think I'm going strike the person
18    for cause due to unavailability.  They have explicitly said
19    that they made the tickets -- or purchased the tickets,
20    I think, at a time that would have been before they received
21    the summons.
22              MR. LINDER:  Your Honor, what juror number was
23    that again?
24              THE COURT:  0551.
25              MR. LINDER:  And with the Court's permission,

1    I'm going to have to log off, move to another court, and

2    I can log back in.  And Mr. Fischer and Ms. Haller can keep

3    going in place of me at this point, if that's okay with the

4    Court.

5              THE COURT:  Yep.  No problem.

6              Juror 0322, although was not identified on the

7    defense's list, you know, identifies themselves as currently

8    employed as a U.S. Capitol police officer.  And even if

9    that's a more recent employment, I think --

10             MS. HALLER:  I thought be agreed to that.

11             MR. NESTLER:  Yes.  The parties agreed to strike

12   that juror for cause.

13             MS. HALLER:  I thought we agreed with government

14   on the --

15             THE COURT:  Right.  It's on --

16             MR. NESTLER:  It's on the top of page 2.

17             THE COURT:  I'm sorry about that.  As I was going

18   through it, I must not have realized that.

19             And then the next person was 054.

20             All right.  0354, I wanted to raise for a couple

21   of reasons.

22             One, I think I sort of said to everyone at the

23   beginning that if somebody said that they were an hourly

24   employee and they don't get paid, I would excuse them.  And

25   this person did that.  This person also said that they

```
 1   worked for CBS Evening News and in the control room and
 2   would have difficulty avoiding media.  So I think for those
 3   reasons, 0354, we'll strike that person for cause.
 4              MR. NESTLER:  For the record, Your Honor, I think
 5   it's 0345.
 6              THE COURT:  Right 0345.  Sorry about that.
 7              Same issues with 0117, who wrote in response to
 8   Question 1, the hardship question, economic hardship:  "What
 9   the Court pays will not cover by loss of salary.  Due to
10   hardship of the pandemic, my employer is unable to pay
11   missed wages, and I don't have enough leave to cover the
12   loss."
13              And then they had a very interesting response to
14   Question 11.  "I question everything and everyone.  It's an
15   internal process."
16              Maybe that's a good thing.  I don't know.  Maybe
17   not.  But then they also answered Questions 45 and 47 yes.
18              Mr. Nestler, any objection to striking that person
19   for cause?
20              MR. NESTLER:  We believe on some of the
21   substantive answers, we would have additional questions.
22   But based on the hourly employee issue, that's a question
23   for the Court.  So we would defer to the Court.
24              THE COURT:  All right.  So we'll strike 1117 for
25   cause due to financial hardship.
```

1              So next juror is 0465.  What raised my concern was

2      the answer to Question 11.  The juror said that they are a

3      journalist who has covered the events of January the 6th and

4      impeachment proceedings, congressional hearings, et cetera,

5      but believe I can still serve as a fair and impartial juror

6      since I have not covered any of the court proceedings,

7      although they did answer Questions 45 and 47 and 49 no.

8              And they did identify in Question 37, which asked

9      them to identify whether they knew some of the potential

10     witnesses or people they would hear from.  They listed a

11     fair number of people, although they're all fairly -- people

12     whose names are routinely in the press.

13             Thoughts about that individual?

14             MR. NESTLER:  We thought they'd benefit from

15     further voir dire.  They said they felt they could be fair

16     and impartial.  That should be tested here in court.

17             MS. HALLER:  We believe they have a problem with

18     the defense, Your Honor.  We're talking about --

19             THE COURT:  0465.

20             MS. HALLER:  -- 0465, yes, Your Honor.  I'm sorry.

21             So this person also has -- "I'm a journalist who's

22     covered the events, specifically January 6th impeachment

23     proceedings."

24             So we do believe that's a conflict because this is

25     a work matter for them.

1            THE COURT:  Okay.  Well, I don't know that it's a

2     conflict.  But, I mean, I do have concerns about whether the

3     person can sort of truly put out of their mind what they've

4     learned by covering the events of January the 6th and the

5     impeachment proceedings and sort of differentiate that from

6     the evidence.

7            And so I think for that reason, I actually am

8     going to strike 0465 for cause.

9            I had somebody come in on my last jury trial, only

10    jury trial, January 6th jury trial, who said -- the person

11    actually was a journalist who was on the Hill at the time

12    covering the events.  And even though they said they could

13    be fair and impartial, I thought it probably was not a good

14    idea to keep them on the jury.

15           This is Juror 1047.  The person indicated they

16    have a family vacation planned.  I don't know what the next

17    word is, starting October 4th through October 9th.  They

18    also affirmatively answered Question 45 yes.

19           Given that this is a family trip -- I don't know

20    when it was planned, but it's going to be a little harder to

21    excuse -- force that person to be seated.

22           MS. HALLER:  Sorry, Your Honor.  Are you talking

23    about 1047?

24           THE COURT:  Yes.

25           MS. HALLER:  Okay.  Thank you.

1          THE COURT:  So I'll strike 1047 for cause due to

2   unavailability.

3          Next person was 0483.  In response to Question 11,

4   the person answered, "I am" -- I can't read the next word,

5   but it continues:  "I am partial to D.C. law enforcement and

6   have strong feelings of anger toward the insurrectionists."

7          Answered Question 45 yes.

8          Answered Question 47 yes.

9          Mr. Nestler, do we think we need to bring that

10  person in?

11         MR. NESTLER:  Like many of the others, Your Honor,

12  we do believe that that person could potentially, while here

13  under questioning, concede they could be fair and impartial.

14  It might not happen, but we think that's appropriate just

15  based on some yes answers here.

16         THE COURT:  Okay.

17         MS. HALLER:  Your Honor, we would just point out

18  that this person makes clear in multiple places that he has

19  bias.  And there is -- you know, it's not a mistake.

20  I mean, he repeatedly states.  We've got him citing it on

21  five questions admitting to bias.

22         THE COURT:  You mean 45, 47, and anything else?

23         MS. HALLER:  I have him on 11.  I have him on 17.

24  I have him on 22.  I have him on 47.  And I have him on 49.

25         THE COURT:  Over.  Well, they've answered no to

```
1    49.  But in any event --

2              MS. HALLER:  Sorry.

3              THE COURT:  That's okay.  This person is far

4    enough down that perhaps we'll have a jury by then.  So

5    let's just go ahead and bring them back.  I won't strike for

6    cause at this point.

7              Just a few more.

8              This is 0333.  My concern about this person was

9    just the response to the health question.  The person said,

10   "I have elevated PSA level.  Urinate frequently.  Further,

11   had a very serious case of pneumonia; consequently, I fall

12   asleep frequently.  I also experience periodic chest pain

13   and light dizziness."  And they said they become stiff after

14   sitting long periods.

15             So I think based on those health concerns, I was

16   inclined to strike the person for cause.  They'd also

17   answered Question 45 and 47 yes.

18             MR. NESTLER:  We defer to the Court on the health

19   issues.

20             THE COURT:  So 0333 will be stricken for cause due

21   to health concerns and considerations.

22             0004 -- I'm sorry.  I think I skipped over

23   somebody.

24             0359, there's a few questions before --

25   questionnaires before.  The person answered the hardship
```

1  question:  "I have a pre-planned, already-paid trip with

2  entire family from October 5th through the 10th.

3  I submitted proof with my online prescreening form and juror

4  questionnaire."

5          So I think, you know, ordinarily that person, if

6  they provided proof of unavailability, would have -- should

7  have been screened out, and they just weren't for some

8  reason.  So we'll strike 0359 for cause due to

9  unavailability.

10         Next one is 0004, answered the hardship question:

11  "My job only pays for 6.5 hours daily.  I work more than 7

12  to 8 daily to make my financial situation work.  Being in

13  court would present me with a financial hardship."

14         So I think on that basis alone, I'll excuse that

15  person or strike that person for cause.

16         0252 says they have a prepaid international trip

17  planned for October 20th through the 24th.  I think we'll

18  just bring that person in and get the details of that trip.

19         0403, I'm not going to -- I'll just ask everybody

20  to look at Question 11, the answer to Question 11.  And, you

21  know, I have no reason to know why or understand what the

22  person's connection is, but I thought that was something

23  that stood out and was a potential issue.

24         MR. NESTLER:  We agree a potential issue but an

25  issue that ought to be addressed in court.  I'm not sure

1    that rises to the level of excusing a person or striking

2    them before bringing them into court, considering that the

3    person that they listed in Question 11 has nothing to do

4    with this case.

5           MS. HALLER:  Your Honor, but that person repeats

6    the bias questions four times.

7           THE COURT:  No.  I know.  I know.

8           Look, this person is Juror No. 148, so I'm hopeful

9    that we will not need to get that far.

10          And then I had travel issues with 0245 -- 0248,

11   excuse me, but, again, this person is far enough down that

12   I'm not going to worry about it at this point.

13          All right.  So those are people that we will

14   strike for cause.

15          MR. NESTLER:  I'm sorry, Your Honor.  0248 the

16   parties already agreed on.

17          THE COURT:  Oh, they did?

18          MR. NESTLER:  That's the final number on the first

19   list.

20          THE COURT:  Sorry about that.  I missed that.

21          Okay.

22          MS. HALLER:  I'm sorry, Your Honor.  I didn't hear

23   0403.  No.

24          THE COURT:  So 1497, Mr. Douyon reminds me, is

25   somebody that checked in that morning and then left and had

1    to be called back in to complete their questionnaire.  And

2    he was just reminding me of that, and I'm going to follow up

3    with that person as to why that happened.  And so I wanted

4    to make sure everybody was aware of that.

5              So by my count, it looks like we have stricken 30

6    jurors for cause, both the 13 that the parties have agreed

7    upon and then the 17, I think, if my count is right.

8              MR. NESTLER:  We have 16 additional on top of the

9    13 we agreed on.

10             THE COURT:  Is it 16 additional?

11             MR. NESTLER:  If I could, I can just go through

12   it.

13             1481.

14             THE COURT:  Right.

15             MR. NESTLER:  1575, 0922, 1225, 1538, 0744, 0526.

16             THE COURT:  Hang on one second.

17             MR. NESTLER:  Sure.

18             THE COURT:  I had also struck for cause 09 --

19   excuse me, 1094.  At least that's what my notes say.

20             MR. NESTLER:  You mean 0914?

21             THE COURT:  No.  1094.

22             MR. NESTLER:  Let me see.  That's the juror in

23   seat 80.

24             MS. HALLER:  At page 1976?

25             MR. NESTLER:  I don't recall discussing her.

1    Yeah, but we had Your Honor not striking that

2    juror for cause.

3    THE COURT:  Okay.  Let me go back and take a look.

4    MR. NESTLER:  This is the juror who said that they

5    hoped to be impartial but didn't know for certain.

6    THE COURT:  Right.  Okay.  Thank you.  My notes

7    are clearly right.  I remember that, said we would not

8    strike that person for cause.  Okay.

9    Go ahead, Mr. Nestler.

10    MR. NESTLER:  Sure.

11    So after 0744, 0526, 0641, 0551, 0345, 0117, 0465,

12    1047, 0333, 0359, and 0004.

13    THE COURT:  Okay.  That's who I have.  Is that

14    consistent with what the defense has as well?  So that's why

15    I had 17 instead of 16.

16    MS. HALLER:  It sounds right.

17    THE COURT:  Okay.

18    All right.  So that'll -- we've stricken 29 for

19    cause.  We'll bring the rest back.

20    So what we'll do now is we'll notify the jury

21    office that those jurors will be told that they do not need

22    to report for jury service for this trial.  So that'll bring

23    us to, what, 121 potentially qualified jurors, although a

24    number of them have answered questions that'll need further

25    follow-up.

338

```
 1              Okay.  Let's take our break now, and then we'll
 2   turn to documents and statements issues, which hopefully
 3   will be short.  And then we'll take it from there.
 4              It's almost 20 of.  Why don't we plan on resuming
 5   in 15 minutes at 5 of 12:00.  Thank you, everyone.
 6              COURTROOM DEPUTY:  All rise.
 7              (Recess from 11:38 a.m. to 11:59 a.m.)
 8              COURTROOM DEPUTY:  This Honorable Court is again
 9   in session.  Be seated and come to order.
10              THE COURT:  Please be seated, everyone.
11              Okay.  Everybody back?
12              We're missing Mr. Bright.
13              MR. WOODWARD:  He has not left yet.  Maybe his
14   office is on the Zoom.  He is not.
15              COURTROOM DEPUTY:  Mr. Bright, if you're on Zoom,
16   could you please turn on your camera?
17              THE COURT:  I see Mr. Minuta on.  I don't know
18   that he -- he's certainly not required to be here.  He's
19   certainly free to be here, but he doesn't need to be here.
20              I thought you had left for Texas.
21              MR. BRIGHT:  Not yet.  I apologize.
22              THE COURT:  Don't worry about it.
23              All right.  Next topic is that we had left from
24   last time were documents and statements, and so where do we
25   stand on that?
```

1          MS. RAKOCZY:  Your Honor, the government sent an

2     email to defense counsel before our last Pretrial Conference

3     noting a few objections to defense exhibits.  We have not

4     received any written objections to any of the government's

5     objections or proposed statements at this time.

6          THE COURT:  Okay.

7          Mr. Fischer, I'll put on the onus on you since

8     you're closest to the podium.  But it can be anybody,

9     Mr. Woodward, whoever it may be.

10          MR. WOODWARD:  I can take the fire.

11          THE COURT:  Okay.

12          MR. WOODWARD:  With respect to the government's

13     exhibits, as I mentioned last week, we, and particularly

14     myself, are wanting to go through and understand exactly

15     where all of the supporting documentation is.

16          Ms. Rakoczy and I have engaged in certain

17     discussion about that.

18          Your Honor's not -- Your Honor will believe me,

19     but the expression is that you won't believe me, so I lost

20     three days.  We left the hearing last week, and my family

21     and I flew to Puerto Rico where, as you may have heard,

22     there was a hurricane.  And we had no electricity or water

23     for three days.  So I have not made the progress that

24     I hoped to when last before you.

25          We do, however, have, hopefully, at least a week

1   before the presentation of evidence begins.  And we'll
2   continue to work in good faith with the government to avoid
3   the unnecessary testimony of agents.
4           Ms. Rakoczy has provided defense counsel now with
5   a, for lack of a better phrase, a combined spreadsheet of
6   all of the documents and other exhibits that have been
7   produced to date that has proven useful in identifying
8   records.
9           And it's just taking time for us and myself in
10  particular to extract the individual files that are
11  referenced on those spreadsheets.  We're talking zip files
12  of zip files of zip files.  We're working on that as quickly
13  as we can.  I have somebody helping me back at the office
14  right now.
15          On the statements, again, Ms. Rakoczy and I have
16  exchanged some correspondence on this as late as last
17  evening.  There apparently are some disagreements on my --
18  or some misunderstandings on our part about what the
19  government is seeking to do with respect to the statements.
20          So we have gone through and identified bases for
21  objecting to each of the statements under the co-conspirator
22  exception.  We now understand that the government is not, in
23  fact, intending to admit all of the 800-some statements
24  under the co-conspirator exceptions.
25          We have highlighted for the government four

```
 1    general themes that we think are problematic with respect to
 2    a number of the statements.  As we previewed last week, we
 3    think that the government is wholly lacking in any proffer
 4    as to how particular statements are in furtherance of
 5    conspiracy.  As the Court is aware, the law will require
 6    additional evidence -- evidence in addition to the statement
 7    itself that shows that a statement is in furtherance of the
 8    conspiracy.
 9              We also are unsure as to which particular
10    conspiracy these statements are intended to be admitted in
11    furtherance of.
12              We don't take the government to submit that every
13    single statement is in furtherance of every single
14    conspiracy.  Obviously, there are three separate and
15    distinct conspiracies here that the government is intending
16    to prove, and we need a better understanding of how each
17    statement is in furtherance of a conspiracy.
18              Number two --
19              THE COURT:  Can I ask why that matters?  In other
20    words, if it's in furtherance of a conspiracy and it's
21    admissible, isn't it admissible for all purposes?
22              MR. WOODWARD:  If it is in furtherance of a
23    conspiracy and not of another conspiracy, we would intend to
24    ask the Court to instruct the jury that the statement is
25    being admitted only for the purpose of proving a particular
```

1  conspiracy.

2          So if a statement is proffered as in furtherance

3  of the conspiracy under 1512 but not in furtherance of

4  seditious conspiracy, we'd ask the Court to instruct the

5  jury to understand -- to help the jury understand that this

6  statement is being offered in furtherance of one conspiracy

7  but not of another conspiracy.

8          THE COURT:  Okay.

9          I mean, I've long understood that once evidence is

10 in, absent reason for a limiting instruction.  But if it's a

11 statement that's in, I mean, I suppose the government could

12 not get up and use a particular statement that was only in

13 furtherance of one conspiracy and argue that this is

14 evidence of a different conspiracy or evidence to support a

15 different conspiracy.  But I don't know that a limiting

16 instruction is necessary for each one of these statements.

17 But, I mean, there are a lot of them.

18         MR. WOODWARD:  There are a lot of statements, and

19 that's a concern that we certainly have.

20         As I think was previewed a little bit in argument

21 this morning, these defendants are alleged to have engaged

22 in specifically different activities.  And so to the extent

23 that Mr. Rhodes is going to argue that he did not go into

24 the building and that that's relevant to his defense with

25 respect to a 1512 conspiracy, for example, statements that

1    are in furtherance of the seditious conspiracy and/or the

2    1512 conspiracy but not another conspiracy need to be

3    considered in that context.

4         That is -- we are concerned about how the

5    government does that with the jury, and that's why we have

6    flagged it for them.

7         The government also has proffered statements that

8    were made before and after the conspiracies are alleged to

9    have begun and ended in the indictment.  We've flagged that

10   for the government.

11        And we also have concerns about the government's

12   explanation to us that some of these statements they're

13   intending to bring in as -- under the rule of completeness,

14   our position would be that the government cannot seek to

15   admit, for example, a co-conspirator statement or a

16   statement against interest and then bootstrap in additional

17   statements made by individuals they do not claim are part of

18   the conspiracy under the rule of completeness.  So those are

19   some of the issues that we have highlighted for the

20   government and that we continue to work through.

21        I am prepared to go through the chart if the Court

22   desires to do some of that, but I'm also happy to continue

23   working with the government on what is a massive spreadsheet

24   of statements and that I think the defendants are reasonably

25   concerned about the way that this is going to be presented

1    to the jury.

2            THE COURT:  Okay.

3            Let me say this.  I don't want to be any more -- I

4    want to be clear about this.  This trial is not going to be

5    run in a way where every single statement and every single

6    document is going to be subject to an objection by the

7    defense and we're going to have to have a long discussion

8    about it.  If we do that, we will be here for eternity,

9    which is why the schedule was set up the way that it was, to

10   resolve all of this, or at least as much as reasonable,

11   before we begin trial.

12           And I'm telling you right now if there are large

13   chunks of documents that you have an objection to, you

14   better raise them before trial because I am not going to

15   take them up on a one-by-one basis.  I'm just not going to

16   do it.  Otherwise, we will never be done with this trial.

17           MR. WOODWARD:  I understand, Your Honor.  And I

18   appreciate the Court's frustration with the volume of

19   evidence and the defense advising the Court that there are

20   objections that have not been worked out with the

21   government.

22           I would observe that the government has provided

23   us 800 statements and has asked us to identify those that we

24   have concerns about.  It's the government's burden of proof

25   here.  And the government has -- well, Your Honor, it is the

 1    government's burden of proof.

 2              THE COURT:  Of course, it is.  But they're saying

 3    these there exhibits we intend to admit; the burden is now

 4    on you to tell us what your objection is to it.  I mean,

 5    they don't have to make a prima facie case to me every time

 6    they're going to admit an exhibit.  I mean --

 7              MR. WOODWARD:  Well, that may be true generally,

 8    Your Honor, but with respect to a co-conspirator statement,

 9    they do, in fact, have to make a prima facie case that the

10    statement is in furtherance of the conspiracy.

11              THE COURT:  I mean, look, you're right; that is an

12    element of a co-conspirator statement.

13              On the other hand, you know, if statements are

14    being made among the defendants during the course of these

15    conspiracies as alleged, the odds are it's going to be a

16    statement in furtherance of the conspiracy.

17              MR. WOODWARD:  And I don't think that we're going

18    to be standing up or otherwise objecting to statements as

19    amongst these defendants.  What we have here are 800

20    statements that are -- including many, 20 of -- excuse me.

21              We've identified 20 speakers, declarants, who we

22    don't know who they are.  The government does not tell us

23    who they are.  Some of them are phone numbers.  Some of them

24    are monikers.

25              And so the government has asked us our position on

whether statements by declarants whom we can't identify we have any concern about.

Of course, we have concerns about those statements.

THE COURT:  Well, I guess the bottom line is this. I've told you what my view is on this.  Get this resolved in advance or bring it to my attention in advance.  I'm not going to be happy if we have substantial disputes over documents.

We don't have until the end of the year to try this case, folks.

And I'm telling you right now, Mr. Woodward, I'm putting all defense counsel on notice right now:  Get these issues resolved before we start this trial.  If there are individual documents here and there, fine.  But, you know, wholesale objections to documents need to be resolved in advance.

That's why we had motion in limine deadlines. That's why we had exhibit disclosure deadlines.  And, you know, I understand this is not a civil case in which it would be appropriate necessarily for a judge to say, If you don't object by a certain date, you're out of luck.

But I'm telling you right now, I'm not going to get bogged down in long objections and discussions about the admissibility of statements.  I'm just not.

1          MR. WOODWARD:  We don't think that our objections

2   are going to be frivolous.  We think that the Court will

3   find --

4          THE COURT:  It's not a matter of frivolity.

5   I'm not suggesting any of your concerns are frivolous.

6          What I'm suggesting is that this needs to get

7   resolve before trial commences, okay?

8          MR. WOODWARD:  Yes, sir.

9          THE COURT:  If that means we need to be here on a

10  Saturday and Sunday before you open, that's what's going to

11  happen.

12         MR. WOODWARD:  Yes, sir.

13         THE COURT:  All right?

14         So identify what your objections are.  If the

15  government resists, then bring them to my attention.

16         MR. WOODWARD:  Yes, sir.

17         THE COURT:  Because, like I said, we're not

18  disrupting jury selection, and we're going to start with

19  opening that following -- at least -- no later than that

20  following Monday is my hope.  Okay?

21         MR. WOODWARD:  Yes, sir.  Anything else I can

22  provide the Court?

23         THE COURT:  I guess what I'd like to know by the

24  time we get back here next week is where things are at the

25  start of jury selection, because as I said, if we've got to

```
 1    be here Saturday and Sunday to go through exhibits, that's
 2    what we're going to do.
 3              MR. WOODWARD:  Yes, sir.
 4              THE COURT:  Okay?
 5              MR. WOODWARD:  Yes, sir.
 6              THE COURT:  Sorry, Bill.
 7              All right.  There were a couple of outstanding
 8    motions that were carried over from last time.  There was
 9    Mr. Rhodes' motion to suppress the GoToMeeting chat.
10              Where are we on that?
11              MR. EDWARDS:  Yes, Your Honor, I don't know if
12    Mr. Tarpley is on the line.  I can't tell, because our
13    screens on.
14              MR. TARPLEY:  I'm on.
15              THE COURT:  I see him there.  Mr. Tarpley.
16              MR. TARPLEY:  Yes.  I think we had mentioned that
17    we were going to discuss that with the government to see
18    exactly where we were on that, and I'm waiting on a response
19    from them.
20              MR. EDWARDS:  No, Your Honor.  Our understanding
21    is he withdrew that motion last week.  We're prepared to
22    oppose it and address that today.  We haven't filed anything
23    in opposition because we were understanding that he pulled
24    it back last week.
25              THE COURT:  Well, what I understood --
```

1          MR. TARPLEY:  We did pull that back.

2          THE COURT:  Yes, I understood that there was going

3     to be some -- that you would receive some information,

4     Mr. Tarpley, or believe that defense counsel -- other

5     defense counsel had information that would bear on the

6     motion and that's why we didn't discuss it.

7          So where do we stand on that?

8          MR. TARPLEY:  Yeah, that's still where we are at

9     this point, Your Honor.

10          THE COURT:  Okay.  Well, as far as I'm concerned,

11    the motion then is not ripe for consideration.

12          All right.  Mr. Caldwell --

13          MR. TARPLEY:  That would be correct.

14          THE COURT:  Mr. Caldwell's motion regarding

15    government admissions, how are we doing on that front?

16          Mr. Fischer.

17          MR. FISCHER:  Your Honor, very briefly, I will

18    just tell the Court, we have been absolutely swamped with

19    things to do.

20          My intention was to this weekend get redacted

21    statements over to the government.

22          THE COURT:  Okay.

23          MR. FISCHER:  The Court indicated its

24    inclination -- I mean, the statements and --

25          THE COURT:  Right.  We're a ways away.

1          I guess, Mr. Fischer, I'm raising this, but if

2     your intention is to open on any of this or cross-examine on

3     any of it, although I find it hard to believe you might be

4     able to cross on any of it; but if you're going to open on

5     any of it, let's make sure that gets resolved.

6          You know, for example, if you're going to say to

7     the jury, You're going to see that the government has said

8     the following statements about Mr. Caldwell and the evidence

9     just isn't going to back that up, if you're going to say

10    something like that, then let's make sure that those

11    statements have been vetted and talked about in terms of

12    rules of completeness.  That's most important thing right

13    now.

14          MR. FISCHER:  I will do that, Your Honor.

15          Mr. Manzo -- I can assure the Court, I will get

16    ahold of Mr. Manzo tomorrow.  We'll make arrangements to

17    speak over the weekend, and I'll have something most likely

18    in writing over the weekend to give to the Court.

19          THE COURT:  Okay.

20          MR. FISCHER:  Your Honor, there is one exhibit --

21    if I may just step back for a moment, I would bring

22    something we might be able to accomplish.

23          The government yesterday, it's number --

24    Exhibit 1105, sent this over yesterday.  It's an

25    Insider News video.  And it's several minutes long, and it's

1   a composite video.  It's not -- it's not just somebody

2   filming something that goes continuous.  It moves from the

3   action on the east side to the west side to the other side.

4   And at some point in the middle of this, it has Mr. Caldwell

5   yelling up, you know, at Capitol Hill and calling the

6   members of Congress a name.

7        I would object to any video that comes in that --

8   this entire video.  So that was just --

9        THE COURT:  You mean the portion that shows your

10  client?

11       MR. FISCHER:  Well, Your Honor, that portion, I --

12  as long as the other portions don't come in, but they can

13  certainly show the three-second segment.  But I just don't

14  want the entire video to come up.

15       THE COURT:  Okay.

16       MR. FISCHER:  And, Your Honor, I do have -- I did

17  flag some statements.  I don't know if the Court wants to go

18  through some of these statements now.  I do have some of

19  them flagged, if I may step back.

20       THE COURT:  Sure.  What's the story on the video,

21  Ms. Rakoczy?

22       MS. RAKOCZY:  Yes, Your Honor.  Government's

23  Exhibit 1105 is a video that was filmed by an organization

24  called Insider News.  We will seek to authenticate it

25  pursuant to a 902(11) certificate, which we have in hand.

1          We were only planning on playing and really only

2    planning on introducing into evidence Government's

3    Exhibit 1105.1, which is about a five- to ten-minute clip --

4    sorry, five- to ten-second clip of that video, which shows

5    Mr. Caldwell on the grounds of the Capitol on January 6th,

6    referring to members of Congress as traitors.

7          So we submit that it is relevant both to the

8    question of his presence on the Capitol that day and

9    admissible as to his intent.  It is a "present state of

10   mind" statement, an admission of a party-opponent, and

11   I think those would be the main grounds under which we will

12   advance its admissibility.

13          THE COURT:  Okay.

14          Well, I gather -- well, it sounds like you all are

15   in agreement.  Mr. Fischer's concern is that the video in

16   its entirety was going to be shown, but you're only going to

17   show the clip involving Mr. Caldwell.

18          MS. RAKOCZY:  Yes, Your Honor, that's correct.

19          THE COURT:  All right.  Mr. Fischer.

20          MR. FISCHER:  Your Honor, there are a handful of

21   statements.

22          Your Honor, there's one issue that's going to come

23   up, and I should raise this now.

24          The government, the last time we were in court,

25   stated that there was apparently a different conspiracy that

they were looking at, that Ms. Watkins was tied to a

different conspiracy.  That's problematic because she was

initially charged with Mr. Caldwell and Mr. Crowl at the

very beginning.  And I believe that's where the Zello came

in.  There were references in the charging documents to

allegedly somebody on Zello talking about arresting members

of Congress.

          And the concern I have is there are several

statements in here between the Person No. 3 who was the --

I guess I won't use his name.  It's Person No. 3 -- I'm sure

the government knows who I'm talking about -- who he was the

QRF, and he was the North Carolina QRF.

          Now, my understanding, I think the government has

represented that the North Carolina Oath Keepers had split

off from the national Oath Keepers groups prior to

January 6th, and that's the reason why the North Carolina

people have not been charged.

          And there are several statements here that involve

this Person No. 3 and also a leader of the North Carolina

Oath Keepers and Mr. Caldwell.

          And I raise that concern because certainly for the

other defendants, I'm not sure this is something in

furtherance of a conspiracy that's alleged in the current

indictment.  I'm not sure it's a furtherance of any

conspiracy alleged in the instant indictment.

1           So I think those are problematic just as a

2     general, and there are several statements along those lines.

3           Court's indulgence.

4           I would point out that we also have multiple

5     statements where Mr. Caldwell is commenting on Facebook to

6     something someone else posted.  But we don't have anything

7     in the discovery as to what he was commenting to.  So he

8     gives a comment, but we don't know what preceded the

9     comment.  And I can't find it anywhere in the discovery, and

10    we would object to any type of statements that come in

11    unless the government can provide the context.

12          And if we're mistaken, we've looked everywhere in

13    the discovery; we can't find it.

14          I would point out to the government that there are

15    a series of statements in December, December 30th of '21,

16    looks like 1, 2, 3, 4, 5, 6 statements with Mr. Caldwell and

17    Ms. Watkins.  These are on December 30th.  We don't have a

18    particular objection to those statements.  So I wanted to

19    point that out.

20          Your Honor, there is a statement that's

21    problematic I would point to the government.  It's

22    December 31st of 2020, and it's at 3:06:11 p.m.  And it is

23    attributed to Mr. Caldwell.  It's a PDF.

24          This is -- yet again, this is a statement where

25    there's no context.  It's Mr. Caldwell replying to some sort

1   of post, but we can't find the post in discovery.  So we're

2   going to object to that statement based on context.

3          And, also, it's a Rule 403 issue as well that --

4   the government and the defense can talk about that.  But

5   without the context, Your Honor, that's our main objection.

6          And I would point out also, there's a similar

7   objection, January 1st of '21 at 12:48:17 p.m.  There's yet

8   another comment.  It's a comment by Mr. Caldwell.  It says,

9   "I accept this assignment," and it goes on for another

10  paragraph.  That is a statement where he's replying to a

11  post, again, that we cannot find who or what he is

12  responding to.

13         I point out to the government I originally flagged

14  something, but I'm going to withdraw -- January 5th, '21, at

15  12:12 p.m., Caldwell to Joe Godbold, we are not objecting to

16  that.

17         Your Honor, one significant objection we have --

18  the Court's indulgence.

19         And I will say for the record I appreciate the

20  government's 8-point font on their spreadsheet.

21         It is on January 6th.  It's at 12:36:46 p.m.  And

22  there's also a reply on January 6th at 12:36:46 p.m.

23  So this is Mr. and Mrs. Caldwell.  It's a video taken by

24  Mrs. Caldwell between the two of them where Mrs. Caldwell

25  indicates, "We're marching to the Capitol, and they better

1    do the right thing."

2             And Mr. Caldwell jokes, "If they don't, I know

3    where Pence lives up on Wisconsin Avenue.  He better do what

4    he's supposed to do."

5             Your Honor, we're going to object on that on 403

6    grounds.  And, also, I'm not sure about it because I just

7    thought of this a few minutes ago.  But it may be a marital

8    communication.  It's between the two of them.  It's a video

9    that's on Mrs. Caldwell's phone.  And it looks like the two

10   of them just bantering back and forth.

11            But I believe the strongest objection is going to

12   be on 403.  This is at 12:36.  It seems to me to be clearly

13   a joke.

14            The Court's indulgence.

15            THE COURT:  Well, at least on the 403, I hear you,

16   Mr. Fischer, but it seems to me that's a weight issue.  And

17   it's not the kind of -- and there's some probative value to

18   the statement.  And, you know, I would say it's not

19   substantially outweighed by the risk of unfair prejudice.

20            MR. FISCHER:  Understood.

21            Your Honor, there's a video that was taken off --

22   this is on January 6th at 2:51:56.  This is a video taken by

23   Sharon Caldwell.  And Mr. Caldwell -- this is after the

24   Congress has already been evacuated, et cetera, et cetera.

25            Mr. Caldwell, again, makes what I would

357

1  characterize an obvious joke, that he wiped his backside on
2  the Speaker's doorknob.  He was not in the Capitol at the
3  time.  He had never been in the Capitol.  That's another
4  objection that's going to be on 403 grounds.
5          And the Court's indulgence.
6          Your Honor, I can't find it off the bat.
7          The other major objection I wanted to raise, and
8  I apologize, but there was a statement between Donovan Crowl
9  and Mr. Caldwell.  And Mr. Caldwell, if the government might
10 be able to find this, Mr. Caldwell had indicated --
11 Mr. Caldwell said to Mr. Crowl, "Where you is?"
12         And Mr. Crowl -- and this is, obviously, in a
13 text.  Mr. Crowl responded, "Where you is," but it came out
14 spelled as J-E-W, "Where Jew is."  It seemed to me that it
15 was probably something he talked into the phone.
16         I've gone through a lot of Mr. Crowl's discovery,
17 and I haven't seen any anti-Semitism in his discovery.
18 I could be mistaken, but it seemed to me that that was a
19 highly prejudicial statement.  So we object to that on
20 403(b) grounds.
21         So, Your Honor, that's probably the highlights of
22 the objections that we had.
23         THE COURT:  Okay.
24         All right.  Thank you, Mr. Fischer.  That's
25 helpful.

1              Let's just sort of go backwards on some of that.

2              The text between Mr. Crowl and Mr. Caldwell, is

3    that something the government intends to admit?  And do you

4    think that the use of the word "Jew" is intentional there?

5              MS. RAKOCZY:  I don't know, Your Honor, to be

6    honest with you.  I mean, it could be a crass joke or a

7    playful something.  I don't know.  It's not -- it is in the

8    middle of a sentence that is otherwise spelled

9    appropriately.  So I really don't know.  I don't think we

10   plan on arguing that it's -- anyone should derive any

11   anti-Semitism from it.

12             But it is the message.  And the message is -- the

13   exchange is relevant because it shows Mr. Caldwell making

14   plans to meet up with Ms. Watkins and Mr. Crowl at the

15   Comfort Inn hotel on the afternoon of January 5th.

16             THE COURT:  Is there any other evidence to suggest

17   that this was anything other than an error and that

18   Mr. Crowl does harbor anti-Semitic views.

19             MS. RAKOCZY:  No.  And I don't think we would

20   argue or suggest that it was; however, it may have been

21   perceived by Mr. Crowl as a silly thing to say, and so I

22   don't know that be particularly feel like we should go

23   editing it.  I mean, I think --

24             THE COURT:  I think we should edit it unless the

25   government has reason to believe that this was intentional.

1    I mean, it is the kind of statement that -- it's one

2    statement but, nevertheless, is something that could be

3    inflammatory, particularly if we have members of the Jewish

4    faith on the jury and, frankly, anybody of any faith on the

5    jury.  So I will ask the government to redact that word from

6    that exhibit.

7            MS. RAKOCZY:  Yes, Your Honor.

8            THE COURT:  As far as the joke about wiping the

9    backside on the doorway, I mean, look, I think -- you know,

10   I don't think it's excludable on 403 grounds.  It is true

11   Mr. Caldwell didn't enter the building; and, therefore,

12   it's likely it was just bluster.  And I think the jury will

13   appreciate that and understand it for that because the

14   government won't be arguing that Mr. Caldwell entered the

15   Capitol, I understand.

16           MS. RAKOCZY:  Correct, Your Honor.  We do think

17   his statement, while bluster, is somewhat relevant to his

18   intent, as is his wife's comment that immediately precedes

19   that which talks about how members of Congress have fled and

20   uses the derogatory term to refer to them as cowards.  And

21   Mr. Caldwell responds, "That's right."  So an awareness of

22   how their actions are impacting Congress is certainly

23   relevant.

24           And then that statement about wiping his butt on

25   Nancy Pelosi's doorknob follows.

 1            THE COURT:  Yes.  Okay.  I'll admit that, and I'll

 2   overrule the 403 objection.

 3            All right.  Then there were the three statements

 4   that Mr. Fischer raised concerns about completeness and that

 5   they are there are postings, and he says he doesn't have the

 6   posts to which Mr. Caldwell responded.

 7            MS. RAKOCZY:  Yes, Your Honor.  And that is news

 8   to the government, so I'll find those in the Facebook

 9   discovery and make sure that Mr. Caldwell has the context.

10            I'll just note that I think at least one of those

11   might not be a reply to a post so much as a Facebook status

12   post, which isn't necessarily responsive to anything.

13            But we do believe that each of those comments is

14   pertinent as to a statement of state of mind or an admission

15   by a party opponent, possibly also a statement in

16   furtherance, but certainly the first two.  And so we'll find

17   the context and get those for Mr. Caldwell in case he has

18   some objection.

19            THE COURT:  Okay.

20            So, Mr. Fischer, on those three, just get with

21   Ms. Rakoczy.  And if there's still an issue, you'll let me

22   know.

23            And then Mr. Fischer's first issue concerned

24   statements between Mr. Caldwell and North Carolina

25   Oath Keepers about a QRF.

1          And what's the government's response to that?

2          MS. RAKOCZY:  Yes, Your Honor.

3          So before we move on to that, I just wanted to

4    clarify.  Mr. Caldwell, I think, also raised a 403 objection

5    to a December 30th statement.  And I think that that comment

6    that he was talking about was the one where Mr. Caldwell

7    says words to the effect of:  It begins for real January 5th

8    and 6th, Washington, D.C., when we mobilize in the streets.

9    Let them try to certify some crud on Capitol Hill with a

10   million on more patriots in the streets.  This kettle is set

11   to boil.

12         So for that particular statement on the 31st at

13   3:06 p.m., we do argue that that is not more prejudicial

14   than probative.  It's incredibly probative to state of mind.

15         THE COURT:  Yes, I mean, I would agree with that.

16   So to the extent there was a 403 objection on that

17   statement, that's overruled.

18         All of this raises the question, you know, how is

19   the government intending to parse these statements and let

20   me know about it and let the jury know about it?

21         The statement, for example, that you just

22   identified, which was a post by Mr. Caldwell, if you're not

23   alleging that as a statement in furtherance of the

24   conspiracy, then it's only admissible against Mr. Caldwell.

25   And how am I and the jury supposed to know that?

1          MS. RAKOCZY:  I think, Your Honor, we would

2     quibble with the conclusion -- we would disagree with the

3     conclusion that a statement that is admissible under a

4     hearsay exception other than a statement in furtherance of

5     the conspiracy might not be admissible as opposed to --

6          THE COURT:  Well, let me back up.

7          I guess I wasn't precise enough, which is that

8     something that's being sought to be admitted only as

9     statement of a party-opponent as opposed to some other

10    hearsay exception.  Fair enough.  Thank you for making me

11    clarify the question.

12         MS. RAKOCZY:  So there are some statements of

13    intent.  For example, on the Zello recording where

14    Ms. Watkins, "We're sticking together and sticking to the

15    plan."  That's certainly pertinent to her intent.  But her

16    understanding of a plan might also be circumstantial

17    evidence as to other defendants.

18         THE COURT:  Right.

19         MS. RAKOCZY:  And so where there is a particular

20    statement, though, that we think is admissible only to prove

21    one particular defendant's state of mind in a particular

22    moment, I think we'd be happy to flag for the Court either

23    on a daily basis or a weekly basis to let the Court know:

24    During this witness's testimony, we have the following

25    statements where we will queue for the Court after that

1   statement is introduced, Your Honor, we believe now would be

2   an appropriate time for the limiting instruction or some

3   kind of queue like that.  And we would let the Court know

4   ahead of time so the Court would be prepared to say, Ladies

5   and gentlemen, this statement is being introduced only for

6   you to consider with respect to Mr. So-and-so or

7   Ms. So-and-so.

8           THE COURT:  Okay.

9           I mean, you know, this is something to think about

10  in the following -- I think what you're saying, suggesting

11  is say, for instance, Mr. Caldwell's statement you just

12  identified on December 31st that begins, "For real," it's

13  not being offered strictly as a statement of a party

14  opponent but also for Mr. Caldwell's state of mind and

15  really in some sense isn't hearsay.  I mean, it's a -- you

16  know, he's not making that for the truth, although maybe he

17  is.  I suppose you may argue that.

18          But, nevertheless, you know, the relevancy of any

19  state-of-mind admission is also relevant to the question of

20  whether these folks conspired and joined in the conspiracy

21  and conspired as to particular objects that have been

22  alleged with the conspiracy.

23          MS. RAKOCZY:  Yes, Your Honor.  I think there are

24  very few statements of intent made during the time period of

25  the conspiracy that the government wouldn't be arguing

1  should be considered by the jury as to all defendants' state

2  of mind with respect to what they were agreeing to.

3              THE COURT:  Rogue.

4              MS. RAKOCZY:  And so we could brief that up, but

5  I haven't heard the defendants object to that.  And that is

6  definitely the government's position, that that should be

7  open for the jury to consider, that if one defendant is

8  saying words that is an attempt to use force against the

9  government, that is circumstantial evidence of the

10  conspiracy.

11             THE COURT:  So something to think about long term

12  and, you know, in a less-complicated case, I will include in

13  the jury instructions and actually identify exhibits or

14  statements that were only admitted against a particular

15  defendant.

16             You know, that -- absent -- that seems like that's

17  not the way it can reasonably be done in this case if

18  there's a large volume of these statements.  So we may want

19  to have some spreadsheet, index, or something that the jury

20  can have back with it to identify which statements are only

21  being admitted against certain defendants.

22             MS. RAKOCZY:  Yes, Your Honor.  I think the

23  government can make sure that we let the Court know in

24  realtime so we can give an appropriate limiting instruction.

25             And we had planned that there would be some form

 1   of index of statements that would accompany probably a

 2   binder with a printout of all the statements, and certainly

 3   that would be a good place for flagging anything that comes

 4   in just against one defendant.

 5        We don't plan on listing every single statement on

 6   the exhibit list, and so we thought there would be sort of a

 7   side document that would help both the Court and the jury

 8   keep track of statements.

 9        THE COURT:  Okay.

10        And then I think the last objection Mr. Fischer

11   raised was regarding the North Carolina QRF and whether that

12   is a statement in furtherance of a different conspiracy.

13        And I guess I should amend what I said earlier in

14   response to something Mr. Woodward said, which is that,

15   I mean, you know, if only one defendant is a participant in

16   a different conspiracy -- and I don't know whether there are

17   any statements to that effect -- I'm not sure such a

18   statement, even though admissible as a co-conspirator

19   statement, would be admissible against the other defendants.

20        MS. RAKOCZY:  Your Honor, I believe that every

21   statement that we plan on introducing at trial is pertinent

22   to what we view actually as the one conspiracy at issue in

23   this case, a single conspiracy that may violate three

24   different conspiracy laws or that we allege violates three

25   different conspiracy laws.

 1          But we will present to the jury that there is one

 2    colloquial agreement that happens to be a conspiratorial

 3    agreement in violation of three different conspiracy laws.

 4    And all of the statements are in furtherance -- well, any

 5    statement in furtherance of a conspiracy that we're putting

 6    forward under that basis would be a statement in furtherance

 7    of that one conspiracy.

 8          THE COURT:  So this gets to the bill of

 9    particulars that Mr. Crisp filed, which is whether the

10    government is intending to introduce any statements in

11    furtherance of a conspiracy other than those that have been

12    charged.

13          MS. RAKOCZY:  And the answer to that is a

14    simple no.

15          THE COURT:  Okay.  All right.  Well, that's

16    helpful.

17          So, anyway, but back to where we were with the

18    QRF, I guess your answer is that, in your view, that

19    statement is in furtherance of the charged conspiracy and

20    not some separate conspiracy involving North Carolina

21    Oath Keepers.

22          MS. RAKOCZY:  Yes, Your Honor.

23          To be clear, Person 3, who is a deputy leader of

24    the North Carolina Oath Keepers and who was in charge of a

25    QRF team, we allege, on January 6th, is an unindicted

1  co-conspirator.  In our mindset, several statements that we

2  seek to put forward that were made by Person 3 are

3  statements in furtherance of the conspiracy, as well as

4  perhaps other -- qualifying under other hearsay objections.

5          We factually disagree that the North Carolina

6  Oath Keepers split off from the Oath Keepers nationwide.

7  The evidence will show that Mr. Rhodes himself, I believe,

8  added certain North Carolina Oath Keepers into the

9  "D.C. Op Jan 6" Signal chat.  And so we very much believe

10  that statements made by Person 3 do qualify as statements in

11  furtherance of the conspiracy.

12          THE COURT:  Okay.

13          Mr. Fischer, does that satisfy you, or do you

14  still have objections in light of that explanation?

15          MR. FISCHER:  Your Honor, I do.  First of all,

16  just to bring to the Court's attention, and I guess this was

17  a concern I have and the defense attorneys in general have.

18  We raised it at the last court hearing regarding the

19  invocation of the Fifth Amendment.

20          I had contact with Person No. 3's attorney

21  yesterday.  I had previously asked whether he would accept

22  service of a subpoena for his client.

23          I understand that he contacted the government and

24  asked if -- because he is on the government's witness list,

25  and he advised me that he talked with the government.  And

 1    they indicated that they would not be using him as a

 2    witness.  And he indicated his client was highly likely to

 3    invoke his Fifth Amendment privilege.

 4           I asked the government whether they would grant

 5    immunity.  They indicated they would not.

 6           I would point out that Person No. 3 -- the problem

 7    we have here, Your Honor, is Person No. 3 met with the

 8    government, gave them a six-hour, five- or six-hour

 9    interview.  It was lengthy.  And he provides a wealth of

10    exculpatory information for Mr. Caldwell.

11           He indicates the QRF was not an offensive force.

12    The QRF was never intended to do anything other than extract

13    people out of Washington, D.C.; that Mr. Caldwell wasn't

14    involved in any conspiracies.  It was a very, very

15    exculpatory to Mr. Caldwell.

16           And the problem I have is a lot of these

17    statements between Mr. Stamey and Mr. Caldwell need context.

18    And they need significant context, because out of context,

19    they can sound -- you know, to some people, they can sound

20    nefarious.  And so we have that issue that's coming down the

21    pike.

22           And we're getting it vibe -- we haven't had

23    anything -- we're in the process of serving subpoenas.  And

24    we're starting to get the vibe that there are a lot of our

25    exculpatory witnesses who look like they're intending on

1    invoking the Fifth Amendment privilege because the

2    government is laying out this possibility implicitly by

3    their investigation that there could be charges down the

4    line even though we're 19 months out from January 6th.

5              Your Honor, also on the North Carolina issue, I

6    would point out, in the original charging documents going

7    way back to January 17th and 19th when Mr. Caldwell was

8    originally arrested and so were Mr. Crowl and Ms. Caldwell,

9    in the original charging documents, the government, quite

10   frankly, almost took, implicitly, a position that Mr. Rhodes

11   wasn't involved in a conspiracy with Caldwell, Crowl, or

12   with Watkins.

13             They cited in their -- in the criminal complaint

14   Facebook messages where Caldwell and Watkins and, I believe,

15   Crowl also, indicated that they had no idea what

16   Stewart Rhodes was doing.  And this was on December 30th

17   and 31st.

18             So just a week before January 6th, they were on

19   there indicating they had no idea what Stewart Rhodes was up

20   to, and they indicated they were going their separate way.

21             I know the government has an interpretation of

22   what that meant, and my client meant that he was basically

23   go down to see President Trump speak.  And I think

24   Ms. Watkins intended on doing security.

25             But it was on -- the way the charging documents

1  were put together, it was front and center that

2  Stewart Rhodes, nobody knew what Stewart Rhodes was doing.

3  So that's where I'm concerned that we have this -- when the

4  government last week talked about a separate conspiracy,

5  I think it dawned on the defense team that they basically

6  have been alleging a separate conspiracy, and now this new

7  indictment is starting over from the beginning.

8          THE COURT:  Well, if I could interrupt you,

9  Mr. Fischer.

10          If what you're saying is that the defense is

11  questioning whether the conspiracy that's charged is one the

12  government can establish or whether there, in fact, are

13  multiple conspiracies, I mean, I think that comes in in sort

14  of two ways.

15          One is -- you know, one, at least, is the

16  evidentiary matter in which you've suggested it.  And

17  I think I'm going to need something more concrete than just

18  general concerns.

19          But then, two -- and to piggyback off that, you

20  know, we talked about this, I think alluded to it last time,

21  which is that we're not going to do a *James* hearing,

22  *James*-style hearing where the government has to present

23  evidence to establish the conspiracy by a prima facie case

24  before the statements are admitted.  I mean, we can deal

25  with that as it comes.

1          But then, secondarily, you know, if there is some

2     basis for a multiple-conspiracies-type instruction, we can

3     deal with it then.

4          MR. FISCHER:  Understood.

5          Your Honor, if I can just move along just a couple

6     of other issues.

7          Because of the volume of the statements -- and

8     I know the Court sort of, you know, looks at defense counsel

9     and we perhaps should have been a little more on top of this

10    for today's hearing.  But the problem is that these

11    statements come from all -- various sources of media.

12         And it's not the statement themselves.  We can

13    read the statements.  We could take three days and read over

14    the statements.  It's putting them in context that's the

15    issue, having to go back and try to find out, you know, a

16    text message that the government cites.  Then we have to go

17    to a voicemail that it refers to.  So it's a very

18    complicated process.  So we're working through it

19    diligently.

20         But I would indicate to the Court the defense does

21    believe that we do have the right at trial for rebuttal to

22    bring in contextual text messages and other messages to put

23    things in context, because it's a day-by-day basis that

24    we're discovering things.

25         THE COURT:  Well, I mean, the short answer is yes.

1          I think the other response is, it seems to me, and

2   the way I prefer to do it, if appropriate, is if you've got

3   completeness issues and the government wants to introduce a

4   statement, tell the government to introduce the whole

5   statement, including the parts that you think need to be

6   included to make it complete.

7          So, you know, if -- particularly for the jury's

8   benefit, it would be optimal to have that all come in at

9   once rather than waiting until your case.

10          MR. FISCHER:  And fair enough, Your Honor.

11          I would point out, I know Mr. Crisp is here.  I'm

12   sort of standing in for him right now.  And I believe

13   Mr. Bright also and Mr. Linder have a point regarding the

14   Signal chats.

15          So a lot of these Signal chats have hundreds, if

16   not thousands, of messages.  And we look at it as if the

17   government is cherry-picking a handful of the things that

18   could be taken out of context.  And we may want to introduce

19   a substantial portion because if an entire Signal chat has

20   one statement that's questionable but then it has 500

21   statements that are all about Antifa, we believe it's

22   relevant.

23          So there is an issue that we're considering maybe

24   trying to put in entire Signal chats, and I'm not sure how

25   the Court would feel about that.  But in order to put it

1    into context to show that there's not some long-term

2    planning, it's almost necessary to do that to give the jury

3    the ability to put the whole Signal chat in context.

4           Your Honor, there are some other -- I do have a

5    few more that I want to point out of statements I think we

6    could perhaps dispose of fairly quickly.  If I could draw

7    the government's attention to December 22nd of 2020 at

8    7:14 p.m.

9           Your Honor, in this statement, this is a text

10   message that Caldwell sends to a person.  I'll say the

11   initials S.P.  And in this -- who's not part of the

12   conspiracy and I don't believe is considered an unindicted

13   co-conspirator.

14          But in this message, Caldwell says, "Okay.  I got

15   your message.  Maybe a whole bunch of you will be going to

16   the rally, which is great.  Sharon and I are going for sure,

17   and there's now a bunch of Oath Keepers from North Carolina

18   who we hosted here on the farm for the Million MAGA March

19   are coming up on one or two buses.  I am expecting a big

20   turnout of the Proud Boys.  Didn't know until last march

21   they had a chapter in Charlestown.  And, of course, the

22   local Vietnamese will probably have at least two busloads.

23   Last time" --

24          Basically, Your Honor, he's talking about who he's

25   anticipating who are going to show up to go to the

1    January 6th rally.  He's basically making a statement of who

2    he thinks possibly will show up.

3            You know, he has no connection to the Proud Boys,

4    but he mentions the Proud Boys.  And, respectfully,

5    Your Honor, the Proud Boys are radioactive in this town.  So

6    we believe that would be a 403 issue.

7            It gets the point across that there were other --

8    I mean, the government has ample evidence that there were

9    hundreds of thousands of people that planned on going to

10   D.C.  It's just Mr. Caldwell observing that, I don't believe

11   is probative of much and is certainly outweighed on the

12   403 factors.

13           THE COURT:  Is it just the mention of the

14   Proud Boys or the whole?

15           MR. FISCHER:  The Proud Boys, Your Honor.  I think

16   that if the Proud Boys were excised, I think we would be

17   satisfied.

18           THE COURT:  Okay.

19           MR. FISCHER:  On the next page, I believe, for the

20   government, I would point out 2 statements of December 24th

21   of 2020 at 2:24:18 a.m., and then you can skip one over

22   that.  There's December 24th, 2020, at 1:51:12 p.m.

23           The first one, which is December 24th at 2:24, is

24   Caldwell.  It's on social media.  It's a PDF.  He says,

25   quote, "We got to stop them before they disarm us."

1           And, Your Honor, this is, again, another one where
2    we need context.  And, also, it's just -- it's not relevant.
3    I mean, it's not -- I mean, this seems to me that it's
4    certainly in the context of Antifa, but I have no context to
5    it.  And if the government provides something and it's
6    something where he's talking about the government coming out
7    specifically to disarm him or whatever, that's just a
8    statement that lots of people on the right side of the
9    political spectrum make.
10           THE COURT:  So, Mr. Fischer --
11           MR. FISCHER:  The second statement, again, is
12    another one where Caldwell replies to a comment, again, that
13    we don't have in discovery, so I understand that,
14    Your Honor, that we don't have that in discovery.  So if the
15    government can provide that, that would be very helpful.
16           THE COURT:  Okay.
17           I mean, look, bottom line is that if you don't
18    have the context and once you do get the context, let me
19    know.  I mean, we can handle these one-offs before trial or
20    at a break or even during the course of trial.
21           I mean, you know, look, Mr. Fischer, some of the
22    difficulty for your client as well as the other defendants
23    is that they made statements, statements they perhaps maybe
24    today wish they hadn't made because they're being viewed in
25    a different light.

1          I think the difficulty for me is that ultimately

2   that seems to me to be a jury question as to how to view

3   those statements, and then you can obviously make the

4   arguments you're making to me about what they really mean.

5          And, you know, obviously, Mr. Caldwell has the

6   right to get up and testify to explain what they mean.

7          So you know, as a general proposition, it seems to

8   me that it would really require something fairly outrageous

9   and something that is really distanced from these facts for

10  me to exclude something on 403 grounds.

11         MR. FISCHER:  Well, I think my final one here,

12  Your Honor, might meet that criteria.

13         THE COURT:  There's always an exception.

14         MR. FISCHER:  Your Honor, on New Year's Day of

15  2021 at 12:44:04, Caldwell is talking or he's -- I guess

16  he's on a text message to a person, A.G., initials A.G. back

17  and forth.  And A.G. says to Trump, "Trump will" -- he

18  says -- I'm sorry.

19         Caldwell says to A.G., "Trump will win on the 6th.

20  If not, I'm personally going to start this Civil War myself.

21  So F-ing tired of these libtards."

22         And in response, A.G. says, "I am starting it the

23  night of the 6th, if necessary."

24         THE COURT:  I'm sorry.  He said what?

25         MR. FISCHER:  He says -- A.G. says, "I am starting

```
 1    it the night of the 6th, if necessary."

 2              A.G. is not listed in the indictment.  I don't

 3    believe he's a co-conspirator.  He's --

 4              THE COURT:  Are you seeking to have A.G.'s

 5    statement excluded?

 6              MR. FISCHER:  Well, I would -- both of them based

 7    on 403.

 8              THE COURT:  All right.  Well, I'm not going to

 9    exclude Mr. Caldwell's statement because, you know, while it

10    is seemingly inflammatory, it also goes directly to the

11    charges.  I mean, it's clearly probative of his state of

12    mind and what he intends to do on the 6th.

13              Insofar as A.G.'s response, I think there may be

14    some ground to exclude that because he's not relevant to the

15    case.  And so I don't know whether the government would

16    object to excluding it.

17              MS. RAKOCZY:  Yes, Your Honor.

18              Not -- so the statement of A.G., I think, is fine

19    when we get to that statement.  Mr. Caldwell's statement --

20              MR. NESTLER:  I'm sorry.  Mr. Fischer has the

21    statements backwards.  Mr. A.G. is the one who makes the

22    statement that if -- "Trump will win on the 6th.  If not,

23    I'm personally going to start the Civil War myself."

24              Mr. Caldwell responds and says, "I'm starting it

25    the night of the 6th, if necessary."
```

1          So A.G.'s comment is necessary to put

2   Mr. Caldwell's comment in context.

3          THE COURT:  Right.  Okay.  That puts it in a

4   different light, it seems to me.

5          MR. FISCHER:  But it is "I'm starting it the night

6   of the 6th, if necessary."  So I don't know how that goes to

7   the state of mind of him doing anything on January the 6th.

8          THE COURT:  I mean --

9          MR. NESTLER:  And to be clear, our indictment does

10  not charge that there's a conspiracy directed on

11  January 6th.  Our indictment charges a seditious conspiracy.

12         THE COURT:  I know.

13         I'm going to overrule the objection on that one.

14  The statements are clearly probative about Mr. Caldwell's

15  state of mind and what his intentions are.  That's clearly

16  relevant to the charged offenses.  And prejudicial impact of

17  it doesn't substantially outweigh probative value.

18         MR. FISCHER:  Well, Your Honor, I know I probably

19  have others Your Honor.  But instead of taking more time up

20  here, if I have any issues based on the Court's rulings,

21  I'll have discussions with the government and reassess

22  whether we're going to --

23         THE COURT:  I appreciate that.

24         Look, that's why weeks ago we set aside a second

25  pretrial day in anticipation of having detailed

1    conversations like this, which was fine by me.

2            But, you know -- and I appreciate, Mr. Fischer,

3    that you've gone through the exercise with respect to

4    Mr. Caldwell's statements.  But if other defense counsel

5    don't do what you've done, you know, they'll find themselves

6    in a difficult situation.

7            MR. FISCHER:  Thank you, Your Honor.

8            THE COURT:  All right.  Thank you, Mr. Fischer.

9            MS. RAKOCZY:  Your Honor, I just -- I think the

10   Court's position on this is clear, but I do want to make

11   sure that there was one statement -- there's a statement

12   Mr. Caldwell makes on a video that Mr. Fischer referenced on

13   January 6th at 12:36 p.m.  He and Ms. Caldwell are marching

14   down the street.  And he says words to the effect of, "I

15   know where Pence lives, and he, that" -- derogatory term --

16   "better do the right thing."

17           We believe that is a statement that's pertinent to

18   intent.  We do not believe it's covered by spousal privilege

19   since the two of them are marching in a very large crowd at

20   the time, and there are other people kind of talking back

21   and forth.  And so we do believe that that is an admissible

22   statement.

23           THE COURT:  Okay.  I mean, if I've got to look at

24   the video, if you want to press the privilege issue, I'll

25   take a look at it.  I mean, you know, a statement that's

1    made in public in a crowd of people, it seems to me, to sort

2    of cut against the confidentiality that's at the base of

3    that prejudice.  But, again, if you want me to take a look

4    at the video and assess it, I'm happy to do it.

5              MR. FISCHER:  Thank you, Your Honor.

6              THE COURT:  Okay.

7              All right.  So unless there's anything else on

8    statements and documents, we've got, at least by my count

9    four more issues just to talk about.  And we're getting on

10   to the lunch hour.  So why don't we take a break now.  It's

11   a little bit before 1:00.  Let's resume at 2:00.  Hopefully

12   these will be relatively short discussions.  But let's give

13   everybody a break, and then we'll come back at 2:00.

14             All right?  Thanks, everyone.

15             COURTROOM DEPUTY:  All rise.  Court stands in

16   recess.

17             (Recess from 12:56 p.m. to 2:08 p.m.)

18             COURTROOM DEPUTY:  All rise.  The Honorable

19   Amit P. Mehta presiding.  This Honorable Court is again in

20   session.

21             THE COURT:  Please be seated, everyone.

22             Okay.  Good afternoon.  Welcome back, everybody.

23   I hope everybody had a good lunch hour.

24             All right.  So the last things I want to address

25   are the four recent filings -- I think that's all there

```
 1   were -- by the parties.  And I'll just take them in order.
 2           There's, first, Mr. Rhodes' subpoena -- requested
 3   subpoena to co-conspirators, which is at ECF 326.  The
 4   government didn't consent to it, and I know we haven't had
 5   an opportunity to put something in writing.
 6           But, Mr. Edwards.
 7           MR. EDWARDS:  Yes, Your Honor.  And we don't
 8   necessarily know that we have as much skin in this kind
 9   standing to the side here.  But we'd like to note at least
10   two things for the record.
11           One, it seems Mr. Rhodes' motion frames this as a
12   Brady argument with some of his case citations.  But he also
13   concedes that the government doesn't have these materials.
14   We would just like to put on the record this is not a
15   Brady issue.
16           THE COURT:  Right.
17           MR. EDWARDS:  Second, we just take a little bit of
18   issue with the lack of relevance in terms of -- Mr. Rhodes,
19   I think, on page 4 lays out in the beginning of his argument
20   that it's really just that Mr. Rhodes knows these
21   Oath Keepers.  I think the government would just push for a
22   little bit more information as to what gives Mr. Rhodes the
23   impression that these materials exist.  We think it's a
24   relatively overbroad request.
25           THE COURT:  Okay.
```

1          Mr. Tarpley, you're either on mute or we have you

2     on mute.

3          MR. TARPLEY:  I've got it.  Thank you,

4     Judge Mehta.

5          My position is that Mr. Rhodes believes that the

6     truth has not been properly set forth here, that he thinks

7     that it's quite possible that these defendants agreed to

8     change their original stories from what they were when they

9     gave original statements to the FBI and other authorities

10    under pressure, maybe fear of a further burden that they

11    might suffer, incarceration, whatever it may be, but that

12    because of the pressure placed upon them by the government,

13    that they essentially agreed to change their stories and

14    that the stories that they are now telling are not true.

15         And so what we think is that if we are able to

16    access text messages, emails, and that sort of thing in the

17    months immediately prior to their pleas and then one month

18    after the plea, that that would reveal to us the true state

19    of affairs and that, as we said in the motion, that perhaps

20    someone or some of these defendants made statements to

21    family members saying that --

22         THE COURT:  Can I ask you, Mr. Tarpley, is it

23    enough to speculate that such statements have been made?

24    I mean, all these defendants have come in and attested to

25    facts and pled to guilt under oath.  And so I guess, you

```
 1    know, if there are inconsistent statements, obviously, you
 2    free to use them to cross-examine someone.  But I guess just
 3    from the perspective of a subpoena, whether just mere
 4    speculation that such statements must exist is enough to
 5    sort of satisfy the Nixon requirements.
 6            MR. TARPLEY:  Well, our position would be that the
 7    statements they gave when they entered their pleas are
 8    different than what they gave when they were initially
 9    interviewed by the government and that --
10            THE COURT:  Well, then if that's the -- hang on.
11    If that's --
12            MR. TARPLEY:  -- recent event --
13            THE COURT:  Hang on, Mr. Tarpley.
14            MR. TARPLEY:  -- changed their story.
15            THE COURT:  Well, if that's the case, you've
16    already got the prior inconsistent statements.
17            MR. TARPLEY:  Well, that's true, Your Honor, but
18    we think that there could be Brady material, material that
19    would be exculpatory if we were able to access the phone
20    conversations and text messages that were exchanged in the
21    period immediately prior to the pleas being taken, that we
22    think that's an important period of time.
23            And we're not asking for everything.  We're only
24    asking for those texts and the information relating to the
25    actual decision to enter a plea of guilty to charges that
```

1    they heretofore stated they were innocent of.

2            So we think that, you know, this is something

3    that's important; that, you know, certainly exculpatory

4    information is essential under *Brady*; and we think that it's

5    not only --

6            THE COURT:  Mr. Tarpley --

7            MR. TARPLEY:  -- exculpatory, it could be used for

8    impeachment purposes, as Your Honor said.

9            THE COURT:  That's all right.

10           Mr. Tarpley, let's just refrain from calling it

11   *Brady* because the *Brady* obligation rests with the

12   government, and if they've got such material, they have to

13   disclose it.  But this isn't Brady.

14           This is evidence that you think is out there that

15   would be helpful to the defense.  And so it's not under

16   *Brady*.  It's a different standard.

17           Let me ask you a question.  What basis is there

18   for me to order someone to go out and get deleted text

19   messages or texts?  You've asked me to require them to go to

20   the appropriate communications company or service provider

21   in order to get the communications you're seeking.

22           MR. TARPLEY:  Well, I think Rule 17 of

23   Federal Rules of Criminal Procedure provide that a subpoena

24   may be ordered to provide this material for the Court.  And,

25   Your Honor, we think that, you know, under the Rule 16 --

1          THE COURT:  Yeah, but hold on.

2          But the usual rule is you can subpoena something

3    over which somebody has possession, custody, or control.  If

4    emails are resident on a phone or in an online email, then,

5    arguably, yes.

6          But you're suggesting they need to go to the

7    service provider and presumably get records that they

8    otherwise don't have access to, and it's not clear to me how

9    anybody could do that.

10         MR. TARPLEY:  Well, I think that if the government

11   has access to these individuals, certainly they have access

12   to their phones and their phone communication.

13         But Your Honor, I think that that would be a

14   relatively easy task for the government to comply with this.

15   And we're not asking for a huge range.  Only a few months.

16         THE COURT:  Okay preliminary Tarpley, let's --

17   okay.  This is not a request to compel the government to do

18   anything.  You are asking for subpoenas from third parties.

19   You're asking me to compel a third party to do something.

20   You're not asking me to compel the government to do

21   anything.  So I'm trying to understand what the basis is for

22   your request.

23         Let me just ask Mr. Edwards.  Do you have --

24         MR. EDWARDS:  That's correct.

25         THE COURT:  -- any qualms with the notion of

```
 1   seeking these records?
 2           Now, hang on.  I'm talking to Mr. Edwards, who's
 3   standing front of me, Mr. Tarpley.
 4           MR. EDWARDS:  Yes, Your Honor.  I think the
 5   cumulative nature of this request, Your Honor touched on at
 6   least one part of it, which is the fact that the government
 7   has produced the 302s from all of the interviews that
 8   pre-dated the plea.
 9           I'd add that the government has also continued to
10   produce 302s from interviews that postdate the plea, and
11   we've continued to provide disclosures in our discovery
12   letters to all defense counsel.
13           THE COURT:  But would you concede, though, that
14   if, say, hypothetically there was a text message between
15   somebody who's pled and their next-door neighbor saying, you
16   know, I had no choice but to do this; I was under a lot of
17   pressure, that that wouldn't be something that would be
18   useful to have for purposes of cross-examination?
19           MR. EDWARDS:  Your Honor, if there were some basis
20   in the record and the discovery we've given to Mr. Tarpley
21   and other counsel that amounted to more than just a hunch
22   that those existed, I think we could grapple with that with
23   Mr. Tarpley.  And I'm happy to grapple with you, Your Honor.
24           But I just -- at the point, it doesn't amount to
25   much more than a hunch that these records may exist.  If
```

1   Mr. Tarpley wants to proffer or put in another motion some

2   example in a 302 or disclosure letter from us that gave him

3   the indication that those records exist, then I think we

4   can -- he'd be on better footing.

5           THE COURT:  I take it the government has not

6   requested phone communications of people who have pled and

7   cooperated.

8           MR. EDWARDS:  Correct, Your Honor.

9           THE COURT:  Okay.

10          So, look, Mr. Tarpley, I think --

11          MR. WOODWARD:  Your Honor?

12          THE COURT:  Yes.

13          MR. WOODWARD:  May I, Your Honor?

14          THE COURT:  Sure, Mr. Woodward.

15          MR. WOODWARD:  I'm happy to provide the proffer

16  that Mr. Edwards is referring to.

17          We know at least one individual who has publicly

18  claimed that he was forced to take a plea.  He posted on

19  GiveSendGo, which is a fundraising website, that he had

20  pleaded guilty because of, paraphrasing, the oppressive

21  charges pending against him.  This is Mr. James.

22          So there is reason to believe that one or more of

23  the cooperating --

24          THE COURT:  And when did he post that?

25          MR. WOODWARD:  So, Your Honor, I believe that that

1  was posted in August, but I want to look at the website

2  before I make that proffer to the Court.  Bear with me one

3  second.

4           And I can submit a supplement on behalf of

5  Mr. Meggs joining this motion and giving the Court this and

6  the government this material.

7           MR. GEYER:  Your Honor, this is Mr. Geyer.

8           I might consider making a supplement and joining

9  Mr. Tarpley as well in regards to Mr. Dolan, who can be seen

10 on many videos, videotaping pretty much from the moment he

11 left the grassy area, went onto the steps where he was

12 attacked by some of the individuals that I referenced as

13 Suspicious Actors 1 to 25-1, 2, and 3.

14          And he also, I believe, filmed where the

15 Oath Keepers rescued Officer Harry Dunn.  For some reason,

16 I would assume those went to a cloud account.  But my

17 understanding is the Department of justice, for whatever

18 reason, hasn't been able to obtain that information.  That's

19 crucial information for us.

20          THE COURT:  All right.  Well --

21          MR. WOODWARD:  It was actually April of '22,

22 Your Honor.  To be clear, this is his wife writing.

23          "As you probably have seen, we've made the

24 difficult decision as a family to accept the plea

25 agreement."

1          Several paragraphs later, they go on to write:

2     "Between the government, the media, and social media,

3     everyone has decided who Josh is.  It is hard to know people

4     have a bad opinion of us.  I want to defend my family and

5     explain that they're wrong.  I want to convince them that

6     we're good people.  But the truth is that I'm not in control

7     of their opinions about us.  I'm not in control of the view

8     they have about us or the light that they" -- it's cut

9     off -- "or the light that they choose to see us through,

10    unfortunately, even what they say about us to others.  We

11    can only pray."

12         They go on and on and talk about how they were

13    forced to accept this plea.

14         THE COURT:  Well, those are the statements of his

15    wife.  I mean, I don't know what to make of that.  I mean,

16    it's not him.  It's a little different.

17         MR. WOODWARD:  No, Your Honor.  But I do think

18    that Mr. Tarpley's request for a subpoena of the Court for

19    Mr. James' phone records, especially those that the

20    government --

21         THE COURT:  He's not asking for the phone records.

22    He's asking for text messages and emails.

23         MR. WOODWARD:  When I say "phone records," I

24    mean --

25         MR. TARPLEY:  The phone records, too, Your Honor.

```
1              THE COURT:  That's what not what it asked for.
2    It doesn't ask for phone records.  There's no toll records
3    request in here.  Nor can somebody actually get toll
4    records.
5              MR. WOODWARD:  I apologize.  I don't mean to
6    suggest a toll record, Your Honor.
7              As I see this, what Mr. Tarpley would be looking
8    for and what we would join him in asking for is the ability
9    to make a subsequent Cellebrite image of these phones so
10   that we can ascertain whether there are communications --
11             THE COURT:  No.  No.  You are not going to get a
12   Cellebrite image of the phones.  That is intrusive.  It is
13   overinclusive in terms of the information that you're
14   seeking.
15             The question here is:  Can you subpoena for
16   specific messages that have been suggested here?  And that's
17   the question.
18             I'm not going to have you Cellebrite, mirror-image
19   these phones.  That's completely -- that's an invasion of
20   someone's privacy.  Not going to happen.
21             Look, I guess here's where I'll leave it.  I want
22   to take a look at the case law.  I don't know whether you
23   all have made out a sufficient factual basis to get these or
24   not.  I can see the relevancy of them.
25             If you want to send me language, and, first, the
```

1    subpoena, I'll take a look at it.  That language should make

2    clear that what is not being sought or was not being

3    compelled is any privileged communications, and that would

4    include counsel, spouses, religious advisers, you know,

5    priests, anybody who would be covered by that, doctors.

6          So, you know, which is why I used the example of a

7    communication with a neighbor, because I can easily see

8    someone consulting with their spouse, obviously their

9    lawyer, priest, and even a medical professional in trying to

10   make these kind of decisions.  So those would all be off

11   limits.

12         So if you want to send me some language as to what

13   this looks like, then I'll take a look at it.  And if it

14   meets -- if it's acceptable, I'll authorize the issuance of

15   the subpoenas.  Okay?  But right now, without language that

16   is both concise and clearly excludes what I think is not

17   subpoena-able, I'm not going to grant the motion.  But I'll

18   give you the opportunity to send me something -- send me the

19   text.

20         MR. WOODWARD:  Thank you, Your Honor.

21         MR. TARPLEY:  Yes, Your Honor.  And I would say

22   that our motion does make clear that we're not seeking any

23   non-privileged information.  That all we're seeking is

24   information directly concerning or relating to the

25   witnesses' decision to enter a plea of guilty.

1              THE COURT:  Okay.

2              MR. TARPLEY:  Your Honor, I would like to

3     acknowledge that we are not seeking phone records.  Only

4     text messages, emails, chat messages, letters, notes, or

5     other correspondence.  So we're not seek phone calls.

6              THE COURT:  Okay.

7              Right.  I mean, I think the motion -- I may be

8     misrecollecting.  I think the motion did reference

9     attorney-client communications.  But I want to be clear

10    that -- I mean, it does say Mr. Rhodes is demanding

11    disclosure of their non-privileged communications.  I just

12    want to make sure that privilege is interpreted more broadly

13    than attorney-client.

14             Okay.

15             MR. TARPLEY:  Thank you, Your Honor.

16             THE COURT:  Sure.

17             Next up is Mr. Crisp's motion for a Bill of

18    Particulars.

19             Mr. Crisp, you weren't here earlier, and maybe

20    you've been filled in.  But the government did make a

21    representation, I think, that perhaps will answer at least

22    two of these, which is that they have said that no statement

23    they intend to admit as a co-conspirator statement is a

24    statement in furtherance of a conspiracy other than that

25    which has been charged in the indictment, which is what

1    I think you're trying to get at with this Bill of

2    Particulars.

3              MR. CRISP:  Shall I approach, Your Honor?

4              THE COURT:  Yes, please.

5              MR. CRISP:  In essence, yes.  My concern,

6    obviously, was generated from the discussion we had

7    last week.

8              THE COURT:  Right.

9              MR. CRISP:  I guess what is in conflict to me is

10   if that is the case, it doesn't reconcile with what the

11   government said in terms of parts of the conversations that

12   my client was having with some of the members who are either

13   unindicted co-conspirators of a different conspiracy...

14             So I guess what I'm taking from that is that the

15   discussions that we had last week where the government said,

16   Well, that discussion that they're seeking to admit was a

17   different conspiracy, they're no longer seeking to admit

18   that.  Is that what I'm understanding?  Because that's how

19   that would only make sense to me.

20             THE COURT:  Well, Mr. Manzo, if you want to

21   clarify for the record, but I'm not sure the record needs

22   clarifying because, I mean, I've issued the order as to what

23   portions of that Zello chat come in with a couple of

24   exceptions.  None of them were based on co-conspirator

25   statements, and those two exceptions related to this

1    conspiracy and somebody who's been identified as a

2    co-conspirator in this case.

3              MR. CRISP:  Okay.

4              MR. MANZO:  Yes, Your Honor.  I don't think it

5    needs any further clarification, but we're not withdrawing

6    our request to admit those Zello statements.

7              THE COURT:  Sure.  I understand.

8              But while you're up there, I mean, there is sort

9    of a second component to this Bill of Particulars, which is

10   not just communications, but there's a request for

11   identification of any acts in furtherance of a different

12   conspiracy that the government might seek to introduce in

13   this case, although I'm not sure how acts in furtherance of

14   a different conspiracy would be relevant.  But I don't know

15   if there are such acts that would be responsive to the

16   inquiry.

17             MR. MANZO:  I guess without further proffer from

18   defense about what those acts would be, we wouldn't be --

19             THE COURT:  I think they're asking you.

20             MR. MANZO:  Oh.  Well, we view this as one

21   conspiracy, the charged conspiracy in the indictment and its

22   progeny of the Crowl case.  We are not intending to

23   introduce acts in furtherance of any other conspiracy other

24   than that.

25             THE COURT:  Okay.  All right.  Mr. Crisp, does

```
 1   that answer your four inquiries?
 2            MR. CRISP:  I believe so.
 3            The only concern I would have is trials are
 4   dynamic creatures, so is it possible to have the government
 5   identify for us in some form what the other conspiracy is so
 6   that we can at least be prescient of this and on notice?
 7            Because my other concern to this is if my client
 8   were to testify or any of the other individuals were to
 9   testify, that there's a notice or due process consideration
10   that may implicate some other conspiracy that they're
11   investigating.
12            So I think we're somewhat fighting with one hand
13   tied behind our back absent knowing what that other
14   conspiracy is or who might be involved.
15            THE COURT:  I mean, if what you're suggesting,
16   Mr. Crisp, is that if, say, hypothetically, Ms. Watkins were
17   to testify, she could then be subject to cross-examination
18   for bad acts that are not part of this conspiracy, alleged
19   conspiracy, because they are in furtherance of another
20   conspiracy.
21            MR. CRISP:  It's certainly possible, because --
22            THE COURT:  I mean, I think --
23            MR. CRISP:  -- clearly --
24            THE COURT:  Hang on for a second.
25            Because I think, if memory serves me, absent there
```

1    being a conviction for such prior bad acts, I think the only

2    basis for cross-examination is prior bad acts that go to a

3    person's honesty.

4              MR. CRISP:  I'm sorry.  The last part?

5              THE COURT:  Goes to a person's honesty --

6              MR. CRISP:  Correct.

7              THE COURT:  -- and credibility.

8              So, I mean, I don't know.  Maybe is there some

9    other conspiracy involving Ms. Watkins that goes to her

10   truthfulness or goes to her credibility?  Then I suppose

11   that might be something that ought to be disclosed, but I

12   don't know if that's anything the government is

13   contemplating.

14             Hang on for a second.

15             Mr. Nestler.

16             MR. NESTLER:  So two responses.

17             First, I believe that Mr. Crisp might be intending

18   to introduce character evidence, according to Ms. Watkins,

19   not just having her testify herself, but introduce

20   affirmative character witnesses.  So it's possible that

21   those character witnesses might be posed with questions

22   about any of their bad acts, which we don't believe is any

23   prior notice notification or disclosure obligations.

24             But putting that to the side, I believe when we

25   argued about the Zello motion last week, I said it's

 1    possible that Ms. Watkins was a member of a different

 2    conspiracy with the members on the Zello chat.

 3              We're not planning to offer evidence that she was

 4    a member of a different conspiracy or another conspiracy

 5    existed.  We don't need to go down that path in order to get

 6    the Zello statements in.  So we don't need to address that.

 7              If she were a member of that conspiracy with other

 8    members on the channel, they probably had a similar

 9    objective and goal as to the conspiracy she's already

10    charged as part of.  We're not planning to talk about other

11    things not related to the topics here.

12              THE COURT:  Okay.

13              I mean, look, Mr. Crisp, in terms of -- I think

14    that answers your question about the conspiracy issues.

15              But to your other question, and I confess, I

16    haven't be thinking about if you were intending to call

17    character witnesses or not.  I mean, look, I think you can

18    just simply ask the government, and I don't know whether

19    they'll tell you or not.  But if there are other bad acts of

20    Ms. Watkins that they're aware of that they might use in

21    cross-examination of her or a character witness, you can ask

22    them what those might be.

23              I mean, you've gotten presumably all of her acts

24    that comprise what they've investigated as part of these

25    conspiracies, and I don't know whether there's anything

 1    beyond that.

 2              MR. CRISP:  Depending upon how that conversation

 3    goes, I will address it later with the Court.  Other than

 4    that, I have nothing additional.  Thank you.

 5              THE COURT:  All right.

 6              So I guess we'll just have the record reflect that

 7    the motion for a Bill of Particulars is denied as moot,

 8    I guess, is probably the best way to look at it.

 9              All right.  Then there's -- the government asked

10    for essentially a motion to limit cross-examination of any

11    confidential human source that might be called to testify

12    either by the government -- or I don't think the government

13    intends to call any such people -- or by the defense.

14              So I know the defense has not had an opportunity

15    to respond, but has anybody formed a position on behalf of

16    the defense?

17              MR. WOODWARD:  The Court's indulgence.

18              THE COURT:  Just so everybody's clear, I don't

19    know whether everybody has had a chance to look at this, but

20    the government is asking the defense to be restricted from

21    asking questions about personal identifying information from

22    the witness, such as their address or date of birth.  That's

23    one.

24              Two, defense shall not be permitted to ask any

25    questions about the witnesses' participation in past or

1    pending investigations or other undercover operations.

2           And, three, the defense would be precluded from

3    eliciting testimony, either on cross-examination or on

4    direct, that would detail the FBI's confidential human

5    source program and the training and methods used by the FBI

6    as part of the undercover operations.

7           MR. WOODWARD:  So I think on behalf of defense, we

8    have three general responses.  First of all, to the extent

9    that a CHS is expected to testify, we have obviously no

10   problem.  The government has to give us notice.  We have to

11   give notice of a witness.  No problem revisiting these

12   issues as necessary in advance of any examination either on

13   the court record or in front of the jury.

14          The defense would not have any objection to --

15   there's no need for us to ask about an address or a date of

16   birth.  That's obvious.

17          There's also no need for us to ask about any other

18   investigations that the defense has not been made aware of

19   because the government, in particular in this case, the

20   Court, has screened all that information to ensure that we

21   have been made aware of information that is relevant in this

22   case.

23          And so the last piece is the one where I think we

24   might revisit the issue if a CHS witness is expected to

25   testify.  And that's really just to the extent that there

1    are questions about how the CHS came to know the government,

2    why the government decided that the CHS was reliable enough

3    to be a CHS.  These are some issues that the Court is

4    familiar with in briefing that and argument that has already

5    been heard.

6           But really, the looming question is:  Does a CHS

7    actually testify in this case?  And I'm not sure that it's

8    worth the Court's time to get into this in great detail.

9           THE COURT:  Okay.

10          MR. WOODWARD:  And we would agree to proffer -- to

11   the extent that we are calling someone -- the defense is

12   calling someone, I'll agree on behalf of defense that we'll

13   make a proffer to you in advance.

14          THE COURT:  All right.  Fair enough.

15          All right.  So we'll -- I guess we'll table that

16   as not ripe yet.  And then if the issue, Ms -- Rakoczy.

17          MS. RAKOCZY:  I apologize, Your Honor, for

18   interrupting.

19          THE COURT:  That's okay.

20          MS. RAKOCZY:  I guess we would also just ask if

21   there are any parameters about what might be said in opening

22   statements on the issue since I think both sides are still

23   finalizing their witness lists.  I don't think there's

24   necessarily any guarantee yet that any CHS has testified in

25   this trial, and so I think we would just ask that the

1    parties be mindful of not opening on something that may not

2    come into fruition in evidence.

3              THE COURT:  Okay.

4              I mean, I'll -- if you want to raise the issue

5    again before we open, as you all are thinking about it.

6    I mean, if the government has said it's not calling the

7    confidential human source, I'm not sure how the defense

8    would open on it.

9              MR. WOODWARD:  Right.

10             THE COURT:  Unless they're going to preview the

11   calling of one in their own case, which I suspect they're

12   not going to say in their opening, but maybe they will.  I

13   don't know.

14             So let's just see.  So if anybody does intend to

15   refer to the identity of a confidential human source or the

16   fact of a confidential human source in opening, please let

17   me know before you make your opening statement, okay?

18             All right.  The last issue concerns this notice of

19   intent to assert an advice-of-counsel defense.  This had

20   come up last week.  I had issued an order requiring any such

21   defense, that a notice of any such defense be filed,

22   I think, by yesterday.

23             And on behalf of Mr. Rhodes, Mr. Meggs, and

24   Mr. Harrelson, there's been a filing suggesting that they

25   might, might, advance an advice-of-counsel defense as to

1    both the Insurrection Act matters that we talked about

2    earlier and then also the destroying of the -- or the

3    deletion-of-evidence issue.

4          So I guess the question is so where we are in the

5    life cycle of this kind of defense.  And I guess the first

6    question is whether the defense -- defendants are actually

7    going to put forward such a defense or you're just putting

8    in a notice to make sure it doesn't get defaulted.

9          MR. WOODWARD:  Sure.

10          THE COURT:  And if it's the latter, that's okay.

11          MR. WOODWARD:  Hi, Judge.  I'm back.

12          So where we are.  The defense believes, as of now,

13    as of yesterday, that if called to testify by the defense,

14    that Ms. SoRelle would, in fact, testify.  That obviously

15    can change at any time between now and when she is sworn in

16    as a witness, but there at least is the realistic

17    hypothetical -- and I say that as an officer of the court.

18    We have made contact with her counsel, we have obviously

19    discussed the parameters of what her testimony would be.  So

20    that is a realistic possibility in the defense

21    case-in-chief.

22          In addition, there are a number of written

23    statements of Ms. SoRelle's that address largely the

24    question of the Insurrection Act and some of the issues that

25    we also discussed this morning, including affirming the

```
 1   views of Mr. Rhodes about the applicability of the
 2   Insurrection Act and the -- again, the primary issue this
 3   morning, whether the President could invoke the
 4   Insurrection Act and what that would mean.
 5              THE COURT:  So can I ask you, is anybody on the
 6   receiving end of those communications other than Mr. Rhodes?
 7              MR. WOODWARD:  Well, yes.  Some of the
 8   communications are public statements.  There's at least two
 9   letters that she was --
10              THE COURT:  Hold on.  If it's a public statement,
11   it's not an attorney-client communication.
12              MR. WOODWARD:  It is not.
13              THE COURT:  And it's not advice of counsel.
14              MR. WOODWARD:  It is not.  But, yes, there are
15   others that have received the communications from
16   Ms. SoRelle in the Signal chats and in other contexts,
17   including oral --
18              THE COURT:  Maybe I should have been more precise.
19              Are there any other defendants who are on the
20   receiving end of that, one?
21              And I guess, two, the other important question
22   here is, it's not clear to me who Ms. SoRelle was counsel
23   to.  I mean, I've seen things in the newspaper suggesting
24   that she was counsel to the Oath Keepers.  Was she counsel
25   to any of the defendants individually?  I'm not sure about
```

1    that.

2          I mean, what's your understanding as to who she

3    considers to have been a client?

4          MR. WOODWARD:  Both, actually, that she was

5    counsel to the Oath Keepers as an organization and that she

6    provided legal advice to individual members of the

7    Oath Keepers.

8          I don't know that there is a formal written

9    engagement letter as with respect to every individual to

10   whom she provided advice.  But I do think that there is a,

11   at least a colorable claim that the advice that she was

12   giving was attorney-client advice.

13         THE COURT:  And did she give advice directly to

14   any defendant who's here today other than Mr. Rhodes?

15         MR. WOODWARD:  Sure, yes, Mr. Meggs.

16         And I believe Mr. Harrelson as well.

17         And, again, those are captured in some of the

18   Signal communications that we are privy to, which is a good

19   segue to the second part of the status that we alluded to in

20   a footnote, which is that when Ms. SoRelle's phone was

21   seized, it was provided to a taint team, as is often done in

22   the case of a lawyer's phone being seized.

23         We understand from the government that the taint

24   team did identify communications that it concluded were --

25   the taint team concluded were privileged and segregated

1    those communications, and that this prosecution team has not

2    received those communications, and thus we, the defense,

3    have not received those communications.

4            And so part of our analysis in whether this

5    defense will, in fact, be propounded -- and I'll come back

6    to opening statements -- but is going to be whether or not

7    we, the defense, are willing to waive privilege with respect

8    to the advice that she was given, the organization, and/or

9    the individuals that we're not now privy to because we don't

10   have those communications.

11           Why don't we have those communications?

12           THE COURT:  No, no.  That wasn't my question.

13   I mean, you don't dispute that -- I don't think you do, that

14   any assertion of an advice-of-counsel defense is a clear

15   waiver with respect to documents relating to the advice --

16           MR. WOODWARD:  Correct.

17           THE COURT:  -- right?

18           There's also case law that suggests that there

19   are, even if it's not directly privileged or on the same

20   subject matter, things that might be related to the advice

21   also are subject to disclosure and waiver.

22           MR. WOODWARD:  We would expect -- well, we are

23   anticipating the government taking a broad view of waiver

24   with respect to the advice Ms. SoRelle was providing, which

25   is why we would like to have a better understanding of that

 1    advice and those statements and communications before we

 2    make a formal waiver of that privilege.

 3            THE COURT:  Okay.  I mean, I included this

 4    quotation from *Crowder*, which is a Judge Bates case, if

 5    memory serves, I mean, in which he wrote -- included in the

 6    order, which is that "Even otherwise privileged

 7    communications the defendants do not intend to use at trial

 8    but that are relevant to proving or undermining the

 9    advice-of-counsel defense are subject to disclosure in their

10    entirety."

11            So that's what I was referring to as documents

12    that could -- communications that could, theoretically, be

13    also subject to waiver.

14            MR. WOODWARD:  Again, we are -- we would expect

15    the government to take a broad view of what the waiver

16    applies, which is why we want to know everything about the

17    advice and the communications that Ms. SoRelle was

18    providing.

19            As the Court is aware, not all of the devices that

20    we have received thus far contain all of the realtime

21    communications.  So Ms. SoRelle's phone is going to be the

22    best source of that.  The government doesn't have it.  We

23    don't have it.  We are in communication with the government

24    about getting a more fulsome copy of Ms. SoRelle's phone.

25            To be clear, we're not interested in any advice

 1    that Ms. SoRelle may have been giving anyone else, unrelated

 2    to the Oath Keepers, unrelated to the Insurrection Act.  But

 3    the government has acknowledged that the filter team did

 4    filter or set aside communications about the

 5    Insurrection Act, about the Oath Keepers that we're not yet

 6    privy to.

 7              THE COURT:  And what, in your view, is the showing

 8    the government would have to make to foreclose this defense

 9    on the ground that Ms. SoRelle is actually a co-conspirator?

10              MR. WOODWARD:  She would need -- excuse me.

11              The government would need to show that

12    Ms. SoRelle, I believe, by a preponderance of the evidence,

13    conspired with Mr. Rhodes or other of his co-defendants, but

14    predominantly Mr. Rhodes, to commit any of the offenses in

15    the indictment, whether it's seditious conspiracy, 1512,

16    et cetera.

17              We expect the government may argue that.  But as

18    we lay out in the notice, we have reasonable rebuttal to

19    that.

20              THE COURT:  You have what?

21              MR. WOODWARD:  Reasonable rebuttal to their

22    assertion that we don't know much about the government's

23    theory with respect to Ms. SoRelle as her indictment is not

24    speaking --

25              THE COURT:  Right.

1          MR. WOODWARD:  Now, she has been interviewed, and

2   so we know some of that.  But we don't believe that the

3   government can prove by a preponderance of the evidence that

4   Ms. SoRelle participated in the conspiracy.

5          THE COURT:  How much more do they need?  I mean,

6   they've got probable cause down.  So it's not clear and

7   convincing.  It's not beyond a reasonable doubt.  So,

8   I mean, they've got to move the dial a little bit, but

9   perhaps not all that much above probable cause.

10          MR. WOODWARD:  Well, with respect, they have

11   probable cause as to a conspiracy other than seditious

12   conspiracy.  And so if the assertion by defense is that the

13   Insurrection Act is a legal defense or a mens rea defense

14   with respect to only seditious conspiracy, then the probable

15   cause that the government has established does not apply.

16   It is not pertinent to the seditious conspiracy charge.

17          So starting from scratch, we would ask that the

18   government have to show that, in fact, Ms. SoRelle had some

19   intent to engage in the elements of seditious conspiracy,

20   not necessarily the 1512(k), I believe, conspiracy with

21   which she has been charged.

22          THE COURT:  Okay.

23          One more question, and that is, in the first

24   element of an advice-of-counsel defense is that the

25   defendant has made a full disclosure of all material facts

1    to the lawyer before receiving the advice at issue.

2              What's your view on how that assessment should be

3    made?  In other words, is there some proffer I should ask

4    for before trial?  Is it something that ought to go forward

5    at trial and then I'll assess whether that element's been

6    met before deciding whether to instruct the jury on that?

7    How am I supposed to do that procedurally, in your view?

8              MR. WOODWARD:  Well, I must profess that usually

9    my experience in this arena would -- the government does not

10   stay quiet when they have facts that suggest that the client

11   was untruthful in seeking advice from a lawyer.

12             We are not aware of any suggestion that Mr. Rhodes

13   or any of his co-defendants made any misleading or otherwise

14   failed to make a full disclosure of relevant facts to

15   Ms. SoRelle in seeking legal advice specifically about the

16   Insurrection Act and its contours.

17             The government has not made us aware, and I expect

18   the government would make us and the Court aware, if I'm

19   wrong that.  But to the extent that there is a factual

20   predicate that the government can proffer, we're happy to

21   take that up before trial.  We don't anticipate -- we

22   don't -- we're not asking the Court to have the jury observe

23   this type of a colloquy.  If it's not there, it's not there.

24             THE COURT:  And is anybody planning on opening on

25   this?

 1          MR. WOODWARD:  I alluded to that.  I don't think

 2   so.  But I, again, think it's -- at the risk of speaking out

 3   of turn, I would anticipate that the Court is going to ask

 4   again that we would give you notice before we opened on

 5   this, period.

 6          THE COURT:  Okay.

 7          All right.  Mr. Woodward, that's helpful.

 8   Thank you.

 9          Mr. Manzo.

10          MR. MANZO:  Thank you, Your Honor.

11          It's the government's position that Kellye SoRelle

12   has never been an attorney for any of these individuals.

13   And the best evidence of that is Kellye SoRelle's own words.

14          On January 8th on the Signal thread that many of

15   the defendants are on, she said, "This thread will be

16   deleted when possible as counsel for the Oath Keepers and as

17   potential attorney for you."

18          So that's Kellye SoRelle acknowledging that she's

19   not an attorney for any individual people here.

20          THE COURT:  I guess the question is:  Does that

21   matter?  I mean, I suppose it matters in some sense.  But

22   typically when we think about whether there's an

23   attorney-client relationship, it's from the perspective of

24   the client, right?  Is the client reasonable in their belief

25   that the person who's providing advice is, in fact, doing so

1    in the capacity as their lawyer?

2         So, I mean, I suppose that's a fact that's useful;

3    on the other hand, most of the advice that she probably --

4    that they're referring to would have preceded that

5    statement.

6         MR. MANZO:  Correct.  So if she's the corporate

7    counsel -- and I'm quoting the D.C. law here -- the default

8    assumption is that the attorney only represents the

9    corporate entity, not that individuals.

10        And for her to be representing individuals, there

11   needs to be a, as you said before, a fulsome disclosure from

12   the individual to the attorney to seek legal advice, and

13   that there must then be some recommendation of what legal

14   advice would follow.

15        We have none of that information here.  We have a

16   person who's a co-conspirator who's on the Capitol grounds

17   with Stewart Rhodes, videotaping herself, saying, "This is

18   how we take our country back," on January 6th.

19        And then she is sending out messages saying,

20   "Delete all self-incriminating messages."

21        So this is not a particularly close call, we feel,

22   in terms of a Crime Fraud Exception.

23        If we wanted to get into whether she represented

24   the individuals in their personal capacity or their -- or if

25   the individuals here thought she represented them in their

1    individual capacity, then we could do that, but the defense

2    would have to proffer some information.  That's not -- this

3    is the defense's burden when there's no --

4            THE COURT:  This is always a tricky thing, right?

5    But how does one distinguish between any advice she might

6    have given to Mr. Rhodes in his capacity as the head of the

7    Oath Keepers versus his individual capacity?  I mean,

8    lawyers don't stop and say, All right, now I'm putting on a

9    different hat.

10           You know, that seems a little impractical.  So how

11   do I deal with that issue?

12           MR. MANZO:  Be just haven't seen any of that

13   information.  We have no proffer that she provided a legal

14   opinion -- that Mr. Rhodes sought legal information from her

15   or sought a legal opinion from her or that she subsequently

16   provided that legal opinion back to Mr. Rhodes.

17           And the other individuals are not --

18           THE COURT:  I'm sorry to interrupt you.  Is the

19   theory that she was an in-house lawyer or an outside, you

20   know, outside lawyer retained by the organization.

21           MR. MANZO:  The representation on the Signal

22   messages as of January 8th is that she is a corporate

23   counsel for the attorneys, but that she does not -- or

24   corporate counsel for the Oath Keepers, but that she very

25   clearly says that she is a potential attorney for

```
 1    individuals among the Oath Keepers.

 2            We have no information about any of the kind of

 3    normal things you'd expect, an engagement letter,

 4    communication, you know, privileged communications that --

 5    or communications of any kind where --

 6            THE COURT:  Well, let me ask you this:  Are you

 7    conceding that she was a lawyer to the organization?

 8            MR. MANZO:  On January 6th, we're not conceding

 9    that.

10            THE COURT:  You're not conceding that.

11            MR. MANZO:  Potentially after January 6th, we may

12    concede that.

13            THE COURT:  In other words, the lead-up to

14    the 6th, you're not conceding that she, in fact, was a

15    counsel for the Oath Keepers.

16            MR. MANZO:  I think we would need to consider that

17    position a little bit more.  And, again, this is on the

18    defense's burden to prove.

19            THE COURT:  Yes, I know.  I'm just trying to flesh

20    out what I'm going to need to decide if the defense needs to

21    move forward.  And if there's a fundamental disagreement

22    about whether, in fact, she was a lawyer to the organization

23    and, if so, when she was, that would be important for

24    everyone to understand.

25            MR. MANZO:  And truthfully, in preparing for this,
```

1    we anticipated that there could be a reliance on counsel,

2    defense, in terms of delete your messages --

3              THE COURT:  Right.

4              MR. MANZO:  -- where people deleted their

5    messages.

6              And I don't know any law school in the country

7    that teaches attorneys to delete self-incriminating messages

8    with that specificity.

9              In terms of the filing from last night where we

10   found out that the defense is claiming that, to some extent,

11   that she provided legal opinions about the Insurrection Act,

12   that's new to us.  And we would want that fleshed out more

13   to be able to respond properly.

14             THE COURT:  Okay.  So what's the status of -- can

15   you walk me through how the prosecution team dealt with

16   whatever it seized from her?  I know her phone.  I don't

17   know if there was anything else seized, any hard-copy

18   matter, how it's dealt with that.

19             MR. MANZO:  So there's a taint team.  And we've

20   been in communication with them.  We do not know what they

21   have held back from us.  We know that her phone is

22   incredibly large and that a lot of the phone has screenshots

23   that are not easily searchable.

24             So the phone can be searched.  So if there's

25   something that the defense wants the taint team to search

1    for that's a normal word as opposed to an image, that's

2    doable.

3           But, again, we would want to, we just don't think

4    that getting into communications with -- between

5    Kellye Rhodes [sic] and other people necessarily goes to

6    whether Kellye -- Kellye SoRelle was representing these

7    defendants.

8           THE COURT:  Well, I mean, what I've heard

9    Mr. Woodward say is that before we decide to move forward

10   with this defense, we'd like to know what's been withheld.

11          And I guess the question is:  Does the government

12   object to that process?  In other words, whatever the filter

13   team has held back, to turn that over to defense counsel.

14          And, by the way, I mean, I don't want to get

15   really technical here, but it's not clear to me that if

16   she's not the lawyer for anybody sitting at that table, who

17   could possibly waive the privilege on behalf of the

18   Oath Keepers?

19          So, you know, I don't understand that anybody at

20   the table currently has an official position with the

21   organization, and so it's only somebody who was in that

22   position of an organization that can authorize waiver.  So

23   you've got that issue.

24          So what it really actually would be quite

25   important to understand at the outset who she was

1  representing and to the extent she provided advice, in what

2  capacity the person received it, because I do think there's

3  an issue here about who can waive, who can waive the

4  privilege.

5          All right.  So I was just musing about all the

6  problems this is creating.  But to the point of getting them

7  the material, is that something the government would be

8  prepared to do?

9          MR. MANZO:  I guess the issue is --

10          THE COURT:  And to be clear, without the

11  prosecution team seeing it.

12          MR. MANZO:  The issue is two things.  One is, we

13  can't -- I don't think it would be proper to turn over her

14  whole phone because she has private clients that have

15  nothing to do with this case.  So I think there would need

16  to be a keyword search or something like that or --

17          THE COURT:  Well, let me ask a question.  Can you

18  ask -- you could ask the filter team whether they withheld

19  any communications on attorney-client grounds with these

20  defendants or with anybody who's an Oath Keeper or you could

21  give them a list of names.

22          MR. MANZO:  We just need search terms or names.

23  And if they're willing to do that, then we're willing to

24  send that along to the filter agents or the filter team.

25          THE COURT:  Okay.  Because it may be that they

1    haven't withheld anything that's relevant.  I mean, if she's

2    got non-Oath Keeper clients and that's what's been withheld,

3    then it's not clear to me why any of that would be

4    particularly relevant.

5                MR. WOODWARD:  Sure, Your Honor.

6                To be clear, the materials that have been

7    disclosed already, we would submit that there are

8    communications that, we would argue, constitute legal advice

9    concerning the Insurrection Act.

10               There's also the text -- the deletion question,

11   which I'm happy to address.  But her communications to the

12   Oath Keepers that have been produced by the government --

13               THE COURT:  This raises a host of really

14   interesting questions, which is, you know, a lawyer for an

15   organization -- say she's just a lawyer for the

16   Oath Keepers.

17               MR. WOODWARD:  Yes.

18               THE COURT:  That lawyer can provide legal advice

19   to officers and employees of the organization that has to do

20   with the work of the organization.

21               MR. WOODWARD:  Yes.

22               THE COURT:  It's not clear to me the work of the

23   organization -- of the Oath Keepers was to prepare for the

24   possibility of the Insurrection Act being invoked.

25               MR. WOODWARD:  Fair enough.

1          THE COURT:  You've talked about security.  You've

2   talked about a whole bunch of things.

3          But the idea that the organization, part of its

4   reason for existing, was to get ready in case the President

5   invoked the Insurrection Act, I'm not so sure that lines up.

6          MR. WOODWARD:  I take Your Honor's point.

7          The question would be whether she provided legal

8   advice on the subject as opposed to whether the purpose of

9   the organization --

10         THE COURT:  Well -- but a lawyer, for example,

11  could not -- you know, an in-house lawyer couldn't give

12  legal advice on, I think, on something that the organization

13  has nothing to do with.

14         MR. WOODWARD:  Well, I might take issue with your

15  characterization that it had nothing to do with the

16  Insurrection Act.  I think that that will depend on the

17  evidence that comes in at trial.  I would argue that a

18  lawyer for an organization would give that organization

19  advice, as I do on a weekly basis, if not daily basis, on a

20  host of issues, some of which I'm often not expecting the

21  company to ask me about.

22         But if the organization requested its counsel to

23  give legal advice on its understanding of the

24  Insurrection Act, it would not be improper for a lawyer to

25  provide that advice.

1          THE COURT:  I mean, here's a hypothetical.  Say

2     the CEO of a company comes to an in-house lawyer and says,

3     Hey, look, I need some advice on a personal tax matter,

4     okay, and the lawyer gives that advice, that's not

5     company -- that's not a protected attorney-client

6     communication between the company and the lawyer, right?

7          I mean, that's a pretty clear example of which the

8     lawyer is giving advice that is not sort of within the

9     purview of that in-house counsel's job.

10          MR. WOODWARD:  There are ethics opinions that

11     address an in-house counsel's ability to give advice to --

12     to give personal legal advice to the officers of a company

13     and why that creates a conflict.  And so, yes, this is a --

14          MR. MANZO:  But just to be clear, nobody here,

15     except for maybe Stewart Rhodes, is an employee of the

16     Oath Keepers.  They're --

17          THE COURT:  But he was an officer.

18          MR. MANZO:  Right.

19          THE COURT:  You don't have to be an "employee."

20          MR. MANZO:  But anyone else is just members.  This

21     would be the equivalent of, if I donated my $75 to PBS every

22     year, I'm a member of the -- supporter of the PBS

23     broadcasting.  And if their corporate counsel told me I

24     could go rob a bank, I don't think I can rely on that

25     information for any reason, just as Kellye SoRelle can't go

 1    tell people, Go delete your text -- go delete your

 2    self-incriminating text messages, when I'm not an employee,

 3    a personal client, or anything.

 4            THE COURT:  The Oath Keepers are, what a 50 --

 5    what was their organizational status?  Or was it just a

 6    name?

 7            MR. WOODWARD:  It was a formal entity in the state

 8    of Nevada, a not-for-profit.  I don't know if it's a

 9    501(c) -- it's not, but it is a formal entity in the state

10    of Nevada.

11            You don't have to be an employee to be the

12    beneficiary of legal advice that's given to a company.  And

13    there are lots of volunteers that benefit from legal advice

14    given to companies on a daily basis.

15            THE COURT:  I'm not disagreeing.  I was just

16    curious what the answer is.

17            MR. MANZO:  I mean, there is a whole body of case

18    law out there about corporate -- or advice given from a

19    corporate attorney to individuals and whether they are able

20    to rely on that.

21            But we're not even there because defense hasn't

22    proffered any specific advice that she has given either in

23    regard to the Insurrection Act or in regard to deletion of

24    messages.

25            THE COURT:  Right.  Well, presumably, unless you

1    all have missed something, Mr. Woodward, whatever you are

2    viewing as legal advice from Ms. SoRelle is something you

3    can identify to the government at this point, right?

4            MR. WOODWARD:  Well --

5            THE COURT:  I mean, they've given you her -- the

6    contents of her phone that are not privileged.

7            MR. WOODWARD:  Of course.

8            THE COURT:  And so, presumably, you have in your

9    mind whatever communications you think are legal advice and

10   could say to the government, This is what we think is legal

11   advice.

12           And we could kind of go from there.

13           MR. WOODWARD:  We can.

14           It raises an interesting question on why the

15   government is in possession of Ms. SoRelle's legal advice.

16   But we certainly have been provided communications in which

17   Ms. SoRelle is opining about the Insurrection Act.  Those

18   communications, we submit, would constitute legal advice.

19           We were only asked by the Court -- with the utmost

20   respect, we were only asked by the Court to provide notice.

21   We provided the notice.  We also respect the government's

22   desire for there to be a proffer laid out in advance of any

23   presentation of evidence to a jury.

24           We are not looking to confuse the jury on this

25   issue.  The Court asked about what the appropriate procedure

```
 1    for that would be, if we want to do that in advance of the
 2    presentation of any evidence -- and by "we," I mean, the
 3    defense.  I don't think that's an unreasonable ask of the
 4    government or of the Court.
 5                THE COURT:  Okay.
 6                All right.  Well, look, you know, I think both the
 7    notice and this discussion clearly show why this needs to be
 8    hashed out before it is ever introduced at trial.
 9                So absent any further ruling on this, the defense
10    is not going to be permitted to open on an advice-of-counsel
11    defense.  So if you all want to do that, I would suggest you
12    get your proffers in order and get this before me before
13    we open.
14                And, you know, obviously, then the defense case is
15    weeks away, so we'll have some time.
16                MR. WOODWARD:  I don't expect -- again, I may be
17    speaking out of turn.  I don't expect that we will be
18    seeking Your Honor's time to make that proffer in advance of
19    the defense case-in-chief.
20                THE COURT:  Okay.  Leave aside for the moment the
21    Insurrection Act issue.  But quite clearly, there is some
22    email communication or whatever, chat communication from
23    Ms. SoRelle.  And if anybody intends to say, Well, they
24    received -- he or she received this chat communication
25    saying it was okay to delete, ladies and gentlemen,
```

```
 1   therefore, you know, this was not done corruptly, I would
 2   want to know that.
 3             MR. WOODWARD:  So to be clear, I think that there
 4   are going to be -- I do believe the defense intends to say
 5   that when a lawyer tells you that you can delete information
 6   on your device --
 7             THE COURT:  In opening?
 8             MR. WOODWARD:  No.  No, your Honor.
 9             THE COURT:  Okay.  That's what I want to know,
10   whether you're going to say that in opening.
11             MR. WOODWARD:  I don't -- again, we won't say it
12   without Your Honor's blessing.
13             THE COURT:  Okay.
14             MR. WOODWARD:  But what's unique about
15   Ms. SoRelle's advice is that it was unsolicited.  Nobody
16   asked her if they could delete materials on their phones.
17             So if you look at this, for example, in the
18   context of a crime fraud --
19             THE COURT:  It sort of makes it very hard to then
20   establish that full disclosure was made of material facts.
21             MR. WOODWARD:  It makes it a unique analysis
22   insofar as when a lawyer offers unsolicited advice, that
23   doesn't necessarily mean that the advice is no longer
24   lawyer-client advice.
25             THE COURT:  No, but it also doesn't mean you get
```

1  to do an advice-of-counsel defense.

2          MR. WOODWARD:  It may not if the Court so rules.

3          THE COURT:  Right.  I mean, there are elements to

4  an advice-of-counsel defense that are separate and in

5  addition to what constitutes an attorney-client

6  communication.

7          MR. WOODWARD:  I think it would be difficult for

8  the government to argue here that Ms. SoRelle was not in

9  possession of material facts.  She was obviously aware of

10  the events of January 6th and she was obviously aware of the

11  communications because she was a participant in many of

12  them, so she knew what she was doing when she advised those

13  that she did to delete communications.

14          MR. MANZO:  We agree she's an accomplice,

15  co-conspirator.

16          THE COURT:  Look, it's curious advice.

17          MR. MANZO:  And I would just quote

18  *United States v. West*:  The defense of advice of counsel

19  necessarily fails where counsel acts as an accomplice to the

20  crime.

21          MR. WOODWARD:  Well, she's not alleged to be a

22  co-conspirator in the deletion of evidence.  There is no

23  conspiracy with respect to the deletion of evidence.  She's

24  not alleged to be an accomplice in the deletion or

25  destruction of evidence.

```
 1                THE COURT:  Is she not charged with that?

 2                MR. MANZO:  No.  She is a member of this

 3      conspiracy.

 4                THE COURT:  No, no, no, no.  I thought she was

 5      also charged with obstruction.

 6                MR. MANZO:  Correct.

 7                MR. WOODWARD:  She's not -- she's not --

 8                THE COURT:  Which I assume is -- at least I assume

 9      that the obstruction was based upon the advice, not that she

10      herself actually deleted anything.

11                MR. WOODWARD:  We don't know because the

12      indictment doesn't specify.

13                THE COURT:  I know.  I'm making assumptions, and

14      it's seemingly just confirmed because everybody shook their

15      head at the other table.

16                MR. WOODWARD:  That's convenient, Your Honor, but

17      we don't know.  And so --

18                MR. MANZO:  It is.

19                THE COURT:  Now you know.

20                MR. WOODWARD:  Whatever obstruction she's charged

21      with is a separate and independent crime, not a conspiracy.

22                THE COURT:  Doesn't matter.

23                MR. WOODWARD:  Well --

24                THE COURT:  I mean, you know, whether you want to

25      label it a conspiracy or not, if a lawyer is providing
```

1    advice that is in furtherance of an obstructive act, whether

2    you call it a conspiracy or something else, it's unlawful

3    conduct.

4              Now, you know, I'm not --

5              MR. WOODWARD:  I understand.

6              THE COURT:  I'm not prejudging anything, but a

7    lawyer that -- let's leave aside whether the advice was

8    valid or not.  But say a lawyer just tells their client, Get

9    rid of this stuff before the feds show up, whether it's

10   charged as a conspiracy or not, that's not -- you can't rely

11   on that for an advice-of-counsel defense.

12             MR. WOODWARD:  I think I would have to concede

13   that if she does not testify, this becomes a very difficult

14   question.  And so we'll see.

15             THE COURT:  Okay.  All right.

16             Well, look, you know, you can see why I wanted

17   notice on this so that if this does come to pass, we have

18   plenty of opportunity to talk about it.

19             So I guess what I will say is that I leave it to

20   you all in the first instance to, one, figure out whether

21   there's anything to turn over from what was filtered and

22   then, two, to the extent the government has questions about

23   your potential defense, to start figuring out what your

24   answers are.

25             MR. WOODWARD:  We are actively engaged in

1    discussion about this issue.

2            MR. MANZO:  And I guess we just have two small

3    follow-ups there.

4            I understand that without further information,

5    defense isn't going to open on advice of counsel.  But in

6    the government's case-in-chief, are they going to keep

7    trying to bring that out as a theory of the case that we

8    think would be improper?

9            So if we want to kick this can down the road until

10   the defense case, that's fine.  I think we have a month

11   where we're all going to be together every day.

12           But if this is going to be a theme in the

13   cross-examination of government witnesses, then I would

14   rather -- then we would prefer to have this issue hashed

15   out now.

16           THE COURT:  Well, yeah, I mean, that's a fair

17   point.  I hadn't really conceived of how it could come out

18   in cross-examination unless there was some government

19   witness who would say, I received that advice and heard her

20   advice.  And I don't know if there's anybody in that

21   position.

22           MR. MANZO:  There is -- there could be a law

23   enforcement witness who brings these text messages in, and

24   there could be --

25           THE COURT:  Yes, but you can't -- I'm not going to

1    let them cross-examine a law enforcement witness:  Isn't it

2    true on this phone you found A, B, and C?

3            I'm not going to let that kind of

4    cross-examination happen.

5            MR. MANZO:  But I guess the cross-examination

6    would be:  Well, don't you know that Kellye SoRelle is the

7    attorney for these Oath Keepers and she was providing

8    advice?

9            Or if a civilian testifies who's aware of

10   Kellye SoRelle as being some kind of lawyer for the

11   Oath Keepers in general, trying to bring that out through

12   the cross-examination of the civilian witness.

13           THE COURT:  I guess the bottom line is, if there's

14   going to be reference to Ms. SoRelle as an attorney, I would

15   like to understand that and know that before you go down

16   that line of cross-examination.

17           MR. WOODWARD:  Again, I may be overspeaking.  But

18   to me, I agree with the Court, that what the government is

19   suggesting would not be pertinent scope of cross-examination

20   unless, of course, the government opens the door to it.

21           THE COURT:  Right, sure.

22           I'm assuming they're keeping the door closed, but

23   if they open it up, then --

24           MR. WOODWARD:  I don't see why the Court would

25   allow defense counsel to randomly ask FBI agents whether

1    they know that Ms. SoRelle is a lawyer to the Oath Keepers

2    and gave them advice, et cetera.

3              MR. MANZO:  Final point, Your Honor, just to close

4    this up, we just want to make sure that Kellye SoRelle is

5    the only potential attorney involved in an advice-of-counsel

6    defense, that there are no others.  We have received some

7    word that there could be another attorney, but we just

8    wanted to get that on the record.

9              MR. WOODWARD:  I made a very specific disclosure

10   to the government last night about another attorney who

11   Mr. Meggs consulted with.  And I advised the government that

12   I did not wish to put that attorney's name on the public

13   record because I had not spoken to that attorney and

14   confirmed that they were going to corroborate the advice

15   that they may have given.

16             The government knows of that attorney and knows

17   how to find that attorney.  And with respect to the Court,

18   I wish not to disclose the name of that attorney on the

19   public record here today.

20             I'm happy to go off the record and share the

21   disclosure that we made to the government.  But there's --

22   other than that disclosure -- I should be careful.  I can

23   only represent what I'm aware on behalf of Mr. Meggs.  I am

24   not aware of any other advice-of-counsel defense that will

25   be proffered.

1              The Court entered an order requiring such a notice

2    to be given yesterday and admonished with consequences if

3    that did not happen.

4              That's my response.

5              THE COURT:  Okay.  All right.  Well, I think that

6    just needs to be part of the conversation.

7              MR. MANZO:  Very good.  Thank you, Your Honor.

8              THE COURT:  All right.

9              Okay.  I've come to the end of my list.  Before we

10   adjourn, is there anything anybody would like to discuss

11   before we get back together Tuesday?

12             MR. EDWARDS:  Your Honor, on the topic of thorny

13   issues to resolve before trial, we've mentioned this before

14   at the last Pretrial hearing.  It's been touched on once or

15   twice here with other defense counsel.  We would just

16   request that if other defendants intend to request immunity

17   or litigate this issue before the Court, that we would do

18   that for any of their witnesses before trial.

19             We to date have only received one request.

20             THE COURT:  Oh, I'm sorry.  I wasn't following you

21   for a second.

22             You're talking about whether they would ask for

23   the Court to grant immunity?  Is that --

24             MR. EDWARDS:  I just want to address -- we thought

25   we should address this before trial.  We just heard a couple

references in the last two or three hearings about potential

witnesses that they have on their lists that may face

Fifth Amendment issues.

THE COURT:  Right.

MR. EDWARDS:  And we wanted to flag this now

rather than wait until right on the eve of trial.  We

thought we should just address it now.

As it stands, we've received one request.  As

Mr. Fischer stated, we have engaged with him.  We've

responded in denying that request.

But if this is going to either escalate to the

Court or if other requests are going to come, we would

request that we would address this before the trial starts.

THE COURT:  Okay.  Well —

MR. WOODWARD:  Well, I'm not — it's a moving

target in the sense that we're in the process of issuing

trial subpoenas.

As Mr. Fischer, as Mr. Bright have alluded,

there's a number of witnesses that have previously been

cooperative and now are coming forward and saying that they

are unwilling to testify.  That, of course, is a factor in

any trial, this being a unique one.  It's happening, not

surprisingly more often than not.

If the government's request is that we not call a

witness for the purpose of their simply asserting the

```
 1   Fifth Amendment, I don't expect the Court would allow us to
 2   do that anyway.
 3             THE COURT:  For the record, no.
 4             MR. WOODWARD:  At the same time, we're not willing
 5   to -- "waive" is not the right word.  But this could become
 6   an issue.  If we have no witnesses at trial, there's
 7   obviously a Fifth and Sixth Amendment implication with
 8   respect to our clients.
 9             We will continue to work with the government, as
10   we've done for 18 months now and as trial subpoenas are
11   being served.
12             THE COURT:  Okay.
13             Well, look, my memory is a little hazy on the law
14   on this.  But, Mr. Edwards, correct me if I am wrong, but
15   I think there is some mechanism by which the Court can
16   provide immunity to a witness for a limited -- for limited
17   to the testimony.
18             MR. EDWARDS:  In certain circuits.  The
19   D.C. Circuit makes pretty clear that the government is the
20   sole executor of the decision as to whether --
21             THE COURT:  I'm thinking maybe D.C. Superior,
22   D.C. Court of Appeals law.
23             MR. EDWARDS:  And I apologize if I -- I don't want
24   to overspeak.  But my review of the case law was that the
25   D.C. Circuit has referenced other circuits at times, knowing
```

that there are certain claims to -- or motions defense can

make to compel the Court to grant that kind of immunity.

        The D.C. Circuit, though, has made pretty clear,

as recently as, I think, 2011.  I have case cites if you'd

like.

        THE COURT:  Sure.  Case cites are always welcomed.

        MR. EDWARDS:  In at least as recently as 2011 in

*United States versus Moore*, M-o-o-r-e, 651 F.3d 30,

D.C. Circuit, 2011, the Court -- the D.C. Circuit actually

addressed a claim by defense that the District Court should

have engaged in a *Carter versus United States*-type analysis

that exists at the D.C. Superior Court level and made it

clear that that analysis doesn't apply in the D.C. Circuit,

at least at the federal side; and even if it had, the

defense had failed to overcome that threshold under *Carter*.

        And the circumstances are very similar here as to

the reasons why.  And we can engage in that if -- for

example, with Mr. Fischer's witness when we discuss that, if

there were other motions that come in, that the

Circuit Courts that we'd be citing to, I think, are

*United States versus Moore*.  And it dates back as early as

1981 in *United States versus Heldt*, H-e-l-d-t,

668 F.2d 1238.

        In both of those cases, the Circuit makes clear

that it's really the government that is the sole executor of

1    those decisions.  They cite to a Second Circuit case to
2    highlight the fact that the Court, respectfully, should not
3    engage in kind of grappling whether or not someone should be
4    granted immunity.
5          They do lay out what the government can do to
6    establish to the Court why this person may face criminal
7    exposure, whether they are indicted or if there are other --
8    if there's other information the government can provide
9    ex parte in camera.
10         THE COURT:  All right.  Well, I'll take a look at
11   the cases.
12         MR. WOODWARD:  We think the Court has broad
13   latitude to do many things.
14         I think the issue is more likely to come up in a
15   circumstance where a witness asserts their Fifth Amendment
16   right and they have out-of-court statements that the
17   government also opposes and whether there is an
18   unavailability.  That is an issue that we expect the
19   government and defense counsel can work on together as we
20   proceed through trial.
21         THE COURT:  Okay.
22         MR. EDWARDS:  I agree.
23         THE COURT:  All right.  Well, we'll see what
24   happens.  Lots of interesting matters ahead.  If you want to
25   create a land mine of a record, you're doing a good job of

```
 1   doing it.
 2           MR. WOODWARD:  We have two housekeeping matters
 3   for the Court.
 4           THE COURT:  Okay.
 5           MR. WOODWARD:  We would like to bring a printer.
 6   As the Court knows, we have a room set aside for defense
 7   counsel.  We would like to bring a printer.  We think we may
 8   need a court order allowing us to get through security for
 9   the printer.  We'll provide --
10           THE COURT:  Sure.
11           MR. WOODWARD:  Mr. Meggs --
12           THE COURT:  I shouldn't be so quick.  I'll just
13   figure out what we need to do.  I don't know whether there's
14   some protocol with the Marshals and the like, but we'll do
15   what's necessary to get that.
16           MR. WOODWARD:  Thank you.
17           After the last hearing, Mr. Meggs was promptly
18   provided with a laptop with the government's assistance.
19   But we understand that it's going to be taken away when the
20   trial begins.
21           I don't fully understand why that is except that
22   perhaps because of the expectation that he will be here for
23   the majority of the day.  Of course, he will not be sleeping
24   here, and there are days off.
25           And so we're not asking the Court to do anything
```

```
 1   now, but we are going to ask the Court -- for the Court and
 2   the government's assistance to make sure that he continues
 3   to have a laptop so that he can continue reviewing discovery
 4   throughout the trial.
 5             THE COURT:  Okay.
 6             MS. RAKOCZY:  And, Your Honor, I just haven't had
 7   a chance --
 8             THE COURT:  No, it's not you.
 9             MS. RAKOCZY:  I'll just come over here.
10             I haven't had a chance to tell Mr. Woodward, but
11   our discovery coordinator did notify the jail that we are
12   making the request that Mr. Meggs be permitted to maintain
13   the laptop.  And the Federal Public Defender Service, which
14   I think has an interest in monitoring that program, because
15   there are only so many laptops, has consented to that.
16             So I hope that that request will be able to go
17   forward.  I do know that there are a limited number of
18   laptops at the jail.  So I don't know if and when that would
19   become an issue because some other defendant has an equally
20   pressing need.  So I think we'll have to cross that bridge
21   as we get to it.
22             But I know the request has been passed along to
23   the jail with the Federal Public Defender Service consent.
24   So hopefully that will help to progress it along.  But I
25   guess if Mr. Woodward could let us know if that laptop gets
```

```
 1    taken away next week, contrary to everyone's best efforts,
 2    we will re-raise and flag the issue.
 3              THE COURT:  Okay.
 4              MR. WOODWARD:  We thank the government.
 5              MS. RAKOCZY:  While I'm standing here, I know that
 6    defense had requested this as well, but I think both sides
 7    may have a few witnesses who we'd like to have admonished
 8    next week as to the importance of returning to court on the
 9    date that the parties tell them to.  I think the Court had
10    promised a Zoom link for that?
11              THE COURT:  Why don't you all coordinate with
12    Mr. Douyon about -- you want to do that next Tuesday?  Is
13    that when your subpoenas are --
14              MS. RAKOCZY:  That's when I think a number of the
15    defense individuals have been served.  We served a number of
16    people for Monday, the 26th, and so we'll have to figure
17    that out.  But I think Tuesday is fine.
18              THE COURT:  Okay.
19              Why don't you coordinate with Mr. Douyon in terms
20    of the number of people you'd like me to do that for,
21    because I'll then need to carve out time from jury selection
22    to do that.  Or maybe even we can do it at 5:00 if we're
23    talking about a limited number of people.
24              MS. RAKOCZY:  Yes, Your Honor.  Thank you.
25              THE COURT:  Mr. Crisp.
```

1          MR. CRISP:  Your Honor on behalf of Ms. Watkins,

2    I would actually second the same request.  She has a laptop

3    as well.  So I would make that same motion.

4          And then the other request is:  Are you aware of

5    the status of the funding request that we had submitted,

6    expert assistance?

7          THE COURT:  In terms of the actual receipt of?

8          MR. CRISP:  Whether Your Honor had granted it.

9    I had not received --

10         THE COURT:  No.  We granted it.  We granted it and

11   posted it to the docket.

12         MR. CRISP:  Okay.  Because what I had -- what

13   you had --

14         THE COURT:  Yes.  I mean, after our hearing, I

15   signed off on it and it was docketed.

16         MR. CRISP:  I don't know if because it was sealed,

17   I couldn't see it.  Because I just wasn't able to see it.

18         THE COURT:  I think it was sealed.  Yes, we sealed

19   it because -- I think we sealed it since the government

20   shouldn't have access to it.

21         MR. CRISP:  Okay.  Just making sure.  So

22   thank you.

23         THE COURT:  Yes.  I mean, if you have any issues

24   with it, just let me know.  Or you can call A.J. Kramer.  He

25   knows I've signed on it.  I've talked to him about it.

1          MR. CRISP:  Okay.  Thank you.

2          MR. NESTLER:  Just housekeeping for jurors.

3          How many jurors is Your Honor intending to have on

4     Tuesday?

5          THE COURT:  I'd originally said 20 in the morning

6     and then another possible 20 in the afternoon.  I want to

7     think about that some more, given how we've cut back on our

8     list and given that some of the people may be quick.  So I

9     may adjust those numbers a little bit.

10          MR. NESTLER:  Understood, Your Honor.  Thank you.

11          And then finally, again, housekeeping-type issue

12     is Mr. Tarpley's issue on the Rule 1.8 --

13          THE COURT:  Right.

14          MR. NESTLER:  -- if there's anything else the

15     government needs to do or follow up on, we understand that

16     Mr. Tarpley met with Your Honor in chambers last week.

17          THE COURT:  Yeah.

18          MR. NESTLER:  If there's any additional efforts

19     that need to be taken to put that issue to bed, just let

20     us know.

21          THE COURT:  No.  I think we're square.

22     Mr. Tarpley has made the requisite representations to me.

23     And I think given what Mr. Rhodes has already said under

24     oath, he understands what the potential issues are.

25          MR. NESTLER:  Yes, Your Honor.  Thank you.

440

```
1              THE COURT:  Okay.

2              All right.  Anything else, folks?

3              All right.  Thank you, all.  We'll see you on

4    Tuesday.

5              COURTROOM DEPUTY:  All rise.

6              THE COURT:  Don't wait for me.

7              COURTROOM DEPUTY:  This Court stands adjourned.

8              THE COURT:  Ms. Rakoczy, can I ask you and

9    Mr. Crisp, Mr. Woodward, if I could just have defense

10   counsel come on up.  We could do this off the record.

11             (Proceedings concluded at 3:23 p.m.)
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 6, 2022_____    

William P. Zaremba, RMR, CRR

442

**COURTROOM DEPUTY: [8]** 266/2 338/6 338/8 338/15 380/15 380/18 440/5 440/7

**MR. BRIGHT: [46]** 267/15 268/13 269/17 278/13 279/23 280/4 281/2 281/18 281/21 285/3 285/14 285/19 285/24 286/6 286/12 286/14 286/19 288/1 288/10 288/14 289/6 289/8 289/18 289/21 290/25 291/15 291/20 291/22 297/5 297/9 297/12 297/14 298/22 299/21 299/25 301/13 301/19 301/22 301/25 302/6 303/4 303/7 303/12 303/24 304/5 338/21

**MR. CRISP: [16]** 393/3 393/5 393/9 394/3 395/2 395/21 395/23 396/4 396/6 398/2 438/1 438/8 438/12 438/16 438/21 439/1

**MR. EDWARDS: [15]** 348/11 348/20 381/7 381/17 385/24 386/4 386/19 387/8 430/12 430/24 431/5 432/18 432/23 433/7 434/22

**MR. FISCHER: [27]** 295/9 295/14 296/22 325/3 325/14 349/17 349/23 350/14 350/20 351/11 351/16 352/20 356/20 367/15 371/4 372/10 374/15 374/19 375/11 376/11 376/14 376/25 377/6 378/5 378/18 379/7 380/5

**MR. GEYER: [1]** 388/7

**MR. LINDER: [9]** 310/6 310/11 314/9 314/11 316/13 319/17 321/8 327/22 327/25

**MR. MANZO: [30]** 394/4 394/17 394/20 410/10 411/6 412/12 412/21 413/8 413/11 413/16 413/25 414/4 414/19 416/9 416/12 416/22 419/14 419/18 419/20 420/17 424/14 424/17 425/2 425/6 425/18 427/2 427/22 428/5 429/3 430/7

**MR. NESTLER: [46]** 310/1 310/18 311/12 313/13 313/17 315/17 316/25 317/13 317/24 319/4 320/4 320/23 321/24 322/6 322/15

325/4 326/20 326/22 327/15 328/11 328/16 329/4 329/20 330/14 332/11 333/18 334/24 335/15 335/18 336/8 336/11 336/15 336/17 336/20 336/22 336/25 337/4 337/10 377/20 378/9 396/16 439/2 439/10 439/14 439/18 439/25

**MR. TARPLEY: [17]** 348/14 348/16 349/1 349/8 349/13 382/3 383/6 383/12 383/14 383/17 384/7 384/22 385/10 389/25 391/21 392/2 392/15

**MR. WOODWARD: [88]** 267/25 268/2 268/4 268/11 269/2 338/13 339/10 339/12 341/22 342/18 344/17 345/7 345/17 347/1 347/8 347/12 347/16 347/21 348/3 348/5 387/11 387/13 387/15 387/25 388/21 389/17 389/23 390/5 391/20 398/17 399/7 400/10 401/9 402/9 402/11 403/7 403/12 403/14 404/4 404/15 405/16 405/22 406/14 407/10 407/21 408/1 408/10 409/8 410/1 417/5 417/17 417/21 417/25 418/6 418/14 419/10 420/7 421/4 421/7 421/13 422/16 423/3 423/8 423/11 423/14 423/21 424/2 424/7 424/21 425/7 425/11 425/16 425/20 425/23 426/5 426/12 426/25 428/17 428/24 429/9 431/15 432/4 434/12 435/2 435/5 435/11 435/16 437/4

**MS. HALLER: [24]** 306/20 307/9 307/22 308/2 309/4 309/13 309/21 311/23 311/25 314/8 316/3 328/10 328/13 330/17 330/20 331/22 331/25 332/17 332/23 333/2 335/5 335/22 336/24 337/16

**MS. HUGHES: [21]** 270/21 271/8 272/6 273/13 273/18 274/10 274/14 275/10 276/15 277/20 279/1 279/10 291/24 292/21 293/13 293/23 294/9 294/13 299/14 302/8 303/2

**MS. RAKOCZY: [31]** 268/1 268/3 268/10

327/15 328/11 328/16
352/18 358/5 358/19 359/7 359/16 360/7 361/2 362/1 362/12 362/19 363/23 364/4 364/22 365/20 366/13 366/22 377/17 379/9 400/17 400/20 436/6 436/9 437/5 437/14 437/24

**THE COURT: [344]**

**$**

**$75 [1]** 419/21

**,**

**'21 [3]** 354/15 355/7 355/14

**'22 [1]** 388/21

**'9th [1]** 327/12

**0**

**0004 [3]** 333/22 334/10 337/12
**0069 [1]** 307/13
**0117 [2]** 329/7 337/11
**0245 [1]** 335/10
**0248 [3]** 305/13 335/10 335/15
**0252 [1]** 334/16
**0254 [1]** 305/13
**0287 [1]** 307/13
**0299 [2]** 307/8 307/12
**0322 [2]** 305/12 328/6
**0333 [3]** 333/8 333/20 337/12
**0345 [3]** 329/5 329/6 337/11
**0354 [2]** 328/20 329/3
**0359 [3]** 333/24 334/8 337/12
**0403 [2]** 334/19 335/23
**0444 [1]** 305/12
**0455 [1]** 305/12
**0465 [5]** 330/1 330/19 330/20 331/8 337/11
**0481 [1]** 307/19
**0483 [1]** 332/3
**0498 [1]** 307/19
**0507 [1]** 307/19
**0526 [4]** 324/7 325/2 336/15 337/11
**054 [1]** 328/19
**0551 [3]** 327/8 327/24 337/11
**0576 [1]** 306/23
**0595 [2]** 307/8 307/11
**0641 [3]** 326/13 327/5 337/11
**0705 [2]** 307/3 321/18
**0708 [2]** 306/25 319/7
**0744 [4]** 323/21 324/6 336/15 337/11
**0751 [3]** 310/3 310/15 310/23
**08077 [1]** 264/13
**0826 [2]** 264/18 322/9
**0854 [1]** 307/13

**0882 [1]** 305/12
**09 [2]** 307/7 336/18
**0914 [2]** 305/12 336/20
**0922 [3]** 318/16 319/5 336/15
**0952 [1]** 307/18
**0975 [1]** 315/7

**1**

**1.8 [1]** 439/12
**1/6 [1]** 312/3
**10 [2]** 266/7 326/19
**1026 [1]** 307/13
**1047 [4]** 331/15 331/23 332/1 337/12
**1088 [1]** 307/18
**1094 [3]** 323/8 336/19 336/21
**10th [2]** 323/2 334/2
**11 [17]** 306/2 308/22 309/6 313/7 315/9 318/19 323/22 324/11 326/16 329/14 330/2 332/3 332/23 334/20 334/20 335/3 351/25
**1104 [1]** 311/2
**1105 [2]** 350/24 351/23
**1105.1 [1]** 352/3
**1117 [1]** 329/24
**1138 [1]** 306/17
**1140 [1]** 307/18
**1166 [1]** 305/12
**1186 [1]** 306/18
**11:38 [1]** 338/7
**11:59 [1]** 338/7
**12.3 [1]** 303/17
**120 [1]** 283/18
**121 [1]** 337/23
**1225 [4]** 307/2 320/16 321/16 336/15
**1238 [1]** 433/23
**1262 [1]** 306/18
**1295 [2]** 306/23 306/24
**12:00 [1]** 338/5
**12:12 [1]** 355/15
**12:36 [2]** 356/12 379/13
**12:36:46 p.m [2]** 355/21 355/22
**12:44:04 [1]** 376/15
**12:48:17 p.m [1]** 355/7
**12:56 [1]** 380/17
**13 [5]** 305/10 305/14 314/13 336/6 336/9
**130 [1]** 314/22
**1306 [1]** 305/12
**1320 [1]** 305/12
**1369 [1]** 306/18
**13th [1]** 327/12
**1431 [3]** 313/13 313/15 313/16
**1432 [2]** 313/3 313/14
**1460 [1]** 263/12
**148 [1]** 335/8
**1481 [4]** 308/20 309/6 309/25 336/13
**1487 [1]** 307/7

**1881 [1]** 335/24
**14th [1]** 287/1
**15 [4]** 262/4 266/3 326/19 338/5
**150 [2]** 304/20 312/1
**1512 [5]** 342/3 342/25 343/2 407/15 408/20
**1527 [1]** 305/12
**1528 [1]** 307/5
**1533 [1]** 317/5
**1538 [3]** 322/24 323/6 336/15
**1561 [1]** 305/12
**1575 [2]** 316/10 317/2 336/15
**1591 [3]** 306/18 306/22 317/15
**16 [4]** 336/8 336/10 337/15 384/25
**17 [9]** 306/5 309/5 309/10 309/11 309/14 332/23 336/7 337/15 384/22
**17110 [1]** 263/15
**17th [3]** 322/14 327/13 369/7
**18 [1]** 432/10
**1808 [1]** 264/3
**19 [1]** 369/4
**1976 [1]** 336/24
**1981 [1]** 433/22
**19th [3]** 294/12 322/13 369/7
**1:00 [1]** 380/11
**1:51:12 p.m [1]** 374/22
**1st [2]** 323/1 355/7

**2**

**20 [6]** 314/18 338/4 345/20 345/21 439/5 439/6
**20001 [1]** 265/5
**20010 [1]** 264/4
**20036 [1]** 264/9
**2006 [1]** 264/12
**2011 [3]** 433/4 433/7 433/9
**202 [4]** 262/16 264/4 264/9 265/5
**2020 [6]** 287/1 287/2 354/22 373/7 374/21 374/22
**2021 [4]** 283/5 300/5 320/18 376/15
**2022 [2]** 262/5 441/7
**20579 [1]** 262/16
**20th [1]** 334/17
**21061-3065 [1]** 264/18
**213 [1]** 303/10
**214 [2]** 263/5 263/9
**21st [1]** 322/14
**22 [11]** 262/5 306/6 306/12 307/3 307/5 307/5 307/14 309/5 309/9 309/15 332/24
**22-15 [1]** 262/4
**22nd [1]** 373/7
**23rd [1]** 287/2

**24th [5]** 327/12 334/17
374/20 374/22 374/23
**25-1 [1]** 388/13
**251 [1]** 282/16
**252 [4]** 282/17 283/23
285/9 286/24
**252-7277 [1]** 262/16
**252-9900 [1]** 263/5
**253.1 [3]** 282/17 285/9
286/24
**2615 [1]** 264/9
**26th [2]** 323/2 437/16
**29 [2]** 297/1 337/18
**2:00 [2]** 380/11 380/13
**2:08 [1]** 380/17
**2:24 [1]** 374/23
**2:24:18 [1]** 374/21
**2:51:56 [1]** 356/22
**2nd [1]** 281/25

**3**

**3's [1]** 367/20
**30 [3]** 314/18 336/5
433/8
**300 [1]** 264/17
**302 [1]** 387/2
**302s [2]** 386/7 386/10
**3065 [1]** 264/18
**30th [5]** 283/5 354/15
354/17 361/5 369/16
**318 [1]** 263/12
**31st [4]** 354/22 361/12
363/12 369/17
**32 [1]** 311/6
**3249 [1]** 265/5
**326 [1]** 381/3
**33 [1]** 279/5
**3300 [2]** 263/3 263/7
**333 [1]** 265/4
**352-2615 [1]** 264/9
**354-3249 [1]** 265/5
**37 [1]** 330/8
**38 [3]** 316/13 316/13
316/14
**3:06 [1]** 361/13
**3:06:11 [1]** 354/22
**3:23 [1]** 440/11
**3rd [2]** 300/5 323/1

**4**

**403 [16]** 272/12 275/13
293/24 355/3 356/5
356/12 356/15 357/4
357/20 359/10 360/2
361/4 361/16 374/6
376/10 377/7
**403 factors [1]** 374/12
**4031 [1]** 263/15
**410 [1]** 264/18
**412-4676 [1]** 263/16
**45 [19]** 306/8 308/4
310/3 311/8 313/5
315/12 315/20 317/10
319/19 321/9 322/11
323/16 327/14 329/17
330/7 331/18 332/7
332/22 333/17

**47 [19]** 306/8 308/4
309/15 311/8 313/5
315/12 315/13 317/10
319/19 321/9 322/11
324/14 327/14 329/17
330/7 332/8 332/22
332/24 333/17
**487-1460 [1]** 263/12
**49 [8]** 306/8 308/4
309/15 311/8 313/5
330/7 332/24 333/17
**4:00 [1]** 269/18
**4th [1]** 331/17

**5**

**50 [2]** 318/17 420/4
**500 [1]** 372/20
**501 [1]** 420/9
**5708 [1]** 264/13
**5:00 [1]** 437/22
**5th [4]** 334/2 355/14
358/15 361/7

**6**

**6.5 [1]** 334/11
**60 [2]** 310/8 310/12
**601 [2]** 262/15 264/7
**607-5708 [1]** 264/13
**61B [3]** 310/8 310/8
310/12
**63 [2]** 310/8 310/12
**651 F.3d 30 [1]** 433/8
**668 F.2d 1238 [1]**
433/23
**68 [7]** 317/7 319/20
319/23 320/17 321/20
323/10 324/1
**6th [42]** 298/12 306/7
306/9 310/5 315/11
318/7 320/18 320/24
321/1 322/1 323/15
324/12 326/8 330/3
330/22 331/4 331/10
352/5 353/16 355/21
355/22 356/22 361/8
366/25 369/4 369/18
374/1 376/19 376/23
377/1 377/12 377/22
377/25 378/6 378/7
378/11 379/13 411/18
413/8 413/11 413/14
424/10

**7**

**700 [2]** 263/4 263/8
**71301 [1]** 263/11
**717 [1]** 263/16
**72 [1]** 305/17
**720-7777 [1]** 263/9
**7277 [1]** 262/16
**7310 [1]** 264/17
**7447 [1]** 264/4
**75219 [2]** 263/4 263/8
**7777 [1]** 263/9
**787-0826 [1]** 264/18
**7:14 p.m [1]** 373/8
**7th [1]** 322/14

**8-point [1]** 355/20
**80 [1]** 336/23
**800 [2]** 344/23 345/19
**800-some [1]** 340/23
**819 [1]** 263/11
**856 [1]** 264/13
**8th [2]** 410/14 412/22

**9**

**90 [1]** 314/20
**900 [1]** 264/8
**902 [1]** 351/25
**9900 [1]** 263/5
**996-7447 [1]** 264/4
**9:50 [1]** 262/6
**9th [1]** 331/17

**A**

**A.G [9]** 376/16 376/16
376/17 376/19 376/22
376/25 377/2 377/18
377/21
**A.G.'s [3]** 377/4 377/13
378/1
**A.J. [1]** 438/24
**A.J. Kramer [1]** 438/24
**a.m [4]** 262/6 338/7
338/7 374/21
**abilities [1]** 293/2
**ability [7]** 282/2 306/4
315/22 323/23 373/3
390/8 419/11
**able [18]** 269/18 274/2
277/4 298/24 316/17
316/17 320/22 350/4
350/22 357/10 382/15
383/19 388/18 391/17
414/13 420/19 436/16
438/17
**about [169]** 269/9
269/22 269/23 269/24
270/7 270/16 273/1
273/11 274/5 275/8
275/19 276/3 276/6
278/18 280/22 283/14
284/16 286/1 288/7
288/18 289/3 289/4
291/25 292/17 293/22
295/4 296/13 297/20
300/2 300/3 300/7
301/1 301/6 302/2
302/3 302/5 302/23
303/23 304/2 304/2
304/11 304/17 304/24
305/19 306/3 306/5
306/6 306/9 306/19
308/11 308/16 309/3
310/4 314/24 315/7
315/14 316/19 317/9
317/15 317/19 320/1
320/24 320/25 321/5
321/6 321/22 322/3
323/11 323/15 323/22
324/14 326/14 326/20
328/17 329/6 330/13
330/18 331/2 331/23
333/8 335/12 335/20

343/4 343/11 343/25
344/4 344/8 344/24
346/2 346/3 346/24
350/8 350/11 352/3
353/6 353/11 355/4
356/6 359/8 359/19
359/24 360/4 360/25
361/6 361/20 361/20
363/9 364/11 370/4
370/20 372/21 372/25
373/24 375/6 376/4
378/14 380/9 389/7
389/8 389/10 389/12
394/18 396/22 396/25
397/10 397/14 397/16
398/21 398/25 399/15
399/17 400/1 400/21
401/5 402/1 403/1
403/25 406/16 406/24
407/4 407/5 407/22
409/15 410/22 413/2
413/22 414/11 416/3
416/5 418/1 418/2
418/21 420/18 421/17
421/25 423/14 426/18
426/22 427/1 429/10
430/22 431/1 437/12
437/23 438/25 439/7
**above [2]** 408/9 441/4
**above-titled [1]** 441/4
**absent [7]** 297/21
309/11 342/10 364/16
395/13 395/25 422/9
**absolute [3]** 282/16
285/9 286/17
**absolutely [5]** 280/4
286/6 291/16 291/20
349/18
**absolve [1]** 302/11
**accept [4]** 355/9
367/21 388/24 389/13
**acceptable [2]** 298/21
391/14
**access [6]** 382/16
383/19 385/8 385/11
385/11 438/20
**accompany [1]** 365/1
**accomplice [3]** 424/14
424/19 424/24
**accomplish [1]** 350/22
**according [1]** 396/18
**account [1]** 388/16
**acknowledge [1]** 392/3
**acknowledged [1]**
407/3
**acknowledging [1]**
410/18
**across [1]** 374/7
**act [113]** 269/16
270/13 270/16 271/1
271/2 271/3 271/3
271/4 271/11 271/14
271/20 272/3 272/8
272/9 273/1 273/6
273/16 273/21 274/4
274/5 274/7 274/15
274/23 275/3 275/5

275/20 276/10 276/12
276/18 277/24 278/22
278/24 279/8 280/8
280/18 280/23 282/6
283/3 283/16 283/20
283/24 284/17 284/21
284/25 285/23 286/1
286/5 286/18 287/7
288/9 289/5 289/14
289/16 289/17 291/1
291/4 291/9 291/10
291/14 292/4 292/8
292/13 292/14 292/23
292/24 293/1 293/12
293/20 294/20 294/25
295/5 296/13 297/8
297/24 298/2 298/5
298/12 298/25 299/18
300/8 301/1 301/7
301/25 302/5 302/23
303/15 303/18 304/9
304/12 313/10 320/25
323/11 402/1 402/24
403/2 403/4 407/2
407/5 408/13 409/16
414/11 417/9 417/24
418/5 418/16 418/24
420/23 421/17 422/21
426/1
**acted [1]** 274/23
**acting [2]** 279/6 286/10
**action [3]** 273/21 278/2
351/3
**actions [9]** 278/1 278/2
278/12 289/23 290/7
290/10 303/1 321/1
359/22
**actively [1]** 426/25
**activities [1]** 342/22
**Actors [1]** 388/13
**acts [18]** 290/17
290/20 291/1 299/3
299/3 320/19 394/11
394/13 394/15 394/18
394/23 395/18 396/1
396/2 396/22 397/19
397/23 424/19
**actual [4]** 277/11 290/7
383/25 438/7
**actually [23]** 270/18
297/17 298/19 299/3
299/20 300/11 304/7
321/10 322/16 331/7
331/11 364/13 365/22
388/21 390/3 400/7
402/6 404/4 407/9
415/24 425/10 433/9
438/2
**add [2]** 299/15 386/9
**added [1]** 367/8
**addition [4]** 278/6
341/6 402/22 424/5
**additional [11]** 305/17
305/23 312/14 312/18
329/21 336/8 336/10
341/6 343/16 398/4
439/18

Case 1:22-cr-00015-APM   Document 808-7   Filed 12/07/23   Page 183 of 211

# A

**address [14]** 311/21
348/22 380/24 397/6
398/3 398/22 399/15
402/23 417/11 419/11
430/24 430/25 431/7
431/13
**addressed [7]** 311/17
322/17 326/22 326/23
327/2 334/25 433/10
**addresses [1]** 302/9
**adequate [2]** 310/20
310/21
**adhere [1]** 313/23
**adjourn [1]** 430/10
**adjourned [1]** 440/7
**adjust [1]** 439/9
**admissibility [3]** 288/4
346/25 352/12
**admissible [21]** 271/4
271/5 271/7 271/12
271/13 272/5 276/14
276/19 285/25 287/25
294/22 341/21 341/21
352/9 361/24 362/3
362/5 362/20 365/18
365/19 379/21
**admission [3]** 352/10
360/14 363/19
**admissions [1]** 349/15
**admit [12]** 280/2
285/15 340/23 343/15
345/3 345/6 358/3
360/1 392/23 393/16
393/17 394/6
**admitted [9]** 281/16
285/1 304/10 341/10
341/25 362/8 364/14
364/21 370/24
**admitting [1]** 332/21
**admonished [2]** 430/2
437/7
**advance [11]** 283/13
346/7 346/7 346/17
352/12 399/12 400/13
401/25 421/22 422/1
422/18
**advice [72]** 270/10
276/3 276/17 401/19
401/25 403/13 404/6
404/10 404/11 404/12
404/13 405/8 405/14
405/15 405/20 405/24
406/1 406/9 406/17
406/25 408/24 409/1
409/11 409/15 410/25
411/3 411/12 411/14
412/5 416/1 417/8
417/18 418/8 418/12
418/19 418/23 418/25
419/3 419/4 419/8
419/11 419/12 420/12
420/13 420/18 420/22
421/2 421/9 421/11
421/15 421/18 422/10
423/15 423/22 423/23
423/24 424/1 424/4
424/16 424/18 425/9

**address [14]** 311/21
**advise [1]** 325/19
**advised [4]** 314/17
367/25 424/12 429/11
**advisers [1]** 391/4
**advising [1]** 344/19
**affairs [1]** 382/19
**affect [2]** 315/22
323/23
**affirmation [2]** 325/8
325/12
**affirmative [5]** 305/25
306/17 308/23 321/9
396/20
**affirmatively [10]**
300/25 306/13 307/6
307/15 308/4 308/9
310/3 317/10 326/12
331/18
**affirming [1]** 402/25
**after [12]** 307/12
310/19 319/14 333/13
337/11 343/8 356/23
362/25 382/18 413/11
435/17 438/14
**afternoon [4]** 269/19
358/15 380/22 439/6
**afterwards [1]** 322/19
**again [46]** 269/7
272/16 274/24 276/1
276/18 278/16 283/19
284/10 284/11 287/23
288/15 293/24 300/15
302/20 306/21 307/10
307/14 310/10 313/17
315/23 320/16 327/15
327/23 335/11 338/8
340/15 354/24 355/11
356/25 375/1 375/11
375/12 380/3 380/19
401/5 403/2 404/17
406/14 410/2 410/4
413/17 415/3 422/16
423/11 427/18 439/11
**against [10]** 326/9
343/16 361/24 364/8
364/14 364/21 365/4
365/19 380/2 387/21
**agent [2]** 300/6 300/7
**Agent Palian [1]** 300/6
**agents [3]** 340/3
416/24 428/25
**ago [5]** 302/1 304/17
323/11 356/7 378/24
**agree [18]** 272/25
278/4 280/6 288/1
289/8 297/18 299/4
305/16 314/15 314/21
315/4 334/24 361/15
400/10 400/12 424/14
428/18 434/22
**agreed [13]** 281/9
304/18 305/3 305/14
314/13 328/10 328/11
328/13 335/16 336/6

**agreeing [1]** 364/2
**agreement [6]** 277/23
289/23 352/15 366/2
366/3 388/25
**ahead [8]** 269/5 269/21
269/22 299/22 333/5
337/9 363/4 434/24
**ahold [1]** 350/16
**aided [1]** 265/7
**aids [1]** 316/17
**AL [1]** 262/6
**alarming [1]** 319/20
**Alexandra [2]** 266/9
270/22
**Alexandra Hughes [2]**
266/9 270/22
**Alexandria [1]** 263/11
**all [130]** 266/18 269/10
269/13 269/14 272/8
274/6 274/12 274/18
275/8 275/9 276/5
279/21 284/11 284/11
287/4 288/24 289/10
290/10 290/17 291/3
291/21 293/16 294/10
298/10 301/18 302/5
304/1 304/6 304/12
304/13 304/16 305/11
306/2 308/2 308/3
309/14 309/15 311/1
312/7 313/3 314/18
315/18 316/6 317/15
318/16 319/5 320/7
320/16 325/1 326/13
327/6 328/20 329/24
330/11 335/13 337/18
338/6 338/23 339/15
340/6 340/23 341/21
344/10 346/13 347/13
348/7 349/12 352/14
352/19 357/24 360/3
361/18 364/1 365/2
366/4 366/15 367/15
371/11 372/8 372/21
377/8 379/8 380/7
380/14 380/15 380/18
380/24 380/25 382/24
384/9 386/7 386/12
388/20 390/23 391/10
391/23 394/25 397/23
398/5 398/9 399/8
399/20 400/14 400/15
401/5 401/18 406/19
406/20 408/9 408/25
410/7 411/20 412/8
416/5 416/15 421/1
422/6 422/11 426/15
426/20 427/11 430/5
430/8 434/10 434/23
437/11 440/2 440/3
440/3 440/5
**All right [8]** 289/10
304/12 308/2 328/20
337/18 412/8 430/8
440/3
**allege [2]** 365/24
366/25

**alleged [1]** 289/24
289/24 342/21 343/8
345/15 353/23 353/25
363/22 395/18 424/21
424/24
**allegedly [1]** 353/6
**alleges [1]** 290/18
**alleging [2]** 361/23
370/6
**allow [3]** 297/11
428/25 432/1
**allowable [1]** 278/25
**allowed [2]** 272/21
299/6
**allowing [2]** 287/10
435/8
**alluded [4]** 370/20
404/19 410/1 431/18
**almost [4]** 285/10
338/4 369/10 373/2
**alone [2]** 279/17
334/14
**along [7]** 274/6 291/3
354/2 371/5 416/24
436/22 436/24
**already [11]** 299/23
315/21 315/25 334/1
335/16 356/24 383/16
397/9 400/4 417/7
439/23
**already-paid [1]** 334/1
**also [64]** 283/15 284/5
294/13 307/16 308/23
309/1 309/4 311/7
315/11 316/19 316/22
317/9 318/18 319/19
321/9 321/24 323/14
324/2 324/14 326/18
326/24 327/13 328/25
329/17 330/21 331/18
333/12 333/16 336/18
341/9 343/7 343/11
343/22 353/19 354/4
355/3 355/6 355/22
356/6 360/15 361/4
362/16 363/14 363/19
369/5 369/15 372/13
375/2 377/10 381/12
386/9 388/14 399/17
400/20 402/2 402/25
405/18 405/21 406/13
417/10 421/21 423/25
425/5 434/17
**although [13]** 306/18
306/23 306/25 313/5
315/12 323/14 328/6
330/7 330/11 337/23
350/3 363/16 394/13
**always [4]** 284/20
376/13 412/4 433/6
**am [17]** 288/10 305/9
305/19 305/22 313/8
331/7 332/4 332/5
343/21 344/14 361/25
373/19 376/22 376/25
409/7 429/23 432/14
**ambushed [1]** 300/3
**amend [1]** 365/13

**amendment [8]** 325/19
367/19 368/3 369/1
431/3 432/1 432/7
434/15
**AMERICA [2]** 262/3
266/4
**American [1]** 300/14
**AMIT [2]** 269/2 380/19
**Amit P. Mehta [1]**
380/19
**among [2]** 345/14
413/1
**amongst [1]** 345/19
**amount [3]** 280/14
281/15 386/24
**amounted [1]** 386/21
**ample [1]** 374/8
**analysis [5]** 276/7
405/4 423/21 433/11
433/13
**anger [1]** 332/6
**another [15]** 328/1
341/23 342/7 343/2
355/8 355/9 357/3
375/1 375/12 387/1
395/19 397/4 429/7
429/10 439/6
**answer [31]** 297/4
299/21 299/23 300/21
306/14 307/5 308/22
313/4 313/17 315/12
315/13 315/18 317/16
317/19 317/25 318/11
318/12 318/13 319/18
322/2 324/9 324/24
330/2 330/7 334/20
366/13 366/18 371/25
392/21 395/1 420/16
**answered [41]** 299/23
306/12 306/16 306/23
307/3 307/5 307/14
307/17 308/4 308/23
310/3 310/7 311/7
311/8 312/11 312/15
313/7 315/9 315/12
316/22 317/9 315/12
325/7 325/24 326/11
326/14 326/16 327/14
329/17 331/18 332/4
332/7 332/8 332/25
333/17 333/25 334/10
337/24
**answered 45 [1]** 308/4
**answering [4]** 285/13
310/20 324/2 324/21
**answers [12]** 308/1
312/13 317/3 320/15
322/10 323/22 324/8
325/21 329/21 332/15
397/14 426/24
**anti [1]** 357/17 358/11
358/18
**anti-Semitic [1]** 358/18
**anti-Semitism [2]**
357/17 358/11
**anticipate [3]** 279/13
409/21 410/3

**A**

anticipated [2] 278/1
414/1
anticipating [2] 373/25
405/23
anticipation [6] 279/7
289/16 292/5 302/11
302/22 378/25
anticipatory [2] 276/25
296/18
Antifa [4] 283/25 287/9
372/21 375/4
any [101] 273/11
273/16 273/21 273/21
274/4 275/15 276/16
277/17 278/5 285/1
285/16 285/25 287/24
289/3 297/6 306/3
306/12 307/17 307/19
307/20 307/25 308/24
312/15 312/24 315/12
329/18 330/6 333/1
339/4 339/4 341/3
344/3 346/2 347/5
350/2 350/3 350/4
350/5 351/7 353/24
354/10 357/17 358/10
358/16 359/4 363/18
365/17 366/4 366/10
368/14 378/20 385/25
391/3 391/22 394/5
394/11 394/23 395/8
396/22 396/22 398/10
398/13 398/24 399/12
399/14 399/17 400/21
400/24 400/24 401/20
401/21 402/15 403/19
403/25 404/14 405/14
406/25 407/14 409/12
409/13 409/13 410/12
410/19 412/5 412/12
413/2 413/5 414/6
414/17 416/19 417/3
419/25 420/22 421/22
422/2 422/9 429/24
430/18 431/22 438/23
439/18
anybody [19] 290/15
290/16 316/10 319/13
320/22 339/8 359/4
385/9 391/5 398/15
401/14 403/5 409/24
415/16 415/19 416/20
422/23 427/20 430/10
anyone [5] 308/22
314/12 358/10 407/1
419/20
anything [28] 276/22
303/17 323/22 332/22
347/21 348/22 354/6
358/17 360/12 365/3
368/12 368/23 378/7
380/7 385/18 385/21
396/12 397/25 414/17
417/1 420/3 425/10
426/6 426/21 430/10
435/25 439/14 440/2
anyway [5] 307/25

anywhere [1] 354/9
apologize [5] 338/21
357/8 390/5 400/17
432/23
apparent [2] 312/22
314/11
apparently [3] 316/23
340/17 352/25
Appeals [1] 432/22
APPEARANCES [4]
262/13 262/19 263/17
264/20
appearing [1] 266/18
applicability [1] 403/1
application [2] 296/5
296/5
applies [1] 406/16
apply [2] 408/15
433/13
appreciate [6] 269/7
344/18 355/19 359/13
378/23 379/2
approach [4] 269/17
290/11 298/24 393/3
appropriate [10]
271/10 314/5 322/22
332/14 346/21 363/2
364/24 372/2 384/20
421/25
appropriately [2]
322/16 358/9
approved [1] 304/19
April [1] 388/21
are [209]
area [1] 388/11
aren't [1] 323/5
arena [1] 409/9
arguably [2] 273/1
385/5
argue [14] 276/23
277/14 290/2 298/24
299/6 342/13 342/23
358/20 361/13 363/17
407/17 417/8 418/17
424/8
argued [1] 396/25
arguing [3] 358/10
359/14 363/25
argument [8] 273/19
286/24 290/21 296/14
342/20 381/12 381/19
400/4
argumentative [1]
316/4
arguments [1] 376/4
arms [3] 276/8 276/8
276/10
around [1] 271/4
arrangements [1]
350/16
arrest [2] 296/2 296/4
arrested [1] 369/8
arresting [1] 353/6
articles [2] 272/10
317/8
articulated [1] 325/2

ascertain [1] 390/10
aside [7] 278/18
314/17 378/24 407/4
422/20 426/7 435/6
ask [48] 266/25 270/24
273/23 276/24 286/15
286/20 288/7 288/21
289/2 289/18 299/7
299/11 301/5 309/24
312/24 314/2 315/24
325/17 334/19 341/19
341/24 342/4 359/5
382/22 384/17 385/23
390/2 397/18 397/21
398/24 399/15 399/17
400/20 400/25 403/5
408/17 409/3 410/3
413/6 416/17 416/18
416/18 418/21 422/3
428/25 430/22 436/1
440/8
asked [23] 269/15
280/9 281/21 298/19
304/24 306/8 306/23
320/14 325/9 326/17
330/8 344/23 345/25
367/21 367/24 368/4
384/19 390/1 398/9
421/19 421/20 421/25
423/16
asking [18] 284/15
301/19 320/12 325/20
383/23 383/24 385/15
385/18 385/19 385/20
389/21 389/22 390/8
394/19 398/20 398/21
409/22 435/25
asleep [1] 333/12
assert [1] 401/19
asserting [1] 431/25
assertion [3] 405/14
407/22 408/12
asserts [1] 434/15
assess [2] 380/4 409/5
assessment [1] 409/2
assignment [1] 355/9
assistance [3] 435/18
436/2 438/6
associated [1] 316/11
ASSOCIATES [1]
263/14
assuage [1] 319/25
assuaged [3] 295/6
320/6 320/7
assume [4] 322/3
388/16 425/8 425/8
assuming [1] 428/22
assumption [1] 411/8
assumptions [1]
425/13
assure [1] 350/15
att.net [1] 263/12
attack [1] 317/9
attacked [2] 318/21
388/12
attempt [2] 295/12
364/1

attention [6]
315/3 346/7 347/15
367/16 373/7
attested [1] 382/24
attorney [25] 367/20
392/9 392/13 403/11
404/12 410/12 410/17
410/19 410/23 411/8
411/12 412/25 416/19
419/5 420/19 424/5
428/7 428/14 429/5
429/7 429/10 429/13
429/16 429/17 429/18
attorney's [2] 262/15
429/12
attorney-client [8]
392/9 392/13 403/11
404/12 410/23 416/19
419/5 424/5
attorneys [3] 367/17
412/23 414/7
attributed [1] 354/23
August [2] 281/25
388/1
authenticate [1]
351/24
authorities [1] 382/9
authority [37] 274/8
277/1 277/6 277/6
277/8 279/18 280/21
282/9 282/16 282/22
282/25 284/6 284/12
285/9 286/10 286/17
288/8 288/9 289/14
289/15 292/20 293/18
293/19 296/10 296/17
296/19 296/24 298/9
298/12 299/7 302/10
302/25 303/1 303/8
303/9 303/13 303/17
authorization [1]
295/21
authorize [2] 391/14
415/22
authorized [1] 278/3
auto [1] 295/22
available [1] 287/4
Avenue [5] 263/3 263/7
264/7 265/4 356/3
avoid [2] 311/6 340/2
avoiding [1] 329/2
aware [20] 285/2 287/5
291/18 300/1 320/7
336/4 341/5 397/20
399/18 399/21 406/19
409/12 409/17 409/18
424/9 424/10 428/9
429/23 429/24 438/4
awareness [1] 359/21
away [5] 295/3 349/25
422/15 435/19 437/1

**B**

babysitter [1] 324/9
back [42] 284/14
300/10 305/22 306/13
307/25 308/12 312/6
316/6 327/13 328/2

330/25 336/1 337/3
337/19 338/11 340/13
347/24 348/24 349/1
350/9 350/21 351/19
356/10 362/6 364/20
366/17 369/7 371/15
376/16 379/20 380/13
380/22 395/13 402/11
405/5 411/18 412/16
414/21 415/13 430/11
433/21 439/7
backed [1] 295/3
backgrounds [1]
275/21
backside [2] 357/1
359/9
backwards [2] 358/1
377/21
bad [6] 389/4 395/18
396/1 396/2 396/22
397/19
bank [1] 419/24
bantering [1] 356/10
bare [1] 288/20
BARRETT [2] 263/3
265/4
barricade [1] 290/10
barring [2] 290/8
299/17
base [1] 380/2
based [17] 272/3
281/22 287/24 293/10
293/17 304/25 310/25
311/15 326/20 329/22
332/15 333/15 355/2
377/6 378/20 393/24
425/9
bases [1] 340/20
basically [4] 369/22
370/5 373/24 374/1
basis [22] 285/10
309/11 310/20 310/22
311/9 334/14 344/15
362/23 362/23 366/6
371/2 371/23 384/17
385/21 386/19 390/23
396/2 418/19 418/19
420/14
bat [2] 305/9 357/6
Bates [1] 406/4
be [329]
bear [2] 349/5 388/2
because [87] 269/23
273/24 274/2 274/6
274/19 277/15 278/1
281/1 285/5 286/21
288/11 288/22 289/22
291/8 296/6 296/15
296/21 297/9 297/25
298/13 299/9 303/1
303/21 303/22 306/15
307/24 308/5 312/5
312/6 312/10 316/6
318/2 318/6 319/13
321/16 322/2 322/10
322/11 325/11 330/24
344/14 347/17 347/25
348/12 348/23 353/2

446

**B**

**because... [41]** 353/21 356/6 358/13 359/13 367/24 368/18 369/1 371/7 371/23 372/19 375/24 377/9 377/14 382/12 384/11 387/20 391/7 393/18 393/22 395/7 395/19 395/21 395/25 399/19 405/9 416/2 416/14 416/25 420/21 424/11 425/11 425/14 429/13 435/22 436/14 436/19 437/21 438/12 438/16 438/17 438/19
**become [3]** 333/13 432/5 436/19
**becomes [2]** 312/22 426/13
**becoming [1]** 287/20
**bed [1]** 439/19
**been [57]** 269/20 270/5 277/4 279/7 280/12 280/15 282/7 283/23 287/19 288/14 288/16 289/24 291/9 291/10 300/1 327/20 334/7 340/6 344/20 349/18 350/11 353/17 356/24 357/3 358/20 363/21 366/11 370/6 371/9 382/6 382/23 388/18 390/16 392/20 392/25 394/1 399/18 399/21 400/5 401/24 403/18 404/3 407/1 408/1 408/21 409/5 410/12 414/20 415/10 417/17 417/6 417/12 421/16 430/14 431/19 436/22 437/15
**before [53]** 262/9 266/22 269/18 283/6 289/3 294/12 317/1 317/6 325/4 325/10 327/20 333/24 333/25 335/2 339/2 339/24 340/1 343/8 344/11 344/14 346/14 347/7 347/10 361/3 369/18 370/24 374/25 375/19 380/11 388/22 401/5 401/17 406/1 409/1 409/4 409/6 409/21 410/4 411/11 415/9 422/8 422/12 422/12 426/9 428/15 430/9 430/11 430/13 430/13 430/17 430/18 430/25 431/13
**begin [1]** 344/11
**beginning [5]** 284/15 328/23 353/4 370/7 381/19
**begins [4]** 340/1 361/7 363/12 435/20
**begun [1]** 343/9

**behalf [9]** 322/12 338/4 398/15 399/7 400/12 401/23 415/17 429/23 438/1
**behavior [1]** 318/22
**behind [2]** 295/17 395/13
**being [30]** 283/10 285/4 288/24 290/1 291/19 298/19 302/2 318/1 318/18 318/19 324/14 324/21 334/12 341/25 342/6 345/14 362/8 363/5 363/13 364/21 375/24 383/21 391/2 391/2 396/1 404/22 417/24 428/10 431/22 432/11
**belief [5]** 283/21 284/12 298/25 299/1 410/24
**beliefs [3]** 308/24 324/3 326/15
**believe [63]** 273/6 280/10 283/18 283/20 295/10 296/12 300/9 306/10 310/6 310/21 311/12 311/16 313/18 314/5 315/17 315/19 315/21 315/25 318/10 320/4 320/4 321/21 329/20 330/5 330/17 330/24 332/12 339/18 339/19 349/4 350/3 353/4 356/11 358/25 360/13 363/1 365/20 367/7 367/9 369/14 371/21 372/12 372/21 373/12 374/6 374/10 374/19 377/3 379/17 379/18 379/21 387/22 387/25 388/14 395/2 396/17 396/22 396/24 404/16 407/12 408/2 408/20 423/4
**believed [3]** 275/5 284/5 289/13
**believes [5]** 271/7 272/20 281/8 382/5 402/12
**bench [1]** 267/2
**beneficiary [1]** 420/12
**benefit [4]** 324/21 330/14 372/8 420/13
**Berwick [1]** 264/12
**besides [1]** 287/11
**best [5]** 304/4 398/8 406/22 410/13 437/1
**better [8]** 340/5 341/16 344/14 355/25 356/3 379/16 387/4 405/25
**between [19]** 277/11 283/21 286/2 286/24 290/12 320/24 353/9 355/24 356/8 357/8 358/2 360/24 368/17 386/14 389/2 402/15 412/5 415/4 419/6

**398/1 408/7**
**bias [3]** 332/19 332/21 335/6
**bidding [1]** 293/3
**bifurcated [2]** 283/21 286/24
**big [1]** 373/19
**bill [7]** 270/8 348/6 366/8 392/17 393/1 394/9 398/7
**binder [1]** 365/2
**birth [2]** 398/22 399/16
**bit [13]** 271/22 279/15 295/11 295/12 317/20 319/20 342/20 380/11 381/17 381/22 408/8 413/17 439/9
**blessing [1]** 423/12
**BLM [2]** 283/25 287/9
**BLM/Antifa [1]** 287/9
**bluster [2]** 359/12 359/17
**body [2]** 284/7 420/17
**bogged [1]** 346/24
**boil [1]** 361/11
**booked [2]** 319/11 319/13
**bootstrap [1]** 343/16
**Boston [1]** 322/25
**both [19]** 270/13 270/15 274/17 284/8 297/3 302/14 312/24 315/8 336/6 352/7 365/7 377/6 391/16 400/22 402/1 404/4 422/6 433/24 437/6
**bottom [5]** 302/17 320/12 346/5 375/17 428/13
**bounds [1]** 293/23
**Boys [7]** 373/20 374/3 374/4 374/5 374/14 374/15 374/16
**Bradford [3]** 264/11 264/14 266/15
**Bradford Geyer [1]** 266/15
**Brady [8]** 381/12 381/15 383/18 384/4 384/11 384/11 384/13 384/16
**Brady issue [1]** 381/15
**BRAND [1]** 264/3
**brandwoodwardlaw.c om [1]** 264/5
**break [5]** 295/19 338/1 375/20 380/10 380/13
**bridge [1]** 436/20
**brief [11]** 278/21 280/9 280/20 281/22 282/7 282/13 283/23 293/17 297/15 303/14 364/4
**briefing [1]** 400/4
**briefly [2]** 295/10 349/17
**briefs [1]** 270/14
**BRIGHT [22]** 263/3

**272/23 278/5 278/9 278/20 279/22 280/25 284/14 291/21 293/16 295/6 295/8 297/3 299/10 303/20 338/12 338/15 372/13 431/18**
**bring [32]** 276/8 276/10 280/23 302/18 305/22 308/21 312/6 314/18 315/2 317/12 319/2 319/25 320/13 324/5 325/5 325/16 325/25 332/9 333/5 334/18 337/19 337/22 343/13 346/7 347/15 350/21 367/16 371/22 427/7 428/11 435/5 435/7
**bringing [7]** 308/11 309/7 324/18 326/11 327/1 327/4 335/2
**brings [1]** 427/23
**broad [3]** 405/23 406/15 434/12
**broadcasting [1]** 419/23
**broadly [1]** 392/12
**brought [6]** 280/15 280/19 282/4 288/24 303/5 309/23
**budge [1]** 323/6
**building [4]** 264/8 291/12 342/24 359/11
**bullhorn [1]** 290/16
**bunch [5]** 278/20 300/3 373/15 373/17 418/2
**burden [7]** 297/22 344/24 345/1 345/3 382/10 412/3 413/18
**burglarize [1]** 296/9
**burglary [1]** 295/22
**Burnie [1]** 264/18
**burning [1]** 264/21
**buses [1]** 373/19
**business [2]** 295/15 322/11
**busloads [1]** 373/22
**butt [1]** 359/24

**C**

**Caldwell [60]** 264/16 266/7 266/17 282/2 312/12 350/8 351/4 352/5 352/17 353/3 353/20 354/5 354/16 354/23 354/25 355/8 355/15 355/23 355/24 355/24 356/2 356/23 356/23 356/25 357/9 357/9 357/10 357/11 358/2 358/13 359/11 359/14 359/21 360/6 360/9 360/17 360/24 361/4 361/6 361/22 361/24 368/10 368/13 368/15 368/17 369/7 369/8 369/11 369/14

**373/14 373/14 374/10 374/24 375/12 376/5 376/15 376/19 377/24 379/12 379/13**
**Caldwell's [10]** 270/3 349/14 356/9 363/11 363/14 377/9 377/19 378/2 378/14 379/4
**call [8]** 284/6 293/2 397/16 398/13 411/21 426/2 431/24 438/24
**called [10]** 275/7 282/6 284/9 292/22 293/1 296/21 336/1 351/24 398/11 402/13
**calling [6]** 351/5 384/10 400/11 400/12 401/6 401/11
**calls [1]** 392/5
**came [9]** 281/25 300/11 304/16 304/20 304/21 325/7 353/4 357/13 400/1
**camera [2]** 338/16 434/9
**can [109]** 271/6 273/23 275/17 276/7 276/10 276/24 277/14 280/25 281/6 281/8 281/9 284/17 288/12 292/22 294/13 297/3 297/3 297/11 298/2 298/7 299/21 299/22 301/16 302/3 302/5 302/18 303/20 304/10 304/11 307/10 307/22 308/21 310/10 311/16 311/21 312/9 315/23 321/5 328/2 328/22 330/5 331/3 336/11 339/8 339/10 340/13 341/19 347/21 350/15 351/12 354/11 355/4 364/17 364/20 364/23 364/24 368/19 368/19 370/12 370/24 371/2 371/5 371/12 374/21 375/15 375/19 376/3 382/22 385/2 387/4 388/4 388/9 389/11 390/3 390/10 390/15 390/24 391/7 395/6 397/17 397/21 402/15 403/5 408/3 409/20 414/14 414/24 415/22 416/3 416/3 416/17 417/18 419/24 421/3 421/13 423/5 426/16 427/9 429/22 432/15 433/1 433/17 434/5 434/8 434/19 436/3 437/22 438/24 440/8
**can't [22]** 278/10 281/11 292/19 298/11 302/5 311/17 312/24 315/1 318/23 322/19 327/12 332/4 346/1 348/12 354/9 354/13

**begin [1]** 344/11

**C**

can't... [6] 355/1 357/6 416/13 419/25 426/10 427/25
cannot [7] 292/21 309/17 311/20 312/23 315/4 343/14 355/11
capacity [7] 326/20 411/1 411/24 412/1 412/6 412/7 416/2
Capitol [14] 290/22 318/21 319/1 320/18 328/8 351/5 352/5 352/8 355/25 357/2 357/3 359/15 361/9 411/16
captured [1] 404/17
car [3] 295/17 295/19 295/21
care [3] 269/11 305/8 324/1
careful [1] 429/22
carefully [1] 312/7
Carolina [12] 353/12 353/14 353/16 353/19 360/24 365/11 366/20 366/24 367/5 367/8 369/5 373/17
carried [1] 348/8
carry [1] 314/22
cars [1] 295/16
Carter [2] 433/11 433/15
Carter versus United States-type [1] 433/11
carve [1] 437/21
case [67] 266/3 274/3 274/19 274/19 275/21 277/3 280/7 283/2 288/22 289/3 289/25 290/5 290/12 290/22 293/10 296/24 298/14 298/15 300/23 301/12 308/18 311/7 313/21 313/24 316/16 319/14 326/4 333/11 335/4 345/5 345/9 346/11 346/20 360/17 364/12 364/17 365/23 370/23 372/9 377/15 381/12 383/15 390/22 393/10 394/2 394/13 394/22 399/19 399/22 400/7 401/11 402/21 404/22 405/18 406/4 416/15 418/4 420/17 422/14 422/19 427/6 427/7 427/10 432/24 433/4 433/6 434/1
cases [5] 277/9 293/16 293/18 433/24 434/11
cast [1] 299/16
catch [1] 306/2
catch-all [1] 306/2
cause [62] 269/23 304/15 304/25 305/4 305/6 305/11 305/15 305/16 305/18 305/22

305/4 307/4 308/10
308/19 309/11 309/25 310/17 310/18 310/20 310/23 311/9 312/12 312/16 315/19 316/8 317/1 317/3 317/21 317/23 319/6 320/3 320/5 321/16 323/3 323/7 324/6 326/4 326/24 327/5 327/9 327/18 328/12 329/3 329/19 329/25 331/8 332/1 333/6 333/16 333/20 334/8 334/15 335/14 336/6 336/18 337/2 337/8 337/19 408/6 408/9 408/11 408/15
caveat [2] 272/6 299/5
CBS [3] 311/4 312/3 329/1
Cellebrite [3] 390/9 390/12 390/18
center [1] 370/1
CEO [1] 419/2
certain [13] 289/23 298/1 308/15 312/11 323/13 325/24 337/5 339/16 346/22 364/21 367/8 432/18 433/1
certainly [20] 278/9 289/6 291/8 311/19 313/21 338/18 338/19 342/19 351/13 353/21 359/22 360/16 362/15 365/2 374/11 375/4 384/3 385/11 395/21 421/16
certificate [1] 351/25
Certified [1] 265/3
certify [2] 361/9 441/2
cetera [1] 271/3 281/15 330/4 356/24 356/24 407/16 429/2
CH [1] 265/4
chambers [1] 439/16
chance [3] 398/19 436/7 436/10
change [3] 382/8 382/13 402/15
changed [1] 383/14
channel [1] 397/8
chapter [1] 373/21
character [5] 396/18 396/20 396/21 397/17 397/21
characterization [1] 418/15
characterize [1] 357/1
charge [4] 301/22 366/24 378/10 408/16
charged [16] 272/20 321/7 353/3 353/17 366/12 366/19 370/11 378/16 392/25 394/21 397/10 408/21 425/1 425/5 425/20 426/10
charges [5] 369/3

387/21
charging [4] 353/5 369/6 369/9 369/25
Charlestown [1] 373/21
chart [1] 343/21
chat [10] 270/3 348/9 367/9 372/19 373/3 392/4 393/23 397/2 422/22 422/24
chats [5] 300/24 372/14 372/15 372/24 403/16
checked [1] 335/25
cherry [1] 372/17
cherry-picking [1] 372/17
chest [1] 333/12
chief [5] 299/16 300/23 402/21 422/19 427/6
child [1] 309/1
childcare [2] 315/9 324/22
choice [1] 386/16
choose [1] 389/9
CHS [7] 399/9 399/24 400/1 400/2 400/3 400/6 400/24
chunks [1] 344/13
Church [1] 284/2
CIA [1] 277/13
Cinnaminson [1] 264/13
Circuit [10] 277/10 432/19 432/25 433/3 433/9 433/9 433/13 433/20 433/24 434/1
Circuit Courts [1] 433/20
circuits [2] 432/18 432/25
circumstance [2] 274/17 434/15
circumstances [5] 282/17 284/4 298/5 309/17 433/16
circumstantial [2] 362/16 364/9
citations [1] 381/12
cite [3] 277/9 292/11 434/1
cited [3] 277/2 293/17 369/13
cites [3] 371/16 433/4 433/6
citing [2] 332/20 433/20
citizens [1] 313/8
civic [1] 317/25
civic-mindedness [1] 317/25
civil [3] 346/20 376/20 377/23
Civil War [1] 377/23
civilian [3] 283/17 428/9 428/12
claim [4] 280/20

claimed [1] 387/18
claiming [1] 414/10
claims [1] 433/1
clarification [2] 289/19 394/5
clarify [7] 280/6 280/19 281/2 303/4 361/4 362/11 393/21
clarifying [1] 393/22
clear [39] 286/22 288/23 296/20 297/14 302/5 304/16 309/15 309/17 312/3 320/11 321/22 323/4 332/18 344/4 366/23 378/9 379/10 385/8 388/22 391/2 391/22 392/9 398/18 403/22 405/14 406/25 408/6 415/15 416/10 417/3 417/6 417/22 419/7 419/14 423/3 432/19 433/3 433/13 433/24
clearly [14] 282/21 287/12 304/8 312/2 337/7 356/12 377/11 378/14 378/15 391/16 395/23 412/25 422/7 422/21
client [24] 282/2 301/9 351/10 367/22 368/2 369/22 375/22 392/9 392/13 393/12 395/7 403/11 404/3 404/12 409/10 410/23 410/24 410/24 416/19 419/5 420/3 423/24 424/5 426/8
clients [4] 285/18 416/14 417/2 432/8
clip [3] 352/3 352/4 352/17
close [3] 302/18 411/21 429/3
closed [1] 428/22
closest [1] 339/8
cloud [1] 388/16
co [20] 340/21 340/24 343/15 345/8 345/12 365/18 367/1 373/13 377/3 381/3 392/23 393/13 393/24 394/2 407/9 407/13 409/13 411/16 424/15 424/22
co-conspirator [16] 340/21 340/24 343/15 345/8 345/12 365/18 367/1 373/13 377/3 392/23 393/24 394/2 407/9 411/16 424/15 424/22
co-conspirators [2] 381/3 393/13
co-defendants [2] 407/13 409/13
colleague [1] 276/15
colloquial [1] 366/2

colloquy [1] 409/23
color [1] 323/24
colorable [1] 404/11
COLUMBIA [2] 262/1 276/11
column [1] 316/12
combination [3] 311/9 324/17 327/3
combined [1] 340/5
come [36] 267/1 277/5 278/6 281/6 281/8 281/14 297/3 299/16 300/22 304/17 308/13 319/9 321/2 326/6 331/9 338/9 351/12 351/14 352/22 354/10 371/11 372/8 380/13 382/24 393/23 401/2 401/20 405/5 426/17 427/17 430/9 431/12 433/19 434/14 436/9 440/10
comes [11] 275/9 278/23 294/21 300/19 312/16 351/7 365/3 370/13 370/25 418/17 419/2
Comfort [1] 358/15
Comfort Inn [1] 358/15
comfortable [1] 289/22
coming [3] 286/25 306/13 307/25 316/6 368/20 373/19 375/6 431/20
commences [1] 347/7
comment [9] 354/8 354/9 355/8 355/8 359/18 361/5 375/12 378/1 378/2
commenting [2] 354/5 354/7
comments [1] 360/13
commit [5] 295/21 295/22 296/16 301/9 407/14
committed [2] 296/6 321/7
committing [3] 296/7 296/8 325/6
communication [12] 356/8 385/12 391/7 403/11 406/23 413/4 414/20 419/6 422/22 422/22 422/24 424/6
communications [35] 384/20 384/21 387/6 390/10 391/3 392/9 392/11 394/10 403/6 403/8 403/15 404/18 404/24 405/1 405/2 405/3 405/10 405/11 406/1 406/7 406/12 406/17 406/21 407/4 413/4 413/5 415/4 416/19 417/8 417/11 421/9 421/16 421/18 424/11 424/13
companies [1] 420/14

**company [7]** 384/20
418/21 419/2 419/5
419/6 419/12 420/12
**compel [4]** 385/17
385/19 385/20 433/2
**compelled [1]** 391/3
**complaint [1]** 369/13
**complete [3]** 304/17
336/1 372/6
**completed [2]** 304/19
304/22
**completely [3]** 313/8
313/8 390/19
**completeness [5]**
343/13 343/18 350/12
360/4 372/3
**completion [1]** 301/1
**complex [3]** 274/18
280/7 288/17
**complexities [1]**
275/14
**complicated [2]**
364/12 371/18
**comply [2]** 311/20
385/14
**component [1]** 394/9
**composite [1]** 351/1
**comprise [1]** 397/24
**computer [1]** 265/7
**computer-aided [1]**
265/7
**concede [6]** 276/21
294/19 332/13 386/13
413/12 426/12
**conceded [1]** 284/16
**concedes [2]** 272/16
381/13
**conceding [6]** 270/25
298/7 413/7 413/8
413/10 413/14
**conceived [1]** 427/17
**concept [2]** 287/14
290/8
**concepts [1]** 282/14
**concern [19]** 308/11
310/17 312/16 316/15
317/21 320/2 320/6
320/6 330/1 333/8
342/19 346/2 352/15
353/8 353/21 367/17
393/5 395/3 395/7
**concerned [7]** 292/16
309/3 343/4 343/25
349/10 360/23 370/3
**concerning [2]** 391/24
417/9
**concerns [23]** 273/25
295/4 311/16 313/2
316/19 320/1 321/16
324/17 324/25 326/14
326/19 326/21 326/25
331/2 333/15 333/21
343/11 344/24 346/3
347/5 360/4 370/18
401/18
**concert [1]** 286/10
**concession [1]** 275/18

**concluded [3]** 404/24
404/25 440/11
**concludes [1]** 276/7
**conclusion [5]** 292/7
292/9 293/4 362/2
362/3
**conclusions [1]** 294/7
**concrete [2]** 279/20
370/17
**concretely [1]** 279/12
**condition [2]** 286/12
299/4
**conditioned [1]** 273/16
**conditions [2]** 293/21
298/1
**conduct [3]** 272/14
289/16 426/3
**confer [1]** 304/24
**conference [3]** 262/9
267/2 339/2
**conferred [1]** 289/7
**confess [1]** 397/15
**confidential [5]** 398/11
399/4 401/7 401/15
401/16
**confidentiality [1]**
380/2
**confirmed [2]** 425/14
429/14
**conflated [1]** 290/1
**conflict [4]** 330/24
331/2 393/9 419/13
**confuse [2]** 271/18
421/24
**confusing [1]** 275/24
**Congress [6]** 351/6
352/6 353/7 356/24
359/19 359/22
**congressional [1]**
330/4
**connection [2]** 334/22
374/3
**consent [2]** 381/4
436/23
**consented [2]** 308/17
436/15
**consenting [1]** 320/12
**consents [1]** 292/10
**consequences [1]**
430/2
**consequently [1]**
333/11
**consider [7]** 296/12
296/25 297/1 363/6
364/7 388/8 413/16
**consideration [2]**
349/11 395/9
**considerations [1]**
333/21
**considered [3]** 343/3
364/1 373/12
**considering [2]** 335/2
372/23
**considers [1]** 404/3
**consistent [2]** 320/14
337/14
**conspiracies [7]**

368/14 370/13 371/2
397/25
**conspiracy [112]**
272/20 272/25 273/3
279/3 282/18 287/15
289/24 290/8 290/9
290/19 290/19 291/5
291/8 293/14 294/11
294/12 294/21 295/22
296/8 296/8 296/15
341/5 341/8 341/10
341/14 341/17 341/20
341/23 341/23 342/1
342/3 342/4 342/6
342/7 342/13 342/14
342/15 342/25 343/1
343/2 343/2 343/18
345/10 345/16 352/25
353/2 353/23 353/25
361/24 362/5 363/20
363/22 363/25 364/10
365/12 365/16 365/22
365/23 365/24 365/25
366/3 366/5 366/7
366/11 366/19 366/20
367/3 367/11 369/11
370/4 370/6 370/11
370/23 373/12 378/10
378/11 392/24 393/13
393/17 394/1 394/12
394/14 394/21 394/21
394/23 395/5 395/10
395/14 395/18 395/19
395/20 396/9 397/2
397/4 397/4 397/7
397/9 397/14 407/15
408/4 408/11 408/12
408/14 408/16 408/19
408/20 424/23 425/3
425/21 425/25 426/2
426/10
**conspirator [16]**
340/21 340/24 343/15
345/8 345/12 365/18
367/1 373/13 377/3
392/23 393/24 394/2
407/9 411/16 424/15
424/22
**conspiratorial [1]**
366/2
**conspirators [2]** 381/3
393/13
**conspire [1]** 296/16
**conspired [4]** 274/22
363/20 363/21 407/13
**conspiring [1]** 286/9
**constitute [2]** 417/8
421/18
**constitutes [1]** 424/5
**Constitution [2]** 265/4
287/16
**constitutional [1]**
282/19
**consulted [1]** 429/11
**consulting [1]** 391/8
**contact [3]** 277/11
367/20 402/18

**contain [1]** 406/20
**contained [1]** 282/14
**contemplating [1]**
396/13
**contents [1]** 421/6
**context [23]** 296/12
343/3 354/11 354/25
355/2 355/5 360/9
360/17 368/17 368/18
368/18 371/14 371/23
372/18 373/1 373/3
375/2 375/4 375/4
375/18 375/18 378/2
423/18
**contexts [1]** 403/16
**contextual [1]** 371/22
**continue [6]** 326/2
340/2 343/20 343/22
432/9 436/3
**continued [5]** 263/1
264/1 265/1 386/9
386/11
**continues [2]** 332/5
436/2
**continuous [1]** 351/2
**contours [1]** 409/16
**contrary [1]** 437/1
**control [4]** 329/1 385/3
389/6 389/7
**convenient [1]** 425/16
**conversation [3]** 286/2
398/2 430/6
**conversations [3]**
379/1 383/20 393/11
**convict [1]** 318/7
**conviction [1]** 396/1
**convince [1]** 389/5
**convincing [1]** 408/7
**cookie [1]** 296/7
**cooperated [1]** 387/7
**cooperating [1]** 387/23
**cooperative [1]** 431/20
**coordinate [2]** 437/11
437/19
**coordinator [1]** 436/11
**copies [2]** 304/22
304/23
**copy [2]** 406/24 414/17
**cornered [1]** 296/1
**corners [1]** 298/14
**corporate [7]** 411/6
411/9 412/22 412/24
419/23 420/18 420/19
**correct [13]** 274/10
303/2 349/13 352/18
359/16 385/24 387/8
396/6 405/16 411/6
425/6 432/14 441/3
**correctly [1]** 287/13
**correspondence [2]**
340/16 392/5
**corroborate [1]** 429/14
**corruptly [1]** 423/1
**could [78]** 266/25
269/19 273/7 275/6
275/18 278/6 282/19
281/3 283/23 288/17

293/25 294/3 294/14
294/17 297/24 298/5
298/5 298/8 306/11
306/20 310/7 311/6
311/19 314/4 315/25
319/25 320/6 322/20
322/21 324/20 325/6
327/2 330/15 331/12
332/12 332/13 336/11
338/16 342/11 357/18
358/6 359/2 364/4
369/3 370/8 371/13
372/18 373/6 373/6
383/18 384/7 385/9
386/22 395/17 403/3
406/12 406/12 412/1
414/1 415/17 416/18
416/20 418/11 419/24
421/10 421/12 423/16
427/17 427/22 427/24
429/7 432/5 436/25
440/9 440/10
**couldn't [5]** 286/20
319/19 320/7 418/11
438/17
**counsel [52]** 266/23
270/10 276/3 276/17
289/7 297/7 314/18
319/20 339/2 340/4
346/13 349/4 349/5
371/8 379/4 386/12
386/21 391/4 401/19
401/25 402/18 403/13
403/22 403/24 403/24
404/5 405/14 406/9
408/24 410/16 411/7
412/23 412/24 413/15
414/1 415/13 418/22
419/23 422/10 424/1
424/4 424/18 424/19
426/11 427/5 428/25
429/5 429/24 430/15
434/19 435/7 440/10
**counsel's [3]** 292/3
419/9 419/11
**count [5]** 290/9 290/19
291/5 291/8 336/5
336/7 380/8
**Count 2 [1]** 290/9
**country [3]** 320/20
411/18 414/6
**counts [2]** 290/22
291/19
**couple [8]** 270/1
304/17 324/7 328/20
348/7 371/5 393/23
430/25
**course [14]** 294/11
295/22 296/9 302/12
314/15 345/2 345/14
346/3 373/21 375/20
421/7 428/20 431/21
435/23
**court [118]** 262/1
265/2 265/3 269/4
269/20 274/18 280/9
280/16 281/23 282/8

449

**C**

court... [108] 282/10
282/14 282/23 283/4
285/5 288/18 289/19
295/9 295/14 295/20
296/3 296/18 297/1
304/19 314/3 314/14
314/15 314/16 314/16
314/18 322/17 322/22
324/24 326/24 327/16
328/1 328/4 329/9
329/23 329/23 330/6
330/16 333/18 334/13
334/25 335/2 338/8
341/5 341/24 342/4
343/21 344/19 347/2
347/22 349/18 349/23
350/15 350/18 351/17
352/24 362/22 362/23
362/25 363/3 363/4
364/23 365/7 367/18
371/8 371/20 372/25
380/15 380/19 384/24
388/2 388/5 389/18
398/3 399/13 399/20
400/3 402/17 406/19
409/18 409/22 410/3
421/19 421/20 421/25
422/4 424/2 428/18
428/24 429/17 430/1
430/17 430/23 431/12
432/1 432/15 432/22
433/2 433/9 433/10
433/12 434/2 434/6
434/12 434/16 435/3
435/6 435/8 435/25
436/1 436/1 437/8
437/9 440/7
**Court's [14]** 269/19
282/4 315/2 327/25
344/18 354/3 355/18
356/14 357/5 367/16
378/20 379/10 398/17
400/8
**courthouse [2]** 321/3
326/5
**courts [2]** 282/25
433/20
**cover [4]** 273/19 274/6
329/9 329/11
**coverage [2]** 311/5
311/7
**covered [5]** 330/3
330/6 330/22 379/18
391/5
**covering [2]** 331/4
331/12
**covers [1]** 312/3
**cowards [1]** 359/20
**CR [1]** 262/4
**crass [1]** 358/6
**create [1]** 434/25
**creates [1]** 419/13
**creating [1]** 416/6
**creatures [1]** 395/4
**credibility [2]** 396/7
396/10
**Cressman [1]** 292/11

name [6] 296/15
296/16 411/22 423/18
424/20 425/21
**crimes [1]** 321/7
**criminal [5]** 266/3
302/12 369/13 384/23
434/6
**Crisp [12]** 263/14
263/14 266/16 366/9
372/11 392/19 394/25
395/16 396/17 397/13
437/25 440/9
**Crisp's [1]** 392/17
**crisplegal.com [1]**
263/16
**criteria [1]** 376/12
**cross [21]** 286/3 301/3
301/8 350/2 350/4
383/2 386/18 395/17
396/2 397/21 398/10
399/3 427/13 427/18
428/1 428/4 428/5
428/12 428/16 428/19
436/20
**cross-examination [15]**
286/3 301/8 386/18
395/17 396/2 397/21
398/10 399/3 427/13
427/18 428/4 428/5
428/12 428/16 428/19
**cross-examine [4]**
301/3 350/2 383/2
428/1
**crossed [1]** 290/14
**crowd [2]** 379/19 380/1
**Crowder [1]** 406/4
**Crowl [13]** 353/3 357/8
357/11 357/12 357/13
358/2 358/14 358/18
358/21 369/8 369/11
369/15 394/22
**Crowl's [1]** 357/16
**CRR [2]** 441/2 441/8
**crucial [1]** 388/19
**crud [1]** 361/9
**cumulative [1]** 386/5
**curious [1]** 317/19
420/16 424/16
**current [1]** 353/23
**currently [3]** 324/9
328/7 415/20
**custody [1]** 385/3
**cut [3]** 380/2 389/8
439/7
**cycle [1]** 402/5

**D**

**D.C [13]** 262/5 262/16
264/4 264/9 265/5
315/10 317/17 318/22
332/5 361/8 368/13
374/10 411/7
**D.C. [11]** 315/11 367/9
432/19 432/21 432/22
432/25 433/3 433/9
433/9 433/12 433/13
**D.C. Circuit [6]** 432/19
432/25 433/3 433/9

**D.C. Op Jan 6 [1]**
367/9
**D.C. police [1]** 315/11
**D.C. Superior [1]**
432/21
**D.C. Superior Court [1]**
433/12
**daily [5]** 334/11 334/12
362/23 418/19 420/14
**Dallas [2]** 263/4 263/8
**dark [1]** 279/15
**date [8]** 290/7 340/7
346/22 398/22 399/15
430/19 437/9 441/7
**dated [1]** 386/8
**dates [1]** 433/21
**David [2]** 264/16
266/17
**David Fischer [1]**
266/17
**dawned [1]** 370/5
**day [14]** 262/7 269/12
290/10 314/19 318/25
321/5 323/12 352/8
371/23 371/23 376/14
378/25 427/11 435/23
**daylong [1]** 275/19
**days [7]** 294/4 314/17
321/15 339/20 339/23
371/13 435/24
**deadlines [2]** 346/18
346/19
**deal [5]** 269/15 304/3
370/24 371/3 412/11
**dealt [3]** 311/5 414/15
414/18
**debate [1]** 292/16
**December [13]** 287/1
287/2 354/15 354/15
354/17 354/22 361/5
363/12 369/16 373/7
374/20 374/22 374/23
**December 31st [1]**
354/22
**decide [2]** 413/20
415/9
**decided [3]** 281/23
389/3 400/2
**deciding [1]** 409/6
**decision [4]** 383/25
388/24 391/25 432/20
**decisions [2]** 391/10
434/1
**declarants [2]** 345/21
346/1
**deemed [1]** 314/14
**default [1]** 411/7
**defaulted [1]** 402/8
**defend [1]** 389/4
**defendant [42]** 263/2
263/13 264/2 264/11
264/15 266/4 266/5
266/5 266/6 266/7
266/12 266/14 266/15
266/16 266/17 267/1
272/7 272/13 274/2
274/5 277/4 277/11

278/23 279/4 281/9
281/11 281/17 285/1
286/8 289/3 293/9
294/5 364/7 364/15
365/4 365/15 404/14
408/25 436/19
**Defendant 10 [1]** 266/7
**Defendant 3 [1]** 266/5
**Defendant 4 [1]** 266/6
**Defendant Caldwell [1]**
266/17
**Defendant Harrelson
[1]** 266/15
**Defendant Meggs [1]**
266/14
**Defendant Rhodes [1]**
266/12
**Defendant Watkins [1]**
266/16
**defendant's [5]** 275/11
289/4 292/8 299/18
362/21
**defendants [57]** 262/7
266/18 271/13 271/20
272/1 272/22 273/3
273/7 274/8 274/21
275/1 275/21 276/19
276/20 276/23 277/2
277/9 277/22 279/6
284/16 285/18 289/13
290/12 292/5 296/13
296/24 298/8 299/17
302/21 306/10 306/11
320/25 321/6 326/10
342/21 343/24 345/14
345/19 353/22 362/17
364/5 364/21 365/19
375/22 382/7 382/20
382/24 402/6 403/19
403/25 406/7 407/13
409/13 410/15 415/7
416/20 430/16
**defendants' [5]** 293/5
294/20 305/24 306/16
364/1
**Defender [2]** 436/13
436/23
**defense [112]** 273/12
276/3 276/17 277/1
279/5 279/12 288/19
288/20 289/7 291/4
291/6 291/7 291/14
292/19 292/21 292/22
292/25 293/6 294/23
296/19 297/6 302/19
304/11 305/5 305/17
319/20 330/18 337/14
339/2 339/3 340/4
342/24 344/7 344/19
346/13 349/4 349/5
355/4 367/17 370/5
370/10 371/8 371/20
379/4 384/15 386/12
394/18 398/13 398/14
398/16 398/20 398/24
399/2 399/7 399/14
399/18 400/11 400/12

278/13 279/4 281/9
**Defendant 10 [1]** 266/7 ... 

401/21 401/19 401/21
401/21 401/25 402/5
402/6 402/7 402/12
402/13 402/20 405/2
405/5 405/7 405/14
406/9 407/8 408/12
408/13 408/13 408/24
412/1 413/20 414/2
414/10 414/25 415/10
415/13 420/21 422/3
422/9 422/11 422/14
422/19 423/4 424/1
424/4 424/18 426/11
426/23 427/5 427/10
428/25 429/6 429/24
430/15 433/1 433/10
433/15 434/19 435/6
437/6 437/15 440/9
**defense's [4]** 299/16
328/7 412/3 413/18
**defer [5]** 322/21 326/24
327/15 329/23 333/18
**definitely [1]** 364/6
**delete [9]** 411/20 414/2
414/7 420/1 420/1
422/25 423/5 423/16
424/13
**deleted [4]** 384/18
410/16 414/4 425/10
**deletion [6]** 402/3
417/10 420/23 424/22
424/23 424/24
**demanding [1]** 392/10
**demarcates [1]** 304/8
**democracy [1]** 317/9
**denied [2]** 282/20
398/7
**deny [1]** 287/15
**denying [1]** 431/10
**Department [1]** 388/17
**depend [1]** 418/16
**Depending [1]** 398/2
**deputy [1]** 366/23
**derive [1]** 358/10
**derogatory [2]** 359/20
379/15
**described [1]** 289/12
**desire [1]** 421/22
**desired [2]** 282/15
288/9
**desires [1]** 343/22
**desks [1]** 266/23
**destroying [1]** 402/2
**destruction [1]** 424/25
**detail [5]** 283/12
283/13 284/24 399/4
400/8
**detailed [1]** 378/25
**details [2]** 287/18
334/18
**determination [2]**
298/13 316/9
**developing [1]** 288/16
**device [1]** 423/6
**devices [1]** 406/19
**dial [1]** 408/8
**did [53]** 271/8 274/21
275/2 278/8 281/10

450

**D**

did... [48] 282/11 284/1 286/21 286/22 287/21 289/14 289/21 292/5 293/10 294/4 294/6 295/21 296/7 298/20 300/22 302/1 302/21 302/21 308/21 308/25 312/7 313/5 315/13 317/6 319/18 319/18 319/23 323/14 325/5 325/12 326/16 328/25 330/7 330/8 335/17 342/23 349/1 351/16 387/24 392/8 392/20 404/13 404/24 407/3 424/13 429/12 430/3 436/11
didn't [14] 282/9 299/25 307/17 307/19 307/25 315/12 326/18 326/25 335/22 337/5 349/6 359/11 373/20 381/4
difference [1] 320/24
different [26] 288/6 300/20 306/24 318/8 342/14 342/15 342/22 352/25 353/2 365/12 365/16 365/24 365/25 366/3 375/25 378/4 383/8 384/16 389/16 393/13 393/17 394/11 394/14 397/1 397/4 412/9
differentiate [1] 331/5
differently [1] 324/24
difficult [5] 317/18 379/6 388/24 424/7 426/13
difficulty [4] 279/12 329/2 375/22 376/1
diligently [1] 371/19
dire [8] 305/23 308/12 310/19 311/12 317/1 325/10 326/22 330/15
direct [1] 399/4
directed [1] 378/10
directive [1] 298/24
directly [5] 276/22 377/10 391/24 404/13 405/19
dired [2] 323/18 324/21
disagree [3] 309/19 362/2 367/5
disagreeing [1] 420/15
disagreement [1] 413/21
disagreements [1] 340/17
disarm [2] 374/25 375/7
disclose [2] 384/13 429/18
disclosed [2] 396/11 417/7
disclosure [13] 346/19 387/2 392/11 396/23

015/A-R06/9 403/1 409/14 411/11 423/20 429/9 429/21 429/22
disclosures [1] 386/11
discovering [1] 371/24
discovery [13] 354/7 354/9 354/13 355/1 357/16 357/17 360/9 375/13 375/14 386/11 386/20 436/3 436/11
discretion [2] 282/24 293/11
discuss [7] 298/25 310/2 311/1 348/17 349/6 430/10 433/18
discussed [3] 287/10 402/19 402/25
discussing [4] 280/14 303/10 309/15 336/25
discussion [12] 271/25 300/7 302/2 302/18 304/7 309/12 339/17 344/7 393/6 393/16 422/7 427/1
discussions [6] 281/22 290/3 346/24 378/21 380/12 393/15
dismay [1] 282/23
dispose [1] 373/6
dispute [3] 287/24 288/4 405/13
disputes [1] 346/8
disrupting [1] 347/18
distanced [1] 376/9
distinct [1] 341/15
distinction [2] 290/11 291/18
distinguish [1] 412/5
DISTRICT [5] 262/1 262/1 262/10 276/11 433/10
divorced [3] 272/18 285/16 292/8
dizziness [1] 333/13
do [130] 266/22 273/8 274/16 275/9 279/10 279/10 281/14 282/9 282/22 284/11 285/10 286/20 287/8 287/10 288/23 289/14 292/13 292/14 293/3 298/7 298/8 298/9 298/10 299/2 299/7 300/19 305/7 308/17 308/24 310/24 312/20 312/21 314/5 315/25 316/15 319/2 320/4 320/23 321/10 321/14 322/22 323/25 325/11 330/24 331/2 332/9 332/12 335/3 337/20 337/21 338/24 339/25 340/19 343/17 343/22 344/8 344/16 345/9 348/2 349/7 349/19 350/14 351/16 351/18 356/1 356/3 356/4 358/3 359/16 360/13 361/13

368/12 370/21 371/21 372/2 373/2 373/4 375/18 377/12 379/5 379/10 379/16 379/18 379/21 380/4 385/9 385/17 385/19 385/20 385/23 386/16 389/17 404/10 405/13 406/7 408/5 409/7 412/1 412/11 414/20 416/2 416/8 416/15 416/23 417/19 418/13 418/15 418/19 422/1 422/11 423/4 424/1 430/17 432/2 434/5 434/5 434/13 435/13 435/14 435/25 436/17 437/12 437/20 437/22 437/22 439/15 440/10
Do you have [2] 308/24 385/23
doable [1] 415/2
docket [1] 438/11
docketed [1] 438/15
doctors [1] 391/5
document [2] 344/6 365/7
documentary [5] 271/23 284/20 285/22 300/24 301/17
documentation [2] 309/16 339/15
documents [15] 269/24 338/2 338/24 340/6 344/13 346/9 346/15 346/16 353/5 369/6 369/9 369/25 380/8 405/15 406/11
does [26] 291/24 292/24 302/11 302/19 303/17 315/21 316/10 343/5 345/22 358/18 367/13 371/20 378/9 391/22 392/10 394/25 400/6 401/14 408/15 409/9 410/20 412/5 412/23 415/11 426/13 426/17
doesn't [16] 287/24 297/19 338/19 360/5 378/17 381/13 386/24 390/2 393/10 402/8 406/22 423/23 423/25 425/12 425/22 433/13
doing [15] 266/21 270/14 277/15 277/25 284/1 302/24 349/15 369/16 369/24 370/2 378/7 410/25 424/12 434/25 435/1
Dolan [1] 388/9
don't [140] 272/22 272/23 274/25 276/2 277/17 278/5 278/9 280/2 287/23 288/3 288/19 295/5 297/15 298/3 298/17 298/22

305/20 306/14 307/24 310/21 314/5 314/25 315/19 316/5 316/25 321/13 321/24 323/12 324/4 327/4 328/24 329/11 329/16 331/1 331/16 331/19 336/25 338/4 338/17 338/22 341/12 342/15 344/3 345/5 345/17 345/22 346/10 346/22 347/1 348/11 351/12 351/13 351/17 354/6 354/8 354/17 356/2 358/25 358/7 358/9 358/19 358/22 359/10 365/5 365/16 373/12 374/10 375/13 375/14 375/17 377/2 377/15 378/6 379/5 380/10 381/7 385/8 389/15 390/5 390/22 394/4 394/14 396/8 396/12 396/22 397/5 397/6 397/18 397/25 398/12 398/18 400/23 401/13 404/8 405/9 405/11 405/13 406/23 407/22 408/2 409/21 409/22 410/1 412/8 414/6 414/16 415/3 415/14 415/19 416/13 419/14 419/24 420/8 420/11 422/3 422/16 422/17 423/11 425/11 425/17 427/20 428/6 428/24 432/1 432/23 435/13 435/21 436/18 437/11 437/19 438/16 440/6
donated [1] 419/21
done [12] 281/14 283/1 287/22 290/20 313/4 319/14 344/16 364/17 379/5 404/21 423/1 432/10
Donovan [1] 357/8
Donovan Crowl [1] 357/8
door [3] 386/15 428/20 428/22
doorknob [2] 357/2 359/25
doorway [1] 359/9
doubt [1] 408/7
Douyon [3] 335/24 437/12 437/19
down [16] 284/2 288/18 308/9 312/4 318/18 333/4 335/11 346/24 368/20 369/3 369/23 379/14 397/5 408/6 427/9 428/15
dozen [1] 308/16
drafted [1] 276/4
drag [1] 315/3

305/20 306/14 307/24 310/21 314/5 314/25 315/19 316/5 316/25 318/10 318/14 320/21 321/13 321/24 323/12 324/4 327/4 328/24 329/11 329/16 331/1 331/16 331/19 336/25 338/4 338/17 338/22 341/12 342/15 344/3 345/5 345/17 345/22 346/10 346/22 347/1 348/11 351/12 351/13 351/17 354/6 354/8 354/17 356/2 358/25 358/7 358/9 358/19 358/22 359/10 365/5 365/16 373/12 374/10 375/13 375/14 375/17 377/2 377/15 378/6 379/5 380/10 381/7 385/8 389/15 390/5 390/22 394/4 394/14 396/8 396/12 396/22 397/5 397/6 397/18 397/25 398/12 398/18 400/23 401/13 404/8 405/9 405/11 405/13 406/23 407/22 408/2 409/21 409/22 410/1 412/8 414/6 414/16 415/3 415/14 415/19 416/13 419/19 419/24 420/8 420/11 422/3 422/16 422/17 423/11 425/11 425/17 427/20 428/6 428/24 432/1 432/23 435/13 435/21 436/18 437/11 437/19 438/16 440/6

draw [1] 373/6
drawing [1] 292/18
drawn [1] 275/17
drew [1] 294/7
Drive [1] 264/12
due [8] 317/3 327/18 329/9 329/25 332/1 333/20 334/8 395/9
Dunn [1] 388/15
during [9] 273/3 281/25 294/11 311/18 326/22 345/14 362/24 363/24 375/20
dynamic [1] 395/4

**E**

each [7] 266/25 267/1 283/12 340/21 341/16 342/16 360/13
earlier [5] 299/24 300/22 365/13 392/19 402/2
early [1] 433/21
easily [3] 322/20 391/7 414/23
east [1] 351/3
easy [1] 385/14
ECF [2] 303/10 381/3
ECF 213 [1] 303/10
ECF 326 [1] 381/3
economic [1] 329/8
edit [1] 358/24
editing [1] 358/23
editor [1] 311/4
Edmund [1] 264/2
education [1] 285/6
Edward [3] 263/10 266/7 266/11
Edward Tarpley [1] 266/11
Edwards [6] 266/9 381/6 385/23 386/2 387/16 432/14
edwardtarpley [1] 263/12
effect [4] 318/24 361/7 365/17 379/14
efficiency [1] 311/25
efforts [2] 437/1 439/18
either [10] 300/25 306/9 362/22 382/1 393/12 398/12 399/3 399/12 420/22 431/11
election [1] 278/22
electricity [1] 339/22
element [2] 345/12 408/24
element's [1] 409/5
elementary [1] 317/17
elements [3] 273/11 408/19 424/3
elevated [1] 333/10
Eleventh [1] 277/10
eliciting [1] 399/3
ELMER [3] 262/6 263/2 266/4
Elmer Stewart Rhodes [1] 266/4

else [12] 281/5 322/3
332/22 347/21 354/6
380/7 407/1 414/17
419/20 426/2 439/14
440/2
email [16] 262/17
262/18 263/5 263/9
263/12 263/16 264/5
264/10 264/14 264/19
276/6 276/6 276/13
339/2 385/4 422/22
emails [4] 382/16
385/4 389/22 392/4
Empire [1] 264/17
employed [1] 328/8
employee [8] 321/20
322/20 328/24 329/22
419/15 419/19 420/2
420/11
employees [1] 417/19
employer [2] 322/12
329/10
employment [2]
321/23 328/9
enacted [1] 271/17
encouraged [1] 290/16
end [6] 325/12 327/7
346/10 403/6 403/20
430/9
ended [1] 343/9
enforcement [3] 332/5
427/23 428/1
engage [3] 408/19
433/17 434/3
engaged [7] 272/14
290/7 339/16 342/21
426/25 431/9 433/11
engagement [2] 404/9
413/3
enough [11] 329/11
333/4 335/11 362/7
362/10 372/10 382/23
383/4 400/2 400/14
417/25
ensure [1] 399/20
enter [3] 359/11 383/25
391/25
entered [4] 290/12
359/14 383/7 430/1
entire [7] 288/20 300/4
334/2 351/8 351/14
372/19 372/24
entirety [2] 352/16
406/10
entity [3] 411/9 420/7
420/9
entrapment [2] 280/21
303/13
enumerates [1] 282/18
equally [1] 436/19
equivalent [1] 419/21
error [1] 358/17
escalate [1] 431/11
especially [2] 324/22
389/19
essence [1] 393/5
essential [1] 384/4

essentially [4] 270/2
297/7 382/13 398/10
establish [4] 370/12
370/23 423/20 434/6
established [1] 408/15
estoppel [2] 280/22
303/13
et [8] 262/6 271/3
281/15 330/4 356/24
356/24 407/16 429/2
et cetera [5] 271/3
281/15 356/24 356/24
407/16
eternity [1] 344/8
ethical [3] 308/24
324/3 326/15
ethics [1] 419/10
evacuated [1] 356/24
evaluation [1] 275/2
evaluations [1] 275/15
eve [1] 431/6
even [24] 273/4 275/18
276/6 278/5 280/15
288/18 298/14 299/25
308/11 309/10 326/11
327/1 328/8 331/12
365/18 369/4 375/20
389/10 391/9 405/19
406/6 420/21 433/14
437/22
evening [3] 270/11
329/1 340/17
event [8] 273/9 273/21
276/9 286/11 301/7
327/10 333/1 383/12
events [8] 324/11
324/12 326/9 330/3
330/22 331/4 331/12
424/10
ever [3] 270/16 325/4
422/8
every [11] 277/9
341/12 341/13 344/5
344/5 345/5 365/5
365/20 404/9 419/21
427/11
everybody [11] 266/20
266/21 269/7 334/19
336/4 338/11 380/13
380/22 380/23 398/19
425/14
everybody's [1] 398/18
everyone [10] 285/6
314/24 328/22 329/14
338/5 338/10 380/14
380/21 389/3 413/24
everyone's [1] 437/1
everything [4] 292/5
329/14 383/23 406/16
everywhere [1] 354/12
evidence [64] 271/23
273/11 274/2 276/2
279/14 279/19 280/1
281/6 283/2 283/25
284/18 284/21 284/23
285/16 285/17 285/21
285/22 286/25 287/19
288/25 290/1 291/19

300/22 300/24 301/11
301/13 301/17 302/21
304/9 304/10 326/9
331/6 340/1 341/6
341/6 342/9 342/14
342/14 344/19 350/8
352/2 358/16 362/17
364/9 367/7 370/23
374/8 384/14 396/18
397/3 401/2 402/3
407/12 408/3 410/13
418/17 421/23 422/2
424/22 424/23 424/25
evidentiary [1] 370/16
ex [2] 289/9 434/9
ex parte [2] 289/9
434/9
exact [1] 299/8
exactly [2] 339/14
348/18
examination [16]
286/3 301/8 386/18
395/17 396/2 397/21
398/10 399/3 399/12
427/13 427/18 428/4
428/5 428/12 428/16
428/19
examine [4] 301/3
350/2 383/2 428/1
example [25] 272/7
272/9 275/19 277/22
278/20 281/14 283/22
284/24 286/1 286/16
286/25 287/12 294/15
295/24 342/25 343/15
350/6 361/21 362/13
387/2 391/6 418/10
419/7 423/17 433/18
examples [2] 287/1
296/11
except [2] 419/15
435/21
exception [5] 340/22
362/4 362/10 376/13
411/22
exceptions [4] 308/8
340/24 393/24 393/25
excerpts [1] 283/18
exchange [1] 358/13
exchanged [2] 340/16
383/20
excised [1] 374/16
excludable [1] 359/10
exclude [4] 308/5
376/10 377/9 377/14
excluded [1] 377/5
excludes [1] 391/16
excluding [1] 377/16
exclusively [1] 277/11
exculpatory [6] 368/10
368/15 368/25 383/19
384/3 384/7
excuse [9] 307/4 307/7
328/24 331/21 334/14
335/11 336/19 345/20
407/10
excused [1] 313/19

300/9 300/15 executing [1] 433/8
execution [1] 296/17
executor [2] 432/20
433/25
exegesis [2] 294/3
298/4
exercise [2] 277/7
379/3
exhibit [8] 345/6
346/19 350/20 350/24
351/23 352/3 359/6
365/6
Exhibit 1105 [2]
350/24 351/23
Exhibit 1105.1 [1]
352/3
exhibits [6] 339/3
339/13 340/6 345/3
348/1 364/13
exist [4] 381/23 383/4
386/25 387/3
existed [2] 386/22
397/5
existing [1] 418/4
exists [3] 301/14
309/16 433/12
expect [9] 405/22
406/14 407/17 409/17
413/3 422/16 422/17
432/1 434/18
expectation [2] 312/19
435/22
expected [3] 399/9
399/24
expecting [2] 373/19
418/20
expects [1] 313/21
experience [2] 333/12
409/9
experiences [1] 326/6
expert [1] 438/6
explain [2] 376/8 389/5
explained [1] 282/7
explanation [3] 326/17
343/12 367/14
explicitly [1] 327/18
exploited [1] 294/14
exploring [1] 318/11
exposure [1] 434/7
expressed [1] 326/6
expression [1] 339/19
expressions [1]
318/18
extensive [1] 300/7
311/5
extent [14] 270/25
271/6 271/11 279/25
288/24 342/22 361/16
399/8 399/25 400/11
409/19 414/10 416/1
426/22
extract [2] 340/10
368/12
extremely [1] 286/22

F

F-ing [1] 376/21
F.2d [1] 433/23

face [2] 431/2 434/6
Facebook [4] 354/5
360/8 360/11 369/14
facie [3] 345/5 345/9
370/23
fact [19] 285/8 298/11
298/20 300/8 306/15
322/2 340/23 345/9
370/12 386/6 401/16
402/14 405/5 408/18
410/25 411/2 413/14
413/22 434/2
factor [1] 431/21
factors [1] 374/12
facts [12] 270/25 271/2
271/4 271/7 271/11
376/9 382/25 408/25
409/10 409/14 423/20
424/9
factual [7] 273/5
273/13 273/14 278/7
281/13 390/23 409/19
factually [2] 273/18
367/5
failed [2] 409/14
433/15
fails [1] 424/19
fair [29] 281/15 284/17
288/19 298/10 299/10
306/4 306/11 309/17
312/23 314/4 315/1
315/23 316/1 318/19
319/19 321/6 321/17
323/23 324/15 330/5
330/11 330/15 331/13
332/13 362/10 372/10
400/14 417/25 427/16
fairly [5] 270/6 308/14
330/11 373/6 376/8
faith [4] 298/25 340/2
359/4 359/4
fall [1] 333/11
familiar [1] 400/4
family [7] 331/16
331/19 334/2 339/20
382/21 388/24 389/4
far [8] 288/12 299/25
333/3 335/9 335/11
349/10 359/8 406/20
farm [1] 373/18
fascinating [1] 318/3
favor [1] 324/18
FBI [5] 277/13 295/25
382/9 399/5 428/25
FBI's [1] 399/4
fear [1] 382/10
feared [1] 306/7
federal [4] 384/23
433/14 436/13 436/23
Federal Rules of
Criminal Procedure
[1] 384/23
feds [1] 426/9
feel [4] 308/22 358/22
372/25 411/21
feeling [1] 318/24
feelings [4] 317/8

**feelings... [3]** 318/20
321/5 332/6
**felt [2]** 285/5 330/15
**few [11]** 306/15 308/7
320/13 333/7 333/24
339/3 356/7 363/24
373/5 385/15 437/7
**Fifth [8]** 325/19 367/19
368/3 369/1 431/3
432/1 432/7 434/15
**Fifth Amendment [4]**
369/1 431/3 432/1
434/15
**fighting [1]** 395/12
**figure [4]** 277/5 426/20
435/13 437/16
**figure's [1]** 277/7
**figuring [1]** 426/23
**filed [7]** 270/8 270/9
270/10 276/3 348/22
366/9 401/21
**files [4]** 340/10 340/11
340/12 340/12
**filing [2]** 401/24 414/9
**filings [2]** 270/5 380/25
**filled [1]** 392/20
**filmed [2]** 351/23
388/14
**filming [1]** 351/2
**filter [6]** 407/3 407/4
415/12 416/18 416/24
416/24
**filtered [1]** 426/21
**final [4]** 316/8 335/18
376/11 429/3
**finalizing [1]** 400/23
**finally [1]** 439/11
**financial [3]** 329/25
334/12 334/13
**find [16]** 309/22 318/3
319/12 347/3 350/3
354/9 354/13 355/1
355/11 357/6 357/10
360/8 360/16 371/15
379/5 429/17
**fine [7]** 277/20 300/14
346/15 377/18 379/1
427/10 437/17
**fire [1]** 339/10
**first [20]** 269/16 269/22
269/23 308/20 315/10
315/18 319/10 324/8
335/18 360/16 360/23
367/15 374/23 381/2
390/25 396/17 399/8
402/5 408/23 426/20
**Fischer [24]** 264/16
264/16 266/17 282/8
328/2 339/7 349/16
350/1 352/19 356/16
357/24 360/4 360/20
365/10 367/13 370/9
375/10 375/21 377/20
379/2 379/8 379/12
431/9 431/18
**Fischer's [5]** 282/1
282/10 352/15 360/23

**fischerandputzi [1]**
264/19
**fits [2]** 276/24 277/18
**five [6]** 293/20 304/3
332/21 352/3 352/4
368/8
**flag [4]** 351/17 362/22
431/5 437/2
**flagged [7]** 319/8
321/19 322/10 343/6
343/9 351/19 355/13
**flagging [1]** 365/3
**fled [1]** 359/19
**flesh [1]** 413/19
**fleshed [1]** 414/12
**flew [1]** 339/21
**flexible [1]** 269/19
**flight [1]** 269/18
**flying [2]** 322/25 323/1
**focus [1]** 281/5
**folks [7]** 312/11 320/11
321/12 325/24 346/11
363/20 440/2
**follow [12]** 280/3
307/10 310/7 313/20
314/9 314/23 315/24
336/2 337/25 411/14
427/3 439/15
**follow-up [5]** 280/3
313/20 314/9 315/24
337/25
**follow-ups [1]** 427/3
**followed [2]** 282/21
323/11
**following [14]** 272/10
277/5 281/10 293/20
302/25 305/20 306/17
314/23 347/19 347/20
350/8 362/24 363/10
430/20
**follows [1]** 359/25
**font [1]** 355/20
**footing [1]** 387/4
**footnote [1]** 404/20
**force [6]** 274/9 287/21
296/16 331/21 364/8
368/11
**forced [2]** 387/18
389/13
**forces [2]** 283/11
287/11
**foreclose [1]** 407/8
**foregoing [1]** 441/3
**foreperson [1]** 315/15
**Forget [1]** 276/6
**forgive [3]** 285/12
286/19 288/17
**form [4]** 325/7 334/3
364/25 395/5
**formal [4]** 404/8 406/2
420/7 420/9
**formally [1]** 325/9
**formed [1]** 398/15
**former [1]** 313/9
**FormerFeds [1]** 264/12
**formerfedsgroup.com
[1]** 264/14

**forth [10]** 356/12 379/7
379/21 382/6
**fortune [1]** 296/6
**forward [10]** 277/19
316/2 366/6 367/2
402/7 409/4 413/21
415/9 431/20 436/17
**found [3]** 270/15
414/10 428/2
**four [7]** 293/20 298/14
335/6 340/25 380/9
380/25 395/1
**frame [3]** 270/19
272/19 296/23
**framed [2]** 296/18
296/20
**frames [1]** 381/11
**frankly [2]** 359/4
369/10
**fraud [2]** 411/22
423/18
**free [2]** 338/19 383/2
**freedoms [1]** 313/10
**frequently [3]** 316/19
333/10 333/12
**Friday [1]** 322/25
**friend [1]** 315/9
**frivolity [1]** 347/4
**frivolous [2]** 347/2
347/5
**front [6]** 263/15 297/18
349/15 370/1 386/3
399/13
**fruition [1]** 401/2
**frustration [1]** 344/18
**full [4]** 271/24 408/25
409/14 423/20
**full-throated [1]**
271/24
**fully [1]** 435/21
**fulsome [2]** 406/24
411/11
**fundamental [1]**
413/21
**funding [1]** 438/5
**fundraising [1]** 387/19
**further [18]** 308/6
309/12 310/19 310/24
311/12 313/19 315/24
321/1 322/6 327/6
330/15 333/10 337/24
382/10 394/5 394/17
422/9 427/4
**furtherance [34]**
289/23 341/4 341/7
341/11 341/13 341/17
341/20 341/22 342/2
342/3 342/6 342/13
343/1 345/10 345/16
353/23 353/24 360/16
361/23 362/4 365/12
366/4 366/5 366/6
366/11 366/19 367/3
367/11 392/24 394/11
394/13 394/23 395/19
426/1

**game [2]** 284/17
298/10
**gather [1]** 352/14
**gave [9]** 280/23 295/6
324/8 368/8 382/9
383/7 383/8 387/2
429/2
**general [14]** 272/24
281/13 294/5 294/19
297/19 306/3 308/4
341/1 354/2 367/17
370/18 376/7 399/8
428/11
**generally [2]** 326/9
345/7
**generated [1]** 393/6
**gentlemen [2]** 363/5
422/25
**genuinely [1]** 275/5
**get [64]** 266/22 269/6
269/11 269/14 278/10
281/9 292/19 292/21
292/22 293/9 294/3
296/9 298/6 298/22
299/6 299/12 301/8
309/9 313/18 314/19
317/5 319/15 321/15
323/6 324/23 328/24
334/18 335/9 342/12
346/6 346/13 346/24
346/7 347/24 349/20
350/15 360/17 360/20
368/24 375/18 376/6
377/19 384/18 384/21
385/7 390/3 390/11
390/23 393/1 397/5
400/8 402/8 411/23
415/14 418/4 422/12
422/12 423/25 426/8
429/8 430/11 435/8
435/15 436/21
**gets [6]** 275/1 286/8
350/5 366/8 374/7
436/25
**getting [8]** 295/17
299/17 302/19 368/22
380/9 406/24 415/4
416/6
**Geyer [3]** 264/11
266/15 388/7
**give [21]** 291/24 294/3
295/14 303/16 308/10
310/10 350/18 364/24
373/2 380/12 391/18
399/10 399/11 404/13
410/4 416/21 418/11
418/18 418/23 419/11
419/12
**given [23]** 279/7
284/10 301/20 303/15
304/22 304/23 308/12
312/13 318/8 331/19
386/20 405/8 412/6
420/12 420/14 420/18
420/22 421/5 429/15
430/2 439/7 439/8
439/23

gives [4] 293/2 354/8
381/22 419/4
**GiveSendGo [1]**
387/19
**giving [5]** 298/23 388/5
404/12 407/1 419/8
**glaze [1]** 279/18
**Glen [1]** 264/18
**gmail.com [1]** 263/9
**go [55]** 269/5 269/12
269/21 269/22 283/8
283/8 283/16 284/14
287/11 293/25 295/15
295/16 296/2 296/9
299/22 299/25 305/7
307/22 308/7 308/15
312/17 313/22 321/21
322/21 333/5 336/11
337/3 337/9 339/14
342/23 343/21 348/1
351/17 358/1 358/22
369/23 371/15 371/16
373/25 384/18 384/19
385/6 389/1 389/12
396/2 397/5 409/4
419/24 419/25 420/1
420/1 421/12 428/15
429/20 436/16
**go ahead [5]** 269/5
269/21 269/22 333/5
337/9
**goal [2]** 280/10 397/9
**Godbold [1]** 355/15
**goes [11]** 298/14
300/10 351/2 355/9
377/10 378/6 396/5
396/9 396/10 398/3
415/5
**going [121]** 274/8
280/24 281/19 284/1
284/11 286/4 286/15
288/6 291/13 299/12
300/16 300/21 300/22
301/3 301/5 304/3
305/21 305/22 306/13
308/5 309/9 309/11
312/11 312/12 312/16
312/20 312/21 314/12
314/19 314/21 314/22
315/3 315/5 317/22
319/15 320/13 320/21
321/15 323/3 323/6
323/10 325/1 327/17
328/1 328/3 328/17
331/8 331/20 334/19
335/12 336/2 342/23
343/25 344/4 344/6
344/7 344/14 344/15
345/6 345/15 345/17
346/8 346/23 347/2
347/10 347/18 348/2
348/17 349/2 350/4
350/6 350/7 350/9
350/9 352/16 352/16
352/22 355/2 355/14
356/5 356/11 357/4
369/6 369/20 370/17
370/21 373/15 373/16

**going... [33]** 373/25 374/9 376/20 377/8 377/23 378/13 378/22 390/11 390/18 390/20 391/17 401/10 401/12 402/7 405/6 406/21 410/3 413/20 422/10 423/4 423/10 427/5 427/6 427/11 427/12 427/25 428/3 428/14 429/14 431/11 431/12 435/19 436/1

**gone [4]** 312/25 340/20 357/16 379/3

**good [18]** 266/2 266/20 270/21 279/23 279/24 280/14 298/25 304/13 329/16 331/13 340/2 365/3 380/22 380/23 389/6 404/18 430/7 434/25

**Good morning [2]** 270/21 279/24

**good-faith [1]** 298/25

**got [21]** 269/10 272/7 272/13 280/15 294/6 319/14 325/16 332/20 347/25 372/2 373/14 374/25 379/23 380/8 382/3 383/16 384/12 408/6 408/8 415/23 417/2

**GoToMeeting [2]** 270/3 348/9

**gotten [1]** 397/23

**government [204]**

**government's [40]** 270/9 271/12 272/20 273/19 274/22 280/20 280/24 283/14 287/19 289/3 297/23 300/1 300/9 300/23 301/4 301/11 302/10 305/5 310/15 311/11 325/16 339/4 339/12 343/11 344/24 345/1 351/22 352/2 355/20 361/1 364/6 367/24 373/7 407/22 410/11 421/21 427/6 431/24 435/18 436/2

**governmental [1]** 296/17

**Governor [1]** 264/17

**grand [2]** 283/6 283/9

**grant [4]** 368/4 391/17 430/23 433/2

**granted [4]** 434/4 438/8 438/10 438/10

**grapple [2]** 386/22 386/23

**grappling [1]** 434/3

**grassy [1]** 388/11

**great [4]** 284/24 320/19 373/16 400/8

**greater [1]** 308/10

**ground [1]** 377/14

**grounds [9]** 352/5 352/11 356/6 357/4 357/20 359/10 376/10 411/16 416/19

**group [2]** 308/20 318/17

**groups [1]** 353/15

**guarantee [1]** 400/24

**guardrails [3]** 275/17 279/20 302/14

**guess [31]** 319/12 346/5 347/23 350/1 353/10 362/7 365/13 366/18 367/16 376/15 382/25 383/2 390/21 393/9 393/14 394/17 398/6 398/8 400/15 400/20 402/4 402/5 403/21 410/20 415/11 416/9 426/19 427/2 428/5 428/13 436/25

**guilt [1]** 382/25

**guilty [4]** 321/1 383/25 387/20 391/25

**guns [1]** 306/5

## H

**H-e-l-d-t [1]** 433/22

**had [115]** 269/17 269/20 269/24 275/4 280/12 280/16 281/17 282/6 282/16 284/9 284/12 285/3 285/8 285/9 285/18 286/16 287/8 287/10 287/20 288/8 289/13 289/15 291/9 291/10 292/4 292/20 293/11 293/18 294/15 297/8 298/9 298/11 299/1 299/7 302/2 302/25 303/1 304/7 304/17 304/18 304/21 305/3 305/5 309/1 313/4 315/14 316/15 316/16 316/19 316/22 318/6 318/18 318/22 322/11 323/21 326/4 326/5 326/13 326/14 326/17 326/19 326/21 327/11 327/13 329/13 331/9 333/11 335/10 335/25 336/18 337/1 337/15 338/20 338/23 339/22 346/18 346/19 348/16 349/5 353/14 357/3 357/10 357/22 364/25 367/20 367/21 368/22 369/15 369/19 373/21 380/23 381/4 386/16 387/19 393/6 393/15 397/8 398/14 398/19 401/19 401/20 408/18 418/15 429/13 433/14 433/15 436/6 436/10 437/6 437/9 438/5 438/8 438/9 438/12 438/13

**hadn't [3]** 375/18 427/17

**Haller [8]** 264/6 264/7 266/13 307/21 309/19 312/9 316/5 328/2

**hallerjulia [1]** 264/10

**hand [5]** 325/9 345/13 351/25 395/12 411/3

**handful [3]** 307/16 352/20 372/17

**handle [1]** 375/19

**hang [6]** 336/16 383/10 383/13 386/2 395/24 396/14

**happen [7]** 291/25 292/17 332/14 347/11 390/20 428/4 430/3

**happened [5]** 277/8 286/11 290/21 321/3 336/3

**happening [5]** 280/11 289/9 298/19 325/23 431/22

**happens [2]** 366/2 434/24

**happy [9]** 343/22 346/8 362/22 380/4 386/23 387/15 409/20 417/11 429/20

**harbor [1]** 358/18

**hard [6]** 291/6 322/18 350/3 389/3 414/17 423/19

**hard-copy [1]** 414/17

**harder [1]** 331/20

**hardship [7]** 315/8 324/8 329/8 329/8 329/10 329/25 333/25 334/10 334/13

**Harrelson [5]** 264/11 266/6 266/15 401/24 404/16

**Harrisburg [1]** 263/15

**Harry [1]** 388/15

**has [97]** 269/15 277/3 277/4 277/5 281/7 284/15 288/14 288/16 289/24 297/25 305/17 308/17 309/24 311/5 312/15 312/23 314/14 314/16 314/17 315/20 315/24 317/21 319/13 320/9 321/2 330/3 330/21 332/18 335/3 337/14 338/13 340/4 340/7 343/7 344/22 344/23 344/25 345/25 350/7 351/4 353/13 356/24 358/25 360/9 360/17 369/21 370/22 372/19 372/20 374/3 374/8 376/5 377/20 382/6 385/3 385/11 386/7 386/9 387/5 387/17 389/3 392/25 398/14 398/15 398/19 399/10 399/18 399/20 400/4 400/24 401/6

**hash [11]** 278/23 281/7 287/25 288/4 299/15 339/21 364/5 400/5 415/8 427/19 430/25

**hearing [15]** 269/18 270/2 270/6 316/17 316/23 316/23 317/3 339/20 367/18 370/21 370/22 371/10 430/14 435/17 438/14

**hearings [2]** 330/4 431/1

**hearsay [4]** 362/4 362/10 363/15 367/4

**heart [2]** 271/4 292/2

**held [4]** 299/5 299/8 414/21 415/13

**Heldt [1]** 433/22

**help [3]** 342/5 365/7 436/24

**helpful [8]** 270/15 285/20 304/8 357/25 366/16 375/15 384/15 410/7

**helping [1]** 340/13

**her [24]** 311/18 336/25 362/15 362/15 396/9 396/10 396/19 397/21 397/23 402/18 402/19 407/23 411/10 412/14 412/15 414/16 414/16 414/21 416/13 417/11 421/5 421/6 423/16 427/19

**here [69]** 272/9 273/25 274/1 274/20 275/17 275/25 276/2 277/17 279/12 279/15 280/11 290/1 300/15 301/14 310/22 312/1 314/3 315/24 320/11 320/15 321/12 325/23 327/7 327/9 330/16 332/12 332/15 338/18 338/19 338/19 341/15 344/8 344/25 345/19 346/15 347/9 347/24 348/1 353/9 353/18 368/7 372/11 373/18 376/11 378/20 381/9 382/6 390/3 390/15 390/16 392/19 397/11 403/22 404/14 410/19 411/7 411/15 411/25 415/15 416/3 419/14 424/8 429/19 430/15 433/16 435/22 435/24 436/9 437/5

**here's [3]** 297/17 390/21 419/1

**heretofore [1]** 384/1

**herself [3]** 396/19 411/17 425/10

**Hey [1]** 419/3

**Hi [2]** 270/23 402/11

**highlight [1]** 434/2

**highlighted [2]** 340/25

**hadn't [3]** 375/18 427/17

**he [88]** 274/17 282/4 282/11 282/15 283/1 284/9 285/8 286/21 286/22 288/8 288/9 290/7 290/14 290/15 290/15 290/16 293/22 294/2 294/3 296/7 298/9 298/20 303/1 312/3 321/19 332/18 332/20 336/2 338/13 338/14 338/18 338/19 342/23 348/21 348/23 353/11 353/12 354/7 354/7 355/11 356/3 357/1 357/2 357/3 357/15 360/5 360/5 360/17 361/6 363/16 367/21 367/23 367/24 367/25 367/25 368/2 368/9 368/11 369/22 374/2 374/3 374/4 374/24 376/17 376/24 376/25 377/12 379/13 379/14 379/15 381/12 382/6 387/18 387/24 388/10 388/11 388/14 406/5 419/17 422/24 435/22 435/23 436/2 436/3 438/24 439/24

**He said [1]** 376/24

**he'd [1]** 387/4

**he's [16]** 338/18 338/18 355/10 356/4 363/16 373/24 373/24 374/1 375/6 376/15 376/16 377/3 377/3 377/14 389/21 389/22 **head [2]** 412/6 425/15

**health [5]** 316/16 333/9 333/15 333/18 333/21

**hear [4]** 325/22 330/10 335/22 356/15

**highlighted... [1]** 343/19
**highlights [1]** 357/21
**highly [2]** 357/19 368/2
**Highway [1]** 264/17
**Hill [3]** 331/11 351/5 361/9
**him [19]** 287/6 298/10 332/20 332/23 332/23 332/24 332/24 332/24 348/15 368/1 372/12 375/7 378/7 387/2 387/21 389/16 390/8 431/9 438/25
**himself [1]** 367/7
**his [33]** 278/21 282/2 282/22 284/6 289/17 290/12 293/3 293/17 312/4 338/13 342/24 352/8 352/9 353/10 357/1 357/17 359/17 359/17 359/18 359/24 367/22 368/2 368/3 377/11 378/15 381/12 381/19 388/22 389/14 407/13 409/13 412/6 412/7
**historical [6]** 275/14 281/15 284/24 285/10 285/16 285/17
**historically [1]** 300/10
**history [9]** 271/3 271/16 272/3 275/2 277/15 278/18 278/19 281/16 320/19
**hoc [2]** 272/8 294/11
**hold [2]** 385/1 403/10
**home [1]** 318/25
**honest [1]** 358/6
**honesty [2]** 396/3 396/5
**Honor [166]** 266/2 269/17 270/21 271/8 274/10 275/10 278/14 279/23 280/4 281/19 285/3 285/19 286/20 288/1 288/14 289/8 290/5 291/22 291/24 295/9 296/11 296/22 297/5 299/14 302/1 302/6 302/8 303/5 303/24 304/5 306/20 307/23 309/4 309/13 309/15 310/1 310/6 311/17 311/23 312/1 312/1 312/8 313/22 313/24 314/1 314/9 314/11 315/17 316/3 317/13 318/12 319/4 319/17 320/9 321/4 321/8 323/19 324/21 325/3 325/14 327/22 329/4 330/18 330/20 331/22 332/11 332/17 335/5 335/15 335/22 337/1 339/1 339/18 344/17 344/25 345/8
**highlighted... [1]** 349/17 350/14 350/20 351/11 351/16 351/22 352/18 352/20 352/22 354/20 355/5 355/17 356/5 356/21 357/6 357/21 358/5 359/7 359/16 360/7 361/2 362/1 363/1 363/23 364/22 365/20 366/22 367/15 368/7 369/5 371/5 372/10 373/4 373/9 373/24 374/5 374/15 375/1 375/14 376/12 376/14 377/17 378/18 378/19 379/7 379/9 380/5 381/7 383/17 384/8 384/25 385/13 386/4 386/5 386/19 386/23 387/8 387/11 387/13 387/25 388/7 388/22 389/17 389/25 390/6 391/20 391/21 392/2 392/15 393/3 394/4 400/17 410/10 417/5 423/8 425/16 429/3 430/7 430/12 436/6 437/24 438/1 438/8 439/3 439/10 439/16 439/25
**Honor's [5]** 324/25 339/18 418/6 422/18 423/12
**HONORABLE [6]** 262/9 281/21 282/8 338/8 380/18 380/19
**hope [6]** 266/21 291/13 323/12 347/20 380/23 436/16
**hoped [2]** 337/5 339/24
**hopeful [1]** 335/8
**hopefully [7]** 269/14 304/8 312/25 338/2 339/25 380/11 436/24
**host [2]** 417/13 418/20
**hosted [1]** 373/18
**hot [1]** 295/19
**hot-wire [1]** 295/19
**hotel [1]** 358/15
**hotmail.com [1]** 264/19
**hour [5]** 304/6 368/8 368/8 380/10 380/23
**hourly [2]** 328/23 329/22
**hours [1]** 334/11
**house [10]** 296/1 296/9 321/20 321/25 322/4 412/19 418/11 419/2 419/9 419/11
**household [1]** 324/13
**housekeeping [3]** 435/2 439/2 439/11
**housekeeping-type [1]** 439/11
**how [45]** 269/12 269/13 273/11 276/24 277/18 282/24 286/20
**highlighted... [1]** 300/14 304/16 311/20 312/20 325/25 341/4 341/16 343/4 349/15 359/19 359/22 361/18 361/25 372/24 376/2 378/6 385/8 389/12 393/18 394/13 398/2 400/1 401/7 408/5 409/2 409/7 411/18 412/5 412/10 414/15 414/18 427/17 429/17 439/3 439/7
**however [2]** 339/25 358/20
**huge [1]** 385/15
**Hughes [6]** 266/9 270/22 270/23 291/23 299/11 302/7
**human [5]** 398/11 399/4 401/7 401/15 401/16
**hunch [2]** 386/21 386/25
**hundreds [2]** 372/15 374/9
**hurricane [1]** 339/22
**hypothetical [6]** 274/16 278/17 295/14 298/18 402/17 419/1
**hypothetically [8]** 271/22 274/24 276/1 276/4 284/23 293/15 386/14 395/16

**I**

**I also [1]** 333/12
**I am [11]** 288/10 305/9 305/19 332/4 332/5 343/21 344/14 373/19 376/22 376/25 429/23
**I apologize [1]** 357/8 390/5
**I assume [2]** 322/3 425/8
**I believe [21]** 280/10 283/18 295/10 296/12 300/9 310/6 321/21 353/4 356/11 365/20 367/7 369/14 372/12 374/19 387/25 388/14 396/17 396/24 404/16 407/12 408/20
**I can [17]** 275/17 288/12 294/13 299/21 301/16 307/22 328/2 330/5 336/11 339/10 347/21 350/15 388/4 390/24 391/7 419/24 429/22
**I can't [4]** 318/23 327/12 332/4 348/12
**I could [1]** 357/18
**I couldn't [1]** 286/20
**I did [4]** 293/10 317/6 351/16 429/12
**I didn't [2]** 299/25 335/22
**highlighted... [1]** 307/17 307/25
**I don't [22]** 278/5 288/3 295/5 297/19 345/17 358/9 358/19 359/10 373/12 374/10 377/2 394/4 398/12 400/23 405/13 416/13 419/24 422/3 422/16 422/17 432/1 435/21
**I don't have [1]** 329/11
**I don't recall [1]** 336/25
**I guess [21]** 319/12 346/5 350/1 353/10 362/7 365/13 367/16 376/15 382/25 383/2 390/21 393/9 393/14 398/6 398/8 400/15 402/4 402/5 403/21 416/9 426/19
**I had [1]** 438/9
**I have [21]** 272/8 313/7 317/7 318/20 330/6 332/23 332/23 332/24 332/24 332/24 334/13 334/1 334/21 337/13 339/16 339/23 340/13 340/15 367/17 368/16 398/4
**I haven't [3]** 357/17 364/5 436/10
**I hope [3]** 266/21 380/23 436/16
**I hoped [1]** 339/24
**I just [10]** 266/25 278/17 302/4 308/1 316/21 324/4 361/3 379/9 386/24 392/11
**I know [12]** 326/5 335/7 335/7 356/2 371/8 372/11 378/12 378/18 381/4 414/16 436/22 437/5
**I mean [67]** 279/10 285/12 294/2 298/17 299/11 300/2 300/10 307/25 308/20 318/17 323/9 325/9 325/18 331/2 332/20 342/9 342/11 342/17 345/6 345/11 358/23 359/1 359/9 361/15 363/9 363/15 365/15 370/13 370/24 374/8 375/3 375/19 375/21 378/8 379/23 379/25 382/24 392/7 392/10 393/22 394/8 395/15 396/8 397/13 397/23 401/4 401/6 403/23 404/2 405/13 406/3 406/5 408/8 410/21 411/2 412/7 415/14 417/1 419/1 419/7 420/17 421/5 422/2 424/3 425/24 427/16 438/14
**I thought [10]** 277/14 293/11 311/8 313/4 316/21 328/10 331/13 334/22 338/20 425/4
**I understand [14]** 270/20 281/1 281/4 291/2 291/18 293/8 297/12 308/2 359/15 375/13 394/7 427/4
**I want [18]** 269/23 270/19 281/1 281/5 308/15 308/16 314/16 318/7 318/7 373/5 380/24 388/1 389/4 389/5 390/21 392/9 423/9 439/6
**I wanted [3]** 328/20 336/3 426/16
**I was [11]** 269/18
**highlighted... [1]** 309/10 352/23 365/13 403/18 409/3 429/22
**I studied [1]** 275/4
**I submitted [1]** 334/3
**I think [126]** 270/20 272/24 273/24 274/18 275/22 275/23 276/20 277/1 277/20 279/1 281/23 288/22 291/3 293/25 295/10 296/19 296/23 296/25 298/7 298/10 300/18 302/17 302/18 303/21 304/8 304/13 305/10 308/5 308/7 308/10 309/10 310/14 310/15 313/13 317/5 318/13 318/17 319/7 319/8 321/18 323/9 324/12 325/23 326/3 327/3 327/4 327/17 327/20 328/9 328/22 329/4 333/22 334/17 336/7 342/20 343/24 348/16 352/11 353/13 358/23 358/24 359/9 359/12 360/10 361/4 361/5 362/1 362/22 363/23 364/22 365/10 369/23 370/5 370/17 370/20 372/1 374/15 374/16 376/1 376/11 377/13 377/18 379/9 380/25 381/19 381/21 384/22 385/10 385/13 386/4 386/22 387/3 387/10 391/16 392/7 392/8 392/21 393/1 394/19 395/22 395/25 396/1 397/13 397/17 399/23 400/22 401/22 413/16 418/12 418/16 422/6 423/3 424/7 426/12 427/10 430/5 432/15 433/4 433/20 434/14 436/14 437/9 437/14 437/17 438/19

455

**I** [1] 272/14

**I was...** [10] 272/14
277/15 281/19 286/23
328/17 333/15 386/16
406/11 416/5 420/15

**I went** [1] 307/19

**I will** [8] 312/24 349/17
350/15 355/19 359/5
364/12 398/3 426/19

**I wish** [1] 429/18

**I work** [1] 334/11

**I would** [5] 356/25
388/16 395/3 428/14
438/2

**I wouldn't** [1] 278/15

**I'd** [4] 299/11 347/23
386/9 439/5

**I'll** [30] 280/3 295/11
295/14 317/5 332/1
334/14 334/19 339/7
350/17 360/1 360/1
360/8 360/10 373/10
378/21 379/24 381/1
390/21 391/1 391/13
391/14 391/17 400/12
401/4 405/5 409/5
434/10 435/12 436/9
437/21

**I'm** [137] 269/13 275/1
277/18 280/24 284/22
285/14 286/19 286/20
289/22 290/21 291/18
294/2 298/17 298/19
300/2 300/13 300/14
300/21 301/23 303/11
303/18 305/21 306/20
307/2 307/9 307/9
308/5 308/22 309/7
309/9 310/9 312/11
312/12 312/21 313/15
315/13 316/23 317/19
317/22 320/7 320/11
321/3 321/15 323/3
324/9 325/1 325/18
327/17 328/1 328/17
330/20 330/21 333/22
334/19 334/25 335/8
335/12 335/15 335/22
336/2 343/22 344/12
344/15 346/7 346/12
346/12 346/23 346/23
346/25 347/5 347/6
348/14 348/18 349/10
350/1 353/10 353/11
353/22 353/24 355/14
356/6 365/17 370/3
370/17 372/11 372/24
376/18 376/20 376/24
377/8 377/20 377/23
377/24 378/5 378/13
380/4 385/21 386/2
386/23 387/15 389/6
389/7 390/18 391/17
393/14 393/18 393/21
394/13 396/4 400/7
401/7 402/11 403/25
409/18 411/7 412/8
412/13 413/19 413/20
419/22 420/2 420/15
425/13 426/4 426/6
427/25 428/3 428/22
429/20 429/23 430/20
431/15 432/21 437/5

**I'm going** [7] 300/21
312/12 317/22 325/1
328/1 378/13 413/20

**I'm just** [1] 413/19

**I'm not** [23] 286/19
289/22 294/2 298/17
298/19 300/2 305/21
308/5 320/11 334/19
335/12 346/7 346/23
347/5 377/8 390/18
420/2 420/15 426/4
426/6 427/25 428/3
431/15

**I'm not sure** [9] 286/20
301/23 325/18 334/25
353/22 353/24 400/7
401/7 403/25

**I'm sorry** [13] 285/14
303/11 307/9 310/9
313/15 315/13 330/20
333/22 335/15 335/22
376/18 376/24 430/20

**I'm sure** [1] 321/3

**I've** [25] 272/2 272/9
272/10 284/19 287/24
288/3 288/12 291/2
305/9 305/15 305/18
312/10 325/2 326/4
342/9 346/6 357/16
379/23 382/3 393/22
403/23 415/8 430/9
438/25 438/25

**i.e** [2] 284/1 284/7

**idea** [4] 331/14 369/15
369/19 418/3

**identification** [1]
394/11

**identified** [12] 305/11
309/14 311/3 321/19
322/13 327/13 328/6
340/20 345/21 361/22
363/12 394/1

**identifies** [1] 328/7

**identify** [10] 330/8
330/9 344/23 346/1
347/14 364/13 364/20
395/5 404/24 421/3

**identifying** [2] 340/7
398/21

**identity** [1] 401/15

**III** [3] 262/6 263/2
266/4

**illegal** [1] 290/9

**illness** [1] 309/3

**image** [4] 390/9 390/12
390/18 415/1

**imbue** [1] 282/14

**imbued** [1] 282/23

**immediately** [6] 312/17
314/3 326/23 359/18
382/17 383/21

**immunities** [1] 282/19

**immunity** [6] 363/5
430/16 430/23 432/16
433/2 434/4

**impact** [3] 306/4
318/21 378/16

**impacting** [1] 359/22

**impartial** [16] 312/23
313/10 314/4 315/23
316/1 321/6 321/17
321/22 323/12 323/23
324/15 330/5 330/16
331/13 332/13 337/5

**impeachment** [4]
330/4 330/22 331/5
384/8

**impermissible** [1]
276/23

**implicate** [1] 395/10

**implication** [1] 432/7

**implicitly** [2] 369/2
369/10

**importance** [2] 282/5
437/8

**important** [10] 273/24
279/11 285/6 320/23
350/12 383/22 384/3
403/21 413/23 415/25

**importantly** [2] 292/15
304/11

**impractical** [1] 412/10

**impression** [1] 381/23

**imprimatur** [1] 279/18

**improper** [2] 418/24
427/8

**inability** [1] 321/17

**incarceration** [1]
382/11

**inclination** [1] 349/24

**inclined** [1] 333/16

**include** [8] 271/15
285/22 288/21 293/7
301/16 306/17 364/12
391/4

**included** [4] 285/4
372/6 406/3 406/5

**including** [5] 270/7
345/20 372/5 402/25
403/17

**incomplete** [1] 297/25

**inconsistent** [2] 383/1
383/16

**incorrectly** [1] 288/3

**incredibly** [2] 361/14
414/22

**incriminating** [3]
411/20 414/7 420/2

**independent** [1]
425/21

**index** [2] 364/19 365/1

**indicate** [2] 310/12
371/20

**indicated** [10] 309/1
315/25 331/15 349/23
357/10 368/1 368/2
368/5 369/15 369/20

**indicates** [2] 355/25
368/11

**indicating** [1] 369/19

**indict** [1] 290/6

**indicted** [1] 434/7

**indictment** [12] 343/9
353/24 353/25 370/7
377/2 378/9 378/11
392/25 394/21 407/15
407/23 425/12

**individual** [12] 307/1
326/22 330/13 340/10
346/15 387/17 404/6
404/9 410/19 411/12
412/1 412/7

**individually** [1] 403/25

**individuals** [15] 318/21
343/17 385/11 388/12
395/8 405/9 410/12
411/9 411/10 411/24
411/25 412/17 413/1
420/19 437/15

**indulgence** [5] 354/3
355/18 356/14 357/5
398/17

**infers** [1] 289/22

**inflammatory** [2] 359/3
377/10

**information** [23] 349/3
349/5 368/10 381/22
383/24 384/4 388/18
388/19 390/13 391/23
391/24 398/21 399/20
399/21 411/15 412/2
412/13 412/14 413/2
419/25 423/5 427/4
434/8

**informative** [1] 270/15

**ing** [1] 376/21

**ingest** [1] 311/18

**initial** [1] 312/21

**initially** [3] 287/16
353/3 383/8

**initials** [2] 373/11
376/16

**Inn** [1] 358/15

**innocence** [1] 297/22

**innocent** [1] 384/1

**innocuous** [1] 318/9

**inquire** [1] 325/3

**inquiries** [1] 395/1

**inquiry** [1] 394/16

**Insider** [2] 350/25
351/24

**Insider News** [2]
350/25 351/24

**insofar** [3] 298/13
377/13 423/22

**instance** [5] 278/16
278/18 281/8 363/11
426/20

**instances** [2] 278/21
298/1

**instant** [1] 353/25

**instead** [3] 322/4
337/15 378/19

**instruct** [5] 286/16
288/7 341/24 342/4
409/6

**instructed** [1] 314/4

**instruction** [14] 288/13
295/2 301/20 301/21
301/23 302/9 302/15
303/8 304/1 342/10
342/16 363/2 364/24
371/2

**instructions** [3] 288/22
302/4 364/13

**instructs** [1] 311/18

**insurrection** [85]
269/16 270/13 270/16
271/1 271/2 271/4
271/11 271/20 273/1
273/6 273/16 274/4
274/5 274/7 274/15
274/23 275/3 275/5
275/6 276/10 276/12
276/18 277/24 278/22
278/24 279/8 280/8
280/18 280/23 282/6
283/3 283/16 283/20
283/24 284/17 284/21
284/25 285/23 286/1
286/5 286/18 287/7
288/9 289/5 289/14
289/16 291/1 291/4
291/9 291/10 291/14
292/4 292/23 293/1
293/12 293/20 296/13
297/8 297/24 298/12
300/8 301/1 301/7
301/25 302/23 303/15
303/18 317/8 402/1
402/24 403/2 403/4
407/2 407/5 408/13
409/16 414/11 417/9
417/24 418/5 418/16
418/24 420/23 421/17
422/21

**Insurrection Act** [83]
269/16 270/13 270/16
271/1 271/2 271/4
271/11 271/20 273/1
273/6 274/4 274/5
274/7 274/15 274/23
275/3 275/5 275/6
276/10 276/12 276/18
277/24 278/22 278/24
279/8 280/8 280/18
280/23 282/6 283/3
283/16 283/20 283/24
284/17 284/21 284/25
285/23 286/1 286/5
286/18 287/7 288/9
289/5 289/14 289/16
291/1 291/4 291/9
291/10 291/14 292/4
292/23 293/1 293/12
293/20 296/13 297/8
297/24 298/12 300/8
301/1 301/7 301/25
302/23 303/15 303/18
402/1 402/24 403/2
403/4 407/2 407/5
408/13 409/16 414/11
417/9 417/24 418/5
418/16 418/24 420/23
421/17 422/21

456

**I**

**insurrectionists [1]** 332/6
**intelligent [1]** 300/2
**intend [8]** 288/18 288/24 341/23 345/3 392/23 401/14 406/7 430/16
**intended [6]** 280/12 283/22 284/4 341/10 368/12 369/24
**intending [11]** 273/8 340/23 341/15 343/13 361/19 366/10 368/25 394/22 396/17 397/16 439/3
**intends [7]** 273/15 303/25 358/3 377/12 398/13 422/23 423/4
**intent [15]** 273/8 274/20 275/11 279/2 291/4 302/12 302/12 352/9 359/18 362/13 362/15 363/24 379/18 401/19 408/19
**intention [8]** 274/6 278/13 289/12 292/3 292/3 297/6 349/20 350/2
**intentional [2]** 358/4 358/25
**intentions [2]** 287/20 378/15
**interest [2]** 343/16 436/14
**interested [3]** 311/14 318/1 406/25
**interesting [5]** 323/22 329/13 417/14 421/14 434/24
**interject [1]** 319/17
**internal [1]** 329/15
**international [1]** 334/16
**interpretation [2]** 317/25 369/21
**interpreted [1]** 392/12
**interrupt [5]** 280/25 303/20 312/9 370/8 412/18
**interrupted [1]** 274/12
**interrupting [1]** 400/18
**interview [1]** 368/9
**interviewed [2]** 383/9 408/1
**interviews [2]** 386/7 386/10
**introduce [10]** 284/23 301/11 366/10 372/3 372/4 372/18 394/12 394/23 396/18 396/19
**introduced [4]** 291/19 363/1 363/5 422/8
**introduces [1]** 300/25
**introducing [2]** 352/2 365/21
**intrusive [1]** 390/12
**invasion [1]** 390/19

investigated [1] 397/24
**investigating [1]** 395/11
**investigation [1]** 369/3
**investigations [2]** 399/1 399/18
**invocation [9]** 273/16 275/7 277/24 278/3 289/17 291/9 292/6 302/22 367/19
**invocations [1]** 284/25
**invoke [14]** 274/17 282/16 286/17 287/6 288/9 289/15 291/13 293/12 293/19 297/8 297/24 298/12 368/3 403/3
**invoked [15]** 273/6 274/7 274/23 275/4 275/6 282/6 283/24 284/13 285/8 290/4 291/11 298/2 298/5 417/24 418/5
**invokes [3]** 276/9 276/11 286/5
**invoking [1]** 369/1
**involve [2]** 277/11 353/18
**involved [6]** 285/6 309/10 368/14 369/11 395/14 429/5
**involving [3]** 352/17 366/20 396/9
**irrespective [2]** 281/17 285/1
**is [554]**
**is 1104 [1]** 311/2
**is there [4]** 320/2 358/16 384/17 396/8
**isn't [12]** 276/25 277/3 286/3 301/5 303/9 341/21 350/9 360/12 363/15 384/13 427/5 428/1
**issuance [1]** 391/14
**issue [59]** 269/8 269/16 270/13 272/2 274/20 280/7 281/22 285/5 290/23 291/4 291/15 295/11 312/5 321/2 329/22 334/23 334/24 334/25 352/22 355/3 356/16 360/21 360/23 365/22 368/20 369/5 371/15 372/23 374/6 379/24 381/15 381/18 399/24 400/16 400/22 401/4 401/18 402/3 403/2 409/1 412/11 415/23 416/3 416/9 416/12 418/14 421/25 422/21 427/1 427/14 430/17 432/6 434/14 434/18 436/19 437/2 439/11 439/12 439/19
**issued [3]** 280/22

issues [25] 280/19 281/25 287/9 316/16 317/4 322/16 329/7 333/19 335/10 338/2 343/19 346/14 371/6 372/3 378/20 380/9 397/14 399/12 400/3 402/24 418/20 430/13 431/3 438/23 439/24
**issuing [1]** 431/16
**it [324]**
**It doesn't [1]** 390/2
**it happened [1]** 277/8
**it would be [3]** 291/7 318/8 416/13
**it's [137]** 269/22 274/6 283/15 285/16 288/17 290/23 291/6 294/4 294/10 298/15 298/17 300/10 307/11 308/11 311/16 311/17 312/5 312/18 313/15 313/21 314/5 314/11 318/13 319/8 320/6 320/23 324/5 324/12 326/10 328/15 328/16 329/5 329/14 331/1 331/20 332/19 338/4 340/9 341/20 341/20 342/10 344/24 345/15 347/4 350/23 350/24 350/25 350/25 351/1 351/1 353/10 353/24 354/21 354/22 354/23 354/25 355/3 355/8 355/21 355/23 356/8 356/8 356/17 356/18 358/7 358/10 359/1 359/10 359/12 361/14 361/24 363/12 363/13 371/12 371/14 371/17 371/23 372/21 373/2 374/10 374/24 374/24 375/2 375/2 375/3 375/3 375/5 377/11 379/18 380/10 381/20 381/23 382/7 384/4 384/15 384/16 385/8 389/8 389/16 389/16 391/14 395/21 396/20 396/25 400/7 401/6 402/10 403/10 403/11 403/13 403/22 405/19 407/15 408/6 408/7 409/23 409/23 410/2 410/11 410/23 414/18 415/15 415/21 417/3 417/22 420/8 420/9 424/16 425/14 426/2 426/9 430/14 431/15 431/22 433/25 435/19 436/8
**it's likely [1]** 359/12
**Italy [1]** 323/1
**its [10]** 272/3 300/9 349/23 352/12 352/16 394/21 409/16 418/3 422/18 423

**Ivy [1]** 300/3

**J**

**J-E-W [1]** 357/14
**jail [2]** 436/11 436/18 436/23
**James [5]** 263/7 266/11 370/21 370/22 387/21
**James Lee Bright [1]** 266/11
**James' [1]** 389/19
**James-style [1]** 370/22
**Jan [1]** 367/9
**January [41]** 294/12 298/12 306/7 306/9 310/5 315/11 318/7 320/18 320/24 321/1 322/1 323/15 324/12 326/8 330/3 330/22 331/4 331/10 352/5 353/16 355/14 355/21 355/22 356/22 358/15 361/7 366/25 369/4 369/7 369/18 374/1 378/7 378/11 379/13 410/14 411/18 412/22 413/8 413/11 424/10
**January 6th [22]** 298/2 306/9 318/7 320/18 322/1 323/15 324/12 326/8 331/10 352/5 353/16 355/21 355/22 356/22 366/25 369/4 374/1 378/11 379/13 411/18 413/8 424/10
**JC [1]** 269/17
**jcrisp [1]** 263/16
**Jeffrey [2]** 262/14 266/8
**Jeffrey Nestler [1]** 266/8
**jeffrey.nestler [1]** 262/19
**Jessica [2]** 263/14 266/6
**Jessica Watkins [1]** 266/6
**Jew [2]** 357/14 358/4
**Jewish [1]** 359/3
**jlbrightlaw [1]** 263/9
**job [3]** 334/11 419/9 434/25
**Joe [1]** 355/15
**Joe Godbold [1]** 355/15
**John's [1]** 284/2
**Johnston [1]** 263/11
**join [1]** 390/8
**joined [1]** 363/20
**joining [2]** 388/5 388/8
**joke [4]** 356/13 357/1 358/6 359/8
**jokes [1]** 356/2
**Jonathan [2]** 263/14

**Josh [1]** 389/3
**journalist [4]** 312/3 330/3 330/21 331/11
**Jr [2]** 263/10 264/2
**judge [2]** 262/10 281/21 288/21 296/3 308/22 313/13 326/8 326/9 346/21 382/4 402/11 406/4
**Judge Bates [1]** 406/4
**Judge Mehta [1]** 382/4
**judges [1]** 326/5
**judgment [2]** 308/25 313/11 324/4
**judicial [2]** 271/9 275/15
**judicially [1]** 293/19
**Juli [2]** 264/6 266/13
**Juli Haller [1]** 266/13
**JULIA [1]** 264/7
**July [1]** 327/12
**jurisprudence [1]** 300/14
**juror [50]** 305/10 305/21 306/6 306/12 306/13 306/18 306/18 306/18 306/18 306/18 306/18 308/20 308/21 309/2 309/12 310/2 310/6 310/25 311/13 311/14 312/25 313/3 313/23 315/20 315/21 315/24 316/13 317/1 317/16 319/16 319/18 320/16 321/8 321/22 322/9 324/7 326/5 327/4 327/8 327/22 328/6 328/12 330/1 330/2 330/5 331/15 334/3 335/8 336/22 337/2 337/4
**Juror 0322 [1]** 328/6
**Juror 0551 [1]** 327/8
**Juror 1047 [1]** 331/15
**Juror 1186 [1]** 306/18
**Juror 1262 [1]** 306/18
**Juror 1369 [1]** 306/18
**Juror 1481 [1]** 308/20
**Juror 1591 [1]** 306/18
**Juror No. 148 [1]** 335/8
**juror's [4]** 315/18 317/3 321/11 326/20
**jurors [33]** 304/17 304/19 304/20 304/24 305/3 305/6 305/14 305/16 305/18 305/20 305/25 306/15 306/17 307/14 307/16 307/18 308/15 309/16 309/22 313/1 314/1 314/19 314/20 314/22 321/5 325/4 325/15 325/19 336/6 337/21 337/23 439/2 439/3
**Jurors 1140 [1]** 307/18
**jury [64]** 271/18 273/10

**jury... [62]** 274/13 275/24 283/6 283/9 286/16 288/7 288/13 288/22 301/20 301/22 302/3 302/9 302/15 304/15 304/18 311/15 313/19 314/17 314/22 314/25 315/3 315/14 318/1 318/4 319/24 321/3 321/15 324/23 331/3 331/10 331/10 331/14 333/4 337/20 337/22 341/24 342/5 342/5 343/5 344/1 347/18 347/25 350/7 359/4 359/5 359/12 361/20 361/25 364/1 364/7 364/13 364/19 365/7 366/1 373/2 376/2 399/13 409/6 409/22 421/23 421/24 437/21

**jury's [1]** 372/7

**just [154]** 266/25 267/1 269/8 269/11 269/22 270/19 270/19 270/24 271/1 271/21 271/23 273/5 274/6 276/6 276/24 278/17 279/4 280/10 281/2 281/9 285/4 287/1 288/20 289/12 293/6 295/6 295/10 297/23 299/13 299/15 302/4 302/8 302/13 303/5 304/7 304/16 304/25 305/24 307/9 307/17 308/1 308/15 310/20 312/9 312/10 313/4 313/13 315/2 316/3 316/21 318/14 320/11 320/11 321/12 324/4 325/2 325/11 326/19 327/4 332/14 332/17 333/5 333/7 333/9 334/7 334/18 334/19 336/2 336/11 340/9 344/15 346/25 349/18 350/9 350/21 351/1 351/8 351/13 354/1 356/6 356/10 358/1 359/12 360/10 360/20 361/3 361/21 363/11 365/4 367/16 369/18 370/17 371/5 371/5 374/10 374/13 375/2 375/7 379/9 380/9 381/1 381/14 381/17 381/20 381/21 383/2 383/3 384/10 385/23 386/21 386/24 392/11 394/10 396/19 397/18 398/6 398/18 399/25 400/20 400/25 401/14 402/7 412/12 413/19 415/3 416/5 416/22 417/15 419/14 419/20 419/25

**justice [1]** 388/17

**Justin [1]** 266/9

**Justin Sher [1]** 266/9

**K**

**Kathryn [2]** 262/14 266/8

**Kathryn Rakoczy [1]** 266/8

**kathryn.rakoczy [1]** 262/17

**keep [7]** 276/9 315/5 316/2 328/2 331/14 365/8 427/6

**Keeper [2]** 416/20 417/2

**Keepers [37]** 287/2 287/5 287/11 287/20 306/9 324/16 353/14 353/15 353/20 360/25 366/21 366/24 367/6 367/6 367/8 373/17 381/21 388/15 403/24 404/5 404/7 407/2 407/5 410/16 412/7 412/24 413/1 413/15 415/18 417/12 417/16 417/23 419/16 420/4 428/7 428/11 429/1

**keeping [1]** 428/22

**keeps [1]** 300/15

**Kelly [2]** 264/2 266/5

**Kellye [10]** 410/11 410/13 410/18 415/5 415/6 415/6 419/25 428/6 428/10 429/4

**Kellye Rhodes [1]** 415/5

**Kellye SoRelle [6]** 410/11 410/18 415/6 419/25 428/6 428/10

**Kellye SoRelle is [1]** 429/4

**Kellye SoRelle's [1]** 410/13

**Kenneth [2]** 264/11 266/6

**Kenneth Harrelson [1]** 266/6

**kettle [1]** 361/10

**keyword [1]** 416/16

**kick [1]** 427/9

**kidnap [1]** 296/8

**kind [16]** 272/15 279/25 356/17 359/1 363/3 379/20 381/8 391/10 402/5 413/2 413/5 421/12 428/3 428/10 433/2 434/3

**kinetic [1]** 284/1

**knew [3]** 282/12 370/2 424/12

**know [173]** 272/23 274/25 276/2 276/5 278/5 278/9 283/10 294/4 297/18 298/15 298/17 299/9 299/22 300/16 300/19 304/7 306/4 306/14 312/4 312/6 312/18 312/21 313/3 316/21 316/22 318/14 320/16 320/21 321/11 321/14 321/24 323/12 323/14 324/1 326/5 326/25 328/7 329/16 331/1 331/16 331/19 332/19 334/5 334/21 334/21 335/7 335/7 337/5 338/17 342/15 345/13 345/22 346/15 346/20 347/23 348/11 350/6 351/5 351/17 354/8 356/2 356/18 358/5 358/7 358/9 358/22 359/9 360/22 361/18 361/20 361/20 361/25 362/23 363/3 363/9 363/16 363/18 364/12 364/16 364/23 365/15 365/16 368/19 369/21 370/15 370/20 371/1 371/8 371/8 371/15 372/7 372/11 373/20 374/3 375/19 375/21 376/5 376/7 377/9 377/15 378/6 378/12 378/18 379/2 379/5 379/15 379/25 381/4 381/8 383/1 384/2 384/3 384/25 386/16 387/17 389/3 389/15 390/22 391/4 391/6 394/14 396/8 396/12 397/18 397/25 398/14 398/19 400/1 401/13 401/17 404/8 406/16 407/22 408/2 412/10 412/20 413/4 413/19 414/6 414/16 414/17 414/20 414/21 415/10 415/19 417/14 418/11 420/8 422/6 422/14 423/1 423/2 423/9 425/11 425/13 425/17 425/19 425/24 426/4 426/16 427/20 428/6 428/15 429/1 435/13 436/17 436/18 436/22 436/25 437/5 438/16 438/24 439/20

**knowing [2]** 395/13 432/25

**knowledge [5]** 277/3 279/2 281/17 291/10 306/9

**known [5]** 276/19 276/20 276/22 283/14

**knows [8]** 312/1 314/2 353/11 381/20 429/16 429/16 435/6 438/25

**Kramer [1]** 438/24

**L**

**LA [1]** 263/11

**label [1]** 425/25

**lack [3]** 302/12 340/5 381/18

**lacking [1]** 341/3

**ladies [2]** 363/4 422/25

**laid [3]** 273/14 284/24 421/22

**land [1]** 434/25

**language [7]** 280/17 289/22 316/18 390/25 391/1 391/12 391/15

**laptop [5]** 435/18 436/3 436/13 436/25 438/2

**laptops [2]** 436/15 436/18

**large [5]** 284/7 344/12 364/18 379/19 414/22

**largely [3]** 291/4 325/23 402/23

**Las [1]** 327/11

**LASSITER [1]** 263/3

**last [40]** 270/2 270/6 270/11 276/3 304/6 306/21 307/13 323/25 331/9 338/24 339/2 339/13 339/20 339/24 340/16 341/2 348/8 348/21 348/24 352/24 365/10 367/18 370/4 370/20 373/20 373/23 380/24 393/7 393/15 396/4 396/25 399/23 401/18 401/20 414/9 429/10 430/14 431/1 435/17 439/16

**last week [1]** 393/7

**late [2]** 270/10 340/16

**later [4]** 302/4 347/19 389/1 398/3

**latitude [1]** 434/13

**latter [1]** 402/10

**law [26]** 264/3 264/7 272/10 274/3 280/7 288/23 293/2 293/10 294/24 295/1 296/17 297/9 298/15 310/7 332/5 341/5 390/22 405/18 411/7 414/6 420/18 427/22 428/1 432/13 432/22 432/24

**lawful [3]** 278/8 296/10 296/24

**lawfully [1]** 279/7

**lawmakers [1]** 313/9

**Lawn [2]** 263/3 263/7

**laws [3]** 365/24 365/25 366/3

**lawyer [30]** 266/25 293/16 391/9 409/1 409/11 411/1 412/19

**413/7 413/22**

415/16 417/14 417/15 417/18 418/10 418/11 418/18 418/24 419/2 419/4 419/6 419/8 423/5 423/22 423/24 425/25 426/7 426/8 428/10 429/1

**lawyer's [1]** 404/22

**lawyer-client [1]** 423/24

**lawyers [2]** 300/3 412/8

**lay [2]** 407/18 434/5

**laying [3]** 280/11 288/20 369/2

**lays [1]** 381/19

**lead [3]** 284/12 300/7 413/13

**lead-up [1]** 413/13

**leader [1]** 353/19 366/23

**League [1]** 300/3

**leaning [1]** 324/18

**learned [2]** 270/16 331/4

**least [30]** 272/23 280/1 288/11 289/11 291/3 298/13 300/23 304/1 305/19 326/4 336/19 339/25 344/10 347/19 356/15 360/10 370/15 373/22 380/8 381/9 386/6 387/17 392/21 395/6 402/16 403/8 404/11 425/8 433/7 433/14

**leave [7]** 271/1 278/18 329/11 390/21 422/20 426/7 426/19

**Lee [2]** 263/7 266/11

**left [7]** 314/21 335/25 338/13 338/20 338/23 339/20 388/11

**legal [43]** 273/19 273/22 274/13 274/15 275/21 277/15 277/19 281/11 281/11 288/15 292/7 292/9 292/15 293/4 297/7 297/10 297/20 297/21 298/13 299/3 404/6 408/13 409/15 411/12 411/13 412/13 412/14 412/15 412/16 414/11 417/8 417/18 418/7 418/12 418/23 419/12 420/12 420/13 421/2 421/9 421/10 421/15 421/16 421/22

**legality [3]** 278/11 302/11 302/24

**legally [2]** 274/17 296/1

**lengthy [5]** 271/15 272/18 275/14 294/14 368/9

**lens [1]** 290/25

**less [2]** 291/6 364/12

**less-complicated [1]** 364/12

**let [32]** 269/11 270/18 270/24 271/21 279/25 293/8 299/11 299/13 305/24 309/24 336/22 337/3 344/3 360/21 361/9 361/19 361/20 362/6 362/23 363/3 364/23 375/18 384/17 385/23 401/16 413/6 416/17 428/1 428/3 436/25 438/24 439/19

**let's [21]** 269/5 269/21 270/12 271/1 278/18 278/18 284/14 304/14 315/5 316/2 333/5 338/1 350/5 350/10 358/1 380/11 380/12 384/10 385/16 401/14 426/7

**letter [4]** 283/4 387/2 404/9 413/3

**letters [9]** 287/3 287/3 287/5 287/18 290/3 301/14 386/12 392/4 403/9

**level [4]** 327/1 333/10 335/1 433/12

**libtards [1]** 376/21

**life [1]** 402/5

**light [8]** 270/19 277/6 333/13 367/14 375/25 378/4 389/8 389/9

**like [42]** 279/14 279/16 279/19 282/15 284/1 284/19 286/23 294/18 297/21 301/14 311/14 312/6 319/12 324/22 332/11 336/5 347/17 347/23 350/10 352/14 354/16 356/9 358/22 363/3 364/16 368/25 379/1 381/9 381/14 391/13 392/2 405/25 415/10 416/16 428/15 430/10 433/5 435/5 435/7 435/14 437/7 437/20

**likely [6]** 271/23 326/3 350/17 359/12 368/2 434/14

**limine [4]** 280/21 282/1 303/12 346/18

**limit [1]** 398/10

**limitations [1]** 294/17

**limited [4]** 432/16 432/16 436/17 437/23

**limiting [4]** 342/10 342/15 363/2 364/24

**limits [2]** 294/4 391/11

**Linder [9]** 263/2 263/3 266/11 310/10 310/16 314/10 319/22 321/14 372/13

**line [11]** 269/6 277/20 292/18 302/17 320/13

**lines [5]** 275/14 372/8 375/17 428/13 428/16

**lines [2]** 354/2 418/5

**link [1]** 437/10

**lips [1]** 316/18

**list [20]** 269/12 269/22 283/17 305/2 305/3 305/4 305/19 305/20 306/16 310/2 311/1 316/10 323/8 328/7 335/19 365/6 367/24 416/21 430/9 439/8

**listed [10]** 278/20 282/17 283/23 284/6 284/7 307/11 312/7 330/10 335/3 377/2

**listing [1]** 365/5

**lists [3]** 305/3 400/23 431/2

**litigate [1]** 430/17

**littered [3]** 283/9 283/19 283/25

**little [21]** 271/22 279/15 295/11 295/12 297/25 316/15 317/20 319/20 325/15 331/20 342/20 371/9 380/11 381/17 381/22 389/16 408/8 412/10 413/17 432/13 439/9

**live [1]** 319/1

**lives [2]** 356/3 379/15

**living [1]** 295/16

**LLC [2]** 263/14 264/12

**lobbying [1]** 287/6

**local [2]** 311/4 373/22

**location [1]** 319/11

**log [2]** 328/1 328/2

**long [19]** 269/13 283/14 283/14 283/18 285/7 293/13 293/23 294/21 298/22 313/1 320/15 333/14 342/9 344/7 346/24 350/25 351/12 364/11 373/1

**long-term [1]** 373/1

**longer [2]** 393/17 423/23

**look [43]** 272/2 275/1 277/14 279/14 279/16 286/9 290/5 290/6 291/2 294/18 304/2 315/20 320/11 334/20 335/8 337/3 345/11 359/9 368/25 372/16 375/17 375/21 378/24 379/23 379/25 380/3 387/10 388/1 390/21 390/22 391/1 391/13 397/13 397/17 398/8 398/19 419/3 422/6 423/17 424/16 426/16 432/13 434/10

**looked [3]** 296/6 305/9 354/12

**looking [5]** 269/8 303/18 353/1 390/7 421/24

**looks [5]** 336/15 371/8 391/13

**looming [1]** 400/6

**loss [2]** 329/9 329/12

**lost [1]** 339/19

**lot [12]** 273/25 278/16 303/22 319/15 342/17 342/18 357/16 368/16 368/24 372/15 386/16 414/22

**lots [3]** 375/8 420/13 434/24

**Louis [1]** 266/9

**Louis Manzo [1]** 266/9

**luck [1]** 346/22

**lunch [2]** 380/10 380/23

**Luther [4]** 282/21 282/23 286/22 294/15

**M**

**M-o-o-r-e [1]** 433/8

**machines [1]** 287/13

**made [34]** 278/22 308/18 309/17 322/19 323/5 323/11 327/19 339/23 343/8 343/17 345/14 363/24 367/2 367/10 375/23 375/24 380/1 382/20 382/23 388/23 390/23 399/18 399/21 402/18 408/25 409/3 409/13 409/17 423/20 429/9 429/21 433/3 433/12 439/22

**MAGA [1]** 373/18

**magistrate [1]** 296/3

**main [3]** 273/19 352/11 355/5

**maintain [1]** 436/12

**maintains [2]** 272/11 277/21 294/23

**major [1]** 357/7

**majority [1]** 435/23

**make [41]** 287/13 289/18 293/8 295/11 299/13 302/4 309/15 334/12 336/4 345/5 345/9 350/5 350/10 350/16 360/9 364/23 372/6 375/9 376/3 379/10 388/2 389/15 390/9 391/1 391/10 391/22 392/12 392/20 393/19 400/13 401/17 402/8 406/2 407/8 409/14 409/18 422/18 429/4 433/2 436/2 438/3

**makes [10]** 311/20 312/3 332/18 356/25 377/21 379/12 423/19 423/21 432/19 433/24

**making [10]** 325/20 358/13 362/10 363/16 374/1 376/4 388/8 425/13 436/12 438/21

**manner [1]** 300/13

**looks [5]** 336/15 371/8 391/13

**Manzo [5]** 266/9 350/15 350/16 393/20 410/9

**march [3]** 283/5 373/18 373/20

**marching [3]** 355/25 379/13 379/19

**marital [1]** 356/7

**Marshals [3]** 295/24 295/25 435/14

**Maryland [1]** 322/13

**mask [1]** 316/18

**massive [1]** 343/23

**material [9]** 383/18 383/18 384/12 384/24 388/6 408/25 416/7 423/20 424/9

**materials [4]** 381/13 381/23 417/6 423/16

**matter [24]** 273/5 273/13 273/15 273/22 274/13 274/15 285/4 288/23 292/9 292/12 293/1 294/24 297/7 297/19 308/4 330/25 347/4 370/16 405/20 410/21 414/18 419/3 425/22 441/4

**matters [6]** 270/1 341/19 402/1 410/21 434/24 435/2

**may [60]** 271/15 271/17 273/25 276/5 279/16 281/3 285/18 288/2 289/18 289/18 291/17 291/17 292/13 292/13 295/9 295/10 300/5 303/4 306/25 307/4 309/13 310/19 311/23 314/9 319/17 324/1 325/3 339/9 339/21 345/7 350/21 351/19 356/7 358/20 363/17 364/18 365/23 372/18 377/13 382/11 384/24 386/25 387/13 392/7 395/10 401/1 407/1 407/17 413/11 416/25 422/16 424/2 428/17 429/15 431/2 434/6 435/7 437/7 439/8 439/9

**maybe [20]** 300/12 300/21 307/16 308/1 321/12 329/16 329/16 338/13 363/16 372/23 373/15 375/23 382/10 392/19 396/8 401/12 403/18 419/15 432/21 437/22

**MD [1]** 264/18

**me [103]** 269/11

**Case 1:22-cr-00015-APM** [14] Page 197 of 211

**many [5]** 336/15 371/8 391/13

**mean [97]** 271/14 273/18 277/1 279/10 285/12 293/24 294/2 298/17 299/11 300/2 300/10 307/25 308/20 313/12 318/17 321/13 323/9 325/9 325/18 331/2 332/20 332/22 336/20 342/9 342/11 342/17 345/4 345/6 345/11 349/24 351/9 358/6 358/23 359/1 359/9 361/15 363/9 363/15 365/15 370/13 370/24 371/25 374/8 375/3 375/3 375/17 375/19 375/21 376/4 376/6 377/11 378/8 379/23 379/25 382/24 389/15 389/15 390/24 390/5 392/7 392/10 393/22 394/8 395/15 395/22 396/8 397/13 397/17 397/23 401/4 401/6 403/4 403/23 404/2 405/13 406/3 406/5 408/5 408/8 410/21 411/2 412/7 415/8 415/14 417/1 419/1 419/7 420/17 421/5 422/2 423/23 423/25 424/3 425/24 427/16 438/14 438/23

**means [7]** 271/3 273/1

459

**means... [5]** 275/3 294/22 304/10 306/14 347/9

**meant [3]** 283/21 369/22 369/22

**mechanical [1]** 265/6

**mechanism [1]** 432/15

**media [6]** 311/6 329/2 371/11 374/24 389/2 389/2

**medical [1]** 391/9

**meet [3]** 304/24 358/14 376/12

**meets [2]** 300/6 391/14

**Meggs [11]** 264/2 266/5 266/14 388/5 401/23 404/15 429/11 429/23 435/11 435/17 436/12

**MEHTA [3]** 262/9 380/19 382/4

**member [6]** 324/15 397/1 397/4 397/7 419/22 425/2

**members [12]** 284/8 351/6 352/6 353/6 359/3 359/19 382/21 393/12 397/2 397/8 404/6 419/20

**memo [3]** 276/4 276/6 276/13

**memory [3]** 395/25 406/5 432/13

**men [1]** 300/17

**mens [1]** 408/13

**mention [3]** 285/22 305/21 374/13

**mentioned [6]** 282/2 303/15 309/10 339/13 348/16 430/13

**mentions [1]** 374/4

**mere [1]** 383/3

**Merit [1]** 265/2

**message [8]** 358/12 358/12 371/16 373/10 373/14 373/15 376/16 386/14

**messages [21]** 300/24 369/14 371/22 371/22 372/16 382/16 383/20 384/19 389/22 390/16 392/4 392/4 411/19 411/20 412/22 414/2 414/5 414/7 420/2 420/24 427/23

**met [4]** 299/18 368/7 409/6 439/16

**methods [2]** 320/8 399/5

**middle [2]** 351/4 358/8

**might [8]** 274/5 311/9 313/18 318/4 318/13 322/7 323/23 324/23 332/14 350/3 350/22 357/9 360/11 362/5 362/16 376/12 382/11 388/8 394/12 395/14

**397/20 397/22 398/11 399/24 400/21 401/25 401/25 405/20 412/5 418/14**

**mile [1]** 319/1

**militia [3]** 275/3 282/7 293/3

**militias [1]** 284/7

**million [2]** 361/10 373/18

**Million MAGA March [1]** 373/18

**mind [17]** 271/19 273/2 274/21 288/16 323/11 331/3 352/10 360/14 361/14 362/21 363/14 363/19 364/2 377/12 378/7 378/15 421/9

**mindedness [1]** 317/25

**mindful [1]** 401/1

**mindset [1]** 367/1

**mine [1]** 434/25

**Minuta [1]** 338/17

**minute [2]** 302/1 352/3

**minutes [4]** 308/7 338/5 350/25 356/7

**mirror [1]** 390/18

**mirror-image [1]** 390/18

**misleading [1]** 409/13

**misrecollecting [1]** 392/8

**missed [5]** 307/17 308/1 329/11 335/20 421/1

**missing [1]** 338/12

**misspoke [1]** 313/15

**mistake [1]** 332/19

**mistaken [2]** 354/12 357/18

**misunderstandings [1]** 340/18

**mobilize [1]** 361/8

**moment [4]** 350/21 362/22 388/10 422/20

**Monday [3]** 323/1 347/20 437/16

**monikers [1]** 345/24

**monitoring [1]** 436/14

**month [2]** 382/17 427/10

**months [4]** 369/4 382/17 385/15 432/10

**Moore [2]** 433/8 433/21

**moot [1]** 398/7

**moral [3]** 308/24 324/3 326/15

**more [34]** 269/19 270/16 278/19 288/18 303/22 309/22 313/4 315/4 322/16 328/9 333/7 334/11 344/3 361/10 361/13 370/17 371/9 373/5 378/19 380/9 381/22 386/21 386/25 387/22 392/12

**408/23 413/17 414/12 431/23 434/14 439/7**

**morning [10]** 266/2 266/20 270/21 279/23 279/24 335/25 342/21 402/25 403/3 439/5

**most [10]** 269/14 292/15 295/4 311/19 320/19 325/23 326/3 350/12 350/17 411/3

**motion [32]** 270/2 270/3 270/9 271/9 273/14 279/5 279/13 280/21 280/24 282/1 292/11 300/11 303/12 346/18 348/9 348/21 349/6 349/11 349/14 381/11 382/19 387/1 388/5 391/17 391/22 392/7 392/8 392/17 396/25 398/7 398/10 438/3

**motions [3]** 348/8 433/1 433/19

**Mott [2]** 282/21 294/15

**move [10]** 304/14 316/7 319/15 320/22 328/1 361/3 371/5 408/8 413/21 415/9

**moved [1]** 282/12

**moves [1]** 351/2

**moving [2]** 316/2 330/9

**Mr [1]** 338/15

**Mr. [233]**

**Mr. A.G [1]** 377/21

**Mr. and Mrs. Caldwell [1]** 355/23

**Mr. Bright [18]** 269/15 272/23 278/5 278/9 278/20 279/22 280/25 284/14 291/21 293/16 295/6 295/8 297/3 299/10 303/20 338/12 372/13 431/18

**Mr. Caldwell [41]** 349/12 350/8 351/4 352/5 352/17 353/3 353/20 354/5 354/16 354/23 354/25 355/8 356/2 356/23 356/25 357/9 357/9 357/10 357/11 358/2 358/13 359/11 359/14 359/21 360/6 360/9 360/17 360/24 361/4 361/6 361/22 361/24 368/10 368/13 368/15 368/17 369/7 374/10 376/5 377/24 379/12

**Mr. Caldwell's [9]** 270/3 349/14 363/11 363/14 377/9 377/19 378/2 378/14 379/4

**Mr. Crisp [9]** 366/9 372/11 392/19 394/25 395/16 396/17 397/13

**Mr. Crisp's [1]** 392/17

**Mr. Crowl [9]** 353/3 357/11 357/12 357/13 358/2 358/14 358/18 358/21 369/8

**Mr. Crowl's [1]** 357/16

**Mr. Dolan [1]** 388/9

**Mr. Douyon [3]** 335/24 437/12 437/19

**Mr. Edwards [5]** 381/6 385/23 386/2 387/16 432/14

**Mr. Fischer [21]** 282/8 328/2 339/7 349/16 350/1 352/19 356/16 357/24 360/4 360/20 365/10 367/13 370/9 375/10 375/21 377/20 379/2 379/8 379/12 431/9 431/18

**Mr. Fischer's [5]** 282/1 282/10 352/15 360/23 433/18

**Mr. Geyer [1]** 388/7

**Mr. Harrelson [2]** 401/24 404/16

**Mr. James [1]** 387/21

**Mr. James' [1]** 389/19

**Mr. Linder [6]** 310/10 310/16 314/10 319/22 321/14 372/13

**Mr. Manzo [4]** 350/15 350/16 393/20 410/9

**Mr. Meggs [8]** 388/5 401/23 404/15 429/11 429/23 435/11 435/17 436/12

**Mr. Minuta [1]** 338/17

**Mr. Nestler [12]** 315/16 316/24 317/11 319/2 320/2 320/21 323/17 324/17 329/18 332/9 337/9 396/15

**Mr. Nestler's [3]** 314/23 320/12 323/9

**Mr. Rhodes [29]** 286/2 286/4 290/6 290/10 290/14 290/22 291/16 293/15 300/6 301/6 342/23 367/7 369/10 381/18 381/20 381/22 382/5 392/10 401/23 403/1 403/6 404/14 407/13 407/14 409/12 412/6 412/14 412/16 439/23

**Mr. Rhodes' [6]** 270/2 270/7 273/20 348/9 381/2 381/11

**Mr. Stamey [1]** 368/17

**Mr. Tarpley [17]** 348/12 348/15 349/4 382/1 382/22 383/13 384/6 384/10 386/3 386/20 386/23 387/1 387/10 388/9 390/7 439/16 439/22

**Mr. Crisp's [1]** 392/17

**Mr. Crowl [9]** 353/3 357/11 357/12 357/13 358/2 358/14 358/18 358/21 369/8

**Mr. Woodward [13]** 269/8 295/15 295/21 339/9 346/12 365/14 387/14 410/7 415/9 421/1 436/10 436/25 440/9

**Mrs. [4]** 355/23 355/24 355/24 356/9

**Mrs. Caldwell [2]** 355/24 355/24

**Mrs. Caldwell's [1]** 356/9

**Ms [1]** 400/16

**Ms. [55]** 270/8 270/23 276/4 291/23 299/11 302/7 307/21 309/19 312/9 316/5 328/2 339/16 340/4 340/15 351/21 353/1 354/17 358/14 360/21 362/14 363/7 369/8 369/24 379/13 395/16 396/9 396/18 397/1 397/20 402/14 402/23 403/16 403/22 404/20 405/24 406/17 406/21 406/24 407/1 407/9 407/12 407/23 408/4 408/18 409/15 409/15 421/2 421/11 421/17 422/23 423/15 424/8 428/14 429/1 438/1 440/8

**Ms. Caldwell [2]** 369/8 379/13

**Ms. Haller [5]** 307/21 309/19 312/9 316/5 328/2

**Ms. Hughes [4]** 270/23 291/23 299/11 302/7

**Ms. Rakoczy [6]** 339/16 340/4 340/15 351/21 360/21 440/8

**Ms. SoRelle [19]** 276/4 402/14 403/16 403/22 405/24 406/17 407/1 407/9 407/12 407/23 408/4 408/18 409/15 421/2 421/17 422/23 424/8 428/14 429/1

**Ms. SoRelle's [6]** 402/23 404/20 406/21 406/24 421/15 423/15

**Ms. Watkins [12]** 270/8 353/1 354/17 358/14 362/14 369/24 395/16 396/9 396/18 397/1 397/20 438/1

**much [14]** 280/5 282/23 312/19 327/6 344/10 360/11 367/9 374/11 381/8 386/25 388/10 407/22 408/5 408/9

**muddle [1]** 275/24

**multiple [4]** 332/18 354/4 370/13 371/2

**M**

multiple-conspiracies-
type [1] 371/2
murder [1] 296/6
musing [1] 416/5
must [4] 328/18 383/4
409/8 411/13
mute [2] 382/1 382/2
my [59] 269/12 269/22
272/3 272/14 273/25
276/15 277/3 285/13
288/6 288/16 292/23
293/10 310/2 311/1
312/19 313/10 316/10
316/15 319/24 321/22
323/8 323/11 324/9
329/10 330/1 331/9
333/8 334/3 334/11
334/12 336/5 336/7
336/19 337/6 339/20
340/17 346/6 346/7
347/15 347/20 349/20
353/13 369/22 376/11
380/8 382/5 388/16
389/4 393/5 393/12
395/7 395/7 405/12
409/9 419/21 430/14
430/9 432/13 432/24
myself [5] 324/13
339/14 340/9 376/20
377/23

**N**

name [7] 319/24 320/1
351/6 353/10 420/6
429/12 429/18
named [1] 266/18
names [3] 330/12
416/21 416/22
Nancy [1] 359/25
national [1] 353/15
nationwide [2] 287/22
367/6
nature [1] 277/23
318/2 386/5
necessarily [8] 346/21
360/12 381/8 400/24
408/20 415/5 423/23
424/19
necessary [9] 342/16
373/2 376/23 377/1
377/25 378/1 378/6
399/12 435/15
need [39] 269/11
302/14 303/21 304/3
307/24 316/5 319/2
332/9 335/9 337/21
337/24 338/19 341/16
343/2 346/16 347/9
368/17 368/18 370/17
372/5 375/2 385/6
397/5 397/6 399/15
399/17 407/10 407/11
416/15 416/22 419/3
435/8 435/13 436/20
437/21 439/19
needs [9] 302/13 347/6

413/20 422/7 430/6
439/15
nefarious [1] 368/20
negate [1] 291/4
negative [1] 318/20
neighbor [3] 315/10
386/15 391/7
Nestler [14] 262/14
266/8 315/16 316/24
317/11 319/2 320/2
320/21 323/17 324/17
329/18 332/9 337/9
396/15
Nestler's [3] 314/23
320/12 323/9
Nevada [2] 420/8
420/10
never [14] 273/6
274/23 280/15 290/4
290/14 290/14 290/15
290/15 290/16 302/2
344/16 357/3 368/12
410/12
nevertheless [2] 359/2
363/18
new [5] 300/12 300/13
370/6 376/14 414/12
news [7] 311/4 311/18
312/3 329/1 350/25
351/24 360/7
newspaper [1] 403/23
next [31] 310/2 311/1
315/7 316/10 317/5
318/16 318/17 319/7
320/16 321/18 322/9
322/24 323/8 323/21
324/7 326/13 327/8
328/19 330/1 331/16
332/3 332/4 334/10
338/23 347/24 374/19
386/15 392/17 437/1
437/8 437/12
next-door [1] 386/15
niece [1] 324/10
night [7] 276/3 376/23
377/1 377/25 378/5
414/9 429/10
nil [1] 285/10
Nixon [1] 383/5
NJ [1] 264/13
no [74] 262/4 264/4
266/5 274/14 281/9
285/19 287/20 290/9
290/24 290/24 291/9
297/16 299/7 299/14
302/23 309/5 310/1
311/7 313/7 315/13
316/13 316/18 319/4
325/11 328/5 330/7
332/25 334/21 335/7
335/23 336/21 339/22
347/19 348/20 353/9
354/25 358/19 366/14
369/15 369/19 374/3
375/4 386/16 389/17
390/2 390/11 390/11
392/22 393/17 399/9

405/12 405/12 412/3
412/13 413/2 423/8
423/8 423/23 423/25
424/22 425/2 425/4
425/4 425/4 425/4
429/6 432/3 432/6
436/8 438/10 439/21
No. [7] 266/3 335/8
353/10 353/19 367/20
368/6 368/7
No. 22-15 [1] 266/3
nobody [5] 277/3
284/2 370/2 419/14
423/15
non [3] 391/23 392/11
417/2
non-Oath Keeper [1]
417/2
non-privileged [2]
391/23 392/11
noncrime [1] 296/25
none [3] 294/10 393/24
411/15
normal [2] 413/3 415/1
North [13] 263/15
353/12 353/14 353/16
353/19 360/24 365/11
366/20 366/24 367/5
367/8 369/5 373/17
North Carolina [11]
353/12 353/14 353/16
353/19 360/24 365/11
366/24 367/5 367/8
369/5 373/17
Northern [1] 276/8
not [329]
note [3] 316/3 360/10
381/9
noted [1] 310/14
notes [3] 336/19 337/6
392/4
nothing [5] 335/3
398/4 416/15 418/13
418/15
notice [21] 270/10
271/9 276/2 283/5
303/16 346/13 395/6
395/9 396/23 399/10
399/11 401/18 401/21
402/8 407/18 410/4
421/20 421/21 422/7
426/17 430/1
noticed [1] 269/20
notification [1] 396/23
notify [2] 337/20
436/11
noting [1] 339/3
notion [6] 276/25
291/12 292/2 297/24
308/13 385/25
novel [2] 300/12
300/13
November [2] 322/14
322/14
now [49] 272/13
280/14 281/7 283/10
286/23 289/2 298/6

305/8 305/22 312/10
322/4 337/20 338/1
340/4 340/14 340/22
344/12 345/3 346/12
346/13 346/23 350/13
351/18 352/23 353/13
363/1 370/6 372/12
373/17 380/10 382/14
386/2 391/15 402/12
402/15 405/9 408/1
412/8 425/19 426/4
427/15 431/5 431/7
431/20 432/10 436/1
number [20] 269/10
270/5 305/21 316/11
316/12 327/9 327/22
330/11 335/18 337/24
341/2 341/18 350/23
402/22 431/19 436/17
437/14 437/15 437/20
437/23
numbers [3] 310/10
345/23 439/9
NW [4] 262/15 264/3
264/7 265/4

**O**

Oak [2] 263/3 263/7
oath [48] 287/2 287/5
287/11 287/20 306/9
314/3 324/16 324/24
325/4 325/6 325/10
325/17 325/17 353/14
353/15 353/20 360/25
366/21 366/24 367/6
367/6 367/8 373/17
381/21 382/25 388/15
403/24 404/5 404/7
407/2 407/5 410/16
412/7 412/24 413/1
413/15 415/18 416/20
417/2 417/12 417/16
417/23 419/16 420/4
428/7 428/11 429/1
439/24
Oath Keeper [1]
416/20
Oath Keepers [36]
287/5 287/11 287/20
306/9 324/16 353/14
353/15 353/20 360/25
366/21 366/24 367/6
367/6 367/8 373/17
381/21 388/15 403/24
404/5 404/7 407/2
407/5 410/16 412/7
412/24 413/1 413/15
415/18 417/12 417/16
417/23 419/16 420/4
428/7 428/11 429/1
object [19] 302/19
309/13 310/18 312/5
313/25 314/8 314/12
316/5 316/25 317/22
346/22 351/7 354/10
355/2 356/5 357/19
364/5 377/16 415/12

objecting [3] 340/21
345/18 355/15
objection [23] 305/5
309/25 312/25 316/3
319/4 329/18 344/6
344/13 345/4 354/18
355/5 355/7 355/17
356/11 357/4 357/7
360/2 360/18 361/4
361/16 365/10 378/13
399/14
objections [12] 305/25
339/3 339/4 339/5
344/20 346/16 346/24
347/1 347/14 357/22
367/4 367/14
objective [1] 397/9
objects [1] 363/21
obligation [1] 384/11
obligations [2] 323/4
396/23
observe [2] 344/22
409/22
observing [1] 374/10
obstruct [1] 287/15
obstruction [4] 291/7
425/5 425/9 425/20
obstructive [1] 426/1
obtain [1] 388/18
obvious [4] 314/25
318/13 357/1 399/16
obviously [14] 341/14
357/12 376/3 376/5
383/1 391/8 393/6
399/9 402/14 402/18
422/14 424/9 424/10
432/7
October [11] 319/11
322/13 323/1 323/1
323/2 327/12 331/17
331/17 334/2 334/17
441/7
odds [1] 345/15
off [18] 289/7 296/4
305/9 308/13 320/22
324/23 328/1 353/15
356/21 357/6 367/6
370/19 389/9 391/10
429/20 435/24 438/15
440/10
offenses [2] 378/16
407/14
offensive [1] 368/11
offer [2] 284/10 397/3
offered [2] 342/6
363/13
offers [1] 423/22
office [4] 262/15
337/21 338/14 340/13
officer [5] 290/17
328/8 388/15 402/17
419/17
Officer Harry Dunn [1]
388/15
officers [2] 417/19
419/12
OFFICES [1] 264/7
official [4] 265/3 278/2

**O**

official... [2] 291/7
415/20
offs [1] 375/19
often [3] 404/21 418/20
431/23
Oh [5] 303/11 319/21
335/17 394/20 430/20
okay [116] 266/20
266/24 269/21 274/11
279/21 281/20 285/20
287/23 288/11 289/10
294/8 295/7 297/2
297/21 302/16 303/3
304/14 305/17 308/2
309/7 309/19 309/21
310/23 311/22 314/7
316/2 316/14 317/2
317/14 318/15 320/10
322/5 322/8 322/23
323/20 326/23 328/3
331/1 331/25 332/16
333/3 335/21 337/3
337/6 337/8 337/13
337/17 338/1 338/11
339/6 339/11 342/8
344/2 347/7 347/20
348/4 349/10 349/22
350/19 351/15 352/13
357/23 360/1 360/19
363/8 365/9 366/15
367/12 373/14 374/18
375/16 378/3 379/23
380/6 380/22 381/25
385/16 385/17 387/9
391/15 392/1 392/6
392/14 394/3 394/25
397/12 400/9 400/19
401/3 401/17 402/10
406/3 408/22 410/6
414/14 416/25 419/4
422/5 422/20 422/25
423/9 423/13 426/15
430/5 430/9 431/14
432/12 434/21 435/4
436/5 437/3 437/18
438/12 438/21 439/1
440/1
old [1] 324/10
once [6] 304/21 326/7
342/9 372/9 375/18
430/14
one [81] 266/25 272/1
272/6 273/19 274/25
277/3 277/4 277/9
280/19 281/25 283/23
284/8 287/11 293/5
297/18 299/17 301/2
303/4 305/3 306/21
307/10 307/13 315/10
315/23 318/4 320/18
326/4 328/22 334/10
336/16 342/6 342/13
342/16 344/15 344/15
350/20 352/22 355/17
359/1 360/10 361/6
362/21 364/7 365/4
365/15 365/22 366/1

370/15 372/20 373/19
374/21 374/23 375/1
375/12 375/19 376/11
377/21 378/13 379/11
381/11 382/17 386/6
387/17 387/22 388/2
394/20 395/12 398/23
399/23 401/11 403/20
408/23 412/5 416/12
426/20 430/19 431/8
431/22
one-offs [1] 375/19
online [2] 334/3 385/4
only [42] 271/12
271/18 286/4 297/11
298/1 301/6 306/16
307/3 307/5 314/17
314/19 331/9 334/11
341/25 342/12 352/1
352/1 352/16 361/24
362/8 362/20 363/5
364/14 364/20 365/15
383/23 384/5 385/15
389/11 392/3 393/19
395/3 396/1 408/14
411/8 415/21 421/19
421/20 429/5 429/23
430/19 436/15
onus [1] 339/7
Op [1] 367/9
open [15] 269/4 287/2
287/5 289/12 290/3
347/10 350/2 350/4
364/7 401/5 401/8
422/10 422/13 427/5
428/23
opened [1] 410/4
opening [23] 270/3
292/1 292/17 293/7
294/24 295/5 297/7
297/21 298/6 298/25
301/10 302/4 302/20
347/19 400/21 401/1
401/12 401/16 401/17
405/6 409/24 423/7
423/10
openings [2] 298/3
304/11
openly [1] 300/2
opens [1] 428/20
operations [2] 399/1
399/6
opining [1] 421/17
opinion [7] 310/4
315/22 323/15 389/4
412/14 412/15 412/16
opinions [3] 389/7
414/11 419/10
opponent [4] 352/10
360/15 362/9 363/14
opportunity [10]
280/23 283/16 284/10
303/16 303/23 316/7
381/5 391/18 398/14
426/18
oppose [1] 348/22
opposed [7] 271/2

362/9 415/1 418/8
opposes [1] 434/17
opposite [1] 325/7
opposition [1] 348/23
oppressive [1] 387/20
optimal [1] 372/8
oral [1] 403/17
order [17] 270/9
270/12 280/10 295/20
296/15 338/9 372/25
381/1 384/18 384/21
393/22 397/5 401/20
406/6 422/12 430/1
435/8
ordered [1] 384/24
orders [1] 279/7
ordinarily [1] 334/5
organization [18]
351/23 404/5 405/8
412/20 413/7 413/22
415/21 415/22 417/15
417/19 417/20 417/23
418/3 418/9 418/12
418/18 418/18 418/22
organizational [1]
420/5
original [4] 369/6
369/9 382/8 382/9
originally [4] 280/12
355/13 369/8 439/5
origins [1] 275/2
other [81] 273/8 281/8
287/11 290/12 306/25
307/4 312/23 314/13
320/8 325/5 326/5
340/6 341/19 345/13
349/4 351/3 351/12
353/22 357/7 358/16
358/17 362/4 362/9
362/17 365/19 366/11
367/4 367/4 368/12
371/6 371/22 372/1
373/4 374/7 375/22
379/4 379/20 382/9
386/21 392/5 392/24
394/23 394/23 395/5
395/7 395/8 395/10
395/13 396/9 397/7
397/10 397/15 397/19
398/3 399/1 399/17
403/6 403/16 403/19
403/21 404/14 407/13
408/11 409/3 411/3
412/17 413/13 415/5
415/12 425/15 429/22
429/24 430/15 430/16
431/12 432/25 433/19
434/7 434/8 436/19
438/4
others [5] 332/11
378/19 389/10 403/15
429/6
otherwise [9] 272/24
278/10 299/2 344/16
345/18 358/8 385/8
406/6 409/13
ought [6] 297/20

396/11 409/4
our [47] 271/9 273/14
275/21 277/23 278/1
278/2 278/13 279/2
280/10 282/7 283/23
288/20 290/11 290/21
290/22 292/11 299/18
300/11 304/4 313/10
316/3 317/9 324/5
338/1 339/2 340/18
343/14 345/25 347/1
348/12 348/20 355/5
367/1 368/24 378/9
378/11 383/6 386/11
391/22 394/6 395/13
405/4 411/18 432/8
436/11 438/14 439/7
ours [1] 280/18
out [69] 273/5 273/14
277/4 277/10 279/4
279/11 280/11 284/24
290/21 295/16 295/16
295/18 298/15 309/22
310/16 319/10 319/12
319/24 320/1 322/25
331/3 332/17 334/7
334/23 344/20 346/22
354/4 354/14 354/19
355/6 355/13 357/13
368/6 368/13 368/18
369/2 369/4 369/6
371/15 372/11 372/18
373/5 374/20 375/6
381/19 384/14 384/18
390/23 407/18 410/2
411/19 413/20 414/10
414/12 420/18 421/22
422/8 422/17 426/20
426/23 427/7 427/15
427/17 428/11 434/5
434/16 435/13 437/17
437/21
out now [1] 427/15
outer [1] 284/22
outlook.com [1]
264/10
outraged [1] 313/8
outrageous [1] 376/8
outset [2] 305/24
415/25
outside [3] 276/22
412/19 412/20
outstanding [2] 270/1
348/7
outweigh [1] 378/17
outweighed [2] 356/19
374/11
over [22] 279/19
288/16 295/24 298/22
305/5 321/4 332/25
333/22 346/8 348/8
349/21 350/17 350/18
350/24 370/7 371/13
374/21 385/3 415/13
416/13 426/21 436/9
overbroad [1] 381/24
overcome [1] 433/15

overinclusive [1]
390/13
overrule [2] 360/2
378/13
overruled [1] 361/17
overspeak [1] 432/24
overspeaking [1]
428/17
overt [4] 290/17 290/20
291/1 299/3
overthinking [1]
295/11
own [8] 273/20 278/11
292/8 293/5 300/9
312/4 401/11 410/13
owner [1] 295/17

**P**

P. [1] 380/19
P.A [1] 264/16
p.m [12] 354/22 355/7
355/15 355/21 355/22
361/13 373/8 374/22
379/13 380/17 380/17
440/11
PA [1] 263/15
page [7] 279/5 300/5
304/13 328/16 336/24
374/19 381/19
page 4 [1] 381/19
pages [1] 283/18
paid [2] 319/11 319/13
328/24 334/1
pain [1] 333/12
Palian [1] 300/6
pandemic [1] 329/10
paragraph [1] 355/10
paragraphs [1] 389/1
parameters [5] 275/15
292/7 294/25 400/21
402/19
paraphrasing [1]
387/20
Park [1] 264/3
parked [1] 296/1
parse [1] 361/19
part [21] 275/7 281/12
281/19 282/13 286/3
286/24 287/3 295/2
340/18 343/17 373/11
386/6 395/18 396/4
397/10 397/24 399/6
404/19 405/4 418/3
430/6
parte [2] 289/9 434/9
partial [1] 332/5
participant [2] 365/15
424/11
participated [1] 408/4
participation [1]
398/25
particular [20] 271/13
271/16 273/12 275/11
276/16 305/25 306/10
340/10 341/4 341/9
341/25 342/12 354/18
361/12 362/19 362/21
362/21 363/21 364/14

**particular...** [1] 399/19
**particularly** [7] 275/20
339/13 358/22 359/3
372/7 411/21 417/4
**particulars** [6] 270/8
366/9 392/18 393/2
394/9 398/7
**parties** [15] 270/13
274/19 304/9 304/18
304/22 305/3 305/14
322/17 328/11 335/16
336/6 381/1 385/18
401/1 437/9
**parties'** [1] 305/7
**parts** [2] 372/5 393/11
**party** [5] 352/10 360/15
362/9 363/13 385/19
**party-opponent** [2]
352/10 362/9
**pass** [1] 426/17
**passed** [1] 436/22
**passing** [1] 271/24
**past** [3] 275/4 319/15
398/25
**path** [2] 288/18 397/5
**patriots** [1] 361/10
**pause** [5] 273/23
291/25 312/14 324/8
327/9
**pay** [1] 329/10
**payments** [2] 295/18
323/5
**pays** [2] 329/9 334/11
**PBS** [2] 419/21 419/22
**PDF** [2] 354/23 374/24
**peacekeepers** [1]
287/22
**peacekeeping** [1]
284/10
**Pelosi's** [1] 359/25
**Pence** [2] 356/3 379/15
**pending** [2] 387/21
399/1
**Pennsylvania** [1]
264/7
**people** [40] 282/24
283/6 283/22 291/12
308/5 308/8 311/19
312/1 312/2 312/7
312/12 316/6 318/3
318/5 318/22 320/13
326/6 330/10 330/11
330/11 335/13 353/17
368/13 368/19 374/9
375/8 379/20 380/1
387/6 389/3 389/6
398/13 410/19 414/4
415/5 420/1 437/16
437/20 437/23 439/8
**per** [2] 284/6 314/19
**perceived** [2] 292/3
358/21
**performing** [1] 311/15
**perhaps** [12] 300/12
308/18 326/11 333/4
367/4 371/9 373/6
375/23 382/19 392/21

**perimeter** [1] 284/22
**period** [5] 273/3
363/24 383/21 383/22
410/5
**periodic** [1] 333/12
**periods** [1] 333/14
**perjury** [1] 325/6
**permissible** [2] 292/14
299/19
**permission** [1] 327/25
**permit** [1] 274/16
**permitted** [9] 272/17
277/22 278/1 292/25
294/24 295/1 398/24
422/10 436/12
**perpetrate** [1] 313/9
**person** [118] 266/18
296/2 296/6 296/9
305/21 305/22 306/19
307/2 307/4 307/11
308/11 308/13 308/21
308/25 309/1 309/7
310/3 310/14 311/1
311/3 311/5 311/6
311/7 312/2 312/4
312/15 312/22 315/7
315/8 315/14 315/19
316/10 316/11 316/15
317/5 317/7 317/12
317/16 317/22 318/6
318/10 318/16 318/19
319/1 319/3 319/7
319/8 319/9 320/3
320/17 321/18 321/19
321/25 322/10 322/24
323/3 323/6 323/8
323/10 323/21 323/21
323/23 323/24 324/2
324/2 324/5 324/19
324/20 324/23 326/19
327/8 327/17 328/19
328/25 328/25 329/3
329/18 330/21 331/3
331/10 331/15 331/21
332/3 332/4 332/10
332/12 332/18 333/3
333/8 333/9 333/16
333/25 334/5 334/15
334/15 334/18 335/1
335/3 335/5 335/8
335/11 336/3 337/8
353/9 353/10 353/19
366/23 367/2 367/10
367/20 368/6 368/7
373/10 376/16 410/25
411/16 416/2 434/6
**Person 3** [3] 366/23
367/2 367/10
**Person No. 3** [4]
353/10 353/19 368/6
368/7
**Person No. 3's** [1]
367/20
**person's** [5] 318/8
321/16 334/22 396/3
396/5
**personal** [6] 327/10

419/12 420/3
**personally** [2] 376/20
377/23
**perspective** [2] 383/3
410/23
**pertinent** [6] 360/14
362/15 365/21 379/17
408/16 428/19
**phillip** [3] 263/2 263/6
266/11
**Phillip Linder** [1]
266/11
**phone** [25] 345/23
356/9 357/15 383/19
385/4 385/12 387/6
389/19 389/21 389/23
389/25 390/2 392/3
392/5 404/20 404/22
406/21 406/24 414/16
414/21 414/22 414/24
416/14 421/6 428/2
**phones** [6] 266/22
385/12 390/9 390/12
390/19 423/16
**phrase** [1] 340/5
**physical** [2] 282/1
301/13
**picked** [1] 321/15
**picking** [1] 372/17
**piece** [1] 399/23
**piggyback** [1] 370/19
**pike** [1] 368/21
**place** [3] 279/20 328/3
365/3
**placed** [3] 325/4
325/10 382/12
**places** [1] 332/18
**Plaintiff** [1] 262/4
**plan** [7] 269/12 338/4
358/10 362/15 362/16
365/5 365/21
**planned** [6] 331/16
331/20 334/1 334/17
364/25 374/9
**planning** [8] 290/2
319/10 352/1 352/2
373/2 397/3 397/10
409/24
**plans** [3] 320/8 322/19
358/14
**plausible** [1] 308/18
**playful** [1] 358/7
**playing** [1] 352/1
**plea** [8] 382/18 383/25
386/8 386/10 387/18
388/24 389/13 391/25
**pleaded** [1] 387/20
**pleas** [3] 382/17 383/7
383/21
**please** [7] 286/19
295/9 338/10 338/16
380/21 393/4 401/16
**pled** [3] 382/25 386/15
387/6

**plenty** [4] 284/19
284/20 303/22 426/18
**pneumonia** [1] 333/11

**podium** [1] 282/4
**point** [37] 274/12 279/4
279/11 283/4 284/8
291/9 298/23 303/9
310/24 311/20 316/8
328/3 332/17 333/6
335/12 349/9 351/4
354/4 354/14 354/19
354/21 355/6 355/13
355/20 368/6 369/6
372/11 372/13 373/5
374/7 374/20 386/24
416/6 418/6 421/3
427/17 429/3
**pointed** [5] 273/4
277/4 277/10 298/15
310/16
**police** [3] 315/10
315/11 328/8
**political** [1] 375/9
**portends** [1] 275/20
**portion** [3] 351/9
351/11 372/19
**portions** [2] 351/12
393/23
**portrayed** [1] 287/19
**pose** [1] 325/21
**posed** [1] 396/21
**position** [22] 271/12
274/22 277/18 281/1
281/4 289/1 292/9
302/10 325/16 343/14
345/25 364/6 369/10
379/10 382/5 383/6
398/15 410/11 413/17
415/20 415/22 427/21
**possession** [3] 385/3
421/15 424/9
**possibility** [3] 369/2
402/20 417/24
**possible** [10] 311/16
311/17 320/6 382/7
395/4 395/21 396/20
397/1 410/16 439/6
**possibly** [4] 317/20
360/15 374/2 415/17
**post** [10] 272/8 272/25
294/11 355/1 355/1
355/11 360/11 360/12
361/22 387/24
**post hoc** [1] 294/11
**post-conspiracy** [1]
272/25
**postdate** [1] 386/10
**posted** [4] 354/6
387/18 388/1 438/11
**postings** [2] 287/25
360/5
**postponed** [1] 269/25
**posts** [1] 360/6
**potential** [13] 289/17
298/4 315/8 325/19
330/9 334/23 334/24
410/17 412/25 426/23
429/5 431/1 439/24
**potentially** [5] 275/7
318/9 332/12 337/23
413/11

**power** [1] 292/4
**practical** [1] 325/11
**pray** [1] 389/11
**pre** [2] 334/1 386/8
**pre-dated** [1] 386/8
**pre-planned** [1] 334/1
**preceded** [2] 354/8
411/4
**precedent** [2] 286/12
299/4
**precedes** [1] 359/18
**precise** [2] 362/7
403/18
**preclude** [1] 275/13
**precluded** [3] 272/12
277/25 399/2
**predicate** [1] 409/20
**predisposed** [1]
318/19
**predominantly** [1]
407/14
**prefer** [2] 372/2 427/14
**prejudging** [1] 426/6
**prejudice** [3] 312/4
356/19 380/3
**prejudicial** [3] 357/19
361/13 378/16
**preliminary** [1] 385/16
**prepaid** [1] 334/16
**preparation** [1] 299/3
**prepare** [2] 277/23
417/23
**prepared** [9] 273/20
275/8 276/15 277/6
305/19 343/21 348/21
363/4 416/8
**preparing** [2] 273/9
413/25
**preponderance** [2]
407/12 408/3
**prescient** [1] 395/6
**prescreening** [1] 334/3
**presence** [1] 352/8
**present** [9] 274/2
274/5 284/17 288/19
318/22 334/13 352/9
366/1 370/22
**presentation** [4] 295/6
340/1 421/23 422/2
**presented** [5] 272/16
280/12 293/6 326/10
343/25
**presently** [1] 280/1
**President** [41] 273/5
273/22 274/16 275/4
275/6 276/9 276/11
278/21 278/24 282/5
282/9 282/15 283/1
283/24 284/6 284/13
285/9 286/5 286/16
287/3 287/6 289/13
289/15 291/13 292/4
292/13 292/20 293/2
293/11 293/18 297/8
297/24 298/8 298/11
299/1 299/7 302/25
313/9 369/23 403/3
418/4

Case 1:22-cr-00064-BAH Document 88-23 Filed 12/07/23 Page 202 of 211

**P**

**President Trump [8]** 278/21 282/5 282/15 284/6 285/9 287/3 287/6 369/23

**President's [3]** 288/8 302/22 302/24

**presiding [2]** 321/4 380/19

**press [3]** 271/21 330/12 379/24

**pressing [1]** 436/20

**pressingly [1]** 295/4

**pressure [3]** 382/10 382/12 386/17

**presumably [5]** 301/5 385/7 397/23 420/25 421/8

**presumption [1]** 297/21

**pretrial [4]** 262/9 339/2 378/25 430/14

**pretty [6]** 314/25 325/21 388/10 419/7 432/19 433/3

**Prettyman [1]** 265/4

**prevent [1]** 308/25

**prevented [1]** 324/4

**preview [1]** 401/10

**previewed [2]** 341/2 342/20

**previous [1]** 281/22

**previously [5]** 269/20 287/9 293/25 367/21 431/19

**priest [1]** 391/9

**priests [1]** 391/5

**prima [3]** 345/5 345/9 370/23

**prima facie [1]** 345/9

**primarily [1]** 277/10

**primary [3]** 301/11 324/9 403/2

**principal [2]** 317/17 318/4

**principles [2]** 297/20 297/21

**printer [3]** 435/5 435/7 435/9

**printout [1]** 365/2

**prior [9]** 278/21 289/9 353/15 382/17 383/16 383/21 396/1 396/2 396/23

**privacy [1]** 390/20

**private [1]** 416/14

**privilege [10]** 325/20 368/3 369/1 379/18 379/24 392/12 405/7 406/2 415/17 416/4

**privileged [8]** 391/3 391/23 392/11 404/25 405/19 406/6 413/4 421/6

**privileges [2]** 282/19 287/15

**privy [3]** 404/18 405/9 407/6

---

**probably [4]** 408/7 408/9 408/11 408/14

**probably [17]** 302/9 304/4 308/16 314/2 314/18 319/8 324/18 331/13 357/15 357/21 365/1 373/22 378/18 388/23 397/8 398/8 411/3

**probative [8]** 273/2 356/17 361/14 361/14 374/11 377/11 378/14 378/17

**problem [9]** 297/17 325/21 328/5 330/17 368/6 368/16 371/10 399/10 399/11

**problematic [5]** 325/15 341/1 353/2 354/1 354/21

**problems [2]** 327/13 416/6

**procedurally [1]** 409/7

**procedure [2]** 384/23 421/25

**proceed [1]** 434/20

**proceeding [1]** 291/8

**proceedings [9]** 262/9 265/6 266/19 330/4 330/6 330/23 331/5 440/11 441/4

**process [7]** 318/1 329/15 368/23 371/18 395/9 415/12 431/16

**produce [1]** 386/10

**produced [4]** 265/7 340/7 386/7 417/12

**producer [1]** 311/4

**profess [1]** 409/8

**professional [1]** 391/9

**proffer [18]** 271/14 281/6 281/13 289/2 299/15 341/3 387/1 387/15 388/2 394/17 400/10 400/13 409/3 409/20 412/2 412/13 421/22 422/18

**proffered [5]** 279/13 342/2 343/7 420/22 429/25

**proffers [1]** 422/12

**profit [1]** 420/8

**progeny [1]** 394/22

**program [2]** 399/5 436/14

**progress [2]** 339/23 436/24

**promise [1]** 327/6

**promised [1]** 437/10

**promptly [1]** 435/17

**proof [5]** 297/22 334/3 334/6 344/24 345/1

**proper [1]** 416/13

**properly [3]** 272/16 382/6 414/13

**propose [3]** 271/9 304/1 305/7

**proposed [1]** 285/21

---

**proposing [2]** 302/9 302/14

**proposition [6]** 272/24 277/19 294/5 294/16 297/19 376/7

**propounded [1]** 405/5

**prosecution [3]** 405/1 414/15 416/11

**prospective [4]** 305/18 311/13 313/23 314/1

**protected [1]** 419/5

**protective [2]** 270/9 283/12

**protocol [1]** 435/14

**Proud [7]** 373/20 374/3 374/4 374/5 374/14 374/15 374/16

**Proud Boys [6]** 373/20 374/3 374/4 374/14 374/15 374/16

**prove [4]** 341/16 362/20 408/3 413/18

**proven [1]** 340/7

**provide [15]** 310/19 326/16 347/22 354/11 375/15 384/23 384/24 386/11 387/15 417/18 418/25 421/20 432/16 434/8 435/9

**provided [14]** 334/6 340/4 344/22 404/6 404/10 404/21 412/13 412/16 414/11 416/1 418/7 421/16 421/21 435/18

**provider [2]** 384/20 385/7

**provides [3]** 310/21 368/9 375/5

**providing [5]** 405/24 406/18 410/25 425/25 428/7

**proving [2]** 341/25 406/8

**provisions [3]** 271/16 271/17 272/10

**PSA [1]** 333/10

**public [23]** 269/6 277/1 277/5 277/7 279/18 280/21 287/4 296/19 302/10 303/8 303/9 303/13 303/17 317/17 318/4 322/20 380/1 403/8 403/10 429/12 429/19 436/13 436/23

**public-authority [2]** 277/1 296/19

**publicly [1]** 387/17

**published [1]** 301/14

**Puerto [1]** 339/21

**Puerto Rico [1]** 339/21

**pull [1]** 349/1

**pulled [1]** 348/23

**purchased [1]** 327/10 327/11 327/19

**purpose [3]** 341/25 418/8 431/25

---

**purposes [4]** 263/22 341/21 384/8 386/18

**pursuant [1]** 351/25

**purview [2]** 287/4 419/9

**push [1]** 381/21

**put [21]** 277/19 279/20 296/5 296/11 302/2 320/1 331/3 339/7 367/2 370/1 371/22 372/24 372/25 373/3 378/1 381/5 381/14 387/1 402/7 429/12 439/19

**puts [2]** 312/4 378/3

**putting [7]** 270/14 346/13 366/5 371/14 396/24 402/7 412/8

**PUTZI [1]** 264/16

---

**Q**

**QRF [10]** 286/4 301/6 353/12 353/12 360/25 365/11 366/18 366/25 368/11 368/12

**QRFs [6]** 283/10 283/21 284/3 287/21 290/4 300/8

**qualified [2]** 316/9 337/23

**qualify [1]** 367/10

**qualifying [1]** 367/4

**qualms [1]** 385/25

**question [96]** 285/13 288/6 290/8 297/4 297/13 300/21 306/2 306/3 306/3 306/5 306/5 306/6 306/6 306/8 306/12 306/14 306/16 306/24 307/3 308/22 308/23 309/5 310/3 310/4 310/7 310/8 311/6 311/25 312/11 313/7 313/22 314/2 314/24 315/9 315/14 315/20 316/22 317/7 317/16 318/19 319/18 319/20 320/17 321/20 323/10 323/16 323/22 323/25 324/11 324/14 325/18 326/14 326/16 327/15 329/8 329/8 329/14 329/14 329/22 330/2 330/8 331/18 332/3 332/7 332/8 333/9 333/17 334/1 334/10 334/20 334/20 335/3 352/8 361/18 362/11 363/19 376/2 384/17 390/15 390/17 397/14 397/15 400/6 402/4 402/6 402/24 403/21 405/12 408/23 410/20 415/11 416/17 417/10 418/7 421/14 426/14

**Question 1 [2]** 317/16 329/8

---

**Question 11 [13]** 308/22 313/7 315/9 318/19 323/22 324/11 326/16 329/14 330/2 332/3 334/20 334/20 335/3

**Question 22 [1]** 306/12

**Question 32 [1]** 311/6

**Question 45 [6]** 310/3 315/20 323/16 331/18 332/7 333/17

**Question 47 [2]** 324/14 332/8

**Question 68 [5]** 317/7 319/20 320/17 321/20 323/10

**Question 7 [1]** 326/14

**Question 8 [1]** 316/22

**questionable [1]** 372/20

**questioned [2]** 280/16 326/7

**questioning [8]** 305/23 308/6 310/24 312/21 313/24 322/7 332/13 370/11

**questionnaire [4]** 304/18 325/13 334/4 336/1

**questionnaires [8]** 304/20 304/21 304/23 304/23 305/10 305/15 308/10 333/25

**questions [46]** 276/16 278/17 300/20 305/1 306/1 307/18 308/1 309/14 309/18 310/11 310/16 310/21 311/15 312/13 312/16 312/17 313/5 314/24 315/18 315/20 315/24 316/22 317/10 319/19 320/14 321/9 322/11 324/22 325/17 325/24 326/12 326/19 327/14 329/17 329/21 330/7 332/21 333/24 335/6 337/24 396/21 398/21 398/25 400/1 417/14 426/20

**Questions 45 [2]** 322/11 327/14

**Questions 5 [1]** 326/19

**queue [2]** 362/25 363/3

**quibble [1]** 362/2

**quick [5]** 270/14 283/11 313/20 435/12 439/8

**Quick Reaction Forces [1]** 283/11

**quickly [3]** 312/22 340/12 373/6

**quiet [1]** 409/10

**quite [7]** 294/1 304/7 306/15 369/9 382/7 415/24 422/21

**quotation [1]** 406/4

**quote [3]** 280/24 374/25 424/17

464

**Q**

quoting [1] 411/7

**R**

radioactive [1] 374/5
raise [9] 325/9 325/18
328/20 344/14 352/23
353/21 357/7 401/4
437/2
raised [7] 313/2 316/17
330/1 360/4 361/4
365/11 367/18
raises [3] 361/18
417/13 421/14
raising [1] 350/1
Rakoczy [9] 262/14
266/8 339/16 340/4
340/15 351/21 360/21
400/16 440/8
rally [2] 373/16 374/1
randomly [1] 428/25
range [1] 385/15
rate [2] 314/19 314/20
rather [5] 274/3 288/17
372/9 427/14 431/6
re [1] 437/2
re-raise [1] 437/2
rea [1] 408/13
reaction [2] 283/11
323/9
reactions [1] 291/23
read [10] 272/10
293/16 294/15 300/9
316/18 317/7 318/23
332/4 371/13 371/13
reading [1] 293/10
ready [2] 295/17 418/4
real [2] 361/7 363/12
realistic [2] 402/16
402/20
realized [1] 328/18
really [20] 273/24
274/20 291/14 319/2
321/13 323/5 352/1
358/9 363/15 376/4
376/8 376/9 381/20
399/25 400/6 415/15
415/24 417/13 427/17
433/25
realtime [3] 265/3
364/24 406/20
reason [22] 282/5
285/3 306/3 312/23
317/22 318/9 319/7
321/18 322/9 326/10
327/9 331/7 334/8
334/21 342/10 353/16
358/25 387/22 388/15
388/18 418/4 419/25
reasonable [5] 344/10
407/18 407/21 408/7
410/24
reasonably [2] 343/24
364/17
reasons [9] 287/7
287/8 306/25 307/4
316/4 325/2 328/21
329/3 433/17

rebut [1] 273/15
rebuttal [3] 371/21
407/18 407/21
recall [1] 336/25
receipt [1] 438/7
receive [1] 349/3
received [5] 305/2
327/20 339/4 403/15
405/2 405/3 406/20
416/2 422/24 422/24
427/19 429/6 430/19
431/8 438/9
receiving [3] 403/6
403/20 409/1
recent [4] 278/19 328/9
380/25 383/12
recently [3] 270/6
433/4 433/7
recess [3] 338/7
380/16 380/17
recitation [7] 271/15
272/18 275/14 278/7
281/15 291/24 294/14
recognizing [1] 275/20
recommendation [1]
411/13
reconcile [1] 393/10
reconnect [1] 269/5
reconsideration [1]
300/12
record [22] 289/7
292/12 304/16 309/14
329/4 355/19 381/10
381/14 386/20 390/6
393/21 393/21 398/6
399/13 429/8 429/13
429/19 429/20 432/3
434/25 440/10 441/3
recorded [1] 265/6
recording [1] 362/13
records [13] 340/8
385/7 386/1 386/25
387/3 389/19 389/21
389/23 389/25 390/2
390/2 390/4 392/3
redact [1] 359/5
redacted [1] 349/20
refer [3] 278/24 359/20
401/15
reference [4] 271/24
278/22 392/8 428/14
referenced [4] 340/11
379/12 388/12 432/25
references [7] 274/4
283/3 283/10 283/15
283/20 283/25 284/3
353/5 431/1
referring [6] 284/21
301/24 352/6 387/16
406/11 411/4
refers [1] 371/17
reflect [1] 398/6
reflects [1] 285/22
refrain [1] 384/10
regard [2] 420/23
420/23
regarding [20] 270/3

271/7 271/23 278/19
279/15 280/8 280/17
280/21 282/1 285/6
295/5 301/25 303/13
303/16 303/18 318/20
349/14 365/11 367/18
372/13
regardless [1] 273/21
regards [1] 388/9
Registered [1] 265/2
related [4] 321/1
393/25 397/11 405/20
relates [1] 324/22
relating [4] 304/9
383/24 391/24 405/15
relationship [1] 410/23
relatively [3] 380/12
381/24 385/14
release [1] 314/12
relent [1] 314/3
relevance [2] 288/4
381/18
relevancy [2] 363/18
390/24
relevant [25] 271/18
271/19 274/19 275/25
276/21 279/1 292/16
294/21 302/12 342/24
352/7 358/13 359/17
359/23 363/19 372/22
375/2 377/14 378/16
394/14 399/21 406/8
409/14 417/1 417/4
reliable [1] 400/2
reliance [1] 280/10
290/20 414/1
religious [4] 308/24
324/3 326/15 391/4
rely [3] 419/24 420/20
426/10
remember [3] 318/23
318/24 337/7
remind [1] 314/16
reminding [1] 336/2
reminds [1] 335/24
remote [1] 308/14
repeatedly [1] 332/20
repeats [1] 335/5
replies [1] 375/12
reply [2] 355/22 360/11
replying [2] 354/25
355/10
repo [4] 295/15 295/16
295/17 295/21
report [1] 337/22
Reporter [4] 265/2
265/2 265/3 265/3
represent [1] 429/23
representation [2]
392/21 412/21
representations [1]
439/22
representative [2]
277/12 277/16
Representatives [2]
321/21 322/1
represented [3] 353/14
411/23 411/25

representing [3] 203/3
411/10 415/6 416/1
represents [1] 411/8
request [27] 270/7
280/16 288/12 292/2
295/2 303/7 381/24
385/17 385/22 386/5
389/18 390/3 394/6
394/10 430/16 430/16
430/19 431/8 431/10
431/13 431/24 436/12
436/16 436/22 438/2
438/4 438/5
requested [7] 282/16
288/15 305/5 381/2
387/6 418/22 437/6
requests [2] 305/8
431/12
require [3] 341/5 376/8
384/19
required [1] 338/18
requirements [1] 383/5
requiring [2] 401/20
430/1
requisite [1] 439/22
rescued [1] 388/15
research [2] 294/6
294/7
residence [1] 295/16
resident [1] 385/4
resist [2] 274/8 286/9
resists [1] 347/15
resolve [4] 273/25
344/10 347/7 430/13
resolved [4] 346/6
346/14 346/16 350/5
respect [25] 271/13
271/20 276/16 276/18
313/7 339/12 340/19
341/1 342/25 345/8
363/6 364/2 379/3
404/9 405/7 405/15
405/24 407/23 408/10
408/14 421/20 421/21
424/23 429/17 432/8
respectfully [2] 374/4
434/2
respond [6] 276/16
277/7 311/23 315/11
398/15 414/13
responded [4] 324/11
357/13 360/6 431/10
responding [2] 279/15
355/12
responds [2] 359/21
377/24
response [18] 282/10
306/1 317/3 317/6
320/17 321/8 324/1
329/7 329/13 332/3
333/9 348/18 361/1
365/14 372/1 376/22
377/13 430/4
responses [6] 305/1
310/25 314/14 326/20
396/16 399/8
responsive [2] 360/12
394/15

resold [1] 337/19
rested [1] 305/25
restricted [1] 398/20
restrictions [1] 292/12
restroom [1] 316/20
rests [1] 384/11
resume [1] 380/11
resuming [1] 338/4
retained [1] 412/20
returning [1] 437/8
reveal [1] 382/18
review [6] 272/10
282/22 282/25 298/18
298/19 432/24
reviewed [2] 305/15
305/19
reviewing [1] 436/3
revisit [1] 399/24
revisiting [1] 399/11
revolutionary [1]
287/20
RHODES [40] 262/6
263/2 266/4 266/12
286/2 286/4 290/6
290/10 290/14 290/22
291/16 293/15 300/6
301/6 342/23 367/7
369/10 369/16 369/19
370/2 370/2 381/18
381/20 381/22 382/5
392/10 401/23 403/1
403/6 404/14 407/13
407/14 409/12 411/17
412/6 412/14 412/16
415/5 419/15 439/23
Rhodes' [6] 270/2
270/7 273/20 348/9
381/2 381/11
Rico [1] 339/21
rid [1] 426/9
right [126] 269/10
273/17 273/23 274/12
277/1 278/15 279/9
279/21 286/7 287/16
289/10 291/21 294/2
294/10 297/8 297/23
299/2 301/18 303/1
303/19 304/6 304/12
305/8 305/9 305/22
307/12 308/2 308/3
310/9 310/13 311/1
312/17 313/3 313/22
316/12 317/15 318/16
319/5 319/21 320/16
321/10 321/14 325/1
326/13 327/6 328/15
328/20 329/6 329/24
335/13 336/7 336/14
337/6 337/7 337/16
337/18 338/23 340/14
344/12 345/11 346/12
346/13 346/23 347/13
348/7 349/12 349/25
350/12 352/19 356/1
357/24 359/21 360/3
362/18 366/15 371/21
372/12 375/8 376/6
377/8 378/3 379/8

**R**

right... **[44]** 379/16
380/7 380/14 380/24
381/16 384/9 388/20
391/15 392/7 393/8
394/25 398/5 398/9
400/14 400/15 401/9
401/18 405/17 407/25
410/7 410/24 412/4
412/8 414/3 416/5
419/6 419/18 420/25
421/3 422/6 424/3
426/15 428/21 430/5
430/8 431/4 431/6
432/5 434/10 434/16
434/23 439/13 440/2
440/3

right now **[1]** 303/19
rights **[2]** 282/19
287/15
ripe **[2]** 349/11 400/16
rise **[4]** 338/6 380/15
380/18 440/5
rises **[1]** 335/1
risk **[2]** 356/19 410/2
Ritchie **[1]** 264/17
RMR **[2]** 441/2 441/8
road **[2]** 264/3 427/9
rob **[1]** 419/24
Rogue **[1]** 364/3
role **[1]** 318/8
room **[2]** 329/1 435/6
rose **[1]** 327/1
rotunda **[1]** 290/13
routinely **[1]** 330/12
rule **[10]** 275/13 297/1
301/1 343/13 343/18
355/3 384/22 384/25
385/2 439/12
Rule 1.8 **[1]** 439/12
Rule 16 **[1]** 384/25
Rule 403 **[2]** 275/13
355/3
rules **[3]** 350/12 384/23
424/2
ruling **[1]** 422/9
rulings **[1]** 378/20
run **[1]** 344/5
ruse **[1]** 274/6

**S**

S.P **[1]** 373/11
safety **[1]** 306/7
said **[64]** 272/8 272/13
279/5 280/10 281/7
282/8 286/3 286/4
293/16 294/6 295/4
296/7 297/11 307/23
309/4 309/9 312/10
312/20 315/8 315/21
316/6 317/7 317/16
318/6 319/10 321/12
322/3 322/11 323/25
327/11 327/18 328/22
328/23 328/25 330/2
330/15 331/10 331/12
333/9 333/13 337/4

350/7 357/11 365/13
365/14 376/24 382/19
384/8 392/22 393/11
393/15 396/25 400/21
401/6 410/15 411/11
439/5 439/23
Saint **[1]** 284/2
Saint John's **[1]** 284/2
salary **[1]** 329/9
same **[12]** 299/5 299/8
304/13 317/6 323/10
326/21 326/25 329/7
405/19 432/4 438/2
438/3
satisfied **[1]** 374/17
satisfy **[2]** 367/13
383/5
saturated **[2]** 283/15
300/11
saturates **[1]** 283/2
Saturday **[2]** 347/10
348/1
saw **[4]** 313/17 321/4
321/24 326/25
say **[78]** 271/22 272/2
272/4 272/24 273/7
274/24 274/25 276/1
276/3 277/5 277/25
278/7 281/10 281/11
292/3 292/19 292/21
292/22 292/25 293/9
293/15 294/13 294/24
295/24 297/7 297/11
298/4 298/6 298/11
299/12 301/4 302/1
302/5 302/8 302/13
303/14 304/11 305/24
306/20 307/10 308/25
313/18 314/4 319/23
321/21 323/14 323/15
336/19 344/3 346/21
350/6 350/9 355/19
356/18 358/21 363/4
363/11 373/10 386/14
389/10 389/23 391/21
392/10 395/16 401/12
402/17 412/8 415/9
417/15 419/1 421/10
422/23 423/4 423/10
423/11 426/8 426/19
427/19
saying **[23]** 272/23
286/23 289/19 289/21
291/3 292/19 294/2
299/18 300/16 302/20
315/9 322/18 325/22
345/2 363/10 364/8
370/10 382/21 386/15
411/17 411/19 422/25
431/20
says **[25]** 275/1 278/23
282/17 282/21 286/9
287/12 298/15 318/23
319/1 334/16 355/8
360/5 361/7 373/14
374/24 376/17 376/18
376/19 376/22 376/25

412/25 419/2
scant **[1]** 280/7
scared **[1]** 319/24
schedule **[2]** 269/20
344/9
scheduled **[1]** 322/12
scheduling **[1]** 322/15
school **[3]** 317/17
318/4 414/6
scope **[2]** 288/7 428/19
scratch **[1]** 408/17
screened **[2]** 334/7
399/20
screens **[1]** 348/13
screenshots **[1]**
414/22
sealed **[5]** 267/2
438/16 438/18 438/18
438/19
search **[3]** 414/25
416/16 416/22
searchable **[1]** 414/23
searched **[1]** 414/24
seat **[1]** 336/23
seated **[4]** 331/21
338/9 338/10 380/21
second **[18]** 274/12
290/19 305/4 315/4
336/16 351/13 352/4
375/11 378/24 381/17
388/3 394/9 395/24
396/14 404/19 430/21
434/1 438/2
Second Circuit **[1]**
434/1
secondarily **[2]** 284/5
371/1
Secondly **[1]** 297/23
secure **[1]** 269/18
security **[4]** 283/12
369/24 418/1 435/8
seditious **[13]** 289/24
290/8 290/18 291/5
296/15 342/4 343/1
378/11 407/15 408/11
408/14 408/16 408/19
see **[28]** 275/17 290/5
291/6 294/13 307/17
307/19 307/25 315/5
325/25 327/1 336/22
338/17 348/15 348/17
350/7 369/23 389/9
390/7 390/24 391/7
401/14 426/14 426/16
428/24 434/23 438/17
438/17 440/3
seeing **[1]** 416/11
seek **[7]** 280/2 343/14
351/24 367/2 392/5
394/12 411/12
seeking **[16]** 281/16
284/25 285/15 340/19
377/4 384/21 386/1
390/14 391/22 391/23
392/3 393/16 393/17
409/11 409/15 422/18
seem **[4]** 287/24 295/3

seemed **[2]** 357/14
357/18
seemingly **[3]** 284/16
377/10 425/14
seems **[20]** 270/25
279/7 293/6 298/14
301/10 308/14 323/4
325/14 325/17 356/12
356/16 364/16 372/1
375/3 376/2 376/7
378/4 380/1 381/11
412/10
seen **[6]** 288/12 357/17
388/9 388/23 403/23
412/12
segment **[2]** 300/5
351/13
segregated **[1]** 404/25
segue **[1]** 404/19
Seize **[1]** 287/12
seized **[4]** 404/21
404/22 414/16 414/17
selection **[6]** 314/17
314/22 315/3 347/18
347/25 437/21
self **[3]** 411/20 414/7
420/2
self-incriminating **[3]**
411/20 414/7 420/2
semi **[1]** 320/8
semi-sequestration **[1]**
320/8
Semitic **[1]** 358/18
Semitism **[2]** 357/17
358/11
send **[5]** 390/25 391/12
391/18 391/18 416/24
sending **[1]** 411/19
sends **[1]** 373/10
sense **[6]** 273/25 277/2
363/15 393/19 410/21
431/16
sent **[3]** 283/5 339/1
350/24
sentence **[2]** 279/17
358/8
separate **[8]** 290/23
341/14 366/20 369/20
370/4 370/6 424/4
425/21
separating **[1]** 290/21
September **[1]** 262/5
sequestration **[1]**
320/8
sergeant **[1]** 315/10
series **[1]** 354/15
serious **[1]** 333/11
serve **[4]** 271/18
312/24 318/3 330/5
served **[3]** 432/11
437/15 437/15
serves **[2]** 395/25
406/5
service **[8]** 311/15
313/19 337/22 367/22
384/20 385/7 436/13
436/23

services **[1]** 283/12
serving **[4]** 317/20
318/1 319/24 368/23
session **[2]** 338/9
380/20
set **[7]** 314/17 344/9
361/10 378/24 382/6
407/4 435/6
several **[6]** 350/25
353/8 353/18 354/2
367/1 389/1
shall **[2]** 393/3 398/24
share **[1]** 429/20
Sharon **[2]** 356/23
373/16
Sharon Caldwell **[1]**
356/23
she **[62]** 276/7 311/20
311/20 321/19 324/11
324/12 353/2 395/17
397/3 397/7 402/15
403/9 403/24 403/24
404/2 404/4 404/5
404/10 404/11 404/13
405/8 407/10 408/1
408/21 410/15 411/3
411/19 411/23 411/25
412/5 412/13 412/15
412/19 412/22 412/23
412/24 412/25 413/7
413/14 413/22 413/23
414/11 415/25 416/1
416/14 418/7 420/22
422/24 424/9 424/10
424/11 424/12 424/12
424/12 424/13 425/1
425/2 425/4 425/9
426/13 428/7 438/2
she's **[2]** 397/9
410/18 411/6 415/16
417/1 417/15 424/14
424/21 424/23 425/7
425/7 425/20
sheet **[2]** 307/12
316/12
Sher **[1]** 266/9
shook **[1]** 425/14
short **[4]** 305/20 338/3
371/25 380/12
should **[34]** 272/21
274/13 292/25 294/23
304/25 305/16 305/18
306/4 308/19 309/10
315/19 318/10 320/5
323/18 330/16 334/6
352/23 358/10 358/22
358/24 364/1 364/6
365/13 371/9 391/1
403/18 409/2 409/3
429/22 430/25 431/7
433/10 434/2 434/3
shouldn't **[3]** 274/2
435/12 438/20
show **[12]** 288/25
302/21 351/13 352/17
367/7 373/1 373/25
374/2 407/11 408/18
422/7 426/9

466

S Case 1:22-cr-00015-APM   Document 808-7   Filed 12/03/23   Page 205 of 211   Sharmila [1] Document 958/3038/7 Filed 355/10 356/18 357/19 359/1

**showing [1]** 407/7
**shown [1]** 352/16
**shows [4]** 341/7 351/9
352/4 358/13
**sic [2]** 316/18 415/5
**sick [1]** 309/2
**side [10]** 266/25
316/12 351/3 351/3
351/3 365/7 375/8
381/9 396/24 433/14
**sides [3]** 312/24
400/22 437/6
**sign [5]** 295/20 296/4
316/18 325/8 325/12
**Signal [10]** 367/9
372/14 372/15 372/19
372/24 373/3 403/16
404/18 410/14 412/21
**signed [2]** 438/15
438/25
**significant [2]** 355/17
368/18
**silly [1]** 358/21
**similar [3]** 355/6 397/8
433/16
**simple [1]** 366/14
**simple no [1]** 366/14
**simply [10]** 271/17
279/6 296/14 306/12
307/14 312/13 322/4
323/25 397/18 431/25
**since [8]** 269/21 270/6
308/12 330/6 339/7
379/19 400/22 438/19
**single [8]** 277/2 320/19
341/13 341/13 344/5
344/5 365/5 365/23
**sir [11]** 285/14 286/12
286/14 291/16 291/20
347/8 347/12 347/16
347/21 348/3 348/5
**sit [1]** 318/7
**sitting [5]** 308/25 314/3
324/4 333/14 415/16
**situation [2]** 334/12
379/6
**six [4]** 300/5 306/1
368/8 368/8
**six-hour [2]** 368/8
368/8
**six-page [1]** 300/5
**Sixth [1]** 432/7
**Sixth Amendment [1]**
432/7
**skin [1]** 381/8
**skip [1]** 374/21
**skipped [1]** 333/22
**sleeping [1]** 435/23
**small [1]** 427/2
**so [273]**
**so I think [16]** 296/11
296/18 304/2 317/21
322/9 326/19 329/2
331/7 333/15 334/5
334/14 354/1 395/12
399/7 400/25 416/15
**So it's [1]** 371/17

**So this is [1]** 355/23
**So this person [1]**
330/21
**social [3]** 323/4 374/24
389/2
**sole [2]** 432/20 433/25
**some [108]** 270/25
271/3 273/25 275/20
276/7 277/12 277/15
278/19 280/3 281/22
287/8 287/10 288/15
289/11 294/1 298/23
301/4 308/8 308/9
310/16 310/24 311/15
312/10 312/18 312/23
313/1 314/13 314/24
321/12 321/12 323/21
324/8 325/15 326/7
326/11 326/14 327/9
329/20 330/9 332/15
334/7 340/16 340/17
340/18 340/23 343/12
343/19 343/22 345/23
345/23 349/3 349/3
351/4 351/17 351/18
351/18 354/25 356/17
358/1 360/18 361/9
362/9 362/12 363/2
363/15 364/19 364/25
366/20 368/19 371/1
373/1 373/4 375/21
377/14 381/12 382/20
386/19 387/1 388/12
388/15 391/12 393/12
395/5 395/10 396/8
400/3 402/24 403/7
404/17 408/2 408/18
409/3 410/21 411/13
412/2 414/10 418/20
419/3 422/15 422/21
427/18 428/10 429/6
432/15 435/14 436/19
439/7 439/8
**somebody [18]** 275/8
316/9 318/7 319/25
322/18 322/21 328/23
331/9 333/23 335/25
340/13 351/1 353/6
385/3 386/15 390/3
394/1 415/21
**someone [14]** 299/20
312/6 313/4 313/18
318/18 324/15 354/6
382/20 383/2 384/18
391/8 400/11 400/12
434/3
**someone's [2]** 306/7
390/20
**something [55]** 273/7
273/24 281/5 284/1
297/1 297/11 301/6
303/21 304/1 304/2
304/3 309/9 311/19
313/18 318/24 322/3
334/22 350/10 350/17
350/22 351/2 353/22
354/6 355/14 357/15

362/8 363/9 364/11
364/19 365/14 370/17
375/5 375/6 376/8
376/9 376/10 381/5
384/2 385/2 385/19
386/17 391/18 396/11
401/1 409/4 414/25
416/7 416/16 418/12
421/1 421/2 426/2
**somewhat [2]** 359/17
395/12
**soon [1]** 306/19
**SoRelle [26]** 276/4
402/14 403/16 403/22
405/24 406/17 407/1
407/9 407/12 407/23
408/4 408/18 409/15
410/11 410/18 415/6
419/25 421/2 421/17
422/23 424/8 428/6
428/10 428/14 429/1
429/4
**SoRelle's [7]** 402/23
404/20 406/21 406/24
410/13 421/15 423/15
**sorry [25]** 285/14
303/11 306/20 307/2
307/9 310/9 313/15
315/13 328/17 329/6
330/20 331/22 333/2
333/22 335/15 335/20
335/22 348/6 352/4
376/18 376/24 377/20
396/4 412/18 430/20
**sort [27]** 272/25 275/18
276/25 278/6 279/11
281/11 281/13 297/17
297/22 306/2 313/4
326/7 328/22 331/3
331/5 354/25 358/1
365/6 370/13 371/8
372/12 380/1 382/16
383/5 394/8 419/8
423/19
**sought [5]** 291/19
362/8 391/2 412/14
412/15
**sound [2]** 368/19
368/19
**sounds [4]** 284/19
311/14 337/16 352/14
**source [6]** 398/11
399/5 401/7 401/15
401/16 406/22
**sources [1]** 371/11
**speak [2]** 350/17
369/23
**Speaker's [1]** 357/2
**speakers [1]** 345/21
**speaking [3]** 407/24
410/2 422/17
**speaks [1]** 287/14
**specific [4]** 272/19
390/16 420/22 429/9
**specifically [10]**
280/22 282/18 282/23
284/3 291/25 303/14

409/15
**specificity [1]** 414/8
**specify [1]** 425/12
**specter [1]** 290/3
**spectrum [1]** 391/8
**speculate [1]** 382/23
**speculation [1]** 383/4
**spelled [1]** 357/14
358/8
**spend [1]** 303/21
**split [2]** 353/14 367/6
**spoken [1]** 429/13
**sponte [1]** 282/8
**spousal [1]** 379/18
**spouse [1]** 391/8
**spouses [1]** 391/4
**spreadsheet [4]** 340/5
343/23 355/20 364/19
**spreadsheets [1]**
340/11
**square [1]** 439/21
**Sr [1]** 264/16
**Stamey [1]** 368/17
**stand [14]** 272/2 272/7
272/13 275/1 278/11
278/23 281/10 286/8
293/9 294/3 294/6
299/18 338/25 349/7
**standard [3]** 299/6
299/8 384/16
**standing [6]** 300/15
345/18 372/12 381/9
386/3 437/5
**stands [3]** 380/15
431/8 440/7
**stanley [3]** 264/2 264/5
266/13
**Stanley Woodward [1]**
266/13
**start [9]** 270/18 280/2
295/15 346/14 347/18
347/25 376/20 377/23
426/23
**started [3]** 266/22
269/6 321/25
**starting [9]** 270/12
331/17 368/24 370/7
376/22 376/25 377/24
378/5 408/17
**starts [1]** 431/13
**state [17]** 273/2 282/20
303/17 322/13 352/9
360/14 361/14 362/21
363/14 363/19 364/1
377/11 378/7 378/15
382/18 420/7 420/9
**stated [6]** 293/24
309/18 316/4 352/25
384/1 431/9
**statement [79]** 293/7
297/10 302/23 341/6
341/7 341/13 341/17
341/24 342/2 342/6
342/11 342/12 343/15
343/16 344/5 345/8
345/10 345/12 345/16
352/10 354/20 354/24

355/10 356/18
357/8 357/19 359/1
359/2 359/17 359/24
360/14 360/15 361/5
361/12 361/17 361/21
361/23 362/3 362/4
362/9 362/20 363/1
363/5 363/11 363/13
365/5 365/12 365/18
365/19 365/21 366/5
366/6 366/19 371/12
372/4 372/5 372/20
373/9 374/1 375/8
375/11 377/5 377/9
377/18 377/19 377/19
377/22 379/11 379/11
379/17 379/22 379/25
392/22 392/23 392/24
401/17 403/10 411/5
**statements [98]**
269/24 270/4 272/25
283/17 283/19 302/20
321/11 338/2 338/24
339/5 340/15 340/19
340/21 340/23 341/2
341/4 341/10 342/16
342/18 342/25 343/7
343/12 343/17 343/24
344/23 345/13 345/18
345/20 346/1 346/4
346/25 349/21 349/24
350/8 350/11 351/17
351/18 352/21 353/9
353/18 354/2 354/5
354/10 354/15 354/16
354/18 360/3 360/24
361/19 362/12 362/25
363/24 364/14 364/18
364/20 365/1 365/2
365/8 365/17 366/4
366/10 367/1 367/3
367/10 367/10 368/17
370/24 371/7 371/11
371/13 371/14 372/21
373/5 374/20 375/23
375/23 376/3 377/21
378/14 379/4 380/8
382/9 382/20 382/23
383/1 383/4 383/7
383/16 389/14 393/25
394/6 397/6 400/22
402/23 403/8 405/6
406/1 434/16
**states [17]** 262/1 262/3
262/10 266/3 274/9
277/12 282/23 286/10
332/20 424/18 433/8
433/11 433/21 433/22
**station [1]** 311/4
**status [5]** 360/11
404/19 414/14 420/5
438/5
**statute [1]** 297/25
**statutes [1]** 298/4
**stay [1]** 409/10
**stead [1]** 322/21
**stenography [1]** 265/6
**step [2]** 350/21 351/15

**steps [2]** 290/15
388/11
**STEWART [9]** 262/6
263/2 266/4 369/16
369/19 370/2 370/2
411/17 419/15
**Stewart Rhodes [6]**
369/16 369/19 370/2
370/2 411/17 419/15
**sticking [2]** 362/14
362/14
**stiff [1]** 333/13
**still [19]** 272/11 273/6
275/13 275/16 275/22
275/23 294/16 295/4
299/14 299/15 299/19
301/19 317/11 321/6
330/5 349/8 360/21
367/14 400/22
**stipulate [1]** 285/7
**stipulated [1]** 280/17
**stock [1]** 276/8
**stood [1]** 334/23
**stop [5]** 284/2 296/16
296/17 374/25 412/8
**stories [3]** 382/8
382/13 382/14
**storming [1]** 320/18
**story [2]** 351/20 383/14
**strategy [2]** 280/11
288/20
**street [4]** 262/15
263/11 263/15 379/14
**streets [2]** 361/8
361/10
**strength [2]** 308/12
321/11
**stricken [14]** 304/25
305/4 305/6 305/16
305/18 308/19 317/2
319/5 323/7 324/6
326/3 333/20 336/5
337/18
**strict [1]** 302/14
**strictly [1]** 363/13
**strident [3]** 325/21
326/1 326/2
**strikable [1]** 314/14
**strike [33]** 305/15
305/21 307/1 307/2
307/12 308/9 309/11
310/20 310/23 311/10
312/12 314/5 316/7
316/8 316/12 317/22
318/14 321/16 323/3
325/1 327/5 327/17
328/11 329/3 329/24
331/8 332/1 333/5
333/16 334/8 334/15
335/14 337/8
**strikes [4]** 269/23
304/15 305/11 314/21
**striking [9]** 309/25
310/18 316/25 319/9
320/2 326/23 329/18
335/1 337/1
**strong [7]** 310/4

321/5 323/15 332/6
**strongest [1]** 356/11
**strongly [1]** 312/5
**struck [4]** 315/19
318/10 320/5 336/18
**student [1]** 275/1
**studied [4]** 272/2 272/8
272/9 275/4
**study [1]** 272/3
**stuff [2]** 283/13 426/9
**style [1]** 370/22
**sua [1]** 282/8
**subject [9]** 282/22
288/23 344/6 395/17
405/20 405/21 406/9
406/13 418/8
**submit [5]** 341/12
352/7 388/4 417/7
421/18
**submitted [2]** 334/3
438/5
**subpoena [11]** 270/7
367/22 381/2 381/3
383/3 384/23 385/2
389/18 390/15 391/1
391/17
**subpoena-able [1]**
391/17
**subpoenas [6]** 368/23
385/18 391/15 431/17
432/10 437/13
**subsequent [1]** 390/9
**subsequently [1]**
412/15
**substantial [2]** 346/8
372/19
**substantially [2]**
356/19 378/17
**substantive [1]** 329/21
**such [25]** 276/5 276/13
276/13 277/13 278/24
285/5 288/12 288/22
290/2 299/20 303/16
313/9 315/22 365/17
382/23 383/4 384/12
394/15 396/1 398/13
398/22 401/20 401/21
402/7 430/1
**suffer [1]** 382/11
**sufficient [1]** 390/23
**suggest [6]** 279/17
358/16 358/20 390/6
409/10 422/11
**suggested [4]** 322/2
326/3 370/16 390/16
**suggesting [12]** 274/1
278/5 318/13 325/25
347/5 347/6 363/10
385/6 395/15 401/24
403/23 428/19
**suggestion [2]** 314/23
409/12
**suggests [2]** 324/23
405/18
**Suite [4]** 263/4 263/8
264/8 264/17
**summons [2]** 319/14

**Sunday [2]** 347/10
348/1
**Superior [2]** 432/21
433/12
**supplement [2]** 388/4
388/8
**support [2]** 290/18
342/14
**supporter [1]** 419/22
**supporting [1]** 339/15
**suppose [7]** 308/21
319/25 342/11 363/17
396/10 410/21 411/2
**supposed [4]** 273/10
356/4 361/25 409/7
**suppress [2]** 270/2
348/9
**sure [50]** 269/13
286/20 287/13 289/20
293/8 299/13 301/23
302/4 303/6 311/24
320/7 321/3 325/18
334/25 336/4 336/17
337/10 350/5 350/10
351/20 353/10 353/22
353/24 356/6 360/9
364/23 365/17 372/24
373/16 379/11 387/14
392/12 392/16 393/21
394/7 394/13 400/7
401/7 402/8 402/9
403/25 404/15 417/5
418/5 428/21 429/4
433/6 435/10 436/2
438/21
**surprised [1]** 299/12
**surprisingly [1]** 431/23
**surround [1]** 296/1
**suspect [4]** 271/22
295/25 323/9 401/11
**Suspicious [1]** 388/13
**swamped [1]** 349/18
**sworn [1]** 402/15
**sympathy [1]** 319/15

**T**

**table [4]** 400/15 415/16
415/20 425/15
**taint [5]** 404/21 404/23
404/25 414/19 414/25
**take [33]** 269/13
270/12 272/1 287/1
288/17 289/11 295/19
305/8 312/19 313/1
337/3 338/1 338/3
339/10 341/12 344/15
371/13 379/25 380/3
380/10 381/1 381/17
387/5 387/18 390/22
391/1 391/13 406/15
409/21 411/18 418/6
418/14 434/10
**taken [10]** 269/11
312/18 355/23 356/21
356/22 372/18 383/21
435/19 437/1 439/19
**taking [4]** 340/9 378/19

**talk [16]** 269/22 269/23
269/24 278/18 300/2
302/3 303/23 304/2
305/19 306/19 315/7
355/4 380/9 389/12
397/10 426/18
**talked [12]** 269/8
280/22 301/6 350/11
357/15 367/25 370/4
370/20 402/1 418/1
418/2 438/25
**talking [16]** 296/13
297/20 304/2 330/18
331/22 340/11 353/6
353/11 361/6 373/24
375/6 376/15 379/20
386/2 430/22 437/23
**talks [1]** 359/19
**target [1]** 431/16
**Tarpley [20]** 263/10
266/11 348/12 348/15
349/4 382/1 382/22
383/13 384/6 384/10
385/16 386/3 386/20
386/23 387/1 387/10
388/9 390/7 439/16
439/22
**Tarpley's [2]** 389/18
439/12
**task [2]** 326/8 385/14
**tax [1]** 419/3
**teaches [1]** 414/7
**team [14]** 366/25 370/5
404/21 404/24 404/25
405/1 407/3 414/15
414/19 414/25 415/13
416/11 416/18 416/24
**technical [1]** 415/15
**tell [13]** 269/11 271/6
288/12 327/12 345/4
345/22 348/12 349/18
372/4 397/19 420/1
436/10 437/9
**telling [4]** 344/12
346/12 346/23 382/14
**tells [2]** 423/5 426/8
**ten [2]** 352/3 352/4
**ten-minute [1]** 352/3
**ten-second [1]** 352/4
**term [2]** 359/20 364/11
373/1 379/15
**terms [22]** 275/24
287/16 288/20 290/11
300/13 301/14 301/22
303/7 303/16 304/9
312/20 350/11 381/18
390/13 393/11 397/13
411/22 414/2 414/9
416/22 437/19 438/7
**terribly [1]** 273/2
**tested [1]** 330/16
**testified [2]** 283/6
400/24
**testifies [2]** 289/3
428/9
**testify [18]** 275/8
277/22 278/11 293/22

395/9 395/17 396/19
398/11 399/9 399/25
400/7 402/13 402/14
426/13 431/21
**testifying [1]** 301/9
**testimony [16]** 271/15
272/5 272/11 272/15
274/4 275/19 279/16
284/11 285/25 289/4
294/17 340/3 362/24
399/3 402/19 432/17
**Texas [1]** 338/20
**text [18]** 300/24 357/13
358/2 371/16 371/22
373/9 376/16 382/16
383/20 384/18 386/14
389/22 391/19 392/4
417/10 420/1 420/2
427/23
**texts [2]** 383/24 384/19
**than [27]** 269/20
270/16 313/4 314/13
322/17 334/11 347/19
358/17 361/14 362/4
366/11 368/12 370/17
372/9 383/8 386/21
386/25 392/13 392/24
394/24 398/3 403/6
404/14 408/11 429/22
431/6 431/23
**thank [31]** 269/7
270/13 279/21 280/4
291/21 291/22 316/14
319/21 331/25 337/6
338/5 357/24 362/10
379/7 379/8 380/5
382/3 391/20 392/15
398/4 410/8 410/10
430/7 435/16 437/4
437/24 438/22 439/1
439/10 439/25 440/3
**thank you [22]** 269/7
279/21 291/22 319/21
331/25 337/6 338/5
357/24 362/10 379/8
380/5 391/20 392/15
398/4 410/8 430/7
435/16 437/24 438/22
439/1 439/10 439/25
**thankfully [1]** 274/18
**Thanks [1]** 380/14
**that [1181]**
**that'll [3]** 337/18
337/22 337/24
**that's [129]** 270/17
273/24 280/19 281/18
285/20 286/13 291/14
291/15 295/13 296/21
296/25 297/9 297/10
297/11 297/14 298/10
298/13 298/18 299/10
301/1 304/3 305/11
307/11 307/13 310/9
310/14 311/19 315/15
316/11 322/22 326/10
328/3 328/9 329/16
329/22 330/24 332/17

that's... [92] 333/3
335/18 336/19 336/22
337/13 337/14 342/11
342/19 342/24 343/5
346/18 346/19 347/10
348/1 349/6 349/8
350/12 352/18 352/22
353/2 353/4 353/16
353/23 354/20 355/5
356/9 356/16 357/3
357/4 357/21 357/24
359/21 361/17 362/8
362/15 364/16 366/15
368/20 370/3 370/11
371/14 372/20 375/7
378/15 378/24 379/17
379/25 380/2 380/25
383/10 383/11 383/15
383/17 383/22 384/3
384/9 385/24 388/18
390/1 390/16 390/19
390/19 393/18 396/12
398/22 399/16 399/25
400/19 402/10 406/11
410/7 410/18 411/2
411/2 412/2 414/12
415/1 415/1 417/1
417/2 419/4 419/5
419/7 420/12 422/3
423/9 425/16 426/10
427/10 427/16 430/4
437/14
theft [1] 295/22
their [85] 273/8 274/21
278/11 279/2 279/2
279/5 279/13 280/18
283/11 283/17 289/16
290/18 293/7 295/2
295/18 300/6 302/11
302/11 303/7 303/12
303/14 305/15 306/8
308/9 308/10 308/12
308/13 312/13 315/9
315/22 316/16 316/16
318/18 318/21 320/1
320/1 320/5 320/6
320/14 322/2 322/21
325/9 326/8 326/20
331/3 336/1 355/20
359/22 369/3 369/13
369/20 382/8 382/13
382/17 383/7 383/14
385/12 385/12 386/15
389/7 391/8 391/8
392/11 396/22 398/22
400/23 401/11 401/12
406/9 407/21 410/24
411/1 411/24 411/24
411/25 414/4 419/23
420/5 423/16 425/14
426/8 430/18 431/2
431/25 434/15
thelinderfirm.com [1]
263/6
them [68] 270/15 276/9
283/12 284/3 284/10
287/5 287/10 301/4

306/10 308/16 312/12
313/19 316/7 321/13
324/4 325/5 325/8
325/16 325/17 325/25
326/11 327/1 328/24
330/9 330/25 331/14
333/5 335/2 335/2
337/24 342/17 343/6
344/14 344/15 345/23
345/23 347/15 348/19
351/19 355/24 356/8
356/10 359/20 361/9
368/8 371/14 374/25
377/6 379/19 381/1
382/12 383/2 384/19
389/5 390/24 393/24
397/22 411/25 414/20
416/6 416/21 424/12
428/1 429/2 437/9
theme [1] 427/12
themes [1] 341/1
themselves [5] 311/3
321/19 328/7 371/12
379/5
then [86] 269/23 270/5
270/6 270/9 273/10
275/12 276/10 277/14
278/7 280/3 282/12
282/18 285/10 285/21
286/8 287/18 288/21
290/6 290/19 294/16
297/13 298/11 299/4
304/24 304/24 305/4
305/17 311/21 312/25
317/19 322/14 325/6
326/7 328/19 329/13
329/17 333/4 335/10
335/25 336/7 338/1
338/3 343/16 347/15
349/11 350/10 359/24
360/3 360/23 361/24
365/10 370/19 371/1
371/3 371/16 372/20
374/21 376/3 380/13
382/17 383/10 385/4
387/3 391/13 395/17
396/10 398/9 400/16
402/2 408/14 409/5
411/13 411/19 412/1
416/23 417/3 422/14
423/19 426/22 427/13
427/14 428/23 437/21
438/4 439/6 439/11
theoretically [1]
406/12
theory [7] 274/3
275/22 288/16 290/18
407/23 412/19 427/7
there [174] 270/1 270/5
270/7 270/10 273/23
275/16 275/16 275/22
275/23 276/2 276/4
276/5 276/9 276/13
276/25 277/3 278/1
279/17 279/19 280/7
280/16 284/3 286/1
287/12 287/24 290/9

292/11 292/12 292/22
292/25 294/7 294/17
295/3 295/18 295/25
296/14 298/1 302/2
302/13 302/13 302/23
306/3 306/15 306/25
307/4 307/16 308/8
308/8 308/18 312/18
317/24 318/9 319/24
320/1 320/2 321/11
322/1 324/7 325/11
327/8 332/19 338/3
339/22 340/17 341/14
342/17 342/18 344/12
344/19 345/3 346/14
346/15 348/7 348/8
348/15 349/2 350/20
352/20 352/25 353/5
353/8 353/18 354/2
354/14 354/20 357/8
358/4 358/16 360/3
360/5 361/16 362/12
362/19 363/23 364/25
365/6 365/16 366/1
368/24 369/3 369/19
370/12 371/1 372/23
373/4 374/7 374/8
377/13 379/11 379/20
380/25 383/1 383/18
384/14 384/17 386/14
386/19 387/22 390/10
394/8 394/8 394/15
395/25 396/8 397/19
399/25 400/21 402/16
402/22 403/14 403/19
404/8 404/10 405/18
409/3 409/19 409/23
409/23 411/10 411/13
414/1 414/17 416/15
417/7 419/10 420/13
420/17 420/18 420/21
421/12 421/22 422/21
423/3 424/3 424/22
427/3 427/18 427/22
427/22 427/24 429/6
429/7 430/10 432/15
433/1 433/19 434/7
434/17 435/24 436/15
436/17
there's [59] 271/23
283/21 284/19 284/20
286/23 286/23 293/24
293/25 299/20 300/5
308/16 311/25 315/8
333/24 352/22 354/25
355/6 355/7 355/22
356/17 356/21 360/21
364/18 373/1 373/17
374/22 376/13 378/10
379/11 380/7 381/2
390/2 394/10 395/9
397/25 398/9 399/15
399/17 400/23 401/24
403/8 405/18 410/22
412/3 413/21 414/19
414/24 416/2 417/10
426/21 427/20 428/13

434/8 435/13 439/14
439/18
therefore [5] 278/2
278/7 299/2 359/11
423/1
these [78] 266/19
271/13 271/20 274/8
274/20 278/16 283/22
285/18 287/3 289/13
294/6 294/25 298/4
298/8 299/17 302/21
306/10 306/11 309/16
311/16 312/2 312/11
313/1 314/13 315/4
316/6 320/13 320/25
321/6 322/15 323/4
325/15 325/20 325/23
326/9 326/12 341/10
342/16 342/21 343/12
345/3 345/14 345/19
346/13 351/18 354/17
361/19 363/20 364/18
368/16 371/10 372/15
375/19 376/9 376/21
380/12 381/13 381/20
381/23 382/7 382/20
382/24 385/11 386/1
386/25 390/9 390/19
390/23 391/10 392/22
397/24 399/11 400/3
410/12 415/6 416/19
427/23 428/7
they [253]
they'd [2] 330/14
333/16
they'll [3] 326/3 379/5
397/19
they're [37] 266/24
271/12 291/1 296/1
296/3 296/10 299/13
307/24 309/23 317/17
319/10 320/7 320/14
321/7 322/20 325/20
325/20 326/7 326/23
330/11 343/12 345/2
345/6 368/25 375/24
389/5 393/16 393/17
394/19 395/10 397/20
401/10 401/11 411/4
416/23 419/16 428/22
they've [14] 300/3
314/13 322/12 323/5
323/14 325/24 326/6
331/3 332/25 384/12
397/24 408/6 408/8
421/5
thing [14] 276/5 292/22
293/1 297/22 303/4
315/15 322/22 329/16
350/12 356/1 358/21
379/16 382/16 412/4
things [24] 269/10
280/12 281/10 284/9
284/11 301/14 308/9
311/9 321/12 327/9
347/24 349/19 371/23
371/24 372/17 380/24

think [228]
thinking [6] 280/1
320/24 320/25 397/16
401/5 432/21
thinks [2] 374/2 382/6
third [3] 286/8 385/18
385/19
this [313]
This is [1] 266/3
Thomas [3] 264/16
266/7 282/2
Thomas Edward
Caldwell [1] 266/7
thorny [1] 430/12
thorough [5] 275/2
279/13 281/23 281/24
285/4
thoroughly [1] 282/7
those [82] 271/17
271/17 276/10 284/4
287/8 287/18 287/25
290/19 290/22 293/17
296/11 300/19 301/10
304/19 304/19 304/21
304/22 305/14 305/16
307/14 307/20 307/23
308/1 308/3 308/5
309/14 309/18 310/16
310/21 311/9 312/17
313/23 316/21 318/4
323/12 326/25 327/4
329/2 333/15 335/13
337/21 340/11 343/18
344/23 346/3 350/10
352/11 354/1 354/2
354/18 360/8 360/10
360/13 360/17 360/20
366/11 376/3 383/24
386/22 387/3 388/16
389/14 389/19 391/10
393/25 394/6 394/18
396/21 397/22 403/6
404/17 405/1 405/2
405/3 405/10 405/11
406/1 421/17 424/12
433/24 434/1 439/9
though [11] 273/4
298/15 302/17 317/20
326/11 331/12 362/20
365/18 369/4 386/13
433/3
thought [23] 270/17
277/14 293/11 298/8
298/9 311/8 313/4
316/21 317/24 322/6
326/22 328/10 328/13
330/14 331/13 334/22
338/20 356/7 365/6
411/25 425/4 430/24
431/7
thoughts [4] 291/23
310/15 311/11 330/13
thousands [2] 372/16
374/9
thread [2] 410/14

thread... [1] 410/15
three [17] 293/20 309/5
314/17 321/15 339/20
339/23 341/14 351/13
360/3 360/20 365/23
365/24 366/3 371/13
399/2 399/8 431/1
three-second [1]
351/13
threshold [1] 433/15
throated [1] 271/24
through [45] 269/12
269/14 269/25 274/9
276/7 283/8 283/8
283/16 283/25 290/25
294/21 300/23 300/23
300/25 305/7 307/19
307/22 308/7 308/15
312/12 314/20 321/9
322/13 322/14 323/2
327/13 328/18 331/17
334/2 334/17 336/11
339/14 340/20 343/20
343/21 348/1 351/18
357/16 371/18 379/3
389/9 414/15 428/11
434/20 435/8
throughout [1] 436/4
thus [2] 405/2 406/20
tickets [4] 327/10
327/11 327/19 327/19
tied [4] 275/10 293/13
353/1 395/13
ties [1] 273/11
till [1] 327/7
time [56] 272/14
272/19 275/11 278/25
279/2 280/5 282/5
283/14 288/15 288/16
294/1 294/9 294/10
294/15 294/20 300/4
303/22 304/4 309/2
309/2 310/19 311/18
311/21 311/25 312/5
312/18 312/19 313/25
314/6 320/5 322/18
324/5 327/20 331/11
338/24 339/5 340/9
345/5 347/24 348/8
352/24 357/3 363/2
363/4 363/24 370/20
373/23 378/19 379/20
383/22 400/8 402/15
422/15 422/18 432/4
437/21
time-efficiency [1]
311/25
timeline [2] 270/15
293/14
times [3] 275/4 335/6
432/25
tired [1] 376/21
titled [1] 441/4
today [7] 269/11
269/25 304/4 348/22
375/24 404/14 429/19
today's [1] 371/10

logether [6] 270
362/14 370/1 427/11
430/11 434/19
told [5] 273/10 274/13
337/21 346/6 419/23
toll [3] 390/2 390/3
390/6
tomorrow [1] 350/16
too [4] 306/24 313/6
327/6 389/25
took [3] 290/6 302/25
369/10
tools [1] 295/19
top [3] 328/16 336/8
371/9
topic [3] 304/14 338/23
430/12
Topic 2 [1] 304/14
topics [1] 397/11
touched [3] 290/16
386/5 430/14
tow [1] 295/18
toward [1] 332/6
Towers [1] 264/17
town [3] 319/10 322/25
374/5
track [1] 365/8
training [1] 399/5
traitors [1] 352/6
transcript [3] 262/9
265/6 441/3
transcription [1] 265/7
transcripts [1] 283/9
traumatic [1] 324/13
travel [7] 319/12
322/12 322/19 323/5
327/15 327/16 335/10
traveling [1] 318/25
treasonous [2] 320/19
320/25
trial [47] 279/16 280/11
280/13 280/15 281/16
282/3 286/25 288/25
311/19 317/20 318/2
318/2 318/8 321/4
331/9 331/10 331/10
337/22 344/4 344/11
344/14 344/16 346/14
347/7 365/21 371/21
375/19 375/20 400/25
406/7 409/4 409/5
409/21 418/17 422/8
430/13 430/18 430/25
431/6 431/13 431/17
431/22 432/6 432/10
434/20 435/20 436/4
trials [2] 321/3 395/3
tricky [1] 412/4
trigger [1] 300/8
trip [5] 327/12 331/19
334/1 334/16 334/18
trouble [1] 316/23
Troy [1] 266/9
Troy Edwards [1]
266/9
truck [1] 295/18
true [11] 274/25 285/8
286/3 301/5 326/4

382/18 383/17 428/2
truly [1] 331/3
Trump [15] 278/21
282/5 282/15 284/6
285/9 287/3 287/6
287/10 287/21 290/3
369/23 376/17 376/17
376/19 377/22
truth [3] 363/16 382/6
389/6
truthfully [2] 324/2
413/25
truthfulness [1] 396/10
try [4] 270/19 346/10
361/9 371/15
trying [11] 277/18
284/22 307/9 324/23
372/24 385/21 391/9
393/1 413/19 427/7
428/11
Tuesday [5] 430/11
437/12 437/17 439/4
440/4
turn [9] 298/3 298/23
338/2 338/16 410/3
415/13 416/13 422/17
426/21
turnout [1] 373/20
twice [2] 312/10
430/15
two [32] 273/20 287/1
294/4 300/19 301/3
301/10 305/2 308/16
316/17 324/10 341/18
355/24 356/8 356/9
360/16 370/14 370/19
373/19 373/22 379/19
381/10 392/22 393/25
396/16 398/24 403/8
403/21 416/12 426/22
427/2 431/1 435/2
two-year-old [1]
324/10
TX [2] 263/4 263/8
type [6] 272/4 354/10
371/2 409/23 433/11
439/11
typically [1] 410/22

U

U.S [3] 262/15 295/25
328/8
ultimately [3] 274/22
301/20 376/1
unable [1] 329/10
unavailability [6]
322/16 327/18 332/2
334/6 334/9 434/18
unbeknownst [1]
284/8
under [41] 270/14
272/12 279/8 282/17
283/23 285/9 287/16
289/14 292/4 292/14
293/20 295/1 299/19
303/17 309/17 313/23
314/3 324/24 325/4

325/17 332/13 340/21
340/24 342/3 343/13
343/18 352/11 362/3
366/6 367/4 382/10
382/25 384/4 384/15
384/25 386/16 433/15
439/23
undercover [2] 399/1
399/6
underlying [4] 285/8
287/9 289/24 290/9
undermining [1] 406/8
understand [44]
270/20 272/22 277/18
278/17 279/25 281/1
281/4 284/22 288/2
290/24 291/2 291/18
293/8 294/16 297/12
297/16 297/16 308/2
318/6 326/8 326/18
334/21 339/14 340/22
342/5 342/5 344/17
346/20 359/13 359/15
367/23 375/13 385/21
394/7 404/23 413/24
415/19 415/25 426/5
427/4 428/15 435/19
435/21 439/15
understanding [18]
272/14 275/11 285/17
292/8 292/23 293/5
294/20 299/18 341/16
348/20 348/23 353/13
362/16 388/17 393/18
404/2 405/25 418/23
understands [1]
439/24
understood [16]
271/14 272/3 284/16
284/20 291/2 293/17
296/22 302/24 303/1
324/25 342/9 348/25
349/2 356/20 371/4
439/10
undertaken [1] 320/9
underthink [1] 295/12
unfair [1] 356/19
unfairness [1] 325/25
unfettered [3] 293/2
293/11 293/18
unfit [1] 308/22
unfortunately [1]
389/10
unindicted [3] 366/25
373/12 393/13
unique [4] 285/5
423/14 423/21 431/22
UNITED [12] 262/1
262/3 262/10 266/3
274/9 277/12 286/10
424/18 433/8 433/11
433/21 433/22
United States [6]
274/9 277/12 286/10
433/8 433/21 433/22
United States of [1]
266/3

[1] 424/18
unlawful [1] 426/2
unless [9] 299/19
317/21 354/11 358/24
380/7 401/10 420/25
427/18 428/20
unlike [1] 287/18
unlimited [1] 292/4
unnecessary [1] 340/3
unreasonable [1]
422/3
unrelated [2] 407/1
407/2
unrestricted [1] 293/4
unreviewable [5]
286/17 288/8 293/19
298/16 298/18
unsafe [1] 318/24
unsolicited [2] 423/15
423/22
unsure [1] 341/9
until [6] 280/15 346/10
372/9 373/20 427/9
431/6
untruthful [1] 409/11
unwilling [1] 431/21
up [65] 267/1 275/7
278/6 278/10 280/3
280/15 280/19 280/23
281/25 282/6 288/24
290/15 292/19 292/21
292/22 293/3 293/9
294/3 294/6 297/3
298/6 299/6 299/12
300/11 300/15 302/20
303/5 309/8 313/20
314/9 315/24 321/2
323/11 336/2 337/25
342/12 344/9 344/15
345/18 350/9 351/5
351/14 352/23 356/3
358/14 362/6 364/4
369/19 373/19 373/25
374/2 376/6 378/19
392/17 394/8 401/20
409/21 413/13 418/5
426/9 428/23 429/4
434/14 439/15 440/10
upon [12] 272/3 282/14
283/1 293/10 293/17
304/18 310/25 326/20
336/7 382/12 398/2
425/9
ups [1] 427/3
urging [1] 287/6
Urinate [1] 333/10
us [35] 280/9 280/23
281/21 283/5 285/11
315/25 337/23 340/9
343/12 344/23 344/23
345/4 345/22 345/25
374/25 382/18 387/2
388/19 389/4 389/7
389/8 389/9 389/10
395/5 399/10 399/15
399/17 409/17 409/18
414/12 414/21 432/1

470

**U**

us... [3] 435/8 436/25
439/20
us know [1] 439/20
usdoj.gov [2] 262/17
262/18
use [13] 285/21 287/11
287/21 296/16 304/4
316/19 342/12 353/10
358/4 364/8 383/2
397/20 406/7
used [8] 275/18 283/24
286/4 290/4 301/7
384/7 391/6 399/5
useful [3] 340/7 386/18
411/2
uses [1] 359/20
using [2] 300/13 368/1
usual [1] 385/2
usually [2] 325/10
409/8
utmost [1] 421/19

**V**

v. [1] 424/18
vacation [1] 331/16
valid [1] 426/8
value [2] 356/17
378/17
various [4] 283/6 284/9
287/7 371/11
Vegas [1] 327/11
versus [7] 266/4
316/18 412/7 433/8
433/11 433/21 433/22
very [28] 275/23
279/13 280/5 280/7
288/23 288/23 312/7
312/22 313/1 320/15
324/12 329/13 333/11
349/17 353/4 363/24
367/9 368/14 368/14
371/17 375/15 379/19
412/24 423/19 426/13
429/9 430/7 433/16
vetted [1] 350/11
vibe [2] 368/22 368/24
video [17] 311/4
350/25 351/1 351/7
351/8 351/14 351/20
351/23 352/4 352/15
355/23 356/8 356/21
356/22 379/12 379/24
380/4
videos [1] 388/10
videotaping [2] 388/10
411/17
Vietnamese [1] 373/22
view [16] 273/4 278/25
317/11 326/1 326/2
346/6 365/22 366/18
376/2 389/7 394/20
405/23 406/15 407/7
409/2 409/7
viewed [3] 290/25
299/2 375/24
viewing [2] 270/20
421/2

news [18] 306/5 308/18
308/14 313/23 316/16
326/7 358/18 403/1
violate [1] 365/23
violates [1] 365/24
violation [1] 366/3
violence [1] 274/9
Virginia [1] 276/8
voicemail [1] 371/17
voices [1] 316/23
voir [10] 305/23 308/12
310/19 311/12 317/1
323/18 324/21 325/10
326/22 330/15
volume [3] 344/18
364/18 371/7
voluntarily [1] 300/6
volunteering [1]
287/21
volunteers [1] 420/13
vote [1] 287/17
voting [1] 287/12
vs [1] 262/5

**W**

wages [1] 329/11
wait [3] 307/9 431/6
440/6
waiting [7] 295/20
296/3 296/10 296/24
298/9 348/18 372/9
waive [5] 405/7 415/17
416/3 416/3 432/5
waiver [7] 405/15
405/21 405/23 406/2
406/13 406/15 415/22
walk [1] 414/15
want [57] 269/23
270/19 273/5 278/17
279/4 279/10 279/18
281/1 281/5 293/6
296/2 298/3 298/6
302/4 308/15 308/16
314/16 314/23 314/25
318/7 318/7 344/3
344/4 351/14 364/18
372/18 373/5 379/10
379/24 380/3 380/24
388/1 389/4 389/5
390/21 390/25 391/12
392/9 392/12 393/20
401/4 406/16 414/12
415/3 415/14 422/1
422/11 423/2 423/9
425/24 427/9 429/4
430/24 432/23 434/24
437/12 439/6
wanted [14] 281/2
300/1 315/2 315/7
321/22 328/20 336/3
354/18 357/7 361/3
411/23 426/16 429/8
431/5
wanting [1] 339/14
wants [5] 325/5 351/17
372/3 387/1 414/25
War [2] 376/20 377/23
warrant [1] 296/4

news [18] M... 327/4
warranted [4] 308/6
311/14 313/20 322/7
was [215]
Washington [7] 262/5
262/16 264/4 264/9
265/5 361/8 368/13
wasn't [7] 296/15
362/7 368/13 369/11
405/12 430/20 438/17
water [1] 339/22
waters [1] 275/24
Watkins [17] 263/14
266/6 266/16 270/8
353/1 354/17 358/14
362/14 369/12 369/14
369/24 395/16 396/9
396/18 397/1 397/20
438/1
way [16] 271/16 282/13
296/21 318/12 325/11
325/24 343/25 344/5
344/9 364/17 369/7
369/20 369/25 372/2
398/8 415/14
ways [4] 275/23 301/11
349/25 370/14
we [450]
we believe [10] 311/12
311/16 313/18 315/17
320/4 329/20 330/17
363/1 372/21 379/17
we feel [1] 411/21
we open [1] 422/13
we will [10] 309/22
335/9 344/8 344/16
351/24 352/11 366/1
422/17 432/9 437/2
we would [1] 390/8
we'd [6] 342/4 362/22
381/9 415/10 433/20
437/7
we'll [35] 269/14
302/14 303/22 304/1
306/19 310/24 319/15
325/25 327/5 329/3
329/24 333/4 334/8
334/17 337/19 337/20
337/20 338/1 338/3
340/1 350/16 360/16
380/13 398/6 400/12
400/15 400/15 422/15
426/14 434/23 435/9
435/14 436/20 437/16
440/3
we're [66] 280/14
295/18 295/20 302/5
303/10 304/13 312/16
312/20 314/19 314/21
315/3 320/13 320/21
327/6 330/18 338/12
340/11 340/12 344/7
345/17 347/17 347/18
348/2 348/21 349/25
354/12 355/1 355/25
356/5 362/14 366/5
368/22 368/23 368/24

news [18] 371/24 372/23 378/22
380/9 383/23 383/23
385/15 389/6 391/22
391/23 392/5 394/5
395/12 397/3 397/10
405/9 406/25 407/5
409/20 409/22 413/8
416/23 420/21 427/11
431/16 432/4 435/25
439/7
we've [21] 269/10
287/9 302/1 304/7
325/16 332/20 337/18
343/9 345/21 347/25
354/12 380/8 386/11
386/20 388/23 414/19
430/13 431/8 431/9
432/10 439/7
wealth [1] 368/9
weapons [1] 296/2
wears [1] 316/17
website [3] 287/2
387/19 388/1
Webster [1] 321/4
wedding [1] 322/25
week [19] 314/23
315/4 319/10 339/13
339/20 339/25 341/2
347/24 348/21 348/24
369/18 370/4 393/7
393/15 396/25 401/20
437/1 437/8 439/16
weekend [3] 349/20
350/17 350/18
weekly [2] 362/23
418/19
weeks [4] 304/3
304/17 378/24 422/15
weight [1] 356/16
Welcome [1] 380/22
welcomed [2] 295/13
433/6
well [87] 266/21
269/21 278/4 281/2
281/18 286/3 289/15
296/20 297/10 297/19
299/22 300/19 301/5
301/13 301/20 302/3
303/20 309/5 309/7
310/11 312/6 318/25
325/14 325/22 331/1
332/25 337/14 344/25
345/7 346/5 348/25
349/10 351/11 352/14
352/14 355/3 356/15
362/6 366/4 366/15
367/3 370/8 371/25
375/22 376/11 377/6
377/8 378/18 383/6
383/10 383/15 383/17
384/22 385/10 388/9
388/20 389/14 393/16
393/20 394/20 403/7
404/16 405/22 408/10
409/8 413/6 415/8
416/17 418/10 418/14
420/25 421/4 422/6

news [18] 423/1 424/21 425/23
426/16 427/16 428/6
430/5 431/14 431/15
432/13 434/10 434/23
437/6 438/3
went [5] 290/15 291/12
307/19 388/11 388/16
were [98] 272/1 273/7
273/9 273/20 274/8
277/6 277/23 278/1
279/6 281/10 281/11
281/23 283/11 283/21
283/22 284/2 284/3
284/3 284/6 284/8
286/10 287/2 287/3
287/4 287/5 287/5
287/13 287/21 289/1
289/23 290/4 290/9
290/20 296/23 296/24
297/14 298/9 303/15
304/22 304/22 304/23
306/15 307/14 307/16
307/18 310/16 319/23
319/23 322/1 322/24
326/23 328/23 338/24
343/8 348/7 348/8
348/17 348/18 348/23
352/1 352/24 353/1
353/5 360/3 364/2
364/14 366/17 367/2
369/8 369/18 369/20
370/1 374/7 374/8
374/16 381/1 382/8
383/8 383/19 383/20
384/1 386/19 389/12
393/24 395/8 395/8
395/16 397/7 397/16
404/24 404/25 421/19
421/20 429/14 433/19
weren't [5] 286/9 322/2
325/9 334/7 392/19
west [2] 351/3 424/18
what [188]
what's [14] 269/12
287/19 298/18 325/7
347/10 351/20 361/1
404/2 409/2 414/14
415/10 417/2 423/14
435/15
whatever [10] 300/24
375/7 382/11 388/17
414/16 415/12 421/1
421/9 422/22 425/20
when [42] 274/21
277/8 280/9 280/20
281/21 282/4 284/1
289/21 290/5 309/22
319/12 319/13 321/25
324/24 331/20 339/24
361/8 369/7 370/3
377/19 382/8 383/7
383/8 387/24 389/23
396/24 402/15 404/20
409/10 410/16 410/22
412/3 413/23 420/2
423/5 423/22 424/12
433/18 435/19 436/18

when... [2] 437/13 437/14
where [60] 270/17 275/4 278/21 281/18 281/19 282/17 283/5 292/18 295/17 298/23 300/6 303/10 304/8 307/23 315/5 315/23 326/6 338/24 339/15 339/21 344/5 347/24 348/10 348/18 349/7 349/8 353/4 354/5 354/24 355/10 355/24 356/3 357/11 357/13 357/14 361/6 362/13 362/19 362/25 366/17 369/14 370/3 370/22 375/1 375/6 375/12 379/15 388/11 388/14 390/21 393/15 399/23 402/4 402/12 413/5 414/4 414/9 424/19 427/11 434/15
whether [70] 272/23 273/22 274/7 276/5 277/13 281/17 285/1 293/11 298/19 300/1 300/18 306/6 306/8 308/11 309/24 311/6 312/24 316/9 320/25 321/6 322/22 323/22 330/9 331/2 346/1 363/20 365/11 365/16 366/9 367/21 368/4 370/11 370/12 377/15 378/22 383/3 390/10 390/22 397/18 397/25 398/19 402/6 403/3 405/4 405/6 407/15 409/5 409/6 410/22 411/23 413/22 415/6 416/18 418/7 418/8 420/19 423/10 425/24 426/1 426/7 426/9 426/20 428/25 430/22 432/20 434/3 434/7 434/17 435/13 438/8
which [90] 269/24 271/6 271/16 274/1 275/17 275/23 276/7 277/4 279/5 279/25 281/5 282/7 284/7 284/15 285/15 288/6 288/19 289/12 291/18 293/10 293/24 293/25 294/13 295/3 298/1 298/5 298/7 300/13 300/22 302/18 304/10 304/14 304/24 305/3 306/2 308/17 313/2 313/24 314/22 317/7 318/16 330/8 338/22 341/9 344/9 346/20 351/25 352/3 352/4 352/11 359/19 360/6 360/12 361/22 362/7 364/20 365/14 366/9

374/23 379/1 381/3 385/3 386/6 387/19 391/6 392/22 392/25 392/25 394/9 396/22 401/11 404/18 404/20 405/24 406/4 406/5 406/6 406/16 408/21 417/11 417/14 418/20 419/7 421/16 425/8 432/15 436/13
while [8] 287/22 312/18 323/11 332/12 359/17 377/9 394/8 437/5
who [54] 299/20 301/4 305/4 305/18 306/16 307/14 308/3 308/8 312/7 312/15 313/4 318/18 318/21 321/12 329/7 330/3 331/10 331/11 337/4 337/13 345/21 345/22 345/23 353/9 353/11 353/11 355/11 366/23 366/24 368/25 373/18 373/24 373/25 374/1 377/21 387/6 387/17 388/9 389/3 391/5 393/12 395/14 403/19 403/22 404/2 415/16 415/21 415/25 416/3 416/3 427/19 427/23 429/10 437/7
who's [13] 293/16 324/15 330/21 373/11 386/2 386/15 394/1 404/14 410/25 411/16 411/16 416/20 428/9
whoever [1] 339/9
whole [9] 303/22 318/22 372/4 373/3 373/15 374/14 416/14 418/2 420/17
wholesale [1] 346/16
wholly [1] 341/3
whom [3] 322/12 346/1 404/10
whose [1] 330/12
why [34] 280/2 280/16 297/14 299/22 310/14 334/21 336/3 337/14 338/4 341/19 343/5 344/9 346/18 346/19 349/6 353/16 378/24 380/10 391/6 400/2 405/11 405/25 406/16 417/3 419/13 421/14 422/7 426/16 428/24 433/17 434/6 435/21 437/11 437/19
wife [2] 388/22 389/15
wife's [1] 359/18
will [67] 269/13 272/23 281/14 288/25 289/4 295/4 301/4 302/8 302/21 302/23 309/22 312/18 312/24 312/25

314/18 317/2 319/5 323/6 324/6 329/9 333/20 335/9 335/13 337/21 338/3 339/18 341/5 344/8 344/16 347/2 349/17 350/14 350/15 351/24 352/11 355/19 359/5 359/12 362/25 364/12 366/1 367/7 373/15 373/22 374/2 376/17 376/19 377/22 380/12 392/21 398/3 401/12 405/5 410/15 418/16 422/17 426/19 429/24 432/9 435/22 435/23 436/16 436/24 437/2
William [4] 264/16 265/2 441/2 441/8
willing [5] 314/21 405/7 416/23 416/23 432/4
win [2] 376/19 377/22
wiped [1] 357/1
wiping [2] 359/8 359/24
wire [1] 295/19
Wisconsin [1] 356/3
wish [4] 284/23 375/24 429/12 429/18
withdraw [1] 355/14
withdrawing [1] 394/5
withdrew [1] 348/21
withheld [4] 415/10 416/18 417/1 417/2
within [4] 270/6 293/23 294/4 419/8
without [9] 271/14 316/18 318/10 355/5 391/15 394/17 416/10 423/12 427/4
witness [20] 283/17 283/19 286/2 311/13 367/24 368/2 397/21 398/22 399/11 399/24 400/23 402/16 427/19 427/23 428/1 428/12 431/25 432/16 433/18 434/15
witness's [1] 362/24
witnesses [14] 283/7 286/1 301/4 330/10 368/25 396/20 396/21 397/17 427/13 430/18 431/2 431/19 432/6 437/7
witnesses' [2] 391/25 398/25
won't [9] 310/23 312/19 313/1 320/15 333/5 339/19 353/10 359/14 423/11
Woodward [16] 264/2 264/3 266/13 269/8 295/15 295/21 339/9 346/12 365/14 387/14 407/7 415/9 421/1

word [9] 275/3 318/23 331/17 332/4 358/4 359/5 415/1 429/7 432/5
words [12] 273/8 273/20 281/8 325/5 341/20 361/7 364/8 379/14 409/3 410/13 413/13 415/12
work [12] 318/25 322/19 327/10 330/25 334/11 334/12 340/2 343/20 417/20 417/22 432/9 434/19
worked [2] 329/1 344/20
working [8] 266/24 287/13 321/25 322/1 322/4 340/12 343/23 371/18
world [4] 275/17 293/24 293/25 315/15
worried [1] 317/15
worry [2] 335/12 338/22
worst [1] 315/15
worth [4] 308/11 319/8 324/5 400/8
would [235]
wouldn't [12] 278/15 363/25 386/17 394/18
write [1] 389/1
writing [5] 280/18 318/9 350/18 381/5 388/22
written [8] 271/23 282/13 304/25 309/16 318/18 339/4 402/22 404/8
wrong [4] 274/3 389/5 409/19 432/14
wrongly [1] 288/3
wrote [7] 279/6 308/9 318/20 320/17 322/24 329/7 406/5

Y

yeah [10] 278/23 291/16 301/16 323/8 327/3 337/1 349/8 385/1 427/16 439/17
year [4] 290/6 324/10 346/10 419/22
Year's [1] 376/14
yelled [1] 290/15
yelling [1] 351/5
Yep [1] 328/5
yes [88] 275/12 275/22 276/7 281/19 282/11 282/15 285/24 286/12 286/14 293/14 294/19 297/5 297/9 302/6 303/24 304/5 306/24 307/18 307/21 307/23 307/25 309/1 309/4 310/14 310/20 311/8 313/5 313/16 314/11

317/13 319/21 324/14 326/16 327/14 328/11 329/17 330/20 331/18 331/24 332/7 332/8 332/15 333/17 347/8 347/12 347/16 347/21 348/3 348/5 348/11 348/16 349/2 351/22 352/18 359/7 360/1 360/7 361/2 361/15 363/23 364/22 366/22 371/25 377/17 381/7 385/5 386/4 387/12 391/21 393/4 393/5 394/4 403/7 403/14 404/15 413/19 417/17 417/21 419/13 427/25 437/24 438/14 438/18 438/23 439/25
yeses [2] 307/20 309/5
yesterday [7] 305/2 350/23 350/24 367/21 401/22 402/13 430/2
yet [7] 338/13 338/21 354/24 355/7 400/16 400/24 407/5
you [289]
you had [1] 438/13
you know [1] 345/13
you'd [3] 413/3 433/4 437/20
you'll [5] 285/12 288/17 301/8 316/7 360/21
you're [40] 277/1 280/1 285/12 286/15 291/3 292/18 292/19 301/3 301/5 301/23 319/21 325/22 338/15 339/8 345/11 346/22 350/4 350/6 350/7 350/9 352/16 361/22 363/10 370/10 376/4 382/1 384/21 385/6 385/19 385/20 390/13 393/1 394/8 395/15 402/7 413/10 413/14 423/10 430/22 434/25
you've [20] 273/4 277/19 281/7 281/14 284/24 289/12 298/15 313/2 326/3 370/16 372/2 379/3 379/5 383/15 384/19 392/20 397/23 415/23 418/1 418/1
your [221]
your Honor [160] 266/2 269/17 270/21 271/8 274/10 275/10 278/14 279/23 280/4 281/19 285/3 285/19 286/20 288/1 288/14 289/8 290/5 291/22 291/24 295/9 296/11 296/22 297/5 299/14 302/1 302/6 302/8

## Y

**your Honor... [133]**
303/5 303/24 304/5
306/20 307/23 309/4
309/13 309/15 310/1
310/6 311/17 311/23
312/1 312/1 312/8
313/22 313/24 314/1
314/9 314/11 315/17
316/3 317/13 318/12
319/4 319/17 320/9
321/4 321/8 323/19
324/21 325/3 325/14
327/22 329/4 330/18
330/20 331/22 332/11
332/17 335/5 335/15
335/22 337/1 339/1
339/18 344/17 344/25
345/8 348/11 348/20
349/9 349/17 350/20
351/11 351/16 351/22
352/18 352/20 352/22
354/20 355/5 355/17
356/5 356/21 357/6
358/5 359/7 359/16
360/7 362/1 363/1
363/23 364/22 365/20
366/22 367/15 368/7
369/5 371/5 372/10
373/4 373/9 374/5
374/15 375/1 375/14
376/12 376/14 377/17
378/18 378/19 379/9
380/5 381/7 383/17
384/25 385/13 386/4
386/5 386/19 386/23
387/8 387/11 387/13
387/25 388/7 388/22
389/17 389/25 390/6
391/20 391/21 392/2
392/15 393/3 394/4
400/17 410/10 417/5
423/8 425/16 429/3
430/7 430/12 436/6
437/24 438/1 438/8
439/3 439/10 439/16
439/25
**Your Honor's [5]**
324/25 339/18 418/6
422/18 423/12

## Z

**Zaremba [3]** 265/2
441/2 441/8
**Zello [9]** 300/24 353/4
353/6 362/13 393/23
394/6 396/25 397/2
397/6
**zip [3]** 340/11 340/12
340/12
**Zoom [3]** 338/14
338/15 437/10
**Zsuzsa [1]** 264/6