IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )        CR No. 22-15
                                   )        Washington, D.C.
        vs.                        )        September 28, 2022
                                   )        9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )        Day 2
            Defendants.            )        Morning Session
_____    )

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

                                    Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                    P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.

3          THE COURT:  Please be seated, everyone.

4          COURTROOM DEPUTY:  Good morning, Your Honor.

5    This is Criminal Case No. 22-15, the United States of

6    America versus Defendant No. 1, Stewart Rhodes; Defendant 2,

7    Kelly Meggs; Defendant 3, Kenneth Harrelson; Defendant 4,

8    Jessica Watkins; and Defendant 10, Thomas Edward Caldwell.

9          Kate Rakoczy, Jeffrey Nestler, Alexandra Hughes,

10   Troy Edwards for the government.

11         Phillip Linder, James Lee Bright, Edward Tarpley

12   for Defendant Rhodes.

13         Juli Haller and Stanley Woodward for Defendant

14   Meggs.

15         Bradford Geyer for Defendant Harrelson.

16         Jonathan Crisp for Defendant Watkins.

17         And David Fischer for Defendant Caldwell.

18         All named defendants are present in the courtroom

19   for these proceedings.

20         THE COURT:  Okay.  Good morning, everyone.  I hope

21   everybody had a nice evening.

22         All right.  Do we have everybody with us this

23   morning?  Okay.  Great.

24         Anything anybody would like to raise preliminarily

25   before we bring our jurors in?

1           MR. LINDER:  We're good.

2           THE COURT:  So we called in 40 today, maybe that's

3    a little ambitious but we'll sort of see where we are.

4    We're obviously getting a slightly earlier start than

5    yesterday and hopefully things will be a little bit more --

6    move a little bit more efficiently than yesterday.  So we'll

7    see how far we can get.

8           (Pause)

9           COURTROOM DEPUTY:  Jury panel.

10          (Prospective jurors entered the courtroom.)

11          THE COURT:  Okay.  Please be seated, everyone.

12          Okay.  Ladies and gentlemen, good morning to all

13   of you.  My name is Judge Amit Mehta, and welcome to the

14   U.S. District Court for the District of Columbia.  You are

15   here today as potential jurors in the case of United States

16   versus Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,

17   Jessica Watkins, and Thomas Caldwell.

18          Before we get started, I want to extend to each of

19   you my gratitude for making yourself available for jury

20   service.  As you know, in our system of justice, juries and

21   jurors play a critical role.  Indeed, it is a fundamental

22   feature of our democracy to have ordinary citizens serve as

23   decision-makers in our courts of law.  You are, therefore,

24   performing an important duty today.  So I want to thank you

25   in advance for your service.

1              Now, for those of you who have gone through a jury

2    selection process before, today will be both familiar and

3    different.  It will be familiar in -- excuse me, it will be

4    different in the sense that usually when jurors are being

5    considered for service, we will start the process by asking

6    jurors a series of questions to assist us in determining

7    whether a juror can be fair and impartial.  In this case,

8    however, we will not start out that process -- we will not

9    start out the process with questions because you already

10   came in a few weeks ago and completed a juror questionnaire

11   that the parties proposed and that I approved.  So that part

12   of the process is now complete.

13             What will feel familiar and why you are here today

14   is to ask each of you additional questions based upon your

15   responses to the juror questionnaire.  The way that will

16   work is as follows.  There are 40 of you here this morning.

17   After I've completed these initial remarks and instructions,

18   the Courtroom Deputy will escort all of you to a different

19   courtroom where you will be re-seated in the order you are

20   in -- you will be re-seated in the order of your juror

21   numbers.

22             We will then call each of you back into this

23   courtroom one at a time for additional questions from the

24   parties and me.

25             Now, the questions we will be asking you may touch

1   on matters that are personal to you.  Rest assured, it is

2   not my intention or desire, nor is it the intention or

3   desire of the lawyers to invade your privacy or to embarrass

4   you.  Our only wish is to select the fairest, most impartial

5   jury possible so that the parties can be assured that jurors

6   selected will not be biased or pre-judge the case and will

7   return a verdict based only on the law and the evidence.

8           What will also feel familiar about this jury

9   selection process is that you will spend some time waiting

10  throughout the day.  I promise I will try to keep your

11  waiting to minimum but some amount of wait time will be

12  unavoidable.  That will be particularly true for those of

13  you who are in the back half of the queue.  You will be

14  waiting for a longer period of time today than your fellow

15  jurors who are in the front of the queue.  And I'll explain

16  why momentarily.

17          While you are waiting during jury selection,

18  please feel free, if you wish, to talk quietly amongst

19  yourselves or to read a book, magazine or whatever you have

20  brought with you.  The courtroom you will be in is WiFi

21  enabled so you should feel free to use your phones or other

22  mobile devices to read online or surf the Internet.  I will

23  ask, however, that you place all of your devices on silent

24  mode while in the other courtroom and while in this

25  courtroom.

1          Now, this is very important.  While you may use

2     your mobile devices, you should not at any point during the

3     jury selection process, and this will be true afterwards,

4     too, if you are selected, communicate with anyone about this

5     case or do any online research about the case or the

6     parties.  That means do not email, text, tweet, or Snapchat

7     a friend or family member or all of your followers about the

8     case or post on Facebook or Instagram that you are a

9     potential juror in this case.  Do not get online and start

10    doing research about the case or the parties.

11         We also asked you, as part of the questionnaire,

12    to avoid media coverage about this case.  That includes

13    social media.  That instruction continues to apply and is

14    perhaps even more important now that the jury selection

15    process has started.  You should avoid any newspaper,

16    television, or radio news, podcasts, and importantly, any

17    social media about this case or the events of January the

18    6th.  That means avoiding not only news stories in

19    *The Washington Post*, for example, or on TV news, but also

20    journalists or others who are tweeting about this case or

21    posting about it on other social media sites.  In fact, it

22    would not surprise me if there's live tweeting about this

23    jury selection process.

24         So if you follow journalists or others who cover a

25    or comment on the events of January the 6th, I am going to

1  instruct you, avoid reading their tweets or any other social

2  media postings until you are fully dismissed from jury

3  service in this case.

4          Some of you may receive push notifications from

5  media outlets or from other sources that deliver news.

6  I'm going ask you to please turn those push notifications

7  off while you are here during the jury selection process to

8  avoid any possibility that you would receive a push

9  notification about this jury selection process.

10         In addition, I understand that there may be a

11 hearing in Congress coming up about the events of January

12 the 6th.  It was actually scheduled for today but has been

13 postponed, I don't know to when it's been postponed.  Until

14 you are dismissed from jury service, you are instructed not

15 to watch that hearing or read or listen to any press

16 coverage in any form about the hearing, including on social

17 media.

18         The reason for these restrictions is simple.  If

19 you are selected as a juror, you will be sworn to decide

20 this case based only on the evidence that is presented at

21 trial and the law as to which you will be -- as to which you

22 will receive instructions.

23         You will be strictly forbidden to consider

24 anything you may have read or heard about the case from news

25 sources or from social media or from other people.

398

1          If at any point during the jury selection process,

2     you happen to come across news or commentary regarding the

3     case, please immediately avert your eyes or ears and please

4     alert the Courtroom Deputy so he can advise me.  A juror who

5     violates these restrictions, jeopardizes the jury selection

6     process and possibly the trial itself, which could require

7     the entire trial process to start over.

8          Also, during this jury selection process, if

9     anyone attempts to communicate with you about this case,

10    please notify the Courtroom Deputy or a court security

11    officer immediately.  The lawyers here are under strict

12    instructions not to speak with any juror during the jury

13    selection process.  So if you happen to see them in the

14    courthouse and they walk the other direction, they're not

15    being rude, they're simply following my instructions.

16         I also have issued an order to members of the

17    media and the public not to approach any of you about this

18    case during jury selection.  Still, despite these

19    instructions, if you are approached about this case by

20    anyone, please notify the Courtroom Deputy or a court

21    security officer.

22         One other feature of jury selection today will be

23    different.  In most criminal cases, we complete jury

24    selection in one day.  That usually means that unless you

25    are immediately excused, we ask you to remain in the

1    courthouse until near the end of the day when we select a

2    jury -- a final jury.  In this case, however, we are not

3    likely to complete the jury selection process today.  So,

4    after we've finished asking you individually additional

5    questions, you will be done for the day.  You will be given

6    instructions about further jury service in this case after

7    your individual questioning is completed.  So you can

8    understand why those who are in the front of the line will

9    have a shorter day than those of you who are toward the back

10   of the line.  But importantly, do not leave the courthouse

11   until you have received additional instructions by a member

12   of the Court staff.

13          If you are excused from further service today,

14   we will let you know after your questioning is concluded.

15   If you are excused, you will be relieved of the restrictions

16   I discussed earlier.  If you are not excused from service,

17   however, and we ask you to return, it is critically

18   important that you follow my earlier instructions; that is,

19   do not communicate with anyone about the case, do not read

20   or listen to anything about the case, and do no independent

21   research about the case or the parties.

22          And do not watch or read about the congressional

23   hearing that might take place.

24          Following these instructions is critical to

25   ensuring a process that will result in a fair and impartial

1    jury to hear this case.

2          Finally, as you can see, everyone in the courtroom

3    is wearing a mask except for me while I'm speaking.  Masking

4    is required in the public spaces in this courthouse and

5    I will require masking during the trial.  The only exception

6    to that rule will be for lawyers who are speaking and

7    witnesses who are testifying.  You may be asking yourselves,

8    why do we need to mask.  Well, for two primary reasons.  The

9    first is that none of you are here today voluntarily.  You

10   are required to be here.  So unlike going to a grocery store

11   or a restaurant or a concert, you do not have the choice to

12   avoid this location or a person who might choose not to wear

13   a mask.

14         The second reason for masking is to avoid a COVID

15   outbreak that might disrupt the trial.  As you know, this

16   trial is scheduled to last a month or more.  If one or more

17   people inside the courtroom, including jurors, test positive

18   for COVID, that could delay the trial proceedings.  That is

19   something I would rather avoid.  Masking hopefully will

20   prevent any COVID-related trial delays.

21         Okay.  Ladies and gentlemen, those are my

22   preliminary remarks and preliminary instructions.  Now,

23   before you leave the courtroom, I'm going to ask all of you

24   to please stand and raise your right hand so the Courtroom

25   Deputy can have you sworn in.

1          COURTROOM DEPUTY:  Raise your right hand.

2          (Prospective jurors is placed under oath.)

3          COURTROOM DEPUTY:  Thank you.

4          THE COURT:  Okay.  So, ladies and gentlemen, as I

5    said earlier what will now happen is that you will be taken

6    to a different courtroom.  Those of you who are at the front

7    of the line will be brought into this courtroom for

8    additional questioning.  So, Mr. Douyon and other members of

9    the Court staff will show you to where you need to be next

10   and for those of you who will be joining us shortly, they

11   will advise you of that as well.

12         Thank you, everybody.  We appreciate your service

13   today and we look forward to speaking with you.

14         (Prospective jurors exited the courtroom.)

15         THE COURT:  Just for your information, we are

16   currently missing two jurors, they are jurors 1151, who is

17   on line 63, and 1497 on line 81.  Hopefully they will appear

18   at some point this morning.

19         MR. BRIGHT:  Can you repeat the second one, what

20   line it's on?

21         THE COURT:  Sure.  It's juror 1497 on line 81.

22         MR. FISCHER:  Your Honor, may I inquire?  The

23   juror who failed to appear yesterday, that juror --

24         THE COURT:  Let me find out, Mr. Fischer.  I don't

25   know the answer to that.

```
 1              (Pause)
 2              THE COURT:  Sir, good morning.  How are you?
 3              PROSPECTIVE JUROR:  Good.
 4              THE COURT:  You are Juror 1186; is that correct?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  Feel free to remove your mask if you
 7    wish.  Your juror questionnaire should be in front of you if
 8    you'd like to refer to it.
 9              Let me ask you first if you would please turn to
10    page 13 and Question 68, your response to Question 68.  And
11    in that response, you said, "I worked in the House of
12    Representatives for 12 years.  Also I am a lobbyist and work
13    with members and staff of the House and Senate on a daily
14    basis.  Lastly, I live ten blocks from the Capitol."
15              Have you spoken to people who were on Capitol Hill
16    on January the 6th?
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  And you've discussed the events of the
19    day with them?
20              PROSPECTIVE JUROR:  Not extensively, no.
21              THE COURT:  Okay.
22              And how do you think your -- the fact that you
23    worked in the House of Representatives and know people who
24    still work there and on the Senate side would affect your
25    ability to be fair and impartial juror in this case?
```

1          PROSPECTIVE JUROR:  I think it was horribly wrong

2     what happened that day.  And if I was on Capitol Hill, I

3     would have been afraid working on Capitol Hill.

4          I didn't like the fact that -- as I said, I live a

5     few blocks, I live over near Eastern Market, and it's just

6     way too close for something like that to happen.

7          THE COURT:  You know, we all have formed views and

8     opinions about the events of January the 6th and we don't

9     expect jurors to come in without any opinions and views.

10    But a juror's task is different.  It is to commit to being

11    fair and impartial to the defendants who are before the

12    Court and viewing the evidence fairly and impartially and

13    weighing it against the legal principles that I would give

14    you.

15         Do you think that you would have difficulty being

16    fair and impartial and based on the evidence that's solely

17    presented in this case?

18         PROSPECTIVE JUROR:  No.

19         THE COURT:  And do you think you could sort of put

20    to the side your personal opinions about the events of the

21    6th and judge these defendants fairly and impartially?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And you could, say, for example, the

24    ultimate question for any juror is, the defendants are

25    presumed to be innocent and it's the government's burden to

1   prove their guilt beyond a reasonable doubt.  If you were

2   convinced based upon the evidence presented that these

3   defendants were or a defendant was not guilty beyond a

4   reasonable doubt, would you have any difficulty or

5   hesitation in voting to acquit?

6            PROSPECTIVE JUROR:  No.

7            THE COURT:  All right.

8            Let me ask you then to turn to page 46 -- excuse

9   me, page 11.  And I'll focus your attention on Questions 46

10  and 48.  And in both of those questions, you were asked

11  whether you had seen, read or heard anything about the

12  Oath Keepers or anything about these particular defendants,

13  and you answered yes to both questions.

14           Can you tell us what you have read, seen or heard

15  about either the organization or these defendants?

16           PROSPECTIVE JUROR:  Well, I read the *New York*

17  *Times*, *The Washington Post* extensively so I've seen numerous

18  articles about that, obviously, very interested because of

19  the neighborhood and place I used to work, and I obviously I

20  deal with members of the Congress and their staff on a

21  regular basis.

22           I also -- one of my primary sources is *POLITICO*

23  *Pro*.  It's a subscription service of *POLITICO* so obviously

24  they've been extensively covering it as well.

25           THE COURT:  And based upon the media you've been

1    exposed to, what can you tell me that you've retained about

2    the Oath Keepers organization?

3              PROSPECTIVE JUROR:  Just its organization -- just

4    that its participation in the January 6th, leading up to

5    the -- both the rally on the Ellipse and then the event at

6    the Capitol, aware of the weapons they secured or they were

7    holding here in town, and the recruitment efforts.

8              But just, again, not like I've been extensively,

9    just read the paper every single day.

10             THE COURT:  Okay.

11             And the individual defendants who are listed

12    there, Mr. Rhodes, Mr. Meggs, Mr. Harrelson, Ms. Watkins,

13    and Mr. Caldwell, do you have any specific recollection of

14    anything that you may have read about any of them?

15             PROSPECTIVE JUROR:  I mean, the only one that

16    jumps out is Mr. Rhodes, just because his name has been in

17    the news the most.

18             THE COURT:  Okay.

19             And so you've described some of the things that

20    you've read about and the evidence at trial may touch on

21    some of that, but the question is whether you think you

22    could keep an open mind to hearing contrary evidence.  This

23    is a trial.  The media only -- it doesn't give necessarily

24    an opportunity to present both sides, and so the question

25    is, would you be able to put aside what you have read in the

 1  media and consider the evidence if you're selected as a

 2  juror in this case to fairly and impartially consider

 3  evidence that might be contrary to what you've read?

 4           PROSPECTIVE JUROR:  Yes.

 5           THE COURT:  Do you think you would have any

 6  trouble doing that?

 7           PROSPECTIVE JUROR:  No.

 8           THE COURT:  You also answered Question 44 which

 9  concerns viewing the hearings by the January 6th Select

10  Committee.  Can you give us a sense of how much of that --

11  how much of those hearings you have watched or read about?

12           PROSPECTIVE JUROR:  I only watched two of them,

13  but I read obviously about all of them.

14           THE COURT:  Okay.

15           PROSPECTIVE JUROR:  Yeah.

16           THE COURT:  And can you tell us what you recall,

17  if anything, from those hearings about Oath Keepers, about

18  the Oath Keepers group.

19           PROSPECTIVE JUROR:  I don't recall anything

20  about -- from that advantage about the Oath Keepers.

21           THE COURT:  Okay.

22           So to be specific, do you recall anyone testifying

23  about the Oath Keepers or commenting about the Oath Keepers?

24           PROSPECTIVE JUROR:  I don't recall, no.

25           THE COURT:  Above Question 44, there are questions

1    about potential witnesses or people you'll hear about.  This

2    is Question 37.  You listed Alex Jones and Robert Contee.

3    Mr. Jones, I do not believe will be testifying, nor do I

4    expect, I think it's unlikely that his name will be

5    mentioned during these proceedings.  But Chief Contee,

6    do you know him personally?

7                 PROSPECTIVE JUROR:  No.  I just -- you just asked

8    if I knew who they are.  Of course, I know who they are.

9                 THE COURT:  Yeah, I'm just asking whether you know

10   them personally.

11                And it's not clear to me whether he will be

12   testifying or not.  However, if he were to testify, if there

13   were evidence presented contrary to his testimony, for

14   example, do you think you could view his testimony

15   objectively just as you would any other witness testimony?

16                PROSPECTIVE JUROR:  Yes.

17                THE COURT:  And the fact that he's the former

18   police chief of the District of Columbia and that you may

19   have views about his reputation as a police chief for the

20   District of Columbia, do you think you could set that aside

21   and evaluate his testimony as it's presented in this case?

22                PROSPECTIVE JUROR:  Yes.

23                THE COURT:  Below that question, you were asked

24   questions about your exposure to videos and news regarding

25   the events of January the 6th.  Let me ask you this:  Would

1    you describe yourself as someone who actively pursues or

2    actively seeks out news about the events of January 6th or

3    someone who reads it if it comes up on your news feeds or

4    happens to be on -- available in the news media that you

5    review?

6                PROSPECTIVE JUROR:  The latter, yeah.

7                THE COURT:  Okay.

8                And this is harkens back to the question I asked

9    earlier, which is, would you -- do you have any concerns

10   about your ability to put aside what you've read in the

11   media about this case or about the events of January the 6th

12   and focus only on the evidence and view it fairly and

13   impartially as to these defendants?

14               PROSPECTIVE JUROR:  Yes.

15               THE COURT:  Do you have any concern about being

16   able to do that?

17               PROSPECTIVE JUROR:  No.

18               THE COURT:  Okay.

19               Let me ask if you would please turn then to

20   page 6, back to the front.

21               Question 13 asked whether you have close friends

22   or family members who've ever been employed at the U.S.

23   Capitol.  You've already told us that you were employed

24   there, you have friends who are currently employed there.

25               Let me ask you, I think I asked you this earlier

```
 1    but anybody that you know presently or work with presently,

 2    were they on the Hill on January the 6th?

 3              PROSPECTIVE JUROR:  A lot.

 4              THE COURT:  A lot of people were?

 5              PROSPECTIVE JUROR:  Yes.

 6              None of them in the Capitol per se but in the

 7    complex, mostly in the House and Senate Office Building.

 8              THE COURT:  Okay.

 9              And I think you also said that you have sort of

10    concerns for their safety and safety -- your own safety

11    during that day, right?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  So we're now a year plus removed from

14    the events of that day.  Do you have any concerns that the

15    emotions of that day could affect your ability to be fair

16    and impartial?

17              PROSPECTIVE JUROR:  No.

18              THE COURT:  And you would be able to sort of put

19    behind you, am I correct, the concerns that you had for your

20    own safety and the safety of others?

21              PROSPECTIVE JUROR:  Correct.

22              THE COURT:  Question 14 asks whether you, close

23    friends, family members have been employed by the Federal

24    Government.  You've already told us about the Legislative

25    Branch.  How about folks in the Executive Branch?
```

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.

 3              And specifically, how about people in law

 4   enforcement?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  In Question 15, you've stated that

 7   your spouse or significant other is a businessperson and

 8   owns a business on Capitol Hill.  Do you have any concerns

 9   just based on the fact that your spouse or significant other

10   owns a business on Capitol Hill and how that might influence

11   your ability as a juror in this case?

12              PROSPECTIVE JUROR:  I don't think so.

13              THE COURT:  Okay.

14              Question 18 asked whether you or a close friend or

15   family member has attended a rally, protest or demonstration

16   in the last five years.  Can you share with us the reasons

17   for answering that yes.

18              PROSPECTIVE JUROR:  Women's march, gun --

19   against -- gun control marches.  Those have been the two big

20   ones.

21              THE COURT:  Okay.

22              So it may be the case that you'll infer, if you're

23   selected as a juror in this case, that the defendants in

24   this case may have political views that are different than

25   your own.  If you came to understand that, how would that
```

1    affect your ability to be fair and impartial to these

2    defendants?

3              PROSPECTIVE JUROR:  I mean, it's tough, but, you

4    know, it's just the system we have to live with here in the

5    United States.

6              THE COURT:  Okay.

7              Do you think their political beliefs would --

8    well, let me put it differently.  Do you think you would

9    have trouble setting aside their political beliefs in

10   evaluating the evidence in this case?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  You mentioned that you had attended a

13   rally concerning gun control.  Do you have such strong views

14   about firearms or the laws concerning firearms that would

15   make it difficult for you to be fair and impartial?

16             PROSPECTIVE JUROR:  I don't agree with what's

17   going on these days, but, yes, I could be impartial.

18             THE COURT:  Let me ask you.  You've said that

19   you're a lobbyist, you've also worked on the Hill.  Let me

20   first start with your time on the Hill.  When you were on

21   the Hill, did you work on any legislation to -- any gun

22   control legislation?

23             PROSPECTIVE JUROR:  No, I only did defense work,

24   national security work.

25             THE COURT:  Okay.

```
 1                   And in current role as a lobbyist, do you
 2       represent interests, gun control --
 3                   PROSPECTIVE JUROR:  No.
 4                   THE COURT:  -- gun control advocacy interests?
 5                   PROSPECTIVE JUROR:  No.
 6                   THE COURT:  And there is likely to be evidence in
 7       this case of gun possession and access to guns; however, no
 8       defendant in this case is charged with unlawfully possessing
 9       a firearm.  If you were to hear evidence of gun possession
10       and gun access but become aware that there's no charge about
11       that, how would that affect your ability to serve as a juror
12       in this case?
13                   PROSPECTIVE JUROR:  I can still be impartial.
14                   THE COURT:  I think you've shared with us the
15       reasons for your yes answers to Questions 19, 20, and 22.
16       Let me ask you to then turn to page 11 and go to
17       Question 50.
18                   PROSPECTIVE JUROR:  5-0?
19                   THE COURT:  Yes, 5-0.
20                   That question asks whether you or a close friend
21       or family member has worked in any aspect of the legal field
22       as a lawyer, prosecutor, criminal defense attorney, et
23       cetera.  Can you tell us about that?
24                   PROSPECTIVE JUROR:  My stepfather is an attorney
25       and I have numerous friends that are attorneys here in town,
```

1    and one of them used to work at the DOJ and was in the

2    U.S. Attorney's Office in Manhattan.

3              THE COURT:  Okay.  That's one and the same person.

4              PROSPECTIVE JUROR:  Yeah, same person that does

5    that, yeah.

6              THE COURT:  And other than that one person,

7    is there anyone else in the legal profession that worked in

8    the area of criminal law among your friends?

9              PROSPECTIVE JUROR:  No, just this one.

10              THE COURT:  Just this one.

11              And the person that you've referred to, does that

12    person still work for the Department of Justice?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  And I think you said prior to the work

15    at the Department of Justice, that's when he was at the

16    U.S. Attorney's Office in Manhattan?

17              PROSPECTIVE JUROR:  Yeah.

18              THE COURT:  All right.

19              Anything about your association, friendship with

20    that person that would cause you to think you could not be

21    fair to the defendants in this case?

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  Or that you would favor the government

24    in this case?

25              PROSPECTIVE JUROR:  No.

1          THE COURT:  Question 54 asked whether you or a

2    close friend or family member have ever been a victim of a

3    crime, reported or not.  Could you share with us why you

4    answered that question yes, and if the response is something

5    you'd rather provide in a more private setting, we can

6    arrange that.

7          PROSPECTIVE JUROR:  I was held at gunpoint four

8    years ago in my neighborhood.

9          THE COURT:  Okay.

10          And did you report that?

11          And I'm sorry to hear that happened to you.

12    Did you report that to the police?

13          PROSPECTIVE JUROR:  Oh, yeah.

14          THE COURT:  Was anybody arrested?

15          PROSPECTIVE JUROR:  Not to my knowledge.

16          THE COURT:  And is there anything about your

17    interaction -- well, let me ask.

18          I expect testimony from Metropolitan Police

19    Department officers in this case and other law enforcement.

20    Is there anything about your experience with the

21    Metropolitan Police Department in that case that would cause

22    you to think you would be either more favorable or less

23    favorable to the government?

24          PROSPECTIVE JUROR:  No.  I mean, they were very

25    professional.

```
 1              THE COURT:  Okay.  Yeah.
 2              And do you think, you know, you'll receive an
 3    instruction that law enforcement officers, their testimony
 4    should not be given any greater or lesser weight just
 5    because they are in law enforcement.  Is that something you
 6    could follow?
 7              PROSPECTIVE JUROR:  Uh-huh, yes.
 8              THE COURT:  All right.  Mr. Linder.
 9              MR. LINDER:  Yes, sir.
10              Good morning, sir.  How are you?  Doing good?
11              PROSPECTIVE JUROR:  Yes.
12              MR. LINDER:  Thank you for filling out your form
13    and agreeing to participate in this process this morning;
14    it's very important for all of us.
15              A couple questions.  You mentioned on Questions 46
16    and 48 that you knew of the Oath Keepers and you knew of
17    Stewart Rhodes in particular.  What do you know -- what
18    specifically do you know about them?  You gave a few things
19    to the Court.  But do you know anything specific about
20    Stewart other than kind of what you've read in the news?
21              PROSPECTIVE JUROR:  No.
22              I mean, really just general organizational, that
23    he heads up the organization and was instrumental in, as I
24    said, the events of January 6th at the Capitol.
25              MR. LINDER:  Okay.  So that's an important
```

1    question.  So you say you believe or what you've read is

2    that he was instrumental in those events or he was just

3    there during those events?

4              PROSPECTIVE JUROR:  The former, that he was a

5    leader of that, organizing that event.

6              MR. LINDER:  And when you say the event.

7              PROSPECTIVE JUROR:  The insur -- the attack on the

8    Capitol.

9              MR. LINDER:  Okay.  So of all the hundreds or

10   thousands of people that swarmed the Capitol and the mall

11   area after, it's your belief, based on what you've read,

12   that he instigated that?

13             PROSPECTIVE JUROR:  He was not the sole one, no.

14             MR. LINDER:  Okay.  Are you open-minded -- well,

15   if you believed that -- if you believe that he instigated

16   that, would you have a problem being fair in this case in

17   looking at the evidence and seeing what the evidence really

18   shows you?

19             PROSPECTIVE JUROR:  Well, as I told the Judge

20   earlier, yes.

21             MR. LINDER:  Okay.  So if the evidence comes out

22   different than what you've read, you're open-minded to

23   following that evidence?

24             PROSPECTIVE JUROR:  Yes.

25             MR. LINDER:  And to be clear, you've never, or

```
 1   have you -- I assume you have never done like a deep dive
 2   research into the Oath Keepers or Stewart Rhodes or
 3   anything?
 4              PROSPECTIVE JUROR:  No, I've never gone to
 5   Wikipedia page or anything like that.
 6              MR. LINDER:  Just what you've read in the common
 7   media.
 8              PROSPECTIVE JUROR:  Correct.
 9              MR. LINDER:  Thank you very much; appreciate it.
10              THE COURT:  Mr. Nestler or Mr. Fischer.
11              MR. FISCHER:  Thank you, Your Honor.
12              Good morning, sir.
13              PROSPECTIVE JUROR:  Good morning.
14              MR. FISCHER:  First of all, thank you for filling
15   out the form and thank you for being here today;
16   we certainly appreciate your service.
17              Sir, if I could ask you, if the evidence in this
18   case were to show that one or more of the defendants who are
19   on trial were avid supporters of Donald Trump, would that
20   affect your ability to be fair and impartial?
21              PROSPECTIVE JUROR:  No.
22              MR. FISCHER:  And if someone came, for example,
23   from a foreign country and they asked you, tell me about the
24   Oath Keepers, could you just tell me in your own words how
25   you would describe them?
```

1          PROSPECTIVE JUROR:  Well, in this case, an

2    organization that does not believe -- or I should say

3    strongly supported Donald Trump and his efforts to

4    essentially turn over the election or at least not accept

5    the results of the last Presidential election and in turn

6    was an organization that -- was one of several organizations

7    that were instrumental in the attack of the Capitol, yes,

8    that would be my explanation.

9          MR. FISCHER:  Fair enough.

10          And, sir, I didn't quite hear all of your

11    testimony, it's kind of hard to hear in the back, but your

12    current -- you don't have to tell me where you work but your

13    current occupation is?

14          PROSPECTIVE JUROR:  I'm a lobbyist doing mostly

15    defense work.

16          MR. FISCHER:  Okay.

17          And would any of your relationships -- I mean,

18    I understand as a lobbyist you're certainly interacting with

19    people on Capitol Hill fairly frequently; is that correct?

20          PROSPECTIVE JUROR:  Yes.

21          MR. FISCHER:  Okay.

22          Is there one particular side of the aisle that you

23    work with or are you lobbying both sides of the aisle?

24          PROSPECTIVE JUROR:  Both sides of the aisle.

25          MR. FISCHER:  And is there anything about your

1  relationship, would you have any concerns about

2  repercussions in any particular outcome in this case based

3  on your business or your business relationships?

4          PROSPECTIVE JUROR:  Not that I'm aware of.

5          MR. FISCHER:  And so the bottom line, you would be

6  able to give both sides your word that you would be entirely

7  fair and impartial?

8          PROSPECTIVE JUROR:  Correct.

9          MR. FISCHER:  All right.  Your Honor, I have

10  nothing else.  Thank you, sir.

11          PROSPECTIVE JUROR:  Thank you.

12          THE COURT:  Mr. Nestler.

13          MR. NESTLER:  Good morning, sir.

14          In response to a couple of the questions you got,

15  you indicated that you knew some things about the

16  Oath Keepers and Stewart Rhodes based on what you had read

17  in the media; is that right?

18          PROSPECTIVE JUROR:  Correct.

19          MR. NESTLER:  And to be clear, you are able to

20  come into court and to decide this case based on the facts

21  heard here in court not based on what you heard in the media

22  previously, right?

23          PROSPECTIVE JUROR:  Correct.

24          MR. NESTLER:  Thank you.

25          THE COURT:  All right, sir, thank you for your

1  time this morning, and also for coming in to fill out the

2  questionnaire.  Mr. Douyon will escort you out of the

3  courtroom and provide you further instructions.  Thank you

4  very much.

5          PROSPECTIVE JUROR:  Leave this here?

6          THE COURT:  Yes, please.

7          (Pause)

8          MR. LINDER:  Your Honor, defense would like to

9  submit Juror 1186 for cause.  Basically based on his

10  apparently independent reading or conclusions that

11  Stewart Rhodes and the Oath Keepers caused the melee, for

12  lack of a better word, at the Capitol, and he seemed to have

13  deep rooted beliefs that they were the cause of it or one of

14  the prime causes of it, we don't think he would be able to

15  be fair so we would submit him for cause.

16          THE COURT:  Okay.  You know, I'm going to overrule

17  the motion or the objection, the request for striking for

18  cause.  I mean, I think what he was saying is what he

19  described -- what he essentially was describing what he read

20  in the media.  It wasn't clear to me the extent to which

21  that was an actually formed belief.

22          But, most importantly, whether it was questioning

23  from me, whether it was questioning from you all or whether

24  it was questioning from the government, you know, he was

25  consistent throughout that he would keep an open mind and

1  that he would leave his preconceptions behind and put

2  anything he's read in the media to the side and evaluate the

3  evidence dispassionately and fairly to the defendants.

4         And so he did not exhibit any sort of the kind of

5  emotional reactions that we've seen with some of the others

6  who I have excused for cause based on bias, and so I have no

7  concerns about the truthfulness of his responses or his

8  ability to be fair and impartial as he said he would be.

9         All right.  Let's bring in our next juror, please.

10         COURTROOM DEPUTY:  Your Honor, this is Juror No.

11  0734.

12         THE COURT:  All right.  Thank you.

13         Sir, good morning.  How are you?

14         PROSPECTIVE JUROR:  Doing well.  How are you?

15         THE COURT:  I'm well.  Thank you for asking.

16         Feel free to remove your mask if you wish.

17         You are juror 0734?

18         PROSPECTIVE JUROR:  Yes, sir.

19         THE COURT:  And your juror questionnaire is before

20  you so feel free to refer to it while we have our

21  discussion.

22         Let me first ask you, if you would, please, to

23  turn to page 11 and question 46 of the questionnaire.

24         PROSPECTIVE JUROR:  Yes.

25         THE COURT:  So that question asked whether you had

1    seen, read, or heard anything about the Oath Keepers

2    organization.  Can you tell us what you have read, seen, or

3    heard about the Oath Keepers organization?

4                PROSPECTIVE JUROR:  I understand that it is an

5    organization that was involved in the January 6th event.

6                THE COURT:  Okay.

7                To the extent that you know, when you -- your

8    belief that they were involved, can you tell us how they

9    were involved, or do you recall what you've read that would

10   tell you how they were involved or in what way they were

11   involved.

12               PROSPECTIVE JUROR:  Yeah.  My, again, what

13   I recall is that they were involved in, like, actively

14   involved in entering the Capitol, you know, and some of the

15   events of violence that occurred.

16               I sort of also think of the Proud Boys, which I've

17   also read about or heard about in connection with this

18   outfit.

19               THE COURT:  Okay.

20               So let me ask you this.  So you've read and heard

21   a little bit about the organization.  If you were selected

22   as a juror, would you be able to keep an open mind and

23   receive evidence and hear evidence and weigh evidence that

24   might contradict what you read in the media?

25               PROSPECTIVE JUROR:  That would be my duty as

1    juror, yes, sure.

2            THE COURT:  And hypothetically, for example,

3    I think you said that you believe that they entered the

4    Capitol and engaged in some violence.  Would you be open to

5    hearing evidence to the contrary, that perhaps there was a

6    reason they went into the Capitol and perhaps they didn't

7    engage in violence.  Would you consider that type of

8    evidence?

9            PROSPECTIVE JUROR:  If that evidence existed, yes.

10           THE COURT:  Any reason to believe that just based

11   on what you have learned about them, that -- let me put it

12   differently.  Do you think you would have any trouble

13   putting to the side what you have read about the

14   organization and being fair and impartial to these

15   defendants in this case?

16           PROSPECTIVE JUROR:  Can you repeat the question?

17           THE COURT:  Sure.

18           Do you think you would have any trouble putting

19   aside what you have learned and read about the organization

20   and be fair and impartial to the defendants in this case?

21           PROSPECTIVE JUROR:  I don't think so but, again,

22   I've never been in this situation before, so I will do my

23   best.

24           THE COURT:  Okay.

25           Let me turn to Question 44.  This is the question

```
 1    that asked whether you've listened to any portion of the
 2    hearings on the Hill.  Can you give us a sense of how much
 3    of those hearings you have watched?
 4              PROSPECTIVE JUROR:  I've watched or listened to at
 5    least one of the full hearings and then excerpts of others.
 6              THE COURT:  Okay.
 7              And based upon what you recall, do you remember
 8    whether any comments or that there were any comments or
 9    testimony presented at the January 6th hearings about the
10    Oath Keepers?
11              PROSPECTIVE JUROR:  About the Oath Keepers,
12    I don't remember exactly, but that may be one of the sources
13    that have generated my understanding of what the
14    Oath Keepers are.
15              THE COURT:  Okay.
16              But do you have any -- beyond that sort of a vague
17    recollection, do you have any specific recollection of what
18    may have been mentioned or testified to about the
19    organization at the hearings?
20              PROSPECTIVE JUROR:  Specific recollection?  No.
21              THE COURT:  All right.
22              Above there in Question 37, we asked you to
23    identify people whose names you recognize, people who might
24    be witnesses in this case or who may be mentioned during
25    this case.  You identified John Eastman, Alex Jones,
```

```
1    Peter Navarro, Roger Stone, and Enrique Tarrio.

2              I can tell you with a high -- some degree of

3    confidence that neither Mr. Eastman, Jones, Navarro, or

4    Tarrio will be testifying in this case, and I think it's

5    unlikely -- well, and you may not even hear their names in

6    this case.

7              PROSPECTIVE JUROR:  Uh-huh.

8              THE COURT:  I also think it's unlikely that

9    Mr. Stone will be testifying in this case; however, his name

10   may be mentioned during this case.

11             If you were to learn in this case that a defendant

12   had an association with Mr. Stone, how, if at all, would

13   that affect your view of that defendant?

14             PROSPECTIVE JUROR:  So what I've read about these

15   individuals, including Mr. Stone, indicated that he's a

16   close -- he was also involved in the January 6th events.  My

17   personal impression of him based on what I've read, again,

18   somewhat ignorant, is negative.

19             THE COURT:  Okay.

20             PROSPECTIVE JUROR:  So the first impression or the

21   first reaction I would have is negative.

22             THE COURT:  Okay.

23             And so now that you've heard this, that

24   Mr. Stone's name may be mentioned, how do you think it would

25   affect your view of a particular defendant if you heard
```

1  testimony that that defendant had an association with

2  Mr. Stone?

3          PROSPECTIVE JUROR:  Again, my first impression,

4  without more, would be not a positive one of that defendant

5  of that association.

6          THE COURT:  Okay.

7          And would you be open to hearing evidence that

8  could change your mind about that negative association or,

9  more importantly, the defendants' role or association with

10 Mr. Stone?

11         PROSPECTIVE JUROR:  I believe so.

12         THE COURT:  Okay.

13         The Questions 39, 40, and 41 were meant to find

14 out how much news coverage you've been exposed to, how many

15 videos you've been exposed to on the events of January the

16 6th.

17         Would you consider yourself someone who sort of

18 actively seeks out news about the events of January the 6th

19 or someone who views that news if it comes across a newsfeed

20 or it happens to come across whatever media you're reading?

21         PROSPECTIVE JUROR:  I would say kind of like in

22 between or in the middle.

23         THE COURT:  Okay.

24         PROSPECTIVE JUROR:  I wouldn't necessarily seek it

25 out, but if it was available, and it has been available in

1    many of the media outlets that I've consulted in the past

2    year, two years, I would gravitate towards reading or

3    viewing that content.

4             THE COURT:  Okay.

5             And there are likely to be videos played in this

6    case of the events of January the 6th.  Do you have any

7    concern that those videos might stir up emotions or other

8    factors that might interfere with your ability to be fair

9    and objective?

10            PROSPECTIVE JUROR:  So I have two reactions to

11   that question.  First, I have seen several videos already

12   and they have built a reaction or a view of the events

13   that's pretty negative already.  I'm a resident of D.C. and

14   I was not that far away from the events.

15            And then the second point is that, that I already

16   have a pretty bad view of what happened.  So if videos were

17   displayed, that would be my frame of reference or my

18   reaction, I suppose.

19            THE COURT:  Right.

20            So it's not surprising that any juror would come

21   in and have some views about the events of that day.  But

22   your job as a juror is slightly different.  It is to

23   evaluate the evidence that's presented in this case and view

24   that evidence dispassionately and objectively.  Is that

25   something you think you could do notwithstanding what your

 1   personal views may be of the events of that day?

 2          PROSPECTIVE JUROR:  Again, as a juror, and I'm

 3   also a lawyer, so I'm very much aware of the role of the

 4   juror, I will do my best to view the evidence objectively.

 5          THE COURT:  Okay.

 6          And because you're a lawyer, you've got training

 7   in the law, you understand that defendants in a criminal

 8   case are presumed innocent, it is the government's burden to

 9   prove their guilt beyond a reasonable doubt, if you were

10   selected as a juror and you were convinced that government

11   had not met its burden of proof, do you think you would have

12   any difficulty in voting to acquit a defendant or the

13   defendants?

14          PROSPECTIVE JUROR:  I don't think so.

15          THE COURT:  If I could ask you please to turn to

16   page 6.  Question 13 asks whether you have close friends or

17   family members who worked at the -- who've ever been

18   employed at the U.S. Capitol.  Can you share with us who

19   those people might be?

20          PROSPECTIVE JUROR:  Yeah.  So this says you or

21   close friends or family.  So I was an intern at the Capitol.

22          THE COURT:  Okay.

23          PROSPECTIVE JUROR:  A while back but I was.  And

24   I've had friends who have been employed by various members

25   of Congress.

```
 1              I don't think I have a family member but certainly
 2   a lot of friends and acquaintances.
 3              THE COURT:  And is there anybody who's a friend of
 4   yours who now works on Capitol Hill?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  And among those people, anybody that
 7   was on Capitol Hill on January the 6th?
 8              PROSPECTIVE JUROR:  No, I don't think so.
 9              THE COURT:  Okay.
10              And a friend of yours or friends who are currently
11   on Capitol Hill, have you spoken to them about the events of
12   January the 6th?
13              PROSPECTIVE JUROR:  Yes.
14              THE COURT:  And let me ask you the following,
15   which is, would anything -- is there anything about your
16   friendship with people who currently work on the Hill that
17   you think might affect your ability to be fair and
18   impartial?
19              PROSPECTIVE JUROR:  I don't think so.
20              THE COURT:  All right.
21              And say hypothetically you were convinced that the
22   government had not met its burden of proof in this case, do
23   you think it would present you with difficulty or create
24   challenges in your friendship with somebody who works on
25   Capitol Hill?
```

1          PROSPECTIVE JUROR:  I don't think so in general,

2    no.

3          THE COURT:  I'm sorry?

4          PROSPECTIVE JUROR:  I don't think so.  In general,

5    I don't think so.

6          THE COURT:  All right.

7          Question 14 asks whether you, close friend or

8    family members have been employed by the Federal Government.

9    You've already identified people who've worked in the

10   Legislative Branch.  How about the Executive Branch or the

11   judiciary?

12         PROSPECTIVE JUROR:  Yeah, I have friends.  I was

13   an intern in the Federal Government a long time ago.  I have

14   friends who work there.  No relatives.

15         THE COURT:  Okay.

16         And do any of your friends work in a law

17   enforcement capacity?

18         PROSPECTIVE JUROR:  No.

19         THE COURT:  Question 18 asks whether, in the last

20   five years, you, close friend or family member, has attended

21   a rally, protest or demonstration or march.  Can you tell us

22   about that?

23         PROSPECTIVE JUROR:  Yes.  Within the last five

24   years, I personally, along with my wife and some close

25   friends, have attended protests, demonstrations, two come to

1   mind.  I don't know if one of them has been in the last five

2   years.  One was, like I said, a science-focused rally around

3   the National Mall.  The second was in connection with the

4   Black Lives Matter demonstrations along 16th Street, you

5   know, that Black Lives Matter Plaza.

6              THE COURT:  Right.

7              PROSPECTIVE JUROR:  My wife and I and several

8   friends and neighbors went there one day.

9              THE COURT:  Okay.

10             So it may be something you infer if you were a

11  juror in this case that the defendants might hold political

12  views that are different than yours.  If you were to learn

13  that or come to believe that, how would that affect your

14  ability to be fair and impartial?

15             PROSPECTIVE JUROR:  Again, knowing what the role

16  of the juror is, I will do my best to try to view that

17  impartially and not develop any preconceptions about it.

18             THE COURT:  So you've used the phrase, do your

19  best a number of times.  Let me ask you, do you have any

20  concerns that you would not be able to carry out the

21  function of a fair and impartial juror despite your best

22  efforts?

23             PROSPECTIVE JUROR:  Yeah, I've qualified my

24  answers in doing my best because I've never done this

25  before.

```
 1              THE COURT:  Okay.

 2              PROSPECTIVE JUROR:  And I am very much aware of

 3    the views that have sort of developed based on what I've

 4    read about this.  So it's hard to answer questions with like

 5    a definitive, oh, yeah, I have no concern.

 6              But I have -- I know something about this.

 7              THE COURT:  Right.

 8              PROSPECTIVE JUROR:  And, therefore, would try my

 9    best to move -- put it aside and be as impartial as possible

10    if selected as juror.

11              THE COURT:  So let me see if I can, and I don't

12    mean to put words in your mouth.  Is what you're saying is

13    that you don't have concerns about the ability to be fair

14    and impartial in the sense that, irrespective of the

15    evidence, you would hold on to your views?  In other words,

16    you're not saying you would not keep an open mind; is that

17    right?

18              PROSPECTIVE JUROR:  I'm not saying that I would

19    not keep an open mind.

20              THE COURT:  Okay.

21              And that you would view the evidence, even if it's

22    contrary to what you've learned in the media or contrary to

23    what beliefs you may come to hold, you would still consider

24    that evidence and give it the weight that you think it

25    deserves?
```

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  Question 19 asks whether you've been

3      on the Capitol Grounds or inside the Capitol Building.

4      There's likely to be evidence in this case, there will be

5      evidence in this case about the Capitol Grounds and the

6      Capitol Building.  Would you be able to put aside whatever

7      visits that you've made there and rely only on the evidence

8      that's presented in this case?

9           PROSPECTIVE JUROR:  Again, I would do my best.

10          THE COURT:  Okay.

11          I would ask you to please turn to page 11,

12     Question 50 asks whether you've got close friends or family

13     members who work in the legal profession.  You've just told

14     us you're in the legal profession, which means that you

15     likely also have lots of friends who are lawyers.

16          Do you practice in the criminal law?

17          PROSPECTIVE JUROR:  Not criminal law, no.

18          THE COURT:  Can you just tell us generally what

19     kind of work you do?

20          PROSPECTIVE JUROR:  I'm a lawyer at a big law firm

21     here in D.C. and I do international dispute resolution.

22          THE COURT:  Okay.

23          Do you have friends who practice criminal law

24     primarily, either as prosecutors or criminal defense

25     lawyers?

```
 1                    PROSPECTIVE JUROR:  Yes.

 2                    But I need to clarify something.  You said

 3      criminal law.  I was thinking of, like, criminal defense,

 4      criminal law sort of like in court more generally.  I have

 5      done some white-collar work that has not involved court

 6      appearances or what not.

 7                    And to answer your current question, yes, I know a

 8      lot of people have friends who do practice mainly

 9      white-collar criminal law.

10                    THE COURT:  And do you have friends who are also

11      prosecutors at present?

12                    PROSPECTIVE JUROR:  Yes.

13                    THE COURT:  And where are those friends employed?

14                    PROSPECTIVE JUROR:  DOJ.

15                    THE COURT:  And are any of them employed at the

16      U.S. Attorney's Office here in Washington, D.C.?

17                    PROSPECTIVE JUROR:  No.

18                    THE COURT:  And do you know which sections of the

19      Department of Justice your friends are employed in?

20                    PROSPECTIVE JUROR:  I'm thinking of one friend in

21      particular, and she -- I frankly -- I'm not sure, it's like

22      a human-trafficking-type section.

23                    THE COURT:  Okay.  All right.

24                    So, like, is there anything about your friendships

25      with people who do criminal work either on the prosecution
```

1    side or the defense side that would cause you to think it

2    would affect your ability to be fair and impartial in this

3    case?

4                PROSPECTIVE JUROR:  Again, generally, I do not

5    think so.  I know that, you know, this one friend has been

6    involved in some of the prosecutions of the January 6th

7    events, we have generally discussed that.  But, again, you

8    know, as a juror, I would do my best to leave that aside.

9                THE COURT:  So your friend who works at the

10   Department of Justice has been involved in prosecution of

11   January 6th?

12               PROSPECTIVE JUROR:  She was detailed to one or

13   more of those prosecutions.

14               THE COURT:  Okay.

15               And you were given a list of the prosecutors who

16   are involved in this case on page 34, if you'd just take a

17   look.

18               And actually let me just -- can you just tell us

19   your friend's name?

20               PROSPECTIVE JUROR:  Yeah, my friend's name is

21   Jessica Arco, A-r-c-o.

22               THE COURT:  Has she had any association with this

23   prosecution?

24               MR. NESTLER:  No, Your Honor.

25               THE COURT:  Okay.

```
 1              Is there anything about your friend, your
 2   relationship with your friend and the fact that she's
 3   prosecuted these cases, do you think you would have any
 4   difficulty maintaining your friendship or any difficulty
 5   coming back to her and saying, you know, I voted to acquit
 6   in this case?
 7              PROSPECTIVE JUROR:  No.
 8              THE COURT:  Question 54 asks whether you have a
 9   close friend or family member who's ever been the victim of
10   a crime.  If the answer to that question is something you'd
11   like to share with us that's personal, we can do it in a
12   private setting.
13              PROSPECTIVE JUROR:  Yeah, I have no problem.
14              I mean, crime wasn't defined.  I mean, I was
15   mugged once a long time ago.  And I think that -- people
16   I know, relatives and close friends have been the victim of
17   like theft and things like that.
18              THE COURT:  And did any of those things happen
19   here in Washington, D.C.?
20              PROSPECTIVE JUROR:  Yeah.
21              THE COURT:  And did you personally have any
22   interaction with law enforcement?
23              PROSPECTIVE JUROR:  Yes, once.  Our car was stolen
24   many years ago and I reported it.
25              THE COURT:  Okay.
```

```
 1              And is there anything about that incident or other

 2    incidents that you've been involved with or your family has

 3    been involved with that would cause you to think you would

 4    be favorable to -- more favorable to one side or the other

 5    in this case?

 6              PROSPECTIVE JUROR:  I don't think so.

 7              THE COURT:  And you'll be instructed that the

 8    testimony of a law enforcement witness shouldn't be given

 9    any greater or lesser weight just because the person is in

10    law enforcement.  Is that something you could follow?

11              PROSPECTIVE JUROR:  I think so.

12              THE COURT:  All right.

13              Mr. Linder.

14              MR. LINDER:  Mr. Fischer is going to take it.

15              THE COURT:  Mr. Fischer.

16              MR. FISCHER:  Good morning, sir.

17              PROSPECTIVE JUROR:  Good morning.

18              MR. FISCHER:  Thank you, first of all, thank you

19    for filling the form out and being here today.

20              So you're an attorney, correct?

21              PROSPECTIVE JUROR:  Yes.

22              MR. FISCHER:  Have you ever been involved in

23    selecting a jury as an attorney?

24              PROSPECTIVE JUROR:  No.

25              MR. FISCHER:  Well, certainly even though you
```

```
 1    haven't been involved, I think you certainly understand the
 2    importance of the lawyers being able to pick jurors who are
 3    fair and impartial.  Would you agree with that?
 4              PROSPECTIVE JUROR:  Yes.
 5              MR. FISCHER:  Okay.
 6              Sir, in this case, you're certainly aware that in
 7    this case there could be evidence or that will show that one
 8    or more of the defendants were avid supporters of former
 9    President Trump.  Knowing that, could you still be fair and
10    impartial?
11              PROSPECTIVE JUROR:  I believe so.
12              MR. FISCHER:  And, sir, I understand -- well, let
13    me ask you this.  What are your opinions -- do you have an
14    opinion about folks who support Donald Trump?
15              PROSPECTIVE JUROR:  I do.
16              MR. FISCHER:  What is your opinion, sir?
17              PROSPECTIVE JUROR:  So I mean, it depends on the
18    level of support, the reasons, right?  I just think in
19    general that based on what we know now and what we've known
20    for a while about that individual, the continued support
21    seems misinformed.
22              MR. FISCHER:  Okay.
23              Well, sir, I understand you do have a Twitter
24    page; is that correct?
25              PROSPECTIVE JUROR:  I do follow Twitter.  I have a
```

```
 1    Twitter -- I don't know if it's a page but, yeah, a Twitter.
 2              MR. FISCHER:  A Twitter account.
 3              PROSPECTIVE JUROR:  A Twitter account.  Thank you.
 4              MR. FISCHER:  Fair enough.  And just as recently
 5    as September 2nd, you retweeted out a book about a subject
 6    where an individual named Mark Jacob was characterizing MAGA
 7    Republicans as fascists.  Do you recall that?
 8              PROSPECTIVE JUROR:  I do not recall that, no.
 9              MR. FISCHER:  Do you hold that opinion that MAGA
10    Republicans are fascists?
11              PROSPECTIVE JUROR:  No, I think that's extreme.
12              MR. FISCHER:  Okay.
13              And is there a reason why you would retweet out
14    from this gentleman Mark Jacob, who tweeted, you retweeted
15    Mark Jacobs' tweet where he compared MAGA Republicans with
16    The Rise and Fall of the Third Reich.
17              PROSPECTIVE JUROR:  That's a book I read not long
18    ago, The Rise and Fall of the Third Reich, and I did see
19    some parallels between what happened in the '30s in Germany
20    with what has happened here in the United States so maybe
21    that's why I reacted by retweeting that tweet.
22              MR. FISCHER:  And do you feel that Trump
23    supporters have somehow been acting like Nazis did during
24    the 1930s in Germany?
25              PROSPECTIVE JUROR:  I mean, when you compare with
```

1   Nazis, I mean, it's very different -- sometimes it's a very

2   unfair comparison.

3           I mean, I have seen some parallels.  I wouldn't go

4   as far as saying what you said.

5           MR. FISCHER:  Okay.

6           And, sir, I noticed on your Twitter page you do

7   retweet a lot of Republicans, in fairness; is that correct?

8           PROSPECTIVE JUROR:  I wouldn't say that I retweet

9   a lot of Republicans and I usually don't retweet, I just

10  press the little heart button, so if that's what you mean by

11  retweet, I do do that a fair amount.

12          MR. FISCHER:  Well, so it looks like you have in

13  the Republicans you've retweeted are Bill Crystal,

14  Liz Cheney, George Conley, Michael Steele, and Charlie

15  Sykes, and also The Lincoln Project.  Does that sound

16  familiar?

17          PROSPECTIVE JUROR:  That sounds familiar, yes.

18          MR. FISCHER:  In fact, you'd agree those are all,

19  quote, unquote, Republicans who are opposed to Donald Trump

20  and his supporters.  Fair enough?

21          PROSPECTIVE JUROR:  That's correct.

22          MR. FISCHER:  And you've also tweeted out from

23  Ben Rhodes, Neal Katyal, who are both former members of the

24  Obama administration?

25          PROSPECTIVE JUROR:  Correct, yes.

1           MR. FISCHER:  Okay.

2           In fact, sir, I think it would be fair to say

3    since over the last couple years you have tweeted out at

4    least three dozen or more times retweeted things that were

5    in opposition to Donald Trump and his supporters.

6           PROSPECTIVE JUROR:  Liked tweets or retweeted

7    things that were anti-Trump, yes.

8           MR. FISCHER:  Fair enough.

9           And it would also be fair to say that during that

10   same time period, you have not retweeted anything that is

11   positive about Donald Trump or his supporters;

12   is that correct?

13          PROSPECTIVE JUROR:  That's correct.

14          MR. FISCHER:  Okay.

15          And, sir, could you just put in your own words,

16   you know, if somebody from a foreign country came here and

17   wanted to know, could you tell me something about your

18   feelings about Donald Trump supporters, could you put in

19   your own words how -- what you would say to them?

20          PROSPECTIVE JUROR:  Again, it's difficult to

21   generalize.  I want to be fair.  But I would think --

22   I think I would use the same word I used earlier,

23   misinformed.

24          MR. FISCHER:  Okay.  And in this case, sir,

25   you understand that the individuals on trial are members of

1   the Oath Keepers or allegedly associated with the

2   Oath Keepers; is that correct?

3            PROSPECTIVE JUROR:  I'm sorry?

4            MR. FISCHER:  In this particular case, you

5   understand that the defendants are either members of the

6   Oath Keepers or affiliated -- or allegedly affiliated with

7   that organization.  Do you understand that, sir?

8            PROSPECTIVE JUROR: I suppose so, yes.  You're

9   telling me, so, yes.

10           MR. FISCHER:  And in your own words, could you

11  tell us, again, if that person from a foreign country came

12  here and said, hey, I'd like to join the Oath Keepers or

13  I want to know about the Oath Keepers, can you tell me what

14  you know about it, what would you tell them?

15           PROSPECTIVE JUROR:  My understanding is that's

16  like an organization, perhaps, wanna-be militia group, that

17  has been supportive of Donald Trump and was involved in the

18  January 6th insurrection.  That's essentially what I know.

19           MR. FISCHER:  And you used the term insurrection.

20  Is that your view of what happened on January 6th, it was an

21  insurrection?

22           PROSPECTIVE JUROR:  Yes, I think it's an accurate

23  term.

24           MR. FISCHER:  Okay.

25           The Court's indulgence.

```
 1                    And, sir, you also, you retweeted on August 12th
 2     of this year a gentleman named Edward Luce, who tweeted out,
 3     which you retweeted, "I've covered extremism and violent
 4     etiologies around the world over my career.  Have never come
 5     across a political force more nihilistic, dangerous and
 6     contemptible than today's Republicans.  Nothing close."
 7                    Do you agree with that sentiment, sir?
 8                    PROSPECTIVE JUROR:  I think it's perhaps too
 9     general, but certainly elements of the Republican Party do
10     have -- I mean, those objectives, those descriptions do
11     apply to certain individuals within the Republican Party.
12                    MR. FISCHER:  To be clear, when you say certain
13     individuals in the Republican Party you're making a
14     distinction between establishment-type, traditional
15     Republicans and MAGA-type Trump supporters.
16                    PROSPECTIVE JUROR:  I think that's fair.
17                    MR. FISCHER:  Okay.
18                    And so, therefore, I would presume that the
19     MAGA-type Trump supporters that you're talking about, you
20     believe are extreme and hold some pretty dangerous views;
21     is that fair to say?
22                    PROSPECTIVE JUROR:  Some of them do, yes.
23                    THE COURT:  Mr. Fischer, let me just ask you to
24     wrap up with one or two more questions and then we will move
25     forward.
```

1              MR. FISCHER:  Since the evidence in this case is

2     likely to show that the one or more of the defendants fall

3     into that category of MAGA-type Republicans, have you

4     changed your view now as to whether you might be fair and

5     impartial in this case?

6              PROSPECTIVE JUROR:  As I've said, I would do my

7     best to be fair and impartial.

8              MR. FISCHER:  And, sir, I understand, I certainly

9     understand you'll try your best, I mean I understand that;

10    but in your heart of hearts, do you believe you could

11    actually look at this case with a clear, objective view or

12    is it something you're going to struggle with?

13             PROSPECTIVE JUROR:  I mean, again, I do carry some

14    views about this, and then if I were called upon to be a

15    juror, I would do my best to try to like put those views

16    aside and then see the evidence as objectively as I can.

17             MR. FISCHER:  Understood.  Thank you.

18             Thank you, Your Honor.

19             THE COURT:  Mr. Nestler, any follow-up questions?

20             MR. NESTLER:  Yes, Your Honor.  Thank you.

21             Good morning, sir.

22             PROSPECTIVE JUROR:  Good morning.

23             MR. NESTLER:  You mentioned a few different times

24    that you don't like to generalize.  Can you explain why it

25    is that you don't generalize about certain groups?

1          PROSPECTIVE JUROR:  Because it's unfair.  Like,

2    I mean, generalizations typically just cover with a broad

3    brush individuals who may not qualify for that

4    generalization.

5          MR. NESTLER:  And you understand if you're picked

6    as a juror in this case, you would be asked to decide upon

7    the guilt or innocence of the five defendants sitting here,

8    not on MAGA Republicans and not on Trump supporters and not

9    on Oath Keepers.  Do you understand that?

10          PROSPECTIVE JUROR:  Yes.

11          MR. NESTLER:  And you would be able to do that

12    with respect to these five individuals not as to these

13    larger groups?

14          PROSPECTIVE JUROR:  I think so, yes.

15          MR. NESTLER:  You also indicated that you do a

16    little bit of white-collar defense work at your big law

17    firm; is that right?

18          PROSPECTIVE JUROR:  Yes.

19          MR. NESTLER:  Have you ever been asked to work on

20    a case where you went in assuming that your client might

21    have done something wrong, done an internal investigation

22    and realized perhaps your initial assumptions may have been

23    off base?

24          PROSPECTIVE JUROR:  Not really.  I've always

25    approached my client's cases with the benefit of the doubt

1    for the clients.

2            MR. NESTLER:  Oh, so maybe the other way around,

3    so you went in assuming your clients were -- everything was

4    squeaky clean?

5            THE COURT:  Mr. Nestler, you've been a prosecutor

6    too long.

7            PROSPECTIVE JUROR:  Yes.

8            MR. NESTLER:  Have you ever come across facts that

9    may have changed your opinion about an initial impression

10   you might have had one way or another?

11           PROSPECTIVE JUROR:  Yes.

12           MR. NESTLER:  And, finally, Mr. Fischer asked you

13   a couple of questions -- well, two more questions.  One is

14   about retweeting.  Have you been tweeting yourself about

15   your own opinions?

16           PROSPECTIVE JUROR:  No.

17           MR. NESTLER:  Can you explain what it is you're

18   doing on Twitter?

19           PROSPECTIVE JUROR:  So I look at Twitter -- I'm --

20   I look at Twitter.  I don't tweet.  I'm not an active

21   Twitter.  I don't have a following or anything like that.

22   And I don't care about that.  I just look at Twitter and

23   individuals I follow are a wide variety of interests, and

24   then if I like something, I usually just like click on that

25   little heart, I rarely retweet.  That's what I do.

1           MR. NESTLER:  Understood.

2           And the final question is, you said something

3     before about your understanding about what the Oath Keepers

4     are or what Republicans or MAGA Republicans are.  Is that

5     understanding based on things that you have read about in

6     the media?

7           PROSPECTIVE JUROR:  Yes.

8           MR. NESTLER:  And if the Judge told you to, you

9     had to decide this case based on the facts that you heard

10    here in court, not what you heard in the media, because the

11    media can be wrong sometimes, would you be able to follow

12    that instruction and decide this base case based on the

13    facts here in court?

14          PROSPECTIVE JUROR:  I think so.

15          MR. NESTLER:  Thank you.

16          THE COURT:  All right, sir, thank you for your

17    time this morning.  Mr. Douyon will escort you out of the

18    courtroom and will provide you with some additional

19    instructions.

20          PROSPECTIVE JUROR:  Thank you.

21          THE COURT:  I'm happy to hear from either side,

22    anything you want to say.

23          MR. BRIGHT:  Is there a need to in this matter?

24          THE COURT:  If you want to make your record,

25    you've got to make your record.

1          MR. BRIGHT:  Absolutely.

2          We would submit Juror 0734 for cause.  I can

3    certainly understand why the government was actively trying

4    to rehabilitate him just now.  If I was them, I would too.

5          But merely because a potential juror can

6    articulate that they're going to try to be fair and

7    even-handed in all of that, once we learn about what they

8    really believe in the modern world because they decide to

9    publish it, you can't really go back on that just because

10   you're trying to be rehabilitated in court.  Some things

11   stand for themselves.

12          And while I do appreciate -- I don't have a

13   Twitter account, but while I do appreciate how it works, we

14   choose what we heart and we choose what we retweet.  And

15   when we choose to retweet that MAGA Republicans are the

16   equivalent of the Third Reich, when we choose then to go

17   further and say, well, it's not just MAGA republicans, it's

18   all Republicans are these nihilistic people, I can't help

19   but argue that this gentleman, Your Honor, would never be a

20   fair juror in this case.

21          THE COURT:  All right.  Mr. Nestler.

22          MR. NESTLER:  He read a book and then he hearted

23   somebody discussing the book that he had just read.

24          He is not publishing.  He is expressing, I read

25   this, or he follows a wide range of people, Republicans and

1  Democrats, and he says he does not generalize, despite

2  counsel's best efforts to get him to generalize, he said he

3  does not.  He will focus on the individuals.  And we've said

4  before, this case is not about MAGA Republicans or about

5  Oath Keepers.  It's about these five defendants, and he said

6  he'll decide the case based on the facts of these five

7  defendants.  He's a lawyer and he obviously was able to

8  articulate his approach to understanding the facts and

9  reviewing the evidence and it sounds like he thinks he'll be

10  able to do so.

11          THE COURT:  Okay.

12          Look, I think this is a close call, but I'm going

13  to err on the side of striking him.  You know, unlike others

14  who have come here and who expressed themselves, you know,

15  he has done so outside of court in ways that perhaps paint

16  with -- not perhaps, but paint with clearly too broad a

17  stroke.  And although he has tried to bring that back and

18  did say that he didn't like to generalize, certainly some of

19  the tweets that he sent out were of that ilk.

20          And, you know, look, I don't know whether this is

21  inappropriate ground to strike somebody or not.  At the end

22  of the day, whatever the outcome of this case is, it's going

23  to have to stand up to public scrutiny, and it would be my

24  preference if we have jurors and the public can see this as

25  a case in which jurors who have not tweeted some of the

1    things that they have, as this -- retweeted, I should say,

2    as this juror has, are not sitting in judgment of these

3    defendants.  And so for those reasons, I will strike 0734

4    for cause.

5          All right.  Let's bring in our next juror and

6    let's hope we pick up the pace a little bit.

7          COURTROOM DEPUTY:  Your Honor, this is Juror

8    No. 0910.

9          THE COURT:  Thank you.

10          Good morning, ma'am.  How are you?

11          PROSPECTIVE JUROR:  Good, thanks.  How are you?

12          THE COURT:  Good.  Thank you.

13          You're Juror 0910?

14          PROSPECTIVE JUROR:  Uh-huh.

15          THE COURT:  Feel free to remove your mask if you'd

16    like.  Thank for being here and thank you for completing

17    your questionnaire.

18          Your questionnaire should be in front of you and

19    I'll ask you to take a look at it if you would, please.  And

20    if you would turn to page 11 and let's start with

21    Question 46.

22          PROSPECTIVE JUROR:  Okay.

23          THE COURT:  That question asks whether you've

24    read, seen or heard anything about the Oath Keepers

25    organization.  Can you share with us what you have read,

1    seen, or heard about the Oath Keepers organization?

2             PROSPECTIVE JUROR:  I know they exist and they

3    were in the news kind of a lot.  But I don't know much about

4    the organization itself, just that they're a thing.

5             THE COURT:  Okay.

6             And to the extent that you've read about them, is

7    there anything more that you can recall other than their

8    mere existence and that they're a thing.  I mean, is there

9    anything that you can recall about what they stand for, what

10   they may or may not have done on January the 6th.

11   Do you have any of those details?

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  Is there any reason to think that just

14   because you've heard of them that could impede your ability

15   to be fair and impartial to these defendants who are accused

16   of being members of that organization?

17            PROSPECTIVE JUROR:  No, I don't know much about

18   them at all.  Like I said, I don't know how big they are or

19   what they -- their principles are or anything like that.

20   Just that they exist.

21            THE COURT:  All right.  If I could ask you to

22   please turn to page 6 and Question 14 asks whether you or a

23   close friend or family member has ever been employed by the

24   Federal Government.  Could you share with us who would fall

25   in that category?

1          PROSPECTIVE JUROR:  I'm sorry, which question?

2          THE COURT:  Question 14, bottom of page 6.

3          PROSPECTIVE JUROR:  Oh, yeah, I was a federal

4    employee.

5          THE COURT:  Okay.  Can you tell us in what

6    capacity?

7          PROSPECTIVE JUROR:  I worked as a patent examiner

8    for the U.S. Patent and Trademark Office down in Alexandria.

9          THE COURT:  Do you still work for the PTO?

10         PROSPECTIVE JUROR:  I do not.

11         THE COURT:  Question 19 asked whether you'd ever

12   been to the Capitol or inside the Capitol Building.  Can you

13   just tell us the last time you have visited the Capitol?

14         PROSPECTIVE JUROR:  Yeah, I used to live in

15   Southwest and my parents came to visit so we went over to

16   the Capitol to see it, took photos in front of it, I guess,

17   behind it.

18         THE COURT:  Okay.

19         Question 24 asks prior service in a jury and you

20   identified having served about, what, 13 years ago --

21         PROSPECTIVE JUROR:  Yeah.

22         THE COURT:  -- in a criminal trial?

23         Would you have any difficulty sort of putting

24   aside whatever you may have learned about the criminal

25   justice system from that experience and follow the

 1    instructions that I will give you if you were selected?

 2              PROSPECTIVE JUROR:  Sure.

 3              THE COURT:  If you would turn then please to page

 4    10.  Question 34 we asked you to identify any names that you

 5    recognized, and you identified a person who's listed at 137,

 6    who is Virginia Brown, former U.S. Senator.  Is that

 7    somebody you know personally or just someone that you've --

 8    have come to know through the press or some other way?

 9              PROSPECTIVE JUROR:  Yeah, no, you asked -- I guess

10    the question asked do you recognize any of the names so,

11    yeah, that was all it was.

12              THE COURT:  But you don't have any personal

13    knowledge of her?

14              PROSPECTIVE JUROR:  No, I don't know any of those

15    people personally.

16              THE COURT:  You also identified 184; that's Alex

17    Jones.  I don't expect him to be a witness in this case.

18              PROSPECTIVE JUROR:  Yeah.

19              THE COURT:  I think it's also unlikely that you'll

20    hear his name.

21              Question 204 -- sorry, 204 is somebody by the name

22    of Thomas Wickham.  Do you know that person personally?

23              PROSPECTIVE JUROR:  Nope.

24              THE COURT:  And Question 2 -- I'm sorry, I keep

25    saying question.  Number 217 is former Chief of Police

```
 1  Contee.

 2              PROSPECTIVE JUROR:  Yeah.

 3              THE COURT:  Do you know him personally?

 4              PROSPECTIVE JUROR:  Nope.

 5              THE COURT:  And if -- do you have any impression

 6  of his reputation as a police chief?

 7              PROSPECTIVE JUROR:  No, I mean, he gives press

 8  conferences is the only reason I know his name at all.

 9              THE COURT:  Okay.

10              PROSPECTIVE JUROR:  He's on the news a lot here.

11              THE COURT:  Okay.

12              Questions 39, 40, and 41, I'm trying to get at the

13  volume of news coverage and videos you've seen about the

14  events of January 6th.

15              Would you consider yourself someone who sort of

16  actively seeks out news about the events of January the 6th

17  or if you happen upon it, you may read it?

18              PROSPECTIVE JUROR:  I don't actively seek it out.

19  It shows up in my newsfeed or, you know, somebody in my

20  family will ask about it.  That's a lot of what happened on,

21  what is it, Question 40.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  My mom called me and I was

24  like, what are you talking about?  So I watched some of it

25  as it happened.
```

1          THE COURT:  So it's not surprising that anyone

2    would have had some exposure to videos and press about the

3    events of that day.  Your job, however, as a juror, would be

4    to set that aside and focus on the evidence and evaluate the

5    evidence that's presented here in court.  Is that something

6    you think you would be able to do?

7          PROSPECTIVE JUROR:  Sure.

8          THE COURT:  Question 50 asks whether you or close

9    friend or family member has ever worked in the legal field.

10   Can you tell us about that?

11         PROSPECTIVE JUROR:  I'm an attorney.

12         THE COURT:  You're a lawyer?

13         PROSPECTIVE JUROR:  Yeah.

14         THE COURT:  Can you tell us what kind of law you

15   practice?

16         PROSPECTIVE JUROR:  Patent, I'm a patent attorney.

17         THE COURT:  Because you're a lawyer, you have

18   undoubtedly friends who are lawyers.  Are any of those

19   friends or your family members practicing criminal law

20   either as prosecutors or defense lawyers?

21         PROSPECTIVE JUROR:  Not anymore.  My uncle was a

22   prosecutor in Ohio.

23         THE COURT:  Okay.

24         Anything about the fact that your uncle was a

25   prosecutor once upon a time that would cause you to think

```
 1    you would have difficulty being fair and impartial here?
 2              PROSPECTIVE JUROR:  No.
 3              THE COURT:  Question 54 asks about you or a close
 4    friend or family member ever been a victim of a crime, and
 5    if it's an answer that is a personal one, we can take it in
 6    a private setting.
 7              PROSPECTIVE JUROR:  You're asking about --
 8              THE COURT:  Yes.
 9              PROSPECTIVE JUROR:  So my brother had his car
10    broken into one time.  I mean --
11              THE COURT:  You did or your brother?
12              PROSPECTIVE JUROR:  My brother.
13              THE COURT:  Okay.
14              PROSPECTIVE JUROR:  Yeah.
15              THE COURT:  Did that happen in Washington, D.C. or
16    somewhere else?
17              PROSPECTIVE JUROR:  No, that was in Atlanta,
18    I think.
19              THE COURT:  Okay.
20              All right.  Any follow-up from the defense,
21    Mr. Linder?
22              MR. LINDER:  Briefly, Your Honor.
23              Good morning.  How are you?
24              PROSPECTIVE JUROR:  Good, thanks.  How are you?
25              MR. LINDER:  Good.
```

457

```
 1              Thanks for filling out your form and coming down
 2   to join us today, so thank you very much.  This is a very
 3   important process for both sides so we appreciate your
 4   candor.
 5              You said you've heard of the Oath Keepers, but on
 6   Question 48, if you want to look there, I don't remember
 7   what page it's on, but it indicates individual names of our
 8   clients.  Had you heard of any of those names in particular?
 9   You indicated on your question you did not, I was just going
10   to --
11              PROSPECTIVE JUROR:  I'm checking now.  No, I don't
12   know any of those people or haven't heard those names.
13              MR. LINDER:  And if someone asks you to describe
14   in your own words who the Oath Keepers are or what they
15   stand for, you've mentioned you thought they were racist.
16   Do you have any other --
17              THE COURT:  No, she had not said that.
18              PROSPECTIVE JUROR:  Whoa.
19              THE COURT:  She said she didn't know anything
20   other than they existed.
21              MR. LINDER:  Existed.  Sorry.
22              PROSPECTIVE JUROR:  It's okay.
23              MR. LINDER:  I heard it from the back of the room.
24              PROSPECTIVE JUROR:  No, no, I don't know.  I know
25   they're an organization, but I don't know anything about
```

1    them.

2          MR. LINDER:  You don't anything about them.

3          Do you know what their relationship was to the

4    events of January 6th?

5          PROSPECTIVE JUROR:  No.

6          MR. LINDER:  Okay.

7          Thank you, Your Honor.  Appreciate it.

8          THE COURT:  Mr. Nestler.

9          MR. NESTLER:  I have no questions, Your Honor.

10   Thank you.

11         THE COURT:  All right.  Ma'am, thank you very much

12   time for your this morning and your service.  Mr. Douyon

13   with show you out of the courtroom and provide you with

14   additional instructions.

15         PROSPECTIVE JUROR:  Okay, great, thanks.

16         MR. NESTLER:  Judge, just so you know, Chief

17   Contee is the current Chief of Police.  I think you said

18   former a couple of times --

19         THE COURT:  Sorry.

20         MR. NESTLER:  -- in case you wanted to say it

21   again.

22         THE COURT:  It sounds like it will come up.

23   I don't know why I thought that.

24         MR. NESTLER:  He was the chief on January 6th and

25   is still the chief.

1          COURTROOM DEPUTY:  Your Honor, this is Juror

2   No. 1262.

3          THE COURT:  Thank you.

4          Bear with me for one moment.

5          All right.  Sorry about that.  I needed to find

6   where I was here.

7          You're Juror 1262?

8          PROSPECTIVE JUROR:  Correct.

9          THE COURT:  All right.  Good morning and thank you

10  for coming in and for your service here today.

11         So if I could please ask you to first turn to

12  question -- you should have your juror questionnaire there

13  in front of you.

14         On page 7, Question 15, you've said that your

15  spouse or significant other currently works for the

16  Department of Justice in the Federal Courts Division.

17         PROSPECTIVE JUROR:  Yes, that's correct.

18         THE COURT:  And your spouse, how long have they

19  been in that division?

20         PROSPECTIVE JUROR:  She's been there for just over

21  two years now.

22         THE COURT:  Okay.

23         And has your wife done any criminal work while

24  she's been at the Department of Justice?

25         PROSPECTIVE JUROR:  No, it's been primarily

```
 1   government contracts.

 2               THE COURT:  Okay.

 3               And to your knowledge, has she done any work in

 4   connection with investigations of events of January 6th?

 5               PROSPECTIVE JUROR:  To the best of my knowledge,

 6   she has not.

 7               THE COURT:  If I could just ask you to turn back

 8   to page 6, Question 13 asks whether you or a close friend or

 9   family member even been employed at the U.S. Capitol in any

10   capacity?

11               PROSPECTIVE JUROR:  At the Capitol?

12               THE COURT:  Yes, at the U.S. --

13               PROSPECTIVE JUROR:  No, I think I'm trying to --

14   Which question was that again?

15               THE COURT:  Question 13.

16               PROSPECTIVE JUROR:  Sorry.  Here it is.

17               Oh, I guess I was thinking that was her but maybe

18   that's not at the Capitol Building specifically.

19               THE COURT:  That was just an error on your part.

20               PROSPECTIVE JUROR:  Yes.

21               THE COURT:  All right.  Question 14 then asks

22   about friends, family members with the Federal Government.

23   You already told us about your spouse.  Anyone else?

24               PROSPECTIVE JUROR:  Nope.  That's it.

25               THE COURT:  And if you would turn to Question 18
```

1    on the next page, which is page 7, you had indicated there

2    that you have attended or a close friends or family members

3    have attended rallies, protests, demonstrations, marches in

4    the last five years.  Can you tell us about that?

5                PROSPECTIVE JUROR:  I've had friends who've

6    attended, like, the Black Lives Matter rallies in the past

7    few years.

8                THE COURT:  Did you personally attend any of those

9    rallies?

10               PROSPECTIVE JUROR:  I went to one with some

11   friends but that was the only one.

12               THE COURT:  And that was a Black Lives Matter

13   rally?

14               PROSPECTIVE JUROR:  Uh-huh.

15               THE COURT:  So let me ask you this, sir.  So say

16   you were to learn that defendants in this case may have

17   different political views than you do, do you think that

18   fact would present any problem in being a fair and impartial

19   juror in this case?

20               PROSPECTIVE JUROR:  I don't believe so.

21               THE COURT:  Okay.

22               And do you have any reason to think, for example,

23   just because of their political views, you might view the

24   evidence against them differently than you might someone

25   else?

1          PROSPECTIVE JUROR:  I don't believe so.

2          THE COURT:  Question 22 asks whether you had any

3    concern for safety of yourself, close friends or family

4    members on January the 6th.  Can you tell us about that?

5          PROSPECTIVE JUROR:  Yeah, I was just concerned for

6    my spouse.  I know we are far away because we live up in

7    Northwest D.C., but it still was worrisome when she was here

8    in D.C. and I was out in Dulles working.

9          THE COURT:  Okay.

10          And you know the events of that day, we're sort of

11   removed from that, and let me ask you, is there anything

12   about the concern you had for your spouse that day that

13   would affect your ability to be fair and impartial if you

14   were selected as juror?

15          PROSPECTIVE JUROR:  I don't believe so.

16          THE COURT:  If I can ask you to please turn to

17   page 10.  Questions 39, 40, and 41 were trying to get to the

18   amount of news and videos you've consumed about the events

19   of January the 6th.  Let me ask you this.  Would you

20   consider yourself somebody who sort of actively seeks out

21   news about the events of January the 6th?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  And your job as a juror would be to

24   put aside the -- whatever you've read or learned or seen in

25   videos and base your decision in this case or your vote only

1    on the evidence that's been presented.  Do you think you

2    would have any trouble setting aside what you've seen and

3    heard about the case in the media?

4             PROSPECTIVE JUROR:  I don't believe so.

5             THE COURT:  Question 50 asks whether close

6    friends, family members working in the legal field, you've

7    already mentioned your spouse.  Are there others who are

8    close friends of yours who are also lawyers?

9             PROSPECTIVE JUROR:  I do have other friends who

10   are lawyers.

11            THE COURT:  And do any of them work either as

12   prosecutors or defense lawyers to your knowledge?

13            PROSPECTIVE JUROR:  Not to my knowledge.

14            THE COURT:  You also answered Question 51

15   regarding close friend or family member in connection with

16   law enforcement.  Can you tell us about that?

17            PROSPECTIVE JUROR:  Oh, overall, I've had -- I've

18   lived with a state police officer before, and I do have some

19   extended family who's in law enforcement.

20            THE COURT:  Okay.

21            So you said you lived with a state police officer

22   at one point.

23            PROSPECTIVE JUROR:  Yes.

24            THE COURT:  Can you tell us how long ago that was?

25            PROSPECTIVE JUROR:  That was almost over a decade

1    ago.

2            THE COURT:  Okay.

3        So you undoubtedly spoke to your then-roommate

4    about their work.  Is there anything about that friendship,

5    that relationship that would cause you to think you couldn't

6    be fair and impartial in this case?

7            PROSPECTIVE JUROR:  I don't believe so.

8            THE COURT:  And if you were instructed, and you

9    will be instructed, I should say, that the testimony of law

10   enforcement shouldn't be given any greater or lesser weight

11   just because the person is in law enforcement, do you think

12   you would have any trouble following that instruction based

13   upon the fact that you lived with a law enforcement officer?

14           PROSPECTIVE JUROR:  I don't believe so.

15           THE COURT:  Is this somebody who you still stay in

16   touch with?

17           PROSPECTIVE JUROR:  No.

18           THE COURT:  All right.  Question 54 asks whether

19   you or a close family friend, close friend or family member

20   has ever been the victim of a crime, and if the response to

21   that question is something that is personal, we can take

22   that in a more private setting.

23           PROSPECTIVE JUROR:  No.  Just shortly after moving

24   into my new place, somebody had broken into our garage and

25   attempted to steal my vehicle.

```
 1                THE COURT:  Okay.  Did you report that incident?

 2                PROSPECTIVE JUROR:  I did.

 3                THE COURT:  And was anybody arrested?

 4                PROSPECTIVE JUROR:  He was.

 5                THE COURT:  And do you know whether that person

 6      was convicted?

 7                PROSPECTIVE JUROR:  I don't remember.  I did get

 8      information that they were going to trial, but I did not get

 9      the answer of -- I didn't get whether he was convicted or

10      not.

11                THE COURT:  Okay.

12                Is there anything that experience that would

13      affect your ability as a juror in this case?

14                PROSPECTIVE JUROR:  I don't believe so.

15                THE COURT:  Do you have any impressions of law

16      enforcement, either positive or negative, as a result of

17      that experience?

18                PROSPECTIVE JUROR:  It was a positive experience

19      with the law enforcement there that I felt like they did

20      their job.

21                THE COURT:  Okay.

22                And did you have any interaction with any

23      prosecutors as a result of that crime?

24                PROSPECTIVE JUROR:  They called me once to see if

25      I would like to testify and I chose not to testify during
```

1  that.

2          THE COURT:  Okay.

3          And anything about that interaction with a

4  prosecutor that is any cause for concern?

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  Question 55 asks about being a witness

7  to a crime.  Did you answer that yes for the same reason you

8  answered 54 yes?

9          PROSPECTIVE JUROR:  That's correct.

10          THE COURT:  Okay.

11          Any follow-up, Mr. Linder?

12          MR. FISCHER:  Actually none, Your Honor.

13          THE COURT:  Mr. Fischer?

14          All right.

15          MR. NESTLER:  Good morning, sir.  What do you do

16  for a living?

17          PROSPECTIVE JUROR:  I work as a defense

18  subcontractor to Northrop Grumman.

19          MR. NESTLER:  Thank you very much.  Have a great

20  one.

21          THE COURT:  Thank you very much for your time and

22  your service.  Mr. Douyon will show you out of the courtroom

23  and provide you with additional instructions.

24          PROSPECTIVE JUROR:  Thank you.

25          COURTROOM DEPUTY:  Your Honor, this is Juror

1    No. 1533.

2              THE COURT:  Hi, sir, how are you?

3              PROSPECTIVE JUROR:  I'm well.  Thank you.  And

4    you?

5              THE COURT:  Good, thank you.  You are Juror 1533?

6              PROSPECTIVE JUROR:  Yes, sir.

7              THE COURT:  Your juror questionnaire is in front

8    of you.  Feel free to take a look at it.  Thank you for your

9    service today and thank you for completing the

10   questionnaire.

11             Could I ask you to refer to page 13 of the

12   questionnaire and go to page 68 -- I'm sorry, question 68.

13   And you were asked in that question, are there any points

14   beyond those covered in the questionnaire that creates a

15   question in your mind as to whether you could be fair,

16   objective and impartial, and you answered that, "I've read

17   many articles of the insurrection and have strong feelings

18   about this attack on our democracy."

19             So let me ask you, you know, it's not a surprise

20   that people have views.  We've run across the spectrum about

21   the events of January 6th.  Your job as a juror, however,

22   would be to evaluate the evidence fairly and impartially in

23   this case and be fair to these defendants and not bring your

24   views about the events about January 6th into that

25   evaluation.

468

 1              Do you think you would have any difficulty doing

 2    that if you were selected as a juror?

 3              PROSPECTIVE JUROR:  I did think about that after

 4    filling this out, because my gut reaction was about the

 5    incident.

 6              But I've served on juries for murder trials,

 7    sexual harassment, and at one point in the case of the

 8    murder trial we found the defendant not guilty based on the

 9    evidence.  So I do think I would be able to be impartial

10    after all.

11              THE COURT:  So what I hear you saying is that

12    you've had some time to reflect on how you completed the

13    jury questionnaire and it is your view now that

14    notwithstanding your opinions about the events of that day,

15    you could be fair and impartial to these defendants?

16              PROSPECTIVE JUROR:  That is correct.

17              THE COURT:  Let me ask you to turn to page 11.

18    And you answered Questions 54, yes, which was a strong

19    opinion about the events of January the 6th.

20              Let me ask you whether the response -- well, is

21    the reason you checked "yes" there, the same reason that

22    you've given us?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  And do you have concerns today that

25    you would not be able to be fair and impartial because of

1    your views of the events of that day?

2              PROSPECTIVE JUROR:  No, I do not.

3              THE COURT:  You also answered Question 46, which

4    is about the Oath Keepers organization and you said that

5    what you've seen, read, or heard might cause you difficulty

6    to be fair and impartial.

7              Can you tell us what you have read, seen and heard

8    about the organization?

9              PROSPECTIVE JUROR:  I'm aware of it mostly as a

10   militia type of organization, very conservative organization

11   that was involved in the planning of the events of

12   January the 6th.

13             THE COURT:  Okay.

14             And when you say involved in the events, involved

15   in the planning, can you just tell us what you mean by that?

16             PROSPECTIVE JUROR:  Organizing members,

17   encouraging members to attend, and being some of the leaders

18   of bringing people to the Capitol after the event at the

19   Ellipse.

20             THE COURT:  So let me ask you this, which is that

21   is something that it sounds like you've learned through the

22   media.  The question for you is whether, if you heard

23   contrary evidence in this case, that you would be able to

24   keep an open mind and listen to that evidence even if it

25   conflicted with something you learned in the media?

```
 1              PROSPECTIVE JUROR:  Yes, I believe I could take
 2    that into consideration.
 3              THE COURT:  And do you think based upon what you
 4    have learned so far or heard or read about the organization
 5    so far -- the organization itself is not on trial but the
 6    five defendants here are alleged to be members of the
 7    organization.  Do you think your views about the
 8    Oath Keepers as an organization are such that you would not
 9    be able to be fair and impartial to these defendants?
10              PROSPECTIVE JUROR:  I do not believe.
11              THE COURT:  And so let me ask sort of what the
12    ultimate question for a juror is, notwithstanding whatever
13    you may have read or learned about outside this courtroom,
14    these defendants are presumed innocent and it is the
15    government's burden to prove guilt beyond a reasonable
16    doubt.  If at the end of this trial you were convinced that
17    the government had not carried its burden; that is, it had
18    not proved guilt beyond a reasonable doubt, do you think you
19    would have any difficulty in voting to acquit a defendant or
20    these defendants?
21              PROSPECTIVE JUROR:  No, I would not have
22    difficulty.
23              THE COURT:  Let me ask you to please turn back to
24    page 5.
25              Question 6 asked about physical and medical
```

1   conditions and you identified a condition.

2           Can you tell us how, if at all, that would affect

3   your ability to serve?

4           PROSPECTIVE JUROR:  Sure.

5           So I have Type I diabetes and I have highs and

6   lows.  Sometimes it takes me by surprise.  So sometimes my

7   alarm will go off, saying, you're dropping fast.

8           THE COURT:  Okay.

9           And if something like that happened, if that

10  happened, if you're alarm went off, what would that require

11  at that point?

12          PROSPECTIVE JUROR:  I would have to have orange

13  juice or some kind of glucose tablets.

14          THE COURT:  Is that something you would bring with

15  you or if you were called upon to serve, that you would like

16  us to provide?

17          PROSPECTIVE JUROR:  No, I always have it on me.

18          THE COURT:  You do.  Okay.

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  And in terms of the ability to sit and

21  focus and pay attention for long periods of time, does your

22  diabetes affect your ability to do that?

23          PROSPECTIVE JUROR:  No, it does not.

24          THE COURT:  Or any medication that you may be on,

25  would it affect your ability to do that?

1            PROSPECTIVE JUROR:  No, Your Honor.

2            THE COURT:  Rest assured that if you are selected

3    as juror if there is something emergent like you've

4    described, we would obviously stop the proceedings to allow

5    you to take care of that matter.

6            PROSPECTIVE JUROR:  Thank you.

7            THE COURT:  Question 13 asks whether you or a

8    close friend or family member has ever been employed at the

9    U.S. Capitol in any capacity.  Can you tell us about that?

10           PROSPECTIVE JUROR:  Sure.

11           One of my best friends used to be the chief of

12    reporters, court reporters for the House of Representatives.

13           THE COURT:  Okay.  And you say used to be.  Is

14    that person still employed in that capacity?

15           PROSPECTIVE JUROR:  No, he retired and that was

16    prior to the events of January 6th.

17           THE COURT:  All right.

18           And have you had any conversations with him about

19    the events of January 6th?

20           PROSPECTIVE JUROR:  Yes, I have.

21           THE COURT:  And what impression has that

22    conversation left on you?

23           PROSPECTIVE JUROR:  He described the fear of his

24    former colleagues during the event.  So that made it a

25    little more personal knowing what he would have gone through

1    on that day.

2         THE COURT:  And what you've just described, that

3    conversation, the events of January 6th are some time

4    removed, do you think the emotion that you've described or

5    had become more personal for you, how, if at all, would that

6    affect your ability as a juror in this case?

7         PROSPECTIVE JUROR:  It would not.

8         THE COURT:  Close family friends, close friends or

9    family ever employed by the Federal Government, you've

10   identified your one friend who worked for Congress.  Anyone

11   else?

12        PROSPECTIVE JUROR:  Yeah, my husband,

13   sister-in-law, several friends.

14        THE COURT:  Okay.

15        And in what capacity -- I think you've identified

16   your husband's job here.  Anybody employed in the capacity

17   of law enforcement among your family and friends who are

18   employed by the Federal Government?

19        PROSPECTIVE JUROR:  No.

20        THE COURT:  Question 17 asks about your feelings

21   concerning firearms laws and whether that would affect your

22   ability to be fair and impartial.  Can you tell us why you

23   answered that question yes?

24        PROSPECTIVE JUROR:  As a resident of the District,

25   I see big changes.  Our gun laws have loosened, less gun

1    control.  I also feel a lot of the events that happened like

2    January 6th would have been lessened had the District not

3    permitted guns, if there was tighter controls.

4              THE COURT:  So let me ask you this.  If you were

5    to hear evidence in this case of gun possession or access to

6    guns, however there's no charge in this case about unlawful

7    gun possession, how, if at all, would that affect you in

8    terms of your ability to serve?

9              PROSPECTIVE JUROR:  It would give me a negative

10    impression of the individual.

11              THE COURT:  Just by the fact that they are merely

12    accused of possessing or having access to a gun?

13              PROSPECTIVE JUROR:  Right, it would seem to be a

14    disregard for the law.

15              THE COURT:  Okay.  Well, let me ask you this.  If

16    the evidence is that the firearms were not brought into the

17    District of Columbia, would that change your view?

18              PROSPECTIVE JUROR:  That would change my view.

19              THE COURT:  Okay.  So if you were to put it

20    differently, if there were no allegation or evidence that

21    there were firearms in D.C., you could be fair and impartial

22    to these defendants; is that right?

23              PROSPECTIVE JUROR:  Correct.

24              THE COURT:  Question 18 asks whether you or a

25    close friend or family member in the last five years has

1    attended a rally, protest or demonstration.  Can you tell us

2    about that.

3           PROSPECTIVE JUROR:  Sure.  I have a lot of friends

4    who participated in Black Lives Matter protests, in, like I

5    said, 2020.

6           THE COURT:  Did you participate in any of those

7    protests?

8           PROSPECTIVE JUROR:  No, I did not.

9           THE COURT:  So if you were to learn that the

10   defendants in this case have different political views than

11   you do, how would that affect your service and your ability

12   as a juror in this case?

13          PROSPECTIVE JUROR:  It would not impact it.

14          THE COURT:  And so if you learn during the course

15   of this case that the defendants were supporters of the

16   former President, do you think you could still be fair and

17   impartial to them?

18          PROSPECTIVE JUROR:  I do believe I can.

19          THE COURT:  You were asked whether you've ever

20   been on the Capitol Grounds or inside the Capitol Building.

21   Can you tell us a little bit about that.

22          PROSPECTIVE JUROR:  Sure.

23          I've done several tours of the Capitol.  But I've

24   never worked there.

25          THE COURT:  All right.

1          And there would be evidence in this case, if you

2    were selected, about the layout of the grounds and the

3    building.  Would you be able to put aside your recollections

4    of those tours and focus only on the evidence in the case?

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Question 20 asks whether you or a

7    close friend or family member lived on Capitol Hill on

8    January the 6th.  Can you tell us about that.

9          PROSPECTIVE JUROR:  Sure.  A close friend of mine

10   and his wife live on Capitol Hill.

11         THE COURT:  Okay.

12         And were you -- how close to the Capitol do they

13   live?

14         PROSPECTIVE JUROR:  They're probably ten blocks.

15         THE COURT:  Did you have concerns for their safety

16   or well-being on January 6th?

17         PROSPECTIVE JUROR:  No, I did not.

18         THE COURT:  So if you'll turn to page 10, please,

19   and page -- excuse me, in line 37 or Question 37, you

20   identified three people whose names you recognized from the

21   list of names we gave you, Alex Jones, Peter Navarro,

22   I don't expect either of those gentlemen to testify or their

23   names to be mentioned.  I also don't expect Roger Stone to

24   testify; however, his name may be mentioned in this case.

25         If you were to learn that a defendant in this case

1    had some association with Roger Stone, how would that affect

2    you're view of that defendant or would it affect your view

3    of the defendant?

4              PROSPECTIVE JUROR:  It would affect it in that I

5    would see that they were very politically connected

6    individual.

7              THE COURT:  Okay.

8              And would you still be able to keep an open mind

9    about that defendant in this case, notwithstanding the fact

10   that you've learned that they have some association with

11   Mr. Stone?

12             PROSPECTIVE JUROR:  Yes, I would.

13             THE COURT:  Questions 39, 40, and 41 tried to get

14   at how much news and video you've consumed about the events

15   of January 6th.  Let me ask you this.  Would you consider

16   yourself someone who was an avid consumer of January 6th

17   news, somebody who seeks it out, or someone who's on the

18   other side of the spectrum, which is, you know, you read it

19   if it comes across your newsfeed or if it happens to be on

20   the page you've opened in a newspaper?

21             PROSPECTIVE JUROR:  I read it if it is in the

22   newspaper.  I don't seek it out.

23             THE COURT:  Okay.  And your job as a juror would

24   be to put all of what you may have read and learned or

25   viewed about those events to the side and focus on the

1    evidence only in the case.  Is that something you think you

2    could do?

3            PROSPECTIVE JUROR:  Yes.

4            THE COURT:  You said you've watched or listened to

5    portions of the January 6th Committee hearings.  Can you

6    tell us about how frequently and to what extent you've been

7    following those hearings?

8            PROSPECTIVE JUROR:  I watched the first synopsis

9    of the first hearing, I didn't watch it live and I have not

10   watched any of the others.  I may see little snippets of it

11   on a news program, but, again, it's not something that I

12   seek out.

13           THE COURT:  And based on what you recall seeing,

14   do you recall any testimony or commentary about Oath Keepers

15   during those hearings?

16           PROSPECTIVE JUROR:  No, I do not.

17           THE COURT:  All right.  Question 50 on page 11

18   asks about close friends or family members who've worked in

19   the legal field.  Can you tell us about that.

20           PROSPECTIVE JUROR:  That would be the same friend

21   that was the court reporter --

22           THE COURT:  Okay.

23           PROSPECTIVE JUROR:  -- for the House.

24           THE COURT:  Question 54 asks about close friend or

25   family member or you being a victim of a crime, and if the

1    answer is a personal one that you'd like to take in a more

2    private setting, we can arrange that.

3            PROSPECTIVE JUROR:  Oh, no.  I've had friends who

4    have been mugged in the city.

5            THE COURT:  In the city?

6            PROSPECTIVE JUROR:  Yes.

7            THE COURT:  And did those friends report those

8    muggings?

9            PROSPECTIVE JUROR:  Yes.

10           THE COURT:  And did they have the person who

11   mugged them, was there an arrest?

12           PROSPECTIVE JUROR:  No.

13           THE COURT:  Anything about your friends'

14   experience with the Metropolitan Police Department that

15   would cause you to pause or hesitate in this case?

16           PROSPECTIVE JUROR:  No.

17           THE COURT:  You'll be instructed that the

18   testimony of a police officer is to be given no greater

19   weight or lesser weight just because the person is in law

20   enforcement.  Is that an instruction you think you could

21   follow?

22           PROSPECTIVE JUROR:  Yes.

23           THE COURT:  Any reason to think that your friends'

24   interactions with those law enforcement officers would make

25   it difficult to follow that instruction?

1            PROSPECTIVE JUROR:  No.

2            THE COURT:  Question 55 asks about witness to a

3  crime.  Is this the same set of people or something in

4  addition to them?

5            PROSPECTIVE JUROR:  Yeah, same set of people.

6            THE COURT:  All right.

7            And then Question 57 asks whether any family

8  members has been arrested, charged, prosecuted or convicted

9  of a crime.  Can you tell us about that?

10            PROSPECTIVE JUROR:  Yes, I had been arrested when

11  I was young for shoplifting.

12            THE COURT:  Okay.

13            And anything about that experience would cause you

14  to have disfavor to the government, for example?

15            PROSPECTIVE JUROR:  No.

16            THE COURT:  Or to law enforcement in general?

17            PROSPECTIVE JUROR:  No.

18            THE COURT:  And, sir, let me just sort of come

19  back to where we started and that's with your answer to

20  Question 68, again, you had said you'd had strong feelings

21  about the attack.  As you sit here today, could you promise

22  both sides that if you were selected as a juror, that

23  notwithstanding whatever your feelings would be, that you

24  would keep an open mind and be fair and impartial to the

25  defendants in this case?

```
1                    PROSPECTIVE JUROR:  Yes, I can.

2                    THE COURT:  All right.  Any follow-up, Mr. Fischer

3    or Mr. Linder, Mr. Crisp?

4                    MR. CRISP:  Change it up here a little bit today.

5                    Good morning, sir.

6                    PROSPECTIVE JUROR:  Good morning.

7                    MR. CRISP:  My name is Jonathan Crisp.  I have a

8    few questions for you here.

9                    So it is my understanding -- how are you employed?

10                   PROSPECTIVE JUROR:  I'm sorry?

11                   MR. CRISP:  How are you employed?

12                   PROSPECTIVE JUROR:  I work for the Department of

13   Defense.

14                   MR. CRISP:  And how long have you worked for them?

15                   PROSPECTIVE JUROR:  Seven years.

16                   MR. CRISP:  Fair to say that after or around about

17   the time of January 6th, the Department of Defense went

18   through what you would consider to be extensive extremist

19   activity training?

20                   PROSPECTIVE JUROR:  I did not go through it

21   personally but, yes, I'm aware of it.

22                   MR. CRISP:  Okay.  So your position there is as a

23   civilian?

24                   PROSPECTIVE JUROR:  Yes.

25                   MR. CRISP:  So civilians were not required to
```

 1   attend the extremist activity training?

 2             PROSPECTIVE JUROR:  No.

 3             MR. CRISP:  Are you aware of what it consisted of?

 4             PROSPECTIVE JUROR:  No.

 5             MR. CRISP:  You never received any e-mails, you

 6   never received any questions about your participation or

 7   opinions on that?

 8             PROSPECTIVE JUROR:  No.

 9             MR. CRISP:  Okay.

10             You talked about your beliefs about the incident

11   on January 6th.  What is your belief about what occurred and

12   why?

13             PROSPECTIVE JUROR:  I believe it was an

14   insurrection against our government, and I feel that it was

15   fed by the former President and organizations that pulled it

16   together.

17             MR. CRISP:  Okay.

18             And what are some of those organizations that you

19   believe, if any, were a part of that?

20             PROSPECTIVE JUROR:  Proud Boys, Oath Keepers, I

21   can't remember if it was One-percenter or Two-percenter,

22   those groups.

23             MR. CRISP:  And obviously, as the Judge indicated,

24   this is going to be a case involving not the organization of

25   Oath Keepers itself, which, as the Judge said, they're not

1    on trial, but certainly you will like hear evidence that

2    there are members of this trial who were associated with or

3    in fact members of the Oath Keepers.

4            So I guess my question there is, in that, as a

5    result of that understanding of your strong opinion about

6    the Oath Keepers organization, let's talk about that.  What

7    is your opinion as to that particular entity?

8            PROSPECTIVE JUROR:  That it is anti-democracy in

9    this case, trying to overturn the election results.

10           MR. CRISP:  And on what --

11           PROSPECTIVE JUROR:  Through force.

12           MR. CRISP:  I didn't mean to cut you off.

13           PROSPECTIVE JUROR:  Through force.

14           MR. CRISP:  And on what is that based?

15           PROSPECTIVE JUROR:  That's based on the news media

16   that I've seen.

17           MR. CRISP:  Okay.  Fair to say that's something

18   you feel strongly in based on what you've seen?

19           PROSPECTIVE JUROR:  Yes.

20           MR. CRISP:  It would be hard to change your

21   opinion as to what -- as to that?

22           PROSPECTIVE JUROR:  Yeah, opinion of the

23   organization, yes, it would be hard to change.

24           MR. CRISP:  And the action of the members?

25           PROSPECTIVE JUROR:  Yes.

1           MR. CRISP:  Okay.

2           And, again, just so I'm clear, the use of force is

3    something that in your mind is instrumental in that action?

4           PROSPECTIVE JUROR:  Yes.

5           MR. CRISP:  Okay.

6           You also referenced the former President's --

7    former President Trump.  How would you -- what is your

8    belief as to his involvement in the January 6th event?

9           PROSPECTIVE JUROR:  That he fed this with

10   misleading the public on the election results.

11          MR. CRISP:  If you hear evidence that there are

12   individuals who were supporters of President Trump who are

13   part of this trial, how would that affect your opinion in

14   that capacity to be fair and impartial of those individuals?

15          PROSPECTIVE JUROR:  That would not impact me.

16          MR. CRISP:  Okay.  Do you have any friends who are

17   supporters or were supporters of former President Trump?

18          PROSPECTIVE JUROR:  Yes.

19          MR. CRISP:  And have you had discussions about

20   former President Trump's actions on that day with those

21   individuals?

22          PROSPECTIVE JUROR:  No.

23          MR. CRISP:  Okay.

24          And are you prior service yourself, sir?

25          PROSPECTIVE JUROR:  No.

1        MR. CRISP:  Would you agree with me that hearing

2  evidence and seeing videos about what occurred on that day

3  would be traumatic for you?

4        PROSPECTIVE JUROR:  No, it would not.

5        MR. CRISP:  So what you saw was not emotionally

6  traumatizing?

7        PROSPECTIVE JUROR:  It's emotional, I wouldn't say

8  it's traumatizing, but, yeah, it does serve some emotions.

9        THE COURT:  Okay.

10        MR. CRISP:  Your Honor, I don't have any

11  additional questions at the time.  Thank you.

12        Thank you, sir.

13        PROSPECTIVE JUROR:  Thank you.

14        THE COURT:  Mr. Nestler.

15        MR. NESTLER:  Good morning, sir.

16        PROSPECTIVE JUROR:  Good morning.

17        MR. NESTLER:  You said a couple times in response

18  to the Judge's questions that you could give these

19  defendants a fair trial; is that correct?

20        PROSPECTIVE JUROR:  That is correct.

21        MR. NESTLER:  Why do you believe that?

22        PROSPECTIVE JUROR:  Because my past experience as

23  a juror, I could go by what the prosecution and the defense

24  has to say.

25        MR. NESTLER:  And was that a juror in D.C.?

```
 1              PROSPECTIVE JUROR:  Yes.

 2              MR. NESTLER:  You found someone who's accused of

 3   murder not guilty, is that right?

 4              PROSPECTIVE JUROR:  That is correct.

 5              MR. NESTLER:  Do you believe that a murder had

 6   occurred in that case?

 7              PROSPECTIVE JUROR:  I do.

 8              MR. NESTLER:  And you ultimately found the

 9   government had not proved enough evidence to find that that

10   person had committed that murder; is that right?

11              PROSPECTIVE JUROR:  That's correct.

12              MR. NESTLER:  And here we have talked a lot about

13   the Oath Keepers as an organization and you understand if

14   you were a juror, your job is to evaluate the guilt or

15   innocence of these five defendants, not any organization; is

16   that right?

17              PROSPECTIVE JUROR:  That's correct.

18              MR. NESTLER:  Thank you, Your Honor.  No further

19   questions.

20              THE COURT:  Sir, could I just ask a follow-up?

21   You had said that you have some views about the organization

22   and its role, and Mr. Crisp asked you whether it would be

23   hard for you to change your mind about that.

24              PROSPECTIVE JUROR:  Uh-huh.

25              THE COURT:  If you were selected as a juror, if
```

1  you were presented with evidence that's contrary to what

2  your current beliefs are, could you consider that evidence

3  and change your views?

4          PROSPECTIVE JUROR:  Yes, I could.

5          THE COURT:  And ultimately, if you were presented

6  evidence that was different than what you have read about

7  and that evidence pointed to the government not bearing its

8  burden in this case, would you be able to vote for

9  acquittal?

10          PROSPECTIVE JUROR:  Yes, I could.

11          THE COURT:  All right.  Thank you.

12          Mr. Douyon will show you out of the courtroom.

13          MR. CRISP:  May I have one quick follow-up?

14          Is it fair to say, sir, that walking into the

15  courtroom if you were selected that your belief would be

16  that force was part of their mantra, meaning the

17  Oath Keepers mantra, and that would be something that you

18  would have in the background in your thought process?

19          PROSPECTIVE JUROR:  Yes, that would be in the

20  background.

21          MR. CRISP:  Thank you.

22          THE COURT:  Sir, thank you very much for your time

23  and your service.  Mr. Douyon will show you out of the

24  courtroom and provide you with some additional instructions.

25          PROSPECTIVE JUROR:  Okay.  Thank you.

```
 1              THE COURT:  Mr. Crisp.
 2              MR. CRISP:  Your Honor, I would move -- challenge
 3    for cause.  My concern is we're dealing with a
 4    burden-shifting component here.  I mean, unfortunately, he's
 5    clear about what his beliefs are in terms of the force and
 6    that's obviously one of the elements the government has to
 7    prove.  So obviously we shouldn't have to disprove that
 8    element and I think that places the burden improperly on the
 9    defense as opposed to the government.  So I have concerns
10    about that.
11              THE COURT:  Okay.
12              So I'm going to deny the strike for cause.
13    I think the juror was being honest, but ultimately when
14    asked repeatedly whether he could keep an open mind and be
15    fair and impartial, he said he would be.  He did not display
16    any kind of the emotional reactions that some other jurors
17    have about the events of January the 6th or even the
18    Oath Keepers.
19              I do think it's actually quite notable that he sat
20    on a jury in a murder case and actually voted to acquit,
21    which I think sort of underscores that he's prepared to keep
22    an open mind and not be presumptuous of guilt simply because
23    somebody's been charged.  And so I do think he is someone
24    who could keep an open mind and be fair and impartial so
25    I'll deny the strike, the motion to strike.
```

1          Okay.  So let's take our break.  Why don't we

2    resume at noon, and then we'll go till about 1:00 for lunch.

3    Thank you, everyone.  Please don't wait for me.

4          (Recess from 11:44 a.m. to 12:02 p.m.)

5          COURTROOM DEPUTY:  All rise.

6          THE COURT:  Please be seated, everyone.

7          So, counsel, Juror 1497, this was the second of

8    the two jurors that I mentioned this morning on line 81,

9    that juror has appeared this morning, she says she had a

10   family emergency which is why she was late.

11         COURTROOM DEPUTY:  Your Honor, this is Juror

12   No. 1350.

13         THE COURT:  Thank you.

14         Ma'am, good morning.  How are you?

15         PROSPECTIVE JUROR:  I'm well.  How are you?

16         THE COURT:  Good.  Thank you for being with us

17   this morning and thank you for completing your

18   questionnaire.

19         You're juror 1350, 1350?

20         PROSPECTIVE JUROR:  Yes, sir.

21         THE COURT:  And feel free to remove your mask if

22   you are comfortable doing so.

23         PROSPECTIVE JUROR:  Thank you.

24         THE COURT:  Your juror questionnaire should be in

25   front of you.  And if I could ask you to please turn first

```
 1   to page 11 and to Question 46.

 2              PROSPECTIVE JUROR:  46.

 3              THE COURT:  Question 46 asked, have you read, seen

 4   or heard anything about the Oath Keepers organization.  Can

 5   you share with us what you have read, seen or heard?

 6              PROSPECTIVE JUROR:  CNN when they were reporting

 7   the actual, what did they call it, interruption on the

 8   House, that's when I found out about the Oath Keepers.

 9              THE COURT:  You mean on the day of?

10              PROSPECTIVE JUROR:  On the day of, yes.

11              THE COURT:  What do you recall being reported on

12   the day of about the Oath Keepers?

13              PROSPECTIVE JUROR:  Let me think back.

14              Just that members, they had planned to come and

15   that it was intentional, I believe, but I really didn't --

16   after that, I cut it off.

17              THE COURT:  And since that initial report that you

18   heard on January 6th, is there any other information that

19   you heard in the media or else where about the organization?

20              PROSPECTIVE JUROR:  Honestly when I watched CNN at

21   certain intervals, I turn it off just because the news is

22   depressing.  So I don't really follow any of that.

23              THE COURT:  Okay.

24              PROSPECTIVE JUROR:  No.

25              THE COURT:  So let me ask you this.  You've heard
```

 1   something about what they may have done on January the 6th.

 2   A trial is a different -- is obviously different than what

 3   you may hear on the media or you may hear different facts at

 4   a trial than what you've heard in the media, and certainly

 5   the reporting on that day doesn't reflect the time and

 6   opportunity to do an investigation and present a full

 7   presentation of the facts.

 8          If you heard evidence in this case that was

 9   contrary to what you heard back on January 6th, would you be

10   open to hearing that evidence?

11          PROSPECTIVE JUROR:  Absolutely.

12          THE COURT:  And if it was different than what you

13   heard on January 6th, could you reach conclusions that were

14   different than that report?

15          PROSPECTIVE JUROR:  Absolutely.

16          THE COURT:  Okay.

17          I'm going to ask you, ma'am, to please turn to

18   page 6, starting at the bottom there.  Question 14 asks

19   whether you or a close friend or family member has ever been

20   employed by the Federal Government.  Can you tell us about

21   that?

22          PROSPECTIVE JUROR:  My dad, he was a cartographer

23   for NOAA, but he passed away in 2013.

24          THE COURT:  A photographer?

25          PROSPECTIVE JUROR:  A cartographer.

 1                  THE COURT:  Oh, a cartographer.

 2                  PROSPECTIVE JUROR:  The charts, the maps for the

 3     planes, yes.

 4                  THE COURT:  That's an interesting job.

 5                  You indicated your occupation is as a --

 6     I'm sorry, this is your spouse's occupation.  Let me go past

 7     that.

 8                  So Question 19 asked whether you have ever been on

 9     the Capitol Grounds or inside the Capitol Building.  Can you

10     tell us a little bit about that.

11                  PROSPECTIVE JUROR:  When I was in school, we

12     toured the building.

13                  THE COURT:  Okay.

14                  If you would then turn, please, to page 10.  So

15     Questions 39, 40, and 41, we were trying to get a sense of

16     the amount of news and videos you've consumed about

17     January the 6th.

18                  PROSPECTIVE JUROR:  Okay.

19                  THE COURT:  So let me as you, are you somebody who

20     would consider yourself somebody who actively seeks out news

21     about the events of that day or somebody, if you happen to

22     hear it or it comes before you in media, you might read the

23     story or hear the story.

24                  PROSPECTIVE JUROR:  The latter.  I don't seek out

25     the information but if it pops on the news, sometimes I

```
 1    listen, sometimes I'll change the channel.
 2              On that day, it was like breaking news coverage,
 3    so I did watch it on -- as the events were going on.  But
 4    after that, I don't go seek information.
 5              THE COURT:  So as a juror, you would be required,
 6    I would instruct you to sort of set aside anything that
 7    you've read or seen about the events of that day and focus
 8    only on the evidence in this case.  Any concern that you
 9    would not be able to follow that instruction?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  You also have indicated in Question 44
12    that you have attended, viewed or listened to some portion
13    of the January 6th hearings.  Can you tell us the amount of
14    viewing and consumption you've done of those hearings?
15              PROSPECTIVE JUROR:  My lunch break, one of the
16    hearings were on the TV at my job, so I heard what was going
17    on but I didn't, like, follow the hearings every time there
18    was one.
19              THE COURT:  Okay.
20              PROSPECTIVE JUROR:  I just didn't.
21              THE COURT:  And to the extent that you watched a
22    hearing or read about them, do you recall any testimony or
23    commentary about the Oath Keepers during that hearing?
24              PROSPECTIVE JUROR:  Honestly, I don't.
25              THE COURT:  Question 50, if you would turn to the
```

1    next page, asks about close friends or family members who've

2    ever worked in the legal field?

3                PROSPECTIVE JUROR:  Me.

4                THE COURT:  Can you tell us what you do?

5                PROSPECTIVE JUROR:  I used to work, oh, gosh, this

6    was in '90 -- '98, '97, '98, I was a legal secretary for

7    Alston & Bird.

8                THE COURT:  Oh, okay.

9                And as part of your work as a legal secretary,

10   did you support any lawyers that did criminal defense work?

11               PROSPECTIVE JUROR:  No, it was more so business

12   contracts and that sort of thing.

13               THE COURT:  Okay.

14               And are you a legal secretary now, ma'am?

15               PROSPECTIVE JUROR:  I'm an executive assistant

16   now.

17               THE COURT:  Okay.

18               Question 51 asks about family members or close

19   friends who are employed or have received training from law

20   enforcement.

21               PROSPECTIVE JUROR:  My cousin, I don't know how

22   close of a family member it has to be, my cousin is a

23   sheriff in Dallas.

24               THE COURT:  Okay.

25               So there will be law enforcement officers who

```
1    testify in this case.  Is there anything about your
2    relationship with your cousin that would cause you to think
3    you would be favorable to one side or the other in this
4    case?
5              PROSPECTIVE JUROR:  I haven't talked to my cousin
6    in probably ten plus years.
7              THE COURT:  Okay.
8              PROSPECTIVE JUROR:  But I have to be honest during
9    this form, so.
10             THE COURT:  Sure.  I appreciate that.
11             And you'll be instructed that the testimony of a
12   law enforcement officer can't be given any greater or lesser
13   weight just because the person's in law enforcement.  Any
14   reason to think you might not be able to follow that
15   instruction?
16             PROSPECTIVE JUROR:  No, sir.
17             THE COURT:  Question 54 asks about you or close
18   family friends, close friends or family members who've been
19   victims of a crime.  If your answer to that question is
20   something that's personal, we can take it in a more private
21   setting.
22             PROSPECTIVE JUROR:  Okay.  I mean, it's personal,
23   it's me.
24             THE COURT:  Okay.
25             PROSPECTIVE JUROR:  I'm a domestic violence
```

1    survivor.

2              THE COURT:  Okay.  I'm sorry that you have

3    experienced that.

4              As part of that, have you had interactions with

5    law enforcement and prosecutors?

6              PROSPECTIVE JUROR:  I didn't report it.

7              THE COURT:  You did not report it?

8              PROSPECTIVE JUROR:  No, sir.

9              THE COURT:  And so Question 55 is, is that the

10   same reason you answered 55 yes?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  And then Question 57 asks about you or

13   close friends or family members who've been arrested,

14   charged or prosecuted?

15             PROSPECTIVE JUROR:  My husband.

16             THE COURT:  Okay.  And can you tell us what

17   happened?

18             PROSPECTIVE JUROR:  Well, he did time -- well,

19   this was before I knew him, but he did time for drugs.  He

20   had a drug charge.

21             THE COURT:  Okay.

22             And was that in Washington, D.C. or elsewhere.

23             PROSPECTIVE JUROR:  In D.C.

24             THE COURT:  And do you recall how long ago that

25   was?

1          PROSPECTIVE JUROR:  He said he did nine years but

2    that was like early 2000, I believe.

3          THE COURT:  Okay.

4          PROSPECTIVE JUROR:  Because I didn't meet him

5    until 2016.

6          THE COURT:  All right.

7          And so your husband has had experience within the

8    criminal justice system and you may have spoken to him about

9    his experience.  Is there anything about his experiences

10   that might cause you to think you would not be fair and

11   impartial in this case?

12         PROSPECTIVE JUROR:  No, he was very honest with

13   what he was charged with.

14         THE COURT:  Any reason to think that because of

15   his experience, you would hold it against the government in

16   this case?

17         PROSPECTIVE JUROR:  No, sir.

18         THE COURT:  All right.

19         Any follow-up, Mr. Linder, Fischer?

20         MR. LINDER:  Just briefly.

21         Ma'am, how are you?

22         PROSPECTIVE JUROR:  I'm well.  How are you?

23         MR. LINDER:  Good.  Thanks for coming down to join

24   us today and thanks for your questionnaire.

25         You mentioned that you'd never heard of the

1    Oath Keepers until the news that day on January 6th?

2                PROSPECTIVE JUROR:  Yes, sir.

3                MR. LINDER:  Have you done any research on them or

4    anything like that since you heard about them?

5                PROSPECTIVE JUROR:  No, sir.

6                MR. LINDER:  Okay.

7                Do you think you know what their role was, if any,

8    on January 6th, or just that they were there?

9                PROSPECTIVE JUROR:  That they were there.

10               MR. LINDER:  So you don't have any preconceived

11   ideas?

12               PROSPECTIVE JUROR:  No, sir.

13               MR. LINDER:  So you would be open to evidence that

14   may be contrary to what you've heard in the media, you'd be

15   open-minded to that?

16               PROSPECTIVE JUROR:  Yes, sir.

17               MR. LINDER:  Thank you very much; I appreciate it.

18               THE COURT:  Mr. Nestler.

19               Oh.

20               MR. FISCHER:  Good morning, ma'am.

21               PROSPECTIVE JUROR:  Hi, how are you?

22               MR. FISCHER:  Just fine.  Thank you for being

23   here.

24               Ma'am, you understand that in this case that

25   obviously this case involves a situation where there's an

1    allegation where the defendants tried to stop Joe Biden from

2    becoming the President of the United States.  Are you aware

3    of that?

4                 PROSPECTIVE JUROR:  I wasn't.

5                 I don't follow all of this.  I'm sorry.

6                 MR. FISCHER:  Fair enough.

7                 And in this case, there's certainly likely to be

8    evidence that will show that one or more of the defendants

9    were pretty avid supporters of Donald Trump.  Were you aware

10   of that?

11                PROSPECTIVE JUROR:  I knew this was a Trump

12   something and it had to do with him, but I honestly did not

13   follow any of that, I'm sorry.

14                MR. FISCHER:  Understood.

15                So if I could just ask you, do you have an opinion

16   of individuals who support Donald Trump, and if so, what's

17   that opinion?

18                PROSPECTIVE JUROR:  I don't.  You support who you

19   support.  I support who I support.  Agree to disagree at

20   times.

21                MR. FISCHER:  Fair enough.

22                There's no reason you can thank you whatsoever why

23   you could not be fair and impartial; is that correct?

24                PROSPECTIVE JUROR:  No, sir.

25                MR. FISCHER:  Thank you, ma'am.  I appreciate it.

1          PROSPECTIVE JUROR:  You're welcome.

2          THE COURT:  Thank you, Mr. Fischer.

3          Mr. Nestler, any questions?

4          MR. NESTLER:  No, Your Honor.  Thank you very

5   much.

6          THE COURT:  Ma'am, thank you for your time this

7   morning.  The Courtroom Deputy will show you out and provide

8   you with some additional instructions.

9          PROSPECTIVE JUROR:  Okay.

10          THE COURT:  Just leave your questionnaire there,

11   please.

12          COURTROOM DEPUTY:  Your Honor, this is Juror

13   No. 1294.

14          THE COURT:  Sir, good morning.  How are you?

15          PROSPECTIVE JUROR:  I'm fine.  Thank you.

16          THE COURT:  Feel free to remove your mask if you

17   would like.

18          PROSPECTIVE JUROR:  Okay.

19          THE COURT:  You are Juror 1294?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  All right.  Thank you for completing

22   the questionnaire and for your service today.

23          Your juror questionnaire should be in front of you

24   and so if I could ask you to take a look at that and turn to

25   page 10, and we'll start with Question 37.

1          All right.  So that question had asked whether you

2    recognize one of the names of the individuals who might

3    either appear as witnesses or be mentioned in this case.

4    And you mentioned Mr. Eastman, Mr. Jones, Mr. Navarro,

5    Mr. Stone, again Mr. Jones is mentioned a second time, and

6    then Chief Contee.

7          So it's my expectation that Mr. Jones and

8    Mr. Navarro and Mr. Eastman will not appear as witnesses in

9    this case and I think it's unlikely their names will be

10   mentioned.

11          There may be mention of Mr. Stone in this case and

12   there may be evidence that a defendant in this case had some

13   association with Mr. Stone.

14          If you were to hear such evidence, how do you

15   think it would affect, if at all, your view of that

16   defendant?

17          PROSPECTIVE JUROR:  I don't think it would have

18   any effect.

19          THE COURT:  Do have any sort of preconceived views

20   of Mr. Stone such that you would have either positive or

21   negative views of a defendant who associated himself with

22   Mr. Stone?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  And Chief Contee, do you have views,

25   positive or negative regarding Chief Contee?

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  And if the chief were called to

3     testify in this case, could you view his testimony in the

4     same light that you would any other witness?

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Questions 39, 40, and 41, they all

7     concern, I'm trying to gauge the level of consumption of

8     news and media about January 6th.

9          Would you describe yourself as someone who has

10    actively sought out news and information about January 6th

11    or someone who periodically may read an article or watch a

12    newscast if you happen to come across it?

13         PROSPECTIVE JUROR:  The latter.

14         THE COURT:  And as a juror, your job would be to

15    set aside anything you have read or seen about the events of

16    January 6th and focus only on the evidence in this case.  Is

17    that something you think you could do?

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  Question 44 asked about whether you

20    viewed portions of the January 6th hearings and you

21    indicated yes.  Can you tell us to what extent you have

22    watched those hearings?

23         PROSPECTIVE JUROR:  I think I watched two of them

24    and not in their entirety.

25         THE COURT:  Okay.

1          And from what you recall of those hearings, do you

2   recall anything about those hearings in which somebody made

3   comments or provided testimony about the Oath Keepers?

4          PROSPECTIVE JUROR:  No, I don't remember that.

5          THE COURT:  And would you be able to, just as you

6   have been asked about the media, be able to put aside

7   whatever you may have learned or seen from the January 6th

8   Committee hearings and focus on the evidence in this case?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  And view that evidence fairly and

11  impartially to these defendants?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  So let me just confirm, sir, you have

14  answered Question 46 no, that you've not read, seen or heard

15  anything about the Oath Keepers organization; is that right?

16          PROSPECTIVE JUROR:  That's right.

17          THE COURT:  And you have no -- do you have any

18  understanding at all about what the organization stands for

19  or what role it may have played on January 6th?

20          PROSPECTIVE JUROR:  I thought about that and

21  I have some memory that I thought this organization started

22  by a football coach in the Midwest and it was a prayer

23  group.  That's what I seem to remember.

24          THE COURT:  Okay.

25          PROSPECTIVE JUROR:  That was its beginning.

 1    I don't know if it's accurate or not.

 2            THE COURT:  Okay.

 3            It is my belief that to the extent that you're

 4    thinking of a group with those characteristics, that's not

 5    this group.

 6            PROSPECTIVE JUROR:  Okay.

 7            THE COURT:  It may be a different group.  So it

 8    sounds like you have no prior knowledge about this

 9    organization.

10            PROSPECTIVE JUROR:  I don't.

11            THE COURT:  Question 50 asked whether you or a

12    close friend or family member has ever worked in any aspect

13    of the legal field.  Can you tell us about that?

14            PROSPECTIVE JUROR:  I'm a court reporter.

15            THE COURT:  You are a court reporter.  All right.

16            All right.  Excellent.

17            And can you tell us in which court?

18            PROSPECTIVE JUROR:  I don't do in court.  I'm

19    what's known as a freelance court reporter.  I just do

20    mostly civil litigation, depositions.

21            THE COURT:  So let me ask you this, and you didn't

22    state this on your questionnaire, but it's my understanding

23    that court reporters, the way in which they get paid, is by

24    taking transcripts and preparing transcripts --

25            PROSPECTIVE JUROR:  Right.

1         THE COURT:  -- and having parties purchase those

2    transcripts.  If you were serving as a juror in this case,

3    it would be during the workweek when those things usually

4    happen, and it would be for an extended period of time.

5    Would that create a financial hardship for you?

6         PROSPECTIVE JUROR:  No, I'm semiretired.  I only

7    work part time as a court reporter for just a couple of my

8    old-time clients.

9         THE COURT:  Okay.

10        Question 54 asks about close friends or family

11   members who've been victims of a crime.  If the answer is a

12   personal one, we can take that in a private setting.

13        PROSPECTIVE JUROR:  Yes, I've been -- I've had my

14   home broken into twice.

15        THE COURT:  And did that happen here in the

16   District of Columbia?

17        PROSPECTIVE JUROR:  Yes.

18        THE COURT:  And did you report those events?

19        PROSPECTIVE JUROR:  Yes.

20        THE COURT:  Was anybody arrested in connection

21   with those events?

22        PROSPECTIVE JUROR:  No.

23        THE COURT:  You had some interaction with the

24   Metropolitan Police Department?

25        PROSPECTIVE JUROR:  Yes.

1          THE COURT:  And do you have an impression of the

2  D.C. Metropolitan Police as a result of those events?

3          PROSPECTIVE JUROR:  Yes, they did their job, but

4  there was no evidence of -- to really go on anything.

5          THE COURT:  Okay.

6          And so there will be law enforcement officers who

7  are called to testify in this case.  Is there anything about

8  your experience with the D.C. Metropolitan Police that would

9  cause you to think you might either favor one side or the

10  other in this case?

11          PROSPECTIVE JUROR:  No.

12          THE COURT:  And you'll be instructed that the

13  testimony of a law enforcement officer can't be given a

14  greater or lesser weight just because that person is a

15  member of law enforcement.  Is that an instruction you could

16  follow?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Question 56 asks about close friend,

19  family member or you, whether you've testified as a witness

20  in a court proceeding?

21          PROSPECTIVE JUROR:  Yes, I've testified before a

22  grand jury before.

23          THE COURT:  Okay.

24          And can you tell us in connection with what you've

25  testified in front of a grand jury?

1          PROSPECTIVE JUROR:  I found somebody's

2    identification and work papers in the alley behind my house,

3    and I managed to track down the person it belonged to and

4    they got their paperwork back.

5          THE COURT:  And I don't need to know any more than

6    that.  That's enough to satisfy me that it's not anything we

7    need to follow up on.

8          PROSPECTIVE JUROR:  Okay.

9          THE COURT:  Question 54 asks about you or a close

10   friend or family member who's been arrested, charged or

11   prosecuted for a crime.

12         PROSPECTIVE JUROR:  Yes.

13         I have a couple of cousins-in-law that have been

14   in trouble with the law and have served time in jail.

15         THE COURT:  Okay.

16         And were those cousins-in-law, were they convicted

17   for offenses occurring here in D.C. or elsewhere?

18         PROSPECTIVE JUROR:  Oh, elsewhere.

19         THE COURT:  And can you give us a sense of how

20   long ago that was?

21         PROSPECTIVE JUROR:  Fifteen, twenty years ago.

22         THE COURT:  Anything about their experiences that

23   would affect you in a way that might cause you to think you

24   couldn't be fair and impartial?

25         PROSPECTIVE JUROR:  No.

1          THE COURT:  Well, if we could just go back to the

2    beginning here on page 6, you've indicated that you, on

3    Question 14, that you or a close friend or family member has

4    been employed by the Federal Government.  Can you tell us

5    about that?

6          PROSPECTIVE JUROR:  What question is this again?

7          THE COURT:  Question 14 at the bottom of page 6.

8          PROSPECTIVE JUROR:  Oh.

9          I have two sisters that were nurses and they

10   worked for the Veterans Administration.

11         THE COURT:  Okay.

12         So further down.

13         PROSPECTIVE JUROR:  And I have a niece who works

14   for the government.

15         THE COURT:  Okay, so your niece, does she work in

16   any law enforcement capacity?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Question 19 asks about whether you've

19   ever been on the Capitol Grounds or inside the Capitol

20   Building.  Can you tell us when last you were inside the

21   Capitol?

22         PROSPECTIVE JUROR:  It was before 9/11.  It was a

23   Christmas thing.

24         THE COURT:  And there will be testimony and

25   evidence in this case about the Capitol Building and the

1    Capitol Grounds.  Could you put aside your experiences in

2    the Capitol and just focus on the evidence?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  You've served on jury before, both of

5    them you've indicated are civil juries.

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  I want to make sure you understand

8    that the standard in civil cases is less than it is in

9    criminal cases.

10              PROSPECTIVE JUROR:  Yes, I do.

11              THE COURT:  The standard in civil cases is a

12    preponderance of the evidence.  In a criminal case, it is

13    beyond a reasonable doubt, that is a higher standard.

14    Do you understand that?

15              PROSPECTIVE JUROR:  I do.

16              THE COURT:  Okay.

17              I think those are my questions.

18              Anything from Mr. Fischer?

19              MR. FISCHER:  Good morning, sir.

20              PROSPECTIVE JUROR:  Good morning.

21              MR. FISCHER:  Thank you for filling the forms out

22    and thank you for being here today.

23              Just a couple of questions, sir.

24              You said you've been a court reporter and I heard

25    you did mainly depositions, but have you ever been a court

1   reporter on criminal cases?

2           PROSPECTIVE JUROR:  I have.  My first year in

3   reporting, which was 40 something years ago, I did criminal

4   work in Virginia Beach.  They were all pleas, so they

5   weren't full trials.

6           MR. FISCHER:  Interesting.  And how long have you

7   lived in the District for?

8           PROSPECTIVE JUROR:  43 years.

9           MR. FISCHER:  And before that, where are you from,

10  sir?

11          PROSPECTIVE JUROR:  Well, I went to court

12  reporting school in Virginia.  I was born locally here and

13  my family moved to New Jersey and then to Connecticut.

14          MR. FISCHER:  Okay.

15          And, sir, you can think of no reason why you

16  couldn't be anything other than fair and impartial;

17  is that correct, sir.

18          PROSPECTIVE JUROR:  That's correct.

19          MR. FISCHER:  And so both sides would certainly

20  have your word that you would look at the evidence and

21  follow the law that the Court lays down; is that correct,

22  sir?

23          PROSPECTIVE JUROR:  Yes, sir.

24          MR. FISCHER:  All right.  Thank you, sir;

25  I appreciate it.

1              PROSPECTIVE JUROR:  Thank you.

2              THE COURT:  Mr. Nestler.

3              MR. NESTLER:  I have no questions, Your Honor.

4    Thank you very much.

5              THE COURT:  Thank you very much for your time this

6    morning and your service.  Mr. Douyon will show you out of

7    courtroom and provide you with additional instructions.

8              COURTROOM DEPUTY:  Your Honor, this is Juror

9    No. 1314.

10             THE COURT:  Hi, ma'am, how are you?

11             PROSPECTIVE JUROR:  Hi, good.  How are you doing?

12             THE COURT:  You are juror 1314?

13             PROSPECTIVE JUROR:  Yes, that is correct.

14             THE COURT:  Thank you first for completing your

15   questionnaire and for your service here today.  Your juror

16   questionnaire should be there in front of you.

17             So if I could ask you to please turn first to page

18   6 and Question 11, and in response to Question 11, you said

19   that you live on Capitol Hill, you were home on January the

20   6th, and you were interviewed in connection with a certain

21   aspect of the events of January 6th.

22             Let me ask you a question.  Have you had contact

23   with law enforcement since that interview?

24             PROSPECTIVE JUROR:  No, sir.

25             THE COURT:  And this case is not going to involve

1    any element of what you were asked about, but that said,

2    does the fact that you were interviewed by law enforcement

3    in connection with a January 6th, an aspect of it, does that

4    give you any pause in your ability to be a juror in this

5    case?

6              PROSPECTIVE JUROR:  I don't believe so, no.

7              THE COURT:  Okay.

8              So just when you say you don't believe so,

9    is there any reason you may hesitate in thinking you would

10   not be able to be fair and impartial?

11             PROSPECTIVE JUROR:  Yeah, I think just location of

12   where I live in, so close to the Capitol, that a lot of

13   things kind of even after that day were occurring nearby, so

14   I guess -- I think I could separate it, but definitely

15   knowing there's still some kind of personal connection.

16             THE COURT:  And, you know, people, you were near

17   the Capitol on that day.

18             PROSPECTIVE JUROR:  Yep.

19             THE COURT:  Can you describe what your emotions

20   were on the day of and the days after?

21             PROSPECTIVE JUROR:  Yeah.  So I think at first,

22   I didn't really expect it to kind of take the turn that I

23   had then seen.

24             After I know there had previously been a lot of

25   rallies scheduled and none of those really had turned,

1    I guess, like violent or inappropriate, and so I didn't

2    really think much of it.  And I actually got more texts from

3    people asking if I was okay and then eventually saw the news

4    and kind of was pretty much watching it the rest of the

5    afternoon.

6         So definitely kind of some anxiety, I definitely

7    stayed at home, I didn't really go out anywhere; but, yeah,

8    I think just knowing the close proximity was kind of

9    uncomfortable.

10        THE COURT:  And we're now, you know, a year and a

11   half removed plus.

12        PROSPECTIVE JUROR:  Yeah.

13        THE COURT:  Do the emotions and the anxiety you

14   experienced that day, does that affect you in any way now?

15        PROSPECTIVE JUROR:  I don't think so, but I will

16   say, you know, knowing that there have been other instances

17   of things happening, like I think another example recently

18   was there's a gentleman who was outside, like near the

19   Capitol, Library of Congress, that definitely kind of

20   brought, like, anxiety back.

21        THE COURT:  And how do you think you would react

22   if you were to see, for example, in this case, videos of the

23   events of that day?

24        PROSPECTIVE JUROR:  Yeah, I mean, I think I

25   watched a fair number of them so it may make me think back

1    to that, but, yeah, maybe will, again, kind of take a little

2    more personally maybe.

3             THE COURT:  Right.

4             But do you think -- let me ask you this.  You said

5    you felt personally involved in that day.  Notwithstanding

6    all of that, your job as a juror would be to set aside --

7             PROSPECTIVE JUROR:  Those feelings.

8             THE COURT:  -- what you experienced and

9    whatever -- and the feelings that you have on that day.  And

10   these defendants are charged with offenses involving the

11   events of that day.  Do you think you could set aside your

12   feelings and view the evidence objectively and

13   dispassionately and be fair and impartial to these

14   defendants?

15            PROSPECTIVE JUROR:  Yes, I believe so.

16            THE COURT:  Okay.

17            And do you have any reason to question your

18   ability to do so?

19            PROSPECTIVE JUROR:  I think -- I guess the only

20   reason I would question it is because I've never done jury

21   duty before so I think, you know, understanding the nature

22   of being an impartial juror is obviously an important piece

23   of it, but I'm not sure, I think I could do it, but

24   obviously don't know feelings that will happen when I have

25   it.

1          But, yeah, I think I could.

2          THE COURT:  Okay.  So I'll ask you to skip ahead

3     to page 11 and start with Question 45, which asks whether

4     you have such strong opinion about any aspects of the events

5     that occurred on January 6th, and it looks like you

6     originally marked "yes" and then crossed that out and put

7     "no."

8          Can you tell us whether -- well, whether your

9     initial instinct was to put yes and then you put no or

10    whether it was just a mistake at the beginning.

11         PROSPECTIVE JUROR:  Yeah, so it was, like, the

12    initial instinct to say yes, and then I think, as I was like

13    reading it and then again kind of going back to I think,

14    even your earlier comment about being able to separate if

15    that would be possible, again, being impartial, that is why

16    I went back and I thought maybe it wouldn't be the natural

17    first instinct but something that I could do.  So I went

18    back and changed it for that reason.

19         THE COURT:  Okay.

20         Question 46 asks whether you've read, seen, or

21    heard anything about the Oath Keepers organization.  Can you

22    tell us what you have read, seen, or heard.

23         PROSPECTIVE JUROR:  Yeah.  So I think kind of just

24    very generically, I guess my understanding is it's kind of

25    an organization that -- I don't want to say like

1   paramilitary or like vigilante, but maybe a little more

2   aggressive in nature than maybe some of the other people

3   from January 6th, so that is kind of the high level of what

4   I know but haven't really read anything directly on them in

5   general.

6          THE COURT:  And where do you think that impression

7   comes from?

8          PROSPECTIVE JUROR:  I think like news sources and

9   just, you know, media that I've seen or tend to look at.

10         THE COURT:  And so let me ask you this, that if

11  there were evidence presented to the contrary of what your

12  impression is, do you think you would be able to keep an

13  open mind and come to a different view based upon the

14  evidence in the case?

15         PROSPECTIVE JUROR:  Yes, I think that probably

16  understanding that, you know, there's probably an aspect of

17  existing bias that would need to be worked again -- or

18  worked against, but, yeah, I think I could, you know,

19  understanding that the purpose is taking the facts as are in

20  court, I think I could do that.

21         THE COURT:  Okay.

22         Question 44 asked you about the extent to which

23  you have been exposed to the January 6th hearings.  Can you

24  just tell us, summarize for us how much of those you have

25  watched?

1              PROSPECTIVE JUROR:  Yeah, so I didn't watch any of

2    them, just heard pieces of it, and, again, a lot of them

3    more were kind of sound bites so I didn't really watch the

4    entire thing or hear the entire thing.

5              But a lot of kind of overall articles and

6    information about it, and like I said, kind of clips of

7    certain segments of it or certain things that people said.

8    So I wouldn't say I watched or saw it kind of in total but a

9    lot more kind of high level for sure.

10             THE COURT:  And to the extent that you have

11   watched or heard or seen anything about those hearings,

12   do you recall whether any of that information pertained to

13   the Oath Keepers as an organization?

14             PROSPECTIVE JUROR:  No, I don't believe so.

15             THE COURT:  Above, you've identified somebody you

16   recognize on the list, Alex Jones.  It's not my expectation

17   that Mr. Jones will either be a witness or it's unlikely

18   he'll be referred to in this case.

19             Questions 39 through 41 concern really trying to

20   gauge the amount of news coverage you've been exposed to.

21             Would you describe yourself as someone who

22   effectively seeks out news and information about the events

23   of January 6th or someone who, if it happens to come across,

24   you may or may not read it?

25             PROSPECTIVE JUROR:  Yeah, I think it's probably

1    more of if it comes across, I may or may not read it versus

2    seeking it out.

3            I will say probably except for the instance of

4    kind of right on January 6th, then probably a week or so

5    after that and that was a lot more of kind of searching out

6    information.  But outside of that, yeah, not really seeking

7    it out.

8            THE COURT:  Okay.

9            And so your task as a juror would be to set aside

10   whatever you have learned in the media or seen in the media

11   and focus on the evidence in the case.  Is that something

12   you could do?

13           PROSPECTIVE JUROR:  Yes, I believe.

14           THE COURT:  Okay.

15           PROSPECTIVE JUROR:  I guess, again, with similar

16   caveats, understanding that probably, you know, initial

17   views will have to kind of be set aside.

18           THE COURT:  Right.

19           PROSPECTIVE JUROR:  Yeah.

20           THE COURT:  So let me ask you sort of caveated a

21   number of responses and I can understand why.  Is it because

22   you have real concerns about your ability to overcome what

23   you've experienced in being fair and impartial or for some

24   other reason?

25           PROSPECTIVE JUROR:  No, I think that's probably

 1    the reason.

 2              Just understanding that it is something that it's

 3    not completely unknown or separated and I have some

 4    information already is really kind of the, I guess, only

 5    potential concern.

 6              But I do think that understanding the purpose of a

 7    jury and what would need to happen, I would definitely

 8    follow what is required.

 9              THE COURT:  Okay.

10              You also answered yes to Question 42 which asks

11    whether you follow someone on social media who regularly

12    reports or comments about the events of January 6th.

13              PROSPECTIVE JUROR:  Maybe that should be no.

14    I'm not sure if it, like, I guess news, like Twitters

15    account or if you're talking about, like, personal, but

16    I guess it's not probably directly related to January 6th so

17    kind of similar to just overall, you know, news sources.

18              THE COURT:  Okay.

19              If you would turn then, please, to page 7 and

20    Question 18, that question asks whether within the last five

21    years you or a close friend or family member has attended a

22    rally, protest or demonstration or march.  Can you tell us

23    that?

24              PROSPECTIVE JUROR:  Yeah, I guess in, like, 2020,

25    I attended kind of like the Black Lives Matter protests in

520

```
 1   D.C. and kind of more recently with the Supreme Court
 2   decision for *Roe v. Wade* by the Supreme Court.
 3              THE COURT:  And so if you were to get the sense
 4   that the defendants in this case hold different political
 5   views than you do, how do you think that would affect your
 6   ability to be fair and impartial, if at all?
 7              PROSPECTIVE JUROR:  I think I have that assumption
 8   to begin with that that will be the case.  So, yeah, I think
 9   it probably wouldn't affect it but, again, kind of
10   understanding that probably different than my opinions,
11   I will need to kind of check that to be impartial.
12              THE COURT:  You've answered Questions 19, 20, and
13   22 all yes, and can I ask you, do your affirmative responses
14   refer to anyone other than yourself?
15              PROSPECTIVE JUROR:  No.
16              THE COURT:  And so do you know anybody who was
17   working in the Capitol Building on January 6th?
18              PROSPECTIVE JUROR:  I do not, no.
19              THE COURT:  If you would turn to page 11, please,
20   and Question 50, that question asked whether a close friend
21   or family members ever been in the legal profession or
22   whether you've been in the legal profession.
23              PROSPECTIVE JUROR:  Yeah, I have some close
24   friends who are lawyers.
25              THE COURT:  And do any of those friends practice
```

1    in the criminal law either as prosecutors or defense

2    lawyers?

3            PROSPECTIVE JUROR:  No.

4            THE COURT:  Question 54 asked about whether you,

5    close friends or family members, have been victims of a

6    crime.  If the answer is a personal one, we can take that in

7    a more private setting.

8            PROSPECTIVE JUROR:  Yes, but it's personal.  But I

9    don't know how to describe it, maybe more like petty crime,

10   just like car related.

11           THE COURT:  Okay.  Did that happen here in D.C.?

12           PROSPECTIVE JUROR:  It did.

13           THE COURT:  Did you have any interaction with the

14   District Metropolitan Police Department as a result of that.

15           PROSPECTIVE JUROR:  Yes, I did, I filed a report.

16           THE COURT:  And was anybody arrested as a result

17   of that?

18           PROSPECTIVE JUROR:  No.

19           THE COURT:  And do you have any impressions, sort

20   of positive or negative, of your interaction -- interactions

21   was the MPD?

22           PROSPECTIVE JUROR:  Yeah, probably a little

23   negative just because I was told basically they couldn't do

24   anything and, yeah, that was probably that.

25           THE COURT:  Okay.

1          So that experience, do you have any reason to

2   think that that experience would cause you to sort of

3   disfavor the government in this case?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  And if you were instructed that you

6   were required to treat law enforcement testimony no

7   differently than any other testimony, that is, you couldn't

8   favor it or disfavor it just because the person was a law

9   enforcement officer, could you follow that instruction?

10         PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Okay.  Any follow-up from Mr. Fischer?

12         MR. FISCHER:  Good morning, ma'am.

13         PROSPECTIVE JUROR:  Hi.

14         MR. FISCHER:  First of all, thank you for filling

15  the form out and thank you for being here today.

16         Could I ask you, you don't have to tell me where

17  you work, but what's your occupation.

18         PROSPECTIVE JUROR:  I work in consulting.

19         MR. FISCHER:  Okay.

20         And is there any specific area that you consult?

21         PROSPECTIVE JUROR:  Yes, so I work most

22  specifically with the Federal Government and the Department

23  of Defense in like financial operations, financial

24  management.

25         MR. FISCHER:  And how long have you been with the

1     government for?

2            PROSPECTIVE JUROR:  It's been about seven years

3     now.

4            MR. FISCHER:  Okay.

5            And you understand in this case there is likely

6     going to be evidence that one or more of the defendants in

7     this case was an avid supporter of the former President,

8     Donald Trump are you aware of that?

9            PROSPECTIVE JUROR:  I assumed, yes.

10           MR. FISCHER:  Fair enough.

11           And can I ask you, if somebody -- I ask it this

12     way.  If somebody from a foreign country who knows nothing

13     about the United States came here and asked you to describe

14     or give an opinion about supporters of Donald Trump, what

15     would you say to them?

16           PROSPECTIVE JUROR:  I would probably have a

17     negative response, but do understand like I have family

18     members that are supporters as well and so pretty obviously

19     still have relationships with them.  But likely what my

20     response would be would probably be negative.

21           MR. FISCHER:  Okay.  But would it be a respectful

22     disagreement or to you hold more of a potential bias against

23     those on who you disagree with, who support the former

24     President?

25           PROSPECTIVE JUROR:  Yeah, I think it could be

1    respectful, yes.

2              MR. FISCHER:  Okay.

3              And so if you were picked as a juror you would be

4    able to give the defendants over here and the government

5    your word that you would try your best to be fair and

6    impartial?

7              PROSPECTIVE JUROR:  Yes.

8              MR. FISCHER:  Okay.  I have nothing else,

9    Your Honor.

10             THE COURT:  Thank you, Mr. Fischer.

11             Mr. Nestler.

12             MR. NESTLER:  We have no questions, Your Honor.

13   Thank you very much.

14             THE COURT:  All right, ma'am, thank you very much

15   for your time this morning.  Mr. Douyon will show you out of

16   the courtroom and provide you with additional instructions.

17             MR. WOODWARD:  Your Honor, the defendants will

18   move to strike that witness.  It's based largely on her

19   having resided so close to the Capitol Building and having

20   been what we will describe as a participant in the events

21   that day as a victim.

22             The Court did not also go into the specific

23   notation in the questionnaire, I won't either, but with

24   reference to that notation, she clearly was very directly

25   living the events of that day and so for those reasons,

1    we'll move to strike.

2            THE COURT:  So I'm going to deny the request to

3    strike for cause.  I mean, I did explore that particular

4    issue with her and did ask her whether -- how the fact that

5    she was a witness to an aspect of that day would affect her.

6    She said it would not, or at least she said it she wouldn't

7    form any bias as a result of it.

8            You know, ultimately, she was asked both by me and

9    then ultimately by Mr. Fischer whether, notwithstanding the

10   fact that she was living near the Capitol that day, she

11   could be fair and keep an open mind to both sides and she

12   was affirmative in her -- firm in her view that she could

13   be.

14           And I'll note that, again -- and I think this has

15   been an important factor in all of my evaluations -- is that

16   she did not have an emotional reaction to talking about the

17   events of that day in the same way other jurors have who

18   I have struck.  So I'll deny the request to strike her for

19   cause.

20           All right.  Next juror.

21           COURTROOM DEPUTY:  Your Honor, this is Juror

22   No. 1207.

23           THE COURT:  Sir, how are you?

24           PROSPECTIVE JUROR:  Fine.  Thanks.

25           THE COURT:  Thank you for being here this morning

 1   and thank you for completing your questionnaire.  You are
 2   Juror 1207?
 3               PROSPECTIVE JUROR:  1207.
 4               THE COURT:  All right.
 5               Your juror questionnaire is in front of you.  If I
 6   could just ask you to turn to the last page, Question 68,
 7   you indicated -- you wrote out that you're a licensed
 8   attorney, usually they ask that, I didn't see it here.
 9               PROSPECTIVE JUROR:  Yes.
10               THE COURT:  Let me just ask this.  Do you
11   currently practice law?
12               PROSPECTIVE JUROR:  I don't.  I'm licensed but
13   I don't practice.
14               THE COURT:  All right.
15               And at any point in your -- well, did you practice
16   at any point in time?
17               PROSPECTIVE JUROR:  I haven't actually.
18               THE COURT:  You have not.  All right.
19               And I assume because you went to law school, you
20   have friends who are lawyers?
21               PROSPECTIVE JUROR:  Yes.
22               THE COURT:  And do any of them practice in the
23   criminal law either as prosecutors or defense lawyers?
24               PROSPECTIVE JUROR:  So my dad was a prosecutor in
25   Michigan for 30 years just in case that is important.

1          And then, yes, I have several friends that are on

2     either side.

3          THE COURT:  You have friends who are both

4     prosecutors and defense lawyers?

5          PROSPECTIVE JUROR:  Correct.

6          THE COURT:  And your father, was he a federal

7     prosecutor or state level prosecutor?

8          PROSPECTIVE JUROR:  State.

9          THE COURT:  And anything about -- is the fact that

10    your father was a prosecutor for so long and spent his

11    career as a prosecutor, do you think that would cause you to

12    favor the government in this case?

13         PROSPECTIVE JUROR:  No, not necessarily.  I mean,

14    obviously I'm more familiar with, much more familiar with

15    that, but, no.

16         THE COURT:  Okay.

17         Do you think you could remain open to the

18    arguments and presentation of the defense, notwithstanding

19    the fact that your father has spent so much time as a

20    prosecutor?

21         PROSPECTIVE JUROR:  Sure.

22         THE COURT:  And let me ask you this.  If you were

23    to conclude that the government in this case had not carried

24    its burden of proof would you have any hesitancy in voting

25    to acquit these defendants?

528

```
 1                PROSPECTIVE JUROR:  No.

 2                THE COURT:  And would you have any hesitance or

 3     difficulty that might arise from that decision with respect

 4     to your father?

 5                PROSPECTIVE JUROR:  No.

 6                THE COURT:  All right.  So if you would turn to

 7     page 6, you indicated at the bottom of page 14 that you have

 8     a close friend or family member who's been employed by the

 9     Federal Government, and then on line 15, you indicated that

10     your spouse is a federal employee.

11                PROSPECTIVE JUROR:  Yes.

12                THE COURT:  Does she work in any law enforcement

13     capacity?

14                PROSPECTIVE JUROR:  No.

15                THE COURT:  Can you tell us what agency she works

16     in and what --

17                PROSPECTIVE JUROR:  So we both work for the State

18     Department, for the Bureau of Consular Affairs.

19                THE COURT:  Okay.

20                Page 19 -- excuse me, Question 19 asks about

21     having been in the Capitol or inside the Capitol Building.

22     Can you tell us about that?

23                PROSPECTIVE JUROR:  Yes, I have been to the

24     Capitol.  I live in D.C. so I've been to the Capitol several

25     times just regular tourist type of tours, and then, you
```

1  know, in going to other museums and stuff, sometimes that's

2  the quickest way to go through things.

3          THE COURT:  Okay.

4          You've indicated prior jury service.

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  In a criminal trial, and just want to

7  confirm that you would be able to put aside anything you've

8  learned about the criminal process, including during your

9  time in law school and follow my instructions in this case

10  even if you happen to disagree with them.

11          PROSPECTIVE JUROR:  Okay.  Yep.

12          THE COURT:  If you would turn to page 10, please.

13  Let's start with question 39.  That question asked how many

14  videos you have seen from the events of January the 6th and

15  you wrote, can't remember, maybe, and I couldn't make out --

16          PROSPECTIVE JUROR:  Yes, one or two.

17          THE COURT:  One or two.

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Okay.

20          PROSPECTIVE JUROR:  So, you know, sometimes when

21  you bring up a newsfeed, it just starts to play.

22          THE COURT:  Right.

23          PROSPECTIVE JUROR:  So something maybe like that.

24          THE COURT:  Okay.  So would you say that you're

25  somebody, while being exposed to news coverage about

```
 1    January 6th, you're not an avid consumer of it or somebody
 2    who seeks it out.
 3              PROSPECTIVE JUROR:  Absolutely not.
 4              THE COURT:  All right.
 5              And to the extent that you have seen anything or
 6    read anything, would you be able to put that to the side and
 7    view the evidence fairly and impartially and give fair and
 8    impartial evaluation of the conduct of these defendants?
 9              PROSPECTIVE JUROR:  Yeah.
10              THE COURT:  Let me just confirm.  Question 46
11    asked whether you have read, seen, or heard anything about
12    the Oath Keepers organization, you said no.  In any news or
13    any conversation, have the Oath Keepers come up, to your
14    knowledge and recollection?
15              PROSPECTIVE JUROR:  No, I don't think I know what
16    it is.
17              THE COURT:  Okay.
18              Do you have any guess, speculation?  Based upon
19    what you've read and conversations.  I'm trying to figure
20    out whether you are wondering have I heard about the
21    organization or is it this group of people, in other words.
22              PROSPECTIVE JUROR:  I think that I haven't heard
23    of it.  I don't follow politics very closely.  I can't
24    promise that, but I don't think I know what it is.
25              THE COURT:  Okay.
```

1          Question 50 asks about close friends who are
2    lawyers.  I think we've talked that already.
3          PROSPECTIVE JUROR:  Yep.
4          THE COURT:  Question 51, close friends, family
5    members in law enforcement.  Can you tell us about that?  If
6    it's includes someone other than your father.
7          PROSPECTIVE JUROR:  Yeah, so just as, in my
8    government work for the Bureau of Consular Affairs, I work
9    relatively closely with a number of federal law enforcement
10   agencies.  So Bureau of Diplomatic Security is attached to
11   the State Department so that would be the biggest one so
12   I have several friends that are federal agents, they're
13   diplomatic security agents.
14         THE COURT:  Okay.  Is that in connection with
15   investigations or they are in some other capacity?
16         PROSPECTIVE JUROR:  Well, potentially both.  Some
17   of them are personal friends of mine with whom I have not
18   interacted professionally -- I mean, not really interacted
19   professionally, just we're friends, we both work there.
20         But then when, sometimes if we get something for
21   consular affairs that turns out to be passport or visa
22   fraud, we refer that to a federal agency and that usually is
23   a diplomatic security officer first.
24         THE COURT:  Okay.
25         PROSPECTIVE JUROR:  So both professionally and

1    personally definitely closely.

2            THE COURT:  I understand.

3            So there is going to be testimony in this case

4    from law enforcement officers.  Do you have any reason to

5    believe that you would be more or less favorable to law

6    enforcement testimony because of your friendships and

7    professional relationships?

8            PROSPECTIVE JUROR:  Not necessarily.

9            THE COURT:  And if you were instructed that a law

10   enforcement officer's testimony can't be given any greater

11   or lesser weight simply because the person is in law

12   enforcement, could you follow that instruction?

13           PROSPECTIVE JUROR:  Yes.

14           THE COURT:  Okay.  Mr. Fischer or Mr. Linder?

15           MR. LINDER:  Briefly.

16           Good afternoon.  How are you?

17           PROSPECTIVE JUROR:  Hi.  Fine, thanks.

18           MR. LINDER:  Good.  Thanks for filling out the

19   form and coming down to visit with us.  Take a day out of

20   your schedule.

21           How long have you worked with the Bureau of

22   Consular Affairs?

23           PROSPECTIVE JUROR:  So I had a little break when

24   I was home with the kids, but all together, 12 years give or

25   take in the aggregate.

1          MR. LINDER:  And then in your dealing with the law

2   enforcement officers that the Judge just asked you about,

3   do you deal specifically with DOJ or the FBI?

4          PROSPECTIVE JUROR:  So it is possible, I have

5   before.  It's relatively rare in my line of work, but we do

6   get, in my professional capacity, sometimes we do work with

7   FBI or have like their reporting is part of our job.

8          MR. LINDER:  So in any of those relationships with

9   agents of the FBI or other law enforcement agencies, have

10  you had -- have you had conversations with them about the

11  events of J6, of anything in particular?

12         PROSPECTIVE JUROR:  No, no, nothing like that.

13         It's relatively rare that I'll deal with an FBI

14  agent directly.  It happens but nothing like that.

15         MR. LINDER:  Okay.

16         So if the government failed, they presented their

17  evidence and failed to meet their burden, and we would be

18  you asking you -- someone would be asking to find our

19  clients not guilty, would your relationships with FBI, DOJ

20  or any kind of federal agencies, would that kind of hinder

21  you from finding them not guilty, would you feel pressure?

22         PROSPECTIVE JUROR:  No.

23         MR. LINDER:  Okay.

24         So you could be fair and hold the government to

25  their burden?

```
1              PROSPECTIVE JUROR:  Sure.
2              MR. LINDER:  I appreciate it.  Thank you very
3    much.
4              THE COURT:  Mr. Nestler.
5              MR. NESTLER:  Just briefly.
6              Good afternoon, sir.
7              PROSPECTIVE JUROR:  Hi.
8              MR. NESTLER:  You said you don't follow politics
9    or the news closely; is that's correct?
10             PROSPECTIVE JUROR:  Correct.
11             MR. NESTLER:  Could you describe why?
12             PROSPECTIVE JUROR:  I really don't like it.
13             MR. NESTLER:  Is that both politics and the news
14   or --
15             PROSPECTIVE JUROR:  Yeah.  I find the whole thing
16   relatively distasteful.
17             MR. NESTLER:  Okay.  Thank you.
18             THE COURT:  All right, sir.  Thank you very much
19   for your time and your service this morning.  Mr. Douyon
20   will show you out of the courtroom and provide you with
21   additional instructions.
22             PROSPECTIVE JUROR:  Thank you.
23             MR. WOODWARD:  Your Honor, can we have one minute,
24   defense counsel.
25             THE COURT:  About this juror?  Hang on.  We're
```

1  going to take lunch now, so if you want to let the jurors

2  know that we'll be back at 2:00.

3           (Defense counsel conferred off the record.)

4           MR. WOODWARD:  We're ready if you are, Your Honor.

5           We'll object for the record based on the law

6  enforcement ties.  Our concern is his inability to accept

7  the Court's instruction with respect to not giving greater

8  weight to any law enforcement to testify in the case.

9           THE COURT:  Okay.  The objection is overruled.  He

10  gave no indication at all that he would favor law

11  enforcement testimony and asked him specifically whether he

12  could follow the instruction regarding law enforcement

13  testimony and he said he could and, frankly, his -- the

14  exception of the State Department law enforcement has

15  certainly had limited interaction with the Department of

16  Justice or FBI agents.

17           Okay.  So we'll start up again at 2:00.  We've

18  gone through about 11 people this morning which is fewer

19  than I had hoped.  We called in 40.  So I think what I will

20  do, given the unlikelihood that we could get through the

21  remaining 29 today, is dismiss the final ten and ask them to

22  come back in the morning and press forward with the

23  remaining 19 we have after lunch.

24           I've received a couple of notes from a couple of

25  jurors, or JC received some information from certain jurors.

1    Juror 0090 indicated that she has -- he or she has a

2    doctor's appointment today at 4:00.  I don't think that's

3    going to present a problem because that person is fifth

4    after lunch.  0833, who's on line 71, has said that they

5    have booked a flight at 8:30 this evening and will not

6    return until Tuesday.  So I would propose that we bring that

7    person in, have that person come in at the beginning of our

8    afternoon session just to see what this flight is all about

9    and whether it's going to create a genuine hardship for that

10   person.

11          0968 in line 76, 1108 in line 77, both asked to

12   leave by 4:00 for childcare reasons.  Given that we are

13   dismissing the last ten, those folks will already be gone by

14   the time we come back so we don't need to worry about that

15   concern.  Okay?

16          So that's how we'll proceed when we get back, see

17   everybody at 2:00.  Thank you.

18          COURTROOM DEPUTY:  All rise.

19          (Recess from 1:02 p.m. to 2:00 p.m.)

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 28, 2022___    

                       William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [15]** 392/2 392/4 393/9 401/1 401/3 421/10 450/7 459/1 466/25 489/5 489/11 500/12 511/8 525/21 536/18
**MR. BRIGHT: [3]** 401/19 447/23 448/1
**MR. CRISP: [30]** 481/4 481/7 481/11 481/14 481/16 481/22 481/25 482/3 482/5 482/9 482/17 482/23 483/10 483/12 483/14 483/17 483/20 483/24 484/1 484/5 484/11 484/16 484/19 484/23 485/1 485/5 485/10 487/13 487/21 488/2
**MR. FISCHER: [63]** 401/22 417/11 417/14 417/22 418/9 418/16 418/21 418/25 419/5 419/9 437/16 437/18 437/22 437/25 438/5 438/12 438/16 438/22 439/2 439/4 439/9 439/12 439/22 440/5 440/12 440/18 440/22 441/1 441/8 441/14 441/24 442/4 442/10 442/19 442/24 443/12 443/17 444/1 444/8 444/17 466/12 498/20 498/22 499/6 499/14 499/21 499/25 509/19 509/21 510/6 510/9 510/14 510/19 510/24 522/12 522/14 522/19 522/25 523/4 523/10 523/21 524/2 524/8
**MR. LINDER: [34]** 393/1 415/9 415/12 415/25 416/6 416/9 416/14 416/21 416/25 417/6 417/9 420/8 437/14 456/22 456/25 457/13 457/21 457/23 458/2 458/6 497/20 497/23 498/3 498/6 498/10 498/13 498/17 532/15 532/18 533/1 533/8 533/15 533/23 534/2
**MR. NESTLER: [41]** 419/13 419/19 419/24 435/24 444/20 444/23 445/5 445/11 445/15 445/19 446/2 446/8 446/12 446/17 447/1 447/8 447/15 448/22 458/9 458/16 458/20 458/24 466/15 466/19 485/15 485/17 485/21 485/25 486/2 486/5 486/8 486/12 486/18

534/5 534/8 534/11 534/13 534/17
**MR. WOODWARD: [3]** 524/17 534/23 535/4
**PROSPECTIVE JUROR: [547]**
**THE COURT: [459]**

**'**

**'30s [1]** 439/19
**'90 [1]** 494/6
**'97 [1]** 494/6
**'98 [2]** 494/6 494/6

**0**

**0090 [1]** 536/1
**0734 [4]** 421/11 421/17 448/2 450/3
**08077 [1]** 390/13
**0826 [1]** 390/18
**0833 [1]** 536/4
**0910 [2]** 450/8 450/13
**0968 [1]** 536/11

**1**

**10 [7]** 392/8 453/4 462/17 476/18 492/14 500/25 529/12
**11 [14]** 404/9 412/16 421/23 433/11 450/20 468/17 478/17 490/1 508/22 511/18 511/18 515/3 520/19 535/18
**1108 [1]** 536/11
**1151 [1]** 401/16
**1186 [2]** 402/4 420/9
**11:44 [1]** 489/4
**12 [2]** 402/12 532/24
**1207 [3]** 525/22 526/2 526/3
**1262 [2]** 459/2 459/7
**1294 [2]** 500/13 500/19
**12:02 [1]** 489/4
**12th [1]** 443/1
**13 [8]** 402/10 408/21 428/16 452/20 460/8 460/15 467/11 472/7
**1314 [2]** 511/9 511/12
**1350 [3]** 489/12 489/19 489/19
**137 [1]** 453/5
**14 [9]** 409/22 430/7 451/22 452/2 460/21 491/18 508/3 508/7 528/7
**1460 [1]** 389/12
**1497 [3]** 401/17 401/21 489/7
**15 [5]** 388/4 392/5 410/6 459/14 528/9
**1533 [2]** 467/1 467/5
**16th [1]** 431/4
**17 [1]** 473/20
**17110 [1]** 389/15
**18 [5]** 410/14 430/19 460/25 474/24 519/20
**1808 [1]** 390/3

**19 [9]** 412/15 433/2 452/11 492/8 508/18 520/12 528/20 528/20 535/23
**1930s [1]** 439/24
**1:00 [1]** 489/2
**1:02 [1]** 536/19

**2**

**20 [3]** 412/15 476/6 520/12
**2000 [1]** 497/2
**20001 [1]** 391/5
**20010 [1]** 390/4
**20036 [1]** 390/9
**2006 [1]** 390/12
**2013 [1]** 491/23
**2016 [1]** 497/5
**202 [4]** 388/16 390/4 390/9 391/5
**2020 [2]** 475/5 519/24
**2022 [2]** 388/5 537/7
**204 [2]** 453/21 453/21
**20579 [1]** 388/16
**21061-3065 [1]** 390/18
**214 [2]** 389/5 389/9
**217 [1]** 453/25
**22 [3]** 412/15 462/2 520/13
**22-15 [2]** 388/4 392/5
**24 [1]** 452/19
**252-7277 [1]** 388/16
**252-9900 [1]** 389/5
**2615 [1]** 390/9
**28 [2]** 388/5 537/7
**29 [1]** 535/21
**2:00 [4]** 535/2 535/17 536/17 536/19
**2nd [1]** 439/5

**3**

**30 [1]** 526/25
**300 [1]** 390/17
**3065 [1]** 390/18
**318 [1]** 389/12
**3249 [1]** 391/5
**3300 [2]** 389/3 389/7
**333 [1]** 391/4
**34 [2]** 435/16 453/4
**352-2615 [1]** 390/9
**354-3249 [1]** 391/5
**37 [5]** 407/2 424/22 467/19 476/19 500/25
**39 [8]** 426/13 454/12 462/17 477/13 492/15 502/6 517/19 529/13

**4**

**40 [11]** 393/2 394/16 426/13 454/12 454/21 462/17 477/13 492/15 502/6 510/3 535/19
**4031 [1]** 389/15
**41 [7]** 426/13 454/12 462/17 477/13 492/15 502/6 517/19
**410 [1]** 390/18

**42 [1]** 519/10
**43 [1]** 510/8
**44 [6]** 406/8 406/25 423/25 493/11 502/19 516/22
**45 [1]** 515/3
**46 [12]** 404/8 404/9 415/15 421/23 450/21 469/3 490/1 490/2 490/3 503/14 515/20 530/10
**4676 [1]** 389/16
**48 [3]** 404/10 415/16 457/6
**487-1460 [1]** 389/12
**4:00 [2]** 536/2 536/12

**5**

**5-0 [2]** 412/18 412/19
**50 [9]** 412/17 433/12 455/8 463/5 478/17 493/25 504/11 520/20 531/1
**51 [3]** 463/14 494/18 531/4
**54 [11]** 414/1 436/8 456/3 464/18 466/8 468/18 478/24 495/17 505/10 507/9 521/4
**55 [4]** 466/6 480/2 496/9 496/10
**56 [1]** 506/18
**57 [2]** 480/7 496/12
**5708 [1]** 390/13

**6**

**601 [2]** 388/15 390/7
**607-5708 [1]** 390/13
**63 [1]** 401/17
**68 [6]** 402/10 402/10 467/12 467/12 480/20 526/6
**6th [78]** 396/18 396/25 397/12 402/16 403/8 403/21 405/4 406/9 407/25 408/2 408/11 409/2 415/24 422/5 424/9 425/16 426/16 426/18 427/6 429/7 429/12 435/6 435/11 442/18 442/20 451/10 454/14 454/16 458/4 458/24 460/4 462/4 462/9 462/21 467/21 467/24 468/19 469/12 472/16 472/19 473/3 474/2 476/8 476/16 477/15 477/16 478/5 481/7 482/11 484/8 488/17 490/18 491/1 491/9 491/13 492/17 493/13 498/1 498/8 502/8 502/10 502/6 502/20 503/7 503/19 511/20 511/21 512/3 515/5 516/3 516/23 517/23 518/4 519/12

**7**

**700 [2]** 389/4 389/6
**71 [1]** 536/4
**71301 [1]** 389/11
**717 [1]** 389/16
**720-7777 [1]** 389/9
**7277 [1]** 388/16
**7310 [1]** 390/17
**7447 [1]** 390/4
**75219 [2]** 389/4 389/8
**76 [1]** 536/11
**77 [1]** 536/11
**7777 [1]** 389/9
**787-0826 [1]** 390/18

**8**

**81 [3]** 401/17 401/21 489/8
**819 [1]** 389/11
**856 [1]** 390/13
**8:30 [1]** 536/5

**9**

**9/11 [1]** 508/22
**900 [1]** 390/8
**9900 [1]** 389/5
**996-7447 [1]** 390/4
**9:30 [1]** 388/6

**A**

**a.m [2]** 388/6 489/4
**ability [28]** 402/25 408/10 409/15 410/11 411/1 412/11 417/20 421/8 427/8 429/17 431/14 432/13 435/2 451/14 462/13 465/13 471/3 471/20 471/22 471/25 473/6 473/22 474/8 475/11 512/4 514/18 518/22 520/6
**able [32]** 405/25 408/16 409/18 419/6 419/19 420/14 422/22 431/20 433/6 438/2 445/11 447/11 449/7 449/10 455/6 468/9 468/25 469/23 470/9 476/3 477/8 487/8 493/9 495/14 503/5 503/6 512/10 515/14 516/12 524/4 529/7 530/6
**about [269]**
**above [4]** 406/25 424/22 517/15 537/4
**above-titled [1]** 537/4
**Absolutely [4]** 448/1 491/11 491/15 530/3
**accept [2]** 418/4 535/6
**access [2]** 412/7 412/10 474/5 474/12
**account [4]** 439/2 439/3 448/13 519/15
**accurate [2]** 442/22 504/1

**A**

accused [3] 451/15
474/12 486/2
acquaintances [1]
429/2
acquit [6] 404/5 428/12
436/5 470/19 488/20
527/25
acquittal [1] 487/9
across [10] 398/2
426/19 426/20 443/5
446/8 467/20 477/19
502/12 517/23 518/1
acting [1] 439/23
action [2] 483/24 484/3
actions [1] 484/20
active [1] 446/20
actively [10] 408/1
408/2 422/13 426/18
448/3 454/16 454/18
462/20 492/20 502/10
activity [2] 481/19
482/1
actual [1] 490/7
actually [9] 397/12
420/21 435/18 444/11
466/12 488/19 488/20
513/2 526/17
addition [2] 397/10
480/4
additional [14] 394/14
394/23 399/4 399/11
401/8 447/18 458/14
466/23 485/11 487/24
500/8 511/7 524/16
534/21
administration [2]
440/24 508/10
advance [1] 393/25
advantage [1] 406/20
advise [2] 398/4
401/11
advocacy [1] 412/4
affairs [4] 528/18 531/8
531/21 532/22
affect [29] 402/24
409/15 411/1 412/11
417/20 425/13 425/25
429/17 431/13 435/2
462/13 465/13 471/2
471/22 471/25 473/6
473/21 474/7 475/11
477/1 477/2 477/4
484/13 501/15 507/23
513/14 520/5 520/9
525/5
affiliated [2] 442/6
442/6
affirmative [2] 520/13
525/12
afraid [1] 403/3
after [18] 394/17 399/4
399/6 399/14 416/11
464/23 468/3 468/10
469/18 481/16 490/16
493/4 512/13 512/20
512/24 518/5 535/23
536/4

afternoon [4] 500/19
532/16 534/6 536/8
afterwards [1] 396/3
again [29] 405/8
422/12 423/21 425/17
426/3 428/2 431/15
433/9 435/4 435/7
441/20 442/11 444/13
458/21 460/14 478/11
480/20 484/2 501/5
508/6 514/1 515/13
515/15 516/17 517/2
518/15 520/9 525/14
535/17
against [7] 403/13
410/19 461/24 482/14
497/15 516/18 523/22
agencies [1] 531/10
533/9 533/20
agency [2] 528/15
531/22
agent [1] 533/14
agents [4] 531/12
531/13 533/9 535/16
aggregate [1] 532/25
aggressive [1] 516/2
ago [13] 394/10 414/8
430/13 436/15 436/24
439/18 452/20 463/24
464/1 496/24 507/20
507/21 510/3
agree [6] 411/16 438/3
440/18 443/7 485/1
499/19
agreeing [1] 415/13
ahead [1] 515/2
aided [1] 391/7
aisle [3] 418/22 418/23
418/24
AL [1] 388/6
alarm [2] 471/7 471/10
alert [1] 398/4
Alex [5] 407/2 424/25
453/16 476/21 517/16
Alex Jones [4] 407/2
424/25 476/21 517/16
Alexandra [1] 392/9
Alexandria [2] 389/11
452/8
all [87] 392/2 392/18
392/22 393/12 394/18
395/23 396/7 400/23
403/7 404/7 406/13
413/18 415/8 415/14
416/9 417/14 418/10
419/9 419/25 420/23
421/9 421/12 424/21
425/12 429/20 430/6
434/23 437/12 437/18
440/18 447/16 448/7
448/18 448/21 450/5
451/18 451/21 453/11
454/8 456/20 458/11
459/5 459/9 460/21
464/18 466/14 468/10
471/2 472/17 473/5
474/7 475/25 477/24
478/17 480/6 481/2

497/18 499/5 500/21
501/1 501/15 502/6
503/18 504/15 504/16
510/4 510/24 514/6
520/6 520/13 522/14
524/14 525/15 525/20
526/4 526/14 526/18
528/6 530/4 532/24
534/18 535/10 536/8
536/18
All right [15] 424/21
429/20 434/23 447/16
459/5 460/21 472/17
475/25 497/6 497/18
504/15 524/14 526/14
526/18 534/18
allegation [2] 474/20
499/1
alleged [1] 470/6
allegedly [2] 442/1
442/6
alley [1] 507/2
allow [1] 472/4
almost [1] 463/25
along [2] 430/24 431/4
already [12] 394/9
408/23 409/24 427/11
427/13 427/15 430/9
460/23 463/7 519/4
531/2 536/13
also [34] 395/8 396/11
396/19 398/8 398/16
402/12 404/22 406/8
409/9 411/19 420/1
422/16 422/17 425/8
425/16 428/3 433/15
434/10 440/15 440/22
441/9 443/1 445/15
453/16 453/19 463/8
463/14 469/3 474/1
476/23 484/6 493/11
519/10 524/22
Alston [1] 494/7
although [1] 449/17
always [2] 445/24
471/17
am [4] 396/25 402/12
409/19 432/2
ambitious [1] 393/3
AMERICA [2] 388/3
392/6
AMIT [2] 388/9 393/13
among [3] 413/8 429/6
473/17
amongst [1] 395/18
amount [6] 395/11
440/11 462/18 492/16
493/13 517/20
another [2] 446/10
513/17
answer [12] 401/25
432/4 434/7 436/10
456/5 465/9 466/7
479/1 480/19 495/19
505/11 521/6
answered [13] 404/13
406/8 414/4 463/14

469/3 473/23 496/10
503/14 519/10 520/12
answering [1] 410/17
answers [2] 412/15
431/24
anti [2] 441/7 483/8
anti-democracy [1]
483/8
anti-Trump [1] 441/7
anxiety [3] 513/6
513/13 513/20
any [152]
anybody [10] 392/24
409/1 414/14 429/3
429/6 465/3 473/16
505/20 520/16 521/16
anymore [1] 455/21
anyone [10] 396/4
398/9 398/20 399/19
406/22 413/7 455/1
460/23 473/10 520/14
anything [63] 392/24
397/24 399/20 404/11
404/12 405/14 406/17
406/19 413/19 414/16
414/20 415/19 417/3
417/5 418/25 421/2
422/1 429/15 429/15
434/24 436/1 437/1
441/10 446/21 447/22
450/24 451/7 451/9
451/19 455/24 457/19
457/25 458/2 462/11
464/4 465/12 466/3
479/13 480/13 490/4
493/6 495/1 497/9
498/4 502/15 503/2
503/15 506/4 506/7
507/6 507/22 509/18
510/16 515/21 516/4
517/11 521/24 527/9
529/7 530/5 530/6
530/11 533/11
anywhere [1] 513/7
apparently [1] 420/10
appear [4] 401/17
401/23 501/3 501/8
appearances [5]
388/13 388/19 389/17
390/20 434/6
appeared [1] 489/9
apply [2] 396/13
443/11
appointment [1] 536/2
appreciate [12] 401/12
417/9 417/16 448/12
448/13 457/3 458/7
495/10 498/17 499/25
510/25 534/2
approach [2] 398/17
449/8
approached [2] 398/19
445/25
approved [1] 394/11
Arco [1] 435/21
are [159]
area [3] 413/8 416/11

469/3 473/23 496/10
503/14 519/10 520/12
argue [1] 448/19
arguments [1] 527/18
arise [1] 528/3
around [4] 431/2 443/4
446/2 481/16
arrange [2] 414/6
479/2
arrest [1] 479/11
arrested [8] 414/14
465/3 480/8 480/10
496/13 505/20 507/10
521/16
article [1] 502/11
articles [3] 404/18
467/17 517/5
articulate [2] 448/6
498/8
as [125] 393/15 393/20
393/22 394/16 396/11
397/19 397/21 397/21
400/2 400/15 401/4
401/11 403/4 404/24
406/1 407/15 407/19
407/21 408/1 408/13
410/11 410/23 412/1
412/11 412/12 415/23
416/19 418/18 421/8
422/22 422/25 427/22
428/2 428/10 432/9
432/9 432/10 433/24
435/8 437/23 439/4
439/5 439/7 440/4
440/4 444/4 444/6
444/16 444/16 445/6
445/12 449/24 450/1
450/2 452/7 454/6
454/25 455/3 455/20
462/14 462/23 463/11
465/13 465/16 465/23
466/17 467/15 467/21
468/2 469/9 470/8
472/3 473/6 473/24
475/12 477/23 480/21
480/22 481/22 482/23
482/25 483/4 483/7
483/21 483/21 484/8
485/22 486/13 486/25
488/9 492/5 492/19
493/3 493/5 494/9
494/9 496/4 501/3
501/8 502/9 502/14
503/4 504/19 505/2
505/7 506/2 506/19
514/6 515/12 516/19
517/13 517/21 518/9
521/1 521/14 521/16
523/18 524/3 524/20
524/21 525/7 526/23
527/11 527/19 531/7
aside [23] 405/25
407/20 408/10 411/9
423/19 432/9 433/6
435/8 444/16 452/24
455/4 462/24 463/2
476/3 493/6 502/15
503/6 509/1 514/6
514/11 518/9 518/17

**aside...** [1] 529/7
**ask** [65] 394/14 395/23
397/6 398/25 399/17
400/23 402/9 404/8
407/25 408/19 408/25
411/18 412/16 414/17
417/17 421/22 422/20
428/15 429/14 431/19
433/11 438/13 443/23
450/19 451/21 454/20
459/11 460/7 461/15
462/11 462/16 462/19
467/1 467/19 468/17
468/20 469/20 470/11
470/23 474/4 474/15
477/15 486/20 489/25
490/25 491/17 499/15
500/24 504/21 511/17
511/22 514/4 515/2
516/10 518/20 520/13
522/16 523/11 523/11
525/4 526/6 526/8
526/10 527/22 535/21
**asked** [42] 396/11
404/10 407/7 407/23
408/8 408/21 408/25
410/14 414/1 417/23
421/25 424/1 424/22
445/6 445/19 446/12
452/11 453/4 453/9
453/10 467/13 470/25
475/19 486/22 488/14
490/3 492/8 501/1
502/19 503/6 504/11
512/1 516/22 520/20
521/4 523/13 525/8
529/13 530/11 533/2
535/11 536/11
**asking** [10] 394/5
394/25 399/4 400/7
407/9 421/15 456/7
513/3 533/18 533/18
**asks** [43] 409/22
412/20 428/16 430/7
430/19 433/2 433/12
436/8 450/23 451/22
452/19 455/8 456/3
457/13 460/8 460/21
462/2 463/5 464/18
466/6 472/7 473/20
474/24 476/6 478/18
478/24 480/2 480/7
491/18 494/1 494/18
495/17 496/12 505/10
506/18 507/9 508/18
515/3 515/20 519/10
519/20 528/20 531/1
**aspect** [6] 412/21
504/12 511/21 512/3
516/16 525/5
**aspects** [1] 515/4
**assist** [1] 394/6
**assistant** [1] 494/15
**associated** [3] 442/1
483/2 501/21
**ASSOCIATES** [1]
389/14

**association** [10]
413/19 425/12 426/1
426/5 426/8 426/9
435/22 477/1 477/10
501/13
**assume** [2] 417/1
526/19
**assumed** [1] 523/9
**assuming** [2] 445/20
446/3
**assumption** [1] 520/7
**assumptions** [1]
445/22
**assured** [3] 395/1
395/5 472/2
**Atlanta** [1] 456/17
**att.net** [1] 389/12
**attached** [1] 531/10
**attack** [4] 416/7 418/7
467/18 480/21
**attempted** [1] 464/25
**attempts** [1] 398/9
**attend** [3] 461/8 469/17
482/1
**attended** [11] 410/15
411/12 430/20 430/25
461/2 461/3 461/6
475/1 493/12 519/21
519/25
**attention** [2] 404/9
471/21
**attorney** [7] 412/22
412/24 437/20 437/23
455/11 455/16 526/8
**ATTORNEY'S** [4]
388/15 413/2 413/16
434/16
**attorneys** [1] 412/25
**August** [1] 443/1
**available** [4] 393/19
408/4 426/25 426/25
**Avenue** [4] 389/3 389/7
390/7 391/4
**avert** [1] 398/3
**avid** [6] 417/19 438/8
477/16 499/9 523/7
530/1
**avoid** [7] 396/12
396/15 397/1 397/8
400/12 400/14 400/19
**avoiding** [1] 396/18
**aware** [12] 405/6
412/10 419/4 428/3
432/2 438/6 469/9
481/21 482/3 499/2
499/9 523/8
**away** [3] 427/14 462/6
491/23

**B**

**back** [27] 394/22
395/13 399/9 408/8
408/20 418/11 428/23
436/5 448/9 449/17
457/23 460/7 470/23
480/19 490/13 491/9
507/4 508/1 513/20
513/25 515/13 515/16

515/20 535/23 536/14
536/14 536/16
**background** [2] 487/18
487/20
**bad** [1] 427/16
**BARRETT** [2] 389/3
391/4
**base** [3] 445/23 447/12
462/25
**based** [34] 394/14
395/7 397/20 403/16
404/2 404/25 410/9
416/11 419/2 419/16
419/20 419/21 420/9
421/6 423/10 424/7
425/17 432/3 438/19
447/5 447/9 447/12
449/6 464/12 468/8
470/3 478/13 483/14
483/15 483/18 516/13
524/18 530/18 535/5
**basically** [2] 420/9
521/23
**basis** [2] 402/14
404/21
**be** [244]
**Beach** [1] 510/4
**Bear** [1] 459/4
**bearing** [1] 487/7
**because** [35] 394/9
404/18 405/16 415/5
428/6 431/24 437/9
445/1 447/10 448/5
448/8 448/9 451/14
455/17 461/23 462/6
464/11 468/4 468/25
479/19 485/22 488/22
490/21 495/13 497/4
497/14 506/14 514/20
518/21 521/23 522/8
526/19 532/6 532/1
536/3
**become** [2] 412/10
473/5
**becoming** [1] 499/2
**been** [81] 397/12
397/13 403/3 404/24
404/25 405/8 405/16
408/22 409/23 410/19
414/2 423/22 424/18
426/14 426/15 426/25
428/17 428/24 430/8
431/1 433/2 435/5
435/10 436/9 436/16
437/2 437/3 437/22
438/1 439/23 442/17
445/19 445/22 446/5
446/14 451/23 452/12
456/4 459/19 459/20
459/24 459/25 460/9
463/1 464/20 472/8
474/2 475/20 478/6
479/4 480/8 480/10
488/23 491/19 492/8
495/18 496/13 503/6
505/11 505/13 507/10
507/13 508/4 508/19
509/24 509/25 512/24

520/21 520/22 521/5
522/25 523/2 524/20
525/15 528/8 528/21
528/23 528/24
**before** [21] 388/9
392/25 393/18 394/2
400/23 403/11 421/19
423/22 431/25 447/3
449/4 463/18 492/22
496/19 506/21 506/22
508/22 509/4 510/9
514/21 533/5
**begin** [1] 520/8
**beginning** [4] 503/25
508/2 515/10 536/7
**behind** [4] 409/19
421/1 452/17 507/2
**being** [30] 394/4
398/15 403/10 403/15
408/15 416/16 417/15
423/14 437/19 438/2
450/16 451/16 456/1
461/18 466/6 469/17
476/16 478/25 488/13
489/16 490/11 498/22
509/22 514/22 515/14
515/15 518/23 522/15
525/25 529/25
**belief** [7] 416/11
420/21 422/8 482/11
484/8 487/15 504/3
**beliefs** [7] 411/7 411/9
420/13 432/23 482/10
487/2 488/5
**believe** [34] 407/3
416/1 416/15 418/2
423/3 423/10 426/11
431/13 438/11 442/20
444/10 448/8 461/20
462/1 462/15 463/4
464/7 464/14 465/14
470/1 470/10 475/18
482/13 482/19 485/21
486/5 490/15 497/2
512/6 512/8 514/15
517/14 518/13 532/5
**believed** [1] 416/15
**belonged** [1] 507/3
**Below** [1] 407/23
**Ben** [1] 440/23
**Ben Rhodes** [1]
440/23
**benefit** [1] 445/25
**Berwick** [1] 390/12
**best** [16] 423/23 428/4
431/16 431/19 431/21
431/24 432/9 433/9
435/8 444/7 444/9
444/15 449/2 460/5
472/11 524/5
**better** [1] 420/12
**between** [3] 426/22
439/19 443/14
**beyond** [8] 404/1 404/3
424/16 428/9 467/14
470/15 470/18 509/13
**bias** [2] 421/6 516/17

**biased** [1] 395/6
**Biden** [1] 499/1
**big** [5] 410/19 433/20
445/16 451/18 473/25
**biggest** [1] 531/11
**Bill** [1] 440/13
**Bird** [1] 494/7
**bit** [8] 393/5 393/6
422/21 445/16 450/6
475/21 481/4 492/10
**bites** [1] 517/3
**Black** [6] 431/4 431/5
461/6 461/12 475/4
519/25
**blocks** [3] 402/14
403/5 476/14
**book** [5] 395/19 439/5
439/17 448/22 448/23
**booked** [1] 536/5
**born** [1] 510/12
**both** [22] 394/2 404/10
404/13 405/5 405/24
418/23 418/24 419/6
440/23 457/3 480/22
509/4 510/19 525/8
525/11 527/3 528/17
531/16 531/19 531/25
534/13 536/11
**bottom** [5] 419/5 452/2
491/18 508/7 528/7
**Boys** [2] 422/16 482/20
**Bradford** [3] 390/11
390/14 392/15
**Branch** [4] 409/25
409/25 430/10 430/10
**BRAND** [1] 390/3
**brandwoodwardlaw.c
om** [1] 390/5
**break** [5] 489/1 493/15
532/23
**breaking** [1] 493/2
**briefly** [4] 456/22
497/20 532/15 534/5
**BRIGHT** [3] 389/3
389/7 392/11
**bring** [8] 392/25 421/9
449/17 450/5 467/23
471/14 529/21 536/6
**bringing** [1] 469/18
**broad** [2] 445/2 449/16
**broken** [3] 456/10
464/24 505/14
**brother** [3] 456/9
456/11 456/12
**brought** [4] 395/20
401/7 474/16 513/20
**Brown** [1] 453/6
**brush** [1] 445/3
**building** [15] 390/8
409/7 433/3 433/6
452/12 460/18 475/20
476/3 492/9 492/12
508/20 508/25 520/17
524/19 528/21
**built** [1] 427/12
**burden** [12] 403/25
428/8 428/11 429/22

**B**

burden... [8] 470/15
470/17 487/8 488/4
488/8 527/24 533/17
533/25
burden-shifting [1]
488/4
Bureau [4] 528/18
531/8 531/10 532/21
Burnie [1] 390/18
business [5] 410/8
410/10 419/3 419/3
494/11
businessperson [1]
410/7
button [1] 440/10

**C**

Caldwell [5] 390/16
392/8 392/17 393/17
405/13
call [3] 394/22 449/12
490/7
called [8] 393/2 444/14
454/23 465/24 471/15
502/2 506/7 535/19
came [7] 394/10
410/25 417/22 441/16
442/11 452/15 523/13
can [93] 393/7 394/7
395/5 398/4 399/7
400/2 400/25 401/19
404/14 405/1 406/10
406/16 410/16 412/13
412/23 414/5 422/2
425/2 428/18 430/21
432/11 433/18 435/18
436/11 442/13 444/16
444/24 446/17 447/11
448/2 448/5 449/24
450/25 451/7 451/9
452/5 452/12 455/10
455/14 456/5 461/4
462/4 462/16 463/16
463/24 464/21 469/7
469/15 471/2 472/9
473/22 475/1 475/18
475/21 476/8 478/5
478/19 479/2 480/9
481/1 490/4 491/20
492/9 493/13 494/4
495/20 496/16 499/22
502/21 504/13 504/17
505/12 506/24 507/19
508/4 508/20 510/15
512/19 515/8 515/21
516/23 518/21 519/22
520/13 521/6 523/11
528/15 528/22 531/5
534/23
can't [8] 448/9 448/18
482/21 495/12 506/13
529/15 530/23 532/10
candor [1] 457/4
capacity [12] 430/17
452/6 460/10 472/9
472/14 473/15 473/16

531/15 533/6
Capitol [62] 402/14
402/15 403/2 403/3
405/6 408/23 409/6
410/8 410/10 415/24
416/8 416/10 418/7
418/19 420/12 422/14
423/4 423/6 428/18
428/21 429/4 429/7
429/11 429/25 433/3
433/3 433/5 433/6
452/12 452/12 452/13
452/16 460/9 460/11
460/18 469/18 472/9
475/20 475/20 475/23
476/7 476/10 476/12
492/9 492/9 508/19
508/19 508/21 508/25
509/1 509/2 511/19
512/12 512/17 513/19
520/17 524/19 525/10
528/21 528/21 528/24
528/24
car [3] 436/23 456/9
521/10
care [2] 446/22 472/5
career [2] 443/4 527/11
carried [2] 470/17
527/23
carry [2] 431/20 444/13
cartographer [3]
491/22 491/25 492/1
case [152]
cases [7] 398/23 436/3
445/25 509/8 509/9
509/11 510/1
category [2] 444/3
451/25
cause [27] 413/20
414/21 420/9 420/13
420/15 420/18 421/6
435/1 437/3 448/2
450/4 455/25 464/5
466/4 469/5 479/15
480/13 488/3 488/12
495/2 497/10 506/9
507/23 522/2 525/3
525/19 527/11
caused [1] 420/11
causes [1] 420/14
caveated [1] 518/20
caveats [1] 518/16
certain [8] 443/11
443/12 444/25 490/21
511/20 517/7 517/7
535/25
certainly [15] 417/16
418/18 429/1 437/25
438/1 438/6 443/9
444/8 448/3 449/18
483/1 491/4 499/7
510/19 535/15
Certified [1] 391/3
certify [1] 537/2
cetera [1] 412/23
CH [1] 391/4
challenge [1] 488/2

challenges [1] 499/16
change [9] 426/8
474/17 474/18 481/4
483/20 483/23 486/23
487/3 493/1
changed [3] 444/4
446/9 515/18
changes [1] 473/25
channel [1] 493/1
characteristics [1]
504/4
characterizing [1]
439/6
charge [3] 412/10
474/6 496/20
charged [7] 412/8
480/8 488/23 496/14
497/13 507/10 514/10
Charlie [1] 440/14
charts [1] 492/2
check [1] 520/11
checked [1] 468/21
checking [1] 457/11
Cheney [1] 440/14
chief [14] 407/5 407/18
407/19 453/25 454/6
458/16 458/17 458/24
458/25 472/11 501/6
501/24 501/25 502/2
childcare [1] 536/12
choice [1] 400/11
choose [5] 400/12
448/14 448/14 448/15
448/16
chose [1] 465/25
Christmas [1] 508/23
Cinnaminson [1]
390/13
citizens [1] 393/22
city [2] 479/4 479/5
civil [4] 504/20 509/5
509/8 509/11
civilian [1] 481/23
civilians [1] 481/25
clarify [1] 434/2
clean [1] 481/24
clear [8] 407/11 416/25
419/19 420/20 443/12
444/11 484/2 488/5
clearly [2] 449/16
524/24
click [1] 446/24
client [1] 445/20
client's [1] 445/25
clients [5] 446/1 446/3
457/8 505/8 533/19
clips [1] 517/6
close [59] 403/6
408/21 409/22 410/14
412/20 414/2 425/16
428/16 428/21 430/7
430/20 430/24 433/12
436/9 436/16 443/6
449/12 451/23 455/8
456/3 460/8 461/2
462/3 463/5 463/8
463/15 464/19 464/19
472/8 473/8 473/8

476/12 478/18 478/24
491/19 494/1 494/18
494/22 495/17 495/18
496/13 504/12 505/10
506/18 507/9 508/3
512/12 513/8 519/21
520/20 520/23 521/5
524/19 528/8 531/1
531/4
closely [4] 530/23
531/9 532/1 534/9
CNN [2] 490/6 490/20
coach [1] 503/22
collar [3] 434/5 434/9
445/16
colleagues [1] 472/24
COLUMBIA [6] 388/1
393/14 407/18 407/20
474/17 505/16
come [22] 398/2 403/9
419/20 426/20 427/20
430/25 431/13 432/23
443/4 446/8 449/14
453/8 458/22 480/18
490/14 502/12 516/13
517/23 530/13 535/22
536/7 536/14
comes [7] 408/3
416/21 426/19 477/19
492/22 516/7 518/1
comfortable [1] 489/22
coming [7] 397/11
420/1 436/5 457/1
459/10 497/23 532/19
comment [2] 396/25
515/14
commentary [3] 398/2
478/14 493/23
commenting [1]
406/23
comments [4] 424/8
424/8 503/3 519/12
commit [1] 403/10
committed [1] 486/10
Committee [3] 406/10
478/5 503/8
common [1] 417/6
communicate [3]
396/4 398/9 399/19
compare [1] 439/25
compared [1] 439/15
comparison [1] 440/2
complete [3] 394/12
398/23 399/3
completed [4] 394/10
394/17 399/7 468/12
completely [1] 519/3
completing [6] 450/16
467/9 489/17 500/21
511/14 526/1
complex [1] 409/7
component [1] 488/4
computer [1] 391/7
computer-aided [1]
391/7
concern [13] 408/15
427/7 432/5 462/3

476/12 478/18 478/24
491/19 494/1 494/18
494/22 495/17 495/18
496/13 504/12 505/10
506/18 507/9 508/3
512/12 513/8 519/21
520/20 520/23 521/5
524/19 528/8 531/1
531/4
concerned [1] 462/5
concerning [3] 411/13
411/14 473/21
concerns [14] 406/9
408/9 409/10 409/14
409/19 410/8 419/1
421/7 431/20 432/12
468/24 476/15 488/9
518/22
concert [1] 400/11
conclude [1] 527/23
concluded [1] 399/14
conclusions [2]
420/10 491/13
condition [1] 471/1
conditions [1] 471/1
conduct [1] 530/8
conferences [1] 454/8
conferred [1] 535/3
confidence [1] 425/3
confirm [3] 503/13
529/7 530/10
conflicted [1] 469/25
Congress [5] 397/11
404/20 428/25 473/10
513/19
congressional [1]
399/22
Conley [1] 440/14
connected [1] 477/5
Connecticut [1] 510/13
connection [10]
422/17 431/3 460/4
463/15 505/20 506/24
511/20 512/3 512/15
531/14
conservative [1]
469/10
consider [12] 397/23
406/1 406/2 423/7
426/17 432/23 454/15
462/20 477/15 481/18
487/2 492/20
consideration [1]
470/2
considered [1] 394/5
consisted [1] 482/3
consistent [1] 420/25
Constitution [1] 391/4
consular [4] 528/18
531/8 531/21 532/22
consult [1] 522/20
consulted [1] 427/1
consulting [1] 522/18
consumed [3] 462/18
477/14 492/16
consumer [1] 477/16
530/1
consumption [2]
493/14 502/7
contact [1] 511/22
Contee [7] 407/2 407/5
454/1 458/17 501/6
501/24 501/25
contemptible [1] 443/6

**C**

content [1] 427/3
continued [4] 389/1 390/1 391/1 438/20
continues [1] 396/13
contracts [2] 460/1 494/12
contradict [1] 422/24
contrary [11] 405/22 406/3 407/13 423/5 432/22 432/22 469/23 487/1 491/9 498/14 516/11
control [6] 410/19 411/13 411/22 412/2 412/4 474/1
controls [1] 474/3
conversation [3] 472/22 473/3 530/13
conversations [3] 472/18 530/19 533/10
convicted [4] 465/6 465/9 480/8 507/16
convinced [4] 404/2 428/10 429/21 470/16
correct [35] 402/4 409/19 409/21 417/8 418/19 419/8 419/18 419/23 437/20 438/24 440/7 440/21 440/25 441/12 441/13 442/2 459/8 459/17 466/9 468/16 474/23 485/19 485/20 486/4 486/11 486/17 499/23 510/17 510/18 510/21 511/13 527/5 534/9 534/10 537/3
could [79] 398/6 400/18 403/19 403/23 405/22 407/14 407/20 409/15 411/17 413/20 414/3 415/6 417/17 417/24 426/8 427/25 428/15 437/10 438/7 438/9 441/15 441/17 441/18 442/10 444/10 451/14 451/21 451/24 459/11 460/7 467/11 467/15 468/15 470/1 474/21 475/16 478/2 479/20 480/21 485/18 485/23 486/20 487/2 487/4 487/10 488/14 488/24 489/25 491/13 499/15 499/23 500/24 502/3 502/17 506/15 508/1 509/1 511/17 512/14 514/11 514/23 515/1 515/17 516/18 516/20 518/12 522/9 522/16 523/25 525/11 525/12 526/6 527/17 532/12 533/24 534/11 535/12 535/13 535/20
couldn't [6] 464/5 507/24 510/16 521/23 522/7 529/15

counsel [3] 489/7 534/24 535/3
counsel's [1] 449/2
country [4] 417/23 441/16 442/11 523/12
couple [11] 415/15 419/14 441/3 446/13 458/18 485/17 505/7 507/13 509/23 535/24 535/24
course [2] 407/8 475/14
court [37] 388/1 391/2 391/3 393/14 398/10 398/20 399/12 401/9 403/12 415/19 419/20 419/21 434/4 434/5 447/10 447/13 448/10 449/15 455/5 472/12 478/21 504/14 504/15 504/17 504/18 504/19 504/23 505/7 506/20 509/24 509/25 510/11 510/21 516/20 520/1 520/2 524/22
court reporter [1] 478/21
Court's [2] 442/25 535/7
courthouse [4] 398/14 399/1 399/10 400/4
courtroom [30] 392/18 393/10 394/18 394/19 394/23 395/20 395/24 395/25 398/4 398/10 398/20 400/2 400/17 400/23 400/24 401/6 401/7 401/14 420/3 447/18 458/13 466/22 470/13 487/12 487/15 487/24 500/7 511/7 524/16 534/20
courts [2] 393/23 459/16
cousin [4] 494/21 494/22 495/2 495/5
cousins [2] 507/13 507/16
cover [2] 396/24 445/2
coverage [7] 396/12 397/16 426/14 454/13 493/2 517/20 529/25
covered [2] 443/3 467/14
covering [1] 404/24
COVID [3] 400/14 400/18 400/20
COVID-related [1] 400/20
CR [1] 388/4
create [3] 429/23 505/5 536/9
creates [1] 467/14
crime [15] 414/3 436/10 436/14 456/4 464/20 465/23 466/7 478/25 480/3 480/9 495/19 505/11 507/11

criminal [28] 392/5 398/23 412/22 413/8 428/7 433/16 433/17 433/23 433/24 434/3 434/3 434/4 434/9 434/25 452/22 452/24 455/19 459/23 494/10 497/8 509/9 509/12 510/1 510/3 521/1 526/23 529/6 529/8
Crisp [7] 389/14 389/14 392/16 481/3 481/7 486/22 488/1
crisplegal.com [1] 389/16
critical [2] 393/21 399/24
critically [1] 399/17
crossed [1] 515/6
CRR [2] 537/2 537/8
Crystal [1] 440/13
current [6] 412/1 418/12 418/13 434/7 458/17 487/2
currently [6] 401/16 408/24 429/10 429/16 459/15 526/11
cut [2] 483/12 490/16

**D**

D.C [22] 388/5 388/16 390/4 390/9 391/5 427/13 433/21 434/16 436/19 456/15 462/7 462/8 474/21 485/25 496/22 496/23 506/2 506/8 507/17 520/1 521/11 528/24
dad [2] 491/22 526/24
daily [1] 402/13
Dallas [3] 389/4 389/8 494/23
dangerous [2] 443/5 443/20
Date [1] 537/7
David [2] 390/16 392/17
day [46] 388/7 395/10 398/24 399/1 399/5 399/9 402/19 403/2 405/9 409/11 409/14 409/15 427/21 428/1 431/8 449/22 455/3 462/10 462/12 468/14 469/1 473/1 484/20 485/2 490/9 490/10 490/12 491/5 492/21 493/2 493/7 498/1 512/13 512/17 512/20 513/14 513/23 514/5 514/9 514/11 524/21 524/25 525/5 525/10 525/17 532/19
days [2] 411/17 512/20
deal [3] 404/20 533/3 533/13
dealing [2] 488/3 533/1

decide [7] 397/19 419/20 445/6 447/9 447/12 448/8 449/6
decision [4] 393/23 462/25 520/2 528/3
decision-makers [1] 393/23
deep [2] 417/1 420/13
defendant [32] 389/2 389/13 390/2 390/11 390/15 392/6 392/6 392/7 392/7 392/8 392/12 392/13 392/15 392/16 392/17 404/3 412/8 425/11 425/13 425/25 426/1 426/4 428/12 468/8 470/19 476/25 477/2 477/3 477/9 501/12 501/16 501/21
defendants [52] 388/7 392/18 403/11 403/21 403/24 404/3 404/12 404/15 405/11 408/13 410/23 411/2 413/21 417/18 421/3 423/15 423/20 428/7 428/13 431/11 438/8 442/5 444/2 445/7 449/5 449/7 450/3 451/15 461/16 467/23 468/15 470/6 470/9 470/14 470/20 474/22 475/10 475/15 480/25 485/19 486/5 499/1 499/8 503/11 514/10 514/14 520/4 523/6 524/4 524/17 527/25 530/8
defendants' [1] 426/9
defense [24] 411/23 412/22 418/15 420/8 433/24 434/3 435/1 445/16 455/20 456/20 463/12 466/17 481/13 481/17 485/23 488/9 494/10 521/1 522/23 526/23 527/4 527/18 534/24 535/3
defined [1] 436/14
definitely [6] 512/14 513/6 513/6 513/19 517/9 532/1
definitive [1] 432/5
degree [1] 425/2
delay [1] 400/18
delays [1] 400/20
deliver [1] 397/5
democracy [3] 393/22 467/18 483/8
Democrats [1] 449/1
demonstration [4] 410/15 430/21 475/1 519/22
demonstrations [3] 430/25 431/4 461/3
deny [4] 488/12 488/25 525/2 525/18

decide [7] 397/19 ... 413/12 413/15 414/19 414/21 434/19 435/10 459/16 459/24 479/14 481/12 481/17 505/24 521/14 522/22 528/18 531/11 535/14 535/15
depends [1] 438/17
depositions [2] 504/20 509/25
depressing [1] 490/22
Deputy [6] 394/18 398/4 398/10 398/20 400/25 500/7
describe [10] 408/1 417/25 457/13 502/9 512/19 517/21 521/9 523/13 524/20 534/11
described [6] 405/19 420/19 472/4 472/23 473/2 473/4
describing [1] 420/19
descriptions [1] 443/10
deserves [1] 432/25
desire [2] 395/2 395/3
despite [3] 398/18 431/21 449/1
detailed [1] 435/12
details [1] 451/11
determining [1] 394/6
develop [1] 431/17
developed [1] 432/3
devices [3] 395/22 395/23 396/2
diabetes [1] 471/5 471/22
did [53] 411/21 411/23 414/10 414/12 421/4 436/18 436/21 439/18 439/23 449/18 456/11 456/15 457/9 461/8 465/1 465/2 465/7 465/8 465/19 465/22 466/7 468/3 475/6 475/8 476/15 476/17 479/7 479/10 481/20 488/15 490/7 493/3 494/10 494/10 496/7 496/18 496/19 497/1 499/12 505/15 505/18 506/3 509/25 510/3 521/11 521/12 521/13 521/15 524/22 525/3 525/4 525/16 526/15
did you [11] 411/21 414/10 414/12 436/21 461/8 465/1 466/7 475/6 494/10 505/18 526/15
didn't [20] 403/4 418/10 423/6 449/18 457/19 465/9 478/9 483/12 490/15 493/17 493/20 496/6 497/4 504/21 512/22 513/1 513/7 517/1 517/3 526/8

**different [24]** 394/3
394/4 394/18 398/23
401/6 403/10 410/24
416/22 427/22 431/12
440/1 444/23 461/17
475/10 487/6 491/2
491/2 491/3 491/12
491/14 504/7 516/13
520/4 520/10
**differently [5]** 411/8
423/12 461/24 474/20
522/7
**difficult [3]** 411/15
441/20 479/25
**difficulty [13]** 403/15
404/4 428/12 429/23
436/4 436/4 452/23
456/1 468/1 469/5
470/19 470/22 528/3
**diplomatic [3]** 531/10
531/13 531/23
**direction [1]** 398/14
**directly [4]** 516/4
519/16 524/24 533/14
**disagree [3]** 499/19
523/23 529/10
**disagreement [1]**
523/22
**discussed [3]** 399/16
402/18 435/7
**discussing [1]** 448/23
**discussion [1]** 421/21
**discussions [1]** 484/19
**disfavor [3]** 480/14
522/3 522/8
**dismiss [1]** 535/21
**dismissed [2]** 397/2
397/14
**dismissing [1]** 536/13
**dispassionately [3]**
421/3 427/24 514/13
**display [1]** 488/15
**displayed [1]** 427/17
**disprove [1]** 488/7
**dispute [1]** 433/21
**disregard [1]** 474/14
**disrupt [1]** 400/15
**distasteful [1]** 534/16
**distinction [1]** 443/14
**DISTRICT [13]** 388/1
388/1 388/10 393/14
393/14 407/18 407/20
473/24 474/2 474/17
505/16 510/7 521/14
**dive [1]** 417/1
**division [2]** 459/16
459/19
**do [193]**
**do you [19]** 406/22
412/1 422/9 433/16
439/7 439/9 442/7
443/7 445/9 452/9
478/14 490/11 493/22
496/24 503/1 509/14
517/12 526/10 533/3
**do you believe [3]**
444/10 485/21 486/5

**do you have [25]**
405/13 408/9 408/15
409/14 410/8 411/13
424/16 424/17 427/6
431/19 433/23 438/13
451/11 454/5 457/16
461/22 465/15 468/24
484/16 499/15 501/24
514/17 521/19 522/1
532/4
**do you know [8]** 407/6
415/17 415/18 434/18
453/22 454/3 465/5
520/16
**do you recognize [1]**
453/10
**do you remember [1]**
424/7
**Do you think [2]**
403/15 411/7
**doctor's [1]** 536/2
**does [14]** 413/4 413/11
418/2 440/15 449/1
449/3 471/21 471/23
485/8 508/15 512/2
512/3 513/14 528/12
**doesn't [2]** 405/23
491/5
**doing [10]** 396/10
406/6 415/10 418/14
421/14 431/24 446/18
468/1 489/22 511/11
**DOJ [4]** 413/1 434/14
533/3 533/19
**domestic [1]** 495/25
**don't [89]** 397/13
401/24 403/8 406/19
406/24 410/12 411/16
418/12 420/14 423/21
424/12 428/14 429/1
429/8 429/19 430/1
430/4 430/5 431/1
432/11 432/13 437/6
439/1 440/9 444/24
444/25 446/20 446/21
446/22 448/12 449/20
451/3 451/17 451/18
453/12 453/14 453/17
454/18 457/6 457/11
457/24 457/25 458/2
458/23 461/20 462/1
462/15 463/4 464/7
464/14 465/7 465/14
476/22 476/23 477/22
485/10 489/1 489/3
490/22 492/24 493/4
493/24 494/21 498/10
499/5 499/18 501/17
503/4 504/1 504/10
504/18 507/5 512/6
512/8 513/15 514/24
515/25 517/14 521/9
522/16 526/12 526/13
530/15 530/23 530/24
534/8 534/12 536/2
536/14
**Donald [12]** 417/19
418/3 438/14 440/19

442/17 499/9 499/16
523/8 523/14
**Donald Trump [10]**
418/3 438/14 440/19
441/5 441/11 441/18
442/17 499/9 499/16
523/14
**done [15]** 399/5 417/1
431/24 434/5 445/21
445/21 449/15 451/10
459/23 460/3 475/23
491/1 493/14 498/3
514/20
**doubt [7]** 404/1 404/4
428/9 445/25 470/16
470/18 509/13
**Douyon [10]** 401/8
420/2 447/17 458/12
466/22 487/12 487/23
511/6 524/15 534/19
**down [7]** 452/8 457/1
497/23 507/3 508/12
510/21 532/19
**dozen [1]** 441/4
**Drive [1]** 390/12
**dropping [1]** 471/7
**drug [1]** 496/20
**drugs [1]** 496/19
**Dulles [1]** 462/8
**during [23]** 395/17
396/2 397/7 398/1
398/8 398/12 398/18
400/5 407/5 409/11
416/3 424/24 425/10
439/23 441/9 465/25
472/24 475/14 478/15
493/23 495/8 505/3
529/8
**duty [3]** 393/24 422/25
514/21

**E**

**e-mails [1]** 482/5
**each [3]** 393/18 394/14
394/22
**earlier [9]** 393/4 399/16
399/18 401/5 408/9
408/25 416/20 441/22
515/14
**early [1]** 497/2
**ears [1]** 398/3
**Eastern [1]** 403/5
**Eastman [4]** 424/25
425/3 501/4 501/8
**Edmund [1]** 390/2
**Edward [4]** 389/10
392/8 392/11 443/2
**Edwards [1]** 392/10
**edwardtarpley [1]**
389/12
**effect [1]** 501/18
**effectively [1]** 517/22
**efficiently [1]** 393/6
**efforts [4]** 405/7 418/3
431/22 449/2
**either [18]** 404/15
414/22 433/24 434/25

463/11 465/16 476/22
501/3 501/20 506/9
517/7 521/1 524/23
526/23 527/2
**election [4]** 418/4
418/5 483/9 484/10
**element [2]** 488/8
512/1
**elements [2]** 443/9
488/6
**Ellipse [2]** 405/5
469/19
**ELMER [2]** 388/6 389/2
**else [8]** 413/7 419/10
456/16 460/23 461/25
473/11 490/19 524/8
**elsewhere [2]** 496/22
507/17 507/18
**email [11]** 388/17
388/18 389/5 389/9
389/12 389/16 390/5
390/10 390/14 390/19
396/6
**embarrass [1]** 395/3
**emergency [1]** 489/10
**emergent [1]** 472/3
**emotion [1]** 473/4
**emotional [4]** 421/5
485/7 488/16 525/16
**emotionally [1]** 485/5
**emotions [5]** 409/15
427/7 485/8 512/19
513/13
**Empire [1]** 390/17
**employed [23]** 408/22
408/23 408/24 409/23
428/18 428/24 430/8
434/13 434/15 434/19
451/23 460/9 472/8
472/14 473/9 473/16
473/18 481/9 481/11
491/20 494/19 508/4
528/8
**employee [2]** 452/4
528/10
**enabled [1]** 395/21
**encouraging [1]**
469/17
**end [3]** 399/1 449/21
470/16
**enforcement [46]**
410/4 414/19 415/3
415/5 430/17 436/22
437/8 437/10 463/16
463/19 464/10 464/11
464/13 465/16 465/19
473/17 479/20 479/24
480/16 494/20 494/25
495/12 495/13 496/5
506/6 506/13 506/15
508/16 511/23 512/2
522/6 522/9 528/12
531/5 531/9 532/4
532/6 532/10 532/12
533/2 533/9 535/6
535/8 535/11 535/12
535/14

engaged [1] 423/4
enough [9] 418/9
439/4 440/20 441/8
486/9 499/6 499/21
507/6 523/10
Enrique [1] 425/1
ensuring [1] 399/25
entered [2] 393/10
423/3
entering [1] 422/14
entire [3] 398/7 517/4
517/4
entirely [1] 419/6
entirety [1] 502/24
entity [1] 483/7
equivalent [1] 448/16
err [1] 449/13
error [1] 460/19
escort [3] 394/18 420/2
447/17
essentially [3] 418/4
420/19 442/18
establishment [1]
443/14
establishment-type [1]
443/14
et [2] 388/6 412/22
etiologies [1] 443/4
evaluate [6] 407/21
421/2 427/23 455/4
467/22 486/14
evaluating [1] 411/10
evaluation [2] 467/25
530/8
evaluations [1] 525/15
even [11] 396/14 425/5
432/21 437/25 448/7
460/9 469/24 488/17
512/13 515/14 529/10
even-handed [1] 448/7
evening [2] 392/21
536/5
event [7] 405/5 416/5
416/6 422/5 469/18
472/24 484/8
events [64] 396/17
396/25 397/11 402/18
403/8 403/20 407/25
408/2 408/11 409/14
415/24 416/2 416/3
422/15 425/16 426/15
426/18 427/6 427/12
427/14 427/21 428/1
429/11 435/7 454/14
454/16 455/3 458/4
460/4 462/10 462/18
462/21 467/21 467/24
468/14 468/19 469/1
469/11 469/14 472/16
472/19 473/3 474/1
477/14 477/25 488/17
492/21 493/3 493/7
502/15 505/18 505/21
506/2 511/21 513/23
514/11 515/4 517/22
519/12 524/20 524/25
525/17 529/14 533/11

**E**

**eventually [1]** 513/3
**ever [22]** 408/22 414/2
428/17 436/9 437/22
445/19 446/8 451/23
452/11 455/9 456/4
464/20 472/8 473/9
475/19 491/19 492/8
494/2 504/12 508/19
509/25 520/21
**every [2]** 405/9 493/17
**everybody [4]** 392/11
392/22 401/12 536/17
**everyone [6]** 392/3
392/20 393/11 400/2
489/3 489/6
**everything [1]** 446/3
**evidence [84]** 395/7
397/20 403/12 403/16
404/2 405/20 405/22
406/1 406/3 407/13
408/12 411/10 412/6
412/9 416/17 416/17
416/21 416/23 417/17
421/3 422/23 422/23
423/9 426/7 427/23
427/24 428/4 432/15
432/21 432/24 433/4
433/5 433/7 438/7
444/1 444/16 449/9
455/4 455/5 461/24
463/1 467/22 468/9
469/23 469/24 474/5
474/16 474/20 476/1
476/4 478/1 483/1
484/11 485/2 486/9
487/1 487/2 487/6
487/7 491/8 491/10
493/8 498/13 499/8
501/12 501/14 502/16
503/8 503/10 506/4
508/25 509/2 509/12
510/20 514/12 516/11
516/14 518/11 523/6
530/7 533/17
**exactly [1]** 424/12
**examiner [1]** 452/7
**example [9]** 396/19
403/23 407/14 417/22
423/2 461/22 480/14
513/17 513/22
**Excellent [1]** 504/16
**except [2]** 400/3 518/3
**exception [2]** 400/5
535/14
**excerpts [1]** 424/5
**excuse [4]** 394/3 404/8
476/19 528/20
**excused [5]** 398/25
399/13 399/15 399/16
421/6
**executive [3]** 409/25
430/10 494/15
**exhibit [1]** 421/4
**exist [2]** 451/2 451/20
**existed [3]** 423/9
457/20 457/21

**existence [1]** 463/12
**existing [1]** 516/17
**exited [1]** 401/14
**expect [7]** 403/9 407/4
414/18 453/17 476/22
476/23 512/22
**expectation [2]** 501/7
517/16
**experience [14]** 414/20
452/25 465/12 465/17
465/18 479/14 480/13
485/22 497/7 497/9
497/15 506/8 522/1
522/2
**experienced [4]** 496/3
513/14 514/8 518/23
**experiences [3]** 497/9
507/22 509/1
**explain [1]** 395/15
444/24 446/17
**explanation [1]** 418/8
**explore [1]** 525/3
**exposed [6]** 405/1
426/14 426/15 516/23
517/20 529/25
**exposure [2]** 407/24
455/2
**expressed [1]** 449/14
**expressing [1]** 448/24
**extend [1]** 393/18
**extended [2]** 463/19
505/4
**extensive [1]** 481/18
**extensively [4]** 402/20
404/17 404/24 405/8
**extent [10]** 420/20
422/7 451/6 478/6
493/21 502/21 504/3
516/22 517/10 530/5
**extreme [2]** 439/11
443/20
**extremism [1]** 443/3
**extremist [2]** 481/18
482/1
**eyes [1]** 398/3

**F**

**Facebook [1]** 396/8
**fact [19]** 396/21 402/22
403/4 407/17 410/9
436/2 440/18 441/2
455/24 461/18 464/13
474/11 477/9 483/3
512/2 525/4 525/10
527/9 527/19
**factor [1]** 525/15
**factors [1]** 427/8
**facts [9]** 419/20 446/8
447/9 447/13 449/6
449/8 491/3 491/7
516/19
**failed [3]** 401/23
533/16 533/17
**fair [76]** 394/7 399/25
402/25 403/11 403/16
409/15 411/1 411/15
413/21 416/16 417/20
418/9 419/17 420/15

427/8 429/17 431/14
431/21 432/13 435/2
438/3 438/9 439/4
440/11 440/20 441/2
441/8 441/9 441/21
443/16 443/21 444/4
444/7 448/6 448/20
451/15 456/1 461/18
462/13 464/6 467/15
467/23 468/15 468/25
469/6 470/9 473/22
474/21 475/16 480/24
481/16 483/17 484/14
485/19 487/14 488/15
488/24 497/10 499/6
499/21 499/23 507/24
510/16 512/10 513/25
514/13 518/23 520/6
523/10 524/5 525/11
530/7 533/24
**fairest [1]** 395/4
**fairly [9]** 403/12 403/21
406/2 408/12 418/19
421/3 467/22 503/10
530/7
**fairness [1]** 440/7
**fall [4]** 439/16 439/18
444/2 451/24
**familiar [8]** 394/2 394/3
394/13 395/8 440/16
440/17 527/14 527/14
**family [57]** 396/7
408/22 409/23 410/15
412/21 414/2 428/17
428/21 429/1 430/8
430/20 433/12 436/9
437/2 451/23 454/20
455/9 455/19 456/4
460/9 460/22 461/2
462/3 463/6 463/15
463/19 464/19 464/19
472/8 473/8 473/9
473/17 474/25 476/7
478/18 478/25 480/7
489/10 491/19 494/1
494/18 494/22 495/18
495/18 496/13 504/12
505/10 506/19 507/10
508/3 510/13 519/21
520/21 521/5 523/17
528/8 531/4
**far [6]** 393/7 427/14
440/4 462/6 470/4
470/5
**fascists [2]** 439/7
439/10
**fast [1]** 471/7
**father [5]** 527/6 527/10
527/19 528/4 531/6
**favor [5]** 413/23 506/9
522/8 527/12 535/10
**favorable [6]** 414/22
414/23 437/4 437/4
495/3 532/5
**FBI [6]** 533/3 533/7
533/9 533/13 533/19
535/16

**feature [2]** 393/22
398/22
**fed [2]** 482/15 484/9
**federal [19]** 409/23
430/8 430/13 451/24
452/3 459/16 460/22
473/9 473/18 491/20
508/4 522/22 527/6
528/9 528/10 531/9
531/12 531/22 533/20
**feeds [1]** 408/3
**feel [16]** 394/13 395/8
395/18 395/21 402/6
421/16 421/20 439/22
450/15 467/8 474/1
482/14 483/18 489/21
500/16 533/21
**feelings [9]** 441/18
467/17 473/20 480/20
480/23 514/7 514/9
514/12 514/24
**fellow [1]** 395/14
**felt [2]** 465/19 514/5
**few [6]** 394/10 403/5
415/18 444/23 461/7
481/8
**fewer [1]** 535/18
**field [6]** 412/21 455/9
463/6 478/19 494/2
504/13
**Fifteen [1]** 507/21
**fifth [1]** 536/3
**figure [1]** 530/19
**filed [1]** 521/15
**fill [1]** 420/1
**filling [8]** 415/12
417/14 437/19 457/1
468/4 509/21 522/14
532/18
**final [3]** 399/2 447/2
535/21
**finally [2]** 400/2 446/12
**financial [3]** 505/5
522/23 522/23
**find [6]** 401/24 426/13
459/5 486/9 533/18
534/15
**finding [1]** 533/21
**fine [4]** 498/22 500/15
525/24 532/17
**finished [1]** 399/4
**firearm [1]** 412/9
**firearms [5]** 411/14
411/14 473/21 474/16
474/21
**firm [3]** 433/20 445/17
525/12
**first [21]** 400/9 402/9
411/20 417/14 421/22
425/20 425/21 426/3
427/11 437/18 459/11
478/8 478/9 489/25
510/2 511/14 511/17
512/21 515/17 522/14
531/23
**Fischer [18]** 390/16
390/16 392/17 401/24

437/14 437/15
443/23 446/12 466/13
481/2 497/19 500/22
509/18 522/11 524/10
525/9 532/14
**fischerandputzi [1]**
390/19
**five [12]** 410/16 430/20
430/23 431/1 445/7
445/12 449/5 449/6
461/4 470/6 474/25
486/15 519/20
**flight [2]** 536/5 536/8
**focus [12]** 404/9
408/12 449/3 455/4
471/21 476/4 477/25
493/7 502/16 503/8
509/2 518/11
**focused [1]** 431/2
**folks [3]** 409/25 438/14
536/13
**follow [35]** 396/24
399/18 415/6 437/10
438/25 444/19 446/23
447/11 452/25 456/20
466/11 479/21 479/25
481/2 486/20 487/13
490/22 493/9 493/17
495/14 497/19 499/5
499/13 506/16 507/7
510/21 519/8 519/11
522/9 522/11 529/9
530/23 532/12 534/8
535/12
**follow-up [8]** 444/19
456/20 466/11 481/2
486/20 487/13 497/19
522/11
**followers [1]** 396/7
**following [7]** 398/15
399/24 416/23 429/14
446/21 464/12 478/7
**follows [2]** 394/16
448/25
**football [1]** 503/22
**forbidden [1]** 397/23
**force [6]** 443/5 483/11
483/13 484/2 487/16
488/5
**foregoing [1]** 537/3
**foreign [4]** 417/23
441/16 442/11 523/12
**form [9]** 397/16 415/12
417/15 437/19 457/1
495/9 522/15 525/7
532/19
**formed [2]** 403/7
420/21
**former [16]** 407/17
416/4 438/8 440/23
453/6 453/25 458/18
472/24 475/16 482/15
484/6 484/7 484/17
484/20 523/7 523/23
**FormerFeds [1]** 390/12
**formerfedsgroup.com**
**[1]** 390/14
**forms [1]** 509/21

**F**

forward [3] 401/13
443/25 535/22
found [5] 468/8 486/2
486/8 490/8 507/1
four [1] 414/7
frame [1] 427/17
frankly [2] 434/21
535/13
fraud [1] 531/22
free [9] 395/18 395/21
402/6 421/16 421/20
450/15 467/8 489/21
500/16
freelance [1] 504/19
frequently [2] 418/19
478/6
friend [36] 396/7
410/14 412/20 414/2
429/3 429/10 430/7
430/20 434/20 435/5
435/9 436/1 436/2
436/9 451/23 455/9
456/4 460/8 463/15
464/19 464/19 472/8
473/10 474/25 476/7
476/9 478/20 478/24
491/19 504/12 506/18
507/10 508/3 519/21
520/20 528/8
friend's [2] 435/19
435/20
friends [60] 408/21
408/24 409/23 412/25
413/8 428/16 428/21
428/24 429/2 429/10
430/12 430/14 430/16
430/25 431/8 433/12
433/15 433/23 434/8
434/10 434/13 434/19
436/16 455/18 455/19
460/22 461/2 461/5
461/11 462/3 463/6
463/8 463/9 472/11
473/8 473/8 473/13
473/17 475/3 478/18
479/3 479/7 484/16
494/1 494/19 495/18
495/18 496/13 505/10
520/24 520/25 521/5
526/20 527/1 527/3
531/1 531/4 531/12
531/17 531/19
friends' [2] 479/13
479/23
friendship [5] 413/19
429/16 429/24 436/4
464/4
friendships [2] 434/24
532/6
front [15] 389/15
395/15 399/8 401/6
402/7 408/20 450/18
452/16 459/13 467/7
489/25 500/23 506/25
511/16 526/5
full [3] 424/5 491/6
510/5

**function [1]** 431/21
**fundamental [1]**
393/21
**further [6]** 399/6
399/13 420/3 448/17
486/18 508/12

**G**

garage [1] 464/24
gauge [2] 502/7 517/20
gave [3] 415/18 476/21
535/10
general [7] 415/22
430/1 430/4 438/19
443/9 480/16 516/5
generalization [1]
445/4
generalizations [1]
445/2
generalize [6] 441/21
444/24 444/25 449/1
449/2 449/18
generally [4] 433/18
434/4 435/4 435/7
generated [1] 424/13
generically [1] 515/24
gentleman [4] 439/14
443/2 448/19 513/18
gentlemen [4] 393/12
400/21 401/4 476/22
genuine [1] 536/9
George [1] 440/14
Germany [2] 439/19
439/24
get [17] 393/7 393/18
396/9 449/2 454/12
462/17 465/7 465/8
465/9 477/13 492/15
504/23 520/3 531/20
533/6 535/20 536/16
getting [1] 393/4
Geyer [2] 390/11
392/15
give [15] 403/13
405/23 406/10 419/6
424/2 432/24 453/1
474/9 485/18 507/19
512/4 523/14 524/4
530/7 532/24
given [12] 399/5 415/4
435/15 437/8 464/10
468/22 479/18 495/12
506/13 532/10 535/20
536/12
gives [1] 454/7
giving [1] 535/7
Glen [1] 390/18
glucose [1] 471/13
gmail.com [1] 389/9
go [16] 412/16 440/3
448/9 448/16 467/12
471/7 481/20 485/23
489/2 492/6 493/4
506/4 508/1 513/7
524/22 529/2
going [27] 396/25
397/6 400/10 400/23

444/12 448/6 449/12
449/22 457/9 465/8
482/24 488/12 491/17
493/3 493/16 511/25
515/13 523/6 525/2
529/1 532/3 535/1
536/3 536/9
gone [5] 394/1 417/4
472/25 535/18 536/13
good [41] 392/4 392/20
393/1 393/12 402/2
402/3 415/10 415/10
417/12 417/13 419/13
421/13 437/16 437/17
444/21 444/22 450/10
450/11 450/12 456/23
456/24 456/25 459/9
466/15 467/5 481/5
481/6 485/15 485/16
489/14 489/16 497/23
498/20 500/14 509/19
509/20 511/11 522/12
532/16 532/18 534/6
good morning [21]
415/10 417/12 417/13
419/13 421/13 437/16
437/17 444/21 444/22
450/10 456/23 459/9
466/15 481/5 481/6
485/16 498/20 500/14
509/19 509/20 522/12
gosh [1] 494/5
got [6] 419/14 428/6
433/12 447/25 507/4
513/2
government [37]
388/14 392/10 409/24
413/23 414/23 420/24
428/10 429/22 430/8
430/13 448/3 451/24
460/1 460/22 470/17
473/9 473/18 480/14
482/14 486/9 487/7
488/6 488/9 491/20
497/15 508/4 508/14
522/3 522/22 523/1
524/4 527/12 527/23
528/9 531/8 533/16
533/24
government's [3]
403/25 428/8 470/15
Governor [1] 390/17
grand [2] 506/22
506/25
gratitude [1] 393/19
gravitate [1] 427/2
great [3] 392/23 458/15
466/19
greater [8] 415/4 437/9
464/10 479/18 495/12
506/14 532/10 535/7
grocery [1] 400/10
ground [1] 449/21
grounds [7] 433/3
433/5 475/20 476/2
492/9 508/19 509/1
group [7] 406/18

504/5 504/7 530/21
groups [3] 444/25
445/13 482/22
Grumman [1] 466/18
guess [14] 452/16
453/9 460/17 483/4
512/14 513/1 514/19
515/24 518/15 519/4
519/14 519/16 519/24
530/18
guilt [7] 404/1 428/9
445/7 470/15 470/18
486/14 488/22
guilty [5] 404/3 468/8
486/3 533/19 533/21
gun [14] 410/18 410/19
411/13 411/21 412/2
412/4 412/7 412/9
412/10 473/25 473/25
474/5 474/7 474/12
gunpoint [1] 414/7
guns [3] 412/7 474/3
474/6
gut [1] 468/4

**H**

had [61] 392/21 404/11
409/19 411/12 419/16
421/25 425/12 426/1
428/11 428/24 429/22
435/22 446/10 447/9
448/23 455/2 456/9
457/8 457/17 461/1
461/5 462/2 462/12
463/17 464/24 468/12
470/17 470/17 472/18
473/5 474/2 477/1
479/3 480/10 480/20
480/20 484/19 486/5
486/9 486/10 486/21
489/9 490/14 496/4
496/20 497/7 499/12
501/1 501/12 505/13
505/23 511/22 512/23
512/24 512/25 527/23
532/23 533/10 533/10
535/15 535/19
half [2] 395/13 513/11
Haller [3] 390/6 390/7
392/13
hallerjulia [1] 390/10
hand [2] 400/24 401/1
handed [1] 448/7
Hang [1] 534/25
happen [15] 398/2
398/13 401/5 403/6
436/18 454/17 456/15
492/21 502/12 505/6
505/15 514/24 519/7
521/11 529/10
happened [12] 403/2
414/11 427/16 439/19
439/20 442/20 454/20
454/25 471/9 471/10
474/1 496/17
happening [1] 513/17
happens [5] 408/4

477/19 517/23
533/14
happy [1] 447/21
harassment [1] 468/7
hard [5] 418/11 432/4
483/20 483/23 486/23
hardship [2] 505/5
536/9
harkens [1] 408/8
Harrelson [5] 390/11
392/7 392/15 393/16
405/12
Harrisburg [1] 389/15
has [44] 396/15 397/12
405/16 410/15 412/21
426/25 430/20 431/1
434/5 435/5 435/10
435/22 437/2 439/20
442/17 449/15 449/17
450/2 451/23 455/9
459/23 460/3 460/6
464/20 472/8 472/21
474/25 480/8 485/24
488/6 489/9 491/19
494/22 497/7 502/9
504/12 508/3 519/21
525/14 527/19 535/14
536/1 536/1 536/4
have [280]
haven't [6] 438/1
457/12 495/5 516/4
526/17 530/22
having [6] 452/20
474/12 505/1 524/19
524/19 528/21
he [73] 398/4 407/11
407/12 413/15 415/23
416/2 416/2 416/4
416/12 416/13 416/15
420/12 420/14 420/18
420/18 420/19 420/19
420/24 420/25 421/1
421/4 421/8 421/8
425/16 439/15 448/22
448/22 448/23 448/24
448/24 448/25 449/1
449/1 449/2 449/2
449/3 449/5 449/7
449/9 449/15 449/17
449/18 449/19 454/7
458/24 465/4 465/9
472/15 472/23 472/25
484/9 488/14 488/15
488/15 488/15 488/19
488/23 491/22 491/23
496/18 496/19 496/19
497/1 497/1 497/12
497/13 527/6 535/9
535/10 535/11 535/13
535/13 536/1
he didn't [1] 449/18
he said [5] 421/8 449/2
448/15 497/1 535/13
he'll [3] 449/6 449/9
517/18
he's [7] 407/17 421/2
425/15 449/7 454/10
488/4 488/21

**heads [1]** 415/23
**hear [20]** 400/1 407/1
412/9 414/11 418/10
418/11 422/23 425/5
447/21 453/20 468/11
474/5 483/1 484/11
491/3 491/3 492/22
492/23 501/14 517/4
**heard [47]** 397/24
404/11 404/14 419/21
419/21 422/1 422/3
422/17 422/20 425/23
425/25 447/9 447/10
450/24 451/1 451/14
457/5 457/8 457/12
457/23 463/3 469/5
469/7 469/22 470/4
490/4 490/5 490/18
490/19 490/25 491/4
491/8 491/9 491/13
493/16 497/25 498/4
498/14 503/14 509/24
515/21 515/22 517/2
517/11 530/11 530/20
530/22
**hearing [12]** 397/11
397/15 397/16 399/23
405/22 423/5 426/7
478/9 485/1 491/10
493/22 493/23
**hearings [22]** 406/9
406/11 406/17 424/2
424/3 424/5 424/9
424/19 478/5 478/7
478/15 493/13 493/14
493/16 493/17 502/20
502/22 503/1 503/2
503/8 516/23 517/11
**heart [4]** 440/10 444/10
446/25 448/14
**hearted [1]** 448/22
**hearts [1]** 444/10
**held [1]** 414/7
**help [1]** 448/18
**her [10]** 436/5 453/13
460/17 524/18 525/4
525/4 525/5 525/12
525/12 525/18
**here [52]** 393/15
394/13 394/16 397/7
398/11 400/9 400/10
405/7 411/4 412/25
433/21 434/16 436/19
437/19 439/20 441/16
442/12 445/7 447/10
447/13 449/14 450/16
454/10 455/5 456/1
459/6 459/10 460/16
462/7 470/6 473/16
480/21 481/4 481/8
486/12 488/4 498/23
505/15 507/17 508/2
509/22 510/12 511/15
521/11 522/15 523/13
524/4 525/25 526/8
**hesitance [1]** 528/2

**hesitancy [1]** 527/24
**hesitate [2]** 479/15
512/9
**hesitation [1]** 404/5
**hey [1]** 442/12
**Hi [7]** 467/2 498/21
511/10 511/11 522/13
532/17 534/7
**high [3]** 425/2 516/3
517/9
**higher [1]** 509/13
**highs [1]** 471/5
**Highway [1]** 390/17
**Hill [19]** 402/15 403/2
403/3 409/2 410/8
410/10 411/19 411/20
411/21 418/19 424/2
429/4 429/7 429/11
429/16 429/25 476/7
476/10 511/19
**him [14]** 407/6 420/15
425/17 448/4 449/2
449/13 453/17 454/3
472/18 496/19 497/4
497/8 499/12 535/11
**himself [1]** 501/21
**hinder [1]** 533/20
**his [32]** 405/16 407/4
407/13 407/14 407/19
407/21 418/3 420/9
421/1 421/7 421/7
425/9 440/20 441/5
441/11 449/8 453/20
454/6 454/8 456/9
472/23 476/10 476/24
484/8 488/5 497/9
497/9 497/15 502/3
527/10 535/6 535/13
**hold [9]** 431/11 432/15
432/23 439/9 443/20
497/15 520/4 523/22
533/24
**holding [1]** 405/7
**home [4]** 505/14
511/19 513/7 532/24
**honest [3]** 488/13
495/8 497/12
**honestly [3]** 490/20
493/24 499/12
**Honor [32]** 392/4
401/22 417/11 419/9
420/8 421/10 435/24
444/18 444/20 448/19
450/7 456/22 458/7
458/9 459/1 466/12
466/25 472/1 485/10
486/18 488/2 489/11
500/4 500/12 511/3
511/8 524/9 524/12
524/17 525/21 534/23
535/4
**HONORABLE [1]**
388/9
**hope [2]** 392/20 450/6
**hoped [1]** 535/19
**hopefully [3]** 393/5
400/19 401/17
**horribly [1]** 403/1

390/19
**house [8]** 402/11
402/13 402/23 409/7
472/12 478/23 490/8
507/2
**how [71]** 393/7 402/2
402/22 406/10 406/11
409/25 410/3 410/10
410/25 412/11 415/10
417/24 421/13 421/14
422/8 422/10 424/2
425/12 425/24 426/14
426/14 430/10 431/13
441/19 448/13 450/10
450/11 451/18 456/23
456/24 459/18 463/24
467/2 468/12 471/2
473/5 474/7 475/11
476/12 477/1 477/14
478/6 481/9 481/11
481/14 484/7 484/13
489/14 489/15 494/21
496/24 497/21 497/22
498/21 500/14 501/14
507/19 510/6 511/10
511/11 513/21 516/24
520/5 521/9 522/25
525/4 525/23 529/13
532/16 532/21 536/16
**however [11]** 394/8
395/23 399/2 399/17
407/12 412/7 425/9
455/3 467/21 474/6
476/24
**Hughes [1]** 392/9
**huh [5]** 415/7 425/7
450/14 461/14 486/24
**human [1]** 412/23
**human-trafficking-type**
**[1]** 434/22
**hundreds [1]** 416/9
**husband [3]** 473/12
496/15 497/7
**husband's [1]** 473/16
**hypothetically [2]**
423/2 429/21

**I**

**I also [5]** 398/16
404/22 425/8 474/1
476/23
**I am [3]** 396/25 402/12
432/2
**I appreciate [1]** 510/25
**I assume [2]** 417/1
526/19
**I attended [1]** 519/25
**I believe [5]** 470/1
482/13 490/15 497/2
518/13
**I can [7]** 412/13 425/2
444/16 448/2 475/18
481/1 518/21
**I can't [2]** 448/18
530/23
**I couldn't [1]** 529/15
**I did [7]** 439/18 465/2

510/3 525/3
**I didn't [12]** 403/4
418/10 465/9 478/9
493/17 496/6 497/4
512/22 513/1 513/7
517/1 517/3
**I didn't see [1]** 526/8
**I do [1]** 439/8
**I don't [32]** 411/16
424/12 429/1 446/20
446/22 453/17 457/6
458/23 461/20 462/1
462/15 463/4 464/7
465/7 476/22 477/22
490/22 492/24 493/24
499/5 499/18 501/17
504/1 504/10 504/18
507/5 512/6 526/12
526/13 530/15 530/23
530/24
**I don't have [3]** 446/21
448/12 485/10
**I don't recall [2]**
406/19 406/24
**I guess [12]** 452/16
453/9 460/17 483/4
513/1 514/19 515/24
518/15 519/4 519/14
519/16 519/24
**I have [40]** 412/25
419/9 421/6 421/6
427/10 427/11 429/1
430/12 430/13 432/6
434/4 436/13 438/25
440/3 458/9 471/5
471/5 475/3 478/9
481/7 487/13 488/9
495/8 503/21 507/13
508/9 508/13 510/2
511/3 519/3 520/7
520/20 523/17 524/8
525/18 527/1 528/23
531/12 531/17 533/4
**I haven't [2]** 526/17
530/22
**I hope [1]** 392/20
**I just [5]** 438/18 446/22
486/20 493/20 504/19
**I know [13]** 432/6
434/7 435/5 436/16
442/18 451/2 454/8
457/24 462/6 512/24
516/4 530/15 530/24
**I mean [21]** 405/15
411/3 414/24 415/22
420/18 436/14 438/17
439/25 443/10 444/9
444/13 445/2 451/8
454/7 456/10 488/4
495/22 513/24 525/3
527/13 531/18
**I recall [1]** 422/13
**I should [2]** 418/2
450/1
**I think [51]** 403/1 407/4
408/25 409/9 412/14
413/14 420/18 423/3

510/3 525/3
**I didn't [12]** 403/4
418/10 465/9 478/9
493/17 496/6 497/4
512/22 513/1 513/7
517/1 517/3
**I thought [4]** 458/23
503/20 503/21 515/16
**I told [1]** 416/19
**I understand [8]**
397/10 418/18 422/4
438/12 438/23 444/8
444/9 532/2
**I want [5]** 393/18
393/24 441/21 442/13
509/7
**I was [19]** 403/2 414/7
427/14 428/21 428/23
430/12 434/3 436/14
452/3 454/23 459/6
462/5 462/8 494/6
510/12 513/3 515/12
521/23 532/24
**I went [4]** 461/10
510/11 515/16 515/17
**I will [12]** 395/10
395/22 400/5 423/22
428/4 431/16 450/3
453/1 513/15 518/3
520/11 535/19
**I work [4]** 466/17
481/12 522/18 522/21
**I worked [2]** 402/11
452/7
**I wouldn't [5]** 426/24
440/3 440/8 485/7
517/8
**I'd [1]** 442/12
**I'll [9]** 395/15 404/9
450/19 488/25 493/1
515/2 525/14 525/18
533/13
**I'm [56]** 397/6 400/3
400/23 407/9 414/11
418/14 419/4 420/16
421/15 427/13 428/2
428/3 430/3 432/18
433/20 434/20 434/21
442/3 446/19 446/20
447/21 449/12 452/1
453/24 454/12 455/11
455/16 457/11 460/13
467/3 467/12 469/9
481/10 481/21 484/2
488/12 489/15 491/17
492/6 494/15 495/25
496/2 497/22 499/5
499/13 500/15 502/7
504/14 504/18 505/6

**I distancy [1]** 527/24

442/6/15 438/1
439/11 441/2 441/22
442/22 443/8 443/16
449/12 453/19 456/18
458/17 460/13 473/15
488/8 488/13 488/21
501/9 502/23 509/17
512/11 512/14 513/8
513/17 513/24 514/19
514/23 515/1 515/12
515/13 516/8 516/15
516/18 516/20 517/25
518/25 520/7 520/8
523/25 525/14 530/22
531/2

**I**

**I'm... [6]** 514/23 519/14
525/2 526/12 527/14
530/19
**I'm going [6]** 397/6
420/16 449/12 488/12
491/17 525/2
**I'm not [3]** 432/18
434/21 514/23
**I'm not sure [1]** 519/14
**I'm sorry [11]** 414/11
430/3 442/3 452/1
453/24 467/12 481/10
492/6 496/2 499/5
499/13
**I'm thinking [1]** 434/20
**I've [33]** 394/17 404/17
405/8 417/4 422/16
423/22 424/4 425/14
425/17 427/1 428/24
431/23 431/24 432/3
443/3 444/6 445/24
461/5 463/17 463/17
467/16 468/6 475/23
475/23 479/3 483/16
505/13 505/13 506/21
514/20 516/9 528/24
535/24
**ideas [1]** 498/11
**identification [1]** 507/2
**identified [10]** 424/25
430/9 452/20 453/5
453/16 471/1 473/10
473/15 476/20 517/15
**identify [2]** 424/23
453/4
**ignorant [1]** 425/18
**III [2]** 388/6 389/2
**ilk [1]** 449/19
**immediately [3]** 398/3
398/11 398/25
**impact [2]** 475/13
484/15
**impartial [57]** 394/7
395/4 399/25 402/25
403/11 403/16 409/16
411/1 411/15 411/17
412/13 417/20 419/7
421/8 423/14 423/20
429/18 431/14 431/21
432/9 432/14 435/2
438/3 438/10 444/5
444/7 451/15 456/1
461/18 462/13 464/6
467/16 468/9 468/15
468/25 469/6 470/9
473/22 474/21 475/17
480/24 484/14 488/15
488/24 497/11 499/23
507/24 510/16 512/10
514/13 514/22 515/15
518/23 520/6 520/11
524/6 530/8
**impartially [8]** 403/12
403/21 406/2 408/13
431/17 467/22 503/11
530/7
**impede [1]** 451/14

**important [10]** 393/24
396/1 396/14 399/18
415/14 415/25 457/3
514/22 525/15 526/25
**importantly [4]** 396/16
399/10 420/22 426/9
**impression [10]**
425/17 425/20 426/3
446/9 454/5 472/21
474/10 506/1 516/6
516/12
**impressions [2]**
465/15 521/19
**improperly [1]** 488/8
**inability [1]** 535/6
**inappropriate [2]**
449/21 513/1
**incident [4]** 437/1
465/1 468/5 482/10
**incidents [1]** 437/2
**includes [2]** 396/12
531/6
**including [4]** 397/16
400/17 425/15 529/8
**Indeed [1]** 393/21
**independent [2]**
399/20 420/10
**indicated [16]** 419/15
425/15 445/15 457/9
461/1 482/23 492/5
493/11 502/21 508/2
509/5 526/7 528/7
528/9 529/4 536/1
**indicates [1]** 457/7
**indication [1]** 535/10
**individual [7]** 399/7
405/11 438/20 439/6
457/7 474/10 477/6
**individually [1]** 399/4
**individuals [13]** 425/15
441/25 443/11 443/13
445/3 445/12 446/23
449/3 484/12 484/14
484/21 499/16 501/2
**indulgence [1]** 442/25
**infer [2]** 410/22 431/10
**influence [1]** 410/10
**information [12]**
401/15 465/8 490/18
492/25 493/4 502/10
517/6 517/12 517/22
518/6 519/4 535/25
**initial [7]** 394/17
445/22 446/9 490/17
515/9 515/12 518/16
**innocence [2]** 445/7
486/15
**innocent [3]** 403/25
428/8 470/14
**inquire [1]** 401/22
**inside [8]** 400/17 433/3
452/12 475/20 492/9
508/19 508/20 528/21
**Instagram [1]** 396/8
**instance [1]** 518/3
**instances [1]** 513/16
**instigated [1]** 416/12

**instinct [3]** 515/9
515/12 515/17
**instruct [2]** 397/1
493/6
**instructed [9]** 397/14
437/7 464/8 464/9
479/17 495/11 506/12
522/5 532/9
**instruction [13]** 396/13
415/3 447/12 464/12
479/20 479/25 493/9
495/15 506/15 522/9
532/12 535/7 535/12
**instructions [21]**
394/17 397/22 398/12
398/15 398/19 399/6
399/11 399/18 399/24
400/22 420/3 447/19
453/1 458/14 466/23
487/24 500/8 511/7
524/16 529/9 534/21
**instrumental [4]**
415/23 416/2 418/7
484/3
**insur [1]** 416/7
**insurrection [5]** 442/18
442/19 442/21 467/17
482/14
**intention [2]** 395/2
395/2
**intentional [1]** 490/15
**interacted [2]** 531/18
531/18
**interacting [1]** 418/18
**interaction [8]** 414/17
436/22 465/22 466/3
505/23 521/13 521/20
535/15
**interactions [3]** 479/24
496/4 521/20
**interested [1]** 404/18
**interesting [2]** 492/4
510/6
**interests [3]** 412/2
412/4 446/23
**interfere [1]** 427/8
**intern [2]** 428/21
430/13
**internal [1]** 445/21
**international [1]**
433/21
**Internet [1]** 395/22
**interruption [1]** 490/7
**intervals [1]** 490/21
**interview [1]** 511/23
**interviewed [2]** 511/20
512/2
**invade [1]** 395/3
**investigation [2]**
445/21 491/6
**investigations [2]**
460/4 531/15
**involve [1]** 511/25
**involved [21]** 422/5
422/8 422/9 422/10
422/11 422/13 422/14
425/16 434/5 435/6

437/3 437/22 438/1
442/17 469/11 469/14
469/14 514/5
**involvement [1]** 484/8
**involves [1]** 498/25
**involving [2]** 482/24
514/10
**irrespective [1]** 432/14
**is [262]**
**is that correct [7]**
402/4 418/19 438/24
440/7 441/12 442/2
510/17
**is that fair [1]** 443/21
**is that right [1]** 445/17
**is there [12]** 413/7
418/22 429/3 439/13
447/23 451/13 462/11
490/18 495/1 506/7
512/9 522/20
**issue [1]** 525/4
**issued [1]** 398/16
**it [221]**
**it happened [1]** 454/25
**it would be [7]** 441/2
449/23 483/20 483/23
486/22 505/3 505/4
**it's [62]** 397/13 401/20
401/21 403/5 403/25
404/23 407/4 407/11
407/21 411/3 411/4
415/14 416/11 418/11
425/4 425/8 427/20
432/4 432/21 434/21
439/1 440/1 440/1
441/20 442/22 443/8
445/1 448/17 448/17
449/5 449/22 453/19
455/1 456/5 457/7
457/22 459/25 467/19
478/11 485/7 485/8
488/19 495/22 495/23
501/7 501/9 504/1
504/22 507/6 515/24
517/16 517/17 517/25
519/2 519/16 521/8
523/2 524/18 531/6
533/5 533/13 536/9
**it's like [1]** 434/21
**its [9]** 405/3 405/4
428/11 429/22 470/17
486/22 487/7 503/25
527/24
**itself [4]** 398/6 451/4
470/5 482/25

**J**

**J6 [1]** 533/11
**Jacob [2]** 439/6 439/14
**Jacobs' [1]** 439/15
**jail [1]** 507/14
**James [2]** 389/7
392/11
**January [77]** 396/17
396/25 397/11 402/16
403/8 405/4 406/9
407/25 408/2 408/11

437/25 437/22 438/1
442/17 415/24 422/5
424/9 425/16 426/15
426/18 427/6 429/7
429/12 435/6 435/11
442/18 442/20 451/10
454/14 454/16 458/4
458/24 460/4 462/4
462/19 462/21 467/21
467/24 468/19 469/12
472/16 472/19 473/3
474/2 476/8 476/16
477/15 477/16 478/5
481/17 482/11 484/8
488/17 490/18 491/1
491/9 491/13 492/17
493/13 498/1 498/8
502/8 502/10 502/16
502/20 503/7 503/19
511/19 511/21 512/3
515/5 516/3 516/23
517/23 518/4 519/12
519/16 520/17 529/14
530/1
**January 6th [41]** 406/9
408/2 415/24 422/5
424/9 425/16 435/6
435/11 442/18 442/20
454/14 460/4 467/21
467/24 472/16 473/3
474/2 476/16 477/15
477/16 478/5 481/17
482/11 490/18 491/9
498/1 498/8 502/8
502/16 502/20 503/7
503/19 511/21 512/3
516/3 516/23 517/23
519/12 519/16 520/17
530/1
**January the [1]** 469/12
**JC [1]** 535/25
**jcrisp [1]** 389/16
**Jeffrey [1]** 388/14
392/9
**jeffrey.nestler [1]**
388/18
**jeopardizes [1]** 398/5
**Jersey [1]** 510/13
**Jessica [4]** 389/14
392/8 392/17 435/21
**jlbrightlaw [1]** 389/9
**job [14]** 427/22 455/3
462/23 465/20 467/21
473/16 477/23 486/14
492/4 493/16 502/14
506/3 514/6 533/7
**Joe [1]** 499/1
**Joe Biden [1]** 499/1
**John [1]** 424/25
**Johnston [1]** 389/11
**join [3]** 442/12 457/2
497/23
**joining [1]** 401/10
**Jonathan [3]** 389/14
392/16 481/7
**Jones [11]** 407/2 407/3
424/25 425/3 453/17
476/21 501/4 501/5
501/7 517/16 517/17

548

**journalists [2]** 396/20 396/24
**Jr [2]** 389/10 390/2
**judge [10]** 388/10 393/13 395/6 403/21 416/19 447/8 458/16 482/23 482/25 533/2
**Judge's [1]** 485/18
**judgment [1]** 450/2
**judiciary [1]** 430/11
**juice [1]** 471/13
**Juli [2]** 390/6 392/13
**JULIA [1]** 390/7
**jumps [1]** 405/16
**juries [3]** 393/20 468/6 509/5
**juror [94]** 394/7 394/10 394/15 394/20 396/9 397/19 398/4 398/12 401/21 401/23 401/23 402/4 402/7 402/25 403/24 406/2 410/11 410/23 412/11 420/9 421/9 421/10 421/17 421/19 422/22 423/1 427/20 427/22 428/2 428/4 428/10 431/11 431/16 431/21 432/10 435/8 444/15 445/6 448/2 448/5 448/20 450/2 450/5 450/7 450/13 455/3 459/1 459/7 459/12 461/19 462/14 462/23 465/13 466/25 467/5 467/7 467/21 468/2 470/12 472/3 473/6 475/12 477/23 480/22 485/23 485/25 486/14 486/25 488/13 489/7 489/9 489/11 489/19 489/24 493/5 500/12 500/19 500/23 502/14 505/2 511/8 511/12 511/15 512/4 514/6 514/22 518/9 524/3 525/20 525/21 526/2 526/5 534/25 536/1
**juror's [1]** 403/10
**jurors [23]** 392/25 393/10 393/15 393/21 394/4 394/6 395/5 395/15 400/17 401/2 401/14 401/16 401/16 403/9 438/2 449/24 449/25 488/16 489/8 525/17 535/1 535/25 535/25
**jury [36]** 388/9 393/9 393/19 394/1 395/5 395/8 395/17 396/3 396/14 396/23 397/2 397/7 397/9 397/14 398/1 398/5 398/8 398/12 398/18 398/22 398/23 399/2 399/2 399/3 399/6 400/1

488/20 506/22 506/25 509/4 514/20 519/7 529/4
**just [102]** 401/15 403/5 405/3 405/3 405/8 405/9 405/16 407/7 407/7 407/9 407/15 410/9 411/4 413/9 413/10 415/4 415/22 416/2 417/6 417/24 423/10 433/13 433/18 435/16 435/18 435/18 437/9 438/18 439/4 440/9 441/15 443/23 445/2 446/22 446/24 448/4 448/9 448/17 448/23 451/4 451/13 451/20 452/13 453/7 457/9 458/16 459/20 460/7 460/19 461/23 462/5 464/11 464/23 469/15 473/2 474/11 479/19 480/18 484/2 486/20 490/14 490/21 493/20 495/13 497/20 498/8 498/22 499/15 500/10 503/5 503/13 504/19 505/7 506/14 508/1 509/2 509/23 512/8 512/11 513/8 515/10 515/23 516/9 516/24 517/2 519/2 519/17 521/10 521/23 522/8 526/6 526/10 526/25 528/25 529/6 529/21 530/10 531/7 531/19 533/2 534/5 536/8
**justice [10]** 393/20 413/12 413/15 434/19 435/10 452/25 459/16 459/24 497/8 535/16

## K

**Kate [1]** 392/9
**Kathryn [1]** 388/14
**kathryn.rakoczy [1]** 388/17
**Katyal [1]** 440/23
**keep [15]** 395/10 405/22 420/25 422/22 432/16 432/19 453/24 469/24 477/8 480/24 488/14 488/21 488/24 516/12 525/11
**Keepers [50]** 404/12 405/2 406/17 406/18 406/20 406/23 406/23 415/16 417/2 417/24 419/16 420/11 422/1 422/3 424/10 424/11 424/14 442/1 442/2 442/6 442/12 442/13 445/9 447/3 449/5 450/24 451/1 457/5 457/14 469/4 470/8 478/14 482/20 482/25

487/17 488/18 490/4 490/8 490/12 493/23 498/1 503/3 503/15 515/21 517/13 530/12 530/13
**Kelly [3]** 390/2 392/7 393/16
**Kenneth [3]** 390/11 392/7 393/16
**kids [1]** 532/24
**kind [37]** 415/20 418/11 421/4 426/21 433/19 451/3 455/14 471/13 488/16 512/13 512/15 512/22 513/4 513/6 513/8 513/19 514/1 515/13 515/23 515/24 516/3 517/3 517/5 517/6 517/8 517/9 518/4 518/5 518/17 519/4 519/17 519/25 520/1 520/9 520/11 533/20 533/20
**knew [6]** 407/8 415/16 415/16 419/15 496/19 499/11
**know [89]** 393/20 397/13 399/14 400/15 401/25 402/23 403/7 407/6 407/8 407/9 409/1 411/4 415/2 415/17 415/18 415/19 420/16 420/24 422/7 422/14 431/1 431/5 432/6 434/7 434/18 435/5 435/5 435/8 436/5 436/16 438/19 439/1 441/16 441/17 442/13 442/14 442/18 449/13 449/14 449/20 449/20 451/2 451/3 451/17 451/18 453/7 453/8 453/14 453/22 454/3 454/8 454/19 457/12 457/19 457/24 457/24 457/25 458/3 458/16 458/23 462/6 462/10 465/5 467/19 477/8 494/21 498/7 504/1 507/5 512/16 512/24 513/10 513/16 514/21 514/24 516/4 516/9 516/16 516/18 518/16 519/17 520/16 521/9 525/8 529/1 529/20 530/15 530/24 535/2
**knowing [6]** 431/15 438/9 472/25 512/15 513/8 513/16
**knowledge [8]** 414/15 453/13 460/3 460/5 463/12 463/13 504/8 530/14
**known [2]** 438/19 504/19
**knows [1]** 523/12

**LA [1]** 389/11
**lack [1]** 420/12
**ladies [3]** 393/12 400/21 401/4
**largely [1]** 524/18
**larger [1]** 445/13
**LASSITER [1]** 389/3
**last [14]** 400/16 410/16 418/5 430/19 430/23 431/1 441/3 452/13 461/4 474/25 508/20 519/20 526/6 536/13
**Lastly [1]** 402/14
**late [1]** 489/10
**latter [3]** 408/6 492/24 502/13
**law [74]** 390/3 390/7 393/23 395/7 397/21 410/3 413/8 414/19 415/3 415/5 428/7 430/16 433/16 433/17 433/20 433/23 434/3 434/4 434/9 436/22 437/8 437/10 445/16 455/14 455/19 463/16 463/19 464/9 464/11 464/13 465/15 465/19 473/13 473/17 474/14 479/19 479/24 480/16 494/19 494/25 495/12 495/13 496/5 506/6 506/13 506/15 507/13 507/14 507/16 508/16 510/21 511/23 512/2 521/1 522/6 522/8 526/11 526/19 526/23 528/12 529/9 531/5 531/9 532/4 532/5 532/9 532/11 533/1 533/9 535/5 535/8 535/10 535/12 535/14
**Lawn [2]** 389/3 389/7
**laws [3]** 411/14 473/21 473/25
**lawyer [7]** 412/22 428/3 428/6 433/20 449/7 455/12 455/17
**lawyers [18]** 395/3 398/11 400/6 433/15 433/25 438/2 455/18 455/20 463/8 463/10 463/12 494/10 520/24 521/2 526/20 526/23 527/4 531/2
**layout [1]** 476/2
**lays [1]** 510/21
**leader [1]** 416/5
**leaders [1]** 469/17
**leading [1]** 405/4
**learn [7]** 425/11 431/12 448/7 461/16 475/9 475/14 476/25
**learned [14]** 423/11 423/19 432/22 452/24 462/24 469/21 469/25 470/4 470/13 477/10 477/24 503/7 518/10

**least [4]** 418/4 424/5 441/4 525/6
**leave [7]** 399/10 400/23 420/5 421/1 435/8 500/10 536/12
**Lee [2]** 389/7 392/11
**left [1]** 472/22
**legal [15]** 400/13 412/21 413/7 433/13 433/14 455/9 463/6 478/19 494/2 494/6 494/9 494/14 504/13 520/21 520/22
**legislation [2]** 411/21 411/22
**Legislative [2]** 409/24 430/10
**less [4]** 414/22 473/25 509/8 532/5
**lessened [1]** 474/2
**lesser [7]** 415/4 437/9 464/10 479/19 495/12 506/14 532/11
**let [49]** 399/14 401/24 402/9 404/8 407/25 408/19 408/25 411/8 411/19 411/19 412/16 414/17 421/22 422/20 423/11 423/25 429/14 431/19 432/11 435/18 438/12 443/23 461/15 462/11 462/19 467/19 468/17 468/20 469/20 470/11 470/23 474/4 474/15 477/15 480/18 490/13 490/25 492/6 492/19 503/13 504/21 511/22 514/4 516/10 518/20 526/10 527/22 530/10 535/1
**let's [7]** 421/9 450/5 450/6 450/20 483/6 489/1 529/13
**level [5]** 438/18 502/7 516/3 517/9 527/7
**Library [1]** 513/19
**licensed [2]** 526/7 526/12
**light [1]** 502/4
**like [78]** 392/24 402/8 403/4 403/6 405/8 417/1 417/5 420/8 422/13 426/21 431/2 432/4 434/3 434/4 434/21 434/24 436/11 436/17 436/17 439/23 440/12 442/12 442/16 444/15 444/24 445/1 446/21 446/24 446/24 449/9 449/18 450/16 451/18 451/19 454/24 458/22 461/6 465/19 465/25 469/21 471/9 471/15 472/3 474/1 475/4 479/1 483/1 493/2 493/17 497/2 498/4 500/17 504/8

Case 1:22-cr-00015-APM Document 706 Filed 12/08/23 Page 162 of 172

**like... [25]** 513/1
513/17 513/18 513/20
515/5 515/11 515/12
515/25 516/1 516/8
517/6 519/14 519/14
519/15 519/24 519/25
521/9 521/10 522/23
523/17 529/23 533/7
533/12 533/14 534/12
**Liked [1]** 441/6
**likely [9]** 399/3 412/6
427/5 433/4 433/15
444/2 499/7 523/5
523/19
**limited [1]** 535/15
**Lincoln [1]** 440/15
**Linder [10]** 389/2
389/3 392/11 415/8
437/13 456/21 466/11
481/3 497/19 532/14
**line [15]** 399/8 399/10
401/7 401/17 401/17
401/20 401/21 419/5
476/19 489/8 528/9
533/5 536/4 536/11
536/11
**list [3]** 435/15 476/21
517/16
**listed [3]** 405/11 407/2
453/5
**listen [4]** 397/15
399/20 469/24 493/1
**listened [4]** 424/1
424/4 478/4 493/12
**litigation [1]** 504/20
**little [17]** 393/3 393/5
393/6 422/21 440/10
445/16 446/25 450/6
472/25 475/21 478/10
481/4 492/10 514/1
516/1 521/22 532/2
**live [13]** 396/22 402/14
403/4 403/5 411/4
452/14 462/6 476/10
476/13 478/9 511/19
512/12 528/24
**lived [5]** 463/18 463/21
464/13 476/7 510/7
**Lives [6]** 431/4 431/5
461/6 461/12 475/4
519/25
**living [3]** 466/16
524/25 525/10
**Liz [1]** 440/14
**Liz Cheney [1]** 440/14
**LLC [2]** 389/14 390/12
**lobbying [1]** 418/23
**lobbyist [5]** 402/12
411/19 412/1 418/14
418/18
**locally [1]** 510/12
**location [2]** 400/12
512/11
**long [14]** 430/13
436/15 439/17 446/6
459/18 463/24 471/21
481/14 496/24 507/20

532/21
**longer [1]** 395/14
**look [14]** 401/13
435/17 444/11 446/19
446/20 446/22 449/12
449/20 450/19 457/6
467/8 500/24 510/20
516/9
**looking [1]** 416/17
**looks [2]** 440/12 515/5
**loosened [1]** 473/25
**lot [18]** 409/3 409/4
429/2 434/8 440/7
440/9 451/3 454/10
454/20 474/1 475/3
486/12 512/12 512/24
517/2 517/5 517/9
518/5
**lots [1]** 433/15
**lows [1]** 471/6
**Luce [1]** 443/2
**lunch [5]** 489/2 493/15
535/1 535/23 536/4

**M**

**ma'am [13]** 450/10
458/11 489/14 491/17
494/14 497/21 498/20
498/24 499/25 500/6
511/10 522/12 524/14
**made [3]** 433/7 472/24
503/2
**MAGA [11]** 439/6 439/9
439/15 443/15 443/19
444/3 445/8 447/4
448/15 448/17 449/4
**MAGA-type [3]** 443/15
443/19 444/3
**magazine [1]** 395/19
**mails [1]** 482/5
**mainly [2]** 434/8
509/25
**maintaining [1]** 436/4
**make [7]** 411/15
447/24 447/25 479/24
509/7 513/25 529/15
**makers [1]** 393/23
**making [2]** 393/19
443/13
**mall [2]** 416/10 431/3
**managed [1]** 507/3
**management [1]**
522/24
**Manhattan [2]** 413/2
413/16
**mantra [2]** 487/16
487/17
**many [5]** 426/14 427/1
436/24 467/17 529/13
**maps [1]** 492/2
**march [3]** 410/18
430/21 519/22
**marches [2]** 410/19
461/3
**Mark [3]** 439/6 439/14
439/15
**marked [1]** 515/6

**mask [8]** 400/3 400/8
400/13 402/6 421/16
450/15 489/21 500/16
**masking [4]** 400/3
400/5 400/14 400/19
**matter [4]** 431/4 431/5
447/23 461/6 461/12
472/5 475/4 519/25
537/4
**matters [1]** 395/1
**may [52]** 394/25 396/1
397/4 397/10 397/24
400/7 401/22 405/14
405/20 407/18 410/22
410/24 424/12 424/18
424/24 425/5 425/10
425/24 428/1 431/10
432/23 445/3 445/22
446/9 451/10 451/10
452/24 454/17 461/16
470/13 471/24 476/24
477/24 478/10 487/13
491/1 491/3 491/3
497/8 498/14 501/11
501/12 502/11 503/7
503/19 504/7 512/9
513/25 517/24 517/24
518/1 518/1
**maybe [13]** 393/2
439/20 446/2 460/17
514/1 514/2 515/16
516/1 516/2 519/13
521/9 529/15 529/23
**MD [1]** 390/18
**me [80]** 394/3 394/24
396/22 398/4 400/3
401/24 402/9 404/8
404/9 405/1 407/11
407/25 408/19 408/25
411/8 411/18 411/19
412/16 414/17 417/23
417/24 418/12 420/20
420/23 421/22 422/20
423/11 423/25 429/14
431/19 432/11 435/18
438/13 441/17 442/9
442/13 443/23 454/23
459/4 461/15 462/11
462/19 465/24 467/19
468/17 468/20 469/20
470/11 470/23 471/6
471/17 474/4 474/9
474/15 476/19 477/15
480/18 484/15 485/1
489/3 490/13 490/25
492/6 492/19 494/3
495/23 503/13 504/21
507/6 511/22 513/25
514/4 516/10 518/20
522/16 525/8 526/10
527/22 528/20 530/10
532/5 533/13 535/5
**mean [30]** 405/15
411/3 414/24 415/22
418/17 420/18 432/12
436/14 436/14 438/17
439/25 440/1 440/3
440/10 443/10 444/9

**marked [1]** 403/16
454/7 456/10 469/15
483/12 488/4 490/9
495/22 513/24 525/3
527/13 531/18
**meaning [1]** 487/16
**means [4]** 396/6
396/18 398/24 433/14
**meant [1]** 426/13
**mechanical [1]** 391/6
**media [41]** 396/12
396/13 396/17 396/21
397/2 397/5 397/17
397/25 398/17 404/25
405/23 406/1 408/4
408/11 417/7 419/17
419/21 420/20 421/2
422/24 426/20 427/1
432/22 447/6 447/10
447/11 463/3 469/22
469/25 483/15 490/19
491/3 491/4 492/22
498/14 502/8 503/6
516/9 518/10 518/10
519/11
**medical [1]** 470/25
**medication [1]** 471/24
**meet [2]** 497/4 533/17
**Meggs [5]** 390/2 392/7
392/14 393/16 405/12
**MEHTA [2]** 388/9
393/13
**melee [1]** 420/11
**member [27]** 396/7
399/11 410/15 412/21
414/2 429/1 430/20
436/9 451/23 455/9
456/4 460/9 463/15
464/19 472/8 474/25
476/7 478/25 491/19
494/22 504/12 506/15
506/19 507/10 508/3
519/21 528/8
**members [37]** 398/16
401/8 402/13 404/20
408/22 409/23 428/17
428/24 430/8 433/13
440/23 441/25 442/5
451/16 455/19 460/22
461/2 462/4 463/6
469/16 469/17 470/6
478/18 480/8 483/2
483/3 483/24 490/14
494/1 494/18 495/18
496/13 505/11 520/21
521/5 523/18 531/5
**memory [1]** 503/21
**mention [1]** 501/11
**mentioned [18]** 407/5
411/12 415/15 424/18
424/24 425/10 425/24
444/23 457/15 463/7
476/23 476/24 489/8
497/25 501/3 501/4
501/5 501/10
**mere [1]** 451/8
**merely [2]** 448/5
474/11

**met [2]** 428/11 429/22
**Metropolitan [7]**
414/18 414/21 479/14
505/24 506/2 506/8
521/14
**Michael [1]** 440/14
**Michigan [1]** 526/25
**middle [1]** 426/22
**Midwest [1]** 503/22
**might [25]** 399/23
400/12 400/15 406/3
410/10 422/24 424/23
427/7 427/8 428/19
429/17 431/11 444/4
445/20 446/10 461/23
461/24 469/5 492/22
495/14 497/10 501/2
506/9 507/23 528/3
**militia [2]** 442/16
469/10
**mind [18]** 405/22
420/25 422/22 426/8
431/1 432/16 432/19
467/15 469/24 477/8
480/24 484/3 486/22
488/14 488/22 488/24
516/13 525/11
**minded [3]** 416/14
416/22 498/15
**mine [2]** 476/9 531/17
**minimum [1]** 395/11
**minute [1]** 534/23
**misinformed [2]**
438/21 441/23
**misleading [1]** 484/10
**missing [1]** 401/16
**mistake [1]** 515/10
**mobile [2]** 395/22
396/2
**mode [1]** 395/24
**modern [1]** 448/8
**mom [1]** 454/23
**moment [1]** 459/4
**momentarily [1]**
395/16
**month [1]** 400/16
**more [43]** 393/5 393/6
396/14 400/16 400/16
414/5 414/22 417/18
426/4 426/9 434/4
435/13 437/4 438/8
441/4 443/5 443/24
444/2 446/13 451/7
464/22 472/25 473/5
479/1 494/11 495/20
499/8 507/5 513/2
514/2 516/1 517/3
517/9 518/1 518/5
520/1 521/7 521/9
523/6 523/22 527/14
527/14 532/5
**morning [45]** 388/7
392/4 392/20 392/23
393/12 394/16 401/18
402/2 415/10 415/13
417/12 417/13 419/13
420/1 423/12 437/16

**M**

morning... [29] 437/17
444/21 444/22 447/17
450/10 456/23 458/12
459/9 466/15 481/5
481/6 485/15 485/16
489/8 489/9 489/14
489/17 498/20 500/7
500/14 509/19 509/20
511/6 522/12 524/15
525/25 534/19 535/18
535/22
most [5] 395/4 398/23
405/17 420/22 522/21
mostly [4] 409/7
418/14 469/9 504/20
motion [2] 420/17
488/25
mouth [1] 432/12
move [6] 393/6 432/9
443/24 488/2 524/18
525/1
moved [1] 510/13
moving [1] 464/23
MPD [1] 521/21
Mr [2] 522/11 534/4
Mr. [71] 401/8 401/24
405/12 405/12 405/12
405/13 405/16 407/3
415/8 417/10 417/10
419/12 420/2 425/3
425/9 425/12 425/15
425/24 426/2 426/10
437/13 437/14 437/15
443/23 444/19 446/5
446/12 447/17 448/21
456/21 458/8 458/12
466/11 466/13 466/22
477/11 481/2 481/3
481/3 485/14 486/22
487/12 487/23 488/1
497/19 498/18 500/2
500/3 501/4 501/4
501/4 501/5 501/5
501/7 501/8 501/8
501/11 501/13 501/20
501/22 509/18 511/2
511/6 517/17 524/10
524/11 524/15 525/9
532/14 532/14 534/19
Mr. Caldwell [1]
405/13
Mr. Crisp [3] 481/3
486/22 488/1
Mr. Douyon [10] 401/8
420/2 447/17 458/12
466/22 487/12 487/23
511/6 524/15 534/19
Mr. Eastman [3] 425/3
501/4 501/8
Mr. Fischer [13]
401/24 417/10 437/14
437/15 443/23 446/12
466/13 481/2 500/2
509/18 524/10 525/9
532/14
Mr. Harrelson [1]
405/12

Mr. Jones [5] 470/2
501/4 501/5 501/7
517/17
Mr. Linder [7] 415/8
437/13 456/21 466/11
481/3 497/19 532/14
Mr. Meggs [1] 405/12
Mr. Navarro [2] 501/4
501/8
Mr. Nestler [11] 417/10
419/12 444/19 446/5
448/21 458/8 485/14
498/18 500/3 511/2
524/11
Mr. Rhodes [2] 405/12
405/16
Mr. Stone [11] 425/9
425/12 425/15 426/2
426/10 477/11 501/5
501/11 501/13 501/20
501/22
Mr. Stone's [1] 425/24
Ms. [1] 405/12
Ms. Watkins [1] 405/12
much [29] 406/10
406/11 417/9 420/4
424/2 426/14 428/3
432/2 451/3 451/17
457/2 458/11 466/19
466/21 477/14 487/22
498/17 500/5 511/4
511/5 513/2 513/4
516/24 524/13 524/14
527/14 527/19 534/3
534/18
mugged [3] 436/15
479/4 479/11
muggings [1] 479/8
murder [6] 466/8 468/8
486/3 486/5 486/10
488/20
museums [1] 529/1
my [83] 393/13 393/19
395/2 398/15 399/18
400/21 404/22 412/24
414/8 414/15 418/8
422/12 422/25 423/22
424/13 425/16 426/3
427/17 427/17 428/4
430/24 431/7 431/16
431/23 431/24 432/8
433/9 435/8 435/20
442/15 443/4 444/6
444/15 445/25 449/23
452/15 454/19 454/19
454/23 455/21 456/9
456/12 460/5 462/6
463/13 464/24 464/25
468/4 471/6 472/11
473/12 474/18 481/7
481/9 483/4 485/22
488/3 491/22 493/15
493/16 494/21 494/22
495/5 496/15 501/7
504/3 504/22 505/7
505/13 507/2 509/17
510/2 510/13 515/24
517/16 520/10 523/19

531/7 533/5 533/6

**N**

name [12] 393/13
405/16 407/4 425/9
425/24 435/19 435/20
453/20 453/21 454/8
476/24 481/7
named [3] 392/18
439/6 443/2
names [12] 424/23
425/5 453/4 453/10
457/7 457/8 457/12
476/20 476/21 476/23
501/2 501/9
national [2] 411/24
431/3
natural [1] 515/16
nature [2] 514/21
516/2
Navarro [5] 425/1
425/3 476/21 501/4
501/8
Nazis [2] 439/23 440/1
Neal [1] 440/23
near [5] 399/1 403/5
512/16 513/18 525/10
nearby [1] 512/13
necessarily [4] 405/23
426/24 527/13 532/8
need [10] 400/8 401/9
434/2 447/23 507/5
507/7 516/17 519/7
520/11 536/14
needed [1] 459/5
negative [12] 425/18
425/21 426/8 427/13
465/16 474/9 501/21
501/25 521/20 521/23
523/17 523/20
neighborhood [2]
404/19 414/8
neighbors [1] 431/8
neither [1] 425/3
Nestler [14] 388/14
392/9 417/10 419/12
444/19 446/5 448/21
458/8 485/14 498/18
500/3 511/2 524/11
534/4
never [12] 416/25
417/1 417/4 423/22
431/24 443/4 448/19
475/24 482/5 482/6
497/25 514/20
new [3] 404/16 464/24
510/13
New Jersey [1] 510/13
New York [1] 404/16
news [43] 396/16
396/18 396/19 397/5
397/24 398/2 405/17
407/24 408/2 408/3
408/4 415/20 426/14
426/18 426/19 451/3
454/10 454/13 454/16
462/18 462/21 477/14

490/21 492/16 492/20
492/25 493/2 498/1
502/8 502/10 513/3
516/8 517/20 517/22
519/14 519/17 525/20
530/12 534/9 534/13
newscast [1] 502/12
newsfeed [4] 426/19
454/19 477/19 529/21
newspaper [3] 396/15
477/20 477/22
next [6] 401/9 421/9
450/5 461/1 494/1
525/20
nice [1] 392/21
niece [2] 508/13
508/15
nihilistic [2] 443/5
448/18
nine [1] 497/1
NJ [1] 390/13
no [141] 388/4 392/5
392/6 399/20 402/20
403/18 404/6 406/7
406/24 407/7 408/17
409/17 410/5 411/11
411/23 412/3 412/5
412/7 412/10 413/9
413/13 413/22 413/25
414/24 415/21 416/13
417/4 417/21 421/6
421/10 424/20 429/8
430/2 430/14 430/18
432/5 433/17 434/17
435/24 436/7 436/13
437/24 439/8 439/11
446/16 451/12 451/17
453/9 453/14 454/7
456/2 456/17 457/11
457/17 457/24 457/24
458/5 458/9 459/25
460/13 462/22 464/17
464/23 466/5 469/2
470/21 471/17 471/23
472/1 472/15 473/19
474/6 474/20 475/8
476/17 478/16 479/3
479/12 479/16 479/18
480/1 480/15 480/17
482/2 482/4 482/8
484/22 484/25 485/4
486/18 490/24 493/10
494/11 495/16 496/8
497/12 497/17 498/5
498/12 499/22 499/24
500/4 501/23 502/1
503/4 503/14 503/17
504/8 505/6 505/22
506/4 506/11 507/25
508/17 510/15 511/3
511/24 512/6 515/7
515/9 517/14 518/25
519/13 520/15 520/18
521/3 521/18 522/4
522/6 524/12 527/13
527/15 528/1 528/5
528/14 530/12 530/15

535/10
No. [7] 450/8 459/2
467/1 489/12 500/13
511/9 525/22
No. 0910 [1] 450/8
No. 1207 [1] 525/22
No. 1262 [1] 459/2
No. 1294 [1] 500/13
No. 1314 [1] 511/9
No. 1350 [1] 489/12
No. 1533 [1] 467/1
NOAA [1] 491/23
none [4] 400/9 409/6
466/12 512/25
noon [1] 489/2
Nope [3] 453/23 454/4
460/24
North [1] 389/15
Northrop [1] 466/18
Northwest [1] 462/7
not [158]
not recall [1] 439/8
notable [1] 488/19
notation [2] 524/23
524/24
note [1] 525/14
notes [1] 535/24
nothing [6] 419/10
443/6 523/12 524/8
533/12 533/14
noticed [1] 440/6
notification [1] 397/9
notifications [2] 397/4
397/6
notify [2] 398/10
398/20
notwithstanding [8]
427/25 468/14 470/12
477/9 480/23 514/5
525/9 527/18
now [22] 394/1 394/12
394/25 396/1 396/14
400/22 401/5 409/13
425/23 429/4 438/19
444/4 448/4 457/11
459/21 468/13 494/14
494/16 513/10 513/14
523/3 535/1
number [5] 431/19
453/25 513/25 518/21
531/9
numbers [1] 394/21
numerous [2] 404/17
412/25
nurses [1] 508/9
NW [4] 388/15 390/3
390/7 391/4

**O**

Oak [2] 389/3 389/7
oath [51] 401/2 404/12
405/2 406/17 406/18
406/20 406/23 406/23
415/16 417/2 417/24
419/16 420/11 422/1
422/3 424/10 424/11
424/14 442/1 442/2

**O**

oath... [31] 442/6
442/12 442/13 445/9
447/3 449/5 450/24
451/1 457/5 457/14
469/4 470/8 478/14
482/20 482/25 483/3
483/6 486/13 487/17
488/18 490/4 490/8
490/12 493/23 498/1
503/3 503/15 515/21
517/13 530/12 530/13
**Oath Keepers [45]**
404/12 405/2 406/17
406/18 406/23 406/23
415/16 417/2 417/24
419/16 420/11 422/1
422/3 424/10 424/11
424/14 442/1 442/2
442/12 442/13 447/3
449/5 450/24 451/1
457/5 457/14 469/4
470/8 478/14 482/20
482/25 483/3 487/17
488/18 490/4 490/8
490/12 493/23 498/1
503/3 503/15 515/21
517/13 530/12 530/13
**Obama [1]** 440/24
**object [1]** 535/5
**objection [2]** 420/17
535/9
**objective [3]** 427/9
444/11 467/16
**objectively [5]** 407/15
427/24 428/4 444/16
514/12
**objectives [1]** 443/10
**obviously [16]** 393/4
404/18 404/19 404/23
406/13 449/7 472/4
482/23 488/6 488/7
491/2 498/25 514/22
514/24 523/18 527/14
**occupation [4]** 418/13
492/5 492/6 522/17
**occurred [5]** 422/15
482/11 485/2 486/6
515/5
**occurring [2]** 507/17
512/13
**off [8]** 397/7 445/23
471/7 471/10 483/12
490/16 490/21 535/3
**offenses [2]** 507/17
514/10
**OFFICE [6]** 388/15
409/7 413/2 413/16
434/16 452/8
**officer [10]** 398/11
398/21 463/18 463/21
464/13 479/18 495/12
506/13 522/9 531/23
**officer's [1]** 532/10
**officers [7]** 414/19
415/3 479/24 494/25
506/6 532/4 533/2
**OFFICES [1]** 390/7

**Official** [1] 391/2

**oh [13]** 414/13 432/5
446/2 452/3 460/17
463/17 479/3 492/1
494/5 494/8 498/19
507/18 508/8
**Ohio [1]** 455/22
**okay [178]**
**old [1]** 505/8
**old-time [1]** 505/8
**once [5]** 436/15 436/23
448/7 455/25 465/24
**one [59]** 394/23 398/22
398/24 400/16 401/19
404/22 405/15 413/1
413/3 413/6 413/9
413/10 416/13 417/18
418/6 418/22 420/13
424/5 424/12 426/4
431/1 431/2 431/8
434/20 435/5 435/12
437/4 438/7 443/24
444/2 446/10 446/13
456/5 456/10 459/4
461/10 461/11 463/22
466/20 468/7 472/11
473/10 479/1 482/21
487/13 488/6 493/15
493/18 495/3 499/8
501/2 505/12 506/9
521/6 523/6 529/16
529/17 531/11 534/23
**One-percenter [1]**
482/21
**ones [1]** 410/20
**online [3]** 395/22 396/5
396/9
**only [21]** 395/4 395/7
396/18 397/20 400/5
405/15 405/23 406/12
408/12 411/23 433/7
454/8 461/11 462/25
476/4 478/1 493/8
502/16 505/6 514/19
519/4
**open [21]** 405/22
416/14 416/22 420/25
422/22 423/4 426/7
432/16 432/19 469/24
477/8 480/24 488/14
488/22 488/24 491/10
498/13 498/15 516/13
525/11 527/17
**open-minded [3]**
416/14 416/22 498/15
**opened [1]** 477/20
**operations [1]** 522/23
**opinion [14]** 438/14
438/16 439/9 446/9
468/19 483/5 483/7
483/21 483/22 484/13
499/15 499/17 515/4
523/14
**opinions [8]** 403/8
403/9 403/20 438/13
446/15 468/14 482/7
520/10
**opportunity [2]** 405/24

**opposed [2]** 440/19
488/9
**opposition [1]** 441/5
**orange [1]** 471/12
**order [3]** 394/19
394/20 398/16
**ordinary [1]** 393/22
**organization [45]**
404/15 405/2 405/3
415/23 418/2 418/6
422/2 422/3 422/5
422/21 423/14 423/19
424/19 442/7 442/16
450/25 451/1 451/4
451/16 457/25 469/4
469/8 469/10 469/10
470/4 470/5 470/7
470/8 482/24 483/6
483/23 486/13 486/15
486/21 490/4 490/19
503/15 503/18 503/21
504/9 515/21 515/25
517/13 530/12 530/21
**organizational [1]**
415/22
**organizations [3]**
418/6 482/15 482/18
**organizing [2]** 416/5
469/16
**originally [1]** 515/6
**other [44]** 395/21
395/24 396/21 397/1
397/5 397/25 398/14
398/22 401/8 407/15
407/17 410/9 413/6
414/19 415/20 427/7
432/15 437/1 437/4
446/2 451/7 453/8
457/16 457/20 459/15
463/9 477/18 488/16
490/18 495/3 502/4
506/10 510/16 513/16
516/2 518/24 520/14
522/7 525/17 529/1
530/21 531/6 531/15
533/9
**others [8]** 396/20
396/24 409/20 421/5
424/5 449/13 463/7
478/10
**our [19]** 392/25 393/20
393/22 393/23 395/4
421/9 421/20 436/23
450/5 457/7 464/24
467/18 473/25 482/14
489/1 533/7 533/18
535/6 536/7
**out [58]** 394/8 394/9
401/24 405/16 408/2
415/12 416/21 417/15
420/1 420/2 426/14
426/18 426/25 431/20
437/19 439/5 439/13
440/22 441/3 443/2
447/17 449/19 454/16
454/18 457/1 458/13
462/8 462/20 466/22

**part [10]** 394/11 396/11
460/19 482/19 484/13
487/16 494/9 496/4
505/7 533/7
**participant [1]** 524/20
**participate [2]** 415/13
475/6
**participated [1]** 475/4
**participation [2]** 405/4
482/6
**particular [11]** 404/12
415/17 418/22 419/2
425/25 434/21 442/4
457/8 483/7 525/3
533/11
**particularly [1]** 395/12
**parties [7]** 394/11
394/24 395/5 396/6
396/10 399/21 505/1
**Party [3]** 443/9 443/11
443/13
**passed [1]** 491/23
**passport [1]** 531/21
**past [4]** 427/1 461/6
485/22 492/6
**patent [4]** 452/7 452/8
455/16 455/16
**pause [5]** 393/8 402/1
420/7 479/15 512/4
**pay [1]** 471/21
**Pennsylvania [1]**
390/7
**people [33]** 397/25
400/17 402/15 402/23
407/1 409/4 410/3
416/10 418/19 424/23
424/23 428/19 429/6
429/16 430/9 434/8
434/25 436/15 448/18
448/25 453/15 457/12
467/20 469/18 476/20
480/3 480/5 512/16
513/3 516/2 517/7
530/21 535/18
**per [1]** 409/6
**percenter [2]** 482/21
482/21
**performing [1]** 393/24
**perhaps [8]** 396/14
423/5 423/6 442/16
443/8 445/22 449/15
449/16
**period [3]** 395/14
441/10 505/4
**periodically [1]** 502/11
**periods [1]** 471/21
**permitted [1]** 474/3
**person [25]** 400/12
413/3 413/4 413/6
413/11 413/12 413/20
437/9 442/11 453/5
453/22 464/11 465/5
472/14 479/10 479/19
486/10 506/14 507/3
522/8 532/11 536/3
536/7 536/7 536/10
**person's [1]** 495/13

**opposed** column continues right — see below.

**Ohio** column note.

**P**

**P.A [1]** 390/16
**p.m [3]** 489/4 536/19
536/19
**PA [1]** 389/15
**pace [1]** 450/6
**page [47]** 402/10 404/8
404/9 408/20 412/16
417/5 421/23 428/16
433/11 435/16 438/24
439/1 440/6 450/20
451/22 452/2 453/3
457/7 459/14 460/8
461/1 461/1 462/17
467/11 467/12 468/17
470/24 476/18 476/19
477/20 478/17 490/1
491/18 492/14 494/1
500/25 508/2 508/7
511/17 515/3 519/19
520/19 526/6 528/7
528/7 528/20 529/12
**page 6 [1]** 408/20
**paid [1]** 504/23
**paint [2]** 449/15 449/16
**panel [1]** 393/9
**paper [1]** 405/9
**papers [1]** 507/2
**paperwork [1]** 507/4
**parallels [2]** 439/19
440/3
**paramilitary [1]** 516/1
**parents [1]** 452/15

**P**

**personal [19]** 395/1 403/20 425/17 428/1 436/11 453/12 456/5 464/21 472/25 473/5 479/1 495/20 495/22 505/12 512/15 519/15 521/6 521/8 531/17
**personally [13]** 407/6 407/10 430/24 436/21 453/7 453/15 453/22 454/3 461/8 481/21 514/2 514/5 532/1
**pertained [1]** 517/12
Peter **[2]** 425/1 476/21
Peter Navarro **[1]** 425/1
**petty [1]** 521/9
**phillip [3]** 389/2 389/6 392/11
**phones [1]** 395/21
**photographer [1]** 491/24
**photos [1]** 452/16
**phrase [1]** 431/18
**physical [1]** 470/25
**pick [2]** 438/2 450/6
**picked [2]** 445/5 524/3
**piece [1]** 514/22
**pieces [1]** 517/2
**place [4]** 395/23 399/23 404/19 464/24
**placed [1]** 401/2
**places [1]** 488/8
Plaintiff **[1]** 388/4
**planes [1]** 492/3
**planned [1]** 490/14
**planning [2]** 469/11 469/15
**play [2]** 393/21 529/21
**played [2]** 427/5 503/19
Plaza **[1]** 431/5
**pleas [1]** 510/4
**please [33]** 392/3 393/11 395/18 397/6 398/3 398/3 398/10 398/20 400/24 402/9 408/19 420/6 421/9 421/22 428/15 433/11 450/19 451/22 453/3 459/11 462/16 470/23 476/18 489/3 489/6 489/25 491/17 492/14 500/11 511/17 519/19 520/19 529/12
**plus [3]** 409/13 495/6 513/11
**podcasts [1]** 396/16
**point [9]** 396/2 398/1 401/18 427/15 463/22 468/7 471/11 526/15 526/16
**pointed [1]** 487/7
**points [1]** 467/13
**police [16]** 407/18 407/19 414/12 414/18 414/21 453/25 454/6

479/14 479/18 505/24 506/2 506/8 521/14
**political [9]** 410/24 411/7 411/9 431/11 443/5 461/17 461/23 475/10 520/4
**politically [1]** 477/5
POLITICO **[2]** 404/22 404/23
**politics [3]** 530/23 534/8 534/13
**pops [1]** 492/25
**portion [2]** 424/1 493/12
**portions [2]** 478/5 502/20
**position [1]** 481/22
**positive [8]** 400/17 426/4 441/11 465/16 465/18 501/20 501/25 521/20
**possessing [2]** 412/8 474/12
**possession [4]** 412/7 412/9 474/5 474/7
**possibility [1]** 397/8
**possible [4]** 395/5 432/9 515/15 533/4
**possibly [1]** 398/6
**post [3]** 396/8 396/19 404/17
**posting [1]** 396/21
**postings [1]** 397/2
**postponed [2]** 397/13 397/13
**potential [6]** 393/15 396/9 407/1 448/5 519/5 523/22
**potentially [1]** 531/16
**practice [9]** 433/16 433/23 434/8 455/15 520/25 526/11 526/13 526/15 526/22
**practicing [1]** 455/19
**prayer [1]** 503/22
**pre [1]** 395/6
**pre-judge [1]** 395/6
**preconceived [2]** 498/10 501/19
**preconceptions [2]** 421/1 431/17
**preference [1]** 449/24
**preliminarily [1]** 392/24
**preliminary [2]** 400/22 400/22
**prepared [1]** 488/21
**preparing [1]** 504/24
**preponderance [1]** 509/12
**present [7]** 392/18 405/24 429/23 434/11 461/18 491/6 536/3
**presentation [2]** 491/7 527/18
**presented [14]** 397/20 403/17 404/2 407/13

433/8 455/5 463/1 487/1 487/5 516/11 533/16
**presently [2]** 409/1 409/1
**President [10]** 438/9 475/16 482/15 484/7 484/12 484/17 484/20 499/2 523/7 523/24
**President Trump [1]** 484/12
**President's [1]** 484/6
**Presidential [1]** 418/5
**press [6]** 397/15 440/10 453/8 454/7 455/2 535/22
**pressure [1]** 533/21
**presume [1]** 443/18
**presumed [3]** 403/25 428/8 470/14
**presumptuous [1]** 488/22
**pretty [6]** 427/13 427/16 443/20 499/9 513/4 523/18
**Prettyman [1]** 391/4
**prevent [1]** 400/20
**previously [2]** 419/22 512/24
**primarily [2]** 433/24 459/25
**primary [2]** 400/8 404/22
**prime [1]** 420/14
**principles [2]** 403/13 451/19
**prior [6]** 413/14 452/19 472/16 484/24 504/8 529/4
**privacy [1]** 395/3
**private [8]** 414/5 436/12 456/6 464/22 479/2 495/20 505/12 521/7
**Pro [1]** 404/23
**probably [16]** 476/14 495/6 516/15 516/16 517/25 518/3 518/4 518/16 518/25 519/16 520/9 520/10 521/22 521/24 523/16 523/20
**problem [4]** 416/16 436/13 461/18 536/3
**proceed [1]** 536/16
**proceeding [1]** 506/20
**proceedings [7]** 388/9 391/6 392/19 400/18 407/5 472/4 537/4
**process [22]** 394/2 394/5 394/8 394/9 394/12 395/9 396/3 396/15 396/23 397/7 397/9 398/1 398/6 398/7 398/13 398/13 399/3 399/25 415/13 457/3 487/18 529/8
**produced [1]** 391/7

**professional [3]** 433/13 433/14 520/21 520/22
**professional [3]** 414/25 532/7 533/6
**professionally [3]** 531/18 531/19 531/25
**program [1]** 478/11
**Project [1]** 440/15
**promise [3]** 395/10 480/21 530/24
**proof [3]** 428/11 429/22 527/24
**propose [1]** 536/6
**proposed [1]** 394/11
**prosecuted [4]** 436/3 480/8 496/14 507/11
**prosecution [4]** 434/25 435/10 435/23 485/23
**prosecutions [2]** 435/6 435/13
**prosecutor [11]** 412/22 446/5 455/22 455/25 466/4 526/24 527/7 527/7 527/10 527/11 527/20
**prosecutors [10]** 433/24 434/11 435/15 455/20 463/12 465/23 496/5 521/1 526/23 527/4
**Prospective [3]** 393/10 401/2 401/14
**protest [4]** 410/15 430/21 475/1 519/22
**protests [5]** 430/25 461/3 475/4 475/7 519/25
**Proud [2]** 422/16 482/20
**prove [4]** 404/1 428/9 470/15 488/7
**proved [2]** 470/18 486/9
**provide [11]** 414/5 420/3 447/18 458/13 466/23 471/16 487/24 500/7 511/7 524/16 534/20
**provided [1]** 503/3
**proximity [1]** 513/8
PTO **[1]** 452/9
**public [5]** 398/17 400/4 449/23 449/24 484/10
**publish [1]** 448/9
**publishing [1]** 448/24
**pulled [1]** 482/15
**purchase [1]** 505/1
**purpose [2]** 516/19 519/6
**pursues [1]** 408/1
**push [3]** 397/4 397/6 397/8
**put [24]** 403/19 405/25 408/10 409/18 411/8 421/1 423/11 432/9 432/12 433/6 441/15 441/18 444/15 462/24

472/19 476/3 477/24 503/6 509/1 515/6 515/9 515/9 529/7 530/6
**putting [3]** 423/13 423/18 452/23
PUTZI **[1]** 390/16

**Q**

**qualified [1]** 431/23
**qualify [1]** 445/3
**question [128]** 402/10 402/10 403/24 405/21 405/24 406/8 406/25 407/2 407/23 408/8 408/21 409/22 410/6 410/14 412/17 412/20 414/1 414/4 416/11 421/23 421/25 423/16 423/25 423/25 424/22 427/11 428/16 430/7 430/19 433/2 433/12 434/7 436/8 436/10 447/2 450/21 450/23 451/22 452/1 452/2 452/11 452/19 453/4 453/10 453/21 453/24 453/25 454/21 455/8 456/3 457/6 457/9 459/12 459/14 460/8 460/14 460/15 460/21 460/25 462/2 463/5 463/14 464/18 464/21 466/6 467/12 467/13 467/15 469/3 469/22 470/12 470/25 472/7 473/20 473/23 474/24 476/6 476/19 478/17 478/24 480/2 480/7 480/20 483/4 490/1 490/3 491/18 492/8 493/11 493/25 494/18 495/17 495/19 496/9 496/12 500/25 501/1 502/19 503/14 504/11 505/10 506/18 507/9 508/3 508/6 508/7 508/18 511/18 511/18 511/22 514/17 514/20 515/3 515/20 516/22 519/10 519/20 519/20 520/20 520/21 524/6 526/6 528/20 529/13 529/13 530/10 531/1 531/4
**Question 11 [2]** 511/18 511/18
**Question 13 [5]** 408/21 428/16 460/8 460/15 472/7
**Question 14 [6]** 409/22 430/7 451/22 452/2 491/18 508/7
**Question 15 [2]** 410/6 459/14
**Question 17 [1]** 473/20
**Question 18 [5]** 410/14 430/19 460/25 474/24

**Q**

**Question 18... [1]** 519/20
**Question 19 [4]** 433/2 492/8 508/18 528/20
**Question 2 [1]** 453/24
**Question 204 [1]** 453/21
**Question 22 [1]** 462/2
**Question 42 [1]** 519/10
**Question 45 [1]** 515/3
**Question 46 [1]** 450/21
**Question 50 [8]** 412/17 433/12 455/8 463/5 493/25 504/11 520/20 531/1
**Question 54 [7]** 414/1 456/3 464/18 495/17 505/10 507/9 521/4
**Question 55 [1]** 496/9
**Question 6 [1]** 470/25
**questioning [6]** 399/7 399/14 401/8 420/22 420/23 420/24
**questionnaire [27]** 394/10 394/15 396/11 402/7 420/2 421/19 421/23 450/17 450/18 459/12 467/7 467/10 467/12 467/14 468/13 489/18 489/24 497/24 500/10 500/22 500/23 504/22 511/15 511/16 524/23 526/1 526/5
**questions [40]** 394/6 394/9 394/14 394/23 394/25 399/5 404/9 404/10 404/13 406/25 407/24 412/15 415/15 415/15 419/14 426/13 432/4 443/24 444/19 446/13 446/13 454/12 458/9 462/17 468/18 477/13 481/8 482/6 485/11 485/18 486/19 492/15 500/3 502/6 509/17 509/23 511/3 517/19 520/12 524/12
**queue [2]** 395/13 395/15
**quick [1]** 487/13
**quickest [1]** 529/2
**quietly [1]** 395/18
**quite [2]** 418/10 488/19
**quote [1]** 440/19

**R**

**racist [1]** 457/15
**radio [1]** 396/16
**raise [3]** 392/24 400/24 401/1
**Rakoczy [2]** 388/14 392/9
**rallies [4]** 461/3 461/6 461/9 512/25
**rally [8]** 405/5 410/15 411/13 430/21 431/2 461/13 475/1 519/22

**range [1]** 448/23
**rare [2]** 533/5 533/13
**rarely [1]** 446/25
**rather [2]** 400/19 414/5
**re [2]** 394/19 394/20
**re-seated [2]** 394/19 394/20
**reach [1]** 491/13
**react [1]** 513/21
**reacted [1]** 439/21
**reaction [5]** 425/21 427/12 427/18 468/4 525/16
**reactions [3]** 421/5 427/10 488/16
**read [71]** 395/19 395/22 397/15 397/24 399/19 399/22 404/11 404/14 404/16 405/9 405/14 405/20 405/25 406/3 406/11 406/13 408/10 415/20 416/1 416/11 416/22 417/6 419/16 420/19 421/2 422/1 422/2 422/9 422/17 422/20 422/24 423/13 423/19 425/14 425/17 432/4 439/17 447/5 448/22 448/23 448/24 450/24 450/25 451/6 454/17 462/24 467/16 469/5 469/7 470/4 470/13 477/18 477/21 477/24 487/6 490/3 490/5 492/22 493/7 493/22 502/11 502/15 503/14 515/20 515/22 516/4 517/24 518/1 530/6 530/11 530/19
**reading [5]** 397/1 420/10 426/20 427/2 515/13
**reads [1]** 408/3
**ready [1]** 535/4
**real [1]** 518/22
**realized [1]** 445/22
**really [19]** 415/22 416/17 445/24 448/8 448/9 490/15 490/22 506/4 512/22 512/25 513/2 513/7 516/4 517/3 517/19 518/6 519/4 531/18 534/12
**Realtime [1]** 391/3
**reason [25]** 397/18 400/14 423/6 423/10 439/13 451/13 454/8 461/22 466/7 468/21 468/21 479/23 495/14 496/10 497/14 499/22 510/15 512/9 514/17 514/20 515/18 518/24 519/1 522/1 532/4
**reasonable [6]** 404/1 404/4 428/9 470/15 470/18 509/13
**reasons [2]** 400/8

**recall [19]** 406/16 406/19 406/22 406/24 422/9 422/13 424/7 439/7 439/8 451/7 451/9 478/13 478/14 490/11 493/22 496/24 503/1 503/2 517/12
**receive [5]** 397/4 397/8 397/22 415/2 422/23
**received [6]** 399/11 482/5 482/6 494/19 535/24 535/25
**recently [3]** 439/4 513/17 520/1
**Recess [2]** 489/4 536/19
**recognize [4]** 424/23 453/10 501/2 517/16
**recognized [2]** 453/5 476/20
**recollection [5]** 405/13 424/17 424/17 424/20 530/14
**recollections [1]** 476/3
**record [4]** 447/24 447/25 535/3 535/5 537/3
**recorded [1]** 391/6
**recruitment [1]** 405/7
**refer [5]** 402/8 421/20 467/11 520/14 531/22
**reference [2]** 427/17 524/24
**referenced [1]** 484/6
**referred [2]** 413/11 517/18
**reflect [2]** 468/12 491/5
**regarding [5]** 398/2 407/24 463/15 501/25 535/12
**Registered [1]** 391/2
**regular [2]** 404/21 528/25
**regularly [1]** 519/11
**rehabilitate [1]** 448/4
**rehabilitated [1]** 448/10
**Reich [3]** 439/16 439/18 448/16
**related [3]** 400/20 519/16 521/10
**relationship [5]** 419/1 436/2 458/3 464/5 495/2
**relationships [6]** 418/17 419/3 523/19 532/7 533/8 533/19
**relatively [4]** 531/9 533/5 533/13 534/16
**relatives [2]** 430/14 436/16
**relieved [1]** 399/15
**rely [1]** 433/7
**remain [2]** 398/25 527/17
**remaining [2]** 535/21

**remarks [2]** 394/17 400/22
**remember [8]** 424/7 424/12 457/6 465/7 482/21 503/4 503/23 529/15
**remove [5]** 402/6 421/16 450/15 489/21 500/16
**removed [4]** 409/13 462/11 473/4 513/11
**repeat [2]** 401/19 423/16
**repeatedly [1]** 488/14
**repercussions [1]** 419/2
**report [10]** 414/10 414/12 465/1 479/7 490/17 491/14 496/6 496/7 505/18 521/15
**reported [3]** 414/3 436/24 490/11
**reporter [11]** 391/2 391/2 391/3 391/3 478/21 504/14 504/15 504/19 505/7 509/24 510/1
**reporters [3]** 472/12 472/12 504/23
**reporting [5]** 490/6 491/5 510/3 510/12 533/7
**reports [1]** 519/12
**represent [1]** 412/2
**Representatives [3]** 402/12 402/23 472/12
**Republican [3]** 443/9 443/11 443/13
**republicans [18]** 439/7 439/10 439/15 440/7 440/9 440/13 440/19 443/6 443/15 444/3 445/8 447/4 447/4 448/15 448/17 448/18 448/25 449/4
**reputation [2]** 407/19 454/6
**request [3]** 420/17 525/2 525/18
**require [3]** 398/6 400/5 471/10
**required [6]** 400/4 400/10 481/25 493/5 519/8 522/6
**research [5]** 396/5 396/10 399/21 417/2 498/3
**resided [1]** 524/19
**resident [2]** 427/13 473/24
**resolution [1]** 433/21
**respect [3]** 445/12 528/3 535/7
**respectful [2]** 523/21 524/1
**response [10]** 402/10 402/11 414/4 419/14

**range [1]** 468/20 485/17 511/18 523/17 523/20
**responses [4]** 394/15 421/7 518/21 520/13
**rest [3]** 395/1 472/2 513/4
**restaurant [1]** 400/11
**restrictions [3]** 397/18 398/5 399/15
**result [8]** 399/25 465/16 465/23 483/5 506/2 521/14 521/16 525/7
**results [3]** 418/5 483/9 484/10
**resume [1]** 489/2
**retained [1]** 405/1
**retired [1]** 472/15
**return [3]** 395/7 399/17 536/6
**retweet [8]** 439/13 440/7 440/8 440/9 440/11 446/25 448/14 448/15
**retweeted [9]** 439/5 439/14 440/13 441/4 441/6 441/10 443/1 443/3 450/1
**retweeting [2]** 439/21 446/14
**review [1]** 408/5
**reviewing [1]** 449/9
**RHODES [12]** 388/6 389/2 392/6 392/12 393/16 405/12 405/16 415/17 417/2 419/16 420/11 440/23
**right [68]** 392/22 400/24 401/1 404/7 409/11 413/18 415/8 419/9 419/17 419/22 419/25 421/9 421/12 424/21 427/19 429/20 430/6 431/6 432/7 432/17 434/23 437/12 438/18 445/17 447/16 448/21 450/5 451/21 456/20 458/11 459/5 459/9 460/21 464/18 466/14 472/17 474/13 474/22 475/25 478/17 480/6 481/2 486/3 486/10 486/16 487/11 497/6 497/18 500/21 501/1 503/15 503/16 504/15 504/16 504/25 510/24 514/3 518/4 518/18 524/14 525/20 526/4 526/14 526/18 528/6 529/22 530/4 534/18
**rise [5]** 392/2 439/16 439/18 489/5 536/18
**Ritchie [1]** 390/17
**RMR [2]** 537/2 537/8
**Road [1]** 390/3
**Robert [1]** 407/2
**Roe [1]** 520/2

**R**

**Roger [3]** 425/1 476/23
477/1
**Roger Stone [2]**
476/23 477/1
**role [8]** 393/21 412/11
426/9 428/3 431/15
486/22 498/7 503/19
**room [1]** 457/23
**roommate [1]** 464/3
**rooted [1]** 420/13
**rude [1]** 398/15
**rule [1]** 400/6
**run [1]** 467/20

**S**

**safety [7]** 409/10
409/10 409/10 409/20
409/20 462/3 476/15
**said [46]** 401/5 402/11
403/4 409/9 411/18
413/14 415/24 421/8
423/3 431/2 434/2
440/4 442/12 444/6
447/2 449/2 449/3
449/5 451/18 457/5
457/17 457/19 458/17
459/14 463/21 469/4
475/5 478/4 480/20
482/25 485/17 486/21
488/15 497/1 509/24
511/18 512/1 514/4
517/6 517/7 525/6
525/6 530/12 534/8
535/13 536/4
**same [12]** 413/3 413/4
441/10 441/22 466/7
468/21 478/20 480/3
480/5 496/10 502/4
525/17
**sat [1]** 488/19
**satisfy [1]** 507/6
**saw [3]** 485/5 513/3
517/8
**say [34]** 403/23 416/1
416/6 418/2 426/21
429/21 440/8 441/2
441/9 441/19 443/12
443/21 447/22 448/17
449/18 450/1 458/20
461/15 464/9 469/14
472/13 481/16 483/17
485/7 485/24 487/14
512/8 513/16 515/12
515/25 517/8 518/3
523/15 529/24
**saying [9]** 420/18
432/12 432/16 432/18
436/5 440/4 453/25
468/11 471/7
**says [3]** 428/20 449/1
489/9
**schedule [1]** 532/20
**scheduled [3]** 397/12
400/16 512/25
**school [4]** 492/11
510/12 526/19 529/9
**science [1]** 431/2

**science-focused [1]**
431/2
**scrutiny [1]** 449/23
**se [1]** 409/6
**searching [1]** 518/5
**seated [5]** 392/3
393/11 394/19 394/20
489/6
**second [6]** 400/14
401/19 427/15 431/3
489/7 501/5
**secretary [3]** 494/6
494/9 494/14
**section [1]** 434/22
**sections [1]** 434/18
**secured [1]** 405/6
**security [6]** 398/10
398/21 411/24 531/10
531/13 531/23
**see [17]** 393/3 393/7
398/13 400/2 432/11
439/18 444/16 449/24
452/16 465/24 473/25
477/5 478/10 513/22
526/8 536/8 536/16
**seeing [3]** 416/17
478/13 485/2
**seek [6]** 426/24 454/18
477/22 478/12 492/24
493/4
**seeking [2]** 518/2
518/6
**seeks [8]** 408/2 426/18
454/16 462/20 477/17
492/20 517/22 530/2
**seem [2]** 474/13
503/23
**seemed [1]** 420/12
**seems [1]** 438/21
**seen [32]** 404/11
404/14 404/17 421/5
422/1 422/2 427/11
440/3 450/24 451/1
454/13 462/24 463/2
469/5 469/7 483/16
483/18 490/3 490/5
493/7 502/15 503/7
503/14 512/23 515/20
515/22 516/9 517/11
518/10 529/14 530/5
530/11
**segments [1]** 517/7
**select [3]** 395/4 399/1
406/9
**selected [16]** 395/6
396/4 397/19 406/1
410/23 422/21 428/10
432/10 453/1 462/14
468/2 472/2 476/2
480/22 486/25 487/15
**selecting [1]** 437/23
**selection [17]** 388/9
394/2 395/9 395/17
396/3 396/14 396/23
397/7 397/9 398/1
398/5 398/8 398/13
398/18 398/22 398/24
399/3

**semi-retired [1]** 401/10
**Senate [3]** 402/13
402/24 409/7
**Senator [1]** 453/6
**sense [7]** 394/4 406/10
424/2 432/14 492/15
507/19 520/3
**sent [1]** 449/19
**sentiment [1]** 443/7
**separate [2]** 512/14
515/14
**separated [1]** 519/3
**September [3]** 388/5
439/5 537/7
**series [1]** 394/6
**serve [6]** 393/22
412/11 471/3 471/15
474/8 485/8
**served [4]** 452/20
468/6 507/14 509/4
**service [24]** 393/20
393/25 394/5 397/3
397/14 399/6 399/13
399/16 401/12 404/23
417/16 452/19 458/12
459/10 466/22 467/9
475/11 484/24 487/23
500/22 511/6 511/15
529/4 534/19
**serving [1]** 505/2
**session [2]** 388/7
536/8
**set [10]** 407/20 455/4
480/3 480/5 493/6
502/15 514/6 514/11
518/9 518/17
**setting [10]** 411/9
414/5 436/12 456/6
463/2 464/22 479/2
495/21 505/12 521/7
**seven [2]** 481/15 523/2
**several [8]** 418/6
427/11 431/7 473/13
475/23 527/1 528/24
531/12
**sexual [1]** 468/7
**share [7]** 410/16 414/3
428/18 436/11 450/25
451/24 490/5
**shared [1]** 412/14
**she [28]** 434/21 435/12
435/22 457/17 457/19
457/19 460/3 460/6
462/7 489/9 489/9
489/10 508/15 524/24
525/5 525/6 525/10
525/10 525/11 525/12
525/16 528/12 528/15
536/1 536/1
**she's [3]** 436/2 459/20
459/24
**sheriff [1]** 494/23
**shifting [1]** 488/4
**shoplifting [1]** 480/11
**shorter [1]** 399/9
**shortly [2]** 401/10
464/23

**should [14]** 392/17
396/2 396/15 402/7
415/4 418/2 450/1
450/18 459/12 464/9
489/24 500/23 511/16
519/13
**shouldn't [3]** 437/8
464/10 488/7
**show [13]** 401/9
417/18 438/7 444/2
458/13 466/22 487/12
487/23 499/8 500/7
511/6 524/15 534/20
**shows [2]** 416/18
454/19
**side [16]** 402/24
403/20 418/22 421/2
423/13 435/1 435/1
437/4 447/21 449/13
477/18 477/25 495/3
506/9 527/2 530/6
**sides [8]** 405/24
418/23 418/24 419/6
457/3 480/22 510/19
525/11
**significant [3]** 410/7
410/9 459/15
**silent [1]** 395/23
**similar [2]** 518/15
519/17
**simple [1]** 397/18
**simply [3]** 398/15
488/22 532/11
**since [5]** 441/3 444/1
490/17 498/4 511/23
**single [1]** 405/9
**sir [61]** 402/2 415/9
415/10 417/12 417/17
418/10 419/10 419/13
419/25 421/13 421/18
437/16 438/6 438/12
438/16 438/23 440/6
441/2 441/15 441/24
442/7 443/1 443/7
444/8 444/21 447/16
461/15 466/15 467/2
467/6 480/18 481/5
484/24 485/12 485/15
486/20 487/14 487/22
489/20 495/16 496/8
497/17 498/2 498/5
498/12 498/16 499/24
500/14 503/13 509/19
509/23 510/10 510/15
510/17 510/22 510/23
510/24 511/24 525/23
534/6 534/18
**sister [1]** 473/13
**sisters [1]** 508/9
**sit [2]** 471/20 480/21
**sites [1]** 396/21
**sitting [2]** 445/7 450/2
**situation [2]** 423/22
498/25
**skip [1]** 515/2
**slightly [2]** 393/4
427/22
**Snapchat [1]** 396/6

**snippets [1]** 478/10
**so [221]**
**so I think [4]** 512/21
514/21 515/23 535/19
**So it's [4]** 427/20 432/4
455/1 501/7
**So this page [1]**
428/20
**social [7]** 396/13
396/17 396/21 397/1
397/16 397/25 519/11
**sole [1]** 416/13
**solely [1]** 403/16
**some [54]** 395/9
395/11 397/4 401/18
405/19 405/21 419/15
421/5 422/14 423/4
425/2 427/21 430/24
434/5 435/6 439/19
440/3 443/20 443/22
444/13 447/18 448/10
449/18 449/25 453/8
454/24 455/2 461/10
463/18 468/12 469/17
471/13 473/3 477/1
477/10 482/18 485/8
486/21 487/24 488/16
493/12 500/8 501/12
503/21 505/23 512/15
513/6 516/2 518/23
519/3 520/23 531/15
531/16 535/25
**somebody [20]** 429/24
441/16 448/23 449/21
453/7 453/21 454/19
462/20 464/15 464/24
477/17 492/19 492/20
492/21 503/2 517/15
523/11 523/12 529/25
530/1
**somebody's [2]** 488/23
507/1
**somehow [1]** 439/22
**someone [20]** 408/1
408/3 417/22 426/17
426/19 453/7 454/15
457/13 461/24 477/16
477/17 486/2 488/23
502/9 502/11 517/21
517/23 519/11 531/6
533/18
**something [38]** 400/19
403/6 414/4 415/5
427/25 431/10 432/6
434/2 436/10 437/10
441/17 444/12 445/21
446/24 447/2 455/5
464/21 469/21 469/25
471/9 471/14 472/3
478/1 478/11 480/3
483/17 484/3 487/17
491/1 495/20 499/12
502/17 510/3 515/17
518/11 519/2 529/23
531/20
**sometimes [10]** 440/1
447/11 471/6 471/6
492/25 493/1 529/1

555

sometimes... [3]
529/20 531/20 533/6
somewhat [1] 425/18
somewhere [1] 456/16
sorry [16] 414/11
430/3 442/3 452/1
453/21 453/24 457/21
458/19 459/5 460/16
467/12 481/10 492/6
496/2 499/5 499/13
sort [23] 393/3 403/19
409/9 409/18 421/4
422/16 424/16 426/17
432/3 434/4 452/23
454/15 462/10 462/20
470/11 480/18 488/21
493/6 494/12 501/19
518/20 521/19 522/2
sought [1] 502/10
sound [2] 440/15 517/3
sounds [5] 440/17
449/9 458/22 469/21
504/8
sources [6] 397/5
397/25 404/22 424/12
516/8 519/17
Southwest [1] 452/15
spaces [1] 400/4
speak [1] 398/12
speaking [3] 400/3
400/6 401/13
specific [7] 405/13
406/22 415/19 424/17
424/20 522/20 524/22
specifically [6] 410/3
415/18 460/18 522/22
533/3 535/11
spectrum [2] 467/20
477/18
speculation [1] 530/18
spend [1] 395/9
spent [2] 527/10
527/19
spoke [1] 464/3
spoken [3] 402/15
429/11 497/8
spouse [9] 410/7 410/9
459/15 459/18 460/23
462/6 462/12 463/7
528/10
spouse's [1] 492/6
squeaky [1] 446/4
Sr [1] 390/16
staff [4] 399/12 401/9
402/13 404/20
stand [5] 400/24
448/11 449/23 451/9
457/15
standard [3] 509/8
509/11 509/13
stands [1] 503/18
stanley [3] 390/2 390/5
392/13
start [12] 393/4 394/5
394/8 394/9 396/9
398/7 411/20 450/20
500/25 515/3 529/13

started [4] 393/18
396/15 480/19 503/21
starting [1] 491/18
starts [1] 529/21
state [8] 463/18 463/21
504/22 527/7 527/8
528/17 531/11 535/14
stated [1] 410/6
STATES [9] 388/1
388/3 388/10 392/5
393/15 411/5 439/20
499/2 523/13
stay [1] 464/15
stayed [1] 513/7
steal [1] 464/25
Steele [1] 440/14
stenography [1] 391/6
stepfather [1] 412/24
STEWART [9] 388/6
389/2 392/6 393/16
415/17 415/20 417/2
419/16 420/11
Stewart Rhodes [5]
392/6 415/17 417/2
419/16 420/11
still [15] 398/18 402/24
412/13 413/12 432/23
438/9 452/9 458/25
462/7 464/15 472/14
475/16 477/8 512/15
523/19
stir [1] 427/7
stolen [1] 436/23
Stone [14] 425/1 425/9
425/12 425/15 426/2
426/10 476/23 477/1
477/11 501/5 501/11
501/13 501/20 501/22
Stone's [1] 425/24
stop [2] 472/4 499/1
store [1] 400/10
stories [1] 396/18
story [2] 492/23 492/23
Street [4] 388/15
389/11 389/15 431/4
strict [1] 398/11
strictly [1] 397/23
strike [9] 449/21 450/3
488/12 488/25 488/25
524/18 525/1 525/3
525/18
striking [2] 420/17
449/13
stroke [1] 449/17
strong [6] 411/13
467/17 468/18 480/20
483/5 515/4
strongly [2] 418/3
483/18
struck [1] 525/18
struggle [1] 444/12
stuff [1] 529/1
subcontractor [1]
466/18
subject [1] 439/5
submit [3] 420/9
420/15 448/2

404/23
such [5] 411/13 470/8
501/14 501/20 515/4
Suite [4] 389/4 389/8
390/8 390/17
summarize [1] 516/24
support [10] 438/14
438/18 438/20 494/10
499/16 499/18 499/19
499/19 499/19 523/23
supported [1] 418/3
supporter [1] 523/7
supporters [17] 417/19
438/8 439/23 440/20
441/5 441/11 441/18
443/15 443/19 445/8
475/15 484/12 484/17
484/17 499/9 523/14
523/18
supportive [1] 442/17
suppose [2] 427/18
442/8
Supreme [2] 520/1
520/2
Supreme Court [2]
520/1 520/2
sure [18] 401/21 423/1
423/17 434/21 453/2
455/7 471/4 472/10
475/3 475/22 476/9
495/10 509/7 514/23
517/9 519/14 527/21
534/1
surf [1] 395/22
surprise [3] 396/22
467/19 471/6
surprising [2] 427/20
455/1
survivor [1] 496/1
swarmed [1] 416/10
sworn [2] 397/19
400/25
Sykes [1] 440/15
synopsis [1] 478/8
system [4] 393/20
411/4 452/25 497/8

**T**

tablets [1] 471/13
take [20] 399/23
435/16 437/14 450/19
456/5 464/21 467/8
470/1 472/5 479/1
489/1 495/20 500/24
505/12 512/22 514/1
521/6 532/19 532/25
535/1
taken [1] 401/5
takes [1] 471/6
taking [2] 504/24
516/19
talk [2] 395/18 483/6
talked [1] 420/10
486/12 495/5 531/2
talking [4] 443/19
454/24 519/15 525/16
Tarpley [2] 389/10

Tarrio [2] 425/1 425/4
task [2] 403/10 518/9
television [1] 396/16
tell [56] 404/14 405/1
406/16 412/23 417/23
417/24 418/12 422/2
422/8 422/10 425/2
430/21 433/18 435/18
441/17 442/11 442/13
442/14 452/5 452/13
455/10 455/14 461/4
462/4 463/16 463/24
469/7 469/15 471/2
472/9 473/22 475/1
475/21 476/8 478/6
478/19 480/9 491/20
492/10 493/13 494/4
496/16 502/21 504/13
507/17 506/24 508/4
508/20 515/8 515/22
516/24 519/22 522/16
528/15 528/22 531/5
telling [1] 442/9
ten [5] 402/14 476/14
495/6 535/21 536/13
tend [1] 516/9
term [2] 442/19 442/23
terms [3] 471/20 474/8
488/5
test [1] 400/17
testified [4] 424/18
506/19 506/21 506/25
testify [9] 407/12
465/25 465/25 476/22
476/24 495/1 502/3
506/7 535/8
testifying [6] 400/7
406/22 407/3 407/12
425/4 425/9
testimony [26] 407/13
407/14 407/15 407/21
414/18 415/3 418/11
424/9 426/1 437/8
464/9 478/14 479/18
493/22 495/11 502/3
503/3 506/13 508/24
522/6 522/7 532/3
532/6 532/10 535/11
535/13
text [1] 396/6
texts [1] 513/2
than [30] 393/4 393/6
395/14 399/9 410/24
413/6 415/20 416/22
431/12 443/6 451/7
457/20 461/17 461/24
475/10 487/6 491/2
491/4 491/12 491/14
507/5 509/8 510/16
516/2 520/5 520/10
520/14 522/7 531/6
535/19
thank [83] 393/24
401/3 401/12 415/12
417/9 417/11 417/14
417/15 419/10 419/11
417/15 419/25 420/3

421/15 437/18
437/18 439/3 444/17
444/18 444/20 447/15
447/16 447/20 450/9
450/12 450/16 450/16
457/2 458/7 458/10
458/11 459/3 459/9
466/19 466/21 466/24
467/3 467/5 467/8
467/9 472/6 485/11
485/12 485/13 486/18
487/11 487/21 487/22
487/25 489/3 489/13
489/16 489/17 489/23
498/17 498/22 499/22
499/25 500/2 500/4
500/6 500/15 500/21
509/21 509/22 510/24
511/1 511/4 511/5
511/14 522/14 522/15
524/10 524/13 524/14
525/25 526/1 534/2
534/17 534/18 534/22
536/17
thank you [70] 393/24
401/3 417/11 417/14
417/15 419/10 419/11
419/24 419/25 420/3
421/12 421/15 437/18
437/18 439/3 444/17
444/18 447/15 447/16
447/20 450/9 450/12
450/16 457/2 458/7
458/10 458/11 459/3
459/9 466/19 466/21
466/24 467/3 467/8
467/9 472/6 485/11
485/13 486/18 487/11
487/21 487/22 487/25
489/13 489/17 489/23
498/22 500/2 500/4
500/6 500/15 500/21
509/21 509/22 511/1
511/4 511/5 511/14
522/14 522/15 524/10
524/13 524/14 525/25
526/1 534/2 534/17
534/18 534/22 536/17
thanks [9] 450/11
456/24 457/1 458/15
497/23 497/24 525/24
532/17 532/18
that [761]
that's [47] 393/2
403/16 413/3 413/15
415/25 427/13 427/23
433/8 436/11 439/11
439/17 439/21 440/10
440/21 441/13 442/15
442/18 443/16 446/25
453/16 454/20 455/5
456/19 456/20 460/9
463/1 466/9 480/19
483/15 483/17 486/11
486/17 487/1 488/6
490/8 492/4 495/20
503/16 503/23 504/4
507/6 510/18 518/25

that's... **[4]** 529/1 534/9
536/2 536/16
**theft [1]** 436/17
**their [28]** 397/1 404/1
404/20 409/10 411/7
411/9 415/3 425/5
428/9 451/7 451/19
458/3 461/23 464/4
465/20 476/15 476/22
487/16 498/7 501/9
502/24 506/3 507/4
507/22 533/7 533/16
533/17 533/25
**thelinderfirm.com [1]**
389/6
**them [46]** 398/13
402/19 405/14 406/12
406/13 407/10 409/6
413/1 415/18 417/25
423/11 429/11 431/1
434/15 441/19 442/14
443/22 448/4 451/6
451/14 451/18 458/1
458/2 461/24 463/11
475/17 479/11 480/4
481/14 493/22 498/3
498/4 502/23 509/5
513/25 516/4 517/2
517/2 523/15 523/19
526/22 529/10 531/17
533/10 533/21 535/21
**themselves [2]** 448/11
449/14
**then [36]** 394/22 404/8
405/5 408/19 412/16
424/5 427/15 443/24
444/14 444/16 446/24
448/16 448/22 453/3
460/21 464/3 480/7
489/2 492/14 496/12
501/6 510/13 512/23
513/3 515/6 515/9
515/12 515/13 518/4
519/19 525/9 527/1
528/9 528/25 531/20
533/1
**then-roommate [1]**
464/3
**there [80]** 394/16
397/10 402/24 405/12
406/25 407/12 408/24
408/24 412/6 413/7
414/16 414/20 416/3
418/22 418/25 423/5
424/8 424/22 427/5
429/3 429/15 430/14
431/8 433/4 433/7
434/24 436/1 437/1
438/7 439/13 447/23
451/7 451/8 451/13
457/6 459/12 459/20
461/1 462/11 463/7
464/4 465/12 465/19
467/13 468/21 472/3
474/3 474/20 474/21
475/24 476/1 479/11
481/22 483/2 483/4

493/17 494/25 495/1
497/9 498/8 498/9
500/10 501/11 501/12
506/4 506/6 506/7
508/24 511/16 512/9
512/24 513/16 516/11
522/20 523/5 531/19
532/3
**there's [10]** 396/22
412/10 433/4 474/6
498/25 499/7 499/22
512/15 513/18 516/16
**therefore [3]** 393/23
432/8 443/18
**these [37]** 392/19
394/17 397/18 398/5
398/18 399/24 403/21
404/2 404/12 404/15
407/5 408/13 411/1
411/17 423/14 425/14
436/3 445/12 445/12
448/18 449/5 449/6
450/2 451/15 467/23
468/15 470/9 470/14
470/20 474/22 485/18
486/15 501/11 514/10
514/13 527/25 530/8
**they [63]** 398/14
401/10 401/16 401/17
405/6 405/6 407/8
407/8 409/2 414/24
415/5 417/23 420/13
422/8 422/8 422/10
422/10 422/13 423/3
423/6 423/6 427/12
448/7 448/8 450/1
451/2 451/2 451/9
451/10 451/18 451/19
451/20 457/14 457/15
457/20 459/18 465/8
465/19 465/24 474/11
476/12 477/5 477/10
479/10 490/6 490/7
490/14 491/1 498/8
498/9 502/6 504/23
506/3 507/4 507/16
508/9 510/4 510/4
521/23 526/8 531/15
533/16 536/4
**they're [9]** 398/14
398/15 448/6 451/4
451/8 457/25 476/14
482/25 531/12
**they've [1]** 404/24
**thing [7]** 451/4 451/8
494/12 508/23 517/4
517/4 534/15
**things [16]** 393/5
405/19 415/18 419/15
436/17 436/18 441/4
441/7 447/5 448/10
450/1 505/3 512/13
513/17 517/7 529/2
**think [146]** 402/22
403/1 403/15 403/19
405/21 406/5 407/4
407/14 407/20 408/25

411/8 412/14 413/14
413/20 414/22 415/7
420/14 420/18 422/16
423/3 423/12 423/18
423/21 425/4 425/8
425/24 427/25 428/11
428/14 429/1 429/8
429/17 429/19 429/23
430/1 430/4 430/5
432/24 435/1 435/5
436/3 436/15 437/3
437/6 437/11 438/1
438/18 439/11 441/2
441/21 441/22 442/22
443/8 443/16 445/14
447/14 449/12 451/13
453/19 455/6 455/25
456/18 458/17 460/13
461/17 461/22 463/1
464/5 464/11 468/1
468/3 468/9 470/3
470/7 470/18 473/4
473/15 475/16 478/1
479/20 479/23 488/8
488/13 488/19 488/21
488/23 490/13 495/2
495/14 497/10 497/14
498/7 501/9 501/15
501/17 502/17 502/23
506/9 507/23 509/17
510/15 512/11 512/14
512/21 513/2 513/8
513/15 513/17 513/21
513/24 513/25 514/4
514/11 514/19 514/21
514/23 515/1 515/12
515/13 515/23 516/6
516/8 516/12 516/15
516/18 516/20 517/25
518/25 519/6 520/5
520/7 520/8 522/2
523/25 525/14 527/11
527/17 530/15 530/22
530/24 531/2 535/19
536/2
**thinking [5]** 434/3
434/20 460/17 504/4
512/9
**thinks [1]** 449/9
**Third [3]** 439/16
439/18 448/16
**this [231]**
**This is [1]** 392/5
**Thomas [4]** 390/16
392/8 393/17 453/22
**those [68]** 394/1
395/12 397/6 399/8
399/9 400/21 401/6
401/10 404/10 406/11
406/17 410/19 416/2
416/3 424/3 427/7
428/19 429/6 434/13
435/13 436/18 440/18
443/10 443/10 444/15
450/3 451/11 453/14
457/12 461/8 467/14

477/25 478/7 478/15
479/7 479/7 479/24
482/18 482/22 484/14
484/20 493/14 502/22
503/1 503/2 504/4
505/1 505/3 505/18
505/21 506/2 507/16
509/17 512/25 514/7
516/24 517/11 520/25
523/23 524/25 533/8
536/13
**though [1]** 437/25
**thought [6]** 457/15
458/23 487/18 503/20
503/21 515/16
**thousands [1]** 416/10
**three [2]** 441/4 476/20
**through [12]** 394/1
453/8 469/21 472/25
481/18 481/20 483/11
483/13 517/19 529/2
535/18 535/20
**throughout [2]** 395/10
420/25
**ties [1]** 535/6
**tighter [1]** 474/3
**till [1]** 487/3
**time [38]** 394/23 395/9
395/11 395/14 411/20
420/1 430/13 436/15
441/10 447/17 452/13
455/25 456/10 458/12
466/21 468/12 471/21
473/3 481/17 485/11
487/22 491/5 493/17
496/18 496/19 500/6
501/5 505/4 505/7
505/8 507/14 511/5
524/15 526/16 527/19
529/9 534/19 536/14
**times [8]** 404/17
431/19 441/4 444/23
458/18 485/17 499/20
528/25
**titled [1]** 537/4
**today [27]** 393/2
393/15 393/24 394/2
394/13 395/14 397/12
398/22 399/3 399/13
400/9 401/13 417/15
437/19 457/2 459/10
467/9 468/24 480/21
481/4 497/24 500/22
509/22 511/15 522/15
535/21 536/2
**today's [1]** 443/6
**together [2]** 482/16
532/24
**told [7]** 408/23 409/24
416/19 433/13 447/8
460/23 521/23
**too [6]** 396/4 403/6
443/8 446/6 448/4
449/16
**took [1]** 452/16
**total [1]** 517/8
**touch [3]** 394/25

**tough [1]** 411/3
**toured [1]** 492/12
**tourist [1]** 528/25
**tours [3]** 475/23 476/4
528/25
**toward [1]** 399/9
**towards [1]** 427/2
**Towers [1]** 390/17
**town [2]** 405/7 412/25
**track [1]** 507/3
**Trademark [1]** 452/8
**traditional [1]** 443/14
**trafficking [1]** 434/22
**training [4]** 428/6
481/19 482/1 494/19
**transcript [3]** 388/9
391/6 537/3
**transcription [1]** 391/7
**transcripts [3]** 504/24
504/24 505/2
**traumatic [1]** 485/3
**traumatizing [2]** 485/6
485/8
**treat [1]** 522/6
**trial [24]** 397/21 398/6
398/7 400/5 400/15
400/16 400/18 400/20
405/20 405/23 417/19
441/25 452/22 465/8
468/8 470/5 470/16
483/1 483/2 484/13
485/19 491/2 491/4
529/6
**trials [2]** 468/6 510/5
**tried [3]** 449/17 477/13
499/1
**trouble [7]** 406/6 411/9
423/12 423/18 463/2
464/12 507/14
**Troy [1]** 392/10
**true [2]** 395/12 396/3
**Trump [22]** 417/19
418/3 438/9 438/14
439/22 440/19 441/5
441/7 441/11 441/18
442/17 443/15 443/19
445/8 484/7 484/12
484/17 499/9 499/11
499/16 523/8 523/14
**Trump's [1]** 484/20
**truthfulness [1]** 421/7
**try [7]** 395/10 431/16
432/8 444/9 444/15
448/6 524/5
**trying [10]** 448/3
448/10 454/12 460/13
462/17 483/9 492/15
502/7 517/19 530/19
**Tuesday [1]** 536/6
**turn [34]** 397/6 402/9
404/8 408/19 412/16
418/4 418/5 421/23
423/25 428/15 433/11
450/20 451/22 453/3
459/11 460/7 460/25
462/16 468/17 470/23
476/18 489/25 490/21

557

**T**

turn... [11] 491/17
492/14 493/25 500/24
511/17 512/22 519/19
520/19 526/6 528/6
529/12
turned [1] 512/25
turns [1] 531/21
TV [2] 396/19 493/16
tweet [4] 396/6 439/15
439/21 446/20
tweeted [5] 439/14
440/22 441/3 443/2
449/25
tweeting [3] 396/20
396/22 446/14
tweets [3] 397/1 441/6
449/19
twenty [1] 507/21
twice [1] 505/14
Twitter [13] 438/23
438/25 439/1 439/1
439/2 439/3 440/6
446/18 446/19 446/20
446/21 446/22 448/13
Twitters [1] 519/14
two [16] 400/8 401/16
406/12 410/19 427/2
427/10 430/25 443/24
446/13 459/21 482/21
489/8 502/23 508/9
529/16 529/17
Two-percenter [1]
482/21
TX [2] 389/4 389/8
type [9] 423/7 434/22
443/14 443/15 443/19
444/3 469/10 471/5
528/25
typically [1] 445/2

**U**

U.S [9] 388/15 393/14
408/22 428/18 452/8
453/6 460/9 460/12
472/9
U.S. [3] 413/2 413/16
434/16
U.S. Attorney's Office
[3] 413/2 413/16
434/16
Uh [5] 415/7 425/7
450/14 461/14 486/24
Uh-huh [5] 415/7 425/7
450/14 461/14 486/24
ultimate [2] 403/24
470/12
ultimately [5] 486/8
487/5 488/13 525/8
525/9
unavoidable [1]
395/12
uncle [2] 455/21
455/24
uncomfortable [1]
513/9
under [2] 398/11 401/2
underscores [1]

understand [26]
397/10 399/8 410/25
418/18 422/4 428/7
438/1 438/12 438/23
441/25 442/5 442/7
444/8 444/9 444/9
445/5 445/9 448/3
486/13 498/24 509/7
509/14 518/21 523/5
523/17 532/2
understanding [17]
424/13 442/15 447/3
447/5 449/8 481/9
483/5 503/18 504/22
514/21 515/24 516/16
516/19 518/16 519/2
519/6 520/10
Understood [3] 444/17
447/1 499/14
undoubtedly [2]
455/18 464/3
unfair [2] 440/2 445/1
unfortunately [1]
488/4
UNITED [9] 388/1
388/3 388/10 392/5
393/15 411/5 439/20
499/2 523/13
United States [4]
393/15 411/5 499/2
523/13
United States of [1]
392/5
unknown [1] 519/3
unlawful [1] 474/6
unlawfully [1] 412/8
unless [1] 398/24
unlike [2] 400/10
449/13
unlikelihood [1]
535/20
unlikely [6] 407/4
425/5 425/8 453/19
501/9 517/17
unquote [1] 440/19
until [7] 397/2 397/13
399/1 399/11 497/5
498/1 536/6
up [24] 397/11 405/4
408/3 415/23 427/7
443/24 444/19 449/23
450/6 454/19 456/20
458/22 462/6 466/11
481/2 481/4 486/20
487/13 497/19 507/7
522/11 529/21 530/13
535/17
upon [13] 394/14 404/2
404/25 424/7 444/14
445/6 454/17 455/25
464/13 470/3 471/15
516/13 530/18
us [72] 392/22 394/6
401/10 404/14 406/10
406/16 408/23 409/24
410/16 412/14 412/23
414/3 415/14 422/2

430/21 433/14 433/18
435/18 436/11 442/11
450/25 451/24 452/5
452/13 455/10 455/14
457/2 460/23 461/4
462/4 463/16 463/24
468/22 469/7 469/15
471/2 471/16 472/9
473/22 475/1 475/21
476/8 478/6 478/19
480/9 489/16 490/5
491/20 492/10 493/13
494/4 496/16 497/24
502/21 504/13 504/17
506/24 507/19 508/4
508/20 515/8 515/22
516/24 516/24 519/22
528/15 528/22 531/5
532/19
usdoj.gov [2] 388/17
388/18
use [4] 395/21 396/1
441/22 484/2
used [9] 404/19 413/1
431/18 441/22 442/19
452/14 472/11 472/13
494/5
usually [7] 394/4
398/24 440/9 446/24
505/3 526/8 531/22

**V**

vague [1] 424/16
variety [1] 446/23
various [1] 428/24
vehicle [1] 464/25
verdict [1] 395/7
versus [3] 392/6
393/16 518/1
very [30] 396/1 404/18
414/24 415/14 417/9
420/4 428/3 432/2
440/1 440/1 457/2
457/2 458/11 466/19
466/21 469/10 477/5
487/22 497/12 498/17
500/4 511/4 511/5
515/24 524/13 524/14
524/24 530/23 534/2
534/18
Veterans [1] 508/10
victim [7] 414/2 436/9
436/16 456/4 464/20
478/25 524/21
victims [3] 495/19
505/11 521/5
video [1] 477/14
videos [14] 407/24
426/15 427/5 427/7
427/11 427/16 454/13
455/2 462/18 462/25
485/2 492/16 513/22
529/14
view [26] 407/14
408/12 425/13 425/25
427/12 427/16 427/23
428/4 431/16 432/21

461/23 468/13 474/17
474/18 477/2 477/2
501/15 502/3 503/10
514/12 516/13 525/12
530/7
viewed [3] 477/25
493/12 502/20
viewing [4] 403/12
406/9 427/3 493/14
views [28] 403/7 403/9
407/19 410/24 411/13
426/19 427/21 428/1
431/12 432/3 432/15
443/20 444/14 444/15
461/17 461/23 467/20
467/24 469/1 470/7
475/10 486/21 487/3
501/19 501/21 501/24
518/17 520/5
vigilante [1] 516/1
violates [1] 398/5
violence [42] 422/15
423/4 423/7 495/25
violent [2] 443/3 513/1
Virginia [3] 453/6
510/4 510/12
visa [1] 531/21
visit [2] 452/15 532/19
visited [1] 452/13
visits [1] 433/7
volume [1] 454/13
voluntarily [1] 400/9
vote [2] 462/25 487/8
voted [2] 436/5 488/20
voting [4] 404/5 428/12
470/19 527/24
vs [1] 388/5

**W**

Wade [1] 520/2
wait [2] 395/11 489/3
waiting [4] 395/9
395/11 395/14 395/17
walk [1] 398/14
walking [1] 487/14
wanna [1] 442/16
wanna-be [1] 442/16
want [11] 393/18
393/24 441/21 442/13
447/22 447/24 457/6
509/7 515/25 529/6
535/1
wanted [2] 441/17
458/20
was [145] 397/12
403/1 403/2 404/3
413/1 413/15 414/7
414/14 415/23 416/2
416/2 416/4 416/13
418/6 418/6 420/18
420/19 420/21 420/22
420/23 420/24 420/24
422/5 423/5 425/16
426/25 427/14 428/21
428/23 429/7 430/12
431/2 431/3 434/3
435/12 436/14 436/23

446/3 448/3 448/4
449/7 452/3 453/11
453/11 454/23 455/21
455/24 456/17 457/9
458/3 458/24 459/6
460/14 460/17 460/17
460/19 461/11 461/12
462/5 462/7 462/7
462/8 463/24 463/25
465/3 465/4 465/6
465/9 465/18 468/4
468/18 469/11 472/15
474/3 477/16 478/21
479/11 480/11 482/13
482/14 482/21 485/5
485/25 487/6 487/16
488/13 489/7 489/10
490/15 491/8 491/12
491/22 492/11 493/2
493/16 493/18 494/6
494/6 494/11 496/19
496/22 496/25 497/2
497/12 497/13 498/7
499/11 503/22 503/25
505/20 506/4 507/20
508/22 508/22 510/3
510/12 513/3 513/4
513/8 513/18 513/18
515/9 515/10 515/11
515/12 518/5 520/16
521/16 521/21 521/23
521/24 522/8 523/7
524/24 525/5 525/8
525/10 525/12 526/24
527/6 527/10 532/24
Washington [11] 388/5
388/16 390/4 390/9
391/5 396/19 404/17
434/16 436/19 456/15
496/22
wasn't [3] 420/20
436/14 499/4
watch [2] 397/15
392/22 478/9 493/3
502/11 517/1 517/3
watched [16] 406/11
406/12 424/3 424/4
454/24 478/4 478/8
478/10 490/20 493/21
502/22 502/23 513/25
516/25 517/8 517/11
watching [1] 513/4
Watkins [5] 389/14
392/8 392/16 393/17
405/12
way [12] 394/15 403/6
422/10 446/2 446/10
453/8 504/23 507/23
513/14 523/12 525/17
529/2
ways [1] 449/15
we [85] 392/22 392/25
393/2 393/3 393/7
393/18 394/5 394/8
394/8 394/22 394/25
396/11 398/23 398/25
399/1 399/2 399/14

**we... [68]** 399/17 400/8
401/12 401/13 401/15
403/7 403/8 411/4
414/5 417/16 420/14
420/15 421/20 424/22
435/7 436/11 438/19
443/24 448/2 448/7
448/13 448/14 448/14
448/14 448/15 448/16
449/24 450/6 452/15
453/4 456/5 457/3
462/6 462/6 464/21
468/8 472/4 476/21
479/2 480/19 486/12
488/7 489/1 492/11
492/15 495/20 505/12
507/6 508/1 521/6
524/12 524/20 528/17
531/19 531/20 531/22
533/5 533/6 533/17
534/23 535/19 535/20
535/23 536/6 536/12
536/14 536/14 536/16
**we certainly [1]** 417/16
**we will [8]** 394/5 394/8
394/8 394/22 394/25
399/14 443/24 524/20
**we'll [9]** 393/3 393/6
489/2 500/25 525/1
535/2 535/5 535/17
536/16
**we're [9]** 393/1 393/4
409/13 462/10 488/3
513/10 531/19 534/25
535/4
**we've [7]** 399/4 421/5
438/19 449/3 467/20
531/2 535/17
**weapons [1]** 405/6
**wear [1]** 400/12
**wearing [1]** 400/3
**week [1]** 518/4
**weeks [1]** 394/10
**weigh [1]** 422/23
**weighing [1]** 403/13
**weight [10]** 415/4
432/24 437/9 464/10
479/19 479/19 495/13
506/14 532/11 536/16
**welcome [2]** 393/3
500/1
**well [32]** 400/8 401/11
404/16 404/24 411/8
414/17 416/14 416/19
418/1 421/14 421/15
425/5 437/25 438/12
438/23 440/12 446/13
448/17 467/3 468/20
474/15 476/16 489/15
496/18 496/18 497/22
508/1 510/11 515/8
523/18 526/15 531/16
**well-being [1]** 476/16
**went [12]** 423/6 431/8
445/20 446/3 452/15
461/10 471/10 481/17
510/11 515/16 515/17

**were [108]** 402/15
404/1 404/3 404/10
405/6 407/12 407/13
407/23 408/23 409/2
409/4 411/20 412/9
414/24 417/18 417/19
418/7 420/13 422/8
422/9 422/10 422/10
422/13 422/21 424/8
425/11 426/13 427/16
428/9 428/10 429/21
431/10 431/12 435/15
438/8 441/4 441/7
444/14 446/3 449/19
451/3 453/1 457/15
461/16 462/14 462/17
464/8 465/8 467/13
468/2 470/16 471/15
474/4 474/16 474/19
474/20 474/21 475/9
475/15 475/19 476/2
476/12 476/25 477/5
480/22 481/25 482/19
483/2 484/12 484/17
486/14 486/25 487/1
487/5 487/15 490/6
491/13 492/15 493/3
493/16 498/8 498/9
499/9 499/9 501/14
502/2 505/2 507/16
507/16 508/9 508/20
510/4 511/19 511/20
512/1 512/2 512/13
512/16 512/20 513/22
516/11 517/3 520/3
522/5 522/6 524/3
527/22 532/9
**weren't [1]** 510/5
**what [154]**
**what's [4]** 411/16
499/16 504/19 522/17
**whatever [11]** 395/19
426/20 433/6 449/22
452/24 462/24 470/12
480/23 503/7 514/9
518/10
**whatsoever [1]** 499/22
**when [27]** 394/4
397/13 399/1 411/20
413/15 416/6 422/7
439/25 443/12 448/15
448/16 462/7 469/14
480/10 488/13 490/6
490/8 490/20 492/11
505/3 508/20 512/8
514/24 529/20 531/20
532/23 536/16
**where [17]** 393/3
394/19 401/9 418/12
434/13 439/6 439/15
445/20 459/6 480/19
490/19 498/25 499/1
510/9 512/12 516/6
522/16
**whether [69]** 394/7
404/11 405/21 407/9
407/11 408/21 409/22

420/22 420/23 420/23
421/25 424/1 424/8
428/16 430/7 430/19
433/2 433/12 436/8
444/4 449/20 450/23
451/22 452/11 455/8
460/8 462/2 463/5
464/18 465/5 465/9
467/15 468/20 469/22
472/7 473/21 474/24
475/19 476/6 480/7
486/22 488/14 491/19
492/8 501/1 502/19
504/11 506/19 508/18
515/3 515/8 515/8
515/10 515/20 517/12
519/11 519/20 520/20
520/22 521/4 525/4
525/9 530/11 530/20
535/11 536/9
**which [30]** 397/21
397/21 398/6 406/8
408/9 420/20 422/16
429/15 433/14 434/18
443/3 449/25 452/1
460/14 461/1 468/18
469/3 469/20 477/18
482/25 488/21 489/10
503/2 504/17 504/23
510/3 515/3 516/22
519/10 535/18
**while [13]** 395/17
395/24 395/24 396/1
397/7 400/3 421/20
428/23 438/20 448/12
448/13 459/23 529/25
**white [3]** 434/5 434/9
445/16
**white-collar [3]** 434/5
434/9 445/16
**who [106]** 394/1
395/13 395/15 396/20
396/24 398/4 399/8
399/9 400/6 400/7
400/12 401/6 401/10
401/16 401/23 402/15
402/23 403/11 405/11
407/8 407/8 408/1
408/3 408/24 417/18
421/6 424/23 424/24
426/17 426/19 428/17
428/18 428/24 429/4
429/10 429/16 429/24
430/14 433/13 433/15
433/23 434/8 434/10
434/25 435/9 435/15
438/2 438/14 439/14
440/19 440/23 443/2
445/3 449/14 449/14
449/25 451/15 451/24
453/6 454/15 455/18
457/14 462/20 463/7
463/8 463/9 464/15
473/10 473/17 475/4
477/16 477/17 479/3
479/10 483/2 484/1
484/12 484/16 488/24

494/25 499/16 499/18
499/19 501/2 501/21
502/9 502/11 506/6
508/13 513/18 517/21
517/23 519/11 520/16
520/24 523/12 523/23
523/23 525/17 526/20
527/3 530/2 531/1
**who's [9]** 429/3 436/9
453/5 463/19 477/17
486/2 507/10 528/8
536/4
**who've [9]** 408/22
428/17 430/9 461/5
478/18 494/1 495/18
496/13 505/11
**Whoa [1]** 457/18
**whole [1]** 534/15
**whom [1]** 531/17
**whose [2]** 424/23
476/20
**why [20]** 394/13
395/16 399/8 400/8
414/3 439/13 439/21
444/24 448/3 458/23
473/22 482/12 485/21
489/1 489/10 499/22
510/15 515/15 518/21
534/11
**Wickham [1]** 453/22
**wide [2]** 446/23 448/25
**wife [4]** 430/24 431/7
459/23 476/10
**WiFi [1]** 395/20
**Wikipedia [1]** 417/5
**will [94]** 393/5 394/2
394/3 394/3 394/5
394/8 394/8 394/13
394/15 394/18 394/19
394/20 394/22 394/25
395/6 395/6 395/8
395/9 395/10 395/11
395/12 395/13 395/20
395/22 396/3 397/19
397/21 397/22 397/23
398/22 399/5 399/5
399/8 399/14 399/15
399/25 400/5 400/6
400/19 401/5 401/5
401/7 401/9 401/10
401/11 401/17 407/3
407/4 407/11 420/2
423/22 425/4 425/9
428/4 431/16 433/4
438/7 443/24 447/17
447/18 449/3 450/3
453/1 454/20 458/22
464/9 466/22 471/7
483/1 487/12 487/23
494/25 499/8 500/7
501/8 501/9 506/6
508/24 511/6 513/15
514/1 514/24 517/17
518/3 518/17 520/8
520/11 524/15 524/17
524/20 534/20 535/19
536/5 536/13

**William [4]** 390/16
391/2 537/2 537/8
**wish [1]** 395/4 395/18
402/7 421/16
**within [4]** 430/23
443/11 497/7 519/20
**without [2]** 403/9
426/4
**witness [10]** 407/15
437/8 453/17 466/6
480/2 502/4 506/19
517/17 524/18 525/5
**witnesses [5]** 400/7
407/1 424/24 501/3
501/8
**Women's [1]** 410/18
**won't [1]** 524/23
**wondering [1]** 530/20
**Woodward [3]** 390/2
390/3 392/13
**word [5]** 419/6 420/12
441/22 510/20 524/5
**words [8]** 417/24
432/12 432/15 441/15
441/19 442/10 457/14
530/21
**work [47]** 394/16
402/12 402/24 404/19
409/1 411/21 411/23
411/24 413/1 413/12
413/14 418/12 418/15
418/23 429/16 430/14
430/16 433/13 433/19
434/5 434/25 445/16
445/19 452/9 459/23
460/3 463/11 464/4
466/17 481/12 494/5
494/9 494/10 505/7
507/2 508/15 510/4
522/17 522/18 522/21
528/12 528/17 531/8
531/8 531/19 533/5
533/6
**worked [19]** 402/11
402/23 411/19 412/21
413/7 428/17 430/9
452/7 455/9 473/10
475/24 478/18 481/14
494/2 504/12 508/10
516/17 516/18 532/21
**working [4]** 403/3
462/8 463/6 520/17
**works [7]** 429/4 429/24
435/9 448/13 459/15
508/13 528/15
**workweek [1]** 505/3
**world [2]** 443/4 448/8
**worrisome [1]** 462/7
**worry [1]** 536/14
**would [245]**
**wouldn't [8]** 426/24
440/3 440/8 485/7
515/16 517/8 520/9
525/6
**wrap [1]** 443/24
**wrong [3]** 403/1
445/21 447/11
**wrote [2]** 526/7 529/15

**Y**

**yeah [54]** 406/15 407/9
408/6 413/4 413/5
413/17 414/13 415/1
422/12 428/20 430/12
431/23 432/5 435/20
436/13 436/20 439/1
452/3 452/14 452/21
453/9 453/11 453/18
454/2 455/13 456/14
462/5 473/12 480/5
483/22 485/8 512/11
512/21 513/7 513/12
513/24 514/1 515/1
515/11 515/23 516/18
517/1 517/25 518/6
518/19 519/24 520/8
520/23 521/22 521/24
523/25 530/9 531/7
534/15

**year [5]** 409/13 427/2
443/2 510/2 513/10

**years [24]** 402/12
410/16 414/8 427/2
430/20 430/24 431/2
436/24 441/3 452/20
459/21 461/4 461/7
474/25 481/15 495/6
497/1 507/21 510/3
510/8 519/21 523/2
526/25 532/24

**Yep [3]** 512/18 529/11
531/3

**yes [136]** 402/5 402/17
403/22 404/13 406/4
407/16 407/22 408/14
409/5 409/12 410/1
410/17 411/17 412/15
412/19 414/4 415/7
415/9 415/11 416/20
416/24 418/7 418/20
420/6 421/18 421/24
423/1 423/9 429/5
429/13 430/23 433/1
434/1 434/7 434/12
436/23 437/21 438/4
440/17 440/25 441/7
442/8 442/9 442/22
443/22 444/20 445/10
445/14 445/18 446/7
446/11 447/7 456/8
459/17 460/12 460/20
463/23 466/7 466/8
467/6 468/18 468/21
468/23 470/1 471/19
472/20 473/23 476/5
477/12 478/3 479/6
479/9 479/22 480/10
481/1 481/21 481/24
483/19 483/23 483/25
484/4 484/18 486/1
487/4 487/10 487/19
489/20 490/10 492/3
496/10 496/11 498/2
498/16 500/20 502/5
502/18 502/21 503/9
503/12 505/13 505/17
505/19 505/25 506/3

**your [282]**
**Your Honor [26]** 392/4
401/22 417/11 419/9
435/24 444/18 444/20
448/19 456/22 458/7
458/9 466/25 472/1
485/10 486/18 488/2
489/11 500/4 500/12
511/3 511/8 524/9
524/12 524/17 525/21
534/23

**yours [4]** 429/4 429/10
431/12 463/8

**yourself [13]** 393/19
408/1 426/17 446/14
454/15 462/3 462/20
477/16 484/24 492/20
502/9 517/21 520/14

**yourselves [2]** 395/19
400/7

**Z**

**Zaremba [3]** 391/2
537/2 537/8

**Zsuzsa [1]** 390/6

509/3 509/6 509/10
510/23 511/13 514/15
515/6 515/9 515/12
516/15 518/13 519/10
520/13 521/8 521/15
522/10 522/21 523/9
524/1 524/7 526/9
526/21 527/1 528/11
528/23 529/5 529/16
529/18 532/13

**yesterday [3]** 393/5
393/6 401/23

**York [1]** 404/16

**you [1097]**

**you understand [3]**
428/7 441/25 509/7

**you'd [11]** 402/8 414/5
435/16 436/10 440/18
450/15 452/11 479/1
480/20 497/25 498/14

**you'll [10]** 407/1
410/22 415/2 437/7
444/9 453/19 476/18
479/17 495/11 506/12

**you're [34]** 406/1
410/22 411/19 416/22
418/18 426/20 428/6
432/12 432/16 433/14
437/20 438/6 442/8
443/13 443/19 444/12
445/5 446/17 448/10
450/13 455/12 455/17
456/7 459/7 471/7
471/10 477/2 489/19
500/1 504/3 519/15
526/7 529/24 530/1

**you've [90]** 402/18
404/25 405/1 405/19
405/20 406/3 408/10
408/23 409/24 410/6
411/18 411/19 412/14
413/11 415/20 416/1
416/11 416/22 416/25
417/6 422/9 422/20
424/1 425/23 426/14
426/15 428/6 430/9
431/18 432/22 433/2
433/7 433/12 433/13
437/2 440/13 440/22
446/5 447/25 450/23
451/6 451/14 453/7
454/13 457/5 457/15
459/14 462/18 462/24
463/2 463/6 468/12
468/22 469/5 469/21
472/3 473/2 473/4
473/9 473/15 475/19
477/10 477/14 477/20
478/4 478/6 483/18
490/25 491/4 492/16
493/7 493/14 498/14
503/14 506/19 506/24
508/2 508/18 509/4
509/5 509/24 515/20
517/15 517/20 518/23
520/12 520/22 529/4
529/7 530/19

young [6] 486/10