IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR No. 22-15 |
| | ) | Washington, D.C. |
| vs. | ) | October 11, 2022 |
| | ) | 9:00 a.m. |
| ELMER STEWART RHODES III, ET AL., | ) | |
| | ) | Day 8 |
| Defendants. | ) | Morning Session |
| _____ | ) | |

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:             Kathryn L. Rakoczy
                                Jeffrey S. Nestler
                                Alexandra Hughes
                                Louis Manzo
                                Troy Edwards
                                U.S. ATTORNEY'S OFFICE
                                601 D Street, NW
                                Washington, D.C. 20579
                                (202) 252-7277
                                Email:
                                kathryn.rakoczy@usdoj.gov
                                Email:
                                jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

                                    Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|

GOVERNMENT'S:

| | | | | |
|-----------|--------|-------|----------|---------|
| SA BYRON CODY | | 2300 | 2362 | |
| SA BYRON CODY | | 2312 | | |
| SA BYRON CODY | | 2331 | | |
| SA JUSTIN ELLER | 2375 | | | |

- - -

EXHIBIT INDEX

- - -

| DEFENDANT'S | IDENTIFIED | ADMITTED |
|-------------|------------|----------|
| WATKINS 1 | | 2319 |

- - -

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 1.S.696.15219 | | 2365 |
| 6825.1 | | 2382 |
| 6825A | | 2386 |
| 6825B | | 2387 |
| 6525.2 | | 2390 |
| 6825.3 | | 2393 |
| 6825.4 | | 2399 |
| 6825.5 | | 2401 |
| 6825.6 | | 2407 |
| 6825.6 | | 2408 |
| 6825C | | 2410 |
| 6825.7 | | 2412 |
| 6825.9 | | 2415 |
| 6825.10 | | 2417 |

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  All rise.  The Honorable
3   Amit P. Mehta presiding.
4            THE COURT:  Please be seated, everyone.
5            MR. CRISP:  I would like a sidebar.
6            THE COURT:  With all counsel?
7            MR. CRISP:  It can be with all counsel.  I think
8   I told JC what the discussion was.  I mentioned it to
9   Mr. Nestler.
10           THE COURT:  Okay.
11           Your clients are not here, so we can wait.
12  I thought it was just you.  I thought maybe we could take
13  care of it if it was just you.
14           MR. CRISP:  It was an evidentiary issue.
15           (Pause)
16           COURTROOM DEPUTY:  Good morning, Your Honor.
17  This is Criminal Case No. 22-15, the United States of
18  America versus Defendant No. 1, Elmer Stewart Rhodes III;
19  Defendant 2, Kelly Meggs; Defendant 3 --
20           THE COURT:  I don't have a gavel, so we'll get
21  started, everyone.
22           COURTROOM DEPUTY:  Good morning, Your Honor.
23           This is Criminal Case No. 22-15, the
24  United States of America versus Defendant No. 1,
25  Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;
```

```
 1   Defendant 3, Kenneth Harrelson; Defendant 4,
 2   Jessica Watkins; and Defendant 10, Thomas Edward Caldwell.
 3            Kathryn Rakoczy, Jeffrey Nestler,
 4   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
 5   government.
 6            Phillip Linder, James Lee Bright, and
 7   Edward Tarpley for Defendant Rhodes.
 8            Stanley Woodward and Juli Haller for
 9   Defendant Meggs.
10            Bradford Geyer for Defendant Harrelson.
11            Jonathan Crisp for Defendant Watkins.
12            And David Fischer for Defendant Caldwell.
13            All named defendants are present in the courtroom
14   for these proceedings.
15            THE COURT:  Okay.  Good morning, everyone.  I hope
16   everybody had a nice weekend.  It's good to see you all.
17            All right.  So let's try and address in the time
18   before our jury comes in a couple of the matters that were
19   sort of left open at the end of last week.  First concerns
20   evidence that the defense intends to present on rule of
21   completeness grounds.  Do we have anything to talk about on
22   that, or are the parties in agreement in terms of what the
23   defense is going to present?
24            MS. RAKOCZY:  Your Honor, the government received
25   from Mr. Crisp this morning the messages that I think he
```

1    intends to introduce under Rule 106 with Special Agent Cody.

2    We have had a chance now to review those, and I think there

3    is an objection from the government.

4            The government moved in, and so we're dealing

5    primarily or exclusively with messages from the

6    "D.C. Op Jan. 6" chat.  And the Court may recall on Friday

7    through the direct examination of the Special Agent, the

8    government moved in maybe ten messages, not many messages,

9    from that chat from late December and I think a couple of

10   from early January that dealt primarily with Mr. Rhodes

11   stating the purpose for the chat.  He stated that he was

12   adding leaders.  He described who those leaders were.  And

13   then I think there were two messages at the end where he

14   discussed having hotel rooms available.

15           I think there's maybe 50 or 60 messages that the

16   defense seeks to elicit from that same thread now on

17   redirect.  There's a bunch that have to do with discussions

18   of bringing medics for the operation.  There are some that

19   have to do with then individual team leaders, like

20   Ms. Watkins sort of discussing how many people they were

21   bringing.

22           And I think the government's position is that

23   under Rule 106, the purpose of that rule is to allow the

24   defense or the opposing party on cross to introduce messages

25   that, I think the rule says, ought to be considered

 1  contemporaneously in fairness, because, otherwise, the jury

 2  would be left with a misimpression.

 3          So from the government's perspective those

 4  messages just do not meet head on what was discussed in

 5  direct.

 6          In direct, it was messages that essentially

 7  stated, This is the chat for leadership.  Here are the

 8  leaders.  By the way, I have hotel rooms.

 9          And I don't think conversations about whether

10  we're bringing medics or what we need to be prepared for,

11  whether we're doing protective security details -- those are

12  all messages that I have no doubt will become relevant at

13  some point, perhaps with a different witness or perhaps will

14  be something that the defense will try to seek to present in

15  their own case-in-chief with or without the testimony of

16  their clients.  But at this moment in time, they do not seem

17  directly pertinent under Rule 106.

18          THE COURT:  Okay.

19          MR. CRISP:  Your Honor, what I attempted to do was

20  pull those that are immediately precedent to the relevant

21  texts for the "D.C. Op Jan. 6, '21".  There are probably 20

22  or 30, but they're in a roughly -- should be a 10- to

23  20-minute window -- so as it pertains to the medic

24  references, that was immediately prior to, I think,

25  Ms. Watkins' joining.  And it gives context to her role in

1   this process in terms of they're referencing her as a medic,

2   the number of medics that are going to be here, because

3   there's a discussion of bringing people in.

4           So the government put in, I think -- and I can

5   certainly go by the exhibit if it would help Your Honor to

6   orient you to some of these that who's joining the team,

7   who's doing what and why are these people brought in,

8   without the context of, we have Wyoming coming in; we have

9   Texas coming in.  The people that are coming in, in this

10  context are the medics.

11          And then you have the subsequent discussion about

12  what we're doing.  It's obviously going to the effect on the

13  listener in terms of, okay, they put in a text or a Signal

14  chat that talks about Stewart Rhodes saying, This is what

15  people are going to be doing, and I want people operating as

16  independent teams.  But the preceding texts to that give

17  color in terms of, again, you're going to -- they're going

18  to be medics; they're also going to be operating as

19  independent teams for the purpose of doing it PSDs.

20  So I think it explains that, if that makes sense.

21  Your Honor.

22          THE COURT:  So, I mean, just give me a sense of --

23          MR. CRISP:  Sure.

24          THE COURT:  -- the sort of the temporal

25  relationship between the --

1           MR. CRISP:  May I grab my laptop?

2           THE COURT:  Of course.

3           -- the Signal messages you want to include and

4    those that the government introduced.

5           MR. CRISP:  So the first one that we're

6    discussing, the government had marked as 1.S.159.65.  That,

7    I believe, was the first reference to the

8    "D.C. Op Jan. 6, '21" within Exhibit 6701.

9           THE COURT:  Right.

10          MS. RAKOCZY:  That's correct.

11          MR. CRISP:  So --

12          THE COURT:  Is this the one at 7:55 p.m.?

13   I didn't write all of them down, but --

14          MR. CRISP:  I'm sorry.  What time did you say,

15   Your Honor?  6:47 -- well, right, it would have been -- what

16   time did you have?

17          THE COURT:  I'm just looking at 7:55 p.m.

18          MR. CRISP:  Correct.

19          I apologize because I don't want to confuse the

20   Court, but I'm going to have to lay the groundwork on this,

21   too.

22          My PowerPoint, for whatever reason, when it copied

23   it from the Excel spreadsheet, put it in the original UTC,

24   which is Coordinated Universal Time.  So it's six hours

25   ahead, I believe.  So I have to add six hours -- subtract

1    six hours from the time that I have.

2             So you have on --

3             THE COURT:  So the first texts from -- just these

4    are my notes.  They're not --

5             MR. CRISP:  "Added Don Siekerman, who's been

6    because of our team leaders in the past op."

7             And then immediately prior to that, you have,

8    "Do we have other medics coming?  Other people saying I was

9    a paramedic for 15 years."

10            So it gives context to who's being added and why,

11   because, again, if you just have this in a vacuum, the jury

12   may not understand what the role of these people is.  So I

13   think it gives context to that.  So I have one, two --

14            THE COURT:  Can I look at your -- maybe it's just

15   easiest if I look at the slides.

16            MR. CRISP:  Sure.

17            THE COURT:  They have got the time stamp on them.

18            MR. CRISP:  May I approach, Your Honor?

19            (Pause)

20            THE COURT:  So just to be clear, Mr. Crisp, you've

21   got -- these first messages are all dated December 31st,

22   2020, 12:47 a.m.  That's really --

23            MR. CRISP:  6:47.

24            THE COURT:  -- December 30th, 2020, at 7:47 a.m.?

25   It's a five-hour --

```
 1              MR. CRISP:  It would be six because it was based
 2    off of where Mr. Rhodes was.  So it would be six hours for
 3    Central Time.
 4              THE COURT:  Okay.
 5              So this is an hour ahead of when the government --
 6              MR. CRISP:  What I believe the government did is
 7    made it five hours.  So from the standpoint of -- this is
 8    why I hated having the universal -- but they put it in where
 9    Ms. Watkins -- the time that Ms. Watkins was residing.  So
10    that would have been Eastern Time.  So that would have been
11    UTC minus five.
12              THE COURT:  Okay.
13              MR. CRISP:  So to the extent there's some
14    confusion, it would have been 7:47 time frame.
15              So I can reference it however --
16              THE COURT:  But bottom line is, this is within
17    ten minutes of the first text message or the first --
18              MR. CRISP:  Right.
19              THE COURT:  -- Signal chat that the government
20    introduced at 5:55 p.m.
21              MR. CRISP:  The first set, yes.  I think there's
22    four to five that I'm trying to introduce the rule of
23    completeness regarding the "D.C. Op Jan. 6 '21."
24              (Pause)
25              THE COURT:  So 1.S.159.108, that is --
```

1    1.S.159.108, which one is that?

2              MR. CRISP:  Which slide is it?  Which slide number

3    at the bottom?

4              THE COURT:  I'm just looking at Slide 27.  It

5    says, "Between the previous slide showing Government's

6    Exhibit 1.S.159.108 and the next Government

7    Exhibit 1.S.159.225, there are approximately 120 messages.

8    The following are 15 additional slides."

9              MS. RAKOCZY:  I think, Your Honor, Mr. Crisp, was

10   trying to reference the government's exhibit to try to

11   give -- sort of say how many messages were before and after

12   a message in the government's exhibit.

13             So in the government's exhibit in the compilation

14   that is 6701, somewhere around page 41 of that exhibit, we

15   cited that message.  And that's from December 30th at

16   8:31 p.m.  Mr. Rhodes says, "This is the D.C. op thread for

17   all leadership coming in from multiple states and together

18   with the overall D.C. op leadership."

19             THE COURT:  And then what's the next one, the

20   1.S.159.225?

21             MS. RAKOCZY:  That's the next message that the

22   government introduced after that, and that's from

23   December 31st at 5:10 p.m.  Mr. Rhodes says, "Added some of

24   the NC leaders and experienced prior op veterans from NC."

25             So, I mean, to be clear, the government does not

1    object -- I think it's clear from the government's exhibit

2    numbering that there are messages in between.  And we don't

3    oppose Mr. Crisp bringing that fact out.  We're just not

4    sure all the messages in between are directly responsive

5    under Rule 106 in terms of the topic that's being addressed.

6        THE COURT:  So just as I'm going through this,

7    Mr. Crisp's slide deck, what's marked the first set starting

8    at Slide 3, up through that last slide in that series, which

9    is Slide 26, I think all of those can come in under Rule 106

10   for context and to complete what the topic was the

11   government had introduced.  Those slides all sort of concern

12   leadership and organization.

13       Slides 28 through 32 can come in as going to the

14   rule of completeness as it relates to who's being added to

15   the Signal chat and why.

16       MR. CRISP:  Your Honor, if I can jump in real

17   quick, I do think Slide 33 immediately follows, because

18   that's Mr. Siekerman responding to Jess only a minute later.

19       THE COURT:  So let me just -- so Slides 33

20   through 42, and maybe 33 is an exception.  But certainly the

21   remaining slides are -- I don't think would meet 106

22   purposes.  I mean, these really are more-detailed messages

23   concerning past activities and details concerning requests

24   that were made for personal security detail by various

25   individuals.  And that really was not the subject of what

1  the government brought in.

2          I'm not saying they're not admissible at some

3  other point in time or in some other format.  But I don't

4  think, at least insofar as this witness goes and for

5  purposes of rule of completeness, that 33 through 42 come

6  in.

7          Mr. Crisp, I don't know if you've -- I can give

8  you 33 if that's a --

9          MR. CRISP:  I mean, I wouldn't say it's a huge

10 sticking point based on the Court's ruling.

11         I did -- I understand, and I'm not going to

12 belabor the point.  Just from an appellate standpoint,

13 I wanted to be clear.

14         I believe it's relevant because it provides

15 context for the effect on listeners as to why the

16 individuals would be joining and what the intent was.  So

17 that would be my argument as to why I believe, at this

18 juncture, they should come in.

19         THE COURT:  Okay.

20         Well, as I said, I mean, the government, at least

21 based on my notes, this was largely about who was entering

22 and when Mr. Rhodes was entering -- and adding these folks.

23 And all the details in between about the purposes of the

24 operation, who's making requests, I think, are a little far

25 afield.

1            Now, as I said, I'm not saying that they can't

2    come in at some other point or for some other purpose.

3            MR. CRISP:  Okay.

4            So may I have 34 to 42 excised and keep 33?

5            THE COURT:  Correct.  That's fine.

6            MR. CRISP:  Okay.

7            (Pause)

8            THE COURT:  So 46 through 53, I think, are fine,

9    as they're just showing additional people being brought in.

10           What about 54, which, Where in D.C. do we think

11   we will spend most of our time?  I want to print off a map

12   and laminate -- is Capitol, I'm guessing.  And then there's

13   a map that Ms. Watkins posts immediately after that.  This

14   is the Antifa, BLM zone.

15           MR. CRISP:  Your Honor, just so I'm clear, what

16   are you saying in reference to that section of slides?

17           THE COURT:  I'm just -- I'm sort of flipping

18   through 54 --

19           MR. CRISP:  You haven't made any ruling yet.

20           THE COURT:  54 through -- okay.  So 54 through 70

21   are -- sort of seem to me are the same ilk.  Again, these

22   are -- at least largely seem to be aimed toward protective

23   security detail and logistics, as opposed to when folks are

24   being added and why.

25           And, Mr. Crisp, unless you have a different

```
 1    response, I'm inclined to not permit those in on 106 grounds
 2    but, again, without prejudice to having them admitted at
 3    some other point.
 4              MR. CRISP:  Same argument as before, but no,
 5    Your Honor.  Thank you.
 6              THE COURT:  Okay.  So those will be excluded at
 7    least on 106 grounds at this point.
 8              71 can come in, as I think that was -- that's the
 9    one immediately prior to the one the government is
10    admitting.
11              MR. CRISP:  71, 72 were both Government's Exhibits
12    already entered.
13              THE COURT:  Okay.
14              MR. CRISP:  And then 74 following will be within
15    the same time frame.
16              THE COURT:  So 74 through 78, certainly, I think,
17    are of the same genre, if you will, of texts that are aimed
18    at identifying who's joining the chat and when.
19              79, I'm not quite sure.
20              80 concerns maps of the stage areas.  Presumably
21    this is referring to the rally stage.
22              MR. CRISP:  Up through 82, you're going to have
23    the same.
24              So, again, my argument is, why are they coming in?
25    You were bringing these people in for what end, and it's
```

```
1    literally within two to three minutes, certainly up through
2    Slide 82.  So from that standpoint, it describes, again, the
3    purpose.
4           Because if we're giving context, and that's the
5    purpose of 106, I believe the intent behind 106 is to say,
6    not just they're in but why are they in.  And certainly
7    something within a less than five-minute window.
8           THE COURT:  The problem is, I mean, I'm not -- I
9    don't want to quibble with you, but it doesn't seem to me
10   that 79, 80 and 81 and 82 really explain why anyone is in.
11   They're more -- you know, 78 says, We added Pastor Bill
12   Cook, who's an Oath Keepers patriot pastor.  79 is Stephen,
13   please tell us what you know about which even will be where.
14   I don't know what that means.  We're still unclear.
15          80 is, There's a map that we could use of the
16   area, stages, times that would really assist our folks,
17   especially if we needed to respond in an emergency.
18          81 is just a schedule for the Save our Republic
19   rally.
20          82 is a map of the District and restricted
21   vehicular traffic, I mean.
22          MR. CRISP:  So 79 refers back to 77 because you
23   have Stephen being introduced on 77.
24          THE COURT:  Okay.
25          MR. CRISP:  So when -- 79 is, Hey, Stephen.
```

```
1              THE COURT:  Okay.

2              MR. CRISP:  Does that make sense?

3              THE COURT:  Sure.

4              MR. CRISP:  Okay.  So there --

5              THE COURT:  And then how do we deal with 80, 81.

6    Those are all, it seems to me, less about -- they don't seem

7    to go to who's actually being added and why.

8              MR. CRISP:  Well, if you look underneath on 81,

9    that's actually Stephen responding to Rhodes' request, like,

10   Is there a map, Yes, here it is.

11             THE COURT:  Right, but, again, that seems to me a

12   separate issue of -- separate.

13             MR. CRISP:  If it were longer than a five-minute

14   span, I would maybe agree with Your Honor.

15             THE COURT:  Okay.  All right.

16             MR. CRISP:  But --

17             THE COURT:  I'm not going to fight over this.

18             MR. CRISP:  Can I go back over with you which ones

19   we're excising because I don't want to mix up because I

20   started pulling them out.

21             THE COURT:  You assume I wrote down everything,

22   but yeah.

23             MR. CRISP:  Well, I have, Your Honor, and,

24   government, correct me if I'm wrong, please, I had 34

25   through 44 or 45.
```

1           MS. RAKOCZY:  45.

2           MR. CRISP:  45 is gone.  And then 54 through 70 is

3    also gone.

4           And then I believe that was it.

5           MS. RAKOCZY:  And then the ending ones, I thought

6    we were just saying the 80s.

7           THE COURT:  Yeah, I'll let those in.

8           All right.  So is that all we need to then deal

9    with in terms of this?

10          What about the video?  You all had said that you

11   were thinking about showing either all 40 minutes or

12   something, hopefully, that would have been shorter.

13          This is the video of Mr. Rhodes at the event on

14   the Mall in December, I believe, of 2020.

15          MR. CRISP:  We're going to defer on that, Judge.

16   We don't intend to do that at this time.  So we will wait

17   until we have -- I'm sorry.  We'll wait until we have a more

18   appropriate time for that.

19          THE COURT:  Okay.

20          And then, I don't know whether we need to deal

21   with this now, but then there's the attorney-client matter

22   which, I don't know whether that's going to require a longer

23   discussion or where we stand on that.

24          MR. LINDER:  Good morning, Your Honor.

25          THE COURT:  Good morning.

1          MR. LINDER:  The government got me the hard drive
2  information that we needed.  We were hoping to get it
3  Saturday, we got it yesterday afternoon.  Nestler was able
4  to track it down.
5          Last night, they filed -- about 9:30, they filed a
6  brief, which I haven't had a chance to respond to yet.
7  I can respond tonight.
8          The extraction that we got is 1500 pages.  The
9  format, it's going to be a little bit difficult to go
10  through, and I just got it yesterday.
11          THE COURT:  Well, what's the hard drive?
12          MR. LINDER:  Well, it's not a hard drive.  They
13  put the phone calls that the filter team flagged, which is
14  450-ish messages.
15          THE COURT:  Sorry, phone calls or text --
16          MR. LINDER:  Text messages, off Stewart Rhodes'
17  phone.  The filter team flagged those.  They've now been
18  sent to us.  We got them yesterday, but in the format
19  they're in, it's about 1500 pages.  So we're going to need
20  time to go through that or get it in a different format.
21          I can get a brief, a response to their brief done
22  in a day or two, and we can go through these as much as and
23  as fast as we can.
24          We were hoping to get them on Saturday and have
25  the weekend to go through them, but we didn't get them until

```
 1   yesterday afternoon, so we still need a little bit more
 2   time.
 3              THE COURT:  Okay.  I mean --
 4              MR. EDWARDS:  Can I be heard, Your Honor?
 5              THE COURT:  Sure.
 6              MR. EDWARDS:  These messages are messages that
 7   Mr. Linder, defense counsel, should have had already.  We
 8   had provided these earlier.  These came from the Rhodes
 9   phone.
10              What this would benefit for defense counsel is
11   just highlighting particular messages out of what they
12   already had that may have been filtered out.  So we just
13   want to make the record clear this either -- that they had
14   these messages already.
15              THE COURT:  Right.  These are messages that were
16   filtered or not filtered?
17              MR. EDWARDS:  These were messages that were
18   filtered from Mr. Rhodes' phone.
19              THE COURT:  And so the government has not seen
20   them, the prosecution team has not seen them, right?
21              MR. EDWARDS:  Correct.  I just want to make sure
22   our whole team does.
23              THE COURT:  All right.
24              MR. LINDER:  I mean, there's a potential issue.
25   We don't need to discuss it now, but if the prosecution has
```

```
 1    seen these messages from other people's phones, if other
 2    people were included on them, and the Court's aware of some
 3    of the messages that have four people on them.  But they
 4    have not seen the ones that were taken from Stewart's phone
 5    or Ms. SoRelle's phone.
 6                THE COURT:  Okay.  So --
 7                MR. EDWARDS:  We would just note, Your Honor, I
 8    totally understand we filed that on the later end last
 9    night.  We think this is an issue that is particularly
10    close, so we understand Mr. Linder's concern here in terms
11    of wanting to look at the messages that have been
12    highlighted.
13                But, you know, we don't see this as a particularly
14    close legal issue without even diving into some of the
15    context of these messages.  We understand the defense wants
16    to try to make a wise decision ahead of time to determine
17    whether or not they want to waive the privilege, if it
18    exists, which we don't think it's close that it does exist.
19                THE COURT:  Right.
20                Well, look, I think the question is whether the
21    government -- and not that this is necessarily -- will drive
22    the decision or the timing of it, but you've identified one
23    message that you would like to use in your case.  Are there
24    more that you are aware of that you believe sort of fall on
25    the other side of any claimed attorney-client privilege
```

1    line, and if there are, when would you intend to --

2              MR. LINDER:  I hope they're not aware --

3              THE COURT:  I'm sorry?

4              MR. LINDER:  I hope they're not aware of any other

5    messages.  I hope --

6              THE COURT:  Look, I don't know how they became

7    aware of the one.  I think I was told that the filter team

8    had done another review and thought that this wasn't on the

9    side.  So I don't know whether there are messages they've

10   received that they'd like to introduce at some point.

11             MR. EDWARDS:  So apart from the December 29th

12   messages we kind of discussed or the late December messages

13   on Friday.

14             THE COURT:  Okay.  So -- all right.

15             So we're not talking about a large volume.  If we

16   were to postpone the government's introduction of those

17   pending the outcome of what Mr. Linder would like to review

18   and respond, does that present a problem, an intractable

19   problem?

20             MR. EDWARDS:  No.  I think what we had anticipated

21   was resolving the issue so we could re-open direct this

22   morning before they continue to cross, because we had tabled

23   the issue of those two or three messages from Friday.

24             Apart from those messages, I'm not sure we're

25   aware of many others that we plan on dealing with this

```
 1    issue.
 2              THE COURT:  Okay.  Well, look, I want to give the
 3    defense the time they think they need.  I mean, I understand
 4    that in an ideal world, this all would have been taken care
 5    of prior to trial.
 6              It hasn't been.  That's okay.  This is a long
 7    trial.  If we need to recall this particular agent and do
 8    something slightly out of the chronology that the government
 9    seems to be presenting, it will be okay.
10              MR. EDWARDS:  I would just note, I don't think
11    Mr. Linder's review of the messages that we provided --
12    I think those are divorced from the issue of whether these
13    particular messages should come in that we tried to
14    introduce on Friday.
15              THE COURT:  Well, I guess -- well, maybe it is,
16    maybe it isn't, and maybe I'm not understanding your point.
17              I mean, the point of your memo, at least the key
18    takeaway, is that at a minimum, prior to January 6th, that
19    there was no attorney-client relationship between
20    Ms. SoRelle and the organization or any individuals.
21              It's not clear to me what the government's
22    position is after January 6th, at least -- I mean, I think
23    what you're saying is to the extent that there was any
24    effort to create one, it was entirely a ruse.
25              But right now, we're only focused on messages
```

1    prior to January the 6th.  And so what was provided to

2    Mr. Linder, what, if any -- what date range does that

3    pertain to?

4            MR. EDWARDS:  I think they pertain to the entire

5    timeline.

6            THE COURT:  Okay.

7            MR. EDWARDS:  I guess my point, Your Honor, was

8    just that it's somewhat divorced because of the alternative

9    arguments we've made, given the content of those messages

10   and our third point that there is this kind of exception

11   that would apply to the date.

12           THE COURT:  All right.  Look, I know what the

13   government's -- I understand the government's position.

14   I guess the bottom line is that I want to make sure the

15   record reflects a full opportunity for the defense to review

16   what they think they need to review and to respond to your

17   motion.

18           MR. EDWARDS:  Sure.

19           THE COURT:  I mean, I think that's fair and that's

20   appropriate.

21           And like I said, if the worst that comes of this

22   from the government perspective is that you've got to

23   introduce these handful of exhibits sort of out of line

24   chronologically, then that's not --

25           MR. EDWARDS:  Sure.

```
 1              THE COURT:  -- a big deal.
 2              MR. EDWARDS:  To just give ourselves a little bit
 3    more bandwidth before I say absolutely that there aren't
 4    other messages, there's a chance that a couple other
 5    messages pop up later in the government's case-in-chief.  So
 6    I would just reiterate that it would be beneficial for all
 7    of us to resolve the issue sooner rather than later.
 8              THE COURT:  Right.  I agree.  I'd like to get this
 9    resolved sooner rather than later.
10              MR. EDWARDS:  Thanks, Your Honor.
11              THE COURT:  Mr. Linder, I'm not suggesting that
12    you've -- anybody on your side has been less than diligent.
13    But, you know, we do need to get the issue resolved at some
14    point.
15              MR. LINDER:  I agree.
16              And the government made efforts to get us the hard
17    drive or the disk up on Saturday and they didn't get it
18    until yesterday.
19              THE COURT:  Understood.  Because if you all do
20    ultimately conclude that you are going to try and present
21    some sort of advice-of-counsel defense, then the government
22    is going to say, Now, wait a minute.  That means we get
23    everything.
24              And it's going to take us some time to review all
25    that.  And we want to make sure that that if we're going to
```

```
 1   introduce any of it, both -- we want to use it to raise
 2   questions about whether there, in fact, is an
 3   attorney-client privilege and introduce it if it's
 4   appropriate.
 5               MR. LINDER:  Okay.
 6               THE COURT:  Okay.
 7               MR. LINDER:  Thank you, Your Honor.
 8               MR. EDWARDS:  Thank you, Your Honor.
 9               MR. LINDER:  With the Court's indulgence, I think
10   we talked about going out of order last week.  I think --
11   we're on cross.  I think I'm going to go first; Mr. Crisp is
12   going to go second; and Mr. Woodward is going to go third,
13   because, too, Mr. Geyer had already done his
14   cross-examination, as had Mr. Fischer.
15               THE COURT:  Okay.
16               MR. LINDER:  Thank you.
17               THE COURT:  All right.  Anything else?
18               All right.  Let's bring our jurors back in.
19               MR. CRISP:  Yes.  Judge, we had that one issue we
20   wanted to do at sidebar or phone.
21               THE COURT:  If it relates to what I understand, is
22   that something we need to take up just right now?
23               MR. CRISP:  One moment, Your Honor, if I may.
24               (Counsel conferred)
25               MR. CRISP:  Prior to the end of the day would be
```

```
 1   necessary to effect my request.  Thank you.
 2            THE COURT:  Okay.
 3            JC.
 4            COURTROOM DEPUTY:  Jury panel.
 5            (Jury entered the courtroom.)
 6            THE COURT:  Please be seated, everyone.
 7            Ladies and gentlemen, welcome back.  It's nice to
 8   see all of you.  Hopefully you all had a nice long weekend.
 9   Sorry for the delay this morning.  We had some legal matters
10   we needed to resolve before we could bring you in all.  But
11   we've done that now, and so we are ready to proceed.
12            I'll ask the Special Agent to re-take the stand.
13            And Mr. Linder will begin with Mr. Rhodes'
14   cross-examination of Special Agent Cody.
15                          - - -
16   SA BYRON CODY, WITNESS FOR THE GOVERNMENT, HAVING BEEN
17   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
18   FOLLOWS:
19                 CROSS-EXAMINATION (CONTINUED)
20   BY MR. LINDER:
21      Q    Good morning, Special Agent.  How are you?
22      A    Good morning.  Good.
23      Q    Good.
24            I want to kind of just do a brief recap since it's
25   been three days since you testified.
```

BY MR. LINDER:

Q    As Agent Palian testified earlier, he's kind of the quarterback, I guess, of the team on this investigation; is that correct?

A    Yes.

Q    Were you kind of his right-hand man, or did you do a limited part of this investigation?

A    So because it is a sizable investigation, obviously we have a significant number of attorneys assigned to the case, a significant number of agents assigned to the case.  So each of us took our own pieces of the investigation.

Q    So what is your piece?

A    So generally, obviously, I am at this point testifying to events of late November, December, and very early January.

My role in the case was in shepherding through some of the discovery things, working with the CART examiners in the field to ensure that everything was done in a timely manner to be able to provide for discovery.  And then I did participate in a number of interviews of cooperating witnesses, witnesses.

Q    And did part of your investigation involve you researching Stewart Rhodes and the Oath Keepers on some level?

1    A    Yes.

2    Q    Background, history, things like that, to be

3  familiar with it?

4    A    Yes.

5    Q    Okay.  And you testified specifically about three

6  or four different chats on Friday, but I want to focus on

7  two.  The "Old Leadership" chat that you talked about and

8  the government admitted several exhibits from that; and then

9  the D.C. Op chat that they introduced fewer messages on, but

10  that's towards the end of January or end of December and

11  early January, correct?

12    A    Yes.

13    Q    So the "Old Leadership" chat, just so the jury can

14  be aware, when did that -- when y'all download these and get

15  these cell phones records on Cellebrite that they've heard

16  about, you're able to get the start time and the end time

17  and all the participants in the chat; is that correct?

18    A    Yes.

19    Q    And just to kind of refresh the jury, a chat is

20  just like a group on a -- Signal is an app, a texting app

21  like a text app on your iPhone, correct?

22    A    Yes.

23    Q    And you can add people and create titles for

24  groups, and people can come and go from that and participate

25  in that chat?

1       A    Yes.

2       Q    Do you remember what the start date of the

3  "Old Leadership" chat was, when it was created and who

4  created it?

5       A    Off the top of my head, I do not.

6       Q    If I gave you information it was created back in

7  July of 2020, would you have any reason to dispute that?

8       A    I would not.

9       Q    And do you know how many people, approximately,

10 were in that chat group?

11      A    Again, off the top of my head, I do not know.

12      Q    Okay.  If I suggested that there were more than

13 100, would that be reasonable?

14      A    That would be reasonable.

15      Q    And do you recall the end date of that chat, that

16 chat group?

17      A    Again, same response.

18      Q    Okay.  If I suggested it might have been

19 March 30th of 2021, would that fit within your knowledge

20 per se?

21      A    It would.

22      Q    Okay.  So effectively started in July of 2020 and

23 went for several months until March of 2021 effectively?

24      A    Yes.

25      Q    So I guess about eight months?

1        A       Approximately.

2        Q       And do you know -- with over 100 people

3   participating?

4        A       Yes.

5        Q       And do you know if Stewart Rhodes was the one who

6   created that chat?

7        A       I do not.

8        Q       Do you know if the other co-defendants, co- --

9   alleged co-defendants here, or on the other group, were

10  participants in that "Old Leadership" chat?

11       A       So in the "Old Leadership" chat of the defendants

12  here in the courtroom, Mr. Meggs was a participant in the

13  "Old Leadership" chat; Ms. Watkins was a participant in the

14  "Old Leadership" chat; and obviously Mr. Rhodes was a

15  participant in the "Old Leadership" chat.

16       Q       And the chat -- I'll just start with the

17  "Old Leadership" chat since your investigation, you were

18  testifying about kind of late November, going through

19  January 5th.  When did the rallies and events of January 6th

20  become planned?  When did all of that start coming to

21  fruition?

22       A       So I believe the first idea of January 6th and

23  Oath Keepers, just based generally in the events of

24  January 6th, that the rally itself was probably second to

25  third week of December.

1    Q    Could it have been related to the infamous Trump

2    tweet, "Hey, we're going to D.C. on the 6th.  It's going to

3    be wild"?

4              MS. RAKOCZY:  Objection; calls for speculation.

5              MR. LINDER:  I'm just asking if he's aware.

6              THE COURT:  Why don't you just rephrase the

7    question.

8              MR. LINDER:  Okay.

9    BY MR. LINDER:

10    Q    Were you aware of that infamous Trump tweet from

11    December 19th:  "Hey, we're going to D.C. on the 6th.  It's

12    going to be wild"?

13    A    I was.

14    Q    Do you have any evidence or any reason to believe

15    that the events of January 6th were planned before that

16    infamous tweet of December 19th?

17    A    I would have to go back and review.

18    Q    Okay.  So if they were not, if December 19th was

19    the time when all of that started to be planned on

20    January 6th, some of the text messages that you got into for

21    late November, December, pre-date that December 19th time

22    frame?

23    A    Yes, sir.

24    Q    Okay.  And the two open letters, I believe, or

25    calls to action, pre-date December 19th?

```
 1        A    So one of them does.

 2        Q    One of them does.  I'm sorry.  I stand corrected.

 3             Do you remember how many times Mr. Rhodes went to

 4   D.C. between November 3rd and January 5, 6?

 5        A    I would be guessing.  And I'm unaware of if he

 6   took other trips that he didn't discuss with people in

 7   Signal.

 8        Q    Okay.

 9        A    So I can't answer definitively.

10        Q    Fair answer.

11             Were you aware that he came on November 14th for

12   the Million MAGA March?

13        A    Yes.

14        Q    Were you aware that he came on December 12th for

15   the Jericho rally?

16        A    Yes.

17        Q    And then we're also aware that he came on

18   January 5 for the events of 5/6?

19        A    Yes.

20        Q    So at least three times that we know about?

21        A    Yes.

22        Q    And his text messages all -- well, for instance,

23   do you remember when the Million MAGA rally was planned, the

24   November 14th rally?

25        A    When it was?
```

1    Q    When it was planned.

2    A    No, I don't.

3    Q    Okay.

4         Would you agree with me then that some of the

5    texts that we got into with you on Friday from late

6    November, early December, where he's talking about wanting

7    Trump to invoke the Insurrection Act and things like that,

8    pre-date the potential planning of December 19th for the

9    January 6th events?

10   A    I'm sorry, what is your question?

11   Q    That was a long question.

12        Would you agree with me that some of those text

13   messages that you testified about from late November and

14   early December pre-date any plan for the events of

15   January 6th?

16   A    Well, I think that that's safe to say.

17   Q    Okay.

18        Could have been related to him going to the

19   Jericho rally, could have been related to other things?

20   A    It could have been.

21   Q    Okay.

22        And do you remember how many texts that you

23   introduced on Friday where Mr. Rhodes is urging

24   President Trump to invoke the Insurrection Act?

25   A    Do I know how many texts there were?

1    Q    Well, the ones that you introduced on Friday, just

2    those, do you remember how many of those there were?

3    A    I don't think -- I mean -- I don't believe there

4    were any texts where Mr. Rhodes is directly urging

5    President Trump.  I think there he said -- there are

6    messages where he's talking about the necessity for

7    Mr. Trump to invoke the Insurrection Act.

8    Q    Correct.  I stand corrected.  Thank you.

9         In the open letters and the calls to action, they

10   reference wanting President Trump to invoke the

11   Insurrection Act?

12   A    Yes.

13   Q    The video that we saw part of, where he's --

14   Mr. Rhodes is being interviewed, is wanting President Trump

15   to invoke the Insurrection Act?

16   A    Yes.

17   Q    Now, on the "Old Leadership" chat, we

18   introduced -- the government introduced 10 or 15 chats from

19   the one that went for seven months that we talked about.

20   Do you have any idea how many chat messages are in that?

21   A    Off the top of my head, no.

22   Q    If I suggested to you that there were over 20,000,

23   would you have any reason to disagree with that?

24   A    I would not.

25   Q    Okay.

1            Now, on the D.C. op chat that you testified to

2   about late December and early January, do you know when that

3   chat was created?

4        A    I believe that chat was created on December 28 of

5   2020.

6        Q    And do you feel when it ended?

7        A    I would be guessing.

8        Q    If I told you it was the March 2021 time frame, is

9   that consistent with what you may believe?

10       A    That sounds familiar.

11       Q    And do you remember how many people were in that

12  chat group?

13       A    No, not off the top of my head.

14       Q    And do you remember which of these co-defendants,

15  if any, were in that chat group?

16       A    Yes, Mr. Rhodes was in that group, Ms. Watkins was

17  in that group, Mr. Meggs was in the group, and Mr. Harrelson

18  was in the group.

19       Q    Okay.  And were all of these people that you

20  referred to, my client, Mr. Rhodes, and the others, were

21  they all in other chat groups too?

22       A    I can't say across the board if they were all in

23  other chat groups, but generally, generally most users were

24  in more than one group.

25       Q    Okay.  Do you know how many chat groups Mr. Rhodes

1    had active on his phone during the alleged time frame of the

2    conspiracy from November through January?

3         A    Off the top of my head, no.

4         Q    If I suggested it might be more than 150 active

5    chats, would that be consistent with what your investigation

6    said?

7         A    That would be consistent.

8         Q    So he's potentially running through 150 different

9    chat groups over this three-month period of time, responding

10   and posting things to lots of people; would that be correct?

11        A    Correct.

12        Q    Do you know -- as part of your investigation,

13   do you know how many people were members of the Oath Keepers

14   in late 2020, around the time of the election?

15        A    No.

16        Q    If I told you at one point near there it's been

17   suggested there were 40,000, would that be consistent with

18   anything you've seen before?

19        A    It could be.  I mean, including lifetime members,

20   people who simply buy a membership and don't participate.

21        Q    And would you agree with me, it's a national

22   organization?

23        A    Yes.

24        Q    They have chapters in most states.  I don't know

25   which all states but it spans the country?

2311

1      A      Yes.

2      Q      Or did at the time?

3      A      It did at the time.

4      Q      And do you know what the cost of membership was,

5   if anybody wanted to join?

6      A      I believe it's around, around $50.

7      Q      $50.  And was that an annual membership?

8      A      I don't recall if that's for the annual or for the

9   lifetime membership.

10     Q      Okay.

11             And during your investigation, did you learn if

12  Mr. Rhodes had any other source of income during the time of

13  the conspiracy other than from Oath Keepers?

14     A      I was not privy to that.

15     Q      You don't know if he had any other job or anything

16  like that?

17     A      I don't know.

18     Q      Okay.  Did you investigate any sources of income

19  he may have had?

20     A      I did not.

21     Q      Is it possible that he didn't have any other job

22  other than running Oath Keepers?

23     A      It is possible.

24     Q      And that he was living off the dues that were

25  being paid into Oath Keepers to do what he wanted to do?

1        A     I'm not sure what he wanted to do.

2        Q     Well, it's been testified about and then suggested

3     also by the government in opening that Mr. Rhodes would go

4     around the country and do these different events or

5     different rallies, you know, in Arkansas, Fayetteville,

6     North Carolina, different places.

7              If he didn't have another job, and then the --

8     it's been alleged that he purchased firearms and different

9     things at different times.  If he doesn't have a job, is it

10    safe to say that he's probably living off the dues of the

11    Oath Keepers organization, which he's president?

12       A     If he didn't have a job, that would be safe to

13    say.

14             MR. LINDER:  Okay.

15             Special Agent, thank you very much, I appreciate

16    it.

17             THE WITNESS:  Thank you.

18             THE COURT:  All right, Mr. Crisp.

19                            - - -

20                     CROSS-EXAMINATION

21    BY MR. CRISP:

22       Q     Good morning, sir.

23       A     Good morning.

24       Q     I want to talk with you a little bit about the

25    Signal chats, how they work.

1           Is this -- when you got on this investigation, was

2    this the first time you had encountered Signal?

3        A    It was the first time I had worked with Signal in

4    an investigation.  I was aware of the existence of Signal

5    prior to this and generally its capabilities.

6        Q    And during that time period, you had to

7    familiarize yourself with how Signal worked; is that

8    accurate?

9        A    That's accurate.

10       Q    Okay.  One moment, please.

11           So Signal -- describe for the jury members, if you

12   would, how Signal operates.

13       A    So Signal is an end-to-end encrypted messaging and

14   chat application, which means that it is encrypted in

15   between the sender and the receiver.

16           So the sender and the receiver's devices, whether

17   it's a phone or a tablet, a mobile device, decrypts,

18   unencrypts, and makes legible what is sent from the sender.

19           There are capabilities to message direct and --

20   back and forth between two users or to have a larger chat

21   room which has multiple users in it.

22       Q    So you're familiar with WhatsApp?

23       A    Yes.

24       Q    So is it fair to say it's a more secure WhatsApp?

25       A    I'm not familiar with the particular encryption

```
1    levels of WhatsApp versus Signal.

2         Q    WhatsApp allows you to do chat groups as well?

3         A    Okay.

4         Q    You would agree?

5         A    Well, I've never used WhatsApp and didn't use

6    WhatsApp in this investigation.

7         Q    So my question was, you are familiar with

8    WhatsApp?

9         A    I'm familiar with the existence of WhatsApp?

10        Q    The extent of your familiarity is what?

11        A    Very minimal.

12        Q    Okay.  So it is a texting, chat app in terms of

13   Signal, would you agree?

14        A    If you say so.  Again, I'm not familiar -- I have

15   not used WhatsApp.

16        Q    I said in terms of Signal.

17        A    In terms of Signal?

18        Q    Yes.

19        A    Yes.

20        Q    Okay.  So I was redirecting you --

21        A    Yes.

22        Q    -- back to Signal since you don't have any

23   familiarity --

24        A    Yes.

25        Q    -- with WhatsApp.
```

1       A    Yes.

2       Q    And you can create as many different groups as you

3    want, right?

4       A    That is my understanding.

5       Q    And when you create a group and you invite, say,

6    ten people into that group simultaneously, they can see the

7    chats as they're occurring, correct?

8       A    Yes.

9       Q    When you bring an eleventh person in, they're not

10   able to see the preceding texts in that chat group, correct?

11      A    That is my understanding, but I am not a computer

12   expert.  My understanding of Signal is based almost

13   exclusively on reading the extracted Signal chats that our

14   computer analysis response time personnel extracted from

15   these devices.

16          So if -- I don't think I can go any further into

17   the -- into the -- how Signal works beyond what we've said.

18      Q    Okay.

19          So I want to be clear because this is an important

20   point.  Your understanding is that you cannot see a

21   preceding text prior to the time you've joined that chat

22   group?

23      A    That is my understanding.

24      Q    And you're aware that Ms. Watkins joined that "Old

25   Leadership" chat group on 12/5 of 2020?

1       A    I'm not certain that's the date she joined.

2       Q    If I said that was the date that is referenced as

3  part of the investigation, would you have any reason to

4  question that?

5       A    I would not.

6       Q    Okay.

7            Now --

8            MR. CRISP:  Your Honor, I'm going to ask to pull

9  up Government's Exhibit 6701, if I may, please.

10 BY MR. CRISP:

11      Q    You're familiar with this exhibit, correct?

12      A    Yes, I am.

13      Q    Okay.  I want to orient you to what should be --

14 this document has at the lower left hand 1.S.159.65.

15           Would you agree?

16      A    Yes.

17           MR. CRISP:  Your Honor, I haven't marked what we

18 discussed earlier.  Shall I mark it now?

19           THE COURT:  Please.

20           MR. CRISP:  Okay.

21           What's their most current defense exhibit, Judge,

22 just so I know?

23           THE COURT:  I don't think you have introduced

24 anything, Mr. Crisp, so this would be Watkins 1.

25           MR. CRISP:  So we're doing this for each

1    individual defendant, correct?  So this would be Watkins 1.?

2              Okay.

3    BY MR. CRISP:

4        Q    Sir, I'm going to show you what's been marked as

5    Watkins 1, and it references 1.S.159.65.

6              MR. CRISP:  Next slide, please.

7    BY MR. CRISP:

8        Q    Now, you've gone through and you were a part of

9    the process in creating Government's Exhibit 6701, correct?

10       A    In creating the blue chat bubbles?

11       Q    Yes, sir.

12       A    I was not part of the process, no.

13       Q    You are aware and have gone through the D.C. Ops,

14   correct?

15       A    I'm sorry?

16       Q    You were aware of the D.C. Op, what is called

17   "D.C. Op Jan. 6, '21" chat group, correct?

18       A    Correct.

19       Q    Okay.  You've gone through those messages?

20       A    Yes.

21       Q    And you would agree with me that at 18:47 or

22   6:47 p.m. -- yes, 6:47 a.m. -- no.  I'm sorry.  Let me back

23   up here.

24             You're also aware that when the extraction

25   occurred, an extraction in Cellebrite does it in what's

1    called UTC time, correct?

2         A    Correct.

3         Q    And that's Coordinated Universal Time?

4         A    Yes.

5         Q    That is the old Greenwich Mean Time?

6         A    Yes.

7         Q    So from Eastern Standard Time, that is five hours

8    ahead of Eastern Standard Time, yes?

9         A    Yes.

10        Q    So when the extraction occurs, it's going to

11   typically do it in the time zone of the person who was

12   creating a chat group or sending the text message?

13        A    Yes.

14        Q    Okay.

15             So this would have been created in the time zone

16   in which Mr. Rhodes was existing at the time this was sent,

17   correct?

18        A    Correct.

19        Q    Which would have been Central American Time?

20        A    Yes.

21        Q    Which is six hours behind Coordinated Universal

22   Time?

23        A    Correct.

24        Q    Okay.

25             So we would take six hours from 12:47, and you

```
 1    would have 18:47?

 2              THE COURT:  Mr. Crisp, if I can interrupt you.

 3              This has not been shown -- it's not going shown to

 4    the jury, so let me just formally admit it --

 5              MR. CRISP:  Sure.

 6              THE COURT:  -- Watkins 1.

 7              So we'll publish it to the jury.

 8                              (Defendant Watkins Exhibit 1
                                 received into evidence.)
 9

10              MR. CRISP:  Thank you, Your Honor.

11              May I continue, Your Honor?

12              Thank you.

13    BY MR. CRISP:

14         Q    So looking at what is marked at the bottom of this

15    slide as No. 3, this would have been a text in a chat that

16    was sent at approximately 6:47 p.m. at 12/30/2020?

17         A    Correct.

18         Q    And this references the individuals who are a part

19    of this chat group who have been added, correct?

20         A    Yes.

21              MR. CRISP:  Next slide.

22    BY MR. CRISP:

23         Q    There's further discussion about his background as

24    far as Mr. Siekerman?

25         A    Yes.
```

```
 1              MR. CRISP:  Next slide.
 2    BY MR. CRISP:
 3        Q    And then also in that same minute time area, we
 4    have a question about whether other medics are coming,
 5    correct?
 6        A    Correct.
 7        Q    So these messages preceded the message that we saw
 8    from Government's Exhibit 6701, agree?
 9        A    I didn't have the exact time memorized;
10    I apologize.
11        Q    So that would have been 7:55 p.m.  That is in
12    actual local time, correct?
13        A    Yes.
14        Q    Okay.  So you created that in local time at the
15    time -- or the government created that in local time, yes?
16        A    Yes.
17        Q    So these messages to which I'm referring would
18    have preceded this text stream, correct?
19        A    Correct, yes.
20              MR. CRISP:  Back to Watkins 1, please.
21              Slide 7.
22              I'm sorry, Slide 6.
23    BY MR. CRISP:
24        Q    And so they're -- Slides 6 and 7 are discussions
25    about the status of the individuals who are coming.
```

1          A    Yes.

2          Q    Would you agree?

3          A    I would.

4               MR. CRISP:  Slide 8.

5     BY MR. CRISP:

6          Q    Additional discussions about the role,

7     potentially, or the gear that's to be brought to

8     January 6th, the event?

9          A    Yes.

10              MR. CRISP:  Slide 9.

11              And Slide 10.

12    BY MR. CRISP:

13         Q    So at this point at approximately 6:50 in the

14    evening on the 30th, you now have the introduction of the

15    Ohio contingent of who was going to participate.

16              Would you agree?

17         A    Yes.

18              MR. CRISP:  Slide 11.

19              And then Slide 12, please.

20    BY MR. CRISP:

21         Q    So now you have discussions about an additional

22    medic who's also coming to the event.

23              Would you agree?

24         A    I would.

25         Q    All right.

1              MR. CRISP:  Slide 13.

2   BY MR. CRISP:

3       Q    And then now you have, still within that same time

4   period at 6:54 in the evening, "Please check with him.

5   Emphasize that it will not go down like it did on the first

6   one.  It will be like the last one, the night activity of

7   patrolling and escorting people."

8              Would you agree?

9       A    I would agree that's what it says, yes.

10      Q    Okay.  And then skip to Slide 14 and 15.

11             Now, you have additional conversations about

12  individuals joining from other states, yes?

13      A    Yes.

14      Q    And continuing on to 16, additional firefighters,

15  EMT experience, yes?

16      A    Yes.

17             MR. CRISP:  Slide 17 and 18.

18  BY MR. CRISP:

19      Q    Alabama and Georgia have two medics also coming?

20      A    That's what it says.

21      Q    And then 19 and 20, you have Wyoming leader being

22  added.

23             And then on 20, you have a medic reportedly coming

24  from New York.  Would you agree that's also what it

25  discusses?

2323

1      A    Yes.

2      Q    Okay.  And then finally on Slide 21, which was the

3  Government Exhibit 1.S.159.73 in 6701 that was sent at 1:12

4  in the morning or, excuse me, 7:01 in the morning, excuse

5  me, 7:01 in the preceding evening.

6           MR. CRISP:  So on 6701, please pull up 1.S.159.73.

7  BY MR. CRISP:

8      Q    Now, again, for the jury's orientation, that has

9  8:01 p.m.

10          Would you agree with me?

11     A    Yes.

12     Q    That time zone would have been Eastern, correct?

13     A    Yes.

14     Q    Okay.  So from the standpoint of going five hours

15 and six hours, here you have this placed in what would have

16 been this time zone, up through where Ms. Watkins was

17 residing, which was a minus five hours?

18     A    Yes.

19          MR. CRISP:  So back to Watkins 1, please.

20          And Slide 22.

21 BY MR. CRISP:

22     Q    And that's the follow-on exhibit, page from the

23 preceding one we just showed you, correct?

24     A    Yes, it is.

25          MR. CRISP:  And Slide 23.

1    BY MR. CRISP:

2        Q    Additionally, still part of Government's

3    Exhibit 6701, the next succeeding page?

4        A    Yes.

5             MR. CRISP:  24.

6             Continuing on with 24 and 25.

7             Through 26.

8             Page 27, please.

9             MS. RAKOCZY:  Objection to this slide he's

10    reading.

11             MR. CRISP:  That's fine.  We can skip it.  That's

12    fine, Judge.

13             28, please.

14    BY MR. CRISP:

15        Q    Now, page 28 of this slide deck here is -- again,

16    this is from Stewart Rhodes to the group.  And if we're

17    keeping it in Mr. Rhodes' time, you're looking now at

18    7:30 p.m. on the 30th of December, correct?

19        A    Correct.

20        Q    So now we have additional individuals who are

21    being added in whatever leadership capacity is being

22    dictated according to the slide, yes?

23        A    Yes.

24             MR. CRISP:  Next slide.

25

1    BY MR. CRISP:

2        Q    And it's at this point that Ms. Watkins now joins

3    this chat, correct?

4        A    Correct.

5        Q    So as we said earlier, anything that's occurred to

6    your understanding prior to this, Ms. Watkins would not have

7    been privy to?

8        A    Correct.

9             MR. CRISP:  Next slide.

10            And then next slide as well.

11            Page 32.

12            And up to 33, please.

13   BY MR. CRISP:

14       Q    You would agree that these are introductions.

15   She's thanking people for joining her.  And then there's an

16   introduction as to her role in prior events, yes?

17       A    I would agree.

18       Q    And there's questions regarding how many people

19   she may or may not be bringing?

20       A    Yes.

21       Q    And then Slide 34 is within Government's

22   Exhibit 6701.  You have 1.S.159.225.  You're now at -- make

23   sure I get the time right -- 2:39 p.m.  No.  I apologize.

24            You're now at 3:10 -- 4:10 in the afternoon of the

25   31st, correct?

```
 1       A    Yes.

 2       Q    Okay.

 3            MR. CRISP:  Next slide, page 35.

 4  BY MR. CRISP:

 5       Q    Also still part of the same pagination stream,

 6  1.S.159.226, yes?

 7       A    Yes.

 8       Q    Page 37.

 9            Now, in that same timeline, it's within a

10  seven-minute timeline of the exhibit that you showed on

11  Friday, yes?

12       A    Yes.

13       Q    Or we discussed on Friday.

14            38.

15            You've got individuals who are being introduced

16  again into the chat group in terms of the roles they're

17  going to be playing?

18       A    Yes.

19       Q    39.

20            An additional individual named Elaine, who's going

21  to be working on intel as part of the D.C. Op with someone

22  named Horsewhisperer, yes?

23       A    Yes.

24       Q    These are all individuals that you have

25  investigated at various times in terms of their role, would
```

```
1    you agree?
2         A    I can't say that we investigated all of them.
3    We're aware of these chats, and the ones that merited
4    further investigating, we followed up on.
5         Q    And Slide Deck 41, you have Ms. Watkins answering
6    the question as to how many people she's going to be
7    bringing, and currently 3, potentially 5, right?
8         A    Correct.
9         Q    All right.
10             42.
11             43.
12             So these texts, there's a series of texts
13   basically where they're going back and forth talking about
14   who's engaging in what role here and who's going to be
15   allowed into this chat group as next -- the succeeding
16   chats, from 43 to 44 to 45.  Is that accurate?
17        A    Yes.
18        Q    And then page 46 is yet again another Government
19   Exhibit that was shown.  And in this exhibit, you're talking
20   about who's performing what role and who's got command and
21   control over certain assets, would you agree?
22        A    I would agree.
23        Q    Slide Deck 48.
24             Another person's involved named Nick Grenier.
25             49.
```

```
 1              An individual named Marlon who is part of the
 2     first D.C. Op.
 3              50.
 4              PadiMaster from South Carolina Oath Keepers is
 5     also now involved, yes?
 6     A    Yes.
 7     Q    And then 51.
 8              Now, this is adding Stephen Brown, who's going to
 9     help sort out the creative chaos.  And you're aware that
10     part of his role was to serve in sort of an organizational
11     capacity.  Would you agree?
12     A    I would agree.
13     Q    And sliding down to 53, you have Stewart seeking
14     guidance on who's going to be conducting what event and
15     where, right?
16     A    Yes.
17     Q    In response to that, Mr. Siekerman also seeks a
18     map of the area of the stages that would assist the
19     individuals who were responding in an emergency, yes?
20     A    Yes.
21     Q    And Ms. -- Stephen then says, Here's an event list
22     and schedule.
23              Did you have a chance to actually look at that
24     Save our Republic schedule?
25     A    Yes.
```

2329

1    Q    And to your understanding, that's a fair and

2    accurate representation of the events that were alleged to

3    have taken place during that time period, yes?

4    A    Yes.

5    Q    And then finally, page 56 would be areas of

6    operation that are restricted.  Agreed?

7    A    Yes.

8    Q    Thank you.

9         You may remove this slide.

10        So I believe in this chat time period, there were

11   approximately 500 plus within the group that you had from

12   12/30 to 1/1 that were omitted for brevity sake, fair to

13   say?

14   A    Fair to say.

15   Q    And you also indicated that Mr. Harrelson was

16   never on the "Old Leadership" chat?

17   A    To my knowledge, he was not.

18   Q    And to your knowledge also, he was added to the

19   D.C. Op chat, that we just reviewed a little bit in depth,

20   on or after January 3rd of 2021?

21   A    Yes.

22   Q    To your knowledge, of the size, of the large size

23   of the organization of the thousands of members that you

24   believe may have existed at the time of January 6th,

25   approximately 24 to 30 people came who were Oath Keepers?

1        A      Approximately, to our knowledge.

2        Q      And you learned about and you identified

3    approximately how many people who were there on January 5, 6

4    time frame who were actually Oath Keeper members?

5        A      Who were in the D.C. metro area?

6        Q      Who were in the Capitol area.

7        A      I can't say definitively how many.

8        Q      Give me a ballpark.

9        A      Nor is --

10       Q      10, 20?

11       A      Nor is membership in the Oath Keepers a

12   predicating factor in opening an investigation.

13       Q      That wasn't my question, sir.  My question was a

14   little bit different.

15              It was, can you give me a range of approximately

16   how many Oath Keeper members that you were able to identify

17   that were in the Capitol area on or around the 6th?

18       A      So in the Capitol area, ballpark, 15, 15 to 20.

19              MR. CRISP:  The Court's indulgence, Your Honor.

20              Nothing further, Your Honor.  Thank you.

21              THE COURT:  Okay.

22              MR. CRISP:  Thank you, sir.

23              THE WITNESS:  Thank you.

24              THE COURT:  Mr. Woodward or Ms. Haller.

25              MS. HALLER:  Yes, Your Honor.

```
 1                          -  -  -

 2                    CROSS-EXAMINATION

 3    BY MS. HALLER:

 4        Q    Hi, Agent Brody [sic].

 5             I'm Julia Haller.  I represent Kelly Meggs, along

 6    with my co-counsel, Stanley Woodward, so you will see both

 7    of us at times.

 8             Let's go back to your testimony a little bit

 9    earlier on Friday.

10             So the government marked an exhibit called 6610,

11    okay, and I'm going to use the ELMO rather than the

12    computers, and because it's already been published to the

13    jury, I think it's okay if I do this, Your Honor.

14             This was Government's Exhibit 6610.  And let me

15    just give you a copy.

16             MS. RAKOCZY:  May we get on the phone real fast

17    before we publish to the jury.

18             (Bench conference)

19             MS. RAKOCZY:  Thank you, Your Honor.

20             I just wanted to flag that we have not redacted

21    the exhibit yet.  We planned on only moving in to the jury

22    the date and time of the call and the caller name, just to

23    link it up to -- this is for the GoToMeeting tip.  This is

24    the November recording of the tip, and there was another

25    exhibit moved in, that is, the March moving in of the tip,
```

1    and so we just wanted to make sure Ms. Haller wasn't

2    planning on bringing out other portions that will be

3    redacted from the exhibit.

4            MS. HALLER:  I'm sorry, I'm not aware of what the

5    government exactly seeks to redact.  She said earlier that

6    it was the hearsay statements.  I'm only seeking to admit

7    the part related to the business record that has already

8    been made an exhibit.

9            So 6610 has text, for example, what the caller

10   said.  That would be hearsay that the defense objected to.

11           There's also potentially identifying information

12   that we wouldn't want to be part of the record.

13           THE COURT:  I think Ms. Rakoczy is simply saying,

14   Ms. Haller, that you be careful in terms of what you show

15   the jury and not show the portion that will be redacted but

16   is not yet.

17           MS. HALLER:  Of course, Your Honor.

18           THE COURT:  Okay.

19           MS. HALLER:  Thank you, Your Honor.

20           (Open court)

21   BY MS. HALLER:

22      Q    Sorry, sir.

23           Exhibit 6610 was introduced as a business record

24   of the FBI through your testimony.  Do you recall that?

25      A    I don't recall what Exhibit 6610 is, ma'am.

1      Q     Okay.  I'm going to hand you what's already marked

2    as Government's 6610, but we'll make this one KM6, just so

3    we have a clean record.  I'm going to hand the witness a

4    copy.

5            Now, looking at the first page of this, do you

6    recall that Ms. -- well, counsel for the government asked

7    you about a tip the FBI received with respect to a

8    GoToMeeting that occurred on November 9th of 2020?

9      A     Yes, the FBI received a tip.

10     Q     And when the FBI received that tip, the first time

11   it received that tip was in -- on November 25th of 2020; is

12   that correct?

13     A     Yes.

14     Q     And that document, Exhibit 6610, was marked and

15   moved in on your testimony on -- what's the date of this --

16   October 7.  Do you recall that?

17     A     Yes.

18     Q     Okay.

19           Well, I'm going to ask you some very simple

20   questions so don't worry.

21           Looking at 6610, if you skip all the way, don't

22   look at the two pages in between but just the last page, you

23   will see a first review and a second review.

24     A     Yes.

25     Q     And that first review and second review, what are

1    the dates of that?

2         A    November 25th of 2020, and November 25th, 2020.

3         Q    And those two reviews have individual names,

4    agents at the FBI, correct?

5         A    I don't know that they're agents.

6         Q    Okay.  Do you know they're with the FBI?

7         A    I think that's a safe assumption.

8         Q    Okay.

9              You testified that this was an FBI business

10   record.  Do you recall that?

11        A    This is an FBI business record, yes, correct.

12        Q    Okay.  Thank you.

13             So looking at 6610, if you look at the reviewers

14   who signed at 11/25, 9:20:08 p.m. and 11/25/2020 at

15   10:40:37 p.m.; is that correct?

16        A    Correct.

17             MS. HALLER:  Now, I'm just going to take this one

18   page, Your Honor, and I'm going to make it KM6 for clarity

19   for the record.

20             THE COURT:  Think you already marked something as

21   KM6?

22             MS. HALLER:  I did, Your Honor, and I would strike

23   that so that way we're clear that this is a portion of 6610

24   without dealing with the redaction issue.  This way I'm just

25   dealing with the last page of this FBI document previously

```
1   designated 6610.
2            Okay.  So looking at this last page of this
3   business record of the FBI where you have these two people
4   who we presume are with the FBI:  Stewart, Amy; and George
5   Gallon -- or, may I publish this, Your Honor?
6            THE COURT:  No.
7            MS. RAKOCZY:  Objection to the top of the exhibit
8   being published.  I'm not sure if it's her intention of
9   showing that, but objection to hearsay on top of the page.
10           MS. HALLER:  Your Honor, this is the business
11  record portion.  This is not a statement from a third person
12  but the determination behind the FBI about this.
13           THE COURT:  Hang on.  I have to take a look at it.
14  I haven't seen it.
15           MS. HALLER:  Yes, Your Honor.
16           Your Honor?
17           THE COURT:  Hang on.
18           MS. HALLER:  The government -- or the agent
19  testified that he obtained a certification from the FBI
20  documenting these tip records as --
21           THE COURT:  Ms. Haller, hang on.  Let's get on the
22  phone, please.
23           (Bench conference)
24           THE COURT:  Ms. Haller.
25           MS. HALLER:  Yes.
```

1           Hello.

2           THE COURT:  All right.

3           Okay.  So the government's objected on hearsay

4    grounds.  I guess the question is, Ms. Rakoczy, I mean,

5    would this -- and to be clear, the record -- so the record's

6    clear, this is an observation or a notation made by someone

7    at the FBI that there was no lead value to the call.

8           I guess the question is whether this is an entry

9    that would have been made as a matter of routine by someone

10   who is within the FBI and has an, essentially, duty to

11   record something accurately.  I could suspect the answer is

12   yes.

13          MS. RAKOCZY:  I think that's probably right,

14   Your Honor.  And if that's the case, we would submit that

15   the whole record should be admissible.  I think if -- for

16   consistency.  And so if that's the way the Court is ruling,

17   then we'd ask that the entire document be admitted

18   unredacted, unless there's some kind of PII in there.

19          But I think that there is good grounds to hold

20   that these particular entries are hearsay in terms of what

21   the call takers are interpreting.  And so I think one or the

22   other is sort of -- would be the consistent ruling.

23          MS. HALLER:  Your Honor, if I may respond?

24          I get -- the witness has already testified that

25   this was a fair and accurate record, business record, of the

 1  FBI.  He did that both on Friday and then restated it.

 2          I think what Ms. Rakoczy is talking about now is

 3  that on page 2 of this document, there's a condensed

 4  statement by the tipster.

 5          THE COURT:  Right.

 6          Right.  That's the issue.  And be all agree or at

 7  least I think we would agree that that doesn't come in, but

 8  Ms. Rakoczy is now suggesting it should come in.

 9          Look, I guess the -- I have to look at the whole

10  document, because it's not clear to me, for example, you

11  know, if you want to bring in, for example, that --

12          MS. HALLER:  Should I give you the whole document,

13  Your Honor?

14          THE COURT:  Well, hang on.

15          MS. HALLER:  Okay.

16          THE COURT:  I don't know how much -- this is

17  really doing a lot of work here.  But if you want to bring

18  in that the tip was determined initially not to be of value,

19  then, arguably, whatever the person relied on to make that

20  assessment ought to come in too.

21          MS. HALLER:  Yes.  Yes.

22          THE COURT:  And so if the person has relied on the

23  hearsay to make the ultimate assessment, then I think,

24  arguably, what Ms. Rakoczy is suggesting is that the whole

25  document ought to come in even with the hearsay that we

1    otherwise agreed should come out.

2            MS. HALLER:  We have no objection, Your Honor --

3    well, let me say it this way:  We object because we have

4    best evidence because the witness already testified.

5            THE COURT:  Well, it's --

6            MS. HALLER:  And the statement is from the witness

7    who's testified.  You know, he came in last week.

8            THE COURT:  So this is not a best-evidence issue.

9            It's a question of if you're going to seek to

10   admit some portion, then we've not -- we have generally

11   talked about this being a business record insofar as it was

12   just, at least my understanding was that it was essentially

13   just sort of routine entry of time of tip, et cetera.

14   I didn't realize there was some assessment included in the

15   tip.  And so I really never really even considered that in

16   part of the ruling.  So the bottom line is -- and we'd all

17   agree that the synopsis portion would actually be excluded.

18           So I do think if there is reason to believe -- and

19   I don't know, Ms. Rakoczy, if this would come out on

20   redirect examination, that if somebody who made an

21   observation about the value of the tip also would have

22   listened to the call and looked at the synopsis of the

23   tipster's call, then it seems to me it's all fair game to

24   put the context, the reason for the evaluation, whatever it

25   may be.

1    MS. HALLER:  Your Honor, I will clarify in the

2    questions that the tipster testified here, you know, so we

3    maintain our objection to the hearsay portion, which is from

4    the tipster, rather than the FBI.

5    THE COURT:  You're missing my point, Ms. Haller.

6    MS. HALLER:  But I understand your point.  We'll

7    move forward that way if you're overruling our objection.

8    THE COURT:  No.  What I'm saying is, if you intend

9    to elicit the portion of the record that makes a subjective

10   evaluation of the merits of the tip, then it seems to me

11   it's fair game for the narrative concerning the tip to come

12   in too.

13   MS. HALLER:  Understood.

14   THE COURT:  All right.  So if you want to go down

15   that road, just know you're opening the door to whatever is

16   in that narrative.  I don't know what's in the narrative or

17   not, okay?

18   MS. HALLER:  Thank you, Your Honor.

19   (Open court)

20   THE COURT:  So the objection is overruled, subject

21   to the discussion at the bench.

22   MR. FISCHER:  The Court's indulgence, Your Honor.

23   THE COURT:  Counsel, let's move forward, please.

24   BY MS. HALLER:

25   Q    Okay.  Agent Cody, excuse me, going back to

1    11/25/2020 and your earlier testimony regarding this

2    document, are you familiar with the document before I handed

3    it to you?

4         A    I was.

5         Q    Okay.

6              Are you familiar with the tip?

7         A    I am.

8         Q    Okay.

9              And you testified to that on -- now I left my

10   transcript somewhere.

11             But you testified to that when you were on direct;

12   is that fair to say?

13        A    Yes.  I believe I testified that I obtained the

14   records, the certified records, from the FBI unit that takes

15   calls.

16        Q    And are you aware -- did you testify or believe at

17   any time that on November 25th when this tip was initially

18   received, that it was ignored by the FBI?  Was that your

19   understanding?

20        A    Are you asking on November 25th did I think this

21   was ignored?

22        Q    Yes.

23        A    I didn't see this on November 25th.

24        Q    I'm sorry.  Not -- the document that's in front of

25   you.

```
 1        A    Yes.

 2        Q    I'm asking you:  Were you under the impression

 3   that on November 25th, this tip had been ignored because

 4   then we see it appear again in the next exhibit introduced

 5   by the government in March of '21?  Is that correct?

 6        A    That's correct.

 7        Q    So in March of '21 when, presumably -- you

 8   testified about this, so I'm assuming you're aware of that,

 9   correct?

10        A    I am.

11        Q    So in March when you testified -- excuse me.

12             When you testified about this March tip, that

13   related to the November 9th GoToMeeting, correct?

14        A    Yes.

15        Q    And you understood at that time in March of '21

16   that this had been previously raised with the FBI in

17   November of 2020, correct?

18        A    Yes.

19        Q    Okay.  At that time in March when you got this

20   tip, did you believe that the FBI had ignored it or

21   missed it?

22        A    The FBI gets thousands of tips a day into the

23   National Threat Operations Center in West Virginia.  So I

24   can't say speak to --

25        Q    Sir, I'm asking you --
```

```
1              THE COURT:  Hang on.
2              MS. HALLER:  But I'm not asking for a general
3    synopsis of the FBI.  I'm simply asking the agent if he has
4    a specific recollection as to what he believed happened --
5    BY MS. HALLER:
6        Q    He gets a tip in March, correct?
7        A    The more recent tip came in in March, yes.
8        Q    Right.
9              When you get this tip in March, is it your
10   understanding that this was ignored -- well, that this had
11   been previously brought to the attention of the FBI,
12   correct?
13       A    Yes.  Yes, it had.
14       Q    So is it fair to say it was your understanding
15   that you were -- that it had been ignored?
16       A    Ignored?  No.  Filed away, possibly for future
17   reference, yes.
18       Q    Filed away for future reference.
19             Did you have specific knowledge of that, sir?
20       A    When we looked for it, yes.
21       Q    Did you have specific knowledge that it was filed
22   away for future reference?
23       A    I believe that's the general practice of all calls
24   coming into the NTOC.
25       Q    Okay.
```

1          Specific, not general.  I'm asking you
2    specifically about this document, which is now KM 6, which
3    is one page.  Had this -- does this reflect anywhere on it
4    that it was to be filed away for future purposes?
5          A    No, but I believe that's the practice, is that all
6    calls that come in -- as we're able to pull this call
7    pursuant to the request of the FBI, they're all filed away.
8          Q    Does this actually make clear that it was not sent
9    forward --
10          A    So my understanding --
11          Q    Sent --
12          A    -- from reading this is that's clear.  It was not
13    sent out to the field for further action.
14          Q    Okay.
15          So going to the November 9th GoToMeeting, do you
16    recall actually -- wait.
17          MS. HALLER:  Bear with me, Your Honor, one second.
18    BY MS. HALLER:
19          Q    So this tip that comes in in November, in your
20    words, that it was not referred for further action, is the
21    same tip that comes in later in March on -- of 21', correct?
22          A    It's on the same topic, yes.
23          Q    And is it the same tipster?
24          A    Yes, it is.
25          Q    And that tipster would be Serge, AKA,

```
1   Abdul Rasheed, correct?

2        A    I believe his name is Abdullah Rasheed, yes.

3        Q    Were you here when he testified?

4        A    I was.

5        Q    Okay.

6             So then you're aware that he testified already in

7   this case regarding the fact that he recorded a part of this

8   November 9th transcript, correct?

9        A    I'm aware.

10       Q    Okay.

11            So when Mr. Rasheed, AKA, Serge Cravenko, when he

12  testified and he had a portion of that recording,

13  do you have a specific recollection about the transcript

14  that got admitted as Exhibit 1000.1 or 1004?

15       A    Do I have a specific recollection of the

16  transcript?

17       Q    Of the transcript that was admitted on your direct

18  with counsel.

19            THE COURT:  Hang on.

20            To be clear, the transcript has not been admitted.

21  Only the recording was admitted, and we reserved admission

22  of any transcript for future discussion.

23            MS. HALLER:  I recall that, Your Honor.  But they

24  admitted 1000.4, which is a portion of the recording.

25            THE COURT:  I understand.  The recording has been
```

```
 1  admitted; the transcript has not.
 2            MS. HALLER:  Okay.
 3            Okay.  Thank you, Your Honor.
 4  BY MS. HALLER:
 5      Q    As far as the regarding goes, is it difficult to
 6  understand?  Have you listened to the recording?
 7      A    I've listened to portions of it.
 8      Q    Okay.
 9            And the portions you've listened to, would you
10  find it difficult to understand?
11      A    I don't know how you gauge difficult to
12  understand.
13            Is it in English?  Yes.  I could understand it.
14      Q    So when you say you can understand it, is it fair
15  to say that you've never confused any of the speakers on the
16  call?
17      A    That's not fair to say.
18      Q    That's not fair to say.  Okay.
19            You know that Mr. Meggs was on the call, correct?
20      A    I have not listened to the entire call, ma'am.
21      Q    Do you believe Mrs. Meggs was on the call?
22      A    I do not know.
23      Q    Do you have an understanding?  No?
24      A    I said I do not know.
25      Q    You do not know.  Okay.
```

1          Well, if the portion of the recording that you

2   testified about included the fact that you investigated

3   certain evidence and statements to this time period in

4   November of 2020, correct?

5      A    Evidence and statements generally or evidence and

6   statements from the GoToMeeting.

7      Q    Both.  This is part of the statements you

8   investigated, correct?

9      A    Correct.

10     Q    And this is part of the reliance on this tip in

11  quotes that you're relying on when you're doing your

12  investigation, correct?

13     A    Could you -- I'm not understanding your question.

14     Q    Okay.  You investigated certain evidence and

15  statements in connection with the November time period from

16  2020, correct?

17     A    Yes.

18     Q    Yes.

19          During that investigation, this tip that came in

20  in November, which is about the November GoToMeeting, is

21  that part of your investigation?

22     A    Part of our investigation as a whole, yes.

23          Part of what I worked on specifically, no.

24     Q    Okay.

25          Well, when you didn't work on it -- did you work

2347

1    on Exhibit 6701?

2        A    I don't have the exhibit numbers committed to

3    memory.

4        Q    With the Court's indulgence, Your Honor, I'm going

5    to hand you what's been previously marked as Exhibit 6701.

6            Do you remember that you testified about this

7    document with Mr. Crisp and with the government?

8        A    Yes.

9        Q    Yes.  Okay.  You remember.

10           Now, as you can see from the first cover page,

11   it's to the "Old Leadership" chat, yes?

12       A    Correct.

13       Q    So you would so you recall that you had pulled

14   messages from the "Old Leadership" chat to create this

15   exhibit, correct?

16       A    I didn't create this exhibit, no.

17       Q    Worked on in your investigation in relation to

18   this exhibit?

19       A    I am familiar with these messages.

20       Q    Okay.  You're familiar with the messages?

21       A    Yes.

22       Q    The messages that are in this compilation that

23   have been documented as 6701 have different dates on them,

24   correct?  If you look at the first page, it says 11/25.

25           Can you see that?

1     A     Yes, I can.

2     Q     Okay.  Can you see that the next page says 11/27,

3 correct?

4     A     Correct.

5     Q     And you have a number from 11/27, but then after

6 11/27, you have 12/12, correct?

7     A     Correct.

8     Q     Okay.  So when you're going through these messages

9 that you're familiar with, this really jumps around;

10 is that fair to say, we go from 11/27 to 12/12?

11     A     This exhibit jumps around, yes.

12     Q     Okay.

13           And, in fact, after 12/12, you have a few from

14 12/12, you now have 12/11, correct?

15     A     That's correct.

16     Q     And then you have 12/11 again?

17     A     Yes.

18     Q     And then you have 12/14, right?

19     A     Yes.

20     Q     So you're kind of jumping around.

21           On 12/14, is there a rally in Washington D.C., or

22 12/12?

23     A     The 12th of December, there's a rally.

24     Q     Okay.

25           And what was that rally called?

1          A     It was the Jericho rally, or Jericho March.

2          Q     Okay.  And Mr. Rhodes is a speaker at the Jericho

3    March, correct?

4          A     Correct.

5          Q     And you stated that you know that Oath Keepers

6    came to Washington in November for a rally; is that correct?

7          A     I was aware of that, yes.

8          Q     And you're aware of an Arizona rally that

9    Mr. Rhodes attended in December of 2020?

10         A     Generally.

11         Q     Generally.  Okay.

12               So are you aware of whether or not Mr. Meggs is in

13   the "Old Leadership" chat?

14         A     He is.

15         Q     He is?  Okay.

16         A     Yes.

17         Q     So when does he leave the chat, do you know?

18         A     I don't know when he leaves the chat.

19         Q     But you're familiar with the chat's messages,

20   correct?

21         A     Yes.

22         Q     Okay.

23               So would it surprise you if I told you his last

24   message appears on 12/18/2020?

25         A     That wouldn't surprise me.

1    Q    And, in fact, there are no messages from Mr. Meggs

2    in this exhibit, are there?

3    A    No.

4    Q    In 6701.  Okay.

5         And would it surprise you if I told you there's no

6    messages from Mr. Meggs between 11/20 and 12/18?

7    A    I'd have to review it.

8         MS. HALLER:  Bear with me one moment, Your Honor.

9         Okay.  Here we go.

10        I'm going to hand the witness what I'm going to

11   mark as KM7.

12        Let the record reflect I've handed the witness

13   what is marked as KM7.

14   BY MS. HALLER:

15   Q    Agent Cody, can you -- well, looking at these

16   messages, which are dated 12/18/2020, and I will represent

17   to you are an excerpt of the "Old Leadership" chat because

18   the "Old Leadership" chat is very long and it's over

19   4,000 pages, so I didn't think I need to bring in the actual

20   4,000 pages, but I have it on the computer if you need.

21        Are you familiar with these messages from the "Old

22   Leadership" chat?  I think we've established that, correct?

23   A    Yes.

24   Q    And looking at these messages, which are dated

25   12/18/2020, may I publish this, Your Honor -- or, well,

1    would it be fair to say that at the last message at the

2    bottom of the page of 12/18, there is a message from

3    Okay Gator 1, correct?  On the first page, the cover page --

4         A    The first page.

5         Q    -- of the physical document.

6         A    Yes, that's correct.

7         Q    At the bottom of the page, Okay Gator 1 says,

8    "Whiskey 62 is still in Florida with us.  We all left the

9    chats of national due to issues," correct?

10        A    That's what it says, yes.

11        Q    Okay.

12             Going to the next set of chats on the second page

13   of this document, KM7, it says -- somebody named Chris says,

14   "Issues," in the middle of the page.  And then Okay Gator 1

15   says, "I left, not sure how this popped back up," and he

16   says that on 12/18.

17             And then you'll see commentary on page 3 in

18   response.  And then someone named Derek on 12/18 says, "Oh,

19   he left, that's cute."

20             Do you see that?

21        A    I do.

22        Q    And it's fair to say that this is an excerpt of

23   the "Old Leadership" chat on 12/18, correct?

24        A    Correct.

25             MS. HALLER:  I'm going to publish it, Your Honor?

1                MS. RAKOCZY:  Objection as to relevance.

2                THE COURT:  It's overruled.

3   BY MS. HALLER:

4        Q    At the bottom of the first page, is a message, "We

5   all left the chats of national due to issues."

6                Agent Cody, looking at the middle message on

7   page 2 of the exhibit, does it say "issues"?

8        A    It does.

9        Q    And then Okay Gator responds, correct?

10       A    He does.

11       Q    And Okay Gator is Mr. Kelly Meggs, correct?

12       A    Yes.

13                Okay Gator 1 is Mr. Kelly Meggs.

14       Q    Thank you, sir.

15                "I left, not sure how this popped back up"; is

16   that correct?

17       A    That's what it says.

18       Q    Okay.  And is it fair to say that with Signal,

19   when someone leaves the group or leaves the chat, there is

20   no documentation or data that will show you that they

21   actually left the chat?  Would that be fair to say?

22       A    I think it -- I believe, though I am not a Signal

23   expert, it depends on how someone leaves a chat.  If someone

24   just doesn't open it up, I would assume that the data would

25   still be there.

1      Q    Well, that's not leaving the chat, is it?

2      A    I don't know what "left" means.

3      Q    Okay.

4           You don't use Signal, sir, do you?

5      A    I do not.

6      Q    And you do not have expertise on Signal;

7  is that correct?

8      A    Expertise, no.

9      Q    Okay.

10          And you, I think, testified earlier that this was

11  your first experience with Signal, correct, this case?

12     A    Yes.

13     Q    Speaking of Signal, you can't show anything to

14  suggest that Mr. Meggs is, in fact, in this chat after

15  12/18; is that correct?

16     A    Based on what I have in front of me, no.

17     Q    Okay.  And looking at the chat before that, the

18  month between 11/20 and 12/18, you can't say that Mr. Meggs

19  was in the chat at that time either, can you?

20          Excuse me, I should say 12/18.  So he appears back

21  up on 12/18, as I showed you in Exhibit 7.

22          Is it fair to say 11/20 is his last message?

23     A    Again, based on what I have in front of me, that

24  is fair to say.  However, this exhibit is not the complete

25  "Old Leadership" chat.

2354

1      Q    Understood.

2      A    Understood?

3      Q    Yes.

4      A    Yes.

5      Q    Thank you, sir, for clarifying that.

6           This is an excerpt of messages, and specifically

7     messages that were put together by the government just on

8     certain messages and certain dates, and I think we've

9     already heard testimony through Mr. Crisp, where he showed

10    context for the messages, correct?

11     A    Correct.

12     Q    Okay.  Because the actual Signal chat that we're

13    talking about is over 4,000 messages, correct?

14     A    Yes.

15     Q    So you never investigated whether Kelly Meggs was

16    in the chat after November of 2020, 11/20/2020, correct?

17     A    I did not investigate whether Mr. Meggs was in the

18    chat after 11/20 of 2020.

19     Q    Did you investigate whether Ms. Watkins was in the

20    chat at that time?

21     A    I did not.

22     Q    Okay.

23          And it's fair to say you didn't look for

24    Ken Harrelson either, did you?

25     A    So I will caveat this by saying that as I'm not a

```
 1    savant, and you have said that these are voluminous chat
 2    logs, I'm incapable of committing it all to memory.
 3              So if you were to ask me a question and I were
 4    able to go back and refer to the 4,000 or so pages, I could
 5    tell you definitively.
 6        Q    Sir, you're familiar with PDF, correct?
 7        A    I am.
 8        Q    And you're familiar with the fact that the
 9    government produced this chat to the defendants in PDF
10    format, correct?
11        A    I am not.
12        Q    You'd be familiar with the fact that PDF format
13    allows one to search for a name, would that be fair to say?
14        A    It would be.
15        Q    And is it fair to say, you never actually used a
16    PDF search tool to look for when Mr. Meggs was in this chat,
17    correct?
18        A    Did I ever search --
19        Q    Use PDF --
20        A    -- in a PDF for Mr. Meggs' name?
21        Q    -- looking for Mr. Meggs as Okay Gator 1.
22        A    No, I did not search in a PDF for Mr. Meggs' name.
23        Q    Okay.  And you didn't do that for Mr. Harrelson,
24    did you?
25        A    Not that I recall.
```

2356

1      Q    Or Ms. Watkins?

2      A    Not that I can recall.

3      Q    And looking at the messages that were omitted, was

4    there -- well, bear with me one second.

5           Did you consider messages that related to the

6    security at the rallies when this compilation was made?

7      A    I don't understand what you mean by "consider."

8      Q    Did you consider messages within the messages that

9    were used for the compilation of 6701, did you consider

10   messages related to security to be included in 6701?

11     A    Again, I didn't create this exhibit.

12     Q    But you testified that you're familiar with this

13   exhibit?

14     A    Yes.

15     Q    In your familiarity with this exhibit, it's fair

16   to say there's no messages about doing security at any of

17   the rallies; is that fair to say?

18     A    That's fair to say.

19     Q    Okay.

20          And it's fair to say that Mr. Meggs did, in fact,

21   message about security operations within this chat; would

22   that be correct?

23          MS. RAKOCZY:  Objection.

24          MS. HALLER:  Grounds?

25          MS. RAKOCZY:  Hearsay.

```
 1              MS. HALLER:  I'll rephrase, Your Honor.
 2     BY MS. HALLER:
 3         Q    Would it be fair to say that Mr. Meggs
 4     communicated on this chat before 11/20?
 5         A    Yes.
 6         Q    And in those communications, did you review
 7     them -- did you review any of the messages in the
 8     "Old Leadership" chat?
 9         A    Yes, I reviewed messages in the "Old Leadership"
10     chat, yes.
11         Q    And going back to the period of time before
12     11/20 --
13         A    Yes.
14         Q    -- did you review messages related to security
15     operations at the rallies?
16         A    I did not --
17              MS. RAKOCZY:  Objection.
18              THE COURT:  It's overruled.
19              THE WITNESS:  I did not review messages around
20     November 20th.
21     BY MS. HALLER:
22         Q    Sir, that wasn't my question.
23         A    You asked, I believe, did I review messages
24     regarding security around November --
25         Q    Prior to --
```

1       A    Prior to.

2       Q    -- November 20th, everything prior to

3   November 20th?

4       A    Yes.

5       Q    You've already testified that part of your

6   investigation included November 9th and included the time

7   period after November 9th.

8            And I'm simply asking a very simple question:  Did

9   your review include review of any of the messages that

10  related to security operations for the rallies prior to

11  November 20th?

12      A    My particular review did not include a review of

13  the "Old Leadership" chat prior to, excuse me, prior to

14  November 20th for messages relating to security.

15      Q    Okay.  Sir, I know this is hard, but looking at

16  6701, which you testified to, there's a message from

17  November 25th.  So you're saying that's your earliest that

18  you're looking at?

19           THE COURT:  Ms. Haller can we move on from this?

20  I mean, the government has put --

21           MS. HALLER:  Yes, Your Honor.

22           THE COURT:  -- together the exhibit, not this

23  particular witness.  So you can ask him what's in the

24  exhibit.  But asking him why something was put in there,

25  that's a decision the prosecutors have made, not him.

1          MS. HALLER:  Okay.  Thank you, Your Honor.

2     BY MS. HALLER:

3          Q    Let's skip forward in the leadership chat.

4               Are you aware that Stewart Rhodes had sent

5     messages that are included in 6701?

6          A    Yes.

7          Q    Okay.

8               And when it came to selecting the messages that

9     were included for 6701, would it be fair to say not all the

10    messages made it in here from Mr. Rhodes, correct?

11         A    That's correct.

12         Q    Okay.  And is it fair to say that, along with his

13    messages in the late December time frame that are in this

14    6701, we have December 30th and we have December 27th -- or

15    December 15th, and we have December 19th.  And Christmas

16    falls in there, does it not, in that time period?

17         A    Yes.

18         Q    Yes?

19         A    Yes, Christmas does fall in that time period.

20         Q    Thank you, sir.  I know that's a big question.

21              But Mr. Rhodes sent a message on December 24th;

22    is that correct?

23         A    Yes.

24         Q    And is it fair to say he prayed for peace for the

25    nation and --

1           THE COURT:  That is sustained.

2    BY MS. HALLER:

3        Q    Are you familiar with those messages?

4           THE COURT:  That's sustained.

5           Sustained.

6           MS. HALLER:  Okay.  Thank you, Your Honor.

7    I won't ask about Christmas messages.

8    BY MS. HALLER:

9        Q    When it came to the messages that were selected

10   after November 20th, because I think we said that you didn't

11   have review of those messages, but for the messages after

12   November 20th that go through this time period through

13   December 30th, did you review the messages related to

14   security operations?

15       A    I saw some messages related to security

16   operations, yes.

17       Q    And those messages are not included in 6701,

18   correct?

19       A    That's correct.

20       Q    Is it fair to say you saw messages related to

21   other rallies, correct?  We've talked about thought already?

22       A    Yes.

23       Q    The Jericho rally, correct?

24       A    Yes.

25       Q    Do you recall the Arizona rally?

1    A    Generally, but no specifics about the Arizona

2  rally.

3    Q    Is it fair to say that the Arizona rally took

4  place in late December, around December 17th?

5    A    I'm not sure on the date.

6         I'm generally aware of the existence of a rally in

7  Arizona but beyond that.

8    Q    Okay.

9         And are you aware of whether or not Oath Keepers

10  attended the Arizona rally?

11         THE COURT:  Can we get on the phone, please.

12         (Bench conference)

13         THE COURT:  So you really are getting quite far

14  afield here.  I mean, if we're talking about this exhibit,

15  I allowed in the documents to complete the exhibit.  You're

16  now asking him about things that are in that time period

17  that weren't part of the exhibit and weren't subject to the

18  rule of completeness.  So, you know, I've given you a little

19  bit of rope, but let's move this forward.  We've got to get

20  to the next witness.

21         MS. HALLER:  Okay.  Thank you.

22         (Open court)

23         MS. HALLER:  Okay.  Mr. Cody, thank you very much

24  for your time and have a good day.

25         I'm done.

1          THE COURT:  Thank you, Ms. Haller.

2          MS. HALLER:  Thank you, Your Honor.

3          THE COURT:  Anything further from the government?

4          MS. RAKOCZY:  Yes, Your Honor.

5                          -  -  -

6                   REDIRECT EXAMINATION

7    BY MS. RAKOCZY:

8      Q    Good morning, Special Agent Cody.

9      A    Good morning.

10     Q    Let's begin where Ms. Haller ended.  I'd like to

11   ask you about some of the chats that some of the defendants

12   were a part of, okay?

13     A    Sure.

14     Q    So the okay -- I'm sorry.

15          The "Old Leadership" chat, you were asked some

16   questions about whether Mr. Rhodes was in that chat.

17          Was he in that chat for pretty much the entire

18   period of November 2020 through January 2021?

19     A    Yes.

20     Q    Did you see evidence that Mr. Kelly Meggs was part

21   of that chat?

22     A    Yes.

23     Q    And to be clear, Ms. Haller was just showing you a

24   defense exhibit that I believe she called KM 7.  Do you

25   remember -- I think you still have it in front of you?

1      A     Yes.

2      Q     Okay.

3            So Mr. Meggs is sending messages to the

4    "Old Leadership" chat on November 20th in that exhibit; is

5    that right?

6            MS. HALLER:  Objection to form.

7    BY MS. RAKOCZY:

8      Q     Are there messages from Mr. Kelly Meggs to the

9    "Old Leadership" chat in the exhibit before you?

10     A     Yes, there are.

11     Q     What dates are those messages from?

12     A     December 18th of 2020 and December 18th of 2020,

13   the three messages from Mr. Meggs.

14     Q     Are there any messages from November of 2020 at

15   the beginning of the exhibit?

16     A     No.

17     Q     In that exhibit?

18           Okay.

19           Do you recall whether you saw any messages from

20   November of 2020 from Mr. Meggs?

21     A     I don't recall that.

22           MS. HALLER:  Objection to form.

23           THE COURT:  It's overruled.

24   BY MS. RAKOCZY:

25     Q     You don't recall?

1          A     I don't recall.

2          Q     And can you explain to the jury, in preparing to

3    testify here today, what your focus was or what you

4    anticipated the scope of your testimony to be about?

5          A     So my focus in the anticipation of the scope of my

6    testimony was late November last week of November, through

7    December, up through the early part of the first week of

8    January.

9          Q     Okay.

10               So you just discussed that Mr. Meggs is in the

11   chat, at least on December 18th of 2020; is that right?

12         A     Yes.  Yes.

13         Q     Did you -- Ms. Haller asked you whether you

14   investigated whether Defendant Jessica Watkins joined

15   that chat.

16               Did you look into that?

17         A     I did.

18         Q     Do you recall as you sit here today what date, if

19   any, she became part of that chat?

20         A     I don't recall specifically what date.

21         Q     Okay.

22               MS. RAKOCZY:  With the Court's indulgence, may I

23   show just the witness what is going to be marked for

24   identification as Government's Exhibit 1.S.696.15219.

25               1.S.696.15219.

1    BY MS. RAKOCZY:

2        Q    Special Agent Cody, do you see a message on your

3    screen here?

4        A    Yes.

5        Q    What is this?

6        A    This is a message from Stewart Rhodes to

7    "Old Leadership" chat on December 5th of 2020.

8        Q    Okay.

9             If you could look at this message for a second.

10            Are you familiar with this message?

11       A    I am.

12       Q    Is this a fair and accurate copy of the text of a

13   message that Mr. Rhodes sent the "Old Leadership" chat on

14   December 5th?

15       A    Yes, it is.

16            MS. RAKOCZY:  At this point in the time, the

17   government would seek to move into evidence Government's

18   Exhibit 1.S.696.15219.

19            MR. CRISP:  No objection, Your Honor.

20            THE COURT:  1.S.696.15219 will be admitted.

21                         (Government Exhibit 1.S.696.15219
                             received into evidence.)
22

23            MS. RAKOCZY:  If we could publish to the jury,

24   please.

25

1    BY MS. RAKOCZY:

2        Q    Special Agent Cody, on December 5th, what did

3    Mr. Rhodes write to the "Old Leadership" chat?

4        A    "Added Jessica Watkins from Ohio, who is a trusted

5    veteran of our Louisville op.  She's helping us in Ohio.

6    There was an LEO-involved shooting there.  I've created an

7    intel team chat just for that.  Jessica can ask you for help

8    here or add you to that chat if she wants.  Up to her."

9        Q    And so does that reflect that Ms. Watkins was

10   added to this chat on December 5th?

11       A    It does.

12           MS. RAKOCZY:  If we could take that down from the

13   jury, please.

14   BY MS. RAKOCZY:

15       Q    Special Agent Cody, that's the "Old Leadership"

16   chat, right?

17       A    It is.

18       Q    Okay.

19           Let's talk about another chat called the

20   "OK FL Hangout" chat.  Are you familiar with that chat?

21       A    Generally, yes.

22       Q    Okay.

23           MS. HALLER:  Objection; outside the scope.

24           THE COURT:  We discussed that?

25           MS. RAKOCZY:  I don't think we discussed that

```
 1   particular chat, but I can ask a couple more questions to
 2   lay a foundation.
 3            THE COURT:  Lay a foundation for its relevance.
 4   BY MS. RAKOCZY:
 5       Q    Are you aware of whether Defendant Kelly Meggs was
 6   part of the "Okay FL Hangout" chat?
 7       A    Yes.
 8       Q    Are you aware of whether Defendant Stewart Rhodes
 9   was part of that "Okay FL Hangout" chat?
10       A    I believe he would -- yes, he would occasionally
11   pop into that chat.
12            MS. HALLER:  Objection, Your Honor.  May I?
13            (Bench conference)
14            MS. HALLER:  Your Honor --
15            THE COURT:  Yes.
16            MS. HALLER:  -- the objection concerns outside the
17   scope because we haven't had an opportunity to investigate
18   this area.  So if counsel gets into the "OK FL Hangout" chat
19   discussions, we would respectfully request an opportunity to
20   follow up on, I don't know if it would be a recross or if
21   this is a new --
22            THE COURT:  Well, I assume what Ms. Rakoczy is
23   doing is that there was examination about Mr. Meggs
24   suggesting he had dropped out of the "Leadership" chat, and
25   so I assume she's trying to establish that he was in a
```

```
1    different chat with Mr. Rhodes.  I don't think she's
2    intending to get on to the substance, correct?
3            MS. RAKOCZY:  I was planning on getting into the
4    substance, but I don't have to.  The Court is correct that
5    that is the point I was making.
6            THE COURT:  So let's limit it to the fact that
7    Mr. Rhodes was part of a different chat with Mr. Meggs, and
8    if there's substance that can come in through another
9    witness at another time, but I don't want to get into a
10   tit-for-tat about substance of what should be in and what
11   should be out, okay.
12           MS. RAKOCZY:  Yes, Your Honor.
13           THE COURT:  Objection is overruled.
14           (Open court)
15   BY MS. RAKOCZY:
16       Q    So, Special Agent Cody, I think you were starting
17   to answer my question of whether Mr. Rhodes was also in this
18   "OK FL Hangout" chat with Mr. Meggs?
19       A    Yes.
20       Q    And are you aware of messages that were sent
21   between -- both by Mr. Rhodes and Mr. Meggs to that chat in
22   the late December period of 2020?
23       A    I'd have to review them.
24       Q    Okay.
25            Are you familiar -- I assume you are because we
```

2369

1     talked about it on your direct examination -- with a chat

2     called "D.C. Op Jan. 6, '21"?

3          A     Yes, I am.

4          Q     And was Mr. Kelly Meggs part of that chat?

5          A     Yes.

6          Q     Was Mr. Rhodes part of that chat?

7          A     Yes.

8          Q     Was Ms. Watkins part of that chat?

9          A     Yes.

10         Q     Was Mr. Harrelson part of that chat?

11         A     Yes.

12         Q     Now, we just talked about Ms. Watkins joining the

13    "Old Leadership" chat or Mr. Rhodes adding her on

14    December 5th of 2020.  Were you aware of her attending any

15    GoToMeetings prior to December 5th of 2020?

16         A     Off the top of my head, I do not know.

17         Q     Okay.

18               Let's talk, Special Agent Cody, about some

19    questions that you were asked at the beginning of today by

20    Mr. Linder on behalf of Mr. Rhodes.

21               You were asked some questions about the messages

22    sent in late December by Mr. Rhodes and others to various

23    chats.  Do you recall those questions?

24         A     Yes.

25         Q     Okay.

1           And I think you were asked about when you saw

2    messages discussing plans to go to Washington, D.C. for

3    January 6th.  Do you remember those questions?

4       A    Yes.

5       Q    Okay.

6           When you discussed on direct examination the open

7    letters of President Trump, can you remind -- or the open

8    letters to President Trump from Mr. Rhodes, can you remind

9    the jury roughly when Mr. Rhodes published those open

10   letters?

11      A    December 14th and, I believe, December 23rd.

12      Q    Okay.

13          And December 14th, was that prior to

14   President Trump sending any tweets about going to

15   Washington, D.C., so far as you know?

16      A    I don't recall the exact date of his tweet.

17      Q    Okay.

18          If we could show Government's Exhibit 1005, which

19   is already in evidence.

20          And just if we could go to the second page, if we

21   could zoom in on the caption and the date.  That's great.

22   Thank you.

23          So was this the first open letter sent by

24   Mr. Rhodes to the website?

25      A    Yes.

1      Q    And what was the date of this?

2      A    December 14th of 2020.

3      Q    And what was the title of this open letter?

4      A    Open letter to President Trump:  You must use

5    Insurrection Act to "stop the steal" and defeat the coupe.

6      Q    And if we could just go to the closing, the end of

7    the -- I'm not sure it's the exact end of the exhibit but

8    the closing of the letter around page 4 or 5, if we could

9    just zoom in on the closing.

10         Thank you very much.

11         And so if you could just read, Special Agent Cody,

12    the last line that begins, "Know this."

13      A    "Know this.  Millions of American military and law

14    enforcement veterans, and many millions more loyal patriotic

15    American gun owners stand ready to answer your call to arms

16    and to obey orders to get this done."

17      Q    So those are Mr. Rhodes' words in the open letter

18    of December 14th, 2020; is that right?

19      A    Yes.

20      Q    Thank you.  If we could take that exhibit down,

21    please.

22         If we could now bring up on the screen -- if we

23    could show Special Agent Cody what has already been moved

24    into evidence as Government's Exhibit -- I'm sorry, Court's

25    indulgence -- 1.S.696.17486, this is already in evidence.

1    And I'm sorry, this is 1 -- the message number is 17485

2    through 17489.

3              Special Agent Cody, I'm just showing you now on

4    the screen, are these messages from the "Old Leadership"

5    chat?

6    A    They're to the "Old Leadership" chat, yes.

7    Q    And who are they from?

8    A    Stewart Rhodes.

9    Q    What's the date?

10   A    December 29th of 2020.

11   Q    Okay.

12             Are these messages that you observed in the

13   "Old Leadership" chat?

14   A    Yes.

15             MS. RAKOCZY:  These are already in evidence,

16   Your Honor.  May we publish them to the jury?

17             THE COURT:  You may.

18   BY MS. RAKOCZY:

19   Q    Can you remind the jury, Special Agent Cody, what

20   Mr. Rhodes said to the "Old Leadership" chat on

21   December 29th of 2020?

22   A    "I'm only guessing about what it going on in his

23   head.  Of course, I can't know for sure.  But I think part

24   of him knows that there will be no solution within a rigged,

25   corrupt, enemy-occupied system."

2373

1      Q     If you could continue reading, please.

2      A     "I think that part of him now understands that the

3   Insurrection Act and warfare with him as Commander in Chief

4   is the only way that he can save our Republic."

5      Q     And what did he say in the next message in the

6   chat?

7      A     "But he needs to know that if he doesn't do it,

8   we will.  And if we have to do it ourselves without him as

9   Commander in Chief, it will be exponentially harder, and

10  many more of us will die.  And while we fight, our nation

11  will be vulnerable to invasion.  It will be horrific."

12     Q     And then three messages later, does Mr. Rhodes

13  send another message to the chat?

14     A     Yes.

15     Q     What does he say?

16     A     "And he needs to know the dire consequences if he

17  doesn't – that we will not submit to an illegitimate Chicom

18  puppet regime, that we will nullify, refuse to comply, defy,

19  resist, and defend.  The same path the founders walked."

20     Q     When is Mr. Rhodes sending these messages?

21     A     December 29th.

22     Q     When is that in relation to the certification of

23  the Electoral College votes?

24     A     It's about a week prior.

25           MS. RAKOCZY:  Thank you.  I have no further

1    questions.

2             THE COURT:  All right.  Agent Cody, thank you for

3    your testimony.  You can may step down.

4             THE WITNESS:  Thank you, sir.

5             THE COURT:  All right.  Let's take our morning

6    break, ladies and gentlemen.  It's 11:25 now.  Why don't we

7    plan to resume at 11:40.  We look forward to seeing you

8    shortly.

9             COURTROOM DEPUTY:  All rise.

10            (Jury exited the courtroom.)

11            THE COURT:  Okay.  We'll resume at 11:40.  I'll

12   just ask the government to have its next witness ready to

13   go.  Thanks, everyone.

14            (Recess from 11:26 a.m. to 11:44 a.m.)

15            COURTROOM DEPUTY:  Jury panel.

16            (Jury entered the courtroom.)

17            THE COURT:  Okay.  Please be seated, everyone.

18            Welcome back, ladies and gentlemen.

19            All right.  Is the government ready with your next

20   witness?

21            MS. HUGHES:  Thank you, Your Honor.  The

22   government calls Special Agent Justin Eller.

23            COURTROOM DEPUTY:  Please raise your right hand.

24            (Witness is placed under oath.)

25            COURTROOM DEPUTY:  Thank you.

```
 1              THE COURT:  All right, Special Agent Eller,
 2   welcome.
 3              THE WITNESS:  Thank you.
 4                           - - -
 5   SA JUSTIN ELLER, WITNESS FOR THE GOVERNMENT, SWORN
 6                      DIRECT EXAMINATION
 7                           - - -
 8   BY MS. HUGHES:
 9        Q    Good morning.
10        A    Good morning.
11        Q    Could you please take a moment and introduce
12   yourself to the jury.  Would you state and spell your name
13   in a nice, clear and slow voice?
14        A    I'm Justin Eller.  J-u-s-t-i-n, E-l-l-e-r.
15        Q    And are you employed, sir?
16        A    Yes.
17        Q    Where do you work?
18        A    With the FBI.
19        Q    What is your title?
20        A    I'm a Special Agent.
21        Q    How long have you been with the FBI?
22        A    For about two and a half years.
23        Q    What kinds of investigations are you assigned at
24   the FBI?
25        A    I investigate domestic and international terrorism
```

1  cases.

2       Q    What office do you work out of geographically?

3       A    I work out of the Cincinnati division.

4       Q    And how long have you been with the FBI?

5       A    I've been with the FBI for two and a half years.

6       Q    What did you do before joining the FBI?

7       A    Prior to the FBI, I was a police officer.

8       Q    How long were you a police officer?

9       A    For just over six years.

10      Q    What is your educational background?

11      A    I have a bachelor's, as well as a master's in

12  criminal justice.

13      Q    And did you ever serve in the military?

14      A    Yes.

15      Q    How long did you serve in the military?

16      A    I was in the military for four years.

17      Q    What branch?

18      A    I was in the Marine Corps.

19      Q    And did you ever deploy as part of your military

20  experience?

21      A    I did, yes.  I was in Okinawa, Japan, for four

22  years.  And then I deployed to Iraq as well.

23      Q    To Iraq?

24      A    Yes.

25      Q    Now, Special Agent Eller, did there come a time

1    when you began investigating the events of January 6th,

2    2021, at the United States Capitol?

3        A    Yes.

4        Q    Did you specifically join this investigation?

5        A    Yes.

6        Q    When did you join this investigation?

7        A    This would have been early January 2021.

8        Q    And as part of this investigation, what kinds of

9    investigative steps have you yourself engaged in?

10       A    I conducted interviews of cooperating witnesses,

11   as well as witnesses and subjects.  I also did legal service

12   or reviewed legal service, such as search warrants and

13   subpoenas.

14           I also reviewed open-source documents, as well as

15   videos and photographs.

16       Q    In terms of the interviews specifically,

17   approximately how many witnesses would you say that you

18   yourself have interviewed?

19       A    Between 20 and 30 individuals.

20       Q    How did you first become involved in this

21   investigation?

22       A    I was involved when my supervisor at the

23   Cincinnati division assigned the case to me.

24       Q    What case was that?

25       A    This was Jessica Watkins initially.

1    Q    And I'm putting up what has already been admitted

2  into evidence Government's Exhibit 1530.

3              MS. HUGHES:  May the witness step down from the

4  stand?

5              THE COURT:  He may.

6  BY MS. HUGHES:

7    Q    Special Agent Eller, on the board, could you

8  identify -- first of all, you mentioned Jessica Watkins.

9  Could you please identify her on the board?

10   A    This is Jessica Watkins right here.

11   Q    Underneath her name it says, "Cap."  What is your

12  understanding of what "Cap" is?

13   A    It's short for captain.

14   Q    And what is, why is that written there?  What is

15  your understanding about why it says "Cap"?

16   A    That's the name that people referred to her by at

17  different events that she would attend.

18   Q    And who's the individual below Ms. Watkins?

19   A    The next person down is Donovan Crowl or Trapper.

20   Q    And what is your understanding of where Mr. Crowl

21  is from?

22   A    He's from Champaign County in Ohio.

23   Q    And who's below Mr. Crowl?

24   A    Followed by Sandra Parker.

25   Q    And where is Ms. Parker from?

1      A      She's from Morrow, Ohio.

2      Q      And who is below Ms. Parker?

3      A      Below her is Bennie Parker, also from

4   Morrow, Ohio.

5      Q      So is it fair to say that in the course of the

6   investigation, your focus was on these individuals from Ohio

7   specifically?

8      A      Yes, ma'am.

9      Q      And just for context, who of these individuals

10  went into the United States Capitol on January 6th, 2021?

11     A      Went inside or just went in general?

12     Q      Went inside.

13     A      So the three that went inside are Jessica Watkins,

14  Donovan Crowl, and Sandra Parker.

15     Q      And was Mr. Parker on the grounds of the Capitol?

16     A      Correct.

17     Q      Thank you.  You can get back on the stand.

18     A      Thank you.

19     Q      So for purposes of your testimony today, we're

20  going to focus on those individuals, and the time period

21  I'm going to focus on is going to be from mid-November to

22  early January but before January 6th.

23            In the course of your investigation, did you

24  review statements among these individuals and with other

25  individuals in the investigation?

2380

1        A        Yes, ma'am.

2        Q        On what kinds of platforms?  How would these

3   individuals communicate with each other?

4        A        They would communicate via Facebook, text messages

5   on cellular telephones, Signal, and Facebook as well.

6        Q        Are you familiar with something called Parler?

7        A        Correct, yes.

8        Q        What is Parler?

9        A        Parler is similar to Facebook, where you can send

10  messages to single individuals or groups.  You can also send

11  photographs or videos.  And it's just a means for

12  individuals to communicate.

13       Q        Did you also review statements between these

14  individuals on Parler?

15       A        I did.

16       Q        Are you familiar with an event that has been

17  referred to as the Million MAGA March?

18       A        Yes.

19       Q        When did this event occur?

20       A        That was November 14th, 2020.

21       Q        Where did that event occur?

22       A        It was Washington, D.C.

23       Q        And who from the Ohio contingent, the individuals

24  you identified previously, who attended this march on

25  November 14th?

2381

1    A    It was Jessica Watkins, Donovan Crowl, and then a

2    third individual who's not pictured there.

3    Q    And did you review messages sent by Ms. Watkins

4    after the Million MAGA March?

5    A    Yes.

6        MS. HUGHES:  Could we please show just for the

7    witness, Ms. Rohde, what has been marked as Government's

8    Exhibit 6825.1?

9        THE COURT:  I'm sorry.  Could you say that exhibit

10   number again.

11       MS. HUGHES:  6825.1.

12   BY MS. HUGHES:

13   Q    Special Agent Eller, what is on your screen?

14   A    This is a Facebook message.

15   Q    Whose account is this from?

16   A    This is Jolly Roger.  This is Jessica Watkins'

17   Facebook account.

18   Q    And was there a search warrant executed on

19   Ms. Watkins' Facebook account?

20   A    Yes, ma'am.

21   Q    Did you compare this document with the returns

22   that were retrieved as a result of that search warrant?

23   A    Yes, ma'am.

24   Q    And is this a fair and accurate copy of one of

25   those messages?

2382

```
 1        A    Yes.

 2             MS. HUGHES:  Pursuant to a 902(11) certificate of

 3   authenticity and the preceding testimony, the government

 4   seeks to admit and publish Government's Exhibit 6825.1.

 5             THE COURT:  Any objection?

 6             MR. CRISP:  No, Your Honor.

 7             THE COURT:  All right.  6825.1 will be admitted.

 8                          (Government Exhibit 6825.1
                              received into evidence.)
 9

10   BY MS. HUGHES:

11        Q    Okay.  Special Agent Eller, you said that this

12   is -- the author was Jolly Roger Again, who is this

13   individual?  Who's Jolly Roger?

14        A    This is Jessica Watkins.

15        Q    And this date, could you please read the date of

16   this message?

17        A    November 16th, 2020.

18        Q    And the time is in something called UTC.  It's

19   1:56 UTC.

20             In Eastern Standard Time, would this be the

21   preceding date, 11/15?

22        A    Correct.

23        Q    And, again, when was the Million MAGA March?

24        A    It was on November 14th, 2020.

25        Q    So what did Ms. Watkins -- first of all, what is
```

1    your -- in your review of those returns, where did she post

2    this message?

3         A    This was posted in a group on Facebook that had

4    about ten individuals in it, one of them including

5    Donovan Crowl.

6         Q    And so to this group, she posted a link.  Did you

7    have an opportunity to go to this link?

8         A    I did.

9         Q    And what is the summary of this that is listed

10   here on this exhibit?

11        A    The summary is "'Anything he signs into law we

12   won't recognize as legitimate,' Oath Keepers founder says."

13        Q    And when you went to this link, did you preserve

14   the article that this link went to?

15        A    I did not, but somebody did preserve it.

16             MS. HUGHES:  Could we please show only the witness

17   what has been marked as Government's Exhibit 6825A.

18   BY MS. HUGHES:

19        Q    Special Agent Eller, what is on your screen?

20        A    This is -- when you click on the link, it takes

21   you to this article here, it's on Yahoo!  But at the header,

22   it says, "Independent," I believe, because they contributed

23   to the article in some way so they're also listed.

24        Q    And is this a fair and accurate copy of what the

25   link goes to?

1    A    Yes.  From what I can see here, there's more if
2  you scroll down.
3           Yes, it is.
4           MS. HUGHES:  The government seeks to admit and
5  publish what has been marked as Government's Exhibit 6825A.
6           MR. FISCHER:  Objection; hearsay.
7           THE COURT:  It's overruled.  It will be admitted.
8           To be clear, it's admitted based on effect on the
9  listener, not for the contents of the article itself.
10           MR. WOODWARD:  I object.
11           As against all defendants, Your Honor?
12           MS. HUGHES:  Certainly -- I mean, I can get on the
13  phone.  But certainly we would say that it at least goes to
14  Ms. Watkins, Mr. Rhodes.
15           THE COURT:  Right.
16           MS. HUGHES:  It is his statements as well that are
17  quoted.
18           THE COURT:  Get on the phone.
19           (Bench conference)
20           THE COURT:  So are you seeking to admit this
21  against Ms. Watkins and Mr. Crowl for having read and
22  reviewed this for their state of mind?
23           MS. HUGHES:  Yes.
24           So in addition to being against Ms. Watkins and
25  Mr. Crowl, there is an embedded video in this article, and

1    it is, in fact, Mr. Rhodes speaking.

2              THE COURT:  Okay.

3              MS. HUGHES:  So it would, at the very least, be

4    against Ms. Watkins and Mr. Rhodes for his own statements,

5    At Million MAGA March.

6              THE COURT:  Okay.  Understood.  I didn't realize

7    there was an embedded video.

8              You're going to play that video?

9              MS. HUGHES:  Yes.

10             THE COURT:  So we'll admit it against Ms. Watkins

11   and Mr. Rhodes alone, okay?

12             MS. HUGHES:  It's also just evidence of the

13   conspiracy more broadly, Your Honor.

14             THE COURT:  I guess I'd have to read the

15   statement.

16             What does Mr. Rhodes say?

17             MS. HUGHES:  That anything -- that it is much akin

18   to sort of his statements elsewhere, that anything the

19   usurper says will be null and void and that they will refuse

20   to abide by any laws that are implemented by

21   President Biden.

22             THE COURT:  Okay.  All right.  So I'll admit it as

23   a co-conspirator statement in furtherance of the conspiracy

24   then.  Okay?

25             MS. HUGHES:  Thank you, Your Honor.

```
 1              (Open court)
 2              THE COURT:  The objection is overruled.  It will
 3    be admitted.
 4                             (Government's Exhibit 6825A
                                    received into evidence.)
 5
 6    BY MS. HUGHES:
 7         Q    Special Agent Eller, what is the title of this
 8    article again?
 9         A    "America's largest Militia says it will refuse to
10    recognize Biden as President" -- I'll start over.
11              "America's largest militia says it will refuse to
12    recognize Biden as President and resist his administration."
13         Q    And what is the date of this article, Ms. Rohde,
14    if we can maybe zoom in on that title?
15         A    November 15th, 2020.
16         Q    So this would be the day after the Million MAGA
17    March?
18         A    Correct.
19         Q    In scrolling through this article,
20    Special Agent Eller, are there two videos embedded in the
21    article?
22         A    Correct.
23         Q    Did you have an opportunity to view those videos?
24         A    I did.
25         Q    And were those videos also preserved?
```

2387

1    A    Yes, they were.

2    Q    Putting on, just for the witness, please,

3  Ms. Rohde, what has been marked as Government's

4  Exhibit 6825B.

5         And, Special Agent Eller, is this the beginning of

6  the video you just referenced?

7    A    Yes.  It looks like it maybe is either buffered a

8  little bit or it's -- went forward.

9    Q    Ms. Rohde --

10   A    Yeah, you're right, it's the beginning.

11   Q    Is this -- have you had a chance to review this

12  exhibit before?

13   A    Yes.

14   Q    And is this exhibit, Government's Exhibit 6825B, a

15  fair and accurate copy of those embedded videos that were in

16  the article?

17   A    It is.

18        MS. HUGHES:  Government seeks to admit and publish

19  Government's Exhibit 6825B.

20        THE COURT:  All right.  6825B will be admitted.

21                              (Government's Exhibit 6825B
                                  received into evidence.)
22

23  BY MS. HUGHES:

24   Q    Ms. Rohde if we could please play these videos.

25        (Video played)

1    BY MS. HUGHES:

2    Q    If we could just pause right here, Ms. Rohde, for

3    a moment.

4         Special Agent Eller, there's an individual to the

5    right of Mr. Rhodes in this video.  And if you can mark the

6    screen when you identify him, if you're able to;

7    do you recognize this individual?

8    A    This individual right here is Doug Smith.

9    Q    And what is your understanding of, based on the

10   investigation, who Doug Smith is?

11   A    Doug Smith, during the time of January 6th, was

12   the leader of the North Carolina's Oath Keepers.

13   Q    Thank you.  We can remove those marks and continue

14   the video.

15        Thank you, Ms. Rohde.

16        Sorry, we can continue playing the video.

17        (Video played)

18   BY MS. HUGHES:

19   Q    Are you familiar, Special Agent Eller, with an

20   individual named Thomas Caldwell?

21   A    Yes.

22   Q    Did Mr. Caldwell also attend the Million MAGA

23   March?

24   A    Yes.

25   Q    And in terms of what we just saw on this video,

2389

1   was that -- based on your review of other photos and videos,

2   was that -- the event Mr. Rhodes was speaking at, was that

3   the Million MAGA March?

4         A    It appeared to be.

5         Q    Did you review statements between Mr. Caldwell and

6   individuals from the Ohio contingent that you identified

7   earlier?

8         A    I did.

9         Q    Could we please just show the witness, Ms. Rohde,

10  what has been marked as Government's Exhibit 6825.2.

11              And if we could just scroll through the exhibit.

12              Special Agent Eller, have you reviewed these

13  messages before?

14        A    Yes.

15        Q    Where do these messages come from?

16        A    These come from Thomas Caldwell's cellular

17  telephone.

18        Q    And do the messages that you're reviewing, do

19  these appear the way that you reviewed them the way they're

20  extracted from -- did you say Caldwell's telephone?

21        A    Correct.

22        Q    -- Caldwell's telephone?

23        A    Correct.  I took these messages here and I

24  compared them to the extraction and the messages that were

25  displayed after the extraction, and these do -- they match

2390

1   up with them.

2        Q    And that was going to be my question.  Are these a

3   fair and accurate copy of the messages you viewed in the

4   extraction from Mr. Caldwell's cell phone?

5        A    Yes, they are.

6             MS. HUGHES:  And the government would now seek to

7   admit and publish Government's Exhibit 6825.2.

8             MR. WOODWARD:  No objection.

9             THE COURT:  Okay 6825.2 will be admitted.

10                            (Government's Exhibit 6825.2

11                                received into evidence.)

12   BY MS. HUGHES:

13        Q    Could we please publish these for the jury.

14             Okay.  So, Special Agent Eller, you mentioned that

15   there was an extraction from a phone.  Does this look the

16   way each -- these messages appeared in that extraction, or

17   does this look -- is this in a different format essentially?

18        A    The format's different, yes.

19        Q    And is it your understanding they're presented

20   this way so that the jury can actually read the messages?

21        A    Correct.

22        Q    So starting on the first message, first, could you

23   just -- what is the date of this first message?

24        A    November 15th, 2020.

25        Q    And who is this message between?

2391

1     A     This is between Donovan Crowl and Thomas Caldwell.

2     Q     What does Crowl write to Mr. Caldwell on

3  November 15th?

4     A     "I truly treasure your friendship.  Brother, war

5  is on the horizon.  Until we go to ground, semper fidelis."

6     Q     And, again, who is Mr. Crowl?

7     A     It's Donovan Crowl.

8     Q     Could we please go to the next message.

9           What is the date of this message?

10    A     November 16th, 2020.

11    Q     Who is this message between?

12    A     This is from Thomas Caldwell to Donovan Crowl.

13    Q     What does Mr. Caldwell write?

14    A     "Thank you for your kinds words, Brother.  In

15  retrospect, I probably overstepped my bounds during our op.

16  I know you could tell how committed I was to it, and I tend

17  to step up.  Maybe one of my major flaws.  However, who knew

18  if we would have to do serious battle that day.  I figure

19  you have to plan for the worst.  Thankfully, their fear of

20  conflict with those who can dish out the violence kept their

21  numbers down and made up for their shortfalls.  I truly

22  believe" --

23    Q     I'll just pause you there.

24          "Made up for their shortfalls," does it say?

25    A     I'm sorry, "our shortfalls."  I apologize.

1       Q    Thank you, Special Agent.

2       A    "I truly believe that like it always happens, the

3    success was due to the professionalism, dedication and

4    adaptability of the men and women who have to execute the

5    plan and adapt as they go.  I saw it in all of you, and it

6    made me proud and even more grateful that you accepted me to

7    play a part.  Next time (and there will be a next time),

8    we'll have learned and we will be strong.  I think there

9    will be real violence for all of us next time.  I know it's

10   not my place but I'm sure you've seen enough to know I'm

11   already working on the next D.C. Op."

12      Q    And this next message, this is a continuation,

13   I believe.  And at the bottom actually, Special Agent Eller,

14   there's a citation to the actual, specific message.  Could

15   you read the citation into the record, please.

16      A    22.T.14.20/4.

17      Q    And is your understanding /4 shows it's a

18   continuation of the previous three slides?

19      A    Correct.

20      Q    Please read this final slide.

21      A    "We either will have a country and we'll be

22   battling Antifa-like bugs to keep it, or we will have lost

23   our country/freedom and we will be fighting to regain it.

24   I know I c-s-n count on you.  Hope you feel the same.

25   I hope your trip home was not too painful and that you have

1    a -- good memories of the Shenandoah valley."

2        Q    Now, Special Agent Eller, we've been reviewing

3    messages from November.  Did you also review messages

4    between Mr. Caldwell and Mr. Crowl in December of 2020?

5        A    Yes.

6        Q    Please, if we could just show the witness,

7    Ms. Rohde, Government's Exhibit 6825.3.  And if we could

8    scroll through this exhibit.

9            And, Special Agent Eller, what are these messages?

10       A    These are Facebook messages between Donovan Crowl

11   and Thomas Caldwell.

12       Q    And did you compare these messages to the

13   extraction from Mr. Crowl's phone?

14       A    This would have been -- correct, yes.

15       Q    And are these a fair and accurate copy of that

16   extraction?

17       A    Yes.

18           MS. HUGHES:  The government would seek to admit

19   and publish Government's Exhibit 6825.3.

20           THE COURT:  6825.3 will be admitted.

21                          (Government's Exhibit 6825.3
                                received into evidence.)
22

23   BY MS. HUGHES:

24       Q    Okay.  Going to the beginning of this exhibit,

25   please.

2394

1          So what is the date of this message, please,

2   Special Agent Eller?

3      A    December 4th, 2020.

4      Q    Who is this message between?

5      A    This is from Thomas Caldwell to Donovan Crowl.

6      Q    And what does Mr. Caldwell write?

7      A    "So sorry about your phone.  I'm way out now where

8   the phone is spotty between mountains but usually text works

9   from here.  I've been talking with the N. Carolina boys, and

10  they were, as of today, adamant that they would not roll on

11  an op with Stewy again."

12     Q    I'm going to pause you right there for a second.

13         There's a reference here to the North Carolina

14  boys or N. Carolina boys.  What is your understanding of who

15  the N. Carolina boys are?

16     A    This would have been the Oath Keepers from

17  North Carolina.

18     Q    And who were the subjects that -- based on the

19  investigation, who were some of the -- who were two of the

20  main -- some of the main subjects?

21     A    That would have included Doug Smith, as well as

22  Paul Stamey.

23     Q    And Stewy, who is Stewy?

24     A    I believe it's referring to Stewart Rhodes.

25     Q    Okay.  Please keep reading.

2395

1    A    "I sent them an OPLIN for three- to four-man teams

2    that they were pretty happy with.  But Ranger is thinking we

3    should hold off on an op surrounding the MAGA March and plan

4    for next op, which will be much larger and involve

5    supporting the President directly and taking our country

6    back.  That would be our last chance to save the country and

7    may be quite violent."

8    Q    I'm going to pause you here one more time, Special

9    Agent Eller.

10        Is Ranger, who is Ranger a reference to?

11   A    I believe it's referring to Doug Smith.

12   Q    And so when he writes, "but Ranger is thinking we

13   should hold off," is your -- based on the investigation, is

14   it your understanding that's a reference to Doug Smith?

15   A    I do.

16   Q    Please keep reading.

17   A    "That would be our last chance to save the country

18   and may be quite violent.

19        "Stewy has never talked to me or sent me shit

20   since the D.C. Op.  He might see me as a threat, though

21   I have no desire to replace him.  Sometimes when people can

22   do something pretty well or have good ideas, an officer, or

23   in Stewy's case, 'the boss,' feels somehow diminished, which

24   is shortsighted, but we have all seen it before.

25        "As for me, the 11th is my wedding anniversary,

 1    and the 12th is the anniversary of my dad's passing.  So

 2    Sharon and I are doing our thing, including going to the

 3    actual march and marching.

 4              "I will be ready for violence if it comes.  You

 5    know me.  Anybody who goes to the march is volunteering

 6    personal time and money.  If Stewy can't run anything better

 7    than last time, it's a waste of your skills and commitment,

 8    I think.

 9              "I think if the militia is called out in December

10    or Jan. to stop the socialists, for me anyway it would feel

11    very right.  There is a Mississippi faction that is training

12    now specifically for that mission, according to Ranger."

13       Q    And, again, based on the investigation,

14    do you understand Ranger to be Ranger Doug?

15       A    Or Doug Smith.

16       Q    Doug Smith?

17       A    Yes.

18       Q    Okay.  Thank you.

19              MS. HUGHES:  If we could go to the next slide,

20    please.

21    BY MS. HUGHES:

22       Q    What does Mr. Crowl respond with to Mr. Caldwell?

23       A    "I have your back, sir.  You are the shit.  Do not

24    quit.  I'm at your service, sir.  Just know what you have.

25    Aye, aye?"

1          MS. HUGHES:  Next slide, please.

2    BY MS. HUGHES:

3      Q     And what does Mr. Caldwell write Mr. Crowl?

4      A     "Means a lot, brother.  Ranger days now we are

5    going to talk about urban warfare."

6      Q     And what "Ranger days now we are going to talk

7    about urban warfare," do you have an understanding, based on

8    the investigation, of what that is in reference to?

9      A     So I believe that's Doug Smith, again, and it's

10   not supposed to be "days"; it should possibly say "says."

11   It just may be a typo.

12     Q     If you could keep reading, please.

13     A     "Look, I set up an email account on ProtonMail.

14   Have you heard of it?  Free.  Front-to-back encryption.

15   I've set up my own secure email process.  Are you borrowing

16   a phone now?  Here's the deal.  To set up an email account

17   of your own, you can search on Google or Bing and search on

18   ProtonMail.

19          "In the meantime, with the address I will give

20   you, we can share stuff secretly even if you don't set up

21   your own account.  The address I choose is:

22   Dixiegal65@protonmail.com.

23          "When you get a chance, pls send your regular

24   email address.  I will send you the password in a different

25   way than this Face crud.  Then we'll find another format to

2398

1    send you the simple process we can use for secure text and

2    document comms.  I think our time is coming."

3            MS. HUGHES:  Next slide, please.

4    BY MS. HUGHES:

5        Q    What does Mr. Crowl respond with to Mr. Caldwell?

6        A    "Aye, aye.  Much appreciated, sir.

7    Drcrowl5@gmail.com."

8            MS. HUGHES:  If we could go to the next slide,

9    please -- or that may be the end of this.

10           Could we put up now just for the witness, please,

11   Ms. Rohde, 6825.A.

12           Sorry, my apologies, Ms. Rohde.  I misspoke.

13           6825.4.

14   BY MS. HUGHES:

15       Q    Special Agent Eller, what is this message?

16       A    This is a Facebook message.

17       Q    And have you had a chance to compare this message

18   with the Facebook returns obtained from Ms. Watkins'

19   account?

20       A    I have.

21       Q    And is this a fair and accurate copy of one of

22   those messages?

23       A    It is, yes.

24           MS. HUGHES:  The government seeks to admit and

25   publish 6825.4.

```
 1              MR. WOODWARD:  No objection.

 2              THE COURT:  6825.4 will be admitted.

 3                              (Government Exhibit 6825.4
                                 received into evidence.)
 4

 5   BY MS. HUGHES:

 6       Q    Special Agent Eller, who, again, is Jolly Roger?

 7       A    Jessica Watkins.

 8       Q    And what is this a message of?  Who is this

 9   between?

10       A    This is a message between Jessica Watkins and

11   Donovan Crowl.

12       Q    Could you please read what Ms. Watkins writes on

13   November 26th?

14       A    "We talked a good bit.  Tom is the best."

15       Q    And what does Mr. Crowl respond.

16       A    He responds, "Yes, he is."

17       Q    And is "Tom," based on your understanding,

18   Mr. Caldwell, Thomas Caldwell?

19       A    I believe they're referring to Thomas Caldwell.

20       Q    And is Mr. Caldwell from Ohio?

21       A    No he is not.

22       Q    Where is he from?

23       A    He's from Berryville, Virginia.

24       Q    Now, there's been several references to

25   Ranger Doug or Doug Smith from North Carolina.
```

1            Did you review other communications between the

2    individuals from Ohio that you identified on the board and

3    individuals from North Carolina?

4       A    I did.

5            MS. HUGHES:  Could we please put up for the

6    witness only Government's Exhibit 6825.5.

7    BY MS. HUGHES:

8       Q    Special Agent Eller, what's on your screen?

9       A    This is a text message.

10       Q    And if we could just scroll through this exhibit.

11            And are these text messages between Mr. Crowl and

12    someone named, NC Paul Jarhead?

13       A    Correct.

14       Q    Where do these messages come from?

15       A    These are from Donovan Crowl's telephone.

16       Q    Do have an opportunity to compare these messages

17    with the messages that were extracted from Mr. Crowl's cell

18    phone?

19       A    Yes.

20       Q    And are these a fair and accurate copy of those

21    messages?

22       A    Yes, they are.

23            MS. HUGHES:  Government seeks to admit and publish

24    Government's Exhibit 6825.5.

25            MR. WOODWARD:  No objection.

1          THE COURT:  6825.5 will be admitted.

2                         (Government Exhibit 6825.5
                           received into evidence.)
3

4    BY MS. HUGHES:

5          Q    Okay.  So, first, what's the date of this message?

6          A    December 7th, 2020.

7          Q    Who is this message between?

8          A    This is between NC Paul Jarhead and Donovan Crowl.

9          Q    Who is NC Paul Jarhead?

10         A    Paul Stamey.

11         Q    How do you know this is Paul Stamey?

12         A    Just through the course of the investigation

13   during -- around the time of January 6th, he was the Western

14   leader for North Carolina Oath Keepers.

15         Q    And this communication, again, is over what

16   platform?

17         A    This is a text message between the two.

18         Q    And so what does Paul Stamey on December 7th write

19   Mr. Crowl?

20         A    "Let's switch to Signal."

21              And then it has https://signal.org/install.

22         Q    What's your understanding of what Signal is?

23         A    So Signal would be a more secure way to

24   communicate.  It's something -- it's an application that you

25   have on your cell phone.  It allows individuals to have just

1    communications between them, or they can also have larger

2    groups of individuals.  There's just more layers of

3    protection due to the encryption.

4         MS. HUGHES:  Could we please go to the next slide.

5    BY MS. HUGHES:

6         Q    Does Mr. Stamey provide his phone number?

7         A    Correct.

8         MS. HUGHES:  Could we please go to the next slide.

9    BY MS. HUGHES:

10        Q    Does he provide more information on how to install

11   Signal?

12        A    Correct.

13        MS. HUGHES:  And could we go to the next --

14        THE WITNESS:  Just to clarify, the phone number

15   before was for Ranger Smith.

16        MS. HUGHES:  Oh, sorry.  Could we please go back.

17   BY MS. HUGHES:

18        Q    Without reading this number, whose number is this?

19        A    This is Doug Smith's telephone number.

20        Q    So who is Mr. Crowl speaking with?

21        A    He's speaking with Paul Stamey in this text

22   message.

23        Q    And thank you for clarifying that.

24             And so the number he provides, without reading

25   this number, is associated with Doug Smith?

```
 1        A     Correct.

 2              MS. HUGHES:  Could we go to the next slide,

 3    please.

 4    BY MS. HUGHES:

 5        Q     And is that why Stamey writes, "Ranger Smith,

 6    please install"?

 7        A     Correct.

 8              MS. HUGHES:  Could we please go to the next slide.

 9    BY MS. HUGHES:

10        Q     What does Paul Stamey write on December 7th to

11    Mr. Crowl?

12        A     "Teams house, bed down space, first come, first

13    serve.  Per:  Ranger Smith."

14              MS. HUGHES:  And the next slide, please.

15    BY MS. HUGHES:

16        Q     Please read the next message.

17        A     If you guys get in fairly early Friday, should be

18    no problem.  Give Ranger, a call.

19        Q     And, again, who sent this message?

20        A     This is from Paul Stamey to Donovan Crowl.

21        Q     What is the date of this message?

22        A     This is on December 7th, 2020.

23        Q     What do you understand this to be a reference to?

24        A     This is in reference to a training that was set to

25    occur in North Carolina.
```

2404

1      Q    And you say "training"?

2      A    I believe it was training, yes.

3      Q    And what is the -- what was your understanding of

4    when this training occurred?

5      A    So it would have been a couple days after this,

6    between -- I believe it was between December 10th and

7    December 13th, accounting for some travel days as well in

8    there.

9      Q    Was this training referenced in other chats that

10   you reviewed?

11     A    It was.

12          MS. HUGHES:  Could we please show the witness --

13   and only the witness -- what's been marked as Government's

14   Exhibit 6825.6.

15   BY MS. HUGHES:

16     Q    What is on your screen, Special Agent Eller?

17     A    This is a Signal message between NC Eastern lead

18   and NCOKCountyLeaders.

19     Q    And where did this message come from?

20     A    This message came from Stewart Rhodes' phone.

21     Q    And did you have an opportunity to compare this

22   message that's on your screen with the extraction from

23   Mr. Rhodes' phone?

24     A    I did.

25     Q    And is it a fair and accurate copy of messages

Case 1:22-cr-00015-APM    Document 720    Filed 12/18/23    Page 136 of 189

2405

```
 1    contained in that extraction?
 2         A    Yes.
 3              MS. HUGHES:  The government seeks to admit and
 4    publish Government's Exhibit 6825.6.
 5              MR. WOODWARD:  We will object to this, Your Honor,
 6    as hearsay.
 7              THE COURT:  Can you get back on the phone.
 8              (Bench conference)
 9              MS. HUGHES:  It's not being admitted for the truth
10    of the matter.  It's being admitted that there was a
11    training and that Mr. Crowl thought there was a training.
12              MR. WOODWARD:  I may have missed the foundation
13    here, but did Mr. Crowl receive this message?
14              MS. HUGHES:  No, but Mr. Rhodes is in this
15    message.  And then Mr. Paul Stamey is separately providing
16    information to Mr. Crowl about the training, and so it's the
17    same training through the dates.  And this is from
18    Mr. Rhodes' phone.
19              MR. WOODWARD:  Our objection remains that the
20    government has not laid sufficient foundation to admit this
21    statement as a co-conspirator statement.  It's not clear
22    that any of the alleged co-conspirators received the
23    statement such that it would be in furtherance of the
24    conspiracy.  And I think we renew our objection that
25    Mr. Stamey is, in fact, an alleged co-conspirator.  He's not
```

2406

```
 1   charged or otherwise part of this.
 2            MS. HUGHES:  This chat specifically, the
 3   "NCOKCountyLeaders" chat, is -- the individuals that are in
 4   it are Rhodes, Stamey, and Smith.  And it's not being
 5   introduced for the truth of the matter.  It is being
 6   introduced actually because there's an attachment here that
 7   lays out some of the trainings that the training would
 8   include, and Mr. Rhodes is in this chat.
 9            THE COURT:  Okay.  Can you bring up the
10   attachment.
11            MS. HUGHES:  Sure.
12            And the only thing we're going to go through on
13   this attachment is the first page.
14            THE COURT:  Okay.  Do you still have the same
15   objection in terms of hearsay?
16            MR. WOODWARD:  No, if the government is not
17   seeking to admit it for the truth of the matter asserted,
18   then we -- we still object because there's no -- proper
19   foundation has not been laid that Mr. Rhodes received the
20   message, whether it had any effect on him such that --
21            THE COURT:  Well, I assume -- maybe I missed it,
22   but I thought -- was there testimony that Mr. Rhodes is
23   actually on this?
24            MS. HUGHES:  Mr. Rhodes is in this chat group.
25            THE COURT:  Right.  But has there been testimony
```

2407

```
 1   to that effect?
 2           MS. HUGHES:  No, but I can elicit that.
 3           Special Agent Eller did testify that this was
 4   derived from Mr. Rhodes' phone, but I can make that second
 5   hop that it would already be on his phone if he were still,
 6   in fact, a member of it.
 7           THE COURT:  Okay.
 8           And let's just make clear who was in the other
 9   group, and I'll admit it as non-hearsay, okay?
10           MS. HUGHES:  Thank you, Your Honor.
11           MR. WOODWARD:  Thank you, Your Honor.
12           (Open court)
13           THE COURT:  The objection will be overruled.
14                           (Government's Exhibit 6825.6
                                received into evidence.)
15
16   BY MS. HUGHES:
17       Q    Special Agent Eller, what is the name of this
18   group?
19       A    It's NCOKCountyLeaders.
20       Q    What is your understanding of who was in this
21   group from the investigation?
22       A    It would be individuals from the North Carolina
23   Oath Keepers group.
24       Q    And was Mr. Rhodes also a member of this group?
25       A    Yes, because it was off of his phone.
```

1    I'm not sure when he actually got into the group, though.

2         Q     And if this message, though, was found on his

3    phone, presumably it was after he had entered the group,

4    correct?

5         A     Correct.

6         Q     And when you said individuals from the

7    North Carolina Oath Keepers group, would that include

8    Paul Stamey and Doug Smith?

9         A     I don't know for sure who was in there since they

10   did not post this message or this message isn't from them.

11        Q     And do you have an understanding of who was in

12   this group, though, outside of this message?

13        A     Again, I believe it would be the people from the

14   North Carolina Oath Keepers group.

15        Q     And would that include Donovan Crowl?  Would he

16   have been in this group?

17        A     Presumably he would not have been, no.

18             MS. HUGHES:  The government seeks to admit and

19   publish.

20             THE COURT:  Okay.  It will be admitted subject to

21   the discussion at the bench.

22                               (Government's Exhibit 6825.6
                                   received into evidence.)
23

24

25

1    BY MS. HUGHES:

2        Q    Okay.  What is this message?  First of all, could

3    you read the date of this message?

4        A    It's December 8th, 2020.

5        Q    And who's the message from?

6        A    It's from NC eastern lead.

7        Q    Who is that?  Do you know who this individual is?

8        A    His first name is Steve, I believe it's Stakowski

9    [sic].  I don't know how to spell it or pronounce it.

10   I apologize.

11       Q    This Mr. Cocasky, is he an individual who's part

12   of this investigation who is on the board, for example?

13       A    He is not.

14       Q    And what did he write on December 8th to the

15   NCOKCountyLeaders?

16       A    "County leaders.  Share this on your county's

17   Signal group.  We will hopefully include this as one of the

18   classes for Saturday."

19       Q    Was there an attachment to this message?

20       A    Yes.

21       Q    Did you have an opportunity to review the

22   attachment?

23       A    Yes.

24       Q    Could we please bring up for the witness what has

25   been marked as Government's Exhibit 6825C.

1          Special Agent Eller, is this the attachment that

2    was attached to that message?

3          A     Yes.   There's several other pages, but this is one

4    of the pages.

5          Q     And did you have an opportunity -- if we could

6    just scroll through, Ms. Rohde.

7          Did you have an opportunity to compare what is

8    before you as Government's Exhibit 6825C with the PDF that

9    was attached to that message?

10         A     Yes.

11         Q     And is this a fair and accurate copy of the

12   attachment to that message?

13         A     It is.

14         MS. HUGHES:   Government seeks to admit and publish

15   Government's Exhibit 6825C.

16         THE COURT:   6825C will be published -- admitted

17   and published.

18                              (Government's Exhibit 6825C
                                   received into evidence.)
19

20   BY MS. HUGHES:

21         Q     Special Agent Eller, I want to focus your

22   attention just on the first page of this PDF.

23         First of all, what is this PDF comprised of

24   generally?

25         A     It's a number of different descriptions, as well

2411

1    as pictures of hand signals that were commonly used or are

2    commonly used in military operations.

3        Q    And, Special Agent Eller, what is this on the

4    first page?  What is the title of this specific hand signal?

5        A    I am ready/are you ready.

6        Q    And if we could just zoom in on the image,

7    Ms. Rohde.  Thank you, you can take that down.

8            Now, does Mr. Crowl suggest that he's planning to

9    attend this training?

10       A    He does, yes.

11       Q    Could we please bring up for the witness what has

12   been marked as Government's Exhibit 6825.7.

13           And you can scroll through this as well, please.

14           What is before you, Special Agent Eller, on your

15   screen?

16       A    This is a text message string between

17   Donovan Crowl, and this is somebody different on the back

18   end but -- can you go back up to the top, please.

19           So this is different text strings between

20   different people.  So it's Donovan Crowl talking to

21   two different people.

22       Q    And did you have an opportunity to compare these

23   text messages with -- first of all, where did these text

24   messages, where are they obtained off of?

25       A    These come from Donovan Crowl's phone.

1     Q    Did you have an opportunity to compare these text

2   messages with Mr. Crowl's phone?

3     A    Yes.

4     Q    And are these a fair and accurate copy of the text

5   messages that were extracted from Mr. Crowl's phone?

6     A    Yes, they are.

7          MS. HUGHES:  Government seeks to admit and publish

8   Government's Exhibit 6825.7.

9          MR. WOODWARD:  No objection.

10          THE COURT:  6825.7 will be admitted.

11                              (Government's Exhibit 6825.7

12                                 received into evidence.)

13   BY MS. HUGHES:

14     Q    What is the date of this -- government seeks to

15   publish.

16          What is the date of this first message,

17   Special Agent Eller?

18     A    December 9th.

19     Q    And who's this message between?

20     A    This is between Donovan Crowl and NC Paul Jarhead.

21     Q    Again, who is NC Paul Jarhead?

22     A    Be Paul Stamey.

23     Q    What does Mr. Crowl write Mr. Stamey?

24     A    "I'm coming alone.  Give me a holler, Marine.

25   I'll explain.  Jess suffered an unfortunate accident.

1    Anyway, give me a holler."

2         Q    Who is Jess?

3         A    I believe it's referring to Jessica Watkins.

4         Q    And based on the investigation, do you know what

5    this accident is?

6         A    I believe that she sustained some type of injury

7    at her bar in Woodstock, Ohio.

8         Q    Could we please go to the next message.

9              Does NC Paul Jarhead respond to Mr. Crowl?

10        A    Correct.

11        Q    What does he write?

12        A    The beginning was a different -- or more of the

13   address, but below that it's, "Whiteville, NC, or

14   North Carolina, location is classified."

15        Q    And was this a complete -- have you seen the

16   unredacted form of this message?

17        A    Correct.

18        Q    And is this a full what you understand to be

19   address in Whiteville, North Carolina?

20        A    Yes.

21        Q    And is this the next date, December 10th, from the

22   message we just reviewed?

23        A    Yes.

24        Q    Could we please go to the next slide.

25             What does Crowl respond?

1        A    He responds, "10-4."

2        Q    Could we please go to the next slide.

3             What does Crowl -- first of all, who is texting on

4   this slide?

5        A    This is between Donovan Crowl and Jessica Watkins.

6        Q    What is the date of this message?

7        A    This is December 10, 2020.

8        Q    What does Mr. Crowl write Ms. Watkins?

9        A    "Just talked to Tom.  We discuss that tomorrow.

10  We can discuss that tomorrow.  Anyway.  You are my captain.

11  This will always stand.  I'm going on this mission.  I need

12  your sponsorship and blessing.  Let's talk tomorrow.  I have

13  much to tell you.  Commander Tom news and such.  I wish you

14  could fight, but right now, it's just me.  I represent us,

15  Ohio Regulars."

16       Q    Who are the Ohio Regulars?

17       A    The Ohio Regulars are a militia in Ohio, or the

18  Ohio State Regulars Militia.  It's a militia that

19  Jessica Watkins founded.

20       Q    And please go to the next slide.

21            And is this the same date?

22       A    Yes.

23       Q    What does Mr. Crowl write?

24       A    "My boss is Jess.  I'm the top.  We are building a

25  coalition.  Aye-aye, ma'am?  I can't do it if we are not

1    there.  I still think you can fight.  I also think you are a

2    girl and want to be treated tender like, and such.  You

3    deserve that, ma'am.  Let's talk tomorrow."

4        Q    Here, there's a reference to building a coalition.

5    Did you, in fact, review text messages where Ms. Watkins, in

6    particular, attempted to build a coalition, attempted to

7    recruit individuals?

8        A    Correct.

9        Q    Could we please go to Government's Exhibit 6825.9

10   just for the witness.

11           And if you could -- thank you, Ms. Rohde.

12           Special Agent Eller, what is this message?

13       A    This is a Facebook message.

14       Q    And whose Facebook is this a message from?

15       A    This is Jessica Watkins' Facebook.

16       Q    And is this a fair and accurate copy of one of the

17   messages found in Jessica Watkins' Facebook returns?

18       A    It is.

19           MS. HUGHES:  Government seeks to admit and publish

20   Government's Exhibit 6825.9.

21           MR. CRISP:  No objection.

22           THE COURT:  6825.9 will be admitted.

23                              (Government Exhibit 6825.9
                                   received into evidence.)
24

25

1    BY MS. HUGHES:

2        Q    What is the date of this message, first of all?

3        A    December 5th, 2020.

4        Q    And, again, who is Jolly Roger?

5        A    Jolly Roger is Jessica Watkins.

6        Q    What does she write on December 5th?

7        A    She writes, "I signed up for Parler.  Trying to

8    recruit."

9            MS. HUGHES:  If we could go to Government's

10   Exhibit 6825.10, please, just for the witness.  And we can

11   scroll through, Ms. Rohde.

12           Thank you.

13   BY MS. HUGHES:

14       Q    What are these messages from?

15       A    These are Parler messages.

16       Q    And who -- how did you obtain these Parler

17   messages?

18       A    These were obtained via a search warrant.

19       Q    From Ms. Watkins' Parler account?

20       A    Correct.

21       Q    Did you have an opportunity to compare these

22   messages with messages that were obtained pursuant to a

23   search warrant on Ms. Watkins' Parler account?

24       A    I did.

25       Q    And are these messages a fair and accurate copy of

1    messages from that account?

2         A    Yes.

3              MS. HUGHES:  Pursuant to a 902(11) certificate of

4    authenticity and the provided testimony, the government

5    seeks to admit and publish Government's Exhibit 28 --

6    6825.10.

7              MR. CRISP:  No objection, Your Honor.

8              THE COURT:  6825.10 will be admitted.

9                              (Government Exhibit 6825.10
                                  received into evidence.)
10

11   BY MS. HUGHES:

12        Q    So, Agent Eller, again, what is Parler?

13        A    Parler is a total media application.  It's similar

14   to Facebook, where you can post videos and messages.  You

15   can also have direct conversations or group conversations.

16   There's also, I guess you could call it a message board

17   where you can post things to it, and people that you aren't

18   communicating with directly can also see it.

19        Q    And so what are we looking at here?  Is this a

20   post?  Is this a message board?  What is your understanding

21   of what this message is from?

22        A    This is a private communication between two

23   individuals.

24        Q    Who are the two individuals?

25        A    Abanderson 146 and Ohio State Regulars.

1      Q     And abanderson 146, is this someone who is a

2   member of this -- a significant member of this

3   investigation, someone who's on the board?

4      A     He is not on the board -- he or she.

5      Q     And who is Ohio State Regulars?

6      A     Jessica Watkins.

7            Ohio State Regulars is Jessica Watkins' militia.

8   The user Ohio State Regulars is Jessica Watkins.

9      Q     What is the date of this message?

10     A     December 24th, 2020.

11     Q     If you could please read this message.

12     A     "I'm part of a patriot group that is trying to

13  organize militia units across the country.  As the CO, how

14  did you recruit and train your members?"

15           MS. HUGHES:  Could we please go to the next

16  message.

17  BY MS. HUGHES:

18     Q     What is the date of this message?

19     A     December 24th, 2020.

20     Q     And is this a message from Ms. Watkins to

21  abanderson 146?

22     A     Correct.

23     Q     What does she write?

24     A     "We recruit online, in person, at events, or with

25  family/friends.  I run new recruits through a background

1    checker app, and vet them that way.  When approved, we run a

2    week-long FRX/basic training for newbs.  With a valid DD214,

3    the training is only required for the last three days

4    instead of the whole week.  We have one coming up

5    Jan. 3rd-9th actually."

6        Q    So, Special Agent Eller, first of all, you've

7    served in the military previously, correct?

8        A    Correct.

9        Q    What is this -- what is your understanding of what

10   a DD214 is?  What does that mean?

11       A    The DD214 is a paper that reflects your discharge,

12   whether it's an honorable discharge or other than honorable.

13   It also includes different trainings that you've been to, as

14   well as deployments and any other type of pertinent

15   information, such as, like, negative or positive

16   investigations into things that you did in the military.  So

17   it's really just a record of your history in the military.

18       Q    So you said that very fast.  I just want to make

19   sure we understand.

20            So what does a valid DD214 mean?

21       A    A valid DD214 is something, when you get out of

22   the military, they'll give it to you.  And it's how you get

23   a lot of different services once you get out of the

24   military, like different benefits and whatnot.  So you

25   really need a DD214 to just show that you were in the

1    military to get the --

2        Q    So when she says, "With a valid DD214, the

3    training is only required for the last 3 days," what is

4    your -- based on your understanding what a DD214 is in the

5    context of this message, what does that mean?

6        A    It shows that they served in the military; and due

7    to that military service, they only have to do a portion of

8    the training instead of the whole training.

9        Q    Okay.  And if you could just read the last

10   sentence, please.

11       A    "We have one coming up Jan. 3rd-9th, actually."

12       Q    And, Special Agent Eller, is it your understanding

13   that a training occurred, in fact, on January 3rd to 9?

14       A    I do not believe the training occurred.

15       Q    Why do you not believe a training occurred?

16       A    I don't believe it occurred because some of the

17   members from the Ohio State Regular militia went to

18   Washington, D.C., on January 6th.

19            MS. HUGHES:  Could we please go to the next

20   message.

21            MR. CRISP:  Objection, Your Honor.  I would object

22   to the last statement.  I don't think that's lays out a

23   foundation.  It's speculative, so --

24            My objection is the lack of foundation.  He said

25   that he believes.  I don't think he's laid an adequate

2421

```
 1    foundation as to why he believed that.
 2              MS. HUGHES:  I can rephrase the question.
 3              THE COURT:  Okay.
 4    BY MS. HUGHES:
 5        Q    Did Ms. Watkins attend a training in the time
 6    period of January 3rd through 9th?
 7        A    She did not.
 8        Q    And why is that?
 9        A    Because she was in Washington, D.C.
10              MS. HUGHES:  Next slide.
11              THE WITNESS:  I was going to say, in Virginia.
12              MS. HUGHES:  Next slide.
13    BY MS. HUGHES:
14        Q    What does Ms. Watkins continue to write to
15    abanderson 146?
16        A    "I have a small Ohio class, but I have 12 guys
17    that want to join and start a chapter in Illinois.  I'm
18    vetting them/swear in the oath on Sunday.  So we may end up
19    doing basic/FRX in Illinois this time to get a full class."
20              MS. HUGHES:  If we could please go to the next
21    message.
22    BY MS. HUGHES:
23        Q    And the messages we have been reviewing were in
24    December.  What is the date of this message?
25        A    This is January 2nd, 2021.
```

2422

1      Q    And what does abanderson write to Ms. Watkins?

2      A    "How many recruits at a time are sent through

3  basic training?"

4           MS. HUGHES:  Could we go to the next message

5  please.

6  BY MS. HUGHES:

7      Q    Now, this is a different declarant.  Who's

8  speaking in this message?

9      A    This is from hyperterminal to -- I'm sorry.

10     Q    No.  Go ahead.

11     A    -- to Ohio State Regulars or Jessica Watkins.

12     Q    And is hyperterminal, is that someone that is a

13  significant member of this investigation?  Is this someone

14  who's on the board?

15     A    No.

16     Q    What is the date of this message?

17     A    This is December 24th, 2020.

18     Q    What does hyperterminal write Ms. Watkins?

19     A    "A lot of this is new to me.  I've just reached

20  the point where I'm fed up.  Trying to find a way to help.

21  I'll collect any info I can."

22          MS. HUGHES:  If we could please go to next

23  message.

24  BY MS. HUGHES:

25     Q    What does Ms. Watkins respond?

1    A    "I hear you.  100 percent agree.  I'll appreciate

2    any help you feed us.  I'm an Oath Keeper as well as running

3    my own unit.  Intel would go to Oath Keepers also."

4              MS. HUGHES:  Could we please go to the next slide.

5    BY MS. HUGHES:

6    Q    And what is the date of this communication from

7    hyperterminal?

8    A    December 26th, 2020.

9    Q    What does he write Jessica Watkins?

10   A    "Can you tell me more about titles like

11   Oath Keepers, et cetera."

12   Q    What is the next slide?  What does hyperterminal

13   write?

14   A    "It's all new to me."

15             MS. HUGHES:  Please next slide.

16   BY MS. HUGHES:

17   Q    What is the date of this message?

18   A    December 29th, 2020.

19   Q    What does Ms. Watkins respond?

20   A    "Oathkeepers.org is the site to join the Oath

21   Keepers.  Different unit than mine."

22             MS. HUGHES:  Next slide, please.

23             We can actually take this down for a moment,

24   Ms. Rohde.

25

1    BY MS. HUGHES:

2         Q    Special Agent Eller, did there become a

3    time when --

4              THE COURT:  Ms. Hughes, I'm sorry to interrupt

5    you.  It sounds like you're transitioning, so it would be a

6    good time to take our lunch break.

7              All right.  So it is 12:40, ladies and gentlemen.

8    Let's take our lunch break.  Why don't we -- we'll re-start

9    at 1:45.

10             Just the same reminders I was giving you last

11   week:  No discussion of the case, no messaging or

12   communicating about it, and no independent research.  We

13   look forward to seeing you after lunch.

14             Thank you so much.

15             COURTROOM DEPUTY:  All rise.

16             (Jury exited the courtroom.)

17             THE COURT:  All right.  Special Agent Eller, you

18   may step down.

19             THE WITNESS:  Yes, sir.

20             THE COURT:  I'll just ask you not to discuss your

21   testimony with anyone during the lunch break.  Okay?

22             THE WITNESS:  Yes, sir.

23             THE COURT:  Thank you.

24             All right.  Anything we need to take care of

25   before adjourn for lunch?

```
1              Mr. Fischer?

2              Have a seat, everyone.

3              MR. FISCHER:  Your Honor, just briefly, I had

4   filed a motion last night.

5              THE COURT:  Right.

6              MR. FISCHER:  And the government right now has

7   brought up Doug Smith, Ranger Doug Smith, a North Carolina

8   Oath Keeper.  They've also brought up Paul Stamey.

9   Paul Stamey is on their exhibit over there.

10             Your Honor, I believe the jury should be entitled

11  to know that these gentlemen have not been charged with a

12  crime.

13             THE COURT:  So, I mean, we can talk about it,

14  Mr. Fischer.  I mean, I've read your motion.  The government

15  hasn't had a chance to respond.  I take it this was

16  something you'd want to bring out on cross; is that right?

17             MR. FISCHER:  That's correct, Your Honor.

18             THE COURT:  Why don't we just come back, and we

19  can take it up right before lunch.  If you all can get here

20  just about 12:40 [sic] or so, we can take it up before we

21  get started.

22             MR. FISCHER:  Thank you, Your Honor.

23             Thanks, everyone.

24             Oh, Mr. Crisp, did you want to raise the issue

25  about -- I think it's about exhibits.
```

1          MR. CRISP:  If I may.

2          (Bench conference)

3          MR. CRISP:  The issue I wanted to discuss,

4    Your Honor, was I've noticed that a lot of the exhibits are

5    now being published on media outlets, Twitter and things of

6    that nature.

7          My concern is that you're going to have a juror

8    inadvertently see it, hear it, whatever.  I mean, we haven't

9    sequestered the jury, and I'm not necessarily asking that.

10         But I would ask that we reserve publishing them

11   until the end of the trial.  We have done that in other J6

12   cases that I've had.  I don't think there's any issue that

13   would arise outside of that except the Court's order.

14         MR. NESTLER:  Your Honor, consistent with the

15   Chief Judge's standing order and I believe the conversation

16   we had during the Pretrial Conference, we are releasing the

17   exhibits that have been introduced in court every day

18   through a Dropbox system at the end of the day.

19         THE COURT:  I mean, look, I think the reality is

20   that once they're introduced into the public record in

21   trial, they are a matter of public record.  And I think the

22   Chief Judge's standing order provided that once exhibits are

23   admitted in these cases, that they should be made available

24   to the press, consistent with the process that Mr. Nestler

25   has just described.

1          MR. CRISP:  Do you know when that order went out,

2   Judge?

3          THE COURT:  It's been a while.  I don't know.  I

4   can't remember.  It's been probably at least 10 to 12

5   months.  It probably came out sometime in the middle of last

6   year, I think.  You know, it came out largely in connection

7   with the various detention hearings we were holding in these

8   cases, and the press was demanding to see videos primarily

9   of what was being considered by judges.  And that's how this

10  all came about.

11         MR. CRISP:  Okay.  I will find out how we are able

12  to do that in the other case.  But if Your Honor feels as if

13  he has the ability to not do that based on the Chief Judge's

14  order, would you be inclined to?  In other words, is my

15  research going to be pointless.

16         THE COURT:  Well, I'm happy to take a look at it.

17         Look, why don't we try and find the order, and I'm

18  not sure whether a different judge took a different

19  approach.  I mean, I do think it probably can be done on a

20  judge-by-judge basis.  But I can assure you that you're

21  going to have to come forward with some pretty, I think,

22  strong countervailing reason not to make evidence public

23  once it's presented at a public trial.

24         And you know, we've repeatedly told the jurors to

25  avoid the media, et cetera.  And I'm not sure what more we

1    can do to avoid also potential exposure to exhibits that

2    have been published.

3                MR. CRISP:  Understood, Judge.  Thank you.

4                THE COURT:  Okay.

5                (Open court)

6                THE COURT:  All right.  We'll see everybody after

7    lunch.  Thank you, all.

8                (Recess from 12:45 p.m. to 1:40 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 11, 2022_____    

                        William P. Zaremba, RMR, CRR

BY MR. CRISP: [20]
2312/21 2316/10
2317/3 2317/7 2319/13
2319/22 2320/2
2320/23 2321/5
2321/12 2321/20
2322/2 2322/18 2323/7
2323/21 2324/1
2324/14 2324/25
2325/13 2326/4
BY MR. LINDER: [3]
2300/20 2301/1 2305/9
BY MS. HALLER: [13]
2331/3 2332/21
2339/24 2342/5
2343/18 2345/4
2350/14 2352/3 2357/2
2357/21 2359/2 2360/2
2360/8
BY MS. HUGHES: [41]
2375/8 2378/6 2381/12
2382/10 2383/18
2386/6 2387/23 2388/1
2388/18 2390/12
2393/23 2396/21
2397/2 2398/4 2398/14
2399/5 2400/7 2401/4
2402/5 2402/9 2402/17
2403/4 2403/9 2403/15
2404/15 2407/16
2408/25 2410/20
2412/13 2415/25
2416/13 2417/11
2418/17 2421/4
2421/13 2421/22
2422/6 2422/24 2423/5
2423/16 2423/25
BY MS. RAKOCZY: [9]
2362/7 2363/7 2363/24
2365/1 2365/25
2366/14 2367/4
2368/15 2372/18
COURTROOM
DEPUTY: [9] 2276/2
2276/16 2276/22
2300/4 2374/9 2374/15
2374/23 2374/25
2424/15
MR. CRISP: [79]
2276/5 2276/7 2276/14
2279/19 2280/23
2281/1 2281/5 2281/11
2281/14 2281/18
2282/5 2282/16
2282/18 2282/23
2283/1 2283/6 2283/13
2283/18 2283/21
2284/2 2285/16 2286/9
2287/3 2287/6 2287/15
2287/19 2288/4
2288/11 2288/14
2288/22 2289/22
2289/25 2290/2 2290/4
2290/8 2290/13
2290/16 2290/18
2290/23 2291/2
2291/15 2299/19

2299/22 2299/25
2316/8 2316/17
2316/20 2316/25
2317/6 2319/5 2319/10
2319/21 2320/1
2320/20 2321/4
2321/10 2321/19
2322/1 2322/17 2323/6
2323/19 2323/25
2324/5 2324/11
2324/24 2325/9 2326/3
2330/19 2330/22
2365/19 2382/6
2415/21 2417/7
2420/21 2426/1 2426/3
2427/1 2427/11 2428/3
MR. EDWARDS: [15]
2293/4 2293/6 2293/17
2293/21 2294/7
2295/11 2295/20
2296/10 2297/4 2297/7
2297/18 2297/25
2298/2 2298/10 2299/8
MR. FISCHER: [6]
2339/22 2384/6 2425/3
2425/6 2425/17
2425/22
MR. LINDER: [15]
2291/24 2292/1
2292/12 2292/16
2293/24 2295/2 2295/4
2298/15 2299/5 2299/7
2299/9 2299/16 2305/5
2305/8 2312/14
MR. NESTLER: [1]
2426/14
MR. WOODWARD:
[10] 2384/10 2390/8
2399/1 2400/25 2405/5
2405/12 2405/19
2406/16 2407/11
2412/9
MS. HALLER: [40]
2330/25 2332/4
2332/17 2332/19
2334/17 2334/22
2335/10 2335/15
2335/18 2335/25
2336/23 2337/12
2337/15 2337/21
2338/2 2338/6 2339/1
2339/6 2339/13
2339/18 2342/2
2343/17 2344/23
2345/2 2350/8 2351/25
2356/24 2357/1
2358/21 2359/1 2360/6
2361/21 2361/23
2362/2 2363/6 2363/22
2366/23 2367/12
2367/14 2367/16
MS. HUGHES: [58]
2374/21 2378/3 2381/6
2381/11 2382/2
2383/16 2384/4
2384/12 2384/16
2384/23 2385/3 2385/9
2385/12 2385/17

2390/6 2393/18
2396/19 2397/1 2398/3
2398/8 2398/24 2400/5
2400/23 2402/4 2402/8
2402/13 2402/16
2403/2 2403/8 2403/14
2404/12 2405/3 2405/9
2405/14 2406/2
2406/11 2406/24
2407/2 2407/10
2408/18 2410/14
2412/7 2415/19 2416/9
2417/3 2418/15
2420/19 2421/2
2421/10 2421/12
2421/20 2422/4
2422/22 2423/4
2423/15 2423/22
MS. RAKOCZY: [26]
2277/24 2281/10
2284/9 2284/21 2291/1
2291/5 2305/4 2324/9
2331/16 2331/19
2335/7 2336/13 2352/1
2356/23 2356/25
2357/17 2362/4
2364/22 2365/16
2365/23 2366/12
2366/25 2368/3
2368/12 2372/15
2373/25
THE COURT: [172]
THE WITNESS: [9]
2312/17 2330/23
2357/19 2374/4 2375/3
2402/14 2421/11
2424/19 2424/22

$

$50 [2] 2311/6 2311/7

,

'21 [8] 2279/21 2281/8
2283/23 2317/17
2341/5 2341/7 2341/15
2369/2
'Anything [1] 2383/11
'the [1] 2395/23

/

/4 [1] 2392/17

0

08077 [1] 2272/13
0826 [1] 2272/18

1

1.S.159.108 [3]
2283/25 2284/1 2284/6
1.S.159.225 [3] 2284/7
2284/20 2325/22
1.S.159.226 [1] 2326/6
1.S.159.65 [3] 2281/6
2316/14 2317/5
1.S.159.73 [2] 2323/3
2323/6
1.S.696.15219 [5]
2364/24 2364/25

2365/21
1.S.696.17486 [1]
2371/25
1/1 [1] 2329/12
10 [7] 2277/2 2279/22
2308/18 2321/11
2330/10 2414/7 2427/4
10-4 [1] 2414/1
100 [3] 2303/13 2304/2
2423/1
1000.1 [1] 2344/14
1000.4 [1] 2344/24
1004 [1] 2344/14
1005 [1] 2370/18
106 [10] 2278/1
2278/23 2279/17
2285/5 2285/9 2285/21
2288/1 2288/7 2289/5
2289/5
10:40:37 p.m [1]
2334/15
10th [2] 2404/6
2413/21
11 [7] 2270/5 2321/18
2348/14 2348/16
2382/2 2417/3 2429/7
11/15 [1] 2382/21
11/20 [6] 2350/6
2353/18 2353/22
2354/18 2357/4
2357/12
11/20/2020 [1] 2354/16
11/25 [2] 2334/14
2347/24
11/25/2020 [2] 2334/14
2340/1
11/27 [4] 2348/2
2348/5 2348/6 2348/10
11:25 [1] 2374/6
11:26 [1] 2374/4
11:40 [2] 2374/7
2374/11
11:44 [1] 2374/14
11th [1] 2395/25
12 [8] 2321/19 2348/6
2348/10 2348/13
2348/14 2348/22
2421/16 2427/4
12/11 [2] 2348/14
2348/16
12/12 [5] 2348/6
2348/10 2348/13
2348/14 2348/22
12/14 [2] 2348/18
2348/21
12/18 [9] 2350/6
2351/2 2351/16
2351/18 2351/23
2353/15 2353/18
2353/20 2353/21
12/18/2020 [3] 2349/24
2350/16 2350/25
12/30 [1] 2329/12
12/30/2020 [1] 2319/16
12/5 [1] 2315/25
120 [1] 2284/7
12:40 [2] 2424/7

12:45 [1] 2428/8
12:47 [2] 2282/22
2318/25
12th [3] 2306/14
2348/23 2396/1
13 [1] 2322/1
13th [1] 2404/7
14 [3] 2322/10 2348/18
2348/21
146 [4] 2417/25 2418/1
2418/21 2421/15
1460 [1] 2271/12
14th [2] 2306/11
2306/24 2370/11
2370/13 2371/2
2371/18 2380/20
2380/25 2382/24
15 [10] 2270/4 2276/17
2276/23 2282/9 2284/8
2308/18 2322/10
2330/18 2330/18
2382/21
150 [2] 2310/4 2310/8
1500 [2] 2292/8
2292/19
1530 [1] 2378/2
15th [4] 2359/15
2386/15 2390/24
2391/3
16 [1] 2322/14
16th [2] 2382/17
2391/10
17 [1] 2322/17
17110 [1] 2271/15
17485 [1] 2372/1
17489 [1] 2372/2
17th [1] 2361/4
18 [10] 2322/17 2350/6
2351/2 2351/16
2351/18 2351/23
2353/15 2353/18
2353/20 2353/21
1808 [1] 2272/3
18:47 [2] 2317/21
2319/1
18th [3] 2363/12
2363/12 2364/11
19 [1] 2322/21
19th [7] 2305/11
2305/16 2305/18
2305/21 2305/25
2307/8 2359/15
1:12 [1] 2323/3
1:40 [1] 2428/8
1:45 [1] 2424/9
1:56 [1] 2382/19

2

20 [12] 2279/21
2322/21 2322/23
2330/10 2330/18
2350/6 2353/18
2353/22 2354/18
2357/4 2357/12
2377/19
20,000 [1] 2308/22
20-minute [1] 2279/23

**20001 [1]** 2273/5
**20010 [1]** 2272/4
**20036 [1]** 2272/9
**2006 [1]** 2272/12
**202 [4]** 2270/18 2272/4
2272/9 2273/5
**2020 [57]** 2282/22
2282/24 2291/14
2303/7 2303/22 2309/5
2310/14 2315/25
2319/16 2333/8
2333/11 2334/2 2334/2
2334/14 2340/1
2341/17 2346/4
2346/16 2349/9
2349/24 2350/16
2350/25 2354/16
2354/16 2354/18
2362/18 2363/12
2363/12 2363/14
2363/20 2364/11
2365/7 2368/22
2369/14 2369/15
2371/2 2371/18
2372/10 2372/21
2380/20 2382/17
2382/24 2386/15
2390/24 2391/10
2393/4 2394/3 2401/6
2403/22 2409/4 2414/7
2416/3 2418/10
2418/19 2422/17
2423/8 2423/18
**2021 [9]** 2303/19
2303/23 2309/8
2329/20 2362/18
2377/2 2377/7 2379/10
2421/25
**2022 [2]** 2270/5 2429/7
**20579 [1]** 2270/17
**20th [8]** 2357/20
2358/2 2358/3 2358/11
2358/14 2360/10
2360/12 2363/4
**21 [1]** 2323/2
**21' [1]** 2343/21
**21061-3065 [1]**
2272/18
**214 [2]** 2271/5 2271/9
**22 [1]** 2323/20
**22-15 [3]** 2270/4
2276/17 2276/23
**22.T.14.20/4 [1]**
2392/16
**23 [1]** 2323/25
**23rd [1]** 2370/11
**24 [3]** 2324/5 2324/6
2329/25
**24th [4]** 2359/21
2418/10 2418/19
2422/17
**25 [3]** 2324/6 2334/14
2347/24
**252-7277 [1]** 2270/18
**252-9900 [1]** 2271/5
**25th [8]** 2333/11
2334/2 2334/2 2340/17

2341/3 2358/17
**26 [2]** 2285/9 2324/7
**2615 [1]** 2272/9
**26th [2]** 2399/13
2423/8
**27 [6]** 2284/4 2324/8
2348/2 2348/5 2348/6
2348/10
**27th [1]** 2359/14
**28 [5]** 2285/13 2309/4
2324/13 2324/15
2417/5
**29th [5]** 2295/11
2372/10 2372/21
2373/21 2423/18
**2:39 [1]** 2325/23
**2nd [1]** 2421/25

**3**
**30 [4]** 2279/22 2329/12
2329/25 2377/19
**300 [1]** 2272/17
**3065 [1]** 2272/18
**30th [7]** 2282/24
2284/15 2303/19
2321/14 2324/18
2359/14 2360/13
**318 [1]** 2271/12
**31st [3]** 2282/21
2284/23 2325/25
**32 [2]** 2285/13 2325/11
**3249 [1]** 2273/5
**33 [7]** 2285/17 2285/19
2285/20 2286/5 2286/8
2287/4 2325/12
**3300 [2]** 2271/3 2271/7
**333 [1]** 2273/4
**34 [3]** 2287/4 2290/24
2325/21
**35 [1]** 2326/3
**352-2615 [1]** 2272/9
**354-3249 [1]** 2273/5
**37 [1]** 2326/8
**38 [1]** 2326/14
**39 [1]** 2326/19
**3:10 [1]** 2325/24
**3rd [4]** 2306/4 2329/20
2420/13 2421/6
**3rd-9th [1]** 2420/11

**4**
**4,000 [3]** 2350/20
2354/13 2355/4
**4,000 pages [1]**
2350/19
**40 [1]** 2291/11
**40,000 [1]** 2310/17
**4031 [1]** 2271/15
**41 [2]** 2284/14 2327/5
**410 [1]** 2272/18
**412-4676 [1]** 2271/16
**42 [4]** 2285/20 2286/5
2287/4 2327/10
**43 [2]** 2327/11 2327/16
**44 [2]** 2290/25 2327/16
**45 [4]** 2290/25 2291/1
2291/2 2327/16

**46 [2]** 2287/8 2327/18
**4676 [1]** 2271/16
**48 [1]** 2327/23
**487-1460 [1]** 2271/12
**49 [1]** 2327/25
**4:10 [1]** 2325/24
**4th [1]** 2394/3

**5**
**5/6 [1]** 2306/18
**50 [2]** 2278/15 2328/3
**500 [1]** 2329/11
**51 [1]** 2328/7
**53 [2]** 2287/8 2328/13
**54 [5]** 2287/10 2287/18
2287/20 2287/20
2291/2
**56 [1]** 2329/5
**5708 [1]** 2272/13
**5:10 [1]** 2284/23
**5:55 [1]** 2283/20
**5th [9]** 2304/19 2365/7
2365/14 2366/2
2366/10 2369/14
2369/15 2416/3 2416/6

**6**
**60 [1]** 2278/15
**601 [2]** 2270/17 2272/7
**607-5708 [1]** 2272/13
**62 [1]** 2351/8
**6610 [11]** 2331/10
2331/14 2332/9
2332/23 2332/25
2333/2 2333/14
2333/21 2334/13
2334/23 2335/1
**6701 [20]** 2281/8
2284/14 2316/9 2317/9
2320/8 2323/3 2323/6
2324/3 2325/22 2347/1
2347/5 2347/23 2350/4
2356/9 2356/10
2358/16 2359/5 2359/9
2359/14 2360/17
**6825.1 [5]** 2381/8
2381/11 2382/4 2382/7
2382/8
**6825.10 [4]** 2416/10
2417/6 2417/8 2417/9
**6825.2 [4]** 2389/10
2390/7 2390/9 2390/10
**6825.3 [4]** 2393/7
2393/19 2393/20
2393/21
**6825.4 [4]** 2398/13
2398/25 2399/2 2399/3
**6825.5 [4]** 2400/6
2400/24 2401/1 2401/2
**6825.6 [4]** 2404/14
2405/4 2407/14
2408/22
**6825.7 [4]** 2411/12
2412/8 2412/10
2412/11
**6825.9 [4]** 2415/9
2415/20 2415/22

**6825.A [1]** 2398/11
**6825.A [3]** 2383/17
2384/5 2386/4
**6825B [5]** 2387/4
2387/14 2387/19
2387/20 2387/21
**6825C [5]** 2409/25
2410/8 2410/15
2410/16 2410/18
**6:47 [3]** 2281/15
2282/23 2317/22
**6:47 p.m [2]** 2317/22
2319/16
**6:50 [1]** 2321/13
**6:54 [1]** 2322/24
**6th [22]** 2296/18
2296/22 2297/1
2304/19 2304/22
2304/24 2305/2
2305/11 2305/15
2305/20 2307/9
2307/15 2321/8
2329/24 2330/17
2370/3 2377/1 2379/10
2379/22 2388/11
2401/13 2420/18

**7**
**70 [2]** 2287/20 2291/2
**700 [2]** 2271/4 2271/8
**71 [2]** 2288/8 2288/11
**71301 [1]** 2271/11
**717 [1]** 2271/16
**72 [1]** 2288/11
**720-7777 [1]** 2271/9
**7277 [1]** 2270/18
**7310 [1]** 2272/17
**74 [2]** 2288/14 2288/16
**7447 [1]** 2272/4
**75219 [2]** 2271/4
2271/8
**77 [2]** 2289/22 2289/23
**7777 [1]** 2271/9
**78 [2]** 2288/16 2289/11
**787-0826 [1]** 2272/18
**79 [5]** 2288/19 2289/10
2289/12 2289/22
2289/25
**7:01 [2]** 2323/4 2323/5
**7:30 p.m [1]** 2324/18
**7:47 [2]** 2282/24
2283/14
**7:55 [3]** 2281/12
2281/17 2320/11
**7th [4]** 2401/6 2401/18
2403/10 2403/22

**8**
**80 [4]** 2288/20 2289/10
2289/15 2290/5
**80s [1]** 2291/6
**81 [4]** 2289/10 2289/18
2290/5 2290/8
**819 [1]** 2271/11
**82 [4]** 2288/22 2289/2
2289/10 2289/20
**856 [1]** 2272/13

**8:31 p.m [1]** 2323/9
**8:31 p.m [1]** 2284/16
**8th [2]** 2409/4 2409/14

**9**
**900 [1]** 2272/8
**902 [2]** 2382/2 2417/3
**9900 [1]** 2271/5
**996-7447 [1]** 2272/4
**9:00 [1]** 2270/6
**9:20:08 [1]** 2334/14
**9:30 [1]** 2292/5
**9th [10]** 2333/8
2341/13 2343/15
2344/8 2358/6 2358/7
2412/18 2419/5
2420/11 2421/6

**A**
**a.m [6]** 2270/6 2282/22
2282/24 2317/22
2374/14 2374/14
**abanderson [5]**
2417/25 2418/1
2418/21 2421/15
2422/1
**abanderson 146 [4]**
2417/25 2418/1
2418/21 2421/15
**Abdul [1]** 2344/1
**Abdul Rasheed [1]**
2344/1
**Abdullah [1]** 2344/2
**Abdullah Rasheed [1]**
2344/2
**abide [1]** 2385/20
**ability [1]** 2427/13
**able [9]** 2292/3
2301/20 2302/16
2315/10 2330/16
2343/6 2355/4 2388/6
2427/11
**about [86]** 2277/21
2279/9 2280/11
2280/14 2286/21
2286/23 2287/10
2289/13 2290/6
2291/10 2291/11
2292/5 2292/19
2295/15 2299/2
2299/10 2302/5 2302/7
2302/16 2303/25
2304/18 2306/20
2307/6 2307/13 2308/6
2308/19 2309/2 2312/2
2312/24 2319/23
2320/4 2320/25 2321/6
2321/21 2322/11
2327/13 2327/20
2330/2 2333/7 2335/12
2337/2 2338/11
2338/21 2341/8
2341/12 2343/2
2344/13 2346/2
2346/20 2347/6
2354/13 2356/16
2356/21 2360/7
2360/21 2361/1

**A**

**about... [30]** 2361/14
2361/16 2362/11
2362/16 2364/4
2366/19 2367/23
2368/10 2369/1
2369/12 2369/18
2369/21 2370/1
2370/14 2372/22
2373/24 2375/22
2378/15 2383/4 2394/7
2397/5 2397/7 2405/16
2423/10 2424/12
2425/13 2425/20
2425/25 2425/25
2427/10
**above [1]** 2429/4
**above-titled [1]** 2429/4
**absolutely [1]** 2298/3
**accepted [1]** 2392/6
**accident [2]** 2412/25
2413/5
**according [2]** 2324/22
2396/12
**account [10]** 2381/15
2381/17 2381/19
2397/13 2397/16
2397/21 2398/19
2416/19 2416/23
2417/1
**accounting [1]** 2404/7
**accurate [18]** 2313/8
2313/9 2327/16 2329/2
2336/25 2365/12
2381/24 2383/24
2387/15 2390/3
2393/15 2398/21
2400/20 2404/25
2410/11 2412/4
2415/16 2416/25
**accurately [1]** 2336/11
**across [2]** 2309/22
2418/13
**Act [7]** 2307/7 2307/24
2308/7 2308/11
2308/15 2371/5 2373/3
**action [4]** 2305/25
2308/9 2343/13
2343/20
**active [2]** 2310/1
2310/4
**activities [1]** 2285/23
**activity [1]** 2322/6
**actual [5]** 2320/12
2350/19 2354/12
2392/14 2396/3
**actually [17]** 2290/7
2290/9 2328/23 2330/4
2338/17 2343/8
2343/16 2352/21
2355/15 2390/20
2392/13 2406/6
2406/23 2408/1 2419/5
2420/11 2423/23
**adamant [1]** 2394/10
**adapt [1]** 2392/5
**adaptability [1]** 2392/4
**add [3]** 2281/25

**added [13]** 2282/5
2282/10 2284/23
2285/14 2287/24
2289/11 2290/7
2319/19 2322/22
2324/21 2329/18
2366/4 2366/10
**adding [4]** 2278/12
2286/22 2328/8
2369/13
**addition [1]** 2384/24
**additional [8]** 2284/8
2287/9 2321/6 2321/21
2322/11 2322/14
2324/20 2326/20
**Additionally [1]** 2324/2
**address [6]** 2277/17
2397/19 2397/21
2397/24 2413/13
2413/19
**addressed [1]** 2285/5
**adequate [1]** 2420/25
**adjourn [1]** 2424/25
**administration [1]**
2386/12
**admissible [2]** 2286/2
2336/15
**admission [1]** 2344/21
**admit [22]** 2319/4
2332/6 2338/10 2382/4
2384/4 2384/20
2385/10 2385/22
2387/18 2390/7
2393/18 2398/24
2400/23 2405/3
2405/20 2406/17
2407/9 2408/18
2410/14 2412/7
2415/19 2417/5
**admitted [30]** 2274/11
2275/4 2288/2 2302/8
2336/17 2344/14
2344/17 2344/20
2344/21 2344/24
2345/1 2365/20 2378/1
2382/7 2384/7 2384/8
2386/3 2387/20 2390/9
2393/20 2399/2 2401/1
2405/9 2405/10
2408/20 2410/16
2412/10 2415/22
2417/8 2426/23
**admitting [1]** 2288/10
**advice [1]** 2298/21
**afield [2]** 2286/25
2361/14
**after [20]** 2284/11
2284/22 2287/13
2296/22 2329/20
2348/5 2348/13
2353/14 2354/16
2354/18 2358/7
2360/10 2360/11
2381/4 2386/16
2389/25 2404/5 2408/3
2424/13 2428/6
**afternoon [3]** 2292/3

**again [33]** 2280/17
2282/11 2287/21
2288/2 2288/24 2289/2
2290/11 2303/11
2303/17 2314/14
2323/8 2324/15
2326/16 2327/18
2341/4 2348/16
2353/23 2356/11
2381/10 2382/12
2382/23 2386/8 2391/6
2394/11 2396/13
2397/9 2399/6 2401/15
2403/19 2408/13
2412/21 2416/4
2417/12
**against [5]** 2384/11
2384/21 2384/24
2385/4 2385/10
**agent [63]** 2278/1
2278/7 2296/7 2300/12
2300/14 2300/21
2301/2 2312/15 2331/4
2335/18 2339/25
2342/3 2350/15 2352/6
2362/8 2365/2 2366/2
2366/15 2368/16
2369/18 2371/11
2371/23 2372/3
2372/19 2374/2
2374/22 2375/1
2375/20 2376/25
2378/7 2381/13
2382/11 2383/19
2386/7 2386/20 2387/5
2388/4 2388/19
2389/12 2390/14
2392/1 2392/13 2393/2
2393/9 2394/2 2395/9
2398/15 2399/6 2400/8
2404/16 2407/3
2407/17 2410/1
2410/21 2411/3
2411/14 2412/17
2415/12 2417/12
2419/6 2420/12 2424/2
2424/17
**Agent Cody [1]**
2339/25
**Agent Palian [1]**
2301/2
**agents [3]** 2301/10
2334/4 2334/5
**agree [29]** 2290/14
2298/8 2298/15 2307/4
2307/12 2310/21
2314/4 2314/13
2316/15 2317/21
2320/8 2321/2 2321/16
2321/23 2322/8 2322/9
2322/24 2323/10
2325/14 2325/17
2327/1 2327/21
2327/22 2328/11
2328/12 2337/6 2337/7
2338/17 2423/1
**agreed [2]** 2329/6

**agreement [1]** 2277/22
**ahead [5]** 2281/25
2283/5 2294/16 2318/8
2422/10
**aided [1]** 2273/7
**aimed [2]** 2287/22
2288/17
**AKA [2]** 2343/25
2344/11
**akin [1]** 2385/17
**AL [1]** 2270/6
**Alabama [1]** 2322/19
**Alexandra [2]** 2270/15
2277/4
**Alexandra Hughes [1]**
2277/4
**Alexandria [1]** 2271/11
**all [87]** 2276/2 2276/6
2276/7 2277/13
2277/16 2277/17
2279/12 2281/13
2282/21 2284/17
2285/4 2285/9 2285/11
2286/23 2290/6
2290/15 2291/8 2291/8
2291/10 2291/11
2293/23 2295/14
2296/4 2297/12 2298/6
2298/19 2298/24
2299/17 2299/18
2300/8 2300/8 2300/10
2302/17 2304/20
2305/19 2306/22
2309/19 2309/21
2309/22 2310/25
2312/18 2321/25
2326/24 2327/2 2327/9
2333/21 2336/2 2337/6
2338/16 2338/23
2339/14 2342/23
2343/5 2343/7 2351/8
2352/5 2355/2 2359/9
2374/2 2374/5 2374/9
2374/19 2375/1 2378/8
2382/7 2382/25
2384/11 2385/22
2387/20 2392/5 2392/9
2395/24 2409/2
2410/23 2411/23
2414/3 2416/2 2419/6
2423/14 2424/7
2424/15 2424/17
2424/24 2425/19
2427/10 2428/6 2428/7
**all right [6]** 2290/15
2295/14 2312/18
2336/2 2339/14 2375/1
**alleged [6]** 2304/9
2310/1 2312/8 2329/2
2405/22 2405/25
**allow [1]** 2278/23
**allowed [2]** 2327/15
2361/15
**allows [3]** 2314/2
2355/13 2401/25
**almost [1]** 2315/12
**alone [1]** 2385/11

**along [2]** 2331/5
2359/12
**already [22]** 2288/12
2293/7 2293/12
2293/14 2299/13
2331/12 2332/7 2333/1
2334/20 2336/24
2338/4 2344/6 2354/9
2358/5 2360/21
2370/19 2371/23
2371/25 2372/15
2378/1 2392/11 2407/5
**also [37]** 2280/18
2291/3 2306/17 2312/3
2317/24 2320/3
2321/22 2322/19
2322/24 2326/5 2328/5
2328/17 2329/15
2329/18 2332/11
2338/21 2368/17
2377/11 2377/14
2379/3 2380/10
2380/13 2383/23
2385/12 2386/25
2388/22 2393/3 2402/1
2407/24 2415/1
2417/15 2417/16
2417/18 2419/13
2423/3 2425/8 2428/1
**alternative [1]** 2297/8
**always [2]** 2392/2
2414/11
**am [12]** 2301/14
2315/11 2316/12
2340/7 2341/10
2347/19 2352/22
2355/7 2355/11
2355/11 2369/3 2411/5
**AMERICA [3]** 2270/3
2276/18 2276/24
**America's [2]** 2386/9
2386/11
**American [3]** 2318/19
2371/13 2371/15
**AMIT [2]** 2270/9 2276/3
**Amit P. Mehta [1]**
2276/3
**among [1]** 2379/24
**Amy [1]** 2335/4
**analysis [1]** 2315/14
**anniversary [2]**
2395/25 2396/1
**annual [2]** 2311/7
2311/8
**another [10]** 2295/8
2312/7 2327/18
2327/24 2331/24
2366/19 2368/8 2368/9
2373/13 2397/25
**answer [5]** 2306/9
2306/10 2336/11
2368/17 2371/15
**answering [1]** 2327/5
**anticipated [2]**
2295/20 2364/4
**anticipation [1]** 2364/5
**Antifa [2]** 2287/14

**A**

**Antifa... [1]** 2392/23
**Antifa-like [1]** 2392/22
**any [41]** 2287/19
2294/25 2295/4
2296/20 2296/23
2297/2 2299/1 2303/7
2305/14 2305/14
2307/14 2308/4
2308/20 2308/23
2309/15 2311/12
2311/15 2311/18
2311/21 2314/22
2315/16 2316/3
2340/17 2344/22
2345/15 2356/16
2357/7 2358/9 2363/14
2363/19 2364/19
2369/14 2370/14
2382/5 2385/20
2405/22 2406/20
2419/14 2422/21
2423/2 2426/12
**anybody [3]** 2298/12
2311/5 2396/5
**anyone [2]** 2289/10
2424/21
**anything [12]** 2277/21
2299/17 2310/18
2311/15 2316/24
2325/5 2353/13 2362/3
2385/17 2385/18
2396/6 2424/24
**anyway [3]** 2396/10
2413/1 2414/10
**anywhere [1]** 2343/3
**apart [2]** 2295/11
2295/24
**apologies [1]** 2398/12
**apologize [5]** 2281/19
2320/10 2325/23
2391/25 2409/10
**app [5]** 2302/20
2302/20 2302/21
2314/12 2419/1
**appear [2]** 2341/4
2389/19
**APPEARANCES [4]**
2270/13 2270/20
2271/17 2272/20
**appeared [2]** 2389/4
2390/16
**appears [2]** 2349/24
2353/20
**appellate [1]** 2286/12
**application [3]**
2313/14 2401/24
2417/13
**apply [1]** 2297/11
**appreciate [2]** 2312/15
2423/1
**appreciated [1]** 2398/6
**approach [2]** 2282/18
2427/19
**appropriate [3]**
2291/18 2297/20
2299/4
**approved [1]** 2419/1

**approximately [1]**
2284/7 2303/9 2304/1
2319/16 2321/13
2329/11 2329/25
2330/1 2330/3 2330/15
2377/17
**are [147]** 2276/11
2277/13 2277/22
2278/18 2279/7
2279/11 2279/20
2279/21 2280/2 2280/7
2280/9 2280/10
2280/15 2282/4
2282/21 2284/7 2284/8
2285/2 2285/4 2285/21
2285/22 2286/24
2287/8 2287/16
2287/21 2287/21
2287/22 2287/23
2288/17 2288/17
2288/24 2289/6 2290/6
2293/6 2293/15
2294/23 2294/24
2295/1 2295/9 2296/12
2298/20 2300/11
2300/21 2308/5
2308/20 2313/19
2314/7 2317/13
2319/18 2320/4
2320/24 2320/25
2324/20 2325/14
2326/15 2326/24
2329/6 2333/25 2335/4
2336/20 2336/21
2340/2 2340/6 2340/16
2340/20 2347/22
2349/12 2350/1 2350/2
2350/16 2350/17
2350/21 2350/24
2355/1 2359/4 2359/5
2359/13 2360/3
2360/17 2361/9
2361/13 2361/16
2363/8 2363/10
2363/11 2363/14
2365/10 2366/20
2367/5 2367/8 2368/20
2368/25 2368/25
2371/17 2372/4 2372/7
2372/12 2372/15
2375/15 2375/23
2379/13 2380/6
2380/16 2384/16
2384/20 2385/20
2386/20 2388/19
2390/2 2390/5 2393/9
2393/10 2393/15
2394/15 2396/2
2396/23 2397/4 2397/6
2397/15 2400/11
2400/15 2400/20
2400/22 2406/3 2406/4
2411/1 2411/5 2411/24
2412/4 2412/6 2414/10
2414/16 2414/17
2414/24 2414/25
2415/1 2416/14
2416/15 2416/25

**area [8]** 2289/16
2422/2 2426/4 2426/16
2426/21 2426/22
2427/11
**area [8]** 2289/16
2320/3 2328/18 2330/5
2330/6 2330/17
2330/18 2367/18
**areas [2]** 2288/20
2329/5
**aren't [2]** 2298/3
2417/17
**arguably [2]** 2337/19
2337/24
**argument [3]** 2286/17
2288/4 2288/24
**arguments [1]** 2297/9
**arise [1]** 2426/13
**Arizona [6]** 2349/8
2360/25 2361/1 2361/3
2361/7 2361/10
**Arkansas [1]** 2312/5
**arms [1]** 2371/15
**around [14]** 2284/14
2310/14 2311/6 2311/6
2312/4 2330/17 2348/9
2348/11 2348/20
2357/19 2357/24
2361/4 2371/8 2401/13
**article [10]** 2383/14
2383/21 2383/23
2384/9 2384/25 2386/8
2386/13 2386/19
2386/21 2387/16
**as [118]** 2279/23
2280/1 2280/15
2280/18 2281/6 2285/6
2285/13 2285/14
2286/4 2286/15
2286/17 2286/20
2287/1 2287/9 2287/23
2288/4 2288/8 2292/22
2292/22 2292/23
2292/23 2294/13
2299/14 2300/17
2301/2 2310/12 2314/2
2315/2 2315/2 2315/7
2316/2 2317/4 2319/15
2319/23 2319/24
2325/5 2325/10
2325/16 2326/21
2327/6 2327/15
2332/23 2333/2
2334/20 2335/20
2336/9 2338/11 2342/4
2343/6 2344/14 2345/5
2345/5 2346/22 2347/5
2347/10 2347/23
2350/11 2350/13
2352/1 2353/21
2354/25 2355/21
2364/18 2364/24
2370/15 2371/24
2373/3 2373/8 2376/11
2376/11 2376/19
2376/22 2377/8
2377/11 2377/11
2377/12 2377/14

2380/17 2381/7
2381/22 2383/12
2383/17 2384/5
2384/11 2384/16
2385/22 2386/10
2386/12 2387/3
2389/10 2392/5
2394/10 2394/21
2394/21 2395/20
2395/25 2404/7
2404/13 2405/6
2405/21 2407/9
2409/17 2409/25
2410/8 2410/25 2411/1
2411/12 2411/13
2418/13 2419/13
2419/14 2419/15
2421/1 2423/2 2423/2
2427/12
**asked [7]** 2333/6
2357/23 2362/15
2364/13 2369/19
2369/21 2370/1
**asking [11]** 2305/5
2340/20 2341/2
2341/25 2342/2 2342/3
2343/1 2358/8 2358/24
2361/16 2426/9
**asserted [1]** 2406/17
**assessment [3]**
2337/20 2337/23
2338/14
**assets [1]** 2327/21
**assigned [4]** 2301/9
2301/10 2375/23
2377/23
**assist [2]** 2289/16
2328/18
**associated [1]** 2402/25
**ASSOCIATES [1]**
2271/14
**assume [6]** 2290/21
2352/24 2367/22
2367/25 2368/25
2406/21
**assuming [1]** 2341/8
**assumption [1]** 2334/7
**assure [1]** 2427/20
**att.net [1]** 2271/12
**attached [2]** 2410/2
2410/9
**attachment [7]** 2406/6
2406/10 2406/13
2409/19 2409/22
2410/1 2410/12
**attempted [1]** 2279/19
2415/6 2415/6
**attend [4]** 2378/17
2388/22 2411/9 2421/5
**attended [3]** 2349/9

2380/10 2380/24
**attending [1]** 2369/14
**attention [2]** 2342/11
2410/22
**attorney [4]** 2291/21
2294/25 2296/19
2299/3
**ATTORNEY'S [1]**
2270/16
**attorney-client [4]**
2291/21 2294/25
2296/19 2299/3
**attorneys [1]** 2301/9
**authenticity [2]** 2382/3
2417/4
**author [1]** 2382/12
**available [2]** 2278/14
2426/23
**Avenue [4]** 2271/3
2271/7 2272/7 2273/4
**avoid [2]** 2427/25
2428/1
**aware [34]** 2294/2
2294/24 2295/2 2295/4
2295/7 2295/25
2302/14 2305/5
2305/10 2306/11
2306/14 2306/17
2313/4 2315/24
2317/13 2317/16
2317/24 2327/3 2328/9
2332/4 2340/16 2341/8
2344/6 2344/9 2349/7
2349/8 2349/12 2359/4
2361/6 2361/9 2367/5
2367/8 2368/20
2369/14
**away [5]** 2342/16
2342/18 2342/22
2343/4 2343/7
**aye [6]** 2396/25
2396/25 2398/6 2398/6
2414/25 2414/25
**Aye-aye [1]** 2414/25

**B**

**bachelor's [1]** 2376/11
**back [29]** 2289/22
2290/18 2299/18
2300/7 2303/6 2305/17
2313/20 2314/22
2317/22 2320/20
2323/19 2327/13
2331/8 2339/25
2351/15 2352/15
2353/20 2355/4
2357/11 2374/18
2379/17 2395/6
2396/23 2397/14
2402/16 2405/7
2411/17 2411/18
2425/18
**background [4]** 2302/2
2319/23 2376/10
2418/25
**ballpark [2]** 2330/3
2330/18
**bandwidth [1]** 2298/3

**bar [1]** 2413/7
**BARRETT [2]** 2271/3 2273/4
**based [18]** 2283/1 2286/10 2286/21 2304/23 2315/12 2353/16 2353/23 2384/8 2388/9 2389/1 2394/18 2395/13 2396/13 2397/7 2399/17 2413/4 2420/4 2427/13
**basic [3]** 2419/2 2421/19 2422/3
**basic/FRX [1]** 2421/19
**basically [1]** 2327/13
**basis [1]** 2427/20
**battle [1]** 2391/18
**battling [1]** 2392/22
**be [150]** 2276/4 2276/7 2278/25 2279/2 2279/10 2279/14 2279/22 2280/2 2280/15 2280/18 2280/18 2282/20 2283/1 2283/2 2284/25 2286/13 2286/16 2286/17 2287/22 2288/6 2288/14 2289/13 2292/9 2293/4 2296/9 2296/9 2298/6 2299/25 2300/6 2301/20 2302/2 2302/14 2303/13 2303/14 2305/3 2305/12 2305/19 2306/5 2309/7 2310/4 2310/5 2310/7 2310/10 2310/17 2310/19 2312/12 2315/19 2316/13 2316/24 2317/1 2321/7 2322/6 2325/19 2326/17 2326/21 2327/6 2327/14 2328/14 2329/5 2332/2 2332/10 2332/12 2332/14 2332/15 2336/5 2336/15 2336/17 2336/22 2337/6 2337/18 2338/17 2338/25 2343/4 2343/25 2344/20 2351/1 2352/21 2352/25 2355/12 2355/13 2355/14 2356/10 2356/22 2357/3 2359/9 2362/23 2364/4 2364/23 2365/20 2367/20 2368/10 2368/11 2372/24 2373/9 2373/11 2373/11 2374/17 2379/21 2382/7 2382/20 2384/7 2384/8 2385/3 2385/19 2386/3 2386/16

2387/25 2389/4 2390/2 2390/9 2392/7 2392/8 2392/9 2392/21 2392/23 2393/20 2395/4 2395/6 2395/7 2395/17 2395/18 2396/4 2396/14 2397/10 2397/11 2398/9 2399/2 2401/1 2401/23 2403/17 2403/23 2405/23 2407/5 2407/13 2407/22 2408/13 2408/20 2410/16 2412/10 2412/22 2413/18 2415/2 2415/22 2417/8 2424/5 2425/10 2426/23 2427/14 2427/15 2427/19
**bear [3]** 2343/17 2350/8 2356/4
**became [2]** 2295/6 2364/19
**because [34]** 2279/1 2280/2 2281/19 2282/6 2282/11 2283/1 2285/17 2286/14 2289/4 2289/22 2290/19 2290/19 2295/22 2297/8 2298/19 2299/15 2301/8 2315/19 2331/12 2337/10 2338/3 2338/4 2341/3 2350/17 2354/12 2360/10 2367/17 2368/25 2383/22 2406/6 2406/18 2407/25 2420/16 2421/9
**become [4]** 2279/12 2304/20 2377/20 2424/2
**bed [1]** 2403/12
**been [75]** 2281/15 2282/5 2283/10 2283/10 2283/10 2291/12 2292/17 2293/12 2294/11 2296/4 2296/6 2298/12 2300/16 2300/25 2303/18 2305/1 2307/18 2307/19 2307/20 2310/16 2312/2 2312/8 2317/4 2318/15 2318/19 2319/3 2319/15 2319/19 2320/11 2323/12 2323/16 2325/7 2331/12 2332/8 2336/9 2341/3 2341/16 2342/11 2342/15 2344/20 2344/25 2347/5 2347/23 2371/23 2375/21 2376/4 2376/5 2377/7 2378/1 2380/16 2381/7

2389/10 2393/2 2393/14 2394/9 2394/16 2399/24 2404/5 2404/13 2406/19 2406/25 2408/16 2408/17 2409/25 2411/12 2419/13 2421/23 2425/11 2426/17 2427/3 2427/4 2428/2
**before [26]** 2270/9 2277/18 2284/11 2288/4 2295/22 2298/3 2300/10 2305/15 2310/18 2331/17 2340/2 2353/17 2357/4 2357/11 2363/9 2376/6 2379/22 2387/12 2389/13 2395/24 2402/15 2410/8 2411/14 2424/25 2425/19 2425/20
**began [1]** 2377/1
**begin [2]** 2300/13 2362/10
**beginning [6]** 2363/15 2369/19 2387/5 2387/10 2393/24 2413/12
**begins [1]** 2371/12
**behalf [1]** 2369/20
**behind [3]** 2289/5 2318/21 2335/12
**being [22]** 2282/10 2285/5 2285/14 2287/9 2287/24 2289/23 2290/7 2308/14 2311/25 2322/21 2324/21 2324/21 2326/15 2335/8 2338/11 2384/24 2405/9 2405/10 2406/4 2406/5 2426/5 2427/9
**belabor [1]** 2286/12
**believe [50]** 2281/7 2281/25 2283/6 2286/14 2286/17 2289/5 2291/4 2291/14 2294/24 2304/22 2305/14 2305/24 2308/3 2309/4 2309/9 2311/6 2329/10 2329/24 2338/18 2340/13 2340/16 2341/20 2342/23 2343/5 2344/2 2345/21 2352/22 2357/23 2362/24 2367/10 2370/11 2383/22 2391/22 2392/2 2392/13 2394/24 2395/11 2397/9 2399/19 2404/2 2404/6 2408/13 2409/8 2413/3 2413/6 2420/14 2420/15 2420/16 2425/10 2426/15

believed [2] 2342/15 2421/1
**believes [1]** 2420/25
**below [5]** 2378/18 2378/23 2379/2 2379/3 2413/13
**bench [9]** 2331/18 2335/23 2339/21 2361/12 2367/13 2384/19 2405/8 2408/21 2426/2
**beneficial [1]** 2298/6
**benefit [1]** 2293/10
**benefits [1]** 2419/24
**Bennie [1]** 2379/3
**Bennie Parker [1]** 2379/3
**Berryville [1]** 2399/23
**Berwick [1]** 2272/12
**best [3]** 2338/4 2338/8 2399/14
**best-evidence [1]** 2338/8
**better [1]** 2396/6
**between [40]** 2280/25 2284/5 2285/2 2285/4 2286/23 2296/19 2306/4 2313/15 2313/20 2333/22 2350/6 2353/18 2368/21 2377/19 2380/13 2389/5 2390/25 2391/1 2391/11 2393/4 2393/10 2394/4 2394/8 2399/9 2399/10 2400/1 2400/11 2401/7 2401/8 2401/17 2402/1 2404/6 2404/6 2404/17 2411/16 2411/19 2412/19 2412/22 2414/5 2417/22
**beyond [2]** 2315/17 2361/7
**Biden [3]** 2385/21 2386/10 2386/12
**big [2]** 2298/1 2359/20
**Bill [1]** 2289/11
**Bing [1]** 2397/17
**bit [10]** 2292/9 2293/1 2298/2 2312/24 2329/19 2330/14 2331/8 2361/19 2387/8 2399/14
**blessing [1]** 2414/12
**BLM [1]** 2287/14
**blue [1]** 2317/10
**board [10]** 2309/22 2378/7 2378/9 2400/2 2409/12 2417/16 2417/20 2418/3 2418/4 2422/14
**borrowing [1]** 2397/15
**boss [1]** 2414/24
**boss,' [1]** 2395/23
**both [6]** 2288/11 2299/1 2331/6 2337/1 2346/7 2368/21

**bottom [9]** 2283/16 2284/3 2297/14 2319/14 2338/16 2351/2 2351/7 2352/4 2392/13
**bounds [1]** 2391/15
**boys [4]** 2394/9 2394/14 2394/14 2394/15
**Bradford [3]** 2272/11 2272/14 2277/10
**Bradford Geyer [1]** 2277/10
**branch [1]** 2376/17
**BRAND [1]** 2272/3
**brandwoodwardlaw.com [1]** 2272/5
**break [4]** 2374/6 2424/6 2424/8 2424/21
**brevity [1]** 2329/12
**brief [4]** 2292/6 2292/21 2292/21 2300/24
**briefly [1]** 2425/3
**BRIGHT [3]** 2271/3 2271/7 2277/6
**bring [11]** 2299/18 2300/10 2315/9 2337/11 2337/17 2350/19 2371/22 2406/9 2409/24 2411/11 2425/16
**bringing [9]** 2278/18 2278/21 2279/10 2280/3 2285/3 2288/25 2325/19 2327/7 2332/2
**broadly [1]** 2385/13
**Brody [1]** 2331/4
**brother [3]** 2391/4 2391/14 2397/4
**brought [7]** 2280/7 2286/1 2287/9 2321/7 2342/11 2425/7 2425/8
**Brown [1]** 2328/8
**bubbles [1]** 2317/10
**buffered [1]** 2387/7
**bugs [1]** 2392/22
**build [1]** 2415/6
**building [3]** 2272/8 2414/24 2415/4
**bunch [1]** 2278/17
**Burnie [1]** 2272/18
**business [8]** 2332/7 2332/23 2334/9 2334/11 2335/3 2335/10 2336/25 2338/11
**buy [1]** 2310/20
**BYRON [1]** 2300/16

**C**

**c-s-n [1]** 2392/24
**Caldwell [21]** 2272/16 2277/2 2277/12 2388/20 2388/22 2389/5 2391/1 2391/2 2391/12 2391/13 2393/4 2393/11 2394/5

2435

Caldwell... [8] 2394/6
2396/22 2397/3 2398/5
2399/18 2399/18
2399/19 2399/20
Caldwell's [4] 2389/16
2389/20 2389/22
2390/4
call [13] 2331/22
2336/7 2336/21
2338/22 2338/23
2343/6 2345/16
2345/19 2345/20
2345/21 2371/15
2403/18 2417/16
called [10] 2317/16
2318/1 2331/10
2348/25 2362/24
2366/19 2369/2 2380/6
2382/18 2396/9
caller [2] 2331/22
2332/9
calls [9] 2292/13
2292/15 2305/4
2305/25 2308/9
2340/15 2342/23
2343/6 2374/22
came [15] 2293/8
2306/11 2306/14
2306/17 2329/25
2338/7 2342/7 2346/19
2349/6 2359/8 2360/9
2404/20 2427/5 2427/6
2427/10
can [86] 2276/7
2276/11 2280/4
2282/14 2283/15
2285/9 2285/13
2285/16 2286/7 2288/8
2290/18 2292/7
2292/21 2292/22
2292/23 2293/4
2302/13 2302/23
2302/24 2315/2 2315/6
2315/16 2319/2
2324/11 2330/15
2345/14 2347/10
2347/25 2348/1 2348/2
2350/15 2353/19
2356/2 2358/19
2358/23 2361/11
2364/2 2366/7 2367/1
2368/8 2370/7 2370/8
2372/19 2373/4 2374/3
2379/17 2380/9
2380/10 2384/1
2384/12 2386/14
2388/5 2388/13
2388/16 2390/20
2391/20 2395/21
2397/17 2397/20
2398/1 2402/1 2405/7
2406/9 2407/2 2407/4
2411/7 2411/13
2411/18 2414/10
2415/1 2416/10
2417/14 2417/15
2417/17 2417/18

2423/10 2423/23
2425/13 2425/19
2425/19 2425/20
2427/19 2427/20
2428/1
can't [12] 2287/1
2306/9 2309/22 2327/2
2330/7 2341/24
2353/13 2353/18
2372/23 2396/6
2414/25 2427/4
cannot [1] 2315/20
Cap [3] 2378/11
2378/12 2378/15
capabilities [2] 2313/5
2313/19
capacity [2] 2324/21
2328/11
Capitol [7] 2287/12
2330/6 2330/17
2330/18 2377/2
2379/10 2379/15
captain [2] 2378/13
2414/10
caption [1] 2370/21
care [3] 2276/13
2296/4 2424/24
careful [1] 2332/14
Carolina [17] 2312/6
2328/4 2394/9 2394/13
2394/14 2394/15
2394/17 2399/25
2400/3 2401/14
2403/25 2407/22
2408/7 2408/14
2413/14 2413/19
2425/7
Carolina's [1] 2388/12
CART [1] 2301/18
case [16] 2276/17
2276/23 2279/15
2294/23 2298/5
2301/10 2301/11
2301/17 2336/14
2344/7 2353/11
2377/23 2377/24
2395/23 2424/11
2427/12
cases [4] 2376/1
2426/12 2426/23
2427/8
caveat [1] 2354/25
cell [4] 2302/15 2390/4
2400/17 2401/25
Cellebrite [2] 2302/15
2317/25
cellular [2] 2380/5
2389/16
Center [1] 2341/23
Central [2] 2283/3
2318/19
certain [6] 2316/1
2327/21 2346/3
2346/14 2354/8 2354/8
certainly [7] 2280/5
2285/20 2288/16
2289/1 2289/6 2384/12

certificate [2] 2382/2
2417/3
certification [2]
2335/19 2373/22
certified [2] 2273/3
2340/14
certify [1] 2429/2
cetera [3] 2338/13
2423/11 2427/25
CH [1] 2273/4
Champaign [1]
2378/22
Champaign County [1]
2378/22
chance [10] 2278/2
2292/6 2298/4 2328/23
2387/11 2395/6
2395/17 2397/23
2398/17 2425/15
chaos [1] 2328/9
chapter [1] 2421/17
chapters [1] 2310/24
charged [2] 2406/1
2425/11
chat [130] 2278/6
2278/9 2278/11 2279/7
2280/14 2283/19
2285/15 2288/18
2302/7 2302/9 2302/13
2302/17 2302/19
2302/25 2303/3
2303/10 2303/15
2303/16 2304/6
2304/10 2304/11
2304/13 2304/14
2304/15 2304/16
2304/17 2308/17
2308/20 2309/1 2309/3
2309/4 2309/12
2309/15 2309/21
2309/23 2309/25
2310/9 2313/14
2313/20 2314/2
2314/12 2315/10
2315/21 2315/25
2317/10 2317/17
2318/12 2319/15
2319/19 2325/3
2326/16 2327/15
2329/10 2329/16
2329/19 2347/11
2347/14 2349/13
2349/17 2349/18
2350/17 2350/18
2350/22 2351/23
2352/19 2352/21
2352/23 2353/1
2353/14 2353/17
2353/19 2353/25
2354/12 2354/16
2354/18 2354/20
2355/1 2355/9 2355/16
2356/21 2357/4 2357/8
2357/10 2358/13
2359/3 2362/15
2362/16 2362/17
2362/21 2363/4 2363/9

2364/19 2365/7
2365/13 2366/3 2366/7
2366/8 2366/10
2366/16 2366/19
2366/20 2366/20
2367/1 2367/6 2367/9
2367/11 2367/18
2367/24 2368/1 2368/7
2368/18 2368/21
2369/1 2369/4 2369/6
2369/8 2369/10
2369/13 2372/5 2372/6
2372/13 2372/20
2373/6 2373/13 2406/2
2406/3 2406/8 2406/24
chat's [1] 2349/19
chats [14] 2302/6
2308/18 2310/5
2312/25 2315/7
2315/13 2327/3
2327/16 2351/9
2351/12 2352/5
2362/11 2369/23
2404/9
check [1] 2322/4
checker [1] 2419/1
Chicom [1] 2373/17
chief [7] 2279/15
2298/5 2373/3 2373/9
2426/15 2426/22
2427/13
choose [1] 2397/21
Chris [1] 2351/13
Christmas [3] 2359/15
2359/19 2360/7
chronologically [1]
2297/24
chronology [1] 2296/8
Cincinnati [2] 2376/3
2377/23
Cinnaminson [1]
2272/13
citation [2] 2392/14
2392/15
cited [1] 2284/15
claimed [1] 2294/25
clarify [2] 2339/1
2402/14
clarifying [2] 2354/5
2402/23
clarity [1] 2334/18
class [2] 2421/16
2421/19
classes [1] 2409/18
classified [1] 2413/14
clean [1] 2333/3
clear [20] 2282/20
2284/25 2285/1
2286/13 2287/15
2293/13 2296/23
2315/19 2334/23
2336/5 2336/6 2337/10
2343/8 2343/12
2344/20 2362/23
2375/13 2384/8
2405/21 2407/8
click [1] 2383/20

clients [2] 2276/11
2279/16
close [3] 2294/10
2294/14 2294/18
closing [3] 2371/6
2371/8 2371/9
co [10] 2304/8 2304/8
2304/9 2309/14 2331/6
2385/23 2405/21
2405/22 2405/25
2418/13
co-conspirator [3]
2385/23 2405/21
2405/25
co-conspirators [1]
2405/22
co-counsel [1] 2331/6
co-defendants [3]
2304/8 2304/9 2309/14
coalition [3] 2414/25
2415/4 2415/6
Cocasky [1] 2409/11
Cody [18] 2278/1
2300/14 2300/16
2339/25 2350/15
2352/6 2361/23 2362/8
2365/2 2366/2 2366/15
2368/16 2369/18
2371/11 2371/23
2372/3 2372/19 2374/2
collect [1] 2422/21
College [1] 2373/23
color [1] 2280/17
COLUMBIA [1] 2270/1
come [26] 2285/9
2285/13 2286/5
2286/18 2287/2 2288/8
2296/13 2302/24
2337/7 2337/8 2337/20
2337/25 2338/1
2338/19 2339/11
2343/6 2368/8 2376/25
2389/15 2389/16
2400/14 2403/12
2404/19 2411/25
2425/18 2427/21
comes [5] 2277/18
2297/21 2343/19
2343/21 2396/4
coming [17] 2280/8
2280/9 2280/9 2282/8
2284/17 2288/24
2304/20 2320/4
2320/25 2321/22
2322/19 2322/23
2342/24 2398/2
2412/24 2419/4
2420/11
command [1] 2327/20
Commander [3]
2373/3 2373/9 2414/13
commentary [1]
2351/17
commitment [1]
2396/7

**committed [2]** 2347/2 2391/16

**committing [1]** 2355/2

**commonly [2]** 2411/1 2411/2

**comms [1]** 2398/2

**communicate [4]** 2380/3 2380/4 2380/12 2401/24

**communicated [1]** 2357/4

**communicating [2]** 2417/18 2424/12

**communication [3]** 2401/15 2417/22 2423/6

**communications [3]** 2357/6 2400/1 2402/1

**compare [9]** 2381/21 2393/12 2398/17 2400/16 2404/21 2410/7 2411/22 2412/1 2416/21

**compared [1]** 2389/24

**compilation [4]** 2284/13 2347/22 2356/6 2356/9

**complete [4]** 2285/10 2353/24 2361/15 2413/15

**completeness [5]** 2277/21 2283/23 2285/14 2286/5 2361/18

**comply [1]** 2373/18

**comprised [1]** 2410/23

**computer [4]** 2273/7 2315/11 2315/14 2350/20

**computer-aided [1]** 2273/7

**computers [1]** 2331/12

**concern [3]** 2285/11 2294/10 2426/7

**concerning [3]** 2285/23 2285/23 2339/11

**concerns [3]** 2277/19 2288/20 2367/16

**conclude [1]** 2298/20

**condensed [1]** 2337/3

**conducted [1]** 2377/10

**conducting [1]** 2328/14

**conference [8]** 2331/18 2335/23 2361/12 2367/13 2384/19 2405/8 2426/2 2426/16

**conferred [1]** 2299/24

**conflict [1]** 2391/20

**confuse [1]** 2281/19

**confused [1]** 2345/15

**confusion [1]** 2283/14

**connection [2]** 2346/15 2427/6

**consequences [1]**

**consider [4]** 2356/5 2356/7 2356/8 2356/9

**considered [3]** 2278/25 2338/15 2427/9

**consistency [1]** 2336/16

**consistent [7]** 2309/9 2310/5 2310/7 2310/17 2336/22 2426/14 2426/24

**conspiracy [5]** 2310/2 2311/13 2385/13 2385/23 2405/24

**conspirator [3]** 2385/23 2405/21 2405/25

**conspirators [1]** 2405/22

**Constitution [1]** 2273/4

**contained [1]** 2405/1

**contemporaneously [1]** 2279/1

**content [1]** 2297/9

**contents [1]** 2384/9

**context [13]** 2279/25 2280/8 2280/10 2282/10 2282/13 2285/10 2286/15 2289/4 2294/15 2338/24 2354/10 2379/9 2420/5

**contingent [3]** 2321/15 2380/23 2389/6

**continuation [2]** 2392/12 2392/18

**continue [6]** 2295/22 2319/11 2373/1 2388/13 2388/16 2421/14

**CONTINUED [4]** 2271/1 2272/1 2273/1 2300/19

**continuing [2]** 2322/14 2324/6

**contributed [1]** 2383/22

**control [1]** 2327/21

**conversation [1]** 2426/15

**conversations [4]** 2279/9 2322/11 2417/15 2417/15

**Cook [1]** 2289/12

**cooperating [2]** 2301/22 2377/10

**Coordinated [3]** 2281/24 2318/3 2318/21

**copied [1]** 2281/22

**copy [15]** 2331/15 2333/4 2365/12 2381/24 2383/24 2387/15 2390/3 2393/15 2398/21 2400/20 2404/25

**consider [4]** 2410/7 2412/1 2415/16 2416/25

**Corps [1]** 2376/18

**correct [130]** 2281/10 2281/18 2287/5 2290/24 2293/21 2301/4 2302/11 2302/17 2302/21 2308/8 2310/10 2310/11 2315/7 2315/10 2316/11 2317/1 2317/9 2317/14 2317/17 2317/18 2318/1 2318/2 2318/17 2318/18 2318/23 2319/17 2319/19 2320/5 2320/6 2320/12 2320/18 2320/19 2323/12 2323/23 2324/18 2324/19 2325/3 2325/4 2325/8 2325/25 2327/8 2333/12 2334/4 2334/11 2334/15 2334/16 2341/5 2341/6 2341/9 2341/13 2341/17 2342/6 2342/12 2343/21 2344/1 2344/8 2345/19 2346/4 2346/8 2346/9 2346/12 2346/16 2347/12 2347/15 2347/24 2348/3 2348/4 2348/6 2348/7 2348/14 2348/15 2349/3 2349/4 2349/6 2349/20 2350/22 2351/3 2351/6 2351/9 2351/23 2351/24 2352/9 2352/11 2352/16 2353/7 2353/11 2353/15 2354/10 2354/11 2354/13 2354/16 2355/6 2355/10 2355/17 2356/22 2359/10 2359/11 2359/22 2360/18 2360/19 2360/21 2360/23 2368/2 2368/4 2379/16 2380/7 2382/22 2386/18 2386/22 2389/21 2389/23 2390/21 2392/19 2393/14 2400/13 2402/7 2402/12 2403/1 2403/7 2408/4 2408/5 2413/10 2413/17 2415/8 2416/20 2418/22 2419/7 2419/8 2425/17 2429/3

**corrected [2]** 2306/2 2308/8

**corrupt [1]** 2372/25

**cost [1]** 2311/4

**could [79]** 2276/12 2289/15 2295/21 2300/10 2305/1

2307/20 2310/19 2336/11 2345/13 2346/13 2355/4 2365/9 2365/23 2366/12 2370/18 2370/20 2370/21 2371/6 2371/8 2371/11 2371/20 2371/22 2371/23 2373/1 2375/11 2378/7 2378/9 2381/6 2381/9 2382/15 2383/16 2387/24 2388/2 2389/9 2389/1 2390/13 2391/16 2392/14 2393/6 2393/7 2396/19 2397/12 2398/8 2398/10 2399/12 2400/5 2400/10 2402/4 2402/8 2402/13 2402/16 2403/2 2403/8 2404/12 2409/2 2409/24 2410/5 2411/6 2411/11 2413/8 2413/24 2414/2 2414/14 2415/9 2415/11 2416/9 2417/16 2418/11 2418/15 2420/9 2420/19 2421/20 2422/4 2422/22 2423/4

**counsel [11]** 2276/6 2276/7 2293/7 2293/10 2298/21 2299/24 2331/6 2333/6 2339/23 2344/18 2367/18

**count [1]** 2392/24

**countervailing [1]** 2427/22

**country [8]** 2310/25 2312/4 2392/21 2392/23 2395/5 2395/6 2395/17 2418/13

**country/freedom [1]** 2392/23

**County [2]** 2378/22 2409/16

**county's [1]** 2409/16

**coupe [1]** 2371/5

**couple [5]** 2277/18 2278/9 2298/4 2367/1 2404/5

**course [6]** 2281/2 2332/17 2372/23 2379/5 2379/23 2401/12

**court [15]** 2270/1 2273/2 2273/3 2278/6 2281/20 2332/20 2336/16 2339/19 2361/22 2368/4 2368/14 2386/1 2407/12 2426/17 2428/5

**Court's [9]** 2286/10 2294/2 2299/9 2330/19 2339/22 2347/4

**courtroom [6]** 2277/13 2300/5 2304/12 2374/10 2374/16 2424/16

**cover [2]** 2347/10 2351/3

**CR [1]** 2270/4

**Cravenko [1]** 2344/11

**create [7]** 2296/24 2302/23 2315/2 2315/5 2347/14 2347/16 2356/11

**created [10]** 2303/3 2303/4 2303/6 2304/6 2309/3 2309/4 2318/15 2320/14 2320/15 2366/6

**creating [3]** 2317/9 2317/10 2318/12

**creative [1]** 2328/9

**crime [1]** 2425/12

**criminal [3]** 2276/17 2276/25 2376/12

**Crisp [16]** 2271/14 2277/11 2277/25 2282/20 2284/9 2285/3 2286/7 2287/25 2299/11 2312/18 2316/24 2319/2 2347/7 2354/9 2425/24

**Crisp's [1]** 2285/7

**crisplegal.com [1]** 2271/16

**cross [10]** 2274/4 2278/24 2295/22 2299/11 2299/14 2300/14 2300/19 2312/20 2331/2 2425/16

**cross-examination [5]** 2299/14 2300/14 2300/19 2312/20 2331/2

**Crowl [42]** 2378/19 2378/20 2378/23 2379/14 2381/1 2383/5 2384/21 2384/25 2391/1 2391/2 2391/6 2391/7 2391/12 2393/4 2393/10 2394/5 2396/22 2397/3 2398/5 2399/11 2399/15 2400/1 2401/8 2401/19 2402/20 2403/11 2403/20 2405/11 2405/13 2405/16 2408/15 2411/8 2411/17 2411/20 2412/20 2412/23 2413/9 2413/25 2414/3 2414/5 2414/8 2414/23

**Crowl's [6]** 2393/13 2400/15 2400/17 2411/25 2412/2 2412/5

CRR [2] 2429/2 2429/8
crud [1] 2397/25
current [1] 2316/21
currently [1] 2327/7
cute [1] 2351/19

**D**

D.C [28] 2270/5
2270/17 2272/4 2272/9
2273/5 2284/16
2284/18 2287/10
2302/9 2305/2 2305/11
2306/4 2309/1 2317/13
2317/16 2326/21
2328/2 2329/19 2330/5
2348/21 2369/2 2370/2
2370/15 2380/22
2392/11 2395/20
2420/18 2421/9
D.C. [5] 2278/6
2279/21 2281/8
2283/23 2317/17
D.C. Op Jan. 6 [1]
2278/6
D.C. Op Jan. 6 '21 [1]
2283/23
D.C. Op Jan. 6, '21 [3]
2279/21 2281/8
2317/17
dad's [1] 2396/1
Dallas [2] 2271/4
2271/8
data [2] 2352/20
2352/24
date [42] 2297/2
2297/11 2303/2
2303/15 2305/21
2305/25 2307/8
2307/14 2316/1 2316/2
2331/22 2333/15
2361/5 2364/18
2364/20 2370/16
2370/21 2371/1 2372/9
2382/15 2382/15
2382/21 2386/13
2390/23 2391/9 2394/1
2401/5 2403/21 2409/3
2412/14 2412/16
2413/21 2414/6
2414/21 2416/2 2418/9
2418/18 2421/24
2422/16 2423/6
2423/17 2429/7
dated [3] 2282/21
2350/24 2350/24
dates [5] 2334/1
2347/23 2354/8
2363/11 2405/17
David [2] 2272/16
2277/12
David Fischer [1]
2277/12
day [9] 2270/7 2292/22
2299/25 2341/22
2361/24 2386/16
2391/18 2426/17
2426/18

days [8] 2300/23
2397/4 2397/6 2397/10
2404/5 2404/7 2419/3
2420/3
DD214 [8] 2419/2
2419/10 2419/11
2419/20 2419/21
2419/25 2420/2 2420/4
deal [5] 2290/5 2291/8
2291/20 2298/1
2397/16
dealing [4] 2278/4
2295/25 2334/24
2334/25
dealt [1] 2278/10
December [77] 2278/9
2282/21 2282/24
2284/15 2284/23
2291/14 2295/11
2295/12 2301/15
2302/10 2304/25
2305/11 2305/16
2305/18 2305/21
2305/21 2305/25
2306/14 2307/6 2307/8
2307/14 2309/2 2309/4
2324/18 2348/23
2349/9 2359/13
2359/14 2359/14
2359/15 2359/15
2359/21 2360/13
2361/4 2361/4 2363/12
2363/12 2364/7
2364/11 2365/7
2365/14 2366/2
2366/10 2368/22
2369/14 2369/15
2369/22 2370/11
2370/11 2370/13
2371/2 2371/18
2372/10 2372/21
2373/21 2393/4 2394/3
2396/9 2401/6 2401/18
2403/10 2403/22
2404/6 2404/7 2409/4
2409/14 2412/18
2413/21 2414/7 2416/3
2416/6 2418/10
2418/19 2421/24
2422/17 2423/8
2423/18
December 15th [1]
2359/15
December 24th [1]
2418/10
December 27th [1]
2359/14
December 29th [2]
2372/21 2423/18
December 30th [1]
2359/14
December 31st [1]
2284/23
December 5th [4]
2366/2 2369/14 2416/3
2416/6
December 7th [4]
2401/6 2401/18

decision [3] 2294/16
2294/22 2358/25
deck [4] 2285/7
2324/15 2327/5
2327/23
declarant [1] 2422/7
decrypts [1] 2313/17
dedication [1] 2392/3
defeat [1] 2371/5
defend [1] 2373/19
defendant [23] 2271/2
2271/13 2272/2
2272/11 2272/15
2276/18 2276/19
2276/19 2276/24
2276/25 2277/1 2277/1
2277/2 2277/7 2277/9
2277/10 2277/11
2277/12 2317/1 2319/8
2364/14 2367/5 2367/8
Defendant 10 [1]
2277/2
Defendant 2 [2]
2276/19 2276/25
Defendant 3 [2]
2276/19 2277/1
Defendant 4 [1] 2277/1
Defendant Caldwell [1]
2277/12
Defendant Harrelson
[1] 2277/10
Defendant Jessica
Watkins [1] 2364/14
Defendant Kelly
Meggs [1] 2367/5
Defendant Meggs [1]
2277/9
Defendant No. 1 [1]
2276/24
Defendant Rhodes [1]
2277/7
Defendant Stewart
Rhodes [1] 2367/8
Defendant Watkins [1]
2277/11
DEFENDANT'S [1]
2274/11
defendants [9] 2270/7
2277/13 2304/8 2304/9
2304/11 2309/14
2355/9 2362/11
2384/11
defense [14] 2277/20
2277/23 2278/16
2278/24 2279/14
2293/7 2293/10
2294/15 2296/3
2297/15 2298/21
2316/21 2332/10
2362/24
defer [1] 2291/15
definitively [3] 2306/9
2330/7 2355/5
defy [1] 2373/18
delay [1] 2300/9
demanding [1] 2427/8
depends [1] 2352/23

deployed [1] 2376/22
deployments [1]
2419/14
depth [1] 2329/19
Derek [1] 2351/18
derived [1] 2407/4
describe [1] 2313/11
described [2] 2278/12
2426/25
describes [1] 2289/2
descriptions [1]
2410/25
deserve [1] 2415/3
designated [1] 2335/1
desire [1] 2395/21
detail [2] 2285/24
2287/23
detailed [1] 2285/22
details [3] 2279/11
2285/23 2286/23
detention [1] 2427/7
determination [1]
2335/12
determine [1] 2294/16
determined [1]
2337/18
device [1] 2313/17
devices [2] 2313/16
2315/15
dictated [1] 2324/22
did [108] 2281/14
2281/16 2283/6
2286/11 2301/6
2301/21 2301/23
2302/14 2304/19
2304/20 2311/2 2311/3
2311/11 2311/18
2311/20 2322/5
2328/23 2334/22
2337/1 2340/16
2340/20 2341/20
2342/19 2342/21
2346/25 2354/17
2354/19 2354/21
2354/24 2355/18
2355/22 2355/24
2356/5 2356/8 2356/9
2356/20 2357/6 2357/7
2357/14 2357/16
2357/19 2357/23
2358/8 2358/12
2360/13 2362/20
2364/13 2364/16
2364/17 2366/2 2373/5
2376/6 2376/13
2376/15 2376/19
2376/21 2376/25
2377/4 2377/6 2377/11
2377/20 2379/23
2380/13 2380/15
2380/19 2380/21
2381/3 2381/21
2382/25 2383/1 2383/6
2383/8 2383/13
2383/15 2383/15
2386/23 2386/24
2388/22 2389/5 2389/8

display [1] 2396/18
2393/12 2400/1 2400/4
2404/19 2404/21
2404/24 2405/13
2407/3 2408/10
2409/14 2409/21
2410/5 2410/7 2411/22
2411/23 2412/1 2415/5
2416/16 2416/21
2416/24 2418/14
2419/16 2421/5 2421/7
2424/2 2425/24
did you [17] 2311/11
2340/16 2346/25
2354/24 2355/24
2356/5 2356/9 2357/6
2379/23 2383/13
2389/5 2393/3 2393/12
2400/1 2415/5 2416/16
2418/14
didn't [19] 2281/13
2292/25 2298/17
2306/6 2311/21 2312/7
2312/12 2314/5 2320/9
2338/14 2340/23
2346/25 2347/16
2350/19 2354/23
2355/23 2356/11
2360/10 2385/6
die [1] 2373/10
different [32] 2279/13
2287/25 2292/20
2302/6 2310/8 2312/4
2312/5 2312/6 2312/8
2312/9 2315/2 2330/14
2347/23 2368/1 2368/7
2378/17 2390/17
2390/18 2397/24
2410/25 2411/17
2411/19 2411/20
2411/21 2413/12
2419/13 2419/23
2419/24 2422/7
2423/21 2427/18
2427/18
difficult [4] 2292/9
2345/5 2345/10
2345/11
diligent [1] 2298/12
diminished [1]
2395/23
dire [1] 2373/16
direct [12] 2274/4
2278/7 2279/5 2279/6
2295/21 2313/19
2340/11 2344/17
2369/1 2370/6 2375/6
2417/15
directly [5] 2279/17
2285/4 2308/4 2395/5
2417/18
disagree [1] 2308/23
discharge [2] 2419/11
2419/12
discovery [2] 2301/18
2301/20
discuss [6] 2293/25
2306/6 2414/9 2414/10

**D**

discuss... [2] 2424/20 2426/3
discussed [9] 2278/14 2279/4 2295/12 2316/18 2326/13 2364/10 2366/24 2366/25 2370/6
discusses [1] 2322/25
discussing [3] 2278/20 2281/6 2370/2
discussion [9] 2276/8 2280/3 2280/11 2291/23 2319/23 2339/21 2344/22 2408/21 2424/11
discussions [5] 2278/17 2320/24 2321/6 2321/21 2367/19
dish [1] 2391/20
disk [1] 2298/17
displayed [1] 2389/25
dispute [1] 2303/7
DISTRICT [4] 2270/1 2270/1 2270/10 2289/20
diving [1] 2294/14
division [2] 2376/3 2377/23
divorced [2] 2296/12 2297/8
Dixiegal65 [1] 2397/22
do [111] 2277/21 2278/17 2278/19 2279/4 2279/16 2279/19 2282/8 2285/17 2287/10 2290/5 2291/16 2296/7 2298/13 2298/19 2299/20 2300/24 2301/6 2303/2 2303/5 2303/9 2303/11 2303/15 2304/2 2304/5 2304/7 2304/8 2305/14 2306/3 2306/23 2307/22 2307/25 2308/2 2308/20 2309/2 2309/6 2309/11 2309/14 2309/25 2310/12 2310/13 2311/4 2311/25 2311/25 2312/1 2312/4 2314/2 2318/11 2331/13 2332/24 2333/5 2333/16 2334/6 2334/10 2338/18 2343/15 2344/13 2344/15 2345/21 2345/22 2345/23 2345/24 2345/25 2347/6 2349/17 2351/20 2351/21 2353/4 2353/5 2353/6 2355/23 2360/25 2362/24 2363/19 2364/18 2365/2 2369/16 2369/23

**[column 2]**
2375/17 2376/2 2376/6 2388/7 2389/15 2389/18 2389/18 2389/25 2391/18 2395/15 2395/22 2396/14 2396/23 2397/7 2400/14 2400/16 2401/11 2403/23 2406/14 2408/11 2409/7 2413/4 2414/25 2420/7 2420/14 2420/15 2427/1 2427/12 2427/13 2427/19 2428/1
Do we [1] 2282/8
do you [13] 2303/15 2332/24 2333/5 2333/16 2334/10 2343/15 2353/4 2360/25 2369/23 2375/17 2376/2 2406/14 2420/15
do you have [3] 2308/20 2344/13 2397/7
do you know [8] 2303/9 2310/13 2311/4 2349/17 2401/11 2409/7 2413/4 2427/1
do you recognize [1] 2388/7
do you remember [9] 2303/2 2306/3 2306/23 2307/22 2308/2 2309/11 2309/14 2347/6 2370/3
Do you see [1] 2351/20
do you understand [1] 2396/14
document [17] 2316/14 2333/14 2334/25 2336/17 2337/3 2337/10 2337/12 2337/25 2340/2 2340/2 2340/24 2343/2 2347/7 2351/5 2351/13 2381/21 2398/2
documentation [1] 2352/20
documented [1] 2347/23
documenting [1] 2335/20
documents [2] 2361/15 2377/14
does [57] 2284/25 2290/2 2293/22 2294/18 2295/18 2297/2 2306/1 2306/2 2317/25 2343/3 2343/8 2349/17 2352/7 2352/8 2352/10 2359/16 2359/19 2366/9 2366/11 2373/12

**[column 3]**
2390/15 2390/17 2391/2 2391/13 2391/24 2394/6 2396/22 2397/3 2398/5 2399/15 2401/18 2402/6 2402/10 2403/10 2411/8 2411/10 2412/23 2413/9 2413/11 2413/25 2414/3 2414/8 2414/23 2416/6 2418/23 2419/10 2419/20 2420/5 2421/14 2422/1 2422/18 2422/25 2423/9 2423/12 2423/19
doesn't [6] 2289/9 2312/9 2337/7 2352/24 2373/7 2373/17
doing [12] 2279/11 2280/7 2280/12 2280/15 2280/19 2316/25 2337/17 2346/11 2356/16 2367/23 2396/2 2421/19
domestic [1] 2375/25
Don [1] 2282/5
Don Siekerman [1] 2282/5
don't [67] 2276/20 2279/9 2281/19 2285/2 2285/21 2286/3 2286/7 2289/9 2289/14 2290/6 2290/19 2291/16 2291/20 2291/22 2293/25 2294/13 2294/18 2295/6 2295/9 2296/10 2305/6 2307/20 2308/3 2308/3 2310/20 2310/24 2311/8 2311/15 2311/17 2314/22 2315/16 2316/23 2332/25 2333/20 2333/21 2334/5 2337/16 2338/19 2339/16 2345/11 2347/2 2349/18 2353/2 2353/4 2356/7 2363/21 2363/25 2364/1 2364/20 2366/25 2367/20 2368/1 2368/4 2368/9 2370/16 2374/6 2397/20 2408/9 2409/9 2420/16 2420/22 2420/25 2424/8 2425/18 2426/12 2427/3 2427/17
done [9] 2292/21 2295/8 2299/13 2300/11 2301/19 2361/25 2371/16 2426/11 2427/19
Donovan [19] 2378/19 2379/14 2381/1 2383/5

**[column 4]**
2393/10 2394/5 2399/11 2400/15 2401/8 2403/20 2408/15 2411/17 2411/20 2411/15 2412/20 2414/5
Donovan Crowl [16] 2378/19 2379/14 2381/1 2383/5 2391/1 2391/7 2391/12 2394/5 2399/11 2401/8 2403/20 2408/15 2411/17 2411/20 2412/20 2414/5
Donovan Crowl's [2] 2400/15 2411/25
door [1] 2339/15
doubt [1] 2279/12
Doug [17] 2388/8 2388/10 2388/11 2394/21 2395/11 2395/14 2396/14 2396/15 2396/16 2397/9 2399/25 2399/25 2402/19 2402/25 2408/8 2425/7 2425/7
Doug Smith [4] 2399/25 2402/25 2408/8 2425/7
Doug Smith's [1] 2402/19
down [17] 2281/13 2290/21 2292/4 2322/5 2328/13 2339/14 2366/12 2371/20 2374/3 2378/3 2378/19 2384/2 2391/21 2403/12 2411/7 2423/23 2424/18
download [1] 2302/14
Drcrowl5 [1] 2398/7
drive [6] 2272/12 2292/1 2292/11 2292/12 2294/21 2298/17
Dropbox [1] 2426/18
dropped [1] 2367/24
due [5] 2351/9 2352/5 2392/3 2402/3 2420/6
dues [2] 2311/24 2312/10
during [11] 2310/1 2311/11 2311/12 2313/6 2329/3 2346/19 2388/11 2391/15 2401/13 2424/21 2426/16
duty [1] 2336/10

**E**

E-l-l-e-r [1] 2375/14
each [4] 2301/11 2316/25 2380/3 2390/16
earlier [9] 2293/8 2301/2 2316/18 2325/5

**[column 5]**
2353/10 2389/7
earliest [1] 2358/17
early [10] 2278/10 2301/16 2302/11 2307/6 2307/14 2309/2 2364/7 2377/7 2379/22 2403/17
easiest [1] 2282/15
eastern [7] 2283/10 2318/7 2318/8 2323/12 2382/20 2404/17 2409/6
Edmund [1] 2272/2
educational [1] 2376/10
Edward [3] 2271/10 2277/2 2277/7
Edward Tarpley [1] 2277/7
Edwards [2] 2270/16 2277/4
edwardtarpley [1] 2271/12
effect [6] 2280/12 2286/15 2300/1 2384/8 2406/20 2407/1
effectively [2] 2303/22 2303/23
effort [1] 2296/24
efforts [1] 2298/16
eight [1] 2303/25
either [6] 2291/11 2293/13 2353/19 2354/24 2387/7 2392/21
Elaine [1] 2326/20
election [1] 2310/14
Electoral [1] 2373/23
eleventh [1] 2315/9
elicit [3] 2278/16 2339/9 2407/2
Eller [38] 2374/22 2375/1 2375/5 2375/14 2376/25 2378/7 2381/13 2382/11 2383/19 2386/7 2386/20 2387/5 2388/4 2388/19 2389/12 2390/14 2392/13 2393/2 2393/9 2394/2 2395/9 2398/15 2399/6 2400/8 2404/16 2407/3 2407/17 2410/1 2410/21 2411/3 2411/14 2412/17 2415/12 2417/12 2419/6 2420/12 2424/2 2424/17
ELMER [4] 2270/6 2271/2 2276/18 2276/25
Elmer Stewart Rhodes III [1] 2276/25
ELMO [1] 2331/11
else [1] 2299/17
elsewhere [1] 2385/18
email [14] 2270/18

**email... [13]** 2270/19
2271/5 2271/9 2271/12
2271/16 2272/5
2272/10 2272/14
2272/19 2397/13
2397/16 2397/16
2397/24

**embedded [4]** 2384/25
2385/7 2386/20
2387/15

**emergency [2]**
2289/17 2328/19

**Emphasize [1]** 2322/5

**Empire [1]** 2272/17

**employed [1]** 2375/15

**EMT [1]** 2322/15

**encountered [1]**
2313/2

**encrypted [2]** 2313/13
2313/14

**encryption [3]** 2313/25
2397/14 2402/3

**end [18]** 2277/19
2278/13 2288/25
2294/8 2299/25
2302/10 2302/10
2302/16 2303/15
2313/13 2313/13
2371/6 2371/7 2398/9
2411/18 2421/18
2426/11 2426/18

**ended [2]** 2309/6
2362/10

**ending [1]** 2291/5

**enemy [1]** 2372/25

**enemy-occupied [1]**
2372/25

**enforcement [1]**
2371/14

**engaged [1]** 2377/9

**engaging [1]** 2327/14

**English [1]** 2345/13

**enough [1]** 2392/10

**ensure [1]** 2301/19

**entered [4]** 2288/12
2300/5 2374/16 2408/3

**entering [2]** 2286/21
2286/22

**entire [4]** 2297/4
2336/17 2345/20
2362/17

**entirely [1]** 2296/24

**entitled [1]** 2425/10

**entries [1]** 2336/20

**entry [2]** 2336/8
2338/13

**escorting [1]** 2322/7

**especially [1]** 2289/17

**essentially [2]** 2279/6
2336/10 2338/12
2390/17

**establish [1]** 2367/25

**established [1]**
2350/22

**et [4]** 2270/6 2338/13
2423/11 2427/25

**et cetera [3]** 2338/13

**evaluation [2]** 2338/24
2339/10

**even [6]** 2289/13
2294/14 2337/25
2338/15 2392/6
2397/20

**evening [3]** 2321/14
2322/4 2323/5

**event [9]** 2291/13
2321/8 2321/22
2328/14 2328/21
2380/16 2380/19
2380/21 2389/2

**events [13]** 2301/15
2304/19 2304/23
2305/15 2306/18
2307/9 2307/14 2312/4
2325/16 2329/2 2377/1
2378/17 2418/24

**ever [3]** 2355/18
2376/13 2376/19

**every [1]** 2426/17

**everybody [2]** 2277/16
2428/6

**everyone [8]** 2276/4
2276/21 2277/15
2300/6 2374/13
2374/17 2425/2
2425/23

**everything [4]** 2290/21
2298/23 2301/19
2358/2

**evidence [32]** 2277/20
2305/14 2319/8 2338/4
2338/8 2346/3 2346/5
2346/5 2346/14
2362/20 2365/17
2365/21 2370/19
2371/24 2371/25
2372/15 2378/2 2382/8
2385/12 2386/4
2387/21 2390/10
2393/21 2399/3 2401/2
2407/14 2408/22
2410/18 2412/11
2415/23 2417/9
2427/22

**evidentiary [1]** 2276/14

**exact [3]** 2320/9
2370/16 2371/7

**exactly [1]** 2332/5

**examination [12]**
2278/7 2299/14
2300/14 2300/19
2312/20 2331/2
2338/20 2362/6
2367/23 2369/1 2370/6
2375/6

**examiners [1]** 2301/19

**example [4]** 2332/9
2337/10 2337/11
2409/12

**Excel [1]** 2281/23

**except [1]** 2426/13

**exception [2]** 2285/20
2297/10

**excerpt [2]** 2350/17

**excised [1]** 2287/4

**excising [1]** 2290/19

**excluded [2]** 2288/6
2338/17

**exclusively [2]** 2278/5
2315/13

**excuse [6]** 2323/4
2323/4 2339/25
2341/11 2353/20

**execute [1]** 2392/4

**executed [1]** 2381/18

**exhibit [113]** 2274/9
2280/5 2281/8 2284/6
2284/7 2284/10
2284/12 2284/13
2284/14 2285/1 2316/9
2316/11 2316/21
2317/9 2319/8 2320/8
2323/3 2323/22 2324/3
2325/22 2326/10
2327/19 2327/19
2331/10 2331/14
2331/21 2331/25
2332/3 2332/8 2332/23
2332/25 2333/14
2335/7 2341/4 2344/14
2347/1 2347/2 2347/5
2347/15 2347/16
2347/18 2348/11
2350/2 2352/7 2353/21
2353/24 2356/11
2356/13 2356/15
2358/22 2358/24
2361/14 2361/15
2361/17 2362/24
2363/4 2363/9 2363/15
2363/17 2364/24
2365/18 2365/21
2370/18 2371/7
2371/20 2371/24
2378/2 2381/8 2381/9
2382/4 2382/8 2383/10
2383/17 2384/5 2386/4
2387/4 2387/12
2387/14 2387/14
2387/19 2387/21
2389/10 2389/11
2390/7 2390/10 2393/7
2393/8 2393/19
2393/21 2393/24
2399/3 2400/6 2400/10
2400/24 2401/2
2404/14 2405/4
2407/14 2408/22
2409/25 2410/8
2410/15 2410/18
2411/12 2412/8
2412/11 2415/9
2415/20 2415/23
2416/10 2417/5 2417/9
2425/9

**Exhibit 1.S.159.225 [1]**
2284/7

**Exhibit 6701 [5]**
2281/8 2317/9 2320/8
2324/3 2325/22

**Exhibit 6825 [1]**
2382/4

**Exhibit 6825.5 [1]**
2400/24

**Exhibit 6825.6 [1]**
2404/14

**Exhibit 6825.7 [1]**
2411/12

**Exhibit 6825B [1]**
2387/4

**exhibits [9]** 2275/2
2288/11 2297/23
2302/8 2425/25 2426/4
2426/17 2426/22
2428/1

**exist [1]** 2294/18

**existed [1]** 2329/24

**existence [2]** 2313/4
2314/9 2361/6

**existing [1]** 2318/16

**exists [1]** 2294/18

**exited [2]** 2374/10
2424/16

**experience [3]** 2322/15
2353/11 2376/20

**experienced [1]**
2284/24

**expert [2]** 2315/12
2352/23

**expertise [2]** 2353/6
2353/8

**explain [3]** 2289/10
2364/2 2412/25

**explains [1]** 2280/20

**exponentially [1]**
2373/9

**exposure [1]** 2428/1

**extent [3]** 2283/13
2296/23 2314/10

**extracted [5]** 2315/13
2315/14 2389/20
2400/17 2412/5

**extraction [13]** 2292/8
2317/24 2317/25
2318/10 2389/24
2389/25 2390/4
2390/15 2390/16
2393/13 2393/16
2404/22 2405/1

**F**

**Face [1]** 2397/25

**Facebook [15]** 2380/4
2380/5 2380/9 2381/14
2381/17 2381/19
2383/3 2393/10
2398/16 2398/18
2415/13 2415/14
2415/15 2415/17
2417/14

**fact [16]** 2285/3 2299/2
2344/7 2346/2 2348/13
2350/1 2353/14 2355/8
2355/12 2356/20
2368/6 2385/1 2405/25
2407/6 2415/5 2420/13

**faction [1]** 2396/11

**factor [1]** 2330/12

2306/10 2313/24
2329/1 2329/12
2329/14 2336/25
2338/23 2339/11
2340/12 2342/14
2345/14 2345/17
2345/18 2348/10
2351/1 2351/22
2352/18 2352/21
2353/22 2353/24
2354/23 2355/13
2355/15 2356/15
2356/17 2356/18
2356/20 2357/3 2359/2
2359/12 2359/24
2360/20 2361/3
2365/12 2379/5
2381/24 2383/24
2387/15 2390/3
2393/15 2398/21
2400/20 2404/25
2410/11 2412/4
2415/16 2416/25

**fairly [1]** 2403/17

**fairness [1]** 2279/1

**fall [2]** 2294/24
2359/19

**falls [1]** 2359/16

**familiar [26]** 2302/3
2309/10 2313/22
2313/25 2314/7 2314/9
2314/14 2316/11
2340/2 2340/6 2347/19
2347/20 2348/9
2349/19 2350/21
2355/6 2355/8 2355/12
2356/12 2360/3
2365/10 2366/20
2368/25 2380/6
2380/16 2388/19

**familiarity [3]** 2314/10
2314/23 2356/15

**familiarize [1]** 2313/7

**family [1]** 2418/25

**family/friends [1]**
2418/25

**far [5]** 2286/24 2319/24
2345/5 2361/13
2370/15

**fast [2]** 2292/23
2331/16 2419/18

**Fayetteville [1]** 2312/5

**FBI [32]** 2332/7 2333/9
2333/7 2333/9 2333/10
2334/4 2334/6 2334/9
2334/11 2334/25
2335/3 2335/4 2335/12
2335/19 2336/7
2336/10 2337/1 2339/4
2340/14 2340/18
2341/16 2341/20
2341/22 2342/3
2342/11 2343/7
2375/18 2375/21
2375/24 2376/4 2376/5
2376/6 2376/7

**fear [1]** 2391/19

fed [1] 2422/4
feed [1] 2423/2
feel [3] 2309/6 2392/24 2396/10
feels [2] 2395/23 2427/12
few [1] 2348/13
fewer [1] 2302/9
fidelis [1] 2391/5
field [2] 2301/19 2343/13
fight [4] 2290/17 2373/10 2414/14 2415/1
fighting [1] 2392/23
figure [1] 2391/18
filed [9] 2292/5 2292/5 2294/8 2342/16 2342/18 2342/21 2343/4 2343/7 2425/4
filter [3] 2292/13 2292/17 2295/7
filtered [4] 2293/12 2293/16 2293/16 2293/18
final [1] 2392/20
finally [2] 2323/2 2329/5
find [5] 2345/10 2397/25 2422/20 2427/11 2427/17
fine [4] 2287/5 2287/8 2324/11 2324/12
firearms [1] 2312/8
firefighters [1] 2322/14
first [47] 2277/19 2281/5 2281/7 2282/3 2282/21 2283/17 2283/17 2283/21 2285/7 2299/11 2304/22 2313/2 2313/3 2322/5 2328/2 2333/5 2333/10 2333/23 2333/25 2347/10 2347/24 2351/3 2351/4 2352/4 2353/11 2364/7 2370/23 2377/20 2378/8 2382/25 2390/22 2390/22 2390/23 2401/5 2403/12 2403/12 2406/13 2409/2 2409/8 2410/22 2410/23 2411/4 2411/23 2412/16 2414/3 2416/2 2419/6
Fischer [6] 2272/16 2272/16 2277/12 2299/14 2425/1 2425/14
fischerandputzi [1] 2272/19
fit [1] 2303/19
five [9] 2282/25 2283/7 2283/11 2283/22 2289/7 2290/13 2318/7 2323/14 2323/17
five-minute [2] 2289/7 2290/13
FL [5] 2366/20 2367/6 2367/9 2367/18 2368/18
flag [1] 2331/20
flagged [2] 2292/13 2292/17
flaws [1] 2391/17
flipping [1] 2287/17
Florida [1] 2351/8
focus [7] 2302/6 2364/3 2364/5 2379/6 2379/20 2379/21 2410/21
focused [1] 2296/25
folks [3] 2286/22 2287/23 2289/16
follow [2] 2323/22 2367/20
follow-on [1] 2323/22
followed [2] 2327/4 2378/24
following [2] 2284/8 2288/14
follows [2] 2285/17 2300/18
foregoing [1] 2429/3
form [3] 2363/6 2363/22 2413/16
formally [1] 2319/4
format [8] 2286/3 2292/9 2292/18 2292/20 2355/10 2355/12 2390/17 2397/25
format's [1] 2390/18
FormerFeds [1] 2272/12
formerfedsgroup.com [1] 2272/14
forth [2] 2313/20 2327/13
forward [9] 2339/7 2339/23 2343/9 2359/3 2361/19 2374/7 2387/8 2424/13 2427/21
found [2] 2408/2 2415/17
foundation [8] 2367/2 2367/3 2405/12 2405/20 2406/19 2420/23 2420/24 2421/1
founded [1] 2414/19
founder [1] 2383/12
founders [1] 2373/19
four [6] 2283/22 2294/3 2302/6 2376/16 2376/21 2395/1
four-man [1] 2395/1
frame [7] 2283/14 2288/15 2305/22 2309/8 2310/1 2330/4 2359/13
Free [1] 2397/14
freedom [1] 2392/23

five-minute [2] 2289/7 2290/13
2295/13 2295/23
2296/14 2302/6 2307/5
2307/23 2308/1
2326/11 2326/13
2331/9 2337/1 2403/17
friends [1] 2418/25
friendship [1] 2391/4
front [6] 2271/15
2340/24 2353/16
2353/23 2362/25
2397/14
fruition [1] 2304/21
FRX [2] 2419/2
2421/19
FRX/basic [1] 2419/2
full [3] 2297/15
2413/18 2421/19
further [9] 2300/17
2315/16 2319/23
2327/4 2330/20
2343/13 2343/20
2362/3 2373/25
furtherance [2]
2385/23 2405/23
future [5] 2342/16
2342/18 2342/22
2343/4 2344/22

**G**

Gallon [1] 2335/5
game [2] 2338/23 2339/11
Gator [7] 2351/3 2351/7 2351/14 2352/9 2352/11 2352/13 2355/21
gauge [1] 2345/11
gave [1] 2321/8
gavel [1] 2276/20
gear [1] 2321/7
general [4] 2342/2 2342/23 2343/1 2379/11
generally [13] 2301/14 2304/23 2309/23 2309/23 2313/5 2338/10 2346/5 2349/10 2349/11 2361/1 2361/6 2366/21 2410/24
genre [1] 2288/17
gentlemen [5] 2300/7 2374/6 2374/18 2424/7 2425/11
geographically [1] 2376/2
George [1] 2335/4
Georgia [1] 2322/19
get [36] 2276/20 2292/2 2292/20 2292/21 2292/24 2292/25 2298/8 2298/13 2298/16 2298/17 2298/22 2302/14 2302/16 2325/23 2331/16 2335/21 2336/24

2361/19 2368/2 2368/9
2371/16 2379/17
2384/12 2384/18
2397/23 2403/17
2405/7 2419/21
2419/22 2419/23
2420/1 2421/19
2425/19 2425/21
gets [3] 2341/22
2342/6 2367/18
getting [2] 2361/13
2368/3
Geyer [3] 2272/11
2277/10 2299/13
girl [1] 2415/2
give [15] 2280/16
2280/22 2281/12
2286/7 2296/2 2298/2
2330/8 2330/15
2331/15 2337/12
2397/19 2403/18
2412/24 2413/1
2419/22
given [2] 2297/9
2361/18
gives [3] 2279/25
2282/10 2282/13
giving [2] 2289/4
2424/10
Glen [1] 2272/18
gmail.com [2] 2271/9
2398/7
go [53] 2280/5 2290/7
2290/18 2292/9
2292/20 2292/22
2292/25 2299/11
2299/12 2299/12
2302/24 2305/17
2312/3 2315/16 2322/5
2331/8 2339/14
2348/10 2350/9 2355/4
2360/12 2370/2
2370/20 2371/6
2374/13 2383/7 2391/5
2391/8 2392/5 2396/19
2398/8 2402/4 2402/8
2402/13 2402/16
2403/2 2403/8 2406/12
2411/18 2413/8
2413/24 2414/2
2414/20 2415/9 2416/9
2418/15 2420/19
2421/20 2422/4
2422/10 2422/22
2423/3 2423/4
Go ahead [1] 2422/10
goes [5] 2286/4 2345/5
2383/25 2384/13
2396/5
going [80] 2277/23
2280/2 2280/12
2280/15 2280/17
2280/17 2280/18
2281/20 2285/6
2285/13 2286/11
2288/22 2290/17
2291/15 2291/22

2298/20 2298/22
2298/24 2298/25
2299/10 2299/11
2299/12 2299/12
2304/18 2305/2 2305/2
2305/11 2305/12
2307/18 2316/8 2317/4
2318/10 2319/3
2321/15 2323/14
2326/17 2326/20
2327/6 2327/13
2327/14 2328/8
2328/14 2331/11
2333/1 2333/3 2333/19
2334/17 2334/18
2338/9 2339/25
2343/15 2347/4 2348/8
2350/10 2350/10
2351/12 2351/25
2357/11 2364/23
2370/14 2372/22
2379/20 2379/21
2379/21 2385/8 2390/2
2393/24 2394/12
2395/8 2396/2 2397/5
2397/6 2406/12
2414/11 2421/11
2426/7 2427/15
2427/21
gone [5] 2291/2 2291/3
2317/8 2317/13
2317/19
good [22] 2276/16
2276/22 2277/15
2277/16 2291/24
2291/25 2300/21
2300/22 2300/22
2300/23 2312/22
2312/23 2336/19
2361/24 2362/8 2362/9
2375/9 2375/10 2393/1
2395/22 2399/14
2424/6
Good morning [12]
2276/22 2277/15
2291/24 2291/25
2300/21 2300/22
2312/22 2312/23
2362/8 2362/9 2375/9
2375/10
Google [1] 2397/17
got [17] 2282/17
2282/21 2292/1 2292/3
2292/8 2292/10
2292/18 2297/22
2305/20 2307/5 2313/1
2326/15 2327/20
2341/19 2344/14
2361/19 2408/1
GoToMeeting [6]
2331/23 2333/8
2341/13 2343/15
2346/6 2346/20
GoToMeetings [1]
2369/15
government [73]
2270/14 2277/5

2441

**government... [71]**
2277/24 2278/3 2278/4
2278/8 2280/4 2281/4
2281/6 2283/5 2283/6
2283/19 2284/6
2284/22 2284/25
2285/11 2286/1
2286/20 2288/9
2290/24 2292/1
2293/19 2294/21
2296/8 2297/22
2298/16 2298/21
2300/16 2302/8
2308/18 2312/3
2320/15 2323/3
2327/18 2331/10
2332/5 2333/6 2335/18
2341/5 2347/7 2354/7
2355/9 2358/20 2362/3
2365/17 2365/21
2374/12 2374/19
2374/22 2375/5 2382/3
2382/8 2384/4 2387/18
2390/6 2393/18
2398/24 2399/3
2400/23 2401/2 2405/3
2405/20 2406/16
2408/18 2410/14
2412/7 2412/14
2415/19 2415/23
2417/4 2417/9 2425/6
2425/14
**government's [60]**
2274/5 2275/4 2278/22
2279/3 2284/5 2284/10
2284/12 2284/13
2285/1 2288/11
2295/16 2296/21
2297/13 2297/13
2298/5 2316/9 2317/9
2320/8 2324/2 2325/21
2331/14 2333/2 2336/3
2364/24 2365/17
2370/18 2371/24
2378/2 2381/7 2382/4
2383/17 2384/5 2386/4
2387/3 2387/14
2387/19 2387/21
2389/10 2390/7
2390/10 2393/7
2393/19 2393/21
2400/6 2400/24
2404/13 2405/4
2407/14 2408/22
2409/25 2410/8
2410/15 2410/18
2411/12 2412/8
2412/11 2415/9
2415/20 2416/9 2417/5
**Governor [1]** 2272/17
**grab [1]** 2281/1
**grateful [1]** 2392/6
**great [1]** 2370/21
**Greenwich [1]** 2318/5
**Grenier [1]** 2327/24
**ground [1]** 2391/5
**grounds [7]** 2277/21

2336/19 2356/24
2379/15
**groundwork [1]**
2281/20
**group [41]** 2302/20
2303/10 2303/16
2304/9 2309/12
2309/15 2309/16
2309/17 2309/17
2309/18 2309/24
2315/5 2315/6 2315/10
2315/22 2315/25
2317/17 2318/12
2319/19 2324/16
2326/16 2327/15
2329/11 2352/19
2383/3 2383/6 2406/24
2407/9 2407/18
2407/21 2407/23
2407/24 2408/1 2408/3
2408/7 2408/12
2408/14 2408/16
2409/17 2417/15
2418/12
**groups [9]** 2302/24
2309/21 2309/23
2309/25 2310/9 2314/2
2315/2 2380/10 2402/2
**guess [10]** 2296/15
2297/7 2297/14 2301/3
2303/25 2336/4 2336/8
2337/9 2385/14
2417/16
**guessing [4]** 2287/12
2306/5 2309/7 2372/22
**guidance [1]** 2328/14
**gun [1]** 2371/15
**guys [2]** 2403/17
2421/16

**H**
**had [48]** 2277/16
2278/2 2281/6 2285/11
2290/24 2291/10
2292/6 2293/7 2293/8
2293/12 2293/13
2295/8 2295/20
2295/22 2299/13
2299/14 2299/19
2300/8 2300/9 2310/1
2311/12 2311/15
2311/19 2313/2 2313/3
2313/6 2329/11 2341/3
2341/16 2341/20
2342/10 2342/13
2342/15 2343/3
2344/12 2347/13
2359/4 2367/17
2367/24 2383/3
2387/11 2398/17
2406/20 2408/3 2425/3
2425/15 2426/12
2426/16
**half [2]** 2375/22 2376/5
**Haller [15]** 2272/6
2272/7 2277/8 2330/24
2331/5 2332/1 2332/14

2339/5 2358/19 2362/1
2362/10 2362/23
2364/13
**hallerjulia [1]** 2272/10
**hand [9]** 2301/6
2316/14 2333/1 2333/3
2347/5 2350/10
2374/23 2411/1 2411/4
**handed [2]** 2340/2
2350/12
**handful [1]** 2297/23
**hang [6]** 2335/13
2335/17 2335/21
2337/14 2342/1
2344/19
**Hangout [5]** 2366/20
2367/6 2367/9 2367/18
2368/18
**happened [1]** 2342/4
**happens [1]** 2392/2
**happy [2]** 2395/2
2427/16
**hard [5]** 2292/1
2292/11 2292/12
2298/16 2358/15
**harder [1]** 2373/9
**Harrelson [8]** 2272/11
2277/1 2277/10
2309/17 2329/15
2354/24 2355/23
2369/10
**Harrisburg [1]** 2271/15
**has [36]** 2293/19
2293/20 2293/25
2298/12 2313/21
2316/14 2319/3 2323/8
2332/7 2332/9 2336/10
2336/24 2337/20
2342/3 2344/20
2344/25 2345/1
2358/20 2371/23
2378/1 2380/16 2381/7
2383/17 2384/5 2387/3
2389/10 2395/19
2401/21 2405/20
2406/19 2406/25
2409/24 2411/11
2425/6 2426/25
2427/13
**hasn't [2]** 2296/6
2425/15
**hated [1]** 2283/8
**have [198]**
**haven't [6]** 2287/19
2292/6 2316/17
2335/14 2367/17
2426/8
**having [5]** 2278/14
2283/8 2288/2 2300/16
2384/21
**he [85]** 2277/25
2278/11 2278/11
2278/12 2278/13
2306/5 2306/6 2306/11
2306/14 2306/17
2308/5 2311/15
2311/19 2311/21

2312/1 2312/7 2312/8
2312/9 2312/12
2329/17 2329/18
2335/19 2337/1 2338/7
2342/3 2342/4 2342/6
2344/3 2344/6 2344/7
2344/11 2344/12
2349/14 2349/15
2349/17 2349/18
2351/15 2351/19
2352/10 2353/20
2354/9 2359/24
2362/17 2367/10
2367/10 2367/24
2367/25 2373/4 2373/5
2373/7 2373/7 2373/15
2373/16 2373/16
2378/5 2383/11
2395/12 2395/20
2399/16 2399/16
2399/21 2399/22
2401/13 2402/10
2402/24 2407/5 2408/1
2408/3 2408/15
2408/17 2409/11
2409/13 2409/14
2411/10 2413/11
2414/1 2418/4 2418/4
2420/24 2420/25
2421/1 2423/9 2427/13
**he's [15]** 2301/2
2305/5 2307/6 2308/6
2308/13 2310/8
2312/10 2312/11
2324/9 2378/22
2399/23 2402/21
2405/25 2411/8
2420/25
**head [8]** 2279/4 2303/5
2303/11 2308/21
2309/13 2310/3
2369/16 2372/23
**header [1]** 2383/21
**hear [2]** 2423/1 2426/8
**heard [4]** 2293/4
2302/15 2354/9
2397/14
**hearings [1]** 2427/7
**hearsay [13]** 2332/6
2332/10 2335/9 2336/3
2336/20 2337/23
2337/25 2339/3
2356/25 2384/6 2405/6
2406/15 2407/9
**Hello [1]** 2336/1
**help [5]** 2280/5 2328/9
2366/7 2422/20 2423/2
**helping [1]** 2366/5
**her [13]** 2279/25
2280/1 2325/15
2325/16 2335/8 2366/8
2369/13 2369/14
2378/9 2378/11
2378/16 2379/3 2413/7
**here [36]** 2276/11
2279/7 2280/2 2290/10
2294/10 2304/9

2323/15 2324/15
2327/14 2337/17
2339/2 2344/3 2350/9
2359/10 2361/14
2364/3 2364/18 2365/3
2366/8 2378/10
2383/10 2383/21
2384/1 2388/2 2388/8
2389/23 2394/9
2394/13 2395/8
2405/14 2406/6 2415/4
2417/19 2425/19
**Here's [2]** 2328/21
2397/16
**Hey [3]** 2289/25 2305/2
2305/11
**Hi [1]** 2331/4
**highlighted [1]**
2294/12
**highlighting [1]**
2293/11
**Highway [1]** 2272/17
**him [13]** 2307/18
2322/4 2358/23
2358/24 2358/25
2361/16 2372/24
2373/2 2373/3 2373/8
2388/6 2395/21
2406/20
**his [21]** 2299/13
2301/6 2306/22 2310/1
2319/23 2328/10
2344/2 2349/23
2353/22 2359/12
2370/16 2372/22
2384/16 2385/4
2385/18 2386/12
2402/6 2407/5 2407/25
2408/2 2409/8
**history [2]** 2302/2
2419/17
**hold [3]** 2336/19
2395/3 2395/13
**holding [1]** 2427/7
**holler [2]** 2412/24
2413/1
**home [1]** 2392/25
**Honor [81]** 2276/16
2276/22 2277/24
2279/19 2280/5
2280/21 2281/15
2282/18 2284/9
2285/16 2287/15
2288/5 2290/14
2290/23 2291/24
2293/4 2294/7 2297/7
2298/10 2299/7 2299/8
2299/23 2316/6
2316/17 2319/10
2319/11 2330/19
2330/20 2330/25
2331/13 2331/19
2332/17 2332/19
2334/18 2334/22
2335/5 2335/10
2335/15 2335/16
2336/14 2336/23

**Honor... [40]** 2337/13 2338/2 2339/1 2339/18 2339/22 2343/17 2344/23 2345/3 2347/4 2350/8 2350/25 2351/25 2357/1 2358/21 2359/1 2360/6 2362/2 2362/4 2365/19 2367/12 2367/10 2368/12 2372/16 2374/21 2382/6 2384/11 2385/13 2385/25 2405/5 2407/10 2407/11 2417/7 2420/21 2425/3 2425/10 2425/17 2425/22 2426/4 2426/14 2427/12

**honorable [4]** 2270/9 2276/2 2419/12 2419/12

**hop [1]** 2407/5

**hope [6]** 2277/15 2295/2 2295/4 2295/5 2392/24 2392/25

**hopefully [3]** 2291/12 2300/8 2409/17

**hoping [2]** 2292/2 2292/24

**horizon [1]** 2391/5

**horrific [1]** 2373/11

**Horsewhisperer [1]** 2326/22

**hotel [2]** 2278/14 2279/8

**hotmail.com [1]** 2272/19

**hour [2]** 2282/25 2283/5

**hours [11]** 2281/24 2281/25 2282/1 2283/2 2283/7 2318/7 2318/21 2318/25 2323/14 2323/15 2323/17

**house [1]** 2403/12

**how [45]** 2278/20 2284/11 2290/5 2295/6 2300/21 2303/9 2306/3 2307/22 2307/25 2308/2 2308/20 2309/11 2309/25 2310/13 2312/25 2313/7 2313/12 2315/17 2325/18 2327/6 2330/3 2330/7 2330/16 2337/16 2345/1 2351/15 2352/15 2352/23 2375/21 2376/4 2376/8 2376/15 2377/17 2377/20 2380/2 2391/16 2401/11 2402/10 2409/9 2416/16 2418/13 2419/22 2422/2 2427/9 2427/11

**however... [3]** 2283/15

**https: [1]** 2401/21

**https://signal.org/insta ll [1]** 2401/21

**huge [1]** 2286/9

**Hughes [1]** 2270/15 2277/4 2424/4

**hyperterminal [5]** 2422/9 2422/12 2422/18 2423/7 2423/12

---

**I**

**I allowed [1]** 2361/15

**I also [2]** 2377/11 2377/14

**I am [10]** 2301/14 2315/11 2340/7 2341/10 2347/19 2352/22 2355/7 2355/11 2365/11 2411/5

**I apologize [3]** 2320/10 2391/25 2409/10

**I assume [1]** 2367/22

**I believe [35]** 2281/7 2281/25 2283/6 2286/14 2286/17 2289/5 2291/4 2291/14 2304/22 2305/24 2309/4 2311/6 2329/10 2340/13 2342/23 2343/5 2344/2 2352/22 2357/23 2362/24 2367/10 2370/11 2392/13 2394/24 2395/11 2397/9 2399/19 2404/2 2404/6 2408/13 2409/8 2413/3 2413/6 2425/10 2426/15

**I can [14]** 2280/4 2283/15 2286/7 2292/7 2292/21 2315/16 2348/1 2356/2 2367/1 2384/1 2384/12 2407/2 2407/4 2427/20

**I can't [1]** 2306/9

**I did [16]** 2286/11 2301/21 2311/20 2334/22 2354/21 2357/16 2357/19 2376/21 2380/15 2383/8 2383/15 2386/24 2389/8 2400/4 2404/24 2416/24

**I didn't [5]** 2281/13 2338/14 2347/16 2356/11 2385/6

**I didn't see [1]** 2340/23

**I don't [12]** 2279/9 2285/21 2296/10 2308/3 2308/3 2315/16 2316/23 2366/25 2368/1 2420/22 2420/25 2426/12

**I don't have [3]** 2276/20 2347/2 2368/4

**I don't recall [5]** 2311/8 2332/25 2363/21 2364/1 2370/16

**I guess [6]** 2297/7 2297/14 2336/4 2336/8 2337/9 2385/14

**I have [20]** 2279/8 2279/12 2281/25 2282/13 2314/14 2335/13 2337/9 2344/15 2345/20 2350/20 2353/16 2353/23 2373/25 2376/11 2395/21 2396/23 2398/20 2414/12 2421/16 2421/16

**I haven't [3]** 2292/6 2316/17 2335/14

**I hope [4]** 2277/15 2295/2 2295/4 2392/25

**I just [2]** 2292/10 2293/21

**I know [7]** 2297/12 2307/25 2316/22 2358/15 2391/16 2392/9 2392/24

**I mean [20]** 2280/22 2284/25 2285/22 2289/21 2293/3 2293/24 2296/3 2296/17 2296/22 2297/19 2308/3 2310/19 2336/4 2358/20 2361/14 2384/12 2425/13 2426/8 2426/19 2427/19

**I recall [2]** 2344/23 2355/25

**I should [1]** 2353/20

**I think [57]** 2276/7 2277/25 2278/2 2278/9 2278/13 2278/15 2278/22 2278/25 2280/4 2283/21 2284/9 2285/1 2285/9 2286/24 2288/8 2288/18 2294/20 2295/7 2295/20 2296/12 2296/22 2297/14 2297/19 2299/9 2299/10 2299/11 2307/16 2308/5 2331/13 2332/13 2334/7 2336/13 2336/15 2336/19 2337/2 2337/7 2337/23 2340/20 2350/22 2352/22 2353/10 2354/8 2360/10 2362/25 2370/1 2372/23 2373/2 2392/8 2396/8 2396/9 2398/2 2405/24 2425/25 2426/19 2426/21 2427/6 2427/21

**I thought [3]** 2291/5 2406/22

**I told [1]** 2276/8

**I understand [6]** 2286/11 2296/3 2297/13 2299/21 2339/6 2344/25

**I want [9]** 2280/15 2287/11 2296/2 2297/14 2302/6 2312/24 2315/19 2316/13 2410/21

**I wanted [1]** 2286/13

**I was [14]** 2295/7 2305/13 2311/14 2313/4 2314/20 2317/12 2340/4 2349/7 2368/3 2368/5 2376/7 2377/22 2391/16 2424/10

**I will [6]** 2339/1 2350/16 2354/25 2396/4 2397/19 2427/11

**I won't [1]** 2360/7

**I worked [1]** 2346/23

**I would [1]** 2296/10

**I wouldn't [1]** 2286/9

**I'd [5]** 2298/8 2350/7 2362/10 2368/23 2385/14

**I'll [13]** 2291/7 2300/12 2304/16 2357/1 2374/11 2385/22 2386/10 2391/23 2407/9 2412/25 2422/21 2423/1 2424/20

**I'm [103]** 2281/14 2281/17 2281/20 2283/22 2284/4 2285/6 2286/2 2286/11 2287/1 2287/12 2287/15 2287/17 2287/17 2288/1 2288/19 2289/8 2290/17 2290/24 2291/17 2295/3 2295/24 2296/16 2298/11 2299/11 2305/5 2306/2 2306/5 2307/10 2312/1 2313/25 2314/9 2314/14 2316/1 2316/8 2317/4 2317/15 2317/22 2320/17 2320/22 2331/1 2331/11 2332/4 2332/4 2332/6 2333/1 2333/3 2333/19 2334/17 2334/18 2334/24 2335/8 2339/8 2340/24 2341/2 2341/8 2341/25 2342/2 2342/3 2343/1 2344/9 2346/13 2347/4 2350/10 2350/10 2351/25 2354/25 2352/3 2358/8 2361/5 2361/6 2361/25

2371/24 2372/1 2372/3 2372/22 2375/11 2375/20 2378/1 2379/21 2381/9 2391/25 2392/10 2392/10 2394/7 2394/12 2395/8 2396/24 2408/1 2412/24 2414/11 2414/24 2418/12 2421/17 2422/9 2422/20 2423/2 2424/4 2426/9 2427/16 2427/17 2427/25

**I'm going [9]** 2281/20 2285/6 2331/11 2333/3 2333/19 2334/18 2347/4 2350/10 2379/21

**I'm just [7]** 2281/17 2284/4 2287/17 2305/5 2334/17 2334/24 2372/3

**I'm not [13]** 2286/2 2287/1 2288/19 2289/8 2290/17 2296/16 2298/11 2313/25 2314/14 2316/1 2332/4 2342/2 2426/9

**I'm not sure [6]** 2295/24 2312/1 2335/8 2371/7 2408/1 2427/25

**I'm sorry [14]** 2281/14 2295/3 2306/2 2307/10 2317/15 2317/22 2320/22 2332/4 2340/24 2362/14 2371/24 2372/1 2381/9 2422/9

**I'm sure [1]** 2392/10

**I've [12]** 2314/5 2345/7 2350/12 2361/18 2366/6 2376/5 2394/9 2397/15 2422/19 2425/14 2426/4 2426/12

**idea [2]** 2304/22 2308/20

**ideal [1]** 2296/4

**ideas [2]** 2395/22

**identification [1]** 2364/24

**identified [7]** 2274/11 2275/4 2294/22 2330/2 2380/24 2389/6 2400/2

**identify [4]** 2330/16 2378/8 2378/9 2388/6

**identifying [2]** 2288/18 2332/11

**ignored [7]** 2340/16 2340/21 2341/3 2341/20 2342/10 2342/15 2342/16

**III [4]** 2270/6 2271/2 2276/18 2276/25

**ilk [1]** 2287/21

**illegitimate [1]** 2373/17

**I**

**Illinois [2]** 2421/17
2421/19
**image [1]** 2411/6
**immediately [6]**
2279/20 2279/24
2282/7 2285/17
2287/13 2288/9
**implemented [1]**
2385/20
**important [1]** 2315/19
**impression [1]** 2341/2
**inadvertently [1]**
2426/8
**incapable [1]** 2355/2
**inclined [2]** 2288/1
2427/14
**include [7]** 2281/3
2358/9 2358/12 2406/8
2408/7 2408/15
2409/17
**included [10]** 2294/2
2338/14 2346/2
2356/10 2358/6 2358/6
2359/5 2359/9 2360/17
2394/21
**includes [1]** 2419/13
**including [3]** 2310/19
2383/4 2396/2
**income [2]** 2311/12
2311/18
**independent [4]**
2280/16 2280/19
2383/22 2424/12
**INDEX [3]** 2274/2
2274/9 2275/2
**indicated [1]** 2329/15
**individual [14]** 2278/19
2317/1 2326/20 2328/1
2334/3 2378/18 2381/2
2382/13 2388/4 2388/7
2388/8 2388/20 2409/7
2409/11
**individuals [33]**
2285/25 2286/16
2296/20 2319/18
2320/25 2322/12
2324/20 2326/15
2326/24 2328/19
2377/19 2379/6 2379/9
2379/20 2379/24
2379/25 2380/3
2380/10 2380/12
2380/14 2380/23
2383/4 2389/6 2400/2
2400/3 2401/25 2402/2
2406/3 2407/22 2408/6
2415/7 2417/23
2417/24
**indulgence [6]** 2299/9
2330/19 2339/22
2347/4 2364/22
2371/25
**infamous [3]** 2305/1
2305/10 2305/16
**info [1]** 2422/21
**information [6]** 2292/2
2303/6 2332/11

**initially [3]** 2337/18
2340/17 2377/25
**injury [1]** 2413/6
**inside [3]** 2379/11
2379/12 2379/13
**insofar [2]** 2286/4
2338/11
**install [3]** 2401/21
2402/10 2403/6
**instance [1]** 2306/22
**instead [2]** 2419/4
2420/8
**Insurrection [7]** 2307/7
2307/24 2308/7
2308/11 2308/15
2371/5 2373/3
**Insurrection Act [7]**
2307/7 2307/24 2308/7
2308/11 2308/15
2371/5 2373/3
**intel [3]** 2326/21
2366/7 2423/3
**intend [3]** 2291/16
2295/1 2339/8
**intending [1]** 2368/2
**intends [2]** 2277/20
2278/1
**intent [2]** 2286/16
2289/5
**intention [1]** 2335/8
**international [1]**
2375/25
**interpreting [1]**
2336/21
**interrupt [2]** 2319/2
2424/4
**interviewed [2]**
2308/14 2377/18
**interviews [3]** 2301/21
2377/10 2377/16
**intractable [1]** 2295/18
**introduce [9]** 2277/1
2278/24 2283/22
2295/10 2296/14
2297/23 2299/1 2299/3
2375/11
**introduced [18]** 2281/4
2283/20 2284/22
2285/11 2289/23
2302/9 2307/23 2308/1
2308/18 2308/18
2316/23 2326/15
2332/23 2341/4 2406/5
2406/6 2426/17
2426/20
**introduction [3]**
2295/16 2321/14
2325/16
**introductions [1]**
2325/14
**invasion [1]** 2373/11
**investigate [5]** 2311/18
2354/17 2354/19
2367/17 2375/25
**investigated [7]**
2326/25 2327/2 2346/2

**investigating [2]**
2327/4 2377/1
**investigation [38]**
2301/3 2301/7 2301/8
2301/12 2301/23
2304/17 2310/5
2310/12 2311/11
2313/1 2313/4 2314/6
2316/3 2330/12
2346/12 2346/19
2346/21 2346/22
2347/17 2358/6 2377/4
2377/6 2377/8 2377/21
2379/6 2379/23
2379/25 2388/10
2394/19 2395/13
2396/13 2397/8
2401/12 2407/21
2409/12 2413/4 2418/3
2422/13
**investigations [2]**
2375/23 2419/16
**investigative [1]**
2377/9
**invite [1]** 2315/5
**invoke [5]** 2307/7
2307/24 2308/7
2308/10 2308/15
**involve [2]** 2301/23
2395/4
**involved [5]** 2327/24
2328/5 2366/6 2377/20
2377/22
**iPhone [1]** 2302/21
**Iraq [2]** 2376/22
2376/23
**is [456]**
**is that correct [8]**
2301/4 2302/17
2334/15 2341/5 2349/6
2353/7 2353/15
2359/22
**is that fair [2]** 2340/12
2348/10
**is there [2]** 2290/10
2348/21
**ish [1]** 2292/14
**isn't [2]** 2296/16
2408/10
**issue [18]** 2276/14
2290/12 2293/24
2294/9 2294/14
2295/21 2295/23
2296/1 2296/12 2298/7
2298/13 2299/19
2334/24 2337/6 2338/8
2425/24 2426/3
2426/12
**issues [4]** 2351/9
2351/14 2352/5 2352/7
**it [272]**
**it would be [4]**
2355/14 2367/20
2407/22 2408/13
**it's [96]** 2277/16
2280/12 2281/24

2288/25 2292/9
2292/12 2292/19
2294/18 2296/21
2297/8 2298/24 2299/3
2300/7 2300/24 2305/2
2305/11 2310/16
2310/21 2311/6 2312/2
2312/8 2313/17
2313/24 2318/10
2319/3 2325/2 2326/9
2331/12 2331/13
2335/8 2337/10 2338/5
2338/9 2338/23
2339/11 2343/18
2347/11 2350/18
2351/22 2352/2
2354/23 2356/15
2356/20 2357/18
2363/23 2371/7
2373/24 2374/6
2378/13 2380/11
2382/18 2383/21
2384/7 2384/8 2385/12
2387/8 2387/10 2391/7
2392/9 2392/17
2394/24 2395/11
2396/7 2397/9 2401/24
2401/24 2405/9
2405/10 2405/16
2405/21 2406/4
2407/19 2409/4 2409/6
2409/8 2410/25
2411/20 2413/3
2413/13 2414/14
2414/18 2417/13
2419/12 2419/17
2419/22 2420/23
2423/14 2425/25
2427/3 2427/4 2427/23
**its [3]** 2313/5 2367/3
2374/12
**itself [2]** 2304/24
2384/9

**J**

**J-u-s-t-i-n [1]** 2375/14
**J6 [1]** 2426/11
**James [2]** 2271/7
2277/6
**James Lee Bright [1]**
2277/6
**Jan [3]** 2369/2 2396/10
2420/11
**Jan. [6]** 2278/6
2279/21 2281/8
2283/23 2317/10
2419/5
**Jan. 3rd-9th [1]** 2419/5
**January [37]** 2278/10
2296/18 2296/22
2297/1 2301/16
2302/10 2302/11
2304/19 2304/19
2304/22 2304/24
2305/15 2305/20
2306/4 2306/18 2307/9

2321/8 2329/20
2329/24 2330/3
2362/18 2364/8 2370/3
2377/1 2377/7 2379/10
2379/22 2379/22
2388/11 2401/13
2420/13 2420/18
2421/6 2421/25
**January 2nd [1]**
2421/25
**January 5 [2]** 2306/4
2306/18
**January 6th [18]**
2296/18 2296/22
2304/19 2304/22
2304/24 2305/15
2305/20 2307/9
2307/15 2321/8
2329/24 2370/3 2377/1
2379/10 2379/22
2388/11 2401/13
2420/18
**Japan [1]** 2376/21
**Jarhead [6]** 2400/12
2401/8 2401/9 2412/20
2412/21 2413/9
**JC [2]** 2276/8 2300/3
**jcrisp [1]** 2271/16
**Jeffrey [2]** 2270/4
2277/3
**jeffrey.nestler [1]**
2270/20
**Jericho [6]** 2306/15
2307/19 2349/1 2349/1
2349/2 2360/23
**Jess [4]** 2285/18
2412/25 2413/2
2414/24
**Jessica [25]** 2271/14
2277/2 2364/14 2366/4
2366/7 2377/25 2378/8
2378/10 2379/13
2381/1 2381/16
2382/14 2399/7
2399/10 2413/3 2414/5
2414/19 2415/15
2415/17 2416/5 2418/6
2418/7 2418/8 2422/11
2423/9
**Jessica Watkins [18]**
2277/2 2366/4 2377/25
2378/8 2378/10
2379/13 2381/1
2382/14 2399/7
2399/10 2413/3 2414/5
2414/19 2416/5 2418/6
2418/8 2422/11 2423/9
**Jessica Watkins' [4]**
2381/16 2415/15
2415/17 2418/7
**jlbrightlaw [1]** 2271/9
**job [5]** 2311/15
2311/21 2312/7 2312/9
2312/12
**Johnston [1]** 2271/11
**join [5]** 2311/5 2377/4
2377/6 2421/17

join... [1] 2423/20
joined [4] 2315/21
2315/24 2316/1
2364/14
joining [8] 2279/25
2280/6 2286/15
2288/18 2322/12
2325/15 2369/12
2376/6
joins [1] 2325/2
Jolly [6] 2381/16
2382/12 2382/13
2399/6 2416/4 2416/5
Jolly Roger [6]
2381/16 2382/12
2382/13 2399/6 2416/4
2416/5
Jonathan [2] 2271/14
2277/11
Jonathan Crisp [1]
2277/11
Jr [2] 2271/10 2272/2
judge [10] 2270/10
2291/15 2299/19
2316/21 2324/12
2427/2 2427/18
2427/20 2427/20
2428/3
Judge's [3] 2426/15
2426/22 2427/13
judges [1] 2427/9
Juli [2] 2272/6 2277/8
Juli Haller [1] 2277/8
JULIA [2] 2272/7
2331/5
July [2] 2303/7
2303/22
jump [1] 2285/16
jumping [1] 2348/20
jumps [2] 2348/9
2348/11
juncture [1] 2286/18
juror [1] 2426/7
jurors [2] 2299/18
2427/24
jury [30] 2270/9
2277/18 2279/1
2282/11 2300/4 2300/5
2302/13 2302/19
2313/11 2319/4 2319/7
2331/13 2331/17
2331/21 2332/15
2364/2 2365/23
2366/13 2370/9
2372/16 2372/19
2374/10 2374/15
2374/16 2375/12
2390/13 2390/20
2424/16 2425/10
2426/9
jury's [1] 2323/8
just [110] 2276/12
2276/13 2279/4
2280/22 2281/17
2282/3 2282/11
2282/14 2282/20
2284/4 2285/3 2285/6

2285/19 2286/1
2287/9 2287/15
2287/17 2289/6
2289/18 2291/6
2292/10 2293/11
2293/12 2293/21
2294/7 2296/10 2297/8
2298/2 2298/6 2299/22
2300/24 2302/13
2302/19 2302/20
2304/16 2304/23
2305/5 2305/6 2308/1
2316/22 2319/4
2323/23 2329/19
2331/15 2331/20
2331/22 2332/1 2333/2
2333/22 2334/17
2334/24 2338/12
2338/13 2339/15
2352/24 2354/7
2362/23 2364/10
2364/23 2366/7
2369/12 2370/20
2371/6 2371/9 2371/11
2372/3 2374/12 2376/9
2379/9 2379/11
2380/11 2381/6
2385/12 2387/2 2387/6
2388/2 2388/25 2389/9
2389/11 2390/23
2391/23 2393/6
2396/24 2397/11
2398/10 2400/10
2401/12 2401/25
2402/2 2402/14 2407/8
2410/6 2410/22 2411/6
2413/22 2414/9
2414/14 2415/10
2416/10 2419/17
2419/18 2419/25
2420/9 2422/19
2424/10 2424/12
2425/3 2425/18
2425/20 2426/25
justice [1] 2376/12
Justin [3] 2374/22
2375/5 2375/14

**K**
Kathryn [2] 2270/14
2277/3
Kathryn Rakoczy [1]
2277/3
kathryn.rakoczy [1]
2270/19
keep [5] 2287/4
2392/22 2394/25
2395/16 2397/12
Keeper [4] 2330/4
2330/16 2423/2 2425/8
Keepers [23] 2289/12
2301/24 2304/23
2310/13 2311/13
2311/22 2311/25
2312/11 2328/4
2329/25 2330/11
2349/5 2361/9 2383/12
2388/12 2394/16

2408/7 2408/14 2423/3
2423/11 2423/21
keeping [1] 2324/17
Kelly [11] 2272/2
2276/19 2276/25
2331/5 2352/11
2352/13 2354/15
2362/20 2363/8 2367/5
2369/4
Kelly Meggs [4]
2276/19 2276/25
2331/5 2354/15
Ken [1] 2354/24
Ken Harrelson [1]
2354/24
Kenneth [2] 2272/11
2277/1
Kenneth Harrelson [1]
2277/1
kept [1] 2391/20
key [1] 2296/17
kind [9] 2295/12
2297/10 2300/24
2301/2 2301/6 2302/19
2304/18 2336/18
2348/20
kinds [4] 2375/23
2377/8 2380/2 2391/14
KM [2] 2343/2 2362/24
KM6 [3] 2333/2
2334/18 2334/21
KM7 [3] 2350/11
2350/13 2351/13
knew [1] 2391/17
know [73] 2286/7
2289/11 2289/13
2289/14 2291/20
2291/22 2294/13
2295/6 2295/9 2297/12
2298/13 2303/9
2303/11 2304/2 2304/5
2304/8 2306/20
2307/25 2309/2
2309/25 2310/12
2310/13 2310/24
2311/4 2311/15
2311/17 2312/5
2316/22 2334/5 2334/6
2337/11 2337/16
2338/7 2338/19 2339/2
2339/15 2339/16
2345/11 2345/19
2345/22 2345/24
2345/25 2349/5
2349/17 2349/18
2353/2 2358/15
2359/20 2361/18
2367/20 2369/16
2370/15 2371/12
2371/13 2372/23
2373/7 2373/16
2391/16 2392/9
2392/10 2392/24
2396/5 2396/24
2401/11 2408/9 2409/7
2409/9 2413/4 2425/11
2427/1 2427/3 2427/6

knowledge [7] 2303/19
2329/17 2329/18
2329/22 2330/1
2342/19 2342/21
knows [1] 2372/24

**L**
LA [1] 2271/11
lack [1] 2420/24
ladies [4] 2300/7
2374/6 2374/18 2424/7
laid [3] 2405/20
2406/19 2420/25
laminate [1] 2287/12
laptop [1] 2281/1
large [2] 2295/15
2329/22
largely [3] 2286/21
2287/22 2427/6
larger [3] 2313/20
2395/4 2402/1
largest [2] 2386/9
2386/11
LASSITER [1] 2271/3
last [25] 2277/19
2285/8 2292/5 2294/8
2299/10 2322/6
2333/22 2334/25
2335/2 2338/7 2349/23
2351/1 2353/22 2364/6
2371/12 2395/6
2395/17 2396/7 2419/3
2420/3 2420/9 2420/22
2424/10 2425/4 2427/5
late [14] 2278/9
2295/12 2301/15
2304/18 2305/21
2307/5 2307/13 2309/2
2310/14 2359/13
2361/4 2364/6 2368/22
2369/22
later [7] 2285/18
2294/8 2298/5 2298/7
2298/9 2343/21
2373/12
law [4] 2272/3 2272/7
2371/13 2383/11
Lawn [2] 2271/3
2271/7
laws [1] 2385/20
lay [3] 2281/20 2367/2
2367/3
layers [1] 2402/2
lays [2] 2406/7
2420/22
lead [3] 2336/7
2404/17 2409/6
leader [3] 2322/21
2388/12 2401/14
leaders [7] 2278/12
2278/12 2278/19
2279/8 2282/6 2284/24
2409/16
leadership [42] 2279/7
2284/17 2284/18
2285/12 2302/7
2302/13 2303/3

2303/10 2304/11
2304/13 2304/14
2304/15 2304/17
2308/17 2315/25
2324/21 2329/16
2347/11 2347/14
2349/13 2350/17
2350/18 2350/22
2351/23 2353/25
2357/8 2357/9 2358/13
2359/3 2362/15 2363/4
2363/9 2365/7 2365/13
2366/3 2366/15
2367/24 2369/13
2372/4 2372/6 2372/13
2372/20
learn [1] 2311/11
learned [2] 2330/2
2392/8
least [13] 2286/4
2286/20 2287/22
2288/7 2296/17
2296/22 2306/20
2337/7 2338/12
2364/11 2384/13
2385/3 2427/4
leave [1] 2349/17
leaves [4] 2349/18
2352/19 2352/19
2352/23
leaving [1] 2353/1
Lee [2] 2271/7 2277/6
left [11] 2277/19
2279/2 2316/14 2340/9
2351/8 2351/15
2351/19 2352/5
2352/15 2352/21
2353/2
legal [4] 2294/14
2300/9 2377/11
2377/12
legible [1] 2313/18
legitimate,' [1] 2383/12
LEO [1] 2366/6
LEO-involved [1]
2366/6
less [3] 2289/7 2290/6
2298/12
let [17] 2285/19 2291/7
2317/22 2319/4
2331/14 2338/3
2350/12
let's [17] 2277/17
2299/18 2331/8
2335/21 2339/23
2359/3 2361/19
2362/10 2366/19
2368/6 2369/18 2374/5
2401/20 2407/8
2414/12 2415/3 2424/8
letter [5] 2370/23
2371/3 2371/4 2371/8
2371/17
letters [5] 2305/24
2308/9 2370/7 2370/8
2370/10
level [1] 2301/25
levels [1] 2314/1

**lifetime [2]** 2310/19
2311/9
**like [24]** 2276/5
2278/19 2290/9
2294/23 2295/10
2295/17 2297/21
2298/8 2302/2 2302/20
2302/21 2307/7
2311/16 2322/5 2322/6
2362/10 2387/7 2392/2
2392/22 2415/2
2419/15 2419/24
2423/10 2424/5
**limit [1]** 2368/6
**limited [1]** 2301/7
**Linder [9]** 2271/2
2271/3 2277/6 2293/7
2295/17 2297/2
2298/11 2300/13
2369/20
**Linder's [2]** 2294/10
2296/11
**line [6]** 2283/16 2295/1
2297/14 2297/23
2338/16 2371/12
**link [7]** 2331/23 2383/6
2383/7 2383/13
2383/14 2383/20
2383/25
**list [1]** 2328/21
**listed [2]** 2383/9
2383/23
**listened [5]** 2338/22
2345/6 2345/7 2345/9
2345/20
**listener [2]** 2280/13
2384/9
**listeners [1]** 2286/15
**literally [1]** 2289/1
**little [10]** 2286/24
2292/9 2293/1 2298/2
2312/24 2329/19
2330/14 2331/8
2361/18 2387/8
**living [2]** 2311/24
2312/10
**LLC [2]** 2271/14
2272/12
**local [3]** 2320/12
2320/14 2320/15
**location [1]** 2413/14
**logistics [1]** 2287/23
**logs [1]** 2355/2
**long [9]** 2296/6 2300/8
2307/11 2350/18
2375/21 2376/4 2376/8
2376/15 2419/2
**longer [2]** 2290/13
2291/22
**look [27]** 2282/14
2282/15 2290/8
2294/11 2294/20
2295/6 2296/2 2297/12
2328/23 2333/22
2334/13 2335/13
2337/9 2337/9 2347/24
2354/23 2355/16

2390/15 2390/17
2397/13 2424/13
2426/19 2427/16
2427/17
**looked [2]** 2338/22
2342/20
**looking [17]** 2281/17
2284/4 2319/14
2324/17 2333/5
2333/21 2334/13
2335/2 2350/15
2350/24 2352/6
2353/17 2355/21
2356/3 2358/15
2358/18 2417/19
**looks [1]** 2387/7
**lost [1]** 2392/22
**lot [5]** 2337/17 2397/4
2419/23 2422/19
2426/4
**lots [1]** 2310/10
**Louis [2]** 2270/15
2277/4
**Louis Manzo [1]**
2277/4
**Louisville [1]** 2366/5
**lower [1]** 2316/14
**loyal [1]** 2371/14
**lunch [7]** 2424/6
2424/8 2424/13
2424/21 2424/25
2425/19 2428/7

---

**M**
**ma'am [8]** 2332/25
2345/20 2379/8 2380/1
2381/20 2381/23
2414/25 2415/3
**made [16]** 2283/7
2285/24 2287/19
2297/9 2298/16 2332/8
2336/6 2336/9 2338/20
2356/6 2358/25
2359/10 2391/21
2391/24 2392/6
2426/23
**MAGA [10]** 2306/12
2306/23 2380/17
2381/4 2382/23 2385/5
2386/16 2388/22
2389/3 2395/3
**main [2]** 2394/20
2394/20
**maintain [1]** 2339/3
**major [1]** 2391/17
**make [17]** 2290/2
2293/13 2293/21
2294/16 2297/14
2298/25 2325/22
2332/1 2333/2 2334/18
2337/19 2337/23
2343/8 2407/4 2407/8
2419/18 2427/22
**makes [3]** 2280/20
2313/18 2339/9
**making [2]** 2286/24
2368/5

**man [2]** 2301/6 2395/1
**manner [1]** 2301/20
**many [23]** 2278/8
2278/20 2284/11
2295/25 2303/9 2306/3
2307/22 2307/25
2308/2 2308/20
2309/11 2309/25
2310/13 2315/2
2325/18 2327/6 2330/3
2330/7 2330/16
2371/14 2373/10
2377/17 2422/2
**Manzo [2]** 2270/15
2277/4
**map [6]** 2287/11
2287/13 2289/15
2289/20 2290/10
2328/18
**maps [1]** 2288/20
**march [28]** 2303/19
2303/23 2306/12
2309/8 2331/25 2341/5
2341/7 2341/11
2341/12 2341/15
2341/19 2342/6 2342/7
2342/9 2343/21 2349/1
2349/3 2380/17
2380/24 2381/4
2382/23 2385/5
2386/17 2388/23
2389/3 2395/3 2396/3
2396/5
**March 30th [1]**
2303/19
**marching [1]** 2396/3
**Marine [2]** 2376/18
2412/24
**Marine Corps [1]**
2376/18
**mark [3]** 2316/18
2350/11 2388/5
**marked [20]** 2281/6
2285/7 2316/17 2317/4
2319/14 2331/10
2333/1 2333/14
2334/20 2347/5
2350/13 2364/23
2381/7 2383/17 2384/5
2387/3 2389/10
2404/13 2409/25
2411/12
**marks [1]** 2388/13
**Marlon [1]** 2328/1
**master's [1]** 2376/11
**match [1]** 2389/25
**matter [7]** 2291/21
2336/9 2405/10 2406/5
2406/17 2426/21
2429/4
**matters [2]** 2277/18
2300/9
**may [35]** 2278/6
2281/1 2282/12
2282/18 2287/4
2293/12 2299/23
2309/9 2311/19 2316/9

2325/19 2329/9
2329/24 2331/16
2335/5 2336/23
2338/25 2350/25
2364/22 2367/12
2372/16 2372/17
2374/3 2378/3 2378/5
2395/7 2395/18
2397/11 2398/9
2405/12 2421/18
2424/18 2426/1
**maybe [13]** 2276/12
2278/8 2278/15
2282/14 2285/20
2290/14 2296/15
2296/16 2296/16
2386/14 2387/7
2391/17 2406/21
**MD [1]** 2272/18
**me [51]** 2280/22
2285/19 2287/21
2289/9 2290/6 2290/11
2290/24 2292/1
2296/21 2307/4
2307/12 2310/21
2317/21 2317/22
2319/4 2323/4 2323/5
2323/10 2330/8
2330/15 2331/14
2337/10 2338/3
2338/23 2339/10
2339/25 2341/11
2343/17 2349/25
2350/8 2353/16
2353/20 2353/23
2355/3 2356/4 2358/13
2377/23 2392/6 2392/6
2395/19 2395/19
2395/20 2395/25
2396/5 2396/10
2412/24 2413/1
2414/14 2422/19
2423/10 2423/14
**mean [29]** 2280/22
2284/25 2285/22
2286/9 2286/20 2289/8
2289/21 2293/3
2293/24 2296/3
2296/17 2296/22
2297/19 2308/3
2310/19 2318/5 2336/4
2356/7 2358/20
2361/14 2384/12
2419/10 2419/20
2420/5 2425/13
2425/14 2426/8
2426/19 2427/19
**means [6]** 2289/14
2298/22 2313/14
2353/2 2380/11 2397/4
**meantime [1]** 2397/19
**mechanical [1]** 2273/6
**media [3]** 2417/13
2426/5 2427/25
**medic [4]** 2279/23
2280/1 2321/22
2322/23

**medics [8]** 2278/14
2279/10 2280/2
2280/10 2280/18
2282/8 2320/4 2322/19
**meet [2]** 2279/4
2285/21
**Meggs [34]** 2272/2
2276/19 2276/26
2277/9 2304/12
2309/17 2331/5
2345/19 2345/21
2349/12 2350/1 2350/6
2352/11 2352/13
2353/14 2353/18
2354/15 2354/17
2355/16 2355/21
2356/20 2357/3
2362/20 2363/3 2363/8
2363/13 2363/20
2364/10 2367/5
2367/23 2368/7
2368/18 2368/21
2369/4
**Meggs' [2]** 2355/20
2355/22
**MEHTA [2]** 2270/9
2276/3
**member [5]** 2407/6
2407/24 2418/2 2418/2
2422/13
**members [8]** 2310/13
2310/19 2313/11
2329/23 2330/4
2330/16 2418/14
2420/17
**membership [5]**
2310/20 2311/4 2311/7
2311/9 2330/11
**memo [1]** 2296/17
**memories [1]** 2393/1
**memorized [1]** 2320/9
**memory [2]** 2347/3
2355/2
**men [1]** 2392/4
**mentioned [3]** 2276/8
2378/8 2390/14
**Merit [1]** 2273/2
**merited [1]** 2327/3
**merits [1]** 2391/12
**message [97]** 2283/17
2284/12 2284/15
2284/21 2294/23
2320/7 2349/24 2351/1
2351/2 2352/4 2352/6
2353/22 2356/21
2358/16 2359/21
2365/2 2365/6 2365/9
2365/10 2365/13
2372/1 2373/5 2373/13
2381/14 2382/16
2383/2 2390/22
2390/23 2390/25
2391/8 2391/9 2391/11
2392/12 2392/14
2394/1 2394/4 2398/15
2398/16 2398/17
2399/8 2399/10 2400/9

message... [53] 2401/5
2401/7 2401/17
2402/22 2403/16
2403/19 2403/21
2404/17 2404/19
2404/20 2404/22
2405/13 2405/15
2406/20 2408/2
2408/10 2408/10
2408/12 2409/2 2409/3
2409/5 2409/19 2410/2
2410/9 2410/12
2411/16 2412/16
2412/19 2413/8
2413/16 2413/22
2414/6 2415/12
2415/13 2415/14
2416/2 2417/16
2417/20 2417/21
2418/9 2418/11
2418/16 2418/18
2418/20 2420/5
2420/20 2421/21
2421/24 2422/4 2422/8
2422/16 2422/23
2423/17
messages [144]
2277/25 2278/5 2278/8
2278/8 2278/13
2278/15 2278/24
2279/4 2279/6 2279/12
2281/3 2282/21 2284/7
2284/11 2285/2 2285/4
2285/22 2292/14
2292/16 2293/6 2293/6
2293/11 2293/14
2293/15 2293/17
2294/1 2294/3 2294/11
2294/15 2295/5 2295/9
2295/12 2295/12
2295/23 2295/24
2296/11 2296/13
2296/25 2297/9 2298/4
2298/5 2302/9 2305/20
2306/22 2307/13
2308/6 2308/20
2317/19 2320/7
2320/17 2347/14
2347/19 2347/20
2347/22 2348/8
2349/19 2350/1 2350/6
2350/16 2350/21
2350/24 2354/6 2354/7
2354/8 2354/10
2354/13 2356/3 2356/5
2356/8 2356/8 2356/10
2356/16 2357/7 2357/9
2357/14 2357/19
2357/23 2358/9
2358/14 2359/5 2359/8
2359/10 2359/13
2360/3 2360/7 2360/9
2360/11 2360/11
2360/13 2360/15
2360/17 2360/20
2363/3 2363/8 2363/11
2363/13 2363/14

2369/21 2370/2 2372/4
2372/12 2373/12
2373/20 2380/4
2380/10 2381/3
2381/25 2389/13
2389/15 2389/18
2389/23 2389/24
2390/3 2390/16
2390/20 2393/3 2393/3
2393/9 2393/10
2393/12 2398/22
2400/11 2400/14
2400/16 2400/17
2400/21 2404/25
2411/23 2411/24
2412/2 2412/5 2415/5
2415/17 2416/14
2416/15 2416/17
2416/22 2416/22
2416/25 2417/1
2417/14 2421/23
messaging [2] 2313/13
2424/11
metro [1] 2330/5
mid [1] 2379/21
mid-November [1]
2379/21
middle [3] 2351/14
2352/6 2427/5
might [3] 2303/18
2310/4 2395/20
military [14] 2371/13
2376/13 2376/15
2376/16 2376/19
2411/2 2419/7 2419/16
2419/17 2419/22
2419/24 2420/1 2420/6
2420/7
militia [9] 2386/9
2386/11 2396/9
2414/17 2414/18
2414/18 2418/7
2418/13 2420/17
Million [9] 2306/12
2306/23 2380/17
2381/4 2382/23 2385/5
2386/16 2388/22
2389/3
millions [2] 2371/13
2371/14
mind [1] 2384/22
mine [1] 2423/21
minimal [1] 2314/11
minimum [1] 2296/18
minus [2] 2283/11
2323/17
minute [7] 2279/23
2285/18 2289/7
2290/13 2298/22
2320/3 2326/10
minutes [3] 2283/17
2289/1 2291/11
misimpression [1]
2279/2
missed [3] 2341/21
2405/12 2406/21
missed it [1] 2341/21

missing [1] 2370/4
mission [2] 2396/12
2414/11
Mississippi [1]
2396/11
misspoke [1] 2398/12
mix [1] 2290/19
mobile [1] 2313/17
moment [7] 2279/16
2299/23 2313/10
2350/8 2375/11 2388/3
2423/23
money [1] 2396/6
month [2] 2310/9
2353/18
months [4] 2303/23
2303/25 2308/19
2427/5
more [24] 2285/22
2289/11 2291/17
2293/1 2294/24 2298/3
2303/12 2309/24
2310/4 2313/24 2342/7
2367/1 2371/14
2373/10 2384/1
2385/13 2392/6 2395/8
2401/23 2402/2
2402/10 2413/12
2423/10 2427/25
more-detailed [1]
2285/22
morning [20] 2270/7
2276/16 2276/22
2277/15 2277/25
2291/24 2291/25
2295/22 2300/9
2300/21 2300/22
2312/22 2312/23
2323/4 2323/4 2362/8
2362/9 2374/5 2375/9
2375/10
Morrow [1] 2379/1
Morrow, [1] 2379/4
Morrow, Ohio [1]
2379/4
most [4] 2287/11
2309/23 2310/24
2316/21
motion [3] 2297/17
2425/4 2425/14
mountains [1] 2394/8
move [5] 2339/7
2339/23 2358/19
2361/19 2365/17
moved [5] 2278/4
2278/8 2331/25
2333/15 2371/23
moving [2] 2331/21
2331/25
Mr [3] 2293/18 2368/17
2414/23
Mr. [167]
Mr. Caldwell [11]
2388/22 2389/5 2391/2
2391/13 2393/4 2394/6
2396/22 2397/3 2398/5
2399/18 2399/20
Mr. Caldwell's [1]

Mr. Cocasky [1]
2409/11
Mr. Cody [1] 2361/23
Mr. Crisp [13] 2277/25
2282/20 2284/9 2285/3
2286/7 2287/25
2299/11 2312/18
2316/24 2319/2 2347/7
2354/9 2425/24
Mr. Crisp's [1] 2285/7
Mr. Crowl [21] 2378/20
2378/23 2384/21
2384/25 2391/6 2393/4
2396/22 2397/3 2398/5
2399/15 2400/11
2401/19 2402/20
2403/11 2405/11
2405/13 2405/16
2411/8 2412/23 2413/9
2414/8
Mr. Crowl's [4]
2393/13 2400/17
2412/2 2412/5
Mr. Fischer [3]
2299/14 2425/1
2425/14
Mr. Geyer [1] 2299/13
Mr. Harrelson [4]
2309/17 2329/15
2355/23 2369/10
Mr. Kelly Meggs [5]
2352/11 2352/13
2362/20 2363/8 2369/4
Mr. Linder [6] 2293/7
2295/17 2297/2
2298/11 2300/13
2369/20
Mr. Linder's [2]
2294/10 2296/11
Mr. Meggs [21]
2304/12 2309/17
2345/19 2349/12
2350/1 2350/6 2353/14
2353/18 2354/17
2355/16 2355/21
2356/20 2357/3 2363/3
2363/13 2363/20
2364/10 2367/23
2368/7 2368/18
2368/21
Mr. Meggs' [2] 2355/20
2355/22
Mr. Nestler [2] 2276/9
2426/24
Mr. Parker [1] 2379/15
Mr. Paul Stamey [1]
2405/15
Mr. Rasheed [1]
2344/11
Mr. Rhodes [50]
2278/10 2283/2
2284/16 2284/23
2286/22 2291/13
2304/14 2306/3
2307/23 2308/4
2308/14 2309/16
2309/20 2309/25

2318/16 2349/2 2349/9
2359/10 2359/21
2362/16 2365/13
2366/3 2368/1 2368/7
2368/21 2369/6
2369/13 2369/20
2369/22 2370/8 2370/9
2370/24 2372/20
2373/12 2373/20
2384/14 2385/1 2385/4
2385/11 2385/16
2388/5 2389/2 2405/14
2406/8 2406/19
2406/22 2406/24
2407/24
Mr. Rhodes' [6]
2300/13 2324/17
2371/17 2404/23
2405/18 2407/4
Mr. Siekerman [3]
2285/18 2319/24
2328/17
Mr. Stamey [3] 2402/6
2405/25 2412/23
Mr. Trump [1] 2308/7
Mr. Woodward [2]
2299/12 2330/24
Mrs. [1] 2345/21
Mrs. Meggs [1]
2345/21
Ms [3] 2328/21 2333/6
2354/19
Ms. [77] 2278/20
2279/25 2283/9 2283/9
2287/13 2294/5
2296/20 2304/13
2309/16 2315/24
2323/16 2325/2 2325/6
2327/5 2330/24 2332/1
2332/13 2332/14
2335/21 2335/24
2336/4 2337/2 2337/8
2337/24 2338/19
2339/5 2356/1 2358/19
2362/1 2362/10
2362/23 2364/13
2366/9 2367/22 2369/8
2369/12 2378/18
2378/25 2379/2 2381/3
2381/7 2381/19
2382/25 2384/14
2384/21 2384/24
2385/4 2385/10
2386/13 2387/3 2387/9
2387/24 2388/2
2388/15 2389/9 2393/7
2398/11 2398/12
2398/18 2399/12
2410/6 2411/7 2414/8
2415/5 2415/11
2416/11 2416/19
2416/23 2418/20
2421/5 2421/14 2422/1
2422/18 2422/25
2423/19 2423/24
2424/4
Ms. Haller [11]

**Ms. Haller... [11]**
2330/24 2332/1
2332/14 2335/21
2335/24 2339/5
2358/19 2362/1
2362/10 2362/23
2364/13
**Ms. Hughes [1]** 2424/4
**Ms. Parker [2]** 2378/25
2379/2
**Ms. Rakoczy [7]**
2332/13 2336/4 2337/2
2337/8 2337/24
2338/19 2367/22
**Ms. Rohde [16]** 2381/7
2386/13 2387/3 2387/9
2387/24 2388/2
2388/15 2389/9 2393/7
2398/11 2398/12
2410/6 2411/7 2415/11
2416/11 2423/24
**Ms. SoRelle [1]**
2296/20
**Ms. SoRelle's [1]**
2294/5
**Ms. Watkins [33]**
2278/20 2283/9 2283/9
2287/13 2304/13
2309/16 2315/24
2323/16 2325/2 2325/6
2327/5 2356/1 2366/9
2369/8 2369/12
2378/18 2381/3
2382/25 2384/14
2384/21 2384/24
2385/4 2385/10
2399/12 2414/8 2415/5
2418/20 2421/5
2421/14 2422/1
2422/18 2422/25
2423/19
**Ms. Watkins' [5]**
2279/25 2381/19
2398/18 2416/19
2416/23
**much [11]** 2292/22
2312/15 2337/16
2361/23 2362/17
2371/10 2385/17
2395/4 2398/6 2414/13
2424/14
**multiple [2]** 2284/17
2313/21
**must [1]** 2371/4
**my [49]** 2281/1
2281/22 2282/4
2286/17 2286/21
2288/24 2297/7 2300/1
2301/17 2303/5
2303/11 2308/21
2309/13 2309/20
2310/3 2314/7 2315/4
2315/11 2315/12
2315/23 2329/17
2330/13 2330/13
2331/6 2338/12 2339/5
2340/9 2343/10

2364/5 2364/5 2368/17
2369/16 2377/22
2390/2 2391/15
2391/17 2392/10
2395/25 2396/1
2397/15 2398/12
2414/10 2414/24
2420/24 2423/3 2426/7
2427/14

**N**

**name [10]** 2331/22
2344/2 2355/13
2355/20 2355/22
2375/12 2378/11
2378/16 2407/17
2409/8
**named [9]** 2277/13
2326/20 2326/22
2327/24 2328/1
2351/13 2351/18
2388/20 2400/12
**names [1]** 2334/3
**narrative [3]** 2339/11
2339/16 2339/16
**nation [2]** 2359/25
2373/10
**national [4]** 2310/21
2341/23 2351/9 2352/5
**nature [1]** 2426/6
**NC [11]** 2284/24
2284/24 2400/12
2401/8 2401/9 2404/17
2409/6 2412/20
2412/21 2413/9
2413/13
**NC Paul Jarhead [5]**
2400/12 2401/8 2401/9
2412/21 2413/9
**NCOKCountyLeaders
[4]** 2404/18 2406/3
2407/19 2409/15
**near [1]** 2310/16
**necessarily [2]**
2294/21 2426/9
**necessary [1]** 2300/1
**necessity [1]** 2308/6
**need [16]** 2279/10
2291/8 2291/20
2292/19 2293/1
2293/25 2296/3 2296/7
2297/16 2298/13
2299/22 2350/19
2350/20 2414/11
2419/25 2424/24
**needed [3]** 2289/17
2292/2 2300/10
**needs [2]** 2373/7
2373/16
**negative [1]** 2419/15
**Nestler [5]** 2270/14
2276/9 2277/3 2292/3
2426/24
**never [7]** 2314/5
2329/16 2338/15
2345/15 2354/15
2355/15 2395/19

2367/21 2418/25
2422/19 2423/14
**New York [1]** 2322/24
**newbs [1]** 2419/2
**news [1]** 2414/13
**next [54]** 2284/6
2284/19 2284/21
2317/6 2319/21 2320/1
2324/3 2324/24 2325/9
2325/10 2326/3
2327/15 2341/4 2348/2
2351/12 2361/20
2373/5 2374/12
2374/19 2378/19
2391/8 2392/7 2392/7
2392/9 2392/11
2392/12 2395/4
2396/19 2397/1 2398/3
2398/8 2402/4 2402/8
2402/13 2403/2 2403/8
2403/14 2403/16
2413/8 2413/21
2413/24 2414/2
2414/20 2418/15
2420/19 2421/10
2421/12 2421/20
2422/4 2422/22 2423/4
2423/12 2423/15
2423/22
**nice [1]** 2277/16
**Nick [1]** 2327/24
**night [4]** 2292/5 2294/9
2322/6 2425/4
**NJ [1]** 2272/13
**no [58]** 2270/4 2276/17
2276/18 2276/23
2279/12 2288/4
2295/20 2296/19
2307/2 2308/21
2309/13 2310/3
2310/15 2317/12
2317/22 2335/20
2335/6 2336/7 2338/2
2339/8 2342/16 2343/5
2345/23 2346/23
2347/16 2350/1 2350/3
2350/5 2352/20 2353/8
2353/16 2355/22
2356/16 2361/1
2363/16 2365/19
2372/24 2373/25
2382/6 2390/8 2395/21
2399/1 2399/21
2400/25 2403/18
2405/14 2406/16
2406/18 2407/2
2408/17 2412/9
2415/21 2417/7
2422/10 2422/15
2424/11 2424/11
2424/12
**No. [2]** 2276/24
2319/15
**No. 3 [1]** 2319/15
**non [1]** 2407/9
**non-hearsay [1]**

**North [15]** 2271/15
2312/6 2388/12
2394/13 2394/17
2399/25 2400/3
2401/14 2403/25
2407/22 2408/7
2408/14 2413/14
2413/19 2425/7
**North Carolina [13]**
2312/6 2394/13
2394/17 2399/25
2400/3 2401/14
2403/25 2407/22
2408/7 2408/14
2413/14 2413/19
2425/7
**North Carolina's [1]**
2388/12
**not [143]** 2276/11
2278/8 2279/4 2279/16
2282/4 2282/12
2284/25 2285/3
2285/25 2286/2 2286/2
2286/11 2287/1 2288/1
2288/19 2289/6 2289/8
2290/17 2292/12
2293/16 2293/19
2293/20 2294/4
2294/17 2294/21
2295/2 2295/4 2295/15
2295/24 2296/16
2296/21 2297/24
2298/11 2303/5 2303/8
2303/11 2304/7
2305/18 2308/24
2309/13 2311/14
2311/20 2312/1
2313/25 2314/14
2314/15 2315/9
2315/11 2316/1 2316/5
2317/12 2319/3 2319/3
2322/5 2325/6 2325/19
2329/17 2331/20
2332/4 2332/15
2332/16 2335/8
2335/11 2337/10
2337/18 2338/8
2338/10 2339/17
2340/24 2342/2 2343/1
2343/8 2343/12
2343/20 2344/20
2345/1 2345/17
2345/18 2345/20
2345/22 2345/24
2345/25 2346/13
2349/12 2351/15
2352/15 2352/22
2353/1 2353/5 2353/6
2353/24 2354/17
2354/21 2354/25
2355/11 2355/22
2355/25 2356/2
2357/16 2357/19
2358/12 2358/22
2358/25 2359/9
2359/16 2360/17
2361/5 2361/9 2369/16

2383/15 2384/9
2392/10 2392/25
2394/10 2396/23
2397/10 2399/21
2405/9 2405/20
2405/21 2405/25
2406/4 2406/16
2406/19 2408/1
2408/19 2408/17
2409/13 2414/25
2418/4 2420/14
2420/15 2421/7
2424/20 2425/11
2426/9 2427/13
2427/18 2427/22
2427/25
**notation [1]** 2336/6
**note [2]** 2294/7
2296/10
**notes [2]** 2282/4
2286/21
**Nothing [1]** 2330/20
**noticed [1]** 2426/4
**November [57]**
2301/15 2304/18
2305/21 2306/4
2306/11 2306/24
2307/6 2307/13 2310/2
2331/24 2333/8
2333/11 2334/2 2334/2
2340/17 2340/20
2340/23 2341/3
2341/13 2341/17
2343/15 2343/19
2344/8 2346/4 2346/15
2346/20 2346/20
2349/6 2354/16
2357/20 2357/24
2358/2 2358/3 2358/6
2358/7 2358/11
2358/14 2358/17
2360/10 2360/12
2362/18 2363/4
2363/14 2363/20
2364/6 2364/6 2379/21
2380/20 2380/25
2382/17 2382/24
2386/15 2390/24
2391/3 2391/10 2393/3
2399/13
**November 14th [4]**
2306/11 2380/20
2380/25 2382/24
**November 15th [1]**
2391/3
**November 20th [3]**
2357/20 2358/3 2363/4
**November 3rd [1]**
2306/4
**now [58]** 2278/2
2278/16 2287/1
2291/21 2292/17
2293/25 2296/25
2298/22 2299/22
2300/11 2308/17
2309/1 2316/7 2316/18
2317/8 2321/14

**N**

now... [42] 2321/21
2322/3 2322/11 2323/8
2324/15 2324/17
2324/20 2325/2
2325/22 2325/24
2326/9 2328/5 2328/8
2333/5 2334/17 2337/2
2337/8 2340/9 2343/2
2347/10 2348/14
2361/16 2369/12
2371/22 2372/3 2373/2
2374/6 2376/25 2390/6
2393/2 2394/7 2396/12
2397/4 2397/6 2397/16
2398/10 2399/24
2411/8 2414/14 2422/7
2425/6 2426/5
NTOC [1] 2342/24
null [1] 2385/19
nullify [1] 2373/18
number [16] 2280/2
2284/2 2301/9 2301/10
2301/21 2348/5 2372/1
2381/10 2402/6
2402/14 2402/18
2402/18 2402/19
2402/24 2402/25
2410/25
numbering [1] 2285/2
numbers [2] 2347/2
2391/21
NW [4] 2270/17 2272/3
2272/7 2273/4

**O**

Oak [2] 2271/3 2271/7
oath [29] 2289/12
2301/24 2304/23
2310/13 2311/13
2311/22 2311/25
2312/11 2328/4
2329/25 2330/4
2330/11 2330/16
2349/5 2361/9 2374/24
2383/12 2388/12
2394/16 2401/14
2407/23 2408/7
2408/14 2421/18
2423/2 2423/3 2423/11
2423/20 2425/8
Oath Keeper [4]
2330/4 2330/16 2423/2
2425/8
Oath Keepers [20]
2289/12 2301/24
2304/23 2310/13
2311/13 2311/22
2311/25 2312/11
2328/4 2329/25
2330/11 2349/5
2383/12 2388/12
2394/16 2401/14
2407/23 2408/7
2408/14 2423/11
Oathkeepers.org [1]
2423/20
obey [1] 2371/16

object [6] 2285/...
2338/3 2384/10 2405/5
2406/18 2420/21
objected [2] 2332/10
2336/3
objection [34] 2278/3
2305/4 2324/9 2335/7
2335/9 2338/2 2339/3
2339/7 2339/20 2352/1
2356/23 2357/17
2363/6 2363/22
2365/19 2366/23
2367/12 2367/16
2368/13 2382/5 2384/6
2386/2 2390/8 2399/1
2400/25 2405/19
2405/24 2406/15
2407/13 2412/9
2415/21 2417/7
2420/21 2420/24
observation [2] 2336/6
2338/21
observed [1] 2372/12
obtain [1] 2416/16
obtained [6] 2335/19
2340/13 2398/18
2411/24 2416/18
2416/22
obviously [4] 2280/12
2301/9 2301/14
2304/14
occasionally [1]
2367/10
occupied [1] 2372/25
occur [3] 2380/19
2380/21 2403/25
occurred [8] 2317/25
2325/5 2333/8 2404/4
2420/13 2420/14
2420/15 2420/16
occurring [1] 2315/7
occurs [1] 2318/10
October [3] 2270/5
2333/16 2429/7
off [15] 2283/2 2287/11
2292/16 2303/5
2303/11 2308/21
2309/13 2310/3
2311/24 2312/10
2369/16 2395/3
2395/13 2407/25
2411/24
office [2] 2270/16
2376/2
officer [3] 2376/7
2376/8 2395/22
OFFICES [1] 2272/7
Official [1] 2273/3
Oh [3] 2351/18
2402/16 2425/24
Ohio [24] 2321/15
2366/4 2366/5 2378/22
2379/1 2379/4 2379/6
2380/23 2389/6
2399/20 2400/2 2413/7
2414/15 2414/16
2414/17 2414/17
2414/18 2417/25

2418/7 2418/7 2418/9
2420/17 2421/16
2422/11
Ohio Regulars [3]
2414/15 2414/16
2414/17
Ohio State Regular [1]
2420/17
Ohio State Regulars
[6] 2414/18 2417/25
2418/5 2418/7 2418/8
2422/11
OK [3] 2366/20
2367/18 2368/18
OK FL Hangout [3]
2366/20 2367/18
2368/18
okay [170]
Okay FL Hangout [2]
2367/6 2367/9
Okay Gator 1 [5]
2351/3 2351/7 2351/14
2352/13 2355/21
Okinawa [1] 2376/21
old [36] 2302/7
2302/13 2303/3
2304/10 2304/11
2304/13 2304/14
2304/15 2304/17
2308/17 2315/24
2318/5 2329/16
2347/11 2347/14
2349/13 2350/17
2350/18 2350/21
2351/23 2353/25
2357/8 2357/9 2358/13
2362/15 2363/4 2363/9
2365/7 2365/13 2366/3
2366/15 2369/13
2372/4 2372/6 2372/13
2372/20
Old Leadership [13]
2303/3 2304/17 2357/8
2363/4 2363/9 2365/7
2365/13 2366/15
2369/13 2372/4 2372/6
2372/13 2372/20
omitted [2] 2329/12
2356/3
once [4] 2419/23
2426/20 2426/22
2427/23
one [40] 2281/5
2281/12 2282/13
2284/1 2284/19 2288/9
2288/9 2294/22 2295/7
2296/24 2299/19
2299/23 2304/5 2306/1
2306/2 2308/19
2309/24 2310/16
2313/10 2322/6 2322/6
2323/23 2333/2
2334/17 2336/21
2343/3 2343/17 2350/8
2355/13 2356/4
2381/24 2383/4
2391/17 2395/8
2398/21 2409/17

2420/17
2420/11
ones [5] 2290/18
2291/5 2294/4 2308/1
2327/3
online [1] 2418/24
only [14] 2285/18
2296/25 2331/21
2332/6 2344/21
2372/22 2373/4
2383/16 2400/6
2404/13 2406/12
2419/3 2420/3 2420/7
op [23] 2278/6 2279/21
2281/8 2282/6 2283/23
2284/16 2284/18
2284/24 2302/9 2309/1
2317/16 2317/17
2326/21 2328/2
2329/19 2366/5 2369/2
2391/15 2392/11
2394/11 2395/3 2395/4
2395/20
op chat [2] 2309/1
2329/19
Op Jan [1] 2369/2
op leadership [1]
2284/18
op surrounding [1]
2395/3
op thread [1] 2284/16
op with [2] 2326/21
2394/11
open [20] 2277/19
2295/21 2305/24
2308/9 2332/20
2339/19 2352/24
2361/22 2368/14
2370/6 2370/7 2370/9
2370/23 2371/3 2371/4
2371/17 2377/14
2386/1 2407/12 2428/5
open-source [1]
2377/14
opening [3] 2312/3
2330/12 2339/15
operates [1] 2313/12
operating [2] 2280/15
2280/18
operation [3] 2278/18
2286/24 2329/6
operations [7] 2341/23
2356/21 2357/15
2358/10 2360/14
2360/16 2411/2
OPLIN [1] 2395/1
opportunity [13]
2297/15 2367/17
2367/19 2383/7
2386/23 2400/16
2404/21 2409/21
2410/5 2410/7 2411/22
2412/1 2416/21
oppose [1] 2285/3
opposed [1] 2287/23
opposing [1] 2278/24
Ops [1] 2317/13
order [7] 2299/10

2413/25 2426/15
2426/22 2427/1
2427/14 2427/17
orders [1] 2371/16
organization [5]
2285/12 2296/20
2310/22 2312/11
2328/10
organizational [1]
2328/10
organize [1] 2418/13
orient [2] 2280/6
2316/13
orientation [1] 2323/8
original [1] 2281/23
other [41] 2282/8
2282/8 2286/3 2286/3
2287/2 2287/2 2288/3
2294/1 2294/1 2294/25
2295/4 2298/4 2298/4
2304/8 2304/9 2306/6
2307/19 2309/21
2309/23 2311/12
2311/13 2311/15
2311/21 2311/22
2320/4 2322/12 2332/2
2336/22 2360/21
2379/24 2380/3 2389/1
2400/1 2404/9 2407/8
2410/3 2419/12
2419/14 2426/11
2427/12 2427/14
others [3] 2295/25
2309/20 2369/22
otherwise [3] 2279/1
2338/1 2406/1
ought [3] 2278/25
2337/20 2337/25
our [31] 2277/18
2282/6 2287/11
2289/16 2289/18
2293/22 2297/10
2299/18 2301/11
2315/13 2328/24
2330/1 2339/3 2339/7
2346/22 2366/5 2373/4
2373/10 2374/5
2391/15 2391/25
2392/23 2395/5 2395/6
2395/17 2396/2 2398/2
2405/19 2405/24
2424/6 2424/8
ourselves [2] 2298/2
2373/8
out [28] 2285/3
2290/20 2293/11
2293/12 2296/8
2297/23 2299/10
2328/9 2332/2 2333/3
2338/19 2343/13
2367/24 2368/11
2376/2 2376/3 2391/20
2394/7 2396/9 2406/7
2419/21 2419/23
2420/22 2425/16
2427/1 2427/5 2427/2
2427/11
outcome [1] 2295/17

**O**

**outlets [1]** 2426/5
**outlook.com [1]** 2272/10
**outside [4]** 2366/23 2367/16 2408/12 2426/13
**over [12]** 2290/17 2290/18 2304/2 2308/22 2310/9 2327/21 2350/18 2354/13 2376/9 2386/10 2401/15 2425/9
**overall [1]** 2284/18
**overruled [8]** 2339/20 2352/2 2357/18 2363/23 2368/13 2384/7 2386/2 2407/13
**overruling [1]** 2339/7
**overstepped [1]** 2391/15
**own [7]** 2279/15 2301/11 2385/4 2397/15 2397/17 2397/21 2423/3
**owners [1]** 2371/15

**P**

**P. [1]** 2276/3
**P.A [1]** 2272/16
**p.m [15]** 2281/12 2281/17 2283/20 2284/16 2284/23 2317/22 2319/16 2320/11 2323/9 2324/18 2325/23 2334/14 2334/15 2428/8 2428/8
**PA [1]** 2271/15
**PadiMaster [1]** 2328/4
**page [36]** 2284/14 2323/22 2324/3 2324/8 2324/15 2325/11 2326/3 2326/8 2327/18 2329/5 2333/5 2333/22 2334/18 2334/25 2335/2 2335/9 2337/3 2343/3 2347/10 2347/24 2348/2 2351/2 2351/3 2351/3 2351/4 2351/7 2351/12 2351/14 2351/17 2352/4 2352/7 2370/20 2371/8 2406/13 2410/22 2411/4
**page 2 [1]** 2352/7
**pages [8]** 2292/8 2292/19 2333/22 2350/19 2350/20 2355/4 2410/3 2410/4
**pagination [1]** 2326/5
**paid [1]** 2311/25
**painful [1]** 2392/25
**Palian [1]** 2301/2
**panel [2]** 2300/4 2374/15
**paper [1]** 2419/11

Park [1] 2272/3
**Parker [6]** 2378/24 2378/25 2379/2 2379/3 2379/14 2379/15
**Parler [11]** 2380/6 2380/8 2380/9 2380/14 2416/7 2416/15 2416/16 2416/19 2416/23 2417/12 2417/13
**part [43]** 2301/7 2301/23 2308/13 2310/12 2316/3 2317/8 2317/12 2319/18 2324/2 2326/5 2326/21 2328/1 2328/10 2332/7 2332/12 2338/16 2344/7 2346/7 2346/10 2346/21 2346/22 2346/23 2358/5 2361/17 2362/12 2362/20 2364/7 2364/19 2367/6 2367/9 2368/7 2369/4 2369/6 2369/8 2369/10 2372/23 2373/2 2376/19 2377/8 2392/7 2406/1 2409/11 2418/12
**participant [3]** 2304/12 2304/13 2304/15
**participants [2]** 2302/17 2304/10
**participate [4]** 2301/21 2302/24 2310/20 2321/15
**participating [1]** 2304/3
**particular [9]** 2293/11 2296/7 2296/13 2313/25 2336/20 2358/12 2358/23 2367/1 2415/6
**particularly [2]** 2294/9 2294/13
**parties [1]** 2277/22
**party [1]** 2278/24
**passing [1]** 2396/1
**password [1]** 2397/24
**past [2]** 2282/6 2285/23
**pastor [2]** 2289/11 2289/12
**path [1]** 2373/19
**patriot [2]** 2289/12 2418/12
**patriotic [1]** 2371/14
**patrolling [1]** 2322/7
**Paul [18]** 2394/22 2400/12 2401/8 2401/9 2401/10 2401/11 2401/18 2402/21 2403/10 2403/20 2405/15 2408/8 2412/20 2412/21 2412/22 2413/9 2425/8 2425/9

2394/22 2401/10 2401/18 2403/20 2408/8 2425/8 2425/9
**pause [8]** 2276/15 2282/19 2283/24 2287/7 2388/2 2391/23 2394/12 2395/8
**PDF [10]** 2355/6 2355/9 2355/12 2355/16 2355/19 2355/20 2355/22 2410/8 2410/22 2410/23
**peace [1]** 2359/24
**pending [1]** 2295/17
**Pennsylvania [1]** 2272/7
**people [36]** 2278/20 2280/3 2280/7 2280/9 2280/15 2280/15 2282/8 2282/12 2287/9 2288/25 2294/2 2294/3 2302/23 2302/24 2303/9 2304/2 2306/6 2309/11 2309/19 2310/10 2310/13 2325/15 2325/18 2327/6 2329/25 2330/3 2335/3 2378/16 2395/21 2408/13 2411/20 2411/21 2417/17
**people's [1]** 2294/1
**per [2]** 2303/20 2403/13
**per se [1]** 2303/20
**percent [1]** 2423/1
**performing [1]** 2327/20
**perhaps [2]** 2279/13 2279/13
**period [17]** 2310/9 2313/6 2322/4 2329/3 2329/10 2346/3 2346/15 2357/11 2358/7 2359/16 2359/19 2360/12 2361/16 2362/18 2368/22 2379/20 2421/6
**permit [1]** 2288/1
**person [7]** 2315/9 2318/11 2335/11 2337/19 2337/22 2378/19 2418/24
**person's [1]** 2327/24
**personal [2]** 2285/24 2396/6
**personnel [1]** 2315/14
**perspective [2]** 2279/3 2297/22
**pertain [2]** 2297/3 2297/4
**pertains [1]** 2279/23
**pertinent [2]** 2279/17 2419/14

2271/6 2277/6
**Phillip Linder [1]** 2277/6
**phone [36]** 2292/13 2292/15 2292/17 2293/9 2293/18 2294/4 2294/5 2299/20 2310/1 2313/17 2331/16 2335/22 2361/11 2384/13 2384/18 2390/4 2390/15 2393/13 2394/7 2394/8 2397/16 2400/18 2401/25 2402/6 2402/14 2404/20 2404/23 2405/7 2405/18 2407/4 2407/5 2407/25 2408/3 2411/25 2412/2 2412/5
**phones [2]** 2294/1 2302/15
**photographs [2]** 2377/15 2380/11
**photos [1]** 2389/1
**physical [1]** 2351/5
**pictured [1]** 2381/2
**pictures [1]** 2411/1
**piece [1]** 2301/13
**pieces [1]** 2301/11
**PII [1]** 2336/18
**place [3]** 2329/3 2361/4 2392/10
**placed [2]** 2323/15 2374/24
**places [1]** 2312/6
**Plaintiff [1]** 2270/4
**plan [6]** 2295/25 2307/14 2374/7 2391/19 2392/5 2395/3
**planned [6]** 2304/20 2305/15 2305/19 2306/23 2307/1 2331/21
**planning [4]** 2307/8 2332/2 2368/3 2411/8
**plans [2]** 2370/2
**platform [1]** 2401/16
**platforms [1]** 2380/2
**play [3]** 2385/8 2387/24 2392/7
**played [2]** 2387/25 2388/17
**playing [2]** 2326/17 2388/16
**please [79]** 2276/4 2289/13 2290/24 2300/6 2313/10 2316/9 2316/19 2317/6 2320/20 2321/19 2322/4 2323/6 2323/19 2324/8 2324/13 2325/12 2335/22 2339/23 2361/11 2365/24 2366/13 2371/21 2373/1 2374/17 2374/23 2375/1 2378/9 2381/6

2387/2 2387/24 2389/9 2390/13 2391/8 2392/15 2392/20 2393/6 2393/25 2394/1 2394/25 2395/16 2396/20 2397/1 2397/12 2398/3 2398/9 2398/10 2399/12 2400/5 2402/4 2402/8 2402/16 2403/3 2403/6 2403/8 2403/14 2403/16 2404/12 2409/24 2411/11 2411/13 2411/18 2413/8 2413/24 2414/2 2414/20 2415/9 2416/10 2418/11 2418/15 2420/10 2420/19 2421/20 2422/5 2422/22 2423/4 2423/15 2423/22
**pls [1]** 2397/23
**plus [1]** 2329/11
**point [23]** 2279/13 2286/3 2286/10 2286/12 2287/2 2288/3 2288/7 2295/10 2296/16 2296/17 2297/7 2297/10 2298/14 2301/14 2310/16 2315/20 2321/13 2325/2 2339/5 2339/6 2365/16 2368/5 2422/20
**pointless [1]** 2427/15
**police [2]** 2376/7 2376/8
**pop [2]** 2298/5 2367/11
**popped [2]** 2351/15 2352/15
**portion [11]** 2332/15 2334/23 2335/11 2338/10 2338/17 2339/3 2339/9 2344/12 2344/24 2346/1 2420/7
**portions [3]** 2332/2 2345/7 2345/9
**position [3]** 2278/22 2296/22 2297/13
**positive [1]** 2419/15
**possible [2]** 2311/21 2311/23
**possibly [2]** 2342/16 2397/10
**post [5]** 2383/1 2408/10 2417/14 2417/17 2417/20
**posted [2]** 2383/3 2383/6
**posting [1]** 2310/10
**postpone [1]** 2295/16
**posts [1]** 2287/13
**potential [2]** 2293/24 2307/8 2428/1
**potentially [4]** 2310/8 2321/7 2327/7 2332/11
**PowerPoint [1]**

**PowerPoint... [1]** 2281/22
**practice [2]** 2342/23 2343/5
**prayed [1]** 2359/24
**pre [4]** 2305/21 2305/25 2307/8 2307/14
**pre-date [4]** 2305/21 2305/25 2307/8 2307/14
**preceded [2]** 2320/7 2320/18
**precedent [1]** 2279/20
**preceding [7]** 2280/16 2315/10 2315/21 2323/5 2323/23 2382/3 2382/21
**predicating [1]** 2330/12
**prejudice [1]** 2288/2
**prepared [1]** 2279/10
**preparing [1]** 2364/2
**present [6]** 2277/13 2277/20 2277/23 2279/14 2295/18 2298/20
**presented [2]** 2390/19 2427/23
**presenting [1]** 2296/9
**preserve [2]** 2383/13 2383/15
**preserved [1]** 2386/25
**president [13]** 2307/24 2308/5 2308/10 2308/14 2312/11 2370/7 2370/8 2370/14 2371/4 2385/21 2386/10 2386/12 2395/5
**President Biden [1]** 2385/21
**President Trump [8]** 2307/24 2308/5 2308/10 2308/14 2370/7 2370/8 2370/14 2371/4
**presiding [1]** 2276/3
**press [2]** 2426/24 2427/8
**presumably [4]** 2288/20 2341/7 2408/3 2408/17
**presume [1]** 2335/4
**Pretrial [1]** 2426/16
**pretty [4]** 2362/17 2395/2 2395/22 2427/21
**Prettyman [1]** 2273/4
**previous [2]** 2284/5 2392/18
**previously [7]** 2300/17 2334/25 2341/16 2342/11 2347/5 2380/24 2419/7
**primarily [3]** 2278/5 2278/10 2427/8

**prior [22]** 2279/24 2282/7 2284/24 2288/9 2296/5 2296/18 2297/1 2299/25 2313/5 2315/21 2325/6 2325/16 2357/25 2358/1 2358/2 2358/10 2358/13 2358/13 2369/15 2370/13 2373/24 2376/7
**private [1]** 2417/22
**privilege [3]** 2294/17 2294/25 2299/3
**privy [2]** 2311/14 2325/7
**probably [8]** 2279/21 2304/24 2312/10 2336/13 2391/15 2427/4 2427/5 2427/19
**problem [4]** 2289/8 2295/18 2295/19 2403/18
**proceed [1]** 2300/11
**proceedings [4]** 2270/9 2273/6 2277/14 2429/4
**process [6]** 2280/1 2317/9 2317/12 2397/15 2398/1 2426/24
**produced [2]** 2273/7 2355/9
**professionalism [1]** 2392/3
**pronounce [1]** 2409/9
**proper [1]** 2406/18
**prosecution [2]** 2293/20 2293/25
**prosecutors [1]** 2358/25
**protection [1]** 2402/3
**protective [2]** 2279/11 2287/22
**ProtonMail [2]** 2397/13 2397/18
**protonmail.com [1]** 2397/22
**proud [1]** 2392/6
**provide [3]** 2301/20 2402/6 2402/10
**provided [5]** 2293/8 2296/11 2297/1 2417/4 2426/22
**provides [2]** 2286/14 2402/24
**providing [1]** 2405/15
**PSDs [1]** 2280/19
**public [4]** 2426/20 2426/21 2427/22 2427/23
**publish [22]** 2319/7 2331/17 2335/5 2350/25 2351/25 2365/23 2372/16 2382/4 2384/5 2387/18 2390/7 2390/13 2393/19 2398/25

**2408/19 2410/14 2412/7 2412/15 2415/19 2417/5
**published [7]** 2331/12 2335/8 2370/9 2410/16 2410/17 2426/5 2428/2
**publishing [1]** 2426/10
**pull [4]** 2279/20 2316/8 2323/6 2343/6
**pulled [1]** 2347/13
**pulling [1]** 2290/20
**puppet [1]** 2373/18
**purchased [1]** 2312/8
**purpose [6]** 2278/11 2278/23 2280/19 2287/2 2289/3 2289/5
**purposes [5]** 2285/22 2286/5 2286/23 2343/4 2379/19
**pursuant [4]** 2343/7 2382/2 2416/22 2417/3
**put [11]** 2280/4 2280/13 2281/23 2283/8 2292/13 2338/24 2354/7 2358/20 2358/24 2398/10 2400/5
**putting [2]** 2378/11 2387/2
**PUTZI [1]** 2272/16

# Q

**quarterback [1]** 2301/3
**question [21]** 2294/20 2305/7 2307/10 2307/11 2314/7 2316/4 2320/4 2327/6 2330/13 2330/13 2336/4 2336/8 2338/9 2346/13 2355/3 2357/22 2358/8 2359/20 2368/17 2390/2 2421/2
**questions [11]** 2299/2 2325/18 2333/20 2339/2 2362/16 2367/1 2369/19 2369/21 2369/23 2370/3 2374/1
**quibble [1]** 2289/9
**quick [1]** 2285/17
**quit [1]** 2396/24
**quite [4]** 2288/19 2361/13 2395/7 2395/18
**quoted [1]** 2384/17
**quotes [1]** 2346/11

# R

**raise [3]** 2299/1 2374/23 2425/24
**raised [1]** 2341/16
**Rakoczy [9]** 2270/14 2277/3 2332/13 2336/4 2337/2 2337/8 2337/24 2338/19 2367/22
**rallies [7]** 2304/19 2312/5 2356/6 2356/17 2357/15 2358/10

**rally [19]** 2288/21 2289/19 2304/24 2306/15 2306/23 2306/24 2307/19 2348/21 2348/23 2348/25 2349/1 2349/6 2349/8 2360/23 2360/25 2361/2 2361/3 2361/6 2361/10
**range [2]** 2297/2 2330/15
**Ranger [15]** 2395/2 2395/10 2395/10 2395/12 2396/12 2396/14 2396/14 2397/4 2397/6 2399/25 2402/15 2403/5 2403/13 2403/18 2425/7
**Ranger Doug [2]** 2396/14 2399/25
**Ranger Doug Smith [1]** 2425/7
**Ranger Smith [3]** 2402/15 2403/5 2403/13
**Rasheed [3]** 2344/1 2344/2 2344/11
**rather [4]** 2298/7 2298/9 2331/11 2339/4
**re [3]** 2295/21 2300/12 2424/8
**re-open [1]** 2295/21
**re-start [1]** 2424/8
**re-take [1]** 2300/12
**reached [1]** 2422/19
**read [13]** 2371/11 2382/15 2384/21 2385/14 2390/20 2392/15 2392/20 2399/12 2403/16 2409/3 2418/11 2420/9 2425/14
**reading [9]** 2315/13 2324/10 2343/12 2373/1 2394/25 2395/16 2397/12 2402/18 2402/24
**ready [7]** 2300/11 2371/15 2374/12 2374/19 2396/4 2411/5 2411/5
**ready/are [1]** 2411/5
**real [3]** 2285/16 2331/16 2392/9
**reality [1]** 2426/19
**realize [2]** 2338/14 2385/6
**really [12]** 2282/22 2285/22 2285/25 2289/10 2289/16 2337/17 2338/15 2338/15 2348/5 2361/13 2419/17 2419/25
**Realtime [1]** 2273/3
**reason [8]** 2281/22

**reasonable [2]** 2303/13 2303/14
**recall [23]** 2278/6 2296/7 2303/15 2311/8 2332/24 2332/25 2333/6 2333/16 2334/10 2343/16 2344/23 2347/13 2355/25 2356/2 2360/25 2363/19 2363/21 2363/25 2364/1 2364/18 2364/20 2369/23 2370/16
**recap [1]** 2300/24
**receive [1]** 2405/13
**received [24]** 2277/24 2295/10 2319/8 2333/7 2333/9 2333/10 2333/11 2340/18 2365/21 2382/8 2386/4 2387/21 2390/10 2393/21 2399/3 2401/2 2405/22 2406/19 2407/14 2408/22 2410/18 2412/11 2415/23 2417/9
**receiver [1]** 2313/15
**receiver's [1]** 2313/16
**recent [1]** 2342/7
**Recess [2]** 2374/14 2428/8
**recognize [4]** 2383/12 2386/10 2386/12 2388/7
**recollection [3]** 2342/4 2344/13 2344/15
**record [24]** 2293/13 2297/15 2332/7 2332/12 2332/23 2333/3 2334/10 2334/11 2334/19 2335/3 2335/11 2336/5 2336/11 2336/15 2336/25 2336/6 2338/11 2339/9 2350/12 2392/15 2419/17 2426/20 2426/21 2429/3
**record's [1]** 2336/5
**recorded [2]** 2273/6 2344/7
**recording [7]** 2331/24 2344/12 2344/21 2344/24 2344/25 2345/6 2346/1
**records [4]** 2302/15 2335/20 2340/14 2340/14
**recross [2]** 2274/4 2367/20
**recruit [4]** 2415/7 2416/8 2418/14 2418/24

**R**

**recruits [2]** 2418/25 2422/2
**redact [1]** 2332/5
**redacted [3]** 2331/20 2332/3 2332/15
**redaction [1]** 2334/24
**redirect [4]** 2274/4 2278/17 2338/20 2362/6
**redirecting [1]** 2314/20
**refer [1]** 2355/4
**reference [15]** 2281/7 2283/15 2284/10 2287/16 2308/10 2342/17 2342/18 2342/22 2394/13 2395/10 2395/14 2397/8 2403/23 2403/24 2415/4
**referenced [3]** 2316/2 2387/6 2404/9
**references [4]** 2279/24 2317/5 2319/18 2399/24
**referencing [1]** 2280/1
**referred [3]** 2309/20 2343/20 2378/16 2380/17
**referring [6]** 2288/21 2320/17 2394/24 2395/11 2399/19 2413/3
**refers [1]** 2289/22
**reflect [3]** 2343/3 2350/12 2366/9
**reflects [2]** 2297/15 2419/11
**refresh [1]** 2302/19
**refuse [4]** 2373/14 2385/19 2386/9 2386/11
**regain [1]** 2392/23
**regarding [6]** 2283/23 2325/18 2340/1 2344/7 2345/5 2357/24
**regime [1]** 2373/18
**Registered [1]** 2273/2
**regular [2]** 2397/23 2420/17
**Regulars [9]** 2414/15 2414/16 2414/17 2414/18 2417/25 2418/5 2418/7 2418/8 2422/11
**reiterate [1]** 2298/6
**related [12]** 2305/1 2307/18 2307/19 2332/7 2341/13 2356/5 2356/10 2357/14 2358/10 2360/13 2360/15 2360/20
**relates [2]** 2285/14 2299/21
**relating [1]** 2358/14
**relation [2]** 2347/17 2373/22
**relationship [2]**

**releasing [1]** 2426/16
**relevance [2]** 2352/1 2367/3
**relevant [3]** 2279/12 2279/20 2286/14
**reliance [1]** 2346/10
**relied [2]** 2337/19 2337/22
**relying [1]** 2346/11
**remaining [1]** 2285/21
**remains [1]** 2405/19
**remember [12]** 2303/2 2306/3 2306/23 2307/22 2308/2 2309/11 2309/14 2347/6 2347/9 2362/25 2370/3 2427/4
**remind [3]** 2370/7 2370/8 2372/19
**reminders [1]** 2424/10
**remove [2]** 2329/9 2388/13
**renew [1]** 2405/24
**repeatedly [1]** 2427/24
**rephrase [3]** 2305/6 2357/1 2421/2
**replace [1]** 2395/21
**reportedly [1]** 2322/23
**Reporter [4]** 2273/2 2273/2 2273/3 2273/3
**represent [5]** 2331/5 2350/16 2414/14
**representation [1]** 2329/2
**Republic [2]** 2289/18 2328/24 2373/4
**request [4]** 2290/9 2300/1 2343/7 2367/19
**requests [2]** 2285/23 2286/24
**require [1]** 2291/22
**required [2]** 2419/3 2420/3
**research [2]** 2424/12 2427/15
**researching [1]** 2301/24
**reserve [1]** 2426/10
**reserved [1]** 2344/21
**residing [2]** 2283/9 2323/17
**resist [2]** 2373/19 2386/12
**resolve [2]** 2298/7 2300/10
**resolved [2]** 2298/9 2298/13
**resolving [1]** 2295/21
**respect [1]** 2333/7
**respectfully [1]** 2367/19
**respond [14]** 2289/17 2292/6 2292/7 2295/18 2297/16 2336/23 2396/22 2398/5 2399/15 2413/9 2413/25 2422/25

**responding [4]** 2285/18 2290/9 2310/9 2328/19
**responds [3]** 2352/9 2399/16 2414/1
**response [6]** 2288/1 2292/21 2303/17 2315/14 2328/17 2351/18
**responsive [1]** 2285/4
**restated [1]** 2337/1
**restricted [2]** 2289/20 2329/6
**result [1]** 2381/22
**resume [2]** 2374/7 2374/11
**RESUMED [1]** 2300/17
**retrieved [1]** 2381/22
**retrospect [1]** 2391/15
**returns [4]** 2381/21 2383/1 2398/18 2415/17
**review [36]** 2278/2 2295/8 2295/17 2296/11 2297/15 2297/16 2298/24 2305/17 2333/23 2333/23 2333/25 2350/7 2357/6 2357/7 2357/14 2357/19 2357/23 2358/9 2358/9 2358/12 2358/12 2360/11 2360/13 2368/23 2379/24 2380/13 2381/3 2383/1 2387/11 2389/1 2389/5 2393/3 2400/1 2409/21 2415/5
**reviewed [9]** 2329/19 2357/9 2377/12 2377/14 2384/22 2389/12 2389/19 2404/10 2413/22
**reviewers [1]** 2334/13
**reviewing [3]** 2389/18 2393/2 2421/23
**reviews [67]** 2334/3
**RHODES [67]** 2270/6 2271/2 2276/18 2276/25 2277/7 2278/10 2280/14 2283/2 2284/16 2284/23 2286/22 2291/13 2293/8 2301/24 2304/5 2304/14 2306/3 2307/23 2308/4 2308/14 2309/16 2309/20 2309/25 2311/12 2312/3 2318/16 2324/16 2349/2 2349/9 2359/4 2359/10 2359/21 2362/16 2365/6 2365/13 2366/3 2367/8 2368/1 2368/7 2368/17 2368/21 2369/6

2369/22 2370/8 2370/9 2370/24 2372/8 2372/20 2373/12 2373/20 2384/14 2385/1 2385/4 2385/11 2385/16 2388/5 2389/2 2394/24 2405/14 2406/4 2406/8 2406/19 2406/22 2406/24 2407/24
**Rhodes' [10]** 2290/9 2292/16 2293/18 2300/13 2324/17 2371/17 2404/20 2404/23 2405/18 2407/4
**rigged [1]** 2372/24
**right [63]** 2277/17 2281/9 2281/15 2283/18 2290/11 2290/15 2291/8 2293/15 2293/20 2293/23 2294/19 2295/14 2296/25 2297/12 2298/8 2299/17 2299/18 2299/22 2301/6 2312/18 2315/3 2321/25 2325/23 2327/7 2327/9 2328/15 2336/2 2336/13 2337/5 2337/6 2339/14 2342/8 2348/18 2363/5 2364/11 2366/16 2371/18 2374/2 2374/5 2374/19 2374/23 2375/1 2378/10 2382/7 2384/15 2385/22 2387/10 2387/20 2388/2 2388/5 2388/8 2394/12 2396/11 2406/25 2414/14 2424/7 2424/17 2424/24 2425/5 2425/6 2425/16 2425/19 2428/6
**right-hand [1]** 2301/6
**rise [3]** 2276/2 2374/9 2424/15
**Ritchie [1]** 2272/17
**RMR [2]** 2429/2 2429/8
**road [2]** 2272/3 2339/15
**Roger [6]** 2381/16 2382/12 2382/13 2399/6 2416/4 2416/5
**Rohde [16]** 2381/7 2386/13 2387/3 2387/9 2387/24 2388/2 2388/15 2389/9 2393/7 2398/11 2398/12 2410/6 2411/7 2415/11 2416/11 2423/24
**role [9]** 2279/25 2282/12 2301/17 2321/6 2325/16 2326/25 2327/14

**roles [1]** 2326/16
**roll [1]** 2394/10
**room [1]** 2313/21
**rooms [2]** 2278/14 2279/8
**rope [1]** 2361/19
**roughly [2]** 2279/22 2370/9
**routine [2]** 2336/9 2338/13
**rule [12]** 2277/20 2278/1 2278/23 2278/23 2278/25 2279/17 2283/22 2285/5 2285/9 2285/14 2286/5 2361/18
**Rule 106 [5]** 2278/1 2278/23 2279/17 2285/5 2285/9
**ruling [5]** 2286/10 2287/19 2336/16 2336/22 2338/16
**run [3]** 2396/6 2418/25 2419/1
**running [3]** 2310/8 2311/22 2423/2
**ruse [1]** 2296/24

**S**

**SA [2]** 2300/16 2375/5
**safe [4]** 2307/16 2312/10 2312/12 2334/7
**said [20]** 2286/20 2287/1 2291/10 2297/21 2308/5 2310/6 2314/16 2315/17 2316/2 2325/5 2332/5 2332/10 2345/24 2355/1 2360/10 2372/20 2382/11 2408/6 2419/18 2420/24
**sake [1]** 2329/12
**same [20]** 2278/16 2287/21 2288/4 2288/15 2288/17 2288/23 2303/17 2320/3 2322/3 2326/5 2326/9 2343/21 2343/22 2343/23 2373/19 2392/24 2405/17 2406/14 2414/21 2424/10
**Sandra [2]** 2378/24 2379/14
**Sandra Parker [2]** 2378/24 2379/14
**Saturday [4]** 2292/3 2292/24 2298/17 2409/18
**savant [1]** 2355/1
**save [5]** 2289/18 2328/24 2373/4 2395/6 2395/17
**saw [8]** 2308/13 2320/7 2360/15

saw... [5] 2360/20
2363/19 2370/1
2388/25 2392/5
say [60] 2281/14
2284/11 2286/9 2289/5
2298/3 2298/22
2307/12 2309/22
2312/10 2312/13
2313/24 2314/14
2315/5 2327/2 2329/13
2329/14 2330/7 2338/3
2340/12 2341/24
2342/14 2345/14
2345/15 2345/17
2345/18 2348/10
2351/1 2351/22 2352/7
2352/18 2352/21
2353/18 2353/20
2353/22 2353/24
2354/23 2355/13
2355/15 2356/16
2356/17 2356/18
2356/20 2357/3 2359/9
2359/12 2359/24
2360/20 2361/3 2373/5
2373/15 2377/17
2379/5 2381/9 2384/13
2385/16 2389/20
2391/24 2397/10
2404/1 2421/11
saying [11] 2280/14
2282/8 2286/2 2287/1
2287/16 2291/6
2296/23 2332/13
2339/8 2354/25
2358/17
says [27] 2278/25
2284/5 2284/16
2284/23 2289/11
2322/9 2322/20
2328/21 2347/24
2348/2 2351/7 2351/10
2351/13 2351/13
2351/15 2351/16
2351/18 2352/17
2378/11 2378/15
2383/12 2383/22
2385/19 2386/9
2386/11 2397/10
2420/2
schedule [3] 2289/18
2328/22 2328/24
scope [4] 2364/4
2364/5 2366/23
2367/17
screen [10] 2365/3
2371/22 2372/4
2381/13 2383/19
2388/6 2400/8 2404/16
2404/22 2411/15
scroll [7] 2384/2
2389/11 2393/8
2400/10 2410/6
2411/13 2416/11
scrolling [1] 2386/19
se [1] 2303/20
search [11] 2355/13

2355/14 2355/19
2355/22 2377/12
2381/18 2381/22
2397/17 2397/17
2416/18 2416/23
seat [1] 2425/2
seated [3] 2276/4
2300/6 2374/17
second [11] 2299/12
2304/24 2333/23
2333/25 2343/17
2351/12 2356/4 2365/9
2370/20 2394/12
2407/4
secretly [1] 2397/20
section [1] 2287/16
secure [4] 2313/24
2397/15 2398/1
2401/23
security [13] 2279/11
2285/24 2287/23
2356/6 2356/10
2356/16 2356/21
2357/14 2357/24
2358/10 2358/14
2360/14 2360/15
see [23] 2277/16
2294/13 2300/8 2315/6
2315/10 2315/20
2331/6 2333/23
2340/23 2341/4
2347/10 2347/25
2348/2 2351/17
2351/20 2362/20
2365/2 2384/1 2395/20
2417/18 2426/8 2427/8
2428/6
seeing [2] 2374/7
2424/13
seek [5] 2279/14
2338/9 2365/17 2390/6
2393/18
seeking [4] 2328/13
2332/6 2384/20
2406/17
seeks [15] 2278/16
2328/17 2332/5 2382/4
2384/4 2387/18
2398/24 2400/23
2405/3 2408/18
2410/14 2412/7
2412/14 2415/19
2417/5
seem [5] 2279/16
2287/21 2287/22
2289/9 2290/6
seems [5] 2290/6
2290/11 2296/9
2338/23 2339/10
seen [9] 2293/19
2293/20 2294/1 2294/4
2310/18 2335/14
2392/10 2395/24
2413/15
selected [1] 2360/9
selecting [1] 2359/8
semper [1] 2391/5
send [6] 2373/13

2397/23 2397/24
2398/1
sender [3] 2313/15
2313/16 2313/18
sending [4] 2318/12
2363/3 2370/14
2373/20
sense [3] 2280/20
2280/22 2290/2
sent [19] 2292/18
2313/18 2318/16
2319/16 2323/3 2343/8
2343/11 2343/13
2359/4 2359/21
2365/13 2368/20
2369/22 2370/23
2381/3 2395/1 2395/19
2403/19 2422/2
sentence [1] 2420/10
separate [2] 2290/12
2290/12
separately [1] 2405/15
sequestered [1]
2426/9
Serge [2] 2343/25
2344/11
Serge Cravenko [1]
2344/11
series [2] 2285/8
2327/12
serious [1] 2391/18
serve [4] 2328/10
2376/13 2376/15
2403/13
served [2] 2419/7
2420/6
service [4] 2377/11
2377/12 2396/24
2420/7
services [1] 2419/23
Session [1] 2270/7
set [8] 2283/21 2285/7
2351/12 2397/13
2397/15 2397/16
2397/20 2403/24
seven [2] 2308/19
2326/10
seven-minute [1]
2326/10
several [4] 2302/8
2303/23 2399/24
2410/3
Shall [1] 2316/18
share [2] 2397/20
2409/16
Sharon [1] 2396/2
she [17] 2316/1
2325/19 2325/23
2362/24 2364/19
2366/8 2378/17 2383/1
2383/6 2413/6 2416/6
2416/7 2418/4 2418/23
2420/2 2421/7 2421/9
she's [6] 2325/15
2327/6 2366/5 2367/25
2368/1 2379/1
Shenandoah [1]

shepherding [1]
2301/17
shit [2] 2395/19
2396/23
shooting [1] 2366/6
short [1] 2378/13
shorter [1] 2291/12
shortfalls [3] 2391/21
2391/24 2391/25
shortly [1] 2374/8
shortsighted [1]
2395/24
should [18] 2279/22
2286/18 2293/7
2296/13 2316/13
2336/15 2337/8
2337/12 2338/1
2353/20 2368/10
2368/11 2395/3
2395/13 2397/10
2403/17 2425/10
2426/23
show [14] 2317/4
2332/14 2332/15
2352/20 2353/13
2364/23 2370/18
2371/23 2381/6
2383/16 2389/9 2393/6
2404/12 2419/25
showed [4] 2323/23
2326/10 2353/21
2354/9
showing [6] 2284/5
2287/9 2291/11 2335/9
2362/23 2372/3
shown [3] 2319/3
2319/3 2327/19
shows [2] 2392/17
2420/6
sic [3] 2331/4 2409/9
2425/20
side [3] 2294/25
2295/9 2298/12
sidebar [2] 2276/5
2299/20
Siekerman [4] 2282/5
2285/18 2319/24
2328/17
signal [37] 2280/13
2281/3 2283/19
2285/15 2302/20
2306/7 2312/25 2313/2
2313/3 2313/4 2313/7
2313/11 2313/12
2313/13 2314/1
2314/13 2314/16
2314/17 2314/22
2315/12 2315/15
2315/17 2352/18
2352/22 2353/4 2353/6
2353/11 2353/13
2354/12 2380/5
2401/20 2401/22
2401/23 2402/11
2404/17 2409/17
2411/4
signal.org [1] 2401/21

signals [1] 2411/1
signed [2] 2334/14
2416/7
significant [4] 2301/9
2301/10 2418/2
2422/13
signs [1] 2383/11
similar [2] 2380/9
2417/13
simple [3] 2333/19
2358/8 2398/1
simply [2] 2310/20
2332/13 2342/3 2358/8
simultaneously [1]
2315/6
since [6] 2300/24
2300/25 2304/17
2314/22 2395/20
2408/9
single [1] 2380/10
sir [23] 2305/23
2312/22 2317/4
2317/11 2330/13
2330/22 2332/22
2341/25 2342/19
2352/14 2353/4 2354/5
2355/6 2357/22
2358/15 2359/20
2374/4 2375/15
2396/23 2396/24
2398/6 2424/19
2424/22
sit [1] 2364/18
site [1] 2423/20
six [9] 2281/24
2281/25 2282/1 2283/1
2283/2 2318/21
2318/25 2323/15
2376/9
sizable [1] 2301/8
size [2] 2329/22
2329/22
skills [1] 2396/7
skip [4] 2322/10
2324/11 2333/21
2359/3
slide [58] 2284/2
2284/2 2284/4 2284/5
2285/7 2285/8 2285/8
2285/9 2285/17 2289/2
2317/6 2319/15
2319/21 2320/1
2320/21 2320/22
2321/4 2321/10
2321/11 2321/18
2321/19 2322/1
2322/10 2322/17
2323/2 2323/20
2323/25 2324/4
2324/15 2324/22
2324/24 2325/9
2325/10 2325/21
2326/3 2327/5 2327/23
2329/9 2392/20
2396/19 2397/1 2398/3
2398/8 2402/4 2402/8
2403/2 2403/8 2403/14
2413/24 2414/2 2414/4

slide... [7] 2414/20
2421/10 2421/12
2423/4 2423/12
2423/15 2423/22
Slide 21 [1] 2323/2
Slide 23 [1] 2323/20
Slide 26 [1] 2285/9
Slide 27 [1] 2284/4
Slide 3 [1] 2285/8
Slide 33 [1] 2285/17
Slide 34 [1] 2325/21
Slide 6 [1] 2320/22
Slide 7 [1] 2320/21
Slide 8 [1] 2321/4
slides [9] 2282/15
2284/8 2285/11
2285/13 2285/19
2285/21 2287/16
2320/24 2392/18
Slides 28 [1] 2285/13
sliding [1] 2328/13
slightly [1] 2296/8
slow [1] 2375/13
small [1] 2421/16
Smith [18] 2388/8
2388/10 2388/11
2394/21 2395/11
2395/14 2396/15
2396/16 2397/9
2399/25 2402/15
2402/25 2403/5
2403/13 2406/4 2408/8
2425/7 2425/7
Smith's [1] 2402/19
so [218]
so I think [2] 2280/20
2336/21
So this is [1] 2411/19
socialists [1] 2396/10
solution [1] 2372/24
some [40] 2278/18
2279/13 2280/6
2283/13 2286/3
2286/2 2286/3 2287/2
2287/2 2288/3 2294/2
2294/14 2295/10
2298/13 2298/21
2298/24 2300/9
2301/18 2301/24
2305/20 2307/4
2307/12 2333/19
2336/18 2338/10
2338/14 2360/15
2362/11 2362/11
2362/15 2369/18
2369/21 2383/23
2394/19 2394/20
2404/7 2406/7 2413/6
2420/16 2427/21
somebody [4] 2338/20
2351/13 2383/15
2411/17
somehow [1] 2395/23
someone [12] 2326/21
2336/6 2336/9 2351/18
2352/19 2352/23
2352/23 2400/12

2422/13
something [14]
2279/14 2289/7
2291/12 2296/8
2299/22 2334/20
2336/11 2358/24
2380/6 2382/18
2395/22 2401/24
2419/21 2425/16
sometime [1] 2427/5
Sometimes [1]
2395/21
somewhat [1] 2297/8
somewhere [2]
2284/14 2340/10
sooner [2] 2298/7
2298/9
SoRelle [1] 2296/20
SoRelle's [1] 2294/5
sorry [24] 2281/14
2291/17 2292/15
2295/3 2300/9 2306/2
2307/10 2317/15
2317/22 2320/22
2332/4 2332/22
2340/24 2362/14
2371/24 2372/1 2381/9
2388/16 2391/25
2394/7 2398/12
2402/16 2422/9 2424/4
sort [15] 2277/19
2278/20 2280/24
2284/11 2285/11
2287/17 2287/21
2294/24 2297/23
2298/21 2328/9
2328/10 2336/22
2338/13 2385/18
sounds [2] 2309/10
2424/5
source [2] 2311/12
2377/14
sources [1] 2311/18
South [1] 2328/4
space [1] 2403/12
span [1] 2290/14
spans [1] 2310/25
speak [1] 2341/24
speaker [1] 2349/2
speakers [1] 2345/15
speaking [6] 2353/13
2385/1 2389/2 2402/20
2402/21 2422/8
Special [53] 2278/1
2278/7 2300/12
2300/14 2300/21
2312/15 2362/8 2365/2
2366/2 2366/15
2368/16 2369/18
2371/11 2371/23
2372/3 2372/19
2374/22 2375/1
2375/20 2376/25
2378/7 2381/13
2382/11 2383/19
2386/7 2386/20 2387/5
2388/4 2388/19

2392/1 2392/13 2393/2
2393/9 2394/2 2395/8
2398/15 2399/6 2400/8
2404/16 2407/3
2407/17 2410/1
2410/21 2411/3
2411/14 2412/17
2415/12 2419/6
2420/12 2424/2
2424/17
Special Agent [8]
2278/7 2300/21
2312/15 2375/1
2375/20 2387/5
2392/13 2393/2
Special Agent Cody
[10] 2278/1 2362/8
2365/2 2366/2 2366/15
2369/18 2371/11
2371/23 2372/3
2372/19
Special Agent Eller
[28] 2376/25 2378/7
2381/13 2382/11
2383/19 2386/7
2386/20 2388/4
2388/19 2389/12
2390/14 2393/9 2394/2
2398/15 2399/6 2400/8
2404/16 2407/17
2410/1 2410/21 2411/3
2411/14 2412/17
2415/12 2419/6
2420/12 2424/2
specific [8] 2342/4
2342/19 2342/21
2343/1 2344/13
2344/15 2392/14
2411/4
specifically [10]
2302/5 2343/2 2346/23
2354/6 2364/20 2377/4
2377/16 2379/7
2396/12 2406/2
specifics [1] 2361/1
speculation [1] 2305/4
speculative [1]
2420/23
spell [2] 2375/12
2409/9
spend [1] 2287/11
sponsorship [1]
2414/12
spotty [1] 2394/8
spreadsheet [1]
2281/23
Sr [1] 2272/16
stage [2] 2288/20
2288/21
stages [2] 2289/16
2328/18
Stakowski [1] 2409/8
Stamey [17] 2394/22
2401/10 2401/11
2401/18 2402/6
2402/21 2403/5

2405/15 2405/25
2406/4 2408/8 2412/22
2412/23 2425/8 2425/9
stamp [1] 2282/17
stand [9] 2291/23
2300/12 2300/17
2306/2 2308/8 2371/15
2378/4 2379/17
2414/11
Standard [3] 2318/7
2318/8 2382/20
standing [2] 2426/15
2426/22
standpoint [4] 2283/7
2286/12 2289/2
2323/14
stanley [4] 2272/2
2272/5 2277/8 2331/6
Stanley Woodward [2]
2277/8 2331/6
start [7] 2302/16
2303/2 2304/16
2304/20 2386/10
2421/17 2424/8
started [5] 2276/21
2290/20 2303/22
2305/19 2425/21
starting [3] 2285/7
2368/16 2390/22
state [9] 2375/12
2384/22 2414/18
2417/25 2418/5 2418/7
2418/8 2420/17
2422/11
stated [3] 2278/11
2279/7 2349/5
statement [9] 2335/11
2337/4 2338/6 2385/15
2385/23 2405/21
2405/21 2405/23
2420/22
statements [12]
2332/6 2346/3 2346/5
2346/6 2346/7 2346/15
2379/24 2380/13
2384/16 2385/4
2385/18 2389/5
states [11] 2270/1
2270/3 2270/10
2276/17 2276/24
2284/17 2310/24
2310/25 2322/12
2377/2 2379/10
stating [1] 2278/11
status [1] 2320/25
steal [1] 2371/5
stenography [1]
2273/6
step [4] 2374/3 2378/3
2391/17 2424/18
Stephen [6] 2289/12
2289/23 2289/25
2290/9 2328/8 2328/21
steps [1] 2377/9
Steve [1] 2409/8
STEWART [17] 2270/6
2271/2 2276/18

2280/14
2292/16 2301/24
2304/5 2324/16
2328/13 2335/4 2359/4
2365/6 2367/8 2372/8
2394/24 2404/20
Stewart Rhodes [8]
2280/14 2301/24
2304/5 2324/16 2359/4
2365/6 2372/8 2394/24
Stewart Rhodes' [2]
2292/16 2404/20
Stewart's [1] 2294/4
Stewy [5] 2394/11
2394/23 2394/23
2395/19 2396/6
Stewy's [1] 2395/23
sticking [1] 2286/10
still [12] 2289/14
2293/1 2322/3 2324/2
2326/5 2351/8 2352/25
2362/25 2406/14
2406/18 2407/5 2415/1
stop [2] 2371/5
2396/10
stream [2] 2320/18
2326/5
Street [3] 2270/17
2271/11 2271/15
strike [1] 2334/22
string [1] 2411/16
strings [1] 2411/19
strong [2] 2392/8
2427/22
stuff [1] 2397/20
subject [4] 2285/25
2339/20 2361/17
2408/20
subjective [1] 2339/9
subjects [3] 2377/11
2394/18 2394/20
submit [2] 2336/13
2373/17
subpoenas [1]
2377/13
subsequent [1]
2280/11
substance [4] 2368/2
2368/4 2368/8 2368/10
subtract [1] 2281/25
succeeding [2] 2324/3
2327/15
success [1] 2392/3
such [6] 2377/12
2405/23 2406/20
2414/13 2415/2
2419/15
suffered [1] 2412/25
sufficient [1] 2405/20
suggest [2] 2353/14
2411/8
suggested [6] 2303/12
2303/18 2308/22
2310/4 2310/17 2312/2
suggesting [4]
2298/11 2337/8
2337/24 2367/24
Suite [4] 2271/4 2271/8

Suite... [2] 2272/8
2272/17
summary [2] 2383/9
2383/11
Sunday [1] 2421/18
supervisor [1] 2377/22
supporting [1] 2395/5
supposed [1] 2397/10
sure [30] 2280/23
2282/16 2285/4
2288/19 2290/3 2293/5
2293/21 2295/24
2297/14 2297/18
2297/25 2298/25
2312/1 2319/5 2325/23
2332/1 2335/8 2351/15
2352/15 2361/5
2362/13 2371/7
2372/23 2392/10
2406/11 2408/1 2408/9
2419/19 2427/18
2427/25
surprise [3] 2349/23
2349/25 2350/5
surrounding [1]
2395/3
suspect [1] 2336/11
sustained [4] 2360/1
2360/4 2360/5 2413/6
swear [1] 2421/18
switch [1] 2401/20
SWORN [2] 2300/17
2375/5
synopsis [3] 2338/17
2338/22 2342/3
system [2] 2372/25
2426/18

T
tabled [1] 2295/22
tablet [1] 2313/17
take [20] 2276/12
2298/24 2299/22
2300/12 2318/25
2334/17 2335/13
2366/12 2371/20
2374/5 2375/11 2411/7
2423/23 2424/6 2424/8
2424/24 2425/15
2425/19 2425/20
2427/16
takeaway [1] 2296/18
taken [3] 2294/4
2296/4 2329/3
takers [1] 2336/21
takes [2] 2340/14
2383/20
taking [1] 2395/5
talk [9] 2277/21
2312/24 2366/19
2369/18 2397/5 2397/6
2414/12 2415/3
2425/13
talked [10] 2299/10
2302/7 2308/19
2338/11 2360/21
2369/1 2369/12

2414/9
talking [10] 2295/15
2307/6 2308/6 2327/13
2327/19 2337/2
2354/13 2361/14
2394/9 2411/20
talks [1] 2280/14
Tarpley [2] 2271/10
2277/7
tat [1] 2368/10
team [10] 2278/19
2280/6 2282/6 2292/13
2292/17 2293/20
2293/22 2295/7 2301/3
2366/7
teams [4] 2280/16
2280/19 2395/1
2403/12
telephone [5] 2389/17
2389/20 2389/22
2400/15 2402/19
telephones [1] 2380/5
tell [5] 2289/13 2355/5
2391/16 2414/13
2423/10
temporal [1] 2280/24
ten [4] 2278/8 2283/17
2315/6 2383/4
ten minutes [1]
2283/17
tend [1] 2391/16
tender [1] 2415/2
terms [17] 2277/22
2280/1 2280/13
2280/17 2285/5 2291/9
2294/10 2314/12
2314/16 2314/17
2326/16 2326/20
2332/14 2336/10
2377/16 2388/25
2406/15
terrorism [1] 2375/25
testified [28] 2300/17
2300/25 2301/2 2302/5
2307/13 2309/1 2312/2
2334/9 2335/19
2336/24 2338/4 2338/7
2339/2 2340/9 2340/11
2340/13 2341/8
2341/11 2341/12
2344/3 2344/6 2344/12
2346/2 2347/6 2353/10
2356/12 2358/5
2358/16
testify [3] 2340/16
2364/3 2407/3
testifying [2] 2301/15
2304/18
testimony [15]
2279/15 2331/8
2332/24 2333/15
2340/1 2354/9 2364/4
2364/6 2374/3 2379/19
2382/3 2406/22
2406/25 2417/4
2424/21
Texas [1] 2280/9

2283/17 2292/15
2292/16 2302/21
2305/20 2306/22
2307/12 2315/21
2318/12 2319/15
2320/18 2332/9
2365/12 2380/4 2394/8
2398/1 2400/9 2400/11
2401/17 2402/21
2411/16 2411/19
2411/23 2411/23
2412/1 2412/4 2415/5
texting [3] 2302/20
2314/12 2414/3
texts [11] 2279/21
2280/16 2282/3
2288/17 2307/5
2307/22 2307/25
2308/4 2315/10
2327/12 2327/12
than [16] 2289/7
2290/13 2298/7 2298/9
2298/12 2303/12
2309/24 2310/4
2311/13 2311/22
2331/11 2339/4 2396/7
2397/25 2419/12
2423/21
thank [56] 2288/5
2299/7 2299/8 2299/16
2300/1 2308/8 2312/15
2312/17 2319/10
2319/12 2329/8
2330/20 2330/22
2330/23 2331/19
2332/19 2334/12
2339/18 2345/3
2352/14 2354/5 2359/1
2359/20 2360/6
2361/21 2361/23
2362/1 2362/2 2370/22
2371/10 2371/20
2373/25 2374/2 2374/4
2374/21 2374/25
2375/3 2379/17
2379/19 2385/25
2388/13 2388/15
2391/14 2392/1
2396/18 2402/23
2407/10 2407/11
2411/7 2415/11
2416/12 2424/14
2424/23 2425/22
2428/3 2428/7
thank you [45] 2288/5
2299/7 2299/8 2299/16
2300/1 2312/15
2312/17 2319/10
2319/12 2329/8
2330/20 2330/23
2331/19 2334/12
2339/18 2345/3
2352/14 2354/5 2359/1
2359/20 2360/6
2361/23 2370/22
2371/10 2371/20
2373/25 2374/2 2374/4

2375/3 2379/17
2379/18 2388/13
2388/15 2391/14
2392/1 2396/18
2402/23 2407/10
2407/11 2416/12
2424/14 2424/23
2428/3
Thankfully [1] 2391/19
thanking [1] 2325/15
Thanks [3] 2298/10
2374/13 2425/23
that [616]
that chat [1] 2364/15
that's [66] 2281/10
2282/22 2284/15
2284/21 2284/22
2285/5 2285/18 2286/8
2287/5 2288/8 2289/4
2290/9 2291/22 2296/6
2297/19 2297/19
2297/24 2302/10
2307/16 2311/8 2313/9
2316/1 2318/3 2321/7
2322/9 2322/20
2322/24 2323/22
2324/11 2324/11
2325/5 2329/1 2334/7
2336/13 2336/14
2336/16 2337/6
2340/24 2341/6
2342/23 2343/5
2343/12 2345/1
2345/18 2348/15
2351/6 2351/10
2351/19 2352/17
2353/1 2356/18
2358/17 2358/25
2359/11 2359/20
2360/4 2360/19
2366/15 2370/21
2378/16 2395/14
2397/9 2404/22
2420/22 2425/17
2427/9
their [11] 2279/15
2279/16 2292/21
2316/21 2326/25
2384/22 2391/19
2391/20 2391/21
2391/24 2425/9
thelinderfirm.com [1]
2271/6
them [29] 2281/13
2282/17 2288/2
2290/20 2292/18
2292/24 2292/25
2292/25 2293/20
2293/20 2294/2 2294/3
2306/1 2306/2 2327/2
2347/23 2357/7
2368/23 2372/16
2383/4 2389/19
2389/24 2390/1 2395/1
2402/1 2408/10 2419/1
2421/18 2426/10
them/swear [1]

then [60] 2278/13
2278/19 2280/11
2282/7 2284/19
2287/12 2288/14
2290/5 2291/2 2291/4
2291/5 2291/8 2291/20
2291/21 2297/24
2298/21 2301/21
2302/8 2306/17 2307/4
2312/2 2312/7 2320/3
2321/19 2322/3
2322/10 2322/21
2322/23 2323/2
2325/10 2325/15
2325/21 2327/18
2328/7 2328/21 2329/5
2336/17 2337/1
2337/19 2337/23
2338/10 2338/23
2339/10 2341/4 2344/6
2348/5 2348/16
2348/18 2351/14
2351/17 2351/18
2352/9 2373/12
2376/22 2381/1
2385/24 2397/25
2401/21 2405/15
2406/18
there [73] 2278/2
2278/13 2278/18
2279/21 2284/7 2285/2
2290/4 2290/10
2294/23 2295/1 2295/9
2296/19 2296/23
2297/10 2298/3 2299/2
2303/12 2307/25
2308/2 2308/3 2308/5
2308/5 2308/22
2310/16 2310/17
2313/19 2329/10
2330/3 2331/24 2336/7
2336/18 2336/19
2338/14 2338/18
2348/21 2350/1 2350/2
2351/2 2352/19
2352/25 2356/4
2358/24 2359/16
2363/8 2363/10
2363/14 2366/6 2366/6
2367/23 2372/24
2376/25 2378/14
2381/2 2381/18
2384/25 2385/7
2386/20 2390/15
2391/23 2392/7 2392/8
2394/12 2396/11
2404/8 2405/10
2405/11 2406/22
2406/25 2408/9
2409/19 2415/1 2424/2
2425/9
there's [34] 2278/15
2278/17 2280/3
2283/13 2283/21
2287/12 2289/15
2291/21 2293/24
2298/4 2319/23

there's... **[23]** 2325/15
2325/18 2327/12
2332/11 2336/18
2337/3 2348/23 2350/5
2356/16 2358/16
2368/8 2384/1 2388/4
2392/14 2394/13
2399/24 2402/2 2406/6
2406/18 2410/3 2415/4
2417/16 2426/12

**these [84]** 2277/14
2280/6 2280/7 2282/3
2282/12 2282/21
2285/22 2286/22
2287/21 2288/25
2292/22 2293/6 2293/8
2293/8 2293/14
2293/15 2293/17
2294/1 2294/15
2296/12 2297/23
2302/14 2302/15
2309/14 2309/19
2312/4 2315/15 2320/7
2320/17 2325/14
2326/24 2327/3
2327/12 2335/3
2335/20 2336/20
2347/19 2348/8
2350/15 2350/21
2350/24 2355/1 2372/4
2372/12 2372/15
2373/20 2379/6 2379/9
2379/24 2380/2
2380/13 2387/24
2389/12 2389/15
2389/16 2389/19
2389/23 2389/25
2390/2 2390/13
2390/16 2393/9
2393/10 2393/12
2393/15 2400/11
2400/14 2400/15
2400/16 2400/20
2411/22 2411/23
2411/25 2412/1 2412/4
2416/14 2416/15
2416/16 2416/18
2416/21 2416/25
2425/11 2426/23
2427/7

**they [55]** 2278/20
2279/16 2280/13
2282/17 2283/8
2286/18 2287/1
2288/24 2289/6 2290/6
2292/5 2292/5 2292/12
2293/11 2293/13
2294/3 2294/17 2295/6
2295/22 2296/3 2296/3
2297/4 2297/16
2297/16 2298/17
2302/9 2305/18 2308/9
2309/21 2309/22
2310/24 2312/25
2315/6 2344/23
2352/20 2372/7 2380/4
2383/22 2385/19

2392/5 2394/10
2394/10 2395/2
2400/22 2402/1 2408/9
2411/24 2412/6 2420/6
2420/7 2426/21
2426/23

**they'd [1]** 2295/10
**they'll [1]** 2419/22
**they're [26]** 2279/22
2280/1 2280/17
2280/18 2282/4 2286/2
2287/9 2289/6 2289/11
2292/19 2295/2 2295/4
2315/7 2315/9 2320/24
2326/16 2327/13
2334/5 2334/6 2343/7
2372/6 2383/23
2389/19 2390/19
2399/19 2426/20

**they've [4]** 2292/17
2295/9 2302/15 2425/8
**thing [2]** 2396/2
2406/12
**things [10]** 2301/18
2302/2 2307/7 2307/19
2310/10 2312/9
2361/16 2417/17
2419/16 2426/5
**think [87]** 2276/7
2277/25 2278/2 2278/9
2278/13 2278/15
2278/22 2278/25
2279/9 2279/24 2280/4
2280/20 2282/13
2283/21 2284/9 2285/1
2285/9 2285/17
2285/21 2286/4
2286/24 2287/8
2287/10 2288/8
2288/16 2294/9
2294/18 2294/20
2295/7 2295/20 2296/3
2296/10 2296/12
2296/22 2297/4
2297/16 2297/19
2299/9 2299/10
2299/11 2307/16
2308/3 2308/5 2315/16
2316/23 2331/13
2332/13 2334/7
2334/20 2336/14
2336/15 2336/19
2336/21 2337/2 2337/7
2337/23 2338/18
2340/20 2350/19
2350/22 2352/22
2353/10 2354/8
2360/10 2362/25
2366/25 2368/1
2368/16 2370/1
2372/23 2373/2 2392/8
2396/8 2396/9 2398/2
2405/24 2415/1 2415/1
2420/22 2420/25
2425/25 2426/12
2426/19 2426/21
2427/6 2427/19

**thinking [3]** 2291/11
2395/2 2395/12
**third [5]** 2297/10
2299/12 2304/25
2335/11 2381/2
**this [380]**
**This is [2]** 2276/17
2276/23
**Thomas [10]** 2272/16
2277/2 2388/20
2389/16 2391/1
2391/12 2393/11
2394/5 2399/18
2399/19
**Thomas Caldwell [7]**
2388/20 2391/1
2391/12 2393/11
2394/5 2399/18
2399/19
**Thomas Caldwell's [1]**
2389/16
**Thomas Edward
Caldwell [1]** 2277/2
**those [42]** 2278/2
2278/12 2279/3
2279/11 2279/20
2281/4 2285/9 2285/11
2288/1 2288/6 2290/6
2291/7 2292/17
2295/16 2295/23
2295/24 2296/12
2297/9 2307/12 2308/2
2308/2 2317/19 2334/3
2357/6 2360/3 2360/11
2360/17 2363/11
2369/23 2370/3 2370/9
2371/17 2379/20
2381/25 2383/1
2386/23 2386/25
2387/15 2388/13
2391/20 2398/22
2400/20
**though [5]** 2352/22
2395/20 2408/1 2408/2
2408/12
**thought [7]** 2276/12
2276/12 2291/5 2295/8
2360/21 2405/11
2406/22
**thousands [2]** 2329/23
2341/22
**thread [2]** 2278/16
2284/16
**threat [2]** 2341/23
2395/20
**three [12]** 2289/1
2295/23 2300/25
2302/5 2306/20 2310/9
2363/13 2373/12
2379/13 2392/18
2395/1 2419/3
**three-month [1]**
2310/9
**through [52]** 2278/7
2285/6 2285/8 2285/13
2285/20 2286/5 2287/8
2287/18 2287/20

2288/22 2289/1
2290/25 2291/2
2292/10 2292/20
2292/22 2292/25
2301/17 2304/18
2310/2 2310/8 2317/8
2317/13 2317/19
2323/16 2324/7
2332/24 2348/8 2354/9
2360/12 2360/12
2362/18 2364/6 2364/7
2368/8 2372/2 2386/19
2389/11 2393/8
2400/10 2401/12
2405/17 2406/12
2410/6 2411/13
2416/11 2418/25
2421/6 2422/2 2426/18
**through 42 [1]** 2285/20
**time [100]** 2277/17
2279/16 2281/14
2281/16 2281/24
2282/1 2282/17 2283/3
2283/9 2283/10
2283/14 2286/3
2287/11 2288/15
2291/16 2291/18
2292/20 2293/2
2294/16 2296/3
2298/24 2302/16
2302/16 2305/19
2305/21 2309/8 2310/1
2310/9 2310/14 2311/2
2311/3 2311/12 2313/2
2313/3 2313/6 2315/14
2315/21 2318/1 2318/3
2318/5 2318/7 2318/8
2318/11 2318/15
2318/16 2318/19
2318/22 2320/3 2320/9
2320/12 2320/14
2320/15 2320/15
2322/3 2323/12
2323/16 2324/17
2325/23 2329/3
2329/10 2329/24
2330/4 2331/22
2333/10 2338/13
2340/17 2341/15
2341/19 2346/3
2346/15 2353/19
2354/20 2357/11
2358/6 2359/13
2359/16 2359/19
2360/12 2361/16
2361/24 2365/16
2368/9 2376/25
2379/20 2382/18
2382/20 2388/11
2392/7 2392/7 2392/9
2395/8 2396/6 2396/7
2398/2 2401/13 2421/5
2421/19 2422/2 2424/3
2424/6
**time when [1]** 2424/3
**timeline [3]** 2297/5
2326/9 2326/10

**time [1]** 2301/20

**times [6]** 2289/16
2306/3 2306/20 2312/9
2326/25 2331/7
**timing [1]** 2294/22
**tip [26]** 2331/23
2331/24 2331/25
2333/7 2333/9 2333/10
2333/11 2335/20
2337/18 2338/13
2338/15 2338/21
2339/10 2339/11
2340/6 2340/17 2341/3
2341/12 2341/20
2342/6 2342/7 2342/9
2343/19 2343/21
2346/10 2346/19
**tips [1]** 2341/22
**tipster [1]** 2337/4
2339/2 2339/4 2343/23
2343/25
**tipster's [1]** 2338/23
**tit [1]** 2368/10
**title [5]** 2371/3 2375/19
2386/7 2386/14 2411/4
**titled [1]** 2429/4
**titles [2]** 2302/23
2423/10
**today [5]** 2364/3
2364/18 2369/19
2379/19 2394/10
**together [3]** 2284/17
2354/7 2358/22
**told [7]** 2276/8 2295/7
2309/8 2310/16
2349/23 2350/5
2427/24
**Tom [4]** 2399/14
2399/17 2414/9
2414/13
**tomorrow [4]** 2414/9
2414/10 2414/12
2415/3
**tonight [1]** 2292/7
**too [6]** 2281/21
2299/13 2309/21
2337/20 2339/12
2392/25
**took [5]** 2301/11
2306/6 2361/3 2389/23
2427/18
**tool [1]** 2355/16
**top [10]** 2303/5
2303/11 2308/21
2309/13 2310/3 2335/7
2335/9 2369/16
2411/18 2414/24
**topic [3]** 2285/5
2285/10 2343/22
**total [1]** 2417/13
**totally [1]** 2294/8
**toward [1]** 2287/22
**towards [1]** 2302/10
**Towers [1]** 2272/17
**track [1]** 2292/4
**traffic [1]** 2289/21
**train [1]** 2418/14
**training [22]** 2396/11

2456

**T**

training... [21] 2403/24
2404/1 2404/2 2404/4
2404/9 2405/11
2405/11 2405/16
2405/17 2406/7 2411/9
2419/2 2419/3 2420/3
2420/8 2420/8 2420/13
2420/14 2420/15
2421/5 2422/3
**trainings [2]** 2406/7
2419/13
**transcript [11]** 2270/9
2273/6 2340/10 2344/8
2344/13 2344/16
2344/17 2344/20
2344/22 2345/1 2429/3
**transcription [1]**
2273/7
**transitioning [1]**
2424/5
**Trapper [1]** 2378/19
**travel [1]** 2404/7
**treasure [1]** 2391/4
**treated [1]** 2415/2
**trial [6]** 2270/9 2296/5
2296/7 2426/11
2426/21 2427/23
**tried [1]** 2296/13
**trip [1]** 2392/25
**trips [1]** 2306/6
**Troy [2]** 2270/16
2277/4
**Troy Edwards [1]**
2277/4
**truly [3]** 2391/4
2391/21 2392/2
**Trump [12]** 2305/1
2305/10 2307/7
2307/24 2308/5 2308/7
2308/10 2308/14
2370/7 2370/8 2370/14
2371/4
**trusted [1]** 2366/4
**truth [3]** 2405/9 2406/5
2406/17
**try [6]** 2277/17 2279/14
2284/10 2294/16
2298/20 2427/17
**trying [6]** 2283/22
2284/10 2367/25
2416/7 2418/12
2422/20
**tweet [4]** 2305/2
2305/10 2305/16
2370/16
**tweets [1]** 2370/14
**Twitter [1]** 2426/5
**two [20]** 2278/13
2282/13 2289/1
2292/22 2295/23
2302/7 2305/24
2313/20 2322/19
2333/22 2334/3 2335/3
2375/22 2376/5
2386/20 2394/19
2401/17 2411/21
2417/22 2417/24

2411/21
**TX [2]** 2271/4 2271/8
**type [2]** 2413/6
2419/14
**typically [1]** 2318/11
**typo [1]** 2397/11

**U**

**U.S [1]** 2270/16
**ultimate [1]** 2337/23
**ultimately [1]** 2298/20
**unaware [1]** 2306/5
**unclear [1]** 2289/14
**under [7]** 2278/1
2278/23 2279/17
2285/5 2285/9 2341/2
2374/24
**underneath [2]** 2290/8
2378/11
**understand [20]**
2282/12 2286/11
2294/8 2294/10
2294/15 2296/3
2297/13 2299/21
2339/6 2344/25 2345/6
2345/10 2345/12
2345/13 2345/14
2356/7 2396/14
2403/23 2413/18
2419/19
**understanding [33]**
2296/16 2315/4
2315/11 2315/12
2315/20 2315/23
2325/6 2329/1 2338/12
2340/19 2342/10
2342/14 2343/10
2345/23 2346/13
2378/12 2378/15
2378/20 2388/9
2390/19 2392/17
2394/14 2395/14
2397/7 2399/17
2401/22 2404/3
2407/20 2408/11
2417/20 2419/9 2420/4
2420/12
**understands [1]**
2373/2
**understood [7]**
2298/19 2339/13
2341/15 2354/1 2354/2
2385/6 2428/3
**unencrypts [1]**
2313/18
**unfortunate [1]**
2412/25
**unit [3]** 2340/14 2423/3
2423/21
**UNITED [7]** 2270/1
2270/3 2270/10
2276/17 2276/24
2377/2 2379/10
**United States [2]**
2377/2 2379/10
**United States of [2]**
2276/17 2276/24

universal [4] 2281/24
2283/8 2318/3 2318/21
**unless [2]** 2287/25
2336/18
**unredacted [2]**
2336/18 2413/16
**until [7]** 2291/17
2291/17 2292/25
2298/18 2303/23
2391/5 2426/11
**up [46]** 2285/8 2288/22
2289/1 2290/19 2298/5
2298/17 2299/22
2316/9 2317/23 2323/6
2323/16 2325/12
2327/4 2331/23
2351/15 2352/15
2352/24 2353/21
2364/7 2366/8 2367/20
2371/22 2378/1 2390/1
2391/17 2391/21
2391/24 2397/13
2397/15 2397/16
2397/20 2398/10
2400/5 2406/9 2409/24
2411/11 2411/18
2416/7 2419/4 2420/11
2421/18 2422/20
2425/7 2425/8 2425/19
2425/20
**urban [2]** 2397/5
2397/7
**urging [2]** 2307/23
2308/4
**us [13]** 2289/13
2292/18 2298/7
2298/16 2298/24
2301/11 2331/7 2351/8
2366/5 2373/10 2392/9
2414/14 2423/2
**usdoj.gov [2]** 2270/19
2270/20
**use [9]** 2289/15
2294/23 2299/1 2314/5
2331/11 2353/4
2355/19 2371/4 2398/1
**used [6]** 2314/5
2314/15 2355/15
2356/9 2411/1 2411/2
**user [1]** 2418/8
**users [3]** 2309/23
2313/20 2313/21
**usually [1]** 2394/8
**usurper [1]** 2385/19
**UTC [5]** 2281/23
2283/11 2318/1
2382/18 2382/19

**V**

**vacuum [1]** 2282/11
**valid [4]** 2419/2
2419/20 2419/21
2420/2
**valley [1]** 2393/1
**value [3]** 2336/7
2337/18 2338/21
**various [4]** 2285/24

2427/7
**vehicular [1]** 2289/21
**versus [3]** 2276/18
2276/24 2314/1
**very [11]** 2301/15
2312/15 2314/11
2333/19 2350/18
2358/8 2361/23
2371/10 2385/3
2396/11 2419/18
**vet [1]** 2419/1
**veteran [1]** 2366/5
**veterans [2]** 2284/24
2371/14
**vetting [1]** 2421/18
**via [2]** 2380/4 2416/18
**video [13]** 2291/10
2291/13 2308/13
2384/25 2385/7 2385/8
2387/6 2387/25 2388/5
2388/14 2388/16
2388/17 2388/25
**videos [10]** 2377/15
2380/11 2386/20
2386/23 2386/25
2387/15 2387/24
2389/1 2417/14 2427/8
**view [1]** 2386/23
**viewed [1]** 2390/3
**violence [3]** 2391/20
2392/9 2396/4
**violent [2]** 2395/7
2395/18
**Virginia [3]** 2341/23
2399/23 2421/11
**voice [1]** 2375/13
**void [1]** 2385/19
**volume [1]** 2295/15
**voluminous [1]** 2355/1
**volunteering [1]**
2396/5
**votes [1]** 2373/23
**vs [1]** 2270/5
**vulnerable [1]** 2373/11

**W**

**wait [5]** 2276/11
2291/16 2291/17
2298/22 2343/16
**waive [1]** 2294/17
**walked [1]** 2373/19
**want [30]** 2280/15
2281/3 2281/19
2287/11 2289/9
2290/19 2293/13
2293/21 2294/17
2296/2 2297/14
2298/25 2299/1
2300/24 2302/6
2312/24 2315/3
2315/19 2316/13
2332/12 2337/11
2337/17 2339/14
2368/9 2410/21 2415/2
2419/18 2421/17
2425/16 2425/24
**wanted [8]** 2286/13

2311/20 2311/5
2311/25 2312/1
2331/20 2332/1 2426/3
**wanting [4]** 2294/11
2307/6 2308/10
2308/14
**wants [2]** 2294/15
2366/8
**war [1]** 2391/4
**warfare [3]** 2373/5
2397/5 2397/7
**warrant [4]** 2381/18
2381/22 2416/18
2416/23
**warrants [1]** 2377/12
**was [208]**
**Washington [12]**
2270/5 2270/17 2272/4
2272/9 2273/5 2348/21
2349/6 2370/2 2370/15
2380/22 2420/18
2421/9
**wasn't [4]** 2295/8
2330/13 2332/1
2357/22
**waste [1]** 2396/7
**Watkins [62]** 2271/14
2277/2 2277/11
2278/20 2283/9 2283/9
2287/13 2304/13
2309/16 2315/24
2316/24 2317/1 2317/5
2319/6 2319/8 2320/20
2323/16 2323/19
2325/2 2325/6 2327/5
2354/19 2356/1
2364/14 2366/4 2366/9
2369/8 2369/12
2377/25 2378/8
2378/10 2378/18
2379/13 2381/1 2381/3
2382/14 2382/25
2384/14 2384/21
2384/24 2385/4
2385/10 2399/7
2399/10 2399/12
2413/3 2414/7 2414/8
2414/19 2415/5 2416/5
2418/6 2418/8 2418/20
2421/5 2421/14 2422/1
2422/11 2422/18
2422/25 2423/9
2423/19
**Watkins 1 [5]** 2316/24
2317/1 2319/6 2320/20
2323/19
**Watkins' [9]** 2279/25
2381/16 2381/19
2398/18 2415/15
2415/17 2416/19
2416/23 2418/7
**way [18]** 2279/8
2333/21 2334/23
2334/24 2336/16
2338/3 2359/7 2373/4
2383/23 2389/19
2389/19 2390/16
2390/20 2394/7

2457

**way... [4]** 2397/25 2401/23 2419/1 2422/20
**we [230]**
**we will [9]** 2287/11 2291/16 2373/8 2373/17 2373/18 2392/8 2392/22 2405/5 2409/17
**we'd [2]** 2336/17 2338/16
**we'll [12]** 2276/20 2291/17 2319/7 2333/2 2339/6 2374/11 2385/10 2392/8 2392/21 2397/25 2424/8 2428/6
**we're [28]** 2278/4 2279/10 2279/11 2280/12 2281/5 2285/3 2289/4 2289/14 2290/19 2291/15 2292/19 2295/15 2295/24 2296/25 2298/25 2299/11 2305/2 2305/11 2306/17 2316/25 2324/16 2327/3 2334/23 2343/6 2354/12 2361/14 2379/19 2406/12
**we've [10]** 2297/9 2300/11 2315/17 2338/10 2350/22 2354/8 2360/21 2361/19 2393/2 2427/24
**website [1]** 2370/24
**wedding [1]** 2395/25
**week [10]** 2277/19 2299/10 2304/25 2338/7 2364/6 2364/7 2373/24 2419/2 2419/4 2424/11
**week-long [1]** 2419/2
**weekend [3]** 2277/16 2292/25 2300/8
**welcome [3]** 2300/7 2374/18 2375/2
**well [45]** 2281/15 2286/20 2290/8 2290/23 2292/11 2292/12 2294/20 2296/2 2296/15 2296/15 2306/22 2307/16 2308/1 2312/2 2314/2 2314/5 2325/10 2333/6 2333/19 2337/14 2338/3 2338/5 2342/10 2346/1 2346/25 2350/15 2350/25 2353/1 2356/4 2367/22 2376/11 2376/22 2377/11 2377/14 2380/5 2384/16 2394/21 2395/22 2404/7

2411/13 2419/14 2423/2 2427/16
**went [13]** 2303/23 2306/3 2308/19 2379/10 2379/11 2379/11 2379/12 2379/13 2383/13 2383/14 2387/8 2420/17 2427/1
**were [94]** 2277/18 2278/12 2278/13 2278/20 2284/11 2285/24 2288/11 2288/25 2290/13 2291/6 2291/11 2292/2 2292/24 2293/15 2293/17 2293/17 2294/2 2294/4 2295/16 2301/6 2303/10 2303/12 2304/9 2304/17 2305/10 2305/15 2305/18 2306/11 2306/14 2307/25 2308/2 2308/4 2308/22 2309/11 2309/15 2309/19 2309/20 2309/22 2309/23 2310/13 2310/17 2311/24 2317/8 2317/16 2328/19 2329/2 2329/10 2329/12 2329/25 2330/3 2330/4 2330/5 2330/6 2330/16 2330/17 2340/11 2341/2 2342/15 2344/3 2354/7 2355/3 2355/3 2356/3 2356/9 2359/9 2360/9 2362/12 2362/15 2368/16 2368/20 2369/14 2369/19 2369/21 2370/1 2376/8 2381/22 2386/25 2387/1 2387/15 2389/24 2394/10 2394/18 2394/19 2394/19 2395/2 2400/17 2407/5 2411/1 2412/5 2416/18 2416/22 2419/25 2421/23 2427/7
**weren't [2]** 2361/17 2361/17
**West [1]** 2341/23
**West Virginia [1]** 2341/23
**Western [1]** 2401/13
**what [208]**
**what's [16]** 2284/19 2285/7 2292/11 2316/21 2317/4 2317/25 2333/1 2333/15 2339/16 2347/5 2358/23 2372/9 2400/8 2401/5 2401/22 2404/13
**whatever [6]** 2281/22

2338/24 2339/15 2426/8
**whatnot [1]** 2419/24
**WhatsApp [10]** 2313/22 2313/24 2314/1 2314/2 2314/5 2314/6 2314/8 2314/9 2314/15 2314/25
**when [70]** 2281/22 2283/5 2286/22 2287/23 2288/18 2289/25 2295/1 2302/14 2302/14 2303/3 2304/19 2304/20 2305/19 2306/23 2306/25 2307/1 2309/2 2309/6 2313/1 2315/5 2315/9 2317/24 2318/10 2333/10 2340/11 2340/17 2341/7 2341/11 2341/12 2341/19 2342/9 2342/20 2344/3 2344/11 2344/11 2345/14 2346/11 2346/25 2348/8 2349/17 2349/18 2352/19 2355/16 2356/6 2359/8 2360/9 2370/1 2370/6 2370/9 2373/20 2373/22 2377/1 2377/6 2377/22 2380/19 2382/23 2383/13 2383/20 2388/6 2395/12 2395/21 2397/23 2404/4 2408/1 2408/6 2419/1 2419/21 2420/2 2424/3 2427/1
**where [34]** 2278/13 2283/2 2283/8 2287/10 2289/13 2291/23 2307/6 2307/23 2308/4 2308/6 2308/13 2323/16 2327/13 2328/15 2335/3 2354/9 2362/10 2375/17 2378/20 2378/25 2380/9 2380/21 2383/1 2389/15 2394/7 2399/22 2400/14 2404/19 2411/23 2411/24 2415/5 2417/14 2417/17 2422/20
**whether [27]** 2279/9 2279/11 2291/20 2291/22 2294/17 2294/20 2295/9 2296/12 2299/2 2313/16 2320/4 2336/8 2349/12 2354/15 2354/17 2354/19 2361/9 2362/16 2363/19 2364/13 2364/14 2367/5 2367/8

2419/12 2427/18
**which [34]** 2281/24 2284/1 2284/2 2284/2 2285/8 2287/10 2289/13 2290/18 2291/22 2292/6 2292/13 2294/18 2309/14 2310/25 2312/11 2313/14 2313/21 2318/16 2318/19 2318/21 2320/17 2323/2 2323/17 2339/3 2343/2 2343/2 2344/24 2346/20 2350/16 2350/24 2358/16 2370/18 2395/4 2395/23
**while [2]** 2373/10 2427/3
**Whiskey [1]** 2351/8
**Whiskey 62 [1]** 2351/8
**Whiteville [1]** 2413/13 2413/19
**who [67]** 2278/12 2286/21 2303/3 2304/5 2310/20 2318/11 2319/18 2319/19 2320/25 2321/15 2324/20 2326/15 2328/1 2328/19 2329/25 2330/3 2330/4 2330/5 2330/6 2334/14 2335/4 2336/10 2338/20 2366/4 2372/7 2379/2 2379/9 2380/23 2380/24 2382/12 2388/10 2390/25 2391/6 2391/11 2391/17 2391/20 2392/4 2394/4 2394/14 2394/18 2394/19 2394/19 2394/23 2395/10 2396/5 2399/6 2399/8 2401/7 2401/9 2402/20 2403/19 2407/8 2407/20 2408/9 2408/11 2409/7 2409/7 2409/12 2412/21 2413/2 2414/3 2414/16 2416/4 2416/16 2417/24 2418/1 2418/5
**who's [28]** 2280/6 2280/7 2282/5 2282/10 2285/14 2286/24 2288/18 2289/12 2290/7 2321/22 2326/20 2327/14 2327/14 2327/20 2327/20 2328/8 2328/14 2338/7 2378/18 2378/23 2381/2 2382/13 2409/5 2409/11 2412/19 2418/3 2422/7 2422/14
**whole [8]** 2293/22 2336/15 2337/9

2346/22 2419/4 2420/8
**whose [3]** 2381/15 2402/18 2415/14
**why [23]** 2280/7 2282/10 2283/8 2285/15 2286/15 2286/17 2287/24 2288/24 2289/6 2289/10 2290/7 2305/6 2358/24 2374/6 2378/14 2378/15 2403/5 2420/15 2421/1 2421/8 2424/8 2425/18 2427/17
**wild [2]** 2305/3 2305/12
**will [63]** 2279/12 2279/14 2279/14 2287/11 2288/6 2288/14 2288/17 2289/13 2291/16 2294/21 2296/9 2300/13 2322/5 2322/6 2331/6 2332/2 2332/15 2333/23 2339/1 2350/16 2352/20 2354/25 2365/20 2372/24 2373/8 2373/9 2373/10 2373/11 2373/11 2373/17 2373/18 2382/7 2384/7 2385/19 2385/19 2386/2 2386/9 2386/11 2387/20 2390/9 2392/7 2392/8 2392/9 2392/21 2392/22 2392/23 2393/20 2395/4 2396/4 2397/19 2397/24 2399/2 2401/1 2405/5 2407/13 2408/20 2409/17 2410/16 2412/10 2414/11 2415/22 2417/8 2427/11
**William [4]** 2272/16 2273/2 2429/2 2429/8
**window [2]** 2279/23 2289/7
**wise [1]** 2294/16
**wish [1]** 2414/13
**within [14]** 2281/8 2283/16 2288/14 2289/1 2289/7 2303/19 2322/3 2325/21 2326/9 2329/11 2336/10 2356/8 2356/21 2372/24
**without [8]** 2279/15 2280/8 2288/2 2294/14 2334/24 2373/8 2402/18 2402/24
**witness [32]** 2274/2 2279/13 2286/4 2300/16 2333/3 2336/24 2338/4 2338/6 2350/10 2350/12 2358/23 2361/20

**witness... [20]** 2364/23
2368/9 2374/12
2374/20 2374/24
2375/5 2378/3 2381/7
2383/16 2387/2 2389/9
2393/6 2398/10 2400/6
2404/12 2404/13
2409/24 2411/11
2415/10 2416/10
**witnesses [6]** 2274/4
2301/22 2301/22
2377/10 2377/11
2377/17
**women [1]** 2392/4
**won't [2]** 2360/7
2383/12
**Woodstock [1]** 2413/7
**Woodward [6]** 2272/2
2272/3 2277/8 2299/12
2330/24 2331/6
**words [4]** 2343/20
2371/17 2391/14
2427/14
**work [7]** 2312/25
2337/17 2346/25
2346/25 2375/17
2376/2 2376/3
**worked [4]** 2313/3
2313/7 2346/23
2347/17
**working [3]** 2301/18
2326/21 2392/11
**works [2]** 2315/17
2394/8
**world [1]** 2296/4
**worry [1]** 2333/20
**worst [2]** 2297/21
2391/19
**would [149]** 2276/5
2279/2 2280/5 2281/15
2283/1 2283/2 2283/10
2283/10 2283/14
2285/21 2286/16
2286/17 2289/16
2290/14 2291/12
2293/10 2294/7
2294/23 2295/1
2295/17 2296/4
2296/10 2297/11
2298/6 2298/6 2299/25
2303/7 2303/8 2303/13
2303/14 2303/19
2303/21 2305/17
2306/5 2307/4 2307/12
2308/23 2308/24
2309/7 2310/5 2310/7
2310/10 2310/17
2310/21 2312/3
2312/12 2313/12
2314/4 2314/13 2316/3
2316/5 2316/15
2316/24 2317/1
2317/21 2318/15
2318/19 2318/25
2319/1 2319/15
2320/11 2320/17
2321/2 2321/3 2321/16

2322/8 2322/9 2322/24
2323/10 2323/12
2323/15 2325/6
2325/14 2325/17
2326/25 2327/21
2327/22 2328/11
2328/12 2328/18
2329/5 2332/10
2334/22 2336/5 2336/9
2336/14 2336/22
2337/7 2338/17
2338/19 2338/21
2343/25 2345/9
2347/13 2349/23
2350/5 2351/1 2352/21
2352/24 2352/24
2355/13 2355/14
2356/21 2357/3 2359/9
2365/17 2367/10
2367/10 2367/19
2367/20 2375/12
2377/7 2377/17
2378/17 2380/2 2380/4
2382/20 2384/13
2385/3 2386/16 2390/6
2391/18 2393/14
2393/18 2394/10
2394/16 2394/21
2395/6 2395/17
2396/10 2401/23
2404/5 2405/23 2406/7
2407/5 2407/22 2408/7
2408/13 2408/15
2408/15 2408/17
2420/21 2423/3 2424/5
2426/10 2426/13
2427/14
**wouldn't [3]** 2286/9
2332/12 2349/25
**write [20]** 2281/13
2366/3 2391/2 2391/13
2394/6 2397/3 2401/18
2403/10 2409/14
2412/23 2413/11
2414/8 2414/23 2416/6
2418/23 2421/14
2422/1 2422/18 2423/9
2423/13
**writes [4]** 2395/12
2399/12 2403/5 2416/7
**written [1]** 2378/14
**wrong [1]** 2290/24
**wrote [1]** 2290/21
**Wyoming [2]** 2280/8
2322/21

**Y**

**y'all [1]** 2302/14
**Yahoo [1]** 2383/21
**yeah [3]** 2290/22
2291/7 2387/10
**year [1]** 2427/6
**years [6]** 2282/9
2375/22 2376/5 2376/9
2376/16 2376/22
**yes [222]**
**yesterday [5]** 2292/3

2293/1 2298/18
**yet [5]** 2287/19 2292/6
2327/18 2331/21
2332/16
**York [1]** 2322/24
**you [559]**
**you'd [2]** 2355/12
2425/16
**you'll [1]** 2351/17
**you're [40]** 2280/17
2288/22 2296/23
2302/16 2313/22
2315/24 2316/11
2317/24 2324/17
2325/22 2325/24
2327/19 2328/9 2338/9
2339/5 2339/7 2339/15
2341/8 2344/6 2346/11
2346/11 2347/20
2348/8 2348/9 2348/20
2349/8 2349/19 2355/6
2355/8 2356/12
2358/17 2358/18
2361/15 2385/8
2387/10 2388/6
2389/18 2424/5 2426/7
2427/20
**you've [16]** 2282/20
2286/7 2294/22
2297/22 2298/12
2310/18 2315/21
2317/8 2317/19
2326/15 2345/9
2345/15 2358/5
2392/10 2419/6
2419/13
**your [184]**
**Your Honor [76]**
2276/16 2276/22
2277/24 2279/19
2280/5 2280/21
2281/15 2282/18
2284/9 2285/16
2287/15 2288/5
2290/14 2290/23
2291/24 2294/7 2297/7
2298/10 2299/7 2299/8
2299/23 2316/17
2319/10 2319/11
2330/19 2330/20
2330/25 2331/13
2331/19 2332/17
2332/19 2334/18
2334/22 2335/5
2335/10 2335/15
2335/16 2336/14
2336/23 2337/13
2338/2 2339/1 2339/18
2339/22 2343/17
2344/23 2345/3 2347/4
2350/8 2350/25
2351/25 2357/1
2358/21 2359/1 2360/6
2362/4 2365/19
2367/12 2367/14
2368/12 2372/16
2374/21 2382/6

2405/5 2407/10 2417/7
2420/21 2425/3
2425/10 2425/17
2425/22 2426/4
2426/14 2427/12
**yourself [4]** 2313/7
2375/12 2377/9
2377/18

**Z**

**Zaremba [3]** 2273/2
2429/2 2429/8
**zone [5]** 2287/14
2318/11 2318/15
2323/12 2323/16
**zoom [4]** 2370/21
2371/9 2386/14 2411/6
**Zsuzsa [1]** 2272/6