IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )      CR No. 22-15
                                     )      Washington, D.C.
       vs.                           )      October 12, 2022
                                     )      9:00 a.m.
ELMER STEWART RHODES III, ET AL.,    )
                                     )      Day 9
            Defendants.              )      Morning Session
_____     )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

                                    Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SA JUSTIN ELLER | 2660 | | | |
| SA JOANNA ABRAMS | 2662 | 2705 | 2714 | |
| SA JOANNA ABRAMS | | 2706 | | |
| SA JOANNA ABRAMS | | 2707 | | |
| SA JOANNA ABRAMS | | 2710 | | |
| TERRY CUMMINGS | 2716 | 2756 | | |
| TERRY CUMMINGS | | 2773 | | |

– – –

INDEX OF EXHIBITS

| GOVERNMENT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 6803.1 | | 2666 |
| 6803.2 | | 2669 |
| 6802.3 | | 2680 |
| 6803.4 | | 2682 |
| 6803.5 | | 2685 |
| 6803.6 | | 2687 |
| 6803.7 | | 2691 |
| 6803.8 | | 2696 |
| 2607 | | 2698 |
| 6804 | | 2700 |
| 140 through 143 | | 2726 |
| 5202 | | 2738 |
| 5200 | | 2750 |

- - -

INDEX OF EXHIBITS

- - -

DEFENDANT'S                          ADMITTED

KM 08                                   2779

KM 09                                   2782

1              P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4          THE COURT:  Please be seated, everyone.

5          COURTROOM DEPUTY:  Good morning, Your Honor --

6    please be seated, everyone.

7          Good morning, Your Honor.  This is Criminal Case

8    No. 22-15, the United States of America versus Defendant No.

9    1, Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;

10   Defendant 3, Kenneth Harrelson; Defendant 4, Jessica

11   Watkins; and Defendant 10, Thomas Edward Caldwell.

12         Kate Rakoczy, Jeffrey Nestler, Alexandra Hughes,

13   and Louis Manzo for the government.

14         Phillip Linder, James Lee Bright, and Edward

15   Tarpley for Defendant Rhodes.

16         Stanley Woodward and Juli Haller for

17   Defendant Meggs.

18         Bradford Geyer for Defendant Harrelson.

19         Jonathan Crisp for Defendant Watkins.

20         And David Fischer for Defendant Caldwell.

21         All named defendants are present in the courtroom

22   for these proceedings.

23         THE COURT:  Okay, everyone.  Good morning.

24   Hopefully everybody is well.

25         I understand there are some preliminary matters

```
 1    concerning some physical evidence that may be introduced at
 2    some point today?
 3              MR. WOODWARD:  Good morning, Your Honor.
 4              THE COURT:  Good morning.
 5              MR. WOODWARD:  The government has advised that it
 6    intends to introduce certain Facebook messages.  Your Honor
 7    is familiar with these.  And we have an objection to their
 8    introduction under the rule of completeness.  I'll pull them
 9    up so Your Honor can see.  These are additional messages
10    where the context is unavailable to Mr. Meggs and so
11    Facebook does not provide the government with the messages
12    to which Mr. Meggs is posting a response.
13              JC, if I can impose upon you, maybe this is now up
14    on the screen here.
15              So we have a Facebook business record.  This is
16    Government's Exhibit 6868.2.  We see that, as part of the
17    exhibit, Mr. Meggs is doing some searches.  Mr. Meggs also
18    apparently posts this image.  We would separately object to
19    the image as being irrelevant and unfairly prejudicial.
20              And then later on here, there are comments that
21    Mr. Meggs is posting, but the government has not provided --
22              THE COURT:  Can you go back to the image?
23              MR. WOODWARD:  Yes, Your Honor.  "Apparently Home
24    Depot sells everything we need to build a guillotine."  And
25    so I think that the prejudice of this picture speaks for
```

 1    itself.  I won't belabor the point.

 2              THE COURT:  What's the date of the posting?

 3              MR. WOODWARD:  The date of posting of the image,

 4    Your Honor, is December 23rd of 2020.  I'm sure the

 5    government will point out that after posting this image,

 6    Mr. Meggs writes, "We need to get these politicians and let

 7    them know who runs this country."

 8              Again, our concern is that we don't have all of

 9    the content here.  We don't know what Mr. Meggs is

10    responding to, we don't know what others may have written or

11    said.

12              While I'm not able to identify for the Court a

13    case that addresses electronic evidence of this nature,

14    there is precedent for the exclusion of evidence, where the

15    rule of completeness cannot be satisfied.  And so in the --

16    where the government had presented a recording, for example,

17    that is partially destroyed or inaudible, it is well within

18    the Court's discretion to suppress such evidence or preclude

19    the admission of such evidence because it is misleading.

20              To provide Your Honor with a case cite, we would

21    note that -- we'd note, two, *United States versus Abroms*,

22    A-b-r-o-m-s, 947 F.2d 1241, that's out of the Fifth Circuit,

23    and *United States versus Devous*, or *Devos*, D-e-v-o-u-s, 764

24    F.2d 1349.  And that's out of the Tenth Circuit.

25              The point is, Your Honor, the government, of

course, can elicit testimony to the effect that there is
missing content here, but we don't know what that content
is.  And because of the way the records are provided to us,
presenting these posts out of context would be unfair to
Mr. Meggs, and so we'd ask that the Court not permit their
admission through its agent today.

There are some physical evidentiary objections we
have, but if the Court wants to take those now or deal with
Facebook first.

THE COURT:  Yeah, let's just take these one at a
time.

MR. WOODWARD:  Yeah.

THE COURT:  Well, so I guess -- can the government
shed some light on what it understands to be the way in
which these appear on Facebook.

MR. NESTLER:  Yes, Your Honor.

First of all, the fact that Mr. Meggs is
commenting on someone else's post is irrelevant.  If
Mr. Woodward would prefer, we can elide that and redact that
portion.

What's relevant is that Mr. Meggs, and these are
actually in reverse chronological order, the way they come
from Facebook.  So Mr. Meggs on December 23rd writes, "We
need get these politicians and let them know who runs this
country."  And then within seconds he posts a photo.  As

```
1    we'll hear from a Facebook representative and an FBI agent,
2    you can't post a photo and write the text at the same time.
3    So that's why the text and the photo were in separate posts
4    basically.
5              But our position is that they run together and
6    that they are two and the same.  And you see it said 16:58.
7    53 is the post, is the text, and then he posts this picture
8    of a guillotine.
9              And you can see the time 16:59:15, so just a few
10   seconds later.
11             So this is December 23rd and this is Kelly Meggs,
12   an expression of his own intent, which is to obviously harm
13   politicians.  Highly probative.  We understand that there's
14   prejudice to the defense.
15             THE COURT:  I'm sorry, can you just help me orient
16   myself?
17             MR. NESTLER:  Sure.
18             THE COURT:  So am I -- in other words, from a
19   chronological standpoint as you go up, in other words, I'm
20   looking at page 1.  Are those the latest-in-time posts?
21             MR. NESTLER:  Yes.
22             THE COURT:  All right.  So if we look at page 2.
23             MR. NESTLER:  So page 2 is just the photo.
24             THE COURT:  Right.
25             MR. NESTLER:  This photo was attached to this
```

1     metadata that you see here on page 1.

2               THE COURT:  Right.  Okay.

3               So that is posted at -- on 12/23 at, what is that,

4     12:59 p.m., we think, or is that five hours off of UTC.

5               MR. NESTLER:  11:59 p.m. -- it's 11:59 a.m.

6               THE COURT:  11:59, I'm sorry, right, 11:59 a.m.

7     Okay.

8               And when's the prior posting to that?  That is.

9               MR. NESTLER:  It's at 11:58 and 53 seconds.

10              THE COURT:  Mr. Meggs comments, "We need to get

11    these politicians and let them know who runs the country."

12    So if that were in response to someone else's post or

13    comment, is there any way to know that based upon --

14              MR. NESTLER:  It is in response to someone else's

15    post, because Mr. Meggs is commenting.

16              THE COURT:  Okay.

17              MR. NESTLER:  So if you see here, it says, "Type

18    comments."

19              THE COURT:  I see.  All right.

20              MR. NESTLER:  Now, because of the way Facebook

21    complies with search warrants, Facebook does not provide the

22    underlying message.  So if it was a direct message thread

23    between Mr. Meggs and somebody else, Facebook would have

24    provided both parties' comments or both parties' posts,

25    communications, messages.  But because Mr. Meggs is just

```
1   commenting on what someone else put out there online on
2   their own page or something else, this, I suppose in
3   Facebook's eyes, stands alone.  So Mr. Meggs writes this
4   comment.
5              THE COURT:  And can I ask, is there a way to
6   discern whether -- you'll have to forgive me, because I will
7   be showing my ignorance because I've never had a Facebook
8   account; but I understand you can sort of respond to what
9   somebody else who you follow posts and you could
10  alternatively sort of directly respond to someone similar to
11  like a direct message.
12             MR. NESTLER:  Correct.
13             THE COURT:  Now, is there a way to discern which
14  of those two this posting reflects?
15             MR. NESTLER:  There are likely is.  I'm not aware
16  of that right now.  We do have a representative from
17  Facebook intending to testify here and we could elicit those
18  facts as necessary.
19             My assumption from looking at this is that this is
20  more of a public comment than it is a direct comment,
21  because if it was in a direct message, it would be in the
22  direct message, I guess, portion of the search warrant
23  return.  And Mr. Meggs has many direct messages from other
24  people.  This is in a different section that Facebook
25  provided for Mr. Meggs' comments.  Typically those would be
```

 1   on other people's sort of home pages, someone who posted.

 2           THE COURT:  That's why I'm asking, because if this

 3   is a response directly in a direct message, then that seems

 4   to me to be of a different quality, particularly if the

 5   original message to which he's responding is something

 6   that's directed to Mr. Meggs or a group within which he

 7   is -- a smaller group in which he is a participant?

 8           MR. NESTLER:  It was not made as part of a direct

 9   message.

10           THE COURT:  Okay.

11           MR. NESTLER:  So we have the entire Facebook

12   search warrant return.  This text and this photograph were

13   not located in a direct message conversation, and we have, I

14   don't know, many direct message conversations.  So this was,

15   by process of elimination, not a direct message

16   correspondence.

17           THE COURT:  Okay.

18           So this is something that he follows somebody or

19   has seen something and this is his response to whatever

20   somebody else has posted.

21           MR. NESTLER:  Correct.

22           THE COURT:  Okay.

23           MR. NESTLER:  And, again, we are comfortable

24   getting rid of the idea that he was commenting on something.

25   What's relevant is his own words and the photograph that he

1   posted.

2           THE COURT:  Okay.

3           MR. WOODWARD:  We don't disagree with the

4   government's characterization of the message.  It is not a

5   direct communication with somebody else, we appreciate the

6   Court's drawing that distinction.  It is, however, in

7   response to something.  And so for purposes of the record,

8   when one comments in response to someone else's post, they

9   are directly communicating with that person.  It is also

10  true that they are communicating in a way that is visible to

11  the world.

12          THE COURT:  Right.

13          But I mean, that's really the key distinction is

14  that when somebody posts something in a way that this has,

15  it's not a direct communication -- well, let's put it this

16  way.  It's not exclusively or solely a direct communication

17  with the person to whom they're responding.  This is a

18  public post visible to anyone, assuming that the original --

19  assuming that both Facebook accounts are public accounts.

20  And is there any reason to think that --

21          MR. WOODWARD:  I don't know.

22          THE COURT:  -- these were not public accounts?

23          MR. WOODWARD:  It may not have been a public

24  account.  I can't represent to the Court that it was not

25  available to the public.

1           We would submit that that is not the determining

2    factor, FRA 106 --

3           THE COURT:  No.  I understand it's not the

4    determining factor, but it's a factor.  And if Mr. Meggs is

5    posting something publicly, it seems to me to, frankly,

6    diminish the need to establish "context" when this is

7    clearly probative of his state of mind.  I mean, your view

8    may be this is sort of satirical and --

9           MR. WOODWARD:  Rhetoric.

10          THE COURT:  And it's just that, but that's one

11   view, and ultimately it's the jury's decision how to view

12   this.  I mean, it's not clear to me how -- what the context

13   would be, particularly since your view is this is rhetoric

14   or satirical, it's not something that is actually something

15   that requires an original posting to understand the

16   response.

17          MR. WOODWARD:  We don't know what we don't know,

18   Your Honor.

19          THE COURT:  Sure.

20          MR. WOODWARD:  This is the United States of

21   America.  The idea that they cannot call Facebook and find

22   out what message this was posted in response to, that's just

23   not tenable to us.  We appreciate that Facebook provides its

24   subpoena responses in the way that it does, but it's

25   Facebook.  They have access to all of this content.  If we

1     ask them, we're sure that they can get the message.  The

2     government didn't do that and it should be held to the

3     standard that FRA 106 requires.  If they can't complete the

4     communication, then it ought not to be admissible as

5     potentially --

6                 THE COURT:  But, again, I think, you are --

7     I'm going to look at your cases, but it's not clear to me

8     it's a, "communication," which is why I think the

9     distinction that's being made here is an important one.

10                 If somebody says something on Facebook and

11    Mr. Meggs just decides to respond, that is a very different

12    action, it seems to me, than someone who is directly

13    responding to a communication from someone else that is

14    directed to Mr. Meggs.

15                 So if I'm on Facebook and somebody has posted

16    something that's funny, witty, what have you, or something

17    that is provocative and I simply just respond to that,

18    I mean, for example, we don't even know if Mr. Meggs had a

19    relationship with whoever the original -- to whomever he was

20    commenting.

21                 MR. WOODWARD:  Isn't that the point?  That we

22    don't know, right?  And we don't know --

23                 THE COURT:  Well, it's part of the point.

24                 But my point to you is that if this is simply a

25    posting by him on a public -- in a public manner that's not

1    a direct response to somebody who's making an inquiry of

2    him, it seems to me that the need for completeness is

3    diminished rather greatly than if the circumstances were

4    different.

5            MR. WOODWARD:  We appreciate the Court's

6    distinction, and, of course, respectfully disagree.

7            But we just don't know what we don't know.  And

8    the digital age invites this kind of scrutiny and we don't

9    think that the government has a legitimate excuse for not

10   providing Mr. Meggs with all of the content that Facebook

11   has.  Facebook has this information, the government could

12   have accessed it and did not.

13           THE COURT:  Well, let me ask Mr. Nestler.  I mean,

14   how difficult would it be to subpoena Facebook to get this

15   information?

16           MR. NESTLER:  Well, it's content.  So a subpoena

17   would not suffice.  We would need a search warrant to obtain

18   the information.

19           And I don't know the --

20           THE COURT:  You would need a search warrant to

21   obtain --

22           MR. NESTLER:  Content.

23           THE COURT:  -- content of someone else's --

24           MR. NESTLER:  Of anyone's.

25           THE COURT:  -- Facebook page.  I guess that's

1    right.

2              MR. NESTLER:  We would need a search warrant to

3    obtain anyone's content.  And Facebook -- well, 2703 has its

4    own body of case law, and Facebook has many of lawyers, and

5    Facebook, in response to standard search warrants served by

6    the government, does not provide underlying comments

7    because -- I don't want to speak for Facebook but

8    I understand that they interpret 2703 and our standard

9    language and rider to our search warrants to not include

10   content from other individuals that are not directly

11   interacting with the target of the search warrant, which is

12   why we get the full message threads but we don't get the

13   underlying photograph or post that the target has commented

14   on.

15             THE COURT:  Okay.

16             All right.  When's the government intending to

17   introduce this?

18             MR. NESTLER:  Later today, Your Honor.  Probably

19   this afternoon.

20             THE COURT:  Okay.

21             Mr. Woodward, can you just confirm the citations

22   for me so I have an opportunity to review them?

23             MR. WOODWARD:  Yes.

24             From the Fifth Circuit -- just for the record, we

25   would note that it is not a photograph, it is a meme.

```
 1    I don't know how to spell that.  He did not create it.  He's
 2    re-posting it.  I don't know that that's what Your Honor
 3    is -- I don't know, Your Honor thought otherwise.  But
 4    there's no evidence that he created this.
 5              THE COURT:  No, I figured as much.  I figured this
 6    was something that was out there and he just cut and pasted,
 7    or however it works, to just, you know, post it.
 8              MR. WOODWARD:  The two cases we cited earlier are
 9    United States v. Abroms, A-b-r-o-m-s, 947 F.2d 1241;
10    United States v. Devous, D-e-v-o-u-s, 764 F.2d 1349.
11              You know, we're not persuaded by the government's
12    concern about obtaining a search warrant.  We're in trial,
13    there's a judge here.  You know, if Facebook wants to come
14    in and explain why the message that Mr. Meggs is responding
15    to is not at all relevant in this trial, it sounds like
16    they're going to be here anyway.  The FBI is going to
17    testify throughout the trial, so the idea that it needs to
18    be admitted today, despite the fact that there would be
19    context that might be -- I'm not sure this is something we'd
20    want to get into in front of the jury, but if Facebook is
21    coming, then they can defend the scope of their search
22    warrant response to the Court.  This is one where we can't
23    unring the bell.  When the jury sees this, they are going to
24    associate it with Mr. Meggs.
25              I think the other reason why context is important
```

1  here is because we presume the government seeks to admit

2  this as against all of the defendants and not just

3  Mr. Meggs.  And so it's especially prejudicial for everyone

4  who had no role in creating, posting, or otherwise

5  disseminating --

6        THE COURT:  Well, that latter issue is more easily

7  resolved.  It's not clear to me that this is a statement in

8  furtherance of the conspiracy, but I don't know what the

9  government's view is on that.

10        MR. NESTLER:  Correct, it's a statement of intent

11  by Mr. Meggs'.

12        THE COURT:  Right.

13        But to put a point on it, you're not seeking to

14  admit this against the other defendants?

15        MR. NESTLER:  We are.  Mr. Meggs' statement of

16  intent during the time of the conspiracy is relevant

17  evidence of the intent of all of the defendants during the

18  time of the conspiracy.

19        And to be clear about it, Your Honor, this post

20  was made on December 23rd.  On December 22nd, 23rd, 24th,

21  Mr. Meggs is posting on Facebook to other individuals about

22  plans to go to D.C. and what they plan to do while they're

23  in D.C., including statements evocative of violence, which

24  we're going to be introducing through this Special Agent

25  later this afternoon.  This is all part and parcel of the

1    same thing.

2            MR. WOODWARD:  If it's not admissible under FRE

3    80 -- co-conspirator exception, forgive me for remembering

4    the number, then it's not admissible as against the

5    conspiracy.  The government can't bootstrap a statement as

6    against a conspiracy by claiming that it's an admission of a

7    party-opponent and then admitting that as against all of the

8    conspirators.

9            THE COURT:  I don't think that's what I heard

10   Mr. Nestler say.  He's not saying this is a statement of a

11   party-opponent.  It's, what, 803(3) --

12           MR. NESTLER:  Correct.

13           Admissions of party opponents, we will concede

14   after the time of the conspiracy as to their past conduct,

15   would be admissible against those defendants.  But other

16   hearsay exceptions, like statements against interest and

17   statements of future intent.

18           THE COURT:  Right.  I mean, this is an 803(3),

19   then existing mental, emotional or physical condition, a

20   statement of the declarant's then existing state of mind,

21   such as motive, intent, or plan, or emotional, sensory or

22   physical condition or -- meet the exception.

23           All right.  Well, look, let's -- we'll deal with

24   this is this afternoon after I've got a chance to look at

25   the cases.

1          MR. NESTLER:  Yes, Your Honor.

2          And I believe Mr. Woodward had physical evidence

3    issues to address also.

4          MR. WOODWARD:  Your Honor, the government is

5    intending today to introduce --

6          (Pause)

7          THE COURT:  Okay.  All right.

8          So what else do we need to do before we bring the

9    jury in, or can we wait until later on in the day to...

10          MR. NESTLER:  The Court's brief indulgence.

11          (Counsel conferred off the record.)

12          MR. WOODWARD:  Your Honor, the government is

13    intending to admit firearms in evidence today.  And as the

14    Court is aware, we have held the government to its burden to

15    authenticate such items of evidence.  We understand that the

16    only way to authenticate certain firearms that were obtained

17    and are alleged to belong to co-defendants Dolan and

18    Moerschel is through hearsay evidence.  And so we object to

19    their introduction absent the government's ability to

20    properly authenticate those items.  It doesn't have

21    evidence -- I don't understand that it has evidence other

22    than hearsay.

23          MR. NESTLER:  We disagree about the hearsay issue

24    that Mr. Woodward raised.

25          So Mr. Dolan's firearms, as Your Honor may recall,

```
 1   Your Honor ordered Mr. Dolan on the record and in a court
 2   filing, which Your Honor could take judicial notice of, to
 3   produce all of his firearms to his Pretrial Services
 4   Officer.
 5           He did and then the FBI collected those firearms
 6   from his Pretrial Services Officer and logged them on in an
 7   FBI evidence log and they've now been -- that was a Miami
 8   division and that's been shipped up to D.C.
 9           So an FBI agent from Florida, not the FBI agent
10   who personally collected them, would indicate that, one, the
11   Court ordered Mr. Dolan to turn his firearms in.  And then,
12   two, an FBI evidence log indicates that these firearms and
13   related firearms accessories were collected by the FBI
14   agents in Miami.  So we don't see the hearsay issue there
15   for Mr. Dolan.
16           For Mr. Moerschel -- I'm sorry, do you want me to
17   pause there, Your Honor?
18           THE COURT:  No, I'm just thinking it through.
19           I mean, I gather what Mr. Woodward's concern is
20   that the FBI agent saying -- I mean, I suppose the FBI agent
21   could testify that the Court issued an order and that he
22   then received the firearms from Pretrial Services and that
23   the Pretrial Services Officer to his understanding was
24   Mr. Moerschel's Pretrial Services agent.  I suppose he could
25   not testify that the Pretrial Services Officer, in fact,
```

1    received the firearms from Mr. Dolan, because that would be

2    hearsay.

3              MR. NESTLER:  Correct, and we agree that there's a

4    break in the chain there and that would go to weight, not

5    admissibility, and Your Honor was clear we could pull up the

6    transcript in the order about the date he had to turn it in

7    by and who he had to provide them to, and then we could have

8    the FBI log saying that an FBI agent from Miami collected

9    those firearms -- collected firearms from Mr. Dolan's

10   Pretrial Services Officer.

11             And so we offered a stipulation, the defense

12   doesn't want one, that's fine, but we can make the

13   evidentiary showing without -- well, without using hearsay.

14             MR. WOODWARD:  We were surprised to learn that the

15   government may not expect Mr. Dolan to testify.  That's

16   obviously the way to authenticate the firearms.  The

17   government seized the items the way it did, that's its

18   investigative prerogative.  We're not -- this is not about

19   chain of custody insofar as the -- we would be arguing about

20   the weight of the evidence.  This is about whether those

21   items actually belonged to Mr. Dolan and the government can

22   prove.

23             This issue grows when we talk about why the

24   government is seeking to admit the items.  The Court's aware

25   that this is not a gun case.  This is not a case where any

1    illegal possession or use of firearm -- well, I'm going --

2    I'm not going to take that too far -- possession of firearms

3    is being alleged.  The government is then going to say that

4    these particular firearms were present at a hotel for the

5    QRF on January 6th.  It cannot prove that those particular

6    firearms were present at the hotel.  And so there's a lot of

7    inferences that are going to come into play because

8    Mr. Dolan owned firearms.

9            And so absent his testimony that those are his

10   firearms, the government cannot authenticate, cannot

11   establish that the firearms belong to him.

12           THE COURT:  So what if the Pretrial Services

13   Officer came in and testified that "I received these

14   firearms from Mr. Dolan."

15           MR. WOODWARD:  That doesn't establish that they

16   belonged to Mr. Dolan.

17           THE COURT:  Sure, they do.  He walked in with

18   them, turned them in.

19           MR. WOODWARD:  I think --

20           THE COURT:  You can get up and argue that those

21   really aren't his and he turned in somebody else's firearms.

22           MR. WOODWARD:  That's correct.

23           THE COURT:  That would seem to me not a terribly

24   convincing argument.

25           MR. WOODWARD:  We appreciate Your Honor's

1    perspective always.

2              But we don't believe that Pretrial Services

3    testifying that any firearm that was provided to Pretrial

4    Services is sufficient to provide -- to authenticate those

5    items as having belonged to Mr. Dolan.

6              THE COURT:  I don't think that's right.  All

7    Pretrial Services would have to do is say "Mr. Dolan

8    delivered the following firearms to me on a certain date,"

9    and that establishes that these were good firearms delivered

10   by Mr. Dolan pursuant to a court order.

11             Now, if you want to then get up and argue that we

12   don't really know that these were, in fact, Mr. Dolan's

13   firearms and they could have belonged to somebody else and

14   he was turning in firearms that really weren't subject to

15   the court order, I guess you could try that.  But it doesn't

16   seem to me that that would be a terribly fruitful way for

17   you to go.

18             But if what you're insisting is the government

19   find the Pretrial Services agent, bring that person in to

20   say these are the firearms that I received from Mr. Dolan,

21   I suppose that's what they'll need to do.

22             MR. WOODWARD:  I don't think we would make the

23   government or the Court go through that exercise.

24             THE COURT:  Okay.  Then what are we fighting

25   about?

1            MR. WOODWARD:  I think maybe then transitioning to

2    Mr. Moerschel, I think the argument may be a bit more

3    convincing because in that case, Mr. Moerschel did not

4    provide the firearms, his attorney provided the firearms

5    after Mr. Nestler advised the attorney that he would obtain

6    a subpoena forthwith if the firearms were not voluntarily

7    turned over to the FBI.  So there's a lot more context.

8            THE COURT:  So do we need to call the lawyer in to

9    testify now?

10            MR. NESTLER:  Again, so my statement to the lawyer

11    is not hearsay, it's a directive, or a request, depending on

12    how one interprets it.

13            And the lawyer, in response to my statement,

14    provided a firearm and firearm accessories to an FBI agent

15    in Fort Myers, Florida.

16            So we can have the FBI agent in Fort Myers,

17    Florida, and in and testify that these firearms are provided

18    on this date and time from this lawyer, or we could reach a

19    stipulation which we offered, or we could just have our

20    Florida FBI agent, who we plan to testify later today, a

21    different agent, say that an FBI evidence log indicates that

22    these firearms were collected from Mr. Moerschel's lawyer on

23    X date.

24            It's the equivalent of having the FBI execute a

25    search warrant on someone's house.

1            THE COURT:  No, I'm not disputing that.

2            I mean if -- look, I think, you know, all they

3     have got to do is lay the predicate by a preponderance of

4     the evidence that the objects belong to the person that they

5     purport to belong to.

6            And if what the testimony is going to be is that

7     there was a government directive to Mr. Moerschel's counsel

8     or Mr. Moerschel to turn over the firearms and they have an

9     FBI agent who will then say, shortly after that directive

10    was issued, that they collected firearms from

11    Mr. Moerschel's lawyer, I think that's sufficient to lay the

12    foundation for admissibility that these were Mr. Moerschel's

13    guns.

14            Now, you know, again, you're welcome to

15    cross-examine the FBI agent that you don't really know

16    whether these came from Mr. Moerschel, but, again,

17    I'm not sure that's terribly fruitful.

18            MR. WOODWARD:  No, Your Honor.  Again, this is not

19    for us about weight, this is about admissibility.

20            THE COURT:  Right.

21            MR. WOODWARD:  If the Court is prepared to

22    overrule our objection, we'll simply say for the record, our

23    preference would be that the FBI agent, as Mr. Nestler

24    proposes, testifies that these guns were received.  We don't

25    want the government to be reading a stipulation about the

1    seizure of firearms.  We've made our objection for the

2    record.  We think that those items are inadmissible absent

3    direct knowledge that they belong to the individuals in

4    question, which the government, I think, agrees it cannot

5    provide.  The Court's, of course, free to overrule our

6    objection and then we would ask --

7                THE COURT:  But I guess the question is, how is

8    this any different than a search warrant?  In other words,

9    find guns in somebody's home, you don't need the owner of

10   the home to come in and say, yeah, these are my guns.  In

11   fact, oftentimes the person won't do that because they've

12   got a Fifth Amendment privilege, right.  Instead, you get

13   the agent to come in and say, we found this in somebody's

14   home and then the inference has to be drawn by the jury that

15   the guns, in fact, belong to the particular person.  And so

16   I'm not sure why this is any different than that.

17               MR. WOODWARD:  Well, I think there's usually an

18   extra layer.

19               To the extent that the ownership is contested,

20   right, because often gun cases don't involve clear chain of

21   custody, then usually the government will come in and

22   provide additional circumstantial evidence to suggest that

23   the defendant is, in fact, a resident there.  So mail matter

24   or other indicia of reliability to suggest that the weapons

25   were seized from the place of residence of the defendant.

1          THE COURT:  Right.  It's hard for me to suspect

2    that there's a whole lot more that's an indicia of

3    reliability, than, for example, Mr. Moerschel, in fact,

4    having his lawyer turn guns over.  I mean, that's fairly

5    strong evidence that they belong to Mr. Moerschel.

6          MR. WOODWARD:  But now we're conflating the two

7    issues.

8          The question is what evidence is required of the

9    government to authenticate --

10          THE COURT:  Right.

11          MR. WOODWARD:  -- a particular physical item.

12          THE COURT:  Right.  And all they're authenticating

13    is that these were the items that were turned over by

14    Mr. Moerschel's lawyer.

15          MR. WOODWARD:  And our position is the only way

16    for the government to do that is to rely on hearsay

17    evidence.  Mr. Moerschel's lawyer told us that these were

18    Mr. Moerschel's firearms, and that's hearsay.

19          THE COURT:  Again, this is a question of

20    admissibility, and I think, I think, I'm quite confident,

21    that you can rely on hearsay to establish grounds for

22    admissibility.

23          MR. WOODWARD:  We won't belabor the point.

24          THE COURT:  I think that's -- I don't -- do you

25    disagree with that?

1          MR. WOODWARD:  I do, but I don't have a case, so

2    I'll go over and do a little quick research.

3          THE COURT:  Questions of admissibility can rely on

4    hearsay.  And, you know, obviously the reliability of the

5    hearsay is relevant, but, you know, I don't think I am

6    barred from considering hearsay as a foundational matter to

7    determine whether something is admissible or not.

8          MR. WOODWARD:  I'll look.

9          Mr. Nestler agrees with you.  I trust his --

10         MR. NESTLER:  It's easy to agree with you,

11   Your Honor.

12         MR. WOODWARD:  I'll look very quickly.

13         THE COURT:  Take a look.

14         MR. WOODWARD:  I don't think he's going to put

15   these on first.

16         MR. NESTLER:  No, no.  This is going to be this

17   afternoon.

18         THE COURT:  Let's line the jury up.

19         MR. NESTLER:  Just to be clear, the FBI agent who

20   collected the guns from Mr. Moerschel's lawyer and the FBI

21   agent who collected the guns from Mr. Dolan's Pretrial

22   Services Officer, we were not intending to call because we

23   thought it would not be particularly relevant.  We were

24   having a different FBI agent summarize his review of the

25   records that he saw in the FBI's files.  And so that's

1    another issue we wanted to make sure the Court and counsel

2    were you aware of, if there was an objection to that, we can

3    get these two FBI agents up here from Florida at some point

4    to testify.  We didn't think it would be particularly

5    helpful, but we wanted flagged that issue.

6            MR. WOODWARD:  I think that for purposes of the

7    record, I don't know if it's your burden -- if the

8    government's burden or defense counsels' burden, but the

9    offer of proof would be that these agents would testify that

10   they received the firearms and that they understood the

11   firearms to belong to the individuals in question.

12           Our objection is that that testimony is hearsay

13   and that the Court cannot rely on that in --

14           THE COURT:  But that's a different issue.

15           The question is, are you insisting that the

16   government bring the agents up?  And if the answer is yes,

17   then we'll bring them up.  But you cannot stand on an

18   objection that the testifying agent is relying upon

19   documentary evidence to establish that these were weapons

20   that were obtained from a different FBI agent who collected

21   them from a third party.  So if we've got to call the agents

22   up, we'll call the agents up.  Or you're going to stand down

23   on that objection.  So which is it?

24           MR. WOODWARD:  Well, if Your Honor is not prepared

25   to -- we don't desire to call the agents up simply to be

1    overruled by Your Honor for our objection.

2            THE COURT:  Well, but, again, these are not --

3    that's not -- that's a separate issue, okay?  They're not

4    being called up on the ultimate issue of whether these can

5    be established and argued to belong to other

6    co-conspirators.  They're simply getting called to say this

7    is what we collected from this individual.  And if you're

8    insisting that that person, the collecting agent, much in

9    the way that a search warrant agent who finds the weapon in

10   a home, is one way of bringing a weapon in, then we'll have

11   to do that.

12           The alternative is to say, look, I was the

13   property agent on a search warrant and I recorded this

14   weapon that another agent gave me, and that's effectively

15   what the government is seeking to do.  So if you have a

16   problem with that latter approach, then we've got to bring

17   the agents in from Florida.

18           MR. WOODWARD:  So I'm not -- I apologize for my

19   confusion.

20           We were not interested in a fruitless exercise.

21   Our objection is the government's, we submit, inability to

22   authenticate the items absent hearsay testimony.

23           We hear the Court to be skeptical of that

24   objection.  If the Court is, in fact, going to overrule such

25   an objection, then we won't insist that the so-called

1    seizing agents come and testify.  But if the Court is not

2    prepared to overrule the objection absent the seizing

3    agents, then maybe we do need them to come and testify.

4    I'm not sure if I'm being clear.

5              THE COURT:  Well, let's put it this way.  If what

6    you're asking me is your original objection that the

7    admissibility of this evidence turns on hearsay, prevents it

8    from being admitted, I'm inclined to overrule that

9    objection, because I do -- I think I can rely on -- well,

10   I can rely on hearsay -- let's put it this way.

11             The agent can come in and say, this was turned

12   over by this third particular party, this third party, and

13   this is the third party's relationship to the person who the

14   government contends owns the weapon.  That, I think, is

15   enough to lay the foundation to get it in, and then the

16   government can argue that these belong to Mr. Moerschel or

17   Mr. Dolan, you've heard, ladies and gentlemen, because

18   they're Pretrial Services Officer turned them in their

19   pursuant to a court order or pursuant to a directive of the

20   government to counsel.  So in terms of admissibility,

21   I think they've laid the foundation and they're good to go.

22             MR. WOODWARD:  Okay.

23             THE COURT:  But I'll confirm that based upon my

24   understanding that they can sort of rely on --

25             MR. WOODWARD:  We'll share it as well if I find a

1    case.

2              THE COURT:  -- what you call hearsay.

3              MR. NESTLER:  Thank you, Your Honor.

4              COURTROOM DEPUTY:  Jury panel.

5              (Jury entered the courtroom.)

6              THE COURT:  All right.  Please be seated,

7    everyone.

8              Ladies and gentlemen, good morning.  Once again,

9    apologies for the late start.  We had some preliminary

10   matters we needed to deal with but we are now ready to go.

11             Ms. Hughes.

12             MS. HUGHES:  Thank you, Your Honor.  The

13   government recalls Special Agent Justin Eller.

14             THE COURT:  Mr. Woodward, take a look at Rule

15   104(a).

16             MR. WOODWARD:  Yes, sir.

17                        - - -

18   SA JUSTIN ELLER, WITNESS FOR THE GOVERNMENT, HAVING BEEN

19   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

20   FOLLOWS:

21                  DIRECT EXAMINATION (CONTINUED)

22   BY MS. HUGHES:

23      Q    Good morning, Special Agent.

24      A    Good morning, ma'am.

25      Q    If we could pull up what was conditionally

1    admitted, Government's Exhibit 1.S.672298.

2          Permission to admit and publish -- or permission

3    to publish, rather.

4          Special Agent Eller, you were asked some questions

5    about this message yesterday?

6    A   Yes, ma'am.

7    Q   And there's a reference in this message to someone

8    named Kelly.  Do you see that in the message?

9    A   Yes, ma'am.

10    Q   What is your understanding about who this Kelly is

11    in the context of this message?

12    A   My understanding this would be Kellye SoRelle.

13    It's just missing -- it would be K-e-l-l-y-e, I believe, is

14    the spelling of the name.

15    Q   Correct.  Thank you, Special Agent Eller.

16          And so when it says, "Hey, Stewart, I just read

17    the second part of your letter," is your understanding that

18    when there's a reference to you and Kelly, that Kelly is

19    Kellye SoRelle?

20    A   Yes, ma'am.

21    Q   Thank, Special Agent Eller.

22          THE COURT:  All right.  Special Agent Eller,

23    thank you for your testimony.  You may step down.

24          THE WITNESS:  Thank you, sir.

25          THE COURT:  You may step down.

1          MS. HUGHES:  The government now calls

2   Special Agent Joanna Abrams.

3          COURTROOM DEPUTY:  Please raise your right hand.

4          (Witness is placed under oath.)

5          COURTROOM DEPUTY:  Thank you.

6          THE COURT:  Special Agent Abrams, good morning,

7   and welcome.

8          THE WITNESS:  Good morning.

9                        - - -

10  SA JOANNA ABRAMS, WITNESS FOR THE GOVERNMENT, SWORN

11                   DIRECT EXAMINATION

12                        - - -

13  BY MS. HUGHES:

14      Q    Good morning, Special Agent Abrams.

15      A    Good morning.

16      Q    Could you please introduce yourself to the jury.

17  Could you please state and spell your name.

18      A    My name is Joanna Abrams, J-o-a-n-n-a,

19  A-b-r-a-m-s.

20      Q    Where are you employed?

21      A    At the FBI.

22      Q    What is your title?

23      A    Special Agent.

24      Q    What kinds of cases do you investigate at the FBI?

25      A    I am currently on domestic and international

1    terrorism.

2        Q    What office are you assigned?

3        A    The Washington field office.

4        Q    How long have you been with the FBI?

5        A    About one year.

6        Q    And did there come a time when you began

7    investigating the events of January 6th?

8        A    Yes, at the end of December 2021.

9        Q    Is that when you joined this investigation?

10       A    Yes.

11       Q    And over that time, what kinds of investigative

12   steps had you engaged in?

13       A    I've conducted interviews of witnesses and

14   subjects, reviewed evidence, social-media posts, open source

15   videos, things of that nature.

16       Q    And you mentioned you've conducted interviews.

17   Approximately how many interviews have you conducted?

18       A    25 or more.

19       Q    For the purposes of your testimony today, Special

20   Agent Abrams, I would like to focus your attention on

21   individuals that comprise the southeast region and are

22   affiliated with the Oath Keepers.

23            If we could please put up what has previously been

24   admitted Government's Exhibit 1530.

25            Thank you, Mr. Nestler.

1          May the witness step out of the box for a moment?

2          THE COURT:  You may, please.

3      Q    Special Agent Abrams, if you could just identify

4  on Government's Exhibit 1530, who are the individuals in the

5  southeast region?

6      A    First we have Joshua James.

7      Q    And underneath Mr. James' name, it says "Hydro

8  AL."  What does "Hydro AL" refer to?

9      A    That is the name he used on Signal.

10     Q    Thank you.

11          Who's below Mr. James?

12     A    Here we have Roberto Minuta.

13     Q    And who's below Roberto Minuta?

14     A    This is Jonathan Walden and this is Rick Johnson.

15     Q    And under Jonathan Walden, it has another name.

16  Could you please read what he went by?

17     A    E-o-n-a-l.

18     Q    And who is below Mr. Walden and Mr. Jackson?

19     A    Mark Rhodes and Brian Ulrich.

20     Q    And do they also have -- do they also have

21  monikers that they went by beneath their names?

22     A    They do.  Mark Grods has Sapper.  And Brian Ulrich

23  uses Molon Labe or Bilbo.

24     Q    And in terms of the events of January 6th, who

25  from these individuals went into the United States Capitol

1    on January 6th?

2        A    All of them except for Rick Johnson.

3        Q    Thank you.  We can bring that down.  Thank you,

4    Mr. Nestler.

5            For purposes of today's testimony, Special Agent

6    Abrams, I would like to focus you on the time period from

7    mid-November to early January but before January 6th.  How

8    did individuals in this region predominately coordinate with

9    each other?

10       A    They mostly talked through Signal.

11       Q    Could we please put up for just the witness

12   Government's Exhibit 6803.1.  You can scroll through,

13   Ms. Rohde.  Thank you.

14           Special Agent Abrams, where are these messages

15   from?

16       A    These are from a Signal chat called "OK FL

17   hangout."

18       Q    Where were these messages found, on what device?

19       A    Mr. Rhodes' phone.

20       Q    And have you had an opportunity to compare these

21   messages to the messages that were extracted from

22   Mr. Rhodes' phone?

23       A    Yes.

24       Q    And are these a fair and accurate copy of those

25   messages?

```
 1      A    Yes.
 2           MS. HUGHES:  Government seeks to admit and publish
 3  Government's Exhibit 6803.1.
 4           MS. HALLER:  Objection to form, Your Honor.  We
 5  would just note that in this format, it does not show
 6  whether this is UTC or D.C. time.
 7           THE COURT:  Hang on.
 8           Okay.  That's the only objection, then.
 9           MS. HALLER:  I'm sorry, Your Honor, it's not --
10  because it's out of context, FRE 106.  Thank you,
11  Your Honor.
12           THE COURT:  6803.1 will be admitted.  To the
13  extent that there's a completeness objection, the defense
14  is, of course, free to identify any other statements it
15  thinks are necessary to complete any government evidence.
16                              (Government's Exhibit 6803.1
                                    received into evidence.)
17
18           MS. HUGHES:  Thank you.  If we could please
19  publish.
20  BY MS. HUGHES:
21      Q    Special Agent Abrams, were these -- did this
22  format, was this the format that the messages looked like
23  when they were extracted from the phone?
24      A    In terms of this --
25      Q    Presentation.
```

1    A    No.  It was in -- it was on Cellebrite and then

2  into an Excel spreadsheet.

3    Q    And is it in this format to allow for the messages

4  to be more easily read?

5    A    Yes.

6    Q    And is the time in Eastern Standard Time on these

7  messages?

8    A    Yes.

9    Q    So drawing your attention to the content of the

10  message, you mentioned that this was a message sent to a

11  chat group.  Could you just explain again what this is, what

12  platform this message was sent on.

13    A    This was sent on Signal to a group chat named "OK

14  FL hangout."

15    Q    And this message was found on Mr. Rhodes' phone?

16    A    Yes.

17    Q    Who is sending this message?

18    A    Hydro AL, or Joshua James.

19    Q    What date did Mr. James send this message?

20    A    November 17th, 2020.

21    Q    Could you please read the message?

22    A    "Alabama checking in."

23    Q    If we could go to the next slide, Ms. Rohde.

24         What does Mr. James write on November 17th to the

25  same group?

1      A      "Standing by, on call 24/7."

2      Q      And the next slide, please.

3             What does he write on the same date?

4      A      He provides his email address,

5      "OKAlabama@ProtonMail.com.

6      Q      And what is ProtonMail?

7      A      It's just a more secure email system.

8      Q      If we could please put up for just the witness

9      Government's Exhibit 6803.2.  And you can scroll through,

10     Ms. Rohde, please.  Thank you.

11            Special Agent Abrams, where are these messages

12     from?

13     A      These are also from a Signal group chat.  This one

14     is "GA OK general chat."

15     Q      Where was this chat group found, on what device?

16     A      This is also found on Mr. Rhodes' device.

17     Q      And have you had an opportunity to compare the

18     messages that are contained in Government's Exhibit 6803.2

19     with the messages that were extracted from Mr. Rhodes'

20     phone?

21     A      Yes.

22     Q      And are these a fair and accurate copy of those

23     messages?

24     A      They are.

25            MS. HUGHES:  Government seeks to admit and publish

1    Government's Exhibit 6803.2.

2              MS. HALLER:  Same objection.

3              THE COURT:  All right.  It will be overruled.

4    6803.2 will be admitted.

5                              (Government's Exhibit 6803.2
                                   received into evidence.)
6

7    BY MS. HUGHES:

8        Q    Okay.  Special Agent Abrams, is this the same

9    group we were talking about?

10       A    It is not.

11       Q    What group is this?

12       A    This is the GA OK General Chat, or chat with

13   members from Georgia.

14       Q    And this says -- could you please read the date of

15   this message?

16       A    December 3rd, 2020.

17       Q    And is the message a notice that a group was

18   created?

19       A    Yes.

20       Q    Is this the first time that members from the

21   Georgia Oath Keepers contingent are communicating with each

22   other?

23       A    No.

24       Q    So what is your understanding about what this

25   means?

1      A    This is just a new group that they had created on

2  Signal.

3      Q    If we could go to the next message, please.

4           On December 5th, there's a message to this same

5  group.  Who sent this message?

6      A    Bilbo, or Brian Ulrich.

7      Q    What does Mr. Ulrich write?

8      A    "I seriously wonder what it would take just to get

9  ever patriot marching around the Capitol armed.  Just to

10 show our government how powerless they are.  That if they

11 continue to rape our Constitution, these are the folks who

12 they will be dealing with."

13     Q    Could we please go to the next slide.

14          An individual "Truth Seeker" writes on December

15 9th to the same group, could you please -- well, first of

16 all, is Truth Seeker 69 someone that is a primary subject of

17 this investigation?

18     A    No.

19     Q    So not on the board, for example?

20     A    No.

21     Q    Could you please read the message that's True

22 Seeker 69 writes.

23     A    "Request from national (Stewart Rhodes).  We are

24 going to be in D.C. this weekend.  The patriot pastors who

25 are organizing the Jericho march around the U.S. Capitol and

1    Supreme Court on Saturday have asked for our assistance with

2    security.  General Flynn and his family will be there,

3    so it's important that we show up ready to help."

4         Q    Next slide, please.

5         A    "If any of you, or anyone else from your chapters

6    can make it, it would be a blessing.  Oath Keepers will

7    cover your expenses.  We also welcome allied groups.

8    Already have some Three Percenters from L.A. coming (from

9    AP3), who were with us in Lafayette.  Please pass the word

10   to other squared away groups."

11        Q    Are you familiar with who the Three Percenters

12   are?

13        A    Yes, they were another group that was present on

14   January 6th.

15        Q    Who are they more broadly?  Who are the Three

16   Percenters?

17        A    It's another similar group to the Oath Keepers.

18        Q    And if we could go to the next slide, please.

19             What does Truth Seeker 69 write on the same date?

20        A    "Be aware D.C. is a no gun permitted zone.  Knife

21   blades have to be under 3 inches.  Pepper spray is legal."

22        Q    Next slide, please.

23             Who responds on the same date, on December 9th?

24        A    Stewart Rhodes.

25        Q    What does Mr. Rhodes write to the same chat group?

1     A     "There is a seven man team coming from LA.  Sure

2   would be awesome to have a team from GA as well."

3     Q     So Special Agent Abrams, you mentioned that this

4   group was comprised primarily of members from Georgia, of

5   individuals from Georgia, but is Stewart Rhodes also a

6   member of this group?

7     A     Yes.

8     Q     If we could go to the next slide, please.

9           On December 14th, does Mr. Rhodes send another

10  message?

11    A     He does.

12    Q     What does Mr. Rhodes write on December 14th to

13  this same group?

14    A     "Exactly.  I spoke at the big Stop The

15  Steal/Jericho march on the National Mall on Saturday and

16  said just that.  He must do it.  We are already at war with

17  Communist China and its domestic enemy proxies.  He must act

18  now so we can fight this war while he is commander in

19  chief."

20    Q     Just to pause there, for the context of this

21  message, who is "he must act now"?

22    A     We believe President Trump.

23    Q     Could we go to the next slide, please.

24          Who responds to Mr. Rhodes?

25    A     Brian Ulrich.

1    Q    And just if we actually could go back one slide,

2    Ms. Rohde, just so we have the time.

3         So this message that Mr. Rhodes sent on December

4    14th, what is the time that he sent this message?

5    A    8:51 a.m.

6    Q    And if we could go to the next slide, what is the

7    time of this second message?

8    A    8:52 a.m.

9    Q    And what does Mr. Ulrich say?

10   A    "Millions stand ready."

11   Q    Next slide, please.

12        Is this the same date?

13   A    It is.

14   Q    What is this -- the time of this message?

15   A    8:52 a.m.

16   Q    What does Mr. Rhodes write?

17   A    "If he doesn't use the Insurrection Act to keep a

18   Chi-Com puppet out of the White House, then we will have to

19   fight a bloody revolution/Civil War to defeat the traitors."

20   Q    Have you seen this term Chi-Com puppet before?

21   A    Yes.

22   Q    And what is your understanding of what Chi-Com is?

23   A    Chinese communist.

24   Q    It is a reference to a specific individual?

25   A    President Biden.

1    Q    If we could go to the next chat, please.

2         What does Mr. Ulrich write at 9:02 a.m.?

3    A    "Agree, we need to start working with all

4    patriotic groups to unite and strengthen ourselves."

5    Q    Next slide, please.

6         At 9:03, what does Mr. Rhodes respond.

7    A    "Things are in the works.  That's all I can say.

8    I am still in D.C. for a reason.  Yes, take that as a big

9    hint," and then there's an emoji.

10   Q    If we could go to the next chat, please.

11        What does Mr. Rhodes write to the same group on

12   the same day?

13   A    "That's because they captured nearly every level

14   and branch of power.  Without consequences.  They think they

15   have it all figured out.  But we armed Americans have one

16   good trick left up our sleeve.  It's the same one Samuel

17   Whittemore used long ago, right along with all the other

18   farmers who fired their shots heard round the world."

19   Q    Special Agent Abrams, do you know who Samuel

20   Whittemore is?

21   A    A bit.

22   Q    Who is Samuel Whittemore?

23   A    He was a farmer and a soldier who, at the age of

24   78, killed multiple British soldiers during the American

25   Revolutionary War.

2675

1    Q    If we could go to the next slide, please.

2         What does Mr. Ulrich write at 9:24 a.m.?

3    A    "And it would be over quick if we all did."

4    Q    Next slide, please.

5         What does Mr. Rhodes respond?

6    A    "Yes, indeed.  All he has to do is issue the

7    orders and it shall be done ricky-ticky."

8    Q    Next slide, please.

9         At 9:33, what does Mr. Rhodes go on to say?

10   A    "Remember that two of General Washington's best

11   generals in the Revolutionary War were not prior military

12   and were self-taught on warfare and strategy from books.

13   Like up the bios of Henry Knox and Nathanael Greene."

14   Q    Next slide, please.  Does Mr. Rhodes go on?

15   A    He does.

16   Q    Please read this message?

17   A    "Yes.  And wisdom.  Experience.  And also the

18   'dangerous old man' aspect that Samuel Whittemore displayed

19   on April 19th, 1775".

20   Q    Next slide, please.

21   A    "There's a reason" -- sorry.

22   Q    Sorry.  I was just going to ask.  Is this a

23   continuation -- is this also Mr. Rhodes' writing?

24   A    Yes.

25   Q    At 9:38.  Please read this message?

1    A    "There's a reason I told the story of Samuel

2  Whittemore when I spoke on Lexington Green on April 19th,

3  2009, when founding this org."

4    Q    Next slide, please.

5         Does Mr. Rhodes continue to write?

6    A    Yes.

7    Q    Could you please read this message?

8    A    "He was an example of a 'dangerous old man.'"

9    Q    Next slide, please.

10        Is this another message from Mr. Rhodes?

11   A    It is.

12   Q    Same morning, December 14th?

13   A    Yes.

14   Q    Could you please read this message.

15   A    "May we all have both the wisdom, cool head, and

16  courage to pick our ground well and make the enemy pay

17  clearly when our time comes."

18   Q    Next slide, please.

19        Could you please read this message from Mr. Rhodes

20  the same morning?

21   A    "There may be 10,000 Samuel Whittemores and a

22  thousand Bunker Hills, (where we also made the Red Coats pay

23  dearly.)"

24   Q    Next slide, please.

25        Does Mr. Ulrich respond to Mr. Rhodes, the same

1    morning, on December 14th?

2        A    Yes.

3        Q    What does he write?

4        A    "Well, in the words of *Braveheart*, we need to

5    unite the clans.  Shit may go down any day and we need to

6    know what the plan is at that point."

7        Q    Next slide, please.

8             What does Mr. Rhodes respond?

9        A    "Agreed.  I need to stop traveling so much and get

10   some critical writing done.  But at the moment I have to try

11   to get Trump the message on the necessity of him waging war

12   on the enemy now while still President and Commander in

13   Chief.  But once I finish that, I'm going to sit down and

14   write out my thoughts on what" --

15       Q    Next slide, please.

16       A    -- "we can and must do, across the country, to

17   organize effectively and to wage it and win it ourselves if

18   he doesn't.  Many, many hard learned lessons from the

19   founders that modern Americans need to remember (or learn

20   for the first time).  Nothing so foolish as refusing to

21   learn from the past."

22       Q    Next slide, please.

23            What does Mr. Rhodes write at 9:54 on the same

24   morning?

25       A    "Good topic for a phone call."

1      Q     Next slide.

2            What does Mr. Ulrich write at 9:55 a.m. on the

3  same chat?

4      A     "Yes, probably don't need to say more in a chat;

5  good luck with Trump."

6      Q     Next slide, please.

7            What does Mr. Rhodes write at 8:54 a.m.?

8      A     This is December 15th, 2020.  He writes, "Defy.

9  Nullify.  Interpose and defend others and each other.

10  Declare all his usurper hand touches, all that comes out of

11  his Chi-Com puppet mouth to be null and void from inception

12  and not law."

13      Q     Next slide, please.

14            What does Mr. Rhodes write?

15      A     "I passed that message on through one contact.

16  Working on others."

17      Q     Next slide, please.

18            What does Mr. Ulrich write?

19      A     "Awesome.  I hope you get through."

20      Q     Next slide.

21            What does Mr. Rhodes write?

22      A     "Me too."

23      Q     Next slide, please.

24            This is a message sent from individual Roc, it

25  appears.  Special Agent Abrams, is Roc someone who's a

```
 1   significant subject of this investigation?

 2        A    No, sir.

 3        Q    So not someone on the board?

 4        A    No.

 5        Q    What does Roc write on December 17th, the next

 6   day?

 7        A    "I am sure with all the firepower in our group we

 8   have enough overthrow a small third-world country."

 9        Q    Next message, what does Mr. Ulrich, Bilbo, write

10   at 9:39 a.m. on the same day on December 15th?

11        A    "What is this firepower in which you speak?

12   No hablo ingles."

13        Q    Could we please put up now for the witness

14   Government's Exhibit 6803.3.

15             Special Agent Abrams, what are you looking at?

16   What are these messages from?

17             And, Ms. Rohde, if you could just go through them,

18   that would be appreciated.

19        A    This is another Signal group chat, it's called the

20   "Old Leadership" chat.

21        Q    Where was this chat found?

22        A    This was also on Mr. Rhodes' phone.

23             MS. HALLER:  Again, objection to the form.  Not

24   original source.  Thank you.

25             MS. HUGHES:  We would seek to admit and publish.
```

1    I mean, there are a few more questions I was going to ask

2    the Special Agent.

3              THE COURT:  Okay.  Why don't you lay the

4    foundation?

5    BY MS. HUGHES:

6         Q    Special Agent Abrams, did you have a chance to

7    compare these messages with the messages that were extracted

8    from Mr. Rhodes' phone?

9         A    Yes.

10        Q    And are these message a fair and accurate copy of

11   those messages?

12        A    They are.

13             MS. HUGHES:  We would seek to admit and publish

14   these messages.

15             MS. HALLER:  Same objection; the best source

16   available is the original source.

17             THE COURT:  6802.3 will be admitted.

18                            (Government's Exhibit 6802.3
                                  received into evidence.)
19

20   BY MS. HUGHES:

21        Q    And if we could go to the top of these messages,

22   please, Ms. Rohde.  Thank you.

23             Okay.  Is this a different chat group?

24        A    It is.

25        Q    What is this chat group?

1      A     This is the "Old Leadership" chat.

2      Q     And, again, where was this chat group found?

3      A     Mr. Rhodes' phone.

4      Q     And Hydro-AL, you've said this is Josh James,

5   correct?

6      A     Yeah, Joshua James.

7      Q     What does Josh James write on December 20th?

8      A     He writes, "SE region is creating a national call

9   to action for D.C. Jan. 6th.  4 states are mobilizing."

10     Q     Next chat, please?

11     A     "Right now."

12     Q     This is, again, a message from Mr. James?

13     A     It is.

14     Q     Next chat, please.

15           On December 20th, what does Mr. James write to the

16   "Old Leadership" chat?

17     A     "We're going to D.C.  Jan. 6th."

18     Q     Next message, please.

19           Is this another message from Mr. James?

20     A     Yes.

21     Q     To the same chat group?

22     A     Yes.

23     Q     What does he write on December 20th?

24     A     "SE states are in on Jan. 6th.  In D.C. Capitol.

25   If anyone wants to pass on info, I'll post.  Standby."

```
 1        Q    Next chat, please.

 2             What does Mr. James write the same date to the

 3   same chat?

 4        A    "My boys will know what to do."

 5        Q    And if we could put up, just for the witness,

 6   Government's Exhibit 6803.4.

 7             Special Agent Abrams, what are these messages?

 8        A    These are more messages from the GA OK general

 9   chat.

10        Q    And where was this chat found again?

11        A    Mr. Rhodes' phone.

12        Q    And did you have an opportunity to compare these

13   messages to the extraction from Mr. Rhodes' phone?

14        A    I did.

15        Q    And are these a fair and accurate copy of that

16   information that was extracted from Mr. Rhodes' phone?

17        A    Yes.

18             MS. HUGHES:  Government seeks to admit and publish

19   Government's Exhibit 6803.4.

20             THE COURT:  6802.4, correct?

21             MS. HUGHES:  6803.4.

22             THE COURT:  I'm sorry, 6803.4.  My apologies.

23   That will be admitted.

24                           (Government's Exhibit 6803.4
                                   received into evidence.)
25
```

1              MS. HUGHES:  If we could put up this message,

2    please.

3    BY MS. HUGHES:

4        Q    And is this the first line, Ms. Rohde?  Thank you.

5              Special Agent Abrams, so this is the Georgia OK

6    general chat.  Is this the chat we were talking about

7    previously?

8        A    Yes.

9        Q    What is the date of this message?

10       A    December 20th, 2020.

11       Q    And who is writing this message?

12       A    Brian Ulrich.

13       Q    And what is Brian Ulrich, Bilbo here, write?

14       A    "Trump acts now, maybe a few hundred radicals die

15   trying to burn down cities.  Trump sits on his hands, Biden

16   wins, millions die resisting the death of the 1st and 2nd

17   Amendment."

18       Q    And does this message come after Mr. James had

19   written those previous messages we reviewed, discussing

20   plans to mobilize for January 6th?

21       A    I believe so but I would have to look.

22       Q    We can -- that's fine.  We can go to the next

23   slide, thank you, Ms. Rohde.

24             What does Mr. Ulrich continue to write on December

25   20th?

1    A    "Well, you just said I was dreaming about people

2    fighting back so guns are always a last resort and rest

3    assured of there is a conflict after Trump anyone who stands

4    against the left will be labeled a terrorist.  This gets

5    harder not easier from here."

6    Q    Next message, please.

7         What does Mr. Ulrich write on December 22nd?

8    A    "$600 in ammo coming."

9    Q    If we could please show for just the witness

10   Government's Exhibit 6803.5.

11        Special Agent Abrams, where is this message from?

12   A    This is from the OK Rocket.Chat forum.

13   Q    What is the OK Rocket.Chat forum?

14   A    It was one of the communication platforms

15   available on the Oath Keepers' website.

16   Q    And is the server that hosted this chat forum

17   Liquid Web?

18   A    Yes.

19   Q    Was there a search warrant executed on Liquid Web

20   in connection with this kind of information?

21   A    Yes.

22   Q    And did you have an opportunity to compare this

23   message with the information that was provided pursuant to a

24   search warrant from Liquid Web?

25   A    I did.

1    Q    And is this a fair and accurate copy of the

2    communications that were in that search warrant return?

3    A    Yes.

4         MS. HUGHES:  Then pursuant to a 902(11)

5    certificate of authenticity and the testimony just provided,

6    the government would seek to admit and publish Government's

7    Exhibit 6803.5?

8         MR. WOODWARD:  No objection.

9         THE COURT:  All right.  6803.5 is admitted.

10                            (Government's Exhibit 6803.5

                                received into evidence.)

11

12        MS. HUGHES:  If we could please publish.

13   Thank you.

14   BY MS. HUGHES:

15   Q    Special Agent Abrams, so you mentioned that this

16   was OK -- a message posted in the OK Rocket.Chat forum.

17   What, again, is OK Rocket.Chat?  Where does this forum

18   exist?

19   A    This existed on the Oath Keepers' website.  This

20   particular forum was a forum that required members to have a

21   user name and a password.

22   Q    So this is not a Signal message?

23   A    This is not, no.

24   Q    Who is the author of this message?

25   A    This is from Roberto Minuta.

1    Q    And is he one of the individuals you identified on

2    1530, the board that we put up at the beginning?

3    A    Yes.

4    Q    And what does Mr. Minuta write on December 27th?

5    A    "Brothers, I have been in attendance for all D.C.

6    events thus far.  January 6th, we must be present.  Not for

7    our President, but for our liberty.  Please get there."

8    Q    If we could put up for the witness now

9    Government's Exhibit 6803.6.  And you can scroll through

10   these please, Ms. Rohde.

11        Special Agent Abrams, what are these messages?

12   A    These are another Signal group chat called

13   "D.C. Op Jan. 6, '21".

14   Q    And where did these messages -- where were these

15   messages found?  What device were they found on?

16   A    Mr. Rhodes'.

17   Q    Mr. Rhodes' phone?

18   A    Yes.

19   Q    And did you have an opportunity to compare these

20   messages with the information that was extracted from

21   Mr. Rhodes' phone?

22   A    Yes.

23   Q    And are these a fair and accurate copy of the

24   messages that were extracted from Mr. Rhodes' phone in

25   connection with this group?

2687

1        A     Yes.

2              MS. HUGHES:  Government seeks to admit and publish

3    Government's Exhibit 6803.6.

4              MR. WOODWARD:  No objection.

5              THE COURT:  6803.6 will be admitted.

6                             (Government's Exhibit 6803.6
                                  received into evidence.)
7

8    BY MS. HUGHES:

9        Q     Special Agent Abrams, we haven't talked about this

10   group, today, correct, the "D.C. Op Jan. 6, '21" group?

11       A     Correct.

12       Q     Again, where was this group found?

13       A     On Mr. Rhodes' cell phone.

14       Q     And this message in particular, who is the author

15   of this message?

16       A     This is "OK Gator 1," which is Kelly Meggs.

17       Q     And what is the date of this message from

18   Mr. Meggs?

19       A     December 29, 2020.

20       Q     What does Mr. Meggs write?

21       A     "We are coming and if we ain't on D.C. then even

22   better D.C. gun laws don't apply."

23       Q     Next message, please.

24             What does Mr. Meggs go on to write?

25       A     "This isn't a rah-rah Trump crowd coming.  That

1    may be their biggest miscalculation."

2        Q    What is the date of this message?

3        A    Also December 29th, 2020.

4        Q    Next message, please.

5            What does Mr. Ulrich write the next day on

6    December 30th to this same group?

7        A    "Which one of you was going from Macon?  I'm in

8    Guyton and need to carpool with someone going to Atlanta."

9        Q    Next message, please.

10            On December 30th, what is this message?

11        A    This is from Rick, and he says, "I'm going through

12    Macon and can pick you up.  Just need to know when and

13    where."

14        Q    And have you seen this name Rick before?

15        A    Yes.

16        Q    Is Rick someone who is a subject of this

17    investigation?

18        A    He is on the board, yes.

19        Q    And who is Rick?

20        A    Rick Jackson.

21        Q    And was he was someone that was listed on the

22    board, on Government's Exhibit 1530?

23        A    Yes.

24        Q    Could we please go to next slide.

25            The next day, Mr. Ulrich writes another message of

1    the jury to the same group, "D.C. Op Jan. 6th, '21."  Could

2    you please read this message?

3         A    "Someone can tell me if I'm crazy, but I'm

4    planning on having a backpack for regular use and then a

5    separate backpack with my ammo load out with some basics

6    that I can just switch too is shit truly hits the fan

7    blades."

8         Q    Next message.

9              Does Mr. Ulrich write a clarifying message?

10        A    Yes, "if shit."

11        Q    Thank you.

12             Next slide, please.

13             What does Mr. Ulrich write to the same group on

14   December 31st, the same date?

15        A    "I will be the guy running around with the budget

16   AR," and then emoji.

17        Q    If it we could go to next slide, please.

18             What is this message?

19        A    This is a message on December 31st from

20   Joshua James.

21        Q    And what does Mr. James write?

22        A    There is some unknown emoji that didn't transfer,

23   but "Alabama will have a team in D.C. Tuesday morning as

24   well."

25        Q    And you mentioned there's some emoji.  Does it

```
 1   look like an "OBJ" on this exhibit?

 2        A    Yes.

 3        Q    What is your understanding about what this symbol

 4   looks like?

 5        A    It usually shows up when the transfer of the

 6   extraction didn't recognize the emoji.

 7        Q    And what is the date of Mr. James' message?

 8        A    12/31/2020.

 9        Q    If we could please put up for just the witness

10   Government's Exhibit 6803.7.

11             And you can scroll through.

12             Special Agent Abrams, what are these messages?

13        A    These are direct messages on Signal.

14        Q    And where were these messages found?

15        A    Joshua James' phone.

16        Q    And did you have an opportunity to compare the

17   messages that you see on your screen now with the extraction

18   from Mr. James' phone?

19        A    Yes.

20        Q    And are these a fair and accurate -- a fair and

21   accurate copy of the information that was extracted from

22   Mr. James' phone?

23        A    Yes.

24             MS. HUGHES:  Pursuant to a stipulation of the

25   authenticity of the information extracted from Mr. James'
```

```
 1    phone and the testimony just provided, the government would

 2    seek to admit and publish Government's Exhibit 6803.7.

 3              MR. WOODWARD:  No objection.

 4              THE COURT:  6803.7 will be admitted.

 5                              (Government's Exhibit 6803.7

 6                                received into evidence.)

 7    BY MS. HUGHES:

 8         Q    And if we could, Ms. Rohde, please, if you could

 9    just zoom in on the message itself.

10              So this section, please.

11              Thank you.

12              So what is the date of this message?

13         A    December 31st.

14         Q    And who is this message between?

15         A    This is between Joshua James and Mark Grods.

16         Q    And this message looks a little different from the

17    messages we've been previously discussing.  What is your

18    understanding of why this looks different than the messages

19    we've discussed today so far?

20         A    This is a direct message, but also due to some

21    extraction issues with Mr. James' phone, we were able to

22    collect screenshots of his Signal.

23         Q    So these are screenshots from the actual messages

24    on Mr. James' phone?

25         A    Yes.
```

1    Q    So who's sending this message?  Who's sending

2  messages in this screenshot?

3    A    This is being sent from Mr. James?

4    Q    To whom?

5    A    Mr. Grods.

6    Q    And is Mr. Grods on the board?  Was he someone we

7  identified at the beginning of your testimony?

8    A    Yes.

9    Q    What is his full name?

10    A    Mark Grods.

11    Q    What does Mr. James write Mr. Grods?

12    A    He includes a picture of an address, a Google Maps

13  picture, and then says "Rally point for ATL.  12:00 p.m. EST

14  Monday."

15    Q    And when would the date of this Monday have been?

16  This message was sent on December 31st.  Do you know what

17  date Monday would be?

18    A    January 4th, 2021.

19    Q    If we could go to next message, please.

20        This is another message from Mr. James to

21  Mr. Grods.

22        Could you please read the date of this message and

23  the content of the message, Special Agent Abrams?

24    A    Yes, it's January 1st.  And Mr. James asks

25  Mr. Grods, "Are you on the CC?"

1    Q    Have you seen CC before?  Is this an abbreviation
2  that you've seen previously?
3    A    Yes, I believe it's conference call.
4    Q    If you could go to the next message, please.
5         Who's writing this message?
6    A    This is from Mr. Grods to Mr. James.
7    Q    And, Ms. Rohde, if we could just zoom in the
8  messages themselves.  Thank you.
9         What is Mr. Grods writing to Mr. James?
10   A    "Yes, I have been in.  Bad commo on your end.
11 I think we need to find out how to get up with Ranger Doug
12 for supply drop."
13   Q    So this message from Mr. Grods, is it sent the
14 same day as Mr. James asking him, "Are you on the CC,"
15 conference call?
16   A    Yes, January 1st.
17   Q    And is this in response to that question, "Yes.
18 I have been in"?
19   A    Yes.
20   Q    Mr. Grods writes a reference to Ranger Doug for
21 the supply drop.  What is your understanding of who
22 Ranger Doug is?
23   A    Doug Smith.
24   Q    And where is Mr. Smith from?
25   A    North Carolina.

1    Q    And based on the investigation, are you aware of

2    other individuals who traveled through Ranger Doug's

3    residence on the way to D.C.?

4    A    Yes, Kelly Meggs and Kenneth Harrelson.

5    Q    Could you say that, Kelly Meggs and Kenneth

6    Harrelson?

7    A    Yes.

8    Q    Could we please go to next slide, please.

9         Is this a message from the same date, January 1?

10   A    Yes.

11   Q    If we could zoom in on the messages themselves,

12   Ms. Rohde.  Thank you.

13        What does Mr. James write to Mr. Grods?

14   A    "Negative.  Too far away.  2 hours outside of

15   route."  He then includes a screenshot of the address for

16   the property and says, "Over 6 hours away."

17   Q    And the property address is a bit hard to read

18   here.  Do you know generally where this property is located,

19   what state?

20   A    North Carolina.

21   Q    I'm sorry, what was that?

22   A    North Carolina.

23   Q    And so when he says, when James is writing to

24   Mr. Grods, "Negative, too far away."

25        If we could go back to the previous slide briefly,

1    Ms. Rohde.

2           In context, isn't that a response then to the "I

3    need to find a way how to get up -- who had to get up with

4    Ranger Doug"?

5    A    Yes.

6    Q    If we could go to next slide, Ms. Rohde.

7           And the next slide, please.

8           And what does Mr. Grods write to Mr. James on

9    January 4th?

10   A    "Morning sunshine.  I'm in your driveway," or "I'm

11   in driveway."

12   Q    Sorry.  And the date of this message again was

13   January 4th, correct?

14   A    Yes.

15   Q    If we could put on the screen just for the witness

16   Government's Exhibit 6803.8.

17          What is this a message from?

18   A    This is another Signal group chat message to the

19   Jan. 5/6 D.C. OK security/VIP chat.

20   Q    And where was this message found?  What device was

21   if found on?

22   A    Mr. Grods' device.

23   Q    Have you had a chance to compare this information

24   with the information that was extracted from Mr. Grods'

25   device?

2696

```
1        A    Yes.

2        Q    Is this a fair and accurate copy of the messages

3   that were found on Mr. Grods' phone?

4        A    Yes.

5             MS. HUGHES:  Government seeks to admit and publish

6   Government's Exhibit 6803.8.

7             MR. WOODWARD:  No objection.

8             THE COURT:  6803.8 will be admitted.

9                                  (Government's Exhibit 6803.8
                                    received into evidence.)
10

11  BY MS. HUGHES:

12       Q    So what is the date of this message?

13       A    January 1st, 2021.

14       Q    Is that the same date of the messages we were just

15  reviewing between Mr. Grods and Mr. James?

16       A    Yes.

17       Q    Who is this author?

18       A    This is Joshua James.

19       Q    What is Josh James write to the Jan. 5/6, D.C. OK

20  security/VIP chat?

21       A    He says, "Our teams plans on doing heavy recon

22  when we arrive on the late on the 4th.  Early boots on the

23  ground."

24       Q    If we could take that down, please, Ms. Rohde.

25             Based on your investigation, Special Agent Abrams,
```

 1    did individuals in the southeast region, in fact, travel to

 2    Washington, D.C.?

 3        A    Yes.

 4        Q    Did you review hotel records in connection with

 5    their stay in D.C.?

 6        A    Yes.

 7        Q    Could we just put up for the witness Government's

 8    Exhibit 2607.

 9            Special Agent Abrams, did you have an opportunity

10    to review returns provided by various hotels?

11        A    I did.

12        Q    And was one of those hotels the Mayflower Hotel?

13        A    It was.

14        Q    Did this return comprise of multiple rows of

15    information over multiple pages?

16        A    Yes.

17        Q    Was a summary chart created summarizing that

18    information?

19        A    Yes.

20        Q    Did you have an opportunity to compare the

21    information summarized in Government's Exhibit 2607 with the

22    information provided by the Mayflower Hotel?

23        A    I did.

24        Q    Is this a fair and accurate summary of that

25    information?

```
 1        A     Yes.

 2              MS. HUGHES:  Pursuant to this testimony and a

 3   902.11 certificate of authenticity, the government would

 4   seek to admit and publish Government's summary Exhibit 2607?

 5              MR. WOODWARD:  No objection.

 6              THE COURT:  2607 be admitted.

 7                                (Government's Exhibit 2607
                                     received into evidence.)
 8

 9              THE COURT:  I'm sorry, are you also seeking to

10   admit the underlying records of 2603?

11              MS. HUGHES:  We are not, Your Honor.  Just the

12   summary exhibit.

13              THE COURT:  Okay.

14              MS. HUGHES:  The underlying information, though,

15   has been provided to defense.

16   BY MS. HUGHES:

17        Q     Special Agent Abrams, first of all, are you

18   familiar with the Mayflower Hotel?

19        A     Briefly, a little bit.

20        Q     Do you know where it is generally?

21        A     Yes.

22        Q     Where is the Mayflower Hotel?

23        A     It is in D.C. near the White House.

24        Q     Near the White House?

25        A     Uh-huh.
```

1          Q     And these returns, what is the reservation date

2     that is listed on this summary exhibit?

3          A     The reservation create date is January 1st, 2021.

4          Q     And is it for three rooms, the three entries?

5          A     Yes.

6          Q     And who is the name -- what is the name listed

7     on -- if you see here, it's row 4, what is the name listed

8     for these three rooms?

9          A     There is Joshua James, Roberto Minuta and Ricky

10    Jackson.

11         Q     What is the night of stay date?

12         A     January 5th, 2021.

13         Q     And are three different email points of contact?

14         A     No, just one.

15         Q     Who is that point of contact for these three

16    rooms?

17         A     Roberto Minuta.

18         Q     And what is your understanding of where Mr. Minuta

19    was from around this time?

20         A     He traveled from New Jersey.

21         Q     You can take that down.  Thank you.

22               Could we please put up now Government's Exhibit

23    6804.

24               Special Agent Abrams, did you also obtain call

25    detail records for individual comprising the southeast

1  region?

2       A    Yes.

3       Q    And did this information likewise contain multiple

4  pages and multiple rows of information?

5       A    Yes.

6       Q    Did you create a summary of that information?

7       A    Yes.

8       Q    And did you have a chance to compare the

9  information contained in those returns with Government's

10 Exhibit 6804?

11      A    I did.

12      Q    Is this summary exhibit a fair and accurate copy

13 of the information that was provided in those returns?

14      A    Yes.

15           MS. HUGHES:  Pursuant to a certificate of

16 authenticity and the testimony just provided, the government

17 would seek to admit and publish Government's Exhibit 6804.

18           MR. WOODWARD:  The Court's indulgence.

19           No objections.

20           THE COURT:  6804 will be admitted.

21                              (Government's Exhibit 6804
                                 received into evidence.)
22 BY MS. HUGHES:

23      Q    If we could please put this on the screen.

24           So, Special Agent Abrams, what are call detail

25 records?

1    A    This essentially shows the calls between two

2    individuals.

3    Q    Between and to individuals did you say?

4    A    Between two individuals.

5    Q    And who -- this summary exhibit focuses on

6    individuals from the southeast region, correct?

7    A    Yes, this is Joshua James' call records.

8    Q    And just so we're clear, would this -- would call

9    detail record information include things like Signal calls?

10   A    No.

11   Q    Or other types of voice communication that isn't

12   through your phone?

13   A    Just phone calls.

14   Q    So could you just orient the jury.  How is this

15   summary --

16        Go down to the next slide, Ms. Rohde.

17        How is this summary organized?

18        We can go back to the first page.

19   A    This is broken up in November, December, and

20   January calls.

21   Q    So in November, what does this information suggest

22   about who Mr. James was communicating with?

23   A    Predominantly Roberta Minuta, but he did have a

24   call with Stewart Rhodes as well.

25   Q    What is the date of the call with Stewart Rhodes?

1      A      November 21st of 2020.

2      Q      And from December 1st, 2020, to December 31st,

3   2020, the second group, and we can scroll down, and perhaps,

4   Ms. Rohde, if we can put a split screen with this and the

5   second page, that might be easier.  Thank you.

6             In December -- from December 1st, 2020, to

7   December 31st, 2020, what is your -- what is this chart

8   suggest about the volumes of calls and who Mr. James was in

9   touch with?

10     A      The volume has increased and he's speaking to more

11   people within the Oath Keepers.

12     Q      Did Mr. James have calls with Mr. Rhodes?

13     A      He did.

14     Q      Approximately -- or specifically, rather, how many

15   calls did Mr. James have with Mr. Rhodes in the month of

16   December?

17     A      Three.

18     Q      Could you just highlight the dates of those calls?

19     A      (Witness complied.)

20     Q      December 8th?  December 9th -- no.

21     A      Yeah, December 8th, December 9th, and December

22   26th.  That's a little high.

23     Q      No.  That's perfect.

24             So the witness marked on the exhibit December 8th,

25   December 9th, and December 26th.

1          Approximately how many calls did Mr. James have?

2    We see the second name here is Michael Greene.  First of

3    all, who is Michael Greene?

4          A    Michael Greene is also known as Whip and he is on

5    the board.

6          Q    And do you know what Mr. Greene's role was on

7    January 6th?

8          A    He was the operations leader.

9          Q    And how many calls did Mr. James have with

10    Mr. Greene in the month of December?

11          A    It looks like two.

12          Q    And moving on, you see another name here,

13    Kelly Meggs.

14          Now, first of all, is Kelly Meggs an individual

15    who's from the Georgia region?

16          A    No.

17          Q    Where is Mr. Meggs from?

18          A    Florida.

19          Q    Approximately how many calls -- or specifically,

20    how many calls does Mr. James have with Mr. Meggs in the

21    month of December?

22          A    Five.

23          Q    Could you please identify the dates of those

24    calls.

25          A    Yes.

```
 1                 December 26th.

 2                 And --

 3       Q    Is December 30th one of the dates?

 4       A    December 30th.

 5       Q    And looks like he was two calls on December 30th,

 6  correct?

 7       A    Yes.

 8                 And then am I missing them?

 9                 Here they are.  Two on December 26th.

10       Q    And so did he have two calls on December 26th, one

11  call -- two calls on December 30th, and then one call --

12  another call on December 30th?

13       A    Three calls on the 30th, it looks like, yes.

14       Q    And so those are the four calls with Mr. Meggs.

15                 Is there also a call with someone named Donald

16  Siekerman?  This is on --

17                 We can zoom on this section, Ms. Rohde, since this

18  text is so small.  Thank you.

19                 Is there also a call with someone named Donald

20  Siekerman?

21       A    Yes, two calls.

22       Q    And who's your understanding of who -- what is

23  your understanding of who Donald Siekerman is?

24       A    He was scheduled to be the operations leader for

25  January 6th.
```

1     Q    And if we could zoom out and go to January, the

2  first three days of January, who was Mr. James in touch with

3  for those three days?

4     A    Mr. Grods and Michael Greene.

5          MS. HUGHES:  No further questions.

6          THE COURT:  Okay.  Cross-examination?

7                           - - -

8                      CROSS-EXAMINATION

9  BY MR. LINDER:

10    Q    Good morning, Special Agent.  How are you?

11    A    I'm good.  Thank you.  How are you?

12    Q    Good.  Phillip, I represent Mr. Rhodes.

13         Just a few questions for you.

14         The text messages, the large amount of text

15  messages you just testified to that come in from November

16  late up through December and up to January 6th, there were

17  scores of them that you just testified about.  Would you

18  agree with me that there's not a single one, and especially

19  from Mr. Rhodes, that indicates a specific plan to go into

20  the Capitol on January 6th?

21    A    There were several that discussed violence.

22    Q    But not a specific plan to go into the Capitol?

23    A    Correct.

24    Q    And would you agree with me that the violence that

25  was discussed was related to expectations of Antifa or other

```
 1    people being there at these rallies and protests?
 2              MS. HUGHES:  Objection.
 3              THE COURT:  It's overruled.
 4              THE WITNESS:  I don't believe there was a specific
 5    mention, but I can't speak to what he was referring to.
 6    BY MR. LINDER:
 7         Q    Okay.  And, again, there's no specific mention of
 8    this violence being conducted at the Capitol or a takeover
 9    of the Capitol?
10         A    Not that I recall.
11              MR. LINDER:  Thank you very much.
12              THE COURT:  Okay.  Mr. Woodward or Ms. Haller.
13              MS. HALLER:  Yes, Your Honor.
14                           -  -  -
15                      CROSS-EXAMINATION
16    BY MS. HALLER:
17         Q    Just briefly, Special Agent, Ms. Abrams.
18              When you spoke regarding the Georgia Oath Keepers
19    general chat, is it fair to say Mr. Meggs was not in that
20    chat?
21         A    Not to my knowledge.
22         Q    Is it fair to say that you didn't see Mr. Meggs in
23    that chat?
24         A    Yes.
25         Q    Is it fair to say that you didn't see
```

1  Mr. Harrelson in the Oath Keepers Georgia general chat?

2      A    Yes.

3      Q    And is it fair to say that you didn't see

4  Ms. Watkins in the Oath Keepers Georgia chat?

5      A    Yes.

6      Q    Okay.

7           That's all I have.  Thank you for your time.

8           THE COURT:  Okay.  Thank you, Ms. Haller.

9           Mr. Geyer.

10                       - - -

11                  CROSS-EXAMINATION

12  BY MR. GEYER:

13     Q    Good afternoon, Special Agent.

14     A    Hello.

15     Q    Good morning, I should say.  My name is Brad Geyer

16  and I represent Ken Harrelson.

17          And I just wanted to confirm, if I understand your

18  testimony correctly, your testimony was a lot about the

19  Georgia OK chat; is that right?

20     A    Yes.

21     Q    And Ken Harrelson isn't on that?

22     A    Correct.

23     Q    And you also mentioned December 12th Jericho

24  march, he didn't go to the December 12th Jericho march;

25  isn't that correct?

1      A      I do not know.

2      Q      And you also mentioned again the "Old Leadership"

3  chat or the "Old Lead" chat.  Mr. Harrelson wasn't on that

4  chat, correct?

5      A      Not to my knowledge.

6      Q      The D.C. Op chat Jan. '21, he was added to that

7  chat on the evening of January 3rd; isn't that correct?

8      A      I don't know when he was added, but he was in it.

9      Q      Could the government please pull up Exhibit 6804.

10  Is that possible?

11            Thank you.

12            I just want to go over.  So if I understand this

13  correctly, looking at 6804, these are all the phone calls

14  that occurred to everybody you testified about this morning

15  from November 11th through January 3rd, 2021?

16      A      November 3rd to January 3rd, yes.

17      Q      Yes.

18            And, again, Mr. Harrelson doesn't show up anywhere

19  on here as far as I could tell; is that correct?

20      A      Correct.

21      Q      You're aware that Mr. Harrelson, prior to, let's

22  just say, January 7th, the day or -- the 8th of 2021, one or

23  two days after January 6th, Mr. Harrelson had never met

24  Mr. James?

25            MS. HUGHES:  Objection.

```
1              THE COURT:  Can you lay the foundation for that
2    question?
3    BY MR. GEYER:
4         Q    Mr. James has been charged --
5              MS. HUGHES:  Objection.
6              THE COURT:  Can you rephrase the question?
7    BY MR. GEYER:
8         Q    Are you aware that Mr. Harrelson has never met
9    Mr. James?
10        A    I am not aware of that.
11        Q    Are you aware that he's never -- let me preface
12   that by saying, prior to January 7th, he's never met
13   Joshua James?
14        A    I'm not aware if he has or has not.
15        Q    He's never met Mr. Minuta prior to January 7th?
16        A    I'm not aware if he's met him or not.
17        Q    Never met Mr. Walden, another Oath Keeper?
18        A    Again, I don't know who he has met.
19        Q    Never met Rick Jackson?
20        A    I don't know if he has met him.
21        Q    Never met Mr. Ulrich?
22        A    I don't know if he has met him.
23        Q    And never met Mr. Grods?
24        A    I don't know if he has met him.
25             MR. GEYER:  I thank you for your time.
```

1          THE COURT:  Okay.  Hang on.  Mr. Crisp?

2          MR. CRISP:  I'm sorry, I didn't hear you.

3          No, no questions.  Thank you.

4          THE COURT:  Okay.

5                    - - -

6                    CROSS-EXAMINATION

7    BY MR. FISCHER:

8      Q    Good afternoon, Agent.

9      A    Good morning.

10     Q    Just a few questions for you.

11          First of all, your investigation obviously not

12   only included you but multiple FBI agents across the

13   country; is that correct?

14     A    Correct.

15     Q    So when you indicated you had been involved in 25

16   plus interviews of individuals potentially related to

17   January 6th, that's in addition to hundreds of other

18   interviews that has taken place across the country;

19   is that correct?

20     A    I don't know the number but, yes, other agents did

21   conduct other interviews.

22     Q    And there would have to be at least -- maybe you

23   can tell me.  Approximately how many agents, Special Agents

24   from the FBI are working on the January 6th investigation

25   into the Oath Keepers?

1      A    I don't actually know the exact number.

2      Q    Is it more than ten?

3      A    Again, I don't know specifically the number.

4      Q    And obviously as part of your investigation,

5  you've reviewed thousands of messages.  Would you agree with

6  that?

7      A    I don't know the number, but sure, yes.

8      Q    And you've certainly consulted with other agents

9  from across the country about messages you've reviewed and

10  messages they've reviewed; is that correct?

11      A    Yes.

12      Q    And, Agent, you've brought up the name Ranger Doug

13  as in Doug Smith, correct?

14      A    Yes.

15      Q    And, Agent, you were aware that Doug Smith has

16  been interviewed by the FBI; is that right?

17          MS. HUGHES:  Objection, Your Honor.

18          THE COURT:  She can answer if she knows.

19          THE WITNESS:  I don't know for sure.  I believe so

20  but I wasn't involved.

21  BY MR. FISCHER:

22      Q    Well, certainly his name came up on your radar

23  because you were reviewing messages, right?

24      A    Yes.

25      Q    And, certainly, you would have wanted to have

1    verified that this person named Ranger Doug Smith at least

2    was known to your colleagues, correct?

3        A    I did not participate in that.

4        Q    Fair enough.

5             And, certainly, Agent, if Ranger Doug Smith had

6    any incriminating information to give regarding any of his

7    defendants, the FBI certainly is aware of it by now; is that

8    right?

9        A    Again, I did not participate in that.

10       Q    Agent, you mentioned --

11            MS. HUGHES:  Objection, Your Honor.  This line of

12   questioning.

13            THE COURT:  Well, it's overruled.

14            MR. FISCHER:  That's my last question on that

15   line.

16            THE COURT:  I figured you were moving on.

17            Go ahead, Mr. Fischer.

18   BY MR. FISCHER:

19       Q    Agent, you brought up a Signal chat called OK

20   Florida Hangout; is that correct?

21       A    Yes.

22       Q    In fact, my client, I represent Thomas Caldwell,

23   Mr. Caldwell is not on that chat; is that correct?

24       A    Not to my knowledge.

25       Q    Okay.

1            You also brought up the OK Rocket.Chat.  You would

2   agree Mr. Caldwell was not on that chat as well;

3   is that correct?

4       A    I do not know.

5       Q    Okay.  Well, you mentioned, I believe, that those

6   chats are members only and require a password; is that fair

7   to say?

8       A    That's one specifically did.  There was one that

9   was public facing.

10      Q    So you'd agree, for example, there's a difference

11  between someone who's a member of the Oath Keepers and

12  someone who's not a member and that a member would have a

13  password and be able to get into these chats; is that fair

14  to say?

15      A    I don't know if this particular chat required

16  membership into the Oath Keepers so far as just creating a

17  user name and password.

18      Q    The call records that were presented by the

19  government, isn't it true Mr. Caldwell was not on those call

20  records?

21      A    Not the ones we reviewed today.

22           MR. FISCHER:  Thank you, Agent.

23           Nothing else, Your Honor.

24           THE COURT:  All right.  Thank you, Mr. Fischer.

25           Any redirect examination, Ms. Hughes?

2714

1          MS. HUGHES:  Very briefly, Your Honor.

2                          - - -

3                    REDIRECT EXAMINATION

4     BY MS. HUGHES:

5          Q    Ms. Rohde, if we could please put up Government's

6     Exhibit 6803.2 which is in evidence.

7                And could we go to page 2.

8                Special Agent Abrams, you were asked if there was

9     no mention of the Capitol in these chats.  Could you please,

10    directing your attention to the message from Bilbo,

11    Mr. Ulrich, on December 5th.  Could you please read this

12    message again?

13         A    "I seriously wonder what it would take just to get

14    ever patriot marching around the Capitol armed.  Just to

15    show our government how powerless they are.  That if they

16    continue to rape our Constitution, these are the folks who

17    they will be dealing with."

18         Q    And if we could go to page 24 of this same

19    exhibit.

20               Now, on December 14th, Mr. Rhodes writes, "Good

21    topic for a phone call."

22               Special Agent Abrams, have you reviewed multiple

23    messages from Mr. Rhodes?

24         A    Yes.

25         Q    Is it fair to say this is not an individual who is

```
 1    shy from writing voluminous amounts of information in texts
 2    and in Signal messages and on his website?
 3         A    Correct.
 4         Q    But at this point, does he ask for a phone call?
 5         A    Yes.
 6              MS. HUGHES:  No further questions.
 7              THE COURT:  Okay.  Special Agent Abrams, thank you
 8    for your time and your testimony.  You may step down.
 9              THE WITNESS:  Thank you.
10              THE COURT:  Okay.  Is the government ready with
11    its next witness?
12              MR. MANZO:  We are, Your Honor.  Would it be
13    possible to take our morning break before our next witness?
14    If not, we can proceed.
15              THE COURT:  Let's keep moving.  We'll take our
16    break in about a half hour or so, I mean, 20, 25 minutes.
17              MR. MANZO:  We call Terry Cummings to the stand.
18              COURTROOM DEPUTY:  Please raise your right hand.
19              (Witness is placed under oath.)
20              COURTROOM DEPUTY:  Thank you.
21              THE COURT:  Mr. Cummings, welcome.
22              If you're comfortable with your mask off, you can
23    take it off.
24              THE WITNESS:  Off would be better.
25              THE COURT:  Off, yeah, please feel free to take it
```

```
 1    off.  Welcome.

 2              Mr. Manzo.

 3                        -  -  -

 4    TERRY CUMMINGS, WITNESS FOR THE GOVERNMENT, SWORN

 5                      DIRECT EXAMINATION

 6    BY MR. MANZO:

 7         Q    Good morning, Mr. Cummings.  Could you please

 8    introduce yourself to the jury by stating and spelling your

 9    name.

10         A    My name is Terry, T-e-r-r-y, Cummings,

11    C-u-m-m-i-n-g-s.

12         Q    What state were your born in, sir?

13         A    I was born in the state of Oregon.

14         Q    And did you go to college?

15         A    Yes, I did.

16         Q    Where did you go?

17         A    I graduated from Warner Pacific College.

18         Q    After college, did you decide to serve your

19    country in the military?

20         A    It was actually before college, but, yes, I did.

21         Q    Why was that?

22         A    Well, my father served in the Army Air Corps

23    during World War II.  I had friends who were serving in the

24    military during Vietnam.

25         Q    So what branch did you enlist in?
```

1     A     I enlisted in the Air National Guard.

2     Q     And why the Air National Guard in particular?

3     A     I wanted to attend school.  I wanted the money for

4  it, and I knew I could participate with the GI bill by

5  joining the Air National Guard.

6     Q     When was your first deployment abroad?

7     A     My first deployment abroad was in 1978.

8     Q     Where did you go?

9     A     Germany.

10    Q     Did something bring you back from Germany?

11    A     Yes, my mother was diagnosed with cancer and the

12 doctors, when they finally made that diagnosis, did not know

13 how long she would have to live, so I had an emergency

14 return home.

15    Q     And after you returned home, subsequently, how

16 long did you serve in the guard?

17    A     I served for 21 years.

18    Q     What continents were you deployed to?

19    A     Every continent except Australia and the

20 Antarctic.

21    Q     Did you serve in classified locations?

22    A     Yes, I did.

23    Q     In addition to serving with the guard, did you

24 have a full-time job in the United States?

25    A     Yes, I did.

2718

1       Q    What was that?

2       A    I worked for the Transit District in Portland,

3  Oregon.

4       Q    Can you go briefly through your career, what you

5  did with them?

6       A    I started out as a bus driver.  Then I went into

7  maintenance, working on the -- maintaining the light rail

8  vehicles in Portland.

9            Then eventually ended up being the supervisor of

10 communications systems, which was -- I worked in

11 communications in the Air National Guard also so it was a

12 natural fit for me.  And at one point in time, I was also

13 the manager of the maintenance weigh department.

14      Q    How many years were you with the transportation

15 department?

16      A    35 years.

17      Q    Did something cause you to have an early

18 retirement?

19      A    Yes.  In 2015, I came down with a vestibular

20 disorder.

21      Q    And briefly, what is that?

22      A    I didn't pass the ears of a vestibular system, the

23 balance system.

24      Q    And do you have episodic relapses from time to

25 time?

1      A     I do.

2      Q     When was the last time you had an episodic

3  relapse?

4      A     The last time that included a vertigo component

5  was in April, and recently I've had that continuation of an

6  episode over the last several weeks.

7      Q     Does this affect your ability remember or have

8  brain fog?

9      A     Yes, it does, it definitely impacts my memory

10  recall and my cognitive abilities.

11      Q     But sitting here in court, you can tell everything

12  that's going on and perceive things normally today?

13      A     Today, yes.

14      Q     Okay.  Let's go forward to 2020.  In what state

15  were you residing in in 2020?

16      A     Florida.

17      Q     At some point in 2020, did you become associated

18  with the Oath Keepers in some way?

19      A     Yes, I did.

20      Q     Why did you do that?

21      A     There were a lot of things going on in the country

22  at the time, and I believed in what I felt the Oath Keepers

23  stood for, keeping the oath.  When you enlist in the

24  military, you take an oath to defend the Constitution

25  against all enemies foreign and domestic.

1      Q    When you say a lot of things, could you be a
2  little more specific?

3      A    I'm sorry --

4      Q    Well, let me back up.  Just a second ago, you said
5  there were a lot of things going on in 2020?

6      A    Okay.  Thank you.

7           The rioting that was going on, the attacks by
8  Antifa.  Now, residing in Oregon, it would be hard for
9  people even here not to know about the riots and the damage
10 that was caused in Portland, Oregon, by Antifa at the time.

11     Q    And how did you become involved in the
12 Oath Keepers?

13     A    I just went to their website and filled out the
14 form.

15     Q    After you filled out the form, did you end up
16 participating in any virtual GoToMeetings?

17     A    Yes, I did.

18     Q    And what about Signal, did you join any Signal
19 chats?

20     A    Yes.

21     Q    Did you participate in these Signal chats
22 regularly?

23     A    I read them.  I often did not participate.

24     Q    Did you read every message that came through?

25     A    No, I did not.

1    Q    Why not?

2    A    Some of the people in the chats were extremely

3   prolific and it would be like if you had one or 2,000

4   friends on Facebook and they posted every day.  You're not

5   going to read everything.

6    Q    Prior to early January, had you met any

7   Oath Keepers in person?  When I say early January, of 2021?

8    A    Yes, I had met one member of Florida Oath Keepers

9   prior to that time.

10    Q    Who was that?

11    A    Kenneth Harrelson.

12    Q    Could you describe what interaction, if any, you

13   had with him?

14    A    At first it was just casual conversations, getting

15   to know each other.  And then I think there was one other

16   time we got together just to talk over gear and what Florida

17   Oath Keepers was trying to accomplish.

18    Q    Did you go to a restaurant or where were these

19   meetings taking place?

20    A    The first time I believe was at a Dunkin' Donuts.

21   Second time was -- I met Ken at his house.

22    Q    Fast-forwarding now to the late December period of

23   2020, did you come to understand that members of the Florida

24   Oath Keepers would be participating in an event in

25   Washington, D.C. on January 6th?

1    A    There were conversations about traveling to

2  Washington, D.C. to be there for the rally on January 6th,

3  yes.

4    Q    Did you decide to go?

5    A    Yes, I did.

6    Q    Why did you decide to go?

7    A    It was an opportunity to express my

8  First Amendment rights.

9        There was a lot of conversations about whether the

10  election had been stolen or not.  There was a big rally

11  supporting the President, and an opportunity to see a

12  sitting President, which I'd not done up to that point in

13  time.

14    Q    Did you understand that the Oath Keepers would be

15  participating in some kind of security detail?

16    A    Yes.  From what I understood at that time, they'd

17  been asked to provide an escort for some VIPs from the

18  rally, which occurred at the Ellipse, to the Capitol.

19    Q    Was it your intent to help out with that security

20  detail?

21    A    Yes.

22    Q    Now, just to be clear, do you have any training in

23  security?

24    A    No.

25    Q    Do you have any licenses?

1        A      No.

2        Q      Insurance?

3        A      No.

4        Q      Did you review any D.C. laws on securing -- on

5   security regulations?

6        A      No.

7        Q      So when you decided to travel up to Washington,

8   D.C., who did you travel with?

9        A      I traveled with Kenneth Harrelson and Jason Dolan.

10       Q      How did you go about meeting them prior to your

11   travels up to D.C.?

12       A      Well, as I had mentioned earlier, I had already

13   met Ken prior to that.  And Jason contacted me and let me

14   know that he could provide a ride for me up to D.C.

15       Q      Where did you go when you first left your --

16   Florida, what state did you go to next?

17       A      We stopped to spend the night in North Carolina.

18       Q      Where did you stay in North Carolina, to the best

19   of your knowledge?

20       A      We exited I-95 and went someplace towards the

21   east.  We stayed at -- the best I can describe is would be a

22   rustic camp, like an old, you know, summer camp kind of

23   location.

24       Q      Did you meet any other Oath Keepers at that

25   location?

1    A    Yes, I did.

2    Q    Who did you meet there?

3    A    I know that Kelly Meggs and his wife Connie were

4    there.

5         And there were quite a few people there, but I

6    really didn't catch names.

7    Q    And was this the night of January 4th?

8    A    Correct.

9    Q    After you left January -- the North Carolina camp

10   location on January 4th, what happened the next day?

11   A    The next day, we were up early, returned to I-95

12   and continued driving up into Virginia.

13   Q    When you got to Virginia, where did you go?

14   A    We went to a hotel there and left the firearms

15   that we had brought in a hotel room.

16   Q    I'm going to show you now what's been previously

17   marked for --as an exhibit, as Government's Exhibit 140 and

18   143.

19        Sir, do you recognize Government's Exhibit 140 and

20   143?

21        Your Honor, may I approach the witness?

22   A    Yes, I do.

23   Q    What is Government's Exhibit 140 and -- 140, 141,

24   142, and 143?

25   A    141, 2 and 3, is this orange ammo can here.

1     Q   Whose ammo can is that?

2     A   That's mine.

3     Q   And can you just open that can up.

4     A   (Witness complied.)

5     Q   Can you stand up and present the can to the jury

6 so they can see the contents.

7     A   (Witness complied.)

8     Q   Thank you.

9     THE COURT:  Sir, Mr. Cummings, could I ask you

10 also to show the defense team over there.

11     THE WITNESS:  (Witness complied.)

12     Q   Sir, if you could also open up the large black

13 case you have with you.

14     Your Honor, this has already been cleared by the

15 Marshals.  The items inside are inoperable.

16     Can you take out the contents of that.

17     A   (Witness complied.)

18     Q   And, sir, what is that in your hand?

19     A   This is an AR-15.

20     Q   Is that your AR-15?

21     A   Yes, it is.

22     Q   And is that the weapon that you brought to the

23 hotel in Northern Virginia?

24     A   Correct.

25     Q   Thank you.  You can put that down.

2726

1          MR. MANZO:  Your Honor, at this point I seek to

2    move in Government's Exhibit 140 to 143, which are orange

3    box with its contents, and the black case with the weapon.

4          THE COURT:  Sorry, Mr. Manzo, did you say 140

5    through 1 43 or just 140 and 143?

6          MR. MANZO:  140 through 143.  The weapon's case is

7    143 and the contents of the black -- the orange box and its

8    contents, which is ammunition that Mr. Cummings just showed

9    the jury, are 141, 142, and 140, I think.

10          THE COURT:  Okay.  Any objection?

11          MR. WOODWARD:  No, Your Honor.

12          MR. BRIGHT:  No, Your Honor.

13          THE COURT:  140 through 143 will be admitted.

14                    (Government's Exhibit 140 through 143
                              received into evidence.)

15   BY MR. MANZO:

16    Q    On your way to Washington, D.C., did you hear or

17   understand that there would be a QRF at the hotel that you

18   were going to?

19    A    Yes.

20    Q    Was it your intent -- what was your intention by

21   bringing your weapon to Washington, D.C. or to the Northern

22   Virginia area?

23    A    My intention was that it would potentially be used

24   not as an offensive situation but to be used more as a show

25   of force, because there had been ongoing riots throughout

1    the country, and it was to be used with the other

2    Oath Keeper members to be just a presence.

3         Q    Did you intend for your weapon to be used by any

4    other person?

5         A    No.

6         Q    Can you describe when you got to the hotel in

7    Northern Virginia -- do you know what type of hotel it was?

8         A    Prior to that?  No.

9         Q    When you got there, do you remember the name of

10   the hotel?

11        A    I don't.

12        Q    When you got to the hotel, what did you do?

13        A    When we arrived at the hotel, Kelly verified what

14   room would be ours and then we took the weapons from Jason's

15   vehicle and be took them up to a room and left them.

16        Q    When you took them to the room, was somebody

17   waiting there?

18        A    Yes.

19        Q    Who was waiting there?

20        A    I don't know his name.

21        Q    Did you know that person?

22        A    No.

23        Q    Did other people appear to know that person?

24        A    They did.

25        Q    What gave you that impression?

1    A    Just conversations with him.

2    Q    When you saw inside the hotel room, what did you

3  think?

4    A    There were a lot of firearms cases.

5    Q    Could you compare it to any other experience that

6  you've had?

7    A    Well, I had not seen that many weapons in one

8  location since I was in the military.

9    Q    Let me ask you a couple more questions about your

10  trip up to Washington, D.C.

11        When you were about leave Florida, did you have an

12  issue with your personal phone?

13    A    I did.

14    Q    Can you describe what happened with your personal

15  phone to the jury.

16    A    Yes.

17        Typically in the evening, I will plug my phone in

18  so it will be charged in the morning.  When I got up the

19  next morning, sat down with my cup of coffee just to check

20  on news, the phone was dead.

21    Q    And so what did you do as a result of having a

22  dead phone before you departed to Washington, D.C.?

23    A    Well, wanting to be able to stay in contact with

24  my wife, I quickly drove to Walmart since they were open

25  early and purchased a prepaid phone.

1    Q    How did you -- what means did you use to purchase

2    the phone?

3    A    I used cash.

4    Q    So let's go back now to the hotel that the guns

5    were dropped off at.

6         After you drop your gun off, what did you do?

7    A    Well, after the cases were dropped off, we drove

8    into D.C. to the Hilton Garden hotel.

9    Q    When you say we, who do you mean?

10   A    Jason Dolan and Ken Harrelson and myself.

11   Q    When you got to the Hilton Garden, what did you

12   do?

13   A    Well, we went to check-in and when I was

14   attempting to check-in, I found out that somehow I had ended

15   up making a reservation at the Hilton Garden in Georgetown.

16   So Jason was kind enough to allow me to share the room with

17   him.

18   Q    And so did you sleep in Mr. Dolan's room that

19   night?

20   A    Yes.

21   Q    What did you do the next morning?  What happened

22   when you woke up?

23   A    Well, the next morning it had been arranged for us

24   to meet first thing in the morning in the lobby and

25   transportation had been arranged for us to travel to near

1    the Washington Monument.

2         Q    Who arranged the transportation?

3         A    I believe it was Kelly Meggs.

4         Q    And we're now talking about January 6th;

5    is that correct?

6         A    Correct.

7         Q    What were you dressed like on the morning of

8    January 6th?

9         A    I was wearing a green cap, a black jacket, and

10   I believe it was khaki slacks.

11        Q    And what was Mr. Meggs or the other people you

12   were with wearing to the best of your memory?

13        A    Quite a few of them were wearing, like, tactical

14   vests or plate carriers without the plates and bump hats or

15   helmets.

16        Q    Did you end up traveling toward the Ellipse area?

17        A    Yes.

18        Q    How did you get there?

19        A    It was a minivan, if I remember correctly.  It

20   might have been an Uber or some kind of service like that.

21   I don't know.

22        Q    When you got to the Ellipse, what did you do?

23        A    Well, when we arrived at the Ellipse, if I

24   remember correctly, Kelly had contact with the organizers,

25   and we ended up being given passes to go into the seating in

1   the VIP area.

2       Q    Who were you with when you were in the VIP area?

3       A    Other Florida Oath Keepers members and some other

4   Oath Keepers from other states.

5       Q    To your knowledge, can you name any people that

6   you were with?

7       A    The only people whose names I can really remember

8   are Kelly Meggs' wife Connie.  They weren't sitting in the

9   same area I was.  But then Ken and Jason.

10      Q    Were you with Mr. Brown as well?

11      A    He was with us at that time.  I don't know where

12  he was in the VIP area.

13      Q    Did you stay and listen to the whole, complete

14  part of President Trump's speech?

15      A    No.  Before the speech ended, Kelly came along and

16  told us that it was time for us to leave.

17      Q    Do you know why at that point that Kelly said it

18  was time to leave?

19      A    I wasn't really sure at the time, but, you know,

20  we had been asked to escort a VIP from the rally to the

21  Capitol.

22      Q    Did you subsequently soon thereafter meet the VIP?

23      A    Yes.

24      Q    Do you know who the VIP was?

25      A    No, I don't.

1    Q    Could you describe what the person looked like?

2    A    Best I could say would be she looked like a

3    Hispanic female.

4    Q    But you had no idea of what her identity was?

5    A    No.

6    Q    When you left the Ellipse area with the VIP before

7    the President's speech ended, where did you start to move

8    toward?

9    A    We started -- would you repeat the question,

10   please.

11   Q    When you left the Ellipse area, where did you

12   start to go toward?

13   A    We started walking to the Capitol.

14   Q    At some point, did you receive some news?

15   A    Yes, I remember Kelly saying that they had

16   breached the Capitol.

17   Q    What did the word "breach" mean to you?

18   A    To me it has kind of a negative connotation, like

19   breaking in.

20   Q    And what did you understand was going on at the

21   Capitol that day?

22   A    Well, at that point in time, I wasn't sure.

23   I wasn't sure who it was that breached the Capitol.

24   Q    Well, let me back up for a second.

25        Generally, what was going on inside the Capitol on

1   January 6th?

2       A    Okay.  Inside the Capitol --

3            MS. HALLER:  Objection to form.

4            THE WITNESS:  -- as Congress was meeting to --

5            THE COURT:  I'm sorry?

6            MS. HALLER:  Just restate the question.

7            THE COURT:  I'm sorry, what was the objection?

8            MS. HALLER:  I'm sorry, the form of the objection,

9   related to the lack of knowledge to what's going on in the

10  Capitol.  If he's at the Ellipse, so there's a lack of

11  foundation.

12  BY MR. MANZO:

13      Q    What was happening in Washington, D.C. in the

14  United States Capitol on January 6th, if you know?

15      A    Congress was meeting to certify the 2020 election.

16      Q    And so when you heard the word breach, what did

17  that mean to you again?

18      A    To me it means, you know, breaking into or

19  entering an area that people shouldn't be in.

20      Q    What did you do next after you received that news

21  from Mr. Meggs?

22      A    We continued to walk towards the Capitol.

23      Q    At some point, did you end up reaching close to

24  the Capitol area?

25      A    Yes, we did.

1    Q    And when you got to the Capitol, what could you

2    see?

3    A    I believe by that time, the large American flag

4    was hung on the Capitol, there were people on the upper

5    level on the outside, and there were a lot of people milling

6    around on the Capitol Grounds.

7    Q    Was it like anything you had seen before?

8    A    No, it wasn't.

9    Q    Did you see anyone scaling walls?

10   A    I do believe I saw people climbing up the outside

11   walls.

12   Q    I'm going to pull up, just for the witness,

13   Government's Exhibit 5202.

14        THE COURT:  Mr. Manzo, why don't we take a pause

15   since it's about 11:15.  Why don't we take our morning

16   break.

17        All right.  Ladies and gentlemen, we'll take our

18   morning break now.  It's 11:15 or a little bit after 11:15.

19   We'll get started little bit after 11:30.  Thank you very

20   much and we'll see you all shortly.

21        COURTROOM DEPUTY:  All rise.

22        (Jury exited the courtroom.)

23        THE COURT:  All right.  Mr. Cummings, you can step

24   down, sir.  I'll just ask you to return to the courtroom by

25   11:30 so we can get started shortly after.

1          And ask you not to discuss your testimony with
2     anybody during the break.
3          THE WITNESS:  Yes.
4          THE COURT:  All right.  Thank you, sir.
5          MR. WOODWARD:  Your Honor, so 104(a), of course,
6     does provide that the Court need not -- is not bound by the
7     Rules of Evidence.  Actually, I think that I've opened up a
8     bit of a Pandora's box here because 104(b) is going to
9     provide that the jury ultimately has to make the
10    determination as to authenticity.
11         So let me discuss with defense counsel over the
12    break and see if we aren't going to revisit our position on
13    this.  Thanks.
14         THE COURT:  All right.  Thank you.  See everybody
15    shortly.
16         COURTROOM DEPUTY:  This Court stands in recess.
17         (Recess from 11:18 a.m. to 11:34 a.m.)
18         THE COURT:  Please be seated, everyone.
19         MR. FISCHER:  Your Honor, may I address the Court
20    briefly?
21         Your Honor, with Mr. Cummings, I do intend on
22    asking Mr. Cummings whether he --
23         THE COURT:  Mr. Cummings is in the courtroom so
24    I want to be mindful of his presence here so I'm going to
25    ask him to step outside the courtroom.

1          MR. FISCHER:  Your Honor, I intend on -- my intent

2     is to ask Mr. Cummings whether he's been charged in this

3     case, because I do not believe the Court's order covers

4     witnesses who are actually on the witness stand because that

5     would go to their -- any bias they have.  I just wanted to

6     bring that up.

7          MR. MANZO:  I think that's a proper line of

8     impeachment.

9          MR. NESTLER:  This is a topic that I didn't want

10    to address, but I feel obligated to, which is that, it's

11    come to our attention over the break that Mr. Moseley

12    released a copy of an FBI 302 that he should no longer be in

13    possession of to the press.

14         We can get a copy for the Court and deal with this

15    at a break but I wanted to flag it, it just came to our

16    attention.

17         Mr. Woodward, at the Court's request, as he said,

18    instructed Mr. Moseley via email last week what Your Honor

19    has said, which is that he shouldn't be in possession of

20    discovery materials and shouldn't be releasing anything.

21    I appreciate Mr. Woodward doing that.  I'm not sure it had

22    the desired effect, but I appreciate the effort.

23         MR. WOODWARD:  I have not received the case file

24    from Mr. Moseley.  I've asked for it multiple times.  There

25    is material in there that Mr. Meggs created.  So it's

```
 1    actually a disservice to us that we don't have it.  I don't
 2    prefer to speak to Mr. Moseley again, however.
 3              THE COURT:  Okay.
 4              We'll take that up in due course.
 5              (Pause)
 6              COURTROOM DEPUTY:  Jury panel.
 7              (Jury entered the courtroom.)
 8              THE COURT:  All right.  Please be seated,
 9    everybody.
10              Ladies and gentlemen, welcome back.
11              Mr. Cummings, why don't you re-take the stand,
12    please.
13              MR. MANZO:  Thank you, Your Honor.  Mr. Cummings.
14              Ms. Rohde, can we pull up 5202.
15    BY MR. MANZO:
16        Q    Mr. Cummings, can you see the picture on your
17    screen?
18        A    Yes.
19        Q    Do you recognize anyone in this picture?
20        A    I recognize myself.
21        Q    You recognize yourself.
22              And could you circle yourself on the screen here.
23        A    (Witness complied.)
24        Q    And do you recognize when this picture was taken?
25        A    Yes.
```

1      Q     When was this taken?

2      A     January 6th.

3            MR. MANZO:  Your Honor, at this point, I'd seek to

4  move this photo into evidence, 5202.

5            MS. HALLER:  No objection, Your Honor.

6            THE COURT:  5202 will be admitted.

7                              (Government's Exhibit 5202

8                                 received into evidence.)

9  BY MR. MANZO:

10     Q     Just for the record, sir, you've circled the

11 person in the back left with a gaiter and what appears to be

12 a green baseball hat on?

13     A     Yes.

14     Q     And who are you with in this photo?

15     A     I'm not 100 percent positive, but it looks like

16 Kelly Meggs and some people that I knew that were there with

17 us, but I don't know their names.

18     Q     And just to be clear, were you in any kind of

19 leadership role in the Oath Keepers?

20     A     No.

21     Q     And did you participate in any meetings with any

22 other Oath Keepers except for having a cup of coffee with

23 Kenny Harrelson one day?

24     A     Face to face?  No.

25     Q     Did you ever meet Stewart Rhodes?

1      A     No.

2      Q     And prior to January 4th, when you were in

3  North Carolina, had you ever met Kelly Meggs in person?

4      A     No.

5            And I should back up.  I did not meet

6  Stewart Rhodes prior to January 6th.

7      Q     After January 6th, you met Stewart Rhodes?

8      A     I did on January 6th.

9      Q     Got it.

10            And did you hold any positions in the Oath Keepers

11  whatsoever?

12      A     No.

13      Q     So looking at this picture, that's you you've

14  circled in the back left.

15            Is this on approximately the north side of the

16  Capitol?

17      A     It looks like it.

18      Q     And this is after what you testified before, just

19  to reorient the jury before the break.  You'd already seen

20  the people scaling the walls and now you're walking around

21  the Capitol; is that fair to say?

22      A     Yes.

23      Q     Okay.

24            What happened next?  Where did you go?

25      A     We continued on around to the east side of the

1   Capitol.

2       Q    Well, before you got there, what happened to the

3   person that you were escorting?

4       A    They stayed around over on the northwest side of

5   the Capitol.

6       Q    So the VIP that you were escorting to the Capitol

7   with the other members of the Oath Keepers after you saw the

8   scaling of the walls and whatnot, that person was left

9   behind?

10          MS. HALLER:  Objection to form.

11          THE COURT:  Sustained.

12          Just rephrase the question, please.

13  BY MR. MANZO:

14      Q    What happened -- when did you decide the VIP

15  escort was over?

16      A    At some point after we arrived at the Capitol,

17  I don't know whether they reached the point where they

18  wanted to be or exactly what decision was made, but she

19  stayed behind and Jeremy Brown volunteered to stay with her.

20      Q    And the rest of the crew, what did they do?

21      A    The rest of us continued around to the east side

22  of the Capitol.

23      Q    When you got to the east side, what did you do

24  when you got there?

25      A    We were observing what was happening, and I recall

2741

1    Kelly saying that -- well, he was wondering about whether we

2    should enter the Capitol.

3        Q    Do you remember specifically what he said?

4        A    Not specifically, but he was wanting to find

5    someone to talk to them.

6        Q    Were you aware of specifically who Kelly Meggs was

7    trying to talk to?

8        A    No, I don't recall that.

9        Q    Did you get the sense that this was -- Kelly Meggs

10   was trying to talk to somebody in person or on the phone?

11       A    I didn't get an impression one way or the other.

12   I don't know.

13       Q    In the Oath Keepers organization, do you know

14   who's above Kelly Meggs in the hierarchy?

15       A    I know there are positions above Kelly.  But the

16   only person that I know for sure by name is Stewart Rhodes.

17       Q    At any point as you're standing there and

18   Kelly Meggs is waiting for direction, was there a

19   conversation about trying to help the police?

20            MS. HALLER:  Objection to form.

21            THE COURT:  It's overruled.

22            THE WITNESS:  I don't recall there being a

23   conversation like that.

24   BY MR. MANZO:

25       Q    Was there a conversation about helping anyone?

1      A      There was a general attitude that if someone was

2   in need of help, that we would probably assist them.

3      Q      Well, let's just be specific.

4             Was there a specific conversation that anyone

5   said, let's go help somebody?

6      A      I don't recall a conversation like that.

7      Q      As Kelly Meggs is there waiting to talk to

8   somebody, what are you thinking?

9      A      Well, since he was talking about entering the

10  Capitol, my understanding was that Congress was in session

11  and I knew that the Vice President was going to be there for

12  the certification of the election, and I personally didn't

13  think it was a good idea to enter.

14     Q      Why?

15     A      Well, for the reason I just mentioned.

16     Q      So what did you do?

17     A      Well, about that time, I had an overwhelming need

18  to relieve myself, so I spotted some porta potties and I

19  left.

20     Q      And where were the porta potties approximately?

21     A      They were off to the northeast of the Capitol.

22     Q      After you're done relieving yourself, what

23  happened next?

24     A      Well, when I returned, the group was no longer

25  where I left them.

1      Q    At some point, did you see the group reemerge?

2      A    I did.

3      Q    Who was in the group when they reemerged?

4      A    Well, Kelly, his wife, Connie, Kenneth Harrelson,

5  and Jason Dolan, and there were some others but I don't know

6  their names.

7      Q    At any point, do you remember seeing

8  Stewart Rhodes?

9      A    Later on he did arrive, yes.

10     Q    Did Stewart Rhodes say anything?

11     A    Well, the only comment I remember Stewart making

12 was once they started using flash bangs and CS gas, he made

13 a comment about, "Just suck it up, just CS gas."

14     Q    When you say they started using flash bangs or CS

15 gas, who do you mean was deploying that?

16     A    By "they" I mean the police.

17     Q    When you say Stewart Rhodes said, "Suck it up,"

18 what did you understand that to mean?

19     A    Like a little tear gas in the eyes isn't any big

20 deal.

21     Q    At some point, did you decide to leave the general

22 Capitol area?

23     A    The group in general made a decision, because the

24 mayor had invoked a 6:00 p.m. curfew time and we wanted to

25 make sure we were back in the hotel prior to that.

2744

1    Q    So where did you go?  Which hotel?

2    A    The Hilton Garden hotel.

3    Q    And when you got there, what did you do?

4    A    Well, on the way to the hotel, I separated and

5  I went into a small market close to the hotel to try to find

6  something to pick up for dinner.  Then I returned to the

7  room.

8    Q    And you slept that night?

9    A    Excuse me?

10   Q    Did you sleep that night?

11   A    Yes.

12   Q    What happened the next morning?

13   A    The next morning, we got up, we were under the

14  impression we were going to be meeting some of the other

15  members, but it turned out that everyone had already left.

16   Q    And who were you planning on meeting that morning?

17   A    Kelly and the other Florida contingent.

18   Q    So what did you do?

19   A    We left.  We drove to the hotel in Virginia where

20  we had left the firearms.

21   Q    And when you got there, what did you do?

22   A    Well, it turns out we were the last ones to pick

23  up our equipment.  So we retrieved it, loaded it, and headed

24  back to Florida.

25   Q    Did you retrieve it from the same individual that

2745

1    you had left the gun with?

2        A    Yes.

3        Q    Were you involved in any conversations about the

4    QRF specifically?

5        A    I wasn't involved.  I heard conversations.

6        Q    Were you in any leadership role in the QRF?

7        A    No.

8        Q    And did you understand that the QRF -- what was

9    your understanding of how the QRF would be used?

10       A    My understanding was that if there was a need for

11   weapons determined by leadership, that the people in -- at

12   the Virginia hotel would load the firearms and transport

13   them into D.C.

14       Q    And were you involved in leadership in any way?

15       A    No.

16       Q    Were you on any Signal chats involving the highest

17   levels of leadership?

18       A    No.

19       Q    After you picked up the guns at the hotel, where

20   did you go?

21       A    We returned to Florida.

22       Q    When you say "we," who do you mean?

23       A    Jason Dolan, Kenneth Harrelson and myself.

24       Q    What was the mood like on the return home?

25       A    It was more subdued than the trip to D.C.

2746

1    Q    I'm going to show you Government's Exhibit 5200.

2         At some point in November of 2001 [sic],

3    do you remember meeting with the FBI?

4    A    Yes.

5    Q    And when you met with him, did they show you the

6    photo that's in Government's Exhibit 5200 on your screen?

7    A    I do remember seeing this at some point.  I don't

8    remember exactly when.

9    Q    Okay.  But it was when you met with the FBI?

10   A    Yes.

11   Q    And, Ms. Rohde, can you just scroll up and down

12   here.

13        I'm showing you page 2, page 3, page 4, page 5.

14        Do you remember being shown this, these photos?

15   A    I don't remember seeing all of them, no.

16   Q    Okay.

17        But you remember seeing some of them?

18   A    Yes.

19   Q    And do you recognize where these photos were taken

20   from?

21   A    Yes.

22   Q    Where were they taken from?

23   A    From the hotel in Virginia.

24   Q    And is that the hotel in Virginia where you had

25   dropped off your firearm?

1      A      Yes.

2      Q      And, Ms. Rohde, if you can back up to the second

3   page.

4             On this page, do you recognize anyone?

5      A      Looking at it and trying to identify a particular

6   person, no, I don't.

7      Q      Okay.

8             If we go to the first page.

9             In this page, do you recognize anyone, including

10  yourself?

11     A      Well, yes, I recognize myself.

12     Q      Okay.  And can you circle yourself on this photo.

13     A      (Witness complied.)

14     Q      Okay.

15            MR. MANZO:  And at this point, Your Honor, I'd

16  seek to move 5200 into evidence.

17            MR. WOODWARD:  Objection to foundation for all of

18  the photos.  This one, no objection.

19            MR. MANZO:  Okay.  Can we go to the second slide?

20  BY MR. MANZO:

21     Q      And can you circle yourself in this photo if you

22  see yourself?

23     A      (Witness complied.)

24     Q      We'll go to the third slide.

25            If you see yourself in this slide, can you circle

```
 1   yourself.
 2        A    (Witness complied.)
 3        Q    And we'll go to the fourth slide.
 4             If you see yourself in this photo, can you circle
 5   yourself.
 6        A    (Witness complied.)
 7        Q    And we'll go to the fifth slide.
 8             If you see yourself in this photo, can you circle
 9   yourself.
10        A    (Witness complied.)
11             MR. WOODWARD:  No objection.
12             MR. MANZO:  Thank you.  I seek to --
13             THE COURT:  Get on the phone quickly, please.
14             (Bench conference)
15             THE COURT:  There's some handwriting on these
16   photos.  Did this gentleman identify people when he was
17   shown these photos by the FBI?  Is this coming in as a prior
18   ID?
19             MR. MANZO:  Exactly, Your Honor.  He identified
20   the people and the gun cases and the FBI marked them with
21   that blue marker as he was identifying them.
22             But I'm not sure if he'll be able to make the same
23   IDs in court today, but since it's a prior statement of
24   identification, it's admissible, we believe.
25             THE COURT:  It is -- well, it is.  I think the
```

1    question is whether he will recall having written on those

2    photographs and identified the people.  Looks to me like

3    he's circled them and identified people with initials.  Will

4    he recall having done that?

5             MR. MANZO:  To be clear, he dictated to the FBI

6    how he was identifying and what he was identifying so it's

7    both initials and objects.

8             THE COURT:  Oh, before.

9             MR. MANZO:  And then the FBI circled and initialed

10   based on his identification.

11            THE COURT:  Okay.

12            MR. MANZO:  So we have one of the agents who is

13   present at that identification available to testify.

14            THE COURT:  Okay.  All right.

15            Okay.  Any objections based on that understanding?

16            MR. WOODWARD:  Yes, I apologize.  We did not

17   understand this to be an FBI's handwriting.  I wrongly

18   assumed that it was Mr. Cummings' handwriting.  If the FBI

19   wrote it, then we think the proper course is to admit the

20   photographs unaltered.

21            THE COURT:  Does the government intend to call the

22   FBI agent?

23            MR. MANZO:  Yes.

24            THE COURT:  Okay.  So with the proviso that the

25   FBI agent will be called, I'll admit them now and they can

1   be -- the exhibits can be tied up by the FBI agent when he's

2   called.  Is he being called next?

3               MR. MANZO:  Yes.  It's Agent Kelsey Harris, who

4   was present during the interview with Mr. Cummings.

5               THE COURT:  All right.

6               All right.  Subject to that condition, they'll be

7   admitted.

8               (Open court)

9               THE COURT:  Exhibit 5200 will be admitted.

10                                  (Government's Exhibit 5200
                                       received into evidence.)

11  BY MR. MANZO:

12      Q    Ms. Rohde, are we on the first slide?

13           So, Mr. Cummings, now, again, just for the jury

14  now, can you circle yourself in this photo?

15      A    (Witness complied.)

16      Q    And at the hotel when you were picking up your

17  weapon, who were you with?

18      A    I was with Ken Harrelson and Jason Dolan.

19      Q    Looking at this photo, can you tell who's who?

20      A    I can only make a guess based upon who I was with.

21  The resolution obviously is not very good on this photo.

22      Q    Did you previously tell FBI agents on November

23  15th of 2021 that the person on the right was

24  Kenneth Harrelson and the person in back was Terry Cummings,

25  or TC?

1              MS. HALLER:  Objection to form.  Leading.

2              THE COURT:  It's overruled.

3              THE WITNESS:  I don't recall doing that.

4    BY MR. MANZO:

5         Q    Fair enough.

6              Can we go to the second slide.

7              And, Mr. Cummings, can you circle yourself in the

8    second slide of 5200.

9         A    (Witness complied.)

10        Q    And just for the record, you circled the

11   individual to the right.

12             And do you recognize the other two individuals in

13   this photo?

14        A    Again, I would be making an assumption.

15        Q    Do you remember telling the FBI on November 15th,

16   2021, that the person on the left was Jason Dolan?

17             MS. HALLER:  Objection; form.

18             THE COURT:  It's overruled.  It's impeachment.

19             It's a question for purposes of impeachment.

20             So go ahead.

21             THE WITNESS:  Again, I'm just seeing the backs of

22   low resolution images.  Again, based on the scenario, I

23   probably could.  I don't recall telling the FBI that this is

24   definitely this person or that person.  I don't remember

25   doing that.

```
 1    BY MR. MANZO:
 2         Q    Fair enough.
 3              Going to Slide 3, and then showing you Slide 3.
 4    Do you recognize yourself in this photo?
 5         A    Yes.
 6         Q    And can you circle yourself.
 7         A    (Witness complied.)
 8         Q    Just for the record, that's the person in the
 9    middle of the photo that you've circled.
10              And then do you remember telling the FBI that the
11    front case belonged to Kenneth Harrelson?
12         A    I don't remember that.
13         Q    Okay.  And then going to the final photo.
14              Do you recognize yourself in this photo?
15         A    Yes.
16         Q    And then can you circle yourself.
17         A    (Witness complied.)
18         Q    And that's, for the record, the individual between
19    the two elevator doors.
20              And do you remember telling the FBI that the
21    middle case on the left belonged to you?
22         A    Actually, yes, that I do remember.
23         Q    Okay.
24              And then do you remember telling --
25              THE COURT:  Mr. Manzo, I think the appropriate way
```

1    to begin is to ask him whether he actually can identify them

2    in this photo, and then if he can, then you can ask the

3    question you're asking.

4              MR. MANZO:  Fair enough, Your Honor.

5    BY MR. MANZO:

6        Q    Do you recognize any of the items on the luggage

7    cart in the left of the photo?

8        A    Well, I would make an assumption that the orange

9    case is my ammo can.

10       Q    And were you able to identify any other items in

11   this photo?

12       A    I believe the case on the right is Ken

13   Harrelson's, and the one on the left of mine is Jason's.

14       Q    Thank you.

15             When you got home to Florida after leaving the

16   hotel on January 7th, what did you learn about your original

17   cell phone that you use in everyday communication?

18       A    I plugged it in using a different charger and cord

19   and the phone took a charge and it worked again.

20       Q    So the original phone that you used previous to

21   your trip to the Washington, D.C., area now worked again,

22   correct?

23       A    Correct.

24       Q    And what did you do with the phone that you

25   purchased in cash at Walmart?

2754

1          A     Eventually, probably in June as we were packing to

2    move to Oregon, I ended up disposing it.

3          Q     And that was a phone that you used while in the

4    Washington, D.C., area?

5          A     Yes.

6          Q     And that phone you disposed of before the FBI ever

7    contacted you; is that correct?

8          A     Correct.

9          Q     And is that the phone that would have had any text

10   messages or communications while you were traveling up to

11   D.C. and then back down to Florida?

12         A     Yes.

13         Q     Subsequently, did you review the Signal -- let me

14   step back for a second.

15               Your normal everyday phone that you used prior to

16   traveling to D.C., did you use Signal on that phone?

17         A     Yes.

18         Q     And then when you got back from D.C. and you

19   started -- and your normal everyday phone was working again,

20   did you still have Signal on that phone?

21         A     Yes.

22         Q     At some point, did you notice something about the

23   conversations that you were in on that phone?

24         A     Well, I ended up being removed from various

25   groups.

2755

1    Q    And did you remove yourself or were you removed?

2    A    I was removed.

3    Q    I want to ask you a couple questions about money

4 that you've given.

5         Have you given money to support Mr. Harrelson's

6 legal defense fund?

7    A    I made donations to their Gifts & Go account.

8    Q    Did you make any donations to Mr. Meggs' Gifts &

9 Go account?

10   A    Yes.

11   Q    Did you help Mr. Harrelson retain an attorney?

12   A    I helped his wife, yes.

13   Q    After January 6th, did you participate in any

14 other Oath Keepers events or operations or anything like

15 that?

16   A    No.

17   Q    Did you take any type of leadership role after

18 January 6th?

19   A    No.

20   Q    Did you have any type of leadership role before

21 January 6th?

22   A    No.

23   Q    Have you been promised anything with your

24 testimony today?

25   A    No.

1      Q     Have you been threatened in any way?

2      A     No.

3      Q     Why are you testifying here today?

4      A     Because I was given a subpoena and was informed I

5  had to be here.

6            MR. MANZO:  Thank you.  No further questions.

7            THE COURT:  All right.

8                        -  -  -

9                    CROSS-EXAMINATION

10 BY MR. BRIGHT:

11     Q     Good morning, Mr. Cummings.  How are you this

12 morning?

13     A     Good morning.

14     Q     First off, thank you so much for your years of

15 service, we really appreciate it.

16           I don't have an enormous number of questions for

17 you.

18           Part of what you had stated regarding your

19 interest in joining Oath Keepers, I believe you stated it

20 had to do with what was going on in the country, correct?

21     A     Yes.

22     Q     Could you do me a favor and help us understand a

23 little bit more of that and why that was a motivation for

24 you in joining the Oath Keepers?  What is it that you were

25 seeing that led you to the decision that you needed to join?

1      A    Well, I can use the City of Portland as an

2 example, having spent my entire working career in the

3 Portland area.

4      Q    Please.

5      A    It used to be a beautiful city.  You could go

6 downtown Portland anytime, it was safe, they had festivals.

7 But then, you know, you ended up with the riots caused by

8 Antifa and you had the government leadership that really

9 didn't challenge them, and in some cases, almost encouraged

10 them.

11     Q    Outside of -- I'm sorry, go ahead, please.

12     A    And that just -- at some point, people need to

13 stand up.

14     Q    Would you agree with me that, as -- you used

15 Portland there.  Their federal courthouse, from your

16 perspective and what you watched on TV was fundamentally

17 under siege for three months on a nightly basis, correct?

18     A    Yes.

19     Q    Would be fair to say that you as a concerned

20 citizen, as someone who watched that, you were troubled by

21 the fact that the authorities weren't doing anything to stop

22 it?

23     A    It did bother me, yes.

24     Q    Would you agree with me that for many people like

25 you, watching that, they saw a common theme happening in

2758

```
 1   most of the major urban cities in the United States?  Not to
 2   that extent but riots, things of that nature?
 3        A    There were riots that --
 4             THE COURT:  I'm sorry to interrupt.
 5             Mr. Bright, I don't know that he can talk about
 6   others but you can ask him about his own thoughts.
 7             MR. BRIGHT:  Yes.
 8   BY MR. BRIGHT:
 9        Q    But that was the driving force for you to become
10   interested in joining the Oath Keepers, correct?
11        A    Yes.
12        Q    And that was common theme of discussions that were
13   part of the chats that you were in and in the GoToMeetings,
14   correct?
15        A    Lot of the riots and damage and assaults caused by
16   Antifa, BLM, groups like that, yes.
17        Q    And I'm just asking, that was a common discussion
18   point amongst the Oath Keepers that you can recall?
19        A    Yes.
20        Q    When you got to Washington, D.C. after driving up
21   here, during the drive -- excuse me, let me back up.
22   I apologize.
23             During the drive, you haven't referenced any
24   discussions that you or anyone else that you were around
25   that had to do with any plans to storm the Capitol on
```

1    January 6th; is that correct?

2    A    There were no conversations concerning storming

3    the Capitol.

4    Q    Would it be reasonable to suggest, based on what

5    you've articulated as your concern of the Capitol being

6    breached, that had you been aware of or known of any of

7    those types of plans, you would have turned back, you would

8    not have continued to D.C. with this group?

9    A    That is correct.

10    Q    Okay.

11          Probably willing to say that based on your years

12    of service and abiding by the law, you probably would have

13    reported that type of plan had you heard about it or been

14    aware of it, correct?

15    A    Correct.

16    Q    So when you got to D.C., and I'm going to go ahead

17    and skip, if I may, sir, to the morning of January 6th.  Can

18    you restate who it was that you rode with to the monument?

19    A    I know that Kelly was there, and more than likely,

20    his wife Connie was.  And I don't recall if Ken and Jason

21    rode in the same vehicle.  There were several vehicles, so I

22    didn't know if they were in the same one I was in or not.

23    Q    You had stated that you believed that Meggs,

24    Kelly Meggs the one that had set up the transportation from

25    the hotel?

1     A    He was the one that was coordinating it so I made

2  the assumption that he was the one that arranged it, yes.

3     Q    Vans?

4     A    Right.

5     Q    How many Oath Keepers in total would you estimate

6  that when you got to the event, that you saw there, that you

7  could actually identify as an Oath Keepers?  Maybe plain

8  clothes you wouldn't know, but you could identify.

9     A    Difficult to estimate.  Several dozen maybe.

10    Q    So 25 or less?

11    A    That would be my guess.

12    Q    When you left a little bit early from

13  then-President Trump's rally, his speech, and you started

14  escorting the Latin female to the Capitol, how many

15  individuals that you could identify as Oath Keepers were in

16  that detail, whether you knew them by name or not?

17    A    Approximately ten.  Of course, this is just a

18  guess because I wasn't standing there counting people, but

19  I'd guess maybe ten.

20    Q    Okay.

21        And did that entire group travel the entire way

22  together?

23    A    That I don't recall.

24    Q    Okay.

25        Do you recall, and I know it's been about 18

1    months, but do you recall by chance where along the path

2    from the Ellipse to the Capitol Building you all were when

3    you first started getting word of the fact that the Rotunda

4    had been breached?

5        A    It was within the first few blocks after leaving

6    the Ellipse that we heard that the Capitol had been

7    breached.

8        Q    So five minutes or so afterwards?

9        A    Five, ten minutes.

10       Q    So really fundamentally at the beginning of your

11   walk from the Ellipse to the Capitol?

12       A    Correct.

13       Q    Did y'all start running?

14       A    No.

15       Q    Did y'all start walking really fast in order to

16   get there really fast?

17       A    We were already walking at a pretty good speed.

18       Q    Okay.  But nothing changed?

19       A    No.

20       Q    At that point, did you become aware of any

21   discussions regarding plans to lay siege to the Capitol,

22   stop the electors, any of that?

23       A    No.

24       Q    So in the midst of ten Oath Keepers traveling from

25   the Ellipse to the Capitol, all of these Oath Keepers were

2762

1   with you when you all learned that the siege of the Capitol

2   had already happened, had already started, correct?

3       A    Correct.

4       Q    And you had already heard that if there was a plan

5   for these Oath Keepers to do that, they didn't do it, it had

6   already started based on your knowledge of when you heard

7   the breach occurred, correct?

8       A    Yes.

9            MR. BRIGHT:  May I approach, Your Honor?

10           THE COURT:  Sure.

11  BY MR. BRIGHT:

12      Q    Mr. Cummings, I'm going to show you what's been

13  marked as 1653, it's a 3D model of the Capitol.  Could you

14  step down, please, sir?

15           Do you recognize what is shown here on this

16  placard as the Capitol of the United States?

17      A    The east side, yes.

18      Q    Can you point to on that placard, the direction

19  from which you all were approaching, please, sir?

20      A    We approached from this direction.

21      Q    From the south side?

22      A    Yes.

23      Q    Okay.  And then you wrapped your way around the

24  south side?

25      A    No, we ended up coming around the north side.

1    Q    Okay.

2         So you started out at the south side and then

3    where we can see those roads articulated, you came across

4    and then that's why you referenced taking the Latin female,

5    and that's where they stopped, on the northwest side.  Could

6    you point out where that was, please, sir?

7    A    Right.  It was somewhere approximately in this

8    area.

9    Q    Okay.  Thank you.  You can please have a seat.

10        MR. BRIGHT:  Your Honor, if I could, for the

11   record point out that it was, based on the details of the

12   map, somewhere a short distance off the northwest point of

13   the Capitol itself.

14   BY MR. BRIGHT:

15   Q    Mr. Cummings, so of the ten Oath Keepers that,

16   approximately, that you walked from the Ellipse with, how

17   long would you estimate that it took you all to go that

18   distance from the Ellipse to the northwest point of the

19   Capitol building?

20   A    Oh, gosh, I have absolutely no idea.  In that

21   situation, time was very, almost non-existent.

22   Q    Things kind of slowed down?

23   A    Or sped up.  I was amazed at how quickly time

24   passed.

25   Q    So kind of reasonable to say you didn't have any

2764

1    sense of actual time, it could have been an hour, it could

2    have been 20 minutes, you just don't recall?

3         A    Correct.

4         Q    Fair enough.

5              So when you came across from what would have been

6    the southeast and then rotated going north to the northwest

7    point, you had a full visual view of the mess that was

8    happening on the west side of the Capitol; is that correct?

9         A    Yes.

10        Q    How many people at that point would you estimate

11   that you could see just in the sea of people, the humanity

12   that was there?

13        A    Extremely rough guess, several thousand.

14        Q    Okay.

15             And as you went around to the northwest point and

16   then came to the east side, would it be fair to say that the

17   crowd thinned down a good bit?

18        A    Yes.

19        Q    So the main activity from your perspective was on

20   the west side of the Capitol, what you were viewing?

21        A    Yes.

22        Q    Did you see any of -- on the west side, of the

23   rioters or the people that were protesting, did you see any

24   Oath Keepers in that group that you could identify?

25        A    No.

2765

1      Q    Did you see, at that point, as you were coming

2   from the southwest to the northwest and then across the

3   north top of the Capitol, at any point did you see any

4   Oath Keepers going into the Capitol, scaling the walls,

5   I believe you had said you saw, any of that type of activity

6   at all?

7      A    No.

8      Q    When you all stopped and allowed the Latina female

9   to be guarded at the point, you can't recall whose choice

10  that was, correct?

11     A    Correct.  I don't know what prompted that action.

12     Q    Did any Oath Keepers stay behind with her?

13     A    Yes.

14     Q    Okay.

15          Why did they stay behind with her, to your

16  recollection?

17     A    To make sure she was safe to get where she wanted

18  to go.

19     Q    So they were providing on that date a personal

20  security detail, a PSD, correct?

21     A    Yes.

22     Q    Okay.

23          Is that also something that you saw the teams of

24  Oath Keepers at the Ellipse doing?

25     A    Not specifically, no.

2766

1    Q    Did you see other Oath Keepers performing on that
2    day any other security details?
3    A    There were other groups of Oath Keepers around,
4    but I wasn't aware of what they were doing, I was primarily
5    aware of what the Florida contingent was doing.
6    Q    Fair enough.
7         How many Oath Keepers stayed behind with the
8    Latina female, if you recall?
9    A    As I recall, it was primarily just one, there
10   might have been another one, but I remember.
11   Q    Okay.
12        I'll just ask you this one time to step down real
13   quickly, please, sir, and this will be the final time,
14   I apologize, I should have had you do it a minute ago.
15        Could you, to the best of your recollection, for
16   the jury and Court, point out what you recall the location
17   or the direction of the porta potty being that you had left
18   the east side to go to?
19   A    It was down in this area.
20   Q    And let the record reflect that Mr. Cummings has
21   identified somewhere off of this map the northeast direction
22   from the Capitol itself.
23        When you left, could you point out, and this will
24   be my final question, could you point out where your group
25   of individuals that you had left behind were standing.

1      A     They were in approximately this area.

2            MR. BRIGHT:  Your Honor, let the record reflect

3      Mr. Cummings has identified the east side of the Capitol

4      towards the north entrance doors.

5            Thank you, sir.

6      BY MR. BRIGHT:

7      Q     At any point from dropping off the Latina female

8      and then moving to that location, were you aware of or did

9      you hear any conversation about a plan to storm the Capitol?

10     A     No.

11     Q     At any point during the entire day, the ride from

12     Florida the two days before, camping out in North Carolina

13     on the night of the 4th, the drive from North Carolina on

14     the 5th to Virginia and then to D.C., did you ever hear of

15     any human being that's associated with the Oath Keepers

16     discuss a plan of any sort for the activities that you

17     witnessed on January 6th?

18     A     No.

19     Q     When you left the group --

20     A     Excuse me, could we back up to that question?

21     Q     Of course.

22     A     You ended up with the activities I saw.

23     Q     I'm talking about what would be the storming of

24     the Capitol, the breach of the Rotunda?

25     A     Okay.  Thanks for that clarification.

2768

1      Q    Of course.

2      A    No.  I did not hear of any plans.

3      Q    Thank you for bringing that back around, I really

4 appreciate it.

5           You didn't hear any communications from anybody

6 ordering the individuals that did to go into the Rotunda,

7 did you?

8      A    No.

9      Q    You didn't witness any discussion from them about

10 having any plan or any orders pre-existing to do that on

11 this date, correct?

12      A    Correct.

13      Q    How long would you estimate, and I know you've

14 phrased that it's difficult to estimate time on this date,

15 but after you got to the east side, how long would you

16 estimate that you as a group were standing there before you

17 left?

18      A    It did not seem to be very long, 10, 15 minutes at

19 the most.

20      Q    And at that point, you left, went to the porta

21 potties, came back and the group was gone, correct?

22      A    Correct.

23      Q    They didn't detail for you why they were gone,

24 they didn't give you any information of when they'd be back,

25 correct?

2769

1      A    That is correct.

2      Q    Could you estimate, to the extent you can

3  remember, the length of time that you were separated from

4  them until you re-engaged Meggs and that group again?

5      A    I would really hesitate to even hazard a guess.

6  It was seemed to be a lengthy period, but, again, the whole

7  time situation in a situation like that.  During the time

8  that they were away, I walked back around over to the

9  northwest side.  I sat and watched the activities happening,

10  and then I happen to see them come out.  I have no idea.  It

11  could have been a half hour, 45 minutes, longer.

12     Q    Okay.

13          And so when you re-approached them, what was the

14  nature of the discussions being had?  Do you recall?  Not

15  the specific comment, but the nature of the discussions.

16     A    Right.

17          They were having conversations about having --

18          MR. MANZO:  Objection, Your Honor.

19          THE COURT:  I'll overrule it.  You can answer the

20  question.

21  BY MR. BRIGHT:

22     Q    Please.

23     A    Okay.  Would you repeat it again, please.

24     Q    Can you just describe to me the nature of the

25  conversations that you were witnessing.

1          A    They were having conversations about having

2   encountered a Capitol Police officer inside the Capitol.  He

3   happened to be standing on stairs and he was being

4   confronted by people inside the Capitol.  They talked

5   about --

6                MR. MANZO:  Objection again, Your Honor.

7                THE COURT:  I'll sustain it.

8   BY MR. BRIGHT:

9          Q    Not the specifics.  Let me just ask this?

10               MR. MANZO:  Objection, Your Honor.

11               THE COURT:  Hang on.  Let him ask the question

12  before you object.

13  BY MR. BRIGHT:

14         Q    The tenor of that, was it a heightened nature that

15  they were acting in?  What was your impression of their

16  behavior at the time?

17         A    The impression I got was they were glad they were

18  there to put -- to intervene in a potential bad situation.

19         Q    Okay.  That's fair enough.

20               How long would you -- you said on direct

21  examination, and I only have a few more questions, thank

22  you -- that I believe your exact comment regarding when you

23  finally for the first time met Stewart Rhodes in person or

24  saw him in person, you said, "Later on, he did arrive."

25               Can you recall what direction Mr. Rhodes came

2771

1    from?  When did you first see him?

2         A    I saw him after the Florida group had emerged from

3    the Capitol and I really didn't notice what direction he

4    came from.

5         Q    What time frame -- do you recall how long it was

6    by chance?

7         A    No, I don't.

8         Q    He wasn't, to your knowledge, on the grounds of

9    the Capitol?

10        A    I didn't see him until that later time.  That was

11   the only time I saw him.

12        Q    And you saw him walking up to this group?

13        A    Correct.

14        Q    And did he have anybody with him at the time?

15        A    No, not that I'm aware of.

16        Q    How long would you estimate then, because I know

17   you referenced there was a 6:00 p.m. curfew that everybody

18   had to be out of the District.  What -- off the Hill, excuse

19   me.  What time frame do you recall that they would have been

20   talking or milling around together before everybody broke

21   and left off?

22        A    Again, when you're talking about times, I have no

23   idea.

24        Q    Okay.

25             Did you at any point during the day of January 6th

1  witness any Oath Keepers with firearms?

2      A    No.

3      Q    Were you aware or had you been made aware in

4  advance of coming to D.C. regarding the legality or

5  illegality of firearms in the District?

6      A    Yes.

7      Q    Had you all had discussions about the fact that it

8  would have been illegal to bring firearms, as a general

9  rule, into the District?

10     A    Yes.

11     Q    Was that part of the reason, to your knowledge,

12  that discussions had been had to leave the firearms in bulk

13  outside of the District?

14     A    Yes.

15     Q    To your knowledge, and we'll get -- we're not

16  going to get too far into the QRF, because really what's

17  more important, I think, is the question, to your knowledge,

18  did anybody on that day attempt to access the QRF and bring

19  weapons into the District?

20     A    Not that I'm aware of.

21          MR. BRIGHT:  Thank you, sir.

22          Pass the witness, Your Honor.

23          THE COURT:  All right.  Thank you, Mr. Bright.

24          Mr. Woodward.

25

```
1                          - - -

2                     CROSS-EXAMINATION

3  BY MR. WOODWARD:

4       Q    Good afternoon, Mr. Cummings.

5            I'm Stanley Woodward.  I'm counsel, along with

6  Ms. Haller, for Kelly Meggs.

7            You know Mr. Meggs, do you not?

8       A    Yes.

9       Q    You don't know him well?

10      A    No.

11      Q    But you came to know him through your membership

12  in the Oath Keepers?

13      A    Correct.

14      Q    Do you recall exactly when you first joined the

15  Oath Keepers?

16      A    Do I recall what?

17      Q    Exactly when you first joined the Oath Keepers?

18      A    I don't recall exactly when, no.

19      Q    It wasn't in 2020?

20      A    It was.  I mean, generally, yes, it was probably

21  early fall maybe.

22      Q    That was the first time you joined the

23  Oath Keepers?

24      A    Correct.

25      Q    Didn't you -- and you joined earlier and came to
```

1  learn that it wasn't very active when you first joined?

2      A    The first time I was a member of the Oath Keepers,

3  that's correct.

4      Q    But by the fall of 2020, the Oath Keepers or the

5  Florida chapter had become more active?

6      A    Yes.

7      Q    Why do you think that was?

8      A    Well, for my situation, the first time I became a

9  member was when I was living in Oregon, and Oregon is not a

10  state that's very conducive to groups like Oath Keepers.

11      Q    Sorry, Oregon is not a state that is not

12  conducive --

13      A    To groups like Oath Keepers.  In other words, it's

14  an extremely liberal state.

15      Q    And Florida is different?

16      A    It is.

17      Q    So when you joined the Oath Keepers again in

18  Florida, you found a very different group?

19      A    Yes.

20      Q    What did you understand the purpose of the

21  Oath Keepers to be?

22      A    The group in Florida was very active in helping

23  people.  Hurricanes would come through and they would send

24  people to go help out, whether it was to help protect

25  businesses, deliver foods, they were out there to help

1    people.

2         Q    That interested you, correct?

3         A    Yes.

4         Q    Did you understand that the -- well, let me back

5    up.

6              You're aware that the Oath Keepers chapter in

7    Florida had regular conference calls?

8         A    Yes.

9         Q    And routinely met, telephonically, but met to talk

10   about how the Oath Keepers could be helpful?

11        A    Yes.

12        Q    And on several of those calls, the group discussed

13   specific events where the Oath Keepers could be helpful?

14        A    Correct.

15        Q    And you're aware that, for example, a group of

16   Oath Keepers traveled to Louisville, Kentucky?

17        A    Yes.

18        Q    They did that to provide assistance?

19        A    Yes.

20        Q    You're aware that a group of Oath Keepers provided

21   security details around Florida?

22        A    Yes.

23        Q    And they were doing that to be helpful?

24        A    Correct.

25        Q    Were you not also aware that a group of

```
 1   Oath Keepers had previously traveled to Washington, D.C.?
 2        A    I believe that that happened towards the end of
 3   2020 after the election, yes.
 4        Q    And that they had traveled to Washington, D.C.
 5   because they believed they could be helpful?
 6        A    Correct.
 7             MR. MANZO:  Objection, Your Honor.
 8             THE COURT:  Overruled.  He can answer to the
 9   extent he has an understanding.
10   BY MR. WOODWARD:
11        Q    So when you were invited to travel to Washington,
12   D.C. in January of 2021, you believed that you could be
13   helpful?
14        A    Correct.
15        Q    And those that you traveled with believed they
16   could be helpful?
17             MR. MANZO:  Objection, Your Honor.
18             THE COURT:  That is sustained.
19   BY MR. WOODWARD:
20        Q    Did you have -- you are a participant in the
21   Signal chats surrounding the events of January 6th, 2021?
22        A    The general Signal chat that was developed for
23   people wanting to attend, yes.
24        Q    You couldn't read all of the messages in those
25   chats?
```

2777

1     A     Like I mentioned earlier, some people were

2     extremely prolific.

3     Q     But you had a general situational awareness of

4     what was being discussed in the chats?

5     A     Yes.

6     Q     And your understanding of the reason for traveling

7     to Washington, D.C. again was to provide assistance?

8     A     Correct.

9     Q     You testified that the Oath Keepers were going to

10    provide a security detail?

11    A     Yes.

12    Q     You didn't know who?

13    A     Correct.

14    Q     You also testified that the Oath Keepers were

15    going to establish a QRF?

16    A     Yes.

17    Q     And that you yourself traveled with a firearm to

18    Virginia, correct?

19    A     Yes.

20    Q     And left that firearm in Virginia at that QRF?

21    A     At the hotel, yes.

22    Q     At the hotel.

23          Now, you didn't inspect any other firearms that

24    may or may not have been in the hotel?

25    A     I did not.

1       Q    You didn't look in, for example, any gun cases

2  that Mr. Harrelson may or may not have brought?

3       A    Correct.

4       Q    You don't know, as we sit here today, who else may

5  have contributed to the QRF, correct?

6       A    To the stockpile of firearms at the hotel,

7  correct.

8       Q    And so you don't know what was in the boxes in the

9  hotel room that you testified about?

10      A    No, I do not.

11      Q    But you didn't bring any weapons into Washington,

12  D.C.; is that right?

13      A    That is correct.

14      Q    Why was that?

15      A    It's illegal to do so.

16      Q    And so you were mindful that bringing firearms

17  into the District was prohibited?

18      A    Yes.

19      Q    You then traveled into the District, where you

20  stayed, correct?

21      A    Yes.

22      Q    And on the morning of January 6th, you got up and

23  proceeded to assist with the security detail; correct?

24      A    Yes.

25      Q    You were given, in fact, a pass or a badge; isn't

1    that right?

2         A    No.

3         Q    If I could just show the witness.

4         A    Okay.  Oh.  Yes.

5         Q    Do you see and do you recognize this image?

6         A    Yes, I do recognize it.

7         Q    And is this a fair and accurate picture of a

8    badge -- an item that you received on January 6th, 2021?

9         A    Yes.

10             MR. WOODWARD:  We would move to admit this,

11   I think as KM 07 -- 8.  Thank you, JC.

12             THE COURT:  Any objection?

13             MR. MANZO:  No, Your Honor.

14             THE COURT:  All right.

15             MR. WOODWARD:  If we could publish this for the

16   jury, please.

17             THE COURT:  KM 08 will be admitted.

18                              (Defendant's Exhibit KM 08
                                  received into evidence.)
19

20   BY MR. WOODWARD:

21        Q    Could you tell the jury what we see here?

22        A    That is a pass we were given to allow us access to

23   the VIP area of where the President was going to be

24   speaking.

25        Q    And you testified that you'd never before seen a

```
 1   sitting President speak?

 2        A    That is correct.

 3        Q    Part of your desire to attend the event on January

 4   6th was, in fact, to see President Trump speak?

 5        A    Yes.

 6        Q    Did you see President Trump speak?

 7        A    Yes.

 8        Q    Roughly how far away was he from you when he was

 9   speaking?

10        A    20 yards.

11        Q    He was close?

12        A    He was very close.

13        Q    That must have been a real privilege?

14        A    It was.

15        Q    To get to this VIP area, did you have to go

16   through security?

17        A    Yes.

18        Q    How would you describe the security at the VIP

19   area?

20        A    It was similar to attending a lot of events, but

21   the -- by that I mean going to professional sports venues

22   and so forth.  But the Secret Service there did not allow

23   the Oath Keepers to wear their helmets, their vests, or take

24   any other gear with them.  That was all left outside.

25        Q    So the Secret Service was there?
```

2781

1     A     That's correct.

2     Q     And they were providing security at this event?

3     A     Yes.

4     Q     And you had to be screened by the Secret Service

5     to get to this VIP area?

6     A     Yes.

7     Q     Now, if you know, who does the Secret Service

8     protect?

9     A     The President.

10    Q     And does the Secret Service protect those that --

11    if you know, does the Secret Service protect those that

12    attend a rally where the President might be speaking?

13    A     Yes.

14    Q     How do they do that?

15    A     We have metal detectors to go through.

16    Q     If I could take this down, JC, please.  And just

17    for the witness, you see the photograph there in front of

18    you?

19    A     Yes.

20    Q     Do you recognize the scene that is depicted there

21    in the photograph?

22    A     Yes.

23    Q     Is that a fair and accurate depiction of the

24    security that you went through on the morning of

25    January 6th.

1      A     Yes.

2            MR. WOODWARD:  We would seek to admit this as

3   KM 09.

4            THE COURT:  Any objection?

5            MR. MANZO:  No, Your Honor.

6                                  (Defendant's Exhibit KM 09
                                    received into evidence.)
7

8            MR. WOODWARD:  If we could publish this for the

9   jury.

10  BY MR. WOODWARD:

11     Q     And if I could just zoom in here, that's a metal

12  detector you see in that picture?

13     A     I'm assuming it is, yes.

14     Q     And so you went through security in order to get

15  to the VIP area?

16     A     Correct.

17     Q     So that you could stand a matter of yards from the

18  President of the United States?

19     A     Yes.

20     Q     Did you have to provide any contact information

21  before the events on January 6?

22     A     I don't recall doing that.

23     Q     Okay.

24           Do you recall whether you were asked -- other than

25  providing security detail, do you recall whether you were

1  asked to do anything else in that VIP area?

2       A    No, I don't recall.

3       Q    Distribute signs or anything of that nature?

4       A    No.

5       Q    After you left the security area, you testified

6  that you escorted somebody over to the -- toward the Capitol

7  Building?

8       A    Yes.

9       Q    Did you have an understanding of where ultimately

10  you were heading with that individual?

11       A    Yes.

12       Q    Where was it?

13       A    Well, I mean, generally, the Capitol.  Beyond

14  that, no.

15       Q    Okay.

16            But you didn't believe that you were headed into

17  the Capitol when you left the security at the Ellipse?

18       A    No.

19       Q    You weren't taking this person into the Capitol?

20       A    Not that I was aware of, no.

21       Q    In fact, before leaving to go to the porta

22  potties, had you ever heard or seen any messages about going

23  into the Capitol Building?

24       A    Just the comment from Kelly as we were coming

25  around the east side of the building and he wanted to talk

2784

```
 1   to someone.
 2        Q    And before that, had you ever heard or seen any
 3   messages about any plan --
 4        A    No.
 5        Q    -- to go into the Capitol building?
 6        A    No.
 7        Q    Any plan to stop the certification of the
 8   Electoral College vote?
 9        A    No.
10        Q    Any plan to forcefully stop President Biden from
11   taking office?
12        A    No.
13        Q    And so you and Mr. Meggs and others are walking
14   from the Ellipse to the Capitol Building, correct?
15        A    Yes.
16        Q    You stop at some point and you overhear this
17   conversation that Mr. Meggs is having, correct?
18        A    Which conversation are you referring to?
19        Q    About the Capitol building.
20        A    About it being breached?
21        Q    Yes.
22        A    Yes.
23        Q    And so you don't recall specifically who Mr. Meggs
24   said had breached the Capitol Building, correct?
25        A    I did not hear a specific group, name or persons,
```

1    no, I did not.

2         Q    Just your recollection is that he said that

3    somebody had breached the Capitol Building?

4         A    Yes.

5         Q    And that word stood out in your mind, breach?

6         A    Yes.

7         Q    And you eventually learned that, in fact, somebody

8    had been shot inside the Capitol Building?

9         A    After I reconnected with them, after they returned

10   from being inside the building, yes that's when we heard

11   about Ashli Babbitt being shot.

12        Q    You didn't know that when you left to go porta

13   potties, correct?

14        A    Correct.

15        Q    And you don't know what, if anything, Mr. Meggs

16   may have learned while you were at the porta potties,

17   correct?

18        A    Correct.

19        Q    Would you disagree that if -- new sentence.

20             Would you agree that Mr. Meggs may have been a

21   asked to assist someone?

22             MR. MANZO:  Objection, Your Honor.

23             MR. WOODWARD:  Let me finish the question.

24             MR. MANZO:  He wasn't there.

25             THE COURT:  Hang on.  Let him finish and I'll

1   address the objection.

2   BY MR. WOODWARD:

3      Q   Would you disagree that Mr. Meggs may have been

4   asked to assist someone inside the Capitol Building?

5          MR. MANZO:  Objection, Your Honor.

6          THE COURT:  The objection is sustained.  It's

7   calling for speculation.

8   BY MR. WOODWARD:

9      Q   Well, you testified that you learned after the

10   fact that -- without telling us what you were told --

11   did you come to learn that Mr. Meggs provided assistance

12   inside the Capitol Building?

13          MR. MANZO:  Objection, Your Honor; hearsay.

14          THE COURT:  It is hearsay.  It's sustained.

15   BY MR. WOODWARD:

16      Q   Whether --

17          MR. WOODWARD:  Can we get on the phone?

18          THE COURT:  Sure.

19          (Bench conference)

20          MR. WOODWARD:  Whether he learned about -- can you

21   hear me?

22          THE COURT:  Yes.

23          MR. WOODWARD:  Whether he learned that Mr. Meggs

24   provided assistance in the building would not be his

25   testifying to an out-of-court statement.

```
 1              THE COURT:  Sure, it would be.  Who did he learn
 2   it from?
 3              MR. WOODWARD:  That rationale, everything we
 4   learn, all of our knowledge would become inadmissible.
 5              THE COURT:  But he's conveying something somebody
 6   told him clearly.  Right?
 7              MR. WOODWARD:  Sure.
 8              THE COURT:  So whoever conveyed that information
 9   had an out-of-court statement being offered for the truth
10   through him.
11              MR. WOODWARD:  I wouldn't ask him about the
12   statement.  I'm just asking if he ever came to be --
13              THE COURT:  But, look, it's one thing to say, you
14   know, did you have an understanding of why you were coming
15   to Washington.  It's quite another thing to say, did you
16   learn specifically what Mr. Meggs did inside the building.
17   And to say, you know, I learned it.  Well, he wasn't inside
18   the building, he clear learned it from someone else.  So,
19   I mean, it's clearly hearsay for him; however it's couched,
20   he's conveying hearsay.
21              MR. WOODWARD:  Okay.  Thank you for the
22   indulgence.
23              (Open court)
24              THE COURT:  The objection is sustained.
25
```

1    BY MR. WOODWARD:

2        Q    All right.  So you've gathered with Kelly Meggs

3    and others near the Capitol Building.

4            You're not aware -- correct?

5        A    Yes, at various times, yes.

6        Q    You're not -- well, let's talk specifically about

7    before you go to the porta potties.

8        A    Okay.

9        Q    You've gathered with Kelly Meggs and other members

10   of the Oath Keepers, correct?

11       A    Yes.

12       Q    You're not then aware of any plan to go into the

13   building?

14       A    Correct.

15       Q    And after you left to go to the bathroom, you

16   learned that Mr. Meggs and others had, in fact, gone into

17   the Capitol Building?

18       A    When I returned and they weren't there, I wasn't

19   sure where they went.  It was later on when I saw them again

20   that I found out that they had gone -- entered the Capitol.

21       Q    And following -- after you reunited with

22   Mr. Meggs, you returned the hotel that night, correct?

23       A    Yes.

24       Q    And then you went to Virginia the next morning,

25   correct?

```
 1        A    Yes.

 2        Q    And you obtained -- you retrieved your firearm?

 3        A    I retrieved my firearms and Ken and Jason

 4   retrieved their cases, yes.

 5        Q    And you drove back to Florida?

 6        A    We drove directly back to Florida, yes.

 7        Q    And eventually you were contacted by the FBI?

 8        A    Correct.

 9        Q    And they wanted to know what you knew about the

10   events of January 6?

11        A    Yes.

12        Q    And you told them?

13        A    Yes.

14        Q    And they asked you for your firearm?

15        A    Yes.

16        Q    And you provided it, correct?

17        A    Correct.

18        Q    Do you have an expectation that at some point

19   they'll return this to you?

20        A    I have been told that it would be returned, yes.

21        Q    And you haven't been charged in this case,

22   correct?

23        A    That is correct.

24             MR. WOODWARD:  I think that's it.

25             THE COURT:  All right.  Thank you.  I'll just ask
```

```
 1    counsel to get on phone quickly.
 2              (Bench conference)
 3              THE COURT:  Mr. Geyer, Mr. Crisp, Mr. Fischer, how
 4    long do you think you'll be in cross?
 5              MR. GEYER:  This is Mr. Geyer.  15 minutes.
 6              THE COURT:  Okay.  Mr. Crisp.
 7              MR. CRISP:  Five, 10.
 8              THE COURT:  Mr. Fischer.
 9              MR. FISCHER:  Three or four.
10              THE COURT:  Three or four minutes?
11              Wow.  Okay.
12              All right.  Why don't we see if we can go to --
13    and then how much of a redirect to you expect?
14              MR. MANZO:  Maybe 20 minutes, half hour.
15              THE COURT:  All right.  Well, let's go to lunch
16    then if that's how long it's going to be okay.
17              (Open court)
18              THE COURT:  Ladies and gentlemen, the purpose of
19    that call was to figure out our scheduling and timing
20    so I think we're going to take our lunch break now.  It is
21    now 12:40.  We'll resume at 1:45.  Enjoy your lunch break.
22    The same instructions as usual not to discuss the case, no
23    research, no communications, and avoid the media.  Thank
24    you, all, very much.  We will see you this afternoon.
25              COURTROOM DEPUTY:  All rise.
```

```
1                    (Jury exited the courtroom.)

2              THE COURT:  All right.  Mr. Cummings, we'll come

3    back and we'll resume with your testimony at 1:45, so I'll

4    just ask you to be outside no later than 1:45.

5              And during the lunch break, I'll ask you not to

6    discuss your testimony with anyone, all right?

7              THE WITNESS:  Yes.

8              THE COURT:  Thank you very much, sir.

9              THE WITNESS:  You're welcome.

10             THE COURT:  All right.  Anything we need to take

11   up before we come back?

12             MR. CRISP:  No, Your Honor.

13             THE COURT:  I'll ask everyone to be back at 1:35

14   so we can resolve the issue that was left open this morning,

15   okay?

16             MR. CRISP:  Do you have anything going on in the

17   courtroom in the meantime over the lunch?  We don't have to

18   clear out, right.

19             THE COURT:  No at least not that I think so.

20             Thank you, everyone.

21             (Recess from 12:43 p.m. to 1:35 p.m.)

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 12, 2022_____    

                                William P. Zaremba, RMR, CRR

**BY MR. BRIGHT: [8]**
2756/10 2758/8
2762/11 2763/14
2767/6 2769/21 2770/8
2770/13
**BY MR. FISCHER: [3]**
2710/7 2711/21
2712/18
**BY MR. GEYER: [3]**
2707/12 2709/3 2709/7
**BY MR. LINDER: [2]**
2705/9 2706/6
**BY MR. MANZO: [12]**
2716/6 2726/15
2733/12 2737/15
2738/9 2740/13
2741/24 2747/20
2750/11 2751/4 2752/1
2753/5
**BY MR. WOODWARD:**
**[9]** 2773/3 2776/10
2776/19 2779/20
2782/10 2786/2 2786/8
2786/15 2787/25
**BY MS. HALLER: [1]**
2706/16
**BY MS. HUGHES [14]**
2660/22 2662/13
2666/20 2669/7 2680/5
2680/20 2683/3
2685/14 2687/8 2691/7
2696/11 2698/16
2700/22 2714/4
**COURTROOM**
**DEPUTY: [11]** 2631/2
2631/5 2660/4 2662/3
2662/5 2715/18
2715/20 2734/21
2735/16 2737/6
2790/25
**MR. BRIGHT: [6]**
2726/12 2758/7 2762/9
2763/10 2767/2
2772/21
**MR. CRISP: [4]**
2710/2 2790/7 2791/12
2791/16
**MR. FISCHER: [5]**
2712/14 2713/22
2735/19 2736/1 2790/9
**MR. GEYER: [2]**
2709/25 2790/5
**MR. LINDER: [1]**
2706/11
**MR. MANZO: [30]**
2715/12 2715/17
2726/1 2726/6 2736/7
2737/13 2738/3
2747/15 2747/19
2748/12 2748/19
2749/5 2749/9 2749/12
2749/23 2750/3 2753/4
2756/6 2769/18 2770/6
2770/10 2776/7
2776/17 2779/13
2782/5 2785/22
2785/24 2786/5

**MR. NESTLER: [34]**
2634/16 2635/17
2635/21 2635/23
2635/25 2636/5 2636/9
2636/14 2636/17
2636/20 2637/12
2637/15 2638/8
2638/11 2638/20
2638/23 2642/16
2642/22 2642/24
2643/2 2643/18
2645/10 2645/15
2646/12 2647/1
2647/10 2647/23
2649/3 2652/10
2656/10 2656/16
2656/19 2660/3 2736/9
**MR. WOODWARD:**
**[67]** 2632/3 2632/5
2632/23 2633/3
2634/12 2639/3
2639/21 2639/23
2640/9 2640/17
2640/20 2641/21
2642/5 2643/23 2644/8
2646/2 2647/4 2647/12
2649/14 2650/15
2650/19 2650/22
2650/25 2651/22
2652/1 2653/18
2653/21 2654/17
2655/6 2655/11
2655/15 2655/23
2656/1 2656/8 2656/12
2656/14 2657/6
2657/24 2658/18
2659/22 2659/25
2660/16 2685/8 2687/4
2691/3 2696/7 2698/5
2700/18 2726/11
2735/5 2736/23
2747/17 2748/11
2749/16 2779/10
2779/15 2782/2 2782/8
2785/23 2786/17
2786/20 2786/23
2787/3 2787/7 2787/11
2787/21 2789/24
**MS. HALLER: [14]**
2666/4 2666/9 2669/2
2679/23 2680/15
2706/13 2733/3 2733/6
2733/8 2738/5 2740/10
2741/20 2751/1
2751/17
**MS. HUGHES: [27]**
2660/12 2662/1 2666/2
2666/18 2668/25
2679/25 2680/13
2682/18 2682/21
2683/1 2685/4 2685/12
2687/2 2690/24 2696/5
2698/2 2698/11
2698/14 2700/15
2705/5 2706/2 2708/25
2709/5 2711/17
2712/11 2714/1 2715/6

**THE WITNESS: [14]**
2661/24 2662/8 2706/4
2711/19 2715/9
2715/24 2725/11
2733/4 2735/3 2741/22
2751/3 2751/21 2791/7
2791/9

**$**

**$600 [1]** 2684/8

**'**

**'21 [4]** 2686/13 2687/10
2689/1 2708/6
**'dangerous [2]**
2675/18 2676/8

**0**

**07 [1]** 2779/11
**08 [2]** 2779/17 2779/18
**08077 [1]** 2627/13
**0826 [1]** 2627/18
**09 [2]** 2782/3 2782/6

**1**

**1.S.672298 [1]** 2661/1
**10 [3]** 2631/11 2768/18
2790/7
**10,000 [1]** 2676/21
**100 [1]** 2738/15
**104 [3]** 2660/15 2735/5
2735/8
**106 [3]** 2640/2 2641/3
2666/10
**11 [1]** 2685/4
**11:15 [3]** 2734/15
2734/18 2734/18
**11:18 [1]** 2735/17
**11:30 [2]** 2734/19
2734/25
**11:34 [1]** 2735/17
**11:58 [1]** 2636/9
**11:59 [4]** 2636/5
2636/5 2636/6 2636/6
**11th [1]** 2708/15
**12 [2]** 2625/5 2792/7
**12/23 [1]** 2636/3
**12/31/2020 [1]** 2690/8
**1241 [2]** 2633/22
2644/9
**12:00 [1]** 2692/13
**12:40 [1]** 2790/21
**12:43 [1]** 2791/21
**12:59 [1]** 2636/4
**12th [2]** 2707/23
2707/24
**1349 [2]** 2633/24
2644/10
**140 [11]** 2724/17
2724/19 2724/23
2724/23 2726/2 2726/4
2726/5 2726/6 2726/9
**141 [3]** 2724/23
2724/25 2726/9
**142 [2]** 2724/24 2726/9
**143 [9]** 2724/16
2724/20 2724/24

**2726/7 2726/13**
2726/14
**1460 [1]** 2626/12
**14th [6]** 2672/9
2672/12 2673/4
2676/12 2677/1
2714/20
**15 [6]** 2625/4 2631/8
2725/19 2725/20
2768/18 2790/5
**1530 [4]** 2663/24
2664/4 2686/2 2688/22
**15th [4]** 2678/8
2679/10 2750/23
2751/15
**1653 [1]** 2762/13
**16:58 [1]** 2635/6
**16:59:15 [1]** 2635/9
**17110 [1]** 2626/15
**1775 [1]** 2675/19
**17th [3]** 2667/20
2667/24 2679/5
**18 [1]** 2760/25
**1808 [1]** 2627/3
**1978 [1]** 2717/7
**19th [2]** 2675/19
2676/2
**1:35 [2]** 2791/13
2791/21
**1:45 [3]** 2790/21
2791/3 2791/4
**1st [7]** 2683/16
2692/24 2693/16
2696/13 2699/3 2702/2
2702/6

**2**

**2,000 [1]** 2721/3
**20 [4]** 2715/16 2764/2
2780/10 2790/14
**20001 [1]** 2628/5
**2001 [1]** 2746/2
**20010 [1]** 2627/4
**20036 [1]** 2627/9
**2006 [1]** 2627/12
**2009 [1]** 2676/3
**2015 [1]** 2718/19
**202 [4]** 2625/18 2627/4
2627/9 2628/5
**2020 [22]** 2633/4
2667/20 2669/16
2678/8 2683/10
2687/19 2688/3 2690/8
2702/1 2702/2 2702/3
2702/6 2702/7 2719/14
2719/15 2719/17
2720/5 2721/23
2733/15 2773/19
2774/4 2776/3
**2021 [13]** 2663/8
2692/18 2696/13
2699/3 2699/12
2708/15 2708/22
2721/7 2750/23
2751/16 2776/12
2776/21 2779/8
**2022 [2]** 2625/5 2792/7

**20th [5]** 2681/7
2681/15 2681/23
2683/10 2683/25
**21 [1]** 2717/17
**21061-3065 [1]**
2627/18
**214 [2]** 2626/5 2626/9
**21st [2]** 2702/1
**22-15 [2]** 2625/4
2631/8
**22nd [2]** 2645/20
2684/7
**23 [1]** 2636/3
**23rd [5]** 2633/4
2634/23 2635/11
2645/20 2645/20
**24 [1]** 2714/18
**24/7 [1]** 2668/1
**24th [1]** 2645/20
**25 [4]** 2663/18 2710/15
2715/16 2760/10
**252-7277 [1]** 2625/18
**252-9900 [1]** 2626/5
**2603 [1]** 2698/10
**2607 [5]** 2697/8
2697/21 2698/4 2698/6
2698/7
**2615 [1]** 2627/9
**26th [5]** 2702/22
2702/25 2704/1 2704/9
2704/10
**2703 [2]** 2643/3 2643/8
**27th [1]** 2686/4
**29 [1]** 2687/19
**29th [1]** 2688/3
**2nd [1]** 2683/16

**3**

**300 [1]** 2627/17
**302 [1]** 2736/12
**3065 [1]** 2627/18
**30th [8]** 2688/6
2688/10 2704/3 2704/4
2704/5 2704/11
2704/12 2704/13
**318 [1]** 2626/12
**31st [6]** 2689/14
2689/19 2691/13
2692/16 2702/2 2702/7
**3249 [1]** 2628/5
**3300 [2]** 2626/3 2626/7
**333 [1]** 2628/4
**35 [1]** 2718/16
**352-2615 [1]** 2627/9
**354-3249 [1]** 2628/5
**3D [1]** 2762/13
**3rd [5]** 2669/16 2708/7
2708/15 2708/16
2708/16

**4**

**4031 [1]** 2626/15
**410 [1]** 2627/18
**412-4676 [1]** 2626/16
**43 [1]** 2726/5
**45 [1]** 2769/11
**4676 [1]** 2626/16

**487-1460 [1]** 2626/12
**4th [8]** 2692/18 2695/9
2695/13 2696/22
2724/7 2724/10 2739/2
2767/13

**5**

**5/6 [2]** 2695/19
2696/19
**5200 [6]** 2746/1 2746/6
2747/16 2750/9
2750/10 2751/8
**5202 [5]** 2734/13
2737/14 2738/4 2738/6
2738/7
**53 [2]** 2635/7 2636/9
**5708 [1]** 2627/13
**5th [4]** 2670/4 2699/12
2714/11 2767/14

**6**

**601 [2]** 2625/17 2627/7
**607-5708 [1]** 2627/13
**6802.3 [2]** 2680/17
2680/18
**6802.4 [1]** 2682/20
**6803.1 [4]** 2665/12
2666/3 2666/12
2666/16
**6803.2 [6]** 2668/9
2668/18 2669/1 2669/4
2669/5 2714/6
**6803.3 [1]** 2679/14
**6803.4 [5]** 2682/6
2682/19 2682/21
2682/22 2682/24
**6803.5 [4]** 2684/10
2685/7 2685/9 2685/10
**6803.6 [4]** 2686/9
2687/3 2687/5 2687/6
**6803.7 [4]** 2690/10
2691/2 2691/4 2691/5
**6803.8 [4]** 2695/16
2696/6 2696/8 2696/9
**6804 [7]** 2699/23
2700/10 2700/17
2700/20 2700/21
2708/9 2708/13
**6868.2 [1]** 2632/16
**69 [3]** 2670/16 2670/22
2671/19
**6:00 [2]** 2743/24
2771/17
**6th [41]** 2650/5 2663/7
2664/24 2665/1 2665/7
2671/14 2681/9
2681/17 2681/24
2683/20 2686/6 2689/1
2703/7 2704/25
2705/16 2705/20
2708/23 2710/17
2710/24 2721/25
2722/2 2730/4 2730/8
2733/1 2733/14 2738/2
2739/6 2739/7 2739/8
2755/13 2755/18
2755/21 2759/1

**7**

2771/23 2776/21
2778/22 2779/8 2780/4
2781/25

**7**

**700 [2]** 2626/4 2626/8
**71301 [1]** 2626/11
**717 [1]** 2626/16
**720-7777 [1]** 2626/9
**7277 [1]** 2625/18
**7310 [1]** 2627/17
**7447 [1]** 2627/4
**75219 [2]** 2626/4
2626/8
**764 [2]** 2633/23
2644/10
**7777 [1]** 2626/9
**78 [1]** 2674/24
**787-0826 [1]** 2627/18
**7th [4]** 2708/22
2709/12 2709/15
2753/16

**8**

**80 [1]** 2646/3
**803 [2]** 2646/11
2646/18
**819 [1]** 2626/11
**856 [1]** 2627/13
**8:51 [1]** 2673/5
**8:52 [2]** 2673/8
2673/15
**8:54 [1]** 2678/7
**8th [4]** 2702/20
2702/21 2702/24
2708/22

**9**

**900 [1]** 2627/8
**902 [1]** 2685/4
**902.11 [1]** 2698/3
**947 [2]** 2633/22 2644/9
**95 [2]** 2723/20 2724/11
**9900 [1]** 2626/5
**996-7447 [1]** 2627/4
**9:00 [1]** 2625/6
**9:02 [1]** 2674/2
**9:03 [1]** 2674/6
**9:24 [1]** 2675/2
**9:33 [1]** 2675/9
**9:38 [1]** 2675/25
**9:39 [1]** 2679/10
**9:54 [1]** 2677/23
**9:55 [1]** 2678/2
**9th [5]** 2670/15
2671/23 2702/20
2702/21 2702/25

**A**

**a.m [13]** 2625/6 2636/5
2636/6 2673/5 2673/8
2673/15 2674/2 2675/2
2678/2 2678/7 2679/10
2735/17 2735/17
**abbreviation [1]**
2693/1
**abiding [1]** 2759/12
**abilities [1]** 2719/10

**ability [2]** 2667/15
2719/7
**able [8]** 2633/12
2691/21 2713/13
2728/23 2748/22
2753/10
**about [71]** 2644/12
2645/19 2645/21
2647/23 2649/6
2649/18 2649/19
2649/20 2649/23
2651/25 2653/19
2653/19 2653/25
2661/5 2661/10 2663/5
2669/9 2669/24 2683/6
2684/1 2687/9 2690/3
2701/22 2702/8
2705/17 2707/18
2708/14 2711/9
2715/16 2720/9
2720/18 2722/1 2722/9
2723/10 2728/9
2728/11 2730/4
2734/15 2741/1
2741/19 2741/25
2742/9 2742/17
2743/13 2745/3
2753/16 2754/22
2755/3 2758/5 2758/6
2759/13 2760/25
2767/9 2767/23 2768/9
2769/17 2770/1 2770/5
2771/22 2772/7
2775/10 2778/9
2783/22 2784/3
2784/19 2784/20
2785/11 2786/20
2787/11 2788/6 2789/9
**above [3]** 2741/14
2741/15 2792/4
**above-titled [1]** 2792/4
**Abrams [34]** 2662/2
2662/6 2662/10
2662/14 2662/18
2663/20 2664/3 2665/6
2665/14 2666/21
2668/11 2669/8 2672/3
2674/19 2678/25
2679/15 2680/6 2682/7
2683/5 2684/11
2685/15 2686/11
2687/9 2690/12
2692/23 2696/25
2697/9 2698/17
2699/24 2700/24
2706/17 2714/8
2714/22 2715/7
**abroad [2]** 2717/6
2717/7
**Abroms [2]** 2633/21
2644/9
**absent [5]** 2647/19
2650/9 2654/2 2658/22
2659/2
**absolutely [1]** 2763/20
**access [3]** 2640/25
2772/18 2779/22
**accessed [1]** 2642/12

**accessories [2]**
2648/1 2652/14
**accomplish [1]**
2721/17
**account [4]** 2637/8
2639/24 2755/7 2755/9
**accounts [2]** 2639/19
2639/19 2639/22
**accurate [13]** 2665/24
2668/22 2680/10
2682/15 2685/1
2686/23 2690/20
2690/21 2696/2
2697/24 2700/12
2779/7 2781/23
**across [7]** 2677/16
2710/12 2710/18
2711/9 2763/3 2764/5
2765/2
**act [3]** 2672/17
2672/21 2673/12
**acting [1]** 2770/15
**action [3]** 2641/12
2681/9 2765/11
**active [3]** 2774/1
2774/5 2774/22
**activities [3]** 2767/16
2767/22 2769/9
**activity [2]** 2764/19
2765/5
**acts [1]** 2683/14
**actual [2]** 2691/23
2764/1
**actually [12]** 2634/22
2640/14 2649/21
2673/1 2711/1 2716/20
2735/7 2736/4 2737/1
2752/22 2753/1 2760/7
**added [2]** 2708/6
2708/8
**addition [2]** 2710/17
2717/23
**additional [2]** 2632/9
2654/22
**address [8]** 2647/3
2668/4 2692/12
2694/15 2694/17
2735/19 2736/10
2786/1
**addresses [1]** 2633/13
**admissibility [8]**
2649/5 2653/12
2653/19 2655/20
2655/22 2656/3 2659/7
2659/20
**admissible [6]** 2641/4
2646/2 2646/4 2646/15
2656/7 2748/24
**admission [3]** 2633/19
2634/6 2646/6
**Admissions [1]**
2646/13
**admit [21]** 2645/1
2645/14 2647/13
2649/24 2661/2 2666/2
2668/25 2679/25
2680/13 2682/18
2685/6 2687/2 2691/2

2698/4 2698/10
2700/17 2749/19
2749/25 2779/10
2782/2
**admitted [21]** 2629/12
2630/4 2644/18 2659/8
2661/1 2663/24
2666/12 2669/4
2680/17 2682/23
2685/9 2687/5 2691/4
2696/8 2698/6 2700/20
2726/13 2738/6 2750/7
2750/9 2779/17
**admitting [1]** 2646/7
**advance [1]** 2772/4
**advised [2]** 2632/5
2652/5
**affect [1]** 2719/7
**affiliated [1]** 2663/22
**after [38]** 2633/5
2646/14 2646/24
2652/5 2653/9 2683/18
2684/3 2708/23
2716/18 2717/15
2720/15 2724/9 2729/6
2729/7 2733/20
2734/18 2734/19
2734/25 2739/7
2739/18 2740/7
2740/16 2742/22
2745/19 2753/15
2755/13 2755/17
2758/20 2761/5
2768/15 2771/2 2776/3
2783/5 2785/9 2785/9
2786/9 2788/15
2788/21
**afternoon [8]** 2643/19
2645/25 2646/24
2656/17 2707/13
2710/8 2773/4 2790/24
**afterwards [1]** 2761/8
**again [42]** 2633/8
2638/23 2641/6
2652/10 2653/14
2653/16 2653/18
2655/19 2658/2 2660/8
2667/11 2679/23
2681/2 2681/12
2682/10 2685/17
2687/12 2695/12
2706/7 2708/2 2708/18
2709/18 2711/3 2712/9
2714/12 2733/17
2737/2 2750/13
2751/14 2751/21
2751/22 2753/19
2753/21 2754/19
2769/4 2769/6 2769/23
2770/6 2771/22
2774/17 2777/7
2788/19
**against [9]** 2645/2
2645/14 2646/4 2646/6
2646/7 2646/15
2646/16 2684/4
2719/25
**age [2]** 2642/8 2674/23

**A**

agent [81] 2634/6
2635/1 2645/24 2648/9
2648/9 2648/20
2648/20 2648/24
2649/8 2651/19
2652/14 2652/16
2652/20 2652/21
2653/9 2653/15
2653/23 2654/13
2656/19 2656/21
2656/24 2657/18
2657/20 2658/8 2658/9
2658/13 2658/14
2659/11 2660/13
2660/23 2661/4
2661/15 2661/21
2661/22 2662/2 2662/6
2662/14 2662/23
2663/20 2664/3 2665/5
2665/14 2666/21
2668/11 2669/8 2672/3
2674/19 2678/25
2679/15 2680/2 2680/6
2682/7 2683/5 2684/11
2685/15 2686/11
2687/9 2690/12
2692/23 2696/25
2697/9 2698/17
2699/24 2700/24
2705/10 2706/17
2707/13 2710/8
2711/12 2711/15
2712/5 2712/10
2712/19 2713/22
2714/8 2714/22 2715/7
2749/22 2749/25
2750/1 2750/3
agents [17] 2648/14
2657/3 2657/9 2657/16
2657/21 2657/22
2657/25 2658/17
2659/1 2659/3 2710/12
2710/20 2710/23
2710/23 2711/8
2749/12 2750/22
ago [3] 2674/17 2720/4
2766/14
agree [11] 2649/3
2656/10 2674/3
2705/18 2705/24
2711/5 2713/2 2713/10
2757/14 2757/24
2785/20
Agreed [1] 2677/9
agrees [2] 2654/4
2656/9
ahead [4] 2712/17
2751/20 2757/11
2759/16
aided [1] 2628/7
ain't [1] 2687/21
Air [5] 2716/22 2717/1
2717/2 2717/5 2718/11
AL [5] 2625/6 2664/8
2664/8 2667/18 2681/4
Alabama [2] 2667/22
2689/23

Alexander [2] 2625/10
2631/12
Alexandria [1] 2626/11
all [80] 2631/2 2631/21
2633/8 2634/17
2635/22 2636/19
2640/25 2642/10
2643/16 2644/15
2645/2 2645/17
2646/23 2647/7 2648/3
2651/6 2653/2 2655/12
2660/6 2661/22 2665/2
2669/3 2670/16 2674/3
2674/7 2674/15
2674/17 2675/3 2675/6
2676/15 2678/10
2678/10 2679/7 2685/9
2686/5 2698/17 2703/3
2703/14 2707/7
2708/13 2710/11
2713/24 2719/25
2734/17 2734/20
2734/21 2734/23
2735/4 2735/14 2737/8
2746/15 2747/17
2749/14 2750/5 2750/6
2756/7 2761/2 2761/25
2762/1 2762/19
2763/17 2765/6 2765/8
2772/7 2772/23
2776/24 2779/14
2780/24 2787/4 2788/2
2789/25 2790/12
2790/15 2790/24
2790/25 2791/2 2791/6
2791/10
all right [7] 2636/19
2660/6 2749/14 2750/5
2756/7 2790/12 2791/6
alleged [2] 2647/17
2650/3
allied [1] 2671/7
allow [4] 2667/3
2729/16 2779/22
2780/22
allowed [1] 2765/8
almost [2] 2757/9
2763/21
alone [1] 2637/3
along [4] 2674/17
2731/15 2761/1 2773/5
already [11] 2671/8
2672/16 2723/12
2725/14 2739/19
2744/15 2761/17
2762/2 2762/2 2762/4
2762/6
also [30] 2632/17
2639/9 2647/3 2664/20
2664/20 2668/13
2668/16 2671/7 2672/5
2675/17 2675/23
2676/22 2679/22
2688/3 2691/20 2698/9
2699/24 2703/4
2704/15 2704/19
2707/23 2708/2 2713/1

2725/10 2725/12
2765/23 2775/25
2777/14
alternative [1] 2658/12
alternatively [1]
2637/10
always [2] 2651/1
2684/2
am [7] 2635/18 2656/5
2662/25 2674/8 2679/7
2704/8 2709/10
amazed [1] 2763/23
Amendment [3]
2654/12 2683/17
2722/8
AMERICA [3] 2625/3
2631/8 2640/21
American [2] 2674/24
2734/3
Americans [2] 2674/15
2677/19
AMIT [2] 2625/9 2631/3
Amit P. Mehta [1]
2631/3
ammo [5] 2684/8
2689/5 2724/25 2725/1
2753/9
ammunition [1] 2726/8
amongst [1] 2758/18
amount [1] 2705/14
amounts [1] 2715/1
another [18] 2657/1
2658/14 2664/15
2671/13 2671/17
2672/9 2676/10
2679/19 2681/19
2686/12 2688/25
2692/20 2695/18
2703/12 2704/12
2709/17 2766/10
2787/15
answer [4] 2657/16
2711/18 2769/19
2776/8
Antarctic [1] 2717/20
Antifa [5] 2705/25
2720/8 2720/10 2757/8
2758/16
any [85] 2636/13
2639/20 2649/25
2651/3 2654/8 2654/16
2666/14 2666/15
2671/5 2677/5 2712/6
2712/6 2713/25
2720/16 2720/18
2721/6 2721/12
2722/22 2722/25
2723/4 2723/24
2726/10 2727/3 2728/5
2731/5 2736/5 2738/18
2738/21 2738/21
2739/10 2741/17
2743/7 2743/19 2745/3
2745/6 2745/14
2745/16 2749/15
2753/6 2753/10 2754/9
2755/8 2755/13

2756/1 2758/23
2758/25 2759/16
2761/20 2761/22
2763/25 2764/22
2764/23 2765/3 2765/3
2765/5 2765/12 2766/2
2767/7 2767/9 2767/11
2767/15 2767/16
2768/2 2768/5 2768/9
2768/10 2768/10
2768/24 2771/25
2772/1 2777/23 2778/1
2778/11 2779/12
2780/24 2782/4
2782/20 2783/22
2784/2 2784/3 2784/7
2784/10 2788/12
anybody [4] 2735/2
2768/5 2771/14
2772/18
anyone [12] 2639/18
2671/5 2681/25 2684/3
2734/9 2737/19
2741/25 2742/4 2747/4
2747/9 2758/24 2791/6
anyone's [2] 2642/24
2643/3
anything [11] 2734/7
2736/20 2743/10
2755/14 2755/23
2757/21 2783/1 2783/3
2785/15 2791/10
2791/16
anytime [1] 2757/6
anyway [1] 2644/16
anywhere [1] 2708/18
AP3 [1] 2671/9
apologies [2] 2660/9
2682/22
apologize [2] 2658/18
2749/16 2758/22
2766/14
apparently [2] 2632/18
2632/23
appear [2] 2634/15
2727/23
APPEARANCES [4]
2625/13 2625/20
2626/17 2627/20
2738/11
appears [2] 2678/25
2738/11
apply [1] 2687/22
appreciate [8] 2639/5
2640/23 2642/5
2650/25 2736/21
2736/22 2756/15
2768/4
appreciated [1]
2679/18
approach [3] 2658/16
2724/21 2762/9
approached [2]
2762/20 2769/13
approaching [1]
2762/19
appropriate [1]
2752/25

approximately [11]
2663/17 2702/14
2703/1 2703/19
2710/23 2739/15
2742/20 2760/17
2763/7 2763/16 2767/1
2676/2 2719/5
April [3] 2675/19
AR [3] 2689/16
2725/19 2725/20
AR-15 [2] 2725/19
2725/20
are [107] 2631/21
2631/25 2632/9
2632/20 2634/3 2634/7
2634/21 2635/6
2635/20 2637/15
2638/23 2639/9
2639/10 2639/19
2641/6 2643/10 2644/8
2644/23 2645/15
2647/17 2650/7 2650/9
2651/20 2651/24
2652/17 2654/2
2654/10 2657/15
2658/2 2660/10
2662/20 2663/2
2663/21 2664/4
2665/14 2665/16
2665/24 2666/15
2668/11 2668/13
2668/18 2668/22
2668/24 2669/21
2670/10 2670/11
2670/23 2670/25
2671/11 2671/12
2671/15 2671/15
2672/16 2674/7
2679/15 2679/16
2680/1 2680/10
2680/12 2681/9
2681/24 2682/7 2682/8
2682/15 2684/2
2686/11 2686/12
2686/23 2687/21
2690/12 2690/13
2690/20 2691/23
2692/25 2693/14
2694/1 2698/9 2698/11
2698/17 2699/13
2700/24 2704/9
2704/14 2705/10
2705/11 2708/13
2709/8 2709/11
2710/24 2713/6
2714/15 2714/16
2715/12 2715/15
2726/2 2726/9 2731/8
2736/4 2738/14
2741/15 2742/8
2750/12 2756/3
2756/11 2776/20
2784/13 2784/18
area [24] 2726/22
2730/16 2731/1 2731/2
2731/9 2731/12 2732/6
2732/11 2733/19
2733/24 2743/22

**A**

**area...** [13] 2753/21
2754/4 2757/3 2763/8
2766/19 2767/1
2779/23 2780/15
2780/19 2781/5
2782/15 2783/1 2783/5
**aren't** [2] 2650/21
2735/12
**argue** [3] 2650/20
2651/11 2659/16
**argued** [2] 2658/5
**arguing** [1] 2649/19
**argument** [2] 2650/24
2652/2
**armed** [3] 2670/9
2674/15 2714/14
**Army** [1] 2716/22
**around** [20] 2670/9
2670/25 2689/15
2699/19 2714/14
2734/6 2739/20
2739/25 2740/4
2740/21 2758/24
2762/23 2762/25
2764/15 2766/3 2768/3
2769/8 2771/20
2775/21 2783/25
**arranged** [4] 2729/23
2729/25 2730/2 2760/2
**arrive** [3] 2696/22
2743/9 2770/24
**arrived** [3] 2727/13
2730/23 2740/16
**articulated** [2] 2759/5
2763/3
**as** [70] 2632/16
2632/19 2634/25
2635/19 2637/18
2638/8 2641/4 2644/5
2645/2 2646/4 2646/5
2646/7 2646/14
2646/21 2647/13
2647/25 2649/19
2651/5 2653/23 2656/6
2659/25 2660/19
2672/2 2674/8 2677/20
2689/23 2693/14
2701/24 2703/4
2708/19 2708/19
2711/4 2711/13 2713/2
2713/16 2718/6
2723/12 2724/17
2724/17 2726/24
2726/24 2728/21
2731/10 2733/4
2735/10 2736/17
2741/17 2742/7
2748/17 2748/21
2754/1 2757/1 2757/14
2757/19 2757/20
2759/5 2760/7 2760/15
2762/13 2762/16
2764/15 2765/1 2766/9
2768/16 2772/8 2778/4
2779/11 2782/2
2783/24 2790/22
**Ashli** [1] 2785/11

2641/21 2642/13 2654/6
2675/22 2680/1 2715/4
2725/9 2728/9 2734/24
2735/1 2735/25 2736/2
2753/1 2753/2 2755/3
2758/6 2766/12 2770/9
2770/11 2787/11
2789/25 2791/4 2791/5
2791/13
**asked** [11] 2661/4
2671/1 2714/8 2722/17
2731/20 2736/24
2782/24 2783/1
2785/21 2786/4
2789/14
**asking** [7] 2638/2
2659/6 2693/14
2735/22 2753/3
2758/17 2787/12
**asks** [1] 2692/24
**aspect** [1] 2675/18
**assaults** [1] 2758/15
**assigned** [1] 2663/2
**assist** [4] 2742/2
2778/23 2785/21
2786/4
**assistance** [5] 2671/1
2775/18 2777/7
2786/11 2786/24
**associate** [1] 2644/24
**associated** [2] 2719/17
2767/15
**ASSOCIATES** [1]
2626/14
**assumed** [1] 2749/18
**assuming** [3] 2639/18
2639/19 2782/13
**assumption** [4]
2637/19 2751/14
2753/8 2760/2
**assured** [1] 2684/3
**ATL** [1] 2692/13
**Atlanta** [1] 2688/8
**att.net** [1] 2626/12
**attached** [1] 2635/25
**attacks** [1] 2720/7
**attempt** [1] 2772/18
**attempting** [1] 2729/14
**attend** [4] 2717/3
2776/23 2780/3
2781/12
**attendance** [1] 2686/5
**attending** [1] 2780/20
**attention** [5] 2663/20
2667/9 2714/10
2736/11 2736/16
**attitude** [1] 2742/1
**attorney** [3] 2652/4
2652/5 2755/11
**ATTORNEY'S** [1]
2625/16
**Australia** [1] 2717/19
**authenticate** [8]
2647/15 2647/16
2647/20 2649/16
2650/10 2651/4 2655/9
2658/22

**authenticating** [1]
2655/12
**authenticity** [5] 2685/5
2690/25 2698/3
2700/16 2735/10
**author** [3] 2685/24
2687/14 2696/17
**authorities** [1] 2757/21
**available** [4] 2639/25
2680/16 2684/15
2749/13
**Avenue** [4] 2626/3
2626/7 2627/7 2628/4
**avoid** [1] 2790/23
**aware** [32] 2637/15
2647/14 2649/24
2657/2 2671/20 2694/1
2708/21 2709/8
2709/10 2709/11
2709/14 2709/16
2711/15 2712/7 2741/6
2759/6 2759/14
2761/20 2766/4 2766/5
2767/8 2771/15 2772/3
2772/3 2772/20 2775/6
2775/15 2775/20
2775/25 2783/20
2788/4 2788/12
**awareness** [1] 2777/3
**away** [6] 2671/10
2694/14 2694/16
2694/24 2769/8 2780/8
**awesome** [2] 2672/2
2678/19

**B**

**Babbitt** [1] 2785/11
**back** [33] 2632/22
2673/1 2684/2 2694/25
2701/18 2717/10
2720/4 2729/4 2732/24
2737/10 2738/11
2739/5 2739/14
2743/25 2744/24
2747/2 2750/24
2754/11 2754/14
2754/18 2758/21
2759/7 2767/20 2768/3
2768/21 2768/24
2769/8 2775/4 2789/5
2789/6 2791/3 2791/11
2791/13
**backpack** [2] 2689/4
2689/5
**backs** [1] 2751/21
**bad** [2] 2693/10
2770/18
**badge** [2] 2778/25
2779/8
**balance** [1] 2718/23
**bangs** [2] 2743/12
2743/14
**barred** [1] 2656/6
**BARRETT** [2] 2626/3
2628/4
**baseball** [1] 2738/12
**based** [12] 2636/13
2659/23 2694/1

2749/15 2750/20
2751/22 2759/1
2759/11 2762/6
2763/11
**basically** [1] 2635/4
**basics** [1] 2689/5
**basis** [1] 2757/17
**bathroom** [1] 2788/15
**be** [154] 2631/4 2631/6
2632/1 2633/15 2634/4
2634/14 2637/7
2637/21 2637/25
2638/4 2640/8 2640/13
2641/2 2641/4 2642/14
2644/16 2644/18
2644/18 2644/19
2645/19 2645/24
2646/15 2649/1
2649/19 2651/16
2652/2 2653/6 2653/23
2653/25 2654/14
2656/16 2656/19
2656/23 2657/4 2657/9
2657/25 2658/5
2658/23 2660/6
2661/12 2661/13
2666/12 2667/4 2669/3
2669/4 2670/12
2670/24 2671/2 2671/6
2671/20 2671/21
2672/2 2675/3 2675/7
2676/21 2678/11
2679/18 2680/17
2682/23 2684/4 2686/6
2687/5 2688/1 2689/15
2691/4 2692/17 2696/8
2698/6 2700/20 2702/5
2704/24 2710/22
2713/13 2714/17
2715/12 2715/24
2720/1 2720/8 2721/3
2721/24 2722/2
2722/14 2722/22
2723/21 2726/13
2726/17 2726/18
2726/24 2727/1 2727/2
2727/3 2727/14
2727/15 2728/18
2728/23 2732/2
2733/19 2735/18
2735/24 2736/12
2736/19 2736/20
2737/8 2738/6 2738/11
2738/18 2740/18
2742/3 2742/11
2744/14 2745/9
2748/22 2749/5
2749/17 2749/25
2750/1 2750/1 2750/6
2750/9 2751/14 2756/5
2757/5 2757/19 2759/4
2760/11 2764/16
2765/9 2766/13
2766/24 2767/23
2768/18 2768/24
2769/6 2770/3 2771/18
2774/21 2775/10

2789/13 2775/23
2776/5 2776/12
2776/16 2779/17
2779/23 2781/4
2781/12 2786/24
2787/1 2787/12
2789/20 2790/4
2790/16 2791/4
2791/13
**beautiful** [1] 2757/5
**became** [1] 2774/8
**because** [32] 2633/19
2634/3 2636/15
2636/20 2636/25
2637/6 2637/7 2637/21
2638/2 2643/7 2645/1
2649/1 2650/7 2652/3
2654/11 2654/20
2656/22 2659/9
2659/17 2666/10
2674/13 2711/23
2726/25 2735/8 2736/3
2736/4 2743/23 2756/4
2760/18 2771/16
2772/16 2776/5
**become** [6] 2719/17
2720/11 2758/9
2761/20 2774/5 2787/4
**been** [49] 2639/23
2648/7 2648/8 2660/18
2663/4 2663/23 2686/5
2691/17 2692/15
2693/10 2693/18
2698/15 2709/4
2710/15 2711/16
2722/10 2722/17
2724/16 2725/14
2726/25 2729/23
2729/25 2730/20
2731/20 2736/2
2755/23 2756/1 2759/6
2759/13 2760/25
2761/4 2761/6 2762/12
2764/1 2764/2 2764/5
2766/10 2769/11
2771/19 2772/3 2772/8
2772/12 2777/24
2780/13 2785/8
2785/20 2786/3
2789/20 2789/21
**before** [28] 2625/9
2647/8 2665/7 2673/20
2688/14 2693/1
2715/13 2716/20
2728/22 2731/15
2732/6 2734/7 2739/18
2739/19 2740/2 2749/8
2754/6 2755/20
2767/12 2768/16
2770/12 2771/20
2779/25 2782/21
2783/21 2784/2 2788/7
2791/11
**began** [1] 2663/6
**begin** [1] 2753/1
**beginning** [3] 2686/2
2692/7 2761/10
**behavior** [1] 2770/16

**B**

behind [6] 2740/9
2740/19 2765/12
2765/15 2766/7
2766/25
being [25] 2632/19
2641/9 2650/3 2658/4
2659/4 2659/8 2692/3
2706/1 2706/8 2718/9
2730/25 2741/22
2746/14 2750/2
2754/24 2759/5
2766/17 2767/15
2769/14 2770/3 2777/4
2784/20 2785/10
2785/11 2787/9
belabor [2] 2633/1
2655/23
believe [22] 2647/2
2651/2 2661/13
2672/22 2683/21
2693/3 2706/4 2711/19
2713/5 2721/20 2730/3
2730/10 2734/3
2734/10 2736/3
2748/24 2753/12
2756/19 2765/5
2770/22 2776/2
2783/16
believed [5] 2719/22
2759/23 2776/5
2776/12 2776/15
bell [1] 2644/23
belong [10] 2647/17
2650/11 2653/4 2653/5
2654/3 2654/15 2655/5
2657/11 2658/5
2659/16
belonged [6] 2649/21
2650/16 2651/5
2651/13 2752/11
2752/21
below [3] 2664/11
2664/13 2664/18
Bench [2] 2748/14
2786/19 2790/2
beneath [1] 2664/21
Berwick [1] 2627/12
best [7] 2675/10
2680/15 2723/18
2723/21 2730/12
2732/2 2766/15
better [2] 2687/22
2715/24
between [9] 2636/23
2691/14 2691/15
2696/15 2701/1 2701/3
2701/4 2713/11
2752/18
Beyond [1] 2783/13
bias [1] 2736/5
Biden [3] 2673/25
2683/15 2784/10
big [4] 2672/14 2674/8
2722/10 2743/19
biggest [1] 2688/1
Bilbo [5] 2664/23
2670/6 2679/9 2683/13

bill [1] 2717/4
bios [1] 2675/13
bit [10] 2652/2 2674/21
2694/17 2698/19
2734/18 2734/19
2735/8 2756/23
2760/12 2764/17
black [4] 2725/12
2726/3 2726/7 2730/9
blades [2] 2671/21
2689/7
blessing [1] 2671/6
BLM [1] 2758/16
blocks [1] 2761/5
bloody [1] 2673/19
blue [1] 2748/21
board [7] 2670/19
2679/3 2686/2 2688/18
2688/22 2692/6 2703/5
body [1] 2643/4
books [1] 2675/12
boots [1] 2696/22
bootstrap [1] 2646/5
born [2] 2716/12
2716/13
both [5] 2636/24
2636/24 2639/19
2676/15 2749/7
bother [1] 2757/23
bound [1] 2735/6
box [4] 2664/1 2726/3
2726/7 2735/8
boxes [1] 2778/8
boys [1] 2682/4
Brad [1] 2707/15
Bradford [3] 2627/11
2627/14 2631/18
brain [1] 2719/8
branch [2] 2674/14
2716/25
BRAND [1] 2627/3
brandwoodwardlaw.c
om [1] 2627/5
Braveheart [1] 2677/4
breach [5] 2732/17
2733/16 2762/7
2767/24 2785/5
breached [8] 2732/16
2732/23 2759/6 2761/4
2761/7 2784/20
2784/24 2785/3
break [13] 2649/4
2715/13 2715/16
2734/16 2734/18
2735/2 2735/12
2736/11 2736/15
2739/19 2790/20
2790/21 2791/5
breaking [2] 2732/19
2733/18
Brian [6] 2664/19
2664/22 2670/6
2672/25 2683/12
2683/13
brief [1] 2647/10
briefly [7] 2694/25
2698/19 2706/17

bill [1] 2717/4
2735/20
BRIGHT [5] 2626/3
2626/7 2631/14 2758/5
2772/23
bring [11] 2647/8
2651/19 2657/16
2657/17 2658/16
2665/3 2717/10 2736/6
2772/8 2772/18
2778/11
bringing [4] 2658/10
2726/21 2768/3
2778/16
British [1] 2674/24
broadly [1] 2671/15
broke [1] 2771/20
broken [1] 2701/19
Brothers [1] 2686/5
brought [6] 2711/12
2712/19 2713/1
2724/15 2725/22
2778/2
Brown [2] 2731/10
2740/19
budget [1] 2689/15
build [1] 2632/24
building [21] 2627/8
2761/2 2763/19 2783/7
2783/23 2783/25
2784/5 2784/14
2784/19 2784/24
2785/3 2785/8 2785/10
2786/4 2786/12
2786/24 2787/16
2787/18 2788/3
2788/13 2788/17
bulk [1] 2772/12
bump [1] 2730/14
Bunker [1] 2676/22
burden [4] 2647/14
2657/7 2657/8 2657/8
burn [1] 2683/15
Burnie [1] 2627/18
bus [1] 2718/6
business [1] 2632/15
businesses [1]
2774/25

**C**

C-u-m-m-i-n-g-s [1]
2716/11
Caldwell [7] 2627/16
2631/11 2631/20
2712/22 2712/23
2713/2 2713/19
call [30] 2640/21
2652/8 2656/22
2657/21 2657/22
2657/25 2660/2 2668/1
2677/25 2681/8 2693/3
2693/15 2699/24
2700/24 2701/7 2701/8
2701/24 2701/25
2704/11 2704/11
2704/12 2704/15
2704/19 2713/18
2713/19 2714/21

2749/21 2790/19
called [10] 2658/4
2658/6 2658/25
2665/16 2679/19
2686/12 2712/19
2749/25 2750/2 2750/2
calling [1] 2786/7
calls [23] 2662/1
2701/1 2701/9 2701/13
2701/20 2702/8
2702/12 2702/15
2702/18 2703/1 2703/9
2703/19 2703/20
2703/24 2704/5
2704/10 2704/14
2704/13 2704/14
2704/21 2708/13
2775/7 2775/12
came [16] 2650/13
2653/16 2711/22
2718/19 2720/24
2731/15 2736/15
2763/3 2764/5 2764/16
2768/21 2770/25
2771/4 2773/11
2773/25 2787/12
camp [3] 2723/22
2723/22 2724/9
camping [1] 2767/12
can [111] 2632/9
2632/13 2632/22
2634/1 2634/13
2634/19 2635/9
2635/15 2637/5 2637/8
2641/1 2643/21
2644/21 2647/9
2649/12 2649/21
2650/20 2652/16
2655/21 2656/3 2657/2
2658/4 2659/9 2659/10
2659/11 2659/16
2659/24 2665/3
2665/12 2668/9 2671/6
2672/18 2674/7
2677/16 2683/22
2683/22 2686/9
2688/12 2689/3 2689/6
2690/11 2699/21
2701/18 2702/3 2702/4
2704/17 2709/1 2709/6
2710/23 2711/18
2715/14 2715/22
2718/4 2719/11
2723/21 2724/25
2725/5 2725/3 2725/3
2725/5 2725/5 2725/6
2725/16 2725/25
2727/6 2728/14 2731/5
2731/7 2734/23
2734/25 2736/14
2737/14 2737/16
2746/11 2747/2
2747/12 2747/19
2747/21 2747/25
2748/4 2748/8 2749/25
2750/1 2750/14
2750/9 2750/20

2749/19 2790/19
2735/20
Can you [7] 2709/6
can't [7] 2635/2
2639/24 2641/3
2644/22 2646/5 2706/5
2765/9
cancer [1] 2717/11
cannot [8] 2633/15
2640/21 2650/5
2650/10 2650/10
2654/4 2657/13
2657/17
cap [1] 2730/9
Capitol [79] 2664/25
2670/9 2670/25
2681/24 2705/20
2705/22 2706/8 2706/9
2714/9 2714/14
2722/18 2731/21
2732/13 2732/16
2732/21 2732/23
2732/25 2733/2
2733/10 2733/14
2733/22 2733/24
2734/1 2734/4 2734/6
2739/16 2739/21
2740/1 2740/5 2740/6
2740/16 2740/22
2741/2 2742/10
2742/21 2743/22
2758/25 2759/3 2759/5
2760/14 2761/2 2761/6
2761/11 2761/21
2761/25 2762/1
2762/13 2762/16
2763/13 2763/19
2764/8 2764/20 2765/3
2765/4 2766/22 2767/3
2767/9 2767/24 2770/2
2770/2 2770/4 2771/3
2771/9 2783/6 2783/13
2783/17 2783/19
2783/23 2784/5
2784/14 2784/19
2784/24 2785/3 2785/8
2786/4 2786/12 2788/3
2788/17 2788/20
captured [1] 2674/13
career [2] 2718/4
2757/2
Carolina [9] 2693/25
2694/20 2694/22
2723/17 2723/18
2724/9 2739/3 2767/12
2767/13
carpool [1] 2688/8
carriers [1] 2730/14
cart [1] 2753/7
case [20] 2631/7

**C**

**case... [19]** 2633/13 2633/20 2643/4 2649/25 2649/25 2652/3 2656/1 2660/1 2725/13 2726/3 2726/6 2736/3 2736/23 2752/11 2752/21 2753/9 2753/12 2789/21 2790/22

**cases [11]** 2641/7 2644/8 2646/25 2654/20 2662/24 2728/4 2729/7 2748/20 2757/9 2778/1 2789/4

**cash [2]** 2729/3 2753/25

**casual [1]** 2721/14

**catch [1]** 2724/6

**cause [1]** 2718/17

**caused [3]** 2720/10 2757/7 2758/15

**CC [3]** 2692/25 2693/1 2693/14

**cell [2]** 2687/13 2753/17

**Cellebrite [1]** 2667/1

**certain [3]** 2632/6 2647/16 2651/8

**certainly [5]** 2711/8 2711/22 2711/25 2712/5 2712/7

**certificate [3]** 2685/5 2698/3 2700/15

**certification [2]** 2742/12 2784/7

**Certified [1]** 2628/3

**certify [2]** 2733/15 2792/2

**CH [1]** 2628/4

**chain [3]** 2649/4 2649/19 2654/20

**challenge [1]** 2757/9

**chance [6]** 2646/24 2680/6 2695/23 2700/8 2761/1 2771/6

**changed [1]** 2761/18

**chapter [2]** 2774/5 2775/6

**chapters [1]** 2671/5

**characterization [1]** 2639/4

**charge [1]** 2753/19

**charged [4]** 2709/4 2728/18 2736/2 2789/21

**charger [1]** 2753/18

**chart [2]** 2697/17 2702/7

**chat [51]** 2665/16 2667/11 2667/13 2668/13 2668/14 2668/15 2669/12 2669/12 2671/25 2674/1 2674/10 2678/3 2678/4 2679/19 2679/20 2679/21 2680/23 2680/25

**chatroom [11]** 2681/2 2681/14 2681/16 2681/21 2682/1 2682/3 2682/9 2682/10 2683/6 2683/6 2684/16 2686/12 2695/18 2695/19 2696/20 2706/19 2706/20 2706/23 2707/1 2707/4 2707/19 2708/3 2708/3 2708/4 2708/6 2708/7 2712/19 2712/23 2713/2 2713/15 2776/22

**chats [11]** 2713/6 2713/13 2714/9 2720/19 2720/21 2721/2 2745/16 2758/13 2776/21 2776/25 2777/4

**check [3]** 2728/19 2729/13 2729/14

**check-in [2]** 2729/13 2729/14

**checking [1]** 2667/22

**Chi [4]** 2673/18 2673/20 2673/22 2678/11

**Chi-Com [4]** 2673/18 2673/20 2673/22 2678/11

**chief [2]** 2672/19 2677/13

**China [1]** 2672/17

**Chinese [1]** 2673/23

**choice [1]** 2765/9

**chronological [2]** 2634/22 2635/19

**Cinnaminson [1]** 2627/13

**circle [1]** 2737/22 2747/12 2747/21 2747/25 2748/4 2748/8 2750/14 2751/7 2752/6 2752/16

**circled [6]** 2738/10 2739/14 2749/3 2749/9 2751/10 2752/9

**Circuit [3]** 2633/22 2633/24 2643/24

**circumstances [1]** 2642/3

**circumstantial [1]** 2654/22

**citations [1]** 2643/21

**cite [1]** 2633/20

**cited [1]** 2644/8

**cities [2]** 2683/15 2758/1

**citizen [1]** 2757/20

**city [2]** 2757/1 2757/5

**Civil [1]** 2673/19

**claiming [1]** 2646/6

**clans [1]** 2677/5

**clarification [1]** 2767/25

**clarifying [1]** 2689/9

**classified [1]** 2717/21

**clear [2]** 2672/22 2779/11

**clearer [1]** 2641/22

**cleared [1]** 2725/14

**clearly [4]** 2640/7 2676/17 2787/6 2787/19

**client [1]** 2712/22

**climbing [1]** 2734/10

**close [4]** 2733/23 2744/5 2780/11 2780/12

**clothes [1]** 2760/8

**co [3]** 2646/3 2647/17 2658/6

**co-conspirator [1]** 2646/3

**co-conspirators [1]** 2658/6

**co-defendants [1]** 2647/17

**Coats [1]** 2676/22

**coffee [2]** 2728/19 2738/22

**cognitive [1]** 2719/10

**colleagues [1]** 2712/2

**collect [1]** 2691/22

**collected [11]** 2648/5 2648/10 2648/13 2649/8 2649/9 2652/22 2653/10 2656/20 2656/21 2657/20 2658/7

**collecting [1]** 2658/8

**college [5]** 2716/14 2716/17 2716/18 2716/20 2784/8

**COLUMBIA [1]** 2625/1

**Com [4]** 2673/18 2673/20 2673/22 2678/11

**come [19]** 2634/22 2644/13 2650/7 2654/10 2654/13 2654/21 2659/1 2659/3 2659/11 2663/6 2683/18 2705/15 2721/23 2736/11 2769/10 2774/23 2786/11 2791/2 2791/11

**comes [1]** 2676/17 2678/10

**comfortable [2]** 2638/23 2715/22

**coming [12]** 2644/21 2671/8 2672/1 2684/8 2687/21 2687/25 2748/17 2762/25 2765/1 2772/4 2783/24 2787/14

**commander [2]** 2672/18 2677/12

**comment [9]** 2636/13

**comments [7]** 2632/20 2636/10 2636/18 2636/24 2637/25 2639/8 2643/6

**commo [1]** 2693/10

**common [3]** 2757/25 2758/12 2758/17

**communicating [4]** 2639/9 2639/10 2669/21 2701/22

**communication [9]** 2639/5 2639/15 2639/16 2641/4 2641/8 2641/13 2684/14 2701/11 2753/17

**communications [7]** 2636/25 2685/2 2718/10 2718/11 2754/10 2768/5 2790/23

**communist [2]** 2672/17 2673/23

**compare [11]** 2665/20 2668/17 2680/7 2682/12 2684/22 2686/19 2690/16 2695/23 2697/20 2700/8 2728/5

**complete [3]** 2641/3 2666/15 2731/13

**completeness [3]** 2632/8 2633/15 2642/2 2666/13

**complied [15]** 2702/19 2725/4 2725/7 2725/11 2725/17 2737/23 2747/13 2747/23 2748/2 2748/6 2748/10 2750/15 2751/9 2752/7 2752/17

**complies [1]** 2636/21

**component [1]** 2719/4

**comprise [2]** 2663/21 2697/14

**comprised [1]** 2672/4

**comprising [1]** 2699/25

**computer [1]** 2628/7

**computer-aided [1]** 2628/7

**concede [1]** 2646/13

**concern [4]** 2633/8 2644/12 2648/19 2759/5

**concerned [1]** 2757/19

**concerning [2]** 2632/1 2759/2

**condition [2]** 2646/19

**conditionally [1]** 2660/25

**conducive [2]** 2774/10 2774/12

**conduct [2]** 2646/14 2710/21

**conducted [4]** 2663/13 2663/16 2663/17 2706/8

**conference [6]** 2693/3 2693/15 2748/14 2775/7 2786/19 2790/2

**conferred [1]** 2647/11

**confident [1]** 2655/20

**confirm [3]** 2643/21 2659/23 2707/17

**conflating [1]** 2655/6

**conflict [1]** 2684/3

**confronted [1]** 2770/4

**confusion [1]** 2658/19

**Congress [3]** 2733/4 2733/15 2742/10

**connection [3]** 2684/20 2686/25 2697/4

**Connie [4]** 2724/3 2731/8 2743/4 2759/20

**connotation [1]** 2732/18

**consequences [1]** 2674/14

**considering [1]** 2656/6

**conspiracy [6]** 2645/8 2645/16 2645/18 2646/5 2646/6 2646/14 2646/21 2646/24

**conspirator [1]** 2646/3

**conspirators [2]** 2646/8 2658/6

**Constitution [4]** 2628/4 2670/11 2714/16 2719/24

**consulted [1]** 2711/8

**contact [6]** 2678/15 2699/13 2699/15 2728/23 2730/24 2782/20

**contacted [3]** 2723/13 2754/7 2789/7

**contain [1]** 2700/3

**contained [3]** 2668/18 2700/9

**contends [1]** 2659/14

**content [12]** 2633/9 2634/2 2634/2 2640/25 2642/10 2642/16 2642/22 2642/23 2643/3 2643/10 2667/9 2692/23

**contents [5]** 2725/6 2725/16 2726/3 2726/7 2726/8

**contested [1]** 2654/19

**context [3]** 2632/10 2634/4 2640/6 2640/12 2644/19 2644/25 2652/7 2661/11 2666/10 2672/20

**context...** [1] 2695/2
**continent** [1] 2717/19
**continents** [1] 2717/18
**contingent** [3] 2669/21
2744/17 2766/5
**continuation** [2]
2675/23 2719/5
**continue** [4] 2670/11
2676/5 2683/24
2714/16
**continued** [9] 2626/1
2627/1 2628/1 2660/21
2724/12 2733/22
2739/25 2740/21
2759/8
**contributed** [1] 2778/5
**conversation** [9]
2638/13 2741/19
2741/23 2741/25
2742/4 2742/6 2767/9
2784/17 2784/18
**conversations** [12]
2638/14 2721/14
2722/1 2722/9 2728/1
2745/3 2745/5 2754/23
2759/2 2769/17
2769/25 2770/1
**conveyed** [1] 2787/8
**conveying** [2] 2787/5
2787/20
**convincing** [2]
2650/24 2652/3
**cool** [1] 2676/15
**coordinate** [1] 2665/8
**coordinating** [1]
2760/1
**copy** [11] 2665/24
2668/22 2680/10
2682/15 2685/1
2686/23 2690/21
2696/2 2700/12
2736/12 2736/14
**cord** [1] 2753/18
**Corps** [1] 2716/22
**correct** [101] 2637/12
2638/21 2645/10
2646/12 2649/3
2650/22 2661/15
2681/5 2682/20
2687/10 2687/11
2695/13 2701/6 2704/6
2705/23 2707/22
2707/25 2708/4 2708/7
2708/19 2708/20
2710/13 2710/14
2710/19 2711/10
2711/13 2712/2
2712/20 2712/23
2713/3 2715/3 2724/8
2725/24 2730/5 2730/6
2753/22 2753/23
2754/7 2754/8 2756/20
2757/17 2758/10
2758/14 2759/1 2759/9
2759/14 2759/15
2761/12 2762/2 2762/3
2762/7 2764/3 2764/8

2765/20 2768/11
2768/12 2768/21
2768/22 2768/25
2769/1 2771/13
2773/13 2773/24
2774/3 2775/2 2775/14
2775/24 2776/6
2776/14 2777/8
2777/13 2777/18
2778/3 2778/5 2778/7
2778/13 2778/20
2778/23 2780/2 2781/1
2782/16 2784/14
2784/17 2784/24
2785/13 2785/14
2785/17 2785/18
2788/4 2788/10
2788/14 2788/22
2788/25 2789/8
2789/16 2789/17
2789/22 2789/23
2792/3
**correctly** [4] 2707/18
2708/13 2730/19
2730/24
**correspondence** [1]
2638/16
**couched** [1] 2787/17
**could** [122] 2637/9
2637/17 2642/11
2648/2 2648/21
2648/24 2649/5 2649/7
2651/13 2651/15
2652/18 2652/19
2660/25 2662/16
2662/17 2663/23
2664/3 2664/16
2665/11 2666/18
2667/11 2667/21
2667/23 2668/8
2669/14 2670/3
2670/13 2670/15
2670/21 2671/18
2672/8 2672/23 2673/1
2673/6 2674/1 2674/10
2675/1 2676/7 2676/14
2676/19 2679/13
2679/17 2680/21
2682/5 2683/1 2684/9
2685/12 2686/8
2688/24 2689/1
2689/17 2690/9 2691/8
2691/8 2692/19
2692/22 2693/4 2693/7
2694/5 2694/8 2694/11
2694/25 2695/6
2695/15 2696/24
2697/7 2699/22
2700/23 2701/14
2702/18 2703/23
2705/1 2708/9 2708/19
2714/5 2714/7 2714/9
2714/11 2714/18
2716/7 2717/4 2720/1
2721/12 2723/14
2725/9 2725/12 2728/5
2732/1 2732/2 2734/1

2756/2 2757/5 2760/7
2760/8 2760/15
2762/13 2763/5
2763/10 2764/1 2764/1
2764/11 2764/24
2766/15 2766/23
2766/24 2767/20
2769/2 2769/11
2775/10 2775/13
2776/5 2776/12
2776/16 2779/3
2779/15 2779/21
2781/16 2782/8
2782/11 2782/17
**Could you** [1] 2662/16
**couldn't** [1] 2776/24
**counsel** [7] 2647/11
2653/7 2657/1 2659/20
2735/11 2773/5 2790/1
**counsels'** [1] 2657/8
**counting** [1] 2760/18
**country** [12] 2633/7
2634/25 2636/11
2677/16 2679/8
2710/13 2710/18
2711/9 2716/19
2719/21 2727/1
2756/20
**couple** [2] 2728/9
2755/3
**courage** [1] 2676/16
**course** [10] 2634/1
2642/6 2654/5 2666/14
2735/5 2737/4 2749/19
2760/17 2767/21
2768/1
**court** [35] 2625/1
2628/2 2628/3 2633/12
2634/5 2634/8 2639/24
2644/22 2647/14
2648/1 2648/11
2648/21 2651/10
2651/15 2651/23
2653/21 2657/1
2657/13 2658/23
2658/24 2659/1
2659/19 2671/1
2719/11 2735/6
2735/16 2735/19
2736/14 2748/23
2750/8 2766/16
2786/25 2787/9
2787/23 2790/17
**Court's** [9] 2633/18
2639/6 2642/5 2647/10
2649/24 2654/5
2700/18 2736/3
2736/17
**courthouse** [1]
2757/15
**courtroom** [9] 2631/21
2660/5 2734/22
2734/24 2735/23
2735/25 2737/7 2791/1
2791/17
**cover** [1] 2671/7
**covers** [1] 2736/3

**crazy** [1] 2689/3
**create** [3] 2644/1
2699/3 2700/6
**created** [5] 2644/4
2669/18 2670/1
2697/17 2736/25
**creating** [3] 2645/4
2681/8 2713/16
**crew** [1] 2740/20
**Criminal** [1] 2631/7
**Crisp** [6] 2626/14
2626/14 2631/19
2710/1 2790/3 2790/6
**crisplegal.com** [1]
2626/16
**critical** [1] 2677/10
**cross** [10] 2629/4
2653/15 2705/6 2705/8
2706/15 2707/11
2710/6 2756/9 2773/2
2790/4
**Cross-examination** [7]
2705/6 2705/8 2706/15
2707/11 2710/6 2756/9
2773/2
**cross-examine** [1]
2653/15
**crowd** [2] 2687/25
2764/17
**CRR** [2] 2792/2 2792/8
**CS** [3] 2743/12
2743/13 2743/14
**Cummings** [26]
2715/17 2715/21
2716/4 2716/7 2716/10
2725/9 2726/8 2734/23
2735/21 2735/22
2735/23 2736/2
2737/11 2737/13
2737/16 2750/4
2750/13 2750/24
2751/7 2756/11
2762/12 2763/5
2766/20 2767/3 2773/4
2791/2
**Cummings'** [1]
2749/18
**cup** [2] 2728/19
2738/22
**curfew** [2] 2743/24
2771/17
**currently** [1] 2662/25
**custody** [2] 2649/19
2654/21
**cut** [1] 2644/6

**D**

**D-e-v-o-u-s** [2]
2633/23 2644/10
**D.C** [56] 2625/5
2625/17 2627/4 2627/9
2628/5 2645/22
2645/23 2648/8 2666/6
2670/24 2671/20
2674/8 2681/9 2681/17
2681/24 2686/5
2687/21 2687/22

2689/23 2694/3
2695/19 2696/19
2697/2 2697/5 2698/23
2708/6 2721/25 2722/2
2723/4 2723/8 2723/11
2723/14 2726/16
2726/21 2728/10
2728/22 2729/9
2733/13 2745/13
2745/25 2753/21
2754/4 2754/11
2754/16 2754/18
2758/20 2759/8
2759/16 2767/14
2772/4 2776/1 2776/4
2776/12 2777/7
2778/12
**D.C.** [2] 2686/13
2687/10
**D.C. Op Jan. 6, '21** [2]
2686/13 2687/10
**Dallas** [2] 2626/4
2626/8
**damage** [2] 2720/9
2758/15
**date** [34] 2633/2
2633/3 2649/6 2651/8
2652/18 2652/23
2667/19 2668/3
2669/14 2671/19
2671/23 2673/12
2682/2 2683/9 2687/17
2688/2 2689/14 2690/7
2691/12 2692/15
2692/17 2692/22
2694/9 2695/12
2696/12 2696/14
2699/1 2699/3 2699/11
2701/25 2765/19
2768/11 2768/14
2792/7
**dates** [3] 2702/18
2703/23 2704/3
**David** [2] 2627/16
2631/20
**David Fischer** [1]
2631/20
**day** [19] 2625/7 2647/5
2674/12 2677/5 2679/6
2679/10 2688/5
2688/25 2693/14
2708/22 2721/4
2724/10 2724/11
2732/21 2738/23
2766/2 2767/1
2771/25 2772/18
**days** [4] 2705/2 2705/3
2708/23 2767/12
**dead** [2] 2728/20
2728/22
**deal** [5] 2634/8
2646/23 2660/10
2736/14 2743/20
**dealing** [2] 2670/12
2714/17
**dearly** [1] 2676/23
**death** [1] 2683/16
**December** [64] 2633/4

**December... [63]** 2634/23 2635/11 2645/20 2645/20 2663/8 2669/16 2670/4 2670/14 2671/23 2672/9 2672/12 2673/3 2676/12 2677/1 2678/8 2679/5 2679/10 2681/7 2681/15 2681/23 2683/10 2683/24 2684/7 2686/4 2687/19 2688/3 2688/6 2688/10 2689/14 2689/19 2691/13 2692/16 2701/19 2702/2 2702/2 2702/6 2702/6 2702/7 2702/16 2702/20 2702/20 2702/21 2702/21 2702/21 2702/24 2702/25 2702/25 2703/10 2703/21 2704/1 2704/3 2704/4 2704/5 2704/9 2704/10 2704/11 2704/12 2705/16 2707/23 2707/24 2714/11 2714/20 2721/22

**December 5th [1]** 2714/11

**decide [5]** 2716/18 2722/4 2722/6 2740/14 2743/21

**decided [1]** 2723/7
**decides [1]** 2641/11
**decision [4]** 2640/11 2740/18 2743/23 2756/25

**declarant's [1]** 2646/20
**Declare [1]** 2678/10
**defeat [1]** 2673/19
**defend [3]** 2644/21 2678/9 2719/24
**defendant [17]** 2626/2 2626/13 2627/2 2627/11 2627/15 2631/8 2631/9 2631/10 2631/10 2631/11 2631/15 2631/17 2631/18 2631/19 2631/20 2654/23 2654/25

**Defendant Meggs [1]** 2631/17
**Defendant Rhodes [1]** 2631/15
**Defendant Watkins [1]** 2631/19
**DEFENDANT'S [3]** 2630/4 2779/18 2782/6
**defendants [8]** 2625/7 2631/21 2645/2 2645/14 2645/17 2646/15 2647/17 2712/7
**defense [8]** 2635/14 2649/11 2657/8

2725/10 2735/11 2755/6
**definitely [2]** 2719/9 2751/24
**Defy [1]** 2678/8
**deliver [1]** 2774/25
**delivered [2]** 2651/8 2651/9
**departed [1]** 2728/22
**department [2]** 2718/13 2718/15
**depending [1]** 2652/11
**depicted [1]** 2781/20
**depiction [1]** 2781/23
**deployed [1]** 2717/18
**deploying [1]** 2743/15
**deployment [2]** 2717/6 2717/7
**Depot [1]** 2632/24
**describe [7]** 2721/12 2723/21 2727/6 2728/14 2732/1 2769/24 2780/18
**desire [2]** 2657/25 2780/3
**desired [1]** 2736/22
**despite [1]** 2644/18
**destroyed [1]** 2633/17
**detail [11]** 2699/25 2700/24 2701/9 2722/15 2722/20 2760/16 2765/20 2768/23 2777/10 2778/23 2782/25
**details [3]** 2763/11 2766/2 2775/21
**detector [1]** 2782/12
**detectors [1]** 2781/15
**determination [1]** 2735/10
**determine [1]** 2656/7
**determined [1]** 2745/11
**determining [2]** 2640/1 2640/4
**developed [1]** 2776/22
**device [7]** 2665/18 2668/15 2668/16 2686/15 2695/20 2695/22 2695/25
**Devos [1]** 2633/23
**Devous [2]** 2633/23 2644/10
**diagnosed [1]** 2717/11
**diagnosis [1]** 2717/12
**dictated [1]** 2749/5
**did [198]**
**did you [44]** 2699/24 2716/18 2716/25 2717/16 2719/17 2720/11 2720/15 2720/18 2721/23 2722/6 2723/18 2724/2 2728/11 2729/1 2729/1 2729/18 2730/18 2732/7 2732/11 2732/14 2732/20

2739/10 2740/14 2741/9 2743/21 2744/10 2744/25 2753/16 2754/13 2754/16 2754/20 2754/22 2755/1 2755/11 2755/13 2761/20 2767/14 2768/7 2771/1 2771/25 2786/11 2787/15 didn't [31] 2641/2 2657/4 2689/22 2690/6 2706/22 2706/25 2707/3 2707/24 2710/2 2718/22 2724/6 2736/9 2741/11 2742/12 2757/9 2759/22 2762/5 2763/25 2768/5 2768/9 2768/23 2768/24 2771/3 2771/10 2773/25 2777/12 2777/23 2778/1 2778/11 2783/16 2785/12
**die [2]** 2683/14 2683/16
**difference [1]** 2713/10
**different [17]** 2637/24 2638/4 2641/11 2642/4 2652/21 2654/8 2654/16 2656/24 2657/14 2657/20 2680/23 2691/16 2691/18 2699/13 2753/18 2774/15 2774/18
**difficult [3]** 2642/14 2760/9 2768/14
**digital [1]** 2642/8
**diminish [1]** 2640/6
**diminished [1]** 2642/3
**dinner [1]** 2744/6
**direct [23]** 2629/4 2636/22 2637/11 2637/20 2637/21 2637/22 2637/23 2638/3 2638/8 2638/13 2638/14 2638/15 2639/5 2639/15 2639/16 2642/1 2654/3 2660/21 2662/11 2690/13 2691/20 2716/5 2770/20
**directed [2]** 2638/6 2641/14
**directing [1]** 2714/10
**direction [7]** 2741/18 2762/18 2762/20 2766/17 2766/21 2770/25 2771/3
**directive [4]** 2652/11 2653/7 2653/9 2659/19
**directly [6]** 2637/10 2638/3 2639/9 2641/12 2643/10 2789/6
**disagree [6]** 2639/3 2642/6 2647/23

2786/3
**discern [2]** 2637/6 2637/13
**discovery [1]** 2736/20
**discretion [1]** 2633/18
**discuss [5]** 2735/1 2735/11 2767/16 2790/22 2791/6
**discussed [5]** 2691/19 2705/21 2705/25 2775/12 2777/4
**discussing [2]** 2683/19 2691/17
**discussion [2]** 2758/17 2768/9
**discussions [7]** 2758/12 2758/24 2761/21 2769/14 2769/15 2772/7 2772/12
**disorder [1]** 2718/20
**displayed [1]** 2675/18
**disposed [1]** 2754/6
**disposing [1]** 2754/2
**disputing [1]** 2653/1
**disseminating [1]** 2645/5
**disservice [1]** 2737/1
**distance [2]** 2763/12 2763/18
**distinction [4]** 2639/6 2639/13 2641/9 2642/6
**Distribute [1]** 2783/3
**DISTRICT [11]** 2625/1 2625/1 2625/10 2718/2 2771/18 2772/5 2772/9 2772/13 2772/19 2778/17 2778/19
**division [1]** 2648/8
**do [118]** 2637/16 2641/2 2645/22 2647/8 2647/8 2648/16 2650/17 2651/7 2651/21 2652/8 2653/3 2654/11 2655/16 2655/24 2656/1 2656/2 2658/11 2658/15 2659/3 2659/9 2661/8 2662/24 2664/20 2672/16 2674/19 2675/6 2677/16 2682/4 2692/16 2694/18 2698/20 2703/6 2708/1 2713/4 2718/24 2719/1 2719/20 2722/22 2724/24 2727/2 2727/9 2729/6 2729/9 2729/12 2729/21 2730/22 2731/17 2731/24 2733/20 2734/10 2735/21 2736/3 2737/19 2737/24 2740/20 2740/23 2741/3 2741/13

2743/7
2743/15 2744/3
2744/18 2744/21
2745/22 2746/3 2746/7
2746/14 2746/19
2747/4 2747/9 2751/12
2751/15 2752/4
2752/10 2752/14
2752/20 2752/22
2752/24 2753/6
2753/24 2756/20
2756/22 2758/25
2760/25 2761/1 2762/5
2762/5 2762/15
2766/14 2768/10
2769/14 2771/5
2771/19 2773/7
2773/14 2773/6
2774/7 2778/10
2778/15 2779/5 2779/5
2779/6 2781/14
2781/14 2781/20
2782/24 2782/25
2783/1 2789/18 2790/4
2791/16
**do you [10]** 2655/24 2662/24 2760/25 2771/5 2771/19 2773/7 2773/14 2779/5 2782/24 2782/25
**do you have [5]** 2718/24 2722/22 2722/25 2789/18 2791/16
**do you know [7]** 2674/19 2692/16 2694/18 2698/20 2703/6 2727/7 2741/13
**do you recognize [11]** 2724/19 2737/19 2746/19 2747/4 2747/9 2751/12 2752/4 2752/14 2753/6 2762/15 2781/20
**do you remember [9]** 2727/9 2741/3 2743/7 2746/3 2746/14 2751/15 2752/10 2752/15 2752/22
**Do you see [2]** 2661/8 2779/5
**doctors [1]** 2717/12
**documentary [1]** 2657/19
**does [65]** 2632/11 2636/21 2640/24 2643/6 2664/8 2666/5 2667/24 2668/3 2670/7 2671/19 2671/25 2672/9 2672/11 2672/12 2673/9 2673/16 2674/2 2674/6 2674/11 2675/2 2675/5 2675/9 2675/14 2675/15 2675/15 2675/5 2676/25 2677/3 2677/8 2677/23 2678/2 2678/7 2678/14 2678/18

**D**

**does... [32]** 2678/21
2679/5 2679/9 2681/7
2681/15 2681/23
2682/2 2683/18
2683/24 2684/7
2685/17 2686/4
2687/20 2687/24
2688/5 2689/9 2689/13
2689/21 2689/25
2692/11 2694/13
2695/8 2701/21
2703/20 2715/4 2719/7
2719/9 2735/6 2749/21
2781/7 2781/10
2781/11
**doesn't [7]** 2647/20
2649/12 2650/15
2651/15 2673/17
2677/18 2708/18
**doing [11]** 2632/17
2696/21 2736/21
2751/3 2751/25
2757/21 2765/24
2766/4 2766/5 2775/23
2782/22
**Dolan [21]** 2647/17
2648/1 2648/11
2648/15 2649/1
2649/15 2649/21
2650/8 2650/14
2650/16 2651/5 2651/7
2651/10 2651/20
2659/17 2723/9
2729/10 2743/5
2745/23 2750/18
2751/16
**Dolan's [5]** 2647/25
2649/9 2651/12
2656/21 2729/18
**domestic [3]** 2662/25
2672/17 2719/25
**don't [95]** 2633/8
2633/9 2633/10 2634/2
2638/14 2639/3
2639/21 2640/17
2640/17 2641/18
2641/22 2641/22
2642/7 2642/7 2642/8
2642/19 2643/7
2643/12 2644/1 2644/2
2644/3 2645/8 2646/9
2647/21 2648/14
2651/2 2651/6 2651/12
2651/22 2653/15
2653/24 2654/9
2654/20 2655/24
2656/1 2656/5 2656/14
2657/7 2657/25 2678/4
2680/3 2687/22 2706/4
2708/8 2709/18
2709/20 2709/22
2709/24 2710/20
2711/1 2711/3 2711/7
2711/19 2713/15
2727/11 2727/20
2730/21 2731/11
2731/25 2734/14

2737/11 2738/17
2740/17 2741/8
2741/12 2741/22
2742/6 2743/5 2746/7
2746/15 2747/6 2751/3
2751/23 2751/24
2752/12 2756/16
2758/5 2759/20
2760/23 2764/2
2765/11 2771/7 2773/9
2773/18 2778/4 2778/8
2782/22 2783/2
2784/23 2785/15
2790/12 2791/17
**Donald [3]** 2704/15
2704/19 2704/23
**donations [2]** 2755/7
2755/8
**done [5]** 2675/7
2677/10 2722/12
2742/22 2749/4
**Donuts [1]** 2721/20
**doors [2]** 2752/19
2767/4
**Doug [10]** 2693/11
2693/20 2693/22
2693/23 2695/4
2711/12 2711/13
2711/15 2712/1 2712/5
**Doug Smith [3]**
2693/23 2711/13
2711/15
**Doug's [1]** 2694/2
**down [24]** 2657/22
2661/23 2661/25
2665/3 2677/5 2677/13
2683/15 2696/24
2699/21 2701/16
2702/3 2715/8 2718/19
2725/25 2728/19
2734/24 2746/11
2754/11 2762/14
2763/22 2764/17
2766/12 2766/19
2781/16
**downtown [1]** 2757/6
**dozen [1]** 2760/9
**drawing [2]** 2639/6
2667/9
**drawn [1]** 2654/14
**dreaming [1]** 2684/1
**dressed [1]** 2730/7
**drive [4]** 2627/12
2758/21 2758/23
2767/13
**driver [1]** 2718/6
**driveway [2]** 2695/10
2695/11
**driving [3]** 2724/12
2758/9 2758/20
**drop [3]** 2693/12
2693/21 2729/6
**dropped [3]** 2729/5
2729/7 2746/25
**dropping [1]** 2767/7
**drove [5]** 2728/24
2729/7 2744/19 2789/5

due [2] 2691/20 2737/4
**Dunkin' [1]** 2721/20
**during [13]** 2645/16
2645/17 2674/24
2716/23 2716/24
2735/2 2750/4 2758/21
2758/23 2767/11
2769/7 2771/25 2791/5

**E**

**each [4]** 2665/9
2669/21 2678/9
2721/15
**earlier [4]** 2644/8
2723/12 2773/25
2777/1
**early [9]** 2665/7
2696/22 2718/17
2721/6 2721/7 2724/11
2728/25 2760/12
2773/21
**ears [1]** 2718/22
**easier [2]** 2684/5
2702/5
**easily [2]** 2645/6
2667/4
**east [10]** 2723/21
2739/25 2740/21
2740/23 2762/17
2764/16 2766/18
2767/3 2768/15
2783/25
**Eastern [1]** 2667/6
**easy [1]** 2656/10
**Edmund [1]** 2627/2
**Edward [3]** 2626/10
2631/11 2631/14
**Edwards [1]** 2625/16
**edwardtarpley [1]**
2626/12
**effect [2]** 2634/1
2736/22
**effectively [2]** 2658/14
2677/17
**effort [1]** 2736/22
**election [4]** 2722/10
2733/15 2742/12
2776/3
**Electoral [1]** 2784/8
**electors [1]** 2761/22
**electronic [1]** 2633/13
**elevator [1]** 2752/19
**elicit [2]** 2634/1
2637/17
**elide [1]** 2634/19
**elimination [1]**
2638/15
**Eller [6]** 2660/13
2660/18 2661/4
2661/15 2661/21
2661/22
**Ellipse [16]** 2722/18
2730/16 2730/22
2730/23 2732/6
2732/11 2733/10
2761/2 2761/6 2761/11
2761/25 2763/16

2783/17 2784/14
**ELMER [3]** 2625/6
2626/2 2631/9
**else [15]** 2636/23
2637/1 2637/2 2637/9
2638/20 2639/5
2641/13 2647/8
2651/13 2671/5
2713/23 2758/24
2778/4 2783/1 2787/18
**else's [6]** 2634/18
2636/12 2636/14
2639/8 2642/23
2650/21
**email [14]** 2625/18
2625/19 2626/5 2626/9
2626/12 2626/16
2627/5 2627/10
2627/14 2627/19
2668/4 2668/7 2699/13
2736/18
**emerged [1]** 2771/2
**emergency [1]**
2717/13
**emoji [5]** 2674/9
2689/16 2689/22
2689/25 2690/6
**emotional [2]** 2646/19
2646/21
**Empire [1]** 2627/17
**employed [1]** 2662/20
**encountered [1]**
2770/2
**encouraged [1]** 2757/9
**end [6]** 2663/8 2693/10
2720/15 2730/16
2733/23 2776/2
**ended [10]** 2718/9
2729/14 2730/25
2731/15 2732/7 2754/2
2754/24 2757/7
2762/25 2767/22
**enemies [1]** 2719/25
**enemy [3]** 2672/17
2676/16 2677/12
**engaged [2]** 2663/12
2769/4
**Enjoy [1]** 2790/21
**enlist [2]** 2716/25
2719/23
**enlisted [1]** 2717/1
**enormous [1]** 2756/16
**enough [10]** 2659/15
2679/8 2712/4 2729/16
2751/5 2752/2 2753/4
2764/4 2766/6 2770/19
**enter [2]** 2741/2
2742/13
**entered [3]** 2660/5
2737/7 2788/20
**entering [2]** 2733/19
2742/9
**entire [5]** 2638/11
2757/2 2760/21
2760/21 2767/11
**entrance [1]** 2767/4
**entries [1]** 2699/4

**episode [1]** 2719/6
**episodic [2]** 2718/24
2719/2
**equipment [1]** 2744/23
**equivalent [1]** 2652/24
**escort [3]** 2722/17
2731/20 2740/15
**escorted [1]** 2783/6
**escorting [3]** 2740/3
2740/6 2760/14
**especially [2]** 2645/3
2705/18
**essentially [2]** 2701/1
**EST [1]** 2692/13
**establish [6]** 2640/6
2650/11 2650/15
2655/21 2657/19
2777/15
**established [1]** 2658/6
**establishes [1]** 2651/9
**estimate [9]** 2760/5
2760/9 2763/17
2764/10 2768/13
2768/14 2768/16
2769/2 2771/16
**ET [1]** 2625/6
**even [4]** 2641/18
2687/21 2720/9 2769/5
**evening [2]** 2708/7
2728/17
**event [4]** 2721/24
2760/6 2780/3 2781/2
**events [9]** 2663/7
2664/24 2686/6
2755/14 2775/13
2776/21 2780/20
2782/21 2789/10
**eventually [4]** 2718/9
2754/1 2785/7 2789/7
**ever [9]** 2670/9
2714/14 2738/25
2739/3 2754/6 2767/14
2783/22 2784/2
**every [4]** 2674/13
2717/19 2720/24
2721/4
**everybody [6]** 2631/24
2708/14 2735/14
2737/9 2771/17
2771/20
**everyday [3]** 2753/17
2754/15 2754/19
**everyone [9]** 2631/4
2631/6 2631/23 2645/3
2660/7 2735/18
2744/15 2791/13
2791/20
**everything [4]** 2632/24
2719/11 2721/5 2787/3
**evidence [45]** 2632/1
2633/13 2633/14
2633/18 2633/19
2644/4 2645/17 2647/2
2647/13 2647/15
2647/18 2647/21
2647/21 2648/7
2648/12 2649/20

**evidence... [29]**
2652/21 2653/4
2654/22 2655/5 2655/8
2655/17 2657/19
2659/7 2663/14
2666/15 2666/16
2669/5 2680/18
2682/24 2685/10
2687/6 2691/5 2696/9
2698/7 2700/21 2714/6
2726/14 2735/7 2738/4
2738/7 2747/16
2750/10 2779/18
2782/6
**evidentiary [2]** 2634/7
2649/13
**evocative [1]** 2645/24
**exact [2]** 2711/1
2770/22
**exactly [7]** 2672/14
2740/18 2746/8
2748/19 2773/14
2773/17 2773/18
**examination [13]**
2660/21 2662/11
2705/6 2705/8 2706/15
2707/11 2710/6
2713/25 2714/3 2716/5
2756/9 2770/21 2773/2
**examine [1]** 2653/15
**example [9]** 2633/16
2641/18 2655/3
2670/19 2676/8
2713/10 2757/2
2775/15 2778/1
**Excel [1]** 2667/2
**except [3]** 2665/2
2717/19 2738/22
**exception [2]** 2646/3
2646/22
**exceptions [1]** 2646/16
**exclusion [1]** 2633/14
**exclusively [1]**
2639/16
**excuse [5]** 2642/9
2744/9 2758/21
2767/20 2771/18
**execute [1]** 2652/24
**executed [1]** 2684/19
**exercise [2]** 2651/23
2658/20
**exhibit [61]** 2632/16
2632/17 2661/1
2663/24 2664/4
2665/12 2666/3
2666/16 2668/9
2668/18 2669/1 2669/5
2679/14 2680/18
2682/6 2682/19
2682/24 2684/10
2685/7 2685/10 2686/9
2687/3 2687/6 2688/22
2691/5 2695/16 2696/6
2696/9 2697/8 2697/21
2698/4 2698/7 2698/12
2699/2 2699/22

2700/6 2700/13
2700/17 2700/21
2701/5 2702/24 2708/9
2714/6 2714/19
2724/17 2724/17
2724/19 2724/23
2726/2 2726/14
2734/13 2738/7 2746/1
2746/6 2750/9 2750/10
2779/18 2782/6
**Exhibit 6803.5 [1]**
2684/10
**Exhibit 6803.7 [1]**
2690/10
**Exhibit 6868.2 [1]**
2632/16
**exhibits [3]** 2629/11
2630/2 2750/1
**exist [1]** 2685/18
**existed [1]** 2685/19
**existent [1]** 2763/21
**existing [3]** 2646/19
2646/20 2768/10
**exited [2]** 2723/20
2734/22 2791/1
**expect [2]** 2649/15
2790/13
**expectation [1]**
2789/18
**expectations [1]**
2705/25
**expenses [1]** 2671/7
**experience [2]** 2675/17
2728/5
**explain [2]** 2644/14
2667/11
**express [1]** 2722/7
**expression [1]**
2635/12
**extent [5]** 2654/19
2666/13 2758/2 2769/2
2776/9
**extra [1]** 2654/18
**extracted [10]** 2665/21
2666/23 2668/19
2680/7 2682/16
2686/20 2686/24
2690/21 2690/25
2695/24
**extraction [4]** 2682/13
2690/6 2690/17
2691/21
**extremely [4]** 2721/2
2764/13 2774/14
2777/2
**eyes [2]** 2637/3
2743/19

**F**

**F.2d [4]** 2633/22
2633/24 2644/9
2644/10
**face [2]** 2738/24
2738/24
**Facebook [32]** 2632/6
2632/11 2632/15
2634/9 2634/15
2634/23 2635/1

2636/22 2636/23
2636/23 2637/7
2637/17 2637/24
2638/11 2639/19
2640/21 2640/23
2640/25 2641/10
2641/15 2642/10
2642/11 2642/14
2642/25 2643/3 2643/4
2643/5 2643/7 2644/13
2644/20 2645/21
2721/4
**Facebook's [1]** 2637/3
**facing [1]** 2713/9
**fact [20]** 2634/17
2644/18 2648/25
2651/12 2654/11
2654/15 2654/23
2655/3 2658/24 2697/1
2712/22 2757/21
2761/3 2772/7 2778/25
2780/4 2783/21 2785/7
2786/10 2788/16
**factor [3]** 2640/2
2640/4 2640/4
**facts [1]** 2637/18
**fair [30]** 2665/24
2668/22 2680/10
2682/15 2685/1
2686/23 2690/20
2690/20 2696/2
2697/24 2700/12
2706/19 2706/22
2706/25 2707/3 2712/4
2713/6 2713/13
2714/25 2739/21
2751/5 2752/2 2753/4
2757/19 2764/4
2764/16 2766/6
2770/19 2779/7
2781/23
**fairly [1]** 2655/4
**fall [2]** 2773/21 2774/4
**familiar [3]** 2632/7
2671/11 2698/18
**family [1]** 2671/2
**fan [1]** 2689/6
**far [9]** 2650/2 2686/6
2691/19 2694/14
2694/24 2708/19
2713/16 2772/16
2780/8
**farmer [1]** 2674/23
**farmers [1]** 2674/18
**fast [3]** 2721/22
2761/15 2761/16
**Fast-forwarding [1]**
2721/22
**father [1]** 2716/22
**favor [1]** 2756/22
**FBI [51]** 2635/1
2644/16 2648/5 2648/7
2648/9 2648/9 2648/12
2648/13 2648/20
2648/20 2649/8 2649/8
2652/7 2652/14
2652/16 2652/20
2652/21 2652/24

2653/2 2656/19
2656/20 2656/24
2657/3 2657/20
2662/21 2662/24
2663/4 2710/12
2710/24 2711/16
2712/7 2736/12 2746/3
2746/9 2748/17
2748/20 2749/5 2749/9
2749/18 2749/22
2749/25 2750/1
2750/22 2751/15
2751/23 2752/10
2752/20 2754/6 2789/7
**FBI's [2]** 2656/25
2749/17
**federal [1]** 2757/15
**feel [2]** 2715/25
2736/10
**felt [1]** 2719/22
**female [6]** 2732/3
2760/14 2763/4 2765/8
2766/8 2767/7
**festivals [1]** 2757/6
**few [9]** 2635/9 2680/1
2683/14 2705/13
2710/10 2724/5
2730/13 2761/5
2770/21
**field [1]** 2663/3
**fifth [4]** 2633/22
2643/24 2654/12
2748/7
**Fifth Circuit [1]**
2633/22
**fight [2]** 2672/18
2673/19
**fighting [2]** 2651/24
2684/2
**figure [1]** 2790/19
**figured [4]** 2644/5
2644/5 2674/15
2712/16
**file [1]** 2736/23
**files [1]** 2656/25
**filing [1]** 2648/2
**filled [2]** 2720/13
2720/15
**final [3]** 2752/13
2766/13 2766/24
**finally [2]** 2717/12
2770/23
**find [8]** 2640/21
2651/19 2654/9
2659/25 2693/11
2695/3 2741/4 2744/5
**finds [1]** 2658/9
**fine [2]** 2649/12
2683/22
**finish [3]** 2677/13
2785/23 2785/25
**firearm [9]** 2650/1
2651/3 2652/14
2652/14 2746/25
2777/17 2777/20
2789/2 2789/14
**firearms [49]** 2647/13

2648/3 2648/5 2648/11
2648/12 2648/13
2648/22 2649/1 2649/9
2649/9 2649/16 2650/2
2650/4 2650/6 2650/8
2650/10 2650/11
2650/14 2650/21
2651/8 2651/9 2651/13
2651/14 2651/20
2652/4 2652/4 2652/6
2652/17 2652/22
2653/8 2653/10 2654/1
2655/18 2657/10
2657/11 2724/14
2728/4 2744/20
2745/12 2772/1 2772/5
2772/8 2772/12
2777/23 2778/6
2778/16 2789/3
**fired [1]** 2674/18
**firepower [2]** 2679/7
2679/11
**first [34]** 2634/9
2634/17 2656/15
2664/6 2669/20
2670/15 2677/20
2683/4 2698/17
2701/18 2703/2
2703/24 2705/2
2710/11 2717/6 2717/7
2721/14 2721/20
2722/8 2723/15
2729/24 2747/8
2750/12 2756/14
2761/3 2761/5 2770/23
2771/1 2773/14
2773/17 2773/22
2774/1 2774/2 2774/8
**First Amendment [1]**
2722/8
**Fischer [7]** 2627/16
2627/16 2631/20
2712/17 2713/24
2790/3 2790/8
**fischerandputzi [1]**
2627/19
**fit [1]** 2718/12
**five [5]** 2636/4 2703/22
2761/8 2761/9 2790/7
**FL [2]** 2665/16 2667/14
**flag [2]** 2734/3 2736/15
**flagged [1]** 2657/5
**flash [2]** 2743/12
2743/14
**Florida [31]** 2648/6
2652/15 2652/17
2652/20 2657/3
2658/17 2703/18
2712/20 2719/16
2721/8 2721/16
2721/23 2723/16
2728/11 2731/3
2744/17 2744/24
2745/21 2753/15
2754/11 2766/5
2767/12 2771/2 2774/5
2774/15 2774/18

**Florida... [5]** 2774/22 2775/7 2775/21 2789/5 2789/6

**Flynn [1]** 2671/2

**focus [2]** 2663/20 2665/6

**focuses [1]** 2701/5

**fog [1]** 2719/8

**folks [2]** 2670/11 2714/16

**follow [1]** 2637/9

**following [2]** 2651/8 2788/21

**follows [2]** 2638/18 2660/20

**foods [1]** 2774/25

**foolish [1]** 2677/20

**force [2]** 2726/25 2758/9

**forcefully [1]** 2784/10

**foregoing [1]** 2792/3

**foreign [2]** 2719/25

**forgive [2]** 2637/6 2646/3

**form [10]** 2666/4 2679/23 2720/14 2720/15 2733/3 2733/8 2740/10 2741/20 2751/1 2751/17

**format [4]** 2666/5 2666/22 2666/22 2667/3

**FormerFeds [1]** 2627/12

**formerfedsgroup.com [1]** 2627/14

**Fort [2]** 2652/15 2652/16

**Fort Myers [2]** 2652/15 2652/16

**forth [1]** 2780/22

**forthwith [1]** 2652/6

**forum [7]** 2684/12 2684/13 2684/16 2685/16 2685/17 2685/20 2685/20

**forward [1]** 2719/14

**forwarding [1]** 2721/22

**found [18]** 2654/13 2665/18 2667/15 2668/15 2668/16 2679/21 2681/2 2682/10 2686/15 2686/15 2687/12 2690/14 2695/20 2695/21 2696/3 2729/14 2774/18 2788/20

**foundation [7]** 2653/12 2659/15 2659/21 2680/4 2709/1 2733/11 2747/17

**foundational [1]** 2656/6

**founders [1]** 2677/19

**founding [1]** 2676/3

**four [3]** 2704/14

**fourth [1]** 2748/3

**FRA [2]** 2640/2 2641/3

**frame [2]** 2771/5 2771/19

**frankly [1]** 2640/5

**FRE [2]** 2646/2 2666/10

**free [3]** 2654/5 2666/14 2715/25

**friends [2]** 2716/23 2721/4

**front [4]** 2626/15 2644/20 2752/11 2781/17

**fruitful [2]** 2651/16 2653/17

**fruitless [1]** 2658/20

**full [4]** 2643/12 2692/9 2717/24 2764/7

**full-time [1]** 2717/24

**fund [1]** 2755/6

**fundamentally [2]** 2757/16 2761/10

**funny [1]** 2641/16

**further [4]** 2660/19 2705/5 2715/6 2756/6

**furtherance [1]** 2645/8

**future [1]** 2646/17

**G**

**GA [4]** 2668/14 2669/12 2672/2 2682/8

**gaiter [1]** 2738/11

**Garden [4]** 2729/8 2729/11 2729/15 2744/2

**gas [4]** 2743/12 2743/13 2743/15 2743/19

**gather [1]** 2648/19

**gathered [2]** 2788/2 2788/9

**Gator [1]** 2687/16

**gave [2]** 2658/14 2727/25

**gear [2]** 2721/16 2780/24

**general [14]** 2668/14 2669/12 2671/2 2675/10 2682/8 2683/6 2706/19 2707/1 2742/1 2743/21 2743/23 2772/8 2776/22 2777/3

**generally [5]** 2694/18 2698/20 2732/25 2773/20 2783/13

**generals [1]** 2675/11

**gentleman [1]** 2748/16

**gentlemen [5]** 2659/17 2660/8 2734/17 2737/10 2790/18

**Georgetown [1]** 2729/15

**Georgia [10]** 2669/13 2669/21 2672/4 2672/5 2683/5 2703/15 2706/18 2707/1 2707/4

**Germany [2]** 2717/9 2717/10

**get [39]** 2633/6 2634/24 2636/10 2641/1 2642/14 2643/12 2643/12 2644/20 2650/20 2651/11 2654/12 2657/3 2659/15 2670/8 2677/9 2677/11 2678/19 2686/7 2693/11 2695/3 2695/3 2713/13 2714/13 2730/18 2734/19 2734/25 2736/14 2741/9 2741/11 2748/13 2761/16 2765/17 2772/15 2772/16 2780/15 2781/5 2782/14 2786/17 2790/1

**gets [1]** 2684/4

**getting [4]** 2638/24 2658/6 2721/14 2761/3

**Geyer [6]** 2627/11 2631/18 2707/9 2707/15 2790/3 2790/5

**GI [1]** 2717/4

**Gifts [2]** 2755/7 2755/8

**give [2]** 2712/6 2768/24

**given [6]** 2730/25 2755/4 2755/5 2756/4 2778/25 2779/22

**glad [1]** 2770/17

**Glen [1]** 2627/18

**gmail.com [1]** 2626/9

**go [91]** 2632/22 2635/19 2645/22 2649/4 2651/17 2651/23 2656/2 2659/21 2660/10 2667/23 2670/3 2670/13 2671/18 2672/8 2672/23 2673/1 2673/6 2674/1 2674/10 2675/1 2675/9 2675/14 2677/5 2679/17 2680/21 2683/22 2687/24 2688/24 2689/17 2692/19 2693/4 2694/8 2694/25 2695/6 2701/16 2701/18 2705/1 2705/19 2705/22 2707/24 2708/12 2712/17 2714/7 2714/18 2716/16 2716/16 2717/8 2718/4 2719/14 2721/16 2722/4 2722/6 2723/10 2723/15 2723/16 2724/13 2729/4 2730/25 2732/12 2736/5 2739/24 2742/5 2744/1 2745/20 2747/8 2747/19 2747/24

**Germany [2]** 2717/9 2717/10 ...

**gas [4]** 2743/12 ...

2751/20 2755/7 2755/9 2757/5 2757/11 2759/16 2763/17 2765/18 2766/18 2768/6 2774/24 2780/15 2781/15 2783/21 2784/5 2785/12 2788/7 2788/12 2788/15 2790/12 2790/15

**go ahead [3]** 2712/17 2751/20 2757/11

**going [55]** 2641/7 2644/16 2644/16 2644/23 2645/24 2650/1 2650/2 2650/3 2650/7 2653/6 2656/14 2656/16 2657/22 2658/24 2670/24 2675/22 2677/13 2680/1 2681/17 2688/7 2688/8 2688/11 2719/12 2719/21 2720/5 2720/7 2721/5 2724/16 2726/18 2732/20 2732/25 2733/9 2734/12 2735/8 2735/12 2735/24 2742/11 2744/14 2746/1 2752/3 2752/13 2756/20 2759/16 2762/12 2764/6 2765/4 2772/16 2777/9 2777/15 2779/23 2780/21 2783/22 2790/16 2790/20 2791/16

**gone [4]** 2768/21 2768/23 2788/16 2788/20

**good [33]** 2631/5 2631/7 2631/23 2632/3 2632/4 2651/9 2659/21 2660/8 2660/23 2660/24 2662/6 2662/8 2662/14 2662/15 2674/16 2677/25 2678/5 2705/10 2705/1 2705/12 2707/13 2707/15 2710/8 2710/9 2714/20 2716/7 2742/13 2750/21 2756/11 2756/13 2761/17 2764/17 2773/4

**good morning [16]** 2631/5 2631/23 2632/3 2632/4 2660/8 2660/23 2660/24 2662/6 2662/14 2662/15 2705/10 2707/15 2710/9 2716/7 2756/11 2756/13

**Google [1]** 2692/12

**gosh [1]** 2763/20

**got [29]** 2646/24 2653/3 2654/12

2721/16 2724/13 2727/6 2727/9 2727/12 2728/18 2729/11 2730/22 2734/1 2739/9 2740/2 2740/23 2740/24 2744/3 2744/13 2744/21 2753/15 2754/18 2758/20 2759/16 2760/6 2768/15 2770/17 2778/22

**GoToMeetings [2]** 2720/16 2758/13

**government [60]** 2625/14 2631/13 2632/5 2632/11 2632/21 2633/5 2633/16 2633/25 2634/13 2641/2 2642/9 2642/11 2643/6 2643/16 2645/1 2646/5 2647/4 2647/12 2647/14 2649/15 2649/17 2649/21 2649/24 2650/3 2650/10 2651/18 2651/23 2653/7 2653/25 2654/4 2654/21 2655/9 2655/16 2657/16 2658/15 2659/14 2659/16 2659/20 2660/13 2660/18 2662/1 2662/10 2666/2 2666/15 2668/25 2670/10 2682/18 2685/6 2687/2 2691/1 2696/5 2698/3 2700/16 2708/9 2713/19 2714/15 2715/10 2716/4 2749/21 2757/8

**government's [56]** 2629/5 2629/12 2632/16 2639/4 2644/11 2645/9 2647/19 2657/8 2658/21 2661/1 2663/24 2664/4 2665/12 2666/3 2666/16 2668/9 2668/9 2669/1 2669/5 2679/14 2680/18 2682/6 2682/19 2682/24 2684/10 2685/6 2685/10 2686/9 2687/3 2687/6 2688/22 2690/10 2691/2 2691/5 2695/16 2696/6 2696/9 2696/9 2697/7 2697/21 2698/4 2698/7 2699/22 2700/9 2700/17 2700/21 2714/5 2724/17 2724/19 2724/23 2726/2 2726/14 2734/13 2738/7 2746/1 2746/6 2750/10

**Governor [1]** 2627/17

2803

**graduated [1]** 2716/17
**greatly [1]** 2642/3
**green [3]** 2676/2
2730/9 2738/12
**Greene [6]** 2675/13
2703/2 2703/3 2703/4
2703/10 2705/4
**Greene's [1]** 2703/6
**Grods [18]** 2664/22
2691/15 2692/5 2692/6
2692/10 2692/11
2692/21 2692/25
2693/6 2693/9 2693/13
2693/20 2694/13
2694/24 2695/8
2696/15 2705/4
2709/23
**Grods' [3]** 2695/22
2695/24 2696/3
**ground [2]** 2676/16
2696/23
**grounds [3]** 2655/21
2734/6 2771/8
**group [57]** 2638/6
2638/7 2667/11
2667/13 2667/25
2668/13 2668/15
2669/9 2669/11
2669/17 2670/1 2670/5
2670/15 2671/13
2671/17 2671/25
2672/4 2672/6 2672/13
2674/11 2679/7
2679/19 2680/23
2680/25 2681/2
2681/21 2686/12
2686/25 2687/10
2687/10 2687/12
2688/6 2689/1 2689/13
2695/18 2702/3
2742/24 2743/1 2743/3
2743/23 2759/8
2760/21 2764/24
2766/24 2767/19
2768/16 2768/21
2769/4 2771/2 2771/12
2774/18 2774/22
2775/12 2775/15
2775/20 2775/25
2784/25
**groups [8]** 2671/7
2671/10 2674/4
2754/25 2758/16
2766/3 2774/10
2774/13
**grows [1]** 2649/23
**guard [6]** 2717/1
2717/2 2717/5 2717/16
2717/23 2718/11
**guarded [1]** 2765/9
**guess [11]** 2634/13
2637/22 2642/25
2651/15 2654/7
2750/20 2760/11
2760/18 2760/19
2764/13 2769/5
**guillotine [2]** 2632/24

**gun [8]** 2649/25
2654/20 2671/20
2687/22 2729/6 2745/1
2748/20 2778/1
**guns [11]** 2653/13
2653/24 2654/9
2654/10 2654/15
2655/4 2656/20
2656/21 2684/2 2729/4
2745/19
**guy [1]** 2689/15
**Guyton [1]** 2688/8

**H**

**hablo [1]** 2679/12
**had [93]** 2633/16
2637/7 2641/18 2645/4
2647/2 2649/6 2649/7
2660/9 2663/12
2665/20 2668/17
2670/1 2683/18 2695/3
2695/23 2708/23
2710/15 2712/5
2716/23 2717/13
2719/2 2719/5 2721/3
2721/6 2721/8 2721/13
2722/10 2723/12
2723/12 2724/15
2726/25 2728/6 2728/7
2729/14 2729/23
2729/25 2730/24
2731/20 2732/4
2732/15 2734/7
2736/21 2739/3
2742/17 2743/24
2744/15 2744/20
2745/1 2746/24 2754/9
2756/5 2756/18
2756/20 2757/6 2757/8
2758/25 2759/6
2759/13 2759/23
2759/24 2761/4 2761/6
2762/2 2762/2 2762/4
2762/5 2764/7 2765/5
2766/14 2766/17
2766/25 2769/14
2771/2 2771/18 2772/3
2772/7 2772/7 2772/12
2772/12 2774/5 2775/7
2776/1 2776/4 2777/3
2781/4 2783/22 2784/2
2784/24 2785/3 2785/8
2787/9 2788/16
2788/20
**half [3]** 2715/16
2769/11 2790/14
**Haller [6]** 2627/6
2627/7 2631/16
2706/12 2707/8 2773/6
**hallerjulia [1]** 2627/10
**hand [4]** 2662/3
2678/10 2715/18
2725/18
**hands [1]** 2683/15
**handwriting [3]**
2748/15 2749/17
2749/18

**hang [2]** 2666/21
2710/1 2770/11
2785/25
**hangout [3]** 2665/17
2667/14 2712/20
**happen [1]** 2769/10
**happened [11]**
2724/10 2728/14
2729/21 2739/24
2740/2 2740/14
2742/23 2744/12
2762/2 2770/3 2776/2
**happening [5]** 2733/13
2740/25 2757/25
2764/8 2769/9
**hard [4]** 2655/1
2677/18 2694/17
2720/8
**harder [1]** 2684/5
**harm [1]** 2635/12
**Harrelson [24]** 2627/11
2631/10 2631/18
2694/4 2694/6 2707/1
2707/16 2707/21
2708/3 2708/18
2708/21 2708/23
2709/8 2721/11 2723/9
2729/10 2738/23
2743/4 2745/23
2750/18 2750/24
2752/11 2755/11
2778/2
**Harrelson's [2]**
2753/13 2755/5
**Harris [1]** 2750/3
**Harrisburg [1]** 2626/15
**has [38]** 2632/5
2632/21 2637/23
2638/19 2638/20
2639/14 2641/15
2642/9 2642/11
2642/11 2643/3 2643/4
2643/13 2647/21
2654/14 2663/3
2664/15 2664/22
2675/6 2698/15
2702/10 2709/4 2709/8
2709/14 2709/14
2709/18 2709/20
2709/22 2709/24
2710/18 2711/15
2725/14 2732/18
2735/9 2736/19
2766/20 2767/3 2776/9
**hat [1]** 2738/12
**hats [1]** 2730/14
**have [134]** 2632/7
2632/15 2633/8
2633/10 2634/8
2636/23 2637/6
2637/16 2638/11
2638/13 2639/23
2640/25 2641/16
2642/12 2643/22
2647/14 2647/20
2649/7 2651/7 2651/13
2652/16 2652/19
2653/3 2653/8 2656/1

2663/4 2663/17 2664/6
2664/12 2664/20
2664/20 2665/20
2668/17 2671/1 2671/8
2671/21 2672/2 2673/2
2673/18 2673/20
2674/15 2674/15
2676/15 2677/10
2679/8 2680/6 2682/12
2683/21 2684/22
2685/20 2686/5
2686/19 2688/14
2689/23 2690/16
2692/15 2693/1
2693/10 2693/18
2695/23 2697/9
2697/20 2700/8
2701/23 2702/12
2702/15 2703/1 2703/9
2703/20 2704/10
2707/7 2710/22
2711/25 2711/25
2713/12 2714/22
2717/13 2717/24
2718/17 2718/24
2719/7 2722/22
2722/25 2725/13
2728/11 2730/20
2736/5 2736/23 2737/1
2749/12 2754/9
2754/20 2755/5
2755/20 2755/23
2756/1 2756/16 2759/7
2759/8 2759/12 2763/9
2763/20 2763/25
2764/1 2764/2 2764/5
2766/10 2766/14
2769/10 2769/11
2770/21 2771/14
2771/19 2771/22
2772/8 2776/20
2777/24 2778/2 2778/5
2780/13 2780/15
2781/15 2782/20
2783/9 2785/16
2785/20 2786/3
2787/14 2789/18
2789/20 2791/16
2791/17
**haven't [3]** 2687/9
2758/23 2789/21
**having [17]** 2651/5
2652/24 2655/4
2656/24 2660/18
2689/4 2728/21
2738/22 2749/1 2749/4
2757/2 2768/10
2769/17 2769/17
2770/1 2770/1 2784/17
**hazard [1]** 2769/5
**he [117]** 2634/25
2635/7 2638/6 2638/7
2638/18 2638/24
2638/25 2641/19
2644/1 2644/4 2644/6
2648/5 2648/21
2648/24 2649/6 2649/7

2651/14 2652/5
2656/25 2664/9
2664/16 2668/3 2668/4
2672/11 2672/16
2672/17 2672/18
2672/21 2673/4
2673/17 2674/23
2675/6 2675/15 2676/8
2677/3 2677/18 2678/8
2681/8 2681/23 2686/1
2688/11 2688/18
2688/21 2692/6
2692/12 2694/15
2694/23 2696/21
2699/20 2701/23
2702/13 2703/4 2703/8
2704/5 2704/10
2704/24 2706/5
2707/24 2708/6 2708/8
2708/8 2709/14
2709/18 2709/20
2709/22 2709/24
2715/4 2723/14
2731/11 2731/12
2735/22 2736/12
2736/17 2736/19
2741/1 2741/3 2741/4
2742/9 2743/9 2743/12
2748/16 2748/19
2748/21 2749/1 2749/4
2749/5 2749/6 2749/6
2750/2 2753/1 2753/2
2758/5 2760/1 2760/2
2770/2 2770/3 2770/24
2771/3 2771/8 2771/14
2776/8 2776/9 2780/8
2780/8 2780/11
2780/12 2783/25
2785/2 2785/24
2786/20 2786/23
2787/1 2787/12
2787/17 2787/18
**he said [3]** 2736/17
2741/3 2785/2
**he'll [1]** 2748/22
**he's [15]** 2638/5
2644/1 2646/10
2656/14 2702/10
2709/11 2709/12
2709/15 2709/16
2733/10 2736/2 2749/3
2750/1 2787/5 2787/20
**head [2]** 2676/15
**headed [2]** 2744/23
2783/16
**heading [1]** 2783/10
**hear [10]** 2635/1
2658/23 2710/2
2726/16 2767/9
2767/14 2768/2 2768/5
2769/1 2769/17
2770/1 2770/1 2784/17
**heard [12]** 2646/14
2659/17 2674/18
2733/16 2745/5
2759/13 2761/6 2762/4
2762/6 2783/22 2784/2
2785/10

**hearsay [23]** 2646/16
2647/18 2647/22
2647/23 2648/14
2649/2 2649/13
2652/11 2655/16
2655/18 2655/21
2656/4 2656/5 2656/6
2657/12 2658/22
2659/7 2659/10 2660/2
2786/13 2786/14
2787/19 2787/20
**heavy [1]** 2696/21
**heightened [1]**
2770/14
**held [2]** 2641/2
2647/14
**Hello [1]** 2707/14
**helmets [2]** 2730/15
2780/23
**help [11]** 2635/15
2671/3 2722/19
2741/19 2742/2 2742/5
2755/11 2756/22
2774/24 2774/24
2774/25
**helped [1]** 2755/12
**helpful [7]** 2657/5
2775/10 2775/13
2775/23 2776/5
2776/13 2776/16
**helping [2]** 2741/25
2774/22
**Henry [1]** 2675/13
**her [4]** 2732/4 2740/19
2765/12 2765/15
**here [35]** 2632/14
2632/20 2633/9 2634/2
2636/1 2636/17
2637/17 2641/9
2644/13 2644/16
2645/1 2657/3 2664/12
2683/13 2684/5
2694/18 2699/7 2703/2
2703/12 2704/9
2708/19 2719/11
2720/9 2724/25 2735/8
2735/24 2737/22
2746/12 2756/3 2756/6
2758/21 2762/15
2778/4 2779/21
2782/11
**hesitate [1]** 2769/5
**Hey [1]** 2661/16
**hierarchy [1]** 2741/14
**high [1]** 2702/22
**highest [1]** 2745/16
**highlight [1]** 2702/18
**Highly [1]** 2635/13
**Highway [1]** 2627/17
**Hill [1]** 2771/18
**Hills [1]** 2676/22
**Hilton [4]** 2729/8
2729/11 2729/15
2744/2
**him [31]** 2641/25
2642/2 2650/11
2677/11 2693/14

2709/22 2709/24
2721/13 2728/1
2729/17 2735/25
2746/5 2753/1 2758/6
2770/11 2770/24
2771/1 2771/2 2771/10
2771/11 2771/12
2771/14 2773/9
2773/11 2785/25
2787/6 2787/10
2787/11 2787/19
**hint [1]** 2674/9
**his [37]** 2635/12
2638/19 2638/25
2640/7 2648/3 2648/3
2648/6 2648/11
2648/23 2650/9 2650/9
2650/21 2652/4 2655/4
2656/9 2656/24 2668/4
2671/2 2678/10
2678/11 2683/15
2691/22 2692/9
2711/22 2712/6 2715/2
2721/21 2724/3
2727/20 2735/24
2743/4 2749/10
2755/12 2758/6
2759/20 2760/13
2786/24
**Hispanic [1]** 2732/3
**hits [1]** 2689/6
**hold [1]** 2739/10
**home [10]** 2632/23
2638/1 2654/9 2654/10
2654/14 2658/10
2717/14 2717/15
2745/24 2753/15
**Honor [70]** 2631/5
2631/7 2632/3 2632/6
2632/9 2632/23 2633/4
2633/20 2633/25
2634/16 2640/18
2643/18 2644/2 2644/3
2645/19 2647/1 2647/4
2647/12 2647/25
2648/1 2648/2 2648/17
2649/5 2653/18
2656/11 2657/24
2658/1 2660/3 2660/12
2666/4 2666/9 2666/11
2698/11 2706/13
2711/17 2712/11
2713/23 2714/1
2715/12 2724/21
2725/14 2726/1
2726/11 2726/12
2735/5 2735/19
2735/21 2736/1
2736/18 2737/13
2738/3 2738/5 2747/15
2748/19 2753/4 2762/9
2763/10 2767/2
2769/18 2770/6
2770/10 2772/22
2776/7 2776/17
2779/13 2782/5
2785/22 2786/5

**Honor's [1]** 2650/25
**HONORABLE [2]**
2625/9 2631/2
**hope [1]** 2678/19
**Hopefully [1]** 2631/24
**hosted [1]** 2684/16
**hotel [38]** 2650/4
2650/6 2697/4 2697/12
2697/22 2698/18
2698/22 2724/14
2724/15 2725/23
2726/17 2727/6 2727/7
2727/10 2727/12
2727/13 2728/2 2729/4
2729/8 2743/25 2744/1
2744/2 2744/4 2744/5
2744/19 2745/12
2745/19 2746/23
2746/24 2750/16
2753/16 2759/25
2777/21 2777/22
2777/24 2778/6 2778/9
2788/22
**hotels [2]** 2697/10
2697/12
**hotmail.com [1]**
2627/19
**hour [4]** 2715/16
2764/1 2769/11
2790/14
**hours [3]** 2636/4
2694/14 2694/16
**house [5]** 2652/25
2673/18 2698/23
2698/24 2721/21
**how [51]** 2640/11
2640/12 2642/14
2644/1 2652/12 2654/7
2663/4 2663/17 2665/7
2670/10 2693/11
2695/3 2701/14
2701/17 2702/14
2703/1 2703/9 2703/19
2703/20 2705/10
2705/11 2710/23
2714/15 2717/13
2717/15 2718/14
2720/11 2723/10
2729/1 2730/18 2745/9
2749/6 2756/11 2760/5
2760/14 2763/16
2763/23 2764/10
2766/7 2768/13
2768/15 2770/20
2771/5 2771/16
2775/10 2780/8
2780/18 2781/14
2790/3 2790/13
2790/16
**however [4]** 2639/6
2644/7 2737/2 2787/19
**Hughes [4]** 2625/15
2631/12 2660/11
2713/25
**huh [1]** 2698/25
**human [1]** 2767/15
**humanity [1]** 2764/11

**hundreds [1]** 2710/17
**hung [1]** 2734/4
**Hurricanes [1]** 2774/23
**Hydro [4]** 2664/7
2664/8 2667/18 2681/4
**Hydro-AL [1]** 2681/4

**I**

**I am [5]** 2656/5
2662/25 2674/8 2679/7
2709/10
**I apologize [4]** 2658/18
2749/16 2758/22
2766/14
**I appreciate [1]**
2736/21
**I believe [13]** 2647/2
2661/13 2693/3
2711/19 2721/20
2730/3 2730/10 2734/3
2753/12 2756/19
2765/5 2770/22 2776/2
**I believed [1]** 2719/22
**I can [8]** 2659/9
2659/10 2674/7 2689/6
2723/21 2731/7
2750/20 2757/1
**I can't [2]** 2639/24
2706/5
**I did [14]** 2682/14
2684/25 2697/11
2697/23 2700/11
2712/3 2712/9 2716/20
2720/25 2728/13
2739/5 2739/8 2743/2
2777/25
**I didn't [2]** 2710/2
2718/22
**I didn't see [1]** 2771/10
**I don't [16]** 2644/1
2646/9 2651/6 2651/22
2655/24 2656/5 2706/4
2711/1 2727/11 2737/1
2740/17 2746/7
2746/15 2747/6
2751/24 2752/12
**I don't have [2]** 2656/1
2756/16
**I don't know [1]**
2644/3
**I don't recall [7]**
2741/22 2742/6 2751/3
2751/23 2759/20
2760/23 2773/18
**I guess [4]** 2634/13
2637/22 2642/25
2651/15
**I happen [1]** 2769/10
**I have [11]** 2643/22
2677/10 2686/5
2693/10 2693/18
2707/7 2736/23
2763/20 2769/10
2771/22 2789/20
**I hope [1]** 2678/19
**I just [6]** 2661/16
2707/17 2708/12

**I know [6]** 2724/3
2741/15 2759/19
2760/25 2768/13
2771/16
**I mean [14]** 2639/13
2640/7 2641/18
2642/13 2648/19
2648/20 2655/4 2680/1
2715/16 2743/16
2773/20 2780/21
2783/13 2787/19
**I recall [3]** 2706/10
2740/25 2766/9
**I should [2]** 2707/15
2766/14
**I suppose [1]** 2651/21
**I think [27]** 2641/6
2641/8 2644/25
2650/19 2652/1 2652/2
2653/2 2653/11 2654/4
2654/17 2655/20
2655/20 2655/24
2657/6 2659/3 2659/14
2659/21 2693/11
2721/15 2726/9 2735/7
2748/25 2752/25
2772/17 2779/11
2789/24 2791/19
**I told [1]** 2676/1
**I understand [3]**
2631/25 2637/8 2643/8
**I want [2]** 2735/24
2755/3
**I wanted [2]** 2717/3
2717/3
**I was [16]** 2658/12
2675/22 2684/1
2716/13 2718/12
2728/8 2730/9 2731/9
2750/18 2750/20
2756/4 2759/22
2763/23 2766/4 2774/2
2783/20
**I wasn't [1]** 2732/23
**I went [2]** 2718/6
2744/5
**I will [3]** 2637/6
2689/15 2728/17
**I worked [2]** 2718/2
2718/10
**I would [1]** 2663/20
**I wouldn't [1]** 2787/11
**I'd [4]** 2722/12 2738/3
2747/15 2760/19
**I'll [16]** 2632/8 2656/2
2656/8 2656/12
2659/23 2681/25
2734/24 2749/25
2766/12 2769/19
2770/7 2785/25
2789/25 2791/3 2791/5
2791/13
**I'll look [2]** 2656/8
2656/12
**I'm [62]** 2633/4
2633/12 2635/15

**I**

**I'm... [59]** 2635/19
2636/6 2637/15 2638/2
2641/7 2641/15
2644/19 2648/16
2648/18 2650/1 2650/2
2653/1 2653/17
2654/16 2655/20
2658/18 2659/4 2659/4
2659/8 2666/9 2677/13
2682/22 2688/7
2688/11 2689/3 2689/3
2694/21 2695/10
2695/10 2698/9
2705/11 2709/14
2709/16 2710/2 2720/3
2724/16 2733/5 2733/7
2733/8 2734/12
2735/24 2736/21
2738/15 2746/1
2746/13 2748/22
2751/21 2757/11
2758/4 2758/17
2759/16 2762/12
2767/23 2771/15
2772/20 2773/5 2773/5
2782/13 2787/12
**I'm going [7]** 2641/7
2650/1 2677/13
2688/11 2735/24
2759/16 2762/12
**I'm just [4]** 2648/18
2751/21 2758/17
2787/12
**I'm not [7]** 2633/12
2637/15 2650/2
2658/18 2709/14
2709/16 2738/15
**I'm not sure [5]**
2644/19 2653/17
2654/16 2659/4
2748/22
**I'm sorry [14]** 2635/15
2636/6 2648/16 2666/9
2682/22 2694/21
2698/9 2710/2 2720/3
2733/5 2733/7 2733/8
2757/11 2758/4
**I'm sure [1]** 2633/4
**I've [6]** 2637/7 2646/24
2663/13 2719/5 2735/7
2736/24
**I-95 [2]** 2723/20
2724/11
**ID [1]** 2748/18
**idea [8]** 2638/24
2640/21 2644/17
2732/4 2742/13
2763/20 2769/10
2771/23
**identification [3]**
2748/24 2749/10
2749/13
**identified [8]** 2629/12
2686/1 2692/7 2748/19
2749/2 2749/3 2766/21
2767/3
**identify [12]** 2633/12

2703/23 2747/5
2748/16 2753/1
2753/10 2760/7 2760/8
2760/15 2764/24
**identifying [3]** 2748/21
2749/6 2749/6
**identity [1]** 2732/4
**IDs [1]** 2748/23
**ignorance [1]** 2637/7
**II [1]** 2716/23
**III [3]** 2625/6 2626/2
2631/9
**illegal [3]** 2650/1
2772/8 2778/15
**illegality [1]** 2772/5
**image [6]** 2632/18
2632/19 2632/22
2633/3 2633/5 2779/5
**images [1]** 2751/22
**impacts [1]** 2719/9
**impeachment [3]**
2736/8 2751/18
2751/19
**important [4]** 2641/9
2644/25 2671/3
2772/17
**impose [1]** 2632/13
**impression [5]**
2727/25 2741/11
2744/14 2770/15
2770/17
**inability [1]** 2658/21
**inadmissible [2]**
2654/2 2787/4
**inaudible [1]** 2633/17
**inception [1]** 2678/11
**inches [1]** 2671/21
**inclined [1]** 2659/8
**include [2]** 2643/9
2701/9
**included [2]** 2710/12
2719/4
**includes [2]** 2692/12
2694/15
**including [2]** 2645/23
2747/9
**increased [1]** 2702/10
**incriminating [1]**
2712/6
**indeed [1]** 2675/6
**INDEX [3]** 2629/2
2629/11 2630/2
**indicate [1]** 2648/10
**indicated [1]** 2710/15
**indicates [3]** 2648/12
2652/21 2705/19
**indicia [2]** 2654/24
2655/2
**individual [11]** 2658/7
2670/14 2673/24
2678/24 2699/25
2703/14 2714/25
2744/25 2751/11
2752/18 2783/10
**individuals [21]**
2643/10 2645/21
2654/3 2657/11

2664/25 2665/8 2672/5
2686/1 2694/2 2697/1
2701/2 2701/3 2701/4
2701/6 2710/16
2751/12 2760/15
2766/25 2768/6
**indulgence [1]**
2647/10 2700/18
2787/22
**inference [1]** 2654/14
**inferences [1]** 2650/7
**info [1]** 2681/25
**information [29]**
2642/11 2642/15
2642/18 2682/16
2684/20 2684/23
2686/20 2690/21
2690/25 2695/23
2695/24 2697/15
2697/18 2697/21
2697/22 2697/25
2698/14 2700/3 2700/4
2700/6 2700/9 2700/13
2701/9 2701/21 2712/6
2715/1 2768/24
2782/20 2787/8
**informed [1]** 2756/4
**ingles [1]** 2679/12
**initialed [1]** 2749/9
**initials [2]** 2749/3
2749/7
**inoperable [1]** 2725/15
**inquiry [1]** 2642/1
**inside [12]** 2725/15
2728/2 2732/25 2733/2
2770/2 2770/4 2785/8
2785/10 2786/4
2786/12 2787/16
2787/17
**insist [1]** 2658/25
**insisting [3]** 2651/18
2657/15 2658/8
**insofar [1]** 2649/19
**inspect [1]** 2777/23
**Instead [1]** 2654/12
**instructed [1]** 2736/18
**instructions [1]**
2790/22
**Insurance [1]** 2723/2
**Insurrection [1]**
2673/17
**Insurrection Act [1]**
2673/17
**intend [4]** 2727/3
2735/21 2736/1
2749/21
**intending [5]** 2637/17
2643/16 2647/5
2647/13 2656/22
**intends [1]** 2632/6
**intent [9]** 2635/12
2645/10 2645/16
2645/17 2646/17
2646/21 2722/19
2726/20 2736/1
**intention [2]** 2726/20
2726/23

**interacting [1]** 2648/10
**interaction [1]** 2721/12
**interest [2]** 2646/16
2756/19
**interested [3]** 2658/20
2758/10 2775/2
**international [1]**
2662/25
**Interpose [1]** 2678/9
**interpret [1]** 2643/8
**interprets [1]** 2652/12
**interrupt [1]** 2758/4
**intervene [1]** 2770/18
**interview [1]** 2750/4
**interviewed [1]**
2711/16
**interviews [6]** 2663/13
2663/16 2663/17
2710/16 2710/18
2710/21
**introduce [5]** 2632/6
2643/17 2647/5
2662/16 2716/8
**introduced [1]** 2632/1
**introducing [1]**
2645/24
**introduction [2]**
2632/8 2647/19
**investigate [1]** 2662/24
**investigating [1]**
2663/7
**investigation [9]**
2663/9 2670/17 2679/1
2688/17 2694/1
2696/25 2710/11
2710/24 2711/4
**investigative [2]**
2649/18 2663/11
**invited [1]** 2776/11
**invites [1]** 2642/8
**invoked [1]** 2743/24
**involve [1]** 2654/20
**involved [6]** 2710/15
2711/20 2720/11
2745/3 2745/5 2745/14
**involving [1]** 2745/16
**irrelevant [2]** 2632/19
2634/18
**is [422]**
**is that correct [11]**
2708/19 2710/13
2710/19 2711/10
2712/20 2712/23
2713/3 2730/5 2754/7
2759/1 2764/8
**is there [6]** 2636/13
2637/5 2637/13
2639/20 2704/15
2704/19
**isn't [10]** 2641/21
2687/25 2695/2
2701/11 2707/21
2707/25 2708/7
2713/19 2743/19
2778/25
**isn't that correct [2]**
2707/25 2708/7
**issue [12]** 2645/6

2649/23 2657/1 2657/5
2657/14 2658/3 2658/4
2675/6 2728/12
2791/14
**issued [2]** 2648/21
2653/10
**issues [3]** 2647/3
2655/7 2691/21
**it [217]**
**it would be [8]**
2637/21 2657/4
2661/13 2671/6 2675/3
2721/3 2787/1 2789/20
**it's [65]** 2636/5 2636/9
2639/15 2639/16
2640/3 2640/4 2640/10
2640/11 2640/12
2640/14 2640/24
2641/7 2641/8 2641/23
2642/16 2645/3 2645/7
2645/10 2646/2 2646/4
2646/6 2646/11
2652/11 2652/24
2655/1 2656/10 2657/7
2661/13 2666/9
2666/10 2668/7 2671/3
2671/17 2674/16
2679/19 2692/24
2693/3 2699/7 2706/3
2712/13 2734/15
2734/18 2736/10
2736/25 2741/21
2748/23 2748/24
2749/6 2750/3 2751/2
2751/18 2751/18
2751/19 2760/25
2762/13 2768/14
2774/13 2778/15
2786/6 2786/14
2787/13 2787/15
2787/19 2787/19
2790/16
**item [2]** 2655/11
2779/8
**items [12]** 2647/15
2647/20 2649/17
2649/21 2649/24
2651/5 2654/2 2655/13
2658/22 2725/15
2753/6 2753/10
**its [9]** 2634/6 2640/23
2643/3 2647/14
2649/17 2672/17
2715/11 2726/3 2726/7
**itself [4]** 2633/1 2691/9
2763/13 2766/22

**J**

**J-o-a-n-n-a [1]** 2662/18
**jacket [1]** 2730/9
**Jackson [3]** 2664/18
2688/20 2699/10
2709/19
**James [44]** 2626/7
2631/14 2664/6
2664/11 2667/18
2667/19 2667/24

**James... [37]** 2681/4
2681/6 2681/7 2681/12
2681/15 2681/19
2682/2 2683/18
2689/20 2689/21
2691/15 2692/3
2692/11 2692/20
2692/24 2693/6 2693/9
2693/14 2694/13
2694/23 2695/8
2696/15 2696/18
2696/19 2699/9
2701/22 2702/8
2702/12 2702/15
2703/1 2703/9 2703/20
2705/2 2708/24 2709/4
2709/9 2709/13
**James' [9]** 2664/7
2690/7 2690/15
2690/18 2690/22
2690/25 2691/21
2691/24 2701/7
**Jan [7]** 2681/9 2681/17
2681/24 2689/1
2695/19 2696/19
2708/6
**Jan. [2]** 2686/13
2687/10
**January [66]** 2650/5
2663/7 2664/24 2665/1
2665/7 2665/7 2671/14
2683/20 2686/6
2692/18 2692/24
2693/16 2694/9 2695/9
2695/13 2696/13
2699/3 2699/12
2701/20 2703/7
2704/25 2705/1 2705/2
2705/16 2705/20
2708/7 2708/15
2708/16 2708/22
2708/23 2709/12
2709/15 2710/17
2710/24 2721/6 2721/7
2721/25 2722/2 2724/7
2724/9 2724/10 2730/4
2730/8 2733/1 2733/14
2738/2 2739/2 2739/6
2739/7 2739/8 2753/16
2755/13 2755/18
2755/21 2759/1
2759/17 2767/17
2771/25 2776/12
2776/21 2778/22
2779/8 2780/3 2781/25
2782/21 2789/10
**January 6 [1]** 2789/10
**January 6th [29]**
2663/7 2664/24 2665/7
2671/14 2683/20
2686/6 2705/16
2708/23 2710/17
2710/24 2721/25
2730/4 2730/8 2733/1
2733/14 2738/2 2739/6
2739/7 2739/8 2755/13
2755/18 2755/21

2771/25 2776/21
2778/22 2779/8
2781/25
**Jason [11]** 2723/9
2723/13 2729/10
2729/16 2731/9 2743/5
2745/23 2750/18
2751/16 2759/20
2789/3
**Jason's [2]** 2727/14
2753/13
**JC [3]** 2632/13 2779/11
2781/16
**jcrisp [1]** 2626/16
**Jeffrey [2]** 2625/14
2631/12
**jeffrey.nestler [1]**
2625/20
**Jeremy [1]** 2740/19
**Jeremy Brown [1]**
2740/19
**Jericho [4]** 2670/25
2672/15 2707/23
2707/24
**Jersey [1]** 2699/20
**Jessica [2]** 2626/14
2631/10
**jlbrightlaw [1]** 2626/9
**Joanna [3]** 2662/2
2662/10 2662/18
**job [1]** 2717/24
**Johnson [2]** 2664/14
2665/2
**Johnston [1]** 2626/11
**join [2]** 2720/18
2756/25
**joined [7]** 2663/9
2773/14 2773/17
2773/22 2773/25
2774/1 2774/17
**joining [4]** 2717/5
2756/19 2756/19
2758/10
**Jonathan [4]** 2626/14
2631/19 2664/14
2664/15
**Josh [3]** 2681/4 2681/7
2696/19
**Joshua [10]** 2664/6
2667/18 2681/6
2689/20 2690/15
2691/15 2696/18
2699/9 2701/7 2709/13
**Joshua James [8]**
2664/6 2667/18 2681/6
2689/20 2691/15
2696/18 2699/9
2709/13
**Jr [2]** 2626/10 2627/2
**judge [2]** 2625/10
2644/13
**judicial [1]** 2648/2
**Juli [2]** 2626/6 2631/16
**JULIA [1]** 2627/7
**June [1]** 2754/1
**jury [26]** 2625/9
2644/20 2644/23

2656/18 2660/4 2660/5
2662/16 2689/1
2701/14 2716/8 2725/5
2726/9 2728/15
2734/22 2735/9 2737/6
2737/7 2739/19
2750/13 2766/16
2779/16 2779/21
2782/9 2791/1
**jury's [1]** 2640/11
**just [112]** 2634/10
2635/9 2635/15
2635/23 2636/25
2640/10 2640/22
2641/11 2641/17
2642/7 2643/21
2643/24 2644/6 2644/7
2645/2 2648/18
2652/19 2656/19
2661/13 2661/16
2664/3 2665/11 2666/5
2667/11 2668/7 2668/8
2670/1 2670/8 2670/9
2672/16 2672/20
2673/1 2673/2 2675/22
2679/17 2682/5 2684/1
2684/9 2685/5 2688/12
2689/6 2690/9 2691/1
2691/9 2693/7 2695/15
2696/14 2697/7
2698/11 2699/14
2700/16 2701/8
2701/13 2701/14
2702/18 2705/13
2705/15 2705/17
2706/17 2707/17
2708/12 2708/22
2710/10 2713/16
2714/13 2714/14
2720/4 2720/13
2721/14 2721/16
2722/22 2725/3 2726/5
2726/8 2727/2 2728/1
2728/19 2733/6
2734/12 2734/24
2736/5 2736/15
2738/10 2738/18
2739/18 2740/12
2742/3 2742/15
2743/13 2743/13
2746/11 2750/13
2751/10 2751/21
2752/8 2757/12
2758/17 2760/17
2764/2 2764/11 2766/9
2766/12 2769/24
2770/9 2779/3 2781/16
2782/11 2783/24
2785/2 2787/12
2789/25 2791/4
**Justin [2]** 2660/13
2660/18

**K**

**K-e-l-l-y-e [1]** 2661/13
**Kate [1]** 2631/12
**Kathryn [1]** 2625/14

kathryn.rakoczy [1]
2625/19
**keep [2]** 2673/17
2715/15
**Keeper [2]** 2709/17
2727/2
**Keepers [68]** 2663/22
2669/21 2671/6
2671/17 2702/11
2706/18 2707/1 2707/4
2710/25 2713/11
2713/16 2719/18
2719/22 2720/12
2721/7 2721/8 2721/17
2721/24 2722/14
2723/24 2731/3 2731/4
2738/19 2738/22
2739/10 2740/7
2741/13 2755/14
2756/19 2756/24
2758/10 2758/18
2760/5 2760/7 2760/15
2761/24 2761/25
2762/5 2763/15
2764/24 2765/4
2765/12 2765/24
2766/1 2766/3 2766/7
2767/15 2772/1
2773/12 2773/15
2773/17 2773/23
2774/2 2774/4 2774/10
2774/13 2774/17
2774/21 2775/6
2775/10 2775/13
2775/16 2775/20
2776/1 2777/9 2777/14
2780/23 2788/10
**Keepers' [2]** 2684/15
2685/19
**keeping [1]** 2719/23
**Kelly [37]** 2627/2
2631/9 2635/11 2661/8
2661/10 2661/18
2661/18 2687/16
2694/4 2694/5 2703/13
2703/14 2724/3
2727/13 2730/3
2730/24 2731/8
2731/15 2731/17
2732/15 2738/16
2739/3 2741/1 2741/6
2741/9 2741/14
2741/15 2741/18
2742/7 2743/4 2744/17
2759/19 2759/24
2773/6 2783/24 2788/2
2788/9
**Kelly Meggs [18]**
2635/11 2687/16
2694/4 2694/5 2703/13
2703/14 2730/3
2738/16 2739/3 2741/6
2741/9 2741/14
2741/18 2742/7
2759/24 2773/6 2788/2
2788/9
**Kelly Meggs' [1]**
2731/8

**Kellye [2]** 2661/12
2661/19
**Kellye SoRelle [2]**
2661/12 2661/19
**Kelsey [1]** 2750/3
**Ken [10]** 2707/16
2707/21 2721/21
2723/13 2729/10
2731/9 2750/18
2753/12 2759/20
2789/3
**Ken Harrelson [1]**
2707/16
**Kenneth [10]** 2627/11
2631/10 2694/4 2694/5
2721/11 2723/9 2743/4
2745/23 2750/24
2752/11
**Kenneth Harrelson [2]**
2750/24 2752/11
**Kenny [1]** 2738/23
**Kentucky [1]** 2775/16
**key [1]** 2639/13
**khaki [1]** 2730/10
**killed [1]** 2674/24
**kind [10]** 2642/8
2684/20 2722/15
2723/22 2729/16
2730/20 2732/18
2738/18 2763/22
2763/25
**kinds [2]** 2662/24
2663/11
**KM [5]** 2779/11
2779/17 2779/18
2781/2 2782/3 2782/6
**KM 09 [1]** 2782/3
**knew [5]** 2717/4
2738/16 2742/11
2760/16 2789/9
**Knife [1]** 2671/20
**know [98]** 2633/7
2633/9 2633/10 2634/2
2634/24 2636/11
2636/13 2638/14
2639/21 2640/17
2640/17 2641/18
2641/22 2641/22
2642/7 2642/7 2642/19
2644/1 2644/2 2644/3
2644/7 2644/11
2644/13 2645/8
2651/12 2653/2
2653/14 2653/15
2656/4 2656/5 2657/7
2674/19 2677/6 2682/4
2688/12 2692/16
2694/18 2698/20
2703/6 2708/1 2708/8
2709/18 2709/20
2709/22 2709/24
2710/20 2711/1 2711/3
2711/7 2711/19 2713/4
2713/15 2717/12
2720/9 2721/15
2723/14 2723/22
2724/3 2727/7 2727/20
2727/21 2727/23

**know... [36]** 2730/21
2731/11 2731/17
2731/19 2731/24
2733/14 2733/18
2738/17 2740/17
2741/12 2741/13
2741/15 2741/16
2743/5 2757/7 2758/5
2759/19 2759/22
2760/8 2760/25
2765/11 2768/13
2771/16 2773/7 2773/9
2773/11 2777/12
2778/4 2778/8 2781/7
2781/11 2785/12
2785/15 2787/14
2787/17 2789/9
**knowledge [13]** 2654/3
2706/21 2708/5
2712/24 2723/19
2731/5 2733/9 2762/6
2771/8 2772/11
2772/15 2772/17
2787/4
**known [3]** 2703/4
2712/2 2759/6
**knows [1]** 2711/18
**Knox [1]** 2675/13

**L**

**L.A [1]** 2671/8
**LA [2]** 2626/11 2672/1
**Labe [1]** 2664/23
**labeled [1]** 2684/4
**lack [2]** 2733/9
2733/10
**ladies [5]** 2659/17
2660/8 2734/17
2737/10 2790/18
**Lafayette [1]** 2671/9
**laid [1]** 2659/21
**language [1]** 2643/9
**large [3]** 2705/14
2725/12 2734/3
**LASSITER [1]** 2626/3
**last [7]** 2684/2 2712/14
2719/2 2719/4 2719/6
2736/18 2744/22
**late [4]** 2660/9 2696/22
2705/16 2721/22
**later [11]** 2632/20
2635/10 2643/18
2645/25 2647/9
2652/20 2743/9
2770/24 2771/10
2788/19 2791/4
**latest [1]** 2635/20
**Latin [2]** 2760/14
2763/4
**Latina [3]** 2765/8
2766/8 2767/7
**latter [2]** 2645/6
2658/16
**law [5]** 2627/3 2627/7
2643/4 2678/12
2759/12
**Lawn [2]** 2626/3

**laws [2]** 2687/22
2723/4
**lawyer [10]** 2652/8
2652/10 2652/13
2652/18 2652/22
2653/11 2655/4
2655/14 2655/17
2656/20
**lawyers [1]** 2643/4
**lay [6]** 2653/3 2653/11
2659/15 2680/3 2709/1
2761/21
**layer [1]** 2654/18
**Lead [1]** 2708/3
**leader [2]** 2703/8
2704/24
**leadership [12]**
2679/20 2681/1
2681/16 2708/2
2738/19 2745/6
2745/11 2745/14
2745/17 2755/17
2755/20 2757/8
**Leading [1]** 2751/1
**learn [9]** 2649/14
2677/19 2677/21
2753/16 2774/1
2786/11 2787/1 2787/4
2787/16
**learned [10]** 2677/18
2762/1 2785/7 2785/16
2786/9 2786/20
2786/23 2787/17
2787/18 2788/16
**least [3]** 2710/22
2712/1 2791/19
**leave [5]** 2728/11
2731/16 2731/18
2743/21 2772/12
**leaving [3]** 2753/15
2761/5 2783/21
**led [1]** 2756/25
**Lee [2]** 2626/7 2631/14
**left [36]** 2674/16
2684/4 2723/15 2724/9
2724/14 2727/15
2732/6 2732/11
2738/11 2739/14
2740/8 2742/19
2742/25 2744/15
2744/19 2744/20
2745/1 2751/16
2752/21 2753/7
2753/13 2760/12
2766/17 2766/23
2766/25 2767/19
2768/17 2768/20
2771/21 2777/20
2780/24 2783/5
2783/17 2785/12
2788/15 2791/14
**legal [2]** 2671/21
2755/6
**legality [1]** 2772/4
**legitimate [1]** 2642/9
**length [1]** 2769/3
**lengthy [1]** 2769/6

**lessons [1]** 2677/18
**let [19]** 2633/6 2634/24
2636/11 2642/13
2709/11 2720/4
2723/13 2728/9
2732/24 2735/11
2754/13 2758/21
2766/20 2767/2 2770/9
2770/11 2775/4
2785/23 2785/25
**let's [14]** 2634/10
2639/15 2646/23
2656/18 2659/5
2659/10 2708/21
2715/15 2719/14
2729/4 2742/3 2742/5
2788/6 2790/15
**letter [1]** 2661/17
**level [2]** 2674/13
2734/5
**levels [1]** 2745/17
**Lexington [1]** 2676/2
**liberal [1]** 2774/14
**liberty [1]** 2686/7
**licenses [1]** 2722/25
**light [2]** 2634/14
2718/7
**like [36]** 2637/11
2644/15 2646/16
2663/20 2665/6
2666/22 2675/13
2690/1 2690/4 2701/9
2703/11 2704/5
2704/13 2721/3
2723/22 2730/7
2730/13 2730/20
2732/1 2732/2 2732/18
2734/7 2738/15
2739/17 2741/23
2742/6 2743/19
2745/24 2749/2
2755/14 2757/24
2758/16 2769/7
2774/10 2774/13
2777/1
**likely [2]** 2637/15
2759/19
**likewise [1]** 2700/3
**Linder [3]** 2626/2
2626/3 2631/14
**line [5]** 2656/18 2683/4
2712/11 2712/15
2736/7
**Liquid [3]** 2684/17
2684/19 2684/24
**listed [4]** 2688/21
2699/2 2699/6 2699/7
**listen [1]** 2731/13
**little [10]** 2656/2
2691/16 2698/19
2702/22 2720/2
2734/18 2734/19
2743/19 2756/23
2760/12
**live [1]** 2717/13
**living [1]** 2774/9
**LLC [2]** 2626/14

**load [2]** 2689/5
2745/12
**loaded [1]** 2744/23
**lobby [1]** 2729/24
**located [2]** 2638/13
2694/18
**location [6]** 2723/23
2723/25 2724/10
2728/8 2766/16 2767/8
**locations [1]** 2717/21
**log [4]** 2648/7 2648/12
2649/8 2652/21
**logged [1]** 2648/6
**long [13]** 2663/4
2674/17 2717/13
2717/16 2763/17
2768/13 2768/15
2768/18 2770/20
2771/5 2771/16 2790/4
2790/16
**longer [3]** 2736/12
2742/24 2769/11
**look [14]** 2635/22
2641/7 2646/23
2646/24 2653/2 2656/8
2656/12 2656/13
2658/12 2660/14
2683/21 2690/1 2778/1
2787/13
**looked [3]** 2666/22
2732/1 2732/2
**looking [7]** 2635/20
2637/19 2679/15
2708/13 2739/13
2747/5 2750/19
**looks [9]** 2690/4
2691/16 2691/18
2703/11 2704/5
2704/13 2738/15
2739/17 2749/2
**lot [12]** 2650/6 2652/7
2655/2 2707/18
2719/21 2720/1 2720/5
2722/9 2728/4 2734/5
2758/15 2780/20
**Louis [2]** 2625/15
2631/13
**Louisville [1]** 2775/16
**low [1]** 2751/22
**luck [1]** 2678/5
**luggage [1]** 2753/6
**lunch [5]** 2790/15
2790/20 2790/21
2791/5 2791/17

**M**

**ma'am [4]** 2660/24
2661/6 2661/9 2661/20
**Macon [2]** 2688/7
2688/12
**made [12]** 2638/8
2641/9 2645/20 2654/1
2676/22 2717/12
2740/18 2743/12
2743/23 2755/7 2760/1
2772/3
**mail [1]** 2654/23

**maintaining [1]** 2718/7
**maintenance [2]**
2718/7 2718/13
**major [1]** 2758/1
**make [12]** 2649/12
2651/22 2657/1 2671/6
2676/16 2735/9
2743/25 2748/22
2750/20 2753/8 2755/8
2765/17
**making [4]** 2642/1
2729/15 2743/11
2751/14
**Mall [2]** 2672/15
**man [1]** 2672/1
**man' [2]** 2675/18
**man.' [1]** 2676/8
**manager [1]** 2718/13
**manner [1]** 2641/25
**many [19]** 2637/23
2638/14 2643/4
2663/17 2677/18
2677/18 2702/14
2703/1 2703/9 2703/19
2703/20 2710/23
2718/14 2728/7
2757/24 2760/5
2760/14 2764/10
2766/7
**Manzo [6]** 2625/15
2631/13 2716/2 2726/4
2734/14 2752/25
**map [2]** 2763/12
2766/21
**Maps [1]** 2692/12
**march [4]** 2670/25
2672/15 2707/24
2707/24
**marching [2]** 2670/9
2714/14
**Mark [4]** 2664/19
2664/22 2691/15
2692/10
**marked [4]** 2702/24
2724/17 2748/20
2762/13
**marker [1]** 2748/21
**market [1]** 2744/5
**Marshals [1]** 2725/15
**mask [1]** 2715/22
**material [1]** 2736/25
**materials [1]** 2736/20
**matter [4]** 2654/23
2656/6 2782/17 2792/4
**matters [2]** 2631/25
2660/10
**may [28]** 2632/1
2633/10 2639/23
2640/8 2647/25
2649/15 2652/2
2661/23 2661/25
2664/1 2664/2 2676/15
2676/21 2677/5 2688/1
2715/8 2724/21
2735/19 2759/17
2762/9 2777/24
2777/24 2778/2 2778/2

may... [4] 2778/4
2785/16 2785/20
2786/3
maybe [10] 2632/13
2652/1 2659/3 2683/14
2710/22 2760/7 2760/9
2760/19 2773/21
2790/14
Mayflower [4] 2697/12
2697/22 2698/18
2698/22
mayor [1] 2743/24
MD [1] 2627/18
me [52] 2635/15
2637/6 2638/4 2640/5
2640/12 2641/7
2641/12 2642/2
2642/13 2643/22
2645/7 2646/3 2648/16
2650/23 2651/8
2651/16 2655/1
2658/14 2659/6
2678/22 2689/3
2705/18 2705/24
2709/11 2710/23
2718/12 2720/4
2723/13 2723/13
2723/14 2728/9
2729/16 2732/18
2732/24 2733/18
2735/11 2744/9 2749/2
2754/13 2756/22
2757/14 2757/23
2757/24 2758/21
2758/21 2767/20
2769/24 2770/9
2771/19 2775/4
2785/23 2786/21
mean [23] 2639/13
2640/7 2640/12
2641/18 2642/13
2646/18 2648/19
2648/20 2653/2 2655/4
2680/1 2715/16 2729/9
2732/17 2733/17
2743/15 2743/16
2743/18 2745/22
2773/20 2780/21
2783/13 2787/19
means [3] 2669/25
2729/1 2733/18
meantime [1] 2791/17
mechanical [1] 2628/6
media [2] 2663/14
2790/23
meet [7] 2646/22
2723/24 2724/2
2729/24 2731/22
2738/25 2739/5
meeting [6] 2723/10
2733/4 2733/15
2744/14 2744/16
2746/3
meetings [2] 2721/19
2738/21
Meggs [74] 2627/2
2631/9 2631/17

2632/17 2632/17
2632/21 2633/6 2633/9
2634/5 2634/17
2634/21 2634/23
2635/11 2636/10
2636/15 2636/23
2636/25 2637/3
2637/23 2638/6 2640/4
2641/11 2641/14
2641/18 2642/10
2644/14 2644/24
2645/3 2645/21
2687/16 2687/18
2687/20 2687/24
2694/4 2694/5 2703/13
2703/14 2703/17
2703/20 2704/14
2706/19 2706/22
2724/3 2730/3 2730/11
2733/21 2736/25
2738/16 2739/3 2741/6
2741/9 2741/14
2741/18 2742/7
2759/23 2759/24
2769/4 2773/6 2773/7
2784/13 2784/17
2784/23 2785/15
2785/20 2786/3
2786/11 2786/23
2787/16 2788/2 2788/9
2788/16 2788/22
Meggs' [5] 2637/25
2645/11 2645/15
2731/8 2755/8
MEHTA [2] 2625/9
2631/3
member [7] 2672/6
2713/11 2713/12
2713/12 2721/8 2774/2
2774/9
members [11] 2669/13
2669/20 2672/4
2685/20 2713/6
2721/23 2727/2 2731/3
2740/7 2744/15 2788/9
membership [2]
2713/16 2773/11
meme [1] 2643/25
memory [2] 2719/9
2730/12
mental [1] 2646/19
mention [3] 2706/5
2706/7 2714/9
mentioned [12]
2663/16 2667/10
2672/3 2685/15
2689/25 2707/23
2708/2 2712/10 2713/5
2723/12 2742/15
2777/1
Merit [1] 2628/2
mess [1] 2764/7
message [101]
2636/22 2636/22
2637/11 2637/21
2637/22 2638/3 2638/5
2638/9 2638/13

2639/4 2640/22 2641/1
2643/12 2644/14
2661/5 2661/7 2661/8
2661/11 2667/10
2667/15 2667/17
2667/19 2667/21
2669/15 2669/17
2670/3 2670/4 2670/5
2670/21 2672/10
2672/21 2673/3 2673/4
2673/7 2673/14
2675/16 2675/25
2676/7 2676/10
2676/14 2676/19
2677/11 2678/15
2678/24 2679/9
2680/10 2681/12
2681/18 2681/19
2683/1 2683/9 2683/11
2683/18 2684/6
2684/11 2684/23
2685/16 2685/22
2685/24 2687/14
2687/15 2687/17
2687/23 2688/2 2688/4
2688/9 2688/10
2688/25 2689/2 2689/8
2689/9 2689/18
2689/19 2690/7 2691/9
2691/12 2691/14
2691/16 2691/20
2692/1 2692/16
2692/19 2692/20
2692/22 2692/23
2693/4 2693/5 2693/13
2694/9 2695/12
2695/17 2695/18
2695/20 2696/12
2714/10 2714/12
2720/24
messages [56] 2632/6
2632/9 2632/11
2636/25 2637/23
2665/14 2665/15
2665/21 2665/21
2665/25 2666/22
2667/3 2667/7 2668/11
2668/18 2668/19
2668/23 2679/16
2680/7 2680/7 2680/11
2680/14 2680/21
2682/7 2682/8 2682/13
2683/19 2686/11
2686/14 2686/15
2686/20 2686/24
2690/12 2690/13
2690/14 2690/17
2691/17 2691/18
2691/23 2692/2 2693/8
2694/11 2696/2
2696/14 2705/14
2705/15 2711/5 2711/9
2711/10 2711/23
2714/23 2715/2
2754/10 2776/24
2783/22 2784/3

2709/8 2709/12
2709/15 2709/16
2709/17 2709/18
2709/19 2709/20
2709/21 2709/22
2709/23 2709/24
2721/6 2721/8 2721/21
2723/13 2739/3 2739/7
2746/5 2746/9 2770/23
2775/9 2775/9
metadata [1] 2636/1
metal [2] 2781/15
2782/11
Miami [3] 2648/7
2648/14 2649/8
Michael [4] 2703/2
2703/3 2703/4 2705/4
Michael Greene [4]
2703/2 2703/3 2703/4
2705/4
mid [1] 2665/7
mid-November [1]
2665/7
middle [2] 2752/9
2752/21
midst [1] 2761/24
might [5] 2644/19
2702/5 2730/20
2766/10 2781/12
military [5] 2675/11
2716/19 2716/24
2719/24 2728/8
milling [2] 2734/5
2771/20
millions [2] 2673/10
2683/16
mind [3] 2640/7
2646/20 2785/5
mindful [2] 2735/24
2778/16
mine [2] 2725/2
2753/13
minivan [1] 2730/19
Minuta [9] 2664/12
2664/13 2685/25
2686/4 2699/9 2699/17
2699/18 2701/23
2709/15
minute [1] 2766/14
minutes [9] 2715/16
2761/8 2761/9 2764/2
2768/18 2769/11
2790/5 2790/10
2790/14
miscalculation [1]
2688/1
misleading [1] 2633/19
missing [3] 2634/2
2661/13 2704/8
mobilize [1] 2683/20
mobilizing [1] 2681/9
model [1] 2762/13
modern [1] 2677/19
Moerschel [9] 2647/18
2648/16 2652/2 2652/3
2653/8 2653/16 2655/3
2655/5 2659/16

Moerschel's [9]
2648/24 2652/22
2653/7 2653/11
2653/12 2655/14
2655/17 2655/18
2656/20
Molon [1] 2664/23
moment [2] 2664/1
2677/10
Monday [3] 2692/14
2692/15 2692/17
money [3] 2717/3
2755/3 2755/5
monikers [1] 2664/21
month [3] 2702/15
2703/10 2703/21
months [2] 2757/17
2761/1
monument [2] 2730/1
2759/18
mood [1] 2745/24
more [23] 2637/20
2645/6 2652/2 2652/7
2655/2 2663/18 2667/4
2668/7 2671/15 2678/4
2680/1 2682/8 2702/10
2711/2 2720/2 2726/24
2728/9 2745/25
2756/23 2759/19
2770/21 2772/17
2774/5
morning [44] 2625/7
2631/5 2631/7 2631/23
2632/3 2632/4 2660/8
2660/23 2660/24
2662/6 2662/8 2662/14
2662/15 2676/12
2676/20 2677/1
2677/24 2689/23
2695/10 2705/10
2707/15 2708/14
2710/9 2715/13 2716/7
2728/18 2728/19
2729/21 2729/23
2729/24 2730/7
2734/15 2734/18
2744/12 2744/13
2744/16 2756/11
2756/12 2756/13
2759/17 2778/22
2781/24 2788/24
2791/14
Moseley [4] 2736/11
2736/18 2736/24
2737/2
most [2] 2758/1
2768/19
mostly [1] 2665/10
mother [1] 2717/11
motivation [1] 2756/23
motive [1] 2646/21
mouth [1] 2678/11
move [6] 2726/2
2732/7 2738/4 2747/16
2754/2 2779/10
moving [4] 2703/12
2712/16 2715/15
2767/8

**Mr. [287]**
**Mr. Bright [2]** 2758/5 2772/23
**Mr. Brown [1]** 2731/10
**Mr. Caldwell [3]** 2712/23 2713/2 2713/19
**Mr. Crisp [3]** 2710/1 2790/3 2790/6
**Mr. Cummings [22]** 2715/21 2716/7 2725/9 2726/8 2734/23 2735/21 2735/22 2735/23 2736/2 2737/11 2737/13 2737/16 2750/4 2750/13 2751/7 2756/11 2762/12 2763/15 2766/20 2767/3 2773/4 2791/2
**Mr. Cummings' [1]** 2749/18
**Mr. Dolan [14]** 2648/1 2648/11 2648/15 2649/1 2649/15 2649/21 2650/8 2650/14 2650/16 2651/5 2651/7 2651/10 2651/20 2659/17
**Mr. Dolan's [5]** 2647/25 2649/9 2651/12 2656/21 2729/18
**Mr. Fischer [4]** 2712/17 2713/24 2790/3 2790/8
**Mr. Geyer [3]** 2707/9 2790/3 2790/5
**Mr. Greene [1]** 2703/10
**Mr. Greene's [1]** 2703/6
**Mr. Grods [15]** 2692/5 2692/6 2692/11 2692/21 2692/25 2693/6 2693/9 2693/13 2693/20 2694/13 2694/24 2695/8 2696/15 2705/4 2709/23
**Mr. Grods' [3]** 2695/22 2695/24 2696/3
**Mr. Harrelson [8]** 2707/1 2708/3 2708/18 2708/21 2708/23 2709/8 2755/11 2778/2
**Mr. Harrelson's [1]** 2755/5
**Mr. Jackson [1]** 2664/18
**Mr. James [30]** 2664/11 2667/19 2667/24 2681/12 2681/15 2681/19 2682/2 2683/18 2689/21 2692/3 2692/11 2692/20 2692/24 2693/6 2693/9

2695/8 2696/15 2695/8 2696/15 2701/22 2702/8 2702/12 2702/15 2703/1 2703/9 2703/20 2705/2 2708/24 2709/4 2709/9
**Mr. James' [7]** 2664/7 2690/7 2690/18 2690/22 2690/25 2691/21 2691/24
**Mr. Manzo [4]** 2716/2 2726/4 2734/14 2752/25
**Mr. Meggs [50]** 2632/10 2632/12 2632/17 2632/17 2632/21 2633/6 2633/9 2634/5 2634/17 2634/21 2634/23 2636/10 2636/15 2636/23 2636/25 2637/3 2637/23 2638/6 2640/4 2641/11 2641/14 2641/18 2642/10 2644/14 2644/24 2645/3 2645/21 2687/18 2687/20 2687/24 2703/17 2703/20 2704/14 2706/19 2706/22 2730/11 2733/21 2736/25 2773/7 2784/13 2784/17 2784/23 2785/15 2785/20 2786/3 2786/11 2786/23 2787/16 2788/16 2788/22
**Mr. Meggs' [4]** 2637/25 2645/11 2645/15 2755/8
**Mr. Minuta [3]** 2686/4 2699/18 2709/15
**Mr. Moerschel [8]** 2648/16 2652/2 2652/3 2653/8 2653/16 2655/3 2655/5 2659/16
**Mr. Moerschel's [9]** 2648/24 2652/22 2653/7 2653/11 2653/12 2655/14 2655/17 2655/18 2656/20
**Mr. Moseley [4]** 2736/11 2736/18 2736/24 2737/2
**Mr. Nestler [7]** 2642/13 2646/10 2652/5 2653/23 2656/9 2663/25 2665/4
**Mr. Rhodes [27]** 2671/25 2672/9 2672/12 2672/24 2673/3 2673/16 2674/6 2674/11 2675/5 2675/9 2675/14 2676/5 2676/10 2676/19

2677/23 2678/7 2678/14 2678/21 2702/12 2702/15 2705/12 2705/19 2714/20 2714/23 2770/25
**Mr. Rhodes' [17]** 2665/19 2665/22 2667/15 2668/16 2668/19 2675/23 2679/22 2680/8 2681/3 2682/11 2682/13 2682/16 2686/16 2686/24 2687/13 **Mr. Smith [1]** 2693/24 **Mr. Ulrich [16]** 2670/7 2673/9 2674/2 2675/2 2676/25 2678/2 2678/18 2679/9 2683/24 2684/7 2688/5 2688/25 2689/9 2689/13 2709/21 2714/11
**Mr. Walden [2]** 2664/18 2709/17
**Mr. Woodward [9]** 2634/19 2643/21 2647/2 2647/24 2660/14 2706/12 2736/17 2736/21 2772/24
**Mr. Woodward's [1]** 2648/19
**Ms. [30]** 2660/11 2665/13 2667/23 2668/10 2673/2 2679/17 2680/21 2683/4 2683/23 2686/10 2691/8 2693/7 2694/12 2695/1 2695/6 2696/24 2701/16 2702/4 2704/17 2706/12 2706/17 2707/4 2707/8 2713/25 2714/5 2737/14 2746/11 2747/2 2750/12 2773/6
**Ms. Abrams [1]** 2706/17
**Ms. Haller [3]** 2706/12 2707/8 2773/6
**Ms. Hughes [2]** 2660/11 2713/25
**Ms. Rohde [23]** 2665/13 2667/23 2668/10 2673/2 2679/17 2680/21 2683/4 2683/23 2686/10 2691/8 2693/7 2694/12 2695/1 2695/6 2696/24 2701/16 2702/4 2704/17 2714/5 2737/14 2746/11 2747/2 2750/12
**Ms. Watkins [1]** 2707/4
**much [9]** 2644/5

2734/20 2756/14 2790/13 2790/24 2791/8
**multiple [8]** 2674/24 2697/14 2697/15 2700/3 2700/4 2710/12 2714/22 2736/24 2780/13
**must [6]** 2672/16 2672/17 2672/21 2677/16 2686/6 2780/13
**my [40]** 2637/7 2637/19 2641/24 2652/10 2652/13 2654/10 2658/18 2659/23 2661/12 2662/18 2677/14 2682/4 2682/22 2689/5 2706/21 2707/15 2708/5 2712/14 2712/22 2712/24 2716/10 2716/22 2717/7 2717/11 2719/9 2719/10 2722/7 2726/23 2728/17 2728/19 2728/24 2736/1 2742/10 2745/10 2753/9 2757/2 2760/11 2766/24 2774/8 2789/3
**Myers [2]** 2652/15 2652/16
**myself [6]** 2635/16 2729/10 2737/20 2742/18 2745/23 2747/11

**N**

**name [26]** 2661/14 2662/17 2662/18 2664/7 2664/9 2664/15 2685/21 2688/14 2692/9 2699/6 2699/6 2699/7 2703/2 2703/12 2707/15 2711/12 2711/22 2713/17 2716/9 2716/10 2727/9 2727/20 2731/5 2741/16 2760/16 2784/25
**named [6]** 2631/21 2661/8 2667/13 2704/15 2704/19 2712/1
**names [5]** 2664/21 2724/6 2731/7 2738/17 2743/6
**Nathanael [1]** 2675/13
**national [7]** 2670/23 2672/15 2681/8 2717/1 2717/2 2717/5 2718/11
**National Guard [4]** 2717/1 2717/2 2717/5 2718/11
**natural [1]** 2718/12
**nature [8]** 2633/13 2663/15 2758/2

2769/14 2769/15 2769/24 2770/14 2783/3
**near [4]** 2698/23 2698/24 2729/25 2788/3
**nearly [1]** 2674/13
**necessary [2]** 2637/18 2666/15
**necessity [1]** 2677/11
**need [30]** 2632/24 2633/6 2634/24 2636/10 2640/6 2642/2 2642/17 2642/20 2643/2 2647/8 2651/21 2652/8 2654/9 2659/3 2674/3 2674/7 2677/5 2677/9 2677/19 2678/4 2688/8 2688/12 2693/11 2695/3 2735/6 2742/2 2742/17 2745/10 2757/12 2791/10
**needed [2]** 2660/10 2756/25
**needs [1]** 2644/17
**negative [3]** 2694/14 2694/24 2732/18
**Nestler [9]** 2625/14 2631/12 2642/13 2646/10 2652/5 2653/23 2656/9 2663/25 2665/4
**never [11]** 2637/7 2708/23 2709/8 2709/11 2709/12 2709/15 2709/17 2709/19 2709/21 2709/23 2779/25
**new [3]** 2670/1 2699/20 2785/19
**New Jersey [1]** 2699/20
**news [3]** 2728/20 2732/14 2733/20
**next [70]** 2667/23 2668/2 2670/3 2670/13 2671/4 2671/18 2671/22 2672/8 2672/23 2673/6 2673/11 2674/1 2674/5 2674/10 2675/1 2675/4 2675/8 2675/14 2675/20 2676/4 2676/9 2676/18 2676/24 2677/7 2677/15 2677/22 2678/1 2678/6 2678/13 2678/17 2678/20 2678/23 2679/5 2679/9 2681/10 2681/14 2681/18 2682/1 2683/22 2684/6 2687/23 2688/4 2688/5 2688/9 2688/24 2689/8 2689/12 2689/17 2692/19 2693/4 2694/8 2695/6 2695/7 2701/16

2811

next... [15] 2715/11
2715/13 2723/16
2724/10 2724/11
2728/19 2729/21
2729/23 2733/20
2739/24 2742/23
2744/12 2744/13
2750/2 2788/24
night [8] 2699/11
2723/17 2724/7
2729/19 2744/8
2744/10 2767/13
2788/22
nightly [1] 2757/17
NJ [1] 2627/13
no [114] 2625/4 2631/8
2631/8 2640/3 2644/4
2644/5 2645/4 2648/18
2653/1 2653/18
2656/16 2656/16
2667/1 2669/23
2670/18 2670/20
2671/20 2679/2 2679/4
2679/12 2685/8
2685/23 2687/4 2691/3
2696/7 2698/5 2699/14
2700/19 2701/10
2702/20 2702/23
2703/16 2705/5 2706/7
2710/3 2710/3 2714/9
2715/6 2720/25
2722/24 2723/1 2723/3
2723/6 2726/11
2726/12 2727/5 2727/8
2727/22 2731/15
2731/25 2732/4 2732/5
2734/8 2736/12 2738/5
2738/20 2738/24
2739/1 2739/4 2739/12
2741/8 2742/24 2745/7
2745/15 2745/18
2746/15 2747/6
2747/18 2748/11
2755/16 2755/19
2755/22 2755/25
2756/2 2756/6 2759/2
2761/14 2761/19
2761/23 2762/25
2763/20 2764/25
2765/7 2765/25
2767/10 2767/18
2768/2 2768/8 2769/10
2771/7 2771/15
2771/22 2772/2
2773/10 2773/18
2778/10 2779/2
2779/13 2782/5 2783/2
2783/4 2783/14
2783/18 2783/20
2784/4 2784/6 2784/9
2784/12 2785/1
2790/22 2790/23
2791/4 2791/12
2791/19
No hablo [1] 2679/12
non [1] 2763/21
non-existent [1]

normal [2] 2754/15
2754/19
normally [1] 2719/12
north [15] 2626/15
2693/25 2694/20
2694/22 2723/17
2723/18 2724/9 2739/3
2739/15 2762/25
2764/6 2765/3 2767/4
2767/12 2767/13
North Carolina [8]
2693/25 2694/20
2694/22 2723/17
2724/9 2739/3 2767/12
2767/13
northeast [2] 2742/21
2766/21
Northern [3] 2725/23
2726/21 2727/7
northwest [8] 2740/4
2763/5 2763/12
2763/18 2764/6
2764/15 2765/2 2769/9
not [159] 2632/11
2632/21 2633/12
2634/5 2636/21
2637/15 2638/8
2638/13 2638/15
2639/4 2639/15
2639/16 2639/22
2639/23 2639/24
2640/1 2640/3 2640/12
2640/14 2640/23
2641/4 2641/7 2641/25
2642/9 2642/12
2642/17 2643/6 2643/9
2643/10 2643/25
2644/1 2644/11
2644/15 2644/19
2645/2 2645/7 2645/13
2646/2 2646/4 2646/10
2648/9 2648/25 2649/4
2649/15 2649/18
2649/18 2649/25
2649/25 2650/2
2650/23 2652/3 2652/6
2652/11 2653/1
2653/17 2653/18
2654/16 2656/7
2656/22 2656/23
2657/24 2658/2 2658/3
2658/3 2658/18
2658/20 2659/1 2659/4
2666/5 2666/9 2669/10
2670/19 2675/11
2678/12 2679/3
2679/23 2684/5
2685/22 2685/23
2686/6 2698/11
2705/18 2705/22
2706/10 2706/19
2706/21 2708/1 2708/5
2709/10 2709/14
2709/14 2709/16
2709/16 2710/11
2712/3 2712/9 2712/23
2712/24 2713/2 2713/4

2713/21 2714/25
2715/14 2717/12
2720/9 2720/23
2720/25 2721/1 2721/4
2722/10 2722/12
2726/24 2728/7 2735/1
2735/6 2735/6 2736/3
2736/21 2736/23
2738/15 2739/5 2741/4
2748/22 2749/16
2750/21 2758/1 2759/8
2759/22 2760/16
2765/25 2768/2
2768/18 2769/14
2770/9 2771/15
2772/15 2772/20
2773/7 2774/9 2774/11
2774/11 2775/25
2777/24 2777/25
2778/2 2778/10
2780/22 2783/20
2784/25 2785/1
2786/24 2788/4 2788/6
2788/12 2790/22
2791/5 2791/19
note [4] 2633/21
2633/21 2643/25
2666/5
nothing [3] 2677/20
2713/23 2761/18
notice [4] 2648/2
2669/17 2754/22
2771/3
November [12] 2665/7
2667/20 2667/24
2701/19 2701/21
2702/1 2705/15
2708/15 2708/16
2746/2 2750/22
2751/15
now [40] 2632/13
2634/8 2636/20
2637/13 2637/16
2648/7 2651/11 2652/9
2653/14 2655/6
2660/10 2662/1
2672/18 2672/21
2677/12 2679/13
2681/11 2683/14
2686/8 2690/17
2699/22 2703/14
2712/7 2714/20 2720/8
2721/22 2722/22
2724/16 2729/4 2730/4
2734/18 2739/20
2749/25 2750/13
2750/14 2753/21
2777/23 2781/7
2790/20 2790/21
null [1] 2678/11
Nullify [1] 2678/9
number [6] 2646/4
2710/20 2711/1 2711/3
2711/7 2756/16
NW [4] 2625/17 2627/3
2627/7 2628/4

Oak [2] 2626/3 2626/7
oath [76] 2662/4
2663/22 2669/21
2671/6 2671/17
2684/15 2685/19
2702/11 2706/18
2707/1 2707/4 2709/17
2710/25 2713/11
2713/16 2715/19
2719/18 2719/22
2719/23 2719/24
2720/12 2721/7 2721/8
2721/17 2721/24
2722/14 2723/24
2727/2 2731/3 2731/4
2738/19 2738/22
2739/10 2740/7
2741/13 2755/14
2756/19 2756/24
2758/10 2758/18
2760/5 2760/7 2760/15
2761/24 2761/25
2762/5 2763/15
2764/24 2765/4
2765/12 2765/24
2766/1 2766/3 2766/7
2767/15 2772/1
2773/12 2773/15
2773/17 2773/23
2774/2 2774/4 2774/10
2774/13 2774/17
2774/21 2775/6
2775/10 2775/13
2775/16 2775/20
2776/1 2777/9 2777/14
2780/23 2788/10
Oath Keeper [2]
2709/17 2727/2
Oath Keepers [66]
2663/22 2669/21
2671/6 2671/17
2702/11 2706/18
2707/1 2707/4 2710/25
2713/11 2713/16
2719/18 2719/22
2720/12 2721/7 2721/8
2721/17 2721/24
2722/14 2723/24
2731/3 2731/4 2738/19
2738/22 2739/10
2740/7 2741/13
2755/14 2756/19
2756/24 2758/10
2758/18 2760/5 2760/7
2760/15 2761/24
2761/25 2762/5
2763/15 2764/24
2765/4 2765/12
2765/24 2766/1 2766/3
2766/7 2767/15 2772/1
2773/12 2773/15
2773/17 2773/23
2774/2 2774/4 2774/10
2774/17 2774/21
2775/6 2775/10
2775/13 2775/16
2776/1 2777/9 2777/14

2788/10
Oath Keepers' [2]
2684/15 2685/19
OBJ [1] 2690/1
object [3] 2632/18
2647/18 2770/12
objection [56] 2632/7
2653/22 2654/1 2654/6
2657/2 2657/12
2657/18 2657/23
2658/1 2658/21
2658/24 2658/25
2659/2 2659/6 2659/9
2666/4 2666/8 2666/13
2669/2 2679/23
2680/15 2685/8 2687/4
2691/3 2696/7 2698/5
2706/2 2708/25 2709/5
2711/17 2712/11
2726/10 2733/3 2733/7
2733/8 2738/5 2740/10
2741/20 2747/17
2747/18 2748/11
2751/1 2751/17
2769/18 2770/6
2770/10 2776/7
2776/17 2779/12
2782/4 2785/22 2786/1
2786/5 2786/6 2786/13
2787/24
objections [3] 2634/7
2700/19 2749/15
objects [2] 2653/4
2749/7
obligated [1] 2736/10
observing [1] 2740/25
obtain [5] 2642/17
2642/21 2643/3 2652/5
2699/24
obtained [1] 2647/16
2657/20 2789/2
obtaining [1] 2644/12
obviously [6] 2635/12
2649/16 2656/4
2710/11 2711/4
2750/21
occurred [3] 2708/14
2722/18 2762/7
October [2] 2625/5
2792/7
off [18] 2636/4 2647/11
2715/22 2715/23
2715/24 2715/25
2716/1 2729/5 2729/6
2729/7 2742/21
2746/25 2756/14
2763/12 2766/21
2767/7 2771/18
2771/21
offensive [1] 2726/24
offer [1] 2657/9
offered [3] 2649/11
2652/19 2787/9
office [4] 2625/16
2663/2 2663/3 2784/11
officer [9] 2648/4
2648/6 2648/23
2648/25 2649/10

2812

## O

officer... [4] 2650/13
2656/22 2659/18
2770/2
OFFICES [1] 2627/7
Official [1] 2628/3
often [2] 2654/20
2720/23
oftentimes [1] 2654/11
Oh [3] 2749/8 2763/20
2779/4
OK [17] 2665/16
2667/13 2668/14
2669/12 2682/8 2683/5
2684/12 2684/13
2685/16 2685/16
2685/17 2687/16
2695/19 2696/19
2707/19 2712/19
2713/1
OKAlabama [1] 2668/5
okay [73] 2631/23
2636/2 2636/7 2636/16
2638/10 2638/17
2638/22 2639/2
2643/15 2643/20
2647/7 2651/24 2658/3
2659/22 2666/8 2669/8
2680/3 2680/23
2698/13 2705/6 2706/7
2706/12 2707/6 2707/8
2710/1 2710/4 2712/25
2713/5 2715/7 2715/10
2719/14 2720/6
2726/10 2733/2 2737/3
2739/23 2746/9
2746/16 2747/7
2747/12 2747/14
2747/19 2749/11
2749/14 2749/15
2749/24 2752/13
2752/23 2759/10
2760/20 2760/24
2761/18 2762/23
2763/1 2763/9 2764/14
2765/14 2765/22
2766/11 2767/25
2769/12 2769/23
2770/19 2771/24
2779/4 2782/23
2783/15 2787/21
2788/8 2790/6 2790/11
2790/16 2791/15
old [8] 2675/18 2676/8
2679/20 2681/1
2681/16 2708/2 2708/3
2723/22
Old Leadership [4]
2679/20 2681/1
2681/16 2708/2
once [3] 2660/8
2677/13 2743/12
one [45] 2634/10
2639/8 2640/10 2641/9
2644/22 2648/10
2649/12 2652/12
2658/10 2663/5
2668/13 2673/1

2678/15 2684/14
2686/1 2688/7 2697/12
2699/14 2704/3
2704/10 2704/11
2705/18 2708/22
2713/8 2713/8 2718/12
2721/3 2721/8 2721/15
2728/7 2738/23
2741/11 2747/18
2749/12 2753/13
2759/22 2759/24
2760/1 2760/2 2766/9
2766/10 2766/12
2787/13
ones [2] 2713/21
2744/22
ongoing [1] 2726/25
online [1] 2637/1
only [11] 2647/16
2655/15 2666/8
2710/12 2713/6 2731/7
2741/16 2743/11
2750/20 2770/11
2771/11
Op [4] 2686/13
2687/10 2689/1 2708/6
open [8] 2663/14
2725/3 2725/12
2728/24 2750/8
2787/23 2790/17
2791/14
opened [1] 2735/7
operations [3] 2703/8
2704/24 2755/14
opponent [2] 2646/7
2646/11
opponents [1] 2646/13
opportunity [11]
2643/22 2665/20
2668/17 2682/12
2684/22 2686/19
2690/16 2697/9
2697/20 2722/7
2722/11
orange [4] 2724/25
2726/2 2726/7 2753/8
order [9] 2634/22
2648/21 2649/6
2651/10 2651/15
2659/19 2736/3
2761/15 2782/14
ordered [2] 2648/1
2648/11
ordering [1] 2768/6
orders [2] 2675/7
2768/10
Oregon [8] 2716/13
2718/3 2720/8 2720/10
2754/2 2774/9 2774/9
2774/11
org [1] 2676/3
organization [1]
2741/13
organize [1] 2677/17
organized [1] 2701/17
organizers [1] 2730/24
organizing [1] 2670/25

2701/14
original [9] 2638/5
2639/18 2640/15
2641/19 2659/6
2679/24 2680/16
2753/16 2753/20
other [53] 2635/18
2635/19 2637/23
2638/1 2643/10
2644/25 2645/14
2645/21 2646/15
2647/21 2654/8
2654/24 2658/5 2665/9
2666/14 2669/22
2671/10 2674/17
2678/9 2694/2 2701/11
2705/25 2710/17
2710/20 2710/21
2711/8 2721/15
2721/15 2723/24
2727/1 2727/4 2727/23
2728/5 2730/11 2731/3
2731/3 2731/4 2738/22
2740/7 2741/11
2744/14 2744/17
2751/12 2753/10
2755/14 2766/1 2766/2
2766/3 2774/13
2777/23 2780/24
2782/24 2788/9
others [8] 2633/10
2678/9 2678/16 2743/5
2758/6 2784/13 2788/3
2788/16
otherwise [2] 2644/3
2645/4
ought [1] 2641/4
our [37] 2633/8 2635/5
2643/8 2643/9 2652/19
2653/22 2653/22
2654/1 2654/5 2655/15
2657/12 2658/1
2658/21 2670/10
2670/11 2671/1
2674/16 2676/16
2676/17 2679/7 2686/7
2686/7 2696/21
2714/15 2714/16
2715/13 2715/13
2715/15 2734/15
2734/17 2735/12
2736/11 2736/15
2744/23 2787/4
2790/19 2790/20
ours [1] 2727/14
ourselves [2] 2674/4
2677/17
out [41] 2633/5
2633/22 2633/24
2634/4 2637/1 2640/22
2644/6 2664/1 2666/10
2673/18 2674/15
2677/14 2678/10
2689/5 2693/11 2705/1
2718/6 2720/13
2720/15 2722/19
2725/16 2729/14

2763/2 2763/6 2763/11
2766/16 2766/23
2766/24 2767/12
2769/10 2771/18
2774/24 2774/25
2785/5 2786/25 2787/9
2788/20 2790/19
2791/18
outlook.com [1]
2627/10
outside [8] 2694/14
2734/5 2734/10
2735/25 2757/11
2772/13 2780/24
2791/4
over [21] 2652/7
2653/8 2655/4 2655/13
2656/2 2659/12
2663/11 2675/3
2694/16 2697/15
2708/12 2719/6
2721/16 2725/10
2735/11 2736/11
2740/4 2740/15 2769/8
2783/6 2791/17
overhear [1] 2784/16
overrule [6] 2653/22
2654/5 2658/24 2659/2
2659/8 2769/19
overruled [8] 2651/8
2669/3 2706/3 2712/13
2741/21 2751/2
2751/18 2776/8
overthrow [1] 2679/8
overwhelming [1]
2742/17
own [5] 2635/12
2637/2 2638/25 2643/4
2758/6
owned [1] 2650/8
owner [1] 2654/9
ownership [1] 2654/19
owns [1] 2659/14

## P

P. [1] 2631/3
P.A [1] 2627/16
p.m [7] 2636/4 2636/5
2692/13 2743/24
2771/17 2791/21
2791/21
PA [1] 2626/15
Pacific [1] 2716/17
packing [1] 2754/1
page [18] 2635/20
2635/22 2635/23
2636/1 2637/2 2642/25
2701/18 2702/5 2714/7
2714/18 2746/13
2746/13 2746/13
2746/13 2747/3 2747/4
2747/8 2747/9
pages [3] 2638/1
2697/15 2700/4
Pandora's [1] 2735/8
panel [2] 2660/4
2737/6

park [1] 2645/25
Park [1] 2627/3
part [11] 2632/16
2638/8 2641/23
2645/25 2661/17
2711/4 2731/14
2756/18 2758/13
2772/11 2780/3
partially [1] 2633/17
participant [2] 2638/7
2776/20
participate [7] 2712/3
2712/9 2717/4 2720/21
2720/23 2738/21
2755/13
participating [3]
2720/16 2721/24
2722/15
particular [10] 2650/4
2650/5 2654/15
2655/11 2659/12
2685/20 2687/14
2713/15 2717/2 2747/5
particularly [4] 2638/4
2640/13 2656/23
2657/4
parties' [2] 2636/4
2636/24
party [6] 2646/7
2646/11 2646/13
2657/21 2659/12
2659/12
party's [1] 2659/13
party-opponent [2]
2646/7 2646/11
pass [6] 2671/9
2681/25 2718/22
2772/22 2778/25
2779/22
passed [2] 2678/15
2763/24
passes [1] 2730/25
password [4] 2685/21
2713/6 2713/13
2713/17
past [2] 2646/14
2677/21
pasted [1] 2644/6
pastors [1] 2670/24
path [1] 2761/1
patriot [3] 2670/9
2670/24 2714/14
patriotic [1] 2674/4
pause [5] 2647/6
2648/17 2672/20
2734/14 2737/5
pay [2] 2676/16
2676/22
Pennsylvania [1]
2627/7
people [34] 2637/24
2684/1 2702/11 2706/1
2720/9 2721/2 2724/5
2727/23 2730/11
2731/5 2731/7 2733/19
2734/4 2734/5 2734/10
2738/16 2739/20
2745/11 2748/16

**people... [15]** 2748/20
2749/2 2749/3 2757/12
2757/24 2760/18
2764/10 2764/11
2764/23 2770/4
2774/23 2774/24
2775/1 2776/23 2777/1
**people's [1]** 2638/1
**Pepper [1]** 2671/21
**perceive [1]** 2719/12
**percent [1]** 2738/15
**Percenters [3]** 2671/8
2671/11 2671/16
**perfect [1]** 2702/23
**performing [1]** 2766/1
**perhaps [1]** 2702/3
**period [3]** 2665/6
2721/22 2769/6
**permission [2]** 2661/2
2661/2
**permit [1]** 2634/5
**permitted [1]** 2671/20
**person [30]** 2639/9
2639/17 2651/19
2653/4 2654/11
2654/15 2658/8
2659/13 2712/1 2721/7
2727/4 2727/21
2727/23 2732/1
2738/11 2739/3 2740/3
2740/8 2741/10
2741/16 2747/6
2750/23 2750/24
2751/16 2751/24
2751/24 2752/8
2770/23 2770/24
2783/19
**personal [3]** 2728/12
2728/14 2765/19
**personally [2]** 2648/10
2742/12
**persons [1]** 2784/25
**perspective [3]** 2651/1
2757/16 2764/19
**persuaded [1]** 2644/11
**phillip [4]** 2626/2
2626/6 2631/14
2705/12
**phone [51]** 2665/19
2665/22 2666/23
2667/15 2668/20
2677/25 2679/22
2680/8 2681/3 2682/11
2682/13 2682/16
2686/17 2686/21
2686/24 2687/13
2690/15 2690/18
2690/22 2691/1
2691/21 2691/24
2696/3 2701/12
2701/13 2708/13
2714/21 2715/4
2728/12 2728/15
2728/17 2728/20
2728/22 2728/25
2729/2 2741/10
2748/13 2753/17

2753/24 2754/2 2754/6
2754/9 2754/15
2754/16 2754/19
2754/20 2754/23
2786/17 2790/1
**photo [23]** 2634/25
2635/2 2635/3 2635/23
2635/25 2738/4
2738/14 2746/6
2747/12 2747/21
2748/4 2748/8 2750/14
2750/19 2750/21
2751/13 2752/4 2752/9
2752/13 2752/14
2753/2 2753/7 2753/11
**photograph [6]**
2638/12 2638/25
2643/13 2643/25
2781/17 2781/21
**photographs [2]**
2749/2 2749/20
**photos [5]** 2746/14
2746/19 2747/18
2748/16 2748/17
**phrased [1]** 2768/14
**physical [6]** 2632/1
2634/7 2646/19
2646/22 2647/2
2655/11
**pick [4]** 2676/16
2688/12 2744/6
2744/22
**picked [1]** 2745/19
**picking [1]** 2750/16
**picture [10]** 2632/25
2635/7 2692/12
2692/13 2737/18
2737/19 2737/24
2739/13 2779/7
2782/12
**placard [2]** 2762/16
2762/18
**place [3]** 2654/25
2710/18 2721/19
**placed [2]** 2662/4
2715/19
**plain [1]** 2760/7
**Plaintiff [1]** 2625/4
**plan [15]** 2645/22
2646/21 2652/20
2677/6 2705/19
2705/22 2759/13
2762/4 2767/9 2767/16
2768/10 2784/3 2784/7
2784/10 2788/12
**planning [2]** 2689/4
2744/16
**plans [7]** 2645/22
2683/20 2696/21
2758/25 2759/7
2761/21 2768/2
**plate [1]** 2730/14
**plates [1]** 2730/14
**platform [1]** 2667/12
**platforms [1]** 2684/14
**play [1]** 2650/7
**please [107]** 2631/4

2662/16 2662/17
2663/23 2664/2
2664/16 2665/11
2666/18 2667/21
2668/2 2668/8 2668/10
2669/14 2670/3
2670/13 2670/15
2670/21 2671/4 2671/9
2671/18 2671/22
2672/8 2672/23
2673/11 2674/1 2674/5
2674/10 2675/1 2675/4
2675/8 2675/14
2675/16 2675/20
2675/25 2676/4 2676/7
2676/9 2676/14
2676/18 2676/19
2676/24 2677/7
2677/15 2677/22
2678/6 2678/13
2678/17 2678/23
2679/13 2680/22
2681/10 2681/14
2681/18 2682/1 2683/2
2684/6 2684/9 2685/12
2686/7 2686/10
2687/23 2688/4 2688/9
2688/24 2689/2
2689/12 2689/17
2690/9 2691/8 2691/10
2692/19 2692/22
2693/4 2694/8 2694/8
2695/7 2696/24
2699/22 2700/23
2703/23 2708/9 2714/5
2714/9 2714/11
2715/18 2715/25
2716/7 2732/10
2735/18 2737/8
2737/12 2740/12
2748/13 2757/4
2757/11 2762/14
2762/19 2763/6 2763/9
2766/13 2769/22
2769/23 2779/16
2781/16
**plug [1]** 2728/17
**plugged [1]** 2753/18
**plus [1]** 2710/16
**point [56]** 2632/2
2633/1 2633/5 2633/25
2641/21 2641/23
2641/24 2645/13
2655/23 2657/3 2677/6
2692/13 2699/15
2715/4 2718/12
2719/17 2722/12
2726/1 2731/17
2732/14 2732/22
2733/23 2738/3
2740/16 2740/17
2741/17 2743/1 2743/7
2743/21 2746/2 2746/7
2747/15 2754/22
2757/12 2758/18
2761/20 2762/18
2763/6 2763/11

2764/7 2764/10
2764/15 2765/1 2765/3
2765/9 2766/16
2766/23 2766/24
2767/7 2767/11
2768/20 2771/25
2784/16 2789/18
**points [1]** 2699/13
**police [3]** 2741/19
2743/16 2770/2
**politicians [4]** 2633/6
2634/24 2635/13
2636/11
**porta [8]** 2742/18
2742/20 2766/17
2768/20 2783/21
2785/12 2785/16
2788/7
**portion [2]** 2634/20
2637/22
**Portland [7]** 2718/2
2718/8 2720/10 2757/1
2757/3 2757/6 2757/15
**position [3]** 2635/5
2655/15 2735/12
**positions [2]** 2739/10
2741/15
**positive [1]** 2738/15
**possession [4]** 2650/1
2650/2 2736/13
2736/19
**possible [2]** 2708/10
2715/13
**post [11]** 2634/18
2635/2 2635/7 2636/12
2636/15 2639/8
2639/18 2643/13
2644/7 2645/19
2681/25
**posted [8]** 2636/3
2638/1 2638/20 2639/1
2640/22 2641/15
2685/16 2721/4
**posting [13]** 2632/12
2632/21 2633/2 2633/3
2633/5 2636/8 2637/14
2640/5 2640/15
2641/25 2644/2 2645/4
2645/21
**posts [10]** 2632/18
2634/4 2634/25 2635/3
2635/7 2635/20
2636/24 2637/9
2639/14 2663/14
**potential [1]** 2770/18
**potentially [3]** 2641/5
2710/16 2726/23
**potties [7]** 2742/18
2742/20 2768/21
2783/22 2785/13
2785/16 2788/7
**potty [1]** 2766/17
**power [1]** 2674/14
**powerless [2]** 2670/10
2714/15
**pre [1]** 2768/10
**pre-existing [1]**

**precedent [1]** 2633/14
**preclude [1]** 2633/18
**predicate [1]** 2653/3
**Predominantly [1]**
2701/23
**predominately [1]**
2665/8
**preface [1]** 2709/11
**prefer [2]** 2634/19
2737/2
**preference [1]** 2653/23
**prejudice [2]** 2632/25
2635/14
**prejudicial [2]** 2632/19
2645/3
**preliminary [2]**
2631/25 2660/9
**prepaid [1]** 2728/25
**prepared [3]** 2653/21
2657/24 2659/2
**preponderance [1]**
2653/3
**prerogative [1]**
2649/18
**presence [2]** 2727/2
2735/24
**present [8]** 2631/21
2650/4 2650/6 2671/13
2686/6 2725/5 2749/13
2750/4
**Presentation [1]**
2666/25
**presented [2]** 2633/16
2713/18
**presenting [1]** 2634/4
**President [17]** 2672/22
2673/25 2677/12
2686/7 2722/11
2722/12 2731/14
2742/11 2760/13
2779/23 2780/1 2780/4
2780/6 2781/9 2781/12
2782/18 2784/10
**President Biden [2]**
2673/25 2784/10
**President Trump [3]**
2672/22 2780/4 2780/6
**President Trump's [1]**
2731/14
**President's [1]** 2732/7
**presiding [1]** 2631/3
**press [1]** 2736/13
**presume [1]** 2645/1
**Pretrial [14]** 2648/3
2648/6 2648/22
2648/23 2648/24
2648/25 2649/10
2650/12 2651/2 2651/3
2651/7 2651/19
2656/21 2659/18
**pretty [1]** 2761/17
**Prettyman [1]** 2628/4
**prevents [1]** 2659/7
**previous [3]** 2683/19
2694/25 2753/20
**previously [8]** 2660/13
2663/23 2683/7

**previously... [5]**
2691/17 2693/2
2724/16 2750/22
2776/1
**primarily [2]** 2672/4
2766/4 2766/9
**primary [1]** 2670/16
**prior [16]** 2636/8
2675/11 2708/21
2709/12 2709/15
2721/6 2721/9 2723/10
2723/13 2727/8 2739/2
2739/6 2743/25
2748/17 2748/23
2754/15
**privilege [2]** 2654/12
2780/13
**probably [8]** 2643/18
2678/4 2742/2 2751/23
2754/1 2759/11
2759/12 2773/20
**probative [2]** 2635/13
2640/7
**problem [1]** 2658/16
**proceed [1]** 2715/14
**proceeded [1]** 2778/23
**proceedings [4]**
2625/9 2628/6 2631/22
2792/4
**process [1]** 2638/15
**produce [1]** 2648/3
**produced [1]** 2628/7
**professional [1]**
2780/21
**prohibited [1]** 2778/17
**prolific [2]** 2721/3
2777/2
**promised [1]** 2755/23
**prompted [1]** 2765/11
**proof [1]** 2657/9
**proper [2]** 2736/7
2749/19
**properly [1]** 2647/20
**property [4]** 2658/13
2694/16 2694/17
2694/18
**proposes [1]** 2653/24
**protect [4]** 2774/24
2781/8 2781/10
2781/11
**protesting [1]** 2764/23
**protests [1]** 2706/1
**ProtonMail [1]** 2668/6
**ProtonMail.com [1]**
2668/5
**prove [2]** 2649/22
2650/5
**provide [17]** 2632/11
2633/20 2636/21
2643/6 2649/7 2651/4
2652/4 2654/5 2654/22
2722/17 2723/14
2735/6 2735/9 2775/18
2777/7 2777/10
2782/20
**provided [20]** 2632/21
2634/3 2636/24

**provide...** 2651/3 2652/1
2652/14 2652/17
2684/23 2685/5 2691/1
2697/10 2697/22
2698/15 2700/13
2700/16 2775/20
2786/11 2786/24
2789/16
**provides [2]** 2640/23
2668/4
**providing [4]** 2642/10
2765/19 2781/2
2782/25
**proviso [1]** 2749/24
**provocative [1]**
2641/17
**proxies [1]** 2672/17
**PSD [1]** 2765/20
**public [5]** 2637/20
2639/18 2639/19
2639/22 2639/23
2639/25 2641/25
2641/25 2713/9
**publicly [1]** 2640/5
**publish [17]** 2661/2
2661/3 2666/2 2666/19
2668/25 2679/25
2680/13 2682/18
2685/6 2685/12 2687/2
2691/2 2696/5 2698/4
2700/17 2779/15
2782/8
**pull [6]** 2632/8 2649/5
2660/25 2708/9
2734/12 2737/14
**puppet [3]** 2673/18
2673/20 2678/11
**purchase [1]** 2729/1
**purchased [2]** 2728/25
2753/25
**purport [1]** 2653/5
**purpose [2]** 2774/20
2790/18
**purposes [5]** 2639/7
2657/6 2663/19 2665/5
2751/19
**pursuant [8]** 2651/10
2659/19 2659/19
2684/23 2685/4
2690/24 2698/2
2700/15
**put [23]** 2637/1
2639/15 2645/13
2656/14 2659/5
2659/10 2663/23
2665/11 2668/8
2679/13 2682/5 2683/1
2686/2 2686/8 2690/9
2695/15 2697/7
2699/22 2700/23
2702/4 2714/5 2725/25
2770/18
**PUTZI [1]** 2627/16

**Q**

**QRF [11]** 2650/5
2726/17 2745/4 2745/6
2745/8 2745/9 2772/16

**QRF...** 2777/20 2778/5
**quality [1]** 2638/4
**question [22]** 2654/4
2654/7 2655/8 2655/19
2657/11 2657/15
2693/17 2709/2 2709/6
2712/14 2732/9 2733/6
2740/12 2749/1
2751/19 2753/3
2766/24 2767/20
2769/20 2770/11
2772/17 2785/23
**questioning [1]**
2712/12
**questions [13]** 2656/3
2661/4 2680/1 2705/5
2705/13 2710/3
2710/10 2715/6 2728/9
2755/3 2756/6 2756/16
2770/21
**quick [2]** 2656/2
2675/3
**quickly [6]** 2656/12
2728/24 2748/13
2763/23 2766/13
2790/1
**quite [4]** 2655/20
2724/5 2730/13
2787/15

**R**

**radar [1]** 2711/22
**radicals [1]** 2683/14
**rah [2]** 2687/25
2687/25
**rah-rah [1]** 2687/25
**rail [1]** 2718/7
**raise [2]** 2662/3
2715/18
**raised [1]** 2647/24
**Rakoczy [2]** 2625/14
2631/12
**rallies [1]** 2706/1
**rally [7]** 2692/13
2722/2 2722/10
2722/18 2731/20
2760/13 2781/12
**Ranger [8]** 2693/11
2693/20 2693/22
2694/2 2695/4 2711/12
2712/1 2712/5
**Ranger Doug [5]**
2693/11 2693/20
2693/22 2695/4
2711/12
**Ranger Doug Smith [2]**
2712/1 2712/5
**Ranger Doug's [1]**
2694/2
**rape [2]** 2670/11
2714/16
**rather [3]** 2642/3
2661/3 2702/14
**rationale [1]** 2787/3
**re [4]** 2644/2 2737/11
2769/4 2769/13
**re-approached [1]**

**re-engaged [1]** 2769/4
**re-posting [1]** 2644/2
**re-take [1]** 2737/11
**reach [1]** 2652/18
**reached [1]** 2740/17
**reaching [1]** 2733/23
**read [19]** 2661/16
2664/16 2667/4
2667/21 2669/14
2670/21 2675/16
2675/25 2676/7
2676/14 2676/19
2689/2 2692/22
2694/17 2714/11
2720/23 2720/24
2721/5 2776/24
**reading [1]** 2653/25
**ready [4]** 2660/10
2671/3 2673/10
2770/21
**real [2]** 2766/12
2780/13
**really [17]** 2639/13
2650/21 2651/12
2651/14 2653/15
2724/6 2731/7 2731/19
2756/15 2757/8
2761/10 2761/15
2761/16 2768/3 2769/5
2771/3 2772/16
**Realtime [1]** 2628/3
**reason [8]** 2639/20
2644/25 2674/8
2675/21 2676/1
2742/15 2772/11
2777/6
**reasonable [2]** 2759/4
2763/25
**recall [33]** 2647/25
2706/10 2719/10
2740/25 2741/8
2741/22 2742/6 2749/1
2749/4 2751/3 2751/23
2758/18 2759/20
2760/23 2762/25
2761/1 2764/2 2765/9
2766/8 2766/9 2766/16
2769/14 2770/25
2771/5 2771/19
2773/14 2773/16
2773/18 2782/22
2782/24 2782/25
2783/2 2784/23
**recalls [1]** 2660/13
**receive [1]** 2732/14
**received [24]** 2648/22
2649/1 2650/13
2651/20 2653/24
2657/10 2666/16
2669/5 2680/18
2682/24 2685/10
2687/6 2691/5 2696/9
2698/7 2700/21
2726/14 2733/20
2736/23 2738/7
2750/10 2779/8
2779/18 2782/6

**re-ally [1]** 2719/5
**recess [3]** 2735/16
2735/17 2791/14
**recognize [18]** 2690/6
2724/19 2737/19
2737/20 2737/21
2737/24 2746/19
2747/4 2747/9 2747/11
2751/12 2752/4
2752/14 2753/6
2762/15 2779/5 2779/6
2781/20
**recollection [3]**
2765/16 2766/15
2785/2
**recon [1]** 2696/21
**reconnected [1]**
2785/9
**record [17]** 2632/15
2639/7 2643/24
2647/11 2648/1
2653/22 2654/2 2657/7
2701/9 2738/10
2751/10 2752/8
2752/10 2763/11
2766/20 2767/2 2792/3
**recorded [2]** 2628/6
2658/13
**recording [1]** 2633/16
**records [9]** 2634/3
2656/25 2697/4
2698/10 2699/25
2700/25 2701/7
2713/18 2713/20
**RECROSS [1]** 2629/4
**Red [1]** 2676/22
**redact [1]** 2634/19
**redirect [4]** 2629/4
2713/25 2714/3
2790/13
**reemerge [1]** 2743/1
**reemerged [1]** 2743/3
**refer [1]** 2664/8
**reference [4]** 2661/7
2661/18 2673/24
2693/20
**referenced [3]** 2758/23
2763/4 2771/17
**referring [2]** 2706/5
2784/18
**reflect [2]** 2766/20
2767/2
**reflects [1]** 2637/14
**refusing [1]** 2677/20
**regarding [2]** 2706/18
2712/6 2756/18
2761/21 2770/22
2772/4
**region [8]** 2663/21
2664/5 2665/8 2681/8
2697/1 2700/1 2701/6
2703/15
**Registered [1]** 2628/2
**regular [2]** 2689/4
2775/7
**regularly [1]** 2720/22
**regulations [1]** 2723/5
**relapse [1]** 2719/3

**R**

relapses [1] 2718/24
related [4] 2648/13 2705/25 2710/16 2733/9
relationship [1] 2641/19 2659/13
released [1] 2736/12
releasing [1] 2736/20
relevant [6] 2634/21 2638/25 2644/15 2645/16 2656/5 2656/23
reliability [3] 2654/24 2655/3 2656/4
relieve [1] 2742/18
relieving [1] 2742/22
rely [7] 2655/16 2655/21 2656/3 2657/13 2659/9 2659/10 2659/24
relying [1] 2657/18
remember [26] 2675/10 2677/19 2719/7 2727/9 2730/19 2730/24 2731/7 2732/15 2741/3 2743/7 2743/11 2746/3 2746/7 2746/8 2746/14 2746/15 2746/17 2751/15 2751/24 2752/10 2752/12 2752/20 2752/22 2752/24 2766/10 2769/3
remembering [1] 2646/3
remove [1] 2755/1
removed [3] 2754/24 2755/1 2755/2
reorient [1] 2739/19
repeat [2] 2732/9 2769/23
rephrase [2] 2709/6 2740/12
reported [1] 2759/13
Reporter [4] 2628/2 2628/2 2628/3 2628/3
represent [4] 2639/24 2705/12 2707/16 2712/22
representative [2] 2635/1 2637/16
request [3] 2652/11 2670/23 2736/17
require [1] 2713/6
required [3] 2655/8 2685/20 2713/15
requires [2] 2640/15 2641/3
research [2] 2656/2 2790/23
reservation [3] 2699/1 2699/3 2729/15
residence [2] 2654/25 2694/3
resident [1] 2654/23
residing [2] 2719/15

resisting [1] 2683/16
resolution [2] 2750/21 2751/22
resolve [1] 2791/14
resolved [1] 2645/7
resort [1] 2684/2
respectfully [1] 2642/6
respond [8] 2637/8 2637/10 2641/11 2641/17 2674/6 2675/5 2676/25 2677/8
responding [5] 2633/10 2638/5 2639/17 2641/13 2644/14
responds [2] 2671/23 2672/24
response [15] 2632/12 2636/12 2636/14 2638/3 2638/19 2639/7 2639/8 2640/16 2640/22 2642/1 2643/5 2644/22 2652/13 2693/17 2695/2
responses [1] 2640/24
rest [3] 2684/2 2740/20 2740/21
restate [2] 2733/6 2759/18
restaurant [1] 2721/18
result [1] 2728/21
resume [2] 2790/21 2791/3
RESUMED [1] 2660/19
retain [1] 2755/11
retirement [1] 2718/18
retrieve [1] 2744/25
retrieved [4] 2744/23 2789/2 2789/3 2789/4
return [8] 2637/23 2638/12 2685/2 2697/14 2717/14 2734/24 2745/24 2789/19
returned [9] 2717/15 2724/11 2742/24 2744/6 2745/21 2785/9 2788/18 2788/22 2789/20
returns [4] 2697/10 2699/1 2700/9 2700/13
reunited [1] 2788/21
reverse [1] 2634/22
review [6] 2643/22 2656/24 2697/4 2697/10 2723/4 2754/13
reviewed [7] 2663/14 2683/19 2711/5 2711/9 2711/10 2713/21 2714/22
reviewing [2] 2696/15 2711/23
revisit [1] 2735/12
revolution [1] 2673/19
revolution/Civil War [1] 2673/19

Revolutionary [1] 2674/25 2675/11
Revolutionary War [2] 2674/25 2675/11
rhetoric [2] 2640/9 2640/13
RHODES [45] 2625/6 2626/2 2631/9 2631/15 2664/19 2670/23 2671/24 2671/25 2672/5 2672/9 2672/12 2672/24 2673/3 2673/16 2674/6 2674/11 2675/5 2675/9 2675/14 2676/5 2676/10 2676/19 2676/25 2677/8 2677/23 2678/7 2678/14 2678/21 2701/24 2701/25 2702/12 2702/15 2705/12 2705/19 2714/20 2714/23 2738/25 2739/6 2739/7 2741/16 2743/8 2743/10 2743/17 2770/23 2770/25
Rhodes' [17] 2665/19 2665/22 2667/15 2668/16 2668/19 2675/3 2679/22 2680/8 2681/3 2682/11 2682/13 2682/16 2686/16 2686/17 2686/21 2686/24 2687/13
Rick [8] 2664/14 2665/2 2688/11 2688/14 2688/16 2688/19 2688/20 2709/19
ricky [2] 2675/7 2699/9
ricky-ticky [1] 2675/7
rid [1] 2638/24
ride [2] 2723/14 2767/11
rider [1] 2643/9
right [62] 2635/22 2635/24 2636/2 2636/6 2636/19 2637/16 2639/12 2641/22 2643/1 2643/16 2645/12 2646/18 2646/23 2647/7 2651/6 2653/20 2654/12 2654/20 2655/12 2655/10 2655/12 2660/6 2661/22 2662/3 2669/3 2674/17 2681/11 2685/9 2707/19 2711/16 2711/23 2712/8 2713/24 2715/18 2734/17 2734/23 2735/4 2735/14 2737/8 2749/14 2750/5 2750/6 2750/23 2751/11 2753/12 2756/7 2760/4

dictionary [1] 2772/23 2778/12
2779/1 2779/14 2787/6 2788/2 2789/25 2790/12 2790/15 2791/2 2791/6 2791/10 2791/18
rights [1] 2722/8
rioters [1] 2764/23
rioting [1] 2720/7
riots [6] 2720/9 2726/25 2757/7 2758/2 2758/3 2758/15
rise [3] 2631/2 2734/21 2790/25
Ritchie [1] 2627/17
RMR [2] 2792/2 2792/8
Road [1] 2627/3
roads [1] 2763/3
Roberta [1] 2701/23
Roberto [5] 2664/12 2664/13 2685/25 2699/9 2699/17
Roberto Minuta [3] 2664/12 2664/13 2685/25
Roc [3] 2678/24 2678/25 2679/5
Rocket.Chat [5] 2684/12 2684/13 2685/16 2685/17 2713/1
rode [2] 2759/18 2759/21
Rohde [23] 2665/13 2667/23 2668/10 2673/2 2679/17 2680/22 2683/4 2683/23 2686/10 2691/8 2693/7 2694/12 2695/1 2695/6 2696/24 2701/16 2702/4 2704/17 2714/5 2737/14 2746/11 2747/2 2750/12
role [6] 2645/4 2703/6 2738/19 2745/6 2755/17 2755/20
room [9] 2724/15 2727/14 2727/15 2727/16 2728/2 2729/18 2729/22 2744/7 2778/9
rooms [3] 2699/4 2699/8 2699/16
rotated [1] 2764/6
Rotunda [3] 2761/3 2767/24 2768/6
rough [1] 2764/13
Roughly [1] 2780/8
round [1] 2674/18
route [1] 2724/15
routinely [1] 2775/9
row [1] 2699/7
rows [2] 2697/14 2700/4
rule [4] 2632/8 2633/15 2660/14 2772/9

Rules [1] 2735/7
run [1] 2635/5
running [2] 2689/15 2761/13
runs [3] 2633/7 2634/24 2636/11
rustic [1] 2723/22

**S**

SA [2] 2660/18 2662/10
safe [2] 2757/6 2765/17
said [17] 2633/11 2635/6 2672/16 2681/4 2684/1 2720/4 2731/17 2736/17 2736/19 2741/3 2742/5 2743/17 2765/5 2770/20 2770/24 2784/24 2785/2
same [41] 2635/2 2635/6 2646/1 2667/25 2668/3 2669/2 2669/8 2670/4 2670/15 2671/19 2671/23 2671/25 2672/13 2673/12 2674/11 2674/12 2674/16 2676/12 2676/20 2676/25 2677/23 2678/3 2679/10 2680/15 2681/21 2682/2 2682/3 2688/6 2689/1 2689/13 2689/14 2693/14 2694/9 2696/14 2714/18 2731/9 2744/25 2748/22 2759/21 2759/22 2790/22
Samuel [6] 2674/16 2674/19 2674/22 2675/18 2676/1 2676/21
Sapper [1] 2664/22
sat [2] 2728/19 2769/9
satirical [2] 2640/8 2640/14
satisfied [1] 2633/15
Saturday [2] 2671/1 2672/15
saw [14] 2656/25 2728/2 2734/10 2740/7 2757/25 2760/6 2765/5 2765/23 2767/22 2770/24 2771/2 2771/11 2771/12 2788/19
say [14] 2646/10 2650/3 2651/7 2651/20 2652/21 2653/9 2653/22 2654/10 2654/13 2658/6 2658/12 2659/11 2673/9 2674/7 2675/9 2678/4 2694/5 2701/3 2706/19 2706/22 2706/25 2707/3

say... [22] 2707/15
2708/22 2713/7
2713/14 2714/25
2720/1 2721/7 2726/4
2729/9 2732/2 2739/21
2743/10 2743/14
2743/17 2745/22
2757/19 2759/11
2763/25 2764/16
2787/13 2787/15
2787/17
saying [6] 2646/10
2648/20 2649/8
2709/12 2732/15
2741/1
says [10] 2636/17
2641/10 2661/16
2664/7 2669/14
2688/11 2692/13
2694/16 2694/23
2696/21
scaling [4] 2734/9
2739/20 2740/8 2765/4
scenario [1] 2751/22
scene [1] 2781/20
scheduled [1] 2704/24
scheduling [1]
2790/19
school [1] 2717/3
scope [1] 2644/21
scores [1] 2705/17
screen [8] 2632/14
2690/17 2695/15
2700/23 2702/4
2737/17 2737/22
2746/6
screened [1] 2781/4
screenshot [2] 2692/2
2694/15
screenshots [2]
2691/22 2691/23
scroll [6] 2665/12
2668/9 2686/9 2690/11
2702/3 2746/11
scrutiny [1] 2642/8
SE [2] 2681/8 2681/24
sea [1] 2764/11
search [18] 2636/21
2637/22 2638/12
2642/17 2642/20
2643/2 2643/5 2643/9
2643/11 2644/12
2644/21 2652/25
2654/8 2658/9 2658/13
2684/19 2684/24
2685/2
searches [1] 2632/17
seat [1] 2763/9
seated [5] 2631/4
2631/6 2660/6 2735/18
2737/8
seating [1] 2730/25
second [13] 2661/17
2673/7 2702/3 2702/5
2703/2 2720/4 2721/21
2732/24 2747/2
2747/19 2751/6 2751/8

seconds [3] 2634/25
2635/10 2636/9
Secret [6] 2780/22
2780/25 2781/4 2781/7
2781/10 2781/11
section [2] 2637/24
2691/10 2704/17
secure [1] 2668/7
securing [1] 2723/4
security [20] 2671/2
2695/19 2696/20
2722/15 2722/19
2722/23 2723/5
2765/20 2766/2
2775/21 2777/10
2778/23 2780/16
2780/18 2781/2
2781/24 2782/14
2782/25 2783/5
2783/17
security/VIP [2]
2695/19 2696/20
see [47] 2632/9
2632/16 2635/6 2635/9
2636/1 2636/17
2636/19 2648/14
2661/8 2690/17 2699/7
2703/2 2703/12
2706/22 2706/25
2707/3 2722/11 2725/6
2734/2 2734/9 2734/20
2735/12 2735/14
2737/16 2743/1
2747/22 2747/25
2748/4 2748/8 2763/3
2764/11 2764/22
2764/23 2765/1 2765/3
2766/1 2769/10 2771/1
2771/10 2779/5
2779/21 2780/4 2780/6
2781/17 2782/12
2790/12 2790/24
seeing [6] 2743/7
2746/7 2746/15
2746/17 2751/21
2756/25
seek [11] 2679/25
2680/13 2685/6 2691/2
2698/4 2700/17 2726/1
2738/3 2747/16
2748/12 2782/2
Seeker [4] 2670/14
2670/16 2670/22
2671/19
seeking [4] 2645/13
2649/24 2658/15
2698/9
seeks [6] 2645/1
2666/2 2668/25
2682/18 2687/2 2696/5
seem [3] 2650/23
2651/16 2768/18
seemed [1] 2769/6
seems [4] 2638/3
2640/5 2641/12 2642/2
seen [11] 2638/19
2673/20 2688/14

2734/7 2739/19
2779/25 2783/22
2784/2
sees [1] 2644/23
seized [2] 2649/17
2654/25
seizing [2] 2659/1
2659/2
seizure [1] 2654/1
self [1] 2675/12
self-taught [1] 2675/12
sells [1] 2632/24
send [3] 2667/19
2672/9 2774/23
sending [3] 2667/17
2692/1 2692/1
sense [2] 2741/9
2764/1
sensory [1] 2646/21
sent [10] 2667/10
2667/12 2667/13
2670/5 2673/3 2673/4
2678/24 2692/3
2692/16 2693/13
sentence [1] 2785/19
separate [3] 2635/3
2658/3 2689/5
separated [2] 2744/4
2769/3
separately [1] 2632/18
seriously [2] 2670/8
2714/13
serve [3] 2716/18
2717/16 2717/21
served [3] 2643/5
2716/22 2717/17
server [1] 2684/16
service [9] 2730/20
2756/15 2759/12
2780/22 2780/25
2781/4 2781/7 2781/10
2781/11
Services [14] 2648/3
2648/6 2648/22
2648/23 2648/24
2648/25 2649/10
2650/12 2651/2 2651/4
2651/7 2651/19
2656/22 2659/18
serving [2] 2716/23
2717/23
session [2] 2625/7
2742/10
set [1] 2759/24
seven [1] 2672/1
several [6] 2705/21
2719/6 2759/21 2760/9
2764/13 2775/12
shall [1] 2675/7
share [2] 2659/25
2729/16
she [7] 2711/18
2711/18 2717/13
2732/2 2740/18
2765/17 2765/17
shed [1] 2634/14
shipped [1] 2648/8

2689/10
short [1] 2763/12
shortly [4] 2653/9
2734/20 2734/25
2735/15
shot [2] 2785/8
2785/11
shots [1] 2674/18
should [6] 2641/2
2707/15 2736/12
2739/5 2741/2 2766/14
shouldn't [3] 2733/19
2736/19 2736/20
show [13] 2666/5
2670/10 2671/3 2684/9
2708/18 2714/15
2724/16 2725/10
2726/24 2746/1 2746/5
2762/12 2779/3
showed [1] 2726/8
showing [4] 2637/7
2649/13 2746/13
2752/3
shown [3] 2746/14
2748/17 2762/15
shows [2] 2690/5
2701/1
shy [1] 2715/1
sic [1] 2746/2
side [20] 2739/15
2739/25 2740/4
2740/21 2740/23
2762/17 2762/21
2762/24 2762/25
2763/2 2763/5 2764/8
2764/16 2764/20
2764/22 2766/18
2767/3 2768/15 2769/9
2783/25
siege [3] 2757/17
2761/21 2762/1
Siekerman [3] 2704/16
2704/20 2704/23
Signal [24] 2664/9
2665/10 2665/16
2667/13 2668/13
2670/2 2679/19
2685/22 2686/12
2690/13 2691/22
2695/18 2701/9
2712/19 2715/2
2720/18 2720/18
2720/21 2745/16
2754/13 2754/16
2754/20 2776/21
2776/22
significant [1] 2679/1
signs [1] 2783/3
similar [3] 2637/10
2671/17 2780/20
simply [5] 2641/17
2641/24 2653/22
2657/25 2658/6
since [7] 2640/13
2704/17 2728/8
2728/24 2734/15
2742/9 2748/23

sinple [1] 2705/18
sir [19] 2660/16
2661/24 2679/2
2716/12 2724/19
2725/9 2725/12
2725/18 2734/24
2735/4 2738/10
2759/17 2762/14
2762/19 2763/6
2766/13 2767/5
2772/21 2791/8
sit [2] 2677/13 2778/4
sits [1] 2683/15
sitting [4] 2719/11
2722/12 2731/8 2780/1
situation [6] 2726/24
2763/21 2769/7 2769/7
2770/18 2774/8
situational [1] 2777/3
skeptical [1] 2658/23
skip [1] 2759/17
slacks [1] 2730/10
sleep [2] 2729/18
2744/10
sleeve [1] 2674/16
slept [1] 2744/2
slide [49] 2667/23
2668/2 2670/13 2671/4
2671/18 2671/22
2672/8 2672/23 2673/1
2673/6 2673/11 2674/5
2675/1 2675/4 2675/8
2675/14 2675/20
2676/4 2676/9 2676/18
2676/24 2677/7
2677/15 2677/22
2678/1 2678/6 2678/13
2678/17 2678/20
2678/23 2683/23
2688/24 2689/12
2689/17 2694/8
2694/25 2695/6 2695/7
2701/16 2747/19
2747/24 2747/25
2748/3 2748/7 2750/12
2751/6 2751/8 2752/3
2752/3
Slide 3 [2] 2752/3
2752/3
slowed [1] 2763/22
small [3] 2679/8
2704/18 2744/5
smaller [1] 2638/7
Smith [6] 2693/23
2693/24 2711/13
2711/15 2712/1 2712/5
so [155] 2632/9
2632/10 2632/15
2632/25 2633/15
2634/5 2634/13
2634/23 2635/3 2635/9
2635/11 2635/18
2635/22 2635/23
2636/3 2636/12
2636/17 2636/22
2637/3 2638/11
2638/14 2638/18
2639/7 2641/15

**so... [131]** 2642/16
2643/22 2644/17
2645/3 2647/8 2647/18
2647/25 2648/9
2648/14 2649/11
2650/6 2650/9 2650/12
2652/7 2652/8 2652/10
2652/16 2654/15
2654/23 2656/1
2656/25 2657/21
2657/23 2658/15
2658/18 2658/25
2659/20 2661/16
2667/9 2669/24
2670/19 2671/3 2672/3
2672/18 2673/2 2673/3
2677/9 2677/20 2679/3
2683/5 2683/21 2684/2
2685/15 2685/22
2691/10 2691/12
2691/19 2691/23
2692/1 2693/13
2694/23 2696/12
2700/24 2701/8
2701/14 2701/21
2702/24 2704/10
2704/14 2704/18
2708/12 2710/15
2711/19 2713/10
2713/16 2715/16
2716/25 2717/13
2718/11 2723/7 2725/6
2728/18 2728/21
2729/4 2729/16
2729/18 2733/10
2733/16 2734/25
2735/5 2735/11
2735/23 2735/24
2736/25 2739/13
2740/6 2742/16
2742/18 2744/1
2744/18 2744/23
2749/6 2749/12
2749/24 2750/13
2751/20 2753/20
2756/14 2759/16
2759/21 2760/1
2760/10 2761/8 2761/8
2761/10 2761/24
2763/2 2763/15
2763/25 2764/5
2764/19 2765/19
2769/13 2774/17
2776/11 2778/8
2778/15 2778/16
2780/22 2780/25
2782/14 2782/17
2784/13 2784/23
2787/8 2787/18 2788/2
2790/20 2791/3
2791/14 2791/19
**so I think [2]** 2632/25
2790/20
**so it's [2]** 2671/3
2749/6
**so this is [3]** 2638/18
2683/5 2685/22

2673/3 2693/13
**So this section [1]**
2691/10
**so-called [1]** 2658/25
**social [1]** 2663/14
**social-media [1]**
2663/14
**soldier [1]** 2674/23
**soldiers [1]** 2674/24
**solely [1]** 2639/16
**some [42]** 2631/25
2632/1 2632/2 2632/17
2634/7 2634/14 2657/3
2660/9 2661/4 2671/8
2677/10 2689/5
2689/22 2689/25
2691/20 2719/17
2719/18 2721/2
2722/15 2722/17
2730/20 2731/3
2732/14 2732/14
2733/23 2738/16
2740/16 2742/18
2743/1 2743/5 2743/21
2744/14 2746/2 2746/7
2746/17 2748/15
2754/22 2757/9
2757/12 2777/1
2784/16 2789/18
**somebody [19]**
2636/23 2637/9
2638/18 2638/20
2639/5 2639/14
2641/10 2641/15
2642/1 2650/21
2651/13 2727/16
2741/10 2742/5 2742/8
2783/6 2785/3 2785/7
2787/5
**somebody's [2]** 2654/9
2654/13
**somehow [1]** 2729/14
**someone [30]** 2634/18
2636/12 2636/14
2637/1 2637/10 2638/1
2639/8 2641/12
2641/13 2642/23
2661/7 2670/16
2678/25 2679/3 2688/8
2688/16 2688/21
2689/3 2692/6 2704/15
2704/19 2713/11
2713/12 2741/5 2742/1
2757/20 2784/1
2785/21 2786/4
2787/18
**someone's [1]** 2652/25
**someplace [1]** 2723/20
**something [22]** 2637/2
2638/5 2638/18
2638/19 2638/24
2639/7 2639/14 2640/5
2640/14 2640/14
2641/10 2641/16
2641/16 2644/6
2644/19 2656/7
2717/10 2718/17

2673/3 2693/13
2765/23 2787/5
**somewhere [3]** 2763/7
2763/12 2766/21
**soon [1]** 2731/22
**SoRelle [2]** 2661/12
2661/19
**sorry [19]** 2635/15
2636/6 2648/16 2666/9
2675/21 2675/22
2682/22 2694/21
2695/12 2698/9 2710/2
2720/3 2726/4 2733/5
2733/7 2733/8 2757/11
2758/4 2774/11
**sort [6]** 2637/8 2637/10
2638/1 2640/8 2659/24
2767/16
**sounds [1]** 2644/15
**source [4]** 2663/14
2679/24 2680/15
2680/16
**south [3]** 2762/21
2762/24 2763/2
**southeast [6]** 2663/21
2664/5 2697/1 2699/25
2701/6 2764/6
**southwest [1]** 2765/2
**speak [7]** 2643/7
2679/11 2706/5 2737/2
2780/1 2780/4 2780/6
**speaking [4]** 2702/10
2779/24 2780/9
2781/12
**speaks [2]** 2632/25
**Special [44]** 2645/24
2660/13 2660/23
2661/4 2661/15
2661/21 2661/22
2662/2 2662/6 2662/14
2662/23 2663/19
2664/3 2665/5 2665/14
2666/21 2668/11
2669/8 2672/3 2674/19
2678/25 2679/15
2680/2 2680/6 2682/7
2683/5 2684/11
2685/15 2686/11
2687/9 2690/12
2692/23 2696/25
2697/9 2698/17
2699/24 2700/24
2705/10 2706/17
2707/13 2710/23
2714/8 2714/22 2715/7
**Special Agent [22]**
2645/24 2660/13
2660/23 2661/22
2662/2 2662/6 2662/14
2665/5 2668/11 2672/3
2674/19 2678/25
2679/15 2680/2
2685/15 2686/11
2696/25 2698/17
2699/24 2700/24
2705/10 2714/8
**Special Agent Abrams
[1]** 2682/7

**Special Agent Ella [3]**
2661/4 2661/15
2661/21
**specific [11]** 2673/24
2705/19 2705/22
2706/4 2706/7 2720/2
2742/3 2742/4 2769/15
2775/13 2784/25
**specifically [12]**
2702/14 2703/19
2711/3 2713/8 2741/3
2741/4 2741/6 2745/4
2765/25 2784/23
2787/16 2788/6
**specifics [1]** 2770/9
**speculation [1]** 2786/7
**sped [1]** 2763/23
**speech [4]** 2731/14
2731/15 2732/7
2760/13
**speed [1]** 2761/17
**spell [2]** 2644/1
2662/17
**spelling [2]** 2661/14
2716/8
**spend [1]** 2723/17
**spent [1]** 2757/2
**split [1]** 2702/4
**spoke [3]** 2672/14
2676/2 2706/18
**sports [1]** 2780/21
**spotted [1]** 2742/18
**spray [1]** 2671/21
**spreadsheet [1]**
2667/2
**squared [1]** 2671/10
**Sr [1]** 2627/16
**stairs [1]** 2770/3
**stand [10]** 2657/17
2657/22 2660/19
2673/10 2715/17
2725/5 2736/4 2737/11
2757/13 2782/17
**standard [4]** 2641/3
2643/5 2643/8 2667/6
**Standby [1]** 2681/25
**standing [6]** 2668/1
2741/17 2760/18
2766/25 2768/16
2770/3
**standpoint [1]** 2635/19
**stands [3]** 2637/3
2684/3 2735/16
**stanley [4]** 2627/2
2627/5 2631/16 2773/5
**start [6]** 2660/9 2674/3
2732/7 2732/12
2761/13 2761/15
**started [13]** 2718/6
2732/9 2732/13
2734/19 2734/25
2743/12 2743/14
2754/19 2760/13
2761/3 2762/2 2762/6
2763/2
**state [11]** 2640/7
2646/20 2662/17
2694/19 2716/12

2694/13 2719/14
2723/16 2774/10
2774/11 2774/14
**stated [3]** 2756/18
2756/19 2759/23
**statement [12]** 2645/7
2645/10 2645/15
2646/5 2646/10
2646/20 2652/10
2652/13 2748/23
2786/25 2787/9
2787/12
**statements [4]**
2645/23 2646/14
2646/17 2666/14
**states [18]** 2625/1
2625/3 2625/10 2631/8
2633/21 2633/23
2640/20 2644/9
2644/10 2664/25
2681/9 2681/24
2717/24 2731/4
2733/14 2758/1
2762/16 2782/18
**stating [1]** 2716/8
**stay [8]** 2697/5
2699/11 2723/18
2728/23 2731/13
2740/19 2765/12
2765/15
**stayed [5]** 2723/21
2740/4 2740/19 2766/7
2778/20
**Steal [1]** 2672/15
**Steal/Jericho [1]**
2672/15
**stenography [1]**
2628/6
**step [9]** 2661/23
2661/25 2664/1 2715/8
2734/23 2735/25
2754/14 2762/14
2766/12
**steps [1]** 2663/12
**STEWART [18]** 2625/6
2626/2 2631/9 2661/16
2670/23 2671/24
2672/5 2701/24
2701/25 2738/25
2739/6 2739/7 2741/16
2743/8 2743/10
2743/11 2743/17
2770/23
**Stewart Rhodes [13]**
2670/23 2671/24
2672/5 2701/24
2701/25 2738/25
2739/6 2739/7 2741/16
2743/8 2743/10
2743/17 2770/23
**still [3]** 2674/8 2677/12
2754/20
**stipulation [4]** 2649/11
2652/19 2653/25
2690/24
**stockpile [1]** 2778/6
**stolen [1]** 2722/10
**stood [2]** 2719/23

**stood... [1]** 2785/5
**stop [7]** 2672/14
2677/9 2757/21
2761/22 2784/7
2784/10 2784/16
**stopped [3]** 2723/17
2763/5 2765/8
**storm [2]** 2758/25
2767/9
**storming [2]** 2759/2
2767/23
**story [1]** 2676/1
**strategy [1]** 2675/12
**Street [3]** 2625/17
2626/11 2626/15
**strengthen [1]** 2674/4
**strong [1]** 2655/5
**subdued [1]** 2745/25
**subject [5]** 2651/14
2670/16 2679/1
2688/16 2750/6
**subjects [1]** 2663/14
**submit [2]** 2640/1
2658/21
**subpoena [5]** 2640/24
2642/14 2642/16
2652/6 2756/4
**subsequently [3]**
2717/15 2731/22
2754/13
**such [5]** 2633/18
2633/19 2646/21
2647/15 2658/24
**suck [2]** 2743/13
2743/17
**suffice [1]** 2642/17
**sufficient [2]** 2651/4
2653/11
**suggest [5]** 2654/22
2654/24 2701/21
2702/8 2759/4
**Suite [4]** 2626/4 2626/8
2627/8 2627/17
**summarize [1]** 2656/24
**summarized [1]**
2697/21
**summarizing [1]**
2697/17
**summary [10]** 2697/17
2697/24 2698/4
2698/12 2699/2 2700/6
2700/12 2701/5
2701/15 2701/17
**summer [1]** 2723/22
**sunshine [1]** 2695/10
**supervisor [1]** 2718/9
**supply [2]** 2693/12
2693/21
**support [1]** 2755/5
**supporting [1]**
2722/11
**suppose [4]** 2637/2
2648/20 2648/24
2651/21
**suppress [1]** 2633/18
**Supreme [1]** 2671/1
**Supreme Court [1]**

**sure [27]** 2633/4
2635/17 2640/19
2641/1 2644/19
2650/17 2653/17
2654/16 2657/1 2659/4
2672/1 2679/7 2711/7
2711/19 2731/19
2732/22 2732/23
2736/21 2741/16
2743/25 2748/22
2762/10 2765/17
2786/18 2787/1 2787/7
2788/19
**surprised [1]** 2649/14
**surrounding [1]**
2776/21
**suspect [1]** 2655/1
**sustain [1]** 2770/7
**sustained [5]** 2740/11
2776/18 2786/6
2786/14 2787/24
**switch [1]** 2689/6
**SWORN [3]** 2660/19
2662/10 2716/4
**symbol [1]** 2690/3
**system [3]** 2668/7
2718/22 2718/23
**systems [1]** 2718/10

**T**

**T-e-r-r-y [1]** 2716/10
**tactical [1]** 2730/13
**take [27]** 2634/8
2634/10 2648/2 2650/2
2656/13 2660/14
2670/8 2674/8 2696/24
2699/21 2714/13
2715/13 2715/15
2715/23 2715/25
2719/24 2725/16
2734/14 2734/15
2734/17 2737/4
2737/11 2755/17
2780/23 2781/16
2790/20 2791/10
**taken [5]** 2710/18
2737/24 2738/1
2746/19 2746/22
**takeover [1]** 2706/8
**taking [4]** 2721/19
2763/4 2783/19
2784/11
**talk [10]** 2649/23
2721/16 2741/5 2741/7
2741/10 2742/7 2758/5
2775/9 2783/25 2788/6
**talked [3]** 2665/10
2687/9 2770/4
**talking [7]** 2669/9
2683/6 2730/4 2742/9
2767/23 2771/20
2771/22
**target [2]** 2643/11
2643/13
**Tarpley [2]** 2626/10
2631/15
**taught [1]** 2675/12

**team [4]** 2672/1 2672/2
2689/23 2725/10
**teams [2]** 2696/21
2765/23
**tear [1]** 2743/19
**telephonically [1]**
2775/9
**tell [7]** 2689/3 2708/19
2710/23 2719/11
2750/19 2750/22
2779/21
**telling [6]** 2751/15
2751/23 2752/10
2752/20 2752/24
2786/10
**ten [6]** 2711/2 2760/17
2760/19 2761/9
2761/24 2763/15
**tenable [1]** 2640/23
**tenor [1]** 2770/14
**Tenth [1]** 2633/24
**term [1]** 2673/20
**terms [3]** 2659/20
2664/24 2666/24
**terribly [3]** 2650/23
2651/16 2653/17
**terrorism [1]** 2663/1
**terrorist [1]** 2684/4
**Terry [4]** 2715/17
2716/4 2716/10
2750/24
**Terry Cummings [1]**
2715/17
**testified [12]** 2650/13
2660/19 2705/15
2705/17 2708/14
2739/18 2777/9
2777/14 2778/9
2779/25 2783/5 2786/9
**testifies [1]** 2653/24
**testify [13]** 2637/17
2644/17 2648/21
2648/25 2649/15
2652/9 2652/17
2652/20 2657/4 2657/9
2659/1 2659/3 2749/13
**testifying [4]** 2651/3
2657/18 2756/3
2786/25
**testimony [20]** 2634/1
2650/9 2653/6 2657/12
2658/22 2661/23
2663/19 2665/5 2665/5
2691/1 2692/7 2698/2
2700/16 2707/18
2707/18 2715/8 2735/1
2755/24 2791/3 2791/6
**text [8]** 2635/2 2635/3
2635/7 2638/12
2704/18 2705/14
2705/14 2754/9
**texts [1]** 2715/1
**than [13]** 2637/20
2641/12 2642/3
2647/22 2654/8
2654/16 2655/3
2691/18 2711/2

**FOR [1]** 2750/24
**thank [62]** 2660/3
2660/12 2661/15
2661/21 2661/23
2661/24 2662/5
2663/25 2664/10
2665/3 2665/3 2665/13
2666/10 2666/18
2668/10 2679/24
2680/22 2683/4
2683/23 2685/13
2689/11 2691/11
2693/8 2694/12
2699/21 2702/5
2704/18 2705/11
2706/11 2707/7 2707/8
2708/11 2709/25
2710/3 2713/22
2713/24 2715/7 2715/9
2715/20 2720/6 2725/8
2725/25 2734/19
2735/4 2735/14
2737/13 2748/12
2753/14 2756/6
2756/14 2763/9 2767/5
2768/3 2770/21
2772/21 2772/23
2779/11 2787/21
2789/25 2790/23
2791/8 2791/20
**thank you [52]** 2660/3
2660/12 2661/15
2661/23 2661/24
2662/5 2664/10 2665/3
2665/3 2665/13
2666/10 2668/10
2679/24 2680/22
2683/4 2683/23
2685/13 2689/11
2691/11 2694/12
2699/21 2702/5
2704/18 2705/11
2706/11 2707/7 2707/8
2708/11 2709/25
2710/3 2713/22
2713/24 2715/7 2715/9
2715/20 2725/8
2725/25 2734/19
2735/4 2735/14
2737/13 2748/12
2753/14 2756/6
2756/14 2763/9 2767/5
2772/21 2772/23
2779/11 2789/25
2791/8
**Thanks [2]** 2735/13
2767/25
**that [645]**
**that's [61]** 2633/22
2633/24 2635/3 2638/2
2638/6 2639/13
2640/10 2640/22
2641/9 2641/16
2641/25 2642/25
2644/2 2646/9 2648/8
2649/12 2649/15
2649/17 2650/22

**2651/21**
2653/11 2653/17
2655/2 2655/4 2655/18
2655/24 2656/25
2657/14 2658/3 2658/3
2658/14 2666/8
2670/21 2674/7
2674/13 2683/22
2702/22 2702/23
2707/7 2710/17
2712/14 2713/8
2719/12 2725/2 2736/7
2739/13 2746/6 2752/8
2752/18 2763/4 2763/5
2767/15 2770/19
2774/3 2774/10 2781/1
2782/11 2785/10
2789/24 2790/16
**their [21]** 2632/7
2634/5 2637/22 2644/21
2646/14 2647/19
2659/18 2664/21
2674/18 2688/1 2697/5
2720/13 2736/5
2738/17 2743/6 2755/7
2757/15 2770/15
2780/23 2780/23
2789/4
**thelinderfirm.com [1]**
2626/6
**them [48]** 2632/8
2633/7 2634/24
2636/13 2641/1
2643/22 2648/6
2648/10 2649/7
2650/18 2650/18
2657/17 2657/21
2659/3 2659/18 2665/2
2679/17 2704/8
2705/17 2718/5
2720/23 2723/10
2727/15 2727/15
2727/16 2730/13
2741/5 2742/2 2742/25
2745/13 2746/15
2746/17 2748/20
2748/21 2749/3
2749/25 2753/1 2757/9
2757/10 2760/16
2768/9 2769/4 2769/10
2769/13 2780/24
2785/9 2788/19
2789/12
**theme [2]** 2757/25
2758/12
**themselves [2]** 2693/8
2694/11
**then [75]** 2632/20
2634/25 2635/7 2638/3
2641/4 2644/21 2646/4
2646/7 2646/19
2646/20 2648/5
2648/11 2648/22
2649/7 2650/3 2651/11
2651/24 2652/1 2653/9
2654/6 2654/14
2654/21 2657/17
2658/10 2658/16

then... [50] 2658/25
2659/3 2659/15 2666/8
2667/1 2673/18 2674/9
2685/4 2687/21 2689/4
2689/16 2692/13
2694/15 2695/2 2704/8
2704/11 2718/6 2718/9
2721/15 2727/14
2731/9 2744/6 2749/9
2749/19 2752/3
2752/10 2752/13
2752/16 2752/24
2753/2 2753/2 2754/11
2754/18 2757/7
2760/13 2762/23
2763/2 2763/4 2764/6
2764/16 2765/2 2767/8
2767/14 2769/10
2771/16 2778/19
2788/12 2788/24
2790/13 2790/16

**then-President Trump's [1]** 2760/13

**there [101]** 2631/25
2632/20 2633/14
2634/1 2634/7 2636/13
2637/1 2637/5 2637/13
2637/15 2639/20
2644/6 2644/18
2648/14 2648/17
2649/4 2653/7 2654/23
2657/2 2663/6 2671/2
2672/1 2672/20
2676/21 2680/1 2684/3
2684/19 2686/7
2689/22 2699/9
2704/15 2704/19
2705/16 2705/21
2706/1 2706/4 2710/22
2713/8 2714/8 2719/21
2720/5 2721/15 2722/1
2722/2 2722/9 2722/10
2724/2 2724/4 2724/5
2724/5 2724/14
2725/10 2726/17
2726/25 2727/9
2727/17 2727/19
2728/4 2730/18 2734/4
2734/5 2736/24
2736/25 2738/16
2740/2 2740/24
2741/15 2741/17
2741/18 2741/22
2741/25 2742/1 2742/4
2742/7 2742/11 2743/5
2744/3 2744/21
2745/10 2757/15
2758/3 2759/2 2759/19
2759/21 2760/6
2760/18 2761/16
2762/4 2764/12 2766/3
2766/9 2768/16
2770/18 2771/17
2774/25 2780/22
2780/25 2781/17
2781/20 2785/24
2788/18

there... [2]   2644/12
2644/13 2649/3
2650/6 2652/7 2654/17
2655/2 2661/7 2661/18
2666/13 2670/4 2674/9
2675/21 2676/1
2689/25 2705/18
2706/7 2713/10
2733/10 2748/15

**thereafter [1]**   2731/22
**these [81]**   2631/22
2632/7 2632/9 2633/6
2634/4 2634/10
2634/15 2634/21
2634/24 2636/11
2639/22 2648/12
2650/4 2650/13 2651/9
2651/12 2651/20
2652/17 2652/22
2653/12 2653/16
2653/24 2654/10
2655/13 2655/17
2656/15 2657/3 2657/9
2657/19 2658/2 2658/4
2659/16 2664/25
2665/14 2665/16
2665/18 2665/20
2665/24 2666/21
2667/6 2668/11
2668/13 2668/22
2670/11 2679/16
2680/7 2680/10
2680/14 2680/21
2682/7 2682/8 2682/12
2682/15 2686/10
2686/11 2686/12
2686/14 2686/14
2686/19 2686/23
2690/12 2690/13
2690/14 2690/20
2691/23 2699/1 2699/8
2699/15 2706/1
2708/13 2713/13
2714/9 2714/16
2720/21 2721/18
2746/14 2746/19
2748/15 2748/17
2761/25 2762/5

**they [103]**   2634/22
2635/5 2635/6 2639/8
2639/10 2640/21
2640/25 2641/1 2641/3
2643/8 2644/21
2644/23 2645/22
2650/15 2650/17
2651/13 2653/2 2653/4
2653/8 2653/10 2654/3
2655/5 2657/10
2657/10 2659/24
2664/20 2664/20
2664/21 2664/22
2665/10 2666/23
2668/24 2670/1
2670/10 2670/10
2670/12 2671/13
2671/15 2674/13
2674/14 2674/14
2680/12 2686/15

there-APM [2]   2630/3
2714/15 2714/17
2717/12 2721/4 2725/6
2727/24 2728/24
2731/8 2732/15 2736/5
2740/4 2740/17
2740/17 2740/20
2742/21 2743/3
2743/12 2743/14
2743/16 2746/5
2746/22 2749/25
2757/6 2757/25
2759/22 2762/5 2763/5
2765/15 2765/19
2766/4 2767/1 2768/23
2768/23 2768/24
2769/8 2769/17 2770/1
2770/4 2770/15
2770/17 2770/17
2771/19 2774/23
2774/25 2775/18
2775/23 2776/4 2776/5
2776/5 2776/15 2781/2
2781/14 2785/9
2788/18 2788/19
2788/20 2789/9
2789/14

**they'd [2]**   2722/16
2768/24

**they'll [3]**   2651/21
2750/6 2789/19
**they're [8]**   2639/17
2644/16 2645/22
2655/12 2658/3 2658/6
2659/18 2659/21
**they've [4]**   2648/7
2654/11 2659/21
2711/10
**thing [4]**   2646/1
2729/24 2787/13
2787/15
**things [9]**   2663/15
2674/7 2701/9 2719/12
2719/21 2720/1 2720/5
2758/2 2763/22
**think [46]**   2632/25
2636/4 2639/20 2641/6
2641/8 2642/9 2644/25
2646/9 2650/19 2651/6
2651/22 2652/1 2652/2
2653/2 2653/11 2654/2
2654/4 2654/17
2655/20 2655/20
2655/24 2656/5
2656/14 2657/4 2657/6
2659/9 2659/14
2659/21 2674/14
2693/11 2721/15
2726/9 2728/3 2735/7
2736/7 2742/13
2748/25 2749/19
2752/25 2772/17
2774/7 2779/11
2789/24 2790/4
2790/20 2791/19
**thinking [2]**   2648/18
2742/8
**thinks [1]**   2666/15

unified [1]   2632/4
**third [6]**   2657/21
2659/12 2659/12
2659/13 2679/8
2747/24

**third-world [1]**   2679/8
**this [337]**
**Thomas [3]**   2627/16
2631/11 2712/22
**Thomas Caldwell [1]**
2712/22
**those [36]**   2634/8
2635/20 2637/14
2637/17 2637/25
2646/15 2647/20
2648/5 2649/9 2649/20
2650/5 2650/9 2650/20
2651/4 2654/2 2665/24
2668/22 2680/11
2683/19 2697/12
2700/9 2700/13
2702/18 2703/23
2704/14 2705/3 2713/5
2713/19 2749/1 2759/7
2763/3 2775/12
2776/15 2776/24
2781/10 2781/11
**though [1]**   2698/14
**thought [2]**   2644/3
2656/23
**thoughts [2]**   2677/14
2758/6
**thousand [2]**   2676/22
2764/13
**thousands [1]**   2711/5
**thread [1]**   2636/22
**threads [1]**   2643/12
**threatened [1]**   2756/1
**three [15]**   2671/8
2671/11 2671/15
2699/4 2699/4 2699/8
2699/13 2699/15
2702/17 2704/13
2705/2 2705/3 2757/17
2790/9 2790/10
**through [31]**   2634/6
2645/24 2647/18
2648/18 2651/23
2665/10 2665/12
2668/9 2678/15
2678/19 2679/17
2686/9 2688/11
2690/11 2694/2
2701/12 2705/16
2708/15 2718/4
2720/24 2726/5 2726/6
2726/13 2726/14
2773/11 2774/23
2780/16 2781/15
2781/24 2782/14
2787/10
**throughout [2]**
2644/17 2726/25
**thus [1]**   2686/6
**ticky [1]**   2675/7
**tied [1]**   2750/1
**time [66]**   2634/11
2635/2 2635/9 2635/20

2636/16 2645/18
2646/14 2652/18
2663/6 2663/11 2665/6
2666/6 2667/6 2667/6
2669/20 2673/2 2673/4
2673/7 2673/14
2676/17 2677/20
2699/19 2707/7
2709/25 2715/8
2717/24 2718/12
2718/24 2718/25
2719/2 2719/4 2719/22
2720/10 2721/9
2721/16 2721/20
2721/21 2722/13
2722/16 2731/11
2731/16 2731/18
2731/19 2732/22
2734/3 2742/17
2743/24 2763/21
2763/23 2764/1
2766/12 2766/13
2768/14 2769/3 2769/7
2769/7 2770/16
2770/23 2771/5
2771/10 2771/11
2771/14 2771/19
2773/22 2774/2 2774/8
**times [3]**   2763/24
2771/22 2788/5
**timing [1]**   2790/19
**title [1]**   2662/22
**titled [1]**   2792/4
**today [17]**   2632/2
2634/6 2643/18
2644/18 2647/5
2647/13 2652/20
2663/19 2687/10
2691/19 2713/21
2719/12 2719/13
2748/23 2755/24
2756/3 2778/4
**today's [1]**   2665/5
**together [4]**   2635/5
2721/16 2760/22
2771/20
**told [7]**   2655/17 2676/1
2731/16 2786/10
2787/6 2789/12
2789/20
**too [6]**   2650/2 2678/22
2689/6 2694/14
2694/24 2772/16
**took [5]**   2727/14
2727/15 2727/16
2753/19 2763/17
**top [2]**   2680/21 2765/3
**topic [3]**   2677/25
2714/21 2736/9
**total [1]**   2760/5
**touch [2]**   2702/9
2705/2
**touches [1]**   2678/10
**toward [2]**   2730/16
2732/8 2732/12 2783/6
**towards [4]**   2723/20
2733/22 2767/4 2776/2
**Towers [1]**   2627/17

2820

T

**training [1]** 2722/24
**traitors [1]** 2673/19
**transcript [4]** 2625/9
2628/6 2649/6 2792/3
**transcription [1]**
2628/7
**transfer [2]** 2689/22
2690/5
**Transit [1]** 2718/2
**transitioning [1]**
2652/1
**transport [1]** 2745/24
**transportation [4]**
2718/14 2729/25
2730/2 2769/24
**travel [6]** 2697/1
2723/7 2723/8 2729/25
2760/21 2776/11
**traveled [9]** 2694/2
2699/20 2723/9
2775/16 2776/1 2776/4
2776/15 2777/17
2778/19
**traveling [7]** 2677/9
2722/1 2730/16
2754/10 2754/16
2761/24 2777/6
**travels [1]** 2723/11
**trial [4]** 2625/9 2644/12
2644/15 2644/17
**trick [1]** 2674/16
**trip [3]** 2728/10
2745/25 2753/21
**troubled [1]** 2757/20
**Troy [1]** 2625/16
**true [3]** 2639/10
2670/21 2713/19
**truly [1]** 2689/6
**Trump [3]** 2672/22
2677/11 2678/5
2683/14 2683/15
2684/3 2687/25 2780/4
2780/6
**Trump's [2]** 2731/14
2760/13
**trust [1]** 2656/9
**truth [4]** 2670/14
2670/16 2671/19
2787/9
**try [3]** 2651/15 2677/10
2744/5
**trying [6]** 2683/15
2721/17 2741/7
2741/10 2741/19
2747/5
**Tuesday [1]** 2689/23
**turn [4]** 2648/11
2649/6 2653/8 2655/4
**turned [8]** 2650/18
2650/21 2652/7
2655/13 2659/11
2659/18 2744/15
2759/7
**turning [1]** 2651/14
**turns [2]** 2659/7
2744/22
**TV [1]** 2757/16

2635/6 2637/14 2644/8
2648/12 2655/6 2657/3
2675/10 2701/1 2701/4
2703/11 2704/5 2704/9
2704/10 2704/11
2704/21 2708/23
2751/12 2752/19
2767/12
**TX [2]** 2626/4 2626/8
**type [6]** 2636/17
2727/7 2755/17
2755/20 2759/13
2765/5
**types [2]** 2701/11
2759/7
**Typically [2]** 2637/25
2728/17

**U**

**U.S [2]** 2625/16
2670/25
**Uber [1]** 2730/20
**Uh [1]** 2698/25
**Uh-huh [1]** 2698/25
**Ulrich [22]** 2664/19
2664/22 2670/6 2670/7
2672/25 2673/9 2674/2
2675/2 2676/25 2678/2
2678/18 2679/9
2683/12 2683/13
2683/24 2684/7 2688/5
2688/25 2689/9
2689/13 2709/21
2714/11
**ultimate [1]** 2658/4
**ultimately [3]** 2640/11
2735/9 2783/9
**unaltered [1]** 2749/20
**unavailable [1]**
2632/10
**under [8]** 2632/8
2646/2 2662/4 2664/15
2671/21 2715/19
2744/13 2757/17
**underlying [5]** 2636/22
2643/6 2643/13
2698/10 2698/14
**underneath [1]** 2664/7
**understand [20]**
2631/25 2635/13
2637/8 2640/3 2640/15
2643/8 2647/15
2647/21 2707/17
2708/12 2721/23
2722/14 2726/17
2732/20 2743/18
2745/8 2749/17
2756/22 2774/20
2775/4
**understanding [21]**
2648/23 2659/24
2661/10 2661/12
2661/17 2669/24
2673/22 2690/3
2691/18 2693/21
2699/18 2704/22
2704/23 2742/10

2749/15 2776/9 2777/6
2783/9 2787/14
**understands [1]**
2634/14
**understood [2]**
2657/10 2722/16
**unfair [1]** 2634/4
**unfairly [1]** 2632/19
**unite [2]** 2674/4 2677/5
**UNITED [15]** 2625/1
2625/3 2625/10 2631/8
2633/21 2633/23
2640/20 2644/9
2644/10 2664/25
2717/24 2733/14
2758/1 2762/16
2782/18
**United States [9]**
2633/21 2633/23
2640/20 2644/9
2644/10 2664/25
2733/14 2762/16
2782/18
**unknown [1]** 2689/22
**unring [1]** 2644/23
**until [3]** 2647/9 2769/4
2771/10
**up [99]** 2632/9 2632/13
2635/19 2648/8 2649/5
2650/20 2651/11
2656/18 2657/3
2657/16 2657/17
2657/22 2657/22
2657/25 2658/4
2660/25 2663/23
2665/11 2668/8 2671/3
2674/16 2675/13
2679/13 2682/5 2683/1
2686/2 2686/8 2688/12
2690/5 2690/9 2693/11
2695/3 2695/3 2697/7
2699/22 2701/19
2705/16 2705/16
2708/9 2708/18
2711/12 2711/22
2712/19 2713/1 2714/5
2718/9 2720/4 2720/15
2722/12 2723/7
2723/11 2723/14
2724/11 2724/12
2725/3 2725/5 2725/12
2727/15 2728/10
2728/18 2729/15
2729/22 2730/16
2730/25 2732/24
2733/23 2734/10
2734/12 2735/7 2736/6
2737/4 2737/14 2739/5
2743/13 2743/17
2744/6 2744/13
2744/23 2745/19
2746/11 2747/2 2750/1
2750/16 2754/2
2754/10 2754/24
2757/7 2757/13
2758/20 2758/21
2759/24 2762/25

2767/22 2771/12
2775/5 2778/22
2791/11
**upon [5]** 2632/13
2636/13 2657/18
2659/23 2750/20
**upper [1]** 2734/4
**urban [1]** 2758/1
**us [16]** 2634/3 2640/23
2653/19 2655/17
2671/9 2729/23
2729/25 2731/11
2731/16 2731/16
2737/1 2738/17
2740/21 2756/22
2779/22 2786/10
**usdoj.gov [2]** 2625/19
2625/20
**use [7]** 2650/1 2673/17
2689/4 2729/1 2753/17
2754/16 2757/1
**used [13]** 2664/9
2674/17 2726/23
2726/24 2727/1 2727/3
2729/3 2745/9 2753/20
2754/3 2754/15 2757/5
2757/14
**user [2]** 2685/21
2713/17
**uses [1]** 2664/23
**using [4]** 2649/13
2743/12 2743/14
2753/18
**usual [1]** 2790/22
**usually [3]** 2654/17
2654/21 2690/5
**usurper [1]** 2678/10
**UTC [2]** 2636/4 2666/6

**V**

**Vans [1]** 2760/3
**various [3]** 2697/10
2754/24 2788/5
**vehicle [2]** 2727/15
2759/21
**vehicles [2]** 2718/8
2759/21
**venues [1]** 2780/21
**verified [2]** 2712/1
2727/13
**versus [3]** 2631/8
2633/21 2633/23
**vertigo [1]** 2719/4
**very [15]** 2641/11
2656/12 2706/11
2714/1 2734/19
2750/21 2763/21
2768/18 2774/1
2774/10 2774/18
2774/22 2780/12
2790/24 2791/8
**vestibular [2]** 2718/19
2718/22
**vests [2]** 2730/14
2780/23
**via [1]** 2736/18
**Vice [1]** 2742/11

**videos [1]** 2663/15
**Vietnam [2]** 2716/24
**view [2]** 2640/7
2640/11 2640/11
2640/13 2645/9 2764/7
**viewing [1]** 2764/20
**violence [4]** 2645/23
2705/21 2705/24
2706/8
**VIP [17]** 2695/19
2696/20 2731/1 2731/2
2731/12 2731/20
2731/22 2731/24
2732/6 2740/6 2740/14
2779/23 2780/15
2780/18 2781/5
2782/15 2783/1
**VIPs [1]** 2722/17
**Virginia [13]** 2724/12
2724/13 2725/23
2726/22 2727/7
2744/19 2745/12
2746/23 2746/24
2767/14 2777/18
2777/20 2788/24
**virtual [1]** 2720/16
**visible [2]** 2639/10
2639/18
**visual [1]** 2764/7
**voice [1]** 2701/11
**void [1]** 2678/11
**volume [1]** 2702/10
**volumes [1]** 2702/8
**voluminous [1]** 2715/1
**voluntarily [1]** 2652/6
**volunteered [1]**
2740/19
**vote [1]** 2784/8
**vs [1]** 2625/5

**W**

**wage [1]** 2677/17
**waging [1]** 2677/11
**wait [1]** 2647/9
**waiting [4]** 2727/17
2727/19 2741/18
2742/7
**Walden [4]** 2664/14
2664/15 2664/18
2709/17
**walk [2]** 2733/22
2761/11
**walked [3]** 2650/17
2763/16 2769/8
**walking [6]** 2732/13
2739/20 2761/15
2761/17 2771/12
2784/13
**walls [5]** 2734/9
2734/11 2739/20
2740/8 2765/4
**Walmart [3]** 2728/24
2753/25
**want [10]** 2643/7
2644/20 2648/16
2649/12 2651/11
2653/25 2708/24
2735/24 2736/9 2755/3

2821

**wanted [13]** 2657/1
2657/5 2707/17
2711/25 2717/3 2717/3
2736/5 2736/15
2740/18 2743/24
2765/17 2783/25
2789/9
**wanting [3]** 2728/23
2741/4 2776/23
**wants [3]** 2634/8
2644/13 2681/25
**war [7]** 2672/16
2672/18 2673/19
2674/25 2675/11
2677/11 2716/23
**warfare [1]** 2675/12
**Warner [1]** 2716/17
**warrant [15]** 2637/22
2638/12 2642/17
2642/20 2643/2
2643/11 2644/12
2644/22 2652/25
2654/8 2658/9 2658/13
2684/19 2684/24
2685/2
**warrants [3]** 2636/21
2643/5 2643/9
**was [265]**
**Washington [25]**
2625/5 2625/17 2627/4
2627/9 2628/5 2663/3
2697/2 2721/25 2722/2
2723/7 2726/16
2726/21 2728/10
2733/13 2753/21
2754/4 2758/20 2776/1
2776/4 2776/11 2777/7
2778/11 2787/15
**Washington**
**Monument [1]** 2730/1
**Washington's [1]**
2675/10
**wasn't [15]** 2708/3
2711/20 2731/19
2732/22 2732/23
2734/8 2745/5 2760/18
2766/4 2771/8 2773/19
2774/1 2785/24
2787/17 2788/18
**watched [3]** 2757/16
2757/20 2769/9
**watching [1]** 2757/25
**Watkins [4]** 2626/14
2631/11 2631/19
2707/4
**way [31]** 2634/3
2634/14 2634/22
2636/13 2636/20
2637/5 2637/13
2639/10 2639/14
2639/16 2640/24
2647/16 2649/16
2649/17 2651/16
2655/15 2658/9
2658/10 2659/5
2659/10 2694/3 2695/3

2741/11 2744/4
2745/14 2752/25
2756/1 2760/21
2762/23
**we [265]**
**we believe [2]** 2672/22
2748/24
**we will [3]** 2646/13
2673/18 2790/24
**we'd [3]** 2633/21
2634/5 2644/19
**we'll [19]** 2635/1
2646/23 2653/22
2657/17 2657/22
2658/10 2659/25
2715/15 2734/17
2734/19 2734/20
2737/4 2747/24 2748/3
2748/7 2772/15
2790/21 2791/2 2791/3
**we're [11]** 2641/1
2644/11 2644/12
2645/24 2649/18
2655/6 2681/17 2701/8
2730/4 2772/15
2790/20
**we've [5]** 2654/1
2657/21 2658/16
2691/17 2691/19
**weapon [9]** 2658/9
2658/10 2658/14
2659/14 2725/22
2726/3 2726/21 2727/3
2750/17
**weapon's [1]** 2726/6
**weapons [7]** 2654/24
2657/19 2727/14
2728/7 2745/11
2772/19 2778/11
**wear [1]** 2780/23
**wearing [3]** 2730/9
2730/12 2730/13
**Web [3]** 2684/17
2684/19 2684/24
**website [4]** 2684/15
2685/19 2715/2
2720/13
**week [1]** 2736/18
**weekend [1]** 2670/24
**weeks [1]** 2719/6
**weigh [1]** 2718/13
**weight [3]** 2649/4
2649/20 2653/19
**welcome [7]** 2653/14
2662/7 2671/7 2715/21
2716/1 2737/10 2791/9
**well [65]** 2631/24
2633/17 2634/13
2639/15 2641/23
2642/13 2642/16
2643/3 2645/6 2646/23
2649/13 2650/1
2654/17 2657/24
2658/2 2659/5 2659/9
2659/25 2670/15
2672/2 2676/16 2677/4
2684/1 2689/24

2712/13 2713/2 2713/5
2716/22 2720/4
2723/12 2728/7
2728/23 2729/7
2729/13 2729/23
2730/23 2731/10
2732/22 2732/24
2740/2 2741/1 2742/3
2742/9 2742/15
2742/17 2742/24
2743/4 2743/11 2744/4
2744/22 2747/11
2748/25 2753/8
2754/24 2757/1 2773/9
2774/8 2775/4 2783/13
2786/9 2787/17 2788/6
2790/15
**went [15]** 2664/16
2664/21 2664/25
2718/6 2720/13
2723/20 2724/14
2729/13 2744/5
2764/15 2768/20
2781/24 2782/14
2784/14 2788/24
**were [164]** 2635/3
2636/12 2638/12
2639/22 2642/3
2647/16 2648/13
2649/14 2650/4 2650/6
2651/9 2651/12 2652/6
2652/22 2653/12
2653/24 2654/25
2655/13 2655/13
2655/17 2656/22
2656/23 2657/2
2657/19 2657/20
2658/20 2661/4
2665/18 2665/21
2666/21 2666/23
2668/19 2669/9 2671/9
2671/13 2675/11
2675/12 2680/7 2683/6
2685/2 2686/14
2686/15 2686/24
2690/14 2691/21
2696/3 2696/14
2705/16 2705/21
2711/15 2711/23
2712/16 2713/18
2714/8 2716/12
2716/23 2717/18
2718/14 2719/15
2719/21 2720/5 2721/2
2721/18 2722/1 2724/3
2724/5 2724/11
2726/18 2728/4
2728/11 2728/24
2729/5 2729/7 2730/7
2730/12 2730/13
2731/2 2731/2 2731/6
2731/10 2734/4 2734/5
2738/16 2738/18
2739/2 2740/3 2740/6
2740/25 2741/6
2742/20 2742/21
2743/5 2743/25

2744/16 2744/22
2745/3 2745/6 2745/14
2745/16 2746/19
2746/22 2750/16
2750/17 2753/10
2754/1 2754/10
2754/23 2755/1
2756/24 2757/20
2758/3 2758/12
2758/13 2758/24
2759/2 2759/21
2759/22 2760/15
2761/2 2761/17
2761/25 2762/19
2764/20 2764/23
2765/1 2765/19 2766/3
2766/4 2766/25 2767/1
2767/8 2768/16
2768/23 2769/3 2769/8
2769/17 2769/25
2770/1 2770/15
2770/17 2770/17
2772/3 2774/25
2775/23 2775/25
2776/11 2777/1 2777/9
2777/14 2778/16
2778/25 2779/22
2781/2 2782/24
2782/25 2783/10
2783/16 2783/24
2785/16 2786/10
2787/14 2789/7
**weren't [5]** 2651/14
2731/8 2757/21
2783/19 2788/18
**west [3]** 2764/8
2764/20 2764/22
**what [235]**
**what's [7]** 2633/2
2634/21 2638/25
2724/16 2733/9
2762/12 2772/16
**whatever [1]** 2638/19
**whatnot [1]** 2740/8
**whatsoever [1]**
2739/11
**when [100]** 2639/8
2639/14 2640/6
2644/23 2649/23
2661/16 2661/18
2663/6 2663/9 2666/23
2676/2 2676/3 2676/17
2688/12 2690/15
2692/15 2694/23
2694/23 2696/22
2706/18 2708/8
2710/15 2717/6
2717/12 2719/2
2719/23 2720/1 2721/7
2723/7 2723/15
2724/13 2727/6 2727/9
2727/12 2727/13
2727/16 2728/2
2728/11 2728/18
2729/9 2729/11
2729/13 2729/22
2730/22 2730/23

2733/16 2734/1
2737/24 2738/1 2739/2
2740/14 2740/23
2740/24 2742/24
2743/3 2743/14
2743/17 2744/3
2744/21 2745/22
2746/5 2746/8 2746/9
2748/16 2750/1
2750/16 2753/15
2754/18 2758/20
2759/16 2760/6
2760/12 2761/2 2762/1
2762/6 2764/5 2765/8
2766/23 2767/19
2768/24 2769/13
2770/22 2771/1
2771/22 2773/14
2773/17 2773/18
2774/1 2774/9 2774/17
2776/11 2780/8
2783/17 2785/10
2785/12 2788/18
2788/19
**when's [2]** 2636/8
2643/16
**where [60]** 2632/10
2633/14 2633/16
2644/22 2649/25
2662/20 2665/14
2665/18 2668/11
2668/15 2676/22
2679/21 2681/2
2682/10 2684/11
2685/17 2686/14
2686/14 2687/12
2688/13 2690/14
2693/24 2694/18
2695/20 2698/20
2698/22 2699/18
2703/17 2716/16
2717/8 2721/18
2723/15 2723/18
2724/13 2731/11
2732/7 2732/11
2739/24 2740/17
2742/20 2742/25
2744/1 2744/19
2745/19 2746/19
2746/22 2746/24
2761/1 2763/3 2763/5
2763/6 2765/17
2766/24 2775/13
2778/19 2779/23
2781/12 2783/3
2783/12 2788/19
**whether [20]** 2637/6
2649/20 2653/16
2656/7 2658/4 2666/6
2722/9 2735/22 2736/2
2740/17 2741/1 2749/1
2753/1 2760/16
2774/24 2782/2
2782/25 2786/16
2786/20 2786/23
**which [28]** 2632/12
2634/15 2635/12

2822

**which... [25]** 2637/13
2638/5 2638/6 2638/7
2641/8 2643/11
2645/23 2648/2
2652/19 2654/4
2657/23 2679/11
2687/16 2688/7 2714/6
2718/10 2722/12
2722/18 2726/2 2726/8
2736/10 2736/19
2744/1 2762/19
2784/18
**while [7]** 2633/12
2645/22 2672/18
2677/12 2754/3
2754/10 2785/16
**Whip [1]** 2703/4
**White [3]** 2673/18
2698/23 2698/24
**White House [3]**
2673/18 2698/23
2698/24
**Whittemore [5]**
2674/17 2674/20
2674/22 2675/18
2676/2
**Whittemores [1]**
2676/21
**who [87]** 2633/7
2634/24 2636/11
2637/9 2638/1 2641/12
2645/4 2648/10 2649/7
2652/20 2653/9
2656/19 2656/21
2657/20 2658/9
2659/13 2661/10
2664/4 2664/18
2664/24 2667/17
2670/5 2670/11
2670/24 2671/9
2671/11 2671/15
2671/15 2671/23
2672/21 2672/24
2674/18 2674/19
2674/22 2674/23
2683/11 2684/3
2685/24 2687/14
2688/16 2688/19
2691/14 2693/21
2694/2 2695/3 2696/17
2699/6 2699/15 2701/5
2701/22 2702/8 2703/3
2704/22 2704/23
2705/2 2709/18
2714/16 2714/25
2716/23 2721/10
2723/8 2724/2 2727/19
2729/9 2730/2 2731/2
2731/24 2732/23
2736/4 2738/14 2741/6
2743/3 2743/15
2744/16 2745/22
2749/12 2750/3
2750/17 2750/19
2750/20 2757/20
2759/18 2777/12
2778/4 2781/7 2784/23

**who's [13]** 2642/1
2664/11 2664/13
2678/25 2692/1 2692/1
2693/5 2703/15
2704/22 2713/11
2713/12 2741/14
2750/19
**whoever [2]** 2641/19
2787/8
**whole [3]** 2655/2
2731/13 2769/6
**whom [2]** 2639/17
2692/4
**whomever [1]** 2641/19
**whose [3]** 2725/1
2731/7 2765/9
**why [29]** 2635/3
2638/2 2641/8 2643/12
2644/14 2644/25
2649/23 2654/16
2680/3 2691/18
2716/21 2717/2
2719/20 2721/1 2722/6
2731/17 2734/14
2734/15 2737/11
2742/14 2756/3
2756/23 2763/4
2765/15 2768/23
2774/7 2778/14
2787/14 2790/12
**wife [6]** 2724/3
2728/24 2731/8 2743/4
2755/12 2759/20
**will [35]** 2633/5 2637/6
2646/13 2653/9
2654/21 2666/12
2669/3 2669/4 2670/12
2671/2 2671/6 2673/18
2680/17 2682/4
2682/23 2684/4 2687/5
2689/15 2689/23
2691/4 2696/8 2700/20
2714/17 2726/13
2728/17 2728/18
2738/6 2749/1 2749/3
2749/25 2750/9
2766/13 2766/23
2779/17 2790/24
**William [4]** 2627/16
2628/2 2792/2 2792/8
**willing [1]** 2759/11
**win [1]** 2677/17
**wins [1]** 2683/16
**wisdom [2]** 2675/17
2676/15
**within [5]** 2633/17
2634/25 2638/6
2702/11 2761/5
**without [5]** 2649/13
2649/13 2674/14
2730/14 2786/10
**witness [42]** 2629/2
2660/18 2662/4
2662/10 2664/1
2665/11 2668/8
2679/13 2682/5 2684/9
2686/8 2690/9 2695/15

2702/22 2702/24
2702/24 2715/11
2715/13 2715/19
2716/4 2724/21 2725/4
2725/7 2725/11
2725/17 2734/12
2736/4 2737/23
2747/13 2747/23
2748/2 2748/6 2748/10
2750/15 2751/9 2752/7
2752/17 2768/9 2772/1
2772/22 2779/3
2781/17
**witnessed [1]** 2767/17
**witnesses [3]** 2629/4
2663/13 2736/4
**witnessing [1]** 2769/25
**witty [1]** 2641/16
**woke [1]** 2729/22
**won't [4]** 2633/1
2654/11 2655/23
2658/25
**wonder [2]** 2670/8
2714/13
**wondering [1]** 2741/1
**Woodward [13]** 2627/2
2627/3 2631/16
2634/19 2643/21
2647/2 2647/24
2660/14 2706/12
2736/17 2736/21
2772/24 2773/5
**Woodward's [1]**
2648/19
**word [5]** 2671/9
2732/17 2733/16
2761/3 2785/5
**words [6]** 2635/18
2635/19 2638/25
2654/8 2677/4 2774/13
**worked [4]** 2718/2
2718/10 2753/19
2753/21
**working [6]** 2674/3
2678/16 2710/24
2718/7 2754/19 2757/2
**works [2]** 2644/7
2674/7
**world [4]** 2639/11
2674/18 2679/8
2716/23
**World War II [1]**
2716/23
**would [115]** 2632/18
2633/20 2634/4
2634/19 2636/23
2637/21 2637/25
2640/1 2640/13
2642/14 2642/17
2642/17 2642/20
2643/2 2643/25
2644/18 2646/15
2648/10 2649/1 2649/4
2649/19 2650/23
2651/7 2651/16
2651/22 2652/5
2653/23 2654/6
2656/23 2657/4 2657/9

2661/13 2663/20
2665/6 2666/5 2670/8
2671/6 2672/2 2675/3
2679/18 2679/25
2680/13 2683/21
2685/6 2691/1 2692/15
2692/17 2698/3
2700/17 2701/8 2701/8
2705/17 2705/24
2710/22 2711/5
2711/25 2713/1
2713/12 2714/13
2715/12 2715/24
2717/13 2720/8 2721/3
2721/24 2722/14
2723/21 2726/17
2726/23 2727/14
2732/2 2732/9 2736/5
2742/2 2745/9 2745/12
2751/14 2753/8 2754/9
2757/14 2757/19
2757/24 2759/4 2759/7
2759/7 2759/12 2760/5
2760/11 2763/17
2764/5 2764/10
2764/16 2767/23
2768/13 2768/15
2769/5 2769/23
2770/20 2771/16
2771/19 2772/8
2774/23 2774/23
2779/10 2780/18
2782/2 2785/19
2785/20 2786/3
2786/24 2787/1 2787/4
2789/20
**wouldn't [2]** 2760/8
2787/11
**Wow [1]** 2790/11
**wrapped [1]** 2762/23
**write [40]** 2635/2
2667/24 2668/3 2670/7
2671/19 2671/25
2672/12 2673/16
2674/2 2674/11 2675/2
2676/5 2677/3 2677/14
2677/23 2678/2 2678/7
2678/14 2678/18
2678/21 2679/5 2679/9
2681/7 2681/15
2681/23 2682/2
2683/13 2683/24
2684/7 2686/4 2687/20
2687/24 2688/5 2689/9
2689/13 2689/21
2692/11 2694/13
2695/8 2696/19
**writes [10]** 2633/6
2634/23 2637/3
2670/14 2670/22
2678/8 2681/8 2688/25
2693/20 2714/20
**writing [7]** 2675/23
2677/10 2683/11
2693/5 2693/9 2694/23
2715/1
**written [3]** 2633/10

**wrongly [1]** 2749/17
**wrote [1]** 2749/19

**Y**

**y'all [2]** 2761/13
2761/15
**yards [2]** 2780/10
2782/17
**yeah [6]** 2634/10
2634/12 2654/14
2681/6 2702/21
2715/25
**year [1]** 2663/5
**years [5]** 2717/17
2718/14 2718/16
2756/14 2759/11
**yes [223]**
**yesterday [1]** 2661/5
**you [771]**
**you know [1]** 2644/7
**you'd [3]** 2713/10
2739/19 2779/25
**you'll [2]** 2637/6
2790/4
**you're [21]** 2645/13
2651/18 2653/14
2657/22 2658/7 2659/6
2708/21 2715/22
2721/4 2739/20
2741/17 2742/22
2753/3 2771/22 2775/6
2775/15 2775/20
2788/4 2788/6 2788/12
2791/9
**you've [17]** 2659/17
2663/16 2681/4 2693/2
2711/5 2711/8 2711/9
2711/12 2728/6
2738/10 2739/13
2752/9 2755/4 2759/5
2768/13 2788/2 2788/9
**your [178]**
**Your Honor [70]**
2631/5 2631/7 2632/3
2632/6 2632/9 2632/23
2633/4 2633/20
2633/25 2634/16
2640/18 2643/18
2644/2 2644/3 2645/19
2647/1 2647/4 2647/12
2647/25 2648/1 2648/2
2648/17 2649/5
2653/18 2656/11
2657/24 2658/1 2660/3
2660/12 2666/4 2666/9
2666/11 2698/11
2706/13 2711/17
2712/11 2713/23
2714/1 2715/12
2724/21 2725/14
2726/1 2726/11
2726/12 2735/5
2735/19 2735/21
2736/1 2736/18
2737/13 2738/3 2738/5
2747/15 2748/19
2753/4 2762/9 2763/10

**Your Honor... [13]**
2767/2 2769/18 2770/6
2770/10 2772/22
2776/7 2776/17
2779/13 2782/5
2785/22 2786/5
2786/13 2791/12
**Your Honor's [1]**
2650/25
**yourself [23]**  2662/16
2716/8 2737/21
2737/22 2742/22
2747/10 2747/12
2747/21 2747/22
2747/25 2748/1 2748/4
2748/5 2748/8 2748/9
2750/14 2751/7 2752/4
2752/6 2752/14
2752/16 2755/1
2777/17

**Z**

**Zaremba [3]**  2628/2
2792/2 2792/8
**zone [1]**  2671/20
**zoom [6]**  2691/9
2693/7 2694/11
2704/17 2705/1
2782/11
**Zsuzsa [1]**  2627/6