IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )        CR No. 22-15
                                 )        Washington, D.C.
          vs.                    )        October 19, 2022
                                 )        9:00 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )        Day 14
          Defendants.            )        Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                      Stanley Edmund Woodward, Jr.
                                  BRAND WOODWARD LAW
                                  1808 Park Road NW
                                  Washington, D.C. 20010
                                  (202) 996-7447
                                  Email:
                                  stanley@brandwoodwardlaw.com

                                  Juli Zsuzsa Haller
                                  LAW OFFICES OF JULIA HALLER
                                  601 Pennsylvania Avenue, NW
                                  Suite 900
                                  S. Building
                                  Washington, D.C. 20036
                                  (202) 352-2615
                                  Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                Bradford L. Geyer
                                  FormerFeds LLC
                                  2006 Berwick Drive
                                  Cinnaminson, NJ 08077
                                  (856) 607-5708
                                  Email:
                                  Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:               David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                      William P. Zaremba
                                     Registered Merit Reporter
                                     Certified Realtime Reporter
                                     Official Court Reporter
                                     E. Barrett Prettyman CH
                                     333 Constitution Avenue, NW
                                     Washington, D.C. 20001
                                     (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|

GOVERNMENT'S:

| | DIRECT | | | |
|-----------|--------|-------|----------|---------|
| JASON DOLAN | 4211 | | | |
| JASON DOLAN | 4249 | | | |

- - -

INDEX OF EXHIBITS

- - -

| PARTY | IDENTIFIED | ADMITTED |
|-------|-----------|----------|
| KM23 | | 4281 |
| KM24 | | 4285 |
| KM25 | | 4287 |
| KM26 | | 4287 |
| KM27 | | 4288 |
| KM28 | | 4289 |
| KM29 | | 4290 |
| KM30 | | 4291 |
| KM31 | | 4292 |
| KM32 | | 4293 |
| KM33 | | 4294 |
| KM34 | | 4294 |
| KM35 | | 4296 |
| KM37 | | 4299 |
| KM38 | | 4302 |

KM39                                        4304

KM40                                        4306

KM41                                        4314

KM42                                        4317

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  All rise.
 3          All rise.  The Honorable Amit P. Mehta presiding.
 4          THE COURT:  Please be seated, everyone.
 5          COURTROOM DEPUTY:  Good morning, Your Honor.
 6          This is Criminal Case No. 22-15, the United States
 7   of America versus Defendant No. 1, Elmer Stewart Rhodes III;
 8   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
 9   Defendant 4, Jessica Watkins; and Defendant 10, Thomas
10   Edward Caldwell.
11          Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12   Hughes, Troy Edwards and Louis Manzo for the government.
13          Phillip Linder, James Lee Bright and
14   Edward Tarpley for Defendant Rhodes.
15          Stanley Woodward and Juli Haller for
16   Defendant Meggs.
17          Bradford Geyer for Defendant Harrelson.
18          Jonathan Crisp for Defendant Watkins.
19          And David Fischer for defendant Caldwell.
20          All five named defendants are present in court
21   today for these proceedings.
22          THE COURT:  Okay.  Good morning, everyone.  I hope
23   everybody had a nice evening.
24          All right.  I understand there's some matters that
25   wish to be raised about exhibits.  Thank you for raising
```

 1    them this morning.

 2              Mr. Woodward.

 3              MR. WOODWARD:  Good morning, Your Honor.

 4              THE COURT:  Good morning.

 5              MR. WOODWARD:  The government has advised that it

 6    intends to call Special Agent Whitney Drew to the stand

 7    today and has provided us with the exhibits that they intend

 8    to admit through her.  And so we've gone through and flagged

 9    a number of these.

10              So the objection to this video is relevance.

11              THE COURT:  Can you give me an exhibit number.

12              MR. NESTLER:  Do you want to do these one at a

13    time, Your Honor?

14              This is the first I'm hearing of an objection to

15    this so I'm happy to address it.

16              Can you pause so I can see the exhibit number.

17              We haven't discussed the defense's objections or

18    seeing if we could address them.

19              THE COURT:  What's the number?

20              MR. WOODWARD:  This is 22.V.3.

21              MR. NESTLER:  It's a video taken by Mr. Caldwell

22    on the morning of January 6th at around 6:56 a.m., showing

23    his connection to the other members of the Oath Keepers.

24              MR. WOODWARD:  Your Honor, again, respectfully,

25    this video is simply depicting the crowd.  Yes, there are

```
 1   Oath Keepers in it, but...
 2            THE COURT:  Well, doesn't Mr. Caldwell's physical
 3   proximity to the Oath Keepers at least some probative value?
 4   What's the prejudicial purpose?
 5            MR. WOODWARD:  Not prejudice.  Just relevance.
 6            MR. NESTLER:  It was recovered from his phone so
 7   presumably he took it.
 8            THE COURT:  Right.  I mean it shows that he is --
 9   at a minimum, it shows that he's in their physical proximity
10   in the early morning hours of January the 6th.
11            I assume this is footage before the rally begins
12   at the Ellipse.
13            MR. NESTLER:  Yes, Your Honor.
14            THE COURT:  Okay.
15            MR. WOODWARD:  Understood, Your Honor.  We'll keep
16   moving.
17            That was 22.V.3.
18            This is Exhibit 1500.  I won't belabor the point.
19   This is an objection we made before that this is an
20   animation and not a summary exhibit and, therefore, ought to
21   be demonstrative and not given to the jury for
22   deliberations.  But for the record, we're making the
23   objection.  We understand the Court has --
24            THE COURT:  Yeah, I mean, I think -- look,
25   I understand your point, but I think this is of the same ilk
```

 1    as the last one that while it has some moving parts to it,

 2    the moving parts, as I understand it, are associated with

 3    underlying evidence.  This is not a demonstrative of a

 4    reenactment, for example, or an expected reenactment of some

 5    events -- or depiction, I should say, not reenactment, and

 6    this is really -- it's a visual way of compiling disparate

 7    evidence into a more digestible form for the jury.

 8              MR. WOODWARD:  I won't deny some jealousy at the

 9    government's ability to put together a Michael Bay quality

10    production of the evidence.

11              I just will note our objection for the record.

12    And it's 20 minutes, I won't have the Court watch the whole

13    thing, I'll just fast-forward here to where we're now inside

14    the Capitol building.

15              (Video played)

16              MR. NESTLER:  And, for the record, there's no

17    narrative on this at all, it's just times, locations,

18    individuals, exhibit numbers, where things came from.  It's

19    a way to compile, as Your Honor said, very disparate

20    evidence into one cohesive fashion, showing where many

21    different people were from about between 12:30 p.m. to

22    3:30 p.m.

23              (Video played)

24              THE COURT:  Okay.

25              MR. WOODWARD:  Has the Court seen enough of the

```
 1   video?

 2             THE COURT:  Yeah.

 3             MR. WOODWARD:  This is -- I want to come back to

 4   the Zello montage and do that last.

 5             So this is Exhibit 1504, the government has called

 6   the Rotunda sequence again.  Here we have transcripts, and

 7   our objection would be that the transcripts don't go back to

 8   the jury with deliberation, and we're not sure how the

 9   government would -- this video has the transcripts built

10   into it.

11             (Video played)

12             MR. NESTLER:  And we understand if that is the

13   Court's position.  We could always have the transcripts

14   removed from the version that goes back to the jury in a few

15   weeks, but I don't think anything we need to address today.

16   Your Honor could still give the same instruction about

17   transcripts.

18             THE COURT:  So just -- I mean, I think I've stated

19   my position on this previously, which is that, you know,

20   we've obviously told the jury that the transcripts are not

21   the evidence; however, you know, in this Circuit the

22   transcripts can go back if the parties agree to the

23   transcript -- well, first the judge obviously has to think

24   they're worthy of going back.  But if there's agreement as

25   to the transcripts, the transcripts can go back.  If there's
```

```
1    disagreement, then each side is free to present what they
2    view to be the accuracy -- accurate transcript and let the
3    jury consider it for what each side's version against what
4    they hear the audio to be.
5              So -- and, again, I don't know where you all are
6    on that topic, and maybe you don't have an answer today.
7              MR. NESTLER:  We have provided our draft
8    transcripts to defense counsel.  We have not heard any
9    objections to any of them other than just the general they
10   don't want transcripts.
11             MR. WOODWARD:  I respectfully disagree with
12   Mr. Nestler.  We've had issues with, in particular, the
13   transcript of the November 9th GoToMeeting call, which
14   erroneously identified Mr. Meggs instead of Ms. SoRelle.
15   And then even after we pointed that out, the transcript
16   included reference to Mrs. Meggs, who did not participate in
17   the call.  So there's a lot of...
18             MR. NESTLER:  Can I just say, that was in
19   discovery.  We're talking about trial transcripts, exhibits
20   for trial.  There have been no objections they've provided
21   to us that any transcripts we've proffered to introduce at
22   trial have been inaccurate.
23             MR. WOODWARD:  Well, I just -- we object to the
24   transcripts.  The Best Evidence Rule would suggest that this
25   video can go back to the jury without a narration, written
```

```
 1    narration of what was being said at the time.
 2              THE COURT:  Okay.
 3              Well -- look, I mean, the objection is noted --
 4    and I haven't -- I'll go back and look at the case law on
 5    what the Circuit has said if there's no agreement on
 6    admissibility of the transcript.  I think ultimately it's up
 7    to the discretion of the Trial Judge, but I'll take a look
 8    at it and then let you all know what I'm thinking, because
 9    if I am inclined to send the transcripts back, you all
10    should -- you'll be on notice that if there's any errors in
11    the transcript, that you can send your own back as well.
12              MR. WOODWARD:  Well, and just to be clear, the way
13    that transcript is presented in this video, here's a perfect
14    example, right.  They play the video, they dramatically
15    pause the video, they put a caption up of what is about to
16    be spoken, and then the words themselves are heard on the
17    video, and so it's setting up for the viewer the idea that
18    these words are going to be spoken, and then you can't
19    really hear it because it's chaos inside the building, but
20    it's sort of -- it's leading in the sense that -- let the
21    jury listen to the raw video, not this production format
22    video that the government -- again, it's beautiful, but it's
23    prejudicial insofar as it's highlighted.
24              (Video played)
25              MR. WOODWARD:  So it's calling attention to some
```

1    of these more salacious statements that are made while the

2    defendants are allegedly in the Rotunda.

3         MR. NESTLER:  And given what was happening inside

4    of the Rotunda and the Capitol, there's a lot going on, a

5    lot of noises at different places, we're trying to make it

6    clear that people can hear what is being said and the

7    transcript aids the jury in understanding when and where

8    something was being said.

9         THE COURT:  I think the question I have is, will

10   it be made clear who the speaker is if you're able to

11   identify?

12        Now, some of this is not -- let me just ask that

13   question.

14        MR. NESTLER:  If the speaker is one of the

15   defendants or is relevant, we have identified the speaker.

16   If there's just a relevant statement like, "This is our

17   fucking House," or "tear gas," which are statements that

18   these defendants would be hearing -- this is a video from

19   Mr. Harrelson's own phone -- then we're highlighting these

20   statements were made loudly and in close proximity to the

21   phone.

22        If we are confident about who the speaker is, we

23   have identified the speaker.  These two that just played on

24   this exhibit, we did not, and we're not planning to identify

25   the speaker.

1          MR. WOODWARD:  To the Court's point, are we not

2    attributing statements to these defendants that weren't made

3    by these defendants?

4          THE COURT:  We're not.  I mean, as long as it's

5    made clear during the examination that the statement is

6    not -- that the government -- that the agent can't identify

7    who the speaker is or, stated differently, that the speaker

8    not one of the defendants.  Or -- I don't know whether the

9    agent can affirmatively say that, but at a minimum, that she

10   hasn't been able to identify who the speaker is.  I don't

11   think that runs any risk of attribution and, truth be told,

12   none of this is hearsay and it really does -- it is -- these

13   are the facts on the ground of when they were there.

14   I mean --

15         MR. WOODWARD:  Has the Court seen enough to

16   understand our objection?

17         THE COURT:  I have.

18         MR. WOODWARD:  I think this is just an objection

19   to authentication.  I don't know who Shermichael Singleton

20   is or how we're going to authentic Mr. Singleton's video.

21         MR. NESTLER:  Mr. Singleton is a freelance

22   videographer and has provided a 902(11) business record

23   certificate.

24         MR. WOODWARD:  Then that would be easy for the

25   government to authentic.  I have not read all the 902(11)

1    certificates.

2            THE COURT:  Okay.

3            MR. WOODWARD:  This is an image that has been part

4    of the briefing in this case, I believe, already, before my

5    time, but I'm certainly familiar with it.

6            The government's allegation is that Mr. Meggs and

7    those that were with him were seeking out the Speaker of the

8    House and that they found themselves in what's known as the

9    Speaker's Suite, I think it's called, or Speaker's -- it's

10   hallway of offices that are just off the Rotunda.

11           I believe the evidence would show that at the time

12   that Mr. Meggs found himself in this location, both this

13   sign and this pedestal had been removed from this location.

14   And so this picture is not probative in the sense that

15   Mr. Meggs would not have seen this area depicted as such and

16   is unfairly prejudicial to the extent that the government

17   intends to argue that Mr. Meggs was searching for the

18   Speaker of the House on January 6th.

19           MR. NESTLER:  This is a photograph of what that

20   area normally looks like.  That is perfect fodder for

21   cross-examination that this sign was not up at the time that

22   Mr. Meggs was present in that area.  There is this

23   photograph, which is facing the Speaker's Suite and a

24   photograph of 180 degrees the other direction facing where

25   Officer Dunn was standing.

1          THE COURT:  I mean, look, the issue of

2     admissibility of photographs is, does the photograph fairly

3     and accurately depict what it purports to be.  You're not

4     disputing that that's what this photograph is doing.  What

5     you're urging -- or what you're suggesting is that there is

6     some potential to mislead the jury because this is not

7     actually what the scene looked like on the day of and when

8     Mr. Meggs was alleged to be present there.  That, it seems

9     to me, can be cleared up through either direct or

10    cross-examination.  This is not a photograph that was --

11    that depicts what this scene looked like on January 6th.

12    This particular sign was not there and, frankly, it's just

13    being shown to the jury so that they can orient themselves

14    and understand what this looked like.

15         So it is -- it's admissible, there's relevance to

16    it, and I think any misleading quality to it can easily be

17    cured by cross-examination or direct examination.

18         MR. WOODWARD:  Fair enough, Your Honor.

19         With respect, we will be listening carefully to

20    the direct examination that is elicited on this.

21         THE COURT:  Sure.

22         MR. WOODWARD:  And so we may...

23         And I think -- so here, I think we have objections

24    as to whether or not these should come in as co-conspirator

25    statements.  We don't have to spend a lot of time on that

1   this morning, but in an effort to flag all of these issues,

2   we wanted to raise it -- my computer is frozen here -- but

3   there's going to be some question in these series of slides

4   as to whether the individuals speaking are, in fact, members

5   of the conspiracy.

6           They do all involve, I'm pretty sure,

7   co-conspirators, so the statements would be admissible as

8   against the individual as a -- either against a penal

9   interest or -- but just flagging that there will be some in

10  here that we may object and seek an instruction in the

11  process of the direct examination.

12          THE COURT:  Okay.  I mean, do we have specific

13  ones in mind right now so we can try and resolve this?

14          MR. NESTLER:  Yes.  So this is 6734.  Someone

15  named Bob Baker sends a message to Kelly Meggs at 7:09 p.m.

16  on the 6th.

17          THE COURT:  Yeah, I remember this from the --

18          MR. NESTLER:  Right.

19          THE COURT:  -- detention hearing.

20          MR. NESTLER:  And then Kelly Meggs responds, We

21  looked for her, something like that, shortly afterwards.

22  And so Kelly Meggs' response is an adoptive admission of

23  what Mr. Baker said, and we believe it's a statement against

24  penal interest that would be admissible against all of the

25  defendants.

```
 1              MR. WOODWARD:  A statement against penal interest
 2    that would be admissible.
 3              But an adoptive admission would not be admissible
 4    against all -- adopted by would not be admissible against
 5    all defendants, it would just be admissible against the
 6    person adopting, because otherwise, you vitiate the rule on
 7    co-conspirator statements.
 8              THE COURT:  Right, but they're not suggesting this
 9    is an adoptive admission.  Mr. Meggs isn't adopting what
10    Mr. Baker says.
11              Rather, he's -- what Mr. Baker's -- the initial
12    communication of Mr. Baker is providing context for what
13    Mr. Meggs said, which is why Mr. Baker's statement is in
14    there, and then ultimately what Mr. Meggs says in response
15    is what's deemed the statement against penal interest.
16              MR. WOODWARD:  I think -- I'm sorry that my
17    computer is acting up.  I think there are other statements
18    in there that we were going to challenge as co-conspirators;
19    I'll try to come back to them.
20              So 6736, it's a PDF, so that won't open.
21              THE COURT:  Well, it's tricky because, you know,
22    the Circuit has said that something that is simply reciting
23    past conduct isn't a co-conspirator statement.  Yet at the
24    same time, the law is clear that if it's a statement against
25    penal interest, which is admitting past conduct, it does
```

1    come in.  And I guess, you know, the difference could we

2    whether the declarant's available or not.

3              MR. WOODWARD:  Some other lawyers will have a fun

4    time writing about this.

5              THE COURT:  There's some tension in that.

6              MR. WOODWARD:  Maybe we could write a Law Review

7    article when all of this is...

8              So there is some video -- this would refer to

9    Government's Exhibits -- and I'll go through and list all

10   the ones to make a clear record, but there is some video

11   from Kellye SoRelle.  We're going to object to

12   authentication on those as well.  I'm not sure how the

13   government intends to authenticate Ms. SoRelle's video.

14             MR. NESTLER:  Well, we propose a stipulation to

15   the defense.  This is the first I'm hearing that they were

16   not amenable to it.

17             We can authenticate it through the agent, that she

18   is familiar with what the Capitol grounds looked like that

19   day.  She's familiar with what Ms. SoRelle looks like.

20   She's familiar with what Facebook Live is.  These are

21   three Facebook Live videos Ms. SoRelle posted from the

22   grounds of the Capitol.  Stewart Rhodes is visible in at

23   least one, if not two, of them.

24             THE COURT:  So, I'm sorry to interrupt, just to be

25   clear, Facebook Live video, is that something that would

```
 1    have remained captured on her phone, or is that something
 2    that you all managed to find from some other source because
 3    some other source recorded it?
 4            MR. NESTLER:  The latter.
 5            THE COURT:  And I take it it's not Facebook?
 6            MR. NESTLER:  Correct.
 7            MR. WOODWARD:  So the government did give us
 8    something like 13 stipulations yesterday for the first time.
 9    I have them, I'm looking through them.  If Ms. SoRelle is in
10    there, I'll take the government at its word.
11            Ms. SoRelle is particularly tricky.
12            THE COURT:  So let me just interrupt.
13            I mean, look, I think -- I mean, if we're going to
14    do this by the book, I don't know that it's adequate for the
15    agent to come in and say -- the agent can't come in and say
16    that this fairly and accurately depicts what was happening
17    because she presumably was not there.
18            On the other hand, if whoever recorded the video
19    comes in and says that, you know, I did A, B, and C, and
20    this is a fair and accurate depiction of what I saw and what
21    was online, then that gets you to authenticity.
22            I don't know if you know who the person was that
23    did the recording.  I presume you do.
24            MR. NESTLER:  We do.
25            We believe -- and we take Your Honor's position.
```

```
 1    We believe -- well, that the agent could authenticate it
 2    based on circumstantial evidence, which is her review of
 3    other admissible evidence from the scene that day.
 4              So other photographs and videos that were taken
 5    from -- that are admissible pursuant to 902(11) certificates
 6    or pursuant to a stipulation, her review of surveillance
 7    video and all the other contacts, including what certain
 8    individuals were wearing, looked like, sounded like.
 9              THE COURT:  Right.
10              MR. NESTLER:  And in that situation, she would be
11    able to circumstantially authenticate the video.
12              THE COURT:  Yeah, maybe.  I mean, I don't know --
13    I'd have to think about that, but perhaps there's an easier
14    way to do this.
15              MR. NESTLER:  There is.
16              And it's posted under Ms. SoRelle's known Facebook
17    name.  So the screen capture is Ms. SoRelle speaking into
18    the camera initially, and then turning the camera around,
19    and you can tell it's her Facebook name, which we have the
20    authenticated records from Facebook, that's her account,
21    that's her Facebook name.
22              THE COURT:  I mean, I suppose -- well, let me ask
23    this.  If the defense is going to insist on the person who
24    recorded this coming in, is that feasible?  I don't know
25    where this person is or who the person is.
```

1           MR. NESTLER:  It's sensitive and complicated.

2    So it's hard for me to answer the question.

3           Is it feasible?  It's feasible.  It's not going to

4    be able to happen immediately.  It's going to take some

5    effort within the Department of Justice.

6           MR. WOODWARD:  Ms. SoRelle is sensitive and

7    complicated.

8           This is -- we are stipulating here.  We had this

9    issue where the Fifth Amendment.  We're not -- we're trying

10   to be reasonable.  Ms. SoRelle is an individual who is going

11   to testify in this case.

12          THE COURT:  Well, but hang on.

13          I don't want to -- my understanding -- maybe I'm

14   misunderstanding the government.

15          The issue here is not Ms. SoRelle as an

16   authenticator.  It's -- in theory, she could, I suppose, but

17   it's whoever recorded the video.

18          MR. WOODWARD:  I'm learning for the first time

19   that somebody besides Ms. SoRelle recorded this video.

20          THE COURT:  Right.

21          MR. WOODWARD:  And so, yes, I agree that someone

22   else could come in.  We can talk to the government about who

23   that person is so that we don't have to put it on the public

24   record, and we've been reasonable.  Mr. Nestler and I work

25   very well together.  Make sure that's on the public record.

1    MR. NESTLER:  It's a reporter, so a reporter

2  screen captured what Ms. SoRelle was broadcasting to the

3  world on her Facebook Live.

4    THE COURT:  So it's the same issue that we had

5  with --

6    MR. WOODWARD:  I'll talk to Mr. Nestler about this

7  off the record.

8    THE COURT:  Okay.  Look, you know, this issue

9  doesn't come up that often, but I think, if memory serves,

10  if the -- I think I can look to sort of other indicia of

11  reliability to conclude that an exhibit is authentic even

12  if, for example, in this case, the recorder of the video

13  doesn't testify.

14    And if we end up there, I'd like to know that

15  that's where I need to go or -- I mean, that's where I need

16  to consider being because I'd like to at least take a look

17  at the case law before I decide that issue.

18    MR. WOODWARD:  I think defense counsel would

19  rather that the Court not set that precedent for this

20  particular video.  We'll pick our battles.

21    THE COURT:  Okay.

22    MR. WOODWARD:  And, again, I didn't know that a

23  reporter had done this, so I'll talk to Mr. Nestler.

24    The -- Government Exhibit 1102.1 has reporting by

25  the media in it, and so it's not clear to defense counsel

 1    that this would be admissible.

 2              THE COURT:  You mean there's a voice?

 3              MR. NESTLER:  And to short-circuit this, as I

 4    indicated to defense when we flagged this, we were planning

 5    to play this video without any audio and planning to make

 6    sure any audio was dropped before anything gets submitted to

 7    the jury.

 8              It's correct, there's some sort of broadcaster or

 9    somebody narrating the video.  We actually do not like the

10    audio that the person is saying, so I'm very happy to drop

11    out the audio.

12              MR. WOODWARD:  Rats.

13              THE COURT:  If you want to reconsider your

14    position.

15              MR. WOODWARD:  No, I think we follow the rules,

16    Judge.

17              THE COURT:  Could be a present-sense impression

18    that's favorable.  Who knows?

19              MR. WOODWARD:  Exhibit 1502.

20              Judge, we need to make a clear record on what's

21    going to end up happening with this Zello recording.

22    Your Honor has read the transcript.  Your Honor has written

23    a very thorough opinion on the admissibility of these

24    statements, but now the prejudice to the defense is that we

25    have another Michael Bay production that features this Zello

1    recording.

2          We don't know who 1% Watchdog is, but he or she

3    sat -- is becoming a featured actor in this production.  And

4    so this particular video, which ends up being ten minutes

5    long, takes -- I think they have their maps and their

6    animations of movement, and then they have Ms. Watkins.

7          And then they play this transcript where they're

8    highlighting the words and making it clear for a call that

9    is otherwise rough and scratchy, and, you know, again, we

10   understand the Court's position on hearsay, but at the end

11   of the day, now this has become this production that

12   exacerbates the prejudice that was in the audio recording

13   but, nevertheless, deemed admissible for the reasons the

14   Court stated in its written order.

15         THE COURT:  So I mean, as I'm looking at this,

16   what seems to be happening is that -- at least what's

17   different about this than perhaps some of the other

18   exhibits, is that the words are being bolded as they're

19   being spoken.

20         It's not clear to me how much that really adds

21   prejudice, especially if you all aren't going to agree that

22   the transcript goes back.  But is it anything more than

23   that?  I mean, right now, there's just a static photo of

24   Ms. Watkins and her location.

25         MR. NESTLER:  There's no animation, Your Honor.

1    So there's a map, and it shows her approximate location and

2    the direction that she's going, and then that'll change.

3    This is the 1:48 to 1:52 period, and then when we go to the

4    next segment, which Your Honor has already addressed which

5    segments come in.  Here we see 1:56 to 2:00 p.m.  Now it's

6    showing her new approximate location.

7          And there's a couple of cell phone videos that she

8    took, two that she took and one that Donovan Crowl took,

9    that are relevant to where she was and what she was saying

10   and able to hear on Zello, that are interspersed in here,

11   the relevant time periods.  That's the entirety of the

12   exhibit.

13         THE COURT:  I guess the only question I have is,

14   defense hasn't raised this, is whether this really sort of

15   meets the definition of a summary exhibit.  I'm not sure.

16         MR. WOODWARD:  I haven't raised it.

17         THE COURT:  What's that?

18         MR. WOODWARD:  We object to all of their exhibits

19   being summary exhibits except for the charts.  The tables

20   and charts are very clearly summary exhibits and 1006 makes

21   reference to the fact that a compilation of data in a table

22   is a summary exhibit.

23         Now, 1006 also --

24         THE COURT:  I don't remember what 1006 is.

25         Anyway, let me just -- oh, I thought you were

          1    referring to a government exhibit.

          2              MR. WOODWARD:  No, FRE.

          3              THE COURT:  Let me just complete what I was about

          4    to say.

          5              MR. WOODWARD:  I'm sorry to interrupt you,

          6    Your Honor.

          7              THE COURT:  That's okay.

          8              Which is that some of the other, what you've

          9    described as animation, really is a compilation of

         10    voluminous records, right?  You're talking about disparate

         11    records being pulled together, time, place, you know, credit

         12    card records, phone records, et cetera.

         13              Whereas this seems to really only be arguably a

         14    compilation of two things:  The transcript, the recording

         15    and some document that establishes the location of

         16    Ms. Watkins.  So arguably is not voluminous.  So perhaps at

         17    most this is a demonstrative than it is an actual summary

         18    exhibit.  If it wants to be presented in this fashion.

         19              MR. NESTLER:  Understood, Your Honor.

         20              We disagree considering the amount of sort of data

         21    that were coming in to show Ms. Watkins' location about

         22    where she is.  So we do believe it's important to show her

         23    location a couple different times.  She actually, I think

         24    three different times, she indicates her location to the

         25    other members of the Zello chat so we believe it's important

1    in that context to show the map of her location.

2           THE COURT:  Sure, no, I'm not disagreeing with you

3    that you can show them that.  My ultimate question is this,

4    does this meet the rule of being a summary exhibit insofar

5    as it summarizes voluminous records.  And, you know, at a

6    minimum, it's a demonstrative.  And the question is, does it

7    go into the jury in this fashion.  I mean, the underlying

8    record certainly would, but that's the only issue I'm

9    raising.

10          MR. NESTLER:  Sure.

11          And we're happy to address that.  We believe this

12   is the equivalent of a split screen.  We're showing a map

13   and a photograph and at the same time we're playing audio

14   and showing the transcript.  So it's not -- I take

15   Your Honor's point, it's not a summary.  It is just -- it is

16   a compilation, not a summary, because we're compiling

17   different pieces into one spot.  We could have a static map

18   on the left side of the jury box and play a video on the

19   right side of the jury box.

20          THE COURT:  Okay.

21          (Video played)

22          THE COURT:  All right.  So let's just sort of

23   ultimately reserve on whether the whole thing goes back or

24   not and I'll just think about that.  But at a minimum, it

25   comes in -- it can be shown to the jury, let's put it that

1    way, in its present form.  I don't think there's much

2    prejudice here from the fact the transcript is being

3    highlighted along with a map of her location and her

4    photograph.  I mean, this is sort of what I think all of us

5    would have anticipated the government would try and do with

6    something like this.

7            MR. NESTLER:  Thank you, Your Honor.

8            Just to be clear, we have clipped this consistent

9    with Your Honor's ruling.  We've provided a copy to defense

10   counsel.  We have not heard any objection to our -- to make

11   sure we complied with Your Honor's ruling, so we believe

12   this does comply with it, but if they have an objection that

13   we missed a snippet or something, they should raise it.

14           THE COURT:  Okay.

15           MR. WOODWARD:  I'll do my best, Judge.

16           Last is Government's Exhibit 3502.1.  This is the

17   mayor's order issued, I believe, on January 6th.

18           Our objection is to -- they've redacted some of

19   this but not all of it, and here you can see the mayor's

20   order is addressing certain allegations that don't pertain

21   to our clients, and we would submit are not relevant to this

22   case.  As a result, they're not probative, and even if they

23   were, they're certainly unfairly prejudicial to the extent

24   that our clients are then --

25           THE COURT:  What's the relevance of the mayor's

```
 1    order other than I understand some of the defendants were
 2    cognizant of it and made sure they were indoors?
 3             MR. NESTLER:  Sure.  Well, the mayor's order is
 4    relevant to that issue as well.  The time the mayor issued
 5    her order, which was 2:31 p.m., is relevant.  And it is for
 6    the 231 charge, the government has to prove an adverse
 7    effect on commerce, and this is the way in which we intend
 8    to do so.  The riot -- so not the defendants' adverse effect
 9    on commerce, that the civil disorder had an adverse effect
10    on commerce.
11             THE COURT:  Right.
12             MR. NESTLER:  Or we attempted to introduce through
13    Captain Ortega, there was a civil disorder.
14             THE COURT:  You're not going to bring it in from
15    Safeway like in my last trial?
16             MR. NESTLER:  That's correct, Your Honor.
17             We need to prove there was a civil disorder.  We
18    need to prove that that civil disorder caused the mayor to
19    impose a curfew, so these paragraphs show that the civil
20    disorder is what caused the mayor to impose the curfew and
21    the curfew is what caused commerce to be disrupted pursuant
22    to a witness or a stipulation from Safeway.
23             THE COURT:  I would put this back on you,
24    Mr. Woodward, because, look, I agree that elements of this
25    are problematic.  I think the question is whether you all
```

1    can reach some accommodation.

2            MR. WOODWARD:  We have stipulated -- you'll be

3    surprised to hear this.  We have already stipulated that the

4    mayor issued the order.

5            THE COURT:  Okay.

6            MR. WOODWARD:  So the actual order seems to us to

7    be needlessly cumulative given that we have agreed that the

8    order was issued.

9            And to the extent that the government needs the

10   stipulation to reflect more than it does --

11           MR. NESTLER:  We believe that the fact that the

12   mayor issued the curfew order is not -- well, for our

13   record, we would like to have the causal linkage.  The mayor

14   issued the curfew order because of the riot at the Capitol.

15   These paragraphs establish the reason for her issuing the

16   curfew order.

17           THE COURT:  Yes, although it seems to me that is

18   likely not in dispute, and perhaps you all can tweak the

19   language to reflect that.  Because I do think, look, a fair

20   amount of this, although this is a public record, is not --

21   you know, it brings in a lot of facts that aren't directly

22   related to these defendants, including, you know, the number

23   of weapons, arrests were made.

24           MR. WOODWARD:  Bomb threats.

25           THE COURT:  Breaks bottles, bike racks, bomb

```
 1   threats, et cetera.
 2           MR. NESTLER:  Your Honor, if the defense is
 3   amenable to a stipulation that the riot at the Capitol
 4   Building caused the mayor to issue her curfew order, then we
 5   don't need to include these paragraphs.
 6           THE COURT:  Okay.
 7           MR. NESTLER:  The reason they're here is for that
 8   reason, for that causal linkage.
 9           MR. WOODWARD:  We'll work with the government.
10           THE COURT:  All right.
11           MR. WOODWARD:  If I could just read, for the
12   record then the exhibits that we discussed this morning are
13   Government's 22.V.3, Government's 1102.1, Government's
14   1104.1, Government's 1500, Government's 1502,
15   Government's 1504, 1505, 3502.1, 6725.2, 6734.
16           And these SoRelle videos are 6745TR, 7646TR, and
17   6747TR.
18           THE COURT:  Okay.
19           MR. NESTLER:  And to be clear, the TR, those are
20   the versions with the transcript.  We have them without
21   transcripts as well.
22           THE COURT:  Right.  Okay.
23           MR. WOODWARD:  Thank you, Your Honor.
24           THE COURT:  Mr. Geyer, you've been standing
25   patiently.
```

```
 1              MR. GEYER:  Good morning, Your Honor.

 2              I want to raise for your attention that last night

 3    in the dark of night, my friend, Mr. Nestler and Ms. Rakoczy

 4    and the government team provided us with information from --

 5    long-awaited information, Carmen Hernandez and I have been

 6    in a pitch battle trying to get information about this since

 7    at least January of this year, and we found out last night

 8    that seven of the doors around the Capitol have --

 9              MS. HUGHES:  Objection, Your Honor.  Can we get on

10    phone?

11         (Sealed bench conference)

12         ███████████   ████████

13         ████████████████████████████████████

14         ███████████   ████████████████████

15         ██████████   ██████████████████████

16         (Open court)

17         MR. GEYER:  Your Honor, can you --

18         THE COURT:  Hang on.

19              Let me ask the following because Mr. Douyon is not

20    here.

21              Mr. Geyer, is this something we can take up at a

22    break or does it directly relate to --

23              MR. GEYER:  Of course.

24              THE COURT:  I'm just -- if it relates directly to

25    upcoming testimony, then I'll deal with it now.  Otherwise,
```

```
1    if we can hold off until Mr. Douyon comes back to make sure
2    we're technologically sound.
3              LAW CLERK:  I figured it out.
4              THE COURT:  But I want to make sure we're doing
5    under seal, it's not also going out to the public record in
6    some way.  So we'll just hold off on the issue.
7              Okay.  Anything else?
8              All right.  I'm just going to step out for one
9    second.  I want to talk to the jury about a purely
10   logistical issue about their comings and goings and then
11   I'll come back out and we'll be ready to go, okay?
12             (Recess from 9:50 a.m. to 9:54 a.m.)
13             THE COURT:  Please remain seated.  Thank you.
14             Do we have Mr. Dolan nearby?
15             MR. NESTLER:  Yes, Your Honor.
16             THE COURT:  Just hold off for a second.  JC has
17   got them lined up and they're in a different location so
18   it's going to take a little bit longer for them to get over
19   here than usual.
20             MR. NESTLER:  While we have downtime, Your Honor,
21   I just wanted to put something else on the record.
22             The video, the riot montage video yesterday that
23   we excised, we do have a photograph that Mr. Caldwell took
24   from his phone at 2:51 p.m. of the Lower West Terrace
25   tunnel.  There could be a time later in this trial, not
```

1    today, where we will seek to introduce evidence about what

2    was happening at that time at that location that

3    Mr. Caldwell would have been able to see.

4              THE COURT:  Okay.

5              All right.  Well, why don't you make sure

6    Mr. Fischer is in the loop on that and we'll take that up at

7    the appropriate time.

8              MR. NESTLER:  Yes, Your Honor.

9              COURTROOM DEPUTY:  Jury panel.

10             Oh, are you all ready?

11             THE COURT:  Not quite.

12             (Pause)

13             COURTROOM DEPUTY:  Jury panel.

14             (Jury entered the courtroom.)

15             THE COURT:  Okay.  Please be seated, everyone.

16             Ladies and gentlemen, welcome back and good

17   morning to all of you.  Apologies for the late start, we had

18   some legal matters we need to take care of this morning,

19   that's why we're getting started a little bit later than I'd

20   hoped.

21             So why don't we recall Mr. Dolan and we'll begin

22   with Mr. Linder's cross-examination.

23             Mr. Dolan, good morning.

24             THE WITNESS:  Good morning, Judge.

25             MR. LINDER:  May I proceed?

1          THE COURT:  You may.

2                      - - -

3    JASON DOLAN, WITNESS FOR THE GOVERNMENT, HAVING BEEN

4    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

5    FOLLOWS:

6                CROSS-EXAMINATION (CONTINUED)

7                      - - -

8    BY MR. LINDER:

9          Q    Good morning, Mr. Dolan.  How are you?

10         A    Good morning.

11         Q    My name's Phillip Linder.  I represent Mr. Rhodes.

12   Thanks for being back again this morning.

13              I just want to talk -- I want to talk to you about

14   a couple areas.  I want to talk to you kind of after -- the

15   events in your life after January 6th leading up to your

16   plea bargain that you entered into, which Mr. Nestler

17   introduced yesterday, and I want to go back and I want to

18   talk to you some about the events leading up to January 6th

19   if that's okay with you.

20         A    Okay.  That's fine.

21         Q    On the evening of January 6th, after the events at

22   the Capitol, where did you go?

23         A    Went back to the hotel.

24         Q    And were you with Mr. Cummings and

25   Kenneth Harrelson?

4212

1    A    I'm not sure if I was with Mr. Cummings.

2 I believe I only walked back along with several

3 Oath Keepers; Mr. Harrelson was one of them.

4    Q    And which hotel did you go back to?

5    A    I think it was the Hilton Garden Inn, but please

6 don't quote me on that; I don't quite remember the name of

7 it.  It was the one where I was staying at at the time.

8    Q    And that's fine.  If I asked you a question that

9 you don't hear or understand, let me know and I'll re-ask

10 it.

11        And is that where you had taken your weapons

12 earlier, the day before?

13    A    No, no, two separate hotels.

14    Q    And was the Hilton Garden Inn that you went to

15 that night in the District or was it back in Virginia?

16    A    That was in the District.

17    Q    So -- okay.  So you were still in the District on

18 the night of the 6th?

19    A    Yes.

20    Q    Okay.

21        And correct me if I am wrong, but isn't it true

22 there was no conversation with you guys that night about

23 going back into the District the next day, was there?

24    A    No, there wasn't.

25    Q    Okay.

1           And so what happened -- did you just go to sleep

2    that night after dinner?

3           A    I probably grabbed a couple beers and made a

4    couple phone calls and then, yeah, went to sleep at some

5    point.

6           Q    And then get up on the 7th, and you drive back to

7    Florida?

8           A    That morning, yes.

9           Q    Okay.  And who all was in -- and it was your

10   minivan that you had rented, correct?

11          A    It was mine, yes.

12          Q    So you who all was with you on the drive back?

13          A    It was the same on the way up.  It was Kenny and

14   Terry.

15          Q    And did you go into Virginia and retrieve the

16   weapons that y'all had brought there before?

17          A    Yes.

18          Q    And was everything still there like you had left

19   it?

20          A    Well, I didn't put it up there, but my items were

21   there so --

22          Q    Any indication that anybody had messed with it,

23   moved it, taken it out of the room or anything like that

24   while in your absence?

25          A    No indication that I saw, no.

1    Q    Okay.

2         And when you were in the District on the 6th, you

3    didn't take any firearms with you; is that correct?

4    A    No, not into the District.

5    Q    And you don't have any information of any other

6    Oath Keepers taking weapons or firearms per se into the

7    District on January 6th either, do you?

8    A    I didn't hear about anybody bringing in, but I

9    don't know.  I only know I didn't bring any in.

10   Q    And when you went back to that hotel room and

11   retrieved your firearms, were there other firearms in there

12   also?

13   A    I believe at the time, we were the last ones

14   there, so I didn't see any other firearm cases except for

15   the ones that we picked up, brought downstairs and put in

16   the car.

17   Q    Okay.

18        So how long of a drive was it back to Florida?

19   A    I don't know the exact hours off the top of my

20   head.  If I had to guess, somewhere between 12 and 16.

21   Q    That's fine.

22        Did y'all spend the night anywhere or drive

23   straight through?

24   A    No, it was a straight-through drive.

25   Q    Was it just the three of you in the car?

1      A      Yes.

2      Q      Was there any talk about going back into the

3  District; Hey, we're going to turn -- get back to Florida,

4  reorganize and go back?

5      A      No.

6      Q      Was there any talk with Mr. Cummings about why you

7  went into the Capitol on January the 6th?

8      A      I'm not sure.  I don't know who Mr. Cummings is.

9      Q      Well, he -- would he have been one of the people

10  in your car?

11      A      I had two people.  I knew Kenny was in the car.

12  I can identify him.  And I had Terry in the car with me, and

13  that was it.

14      Q      Terry Cummings?

15      A      Okay.  I don't know his last name --

16      Q      That's all right.

17      A      -- until just now.

18      Q      That's okay.  That is fine.  I'm not trying to

19  trick you with anything.  I'm just trying to lay out the

20  scenario.

21            So it's true that Terry Cummings did not go into

22  the Capitol with you guys on the 6th?

23      A      I didn't see him go in, no.  And when I came down

24  later, he said that he hadn't gone in.

25      Q      And on the drive back to Florida, there was no

1    talk to him about why you guys went in, was there?

2        A    I don't recall the exact conversations on the way

3    back.  It was pretty subdued.

4              So there wasn't a lot of talk.

5              I don't remember specifically anything like that.

6        Q    Sure.

7        A    But I can't say definitively one way or the other.

8        Q    Okay.

9              And when you got back to Florida, did you have any

10   further contact with Oath Keepers?

11       A    Yes.

12       Q    And how long did that contact last before you cut

13   off contact with them?

14       A    It lasted up until the day that Kenny was

15   arrested.

16       Q    And what day was that, if you remember?

17       A    I don't know what day it was.

18       Q    Was it a few days after the events or a month

19   after the events, just kind of ballpark?

20       A    A couple months, if I had -- this is just a guess.

21   Probably -- it was probably March or April time frame, but

22   it's just a guess.  I don't remember the exact time frame.

23       Q    And when was the first time that you had contact

24   with law enforcement or they contacted you?

25       A    I don't recall the exact day.  I think it was in

```
 1   late May where I was arrested.
 2        Q    Okay.
 3             And did they contact -- did any law enforcement
 4   contact you before the day you were arrested?
 5        A    No.
 6        Q    And were you arrested at your home?
 7        A    Yes.
 8        Q    And were you interviewed by law enforcement there,
 9   or did you refuse to interview?  I mean, tell me what
10   happened when you were arrested.
11        A    They came into the house -- well, they did what
12   you saw on TV.  They came to the house.  They came in,
13   separated me.  I was placed in handcuffs.  I was kept
14   outside.  They then brought me into my back patio where
15   I was kept for quite a while.
16             They asked if me if I wanted to answer questions.
17   I told them, No, I'd prefer to speak to an attorney.
18             So other than just a little banter back and forth
19   that had nothing to do with anything like this, there wasn't
20   much talk.
21        Q    And shortly thereafter, did you get a lawyer?
22        A    Yes.
23        Q    And were you detained for a period of time or were
24   you out on some kind of bond?
25        A    I was detained for a period of time.
```

1      Q   How long a period of time?

2      A   Somewhere between 15 and 20 days.

3      Q   Okay.

4         And so you were eventually released on a bond, and

5 you had a lawyer at this point?

6      A   Yes.

7      Q   And did you sit down at some point and talk with

8 the government, whether it's the U.S. Attorney's Office or

9 the FBI or anybody else?  Did you have some interviews with

10 the government?

11     A   I don't recall having anything like that before my

12 bond, no.

13     Q   Okay.

14         Since between your -- so you said you got arrested

15 in May of '21?

16     A   It was sometime towards the end up of May,

17 I believe, yes.

18     Q   And we're now 16 months later or so.  How many

19 times have you met with agents for the government, whether

20 that be U.S. Attorney's or the FBI or anybody like that, to

21 talk about your testimony or what happened that day?

22     A   Not including when they raided my house or --

23     Q   Yes, sir.

24     A   -- I believe maybe four.

25     Q   Okay.

4219

1      A    Maybe three, maybe five --

2      Q    Okay.

3      A    -- somewhere in there.  I don't have the exact

4  number.

5      Q    That's fine.

6           And when you were arrested in May, were you told

7  that you were indicted already?

8      A    I'm not sure.

9           I'm sorry, I'm not very good with the --

10     Q    I'm not trying to trick you.

11     A    Yeah.

12     Q    I'm just -- I'm just trying to have a conversation

13 with you.

14     A    I'll give you my laymen's terms.  I was arrested,

15 and I had to come to court here and be, whatever the

16 judicial terminology for it, I was charged.

17     Q    Right.

18     A    If that's what you're looking for.

19     Q    Okay.

20          And at some point -- and this is an obvious

21 question, but at some point, I assume you're working with

22 your lawyer to go through, What am I charged with, what are

23 my options, should I go to trial, should I do a plea?  Were

24 you having those kinds of conversation with your lawyer?

25     A    Yes.

1    Q    And did you have a lot of conversation with your

2    lawyer?

3    A    I talked to him enough.

4    Q    Okay.

5         And at some point, you decided to enter a plea;

6    would that be correct?

7    A    Yes.

8    Q    And is it your understanding that you entered a

9    plea to two charges of the five that you were indicted for?

10   A    Yes.

11   Q    Okay.

12        And are you aware, were you told, the ranges of

13   punishment of all those charges, or the potential ranges of

14   punishment of all those charges?

15   A    Yes.

16   Q    And what do you believe them to be?  What's the

17   highest range of punishment you believe --

18   A    I haven't looked at that paperwork in probably a

19   year and a half.  So I don't know the exact number, but

20   I thought it was somewhere between five and seven years.

21   Q    Okay.

22        And this is what I want to get into because

23   there's -- and this can be confusing, and I'm not trying to

24   trick you, I just want everybody to understand.  There's a

25   statutory range of punishment, and then there's a Sentencing

1   Guidelines.

2       A    Okay.  Then what I was referring to, to be

3   specific, was the Sentencing Guidelines.

4       Q    Okay.

5       A    So I'm -- beyond that, I'm not sure.  I've --

6   I don't know the whole legal stuff.

7            MR. LINDER:  Your Honor, if I could show the

8   witness Rhodes Exhibit DX00960.

9            I want to put something on the screen for you to

10  look at.

11           THE COURT:  What was that number again?

12  BY MR. LINDER:

13      Q    Can you see that there in front of you?

14      A    Yes.

15      Q    Okay.

16           And did you see something like this or a chart

17  exactly like this when you talked with your lawyer about

18  different things that could happen to you?

19      A    I don't recall seeing anything specifically like

20  that.  I did most of my conversations with my attorney over

21  the phone.

22      Q    Okay.

23           But did they talk about the Sentencing Guidelines

24  that are broken down in your plea bargain?

25      A    They did.

1          Q     Okay.

2          A     Yeah, at some point.

3          Q     And I assume, and it's reflected in your plea

4    bargain, that you have no criminal history; would that be

5    correct?

6          A     Yes.

7          Q     Okay.

8                And so if I told you that the only part of this

9    table that's really relevant to your case would be the left

10   side, left column 1, could you agree with me on that?

11         A     I don't know if I could agree with you on that.

12   I don't know.

13         Q     Okay.

14               MR. LINDER:  Your Honor, if we could put up 961,

15   Rhodes 961.

16   BY MR. LINDER:

17         Q     Okay.  Does that look like the left side of that

18   chart I originally showed you?

19         A     If you could put them side by side, I don't know.

20   I'm trying not to -- I can't read all the numbers.

21   I'm not sure.

22         Q     That's fine.  I'll tell you what.

23               Let's put up Government's Exhibit --

24         A     There you go, okay.

25               It looks very similar, yes.

4223

1        Q    Thank you very much.  I appreciate it.

2              MR. LINDER:  Can we put up Government's Exhibit

3    5301, the plea bargain that was entered into yesterday.

4              This has been admitted, correct, Your Honor?

5              THE COURT:  Yes.

6              MR. LINDER:  Can we just publish this to the jury

7    also.  Okay.

8    BY MR. LINDER:

9        Q    Sir, I want to look at page 3, the bottom of

10   page 3.  And do you see those numbers out there where it

11   talks about -- actually page 2 I'm sorry, bottom of page 2.

12             Do you see the -- there you go.

13             The bottom of page 2 and the top of page 3 where

14   it talks about levels, Base Offense Level 14, and then

15   there's these enhancements, a plus 8, a plus 3 and a plus 2.

16   Do you see that?

17       A    Yes.

18       Q    Did your lawyer explain to you that those go with

19   the left-hand -- they go with that Sentencing Guidelines

20   chart to figure out that range that you were talking about

21   of the six years or so, five or six years, did they explain

22   that to you?

23       A    They most likely did.

24       Q    Okay.

25             And did they tell you that --

```
 1            THE COURT:  Mr. Linder, I'm sorry to interrupt
 2    you, but I'll just ask you to rephrase a little bit.
 3    I don't want him to disclose attorney-client communications.
 4    He can certainly testify about what he understands.
 5            MR. LINDER:  Right.
 6            THE COURT:  Just to be sensitive.
 7    BY MR. LINDER:
 8        Q    On that point, I don't want to ask you or have you
 9    tell this jury any attorney-client privileged communication.
10    I just want to ask you kind of what you understood.
11        A    Okay.
12        Q    So in your discussions with your lawyer, you
13    talked about potential sentences; is that correct?
14        A    I'm sure at some point we did, yes.
15        Q    And the number you threw out earlier where you
16    said you thought you were looking at 63 to 78 months, or
17    something like that, is that kind of what you think your
18    range could be?
19        A    It was somewhere in there.  That's what I was
20    understanding, yes.
21        Q    Okay.
22            Now, your plea papers make it very clear that --
23    and it's on the bottom of page 1, that the maximum range of
24    punishment in one of your charges is up to 20 years, and the
25    other one is up to 5.  Are you aware of that?
```

1     A     Yes.

2     Q     And are you aware that this Sentencing

3  Guidelines Range is kind of an estimate?

4     A     Yes, it was somewhat my understanding.

5     Q     Okay.

6           And are you aware -- is it your understanding that

7  the judge can sentence you inside that Guidelines Range or

8  outside that Guidelines Range, up or down.  Do you

9  understand that?

10     A     I believe they probably told me that.

11     Q     Okay.

12           Now, were you told that you could also get what's

13  called a 5K1?

14     A     Could you explain what a 5K1 is?  I don't know

15  what that is.

16     Q     Okay.

17           On the top of page 11 --

18           Let me get some water.

19           Let me back up before we talk about that.

20           But as part of your plea bargain, your agreement

21  to cooperate with the government.  Is that true?

22     A     I'm sorry.

23     Q     Is part of your plea agreement that you would

24  corporate with the government?

25     A     Yes.

4226

1      Q    In fact, you've given sworn testimony in another

2   hearing a year ago before this one?

3      A    I believe I was in a grand jury testimony.

4      Q    I wasn't going to say that.  But you've given

5   sworn testimony before about the events of that day?

6      A    Yes.

7      Q    And part of this plea agreement says that you will

8   cooperate if the government needs you to testify, you'll

9   give information if you so have it?

10      A    That's correct.

11      Q    Okay.

12           If you refuse to cooperate or if you change your

13   mind at some point, do you have a belief or understanding of

14   what could happen to you?

15      A    The only thing I was told or that I remember, so I

16   don't know the exact details, if I change my mind, just

17   anything that I said could be used against me.

18      Q    Correct.

19           Is there reference that if you changed your mind,

20   you know what, I'm not going to testify for you guys

21   anymore, that this plea could be -- that you could be

22   prosecuted for obstruction or they could put the other cases

23   back on you?

24      A    I'm sorry, could you repeat that.

25      Q    Yes.  It's a poorly worded question.

1          If you at some point changed your mind after

2    entering this plea and decided, you know what, I'm not going

3    to cooperate anymore, I'm going to stand on my plea, I'm not

4    talking anymore, do you have a belief or understanding of

5    what could happen to you if you did that?

6      A    I'm not sure what my belief or understanding of

7    what could happen.  I'm not -- again, I do think -- do

8    I think it's going to get suddenly lot worse?

9      Q    Yes.  Do you have an understanding that if you

10   cooperate, it you could get better, and if you don't

11   cooperate, it could get worse?

12     A    I suppose that could be said.

13     Q    Okay.

14          So you have some kind of understanding that you

15   kind of need to do what you've signed up to do?

16     A    Yes, unless I change my mind.

17     Q    Correct.

18          But if you change your mind, it could get worse

19   for you?

20     A    I suppose that's possible.

21     Q    Okay.

22          So if we look at the top, I think it's page 11,

23   right there on the second line, it references a 5K1, the

24   government not filing a 5K 1 if you chose not to cooperate

25   with them anymore Do you have any idea what a 5K1 motion is?

4228

1    A    Maybe you could explain it.  I'm not sure.

2    Q    If I told you that it was a motion to reduce the

3 sentence recommendation, I mean, the judge is the ultimate

4 sentencer, but if I told you that a 5K1 was the government's

5 request that, hey, Judge, we're going to ask to lower the

6 sentencing range, do you have any kind of understanding of

7 that?

8    A    A little bit.

9        From my understanding was basically the whole

10 thing is depending on the judge.

11    Q    Right.

12        But is it also your understanding that, ultimately

13 he's going to make the decision but what goes into that

14 decision is your cooperation, the government's

15 recommendations to the judge if you cooperated or didn't

16 cooperate.  Do you understand that?

17    A    Yes.

18    Q    So is it -- kind of globally, is it your

19 understanding that if you want the shortest sentence you can

20 get, you need to cooperate and come -- cooperate with the

21 government and come testify and do the things that the

22 government wants you to do?

23    A    Well, testify the truth that I remember it.

24 I'm not trying to make up stories.

25    Q    Granted.  I'm not saying you're making anything

1    up.  But I'm just trying to understand that you have a

2    belief that if you cooperate and come do this, that you have

3    a chance to earn a lower sentence?

4         A    There is that chance, yes.

5         Q    Okay.  Thank you.

6              Okay.  I want to go back to your original contact

7    with the Oath Keepers.

8              Did you get in contact with them -- it was

9    November or December of 2020?

10        A    I believe it was in November.

11        Q    And shortly after the election?

12        A    Correct.

13        Q    And I don't want to go too much into your personal

14   history but you brought it up yesterday so I want to touch

15   upon it.

16             How long had you been retired from the Marines?

17        A    I retired in August of 2014.

18        Q    So were you doing any work in the fall, summer and

19   fall of 2020 leading up to the election or were you

20   unemployed at that time?

21        A    I was unemployed.  I had quit my job, I couldn't

22   do it anymore because of my hip.  I'd already had prior hip

23   surgeries.  So I didn't know how long this was going to

24   take.  So I quit the job hoping that at some point I could

25   re-apply.  I wanted to get the surgery I knew it was going

4230

```
1    to take a while to heal.
2         Q    Yeah, understood.
3         A    And then go from there.
4         Q    Okay.
5              And would it be safe to say, because you mentioned
6    it yesterday, and I'm not trying to bring it up, I just want
7    to get into it a little bit, that you were having some
8    potential substance abuse issues or struggling with some
9    depression in the fall of 2020?
10        A    I would say there was definitely some alcohol
11   issues.
12             My hip was hurting a lot.  The strongest pain meds
13   they'll give you is Tylenol or Motrin, and so I used kind of
14   alcohol to try to dull the pain as much as I could.
15        Q    And were you suffering from some depression also?
16        A    I've never been clinically -- I don't know.
17        Q    Understood.
18             But you testified yesterday that you were in your
19   garage a lot and you were on your phone a lot and surfing
20   the Internet and things like that.  Were you looking for a
21   place to belong or looking for a group you could belong to,
22   something like that?
23        A    Possibly.  I'm not sure.
24        Q    Okay.
25             Would it be safe to say that you served in the
```

1    Marines for 20 years because you enjoyed serving your

2    country?

3        A    Yes.

4        Q    And it gave you a sense of purpose?

5        A    Yes.

6        Q    When you found the Oath Keepers website or however

7    you got in contact with them, did that appeal to you as

8    potentially giving you a sense of purpose again?

9        A    Yeah, I'm sure that could have been part of the

10    thought process.

11        Q    And what was it about their website or that you

12    read about that told you that it might give you a sense of

13    purpose?

14        A    It wasn't so much the website.  I had just heard

15    from people in the past that -- I'd come across Marines who

16    were members of the Oath Keepers.  I heard they were mostly

17    made up of former military, and I guess that, in a way,

18    appealed me to.

19        Q    Okay.

20            Did you -- in your research about the

21    Oath Keepers, did you see that they do a lot of either

22    disaster relief or security for events and things like that?

23        A    Yes.

24        Q    Did that appeal to you?

25        A    Yes.

4232

1        Q    And was your first -- I think your first personal

2   contact, you mentioned yesterday, with Oath Keepers was the

3   December 12th event in Miami?

4        A    I'm sorry?

5        Q    Was your first personal meeting with members of

6   Oath Keepers the December 12th event in Miami?

7        A    Yes.

8        Q    But you had had either Signal chats or phone calls

9   or text messages with either Mr. Meggs or Mike Adams or

10  somebody before that, correct?

11       A    Yes.

12       Q    And so how did you get the information about the

13  Miami event?

14       A    Via Signal.

15       Q    Okay.

16            And did you sign up to go?

17       A    Yes.

18       Q    In fact, in your text messages or your Signal

19  chats, you even said you couldn't go armed because your CHL

20  permit had expired, correct?

21       A    That's correct.

22       Q    So even though people can carry in Florida, you

23  knew you couldn't, but you offered to go and say, Hey, I

24  can't go armed because I don't want to break the law, but

25  I want to come help you guys?

1      A      That's correct.

2      Q      Okay.

3             Did it appear -- were you following the law the

4      best you knew it?

5      A      Yes.

6      Q      Did it appear that the people you were working

7      with were trying to follow the law?

8      A      Yes.

9      Q      Okay.

10            And when I say "people you were with," I mean the

11     Oath Keepers that you met up with and did the project?

12     A      Well, I really only met one day -- one that day,

13     and that was Kelly.

14     Q      Oh, that's the only one you met that day?

15     A      Correct.

16     Q      Okay.

17            So what kind of security event did you guys do?

18     A      I don't know what exactly they all did.  It was an

19     event for Roger Stone.  He was coming to speak, and I stayed

20     in the vehicle and drove.

21     Q      Did you get to meet him?

22     A      Yes.

23     Q      Now, did you feel like you were part of the group?

24     A      Yes.

25     Q      Did Kelly Meggs make you feel like a part of the

4234

```
1    group?
2        A    Yes.
3        Q    And did that encourage you to get more involved?
4        A    Yes.
5        Q    And so were there any other events between
6    December 12th and January 6th that they did that you could
7    have worked?
8        A    I believe there was another event that they did on
9    the other side of Florida with Roger Stone.  There may have
10   been something else, but I didn't go to those.
11       Q    Okay.
12            So when did you hear about the D.C. event?
13       A    When it was made public.  I don't know the exact
14   day.
15            And I think I may have seen it on some social
16   media or something at the time.
17       Q    Okay.
18            Did you get Signal chats about it?
19       A    At some point, I'm sure I did.
20       Q    Okay.
21            And did the Signal chats that you got, in
22   particular, one that Mr. Rhodes put out on January 4th, did
23   they indicate that the purpose of going for you guys was to
24   work security for different events and different speakers?
25       A    I would have to see the chat.
```

4235

1     Q    Okay.

2         If I -- well, what was the purpose you thought you

3 were going there for?

4     A    That was part of the purpose so -- I just don't

5 want to speak to something I haven't seen --

6     Q    I understand.

7     A    -- but, yes, as a rule, part of going up there was

8 to provide security for -- I don't know their names but

9 people that were hosting the Stop the Steal rally.

10    Q    So you figured it would be consistent with what

11 you guys did in Miami by protecting a speaker and providing

12 security?

13    A    That would sound fair enough, yes.

14    Q    And if I told you that on January 4th, Mr. Rhodes

15 put out a Signal chat to that effect, Hey, we're going to

16 D.C. to protect these speakers, would you have any reason to

17 disagree with that?

18    A    If you say he put it out, then I don't have a

19 reason to disagree with it.

20    Q    Okay.

21        And you may have read that, you may not have, you

22 just don't remember right now?

23    A    Correct.

24    Q    But your belief in your mind was that you were

25 going up there to work security with these guys?

4236

1     A    Yes.

2     Q    And did you guys, or did someone for you, research

3   the laws regarding --

4     A    I'm sorry, I missed -- I don't want to stop you, I

5   just didn't hear part of what you said.

6     Q    That's fine.  I drifted away from the mic.

7          Did somebody, either you or people you were with,

8   research the firearms laws in regards to the District?

9     A    There were a bunch of posts about different laws

10  and things and questions that you could bring, not bring.

11    Q    Okay.

12         And were you told specifically, either by members

13  of this chat, or by Mr. Rhodes or Mr. Meggs, that, Hey, you

14  can bring your firearms to Virginia, but you cannot bring

15  them into the District?

16    A    That was my understanding, yes.

17    Q    Okay.

18         Was it your understanding people were trying to

19  follow the law?

20    A    Yes.

21    Q    Okay.

22         And you were trying to follow the law?

23    A    Yes.

24    Q    So you took the firearms and put them in this

25  hotel in Virginia?

4237

```
 1        A     Yes.

 2        Q     Now, did you go into the District on the evening

 3   of the 5th?

 4        A     Yes.

 5        Q     And who did you go in there with?

 6        A     We went in there to get to our hotel room, check

 7   in.  There were a bunch of people there, Terry, Kenny,

 8   Kelly.  There were others as well.  Those are pretty much

 9   the names of the people I remember because I spent the most

10   time with those three.

11        Q     And is this at the Hilton Garden Inn that's in the

12   District?

13        A     Yes, whatever -- yeah, whatever hotel it was,

14   I'm sure it's somewhere in the documentation.

15        Q     Sure.

16        A     If it was the Hilton Garden Inn, then yes, that's

17   where we stayed.

18        Q     And we're not going told you to that.  That was a

19   year and a half ago.

20              But did anybody, you or anybody you saw, bring

21   their firearms from Virginia into the District on

22   January 5th?

23        A     No, not that I saw.

24        Q     And what did y'all do on the evening of the 5th?

25        A     We checked into the hotel.  And then at some
```

4238

```
 1    point -- I don't know the exact things, but Kelly said --
 2    I believe it was Kelly -- that they asked us to head up to
 3    provide security in the evening for people who were speaking
 4    at a couple rallies that were going on at the time over by
 5    the Capitol.
 6         Q    And did you do that?
 7         A    Yes.
 8         Q    Do you know, by chance, how many Oath Keepers were
 9    there -- let's start with the 5th -- on the night of the 5th
10    or how many different groups Mr. Rhodes may have had there
11    working security?
12         A    I have no idea.
13         Q    And nobody said, Hey, we've got 50 guys?
14         A    If they did, it's something that is lost in my
15    memory, so I really don't know.
16              I saw other members there.  There were other
17    Oath Keepers tasked with doing different things, but I could
18    not even come close to telling you if it was 20 or a hundred
19    or a thousand, I have no idea.
20         Q    Fair enough.
21              So do you remember which security that you worked
22    on the evening of the 5th?
23         A    Not specifically.  I assume -- if I make an
24    assumption, then it would probably be with the Stop the
25    Steal, but I'm not sure.  And I never really knew any of
```

1    those people anyway, so --

2         Q    Okay.

3              And did you just work one event on the evening of

4    the 5th?

5         A    Yeah, that was, if -- from my memory, yeah, we

6    basically stood around and walked around in the grassy area.

7         Q    Okay.

8              And how many Oath Keepers were with you at that

9    event?

10        A    I think there were maybe -- maybe five or six.

11        Q    Okay.

12             And I know you said you didn't know how many, but

13   you said other Oath Keepers were tasked with other duties or

14   other jobs.  Is it possible there were other groups of

15   Oath Keepers working other events that night also?

16        A    I don't know.  I can't answer that.  I'm not sure.

17        Q    Okay.

18             If somebody said there were, you have no reason to

19   disagree with that?

20        A    That's -- yeah, if they said there were, then I'm

21   sure there were.  If they said there weren't, then -- then

22   okay.

23        Q    So you do the job on the 5th, nothing happens,

24   correct?

25        A    Correct.

4240

1          Q     Go back to the hotel?

2          A     Yes.

3          Q     And then what time do you get up on the morning of

4     the 6th?

5          A     I'm not sure of the exact time.  I believe the

6     gate for my vehicle opened up around 8:00, but, again,

7     that's -- it could have been 7:30, it could have been 8:30.

8     I'm not -- I'm not super sure.

9          Q     Any talk about, Hey, we need to go out and get our

10    guns and bring them in for the day, it's going to be crazy,

11    anything like that?

12         A     No.

13         Q     Did you bring a firearm into the District on

14    the 6th?

15         A     No.

16         Q     Did anybody you were with bring a firearm to the

17    District on the 6th?

18         A     I didn't see any.

19         Q     Did you have any information of any Oath Keeper

20    bringing a firearm into the District on the 6th?

21         A     No.

22         Q     And this was following the instructions that were

23    given to you guys earlier about, Hey, you can't bring

24    firearms into the District on the 6th, correct?

25         A     Well, you can't bring firearms into the District.

1    Q    Okay.

2    A    Period.

3    Q    So you were following the law as you were told?

4    A    Correct.

5    Q    So on the 6th, did you work a security event?

6    A    I would say yes, somewhat.

7    Q    Were you at the Ellipse?

8         Take your time.

9    A    Yes.

10   Q    And were you with the same group of guys that you

11   were with the night before?

12   A    Yes.

13   Q    And were most of those guys from a Florida group

14   with Kelly?

15   A    Most likely.

16   Q    Okay.

17   A    I don't know who all of them are, but, yeah, I

18   believe so.

19   Q    Did you ever see or hear specifically of other

20   Oath Keeper groups working other security events on the 6th?

21   A    No, not that -- I believe I saw other Oath Keepers

22   doing other things but I don't know what they were doing or

23   where they were doing them.

24   Q    Is it possible there were as many as seven

25   different groups of Oath Keepers doing security out there on

4242

1    the morning, afternoon of the 6th?

2        A    I had no insight into any of that stuff so you

3    would have to ask those gentlemen.  I don't know.

4        Q    Sure.

5             So how many guys were you on the 6th doing your

6    event?

7        A    For the Florida Oath Keepers group, I think,

8    without giving you an exact number, I don't know the exact

9    number, I would say there were maybe 10, 12 of us.

10       Q    Okay.

11            And leading up to that time in the Signal chats

12   and maybe talking with Mr. Meggs or seeing things from

13   Mr. Rhodes, did you come to learn of something called the

14   Insurrection Act?

15       A    Yes.

16       Q    What do you understand the Insurrection Act to

17   mean to you?

18       A    Not a whole lot.

19            I didn't look a whole lot into it.

20            My understanding was that the President could

21   invoke the Insurrection Act and then call up militia forces

22   to help institute the law as he needed it to be done.

23       Q    Okay.

24            And were you told that that was the only way you

25   guys could bring firearms into the District if the President

1    invoked the Insurrection Act?

2         A    I don't recall specifically anything like that.

3         Q    Okay.

4              Did you have any belief of your ability -- your

5    legal right to bring firearms into the District?

6         A    Do I believe I was allowed to?

7         Q    What were your beliefs, I guess, pertaining to the

8    6th, on your rights to bring or not to bring firearms into

9    the District?

10        A    On the 6th, at that point, I believe we were not

11   allowed to bring firearms into the District.

12        Q    Did you have an understanding that the only way

13   you would be able to do that legally is if the President

14   invoked under the Insurrection Act?

15        A    I think that was the general tenor of the

16   different chats, and so, yeah, that would align with my

17   understanding.

18        Q    Okay.

19             There wasn't any talk, correct me if I am wrong --

20   or wouldn't you agree with me, let me rephrase that.

21             Wouldn't you agree with me there wasn't any talk

22   directly about, hey, if we get in a fight with somebody, we

23   need to get our weapons?

24        A    No, not like that.

25        Q    Okay.

1          It was -- and that's why y'all travel in numbers,

2   correct?  So if something does happen and you get into a

3   scuffle there's six or eight or ten of you together?

4       A    Yes.

5       Q    To protect each other?

6       A    Yes.

7       Q    And that's why you wear helmets and gloves and

8   things like that?

9       A    That was my understanding why they wanted them,

10  yes.

11      Q    Okay.

12          And so neither you nor anybody you had direct

13  conversation with that day thought as a backup plan, man, if

14  we get in trouble, we can go get our firearms?

15      A    I didn't see anything come across like that, but I

16  wasn't on any type of Signal chats or something on the 6th

17  that day.

18      Q    And that wasn't your belief either, was it?

19      A    No.

20      Q    So did Trump invoke the Insurrection Act?

21      A    No.

22      Q    Okay.

23          So when you were working your security event, you

24  eventually heard that people were going into the Capitol?

25      A    Yes.

4245

1      Q    Okay.

2           And where were you when you first heard that?

3      A    I guess as you're looking at the front of the

4  Capitol coming from the Ellipse and we were somewhere -- is

5  that Constitution Avenue?  Maybe somewhere --

6      Q    Yeah.

7      A    I remember looking at the Capitol, but there was

8  still a lot of people away.  So maybe a quarter-mile away.

9      Q    And you said, I think, on direct, that you were

10 alarmed?

11     A    It sounded pretty crazy.

12     Q    Okay.

13          Did you guys say, hey, let's get up there and go

14 in, this our opportunity to go charge the Capitol.  Did

15 anybody say that in your group?

16     A    No.

17     Q    Did y'all walk that direction?

18     A    No.

19     Q    What eventually led you to the Capitol?

20     A    From my understanding, the group that we were with

21 and the ones that didn't get separated from us, still wanted

22 to go around to the backside of the Capitol where they were

23 supposed to do their speeches or rally.

24     Q    Right.

25          In fact, if I told you Mr. Rhodes was speaking at

4246

1    a Latinos for Trump event, there was a permitted event on

2    one side of the Capitol, would you have any reason to agree

3    with that?

4                MR. NESTLER:  Objection; form.

5                THE COURT:  It's sustained.

6    BY MR. LINDER:

7        Q    Do you know which events, if any, that the

8    Oath Keepers were working around the Capitol?

9        A    No.  The only one that I was really aware of was

10   Stop The Steal.

11       Q    Okay.

12       A    And I didn't really know the people that were

13   involved with it.

14       Q    Okay.

15            So the group that you were with that was walking

16   that way, they were trying to go around to another event

17   space?

18       A    Yeah, that was -- correct, to the backside of

19   where -- I guess the east side of the Capitol, if that's

20   right, on the grassy -- where all the grass area is.

21       Q    So what prompted you to go up the stairs?

22       A    The crowd surged forward.

23       Q    And I believe that's consistent with your earlier

24   testimony, that it was kind of a spontaneous thing, wasn't

25   it?

1              MR. NESTLER:  Objection to form.

2              THE COURT:  Just ask the question without

3     comparing it to prior testimony and that'll be fine.

4     BY MR. LINDER:

5         Q    Was there a plan -- before you went up the stairs,

6     was there a plan for you to go up the stairs?

7         A    No.

8         Q    Did you go up the stairs on your own or as part of

9     a group?  What happened?

10        A    Probably a little of both.  We mostly got

11    separated.

12             Prior to moving up to the -- around that grassy

13    area and those barricades coming down, it was, from my

14    memory, it was only me and Kenny that were there.  The

15    people that we had escorted, the ones who made it around the

16    back with us, kind of disappeared into the crowd.

17             So basically it was Kenny and I just standing

18    there.

19        Q    Okay.

20             And you said you went in because the crowd went

21    in?

22        A    Yes.

23        Q    There wasn't any -- isn't it correct, there wasn't

24    any plan by Mr. Rhodes or Kelly Meggs or anyone else put out

25    in advance saying, we're going to go into the Capitol?

1          A     No.

2          Q     Did you even see Mr. Rhodes there that day?

3          A     I saw him after we came out of the Capitol.

4          Q     Okay.

5                Did you see him put out any texts, hey, everybody

6    is going in, let's go?

7          A     I had my phone on airplane mode the entire day, so

8    I didn't see any texts from anybody until that evening.

9          Q     Okay.

10               But did you see any texts later when you had your

11   phone out, hey, this is our opportunity to let's go in,

12   seize the day; did you see anything like that?

13         A     I don't recall seeing any like that.

14         Q     So at the end of the day when Trump did not invoke

15   the Insurrection Act, what did you do?

16         A     Went back to the hotel.

17         Q     And did you go back with the group that you were

18   with?

19         A     We were waiting for one other -- we were down at

20   the bottom waiting for quite a while.  I think there was a

21   group about five or six of us that eventually broke away and

22   went back to the hotel.

23         Q     And this is the hotel that was -- this is the

24   hotel that's in the District at the Hilton Garden Inn where

25   you spent that night?

4249

1      A    Yes.

2      Q    And then the next night that we addressed at the

3  beginning or the next day is when you got up, went back to

4  Virginia, got your firearms, and drove to Florida.

5      A    Yes.

6      Q    I appreciate it.  Thank you for your service.

7  Thank you.

8            THE COURT:  Ms. Haller.

9            MS. HALLER:  Yes.  Thank you.

10           THE COURT:  Mr. Dolan, if you ever need a break,

11  just let me know.

12           THE WITNESS:  Thank you.

13           MS. HALLER:  With the Court's indulgence, I'm just

14  planning for the computer exhibits.

15                         -  -  -

16                   CROSS-EXAMINATION

17  BY MS. HALLER:

18      Q    Good morning, Mr. Dolan.  My name is Juli Haller

19  and I represent Kelly Meggs, along with my co-counsel, and I

20  appreciate your time today.

21           Let's talk a little bit about your service.

22  I understand you served 20 years, right?

23      A    I was just shy of 20 years, 19 years and a month.

24  I had to retire a little bit early.

25      Q    So when you retired early, you said that was 2014?

1    A    Correct.

2    Q    And after 2013 -- well, in 2014, did you

3  transition into unemployment as you left the military?

4  I think you said no, right?

5    A    No, I never took any unemployment.

6    Q    Okay.

7         Were you ever in active, in combat zones?

8    A    Yes.

9    Q    Were you in Iraq?

10    A    Yes.

11    Q    Were you in Afghanistan?

12    A    No.

13    Q    And your time in Iraq, how long did you serve

14  there?

15    A    I spent seven months in Iraq.

16    Q    Thank you for your service.

17         After you left, you said you were drinking at

18  times; is that fair to say?

19    A    Yes.

20    Q    Did you ever go seek any medical attention for

21  drinking after coming home from seven months in Iraq?

22    A    Well, I went to Iraq in 2004, so my retirement was

23  in 2014.  So, no, after I came home from Iraq, I didn't go

24  seeking any counseling for drinking.

25    Q    While you were in the military, did you ever go

4251

1   seek counseling?

2        A    No.

3        Q    Did anybody ever talk to you about PTSD?

4        A    No.

5        Q    So, okay, you said you joined the Oath Keepers

6   because you wanted to feel less alone.  Is that fair to say?

7        A    Yeah, I would say that's part of it.  Not less

8   alone but to be part of a group.

9        Q    I think yesterday you testified that you would

10  feel less alone.

11       A    If I said that, then, yeah, meaning being part of

12  something again.

13       Q    And you even used the words "ranting" on Signal in

14  your garage while drinking, would that be fair to say?

15       A    Yes.

16       Q    Okay.

17            So you get back to the Oath Keepers, and you join

18  this group and you went to Miami.  Is that fair to say?

19       A    Yeah, if you want to just condense everything into

20  once, sure.

21       Q    Okay.  There's time periods.

22            So let's go back.

23       A    I joined the Oath Keepers at some point.  A little

24  later on, there was an event in Miami, so, yes, I did go

25  with them to Miami.

4252

1      Q    Okay.

2           Let me go back a little bit.

3      A    Okay.

4      Q    When you first joined the Oath Keepers, you joined

5    with Mike Adams as president of the Oath Keepers, correct?

6      A    That's correct.

7      Q    And that was in 2020?

8      A    I joined -- yeah, I believe that was 2020, in

9    November sometime.

10     Q    Okay.  So Mike Adams is president, and you meet

11   the other guys like Kelly and -- well, let's -- let me

12   strike that and rephrase.

13          So in November, you testified that there were

14   GoToMeetings, correct?

15     A    Correct.

16     Q    Okay.

17          And you stated that the GoToMeetings were on

18   Fridays, correct?

19     A    That's my memory.  I think it was on Fridays at

20   like 8:00, or maybe it was Sundays.  But it was generally

21   once a week.  If I said it was Friday, that's my memory.

22   I believe that was the day.

23          THE COURT:  Ms. Haller, I'm sorry to interrupt

24   you.

25          It sounds like you're transitioning to a different

```
 1    subject.  I think we should just take about a ten-minute
 2    break --
 3              MS. HALLER:  Of course, Your Honor.
 4              THE COURT:  -- and then we'll return at about
 5    10 of 11:00, okay?  Thanks, everyone.
 6              COURTROOM DEPUTY:  All rise.
 7              (Jury exited the courtroom.)
 8              THE COURT:  All right.  Mr. Dolan, you can step
 9    down.  I'll just remind you not to discuss your testimony
10    during the break, okay, sir?
11              THE WITNESS:  Yes, sir.
12              THE COURT:  Thank you.
13              (Recess from 10:41 a.m. to 10:52 a.m.)
14              MS. RAKOCZY:  We're happy to proceed, Your Honor.
15    Mr. Nestler went to the bathroom.
16              THE COURT:  All right, counsel.  Can I ask all of
17    you to get on the phones, please.
18              (Sealed bench conference)
19    ██████████    ████████████
20      ██████████████████████████████████████
21  ████████████████████████████████████
22  ████████████████████████████████████
23  ████████████████████████████████
24      ████████████████████████████████████
25  ████████████████████████████████████
```

4254



4255



25          (Open court)

1          THE COURT:  Okay.  Ladies and gentlemen, we've got

2    to take a bit of a break from taking the evidence, and it's

3    something that's going to require me to close the courtroom.

4          So unless you are associated with the government

5    or with the defense in this case, I'm going to ask you to

6    please step outside, it won't take us very long.  But if you

7    are not associated with either side, I'm going to ask you to

8    step outside right now, please.

9          (Pause)

10         THE COURT:  All right.  Folks, I'm just going to

11   step outside just so I can speak with her individually.

12         (Pause)

13         THE COURT:  Mr. Crisp.

14         MR. CRISP:  Yes, sir.

15         (Discussion held off the record.)

16         (Pause)

17         (Juror entered the courtroom.)

18         ██████████      ████████████████

19   ██████████

20         ██████████████████████████████

21   ████████████████████████████████████████

22   ██████████████████████████████████

23   ████████████████████████████████

24         ████████████████████████████████

25   ██████████████████████████





4259







4262





4264



4265





4267







```
 1              (Open court)
 2              COURTROOM DEPUTY:  Jury panel.
 3              (Jury entered the courtroom.)
 4              THE COURT:  All right.  Have a seat, everybody.
 5              Ladies and gentlemen, thank you very much for your
 6   patience.  We had to take an unexpected break but we're
 7   ready to continue.
 8              Mr. Dolan, why don't you come on back up.
 9              All right.  Ms. Haller.
10              MS. HALLER:  Thank you, Your Honor.
11   BY MS. HALLER:
12        Q    Hi, Mr. Dolan.
13        A    Hello.
14        Q    So let's talk a little bit about the fact that in
15   the Capitol, going forward to January 6th, when you were in
16   the Capitol, you didn't assault anybody, did you?
17        A    No.
18        Q    And you didn't break anything in the Capitol,
19   did you?
20        A    No.
21        Q    And you didn't enter the congressional chamber or
22   the Speaker's floor, would that be fair to say?
23        A    Yes.
24        Q    And you were there after Congress had already
25   recessed, would that be fair to say?
```

4271

1        A    I don't know when they recessed.

2        Q    Okay.  Well, you heard that they had been

3    evacuated, didn't you?

4        A    I don't recall anything specific.

5        Q    You didn't see any congressional members, did you?

6        A    Well, I didn't go down those halls.

7        Q    Okay.

8            And I think, as you testified previously,

9    including your 19 years' service as a Marine, including you

10   going to Iraq, you are now facing a plea deal where they're

11   going to put you, if you're lucky, in jail for at least five

12   or seven years, would that be fair to say?

13       A    Well, I don't know what my Iraq service has to do

14   with it, but, yes.

15       Q    Well, I would say you served your government,

16   right?

17       A    I was a Marine for 19 years, yes.

18       Q    Yes.

19           And you come home, you have difficulty with some

20   transition, would that be fair to say?

21       A    I had surgeries, yes.

22       Q    And ultimately, it's quite a thank you.

23           Now we're in Congress, where you testified that

24   you didn't come into contact with any officer, correct?

25       A    I'm sorry, that I was in Congress?

4272

1    Q    When you were inside Congress, you didn't come

2  into contact with any officer, did you?

3    A    You mean physical contact?  No.

4    Q    Yes.

5         And you testified you didn't break anything inside

6  Congress?

7    A    No.

8    Q    Okay.

9         So what I'm simply saying is, it is a thank you

10  from your government for your service, would that be fair to

11  say?

12         THE COURT:  I don't understand the question.

13         MS. HALLER:  Okay.  Strike that.  I won't -- I'll

14  switch gears.

15  BY MS. HALLER:

16    Q    Going back to December of 2020, you testified a

17  little bit about Miami, correct?

18    A    Correct.

19    Q    Okay.

20         And you took a fair number of pictures on

21  January 5th and 6th, would that be fair to say?

22    A    Yes.

23    Q    Did you take any pictures while in Miami?

24    A    A couple probably.

25    Q    I'm going you a picture, and I'm going to ask

4273

```
 1   you -- just for the witness.

 2             Can you see that, sir?

 3        A    Yes.

 4        Q    Do you know who the people in the photo are?

 5        A    I know only the person in the middle with the

 6   pinstriped tie, that's Roger Stone.  I don't know anybody

 7   else.

 8        Q    Okay.

 9             On --

10        A    Or I can't, at least from this picture, identify

11   anybody else.

12        Q    Okay.

13             And Roger Stone is the man that you all did your

14   security service for in December of 2020?

15        A    Yes.

16        Q    And this -- would it be fair to say, would you

17   recognize this photo as relating to the service that was

18   provided to Roger Stone in December of 2020?

19        A    Again, I don't know what this photo is.  I never

20   got out of the car.  I don't know what happened.  I just was

21   in the car.  I don't know if that was the same day.  I can't

22   identify that photo.  I don't know what it is.

23        Q    Okay.

24             Let's back up a little bit.

25             That's Roger Stone in the middle, correct?
```

4274

1        A      Yes.

2        Q      And do you recognize Connie Meggs in the picture?

3        A      I never really got a good look at Connie Meggs.

4    If there's a female there and that's her, then -- if you

5    want to identify it as her, I'll agree with you.  I don't --

6    I never really knew her that well.

7               MS. HALLER:  Okay.

8               I'd like to move this in as Kelly Meggs 21.

9               THE COURT:  21.

10              MR. NESTLER:  Objection.

11              THE COURT:  Sustained.

12              MR. NESTLER:  Foundation.

13              THE COURT:  Sustained.

14   BY MS. HALLER:

15       Q      Did you meet Graydon Young?

16       A      It's possible I met him.  If you're asking me to

17   pick one of them out of a lineup, I probably could not.

18   I don't know which one would be him.

19       Q      Okay.

20              And did you meet Zach Meggs?

21       A      I don't believe I've ever met him.  Doesn't look

22   familiar.

23       Q      Okay.

24              And as far as the security service where you

25   waited in the car in December, it's fair to say that was in

4275

1    December 2020, correct?

2        A    Yeah, whatever day the Miami event was.

3    I don't recall the exact day, but, yes.

4        Q    And at that event, you met Kelly Meggs, would that

5    be fair to say?

6        A    Yes.

7        Q    And you also met Kenny Harrelson at that time,

8    would that be fair to say?

9        A    That would be incorrect.

10       Q    You did not meet Kenny Harrelson at the event?

11       A    No.

12       Q    When did you first meet Ken Harrelson?

13       A    The drive up from Florida to D.C.

14       Q    So you've previously stated that you went to do

15   security but you didn't have a concealed carry permit;

16   is that correct?

17       A    That's correct.

18       Q    So you were in the car, is it fair to say, because

19   you didn't have the concealed carry permit?

20       A    I was asked to drive by Kelly.  We met up.  And

21   that's what he asked me to do.  So that's what I did.

22       Q    And you've previously worked in security after you

23   left the government, correct?

24       A    I was in hotel security.  It had more to do with

25   guest services than, like, anything else.

1     Q    Okay.

2         So a marine 20 years, served -- or excuse me,

3  19 years, served in Iraq in active combat, and you did hotel

4  security, correct?

5     A    Yes.

6     Q    And you went to Florida in December of 2020, or

7  you were in Florida and went on the security detail with

8  Kelly Meggs for Roger Stone, would that be fair to say?

9     A    Yes.

10     Q    Okay.

11         Now, when you go to the trip -- well, hold on.

12         So do you recall yesterday there were messages

13  where it was put -- the government put up exhibits and said

14  that, If Trump didn't do his duty, we will, and that was --

15  you know, the government put up the exhibit that

16  Stewart Rhodes said that.  Do you recall that?

17     A    Yes, I can't remember verbatim like you, but that

18  was the tenor.

19     Q    Okay.

20         As for that tenor, did you ever call -- you never

21  called up Kelly Meggs to ask him if that were literal,

22  did you?

23     A    Did I call him and say, Is this literal?  No.

24     Q    It could have been rhetorical, couldn't it?

25     A    I didn't write it.  You'd have to ask the person

1    who wrote it, but sure.

2         Q    But your understanding, though, did you -- you

3    never discussed it with Kelly Meggs, did you?

4         A    With Kelly?  No.

5         Q    With Kelly Meggs?

6         A    I don't recall.  There were a lot of discussions.

7    I can't recall any specific, like --

8         Q    And you can't recall specifically discussing it

9    with Mike Adams, did you?

10        A    I don't remember having a whole lot of discussions

11   with Mike Adams.

12        Q    Okay.

13             And you don't recall specifically discussing it

14   with Stewart Rhodes, would that be fair to say?

15        A    I don't recall ever really speaking to

16   Stewart Rhodes.

17        Q    But you did testify yesterday that Mr. Rhodes

18   addressed the Florida Oath Keepers.  That would be correct?

19        A    That's correct yes.

20        Q    And you met him, correct?

21        A    I've met him for about two seconds, yes.

22        Q    Okay.

23             And in that two-second time period, you didn't try

24   to ask him any questions about the plans for going up to

25   D.C. on January 5th and 6th?

1      A    Well, I didn't meet him until after we came out of
2  the Capitol.
3      Q    So now you also testified that 10,000 is an army,
4  right?
5      A    That's what was written.  That's not from my
6  words.
7      Q    Okay.  But yesterday, you brought up 10,000 is an
8  army, correct?
9      A    I didn't bring it up.  That's what was written,
10 so, yes.
11     Q    Okay.  Thank you, sir.
12          As for how many people were in the Oath Keepers,
13 you said you don't know, correct?
14     A    Correct.
15     Q    And as far as the Florida Oath Keepers go, at
16 most, you said maybe 25, correct?
17     A    That's who appeared to be on the chat line I was
18 on, yes.
19     Q    So you come up on January 5th, is when you started
20 your drive, or the 4th?
21     A    I believe it was the 4th, because we stayed out
22 in --
23     Q    And you come -- you stayed in North Carolina?
24     A    Yeah, because we got up there on the 5th.  Yes, so
25 we stayed over on the -- yes.

1     Q    Okay.

2         And when you were coming, you brought your rifle,

3  right?

4     A    Yes.

5     Q    And in North Carolina, there were plans -- because

6  there was a rifle range where you guys were planning to

7  potentially get to shoot at the rifle range, would that be

8  correct?

9     A    Yes.

10    Q    And you didn't end up getting to shoot at the

11  rifle range, correct?

12    A    Correct.

13    Q    And you continued up to Washington, D.C.'s area,

14  and you specifically took your guns to a hotel in Virginia?

15    A    Yes.

16    Q    And after that, you went into D.C., and you said

17  that evening you went to the Capitol, correct?

18    A    Yes.

19    Q    Okay.

20         And that evening -- I'm going to show you a

21  picture.

22         Can you identify the individual in the photograph?

23    A    It looks like Kelly.

24    Q    And do you recall taking this photo?

25    A    I don't recall taking it, but I may have, I may

1    not have.  I'm not sure.

2         Q    Can you tell me where the photo is?

3         A    It looks like he's standing there in front of the

4    people at the Capitol.

5         Q    And would that be the Supreme Court behind him?

6         A    Could be.  I don't know.  I see pillars.  I don't

7    know what building it is.

8         Q    Okay.  You testified that you went to the

9    Supreme Court after --

10        A    No, I didn't.

11        Q    -- you -- well, I'm sorry.

12             You previously stated that you had been at the

13   Supreme Court on January 5th, would that be fair to say?

14        A    No, we went to the grassy area that was behind the

15   Capitol.  I never went over to the Supreme Court, that

16   I recall.

17        Q    Okay.

18             Mr. Dolan, do you remember producing to the

19   government a series of pictures on a disk?

20        A    My attorneys turned it over to them, yes.

21        Q    Okay.

22             I'm going to show you another picture.

23             Can you identify the people in this picture?

24        A    The gentleman with the brown hat kind of backward,

25   he was one of the Oath Keepers that was with us.

4281

```
1      Q    And you took this picture, would that be fair to
2  say?
3      A    Yes.
4      Q    Okay.
5           And what's behind him, do you know?
6      A    I don't know what building that is.
7           MS. HALLER:  I'm going to move -- we seek to move
8  this in as KM21.
9           MR. NESTLER:  No objection.
10          THE COURT:  So I think this is 23 and the last one
11  that was shown is 22.
12          MS. HALLER:  Thank you.
13          THE COURT:  So 23 will be admitted.
14          22 has only been marked for identification.
15          MS. HALLER:  Thank you, Your Honor.
16                                (Defendant's Exhibit KM23
                                    received into evidence.)
17  BY MS. HALLER:
18      Q    Okay.  And you took this photo.  Do you know who
19  the individual is in front of the one with the baseball hat
20  backwards?
21      A    No, I don't.
22      Q    Okay.
23           And this is taken on January 5th; is that correct?
24      A    If you say it is.
25      Q    You came up on January -- you went and were on the
```

1    grassy area on January 5th, correct?

2        A    Yes.

3        Q    And the Supreme Court is on the other side of the

4    Capitol Building, correct?

5        A    Okay.  I don't know all the buildings in D.C.

6        Q    Okay.

7        A    I have --

8        Q    But you took that photo, right?

9        A    If you say I took the photo, sure.

10            I'll agree with you.  I don't recall taking every

11   photo and I haven't really gone through them in a year and a

12   half or two years almost.

13       Q    Thank you, Mr. Dolan.

14            So when you came up on January 5th and you left

15   your guns in Virginia and now you're at the Hilton Garden

16   Inn, correct, after you went over to the Supreme Court and

17   did some events, right?

18       A    Yes.  So after that, we did have -- we headed back

19   to the hotel, correct.

20       Q    Okay.

21            And the next morning on the 6th, you testified --

22   well, let me rephrase.

23            You had brought gear with you like helmets and

24   Kevlar and even bear spray, correct?

25       A    Correct.

4283

1    Q    But you didn't end up wearing your Kevlar or your

2   helmet or your other gear, would that be fair to say, on

3   January 6th?

4    A    That would be fair to say, yes.

5    Q    And, in fact, you came up and you were going to

6   see the President, President Trump, at the time, speak,

7   would that be fair to say?

8    A    Yes.

9    Q    And you were going to attend a rally called Stop

10   the Steal?

11   A    Yes.

12   Q    And you got VIP passes to attend that event as

13   Oath Keepers there to do security, would that be fair to

14   say?

15   A    Yes.

16   Q    And you wouldn't be able to bring in that gear

17   that you called heavy because they wouldn't want that in the

18   VIP area because Secret Service manages that, correct?

19   A    That was the call we received the morning before

20   we left for the Capitol, to leave our gear behind, that we

21   wouldn't be able to go in with it, yes.

22   Q    And that call kind of made you happy because you

23   said it was heavy gear, correct?

24   A    Yes.

25   Q    I'm going show you some pictures.

4284

1           MS. HALLER:  And I will represent that I know

2    these are from the roll voluntarily produced by Mr. Dolan's

3    counsel for Mr. Dolan on a flash drive.

4           MR. NESTLER:  I'm not sure if there's a question

5    or if I have a role in answering this.

6           MS. HALLER:  I wanted to let you know at the same

7    time because we have exchanged it.

8           THE WITNESS:  So you're basically telling me these

9    are going to be my pictures?

10          MS. HALLER:  Yes, sir.

11          THE WITNESS:  Okay.

12   BY MS. HALLER:

13      Q    All right.  Pulling this picture, which is already

14   previously been marked a Kelly Meggs exhibit, KM, but

15   I'm not sure what number, 8?

16          THE COURT:  Already in so we can just show it to

17   the jury.

18   BY MS. HALLER:

19      Q    Mr. Dolan, you took this picture, is that fair to

20   say?

21      A    Yes.

22      Q    Do you remember the VIP pass?

23      A    Yes.

24      Q    And you got the VIP pass for January 6th, 2021,

25   from who?

1    A    I got mine probably from Kelly.  I'm not sure who

2  he got them from.  They were talking to people and making

3  arrangements so I don't know who it was.

4    Q    Hang on.  I'm going to show you some other --

5  okay.

6         So can you see the current photo with the bike

7  racks in one area, an open walking area, and then the crowd

8  behind it?

9    A    Yes.

10    Q    And do you recall that this is one of your

11  pictures?

12    A    Yes.

13    Q    And do you recognize that you're behind taking the

14  picture in the VIP area?

15    A    Yes.

16         MS. HALLER:  Okay.  We'd like to move this in as

17  KM Exhibit 22?

18         COURTROOM DEPUTY:  24.

19         MS. HALLER:  24.

20         MR. NESTLER:  No objection.

21         THE COURT:  KM24 will be admitted.

22                              (Defendant's Exhibit KM24
                                 received into evidence.)
23  BY MS. HALLER:

24    Q    Now, this is on the morning of January 6th,

25  correct?

```
 1        A    Yes.

 2        Q    Or --

 3             And the VIP area is the -- in part, because

 4   there's multiple VIP areas, but part of it where you are

 5   standing taking the picture is not where the big crowd is on

 6   the other side, correct?

 7        A    That's correct.

 8        Q    I'm going to show you another one like that.

 9             Now, if you see this picture, do you recall taking

10   this picture?

11        A    Yes.

12        Q    We're going to mark this as KM25.

13             And you can see in this picture that, again,

14   you're standing in an area where there's no crowd.  Would

15   that be fair to say?

16        A    Yes.

17        Q    And this is because you have a VIP pass, would

18   that be fair to say?

19        A    Yes.

20        Q    And you can see the big crowd on the other side

21   from the area that you're taking the picture?

22        A    Yes.

23             MS. HALLER:  I will move this in, Your Honor.

24             Oh, I did already?

25             We would seek to publish it if we haven't already.
```

```
 1              MR. NESTLER:  No objection.

 2              THE COURT:  All right.  KM25 was admitted.

 3                              (Defendant's Exhibit KM25
                                 received into evidence.)
 4

 5  BY MS. HALLER:

 6      Q    I'm going to show another picture.

 7           Just for the witness.

 8           Mr. Dolan, do you remember taking this picture?

 9      A    Yes.

10              MS. HALLER:  Defendant seeks to move in KM26.

11              MR. NESTLER:  No objection.

12              THE COURT:  KM26 will be admitted.

13                              (Defendant's Exhibit KM26
                                 received into evidence.)
14

15  BY MS. HALLER:

16      Q    Can you identify the people in the picture?

17      A    I can identify one of them, Alex Jones.

18      Q    And is Alex Jones viewed as a speaker or event --

19  part of the event for the Trump Stop the Steal rally?

20      A    I don't know what he was doing.  I saw him there

21  and just thought it would be cool to snap the photo.

22      Q    Took the picture?

23      A    He was taking photos with other people.  I was

24  going to ask to take a photo with him, but then he started

25  streaming or something so I just took the picture and left.
```

1           MS. HALLER:  This has been published?  Yes.

2  BY MS. HALLER:

3      Q    And, again, it's in an area that would be the VIP

4  area, correct?

5      A    Yes.

6      Q    And just for the witness, would this be selfie

7  that you took, sir?

8      A    Yes.

9           MS. HALLER:  We would mark this as

10 Defendant's Exhibit 27.  We seek to move it in.

11          MR. NESTLER:  No objection.

12          THE COURT:  Okay.  KM27 will be admitted.

13                              (Defendant's Exhibit KM27
                                   received into evidence.)
14 BY MS. HALLER:

15     Q    Mr. Dolan, can you identify for the jury, is that

16 you in the photo?

17     A    It is.

18     Q    So you're taking a selfie with Mr. Alex Jones,

19 right?

20     A    Trying to get him in the background, yeah.

21     Q    Now, at the event -- the next picture I'm going to

22 show just for the witness.  Do you recall taking this

23 photograph?

24     A    Yes.

25          MS. HALLER:  Okay.  And we seek to move this in as

1   KM28, please?

2           MR. NESTLER:  No objection.

3           THE COURT:  KM28 will be admitted.

4                           (Defendant's Exhibit KM28
                              received into evidence.)
5

6   BY MS. HALLER:

7       Q    And can you tell the jury -- well, let me

8   rephrase.

9           This is a photograph of Oath Keepers at the Stop

10  the Steal rally where the President, President-at-the-time

11  was speaking?

12      A    Yes.

13      Q    And in the row, are you seated behind them when

14  you take this picture or were you standing?

15      A    I stood up and just maybe took a step or two back.

16  I thought it might make a cool picture to just get

17  everybody's shirts.

18      Q    You take really good pictures if I may say, sir.

19          Okay.  Going to the next one, again, just for the

20  witness, we would mark --

21          Do you identify this picture, sir?

22      A    Yes.

23          MS. HALLER:  And we would mark this as Defendant

24  29, KM29, excuse me, and we would seek to move it in.

25          MR. NESTLER:  No objection.

1          THE COURT:  KM29 will be admitted.

2                              (Defendant's Exhibit KM29
                                received into evidence.)
3

4    BY MS. HALLER:

5      Q    And, again, this is another picture of the same

6    vein where you're taking the Oath Keepers at the rally,

7    would that be fair to say?

8      A    Yes, probably a better shot where I was trying to

9    get everybody's shirts.

10     Q    And up in the left-hand corner, you can see a TV

11   monitor with a speaker.  Would that be correct?

12     A    Yes.

13     Q    Okay.

14          And at the same time, you have the live speaker in

15   front of you, correct?

16     A    I believe they're doing that, yes.  As they're

17   speaking, they're projecting it.

18     Q    Do you recall, by any chance, around the time that

19   you're there?

20     A    I really am not sure.  I don't know if there's a

21   time stamp on the photo.  I don't know what time that was.

22   It was sometime in the morning.

23     Q    Okay.

24          MS. HALLER:  I would mark the next exhibit for the

25   witness as Exhibit 30?  29?

1           THE COURT:  Any objection, Mr. Nestler?

2           MS. HALLER:  And seek to move it in.  It's

3    another -- it's almost the same.

4           MR. NESTLER:  Sorry, I just don't see what the

5    photo is.

6           MS. HALLER:  It's a different photo.  It's this

7    one.

8           MR. NESTLER:  Okay.

9           No objection.

10          THE COURT:  KM30 is admitted.

11                              (Defendant's Exhibit KM30
                                  received into evidence.)
12

13   BY MS. HALLER:

14      Q    Do you recognize -- well, this is another similar

15   photograph, right?

16      A    Yeah, probably taken half a second after the other

17   one, yes.

18      Q    And this -- in this one, in the upper left corner,

19   you can see the speaker better on the TV monitor, would that

20   be fair to say?

21      A    That would be fair to say.

22      Q    And showing just the witness the next photograph,

23   do you recognize yourself in the photo, sir?

24      A    Yes.

25      Q    And do you know who you're standing with?

1    A    Yeah, his name is slipping my mind, but yeah, I

2  do.

3    Q    Would he be one of the speakers or celebrities at

4  the Stop the Steal event?

5    A    Yes.

6    Q    Okay.

7         MS. HALLER:  And we would mark this as KM30?

8         COURTROOM DEPUTY:  31.

9         MS. HALLER:  31.

10         And seek to move it in.

11         MR. NESTLER:  No objection.

12         THE COURT:  KM31 is admitted.

13                              (Defendant's Exhibit KM31
                                  received into evidence.)
14

15  BY MS. HALLER:

16    Q    Now, in this photograph, in the back, you see this

17  big structure.  To orient the jury as to where you are, is

18  this still the VIP area?

19    A    Yes.  It was a different section of seating.  I

20  had to walk over to meet him.

21    Q    Okay.

22         And on -- do you know who's taking the photo?

23    A    I probably just handed it to somebody and asked

24  them to snap it.  I don't remember who took it.

25    Q    Thank you, sir.

4293

```
1                And then do you recognize the picture of
2    President Trump speaking in the next photo, which I would
3    mark as Defendant Exhibit 32 and seek to move in.
4                MR. NESTLER:  No objection.
5                THE COURT:  32 will be admitted.
6                              (Defendant's Exhibit KM32
                                 received into evidence.)
7
8                THE WITNESS:  Yes.
9    BY MS. HALLER:
10       Q    And in this photo, is that President Trump, from
11   where you're sitting?
12       A    Yes -- no, I had to move up to the front to --
13       Q    To take the picture?
14       A    Correct.
15       Q    But you could move up front to take his picture,
16   would that be fair to say?
17       A    Yes.
18               MS. HALLER:  It's published, correct?  Sorry.
19               And just for the witness, I'm going to show
20   another picture from the event that day on January 6th.
21               Do you recall taking this photo, sir?
22               THE WITNESS:  Yes, I guess I took it.
23               MS. HALLER:  We would seek to -- well, we would
24   mark this as Defendant Exhibit 32?
25               COURTROOM DEPUTY:  33.
```

```
1              MS. HALLER:  33.  And seek to move it in.

2              MR. NESTLER:  No objection, Your Honor.

3              THE COURT:  Okay.  33 will be admitted.

4                              (Defendant's Exhibit KM33
                                received into evidence.)
5

6  BY MS. HALLER:

7      Q    This photograph shows the crowd at the Trump

8  rally, would that be fair to say, part of it?

9      A    Yeah, that was still in the VIP area.

10     Q    So that's still in the VIP area, so it's inside a

11 cordoned-off area?

12     A    Yes.

13     Q    Those are the porta potties in the back for the

14 VIP area?

15     A    Yes.

16     Q    Do you know if this is what's called The Ellipse?

17     A    My understanding, yes, I believe that is

18 The Ellipse area.

19             MS. HALLER:  And to mark the next exhibit as

20 Defendant 34, KM34, we would seek to move it in.

21             MR. NESTLER:  No objection, Your Honor.

22                              (Defendant's Exhibit KM34
                                received into evidence.)
23

24

25
```

4295

BY MS. HALLER:

    Q    Mr. Dolan, do you recall taking this photograph on January 6th?

    A    Yeah, I mean, as to all these specific photographs, do I recall stopping and taking them?  I was just taking lots of photographs, so yes.

    Q    And those are Oath Keepers that you're getting the backs of, correct?

    A    Yeah, they probably just happened to be there while I was snapping a picture.

    Q    And -- but from the position, this is still the VIP areas?

    A    I believe it is, yes.

         I'm not 100 percent sure.  We moved out at some point, but I think it is.

    Q    And you're at this event until at least -- do you recall that you're at this event until at least almost 2:00, would that be fair to say?

    A    Yeah, I don't know the exact time.  It was right up until or just before Trump finished speaking.  So I don't know the exact time, but it was later, yeah.

         MS. HALLER:  This is actually a different photo but similar we would seek to move in as Defendant 35.

         MR. NESTLER:  No objection.

         THE COURT:  35 is admitted.

1                                    (Defendant's Exhibit KM35
                                      received into evidence.)
2

3    BY MS. HALLER:

4        Q    And, again, this is similar with some of the

5    Oath Keepers in the VIP area; is that correct?

6        A    Yes.

7            THE COURT:  Could I ask you to get on the phone,

8    Ms. Haller.

9            (Bench conference)

10           THE COURT:  You'll forgive me here, but I'm not

11   quite sure.  If the point of these photos is to establish

12   they were there and what it looked like, that's happened.

13   I just don't know why we keep showing similar photos over

14   and over again.

15           So unless there's something particularly unique

16   about a photo, perhaps we should be moving on to another

17   area.

18           I can't hear you, Ms. Haller.

19           MS. HALLER:  Okay, Your Honor, I'll move along.

20           THE COURT:  I mean, if you want to admit them all,

21   I don't know that the government will object.  But I just

22   don't know what the benefit is of spending all this time

23   with these pictures.

24           MS. HALLER:  Understood, sir.

25           (Open court)

1          MS. HALLER:  So moving along, sir, we are going to

2    seek to move in all your photographs that you produced to

3    the government as one remaining exhibit, Defendant's 36.

4          MR. NESTLER:  I think we need to --

5          THE COURT:  All right.  Why don't we just move on,

6    and we'll revisit it.

7          MR. NESTLER:  Yes, Your Honor.

8          MS. HALLER:  Well, I -- okay.

9    BY MS. HALLER:

10    Q    Mr. Dolan, after the rally in the VIP area, you

11    had stated that you would be -- well, let me back up.

12          So you go after the rally and you start walking

13    and it's fair to say you get to the Capitol Grounds at

14    about 2:00?

15    A    Again, I don't know the exact time, but it seems

16    roughly, plus or minus some time, accurate.

17    Q    Okay.

18          I'm going to show you -- you testified, I believe,

19    that it was you and Kenny when you get up to the Capitol

20    Grounds, correct?  Or is it just you?

21    A    Once we got all the way around the other side of

22    the building, on the way there, we had lost people, people

23    dropped out of our little convoy.  And by the time we got

24    there, yeah, people just kind of, I guess, disappeared

25    either looking for where they were supposed to be setting up

4298

```
 1   their podiums or wondering -- all the podiums were gone, so
 2   they were wondering why the podiums are gone.
 3            But, yeah, in the end, it just ended up me --
 4   being Kenny and I, that I recall, standing there.
 5            There was also other -- a couple other
 6   Oath Keepers that were moving in that line with us, but they
 7   weren't wearing Oath Keepers shirts.  So, I mean, they could
 8   have been 2 feet away from me or 2 miles away from me.
 9   I don't know what happened to them.
10       Q    Okay.
11            Before you go into the Capitol and you are with
12   Kenny, do you recall that time period?  Sorry.
13       A    Before going in?
14       Q    Yeah.
15       A    Yes.
16       Q    I need sound for this.
17            Do you recall discussing with Kenny as to whether
18   or not you should enter the Capitol --
19       A    I don't recall.
20       Q    -- saying, You want to go in?
21       A    I don't recall having a discussion about it.
22            MS. HALLER:  I'm going to show -- mark this as
23   Defendant 37.
24   BY MS. HALLER:
25       Q    Mr. Dolan, take a look -- and this would be just
```

```
 1   for the witness right now because I don't know how the sound
 2   works.
 3            COURTROOM DEPUTY:  It will just come out of that
 4   speaker.
 5            (Video played)
 6   BY MS. HALLER:
 7       Q    Do you recognize whose phone this was taken with?
 8   I mean, whether --
 9       A    No.
10       Q    Give it a second, I'll let you --
11            Now, I don't know if you could hear that, but
12   that's where you guys are talking.
13       A    There was no sound at the end.  I didn't hear
14   anything.
15       Q    Okay, you didn't get the sound?
16            THE COURT:  Is there any objection to admitting
17   this?
18            MS. HALLER:  Thank you, Your Honor.
19            MR. NESTLER:  No, Your Honor.
20            MS. HALLER:  Thank you, sir.
21                                (Defendant's Exhibit KM37
                                    received into evidence.)
22
23            MS. HALLER:  Okay.
24            (Video played)
25
```

1   BY MS. HALLER:

2       Q    When you heard the voice say, "I think we should

3   go," do you recall that conversation?

4       A    I don't, no.

5       Q    Do you recall that this was you and Kenny in the

6   conversation?

7       A    I don't recall that exact moment, no.

8       Q    And it's fair to say that you were standing on the

9   glassy area at that location?

10      A    Yes.

11      Q    I'm going play it one more time, and you try to

12  tell me if you can hear the voice.  And I'll move up so we

13  don't waste time.

14          (Video played)

15          MS. HALLER:  I'll move this up a little.

16          (Video played)

17  BY MS. HALLER:

18      Q    Do you recognize the voice now?

19      A    I hear a voice saying, "I think we should go."

20      Q    Okay.  So as -- yesterday, you testified the

21  National Anthem got sung when you were on the stairs;

22  is that correct?

23      A    Yes.

24      Q    So now stepping back a little bit, you were

25  standing on those stairs initially by yourself or with

1    Kenny; would that be correct?

2        A    Kenny was standing on the steps by himself.

3    I didn't -- I was looking for other Oath Keepers and so

4    I was on top of one of those platforms, and when I saw him

5    down there, I moved down and linked back up with him.

6        Q    And at that time, it's just two of you hanging out

7    on the stairs; is that correct?

8        A    Yes.

9        Q    And it's fair to say you're hanging out there for

10   a while because you're smoking cigarettes and talking to

11   each other; would that be correct?

12       A    Yeah, I don't know how long it was but we were out

13   there for a few minutes, yes.

14       Q    And at that time, you took some pictures.  And we

15   would seek to mark them as -- hold on, I'll show the

16   government -- bear with me -- if this opens -- sorry,

17   suddenly technical difficulty.

18            Okay.  So, Mr. Dolan, I will move on.  I just

19   wanted to show one of your beautiful pictures from that

20   moment on the stairs, but I'm having some technical

21   difficulty with it.

22            MS. HALLER:  Can you make that open?  Yes, thank

23   you.

24            To be tech savvy would be a blessing, right?

25            We would seek to mark this as

4302

```
1    Defendant's Exhibit 38?
2              MR. NESTLER:  There will no objection, Your Honor.
3              THE COURT:  38 will be admitted.
4                                    (Defendant's Exhibit 38
                                     received into evidence.)
5    BY MS. HALLER:
6         Q    Do you remember taking this photo from where
7    you're standing up on this podium that you spoke of?
8         A    Yeah, if it came from my phone.  Like I said, lots
9    of photos that day.
10        Q    Yeah.  No, I can represent this is from your
11   album.
12             Okay.  And this is why you're standing at the
13   rally on the podium?  I'm sorry if I'm repeating myself.
14             Is this published to the jury?
15             COURTROOM DEPUTY:  Yes.
16             MS. HALLER:  Okay.
17   BY MS. HALLER:
18        Q    And from here, you can see that there are no
19   crowds behind -- if you look to see where the ambulance is
20   in the photo?
21        A    Yes.
22        Q    The crowd thins out there, would that be correct?
23        A    Yes, appears to be.
24        Q    And the crowd is quite big and in front, right?
25        A    Yes.
```

1      Q     And this is when -- is it fair to say this is

2    about when they start singing the National Anthem?

3      A     Probably a little bit after this.

4            Tell me if I'm up there on that platform, it means

5    I hadn't seen Kenny yet so I hadn't move down the steps to

6    where he was yet.

7      Q     Did you hear Alex Jones speak on the stairs at

8    that time?

9      A     He was somewhere in there.  I did.  I don't know

10   what he was saying but, yeah, at some point, I heard him

11   saying stuff.  The crowd was loud.  I don't know exactly

12   what he was saying.

13     Q     Did it feel like you were at a rally?

14     A     At that point, somewhat, yes.

15     Q     And is it fair to say that you felt caught up in

16   the moment?

17     A     Yes.

18     Q     And everybody's chanting "U.S.A."?

19     A     Commanding all kinds of things.  That's one of

20   them, yes.

21     Q     Now I'm going to show you a clip.  And just for

22   the witness, Defendant 39.

23           This is from the Freedom News that the government

24   had as an exhibit yesterday and we would seek to move in as

25   KM39.

```
 1              MR. NESTLER:  No objection, Your Honor.

 2              THE COURT:  All right.  KM39 is admitted.

 3                                      (Defendant's Exhibit KM39
                                          received into evidence.)
 4
                  (Video played)
 5     BY MS. HALLER:

 6         Q    See the man in the circle, sir?  The man in the

 7     circle with the dark -- the black arms and the tan hat?

 8         A    Yeah, before the video panned, yes.

 9         Q    Is that you, sir?

10         A    It looked like it, yes.

11         Q    And then, so Alex Jones speaks while you're on

12     that and eventually you meet up with the other Oath Keepers,

13     correct?

14         A    Yeah, I don't know the exact timeline or minutes,

15     but that sounds somewhat right.

16         Q    Okay.

17              Well, is it fair to say that you were on those

18     stairs for at least half an hour, if not 45 minutes?

19         A    I don't know how long.  Yeah, it was a while.

20     I don't know how long.

21         Q    And you did hear that Congress had been evacuated,

22     did you not?

23         A    I was hearing whatever the crowd was yelling.

24     I don't recall anything specifically like that, no.

25         Q    When --
```

4305

1        A    But I don't recall not hearing it either, so I --

2        Q    Right.  No.  I understand.

3             When the others joined you and you heard the

4    National Anthem before you went in, were you concerned about

5    the time?

6        A    I'm sorry?

7        Q    Were you concerned -- you just said you didn't

8    know what time it was.  Like, were you concerned about the

9    time?

10       A    Like did I have a meeting I had to go to?

11       Q    Right.

12       A    No, I wasn't too concerned about the time, no.

13       Q    No.  Exactly.  You're not rushing to get inside

14   the Capitol, would that be fair to say?

15       A    That would be fair to say.

16       Q    So I'm going to show you -- do you recall

17   walking -- who you walked in with when you went into the

18   Capitol?

19       A    I know Kenny and Kelly was there.  I don't know

20   all the others.

21            Most of the names I didn't know and I was never

22   very good with names to begin with.

23       Q    Okay.  So going back for a second.

24            MS. HALLER:  Okay.  Just for the witness,

25   I'm going to play an excerpt of the Ford Fischer video,

```
 1    which we would seek to admit as Defendant's 40.

 2               MR. NESTLER:  No objection, Your Honor.

 3               THE COURT:  Okay.  Defendant's 40 is admitted.

 4                             (Defendant's Exhibit 40
                               received into evidence.)
 5    BY MS. HALLER:

 6        Q    Okay.  I'm going to play a video for you, sir, and

 7    see if it refreshes your memory about entry.

 8               (Video played)

 9    BY MS. HALLER:

10        Q    So this is about the time that the National Anthem

11    is being played, correct --

12        A    Sounds like it, yes.

13        Q    Or sung, excuse me.

14               (Video played)

15    BY MS. HALLER:

16        Q    Now, I'm pausing the film because you're lower on

17    the stairs with the group, just if I can orient you, and let

18    me know if you recognize that.

19        A    Yes.

20               (Video played)

21    BY MS. HALLER:

22        Q    Is it fair to say that, again, it's a moment that

23    you got caught up in?

24        A    Yes, I was singing the National Anthem.

25        Q    And going forward, just to bring you back to your
```

1    testimony yesterday, do you remember testifying that people

2    were polite and let you through.  Do you recall that?

3         A    Yes.

4         Q    You were talking about as an Oath Keeper --

5         A    Yes.

6         Q    -- you went through?

7         A    As people were moving up and down stairs, people

8    were generally trying to let people get through.

9              (Video played)

10   BY MS. HALLER:

11        Q    Do you recognize the man who just went forward as

12   part of the group?

13        A    Only by sight.  I don't know his name.

14             (Video played)

15        Q    Can you recognize who that may be?

16        A    I recognize -- I'm pretty sure that's Kenny right

17   there.  I'm not 100 percent sure but it looks like his hat.

18        Q    And do you recognize who's behind him?

19        A    I don't know who's wearing the helmet, no.

20             (Video played)

21   BY MS. HALLER:

22        Q    Do you recognize the next one?

23        A    Not from that vantage point, no.

24        Q    Is that -- now watch and tell me message who

25   follows him.

```
 1                 (Video played)
 2    BY MS. HALLER:
 3         Q    Is that you?
 4         A    With the hat, yes, the light colored hat.
 5         Q    So that's you with the hat on that's kind of pinky
 6    beige, if I could state that correctly?
 7         A    Yeah.
 8         Q    Maybe it's white?
 9         A    It's a tan hat.
10         Q    Tan.  Okay.
11                 (Video played)
12    BY MS. HALLER:
13         Q    Did you recognize anybody else there?
14         A    Yeah, just --
15         Q    It's okay.
16         A    Just from the visual but I don't know all their
17    names.
18                 (Video played)
19    BY MS. HALLER:
20         Q    What are they yelling?
21         A    I don't know what's going on over loud speaker.
22    It sounded like "Trump" or something.  I'm not 100 percent
23    sure but --
24                 (Video played)
25
```

```
 1   BY MS. HALLER:

 2       Q    And the doors, are they closed?

 3       A    They appear to be, yes.

 4       Q    And you guys are back here.  Would that be you in

 5   this picture, if you can see where I paused it, holding up

 6   the cell phone?

 7       A    Yes.

 8            (Video played)

 9   BY MS. HALLER:

10       Q    There, do you see the door opening?  Can you see

11   that, that the door is open?

12       A    It looks like it, yes.

13       Q    And everybody is excited, is that fair to say?

14       A    It sounds like it, yes.

15       Q    And it's not a --

16            (Video played)

17   BY MS. HALLER:

18       Q    And you guys head in, would that be correct?

19       A    I'm sorry, I didn't hear you between the --

20       Q    And you guys head in, would that be correct?

21       A    When the doors open, yes.

22       Q    And the doors were actually opened before you got

23   to them, would that be fair to say.  Do you need me to play

24   it?

25       A    You mean --
```

1              (Video played)

2    BY MS. HALLER:

3         Q    I mean, the doors were opened, you could see that,

4    right?

5         A    We were up there and then the doors opened.

6         Q    Yeah, so the doors were already open before you're

7    anywhere near them?

8         A    Yeah, the doors opened, there's still a bunch of

9    people front of us.

10             (Video played)

11   BY MS. HALLER:

12        Q    And you don't know the people around you, would

13   that be fair to say?

14        A    You mean the --

15        Q    Like this guy in the black hat, is he with you?

16        A    I don't recognize him, no.

17             (Video played)

18   BY MS. HALLER:

19        Q    Do you see any police officers?  From your vantage

20   point, can you see any police officers?

21        A    No.

22             (Video played)

23   BY MS. HALLER:

24        Q    Do you have any idea who's talking that can be

25   heard on this video?

```
 1        A     No, I don't.
 2              (Video played)
 3   BY MS. HALLER:
 4        Q     When you take your picture, sir, do you use your
 5   phone or do you use a camera?
 6        A     I had my phone with me.
 7              (Video played)
 8   BY MS. HALLER:
 9        Q     Can you estimate how long you're standing there
10   before you're even -- you see the doors open and you're not
11   going in yet?
12        A     No, the video is three and a half minutes long so
13   three and a half minutes.
14        Q     Okay.  Thank you.
15              (Video played)
16   BY MS. HALLER:
17        Q     "What are we going to do next, figure out what
18   we're going to do when we're in there."
19              Do you recognize that voice?
20        A     No, I don't.
21        Q     And now when you're inside the Capitol, you
22   testified that you didn't interact with any -- or you didn't
23   have any contact, physical contact with any police officer,
24   correct?
25        A     Not that I recall.
```

1      Q    And you didn't have any physical contact with any

2  property inside the Capitol, would that be correct?

3      A    Not that I recall I wasn't.  Nobody I saw was

4  breaking stuff.

5      Q    So you went around and you screamed, would that be

6  correct?

7      A    Yes.

8      Q    Okay.  And did you -- you didn't come into

9  physical contact with anybody else, did you?

10      A    Not that I recall, other than the typical what you

11  see, the jostling, bumping, pushing, stuff like that.

12      Q    Okay.

13            And at a point, you're still taking pictures and

14  video, correct?

15      A    Yes.

16      Q    And you take --

17            MS. HALLER:  Well, Your Honor, I wasn't -- excuse

18  me for a second, sir.

19            I still have some cross.  I don't know when you

20  want to -- I can transition now into this area inside the

21  Capitol, or I can keep going.

22            THE COURT:  Let's keep going.

23            MS. HALLER:  Okay.

24  BY MS. HALLER:

25      Q    So you're inside the Capitol and you come to a

4313

```
 1   point where you're in the Rotunda, correct?
 2           The Rotunda is the big, round room.
 3     A    You mean the main part when you go through the
 4   doors?
 5     Q    Yeah, you go through the doors --
 6     A    The dome?
 7     Q    -- and the next room you're in is like a big, open
 8   round room?
 9     A    Yes.
10     Q    Let me see if I can show you a picture.
11           Well, you get in there and -- bear with me, with
12   the Court's indulgence one second.
13           THE COURT:  Ms. Haller, he's already said he was
14   in the circular room so let's --
15           MS. HALLER:  I'm sorry.
16           I'm going to show the witness, just the witness
17   what we would mark -- would you like me -- I'm sorry,
18   Your Honor, I didn't mean to break, I was just trying to
19   say -- 41.  Thank you, sir.
20   BY MS. HALLER:
21     Q    I'm going to show you a photograph.
22           Do you recall taking this picture, sir?
23     A    Yes.
24     Q    Okay.  Now, this is inside the Capitol, correct?
25     A    It is.
```

4314

1      Q    And it's just outside the Rotunda, would that be

2  correct, the big round room?

3      A    I believe so, yes.

4           THE COURT:  Can we publish this for the jury.

5  I think it's already in evidence, or at least --

6           MR. NESTLER:  No objection, Your Honor.

7           MS. HALLER:  Thank you, your Honor.

8                               (Defendant Exhibit KM41
                               received into evidence.)
9

10 BY MS. HALLER:

11     Q    Thank you, Your Honor.

12          You can see Oath Keepers, correct?  Can you

13 identify the one with the baseball hat?

14     A    All the way on the far right is Kenny.

15     Q    Okay.

16          And do you recognize anybody else in the picture?

17     A    Next to the guy with the weird raccoon hat is

18 Kelly.

19     Q    Okay.

20          And they're not facing the officer;

21 is that correct?

22     A    That's correct.

23     Q    And they've got their backs to the officer, would

24 that be correct?

25     A    That's correct.

4315

1       Q    And it would also be correct that the officer's
2  got his arms down, would that be fair to say?
3       A    It appears that way, yes.
4       Q    So at this time, it appears that the officer is in
5  a relaxed pose.  Is that what you recall?
6       A    Yeah, he appears to be standing there.
7       Q    And it would be also fair to say that the line
8  that's standing there is facing other protesters, correct?
9       A    Yes.
10      Q    And there are no protesters between the line that
11 constitutes -- well, the line that you see in the
12 photograph, there's no protesters between that line and
13 Officer Dunn, correct?
14      A    Yeah, there's no protesters over there, yes.
15      Q    Because they're on the other side of the
16 Oath Keepers, right?
17      A    Correct.
18      Q    And what the Oath Keepers are, in fact, doing is
19 protecting this officer from other protesters, would that be
20 fair to say?
21      A    Yes.
22      Q    And you took the photo?
23      A    Yes.
24      Q    And you heard Kenny even tell him, "We're not here
25 to hurt you," is that fair to say?

1        A       Yes.

2        Q       And after this, they stood there until other

3    officers came to stand with the officer in the picture, is

4    that fair to say?

5        A       Yes.

6        Q       Okay.

7                And after that, did you end up back in the

8    Rotunda?

9        A       Once -- yeah, if that's the main area where you

10    have to leave out of, yes, because once the other officers

11    came up, we basically left the Capitol after that.

12        Q       Okay.

13                And that was before -- just before 3:00;

14    is that correct?

15        A       I don't know.  Again, I don't know the times.

16    I haven't looked at this in two years.  And I don't have the

17    photos and I can't compare it, so I don't know the time

18    frames now.

19                Everything seemed to go extremely quickly.

20        Q       Okay.

21        A       I couldn't even tell you how long I was in there

22    in total.

23        Q       And when you get back outside, do you recall

24    seeing police at any time?

25        A       I'm sorry, seeing who?

1    Q    Police.

2    A    Yes.

3    Q    Okay.

4         I'm going to show you a picture, which we'll mark

5    as Defendant's 42.

6         Okay.  Do you see this photograph, sir?

7    A    Yes.

8    Q    Is this after you got back outside?

9    A    I believe it appears that way, yes.

10   Q    And do you remember that the officers are speaking

11   with one of the people who's in the Oath Keepers?

12   A    If you say he's in the Oath Keepers I believe you,

13   yes.

14   Q    Well, do you see the man with the hat with the

15   black rim?

16   A    I don't know him so that's why I can't say 100

17   percent.  I have no idea who he is.

18   Q    But you recall this moment, that's correct?

19   A    Yes.

20   Q    I'm going to mark -- or seek to move in

21   Defendant's Exhibit 42?

22        MR. NESTLER:  No objection.

23        THE COURT:  42 is admitted.

24                                    (Defendant Exhibit KM42
                                      received into evidence.)
25

1    BY MS. HALLER:

2         Q    And again, the officer is speaking to the man in

3    that hat, correct, and you're taking this picture?

4         A    Yes.

5         Q    And there's another picture you take that's a

6    companion to this picture that you took, if I can get it

7    open.

8              So standing there, when you took the picture with

9    the photo -- and there were discussions with the police, as

10   far as you recall, correct?  Like you remember the group,

11   someone in the group was speaking with the officers?

12        A    Yeah, there were people talking to them, yes.

13        Q    And it was peaceful, fair to say?

14        A    Out there, yes.

15        Q    And they were -- the Oath Keepers were discussing

16   with them leaving the area and helping them get people out

17   of there, would that be fair to say?

18        A    I don't recall what the discussions were, so

19   I'm not --

20        Q    Okay.

21             But you didn't --

22        A    I didn't have that conversation, so I don't want

23   to say what they might have said.

24        Q    You don't remember.

25             But you took that picture because to you it was a

1    moment worth taking a picture, would that be fair to say?

2         A    Yes.

3         Q    And then you went down the stairs, would that be

4    correct?

5         A    Yes.

6         Q    And after you get outside, you don't get in a

7    fight with anyone, you don't assault anyone, you don't

8    scream at anyone, is that fair to say?

9         A    Yes.

10         Q    And, in fact, when you were inside the Capitol,

11    you didn't actually scream at any individual, would that be

12    fair to say?

13         A    That would be probably fair to say.

14         Q    So you're doing a loud chanting, "Freedom" or

15    "Treason," which you talked about yesterday, but you're not

16    screaming at any specific individual, correct?

17         A    That -- yes.

18         Q    And, in fact, President Trump -- as you left, you

19    knew President Trump didn't declare the Insurrection Act,

20    correct?

21         A    I didn't know anything at that point.

22              There wasn't -- I didn't have outside news coming

23    in to me at that point so...

24         Q    But you just left, correct?

25         A    Correct.

4320

```
1         Q    And at some --
2         A    So you're asking if after we left, did I hear if
3    he declared.  So no, I did not hear that he declared the
4    Insurrection Act.
5         Q    And you didn't run back to the hotel in Virginia
6    to get your gun, is that fair to say?
7         A    No, I did not.
8         Q    And you did not go back and coordinate with anyone
9    as to how you were going to get guns to any specific
10   location after you left the Capitol, correct?
11        A    No, I did not.
12        Q    And you stated earlier that you left Washington,
13   D.C. on the morning of the 7th?
14        A    Yes.
15        Q    You don't have any specific recollection, while
16   you were inside the Capitol, of seeing any sign for
17   Speaker Pelosi, do you?
18        A    No.
19        Q    And do you recall that when you had earlier
20   testified about your passions for this country and the idea
21   of the Insurrection Act -- I'd like pull up Government's
22   Exhibit 5308, Slide 20, if possible.
23             And then I'll be done so we can...
24             Showing -- well, this has already been moved in as
25   a government exhibit, so showing you this message that came
```

1    up yesterday from OK Gator 1, and I believe you testified

2    that you knew that was Kelly Meggs?

3        A    That's my understanding, correct.

4        Q    And Mr. Meggs, in response to those messages that

5    went back and forth fairly fast yesterday, what does this

6    message say?  Can you read it?

7        A    Do you want me to read it?

8            "There's so much we say that doesn't sound sexy

9    and good.  But what's more valiant than helping to save the

10   lives in your community."

11       Q    Isn't it fair to say any conversations with

12   Mr. Meggs or even Mike Adams or even Kenny Harrelson, you

13   never had any discussions about violence or forcible entry

14   into the Capitol or any forcible overthrowing of the

15   United States Government?

16       A    No, we never talked about forcing our way into the

17   Capitol or overthrowing the government.

18           MS. HALLER:  Well, thank you, sir.  I have no more

19   questions.

20           THE COURT:  Okay.  Thank you, Ms. Haller.

21           Ladies and gentlemen, let's take our lunch break

22   for the day.  It's 12:35.  We'll resume -- it's a little

23   after 12:35.  We'll resume at 1:40.  Enjoy your lunch break.

24   Just the same reminders as usual.  Thank you, everybody.

25           COURTROOM DEPUTY:  All rise.

 1
 2                 (Jury exited the courtroom.)
 3                 THE COURT:  Okay, Mr. Dolan, you can step down.
 4     Just remind you not to discuss your testimony with anybody
 5     over the lunch break.
 6                 THE WITNESS:  Yes, sir.
 7                 THE COURT:  Thank you.
 8                 All right.  Anything we need to take up before we
 9     break?
10                 MR. CRISP:  No, Your Honor.
11                 MR. NESTLER:  Not for the government, Your Honor.
12                 THE COURT:  All right.  We'll see everybody in
13     about an hour or so.
14                 (Recess from 12:38 p.m. to 1:40 p.m.)
15
16
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 19, 2022_____    

William P. Zaremba, RMR, CRR

BY MR. LINDER: [7]
4211/8 4221/12
4222/16 4223/8 4224/7
4246/6 4247/4
BY MS. HALLER: [51]
4249/17 4270/11
4272/15 4274/14
4281/17 4284/12
4284/18 4285/23
4287/5 4287/15 4288/2
4288/14 4289/6 4290/4
4291/13 4292/15
4293/9 4294/6 4294/24
4296/3 4297/9 4298/24
4299/6 4299/25
4300/17 4302/5
4302/17 4304/5 4306/5
4306/9 4306/15
4306/21 4307/10
4307/21 4308/2
4308/12 4308/19
4308/25 4309/9
4309/17 4310/2
4310/23 4311/3 4311/8
4311/16 4312/24
4313/20 4314/10
4318/1
COURTROOM
DEPUTY: [14] 4181/2
4181/5 4210/9 4210/13
4253/6 4263/3 4269/21
4270/2 4285/18 4292/8
4293/25 4299/3
4302/15 4321/25
JUROR: [25] 4257/3
4257/7 4257/14
4257/17 4258/3 4258/7
4258/12 4258/19
4258/21 4258/24
4259/9 4259/13
4259/18 4259/21
4260/9 4260/12
4260/24 4261/4 4261/6
4261/13 4261/20
4262/4 4262/13
4262/16 4263/1
LAW CLERK: [1]
4209/3
MR. BRIGHT: [1]
4265/15
MR. CRISP: [38]
4254/11 4254/14
4255/6 4255/20
4256/14 4257/5 4257/8
4257/15 4257/18
4257/21 4258/4 4258/8
4258/18 4258/20
4258/23 4259/3
4259/10 4259/14
4259/20 4259/23
4260/10 4260/21
4261/3 4261/5 4261/11
4261/17 4261/25
4262/2 4263/7 4264/8
4264/12 4264/15
4264/22 4265/10

4268/24 4322/10
MR. FISCHER: [3]
4254/23 4266/7
4266/10
MR. GEYER: [7]
4208/1 4208/17
4208/23 4255/9
4255/12 4266/2 4266/4
MR. LINDER: [6]
4210/25 4221/7
4222/14 4223/2 4223/6
4224/5
MR. NESTLER: [69]
4182/12 4182/21
4183/6 4183/13
4184/16 4185/12
4186/7 4186/18 4188/3
4188/14 4189/21
4190/19 4192/14
4192/18 4192/20
4194/14 4195/4 4195/6
4195/24 4196/10
4196/15 4197/1 4198/1
4199/3 4200/25
4202/19 4203/10
4204/7 4205/3 4205/12
4205/16 4206/11
4207/2 4207/7 4207/19
4209/15 4209/20
4210/8 4246/4 4247/1
4266/14 4269/11
4269/13 4274/10
4274/12 4281/9 4284/4
4285/20 4287/1
4287/11 4288/11
4289/2 4289/25 4291/4
4291/8 4292/11 4293/4
4294/2 4294/21
4295/24 4297/4 4297/7
4299/19 4302/2 4304/1
4306/2 4314/6 4317/22
4322/11
MR. TARPLEY: [1]
4265/19
MR. WOODWARD:
[50] 4182/3 4182/5
4182/20 4182/24
4183/5 4183/15 4184/8
4184/25 4185/3
4186/11 4186/23
4187/12 4187/25
4189/1 4189/15
4189/18 4189/24
4190/3 4191/18
4191/22 4193/1
4193/16 4194/3 4194/6
4195/7 4197/6 4197/18
4197/21 4198/6
4198/18 4198/22
4199/12 4199/15
4199/19 4201/16
4201/18 4202/2 4202/5
4204/15 4206/2 4206/6
4206/24 4207/9
4207/11 4207/23
4264/24 4265/3
4265/23 4269/5 4269/9

MS. HALLER: [49]
4249/16 4249/13 4253/3
4254/8 4265/21
4270/10 4272/13
4274/7 4281/7 4281/12
4281/15 4284/1 4284/6
4284/10 4285/16
4285/19 4286/23
4287/10 4288/1 4288/9
4288/25 4289/23
4290/24 4291/2 4291/6
4292/7 4292/9 4293/18
4293/23 4294/1
4294/19 4295/22
4296/19 4296/24
4297/1 4297/8 4298/22
4299/18 4299/20
4299/23 4300/15
4301/22 4302/16
4305/24 4312/17
4312/23 4313/15
4314/7 4321/18
MS. HUGHES: [2]
4208/9 4208/14
MS. RAKOCZY: [1]
4253/14
THE COURT: [160]
THE WITNESS: [8]
4210/24 4249/12
4253/11 4284/8
4284/11 4293/8
4293/22 4322/6

'
'21 [1] 4218/15

0
08077 [1] 4177/13
0826 [1] 4177/18

1
1% Watchdog [1]
4200/2
10 [2] 4181/9 4242/9
10 of [1] 4253/5
10,000 [2] 4278/3
4278/7
100 [4] 4295/14
4307/17 4308/22
4317/16
1006 [3] 4201/20
4201/23 4201/24
10:41 [1] 4253/13
10:52 [1] 4253/13
11 [5] 4189/22 4189/25
4196/5 4225/17
4227/22
1102.1 [2] 4198/24
4207/13
1104.1 [1] 4207/14
11:00 [1] 4253/5
12 [2] 4214/20 4242/9
12:30 [1] 4184/21
12:35 [2] 4321/22
4321/23
12:38 [1] 4322/14
12th [3] 4232/3 4232/6
4234/6

14 [2] 4175/7 4223/14
1460 [1] 4176/12
15 [3] 4175/4 4181/6
4218/2
1500 [2] 4183/18
4207/14
1502 [2] 4199/19
4207/14
1504 [2] 4185/5
4207/15
1505 [1] 4207/15
16 [2] 4214/20 4218/18
17110 [1] 4176/15
180 [1] 4190/24
1808 [1] 4177/3
19 [5] 4175/5 4249/23
4271/9 4271/17 4323/7
19 years [1] 4276/3
1:40 [2] 4321/23
4322/14
1:48 [1] 4201/3
1:52 [1] 4201/3
1:56 [1] 4201/5

2
20 [9] 4184/12 4218/2
4224/24 4231/1
4238/18 4249/22
4249/23 4276/2
4320/22
20001 [1] 4178/5
20010 [1] 4177/4
20036 [1] 4177/9
2004 [1] 4250/22
2006 [1] 4177/12
2013 [1] 4250/2
2014 [2] 4229/17
4249/25 4250/2
4250/23
202 [4] 4175/18 4177/4
4177/9 4178/5
2020 [10] 4229/9
4229/19 4230/9 4252/7
4252/8 4272/16
4273/14 4273/18
4275/1 4276/6
2021 [1] 4284/24
2022 [2] 4175/5 4323/7
20579 [1] 4175/17
21 [2] 4274/8 4274/9
21061-3065 [1]
4177/18
214 [2] 4176/5 4176/9
22 [3] 4281/11 4281/14
4285/17
22-15 [2] 4175/4
4181/6
22.V.3 [3] 4182/20
4183/17 4207/13
23 [2] 4281/10 4281/13
231 [1] 4205/6
24 [2] 4285/18 4285/19
25 [1] 4278/16
252-7277 [1] 4175/18
252-9900 [1] 4176/5
2615 [1] 4177/9
27 [1] 4288/10

2:00 [3] 4201/5
4295/17 4297/14
2:31 [1] 4205/5
2:51 [2] 4209/24

3
30 [1] 4290/25
300 [1] 4177/17
3065 [1] 4177/18
31 [2] 4292/8 4292/9
318 [1] 4176/12
32 [3] 4293/3 4293/3
4293/24
3249 [1] 4178/5
33 [3] 4293/25 4294/1
4294/3
3300 [2] 4176/3 4176/7
333 [1] 4178/4
34 [1] 4294/20
35 [2] 4295/23 4295/25
3502.1 [2] 4204/16
4207/15
352-2615 [1] 4177/9
354-3249 [1] 4178/5
36 [1] 4297/3
37 [1] 4298/23
38 [3] 4302/1 4302/3
4302/4
39 [1] 4303/22
3:00 [1] 4316/13
3:30 p.m [1] 4184/22

4
40 [3] 4306/1 4306/3
4306/4
4031 [1] 4176/15
41 [1] 4313/19
410 [1] 4177/18
412-4676 [1] 4176/16
42 [3] 4317/5 4317/21
4317/23
45 [1] 4304/18
4676 [1] 4176/16
487-1460 [1] 4176/12
4th [4] 4234/22
4235/14 4278/20
4278/21

5
50 [1] 4238/13
5301 [1] 4223/3
5308 [1] 4320/22
5708 [1] 4177/13
5K [1] 4227/24
5K1 [5] 4225/13
4225/14 4227/23
4227/25 4228/4
5th [16] 4237/3
4237/22 4237/24
4238/9 4238/9 4238/22
4239/4 4239/23
4272/21 4277/25
4278/19 4278/24
4280/13 4281/23
4282/1 4282/14

6
601 [2] 4175/17 4177/7

**6**

**607-5708 [1]** 4177/13
**63 [1]** 4224/16
**6725.2 [1]** 4207/15
**6734 [2]** 4192/14
4207/15
**6736 [1]** 4193/20
**6745TR [1]** 4207/16
**6747TR [1]** 4207/17
**6:56 [1]** 4182/22
**6th [36]** 4182/22
4183/10 4190/18
4191/11 4192/16
4204/17 4211/15
4211/18 4211/21
4212/18 4214/2 4214/7
4215/7 4215/22 4234/6
4240/4 4240/14
4240/17 4240/20
4240/24 4241/5
4241/20 4242/1 4242/5
4243/8 4243/10
4244/16 4270/15
4272/21 4277/25
4282/21 4283/3
4284/24 4285/24
4293/20 4295/3

**7**

**700 [2]** 4176/4 4176/8
**71301 [1]** 4176/11
**717 [1]** 4176/16
**720-7777 [1]** 4176/9
**7277 [1]** 4175/18
**7310 [1]** 4177/17
**7447 [1]** 4177/4
**75219 [2]** 4176/4
4176/8
**7646TR [1]** 4207/16
**7777 [1]** 4176/9
**78 [1]** 4224/16
**787-0826 [1]** 4177/18
**7:09 [1]** 4192/15
**7:30 [1]** 4240/7
**7th [2]** 4213/6 4320/13

**8**

**819 [1]** 4176/11
**856 [1]** 4177/13
**8:00 [2]** 4240/6
4252/20
**8:30 [1]** 4240/7

**9**

**900 [1]** 4177/8
**902 [3]** 4189/22
4189/25 4196/5
**961 [2]** 4222/14
4222/15
**9900 [1]** 4176/5
**996-7447 [1]** 4177/4
**9:00 [1]** 4175/6
**9:50 [1]** 4209/12
**9:54 [1]** 4209/12
**9th [1]** 4186/13

**A**

**a.m [6]** 4175/6 4182/22

**4259 APM**
4253/13 4253/13
**ability [2]** 4184/9
4243/4
**able [9]** 4188/10
4189/10 4196/11
4197/4 4201/10 4210/3
4243/13 4283/16
4283/21
**about [70]** 4181/25
4184/21 4185/16
4186/19 4187/15
4188/22 4194/4
4196/13 4197/22
4198/6 4200/17 4202/3
4202/10 4202/21
4203/24 4208/6 4209/9
4209/10 4210/1
4211/13 4211/14
4212/22 4214/8 4215/2
4215/6 4216/1 4218/21
4221/17 4221/23
4223/11 4223/14
4223/20 4224/4
4224/13 4225/19
4226/5 4231/11
4231/12 4231/20
4232/12 4234/12
4234/18 4236/9 4240/9
4240/23 4243/22
4248/21 4249/21
4251/3 4253/1 4253/4
4270/14 4272/17
4277/21 4277/24
4296/16 4297/14
4298/21 4303/2 4305/4
4305/8 4305/12 4306/7
4306/10 4307/4
4319/15 4320/20
4321/13 4321/16
4322/13
**about 2:00 [1]** 4297/14
**above [1]** 4323/4
**above-titled [1]** 4323/4
**absence [1]** 4213/24
**abuse [1]** 4230/8
**accommodation [1]**
4206/1
**account [1]** 4196/20
**accuracy [1]** 4186/2
**accurate [3]** 4186/2
4195/20 4297/16
**accurately [2]** 4191/3
4195/16
**across [2]** 4231/15
4244/15
**Act [10]** 4242/14
4242/16 4242/21
4243/1 4243/14
4244/20 4248/15
4319/19 4320/4
4320/21
**acting [1]** 4193/17
**active [2]** 4250/7
4276/3
**actor [1]** 4200/3
**actual [2]** 4202/17
4206/6

**actually [17]**
4199/9 4202/23
4223/11 4295/22
4309/22 4319/11
**Adams [6]** 4232/9
4252/5 4252/10 4277/9
4277/11 4321/12
**address [4]** 4182/15
4182/18 4185/15
4203/11
**addressed [3]** 4201/4
4249/2 4277/18
**addressing [1]**
4204/20
**adds [1]** 4200/20
**adequate [1]** 4195/14
**admissibility [3]**
4187/6 4191/2 4199/23
**admissible [11]**
4191/15 4192/7
4192/24 4193/2 4193/3
4193/4 4193/5 4196/3
4196/5 4199/1 4200/13
**admission [3]** 4192/22
4193/3 4193/9
**admit [3]** 4182/8
4296/20 4306/1
**admitted [18]** 4179/10
4223/4 4281/13
4285/21 4287/2
4287/12 4288/12
4289/3 4290/1 4291/10
4292/12 4293/5 4294/3
4295/25 4302/3 4304/2
4306/3 4317/23
**admitting [2]** 4193/25
4299/16
**adopted [1]** 4193/4
**adopting [2]** 4193/6
4193/9
**adoptive [3]** 4192/22
4193/3 4193/9
**advance [1]** 4247/25
**adverse [3]** 4205/6
4205/8 4205/9
**advised [1]** 4182/5
**affirmatively [1]**
4189/9
**Afghanistan [1]**
4250/11
**after [33]** 4186/15
4211/14 4211/15
4211/21 4213/2
4216/18 4216/19
4227/1 4229/11 4248/3
4250/2 4250/17
4250/21 4250/23
4270/24 4275/22
4278/1 4279/16 4280/9
4282/16 4282/18
4291/16 4297/10
4297/12 4303/3 4316/2
4316/7 4316/11 4317/8
4319/6 4320/2 4320/10
4321/23
**afternoon [1]** 4242/1
**afterwards [1]** 4192/21
**again [23]** 4182/24

**4198/22 4200/9**
4211/12 4221/11
4227/7 4231/8 4240/6
4251/12 4273/19
4286/13 4288/3
4289/19 4290/5 4296/4
4296/14 4297/15
4306/22 4316/15
4318/2
**against [12]** 4186/3
4192/8 4192/8 4192/23
4192/24 4193/1 4193/4
4193/4 4193/5 4193/15
4193/24 4226/17
**agent [7]** 4182/6
4189/6 4189/9 4194/17
4195/15 4195/15
4196/1
**agents [1]** 4218/19
**ago [2]** 4226/2 4237/19
**agree [11]** 4185/22
4197/21 4200/17
4205/24 4222/10
4222/11 4243/20
4243/21 4246/2 4274/5
4282/10
**agreed [1]** 4206/7
**agreement [5]** 4185/24
4187/5 4225/20
4225/23 4226/7
**aided [1]** 4178/7
**aids [1]** 4188/7
**airplane [1]** 4248/7
**AL [1]** 4175/6
**alarmed [1]** 4245/10
**album [1]** 4302/11
**alcohol [2]** 4230/10
4230/14
**Alex [5]** 4287/17
4287/18 4288/18
4303/7 4304/11
**Alex Jones [3]** 4287/18
4303/7 4304/11
**Alexandra [2]** 4175/15
4181/11
**Alexandria [1]** 4176/11
**align [1]** 4243/16
**all [65]** 4181/2 4181/3
4181/20 4181/24
4184/17 4186/5 4187/8
4187/9 4189/25 4192/1
4192/6 4192/24 4193/4
4193/5 4194/7 4194/9
4195/2 4196/7 4200/21
4201/18 4203/22
4204/4 4204/19
4205/25 4206/18
4207/10 4209/8 4210/5
4210/10 4210/17
4213/9 4213/12
4215/16 4220/13
4220/14 4222/20
4233/18 4241/17
4246/20 4253/6 4253/8
4253/16 4253/16
4256/10 4270/4 4270/9
4273/13 4282/5

**4296/20 4296/22**
4297/2 4297/5 4297/21
4298/1 4303/19 4304/2
4305/20 4308/16
4314/14 4321/25
4322/8 4322/12
**All right [7]** 4207/10
4270/4
**allegation [1]** 4190/6
**allegations [1]** 4204/20
**alleged [1]** 4191/8
**allegedly [1]** 4188/2
**allowed [2]** 4243/6
4243/11
**almost [3]** 4282/12
4291/3 4295/17
**alone [3]** 4251/6
4251/8 4251/10
**along [5]** 4204/3
4212/2 4249/19
4296/19 4297/1
**already [14]** 4190/4
4201/4 4206/3 4219/7
4229/22 4270/24
4284/13 4284/16
4286/24 4286/25
4310/6 4313/13 4314/5
4320/24
**also [13]** 4201/23
4209/5 4214/12 4223/7
4225/12 4228/12
4230/15 4239/15
4254/7 4278/3 4298/5
4315/1 4315/7
**although [2]** 4206/17
4206/20
**always [1]** 4185/13
**am [5]** 4187/9 4212/21
4219/22 4243/19
4290/20
**ambulance [1]** 4302/19
**amenable [2]** 4194/16
4207/3
**Amendment [1]** 4197/9
**AMERICA [2]** 4175/3
4181/7
**AMIT [2]** 4175/9 4181/8
**Amit P. Mehta [1]**
4181/3
**amount [2]** 4202/20
4206/20
**animation [3]** 4183/20
4200/25 4202/9
**animations [1]** 4200/6
**another [13]** 4199/25
4226/1 4234/8 4246/16
4280/22 4286/8 4287/6
4290/5 4291/3 4291/14
4293/20 4296/16
4318/5
**answer [4]** 4186/2
4197/2 4217/16
4239/16
**answering [1]** 4284/5
**Anthem [5]** 4300/21
4303/2 4305/4 4306/10
4306/24

**A**

**anticipated [1]** 4204/5
**any [72]** 4186/8 4186/9
4186/21 4187/10
4189/11 4191/16
4199/5 4199/6 4204/10
4213/22 4214/3 4214/5
4214/5 4214/9 4214/14
4215/2 4215/6 4216/9
4217/3 4224/9 4227/25
4228/6 4229/18 4234/5
4235/16 4238/25
4240/9 4240/18
4240/19 4240/19
4242/2 4243/4 4243/19
4243/21 4244/16
4246/2 4246/7 4247/23
4247/24 4248/5 4248/8
4248/10 4248/13
4250/5 4250/20
4250/24 4271/5
4271/24 4272/2
4272/23 4277/7
4277/24 4290/18
4291/1 4299/16
4310/19 4310/20
4310/24 4311/22
4311/23 4311/23
4312/1 4312/1 4316/24
4319/11 4319/16
4320/9 4320/15
4320/16 4321/11
4321/13 4321/14
**anybody [18]** 4213/22
4214/8 4218/9 4218/20
4237/20 4237/20
4240/16 4244/12
4245/15 4248/8 4251/3
4270/16 4273/6
4273/11 4308/13
4312/9 4314/16 4322/4
**anymore [5]** 4226/21
4227/3 4227/4 4227/25
4229/22
**anyone [5]** 4247/24
4319/7 4319/7 4319/8
4320/8
**anything [24]** 4185/15
4199/6 4200/22 4209/7
4213/23 4215/19
4216/5 4217/19
4218/11 4221/19
4226/17 4228/25
4240/11 4243/2
4244/15 4248/12
4270/18 4271/4 4272/5
4275/25 4299/14
4304/24 4319/21
4322/8
**anyway [2]** 4201/25
4239/1
**anywhere [2]** 4214/22
4310/7
**Apologies [1]** 4210/17
**appeal [2]** 4231/7
4231/24
**appealed [1]** 4231/18
**appear [3]** 4233/3

**APPEARANCES [4]**
4175/13 4175/20
4176/17 4177/20
**appeared [1]** 4278/17
**appears [5]** 4302/23
4315/3 4315/4 4315/6
4317/9
**apply [1]** 4229/25
**appreciate [3]** 4223/1
4249/6 4249/20
**appropriate [1]** 4210/7
**approximate [2]**
4201/1 4201/6
**April [1]** 4216/21
**are [62]** 4181/20
4182/25 4184/2
4185/20 4186/5
4187/16 4187/18
4188/1 4188/2 4188/17
4188/22 4189/1
4189/13 4190/10
4192/4 4193/17
4194/20 4196/5 4197/8
4200/18 4201/9
4201/10 4201/20
4204/21 4204/24
4205/25 4207/12
4207/16 4207/19
4210/10 4211/9
4219/22 4220/12
4221/24 4224/25
4225/2 4225/6 4237/8
4241/17 4256/4 4256/7
4271/10 4273/4 4284/2
4284/9 4286/4 4289/13
4292/17 4294/13
4295/7 4297/1 4298/2
4298/11 4299/12
4302/18 4308/20
4309/2 4309/4 4311/17
4315/10 4315/18
4317/10
**area [31]** 4190/15
4190/20 4190/22
4239/6 4246/20
4247/13 4279/13
4280/14 4282/1
4283/18 4285/7 4285/7
4285/14 4286/3
4286/14 4286/21
4288/3 4288/4 4292/18
4294/9 4294/10
4294/11 4294/14
4294/18 4296/5
4296/17 4297/10
4300/9 4312/20 4316/9
4318/16
**areas [3]** 4211/14
4286/4 4295/12
**aren't [2]** 4200/21
4206/21
**arguably [2]** 4202/13
4202/16
**argue [1]** 4190/17
**armed [2]** 4232/19
4232/24
**arms [3]** 4304/7 4315/2

**entity [2]** 4275/10
4320/2
**around [15]** 4182/22
4196/18 4208/8 4239/6
4239/6 4240/6 4245/22
4246/8 4246/16
4247/12 4247/15
4290/18 4297/21
4310/12 4312/5
**arrangements [1]**
4285/3
**arrested [8]** 4216/15
4217/1 4217/4 4217/6
4217/10 4218/14
4219/6 4219/14
**arrests [1]** 4206/23
**article [1]** 4194/7
**as [89]** 4184/1 4184/2
4184/19 4185/24
4187/11 4187/23
4189/4 4189/4 4190/8
4190/15 4191/24
4191/24 4192/4 4192/7
4192/8 4193/18
4194/12 4197/15
4199/3 4200/15
4200/18 4202/9 4203/5
4204/22 4205/4
4207/21 4211/4
4225/20 4230/14
4230/14 4231/7 4235/7
4237/8 4241/3 4241/24
4241/24 4242/22
4244/13 4245/3 4247/8
4250/3 4252/5 4271/8
4271/9 4273/17 4274/5
4274/8 4274/24
4274/24 4276/20
4278/12 4278/15
4278/15 4281/8
4283/12 4285/16
4286/12 4287/18
4288/9 4288/25
4289/23 4290/16
4290/25 4292/7
4292/17 4293/3
4293/24 4294/19
4295/4 4295/23 4297/3
4298/17 4298/22
4300/20 4301/15
4301/25 4303/24
4303/24 4306/1 4307/4
4307/7 4307/11 4317/5
4318/9 4318/10
4319/18 4320/9
4320/24 4321/24
**ask [19]** 4188/12
4196/22 4208/19
4212/9 4224/2 4224/8
4224/10 4228/5 4242/8
4247/2 4253/16 4256/5
4256/7 4272/23
4276/21 4276/25
4277/24 4287/24
4296/7
**asked [6]** 4212/8
4217/16 4238/2
4275/20 4275/21
4292/23

**assault [2]** 4270/16
4319/7
**associated [3]** 4184/2
4256/4 4256/7
**ASSOCIATES [1]**
4176/14
**assume [4]** 4183/11
4219/21 4222/3
4238/23
**assumption [1]**
4238/24
**att.net [1]** 4176/12
**attempted [1]** 4205/12
**attend [2]** 4283/9
4283/12
**attention [3]** 4187/25
4208/2 4250/20
**attorney [4]** 4217/17
4221/20 4224/3 4224/9
**ATTORNEY'S [3]**
4175/16 4218/8
4218/20
**attorney-client [2]**
4224/3 4224/9
**attorneys [1]** 4280/20
**attributing [1]** 4189/2
**attribution [1]** 4189/11
**audio [7]** 4186/4
4199/5 4199/6 4199/10
4199/11 4200/12
4203/13
**August [1]** 4229/17
**authentic [3]** 4189/20
4189/25 4198/11
**authenticate [4]**
4194/13 4194/17
4196/1 4196/11
**authenticated [1]**
4196/20
**authentication [2]**
4189/19 4194/12
**authenticator [1]**
4197/16
**authenticity [1]**
4195/21
**available [1]** 4194/2
**Avenue [5]** 4176/3
4176/7 4177/7 4178/4
4245/5
**awaited [1]** 4208/5
**aware [5]** 4220/12
4224/25 4225/2 4225/6
4246/9
**away [6]** 4236/6 4245/8
4245/8 4248/21 4298/8
4298/8

**B**

**back [67]** 4185/3
4185/7 4185/14
4185/22 4185/24
4185/25 4186/25
4187/4 4187/9 4187/11
4193/19 4200/22
4203/23 4205/23
4209/1 4209/11

**asking [2]** 4279/16
4211/12
4211/17 4211/23
4212/2 4212/4 4212/15
4212/23 4213/6
4213/12 4214/10
4214/18 4215/2 4215/3
4215/4 4215/25 4216/3
4216/9 4217/14
4217/18 4225/19
4226/23 4229/6 4240/1
4247/16 4248/16
4248/17 4248/22
4249/3 4251/17
4251/22 4252/2 4270/8
4272/16 4273/24
4282/18 4289/15
4292/16 4294/13
4297/11 4300/24
4301/5 4305/23
4306/25 4309/4 4316/7
4316/23 4317/8 4320/5
4320/8 4321/5
**background [1]**
4288/20
**backs [2]** 4295/8
4314/23
**backside [2]** 4245/22
4246/18
**backup [1]** 4244/13
**backward [1]** 4280/24
**backwards [1]** 4281/20
**Baker [4]** 4192/15
4192/23 4193/10
4193/12
**Baker's [2]** 4193/11
4193/13
**ballpark [1]** 4216/19
**banter [1]** 4217/18
**bargain [5]** 4211/16
4221/24 4222/4 4223/3
4225/20
**BARRETT [2]** 4176/3
4178/4
**barricades [1]** 4247/13
**Base [1]** 4223/14
**baseball [2]** 4281/19
4314/13
**based [1]** 4196/2
**basically [5]** 4228/9
4239/6 4247/17 4284/8
4316/11
**bathroom [1]** 4253/15
**battle [1]** 4208/6
**battles [1]** 4198/20
**Bay [2]** 4184/9 4199/25
**be [154]**
**bear [3]** 4282/24
4301/16 4313/11
**beautiful [2]** 4187/22
4301/19
**because [38]** 4187/8
4187/19 4191/6 4193/6
4193/21 4195/2
4195/17 4198/16
4203/16 4205/24
4206/14 4206/19
4206/22 4209/22
4229/22 4230/5 4231/1

**because...** [21]
4232/19 4232/24
4237/9 4247/20 4251/6
4275/18 4278/21
4278/24 4279/5
4283/17 4283/18
4283/22 4284/7 4286/3
4286/17 4299/1
4301/10 4306/16
4315/15 4316/10
4318/25
**become** [1] 4200/11
**becoming** [1] 4200/3
**been** [27] 4186/20
4186/22 4190/12
4190/3 4190/13
4197/24 4207/24
4208/5 4210/3 4211/3
4215/9 4223/4 4229/16
4230/16 4231/9
4234/10 4240/7 4240/7
4271/2 4276/24
4280/12 4281/14
4284/14 4288/1 4298/8
4304/21 4320/24
**beers** [1] 4213/3
**before** [29] 4175/9
4183/11 4183/19
4190/4 4198/17 4199/6
4212/12 4213/16
4216/12 4217/4
4218/11 4225/19
4226/2 4226/5 4232/10
4241/11 4247/5
4283/19 4295/20
4298/11 4298/13
4304/8 4305/4 4309/22
4310/6 4311/10
4316/13 4316/10
4322/8
**begin** [2] 4210/21
4305/22
**beginning** [1] 4249/3
**begins** [1] 4183/11
**behind** [9] 4280/5
4280/14 4281/5
4283/20 4285/8
4285/13 4289/13
4302/19 4307/18
**beige** [1] 4308/6
**being** [16] 4187/1
4188/6 4188/8 4191/13
4198/16 4200/4
4200/18 4200/19
4201/19 4202/11
4203/4 4204/2 4211/12
4251/11 4298/4
4306/11
**belabor** [1] 4183/18
**belief** [7] 4226/13
4227/4 4227/6 4229/2
4235/24 4243/4
4244/18
**beliefs** [1] 4243/7
**believe** [40] 4190/4
4190/11 4192/23
4195/25 4196/1

4203/11 4204/11
4204/17 4206/11
4212/2 4214/13
4218/17 4218/24
4220/16 4220/17
4225/10 4226/3
4229/10 4234/8 4238/2
4240/5 4241/18
4241/21 4243/6
4243/10 4246/23
4252/8 4252/22
4274/21 4278/21
4290/16 4294/17
4295/13 4297/18
4314/3 4317/9 4317/12
4321/1
**belong** [2] 4230/21
4230/21
**bench** [3] 4208/11
4253/18 4296/9
**benefit** [1] 4296/22
**Berwick** [1] 4177/12
**besides** [1] 4197/19
**best** [3] 4186/24
4204/15 4233/4
**better** [3] 4227/10
4290/8 4291/19
**between** [9] 4184/21
4214/20 4218/2
4218/14 4220/20
4234/5 4309/19
4315/10 4315/12
**beyond** [1] 4221/5
**big** [7] 4286/5 4286/20
4292/17 4302/24
4313/2 4313/7 4314/2
**bike** [2] 4206/25
4285/6
**bit** [14] 4209/18
4210/19 4224/2 4228/8
4230/7 4249/21
4249/24 4252/2 4256/2
4270/14 4272/17
4273/24 4300/24
4303/3
**black** [3] 4304/7
4310/15 4317/15
**blessing** [1] 4301/24
**Bob** [1] 4192/15
**bolded** [1] 4200/18
**bomb** [2] 4206/24
4206/25
**bond** [3] 4217/24
4218/4 4218/12
**book** [1] 4195/14
**both** [2] 4190/12
4247/10
**bottles** [1] 4206/25
**bottom** [5] 4223/9
4223/11 4223/13
4224/23 4248/20
**box** [2] 4203/18
4203/19
**Bradford** [3] 4177/11
4177/14 4181/17
**Bradford Geyer** [1]
4181/17

**BRAND** [21] 4176/21
**brandwoodwardlaw.c**
**om** [1] 4177/5
**break** [14] 4208/22
4232/24 4249/10
4253/2 4253/10 4256/2
4270/6 4270/18 4272/5
4313/18 4321/21
4321/23 4322/5 4322/9
**breaking** [1] 4312/4
**Breaks** [1] 4206/25
**briefing** [1] 4190/4
**BRIGHT** [3] 4176/3
4176/7 4181/13
**bring** [21] 4205/14
4214/9 4230/6 4236/10
4236/10 4236/14
4236/14 4237/20
4240/10 4240/13
4240/16 4240/23
4240/25 4242/25
4243/5 4243/8 4243/8
4243/11 4278/9
4283/16 4306/25
**bringing** [2] 4214/8
4240/20
**brings** [1] 4206/21
**broadcaster** [1] 4199/8
**broadcasting** [1]
4198/2
**broke** [1] 4248/21
**broken** [1] 4221/24
**brought** [7] 4213/16
4214/15 4217/14
4229/14 4278/7 4279/2
4282/23
**brown** [1] 4280/24
**building** [8] 4177/8
4184/14 4187/19
4207/4 4280/7 4281/6
4282/4 4297/22
**buildings** [1] 4282/5
**built** [1] 4185/9
**bumping** [1] 4312/11
**bunch** [3] 4236/9
4237/7 4310/8
**Burnie** [1] 4177/18
**business** [1] 4189/22

**C**
**Caldwell** [6] 4177/16
4181/10 4181/19
4182/21 4209/23
4210/3
**Caldwell's** [1] 4183/2
**call** [9] 4182/6 4186/13
4186/17 4200/8
4242/21 4276/20
4276/23 4283/19
4283/22
**called** [8] 4185/5
4190/9 4225/13
4242/13 4276/21
4283/9 4283/17
4294/16
**calling** [1] 4187/25
**calls** [2] 4213/4 4232/8
**came** [15] 4184/14

4217/12 4217/12
4248/3 4250/23 4278/1
4281/25 4282/14
4283/5 4302/8 4316/3
4316/11 4320/25
**camera** [3] 4196/18
4196/18 4311/5
**can** [76] 4182/11
4182/16 4182/16
4185/22 4185/25
4186/18 4186/25
4187/11 4188/6 4189/9
4191/9 4191/13
4191/16 4192/13
4194/17 4196/19
4197/22 4198/10
4203/3 4203/25
4204/19 4206/1
4206/18 4208/9
4208/17 4208/21
4209/1 4215/12
4220/23 4221/13
4223/2 4223/6 4224/4
4225/7 4228/19
4232/22 4236/14
4244/14 4253/8
4253/16 4256/1
4273/2 4279/22 4280/2
4280/23 4284/16
4285/6 4286/13
4286/20 4287/16
4287/17 4288/15
4289/7 4290/10
4291/19 4300/12
4301/22 4302/10
4302/18 4306/17
4307/15 4309/5
4309/10 4310/20
4310/24 4311/9
4312/20 4312/21
4313/10 4314/4
4314/12 4314/12
4318/6 4320/23 4321/6
4322/3
**can't** [17] 4187/18
4189/6 4195/15 4216/7
4222/20 4232/24
4239/16 4240/23
4240/25 4273/10
4273/21 4276/17
4277/7 4277/8 4296/18
4316/17 4317/16
**cannot** [1] 4236/14
**Capitol** [48] 4184/14
4188/4 4194/18
4194/22 4206/14
4207/3 4208/8 4211/22
4215/7 4215/22 4238/5
4244/24 4245/4 4245/7
4245/14 4245/19
4245/22 4246/2 4246/8
4246/19 4247/25
4270/16 4270/18
4278/2 4279/17 4280/4
4280/15 4282/4
4283/20 4297/13

4298/18 4305/14
4305/18 4311/21
4312/2 4312/21
4312/25 4313/24
4316/11 4319/10
4320/10 4320/16
4321/14 4321/17
**Captain** [1] 4205/13
**Captain Ortega** [1]
4205/13
**caption** [1] 4187/15
**capture** [1] 4196/17
**captured** [2] 4195/1
4198/2
**car** [9] 4214/16
4214/25 4215/10
4215/11 4215/12
4273/20 4273/21
4274/25 4275/18
**card** [1] 4202/12
**care** [1] 4210/18
**carefully** [1] 4191/19
**Carmen** [1] 4208/5
**Carolina** [2] 4278/23
4279/5
**carry** [3] 4232/22
4275/15 4275/19
**case** [9] 4181/6 4187/4
4190/4 4197/11
4198/12 4198/17
4204/22 4222/9 4256/5
**cases** [2] 4214/14
4226/22
**caught** [2] 4303/15
4306/23
**causal** [2] 4206/13
4207/8
**caused** [4] 4205/18
4205/20 4205/21
4207/4
**celebrities** [1] 4292/3
**cell** [2] 4201/7 4309/6
**certain** [2] 4196/7
4204/20
**certainly** [4] 4190/5
4203/8 4204/23 4224/4
**certificate** [1] 4189/23
**certificates** [2] 4190/1
4196/5
**Certified** [1] 4178/3
**certify** [1] 4323/2
**cetera** [2] 4202/12
4207/1
**CH** [1] 4178/4
**challenge** [1] 4193/18
**chamber** [1] 4270/21
**chance** [4] 4229/3
4229/4 4238/8 4290/18
**change** [5] 4201/2
4226/12 4226/16
4227/16 4227/18
**changed** [2] 4226/19
4227/1
**chanting** [2] 4303/18
4319/14
**chaos** [1] 4187/19
**charge** [2] 4205/6

4328

**charge... [1]** 4245/14
**charged [2]** 4219/16
4219/22
**charges [4]** 4220/9
4220/13 4220/14
4224/24
**chart [3]** 4221/16
4222/18 4223/20
**charts [2]** 4201/19
4201/20
**chat [5]** 4202/25
4234/25 4235/15
4236/13 4278/17
**chats [7]** 4232/8
4232/19 4234/18
4234/21 4242/11
4243/16 4244/16
**check [1]** 4237/6
**checked [1]** 4237/25
**CHL [1]** 4232/19
**chose [1]** 4227/24
**cigarettes [1]** 4301/10
**Cinnaminson [1]**
4177/13
**circle [2]** 4304/6
4304/7
**circuit [4]** 4185/21
4187/5 4193/22 4199/3
**circular [1]** 4313/14
**circumstantial [1]**
4196/2
**circumstantially [1]**
4196/11
**civil [5]** 4205/9
4205/13 4205/17
4205/18 4205/19
**CL [1]** 4179/10
**clear [14]** 4187/12
4188/6 4188/10 4189/5
4193/24 4194/10
4194/25 4198/25
4199/20 4200/8
4200/20 4204/8
4207/19 4224/22
**cleared [1]** 4191/9
**clearly [1]** 4201/20
**client [2]** 4224/3
4224/9
**clients [2]** 4204/21
4204/24
**clinically [1]** 4230/16
**clip [1]** 4303/21
**clipped [1]** 4204/8
**close [3]** 4188/20
4238/18 4256/3
**closed [1]** 4309/2
**co [6]** 4191/24 4192/7
4193/7 4193/18
4193/23 4249/19
**co-conspirator [3]**
4191/24 4193/7
4193/23
**co-conspirators [2]**
4192/7 4193/18
**co-counsel [1]**
4249/19
**cognizant [1]** 4205/2

**colored [1]** 4308/4
**COLUMBIA [1]** 4175/1
**column [1]** 4222/10
**combat [2]** 4250/7
4276/3
**come [28]** 4185/3
4191/24 4193/19
4194/1 4195/15
4195/15 4197/22
4198/9 4201/5 4209/11
4219/15 4228/20
4228/21 4229/2
4231/15 4232/25
4238/18 4242/13
4244/15 4270/8
4271/19 4271/24
4272/1 4278/19
4278/23 4299/3 4312/8
4312/25
**comes [3]** 4195/19
4203/25 4209/1
**coming [8]** 4196/24
4202/21 4233/19
4245/4 4247/13
4250/21 4279/2
4319/22
**comings [1]** 4209/10
**Commanding [1]**
4303/19
**commerce [4]** 4205/7
4205/9 4205/10
4205/21
**communication [2]**
4193/12 4224/9
**communications [1]**
4224/3
**community [1]**
4321/10
**companion [1]** 4318/6
**compare [1]** 4316/17
**comparing [1]** 4247/3
**compilation [4]**
4201/21 4202/9
4202/14 4203/16
**compile [1]** 4184/19
**compiling [2]** 4184/6
4203/16
**complete [1]** 4202/3
**complicated [2]**
4197/1 4197/7
**complied [1]** 4204/11
**comply [1]** 4204/12
**computer [4]** 4178/7
4192/2 4193/17
4249/14
**computer-aided [1]**
4178/7
**concealed [2]** 4275/15
4275/19
**concerned [4]** 4305/4
4305/7 4305/8 4305/12
**conclude [1]** 4198/11
**condense [1]** 4251/19
**conduct [2]** 4193/23
4193/25
**conference [3]**
4208/11 4253/18

**confident [1]** 4188/22
**confusing [1]** 4196/3
**Congress [6]** 4270/24
4271/23 4271/25
4272/1 4272/6 4304/21
**congressional [2]**
4270/21 4271/5
**connection [1]**
4182/23
**Connie [2]** 4274/2
4274/3
**Connie Meggs [2]**
4274/2 4274/3
**consider [2]** 4186/3
4198/16
**considering [1]**
4202/20
**consistent [3]** 4204/8
4235/10 4246/23
**conspiracy [1]** 4192/5
**conspirator [3]**
4191/24 4193/7
4193/23
**conspirators [2]**
4192/7 4193/18
**constitutes [1]**
4315/11
**Constitution [2]**
4178/4 4245/5
**contact [17]** 4216/10
4216/12 4216/13
4216/23 4217/3 4217/4
4229/6 4229/8 4231/7
4232/2 4271/24 4272/2
4272/3 4311/23
4311/23 4312/1 4312/9
**contacted [1]** 4216/24
**contacts [1]** 4196/7
**context [2]** 4193/12
4203/1
**continue [1]** 4270/7
**continued [5]** 4176/1
4177/1 4178/1 4211/6
4279/13
**conversation [8]**
4212/22 4219/12
4219/24 4220/1
4244/13 4300/3 4300/6
4318/22
**conversations [3]**
4216/2 4221/20
4321/11
**convoy [1]** 4297/23
**cool [2]** 4287/21
4289/16
**cooperate [11]**
4225/21 4226/8
4226/12 4227/3
4227/10 4227/11
4227/24 4228/16
4228/20 4228/20
4229/2
**cooperated [1]**
4228/15
**cooperation [1]**
4228/14
**coordinate [1]** 4320/8

**cordoned [1]** 4294/11
**cordoned-off [1]**
4294/11
**corner [2]** 4290/10
4291/18
**corporate [1]** 4225/24
**correct [111]** 4195/6
4199/8 4205/16
4212/21 4213/10
4214/3 4220/6 4222/5
4223/4 4224/13
4226/10 4226/18
4227/17 4229/12
4232/10 4232/20
4232/21 4233/1
4233/15 4235/23
4239/24 4239/25
4240/24 4241/4
4243/19 4244/2
4246/18 4247/23
4250/1 4252/5 4252/6
4252/14 4252/15
4252/18 4271/24
4272/17 4272/18
4273/25 4275/1
4275/16 4275/17
4275/23 4276/4
4277/18 4277/19
4277/20 4278/8
4278/13 4278/14
4278/16 4279/8
4279/11 4279/12
4279/17 4281/23
4282/1 4282/4 4282/16
4282/19 4282/24
4282/25 4283/18
4283/23 4285/25
4286/6 4286/7 4288/4
4290/11 4290/15
4293/14 4293/18
4295/8 4296/5 4297/20
4300/22 4301/1 4301/7
4301/11 4302/22
4304/13 4306/11
4309/18 4309/20
4311/24 4312/2 4312/6
4312/14 4313/1
4313/24 4314/2
4314/12 4314/21
4314/22 4314/24
4314/25 4315/1 4315/8
4315/13 4315/17
4316/14 4317/18
4318/3 4318/10 4319/4
4319/16 4319/20
4319/24 4319/25
4320/10 4321/3 4323/3
**correctly [1]** 4308/6
**could [54]** 4182/18
4185/13 4185/16
4194/1 4194/6 4196/1
4197/16 4197/22
4199/17 4203/17
4207/11 4209/25
4221/7 4221/18
4222/10 4222/11
4222/14 4222/19

4225/14 4226/14
4226/17 4226/21
4226/21 4226/22
4226/24 4227/5 4227/7
4227/10 4227/11
4227/12 4227/18
4228/1 4229/24
4230/14 4230/21
4231/9 4234/6 4236/10
4238/17 4240/7 4240/7
4242/20 4242/25
4274/17 4276/24
4280/6 4293/15 4296/7
4298/7 4299/11 4308/6
4310/3
**could you [1]** 4226/24
**couldn't [5]** 4229/21
4232/19 4232/23
4276/24 4316/21
**counsel [7]** 4186/8
4198/18 4198/25
4204/10 4249/19
4253/16 4284/3
**counseling [2]**
4250/24 4251/1
**country [2]** 4231/2
4320/20
**couple [9]** 4201/7
4202/23 4211/14
4213/3 4213/4 4216/20
4238/4 4272/24 4298/5
**course [2]** 4208/23
4253/3
**court [21]** 4175/1
4178/2 4178/3 4181/20
4183/23 4184/12
4184/25 4189/15
4198/19 4200/14
4208/16 4219/15
4255/25 4270/1 4280/5
4280/9 4280/13
4280/15 4282/3
4282/16 4296/25
**Court's [5]** 4185/13
4189/1 4200/10
4249/13 4313/12
**courtroom [6]** 4210/14
4253/7 4256/3 4256/17
4270/3 4322/2
**CR [1]** 4175/4
**crazy [2]** 4240/10
4245/11
**credit [1]** 4202/11
**criminal [2]** 4181/6
4222/4
**Crisp [4]** 4176/14
4176/14 4181/18
4256/13
**crisplegal.com [1]**
4176/16
**cross [8]** 4179/4
4190/21 4191/10
4191/17 4210/22
4211/6 4249/16
4312/19
**cross-examination [6]**
4190/21 4191/10

**C**

cross-examination...
  **[4]** 4191/17 4210/22
4211/6 4249/16
**crowd [13]** 4182/25
4246/22 4247/16
4247/20 4285/7 4286/5
4286/14 4286/20
4294/7 4302/22
4302/24 4303/11
4304/23
**crowds [1]** 4302/19
**Crowl [1]** 4201/8
**CRR [2]** 4323/2 4323/8
**Cummings [6]** 4211/24
4212/1 4215/6 4215/8
4215/14 4215/21
**cumulative [1]** 4206/7
**cured [1]** 4191/17
**curfew [7]** 4205/19
4205/20 4205/21
4206/12 4206/14
4206/16 4207/4
**current [1]** 4285/6
**cut [1]** 4216/12

**D**

**D.C [12]** 4175/5
4175/17 4177/4 4177/9
4178/5 4234/12
4235/16 4275/13
4277/25 4279/16
4282/5 4320/13
**D.C.'s [1]** 4279/13
**Dallas [2]** 4176/4
4176/8
**dark [2]** 4208/3 4304/7
**data [2]** 4201/21
4202/20
**Date [1]** 4323/7
**David [2]** 4177/16
4181/19
**day [33]** 4175/7 4191/7
4194/19 4196/3
4200/11 4212/12
4212/23 4216/14
4216/16 4216/17
4216/25 4217/4
4218/21 4226/5
4233/12 4233/12
4233/14 4234/14
4240/10 4244/13
4244/17 4248/2 4248/7
4248/12 4248/14
4249/3 4252/22
4273/21 4275/2 4275/3
4293/20 4302/9
4321/22
**days [2]** 4216/18
4218/2
**deal [2]** 4208/25
4271/10
**December [10]** 4229/9
4232/3 4232/6 4234/6
4272/16 4273/14
4273/18 4274/25
4275/1 4276/6
**decide [1]** 4198/17

**decided [2]** 4205/9
4227/2
**decision [2]** 4228/13
4228/14
**declarant's [1]** 4194/2
**declare [1]** 4319/19
**declared [2]** 4320/3
4320/3
**deemed [2]** 4193/15
4200/13
**defendant [25]** 4176/2
4176/13 4177/2
4177/11 4177/15
4181/7 4181/8 4181/8
4181/9 4181/9 4181/14
4181/16 4181/17
4181/18 4181/19
4287/10 4289/23
4293/3 4293/24
4294/20 4295/23
4298/23 4303/22
4314/8 4317/24
**Defendant Harrelson
  [1]** 4181/17
**Defendant Meggs [1]**
4181/16
**Defendant Rhodes [1]**
4181/14
**Defendant Watkins [1]**
4181/18
**Defendant's [24]**
4281/16 4285/22
4287/3 4287/13
4288/10 4288/13
4289/4 4290/2 4291/11
4292/13 4293/6 4294/4
4294/22 4296/1 4297/3
4299/21 4302/1 4302/4
4304/3 4306/1 4306/3
4306/4 4317/5 4317/21
**Defendant's Exhibit 27
  [1]** 4288/10
**Defendant's Exhibit 38
  [1]** 4302/1
**Defendant's Exhibit 42
  [1]** 4317/21
**defendants [12]**
4175/7 4181/20 4188/2
4188/15 4188/18
4189/2 4189/3 4189/8
4192/25 4193/5 4205/1
4206/22
**defendants' [1]** 4205/8
**defense [11]** 4186/8
4194/15 4196/23
4198/18 4198/25
4199/4 4199/24
4201/14 4204/9 4207/2
4256/5
**defense's [1]** 4182/17
**definitely [1]** 4230/10
**definition [1]** 4201/15
**definitively [1]** 4216/7
**degrees [1]** 4190/24
**deliberation [1]** 4185/8
**deliberations [1]**
4183/22
**demonstrative [4]**

4202/17 4203/6
**deny [1]** 4184/8
**Department [1]** 4197/5
**depending [1]** 4228/10
**depict [1]** 4191/3
**depicted [1]** 4190/15
**depicting [1]** 4182/25
**depiction [2]** 4184/5
4195/20
**depicts [2]** 4191/11
4195/16
**depression [2]** 4230/9
4230/15
**described [1]** 4202/9
**detail [1]** 4276/7
**details [1]** 4226/16
**detained [2]** 4217/23
4217/25
**detention [1]** 4192/19
**did [128]** 4186/16
4188/24 4195/7
4195/19 4195/23
4211/22 4212/4 4213/1
4213/15 4214/22
4215/21 4216/9
4216/12 4217/3 4217/3
4217/9 4217/11
4217/21 4218/7 4218/9
4220/1 4221/16
4221/20 4221/23
4221/25 4223/18
4223/23 4223/23
4223/25 4224/14
4227/5 4229/8 4231/7
4231/20 4231/21
4231/24 4232/12
4232/16 4233/3 4233/6
4233/11 4233/17
4233/18 4233/21
4233/23 4233/25
4234/3 4234/6 4234/8
4234/12 4234/18
4234/19 4234/21
4234/22 4235/11
4236/2 4236/2 4236/7
4237/2 4237/5 4237/20
4237/24 4238/6
4238/14 4239/3
4240/13 4240/16
4240/19 4241/5
4241/19 4242/13
4243/4 4243/12
4244/20 4245/13
4245/14 4245/17
4247/8 4248/2 4248/5
4248/10 4248/12
4248/14 4248/15
4248/17 4250/2
4250/13 4250/20
4250/25 4251/3
4251/24 4270/16
4270/19 4271/5 4272/2
4272/23 4273/13
4274/15 4274/20
4275/10 4275/12
4275/21 4276/3
4276/20 4276/22

**direction [3]** 4190/24
4201/2 4245/17
**directly [4]** 4206/21
4208/22 4208/24
4243/22
**disagree [5]** 4186/11
4202/20 4235/17
4235/19 4239/19
**disagreeing [1]** 4203/2
**disagreement [1]**
4186/1
**disappeared [2]**
4247/16 4297/24
**disaster [1]** 4231/22
**disclose [1]** 4224/3
**discovery [1]** 4186/19
**discretion [1]** 4187/7
**discuss [2]** 4253/9
4322/4
**discussed [3]** 4182/17
4207/12 4277/3
**discussing [4]** 4277/8
4277/13 4298/17
4318/15
**discussion [2]** 4256/15
4298/21
**discussions [6]**
4224/12 4277/6
4277/10 4318/9
4318/18 4321/13
**disk [1]** 4280/19
**disorder [5]** 4205/9
4205/13 4205/17
4205/18 4205/20
**disparate [3]** 4184/6
4184/19 4202/10
**dispute [1]** 4206/18
**disputing [1]** 4191/4
**disrupted [1]** 4205/21
**DISTRICT [26]** 4175/1
4175/1 4175/10
4212/15 4212/16
4212/17 4212/23
4214/2 4214/4 4214/7
4215/3 4236/8 4236/15
4237/2 4237/12
4237/21 4240/13
4240/17 4240/20
4240/24 4240/25
4242/25 4243/5 4243/9
4243/11 4248/24
**do [117]** 4182/12
4182/12 4185/4 4192/6
4192/12 4195/14
4195/23 4195/24
4196/14 4199/9
4202/22 4204/5
4204/15 4205/8
4206/19 4209/14
4209/23 4214/7
4217/19 4219/23
4220/16 4223/10
4223/12 4223/16
4225/8 4226/13 4227/4
4227/7 4227/7 4227/9
4227/15 4227/15
4227/25 4228/6

**02205** 4373/2 4184/7
4277/9 4277/17
4282/17 4282/18
4286/24 4303/7 4303/9
4303/13 4304/21
4304/22 4305/10
4308/13 4312/8 4312/9
4316/7 4320/2 4320/3
4320/7 4320/8 4320/11
**did you [32]** 4213/1
4217/9 4217/21 4218/7
4229/8 4231/20
4231/21 4232/12
4232/16 4233/17
4234/18 4236/2 4239/3
4241/5 4242/13
4245/13 4250/2
4250/13 4270/16
4270/19 4271/5 4272/2
4274/20 4276/22
4277/2 4277/3 4277/9
4304/22 4308/13
4312/8 4312/9 4316/7
**didn't [56]** 4198/22
4213/20 4214/3 4214/8
4214/9 4214/14
4215/23 4228/15
4229/23 4234/10
4236/5 4239/12
4240/18 4242/19
4244/15 4245/21
4246/12 4248/8
4250/23 4270/16
4270/18 4270/21
4271/3 4271/5 4271/6
4271/24 4272/1 4272/5
4275/15 4275/19
4276/14 4276/25
4277/23 4278/1 4278/9
4279/10 4280/10
4283/1 4299/13
4299/15 4301/3 4305/7
4305/21 4309/19
4311/22 4311/22
4312/1 4312/8 4313/18
4318/21 4318/22
4319/11 4319/19
4319/21 4319/22
4320/5
**difference [1]** 4194/1
**different [19]** 4184/21
4188/5 4200/17
4202/23 4202/24
4203/17 4209/17
4221/18 4234/24
4234/24 4236/9
4238/10 4238/17
4241/25 4243/16
4252/25 4291/6
4292/19 4295/22
**differently [1]** 4189/7
**difficulty [3]** 4271/19
4301/17 4301/21
**digestible [1]** 4184/7
**dinner [1]** 4213/2
**direct [7]** 4179/4
4191/9 4191/17
4191/20 4192/11

**D**

do... [83] 4228/16
4228/21 4228/22
4229/2 4229/22
4231/21 4233/17
4237/24 4238/6 4238/8
4238/21 4239/23
4240/3 4242/16 4243/6
4243/13 4245/23
4246/7 4248/15
4271/13 4273/4 4274/2
4275/14 4275/21
4275/24 4276/12
4276/14 4276/16
4279/24 4280/18
4281/5 4281/18
4283/13 4284/22
4285/10 4285/13
4286/9 4287/8 4288/22
4289/21 4290/18
4291/14 4291/23
4291/25 4292/2
4292/22 4293/1
4293/21 4294/16
4295/2 4295/5 4295/16
4298/12 4298/17
4299/7 4300/3 4300/5
4300/18 4302/6
4305/16 4307/1 4307/2
4307/11 4307/18
4307/22 4309/10
4309/23 4310/19
4310/24 4311/4 4311/5
4311/17 4311/18
4311/19 4313/22
4314/16 4316/23
4317/6 4317/10
4317/18 4320/17
4320/19 4321/7
do you [26] 4214/7
4240/3 4242/16
4276/12 4276/16
4279/24 4285/10
4286/9 4288/22
4289/21 4290/18
4293/21 4295/2
4295/16 4298/12
4300/3 4300/5 4305/16
4307/2 4309/23 4311/4
4313/22 4316/23
4317/10 4320/17
4320/19
do you believe [1]
4220/16
do you have [6]
4226/13 4227/4 4227/9
4227/25 4228/6
4310/24
do you know [5]
4246/7 4281/5 4281/18
4291/25 4292/22
do you recognize [12]
4274/2 4285/13
4291/14 4291/23
4293/1 4299/7 4300/18
4307/11 4307/18
4307/22 4311/19
4314/16

do you remember [1]
4274/2
4238/21 4280/18
4284/22 4287/8 4302/6
4307/1
do you see [6] 4223/10
4223/12 4309/10
4310/19 4317/6
4317/14
document [1] 4202/15
documentation [1]
4237/14
does [11] 4189/12
4191/2 4193/25 4203/4
4203/6 4204/12
4206/10 4208/22
4222/17 4244/2 4321/5
doesn't [5] 4183/2
4198/9 4198/13
4274/21 4321/8
doing [13] 4191/4
4209/4 4229/18
4238/17 4241/22
4241/22 4241/23
4241/25 4242/5
4287/20 4290/16
4315/18 4319/14
Dolan [21] 4209/14
4210/21 4210/23
4211/3 4211/9 4249/10
4249/18 4253/8 4270/8
4270/12 4280/18
4282/13 4284/3
4284/19 4287/8
4288/15 4295/2
4297/10 4298/25
4301/18 4322/3
Dolan's [1] 4284/2
dome [1] 4313/6
don't [144] 4185/7
4185/15 4186/5 4186/6
4186/10 4189/8
4189/10 4189/19
4191/25 4195/14
4195/22 4196/12
4196/24 4197/13
4197/23 4200/2
4201/24 4204/1
4204/20 4207/5 4210/5
4210/21 4212/6 4212/6
4212/9 4214/5 4214/9
4214/19 4215/8
4215/15 4216/2 4216/5
4216/17 4216/22
4216/25 4218/11
4219/3 4220/19 4221/6
4221/19 4222/11
4222/12 4222/19
4224/3 4224/8 4225/14
4226/16 4227/10
4229/13 4230/16
4232/24 4233/18
4234/13 4235/4 4235/8
4235/18 4235/22
4236/4 4238/1 4238/15
4239/16 4241/17
4241/22 4242/3 4242/8
4243/2 4248/13 4270/8
4271/1 4271/4 4271/13

4271/22 4273/24
4273/19 4273/20
4273/21 4273/22
4274/5 4274/18
4274/21 4275/3 4277/6
4277/10 4277/13
4277/15 4278/13
4279/25 4280/6 4280/6
4281/6 4281/21 4282/5
4282/10 4285/3
4287/20 4290/20
4290/21 4291/4
4292/24 4295/19
4295/20 4296/13
4296/21 4296/22
4297/5 4297/15 4298/9
4298/19 4298/21
4299/1 4299/11 4300/4
4300/7 4300/13
4301/12 4303/9
4303/11 4304/14
4304/19 4304/20
4304/24 4305/1
4305/19 4307/13
4307/19 4308/16
4308/21 4310/12
4310/16 4311/1
4311/20 4312/19
4316/15 4316/15
4316/16 4316/17
4317/16 4318/18
4318/22 4318/24
4319/6 4319/7 4319/7
4320/15
done [3] 4198/23
4242/22 4320/23
Donovan [1] 4201/8
door [2] 4309/10
4309/11
doors [11] 4208/8
4309/2 4309/21
4309/22 4310/3 4310/5
4310/6 4310/8 4311/10
4313/4 4313/5
Douyon [2] 4208/19
4209/1
down [15] 4215/23
4218/7 4221/24 4225/8
4247/13 4248/19
4253/9 4271/6 4301/5
4301/5 4303/5 4307/7
4315/2 4319/3 4322/3
downstairs [1]
4214/15
downtime [1] 4209/20
draft [1] 4186/7
dramatically [1]
4187/14
Drew [1] 4182/6
drifted [1] 4236/6
drinking [4] 4250/17
4250/21 4250/24
4251/14
drive [11] 4177/12
4213/6 4213/12
4214/18 4214/22
4214/24 4215/25
4275/13 4275/20

drop [1] 4199/10
dropped [2] 4199/6
4297/23
drove [2] 4233/20
4249/4
dull [1] 4230/14
Dunn [2] 4190/25
4315/13
during [2] 4189/5
4253/10
duties [1] 4239/13
duty [1] 4276/14
DX00960 [1] 4221/8

**E**

each [4] 4186/1 4186/3
4244/5 4301/11
earlier [6] 4212/12
4224/15 4240/23
4246/23 4320/12
4320/19
early [3] 4183/10
4249/24 4249/25
earn [1] 4229/3
easier [1] 4196/13
easily [1] 4191/16
east [1] 4246/19
easy [1] 4189/24
Edmund [1] 4177/2
Edward [3] 4176/10
4181/10 4181/14
Edward Tarpley [1]
4181/14
Edwards [2] 4175/16
4181/12
edwardtarpley [1]
4176/12
effect [4] 4205/7
4205/8 4205/9 4235/15
effort [2] 4192/1
4197/5
eight [1] 4244/3
either [12] 4191/9
4192/8 4214/7 4231/21
4232/8 4232/9 4236/7
4236/12 4244/18
4256/7 4297/25 4305/1
election [2] 4229/11
4229/19
elements [1] 4205/24
elicited [1] 4191/20
Ellipse [5] 4183/12
4241/7 4245/4 4294/16
4294/18
ELMER [3] 4175/6
4176/2 4181/7
else [12] 4197/22
4209/7 4209/21 4218/9
4234/10 4247/24
4273/7 4273/11
4275/25 4308/13
4312/9 4314/16
Email [10] 4175/18
4175/19 4176/5 4176/9
4176/12 4176/16
4177/5 4177/10
4177/14 4177/19

Empire [1] 4177/17
encourage [1] 4234/3
end [10] 4198/14
4199/21 4200/10
4218/16 4248/14
4279/10 4283/1 4298/3
4299/13 4316/7
ended [1] 4298/3
ends [1] 4200/4
enforcement [3]
4216/24 4217/3 4217/8
enhancements [1]
4223/15
Enjoy [1] 4321/23
enjoyed [1] 4231/1
enough [6] 4184/25
4189/15 4191/18
4220/3 4235/13
4238/20
enter [3] 4220/5
4270/21 4298/18
entered [6] 4210/14
4211/16 4220/8 4223/3
4256/17 4270/3
entering [1] 4227/2
entire [1] 4248/7
entirely [1] 4201/11
entirety [1] 4201/1
entry [2] 4306/7
4321/13
equivalent [1] 4203/12
erroneously [1]
4186/14
errors [1] 4187/10
escorted [1] 4247/15
especially [1] 4200/21
establish [2] 4206/15
4296/11
establishes [1]
4202/15
estimate [2] 4225/3
4311/9
et [3] 4175/6 4202/12
4207/1
et cetera [2] 4202/12
4207/1
evacuated [2] 4271/3
4304/21
even [14] 4186/15
4198/11 4204/22
4232/19 4232/22
4238/18 4248/2
4251/13 4282/24
4311/10 4315/24
4316/21 4321/12
4321/12
evening [10] 4181/23
4211/21 4237/2
4237/24 4238/3
4238/22 4239/3 4248/8
4279/17 4279/20
event [27] 4232/3
4232/6 4232/13
4233/17 4233/19
4234/8 4234/12 4239/3
4239/9 4241/5 4242/6
4244/23 4246/1 4246/1
4246/16 4251/24
4275/2 4275/4 4275/10

event... [8] 4283/12
4287/18 4287/19
4288/21 4292/4
4293/20 4295/16
4295/17
events [14] 4184/5
4211/15 4211/18
4211/21 4216/18
4216/19 4226/5
4231/22 4234/5
4234/24 4239/15
4241/20 4246/7
4282/17
eventually [5] 4218/4
4244/24 4245/19
4248/21 4304/12
ever [9] 4241/19
4249/10 4250/7
4250/20 4250/25
4251/3 4274/21
4276/20 4277/15
every [1] 4282/10
everybody [7] 4181/23
4220/24 4248/5 4270/4
4309/13 4321/24
4322/12
everybody's [3]
4289/17 4290/9
4303/18
everyone [4] 4181/4
4181/22 4210/16
4253/5
everything [3] 4213/18
4251/19 4316/19
evidence [31] 4184/3
4184/7 4184/10
4184/20 4185/21
4186/24 4190/11
4196/2 4196/3 4210/1
4256/2 4281/16
4285/22 4287/3
4287/13 4288/13
4289/4 4290/2 4291/11
4292/13 4293/6 4294/4
4294/22 4296/1
4299/21 4302/4 4304/3
4306/4 4314/5 4314/8
4317/24
exacerbates [1]
4200/12
exact [18] 4214/19
4216/2 4216/22
4216/25 4219/3
4220/19 4226/16
4234/13 4238/1 4240/5
4242/8 4242/8 4275/3
4295/19 4295/21
4297/15 4300/7
4304/14
exactly [4] 4221/17
4233/18 4303/11
4305/13
examination [10]
4189/5 4190/21
4191/10 4191/17
4191/17 4191/20
4192/11 4210/22

example [3] 4184/4
4187/16 4198/12
except [2] 4201/19
4214/14
excerpt [1] 4305/25
exchanged [1] 4284/7
excised [1] 4209/23
excited [1] 4309/13
excuse [4] 4276/2
4289/24 4306/13
4312/17
exhibit [54] 4182/11
4182/16 4183/18
4183/20 4184/18
4185/5 4188/24
4198/11 4198/24
4199/19 4201/12
4201/15 4201/22
4202/1 4202/18 4203/4
4204/16 4221/8
4222/23 4223/2
4276/15 4281/16
4284/14 4285/17
4285/22 4287/3
4287/13 4288/10
4288/13 4289/4 4290/2
4290/24 4290/25
4291/11 4292/13
4293/3 4293/6 4293/24
4294/4 4294/19
4294/22 4296/1 4297/3
4299/21 4302/1 4302/4
4303/24 4304/3 4306/4
4314/8 4317/21
4317/24 4320/22
4320/25
Exhibit 5308 [1]
4320/22
exhibits [12] 4179/8
4181/25 4182/7
4186/19 4194/19
4200/18 4201/18
4201/19 4201/20
4207/12 4249/14
4276/13
exited [2] 4253/7
4322/2
expected [1] 4184/4
expired [1] 4232/20
explain [4] 4223/18
4223/21 4225/14
4228/1
extent [3] 4190/14
4204/23 4206/9
extremely [1] 4316/19

F

Facebook [9] 4194/20
4194/21 4194/25
4195/5 4196/16
4196/19 4196/20
4196/21 4198/3
facing [5] 4190/23
4190/24 4271/10
4314/20 4315/8
fact [12] 4192/4
4201/24 4204/2

4232/18 4245/25
4270/14 4283/5
4315/18 4319/10
4319/18
facts [2] 4189/13
4206/21
fair [63] 4191/18
4195/20 4206/19
4235/13 4238/20
4250/18 4251/6
4251/14 4251/18
4270/22 4270/25
4271/12 4271/20
4272/10 4272/20
4272/21 4273/16
4274/25 4275/5 4275/8
4275/18 4276/8
4277/14 4280/13
4281/1 4283/2 4283/4
4283/7 4283/13
4284/19 4286/15
4286/18 4290/7
4291/20 4291/21
4293/16 4294/8
4295/18 4297/13
4300/8 4301/9 4303/1
4303/15 4304/17
4305/14 4305/15
4306/22 4309/13
4309/23 4310/13
4315/2 4315/7 4315/20
4315/25 4316/4
4318/13 4318/17
4319/1 4319/8 4319/12
4319/13 4320/6
4321/11
fairly [3] 4191/2
4195/16 4321/5
fall [3] 4229/18
4229/19 4230/9
familiar [5] 4190/5
4194/18 4194/19
4194/20 4274/22
far [4] 4274/24 4278/15
4314/14 4318/10
fashion [3] 4184/20
4202/18 4203/7
fast [2] 4184/13 4321/5
fast-forward [1]
4184/13
favorable [1] 4199/18
FBI [2] 4218/9 4218/20
feasible [3] 4196/24
4197/3 4197/3
featured [1] 4200/3
features [1] 4199/25
feel [5] 4233/23
4233/25 4251/6
4251/10 4303/13
feet [1] 4298/8
felt [1] 4303/15
female [1] 4274/4
few [3] 4185/14
4216/18 4301/13
Fifth [1] 4197/9
fight [2] 4243/22
4319/7

figure [2] 4202/9
4311/17
figured [2] 4209/3
4235/10
filing [1] 4227/24
film [1] 4306/16
find [1] 4195/2
fine [8] 4211/20 4212/8
4214/21 4215/18
4219/5 4222/22 4236/6
4247/3
finished [1] 4295/20
firearm [4] 4214/14
4240/13 4240/16
4240/20
firearms [16] 4214/3
4214/6 4214/11
4214/11 4236/8
4236/14 4236/24
4237/21 4240/24
4240/25 4242/25
4243/5 4243/8 4243/11
4244/14 4249/4
first [12] 4182/14
4185/23 4194/15
4195/8 4197/18
4216/23 4232/1 4232/1
4232/5 4245/2 4252/4
4275/12
Fischer [5] 4177/16
4177/16 4181/19
4210/6 4305/25
fischerandputzi [1]
4177/19
five [8] 4181/20 4219/1
4220/9 4220/20
4223/21 4239/10
4248/21 4271/11
flag [1] 4192/1
flagged [2] 4182/8
4199/4
flagging [1] 4192/9
flash [1] 4284/3
floor [1] 4270/22
Florida [15] 4213/7
4214/18 4215/3
4215/25 4216/9
4232/22 4234/9
4241/13 4242/7 4249/4
4275/13 4276/6 4276/7
4277/18 4278/15
fodder [1] 4190/20
Folks [1] 4256/10
follow [4] 4199/15
4233/7 4236/19
4236/22
following [4] 4208/19
4233/3 4240/22 4241/3
follows [2] 4211/5
4307/25
footage [1] 4183/11
forces [1] 4242/21
forcible [2] 4321/13
4321/14
forcing [1] 4321/16
Ford [1] 4305/25
foregoing [1] 4323/3
forgive [1] 4296/10

4246/4 4247/1
format [1] 4187/21
former [1] 4231/17
FormerFeds [1]
4177/12
formerfedsgroup.com
[1] 4177/14
forth [2] 4217/18
4321/5
forward [5] 4184/13
4246/22 4270/15
4306/25 4307/11
found [4] 4190/8
4190/12 4208/7 4231/6
Foundation [1]
4274/12
four [2] 4218/24
frame [2] 4216/21
4216/22
frames [1] 4316/18
frankly [1] 4191/12
FRE [1] 4202/2
free [1] 4186/1
Freedom [2] 4303/23
4319/14
freelance [1] 4189/21
Friday [1] 4252/21
Fridays [2] 4252/18
4252/19
friend [1] 4208/3
front [10] 4176/15
4221/13 4245/3 4280/3
4281/19 4290/15
4293/12 4293/15
4302/24 4310/9
frozen [1] 4192/2
fucking [1] 4188/17
fun [1] 4194/3
further [2] 4211/4
4216/10

G

garage [2] 4230/19
4251/14
Garden [6] 4212/5
4212/14 4237/11
4237/16 4248/24
4282/15
gas [1] 4188/17
gate [1] 4240/6
Gator [1] 4321/1
gave [1] 4231/4
gear [5] 4282/23
4283/2 4283/16
4283/20 4283/23
gears [1] 4272/14
general [2] 4186/9
4243/15
generally [2] 4252/20
4307/8
gentleman [1] 4280/24
gentlemen [5] 4210/16
4242/3 4256/1 4270/5
4321/21
get [51] 4208/6 4208/9
4209/18 4213/6 4215/3
4217/21 4220/22

**get... [44]** 4225/12
4225/18 4227/8
4227/10 4227/11
4227/18 4228/20
4229/8 4229/25 4230/7
4232/12 4233/21
4234/3 4234/18 4237/6
4240/3 4240/9 4243/22
4243/23 4244/2
4244/14 4244/14
4245/13 4245/21
4251/17 4253/17
4279/7 4288/20
4289/16 4290/9 4296/7
4297/13 4297/19
4299/15 4305/13
4307/8 4313/11
4316/23 4318/6
4318/16 4319/6 4319/6
4320/6 4320/9
**gets [2]** 4195/21
4199/6
**getting [3]** 4210/19
4279/10 4295/7
**Geyer [4]** 4177/11
4181/17 4207/24
4208/21
**give [8]** 4182/11
4185/16 4195/7
4219/14 4226/9
4230/13 4231/12
4299/10
**given [6]** 4183/21
4188/3 4206/7 4226/1
4226/4 4240/23
**giving [2]** 4231/8
4242/8
**glassy [1]** 4300/9
**Glen [1]** 4177/18
**globally [1]** 4228/18
**gloves [1]** 4244/7
**gmail.com [1]** 4176/9
**go [68]** 4185/7 4185/22
4185/25 4186/25
4187/4 4194/9 4198/15
4201/3 4203/7 4209/11
4211/17 4211/22
4212/4 4213/1 4213/15
4215/4 4215/21
4215/23 4219/22
4219/23 4222/24
4223/12 4223/18
4223/19 4229/6
4229/13 4230/3
4232/16 4232/19
4232/23 4232/24
4234/10 4237/2 4237/5
4240/1 4240/9 4244/14
4245/13 4245/14
4245/22 4246/16
4246/21 4247/6 4247/8
4247/25 4248/6
4248/11 4248/17
4250/20 4250/23
4250/25 4251/22
4251/24 4252/2 4271/6
4276/11 4278/15

4298/11 4298/20
4300/3 4300/19
4305/10 4313/3 4313/5
4316/19 4320/8
**goes [4]** 4185/14
4200/22 4203/23
4228/13
**going [90]** 4185/24
4187/18 4188/4
4189/20 4192/3
4193/18 4194/11
4195/13 4196/23
4197/3 4197/4 4197/10
4199/21 4200/21
4201/2 4205/14 4209/5
4209/8 4209/18
4212/23 4215/2 4215/3
4226/4 4226/20 4227/2
4227/3 4227/8 4228/5
4228/13 4229/23
4229/25 4234/23
4235/3 4235/7 4235/15
4235/25 4237/18
4238/4 4240/10
4244/24 4247/25
4248/6 4256/3 4256/5
4256/7 4256/10
4270/15 4271/10
4271/11 4272/16
4272/25 4272/25
4277/24 4279/20
4280/22 4281/7 4283/5
4283/9 4283/25 4284/9
4285/4 4286/8 4286/12
4287/6 4287/24
4288/21 4289/19
4293/19 4297/1
4297/18 4298/13
4298/22 4300/11
4303/21 4305/16
4305/23 4305/25
4306/6 4306/25
4308/21 4311/11
4311/17 4311/18
4312/21 4312/22
4313/16 4313/21
4317/4 4317/20 4320/9
**goings [1]** 4209/10
**gone [5]** 4182/8
4215/24 4282/11
4298/1 4298/2
**good [16]** 4181/5
4181/22 4182/3 4182/4
4208/1 4210/16
4210/23 4210/24
4211/9 4211/10 4219/9
4249/18 4274/3
4289/18 4305/22
4321/9
**good morning [7]**
4181/22 4182/4 4208/1
4210/23 4211/9
4211/10 4249/18
**got [25]** 4209/17
4216/9 4218/14 4231/7
4234/21 4238/13
4247/10 4249/3 4249/4

4278/24 4283/12
4284/24 4285/1 4285/2
4297/21 4297/23
4300/21 4306/23
4309/22 4314/23
4315/2 4317/8
**GoToMeeting [1]**
4186/13
**GoToMeetings [2]**
4252/14 4252/17
**government [46]**
4175/14 4181/12
4182/5 4185/5 4185/9
4187/22 4189/6
4189/25 4190/16
4194/13 4195/7
4195/10 4197/14
4197/22 4198/24
4202/1 4204/5 4205/6
4206/9 4207/9 4208/4
4211/3 4218/8 4218/10
4218/19 4225/21
4225/24 4226/8
4227/24 4228/21
4228/22 4256/4
4271/15 4272/10
4275/23 4276/13
4276/15 4280/19
4296/21 4297/3
4301/16 4303/23
4320/25 4321/15
4321/17 4322/11
**government's [16]**
4179/5 4184/9 4190/6
4194/9 4204/16
4207/13 4207/13
4207/13 4207/14
4207/14 4207/15
4222/23 4223/2 4228/4
4228/14 4230/21
**Government's 1504 [1]**
4207/15
**Governor [1]** 4177/17
**grabbed [1]** 4213/3
**grand [1]** 4226/3
**Granted [1]** 4228/25
**grass [1]** 4246/20
**grassy [5]** 4239/6
4246/20 4247/12
4280/14 4282/1
**Graydon [1]** 4274/15
**Graydon Young [1]**
4274/15
**ground [1]** 4189/13
**grounds [4]** 4194/18
4194/22 4297/13
4297/20
**group [18]** 4230/21
4233/23 4234/1
4241/10 4241/13
4242/7 4245/15
4245/20 4246/15
4247/9 4248/17
4248/21 4251/8
4251/18 4306/17
4307/12 4318/10
4318/11

4239/14 4241/20
4241/25
**guess [11]** 4194/1
4201/13 4214/20
4216/20 4216/22
4231/17 4243/7 4245/3
4246/19 4293/22
4297/24
**guest [1]** 4275/25
**Guidelines [7]** 4221/1
4221/3 4221/23
4223/19 4225/3 4225/7
4225/8
**Guidelines Range [3]**
4225/3 4225/7 4225/8
**gun [1]** 4320/6
**guns [4]** 4240/10
4279/14 4282/15
4320/9
**guy [2]** 4310/15
4314/17
**guys [23]** 4212/22
4215/22 4216/1
4226/20 4232/25
4233/17 4234/23
4235/11 4235/25
4236/2 4238/13
4240/23 4241/10
4241/13 4242/5
4242/25 4245/13
4252/11 4279/6
4299/12 4309/4
4309/18 4309/20

# H

**had [52]** 4181/23
4186/12 4190/13
4197/8 4198/4 4198/23
4205/9 4210/17
4212/11 4213/10
4213/16 4213/18
4213/22 4214/20
4215/11 4215/12
4216/20 4216/23
4217/19 4218/5
4219/15 4229/16
4229/21 4229/22
4231/14 4232/8 4232/8
4232/20 4238/10
4242/2 4244/12
4247/15 4248/7
4248/10 4249/24
4270/6 4270/24 4271/2
4271/21 4275/24
4280/12 4282/23
4292/20 4293/12
4297/11 4297/22
4303/24 4304/21
4305/10 4311/6
4320/19 4321/13
**hadn't [3]** 4215/24
4303/5 4303/5
**half [2]** 4220/19
4237/19 4282/12
4291/16 4304/18
4311/12 4311/13
**Haller [11]** 4177/6

4249/18 4252/23
4270/9 4296/8 4296/18
4313/13 4321/20
**hallerjulia [1]** 4177/10
**halls [1]** 4271/6
**hallway [1]** 4190/10
**hand [3]** 4195/18
4223/19 4290/10
**handcuffs [1]** 4217/13
**handed [1]** 4292/23
**hang [3]** 4197/12
4208/18 4285/4
**hanging [2]** 4301/6
4301/9
**happen [6]** 4197/4
4221/18 4226/14
4227/5 4227/7 4244/2
**happened [8]** 4213/1
4217/10 4218/21
4247/9 4273/20 4295/9
4296/12 4298/9
**happening [5]** 4188/3
4195/16 4199/21
4200/16 4210/2
**happens [1]** 4239/23
**happy [5]** 4182/15
4199/10 4203/11
4253/14 4283/22
**hard [1]** 4197/2
**Harrelson [9]** 4177/11
4181/8 4181/17
4211/25 4212/3 4275/7
4275/10 4275/12
4321/12
**Harrelson's [1]**
4188/19
**Harrisburg [1]** 4176/15
**has [25]** 4182/5 4182/7
4183/23 4184/1
4184/25 4185/5 4185/9
4185/23 4187/5
4189/15 4189/22
4190/3 4193/22
4198/24 4199/22
4199/22 4200/11
4201/4 4205/6 4209/16
4223/4 4271/13
4281/14 4288/1
4320/24
**hasn't [2]** 4189/10
4201/14
**hat [13]** 4280/24
4281/19 4304/7
4307/17 4308/4 4308/4
4308/5 4308/9 4310/15
4314/13 4314/17
4317/14 4318/3
**have [110]** 4184/12
4185/6 4185/13 4186/6
4186/7 4186/8 4186/20
4186/22 4188/9
4188/15 4188/23
4189/17 4189/25
4190/15 4191/23
4191/25 4192/12
4194/3 4195/1 4195/9
4196/13 4196/19

have... [88] 4197/23
4199/25 4200/5 4200/6
4201/13 4203/17
4204/5 4204/8 4204/10
4204/12 4206/2 4206/3
4206/7 4206/13
4207/20 4208/5 4208/8
4209/14 4209/20
4209/23 4210/3 4214/5
4215/9 4216/9 4218/9
4218/19 4219/3
4219/12 4220/1 4222/4
4224/8 4226/9 4226/13
4227/4 4227/9 4227/14
4227/25 4228/6 4229/1
4229/2 4231/9 4234/7
4234/9 4234/15
4234/25 4235/16
4235/18 4235/21
4235/21 4238/10
4238/12 4238/19
4239/18 4240/7 4240/7
4240/19 4242/3 4243/4
4243/12 4246/2 4270/4
4271/19 4275/15
4275/19 4276/24
4276/25 4279/25
4280/1 4282/7 4282/18
4284/5 4284/7 4286/17
4290/14 4298/8
4305/10 4310/24
4311/23 4312/1
4312/19 4316/10
4316/16 4317/17
4318/22 4318/23
4319/22 4320/15
4321/18
haven't [8] 4182/17
4187/4 4201/16
4220/18 4235/5
4282/11 4286/25
4316/16
having [7] 4211/3
4218/11 4219/24
4230/7 4277/10
4298/21 4301/20
he [29] 4183/7 4183/8
4200/2 4215/9 4215/9
4215/24 4215/24
4224/4 4224/4 4233/19
4235/18 4242/22
4275/21 4280/25
4285/2 4287/20
4287/23 4287/24
4292/3 4303/6 4303/9
4303/10 4303/12
4310/15 4313/13
4315/6 4317/17 4320/3
4320/3
he said [1] 4215/24
he's [6] 4183/9
4193/11 4228/13
4280/3 4313/13
4317/12
head [4] 4214/20
4238/2 4309/18
4309/20

heal [1] 4230/1
hear [20] 4186/4
4187/19 4188/6
4201/10 4206/3 4212/9
4214/8 4234/12 4236/5
4241/19 4296/18
4299/11 4299/13
4300/12 4300/19
4303/7 4304/21
4309/19 4320/2 4320/3
heard [13] 4186/8
4187/16 4204/10
4231/14 4231/16
4244/24 4245/2 4271/2
4300/2 4303/10 4305/3
4310/25 4315/24
hearing [7] 4182/14
4188/18 4192/19
4194/15 4226/2
4304/23 4305/1
hearsay [2] 4189/12
4200/10
heavy [2] 4283/17
4283/23
held [1] 4256/15
Hello [1] 4270/13
helmet [2] 4283/2
4307/19
helmets [2] 4244/7
4282/23
help [2] 4232/21
4242/22
helping [2] 4318/16
4321/9
her [24] 4182/8
4192/21 4195/1 4196/2
4196/6 4196/19
4196/20 4196/21
4198/3 4200/24 4201/1
4201/6 4202/22
4202/24 4203/1 4204/3
4204/3 4205/5 4206/15
4207/4 4256/11 4274/4
4274/5 4274/6
here [19] 4184/13
4185/6 4191/23 4192/2
4192/10 4197/8
4197/15 4201/5
4201/10 4204/2
4204/19 4207/7
4208/20 4209/19
4219/15 4296/10
4302/18 4309/4
4315/24
here's [1] 4187/13
Hernandez [1] 4208/5
hey [12] 4215/3 4228/5
4232/23 4235/15
4236/13 4238/13
4240/9 4240/23
4243/22 4245/13
4248/5 4248/11
Hi [1] 4270/12
highest [1] 4220/17
highlighted [2]
4187/23 4204/3
highlighting [2]

Highway [1] 4177/17
Hilton [6] 4212/5
4212/14 4237/11
4237/16 4248/24
4282/15
him [32] 4190/7
4215/12 4215/23
4216/1 4220/3 4224/3
4233/21 4248/3 4248/5
4274/16 4274/18
4274/21 4276/21
4276/23 4277/20
4277/21 4277/24
4278/1 4280/5 4281/5
4287/20 4287/24
4288/20 4292/20
4301/4 4301/5 4303/10
4307/18 4307/25
4310/16 4315/24
4317/16
himself [2] 4190/14
4301/2
hip [3] 4229/22
4229/22 4230/12
his [10] 4182/23
4183/6 4209/24
4215/15 4276/14
4292/1 4293/15
4307/13 4307/17
4315/2
history [4] 4222/4
4229/14
hold [5] 4209/1 4209/6
4209/16 4276/11
4301/15
holding [1] 4309/5
home [4] 4217/6
4250/21 4250/23
4271/19
Honor [49] 4181/5
4182/3 4182/13
4182/24 4183/13
4183/15 4184/19
4185/16 4191/18
4199/22 4199/22
4200/25 4201/4 4202/6
4202/19 4204/7
4205/16 4207/2
4207/23 4208/1 4208/9
4208/17 4209/15
4209/20 4210/8 4221/7
4222/14 4223/4 4253/3
4253/14 4270/10
4281/15 4286/23
4294/2 4294/21
4296/19 4297/7
4299/18 4299/19
4302/2 4304/1 4306/2
4312/17 4313/18
4314/6 4314/7 4314/11
4322/10 4322/11
Honor's [4] 4195/25
4203/15 4204/9
4204/11
HONORABLE [2]
4175/9 4181/3
hope [1] 4181/22

hoping [1] 4229/24
hosting [1] 4235/9
hotel [17] 4211/23
4212/4 4214/10
4236/25 4237/6
4237/13 4237/25
4240/1 4248/16
4248/22 4248/23
4248/24 4275/24
4276/3 4279/14
4282/19 4320/5
hotels [1] 4212/13
hotmail.com [1]
4177/19
hour [2] 4304/18
4322/13
hours [2] 4183/10
4214/19
house [6] 4188/17
4190/8 4190/18
4217/11 4217/12
4218/22
how [26] 4185/8
4189/20 4194/12
4200/20 4211/9
4214/18 4216/12
4218/1 4218/18
4229/16 4229/23
4232/12 4238/8
4238/10 4239/8
4239/12 4242/5
4250/13 4278/12
4299/1 4301/12
4304/19 4304/20
4311/9 4316/21 4320/9
however [2] 4185/21
4231/6
Hughes [2] 4175/15
4181/12
hundred [1] 4238/18
hurt [1] 4315/25
hurting [1] 4230/12

I
I am [1] 4187/9
I assume [2] 4219/21
4238/23
I believe [27] 4190/4
4190/11 4204/17
4212/2 4214/13
4218/17 4218/24
4225/10 4226/3
4229/10 4234/8 4238/2
4240/5 4241/21 4243/6
4243/10 4246/23
4252/8 4252/22
4278/21 4290/16
4294/17 4295/13
4297/18 4317/9
4317/12 4321/1
I can [8] 4182/16
4198/10 4215/12
4256/11 4287/17
4302/10 4312/20
4312/21
I can't [5] 4222/20
4239/16 4273/21

I couldn't [2] 4229/21
4316/21
I did [5] 4195/10
4221/20 4234/19
4251/24 4303/9
I didn't [10] 4213/20
4214/8 4214/9 4242/19
4276/25 4278/1 4278/9
4299/13 4301/3
4309/19
I didn't know [4]
4198/22 4229/23
4305/21 4319/21
I didn't see [5] 4214/14
4215/23 4240/18
4244/15 4248/8
I don't [16] 4189/10
4201/24 4204/1 4212/6
4216/5 4221/6 4222/12
4224/3 4274/18
4274/21 4277/10
4292/24 4298/9 4300/4
4304/20 4310/16
I don't have [3] 4219/3
4235/18 4316/16
I don't recall [18]
4216/2 4216/25
4218/11 4221/19
4243/2 4248/13 4271/4
4275/3 4277/6 4277/15
4279/25 4282/10
4298/19 4298/21
4300/7 4304/24 4305/1
4318/18
I guess [7] 4201/13
4231/17 4243/7 4245/3
4246/19 4293/22
4297/24
I have [13] 4188/9
4189/17 4189/25
4195/9 4201/13 4208/5
4238/12 4238/19
4282/7 4284/5 4305/10
4317/17 4321/18
I haven't [5] 4187/4
4201/16 4220/18
4235/5 4316/16
I hope [1] 4181/22
I just [11] 4184/11
4186/23 4220/24
4224/10 4230/6 4235/4
4247/17 4273/20
4287/25 4296/13
4296/21
I know [4] 4239/12
4273/5 4284/1 4305/19
I mean [22] 4183/8
4183/24 4185/18
4187/3 4189/4 4189/14
4192/12 4195/13
4195/13 4196/12
4196/22 4198/15
4200/23 4203/7 4204/4
4217/9 4228/3 4233/10
4296/20 4298/7 4299/8
4310/3
I recall [6] 4280/16

**I**

**I recall... [5]** 4295/5 4298/4 4311/25 4312/3 4312/10
**I should [1]** 4184/5
**I think [39]** 4183/24 4185/18 4187/6 4188/9 4189/18 4190/9 4191/16 4191/23 4191/23 4193/16 4193/17 4195/13 4198/9 4198/10 4199/15 4202/23 4204/4 4205/25 4212/5 4216/25 4227/8 4227/22 4232/1 4234/15 4239/10 4242/7 4243/15 4245/9 4248/20 4250/4 4251/9 4252/19 4253/1 4271/8 4295/15 4297/4 4300/2 4300/19 4314/5
**I thought [3]** 4201/25 4220/20 4289/16
**I told [3]** 4217/17 4222/8 4228/4
**I understand [5]** 4183/25 4184/2 4205/1 4235/6 4249/22
**I want [14]** 4185/3 4208/2 4209/4 4209/9 4211/13 4211/14 4211/17 4211/17 4220/22 4221/9 4223/9 4229/6 4229/14 4232/25
**I was [23]** 4212/1 4217/13 4217/13 4217/15 4217/25 4219/14 4224/19 4226/3 4226/15 4243/6 4246/9 4249/23 4271/17 4271/25 4275/20 4275/24 4290/8 4295/10 4301/3 4301/4 4304/23 4305/21 4316/21
**I went [1]** 4250/22
**I will [3]** 4284/1 4286/23 4301/18
**I work [1]** 4197/24
**I would [1]** 4290/24
**I'd [9]** 4196/13 4198/14 4198/16 4210/19 4217/17 4229/22 4231/15 4274/8 4320/21
**I'll [26]** 4184/13 4187/4 4187/7 4193/19 4194/9 4195/10 4198/6 4198/23 4203/24 4204/15 4208/25 4209/14 4212/9 4219/14 4222/22 4224/2 4253/9 4272/13 4274/5 4282/10 4296/19 4299/10 4300/12 4300/15

**I'm [113]** 4182/14 4182/15 4187/8 4190/5 4192/6 4193/16 4194/12 4194/15 4194/24 4195/9 4197/13 4197/18 4199/10 4200/16 4201/15 4202/5 4203/2 4203/8 4208/24 4209/8 4212/1 4215/8 4215/18 4215/19 4219/8 4219/9 4219/9 4219/10 4219/12 4219/12 4220/23 4221/5 4221/5 4222/20 4222/21 4223/11 4224/1 4224/14 4225/22 4226/20 4226/24 4227/2 4227/3 4227/3 4227/6 4227/7 4228/1 4228/24 4228/25 4229/1 4230/6 4230/23 4231/9 4232/4 4234/19 4236/4 4237/14 4238/25 4239/16 4239/20 4240/5 4240/8 4240/8 4249/13 4252/23 4256/5 4256/7 4256/10 4271/25 4272/9 4272/25 4272/25 4279/20 4280/1 4280/11 4280/22 4281/7 4283/25 4284/4 4284/15 4285/1 4285/4 4286/8 4287/6 4288/21 4293/19 4295/14 4296/10 4297/18 4298/22 4300/11 4301/20 4302/13 4302/13 4303/4 4303/21 4305/6 4305/16 4305/25 4306/6 4306/16 4307/16 4307/17 4308/22 4309/19 4313/15 4313/16 4313/17 4313/21 4316/25 4317/4 4317/20 4318/19
**I'm going [8]** 4256/7 4288/21 4293/19 4298/22 4303/21 4305/25 4313/16 4317/4
**I'm just [5]** 4208/24 4209/8 4215/19 4249/13 4256/10
**I'm not [15]** 4203/2 4215/18 4219/9 4226/20 4227/2 4227/3 4227/7 4228/24 4228/25 4230/6 4295/14 4296/10 4307/17 4308/22 4318/19
**I'm not sure [14]**

**I'm sorry [14]** 4193/16 4219/9 4223/11 4225/22 4226/24 4232/4 4236/4 4271/25 4280/11 4302/13 4305/6 4309/19 4313/15 4313/17
**I'm sure [4]** 4224/14 4231/9 4234/19 4300/25
**I've [5]** 4185/18 4221/5 4230/16 4274/21 4277/21
**idea [7]** 4187/17 4227/25 4238/12 4238/19 4310/24 4317/17 4320/20
**identification [1]** 4281/14
**identified [4]** 4179/10 4186/14 4188/15 4188/23
**identify [15]** 4188/11 4188/24 4189/6 4189/10 4215/12 4273/10 4273/22 4274/5 4279/22 4280/23 4287/16 4287/17 4288/15 4289/21 4314/13
**III [3]** 4175/6 4176/2 4181/7
**ilk [1]** 4183/25
**image [1]** 4190/3
**immediately [1]** 4197/4
**important [2]** 4202/22 4202/25
**impose [2]** 4205/19 4205/20
**impression [1]** 4199/17
**inaccurate [1]** 4186/22
**inclined [1]** 4187/9
**include [1]** 4207/5
**included [1]** 4186/16
**including [5]** 4196/7 4206/22 4218/22 4271/9 4271/9
**incorrect [1]** 4275/9
**INDEX [2]** 4179/2 4179/8
**indicate [1]** 4234/23
**indicated [1]** 4199/4
**indicates [1]** 4202/24
**indication [2]** 4213/22 4213/25
**indicia [1]** 4198/10
**indicted [2]** 4219/7 4220/9
**individual [6]** 4192/8 4197/10 4279/22 4281/19 4319/11

**individually [1]** 4256/11
**individuals [3]** 4184/18 4192/4 4196/8
**indoors [1]** 4205/2
**indulgence [2]** 4249/13 4313/12
**information [7]** 4208/4 4208/5 4208/6 4214/5 4226/9 4232/12 4240/19
**initial [1]** 4193/11
**initially [2]** 4196/18 4300/25
**Inn [6]** 4212/5 4212/14 4237/11 4237/16 4248/24 4282/16
**inside [15]** 4184/13 4187/19 4188/3 4225/7 4272/1 4272/5 4294/10 4305/13 4311/21 4312/2 4312/20 4312/25 4313/24 4319/10 4320/16
**insight [1]** 4242/2
**insist [1]** 4196/23
**insofar [1]** 4187/23 4203/4
**instead [1]** 4186/14
**institute [1]** 4242/22
**instruction [2]** 4185/16 4192/10
**instructions [1]** 4240/22
**Insurrection [10]** 4242/14 4242/16 4242/21 4243/1 4243/14 4244/20 4248/15 4319/19 4320/4 4320/21
**Insurrection Act [10]** 4242/14 4242/16 4242/21 4243/1 4243/14 4244/20 4248/15 4319/19 4320/4 4320/21
**intend [2]** 4182/7 4205/7
**intends [3]** 4182/6 4190/17 4194/13
**interact [1]** 4311/22
**interest [5]** 4192/9 4192/24 4193/1 4193/15 4193/25
**Internet [1]** 4230/20
**interrupt [5]** 4194/24 4195/12 4202/5 4224/1 4252/23
**interspersed [1]** 4201/10
**interview [1]** 4217/9
**interviewed [1]** 4217/8
**interviews [1]** 4218/9
**introduce [3]** 4186/21 4205/12 4210/1
**introduced [1]** 4211/17
**invoke [3]** 4242/21

**invoked [2]** 4243/1 4243/14
**involve [1]** 4192/6
**involved [2]** 4234/3 4246/13
**Iraq [9]** 4250/9 4250/13 4250/15 4250/21 4250/22 4250/23 4271/10 4271/13 4276/3
**is [285]**
**is that correct [9]** 4214/3 4224/13 4275/16 4281/23 4296/5 4300/22 4301/7 4314/21 4316/14
**is that fair [1]** 4250/18
**Is there [2]** 4226/19 4299/16
**isn't [5]** 4193/9 4193/23 4212/21 4247/23 4321/11
**issue [11]** 4191/1 4197/9 4197/15 4198/4 4198/8 4198/17 4203/8 4205/4 4207/4 4209/6 4209/10
**issued [6]** 4204/17 4205/4 4206/4 4206/8 4206/12 4206/14
**issues [4]** 4186/12 4192/1 4230/8 4230/11
**issuing [1]** 4206/15
**it [265]**
**it would be [2]** 4287/21 4315/7
**it's [83]** 4182/21 4184/6 4184/12 4184/17 4184/18 4187/6 4187/17 4187/19 4187/20 4187/20 4187/22 4187/22 4187/25 4189/4 4190/9 4190/9 4191/12 4191/15 4192/23 4193/20 4193/21 4193/24 4195/5 4195/14 4196/16 4196/19 4197/1 4197/2 4197/3 4197/3 4197/4 4197/16 4197/17 4198/1 4198/4 4198/25 4199/8 4200/20 4201/5 4202/22 4202/25 4203/6 4203/14 4203/15 4209/5 4209/18 4215/21 4216/22 4218/8 4222/3 4224/23 4226/25 4227/8 4227/22 4237/14 4238/14 4240/10 4246/5 4256/2 4271/22 4274/16 4274/25 4288/3 4291/2 4291/3 4291/6 4291/6 4293/18 4294/10

**I**

it's... **[13]** 4297/13
4300/8 4301/6 4301/9
4306/22 4308/8 4308/9
4308/15 4309/15
4314/1 4314/5 4321/22
4321/22
items **[1]** 4213/20
its **[3]** 4195/10 4200/14
4204/1

**J**

jail **[1]** 4271/11
James **[2]** 4176/7
4181/13
James Lee Bright **[1]**
4181/13
January **[29]** 4182/22
4183/10 4190/18
4191/11 4204/17
4208/7 4211/15
4211/18 4211/21
4214/7 4215/7 4234/6
4234/22 4235/14
4237/22 4270/15
4272/21 4277/25
4278/19 4280/13
4281/23 4281/25
4282/1 4282/14 4283/3
4284/24 4285/24
4293/20 4295/3
January 4th **[2]**
4234/22 4235/14
January 5th **[7]**
4237/22 4272/21
4277/25 4278/19
4281/23 4282/1
4282/14
January 6th **[13]**
4182/22 4190/18
4191/11 4204/17
4211/15 4211/18
4211/21 4214/7 4283/3
4284/24 4285/24
4293/20 4295/3
JASON **[1]** 4211/3
JC **[1]** 4209/16
jcrisp **[1]** 4176/16
jealousy **[1]** 4184/8
Jeffrey **[2]** 4175/14
4181/11
jeffrey.nestler **[1]**
4175/20
Jessica **[2]** 4176/14
4181/9
jlbrightlaw **[1]** 4176/9
job **[3]** 4229/21
4229/24 4239/23
jobs **[1]** 4239/14
Johnston **[1]** 4176/11
join **[1]** 4251/17
joined **[6]** 4251/5
4251/23 4252/4 4252/4
4252/8 4305/3
Jonathan **[2]** 4176/14
4181/18
Jonathan Crisp **[1]**
4181/18

Jones **[5]** 4287/20
4287/18 4288/18
4303/7 4304/11
jostling **[1]** 4312/11
Jr **[2]** 4176/10 4177/2
judge **[12]** 4175/10
4185/23 4187/7
4199/16 4199/20
4204/15 4210/24
4225/7 4228/3 4228/5
4228/10 4228/15
judicial **[1]** 4219/16
Juli **[3]** 4177/6 4181/15
4249/18
Juli Haller **[1]** 4181/15
JULIA **[1]** 4177/7
Juror **[1]** 4256/17
jury **[34]** 4175/9
4183/21 4184/7 4185/8
4185/14 4185/20
4186/3 4186/25
4187/21 4188/7 4191/6
4191/13 4199/7 4203/7
4203/18 4203/19
4203/25 4209/9 4210/9
4210/13 4210/14
4223/6 4224/9 4226/3
4253/7 4270/2 4270/3
4284/17 4288/15
4289/7 4292/17
4302/14 4314/4 4322/2
just **[109]** 4183/5
4184/11 4184/13
4184/17 4185/18
4186/9 4186/18
4186/23 4187/12
4188/12 4188/16
4188/23 4189/18
4190/10 4191/12
4192/9 4193/5 4194/24
4195/12 4200/23
4201/25 4202/3
4203/15 4203/22
4203/24 4204/8
4207/11 4208/24
4209/6 4209/8 4209/16
4209/21 4211/13
4213/1 4214/25
4215/17 4215/19
4216/19 4216/20
4216/22 4217/18
4219/12 4219/12
4220/24 4223/6 4224/2
4224/6 4224/10
4226/16 4229/1 4230/6
4231/14 4235/4
4235/22 4236/5 4239/3
4247/2 4247/17
4249/11 4249/13
4249/23 4251/19
4253/1 4253/9 4256/10
4256/11 4273/1
4273/20 4284/16
4287/7 4287/21
4287/25 4288/6
4288/22 4289/15
4289/16 4289/19
4291/4 4291/22

Jones... **[5]** 4293/6
4295/6 4295/9 4295/20
4296/13 4296/21
4297/5 4297/20
4297/24 4298/3
4298/25 4299/3 4301/6
4301/18 4303/21
4305/7 4305/24
4306/17 4306/25
4307/11 4308/14
4308/16 4313/16
4313/18 4314/1
4316/13 4319/24
4321/24 4322/4
Justice **[1]** 4197/5

**K**

Kathryn **[2]** 4175/14
4181/11
Kathryn Rakoczy **[1]**
4181/11
kathryn.rakoczy **[1]**
4175/19
keep **[4]** 4183/15
4296/13 4312/21
4312/22
Keeper **[3]** 4240/19
4241/20 4307/4
Keepers **[46]** 4182/23
4183/1 4183/3 4212/3
4214/6 4216/10 4229/7
4231/6 4231/16
4231/21 4232/2 4232/6
4233/11 4238/8
4238/17 4239/8
4239/13 4239/15
4241/21 4241/25
4242/7 4246/8 4251/5
4251/17 4251/23
4252/4 4252/5 4277/18
4278/12 4278/15
4280/25 4283/13
4289/9 4290/6 4295/7
4296/5 4298/6 4298/7
4301/3 4304/12
4314/12 4315/16
4315/18 4317/11
4317/12 4318/15
Kelly **[28]** 4177/2
4181/8 4192/15
4192/20 4192/22
4233/13 4233/25
4237/8 4238/1 4238/2
4241/14 4247/24
4249/19 4252/11
4274/8 4275/4 4275/20
4276/8 4276/21 4277/3
4277/4 4277/5 4279/23
4284/14 4285/1
4305/19 4314/18
4321/2
Kelly Meggs **[11]**
4192/20 4233/25
4247/24 4249/19
4274/8 4275/4 4276/8
4276/21 4277/3 4277/5
4321/2
Kellye **[1]** 4194/11

4194/11
Ken **[1]** 4275/12
Ken Harrelson **[1]**
4275/12
Kenneth **[3]** 4177/11
4181/8 4211/25
Kenneth Harrelson **[1]**
4211/25
Kenny **[21]** 4213/13
4215/11 4216/14
4237/7 4247/14
4247/17 4275/7
4275/10 4297/19
4298/4 4298/12
4298/17 4300/5 4301/1
4301/2 4303/5 4305/19
4307/16 4314/14
4315/24 4321/12
kept **[2]** 4217/13
4217/24
Kevlar **[2]** 4282/24
4283/1
kind **[18]** 4211/14
4216/19 4217/24
4224/10 4224/17
4225/3 4227/14
4227/15 4228/6
4228/18 4230/13
4233/17 4246/24
4247/16 4280/24
4283/22 4297/24
4308/5
kinds **[2]** 4219/24
4303/19
KM **[2]** 4284/14
4285/17
KM21 **[1]** 4281/8
KM23 **[1]** 4281/16
KM24 **[2]** 4285/21
4285/22
KM25 **[3]** 4286/12
4287/2 4287/3
KM26 **[3]** 4287/10
4287/12 4287/13
KM27 **[2]** 4288/12
4288/13
KM28 **[3]** 4289/1
4289/3 4289/4
KM29 **[3]** 4289/24
4290/1 4290/2
KM30 **[3]** 4291/10
4291/11 4292/7
KM31 **[2]** 4292/12
4292/13
KM32 **[1]** 4293/6
KM33 **[1]** 4294/4
KM34 **[2]** 4294/20
4294/22
KM35 **[1]** 4296/1
KM37 **[1]** 4299/21
KM39 **[3]** 4303/25
4304/2 4304/3
KM41 **[1]** 4314/8
KM42 **[1]** 4317/24
knew **[8]** 4215/11
4229/25 4232/23
4233/4 4238/25 4274/6

know **[115]** 4185/19
4185/21 4186/5 4187/8
4189/8 4189/19
4193/21 4194/1
4195/14 4195/19
4195/22 4195/22
4196/12 4196/24
4198/8 4198/14
4198/22 4200/2 4200/9
4202/11 4203/5
4206/21 4206/22
4212/9 4214/9 4214/9
4214/19 4215/8
4215/15 4216/17
4220/19 4221/6
4222/11 4222/12
4222/19 4225/14
4226/16 4226/20
4227/2 4229/23
4230/16 4233/18
4234/13 4235/8 4238/1
4238/8 4238/15
4239/12 4239/12
4239/16 4241/17
4241/22 4242/3 4242/8
4246/7 4246/12
4249/11 4271/1
4271/13 4273/4 4273/5
4273/6 4273/19
4273/20 4273/21
4273/22 4274/18
4276/15 4278/13
4280/6 4280/7 4281/5
4281/6 4281/18 4282/5
4284/1 4284/6 4285/3
4287/20 4290/20
4290/21 4291/25
4292/22 4294/16
4295/19 4295/21
4296/13 4296/21
4296/22 4297/15
4298/9 4299/1 4299/11
4301/12 4303/9
4303/11 4304/14
4304/19 4304/20
4305/8 4305/19
4305/19 4305/21
4306/18 4307/13
4307/19 4308/16
4308/21 4310/12
4312/19 4316/15
4316/15 4316/17
4317/16 4319/21
known **[2]** 4190/8
4196/16
knows **[1]** 4199/18

**L**

LA **[1]** 4176/11
Ladies **[4]** 4190/18
4256/1 4270/5 4321/21
language **[1]** 4206/19
LASSITER **[1]** 4176/3
last **[10]** 4184/1 4185/4
4204/16 4205/15
4208/2 4208/7 4214/13
4215/15 4216/12

**L**

last... [1] 4281/10
lasted [1] 4216/14
late [2] 4210/17 4217/1
later [7] 4209/25
4210/19 4215/24
4218/18 4248/10
4251/24 4295/21
Latinos [1] 4246/1
latter [4] 4195/4
law [16] 4177/3 4177/7
4187/4 4193/24 4194/6
4198/17 4216/24
4217/3 4217/8 4232/24
4233/3 4233/7 4236/19
4236/22 4241/3
4242/22
Lawn [2] 4176/3
4176/7
laws [3] 4236/3 4236/8
4236/9
lawyer [8] 4217/21
4218/5 4219/22
4219/24 4220/2
4221/17 4223/18
4224/12
lawyers [1] 4194/3
lay [1] 4215/19
laymen's [1] 4219/14
leading [5] 4187/20
4211/15 4211/18
4229/19 4242/11
learn [1] 4242/13
learning [1] 4197/18
least [11] 4183/3
4194/23 4198/16
4200/16 4208/7
4271/11 4273/10
4295/16 4295/17
4304/18 4314/5
leave [2] 4283/20
4316/10
leaving [1] 4318/16
led [1] 4245/19
Lee [2] 4176/7 4181/13
left [20] 4203/18
4213/18 4222/9
4222/10 4222/17
4223/19 4250/3
4250/17 4275/23
4282/14 4283/20
4287/25 4290/10
4291/18 4316/11
4319/18 4319/24
4320/2 4320/10
4320/12
left-hand [2] 4223/19
4290/10
legal [3] 4210/18
4221/6 4243/5
legally [1] 4243/13
less [3] 4251/6 4251/7
4251/10
let [25] 4186/2 4187/8
4187/20 4188/12
4195/12 4196/22
4201/25 4202/3
4208/19 4212/9

4243/20 4249/11
4252/2 4252/11
4282/22 4284/6 4289/7
4297/11 4299/10
4306/17 4307/2 4307/8
4313/10
let's [15] 4203/22
4203/25 4222/23
4238/9 4245/13 4248/6
4248/11 4249/21
4251/22 4252/11
4270/14 4273/24
4312/22 4313/14
4321/21
Level [1] 4223/14
levels [1] 4223/14
life [1] 4211/15
light [1] 4308/4
like [70] 4188/16
4190/20 4191/7
4191/11 4191/14
4192/21 4194/18
4194/19 4195/8 4196/8
4196/8 4198/14
4198/16 4199/9 4204/6
4205/15 4206/13
4213/18 4213/23
4216/5 4217/19
4218/11 4218/20
4221/16 4221/17
4221/19 4222/17
4224/17 4230/20
4230/22 4231/22
4233/23 4233/25
4240/11 4243/2
4243/24 4244/8
4244/15 4248/12
4248/13 4252/11
4252/20 4252/25
4274/8 4275/25
4276/17 4277/7
4279/23 4280/3
4282/23 4285/16
4286/8 4296/12 4302/8
4303/13 4304/10
4304/24 4305/8
4305/10 4306/12
4307/17 4308/22
4309/12 4309/14
4310/15 4312/11
4313/7 4313/17
4318/10 4320/21
likely [3] 4206/18
4223/23 4241/15
Linder [5] 4176/2
4176/3 4181/13
4211/11 4224/1
Linder's [1] 4210/22
line [7] 4227/23
4278/17 4298/6 4315/7
4315/10 4315/11
4315/12
lined [1] 4209/17
lineup [1] 4274/17
linkage [2] 4206/13
4207/8
linked [1] 4301/5

listen [1] 4187/21
listening [1] 4191/19
literal [2] 4276/21
4276/23
little [19] 4209/18
4210/19 4217/18
4224/2 4228/8 4230/7
4247/10 4249/21
4249/24 4251/23
4252/2 4270/14
4272/17 4273/24
4297/23 4300/15
4300/24 4303/3
4321/22
live [5] 4194/20
4194/21 4194/25
4198/3 4290/14
lives [1] 4321/10
LLC [2] 4176/14
4177/12
location [15] 4190/12
4190/13 4200/24
4201/1 4201/6 4202/15
4202/21 4202/23
4202/24 4203/1 4204/3
4209/17 4210/2 4300/9
4320/10
locations [1] 4184/17
logistical [1] 4209/10
long [16] 4189/4
4200/5 4208/5 4214/18
4216/12 4218/1
4229/16 4229/23
4250/13 4256/6
4301/12 4304/19
4304/20 4311/9
4311/12 4316/21
long-awaited [1]
4208/5
longer [1] 4209/18
look [20] 4183/24
4187/3 4187/4 4187/7
4191/1 4195/13 4198/8
4198/10 4198/16
4205/24 4206/19
4221/10 4222/17
4223/9 4227/22
4242/19 4274/3
4274/21 4298/25
4302/19
looked [10] 4191/7
4191/11 4191/14
4192/21 4194/18
4196/8 4220/18
4296/12 4304/10
4316/16
looking [10] 4195/9
4200/15 4219/18
4224/16 4230/20
4230/21 4245/3 4245/7
4297/25 4301/3
looks [7] 4190/20
4194/19 4222/25
4279/23 4280/3
4307/17 4309/12
loop [1] 4210/6
lost [2] 4238/14

lot [17] 4186/17 4188/4
4188/5 4191/25
4206/21 4216/4 4220/1
4227/8 4230/12
4230/19 4230/19
4231/21 4242/18
4242/19 4245/8 4277/6
4277/10
lots [2] 4295/6 4302/8
loud [3] 4303/11
4308/21 4319/14
loudly [1] 4188/20
Louis [2] 4175/15
4181/12
Louis Manzo [1]
4181/12
lower [4] 4209/24
4228/5 4229/3 4306/16
lucky [1] 4271/11
lunch [3] 4321/21
4321/23 4322/5

**M**

made [13] 4183/19
4188/1 4188/10
4188/20 4189/2 4189/5
4205/2 4206/23 4213/3
4231/17 4234/13
4247/15 4283/22
main [2] 4313/3 4316/9
make [16] 4188/5
4194/10 4197/25
4199/5 4199/20
4204/10 4209/1 4209/4
4210/5 4224/22
4228/13 4228/24
4233/25 4238/23
4289/16 4301/22
makes [1] 4201/20
making [4] 4183/22
4200/8 4228/25 4285/2
man [7] 4244/13
4273/13 4304/6 4304/6
4307/11 4317/14
4318/2
managed [1] 4195/2
manages [1] 4283/18
many [9] 4184/20
4218/18 4238/8
4238/10 4239/8
4239/12 4241/24
4242/5 4278/12
Manzo [2] 4175/15
4181/12
map [5] 4201/1 4203/1
4203/12 4203/17
4204/3
maps [1] 4200/5
March [1] 4216/21
marine [3] 4271/9
4271/17 4276/2
Marines [3] 4229/16
4231/1 4231/15
mark [15] 4286/12
4288/9 4289/20
4289/23 4290/24
4292/7 4293/3 4293/24

lot [17] 4186/17 4188/4
4301/15 4301/25
4313/17 4317/4
4317/20
marked [2] 4281/14
4284/14
matter [1] 4323/4
matters [2] 4181/24
4210/18
maximum [1] 4224/23
may [17] 4191/22
4192/10 4210/25
4211/1 4217/1 4218/15
4218/16 4219/6 4234/9
4234/15 4235/21
4235/21 4238/10
4279/25 4279/25
4289/18 4307/15
maybe [18] 4186/6
4194/6 4196/12
4197/13 4218/24
4219/1 4219/1 4228/1
4239/10 4239/10
4242/9 4242/12 4245/5
4245/8 4252/20
4278/16 4289/15
4308/8
mayor [7] 4205/4
4205/18 4205/20
4206/4 4206/12
4206/13 4207/4
mayor's [1] 4204/17
4204/19 4204/25
4205/3
MD [1] 4177/18
me [61] 4182/11
4188/12 4191/9
4195/12 4196/22
4197/2 4200/20
4201/25 4202/3
4206/17 4208/19
4212/6 4212/9 4212/21
4215/12 4217/9
4217/13 4217/14
4217/16 4222/10
4225/10 4225/18
4225/19 4226/17
4231/18 4243/19
4243/20 4243/20
4243/21 4247/14
4249/11 4252/2
4252/11 4256/3
4274/16 4275/21
4276/2 4280/2 4282/22
4284/8 4289/7 4289/24
4296/10 4297/11
4298/3 4298/8 4298/8
4300/12 4301/16
4303/4 4306/13
4306/18 4307/24
4309/23 4311/6
4312/18 4313/10
4313/11 4313/17
4319/23 4321/7
mean [32] 4183/8
4183/24 4185/18
4187/3 4189/4 4189/14
4191/1 4192/12

**mean... [24]** 4195/13
4195/13 4196/12
4196/22 4198/15
4199/2 4200/15
4200/23 4203/7 4204/4
4217/9 4228/3 4233/10
4242/17 4272/3 4295/4
4296/20 4298/7 4299/8
4309/25 4310/3
4310/14 4313/3
4313/18
**meaning [1]** 4251/14
**means [1]** 4303/4
**mechanical [1]** 4178/6
**media [2]** 4198/25
4234/16
**medical [1]** 4250/20
**meds [1]** 4230/12
**meet [10]** 4203/4
4233/21 4252/10
4274/15 4274/20
4275/10 4275/12
4278/1 4292/20
4304/12
**meeting [2]** 4232/5
4305/10
**meets [1]** 4201/15
**Meggs [35]** 4177/2
4181/8 4181/16
4186/14 4186/16
4190/6 4190/12
4190/15 4190/17
4190/22 4191/8
4192/15 4192/20
4193/9 4193/13
4193/14 4232/9
4233/25 4236/13
4242/12 4247/24
4249/19 4274/2 4274/3
4274/8 4274/20 4275/4
4276/8 4276/21 4277/3
4277/5 4284/14 4321/2
4321/4 4321/12
**Meggs' [1]** 4192/22
**MEHTA [2]** 4175/9
4181/3
**members [8]** 4182/23
4192/4 4202/25
4231/16 4232/5
4236/12 4238/16
4271/5
**memory [7]** 4198/9
4238/15 4239/5
4247/14 4252/19
4252/21 4306/7
**mentioned [2]** 4230/5
4232/2
**Merit [1]** 4178/2
**message [4]** 4192/15
4307/24 4320/25
4321/6
**messages [4]** 4232/9
4232/18 4276/12
4321/4
**messed [1]** 4213/22
**met [11]** 4218/19
4233/11 4233/12

4253/4 4274/16
4274/21 4275/4 4275/7
4275/20 4277/20
4277/21
**Miami [10]** 4232/3
4232/6 4232/13
4235/11 4251/18
4251/24 4251/25
4272/17 4272/23
4275/2
**mic [1]** 4236/6
**Michael [2]** 4184/9
4199/25
**middle [2]** 4273/5
4273/25
**might [3]** 4231/12
4289/16 4318/23
**Mike [6]** 4232/9 4252/5
4252/10 4277/9
4277/11 4321/12
**Mike Adams [2]**
4277/11 4321/12
**mile [1]** 4245/8
**miles [1]** 4298/8
**military [3]** 4231/17
4250/3 4250/25
**militia [1]** 4242/21
**mind [9]** 4192/13
4226/13 4226/16
4226/19 4227/1
4227/16 4227/18
4235/24 4292/1
**mine [2]** 4213/11
4285/1
**minimum [4]** 4183/9
4189/9 4203/6 4203/24
**minivan [1]** 4213/10
**minus [1]** 4297/16
**minute [1]** 4253/1
**minutes [7]** 4184/12
4200/4 4301/13
4304/14 4304/18
4311/12 4311/13
**mislead [1]** 4191/6
**misleading [1]** 4191/16
**missed [2]** 4204/13
4236/4
**misunderstanding [1]**
4197/14
**mode [1]** 4248/7
**moment [6]** 4300/7
4301/20 4303/16
4306/22 4317/18
4319/1
**monitor [2]** 4290/11
4291/19
**montage [2]** 4185/4
4209/22
**month [2]** 4216/18
4249/23
**months [5]** 4216/20
4218/18 4224/16
4250/15 4250/21
**more [9]** 4184/7 4188/1
4200/22 4206/10
4234/3 4275/24
4300/11 4321/9
4321/18

morning... [27] 4180/1
4181/5 4181/22 4182/1
4182/3 4182/4 4182/22
4183/10 4192/1
4207/12 4208/1
4210/17 4210/18
4210/23 4210/24
4211/9 4211/10
4211/12 4213/8 4240/3
4242/1 4249/18
4282/21 4283/19
4285/24 4290/22
4320/13
**most [8]** 4202/17
4221/20 4223/23
4237/9 4241/13
4241/15 4278/16
4305/21
**mostly [1]** 4231/16
4247/10
**motion [2]** 4227/25
4228/2
**Motrin [1]** 4230/13
**move [26]** 4274/8
4281/7 4281/7 4285/16
4286/23 4287/10
4288/10 4288/25
4289/24 4291/2
4292/10 4293/3
4293/12 4293/15
4294/1 4294/20
4295/23 4296/19
4297/2 4297/5 4300/12
4300/15 4301/18
4303/5 4303/24
4317/20
**moved [4]** 4213/23
4295/14 4301/5
4320/24
**movement [1]** 4200/6
**moving [8]** 4183/16
4184/1 4184/2 4247/12
4296/16 4297/1 4298/6
4307/7
**Mr [1]** 4208/19
**Mr. [81]** 4182/2
4182/21 4183/2
4186/12 4186/14
4188/19 4189/20
4189/21 4190/6
4190/12 4190/15
4190/17 4190/22
4191/8 4192/23 4193/9
4193/10 4193/11
4193/12 4193/13
4193/13 4193/14
4197/24 4198/6
4198/23 4205/24
4207/24 4208/3
4208/21 4209/1
4209/14 4209/23
4210/3 4210/6 4210/21
4210/22 4210/23
4211/9 4211/11
4211/16 4211/24
4212/1 4212/3 4215/6
4215/8 4224/1 4232/9
4234/22 4235/14

4238/10 4242/10
4242/13 4245/25
4247/24 4248/2
4249/10 4249/18
4253/8 4253/15
4256/13 4270/8
4270/12 4277/17
4280/18 4282/13
4284/2 4284/3 4284/19
4287/8 4288/15
4288/18 4291/1 4295/2
4297/10 4298/25
4301/18 4321/4
4321/12 4322/3
**Mr. Alex Jones [1]**
4288/18
**Mr. Baker [3]** 4192/23
4193/10 4193/12
**Mr. Baker's [2]**
4193/11 4193/13
**Mr. Caldwell [3]**
4182/21 4209/23
4210/3
**Mr. Caldwell's [1]**
4183/2
**Mr. Crisp [1]** 4256/13
**Mr. Cummings [4]**
4211/24 4212/1 4215/6
4215/8
**Mr. Dolan [20]** 4209/14
4210/21 4210/23
4211/9 4249/10
4249/18 4253/8 4270/8
4270/12 4280/18
4282/13 4284/3
4284/19 4287/8
4288/15 4295/2
4297/10 4298/25
4301/18 4322/3
**Mr. Dolan's [1]** 4284/2
**Mr. Douyon [1]** 4209/1
**Mr. Fischer [1]** 4210/6
**Mr. Geyer [2]** 4207/24
4208/21
**Mr. Harrelson [1]**
4212/3
**Mr. Harrelson's [1]**
4188/19
**Mr. Linder [1]** 4224/1
**Mr. Linder's [1]**
4210/22
**Mr. Meggs [15]**
4186/14 4190/6
4190/12 4190/15
4190/17 4190/22
4191/8 4193/9 4193/13
4193/14 4232/9
4236/13 4242/12
4321/4 4321/12
**Mr. Nestler [8]** 4186/12
4197/24 4198/6
4198/23 4208/3
4211/16 4253/15
4291/1
**Mr. Rhodes [10]**
4211/11 4234/22
4235/14 4236/13

4246/10 4242/13
4245/25 4247/24
4248/2 4277/17
**Mr. Singleton [1]**
4189/21
**Mr. Singleton's [1]**
4189/20
**Mr. Woodward [2]**
4182/2 4205/24
**Mrs. [1]** 4186/16
**Mrs. Meggs [1]**
4186/16
**Ms [1]** 4194/21
**Ms. [24]** 4186/14
4194/13 4194/19
4195/9 4195/11
4196/16 4196/17
4197/6 4197/10
4197/15 4197/19
4198/2 4200/6 4200/24
4202/16 4202/21
4208/3 4249/8 4252/23
4270/9 4296/8 4296/18
4313/13 4321/20
**Ms. Haller [7]** 4249/8
4252/23 4270/9 4296/8
4296/18 4313/13
4321/20
**Ms. Rakoczy [1]**
4208/3
**Ms. SoRelle [10]**
4186/14 4194/19
4195/9 4195/11
4196/17 4197/6
4197/10 4197/15
4197/19 4198/2
**Ms. SoRelle's [2]**
4194/13 4196/16
**Ms. Watkins [3]** 4200/6
4200/24 4202/16
**Ms. Watkins' [1]**
4202/21
**much [10]** 4200/20
4204/1 4217/20 4223/1
4229/13 4230/14
4231/14 4237/8 4270/5
4321/8
**multiple [1]** 4286/4
**my [52]** 4185/19
4190/4 4192/2 4193/16
4197/13 4203/3
4204/15 4205/15
4208/3 4211/11
4213/20 4214/19
4217/14 4218/11
4218/22 4219/14
4219/23 4221/20
4221/20 4225/4
4226/16 4227/3 4227/6
4227/16 4228/9
4229/21 4229/22
4230/12 4236/16
4238/14 4239/5 4240/6
4242/20 4243/16
4244/9 4245/20
4247/13 4248/7
4249/18 4249/19
4250/22 4252/19

**M**

**my... [10]** 4252/21
4271/13 4278/5
4280/20 4284/9 4292/1
4294/17 4302/8 4311/6
4321/3
**myself [1]** 4302/13

**N**

**name [8]** 4196/17
4196/19 4196/21
4212/6 4215/15
4249/18 4292/1
4307/13
**name's [1]** 4211/11
**named [2]** 4181/20
4192/15
**names [5]** 4235/8
4237/9 4305/21
4305/22 4308/17
**narrating [1]** 4199/9
**narration [2]** 4186/25
4187/1
**narrative [1]** 4184/17
**National [5]** 4300/21
4303/2 4305/4 4306/10
4306/24
**near [1]** 4310/7
**nearby [1]** 4209/14
**need [17]** 4185/15
4198/15 4198/15
4199/20 4205/17
4205/18 4207/5
4210/18 4227/15
4228/20 4240/9
4297/4 4298/16
4309/23 4322/8
**needed [1]** 4242/22
**needlessly [1]** 4206/7
**needs [2]** 4206/9
4226/8
**neither [1]** 4244/12
**Nestler [10]** 4175/14
4181/11 4186/12
4197/24 4198/6
4198/23 4208/3
4211/16 4253/15
4291/1
**never [12]** 4230/16
4238/25 4250/5
4273/19 4274/3 4274/6
4276/20 4277/3
4280/15 4305/21
4321/13 4321/16
**nevertheless [1]**
4200/13
**new [1]** 4201/6
**news [2]** 4303/23
4319/22
**next [15]** 4201/4
4212/23 4249/2 4249/3
4282/21 4288/21
4289/19 4290/24
4291/22 4293/22
4294/19 4307/22
4311/17 4313/7
4314/17

**night [13]** 4208/2
4208/3 4208/7 4212/15
4212/18 4212/22
4213/2 4214/22 4238/9
4239/15 4241/11
4248/25 4249/2
**NJ [1]** 4177/13
**no [108]** 4175/4 4181/6
4181/7 4184/16
4186/20 4187/5
4199/15 4200/25
4202/2 4203/2 4212/13
4212/13 4212/22
4212/24 4213/25
4213/25 4214/4
4214/24 4215/5
4215/23 4215/25
4217/5 4217/17
4218/12 4222/4
4237/23 4238/12
4238/19 4239/18
4240/12 4240/15
4240/21 4241/21
4242/2 4243/24
4245/14 4244/21
4245/16 4245/18
4246/9 4247/7 4248/1
4250/4 4250/5 4250/12
4250/23 4251/2 4251/4
4270/17 4270/20
4272/3 4272/7 4275/11
4276/23 4277/4
4280/10 4280/14
4281/9 4281/21
4285/20 4286/14
4287/1 4287/11
4288/11 4289/2
4289/25 4291/9
4292/11 4293/4
4293/12 4294/2
4294/21 4295/24
4299/9 4299/13
4299/19 4300/4 4300/7
4302/2 4302/10
4302/18 4304/1
4304/24 4305/2
4305/12 4305/12
4305/13 4306/2
4307/19 4307/23
4310/16 4310/21
4311/1 4311/12
4311/20 4314/6
4315/10 4315/12
4315/14 4317/17
4317/22 4320/3 4320/7
4320/11 4320/18
4321/16 4321/18
4322/10
**nobody [2]** 4238/13
4312/3
**noises [1]** 4188/5
**none [1]** 4189/12
**normally [1]** 4190/20
**North [3]** 4176/15
4278/23 4279/5
**North Carolina [1]**
4279/5

4183/20 4183/21
4184/3 4184/5 4185/8
4185/20 4186/8
4186/16 4187/21
4188/12 4188/24
4188/24 4189/1 4189/4
4189/6 4189/8 4189/25
4190/14 4190/15
4190/21 4191/3 4191/6
4191/10 4191/12
4191/24 4193/3 4193/4
4193/8 4194/2 4194/12
4194/16 4194/23
4195/5 4195/17 4197/3
4197/9 4197/15
4198/19 4198/25
4199/9 4200/20
4201/15 4202/16
4203/2 4203/14
4203/15 4203/16
4203/24 4204/10
4204/19 4204/21
4204/22 4205/8
4205/14 4206/12
4206/18 4206/20
4208/19 4209/5
4209/25 4210/11
4212/1 4214/4 4215/8
4215/18 4215/21
4218/22 4219/8 4219/9
4219/10 4220/23
4221/5 4222/20
4222/21 4226/20
4227/2 4227/3 4227/6
4227/7 4227/24
4227/24 4228/1
4228/24 4228/25
4230/6 4230/23
4235/21 4236/10
4237/18 4237/23
4238/18 4238/23
4238/25 4239/16
4240/5 4240/8 4240/8
4241/21 4242/18
4243/8 4243/10
4243/24 4248/14
4251/7 4253/9 4256/7
4274/17 4275/10
4278/5 4280/1 4280/1
4284/4 4284/15 4285/1
4286/5 4290/20
4295/14 4296/10
4298/18 4304/18
4304/22 4305/1
4305/13 4307/17
4307/23 4308/22
4309/15 4311/10
4311/25 4312/3
4312/10 4314/20
4315/24 4318/19
4319/15 4320/3 4320/7
4320/8 4320/11 4322/4
4322/11
**note [1]** 4184/11
**noted [1]** 4187/3
**nothing [2]** 4217/19
4239/23

**November [5]** 4186/13
4229/9 4229/10 4252/9
4252/13
**November 9th [1]**
4186/13
**now [37]** 4184/13
4188/12 4192/13
4199/24 4200/11
4200/23 4201/5
4201/23 4208/25
4215/17 4218/18
4224/22 4225/12
4233/23 4235/22
4237/2 4256/8 4271/10
4271/23 4276/11
4278/3 4282/15
4285/24 4286/9
4288/21 4292/16
4299/1 4299/11
4300/18 4300/24
4303/21 4306/16
4307/24 4311/21
4312/20 4313/24
4316/18
**number [13]** 4182/9
4182/11 4182/16
4182/19 4206/22
4219/4 4220/19
4221/11 4224/15
4242/8 4242/9 4272/20
4284/15
**numbers [4]** 4184/18
4222/20 4223/10
4244/1
**NW [4]** 4175/17 4177/3
4177/7 4178/4

**O**

**Oak [2]** 4176/3 4176/7
**Oath [49]** 4182/23
4183/1 4183/3 4212/3
4214/6 4216/10 4229/7
4231/6 4231/16
4231/21 4232/2 4232/6
4233/11 4238/8
4238/17 4239/8
4239/13 4239/15
4240/19 4241/20
4241/21 4241/25
4242/7 4246/8 4251/5
4251/17 4251/23
4252/4 4252/5 4277/18
4278/12 4278/15
4280/25 4283/13
4289/9 4290/6 4295/7
4296/5 4298/6 4298/7
4301/3 4304/12 4307/4
4314/12 4315/16
4315/18 4317/11
4317/12 4318/15
**Oath Keeper [3]**
4240/19 4241/20
4307/4
**Oath Keepers [41]**
4182/23 4183/1 4183/3
4212/3 4214/6 4216/10
4229/7 4231/6 4231/21

4233/11 4238/8
4238/17 4239/8
4239/13 4239/15
4241/21 4241/25
4242/7 4246/8 4251/5
4251/17 4251/23
4252/5 4278/12
4278/15 4280/25
4283/13 4289/9 4290/6
4295/7 4296/5 4298/6
4298/7 4301/3 4304/12
4314/12 4315/16
4315/18 4317/11
4318/15
**object [5]** 4186/23
4192/10 4194/11
4201/18 4296/21
**objection [36]** 4182/10
4182/14 4183/19
4183/23 4184/11
4185/7 4187/3 4189/16
4189/18 4204/10
4204/12 4204/18
4208/9 4246/4 4247/1
4274/10 4281/9
4285/20 4287/1
4287/11 4288/11
4289/2 4289/25 4291/1
4291/9 4292/11 4293/4
4294/2 4294/21
4295/24 4299/16
4302/2 4304/1 4306/2
4314/6 4317/22
**objections [4]** 4182/17
4186/9 4186/20
4191/23
**obstruction [1]**
4226/22
**obvious [1]** 4219/20
**obviously [2]** 4185/20
4185/23
**October [2]** 4175/5
4323/7
**off [9]** 4190/10 4198/7
4209/1 4209/6 4209/16
4214/19 4216/13
4256/15 4294/11
**Offense [1]** 4223/14
**offered [1]** 4232/23
**OFFICE [2]** 4175/16
4218/8
**officer [11]** 4190/25
4271/24 4272/2
4311/23 4314/20
4314/23 4315/4
4315/13 4315/19
4316/3 4318/2
**Officer Dunn [2]**
4190/25 4315/13
**officer's [1]** 4315/1
**officers [6]** 4310/19
4310/20 4316/3
4316/10 4317/10
4318/11
**offices [2]** 4177/7
4190/10
**Official [1]** 4178/3
**often [1]** 4198/9

**O**

oh [4] 4201/25 4210/10
4233/14 4286/24
OK [1] 4321/1
OK Gator 1 [1] 4321/1
okay [180]
once [5] 4251/20
4252/21 4297/21
4316/9 4316/10
one [47] 4182/12
4184/1 4184/20
4188/14 4189/8
4194/23 4201/8
4203/17 4209/8 4212/3
4212/7 4215/9 4216/7
4224/24 4224/25
4226/2 4233/12
4233/12 4233/14
4234/22 4239/3 4246/2
4246/9 4248/19
4274/17 4274/18
4280/25 4281/10
4281/19 4285/7
4285/10 4286/8
4287/17 4289/19
4291/7 4291/17
4291/18 4292/3 4297/3
4300/11 4301/4
4301/19 4303/19
4307/22 4313/12
4314/13 4317/11
ones [6] 4192/13
4194/10 4214/13
4214/15 4245/21
4247/15
online [1] 4195/21
only [16] 4201/13
4202/13 4203/8 4212/2
4214/9 4222/8 4226/15
4233/12 4233/14
4242/24 4243/12
4246/9 4247/14 4273/5
4281/14 4307/13
open [13] 4193/20
4208/16 4255/25
4270/1 4285/7 4296/25
4301/22 4309/11
4309/21 4310/6
4311/10 4313/7 4318/7
opened [5] 4240/6
4309/22 4310/3 4310/5
4310/8
opening [1] 4309/10
opens [1] 4301/16
opinion [1] 4199/23
opportunity [2]
4245/14 4248/11
options [1] 4219/23
order [13] 4200/14
4204/17 4204/20
4205/1 4205/3 4205/5
4206/4 4206/6 4206/8
4206/12 4206/14
4206/16 4207/4
orient [3] 4191/13
4292/17 4306/17
original [1] 4229/6
originally [1] 4222/18

**Other**

other [58] 4182/23
4186/9 4190/24
4193/17 4194/3 4195/2
4195/3 4195/18 4196/3
4196/4 4196/7 4198/10
4200/17 4202/8
4202/25 4205/1 4214/5
4214/11 4214/14
4216/7 4217/18
4224/25 4226/22
4234/5 4234/9 4238/16
4238/16 4239/13
4239/13 4239/14
4239/14 4239/15
4241/19 4241/20
4241/21 4241/22
4244/5 4248/19
4252/11 4282/3 4283/2
4285/4 4286/6 4286/20
4287/23 4291/16
4297/21 4298/5 4298/5
4301/3 4301/11
4304/12 4312/10
4315/8 4315/15
4315/19 4316/2
4316/10
others [3] 4237/8
4305/3 4305/20
otherwise [3] 4193/6
4200/9 4208/25
ought [1] 4183/20
our [21] 4184/11
4185/7 4186/7 4188/16
4189/16 4198/20
4204/10 4204/18
4204/21 4204/24
4206/12 4237/6 4240/9
4243/23 4244/14
4245/14 4248/11
4283/20 4297/23
4321/16 4321/21
out [38] 4186/15
4190/7 4199/11 4208/7
4209/3 4209/5 4209/8
4209/11 4213/23
4215/19 4217/24
4223/10 4223/20
4224/15 4234/22
4235/15 4235/18
4240/9 4241/25
4247/24 4248/3 4248/5
4248/11 4273/20
4274/17 4278/1
4278/21 4295/14
4297/23 4299/3 4301/6
4301/9 4301/12
4302/22 4311/17
4316/10 4318/14
4318/16
outlook.com [1]
4177/10
outside [10] 4217/14
4225/8 4256/6 4256/8
4256/11 4314/1
4316/23 4317/8 4319/6
4319/22
over [13] 4209/18

**Other 2**

4278/25 4280/15
4280/20 4282/16
4292/20 4296/13
4296/14 4308/21
4315/14 4322/5
overthrowing [2]
4321/14 4321/17
own [3] 4187/11
4188/19 4247/8

**P**

P. [1] 4181/3
P.A [1] 4177/16
p.m [8] 4184/21
4184/22 4192/15
4201/5 4205/5 4209/24
4322/14 4322/14
PA [1] 4176/15
page [9] 4223/9
4223/10 4223/11
4223/11 4223/13
4223/13 4224/23
4225/17 4227/22
page 3 [1] 4223/10
pain [2] 4230/12
4230/14
panel [3] 4210/9
4210/13 4270/2
panned [1] 4304/8
papers [1] 4224/22
paperwork [1] 4220/18
paragraphs [3]
4205/19 4206/15
4207/5
Park [1] 4177/3
part [21] 4190/3 4222/8
4225/20 4225/23
4226/7 4231/9 4233/23
4233/25 4235/4 4235/7
4236/5 4247/8 4251/7
4251/8 4251/11 4286/3
4286/4 4287/19 4294/8
4307/12 4313/3
participate [1] 4186/16
particular [5] 4186/12
4191/12 4198/20
4200/4 4234/22
particularly [2]
4195/11 4296/15
parties [1] 4185/22
parts [2] 4184/1 4184/2
PARTY [1] 4179/10
pass [3] 4284/22
4284/24 4286/17
passes [1] 4283/12
passions [1] 4320/20
past [3] 4193/23
4193/25 4231/15
patience [1] 4270/6
patiently [1] 4207/25
patio [1] 4217/14
pause [6] 4182/16
4187/15 4210/12
4256/9 4256/12
4256/16
paused [1] 4309/5
pausing [1] 4306/16

**Peaceful**

peaceful [1] 4318/13
pedestal [1] 4190/13
Pelosi [1] 4320/17
penal [5] 4192/8
4192/24 4193/1
4193/15 4193/25
Pennsylvania [1]
4177/7
people [38] 4184/21
4188/6 4215/9 4215/11
4231/15 4232/22
4233/6 4233/10 4235/9
4236/7 4236/18 4237/7
4237/9 4238/3 4239/1
4244/24 4245/8
4246/12 4247/15
4273/4 4278/12 4280/4
4280/23 4285/2
4287/16 4287/23
4297/22 4297/22
4297/24 4307/1 4307/7
4307/7 4307/8 4310/9
4310/12 4317/11
4318/12 4318/16
per [1] 4214/6
percent [4] 4295/14
4307/17 4308/22
4317/17
perfect [2] 4187/13
4190/20
perhaps [5] 4196/13
4200/17 4202/16
4206/18 4206/16
period [7] 4201/3
4217/23 4217/25
4218/1 4241/2 4277/23
4298/12
periods [2] 4201/11
4251/21
permit [3] 4232/20
4275/15 4275/19
permitted [1] 4246/1
person [9] 4193/6
4195/22 4196/23
4196/25 4196/25
4197/23 4199/10
4273/5 4276/25
personal [3] 4229/13
4232/1 4232/5
pertain [1] 4204/20
pertaining [1] 4243/7
phillip [4] 4176/2
4176/6 4181/13
4211/11
Phillip Linder [1]
4181/13
phone [20] 4183/6
4188/19 4188/21
4195/1 4201/7 4202/12
4208/10 4209/24
4213/4 4221/21
4230/19 4232/8 4248/7
4248/11 4296/7 4299/7
4302/8 4309/6 4311/5
4311/6
phones [1] 4253/17
photo [29] 4200/23

**Photo 2**

4273/19 4273/22
4279/24 4280/2
4281/18 4282/8 4282/9
4282/11 4285/6
4287/21 4287/24
4288/16 4290/21
4291/5 4291/6 4291/23
4292/22 4293/2
4293/10 4293/21
4295/22 4296/16
4302/6 4302/20
4315/22 4318/9
photograph [20]
4190/19 4190/23
4190/24 4191/2 4191/4
4191/10 4203/13
4204/4 4209/23
4279/22 4288/23
4289/9 4291/15
4291/22 4292/16
4294/7 4295/2 4313/21
4315/12 4317/6
photographs [5]
4191/2 4196/4 4295/5
4295/6 4297/2
photos [5] 4287/23
4296/11 4296/13
4302/9 4316/17
physical [6] 4183/2
4183/9 4272/3 4311/23
4312/1 4312/9
pick [2] 4198/20
4274/17
picked [1] 4214/15
picture [44] 4190/14
4272/25 4273/10
4274/2 4279/21
4280/22 4280/23
4281/1 4284/13
4284/19 4285/14
4286/5 4286/9 4286/10
4286/13 4286/21
4287/6 4287/8 4287/16
4287/22 4287/25
4288/21 4289/14
4289/16 4289/21
4290/5 4293/1 4293/13
4293/15 4293/20
4295/10 4309/5 4311/4
4313/10 4313/22
4314/16 4316/3 4317/4
4318/3 4318/5 4318/6
4318/8 4318/25 4319/1
pictures [11] 4272/20
4272/23 4280/19
4283/25 4284/9
4285/11 4289/18
4296/23 4301/14
4301/19 4312/13
pieces [1] 4203/17
pillars [1] 4280/6
pinky [1] 4308/5
pinstriped [1] 4273/6
pitch [1] 4208/6
place [2] 4202/11
4230/21
placed [1] 4217/13

**P**

**places [1]** 4188/5
**Plaintiff [1]** 4175/4
**plan [4]** 4244/13
4247/5 4247/6 4247/24
**planning [5]** 4188/24
4199/4 4199/5 4249/14
4279/6
**plans [2]** 4277/24
4279/5
**platform [1]** 4303/4
**platforms [1]** 4301/4
**play [8]** 4187/14
4199/5 4200/7 4203/18
4300/11 4305/25
4306/6 4309/23
**played [31]** 4184/15
4184/23 4185/11
4187/24 4188/23
4203/21 4299/5
4299/24 4300/14
4300/16 4304/4 4306/8
4306/11 4306/14
4306/20 4307/9
4307/14 4307/20
4308/1 4308/11
4308/18 4308/24
4309/8 4309/16 4310/1
4310/10 4310/17
4310/22 4311/2 4311/7
4311/15
**playing [1]** 4203/13
**plea [15]** 4211/16
4219/23 4220/5 4220/9
4221/24 4222/3 4223/3
4224/22 4225/20
4225/23 4226/7
4226/21 4227/2 4227/3
4271/10
**plea agreement [1]**
4226/7
**please [8]** 4181/4
4209/13 4210/15
4212/5 4253/17 4256/6
4256/8 4289/1
**plus [4]** 4223/15
4223/15 4223/15
4297/16
**podium [2]** 4302/7
4302/13
**podiums [3]** 4298/1
4298/1 4298/2
**point [30]** 4183/18
4183/25 4189/1
4203/15 4213/5 4218/5
4218/7 4219/20
4219/21 4220/5 4222/2
4224/8 4224/14
4229/24 4234/19
4238/1 4243/10
4251/23 4295/15
4296/11 4303/10
4303/14 4307/23
4310/20 4312/13
4313/1 4319/21
4319/23
**pointed [1]** 4186/15

**police [6]** 4310/20
4310/20 4311/23
4316/24 4317/1 4318/9
**polite [1]** 4307/2
**poorly [1]** 4226/25
**porta [1]** 4294/13
**pose [1]** 4315/5
**position [6]** 4185/13
4185/19 4195/25
4199/14 4200/10
4295/11
**possible [5]** 4227/20
4239/14 4241/24
4274/16 4320/22
**Possibly [1]** 4230/23
**posted [2]** 4194/21
4196/16
**posts [1]** 4236/9
**potential [4]** 4191/6
4220/13 4224/13
4230/8
**potentially [2]** 4231/8
4279/7
**potties [1]** 4294/13
**precedent [1]** 4198/19
**prefer [1]** 4217/17
**prejudice [5]** 4183/5
4199/24 4200/12
4200/21 4204/2
**prejudicial [4]** 4183/4
4187/23 4190/16
4204/23
**present [6]** 4181/20
4186/1 4190/22 4191/8
4199/17 4204/1
**present-sense [1]**
4199/17
**presented [2]** 4187/13
4202/18
**president [13]** 4242/20
4242/25 4243/13
4252/5 4252/10 4283/6
4283/6 4289/10
4289/10 4293/2
4293/10 4319/18
4319/19
**President Trump [5]**
4283/6 4293/2 4293/10
4319/18 4319/19
**presiding [1]** 4181/3
**presumably [2]** 4183/7
4195/17
**presume [1]** 4195/23
**pretty [5]** 4192/6
4216/3 4237/8 4245/11
4307/16
**Prettyman [1]** 4178/4
**previously [7]** 4185/19
4211/4 4271/8 4275/14
4275/22 4280/12
4284/14
**prior [2]** 4229/22
4247/3 4247/12
**privileged [1]** 4224/9
**probably [16]** 4213/3
4216/21 4216/21
4220/18 4225/10
4238/24 4247/10

**4285/1** 4290/8 4291/16
4292/23 4295/9 4303/3
4319/13
**probative [3]** 4183/3
4190/14 4204/22
**problematic [1]**
4205/25
**proceed [2]** 4210/25
4253/14
**proceedings [4]**
4175/9 4178/6 4181/21
4323/4
**process [2]** 4192/11
4231/10
**produced [3]** 4178/7
4284/2 4297/2
**producing [1]** 4280/18
**production [5]**
4184/10 4187/21
4199/25 4200/3
4200/11
**proffered [1]** 4186/21
**project [1]** 4233/11
**projecting [1]** 4290/17
**prompted [1]** 4246/21
**property [1]** 4312/2
**propose [1]** 4194/14
**prosecuted [1]**
4226/22
**protect [2]** 4235/16
4244/5
**protecting [2]** 4235/11
4315/19
**protesters [5]** 4315/8
4315/10 4315/12
4315/14 4315/19
**prove [3]** 4205/6
4205/17 4205/18
**provide [2]** 4235/8
4238/3
**provided [7]** 4182/7
4186/7 4186/20
4189/22 4204/9 4208/4
4273/18
**providing [2]** 4193/12
4235/11
**proximity [3]** 4183/3
4183/9 4188/20
**PTSD [1]** 4251/3
**public [5]** 4197/23
4197/25 4206/20
4209/5 4234/13
**publish [3]** 4223/6
4286/25 4314/4
**published [3]** 4288/1
4293/18 4302/14
**pull [1]** 4320/21
**pulled [1]** 4202/11
**Pulling [1]** 4284/13
**punishment [5]**
4220/13 4220/14
4220/17 4220/25
4224/24
**purely [1]** 4209/9
**purports [1]** 4191/3
**purpose [7]** 4183/4
4231/4 4231/8 4231/13

**pursuant [3]** 4196/5
4196/6 4205/21
**pushing [1]** 4312/11
**put [24]** 4184/9
4187/15 4197/23
4203/25 4205/23
4209/21 4213/20
4214/15 4221/9
4222/14 4222/19
4222/23 4223/2
4226/22 4234/22
4235/15 4235/18
4236/24 4247/24
4248/5 4271/11
4276/13 4276/13
4276/15
**PUTZI [1]** 4177/16

**Q**

**quality [2]** 4184/9
4191/16
**quarter [1]** 4245/8
**quarter-mile [1]** 4245/8
**question [14]** 4188/9
4188/13 4192/3 4197/2
4201/13 4203/2 4203/6
4205/25 4212/8
4219/21 4226/25
4247/2 4272/12 4284/4
**questions [4]** 4217/16
4236/10 4277/24
4321/19
**quickly [1]** 4316/19
**quit [2]** 4229/21
4229/24
**quite [7]** 4210/11
4212/6 4217/15
4248/20 4271/22
4296/11 4302/24
**quote [1]** 4212/6

**R**

**raccoon [1]** 4314/17
**racks [2]** 4206/25
4285/7
**raided [1]** 4218/22
**raise [3]** 4192/2
4204/13 4208/2
**raised [3]** 4181/25
4201/14 4201/16
**raising [2]** 4181/25
4203/9
**Rakoczy [3]** 4175/14
4181/11 4208/3
**rallies [1]** 4238/4
**rally [12]** 4183/11
4235/9 4245/23 4283/9
4287/19 4289/10
4290/6 4294/8 4297/10
4297/12 4302/13
4303/13
**range [12]** 4220/17
4220/25 4223/20
4224/18 4224/23
4225/3 4225/7 4225/8
4228/6 4279/6 4279/7
4279/11

**ranges [2]** 4220/12
4220/13
**ranting [1]** 4251/13
**rather [4]** 4193/11
4198/19
**Rats [1]** 4199/12
**raw [1]** 4187/21
**re [2]** 4212/9 4229/25
**re-apply [1]** 4229/25
**re-ask [1]** 4212/9
**reach [1]** 4206/1
**read [8]** 4189/25
4199/22 4207/11
4222/20 4231/12
4235/21 4321/6 4321/7
**ready [3]** 4209/11
4210/10 4270/7
**really [19]** 4184/6
4187/19 4189/12
4200/20 4201/14
4202/9 4202/13 4222/9
4233/12 4238/15
4238/25 4246/9
4246/12 4274/3 4274/6
4277/15 4282/11
4289/18 4290/20
**Realtime [1]** 4178/3
**reason [7]** 4206/15
4207/7 4207/8 4235/16
4235/19 4239/18
4246/2
**reasonable [2]**
4197/10 4197/24
**reasons [1]** 4200/13
**recall [50]** 4210/21
4216/2 4216/25
4218/11 4221/19
4243/2 4248/13 4271/4
4275/3 4276/12
4276/16 4277/6 4277/7
4277/8 4277/13
4277/15 4279/24
4279/25 4280/16
4282/10 4285/10
4286/9 4288/22
4290/18 4293/21
4295/2 4295/5 4295/17
4298/4 4298/12
4298/17 4298/19
4298/21 4300/3 4300/5
4300/7 4304/24 4305/1
4305/16 4307/2
4311/25 4312/3
4312/10 4313/22
4315/5 4316/23
4317/18 4318/10
4318/18 4320/19
**received [20]** 4281/16
4283/19 4285/22
4287/3 4287/13
4288/13 4289/4 4290/2
4291/11 4292/13
4293/6 4294/4 4294/22
4296/1 4299/21 4302/4
4304/3 4306/4 4314/8
4317/24
**Recess [3]** 4209/12
4253/13 4322/14

**R**

recessed [2] 4270/25
4271/1
reciting [1] 4193/22
recognize [18] 4273/17
4274/2 4285/13
4291/14 4291/23
4293/1 4299/7 4300/18
4306/18 4307/11
4307/15 4307/16
4307/18 4307/22
4308/13 4310/16
4311/19 4314/16
recollection [1]
4320/15
recommendation [1]
4228/3
recommendations [1]
4228/15
reconsider [1] 4199/13
record [17] 4183/22
4184/11 4184/16
4189/22 4194/10
4197/24 4197/25
4198/7 4199/20 4203/8
4206/13 4206/20
4207/12 4209/5
4209/21 4256/15
4323/3
recorded [6] 4178/6
4195/3 4195/18
4196/24 4197/17
4197/19
recorder [1] 4198/12
recording [5] 4195/23
4199/21 4200/1
4200/12 4202/14
records [6] 4196/20
4202/10 4202/11
4202/12 4202/12
4203/5
recovered [1] 4183/6
RECROSS [1] 4179/4
redacted [1] 4204/18
REDIRECT [1] 4179/4
reduce [1] 4228/2
reenactment [3]
4184/4 4184/4 4184/5
refer [1] 4194/8
reference [3] 4186/16
4201/21 4226/19
references [1] 4227/23
referring [2] 4202/1
4221/2
reflect [2] 4206/10
4206/19
reflected [1] 4222/3
refreshes [1] 4306/7
refuse [2] 4217/9
4226/12
regarding [1] 4236/3
regards [1] 4236/8
Registered [1] 4178/2
relate [1] 4208/22
related [1] 4206/22
relates [1] 4208/24
relating [1] 4273/17
relaxed [1] 4315/5

relevance [4] 4182/10
4183/5 4191/15
4204/25
relevant [8] 4188/15
4188/16 4201/9
4201/11 4204/10
4205/4 4205/5 4222/9
reliability [1] 4198/11
relief [1] 4231/22
remain [1] 4209/13
remained [1] 4195/1
remaining [1] 4297/3
remember [23]
4192/17 4201/24
4212/6 4216/5 4216/16
4216/22 4226/15
4228/23 4235/22
4237/9 4238/21 4245/7
4276/17 4277/10
4280/18 4284/22
4287/8 4292/24 4302/6
4307/1 4317/10
4318/10 4318/24
remind [2] 4253/9
4322/4
reminders [1] 4321/24
removed [2] 4185/14
4190/13
rented [1] 4213/10
reorganize [1] 4215/4
repeat [1] 4226/24
repeating [1] 4302/13
rephrase [5] 4224/2
4243/20 4252/12
4282/22 4289/8
reporter [7] 4178/2
4178/2 4178/3 4178/3
4198/1 4198/1 4198/23
reporting [1] 4198/24
represent [4] 4211/11
4249/19 4284/1
4302/10
request [1] 4228/5
require [1] 4256/3
research [1] 4231/20
4236/2 4236/8
reserve [1] 4203/23
resolve [1] 4192/13
resolve this [1]
4192/13
respect [1] 4191/19
respectfully [2]
4182/24 4186/11
responds [1] 4192/20
response [2] 4192/22
4193/14 4321/4
result [1] 4204/22
resume [1] 4321/22
4321/23
RESUMED [1] 4211/4
retire [1] 4249/24
retired [3] 4229/16
4229/17 4249/25
retirement [1] 4250/22
retrieve [1] 4213/15
retrieved [1] 4214/11
return [1] 4253/4

review [3] 4196/6 4196/6
revisit [1] 4297/6
rhetorical [1] 4276/24
RHODES [20] 4175/6
4176/2 4181/7 4181/14
4194/22 4211/11
4221/8 4222/15
4234/22 4235/14
4236/13 4238/10
4242/13 4245/25
4247/24 4248/2
4276/16 4277/16
4277/16 4277/17
rifle [4] 4279/2 4279/6
4279/7 4279/11
right [58] 4181/24
4183/8 4187/14
4192/13 4192/18
4193/8 4196/9 4197/20
4200/23 4202/10
4203/19 4203/22
4205/11 4207/10
4207/22 4209/8 4210/5
4215/16 4219/17
4224/5 4227/23
4228/11 4235/22
4243/5 4245/24
4246/20 4249/22
4250/4 4253/8 4253/16
4256/8 4256/10 4270/4
4270/9 4271/16 4278/4
4279/3 4282/8 4282/17
4284/13 4287/2
4288/19 4291/15
4295/19 4297/5 4299/1
4301/24 4302/24
4304/2 4304/15 4305/2
4305/11 4307/16
4310/4 4314/14
4315/16 4322/8
4322/12
rights [1] 4243/8
rim [1] 4317/15
riot [4] 4205/8 4206/14
4207/3 4209/22
rise [4] 4181/2 4181/3
4253/6 4321/25
risk [1] 4189/11
Ritchie [1] 4177/17
RMR [2] 4323/2 4323/8
Road [1] 4177/3
Roger [7] 4233/19
4234/9 4273/6 4273/13
4273/18 4273/25
4276/8
Roger Stone [7]
4233/19 4234/9 4273/6
4273/13 4273/18
4273/25 4276/8
role [1] 4284/5
roll [1] 4284/2
room [8] 4213/23
4214/10 4237/6 4313/2
4313/7 4313/8 4313/14
4314/2
Rotunda [8] 4185/6
4188/2 4188/4 4190/10

4316/8
rough [1] 4200/9
roughly [1] 4297/16
round [3] 4313/2
4313/8 4314/2
row [1] 4289/13
rule [4] 4186/24 4193/6
4203/4 4235/7
rules [1] 4199/15
ruling [2] 4204/9
4204/11
run [1] 4320/5
runs [1] 4189/11
rushing [1] 4305/13

**S**

safe [2] 4230/5
4230/25
Safeway [2] 4205/15
4205/22
said [40] 4184/19
4187/1 4187/5 4188/6
4188/8 4192/23
4193/13 4193/22
4215/24 4218/14
4224/16 4226/17
4227/12 4232/19
4236/5 4238/1 4238/13
4239/12 4239/13
4239/18 4239/20
4239/21 4245/9
4247/20 4249/25
4250/4 4250/17 4251/5
4251/11 4252/21
4276/13 4276/16
4278/13 4278/16
4279/16 4283/23
4302/8 4305/7 4313/13
4318/23
salacious [1] 4188/1
same [13] 4183/25
4185/16 4193/24
4198/4 4203/13
4213/13 4241/10
4273/21 4284/6 4290/5
4290/14 4291/3
4321/24
sat [1] 4200/3
save [1] 4321/9
savvy [1] 4301/24
saw [11] 4195/20
4213/25 4217/12
4237/20 4237/23
4238/16 4241/21
4248/3 4287/20 4301/4
4312/3
say [88] 4184/5
4186/18 4189/9
4195/15 4195/15
4202/4 4216/7 4226/4
4230/5 4230/10
4230/25 4232/23
4233/10 4235/18
4241/6 4242/9 4245/13
4245/15 4250/18
4251/6 4251/7 4251/14
4251/18 4270/22

4271/15 4271/20
4272/11 4272/21
4273/16 4274/25
4275/5 4275/8 4275/18
4276/8 4276/23
4277/14 4280/13
4281/2 4281/24 4282/9
4283/2 4283/4 4283/7
4283/14 4284/20
4286/15 4286/18
4289/18 4290/7
4291/20 4291/21
4293/16 4294/8
4295/18 4297/13
4300/2 4300/8 4301/9
4303/1 4303/15
4304/17 4305/14
4305/15 4306/22
4309/13 4309/23
4310/13 4313/19
4315/2 4315/7 4315/20
4315/25 4316/4
4317/12 4317/16
4318/13 4318/17
4318/23 4319/1 4319/8
4319/12 4319/13
4320/6 4321/6 4321/8
4321/11
saying [10] 4199/10
4201/9 4228/25
4247/25 4272/9
4298/20 4300/19
4303/10 4303/11
4303/12
says [4] 4193/10
4193/14 4195/19
4226/7
scenario [1] 4215/20
scene [3] 4191/7
4191/11 4196/3
scratchy [1] 4200/9
scream [2] 4319/8
4319/11
screamed [1] 4312/5
screaming [1] 4319/16
screen [4] 4196/17
4198/2 4203/12 4221/9
scuffle [1] 4244/3
se [1] 4214/6
seal [1] 4209/5
Sealed [2] 4208/11
4253/18
searching [1] 4190/17
seat [1] 4270/4
seated [4] 4181/4
4209/13 4210/15
4289/13
seating [1] 4292/19
second [9] 4209/9
4209/16 4227/23
4277/23 4291/16
4299/10 4305/23
4312/18 4313/12
seconds [1] 4277/21
Secret [1] 4283/18
section [1] 4292/19
security [21] 4231/22

**security... [20]** 4233/17
4234/24 4235/8
4235/12 4235/25
4238/3 4238/11
4238/21 4241/5
4241/20 4241/25
4244/23 4273/14
4274/24 4275/15
4275/22 4275/24
4276/4 4276/7 4283/13
**see [51]** 4182/16
4201/5 4204/19 4210/3
4214/14 4215/23
4221/13 4221/16
4223/10 4223/12
4223/16 4231/21
4234/25 4240/18
4241/19 4244/15
4248/2 4248/5 4248/8
4248/10 4248/12
4271/5 4273/2 4280/6
4283/6 4285/6 4286/9
4286/13 4286/20
4290/10 4291/4
4291/19 4292/16
4302/18 4302/19
4304/6 4306/7 4309/5
4309/10 4309/10
4310/3 4310/19
4310/20 4311/10
4312/11 4313/10
4314/12 4315/11
4317/6 4317/14
4322/12
**seeing [7]** 4182/18
4221/19 4242/12
4248/13 4316/24
4316/25 4320/16
**seek [22]** 4192/10
4210/1 4250/20 4251/1
4281/7 4286/25
4288/10 4288/25
4289/24 4291/2
4292/10 4293/3
4293/23 4294/1
4294/20 4295/23
4297/2 4301/15
4301/25 4303/24
4306/1 4317/20
**seeking [2]** 4190/7
4250/24
**seeks [1]** 4287/10
**seemed [1]** 4316/19
**seems [6]** 4191/8
4200/16 4202/13
4206/6 4206/17
4297/15
**seen [6]** 4184/25
4189/15 4190/15
4234/15 4235/5 4303/5
**segment [1]** 4201/4
**segments [1]** 4201/5
**seize [1]** 4248/12
**selfie [2]** 4288/6
4288/18
**send [2]** 4187/9
4187/11

**sense [6]** 4187/20
4190/14 4199/17
4231/4 4231/8 4231/12
**sensitive [3]** 4197/1
4197/6 4224/6
**sentence [4]** 4225/7
4228/3 4228/19 4229/3
**sentencer [1]** 4228/4
**sentences [1]** 4224/13
**sentencing [6]**
4220/25 4221/3
4221/23 4223/19
4225/2 4228/6
**separate [1]** 4212/13
**separated [3]** 4217/13
4245/21 4247/11
**sequence [1]** 4185/6
**series [2]** 4192/3
4280/19
**serve [1]** 4250/13
**served [5]** 4230/25
4249/22 4271/15
4276/2 4276/3
**serves [1]** 4198/9
**service [10]** 4249/6
4249/21 4250/16
4271/9 4271/13
4272/10 4273/14
4273/17 4274/24
4283/18
**services [1]** 4275/25
**serving [1]** 4231/1
**Session [1]** 4175/7
**set [1]** 4198/19
**setting [2]** 4187/17
4297/25
**seven [6]** 4208/8
4220/20 4241/24
4250/15 4250/21
4271/12
**several [1]** 4212/2
**sexy [1]** 4321/8
**she [13]** 4189/9
4194/17 4195/17
4196/10 4197/16
4200/2 4201/7 4201/8
4201/9 4201/9 4202/22
4202/23 4202/24
**she's [3]** 4194/19
4194/20 4201/2
**Shermichael [1]**
4189/19
**shirts [3]** 4289/17
4290/9 4298/7
**shoot [2]** 4279/7
4279/10
**short [1]** 4199/3
**short-circuit [1]**
4199/3
**shortest [1]** 4228/19
**shortly [3]** 4192/21
4217/21 4229/11
**shot [1]** 4290/8
**should [11]** 4184/5
4187/10 4191/24
4204/13 4219/23
4219/23 4253/1

**sanctuary** 4296/7
4300/2 4300/19
**show [26]** 4190/11
4202/21 4202/22
4203/1 4203/3 4205/19
4221/7 4279/20
4280/22 4283/25
4284/16 4285/4 4286/8
4287/6 4288/22
4293/19 4297/18
4298/22 4301/15
4301/19 4303/21
4305/16 4313/10
4313/16 4313/21
4317/4
**showed [1]** 4222/18
**showing [9]** 4182/22
4184/20 4201/6
4203/12 4203/14
4291/22 4296/13
4320/24 4320/25
**shown [3]** 4191/13
4203/25 4281/11
**shows [4]** 4183/8
4183/9 4201/1 4294/7
**shy [1]** 4249/23
**side [16]** 4186/1
4203/18 4203/19
4222/10 4222/17
4222/19 4222/19
4234/9 4246/2 4246/19
4256/7 4282/3 4286/6
4286/20 4297/21
4315/15
**side's [1]** 4186/3
**sight [1]** 4307/13
**sign [5]** 4190/13
4190/21 4191/12
4232/16 4320/16
**Signal [9]** 4232/8
4232/14 4232/18
4234/18 4234/21
4235/15 4242/11
4244/16 4251/13
**signed [1]** 4227/15
**similar [5]** 4222/25
4291/14 4295/23
4296/4 4296/13
**simply [3]** 4182/25
4193/22 4272/9
**since [2]** 4208/6
4218/14
**singing [2]** 4303/2
4306/24
**Singleton [2]** 4189/19
4189/21
**Singleton's [1]**
4189/20
**sir [27]** 4218/23 4223/9
4253/10 4253/11
4256/14 4273/2
4278/11 4284/10
4288/7 4289/18
4289/21 4291/23
4292/25 4293/21
4296/24 4297/1
4299/20 4304/6 4304/9
4306/6 4311/4 4312/18

**sit** 4317/6 4321/18 4322/6
**sit [1]** 4218/7
**sitting [1]** 4293/11
**situation [1]** 4196/10
**six [5]** 4223/21
4223/24 4239/10
4244/3 4248/21
**sleep [2]** 4213/1
4213/4
**Slide [1]** 4320/22
**slides [1]** 4192/3
**slipping [1]** 4292/1
**smoking [1]** 4301/10
**snap [2]** 4287/21
4292/24
**snapping [1]** 4295/10
**snippet [1]** 4204/13
**so [183]**
**So I think [1]** 4281/10
**so it's [5]** 4187/17
4187/25 4197/2
4198/25 4294/10
**So this is [2]** 4185/5
4306/10
**so this particular [1]**
4200/4
**so this picture [1]**
4190/14
**social [1]** 4234/15
**some [61]** 4181/24
4183/3 4184/1 4184/4
4184/8 4187/25
4188/12 4191/6 4192/3
4192/9 4194/3 4194/5
4194/8 4194/10 4195/2
4195/3 4197/4 4199/8
4200/17 4202/8
4202/15 4204/18
4205/1 4206/1 4209/6
4210/18 4211/18
4213/4 4217/24 4218/7
4218/9 4219/20
4219/21 4220/5 4222/2
4224/14 4225/18
4226/13 4227/1
4227/14 4229/24
4230/7 4230/8 4230/10
4230/15 4234/15
4234/19 4237/25
4251/23 4271/19
4282/17 4283/25
4285/4 4295/14 4296/4
4297/16 4301/14
4301/20 4303/10
4312/19 4320/7
**somebody [7]** 4197/19
4199/9 4232/10 4236/7
4239/18 4243/22
4292/23
**someone [4]** 4192/14
4197/21 4236/2
4318/11
**something [26]** 4188/8
4192/21 4193/22
4194/25 4195/1 4195/8
4204/6 4204/13
4208/21 4209/21

**sanctions** 4221/16
4224/17 4230/22
4234/10 4234/16
4235/5 4238/14
4242/13 4244/2
4244/16 4251/12
4256/3 4287/25
4296/15 4308/22
**sometime [3]** 4218/16
4252/9 4290/22
**somewhat [4]** 4225/4
4241/6 4303/14
4304/15
**somewhere [9]**
4214/20 4218/2 4219/3
4220/20 4224/19
4237/14 4245/4 4245/5
4303/9
**SoRelle [13]** 4186/14
4194/11 4194/19
4194/21 4195/9
4195/11 4196/17
4197/6 4197/10
4197/15 4197/19
4198/2 4207/16
**SoRelle's [2]** 4194/13
4196/16
**sorry [23]** 4193/16
4194/24 4202/5 4219/9
4223/11 4224/1
4225/22 4226/24
4232/4 4236/4 4252/23
4271/25 4280/11
4291/4 4293/18
4298/12 4301/16
4302/13 4305/6
4309/19 4313/15
4313/17 4316/25
**sort [7]** 4187/20
4198/10 4199/8
4201/14 4202/20
4203/22 4204/4
**sound [7]** 4209/2
4235/13 4298/16
4299/1 4299/13
4299/15 4321/8
**sounded [3]** 4196/8
4245/11 4308/22
**sounds [4]** 4252/25
4304/15 4306/12
4309/14
**source [2]** 4195/2
4195/3
**space [1]** 4246/17
**speak [6]** 4217/17
4233/19 4235/5
4256/11 4283/6 4303/7
**speaker [19]** 4188/10
4188/14 4188/15
4188/22 4188/23
4188/25 4189/7 4189/7
4189/10 4190/7
4190/18 4235/11
4287/18 4290/11
4290/14 4291/19
4299/4 4308/21
4320/17
**Speaker Pelosi [1]**

4192/1 4193/22
4194/25 4195/1 4195/8
4204/6 4204/13
4208/21 4209/21

**Speaker Pelosi... [1]** 4320/17
**Speaker's [4]** 4190/9 4190/9 4190/23 4270/22
**speakers [3]** 4234/24 4235/16 4292/3
**speaking [12]** 4192/4 4196/17 4238/3 4245/25 4277/15 4289/11 4290/17 4293/2 4295/20 4317/10 4318/2 4318/11
**speaks [1]** 4304/11
**Special [1]** 4182/6
**Special Agent [1]** 4182/6
**specific [8]** 4192/12 4221/3 4271/4 4277/7 4295/4 4319/16 4320/9 4320/15
**specifically [10]** 4216/5 4221/19 4236/12 4238/23 4241/19 4243/2 4277/8 4277/13 4279/14 4304/24
**speeches [1]** 4245/23
**spend [2]** 4191/25 4214/22
**spending [1]** 4296/22
**spent [3]** 4237/9 4248/25 4250/15
**split [1]** 4203/12
**spoke [1]** 4302/7
**spoken [3]** 4187/16 4187/18 4200/19
**spontaneous [1]** 4246/24
**spot [1]** 4203/17
**spray [1]** 4282/24
**Sr [1]** 4177/16
**stairs [13]** 4246/21 4247/5 4247/6 4247/8 4300/21 4300/25 4301/7 4301/20 4303/7 4304/18 4306/17 4307/7 4319/3
**stamp [1]** 4290/21
**stand [4]** 4182/6 4211/4 4227/3 4316/3
**standing [18]** 4190/25 4207/24 4247/17 4280/3 4286/5 4286/14 4289/14 4291/25 4298/4 4300/8 4300/25 4301/2 4302/7 4302/12 4311/9 4315/6 4315/8 4318/8
**stanley [3]** 4177/2 4177/5 4181/15
**Stanley Woodward [1]** 4181/15
**start [4]** 4210/17 4238/9 4297/12 4303/2
**started [1]** 4210/19

**state [1]** 4308/6
**stated [8]** 4185/18 4189/7 4200/14 4252/17 4275/14 4280/12 4297/11 4320/12
**statement [8]** 4188/16 4189/5 4192/23 4193/1 4193/13 4193/15 4193/23 4193/24
**statements [9]** 4188/1 4188/17 4188/20 4189/2 4191/25 4192/7 4193/7 4193/17 4199/24
**STATES [5]** 4175/1 4175/3 4175/10 4181/6 4321/15
**static [2]** 4200/23 4203/17
**statutory [1]** 4220/25
**stayed [5]** 4233/19 4237/17 4278/21 4278/23 4278/25
**staying [1]** 4212/7
**Steal [7]** 4235/9 4238/25 4246/10 4283/10 4287/19 4289/10 4292/4
**stenography [1]** 4178/6
**step [7]** 4209/8 4253/8 4256/6 4256/8 4256/11 4289/15 4322/3
**stepping [1]** 4300/24
**steps [2]** 4301/2 4303/5
**STEWART [7]** 4175/6 4176/2 4181/7 4194/22 4276/16 4277/14 4277/16
**Stewart Rhodes [4]** 4194/22 4276/16 4277/14 4277/16
**still [12]** 4185/16 4212/17 4213/18 4245/8 4245/21 4292/18 4294/9 4294/10 4295/11 4310/8 4312/13 4312/19
**stipulated [2]** 4206/2 4206/3
**stipulating [1]** 4197/8
**stipulation [5]** 4194/14 4196/6 4205/22 4206/10 4207/3
**stipulations [1]** 4195/8
**Stone [1]** 4233/19 4234/9 4273/6 4273/13 4273/18 4273/25 4276/8
**stood [1]** 4239/6 4289/15 4316/2
**stop [8]** 4235/9 4236/4 4238/24 4246/10 4283/19 4287/19 4289/9

**stopping [1]** 4295/5
**stories [1]** 4228/24
**straight [2]** 4214/23 4214/24
**straight-through [1]** 4214/24
**streaming [1]** 4287/25
**Street [3]** 4175/17 4176/11 4176/15
**strike [2]** 4252/12 4272/13
**strongest [1]** 4230/12
**structure [1]** 4292/17
**struggling [1]** 4230/8
**stuff [5]** 4221/6 4242/2 4303/11 4312/4 4312/11
**subdued [1]** 4216/3
**subject [1]** 4253/1
**submit [1]** 4204/21
**submitted [1]** 4199/6
**substance [1]** 4230/8
**such [1]** 4190/15
**suddenly [2]** 4227/8 4301/17
**suffering [1]** 4230/15
**suggest [1]** 4186/24
**suggesting [2]** 4191/5 4193/8
**Suite [6]** 4176/4 4176/8 4177/8 4177/17 4190/9 4190/23
**summarizes [1]** 4203/5
**summary [9]** 4183/20 4201/15 4201/19 4201/20 4201/22 4202/17 4203/4 4203/15 4203/16
**summer [1]** 4229/18
**Sundays [1]** 4252/20
**sung [2]** 4300/21 4306/13
**super [1]** 4240/8
**suppose [4]** 4196/22 4197/16 4227/12 4227/20
**supposed [2]** 4245/23 4297/25
**Supreme [6]** 4280/5 4280/9 4280/13 4280/15 4282/3 4282/16
**Supreme Court [6]** 4280/5 4280/9 4280/13 4280/15 4282/3 4282/16
**sure [48]** 4185/8 4191/21 4192/6 4194/12 4197/25 4199/6 4201/15 4203/2 4203/10 4204/11 4205/2 4205/3 4209/1 4209/4 4210/5 4212/1 4215/8 4216/6 4219/8 4221/5 4222/21 4224/14 4227/6 4228/1 4230/23 4231/9

**stopping [1]** 4237/15 4238/25
**stories [1]** 4239/16 4239/21
**straight [2]** 4240/5 4240/8 4242/4 4251/20 4277/1 4280/1 4282/9 4284/4 4284/15 4285/1 4290/20 4295/14 4296/11 4307/16 4307/17 4308/23
**surfing [1]** 4230/19
**surged [1]** 4246/22
**surgeries [2]** 4229/23 4271/21
**surgery [1]** 4229/25
**surprised [1]** 4206/3
**surveillance [1]** 4196/6
**sustained [3]** 4246/5 4274/11 4274/13
**switch [1]** 4272/14
**sworn [3]** 4211/4 4226/1 4226/5

# T

**table [2]** 4201/21 4222/9
**tables [1]** 4201/19
**take [31]** 4187/7 4195/5 4195/10 4195/25 4197/4 4198/16 4203/14 4208/21 4209/18 4210/6 4210/18 4214/3 4229/24 4230/1 4241/8 4253/1 4256/2 4256/6 4270/6 4272/23 4287/24 4289/14 4289/18 4293/13 4293/15 4298/25 4311/4 4312/16 4318/5 4321/21 4322/8
**taken [7]** 4182/21 4196/4 4212/11 4213/23 4281/23 4291/16 4299/7
**takes [1]** 4200/5
**taking [24]** 4214/6 4256/2 4279/24 4279/25 4282/10 4285/13 4286/5 4286/9 4286/21 4287/8 4287/23 4288/18 4288/22 4290/6 4292/22 4293/21 4295/2 4295/5 4295/6 4302/6 4312/13 4313/22 4318/3 4319/1
**talk [23]** 4197/22 4198/6 4198/23 4209/9 4211/13 4211/13 4211/14 4211/18 4215/2 4215/6 4216/1 4216/4 4217/20 4218/7 4218/21 4221/23 4225/19 4240/9 4243/19 4243/21 4249/21 4251/3 4270/14

**talked [5]** 4220/3 4221/17 4224/13 4319/15 4321/16
**talking [11]** 4186/19 4202/10 4223/20 4227/4 4242/12 4285/2 4299/12 4301/10 4307/4 4310/24 4318/12
**talks [2]** 4223/11 4223/14
**tan [3]** 4304/7 4308/9 4308/10
**Tarpley [2]** 4176/10 4181/14
**tasked [2]** 4238/17 4239/13
**team [1]** 4208/4
**tear [1]** 4188/17
**tech [1]** 4301/24
**technical [1]** 4301/17 4301/20
**technologically [1]** 4209/2
**tell [12]** 4196/19 4217/9 4222/22 4223/25 4224/9 4280/2 4289/7 4300/12 4303/4 4307/24 4315/24 4316/21
**telling [2]** 4238/18 4284/8
**ten [3]** 4200/4 4244/3 4253/1
**ten-minute [1]** 4253/1
**tenor [3]** 4243/15 4276/18 4276/20
**tension [1]** 4194/5
**terminology [1]** 4219/16
**terms [1]** 4219/14
**Terrace [1]** 4209/24
**Terry [5]** 4213/14 4215/12 4215/14 4215/21 4237/7
**Terry Cummings [2]** 4215/14 4215/21
**testified [16]** 4211/4 4230/18 4251/9 4252/13 4271/8 4271/23 4272/5 4272/16 4278/3 4280/8 4282/21 4297/18 4300/20 4311/22 4320/20 4321/1
**testify [8]** 4197/11 4198/13 4224/4 4226/8 4226/20 4228/21 4227/25 4228/12
**testifying [1]** 4307/1
**testimony [10]** 4208/25 4218/21 4226/1 4226/3 4226/5 4246/24 4247/3 4253/9 4307/1 4322/4
**text [2]** 4232/9 4232/18
**texts [3]** 4248/5 4248/8 4248/10

| | | | | |
|---|---|---|---|---|
| **than [12]** 4186/9<br>4200/17 4200/22<br>4202/17 4205/1<br>4206/10 4209/19<br>4210/19 4217/18<br>4275/25 4312/10<br>4321/9<br>**thank [32]** 4181/25<br>4204/7 4207/23<br>4209/13 4223/1 4229/5<br>4249/6 4249/7 4249/9<br>4249/12 4250/16<br>4253/12 4270/5<br>4270/10 4271/22<br>4272/9 4278/11<br>4281/12 4281/15<br>4282/13 4292/25<br>4299/18 4299/20<br>4301/22 4311/14<br>4313/19 4314/7<br>4314/11 4321/18<br>4321/20 4321/24<br>4322/7<br>**thank you [29]**<br>4181/25 4204/7<br>4207/23 4209/13<br>4223/1 4229/5 4249/6<br>4249/7 4249/9 4249/12<br>4250/16 4253/12<br>4270/5 4270/10<br>4271/22 4272/9<br>4278/11 4281/12<br>4281/15 4282/13<br>4292/25 4299/18<br>4311/14 4313/19<br>4314/11 4321/18<br>4321/20 4321/24<br>4322/7<br>**Thanks [2]** 4211/12<br>4253/5<br>**that [597]**<br>**that'll [2]** 4201/2<br>4247/3<br>**that's [70]** 4191/4<br>4196/20 4196/21<br>4197/25 4198/15<br>4198/15 4199/18<br>4201/11 4202/7 4203/8<br>4205/16 4210/19<br>4211/19 4211/20<br>4212/8 4214/21<br>4215/16 4215/18<br>4219/5 4219/18 4222/9<br>4222/22 4224/19<br>4226/10 4227/20<br>4232/21 4233/1<br>4233/14 4236/6<br>4237/11 4237/16<br>4239/20 4240/7 4244/1<br>4244/7 4246/19<br>4246/23 4248/24<br>4251/7 4252/6 4252/19<br>4252/21 4256/3 4273/6<br>4273/25 4274/4<br>4275/17 4275/21<br>4275/21 4277/19<br>4278/5 4278/5 4278/9 | 4294/10 4296/12<br>4299/12 4303/19<br>4307/16 4308/5 4308/5<br>4314/22 4314/25<br>4315/8 4316/9 4317/16<br>4317/18 4318/5 4321/3<br>**their [12]** 4183/9<br>4200/5 4200/5 4201/18<br>4209/10 4231/11<br>4235/8 4237/21<br>4245/23 4298/1<br>4308/16 4314/23<br>**thelinderfirm.com [1]**<br>4176/6<br>**them [43]** 4182/1<br>4182/18 4186/9<br>4193/19 4194/23<br>4195/9 4195/9 4203/3<br>4207/20 4209/17<br>4209/18 4212/3<br>4216/13 4217/17<br>4220/16 4222/19<br>4227/25 4229/8 4231/7<br>4236/15 4236/24<br>4240/10 4241/17<br>4241/23 4244/9<br>4251/25 4274/17<br>4280/20 4282/11<br>4285/2 4287/17<br>4289/13 4292/24<br>4295/5 4296/20 4298/9<br>4301/15 4303/20<br>4309/23 4310/7<br>4318/12 4318/16<br>4318/16<br>**themselves [3]**<br>4187/16 4190/8<br>4191/13<br>**then [47]** 4186/1<br>4186/15 4187/8<br>4187/16 4187/18<br>4188/19 4189/24<br>4192/20 4193/14<br>4195/21 4196/18<br>4200/6 4200/7 4201/2<br>4201/3 4204/24 4207/4<br>4207/12 4208/25<br>4209/10 4213/4 4213/6<br>4217/14 4220/25<br>4221/2 4223/14 4230/3<br>4235/18 4237/16<br>4237/25 4238/24<br>4239/20 4239/21<br>4239/21 4240/3<br>4242/21 4249/2<br>4251/11 4253/4 4274/4<br>4285/7 4287/24 4293/1<br>4304/11 4310/5 4319/3<br>4320/23<br>**theory [1]** 4197/16<br>**there [136]** 4182/25<br>4186/20 4189/13<br>4190/22 4191/5 4191/8<br>4191/12 4192/9<br>4193/14 4193/17<br>4193/18 4194/8<br>4194/10 4195/10 | 4198/14 4205/13<br>4205/17 4209/25<br>4212/22 4212/23<br>4212/24 4213/16<br>4213/18 4213/20<br>4213/21 4214/11<br>4214/11 4214/14<br>4215/2 4215/6 4215/25<br>4216/1 4216/4 4217/8<br>4217/19 4219/3<br>4221/13 4222/24<br>4223/10 4223/12<br>4224/19 4226/19<br>4227/23 4229/4 4230/3<br>4230/10 4234/5 4234/8<br>4234/9 4235/3 4235/7<br>4235/25 4236/9 4237/5<br>4237/6 4237/7 4237/7<br>4237/8 4238/9 4238/10<br>4238/16 4238/16<br>4239/10 4239/14<br>4239/18 4239/20<br>4239/21 4239/21<br>4241/24 4241/25<br>4242/9 4243/19<br>4243/21 4245/7<br>4245/13 4246/1 4247/5<br>4247/6 4247/14<br>4247/18 4247/23<br>4247/23 4248/2<br>4248/20 4250/14<br>4251/24 4252/13<br>4270/24 4274/4<br>4276/12 4277/6<br>4278/24 4279/5 4279/6<br>4280/3 4283/13<br>4287/20 4290/19<br>4295/9 4296/12<br>4297/22 4297/24<br>4298/4 4298/5 4299/13<br>4299/16 4301/5 4301/9<br>4301/13 4302/2<br>4302/18 4302/22<br>4303/4 4303/9 4305/19<br>4307/17 4308/13<br>4309/10 4310/5 4311/9<br>4311/18 4313/11<br>4315/6 4315/8 4315/10<br>4315/14 4316/2<br>4316/21 4318/8 4318/9<br>4318/12 4318/14<br>4318/17 4319/22<br>**there's [37]** 4181/24<br>4184/16 4185/24<br>4185/25 4186/17<br>4187/5 4187/10 4188/4<br>4188/16 4191/15<br>4192/3 4194/5 4196/13<br>4199/2 4199/8 4200/23<br>4200/25 4201/1 4201/7<br>4204/1 4220/2<br>4220/24 4220/25<br>4223/15 4244/3<br>4251/21 4274/4 4284/4<br>4286/4 4286/14<br>4290/20 4296/15<br>4310/8 4315/10 | **thereafter [1]** 4217/21<br>**therefore [1]** 4183/20<br>**these [29]** 4181/21<br>4182/9 4182/12<br>4187/18 4188/1<br>4188/10 4188/19<br>4188/23 4189/2 4189/3<br>4189/12 4191/24<br>4192/1 4192/3 4194/20<br>4199/23 4205/19<br>4206/15 4206/22<br>4207/5 4207/16<br>4223/15 4235/16<br>4235/25 4284/2 4284/8<br>4295/4 4296/11<br>4296/23<br>**they [68]** 4182/7<br>4186/1 4186/4 4186/9<br>4187/14 4187/14<br>4187/15 4189/13<br>4190/8 4191/13 4192/6<br>4194/15 4200/5 4200/6<br>4200/7 4204/12<br>4204/13 4204/22<br>4205/2 4216/24 4217/3<br>4217/11 4217/11<br>4217/12 4217/12<br>4217/14 4217/16<br>4218/22 4221/23<br>4221/25 4223/19<br>4223/21 4223/23<br>4223/25 4225/10<br>4226/22 4231/16<br>4231/21 4233/18<br>4234/6 4234/8 4234/23<br>4238/2 4238/14<br>4239/20 4239/21<br>4241/22 4241/23<br>4244/9 4245/22<br>4246/16 4271/1 4271/2<br>4283/17 4285/2 4295/9<br>4296/12 4297/25<br>4298/2 4298/6 4298/7<br>4303/2 4308/20 4309/2<br>4309/3 4316/2 4318/15<br>4318/23<br>**they'll [1]** 4230/13<br>**they're [14]** 4185/24<br>4193/8 4200/7 4200/18<br>4204/22 4204/23<br>4207/7 4209/17<br>4271/10 4290/16<br>4290/16 4290/17<br>4314/20 4315/15<br>**they've [3]** 4186/20<br>4204/18 4314/23<br>**thing [5]** 4184/13<br>4203/23 4226/15<br>4228/10 4246/24<br>**things [13]** 4184/18<br>4202/14 4221/18<br>4228/21 4230/20<br>4231/22 4236/10<br>4238/1 4238/17<br>4241/22 4242/12<br>4244/8 4303/19<br>**think [52]** 4183/24 | 4185/18 4185/23<br>4187/6 4188/9 4189/11<br>4189/18 4190/9<br>4191/16 4191/23<br>4191/23 4193/16<br>4193/17 4195/13<br>4196/13 4198/9<br>4198/10 4198/18<br>4199/15 4200/5<br>4202/23 4203/24<br>4204/1 4204/4 4205/25<br>4206/19 4212/5<br>4216/25 4224/17<br>4227/7 4227/8 4227/22<br>4232/1 4234/15<br>4239/10 4242/7<br>4243/15 4245/9<br>4248/20 4250/4 4251/9<br>4252/19 4253/1 4271/8<br>4281/10 4295/15<br>4297/4 4300/2 4300/19<br>4314/5<br>**thinking [1]** 4187/8<br>**thins [1]** 4302/22<br>**this [239]**<br>**Thomas [2]** 4177/16<br>4181/9<br>**thorough [1]** 4199/23<br>**those [22]** 4190/7<br>4194/12 4207/19<br>4219/24 4220/13<br>4220/14 4223/10<br>4223/18 4234/10<br>4237/8 4237/10 4239/1<br>4241/13 4242/3<br>4247/13 4271/6<br>4294/13 4295/7<br>4300/25 4301/4<br>4304/17 4321/4<br>**though [2]** 4232/22<br>4277/2<br>**thought [8]** 4201/25<br>4220/20 4224/16<br>4231/10 4235/2<br>4244/13 4287/21<br>4289/16<br>**thousand [1]** 4238/19<br>**threats [2]** 4206/24<br>4207/1<br>**three [7]** 4194/21<br>4202/24 4214/25<br>4219/1 4237/10<br>4311/12 4311/13<br>**three Facebook [1]**<br>4194/21<br>**threw [1]** 4224/15<br>**through [16]** 4182/8<br>4182/8 4191/9 4194/9<br>4194/17 4195/9<br>4205/12 4214/23<br>4214/24 4219/22<br>4282/11 4307/2 4307/6<br>4307/8 4313/3 4313/5<br>**tie [1]** 4273/6<br>**time [65]** 4182/13<br>4187/1 4190/5 4190/11<br>4190/21 4191/25 |

**T**

time... [59] 4193/24 4194/4 4195/8 4197/18 4201/11 4202/11 4203/13 4205/4 4209/25 4210/2 4210/7 4212/7 4214/13 4216/21 4216/22 4216/23 4217/23 4217/25 4218/1 4229/20 4234/16 4237/10 4238/4 4240/3 4240/5 4241/8 4242/11 4249/20 4250/13 4251/21 4275/7 4277/23 4283/6 4284/7 4289/10 4290/14 4290/18 4290/21 4290/21 4295/19 4295/21 4296/22 4297/15 4297/16 4297/23 4298/12 4300/11 4300/13 4301/6 4301/14 4303/8 4305/5 4305/8 4305/9 4305/12 4306/10 4315/4 4316/17 4316/24

timeline [1] 4304/14

times [6] 4184/17 4202/23 4202/24 4218/19 4250/18 4316/15

titled [1] 4323/4

today [6] 4181/21 4182/7 4185/15 4186/6 4210/1 4249/20

together [4] 4184/9 4197/25 4202/11 4244/3

told [18] 4185/20 4189/11 4217/17 4219/6 4220/12 4222/8 4225/10 4225/12 4226/15 4228/2 4228/4 4231/12 4235/14 4236/12 4237/18 4241/3 4242/24 4245/25

too [2] 4229/13 4305/12

took [25] 4183/7 4201/8 4201/8 4201/8 4209/23 4236/24 4250/5 4272/20 4279/14 4281/1 4281/18 4282/8 4282/9 4284/19 4287/22 4287/25 4288/7 4289/15 4292/24 4293/22 4301/14 4315/22 4318/6 4318/8 4318/25

top [5] 4214/19 4223/13 4225/17 4227/22 4301/14

topic [1] 4186/6

total [1] 4316/22

towards [1] 4218/16

Towers [1] 4177/17

TR [1] 4207/19

transcript [18] 4175/9 4178/6 4185/23 4186/2 4186/13 4186/15 4187/6 4187/11 4187/13 4188/7 4199/22 4200/7 4200/22 4202/14 4203/14 4204/2 4207/20 4323/3

transcription [1] 4178/7

transcripts [16] 4185/6 4185/7 4185/9 4185/13 4185/17 4185/20 4185/22 4185/25 4185/25 4186/8 4186/10 4186/19 4186/21 4186/24 4187/9 4207/21

transition [3] 4250/3 4271/20 4312/20

transitioning [1] 4252/25

travel [1] 4244/1

Treason [1] 4319/15

trial [8] 4175/9 4186/19 4186/20 4186/22 4187/7 4205/15 4209/25 4219/23

trick [3] 4215/19 4219/10 4220/24

tricky [2] 4193/21 4195/11

trip [1] 4276/11

trouble [1] 4244/14

Troy [2] 4175/16 4181/12

Troy Edwards [1] 4181/12

true [3] 4212/21 4215/21 4225/21

Trump [13] 4244/20 4246/1 4248/14 4276/14 4283/6 4287/19 4293/7 4293/10 4294/7 4295/20 4308/22 4319/18 4319/19

truth [2] 4189/11 4228/23

try [6] 4192/13 4193/19 4204/5 4230/14 4277/23 4300/11

trying [20] 4188/5 4197/9 4208/6 4215/18 4215/19 4219/10 4219/12 4220/23 4222/20 4228/24 4229/1 4230/6 4233/7 4236/18 4236/22 4246/16 4288/20 4290/8 4307/8 4313/18

tunnel [1] 4209/25

turn [1] 4215/3

turning [1] 4196/18

TV [3] 4217/12 4290/10 4291/19

tweak [1] 4206/18

two [13] 4188/23 4194/23 4201/8 4202/14 4212/13 4215/11 4220/9 4277/21 4277/23 4282/12 4289/15 4301/6 4316/16

two-second [1] 4277/23

TX [2] 4176/4 4176/8

Tylenol [1] 4230/13

type [1] 4244/16

typical [1] 4312/10

**U**

U.S [2] 4175/16 4218/20

U.S. [1] 4218/8

U.S. Attorney's Office [1] 4218/8

U.S.A [1] 4303/18

ultimate [2] 4203/3 4228/3

ultimately [5] 4187/6 4193/14 4203/23 4228/12 4271/22

under [3] 4196/16 4209/5 4243/14

underlying [2] 4184/3 4203/7

understand [19] 4181/24 4183/23 4183/25 4184/2 4185/12 4189/16 4191/14 4200/10 4205/1 4212/9 4220/24 4225/9 4228/16 4229/1 4235/6 4242/16 4249/22 4272/12 4305/2

understanding [25] 4188/7 4197/13 4220/8 4224/20 4225/4 4225/6 4226/13 4227/14 4227/8 4227/9 4227/14 4228/6 4228/9 4228/12 4228/19 4236/16 4236/18 4242/20 4243/12 4243/17 4244/9 4245/20 4277/2 4294/17 4321/3

understands [1] 4224/4

understood [6] 4183/15 4202/19 4224/10 4230/22 4230/17 4296/24

unemployed [2] 4229/20 4229/21

unemployment [2] 4250/3 4250/5

unexpected [1] 4270/6

unfairly [2] 4190/16

unique [1] 4296/15

UNITED [5] 4175/1 4175/3 4175/10 4181/6 4321/15

United States [1] 4321/15

unless [3] 4227/16 4256/4 4296/15

until [9] 4209/1 4215/17 4216/14 4248/8 4278/1 4295/16 4317/7 4295/20 4316/2

up [94] 4187/6 4187/15 4187/17 4190/21 4191/9 4193/17 4198/9 4198/14 4199/21 4200/4 4208/21 4209/17 4210/6 4211/15 4211/18 4213/6 4213/13 4213/20 4214/15 4216/14 4218/16 4222/14 4222/23 4223/2 4224/24 4224/25 4225/8 4225/19 4227/15 4228/24 4229/1 4229/14 4229/19 4230/6 4231/17 4232/16 4233/11 4235/7 4235/25 4238/2 4240/3 4240/6 4242/11 4242/21 4245/13 4246/21 4247/5 4247/6 4247/8 4247/12 4249/3 4270/4 4273/24 4275/13 4275/20 4276/13 4276/15 4276/21 4277/24 4278/7 4278/9 4278/19 4278/24 4279/10 4279/13 4281/25 4282/14 4283/1 4283/5 4289/15 4290/10 4293/12 4293/15 4295/20 4297/11 4297/19 4297/25 4298/3 4300/12 4300/15 4301/5 4302/7 4303/4 4303/15 4304/12 4306/23 4307/7 4309/5 4310/5 4316/7 4316/11 4320/21 4321/1 4322/8

upcoming [1] 4208/25

upon [1] 4229/15

upper [1] 4291/18

urging [1] 4191/5

us [15] 4182/7 4186/21 4195/7 4204/4 4206/6 4208/4 4238/2 4242/9 4245/21 4247/16 4248/21 4256/6 4280/25 4298/6 4310/9

usdoj.gov [2] 4175/19 4175/20

used [3] 4226/17 4230/13 4251/13

usual [2] 4209/19 4321/24

**V**

valiant [1] 4321/9

value [1] 4183/3

vantage [2] 4307/23 4310/19

vehicle [2] 4233/20 4240/6

vein [1] 4290/6

verbatim [1] 4276/17

version [2] 4185/14 4186/3

versions [1] 4207/20

versus [1] 4181/7

very [12] 4184/19 4197/25 4199/10 4199/23 4201/20 4219/9 4222/25 4223/1 4224/22 4256/6 4270/5 4305/22

Via [1] 4232/14

video [66] 4182/10 4182/21 4182/25 4184/15 4184/23 4185/1 4185/9 4185/11 4186/25 4187/13 4187/14 4187/15 4187/17 4187/21 4187/22 4187/24 4188/18 4189/20 4194/8 4194/10 4194/13 4194/25 4195/18 4196/7 4196/11 4197/17 4197/19 4198/12 4198/20 4199/5 4199/9 4200/4 4203/18 4203/21 4209/22 4209/22 4299/5 4299/24 4300/14 4300/16 4304/4 4304/8 4305/25 4306/6 4306/8 4306/14 4306/20 4307/9 4307/14 4307/20 4308/1 4308/11 4308/18 4308/24 4309/8 4309/16 4310/1 4310/10 4310/17 4310/22 4310/25 4311/2 4311/7 4311/12 4311/15 4312/14

videographer [1] 4189/22

videos [4] 4194/21 4196/4 4201/7 4207/16

view [1] 4186/2

viewed [1] 4287/18

viewer [1] 4187/17

violence [1] 4321/13

VIP [16] 4283/12 4283/18 4284/22 4284/14 4285/14

4346

**V**

**VIP... [11]** 4286/3
4286/4 4286/17 4288/3
4292/18 4294/9
4294/10 4294/14
4295/12 4296/5
4297/10
**Virginia [9]** 4212/15
4213/15 4236/14
4236/25 4237/21
4249/4 4279/14
4282/15 4320/5
**visible [1]** 4194/22
**visual [2]** 4184/6
4308/16
**vitiate [1]** 4193/6
**voice [9]** 4199/2
4300/2 4300/12
4300/18 4300/19
4311/19
**voluminous [3]**
4202/10 4202/16
4203/5
**voluntarily [1]** 4284/2
**vs [1]** 4175/5

**W**

**waited [1]** 4274/25
**waiting [2]** 4248/19
4248/20
**walk [2]** 4245/17
4292/20
**walked [3]** 4212/2
4239/6 4305/17
**walking [4]** 4246/15
4285/7 4297/12
4305/17
**want [37]** 4182/12
4185/3 4186/10
4197/13 4199/13
4208/2 4209/4 4209/9
4211/13 4211/13
4211/14 4211/17
4211/17 4220/22
4220/24 4221/9 4223/9
4224/3 4224/8 4224/10
4228/19 4229/6
4229/13 4229/14
4230/6 4232/24
4232/25 4235/5 4236/4
4251/19 4274/5
4283/17 4296/20
4298/20 4312/20
4318/22 4321/7
**wanted [9]** 4192/2
4209/21 4217/16
4229/25 4244/9
4245/21 4251/6 4284/6
4301/19
**wants [2]** 4202/18
4228/22
**was [214]**
**Washington [7]** 4175/5
4175/17 4177/4 4177/9
4178/5 4279/13
4320/12
**wasn't [16]** 4212/24
4216/4 4217/19 4226/4

4243/21 4244/16
4244/18 4246/24
4247/23 4247/23
4305/12 4312/3
4312/17 4319/22
**waste [1]** 4300/13
**watch [2]** 4184/12
4307/24
**Watchdog [1]** 4200/2
**water [1]** 4210/16
**Watkins [6]** 4176/14
4181/9 4181/18 4200/6
4200/24 4202/16
**Watkins' [1]** 4202/21
**way [20]** 4184/6
4184/19 4187/12
4196/14 4204/1 4205/7
4209/6 4213/13 4216/2
4216/7 4231/17
4242/24 4243/12
4246/16 4297/21
4297/22 4314/14
4315/3 4317/9 4321/16
**we [173]**
**we believe [6]** 4192/23
4196/1 4202/25
4203/11 4204/11
4206/11
**we will [3]** 4191/19
4210/1 4276/14
**we would [1]** 4292/7
**We'd [1]** 4285/16
**we'll [13]** 4183/15
4198/20 4207/9 4209/6
4209/11 4210/6
4210/21 4253/4 4297/6
4317/4 4321/22
4321/23 4322/12
**we're [33]** 4183/22
4184/13 4185/8
4186/19 4188/5
4188/19 4188/24
4189/4 4189/20
4194/11 4195/13
4197/9 4197/9 4203/11
4203/12 4203/13
4203/16 4209/2 4209/4
4210/19 4215/3
4218/18 4228/5
4235/15 4237/18
4247/25 4253/14
4270/6 4271/23
4286/12 4311/18
4311/18 4315/24
**we've [8]** 4182/8
4185/20 4186/12
4186/21 4197/24
4204/9 4238/13 4256/1
**weapons [5]** 4206/23
4212/11 4213/16
4214/6 4243/23
**wear [1]** 4244/7
**wearing [4]** 4196/8
4283/1 4298/7 4307/19
**website [3]** 4231/6
4231/11 4231/14
**week [1]** 4252/21

**weeks [1]** 4186/24
**weird [1]** 4314/17
**welcome [1]** 4210/16
**well [50]** 4183/2
4185/23 4186/23
4187/3 4187/11
4187/12 4193/21
4194/12 4194/14
4196/1 4196/22
4197/12 4197/25
4205/3 4205/4 4206/12
4207/21 4210/5
4213/20 4215/9
4217/11 4228/23
4233/12 4235/2 4237/8
4240/25 4250/2
4250/22 4252/11
4271/2 4271/6 4271/13
4271/15 4274/6
4276/11 4278/1
4280/11 4282/22
4289/7 4291/14
4293/23 4297/8
4297/11 4304/17
4312/17 4313/11
4315/11 4317/14
4320/24 4321/18
**went [33]** 4211/23
4212/14 4213/4
4214/10 4215/7 4216/1
4237/6 4247/5 4247/20
4247/20 4248/16
4248/22 4249/3
4250/22 4251/18
4253/15 4275/14
4276/6 4276/7 4279/16
4279/17 4280/8
4280/14 4280/15
4281/25 4282/16
4305/4 4305/17 4307/6
4307/11 4312/5 4319/3
4321/5
**were [159]**
**weren't [3]** 4189/2
4239/21 4298/7
**West [1]** 4209/24
**what [114]** 4186/1
4186/3 4186/3 4187/1
4187/5 4187/8 4187/15
4188/3 4188/6 4190/19
4191/3 4191/4 4191/4
4191/5 4191/7 4191/11
4191/14 4192/23
4193/9 4193/11
4193/12 4193/14
4194/18 4194/19
4194/20 4195/16
4195/20 4195/20
4196/7 4198/2 4200/16
4201/9 4201/24 4202/3
4202/8 4204/4 4205/20
4205/21 4210/1 4213/1
4216/16 4216/17
4217/9 4217/11
4218/21 4219/18
4219/22 4219/22
4220/16 4220/22
4221/2 4221/11

4224/10 4224/17
4224/19 4225/14
4225/15 4226/14
4226/20 4227/2 4227/5
4227/6 4227/7 4227/15
4227/25 4228/13
4231/11 4233/17
4233/18 4235/2
4235/10 4236/5
4237/24 4240/3
4241/22 4242/16
4243/7 4245/19
4246/21 4247/9
4248/15 4271/13
4272/9 4273/19
4273/20 4273/22
4275/21 4275/21
4278/5 4278/9 4280/7
4281/6 4284/15
4287/20 4290/21
4291/4 4296/12
4296/22 4298/9
4303/10 4303/12
4305/8 4308/20
4311/17 4311/17
4312/10 4313/17
4315/5 4315/18
4318/18 4318/23
4321/5
**what's [14]** 4182/19
4183/4 4190/8 4193/15
4199/20 4200/16
4201/17 4204/25
4220/16 4225/12
4281/5 4294/16
4308/21 4321/9
**whatever [5]** 4219/15
4237/13 4237/13
4275/2 4304/23
**when [54]** 4188/7
4189/13 4191/7 4194/7
4199/4 4201/3 4214/2
4214/10 4215/23
4216/9 4216/23
4217/10 4218/22
4219/6 4221/17 4231/6
4233/10 4234/12
4234/13 4244/23
4245/2 4248/10
4248/14 4249/3
4249/25 4252/4
4270/15 4271/1 4272/1
4275/12 4276/11
4278/19 4279/2
4282/14 4289/13
4297/19 4300/2
4300/21 4301/4 4303/1
4303/2 4304/25 4305/3
4305/17 4309/21
4311/4 4311/18
4311/21 4312/19
4313/3 4316/23 4318/8
4319/10 4320/19
**where [51]** 4184/13
4184/18 4184/20
4186/5 4188/7 4190/24
4196/25 4197/9

4200/7 4201/9 4202/22
4210/1 4211/22 4212/7
4212/11 4217/1
4217/14 4223/10
4223/13 4224/15
4237/17 4241/23
4245/2 4245/22
4246/19 4246/20
4248/24 4271/10
4271/23 4274/24
4276/13 4279/6 4280/2
4286/4 4286/5 4286/14
4289/10 4290/6 4290/8
4292/17 4293/11
4297/25 4299/12
4302/6 4302/19 4303/6
4309/5 4313/1 4316/9
4316/17 4316/17
**Whereas [1]** 4202/13
**whether [11]** 4189/8
4191/24 4192/4 4194/2
4201/14 4203/23
4205/25 4218/8
4218/19 4298/17
4299/8
**which [24]** 4185/19
4186/13 4188/17
4190/23 4193/13
4193/25 4196/2
4196/19 4200/4 4201/4
4201/4 4202/8 4205/5
4205/7 4211/16 4212/4
4238/21 4246/7
4274/18 4284/13
4293/2 4306/1 4317/4
4319/15
**while [15]** 4184/1
4188/1 4209/20
4213/24 4217/15
4230/1 4248/20
4250/25 4251/14
4272/23 4295/10
4301/10 4304/11
4304/19 4320/15
**white [1]** 4308/8
**Whitney [1]** 4182/6
**who [36]** 4186/16
4188/10 4188/22
4189/7 4189/10
4189/19 4195/22
4196/23 4196/25
4197/10 4197/22
4199/18 4200/2 4213/9
4213/12 4215/8
4231/15 4237/5 4238/3
4241/17 4247/15
4273/4 4277/1 4278/17
4281/18 4284/25
4285/1 4285/3 4291/25
4292/24 4305/17
4307/11 4307/15
4307/24 4316/25
4317/17
**who's [5]** 4292/22
4307/18 4307/19
4310/24 4317/11
**whoever [2]** 4195/18
4197/13

**W**

whole [7] 4184/12
4203/23 4221/6 4228/9
4242/18 4242/19
4277/10
whose [1] 4299/7
why [15] 4193/13
4210/5 4210/19
4210/21 4215/6 4216/1
4244/1 4244/7 4244/9
4270/8 4296/18 4297/5
4298/2 4302/12
4317/16
will [23] 4184/11
4188/9 4191/19 4192/9
4194/3 4210/1 4226/7
4276/14 4281/13
4284/1 4285/21
4286/23 4287/12
4288/12 4289/3 4290/1
4293/5 4294/3 4296/21
4299/3 4301/18 4302/2
4302/3
William [4] 4177/16
4178/2 4323/2 4323/8
wish [1] 4181/25
within [1] 4197/5
without [5] 4186/25
4199/5 4207/20 4242/8
4247/2
witness [17] 4179/2
4205/22 4211/3 4221/8
4273/1 4287/7 4288/6
4288/22 4289/20
4290/25 4291/22
4293/19 4299/1
4303/22 4305/24
4313/16 4313/16
WITNESSES [1]
4179/4
won't [6] 4183/18
4184/8 4184/12
4193/20 4256/6
4272/13
wondering [2] 4298/1
4298/2
Woodward [5] 4177/2
4177/3 4181/15 4182/2
4205/24
word [1] 4195/10
worded [1] 4226/25
words [6] 4187/16
4187/18 4200/8
4200/18 4251/13
4278/6
work [7] 4197/24
4207/9 4229/18
4234/24 4235/25
4239/3 4241/5
worked [3] 4234/7
4238/21 4275/22
working [7] 4219/21
4233/6 4238/11
4239/15 4241/20
4244/23 4246/8
works [1] 4299/2
world [1] 4198/3
worse [3] 4227/8

worth [1] 4319/1
worthy [1] 4185/24
would [128] 4185/7
4185/9 4186/24
4188/18 4189/24
4190/11 4190/15
4192/7 4192/24 4193/2
4193/3 4193/4 4193/5
4194/8 4194/25
4196/10 4198/18
4199/1 4203/8 4204/5
4204/5 4204/21
4205/23 4206/13
4210/3 4215/9 4220/6
4222/4 4222/9 4225/23
4230/5 4230/10
4230/25 4234/25
4235/10 4235/13
4235/16 4238/24
4241/6 4242/3 4242/9
4243/13 4243/16
4246/2 4251/7 4251/9
4251/14 4270/22
4270/25 4271/12
4271/15 4271/20
4272/10 4272/21
4273/16 4273/16
4274/18 4275/4 4275/8
4275/9 4276/8 4277/14
4277/18 4279/7 4280/5
4280/13 4281/1 4283/2
4283/4 4283/7 4283/13
4286/14 4286/17
4286/25 4287/21
4288/3 4288/6 4288/9
4289/20 4289/23
4289/24 4290/7
4290/11 4290/24
4291/19 4291/21
4292/3 4292/7 4293/2
4293/16 4293/23
4293/23 4294/8
4294/20 4295/18
4295/23 4297/11
4298/25 4301/1
4301/11 4301/15
4301/24 4301/25
4302/22 4303/24
4305/14 4305/15
4306/1 4309/4 4309/18
4309/20 4309/23
4310/12 4312/2 4312/5
4313/17 4313/17
4314/1 4314/23 4315/1
4315/2 4315/7 4315/19
4318/17 4319/1 4319/3
4319/11 4319/13
wouldn't [5] 4243/20
4243/21 4283/16
4283/17 4283/21
write [2] 4194/6
4276/25
writing [1] 4194/4
written [5] 4186/25
4199/22 4200/14
4278/5 4278/9
wrong [2] 4212/21

wrote [1] 4277/1

**Y**

y'all [5] 4213/16
4214/22 4237/24
4244/1 4245/17
yeah [51] 4183/24
4185/2 4192/17
4196/12 4213/4
4219/11 4222/2 4230/2
4231/9 4237/13 4239/5
4239/5 4239/20
4241/17 4243/16
4245/6 4246/18 4251/7
4251/11 4251/19
4252/8 4275/2 4278/24
4288/20 4291/16
4292/1 4292/1 4294/9
4295/4 4295/9 4295/19
4295/21 4297/24
4298/3 4298/14
4301/12 4302/8
4302/10 4303/10
4304/8 4304/14
4304/19 4308/7
4308/14 4310/6 4310/8
4313/5 4315/6 4315/14
4316/9 4318/12
year [5] 4208/7
4220/19 4226/2
4237/19 4282/11
years [14] 4220/20
4223/21 4223/21
4224/24 4231/1
4249/22 4249/23
4249/23 4271/12
4271/17 4276/2 4276/3
4282/12 4316/16
years' [1] 4271/9
yelling [2] 4304/23
4308/20
yes [206]
yesterday [18] 4195/8
4209/22 4211/17
4223/3 4229/14 4230/6
4230/18 4232/2 4251/9
4276/12 4277/17
4278/7 4300/20
4303/24 4307/1
4319/15 4321/1 4321/5
yet [4] 4193/23 4303/5
4303/6 4311/11
you [783]
you know [2] 4185/21
4202/11
You'd [1] 4276/25
you'll [4] 4187/10
4206/2 4226/8 4296/10
you're [46] 4188/10
4191/3 4191/5 4191/5
4202/10 4205/14
4219/18 4219/21
4228/25 4245/3
4252/25 4271/11
4274/16 4282/15
4284/8 4285/13
4286/14 4286/21

4290/19 4291/25
4293/11 4295/7
4295/16 4295/17
4301/9 4301/10 4302/7
4302/12 4304/11
4305/13 4306/16
4310/6 4311/9 4311/10
4311/10 4311/21
4312/13 4312/25
4313/1 4313/7 4318/3
4319/14 4319/15
4320/2
you've [7] 4202/8
4207/24 4226/1 4226/4
4227/15 4275/14
4275/22
Young [1] 4274/15
your [156]
Your Honor [45]
4181/5 4182/3 4182/13
4182/24 4183/13
4183/15 4184/19
4185/16 4191/18
4199/22 4199/22
4200/25 4201/4 4202/6
4202/19 4204/7
4205/16 4207/2
4207/23 4208/1 4208/9
4209/15 4209/20
4210/8 4222/14 4223/4
4253/14 4270/10
4281/15 4286/23
4294/2 4294/21
4296/19 4297/7
4299/18 4299/19
4302/2 4304/1 4306/2
4312/17 4313/18
4316/4 4314/11
4322/10 4322/11
Your Honor's [4]
4195/25 4203/15
4204/9 4204/11
yourself [2] 4291/23
4300/25

**Z**

Zach [1] 4274/20
Zach Meggs [1]
4274/20
Zaremba [3] 4178/2
4323/2 4323/8
Zello [5] 4185/4
4199/21 4199/25
4201/10 4202/25
zones [1] 4250/7
zPARTYS [1] 4179/10
Zsusza [1] 4177/6