IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )      CR No. 22-15
                               )      Washington, D.C.
        vs.                    )      October 21, 2022
                               )      9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                               )      Day 16
            Defendants.        )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:          Phillip A. Linder
                                   BARRETT BRIGHT LASSITER LINDER
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 252-9900
                                   Email:
                                   phillip@thelinderfirm.com

                                   James Lee Bright
                                   3300 Oak Lawn Avenue
                                   Suite 700
                                   Dallas, TX 75219
                                   (214) 720-7777
                                   Email: jlbrightlaw@gmail.com

                                   Edward L. Tarpley, Jr.
                                   819 Johnston Street
                                   Alexandria, LA 71301
                                   (318) 487-1460
                                   Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:                Jonathan W. Crisp
                                   CRISP AND ASSOCIATES, LLC
                                   4031 North Front Street
                                   Harrisburg, PA 17110
                                   (717) 412-4676
                                   Email: jcrisp@crisplegal.com

4872

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                      Stanley Edmund Woodward, Jr.
                                  BRAND WOODWARD LAW
                                  1808 Park Road NW
                                  Washington, D.C. 20010
                                  (202) 996-7447
                                  Email:
                                  stanley@brandwoodwardlaw.com

                                  Juli Zsuzsa Haller
                                  LAW OFFICES OF JULIA HALLER
                                  601 Pennsylvania Avenue, NW
                                  Suite 900
                                  S. Building
                                  Washington, D.C. 20036
                                  (202) 352-2615
                                  Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                Bradford L. Geyer
                                  FormerFeds LLC
                                  2006 Berwick Drive
                                  Cinnaminson, NJ 08077
                                  (856) 607-5708
                                  Email:
                                  Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:               David William Fischer, Sr.
                                  FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
                                  Empire Towers, Suite 300
                                  Glen Burnie, MD 21061-3065
                                  (410) 787-0826
                                  Email:
                                  fischerandputzi@hotmail.com
```

4873

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES            DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

WHITNEY DREW              4875
WHITNEY DREW              4928
WHITNEY DREW              4983

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|---|---|
| KM43 | 4929 |
| KM44 | 4930 |
| KM45.1 | 4936 |
| KM45.2 | 4936 |
| KM45.3 | 4936 |
| KM46 | 4944 |
| KM47 | 4953 |
| KM48 | 4957 |
| KM49 | 4961 |
| KM50.1 THROUGH KM50.48 | 4964 |
| KM52 | 4973 |
| KM53 | 4973 |
| KM55 | 4995 |

```
1                    P R O C E E D I N G S
2              THE COURT:  Please remain seated, everyone.
3              (Discussion held off the record.)
4              COURTROOM DEPUTY:  Jury panel.
5              (Jury entered the courtroom.)
6              THE COURT:  All right.  Please be seated,
7    everyone.
8              Good morning, ladies and gentlemen.  It is good to
9    have you back with us.
10             Thank you for the early start.  As you know, today
11   will be a half-day since it is Friday, last day of the week.
12   And so let's get started.
13             Mr. Bright.
14             MR. BRIGHT:  Good morning.
15                        - - -
16   WHITNEY DREW, WITNESS FOR THE GOVERNMENT, HAVING BEEN
17   PREVIOUSLY SWORN  RESUMED THE STAND AND TESTIFIED FURTHER AS
18   FOLLOWS:
19                  CROSS-EXAMINATION (CONTINUED)
20                        - - -
21                        - - -
22   BY MR. BRIGHT:
23       Q    Good morning, Ms. Drew.  How are you today?
24       A    Good morning, sir.  I'm doing well.  How are you?
25       Q    I'm well.  Thank you.
```

1           I'm James Lee Bright.  I represent Mr. Rhodes,

2     along with co-counsel, Mr. Linder.

3           A     Okay.

4           Q     I've just got a series of some questions for you,

5     if I may?

6           A     Yes, sir.

7           Q     Your primary focus, if I understand it correctly,

8     in this case, has been basically analytics, looking at text

9     messages, Signal chats, videos, things like that, correct?

10          A     Analyzing and gathering evidence, yes.

11          Q     Have you been meeting with witnesses also or has

12    it been primarily focused on the digital kind of world?

13          A     I have been conducting interviews on behalf of the

14    FBI.

15          Q     Okay.  Have you met with any of the defendants in

16    this case that are here today?  Have you interviewed any of

17    them?

18          A     No.

19          Q     So from the perspective of the defendants, you

20    don't have, from your analysis --

21          A     I'm sorry.

22          Q     Yes?

23          A     I need to correct that.  I have met with one of

24    the defendants.

25          Q     Who's that?

1          THE COURT:  Can we talk about this, Mr. Bright?

2          (Bench conference)

3          THE COURT:  I'm going to ask you where you're

4    going with this.  I worry about the issues involving the

5    Fifth Amendment and what -- I don't know whether the FBI has

6    offered, whether any of these folks have invoked their

7    *Miranda* rights.

8          MR. BRIGHT:  I can more narrowly tailor it to

9    investigations regarding some people that I know factually

10   they have not met with.  I don't want to cross the Fifth

11   Amendment issues.

12         Mr. Rhodes in this case is intending to testify so

13   what I can ask her about his interactions with others on the

14   text messages, I don't think that's a problem.  Do you,

15   Your Honor?

16         THE COURT:  Certainly not interacting with the

17   text messages, but I thought you were getting into questions

18   about who they'd interviewed and not interviewed who's been

19   charged.

20         MR. BRIGHT:  And Mr. Crisp just clarified for me

21   that the one person that she would be speaking about would

22   be Jessica Watkins so I can stay away from any questions

23   regarding Ms. Watkins and her interactions with the FBI.

24         THE COURT:  Okay.  But then what's -- where are

25   you trying to go with asking questions about having met with

1    other defendants?

2           MR. BRIGHT:  Where that was going to go,

3    Your Honor, is -- and I can give an example to make it very

4    clear.

5           The text messages that she's looked at, that she's

6    analyzed, for example, where Whip and Mr. Rhodes are talking

7    about the need to get up people that are off mission back

8    together again.  The main issue is government has presented

9    that through Exhibit 1500, and very well-done, by the way,

10   is that it's an overt act, that it's some kind of

11   communication in support of getting people back "on mission"

12   to go into the Capitol Building and the reality is if you

13   look at that through a parallel lens, through a different

14   context, it's actually quite the opposite.  So that's what I

15   needed to flesh out with her, is the fact that there is a

16   separate context for which these things can be viewed.  And

17   since she does not know and has never interviewed either the

18   sender or the recipient of those, she doesn't have the full

19   context other than the manner in which the government's

20   selectively presented it.

21          THE COURT:  Here's my concern, okay?  I don't know

22   to what extent any -- whether -- who of these defendants has

23   spoken to the FBI.  I know Mr. Rhodes has.  I don't know

24   that I know about others.  I believe Ms. Watkins has but

25   I understand that's in the context of proffers.  I don't

1    know about the other defendants.

2          If you start asking questions all about whether

3    she has met with people to leave the impression that

4    these -- the FBI did not try to talk to them or -- that the

5    FBI did not try to talk to them, the government is going to

6    be able to say they invoked their Fifth Amendment right

7    against self-incrimination and I would much rather avoid

8    that.

9          I think you can get at the point you're making

10   without asking whether they interviewed the defendants.

11         MR. BRIGHT:  I can rephrase the question.  I just

12   merely ask she doesn't know the mindset of the sender or the

13   recipients.

14         THE COURT:  Fine.  That's okay.

15         (Open court)

16   BY MR. BRIGHT:

17   Q    All right.  Let me rephrase the question.

18   A    Sure.

19   Q    Your analysis was primarily what we first

20   discussed.  I'm not going to ask questions about who you

21   interviewed.  Let me retract that.

22         But would it be rational to say that merely in the

23   analysis of a series of text messages or Signal chats that

24   are going back and forth, that you do not know necessarily

25   the mindset of either the recipient or the sender of that

1    text, is that rational?

2         A    I just know the statements themselves.

3         Q    So actually, so if there is a text message or an

4    email or a Signal chat, you only know it in the vacuum

5    within which it exists that you analyzed it, correct?

6         A    With my eyes, yes.

7         Q    Okay.

8              So you would agree that the manner in which

9    Exhibit 1500, the montage, the long presentation yesterday,

10   the manner in which that was presented was interspersed

11   between communications among multiple defendants, correct?

12        A    Correct, it was a --

13        Q    Okay.

14             And as interspersed with those, there's also

15   different types of communications on different channels,

16   different formats, correct?

17        A    In the montage, yes.

18        Q    Yes.

19             And they were piecemeal picked out and put

20   together by someone other than yourself, correct?

21        A    They were compiled by someone other than me, yes.

22        Q    Okay.

23             And you did not create that presentation, correct?

24        A    No, I did not.

25        Q    You were shown that presentation before you

4881

1    testified yesterday, correct?

2        A    Correct, but I provided to the attorney team, the

3    prosecutors, videos, evidence, statements that I had

4    analyzed.

5        Q    Absolutely, and I expect that because you've been

6    working on this case since January 6th of 2021.

7             I apologize.  I apologize, Your Honor.  They're

8    trying to get some digital stuff corrected.

9             But you did not individually select the texts that

10   were included in yesterday's presentation, did you?

11       A    Individually, no.

12       Q    And you did not individually sit down and direct

13   the government or whoever created that video yesterday,

14   correct?

15       A    That's correct.

16       Q    You merely testified yesterday to the presentation

17   that the government created and the select texts, chats, and

18   Signal chats that they chose to bring out, correct?

19       A    Correct.

20       Q    Okay.

21            I'm going to show you what's previously been

22   admitted as part of 6137.

23            Do you see that on your screen, ma'am?

24       A    Yes.

25       Q    What is the time of that?

4882

```
1        A     That is 2:06 p.m.

2        Q     What kind of communication is that, ma'am?

3        A     That is a Signal message.

4        Q     What time is it again?

5        A     2:06 p.m.

6        Q     Okay.

7              And to your knowledge, at what point was the House

8   of Representatives, for lack of a better way of saying it,

9   unconvened, at what point do you recall, based on your

10  extensive investigation?

11       A     They were finally recessed around 2:29 p.m.

12       Q     Okay.

13             And Ms. Pelosi, to your understanding, was taken

14  out of the House at 2:14, correct?

15       A     I do not recall the exact time.

16       Q     If somebody had previously in this case testified

17  it was 2:14, would you agree that mostly likely was

18  accurate?

19             MR. NESTLER:  Objection.

20             THE COURT:  Sustained.

21  BY MR. BRIGHT:

22       Q     What's been marked as 6731, the time on that is

23  2:06:17 p.m.  That's a communication between Mr. Rhodes and

24  the "D.C. Op Jan. 6, 21" on a Signal chat, correct?

25       A     Correct.
```

4883

1     Q     Would you read that for us, please, ma'am.

2     A     "Whip, what's your location?  I'm trying to get to

3   you."

4     Q     Who is Whip?

5     A     Michael Greene.

6     Q     Based on your investigation in this case, what was

7   Michael Greene's detail on the day of January 6th?

8     A     He was the operational leader on the ground.

9     Q     And he was also in charge of some of the security

10   details on that date, correct?

11     A     I know him to be the operational leader on the

12   ground.

13     Q     He was also, based on your investigation, part of

14   security details, correct?

15     A     Sir, I'm not aware of Michael Greene's actions on

16   the ground prior to the video that I viewed.

17     Q     So you did not, as part of your investigation,

18   look into all of the details as to what the Oath Keepers

19   were doing prior to the videos that you reviewed?

20     A     Specifically from Michael Greene?

21     Q     Uh-huh.

22     A     I have reviewed text messages.  I don't have video

23   for him the entire morning of January 6th.

24     Q     Okay.

25           MR. BRIGHT:  I request permission to publish this

4884

1    text message to the jury, Your Honor.

2    BY MR. BRIGHT:

3        Q    All right.

4            So this is the beginning of 6731 in terms of the

5    communications directly between Mr. Rhodes via a Signal chat

6    on a larger group trying to locate Whip, correct?

7        A    A message from Mr. Rhodes to the "D.C. Op Jan 6,

8    '21" chat.

9        Q    Trying to locate Mr. Greene?

10       A    Yes.

11       Q    That would be an indication that he doesn't know

12   where he is?

13       A    Based on the message.

14       Q    Speaks for itself, right?

15       A    That's what it says.

16       Q    But, again, as we were talking about, without

17   context, other than how we read a text or a Signal chat, you

18   don't know the mindset of the sender or the recipient of

19   this message, is that fair and accurate?

20       A    Correct, I'm just reading the statement.

21       Q    So this is from Liberty.  Who were you able to

22   identify Liberty as?

23       A    Not one of the 31 members on the board.

24       Q    Okay.

25            So this is an outlier person that very well may

1    not even have been in D.C. on that day?

2         A    I am not -- I was not involved in the

3    identification of Liberty.

4         Q    Could you read this for me and tell what time this

5    was sent?

6         A    Yes.  It was sent at 2:07 p.m. to the

7    "D.C. Op Jan. 6, 21" Signal chat, and the text is "Patriots

8    in Capitol."

9         Q    Who are the patriots that are in the Capitol that

10   this would be referring to?

11        A    As I understand it --

12        Q    Please.

13        A    -- based off of prior messages and messages after

14   this from Mr. Rhodes and others in the "D.C. Jan. 6" chat,

15   the two parties are Antifa and patriots.  That is my

16   understanding.

17        Q    From your investigation, when they're telling us,

18   "Patriots are in the Capitol" -- I don't care about Antifa.

19             "Patriots in the Capitol," who would that be

20   referring to, from your investigation, please?

21        A    That would be the rioters.

22        Q    Okay.  But at 2:07p.m., that would not be any

23   Oath Keepers, correct?

24        A    As far as I'm aware, the Oath Keepers were not in

25   the Capitol at 2:07 p.m.

1      Q    So the term "patriots," in terms of the dating of

2   this text message or the Signal chat, excuse me,

3   I apologize, that's about 30 minutes prior to the alleged

4   entry of any of the Oath Keepers into the Rotunda;

5   is that correct, ma'am?

6      A    This is 30 minutes prior to the entry.

7      Q    So "patriots" used in this context is clearly not

8   referring to any of the Oath Keepers, correct?

9      A    At 2:07 p.m., sir, I cannot infer that.

10      Q    It would be an impossibility because there were no

11   Oath Keepers in the Rotunda at this time, correct?

12      A    Can you please repeat that.  I'm --

13      Q    The reference to patriots in the Capitol would be,

14   based on your investigation and your extensive discussion

15   yesterday, since there were no Oath Keepers in the building

16   till 2:36 to 2:39, it would be an impossibility that this

17   reference to patriots in the Capitol would be referring to

18   Oath Keepers, correct?

19      A    At 2:07, you're correct.

20      Q    Thank you.

21           MR. BRIGHT:  Request to publish to the jury,

22   please.

23   BY MR. BRIGHT:

24      Q    Could you read this next direct message from

25   Mr. Rhodes to Mr. Greene, please?

1    A    Yes.  At 2:13 p.m., Mr. Rhodes texts
2  Michael Greene, "Call me."
3    Q    Next message, please, ma'am.
4         Who's Whiplash on "D.C. Op Jan. 6, 21"?
5    A    That is Michael Greene.
6    Q    Okay.
7         So we're talking about them using multiple forms
8  of communication simultaneously; is that accurate?
9    A    Within minutes of each other, yes.
10    Q    Right.  Right.
11         Through the day.
12    A    Yes.
13    Q    Okay.
14         What is this time on this, ma'am?
15    A    2:15 p.m.
16    Q    And could you read to the jury what this says?
17    A    "From:  Whiplash to the 'D.C. Op Jan. 6, 21' chat.
18  We need to regroup any members who are not on mission."
19  Excuse me.
20    Q    Now, again, this was presented yesterday in
21  Exhibit 1500 by the government and inferred by the
22  government that this was an attempt to get people "back on
23  mission," correct?
24    A    I don't know if it was inferred, sir.
25    Q    It was specifically said, wasn't it, ma'am?

1        A    I don't recall specifically.

2        Q    Well, you said it.

3        A    Saying that -- I'm sorry.  Can you repeat what --

4        Q    You said it yesterday, that this was part of them

5   getting back on mission?

6        A    I never said "back on mission," as far as

7   I recall.

8        Q    This being sent by Whip, Michael Greene, in this

9   case, Whiplash, is a direct communication to the entirety of

10  this Signal chat, correct?

11       A    Yes.

12       Q    And this would include Mr. Rhodes, correct?

13       A    Yes.

14       Q    Okay.

15            And so removing the rhetoric and the bombast that

16  was interspersed throughout all of yesterday, standing

17  alone, this communication indicates a need to "regroup."

18            Is that accurate?

19       A    Correct.

20       Q    Now, that could -- the concept of regrouping, to a

21  rational person, could have more than one meaning; is that

22  accurate?

23       A    In everyday life?

24       Q    In everyday parlance.

25       A    Yes.

4889

1      Q      Okay.

2             And the concept of the mission in everyday

3      parlance, depending on the circumstances, could we

4      extrapolated to have different meanings; is that fair?

5      A      In everyday circumstances?

6      Q      Yes, ma'am:

7      A      Yes.

8      Q      So being that you've already admitted that without

9      context, knowing the mindset of the sender or the

10     recipients, you could not specifically testify to the exact

11     meaning of what this Signal chat was intended to do,

12     correct?

13     A      I can read the statement, and I can -- I can

14     compare it against the events on the ground --

15            MR. BRIGHT:  Objection; nonresponsive, Your Honor.

16            THE COURT:  Well, get on the phone because I think

17     it's a bit of an unfair question, but...

18            (Bench conference)

19            THE COURT:  It's an unfair question in the

20     following sense:  Because if the government asked her to

21     interpret what somebody was saying or thinking by sending

22     this, you all would have objected and I would have sustained

23     the objection.

24            So it's a little unfair to ask her, "You can't

25     tell us what they were thinking here, right?" because that's

1   not a question she ever could have answered in the first

2   place.

3           MR. BRIGHT:  I certainly understand the Court's

4   argument on that, and so perhaps maybe I can rephrase it in

5   the manner of just that it is open to interpretation

6   perhaps.

7           THE COURT:  I would ask her, I'd say, You would

8   need to -- or it's up to you.  You could say it's open to

9   interpretation or say the meaning of this would depend upon

10  the context in which the statement was made.

11          MR. BRIGHT:  I could do that, yes, sir.

12          (Open court)

13  BY MR. BRIGHT:

14      Q    Sorry, Ms. Drew.  Let me just rephrase that per

15  our discussion with the judge, and let me retract the prior

16  question.

17          It would be reasonable to suggest that the actual

18  intent of this would be more correctly interpreted based on

19  everything surrounding it, correct?

20      A    I'm sorry.  I didn't hear the last part.

21          THE COURT:  If you would just push the mic toward

22  you a little bit.  Your voice is a little soft.

23  BY MR. BRIGHT:

24      Q    It would be more reasonable to suggest that the

25  intent behind this could be taken -- would be more clearly

4891

1   elucidated based on the full context in which it was
2   intended to be, correct, based on the evidence?
3        A    I'm sorry, sir.  That was a little bit confusing
4   of a question to me.
5        Q    I'm not sure how to rephrase it from that.
6             The intent of this could be open to
7   interpretation, correct, based on the perceived mindset of
8   the individual sender and the recipient?
9        A    Could be, but, again, I'm just testifying to the
10  words on the screen.
11       Q    No, and I understand that.  I understand that.
12  But what is this communication, please, ma'am?
13       A    This is a Signal message sent several seconds
14  after the last message from Stewart Rhodes to
15  "D.C. Op Jan. 6 21" chat.
16       Q    Okay.  Could you read it for the jury, please,
17  ma'am?
18       A    Yes.
19            "I'm on the Supreme Court side of U.S. Capitol.
20  Whip or Landon, where are you?"
21       Q    Again, taken in context with the chats, the direct
22  messages that we are going through, all of which were
23  admitted yesterday -- and I'm just taking them in
24  chronological order now.  Is that reasonable?
25       A    Yes.

1     Q     Okay.

2           And really all I've done in this is -- and I think

3     you would agree, based on your review of the evidence, while

4     taking them in chronological order, all I've done is remove

5     the bombastic rhetoric that was interspersed within them.

6           Is that reasonable?

7     A     Sir, I've reviewed thousands of messages.  I'm not

8     sure what came after in a chronological order.

9     Q     But you did witness the entirety of the 1500

10    exhibit yesterday?

11    A     Yes.

12    Q     And you would agree that interspersed between

13    these messages that show individuals not knowing where they

14    are and trying to get back together, a lot of other stuff

15    was interspersed within it, correct?

16    A     Correct.

17    Q     What is this message here?  This is a direct

18    message, correct?

19    A     That is correct.

20    Q     And would this be an SMS?  Would this be a text

21    message?

22    A     That's correct.

23    Q     And you recovered this from Michael Greene's

24    phone; is that accurate?

25    A     No.  That's the T-Mobile search warrant return.

4893

```
1        Q     So whose phone was this from?

2        A     I'm sorry?

3        Q     Do you know who this was recovered from?

4        A     This was recovered from T-Mobile in the

5   search warrant return.

6        Q     Okay.  From whose phone?  Do you recall?

7        A     The sender?

8        Q     Yes, ma'am.

9        A     Is -- on the screen is Michael Greene, but this

10   came from the T-Mobile search warrant return.

11        Q     That appears when we're doing this in

12   chronological order.  Is it reasonable to suggest that this

13   appears to be a response to Mr. Rhodes' previous text

14   message saying, "Call me"?

15              What does this say?  What does Michael Greene say?

16        A     It says, "Went to vm."

17        Q     And the rational observer would suggest that that

18   probably meant that Michael Greene tried to call Mr. Rhodes?

19        A     I can agree to that, yes.

20        Q     Next message, please.

21              What is this?

22        A     This is a text message from Stewart Rhodes to

23   Kelly Meggs at 2:24 p.m.

24        Q     Could you read it for the jury, please.

25        A     Yes.
```

1          "Go to south side of U.S. Capitol."

2      Q     And yesterday you had the opportunity to testify

3  regarding some delays and some text messages that were

4  received; is that accurate?

5      A     Yes, this message, yes.

6      Q     Okay.  And that was specifically regarding

7  Kelly Meggs' phone; is that accurate?

8      A     The text message was recovered from

9  Stewart Rhodes' phone.

10     Q     I'm asking regarding the delay in the delivery of

11  the text messages that you referred to yesterday?

12     A     Yes.

13     Q     What time period do you recall testifying

14  yesterday that text messages had been delayed for before

15  they were received by the sender -- excuse me, by the

16  recipient?  I apologize.

17     A     I recall the delivered portion of the messages to

18  be around 6:50 p.m. --

19     Q     Okay.  So --

20     A     -- approximately.

21     Q     So roughly four and a half hours after this time

22  period would have been, based on the 2:24 sending?

23     A     Correct.

24     Q     Okay.

25          So did you have the opportunity in your

1    investigation to see that that pattern happened on other

2    text messages with other people?

3        A    I did not.

4        Q    Okay.

5            If one text message that has been selectively

6    given in evidence was delayed by five and a half hours, and

7    you've testified under oath about that, is it not also

8    reasonable that out of the thousands and thousands and

9    thousands of text messages, Signal chats, and emails, and

10   other stuff that you reviewed, that other messages were

11   delayed in their delivery?

12       A    I cannot answer that question.  I don't know

13   what's reasonable and I do not know -- no.

14       Q    Did you, in part of your investigation, not find

15   that these messages were delayed by hours according to what

16   you testified yesterday?

17       A    During my investigation, I was unaware of that

18   fact.

19           I became aware of that fact recently.

20       Q    Okay.  Fair enough.  Thank you.

21           You've recently become aware and you testified

22   yesterday that on some of these texts, there were hours and

23   hours of delay before they were received by the recipient,

24   correct?

25       A    The ones that I testified to yesterday, the two,

4896

```
 1    I believe there were.
 2         Q    What is this, ma'am?
 3         A    This is a text message from Stewart Rhodes to
 4    Kelly Meggs at 2:24 p.m.
 5         Q    Can you read up with it, please, ma'am?
 6         A    "That's where I am going, to link up with Whip."
 7         Q    Again, this was Stewart Rhodes' phone to
 8    Kelly Meggs, the one that you testified to yesterday was
 9    delayed by five and a half rough hours?
10         A    Yes, this and the preceding one.
11         Q    If it was delayed by five and a half hours, as
12    well as the previous text message, that means that there was
13    no text between Mr. Rhodes and Kelly Meggs that were
14    contemporaneously received at the time they were on the
15    Capitol, text messages, correct?
16         A    That Mr. -- I can tell that Mr. Meggs did not
17    receive until 6:50 p.m.
18         Q    What is this?
19         A    This is a text message from Michael Greene to
20    Stewart Rhodes at 2:24 p.m.
21         Q    Can you read it, please, ma'am?
22         A    Yes.  "By the trailers."
23         Q    What were the trailers?
24         A    The trailers were buildings that were on the
25    northwest portion of the Capitol.
```

1          MR. BRIGHT:  May I approach, Your Honor?

2    BY MR. BRIGHT:

3      Q    I'm going to show you what's been marked as

4    Government's Exhibit 1653.

5          THE COURT:  Maybe Mr. Woodward can help you.

6          MR. BRIGHT:  I'm sorry, sir.

7          THE COURT:  Maybe Mr. Woodward can help you.

8          MR. BRIGHT:  Well, I'm clearly not tech savvy if I

9    didn't even know there were lever arms on that.

10   BY MR. BRIGHT:

11     Q    Ms. Drew, could you be so kind as to show me,

12   based on the government's exhibit, where those trailers

13   would have been and what their purpose was based on your

14   investigation?

15     A    Yes.

16     Q    Please.

17     A    So this is the east side of the Capitol, this

18   would be the north, this is the west, the trailers were

19   located approximately in this location.

20     Q    Okay.  Fair enough.

21          And that would correlate based on what the

22   government had as a green dot yesterday at Exhibit 1500,

23   where Michael Greene was located when he was having these

24   messages with Mr. Rhodes, correct?

25     A    I believe the green dot was for Stewart Rhodes.

1    I did not testify to a dot with Mr. Greene.  It was a phone
2    call, like, icon.
3         Q    Right.  Okay.
4              So let me simplify this.
5              MR. BRIGHT:  May I approach again?
6              Running permission to approach briefly?
7              THE COURT:  Sure.
8              MR. BRIGHT:  Thank you, sir.
9    BY MR. BRIGHT:
10        Q    So if the trailers were roughly in here?
11        A    Right about there.
12        Q    That would be off of the grounds off of the
13   Capitol, correct?
14        A    Correct.
15        Q    What was the purpose of those trailers?
16        A    I don't recall.  I think that maybe for assisting
17   in the setup of the inauguration but I'm not 100 percent
18   sure.
19              I do recall that detail -- I'm not --
20        Q    Again, you would agree with me based on the
21   evidence presented yesterday, that Mr. Rhodes and Ms. Meggs
22   went back over in this direction on this top section,
23   correct?
24        A    Mr. Rhodes and Ms. SoRelle.
25        Q    Yes.

1    A    You said Ms. Meggs.

2    Q    Thank you for the correction.  I apologize.

3         Ms. SoRelle.  Thank you.

4    A    You're welcome.

5    Q    Just real briefly, yesterday you testified that

6  that was Mr. Rhodes' girlfriend, correct?

7    A    Correct.

8    Q    Now, you've had the opportunity on June 22nd,

9  2022, to previously testify under oath regarding

10  Ms. SoRelle, correct?

11    A    I believe so.

12    Q    Okay.

13         And at the time that you gave that sworn

14  testimony, there were members of this team there, correct?

15    A    Correct.

16    Q    You actually didn't refer to her at that time as

17  Mr. Rhodes' girlfriend, did you?

18    A    I don't recall.

19    Q    You referred to her as the lawyer for the

20  Oath Keepers; is that correct, ma'am?

21    A    I don't recall.

22         I don't recall what I referred to her at that

23  time.

24    Q    Would you disagree with me, knowing that I have

25  access to the previously sworn testimony, that under oath

1    you referred to Ms. SoRelle as the lawyer for the

2    Oath Keepers and not as his girlfriend?

3            MR. NESTLER:  Objection as to form.

4            THE COURT:  It's overruled.

5    BY MR. BRIGHT:

6        Q    Please.

7        A    Sir, I have not seen the transcript.

8        Q    You're aware of your own testimony?

9        A    Sir, that was in June.

10           THE COURT:  If you want to show her the transcript

11   at this point.  She can't remember.

12           THE WITNESS:  I would appreciate it.

13           MR. BRIGHT:  Understood.

14   BY MR. BRIGHT:

15       Q    So the text message that we have here directly

16   from Stewart Rhodes to Michael Greene, it says what?

17       A    The text message from Stewart Rhodes to

18   Michael Greene says, "On my way."

19       Q    Okay.

20           Now, if Michael Greene, based on the location of

21   the trailers, was down here, you would agree with me that

22   none of the evidence presented yesterday has Mr. Rhodes

23   going down to the trailers; is that correct?

24       A    None of the video evidence that I've been able to

25   view.

1      Q    And none of the evidence that you've had to

2  analyze and, again, your testimony, your investigation for

3  18 months, has any indication that Mr. Rhodes left the Hill

4  and went down to the trailers, is that accurate?

5      A    That's accurate, as far as I've viewed.

6      Q    Okay.  Next.

7           What is this that we've now presented still as a

8  continuing part of Government's Exhibit 6731?

9      A    This is a Signal message from Stewart Rhodes to

10 the "D.C. Op Jan. 6, 21" chat at 2:26 p.m.

11     Q    Okay.  Now, if it's to the "D.C. Op" chat, how

12 many people did that include based on your analysis?

13     A    Of the defendants at the table?

14     Q    No.

15     A    No.

16     Q    Total number of people on the "D.C. Op" chat.

17     A    I don't recall the total number on the "D.C. Op"

18 chat.

19     Q    Could you estimate for me?

20     A    I really would -- I don't want to estimate, sir.

21     Q    But it's fair to say that based on your analysis,

22 that this was not intended most likely as a direct message

23 to Michael Greene only, correct?

24     A    Sir, all I know is it's from Stewart Rhodes to the

25 "D.C. Op Jan. 6" chat.

1    Q    The D.C. Ops Jan. 6 chat included more people than

2    Michael Greene?

3    A    Correct.

4    Q    It included a good number of people?

5    A    Correct.

6    Q    Okay.

7         Would you read it for the jury, please.

8    A    Yes.  "Come to the south side of Capitol.  On

9    steps."

10   Q    Could you point to me where the south side of the

11   Capitol would be on the steps.

12   A    Yes.

13   Q    Please.

14   A    (Witness complied.)

15   Q    That's the south side, correct?

16   A    Correct.

17   Q    Now, based on your testimony and the evidence

18   elicited yesterday, this would be the general location where

19   you had indicated Mr. Caldwell had come from, correct?

20   A    Yes.

21   Q    And you've indicated that group 1 and group 2,

22   along with Dolan and Harrelson, all came in from this

23   general direction, correct?

24   A    To a restricted -- yes, in that general direction.

25   Q    I'm not worried if it's restricted or not.  I'm

1    asking about the location.

2         A    Okay.

3         Q    Okay.

4              So you had one group that brought in their golf

5    carts here, correct?  They came across, up these stairs and

6    around here, correct?

7         A    Correct.

8         Q    Dolan and Harrelson came in here and came in then

9    from that direction on this hill, correct, the small

10   Ellipse?

11        A    They came from here to the east.

12        Q    Absolutely they did.

13             And then the rest of the group came down this

14   street here and then around this grouping where other

15   counsel discussed with you barricades, whatever, I'm not

16   concerned about that.  But they came in here from here,

17   correct?

18        A    Correct.

19        Q    Nobody came in from the south side, did they?

20        A    Not that I'm aware of from the Oath Keepers, no.

21        Q    Okay.  Well, that's all I'm concerned about.

22             So based on your analysis and the videos that you

23   watched, did you ever see Mr. Rhodes on the south side of

24   the Capitol?

25        A    I did not, no.

1     Q    Next text message, please.

2          What is this?

3     A    This is a message from Stewart Rhodes to the

4    "D.C. Op Jan. 6, 21" Signal chat at 2:43 p.m.

5     Q    And what does it say, please.

6     A    "Come to south side.  Just left of dome."

7     Q    Again, based on your analysis of this case, the

8    video, everything that you've seen, Mr. Rhodes was never on

9    the south side of the Capitol, was he?

10    A    Based on my analysis, no.

11    Q    Okay.

12         Quite the contrary, Mr. Rhodes, the entire time,

13   was anywhere from here to there, entirety of the north side,

14   correct?

15    A    During this time, yes.

16    Q    Okay.

17         So the entire period of time that he supposedly is

18   getting people to come to the Capitol, he's not even giving

19   them accurate directions, is that reasonable?

20    A    I would say that's correct.

21    Q    Next text message, please.

22         What is this timing on this?

23    A    The time is 2:53 p.m.

24    Q    Could you read it for the jury, please?

25    A    Yes.

1            This is a Signal message from Stewart Rhodes to

2   the "D.C. Op Jan. 6, 21" chat.

3            "They started spraying pepper spray.  I moved

4   Kellye SoRelle to the left edge of back of U.S. Capitol."

5       Q    Left edge.  From your reading, what would that

6   indicate?  From your analysis, what would left edge be?

7       A    From where he's located -- where I know him to be

8   located at this point.

9       Q    Uh-huh.

10           And this would be 20 minutes after it's been

11  alleged and shown on video that Oath Keepers had entered the

12  Columbia doors, correct, 2:53 p.m.?

13      A    They entered 2:39 to 2:41.

14      Q    So roughly.

15      A    So 12 minutes.

16      Q    Where would your reading of this put Mr. Rhodes

17  and Ms. SoRelle?

18      A    Based on my review of video, at this time they

19  were approximately located on the northwest side of the

20  Capitol.

21      Q    Okay.

22           Next one.

23           This shows -- this one actually shows movement

24  consistent, finally, with the video that we know to exist,

25  correct?

4906

1        A      I'm sorry, sir?

2        Q      "Reflecting pool side.  Opposite of SCOTUS."

3   Where would that indicate to you that they are now?

4        A      The west side of the Capitol.

5        Q      Where is the reflecting pool?

6        A      The reflecting pool is on the west side of the

7   Capitol.

8        Q      Okay.  Could you point it out for me, please,

9   ma'am.

10       A      Right here.

11       Q      So the reflecting pool is how far -- from your

12  analysis and your investigation of this case, how far is the

13  reflecting pool from the west side of the Capitol?

14       A      I don't know.  I've never measured.

15       Q      Where's the SCOTUS?  What is SCOTUS?

16       A      Supreme Court of the United States.

17       Q      Can you point out where the Supreme Court is on

18  this?

19       A      Supreme Court would be down here on the east side.

20              MR. BRIGHT:  May I approach again, Your Honor?

21  BY MR. BRIGHT:

22       Q      This ellipse right here is actually in front

23  Supreme Court, correct?

24       A      Yes.

25       Q      The Library of Congress is on this way, right?

1    A    Correct.

2    Q    So if Mr. Stewart is by the reflecting pool in

3    front of the SCOTUS, that's actually a physical

4    impossibility; is that accurate?

5    A    I'm sorry?

6    Q    It's a physical impossibility to be in front of

7    the Supreme Court and also be on the reflecting pool side,

8    correct?

9    A    Correct, but he says "opposite the SCOTUS."

10    Q    And this finally says what?

11    A    "Walking back towards center of building.  Under

12    dome."

13    Q    Okay.

14         So if we presume, based on the analysis and the

15    videos, that Mr. Stewart was, in multiple text messages and

16    Signal chats, completely wrong about his own location but

17    based on the evidence, this would show that he finally is

18    moving from here to this rough location, is that fair and

19    accurate?

20    A    My analysis of the video shows he was never

21    located in front of the SCOTUS building at this time.

22    Q    So, again, he's completely wrong about his own

23    location.

24    A    Based on the video evidence I viewed.

25    Q    The general guiding his troops in the field has no

4908

1   idea where he is.

2          I mean, I'm just going with the evidence you gave

3   me.  And the evidence you gave me indicates that Mr. Rhodes

4   doesn't have a clue where he is; is that accurate and fair?

5          A    I would say so.

6          Q    Kind of hard to give guidance to your troops when

7   you don't know where you are?

8          A    That's your opinion, sir.

9          Q    Well, yesterday you testified that it was

10  unreasonable that Mr. Minuta and Ulrich would have had to

11  use some kind of map program to get their golf carts to the

12  edge of this very building.

13         A    I testified it was unreasonable?

14         Q    Yeah.  You said that wasn't something that they

15  needed to do.

16         A    No.  I said it was perfectly reasonable because my

17  experience that day --

18         Q    Thank you very much.  I appreciate you clearing

19  that.

20             It is perfectly reasonable that all these people

21  from out of town have no clue where they are?

22         A    I agree.

23         Q    So it's kind of hard to give guidance when you

24  don't have a clue where you are?

25         A    I would agree.

4909

1      Q      Okay.

2             It's kind of hard to give reasonable and rational

3      guidance as to locations and things to do and places to be

4      when you don't even know where you are.

5      A      Reasonable and rational, yes.

6      Q      Thank you.  Next.

7             I'm going to show you this, again, what's part

8      of 6731.

9             What is this?

10     A      This is a Signal message from Stewart Rhodes to

11     the "D.C. Op Jan. 6, 21" Signal chat.

12     Q      Read it for the jury, please, ma'am.

13     A      "Trump better do his damn duty."

14     Q      Based on your extensive research of this case,

15     what is this referring to?

16     A      From my understanding of previous statements of

17     Mr. Rhodes, this would refer to invoking the

18     Insurrection Act.

19     Q      Have you had the opportunity to do any research

20     regarding the underlying act that Mr. Rhodes was hoping the

21     President would invoke?

22     A      I have not.

23     Q      Fair enough.  That's reasonable.

24             Are you aware of a QRF?  Do you know what a QRF

25     is?  From your years in the military and military

4910

```
 1   intelligence, MI, and based on your years -- that's not
 2   it -- being an FBI agent -- and, by the way, congratulations
 3   on your new one.
 4        A    Thank you.  Appreciate it.
 5        Q    I've got four.  They're waiting for me at home.
 6   My wife is waiting for me at home.
 7        A    I'm sure.
 8        Q    So based on your analysis and your history in the
 9   military and all that, are you familiar with the concept of
10   what a QRF is?
11        A    Yes.
12        Q    Could you define what a QRF is, please, ma'am?
13        A    Yes.
14             QRF is an acronym for Quick Reaction Force.  I've
15   also heard Quick Response Force.
16        Q    Okay.
17        A    It is a ready reserve of individuals that are
18   prepared to deploy at the commander's orders to any
19   developing situation that the commander deems necessary.
20        Q    Thank you.
21             It's the best definition anyone's given us so far.
22   Truly, it is.
23             But it's a reaction force, correct?
24        A    Yes.
25        Q    It's meant to be called in, correct?
```

1    A    Yes.

2    Q    Now, in the 18 months that you've been on this

3  case, have you seen a single text message, a single chat, a

4  single email, or anything of any sort at all that would

5  indicate that on January 6th, the QRFs that were stationed

6  in Virginia were called in?

7    A    Were called in, no.

8    Q    Okay.

9         So you would agree with me then that in terms of

10 direct action, they had zero interplay in this case at all?

11   A    I'm sorry.  You mean direct action --

12   Q    They had zero interplay in the events that we're

13 talking about on January 6th.  They stayed in Virginia.

14   A    Is that what you mean by "interplay," sir?

15   Q    Yes, it is, ma'am.

16   A    Based on my analysis, they did remain in Virginia.

17   Q    Well, what is this that you're now seeing?

18        MR. BRIGHT:  Was this published the jury?

19        COURTROOM DEPUTY:  Which exhibit number is this?

20        MR. BRIGHT:  This is still the continuing slide

21 messages of 6731.  All of these are from what's already been

22 admitted under 6731.

23 BY MR. BRIGHT:

24   Q    Could you read this to jury, please.

25   A    Yes.  This is a Signal message from Ed Vallejo to

1    "D.C. Op. Jan. 6 21."

2              "Vallejo:  Back at hotel and outfitted.  Have 2

3    trucks available.  Let me know how I can assist."

4        Q    No one responded to him, did they?

5        A    I don't recall a direct response.

6        Q    As matter of -- so this is, if I accept the

7    timeline of 2:36 for the entry of the first Oath Keeper into

8    the Rotunda through the Columbia doors, this would be

9    12 minutes prior, correct?

10       A    They entered 2:39, so --

11       Q    So even longer?

12       A    Yes.

13       Q    Right.  Fifteen minutes?

14       A    Correct.

15       Q    Ed Vallejo was willing to be the fourth-quarter

16   quarterback and bring in the QRFs, and he offers to do so to

17   the large "D.C. Op Jan. 6, 21," correct?

18       A    Correct.

19       Q    And nobody responds to him at all, correct?

20       A    From my recollection, correct.

21       Q    Next slide, please.

22            What is this?

23       A    This is a message from Ed Vallejo to the

24   "D.C. Op. Jan. 6 21" chat at 2:38 p.m.

25       Q    One minute, roughly, if not just seconds, based on

1    2:38:51, from the head of one of the QRFs, correct?

2        A    The Arizona QRF, yes.

3        Q    Yeah, and they were in the Comfort Inn in Vienna,

4    Virginia; is that accurate?

5        A    It was Ballston, Virginia, but, yes.

6        Q    Okay.  What's distance for that?

7        A    I believe Mr. Caldwell said it was 6.8 miles.

8        Q    And based on what you testified to with

9    Mr. Fischer yesterday, there were roads coming into D.C.

10   that were actually closed?

11       A    Based on my experience coming in around

12   3:00 p.m., yes.

13       Q    Okay.  And so based on your experience coming in

14   and your knowledge of the day of January 26th [sic], if

15   there was even a rational ability for Mr. Vallejo to get in

16   one of his two trucks and get to the Capitol Building, what

17   would the time have been?

18       A    I -- I have -- I have no idea.

19            I was -- I did not use --

20       Q    Hours?

21       A    -- any of those routes.  I came a different way,

22   so I couldn't tell you, sir.

23       Q    Appreciate it.

24            But you were on the ground on January 6th.

25       A    I was.

4914

```
1        Q    So is it rational to say that even if Mr. Vallejo
2   had been taken up on his offer, it could have been hours
3   before he could have gotten to the Capitol Building?
4        A    It could have been minutes.  It could have been
5   hours.  I can't testify to how long it would have taken him
6   to get in.
7        Q    I've been living in D.C. for a month now, and I
8   can promise you it wasn't minutes?
9        A    30 minutes, 40 minutes, somewhere.  I --
10       Q    All right.  Now we're talking on the same page.
11            You're now telling me it would be 30 minutes, 40
12  minutes, right?
13       A    Minutes to hours.
14       Q    Now, I Uber into the city every day, and I get
15  here at 7:30.  It takes me 30 minutes.
16       A    Yes, sir.
17       Q    All right.
18            So what does this message say from Ed Vallejo on
19  January 6th, 2:38:51 p.m.?
20       A    It says, "QRF standing by at hotel.  Just say the
21  word..."
22       Q    "Just say the word..."
23            He's waiting on an instruction; is that accurate?
24       A    He's waiting on the word.
25       Q    Does he get word?
```

1      A    As far as I was aware by the review of messages,

2   no.

3      Q    The field general, again, has the opportunity to

4   reach out to his QRF, the specter that's been played in this

5   case for 18 months.  And, again, the head of the Arizona QRF

6   doesn't even get a response at the height of the first time

7   in 219 years that the Rotunda is breached?

8          Accurate?

9      A    From my review of the evidence, there's no

10  message.

11     Q    So the culmination of 219 years of the Rotunda not

12  being breached happened for the first time on January 6th,

13  2021, correct?

14     A    As far as I'm aware.

15     Q    Okay.  Well, I mean, we can talk history, but you

16  would agree with me that's probably true since the War of

17  1812?

18     A    Okay.  I don't recall history.

19     Q    That's okay.

20          So the biggest event in years?

21     A    Yes.

22     Q    As the government's alleged, the general is

23  surveying his troops from the battlefield, he has a QRF at

24  the culmination of this, Mr. Vallejo is chomping at the bit

25  to bring the weapons into D.C. and not only does he not do

4916

```
 1   it, no one responds to him, correct?

 2        A    I have seen no response.

 3        Q    Next slide, please.

 4             I'll move on then.

 5             Just to close out on Edward Vallejo, he indicated

 6   that he had two trucks to bring into D.C., correct?

 7        A    Correct.

 8        Q    And are you aware who theoretically it would have

 9   been bringing them into the District with him was?

10        A    Yes.

11        Q    Who was the other person?

12        A    From Arizona?

13        Q    Yes, ma'am.

14        A    Mr. Todd Kandaris.

15        Q    He indicated in that text message that he had two

16   trucks to bring in, correct?

17        A    Correct.

18        Q    And you're aware he actually lost one of the

19   trucks, correct?

20        A    I recall that -- from my recollection it was on

21   the 5th, but I'm not 100 percent sure.

22        Q    So he lost a truck.  It was intended to be a QRF,

23   correct?

24        A    Well, he said he had two trucks available on the

25   6th.
```

1     Q    I understood.  But you're aware, through your

2   review of the evidence, that Mr. Vallejo actually lost one

3   of the two trucks, correct?

4     A    I believe it was on the 5th, yes.

5     Q    Okay.

6          So, again, we're presented with rhetoric and

7   bombast and an incapability of even doing what he says he's

8   willing to do, because he doesn't even have two trucks?

9     A    Sir, he said he had two trucks.

10    Q    A lot was said in this case, would you agree with

11  me?

12    A    There are a lot of statements, yes.

13    Q    Uh-huh, a lot of inaccurate statements.  We just

14  walked through a dozen of them when Mr. Rhodes didn't even

15  know where he was, correct?

16    A    Correct.

17    Q    Okay.  Thank you.

18         Let's talk about the Zello chat.

19    A    Okay.

20    Q    Other than Ms. Watkins, there were two supposed

21  Oath Keepers that were even involved in that chat based on

22  your investigation, correct?

23    A    Correct.

24    Q    Who were those two, please?

25    A    It was Dodd Koehler and Holden Haney.

1    Q    And what were their Zello chat names?

2    A    Freedom Dozer 91 and Airborne America IL.

3    Q    Where were they located to your knowledge at the

4    time that that Zello chat was occurring?

5    A    I was not part of the investigation of to where

6    they were physically located at that time.

7    Q    So you don't know where those two other

8    Oath Keepers were even located when they were part of this

9    now infamous Zello chat, correct?

10    A    I personally do not recall.

11    Q    They weren't in D.C., were they?

12    A    I personally do not recall where they were.

13    Q    Do you know whether any of the participants of

14    that Zello chat were located besides Jessica Watkins?

15    A    I personally do not recall.  No, I don't know

16    where any of them were.

17    Q    You are aware, though, including Commander 1, that

18    these, to a good part, were individuals watching TV and

19    relaying back and forth what they were watching from outside

20    the District, correct?

21    A    Based on their own statements about what they were

22    seeing on the news, I do recall those statements.

23    Q    So to your direct knowledge, the only participant

24    of that chat relaying information, receiving information

25    that was an Oath Keeper was Jessica Watkins?

1    A    On the ground, yes.

2    Q    Okay.

3        Part of your investigation, it was actually one of

4  the very initial slides in Exhibit 1500 presented by

5  Mr. Nestler yesterday, you had the opportunity to

6  investigate the names of individual defendants and people

7  you were looking at and what their Zello chat names were,

8  correct?

9    A    Correct.

10    Q    And you were able to identify that Mr. Rhodes had

11  a Zello chat name, correct?

12    A    Correct.

13    Q    What was his Zello chat name?

14    A    Stewart Rhodes.

15    Q    Wasn't hiding it, was he?

16    A    No, sir.

17    Q    Okay.

18        And he wasn't on that Zello chat, was he?

19    A    According to his channel log, no.

20    Q    Okay.

21        So that was a line of communication that was

22  ongoing by another defendant that Mr. Rhodes was not a part

23  of at all, correct?

24    A    According to the channel logs, that -- correct.

25    Q    Based on your investigation?

4920

1      A      According to the channel logs, correct.

2             MR. BRIGHT:  With the Court's indulgence, one

3      moment, please, sir.

4      BY MR. BRIGHT:

5      Q      Based on your investigation, and this will kind of

6      be what I want to clarify and then we'll sum up, you have

7      watched how many hours of videos, would you say, hundreds?

8      A      Hundreds.

9      Q      And you've had the opportunity to review tens of

10     thousands of direct messages, Signal chats, and others,

11     correct?

12     A      Correct.

13     Q      And you would agree with me, and it's been

14     previously testified to by another FBI agent, that if I were

15     to print out the full number of, say, the top ten chats on

16     Signal, that, from your experience, would you agree that

17     that could be 5,000-plus pages, if not more?

18     A      Print out in an Excel, probably thousands,

19     I'm not sure how many thousands but...

20     Q      But you've read through all of them?

21     A      I've read through a significant number of them.

22     Q      Okay.

23            And at no point is there a direct communication

24     giving an order to storm the Capitol, correct?

25     A      In the message content, no.

1        Q      10,000 pages, maybe more?

2        A      In the thousands of messages I've read, no.

3        Q      Signal chats?

4        A      In the thousands of Signal chats I've read, no.

5        Q      Emails?

6        A      Emails, no.

7        Q      Okay.

8               In your investigation, and let's center on the

9    hour or two before we cut off, I think, what 3:46

10   yesterday -- 3:30, okay?

11              MR. NESTLER:  3:30.

12   BY MR. BRIGHT:

13       Q      Stopping per the testimony you gave yesterday at

14   3:30 p.m., again, just to reiterate, other than giving

15   directions, other than rhetoric and bombast, which many

16   people might find highly inappropriate, you did not find any

17   direct orders from Mr. Rhodes to do what we watched on that

18   video yesterday, correct?

19       A      In all of these text messages and Signal messages,

20   I did not see an order from Mr. Rhodes.

21       Q      To do any of what we witnessed yesterday, correct?

22       A      Pertaining to?

23       Q      Entering the Rotunda, going into the Capitol and

24   doing what we witnessed on video yesterday.  Just to

25   clarify, as you already have stated, there were no order

1    that you found to do such, correct?

2        A    Directing -- no, no.  There's a phone call.

3        Q    Now, did Mr. Rhodes go in through the Rotunda?

4        A    No.

5        Q    Did Mr. Rhodes have a bullhorn out front barking

6    orders to anybody?

7        A    Not that I'm aware.

8        Q    Okay.

9             Did Mr. Rhodes, to your knowledge, tear down any

10   barricades?

11       A    Not that I'm aware.

12       Q    To your knowledge, and you should know this above

13   all people, where was Mr. Rhodes located an hour and a half

14   before the rioters started approaching the Hill?

15       A    Hour and a half before.

16            What time, approximately, sir?

17       Q    Well, if the Rotunda was breached by an

18   Oath Keeper at 2:39 p.m., let's talk about where he was at

19   1:00 p.m.  Where was Mr. Rhodes at 1:00 p.m. based on your

20   investigation?

21       A    I know from interviews I've conducted and what

22   I've been told --

23       Q    Uh-huh?

24       A    That he was not located on Capitol Grounds at that

25   time.

```
1        Q     Where was he located at 1:00 p.m. based on your
2   investigation?
3        A     Sir, it's just what I've heard from another
4   witness.
5              MR. NESTLER:  Objection; calls for hearsay.
6              THE COURT:  Sustained.
7   BY MR. BRIGHT:
8        Q     Based on your investigation, you have knowledge
9   that Mr. Rhodes was not on the Hill at 1:00 p.m., correct?
10             MR. NESTLER:  Objection; calls for hearsay.
11             THE COURT:  Sustained.
12  BY MR. BRIGHT:
13       Q     Did you have the opportunity to review videos --
14  well, let me make it easier for you.
15             What time in the day of January 6th, when you were
16  investigating, like what time period did you start looking
17  at videos?  Like where would you say, 1:30, 2:00, 2:30, what
18  was it?
19       A     I believe around noon.
20       Q     Okay.
21             So at noon, now that -- I appreciate the
22  government objecting because now we're going to back another
23  hour.
24             Instead of 1:00, let's go back to noon.
25             Based on your review of videos, evidence that you
```

1    have personally had part of your investigation, was

2    Mr. Rhodes on the Hill at noon?

3        A    From the video footage that I've viewed, no.

4        Q    How many cameras are on that building?

5        A    I don't know.

6            I couldn't guess.  Dozens.

7            MR. BRIGHT:  May I approach, Your Honor?

8    BY MR. BRIGHT:

9        Q    Based on what my investigation and what we've been

10   given, there's cameras here, here, here, here, here, above,

11   above, above, above, above.  They actually ring the entire

12   Capitol, correct?

13       A    Correct.

14       Q    And you have access to videos from here, correct?

15       A    Correct, in that general area.

16       Q    Okay.  You have access, as part of your

17   investigation, to cell phone video that's been turned over

18   to you, correct?

19       A    Correct.

20       Q    And that has been in the hundreds, correct?

21       A    Of cell phone videos, yes.

22       Q    Okay.

23            So now, instead of starting at 1:00, let's go back

24   to noon.

25            Based on the hundreds of videos available at noon,

4925

1   was Mr. Rhodes on the Capitol Hill at noon on January 6th?

2       A    Not to my knowledge.

3       Q    Based on your investigation, was Mr. Rhodes on

4   Capitol Hill at 1:00 p.m.?

5       A    Not to my knowledge.

6       Q    Based on your investigation, was Mr. Rhodes on

7   Capitol Hill at 2:00 p.m.?

8       A    Not to my knowledge.

9       Q    Based on your investigation, isn't it true that

10  Mr. Rhodes wasn't on Capitol Hill at all when the initial

11  breach on the west side occurred?

12      A    He was -- he entered Capitol Grounds at

13  approximately 2:12 p.m.  And I understand the initial breach

14  of the Capitol to be approximately 2:13 p.m.

15      Q    Okay.

16           What time, based on your investigation, were the

17  mass crowds starting to push up on the west side?

18      A    I believe shortly before 1:00 p.m.

19      Q    And based on your investigation, what direction

20  did Mr. Rhodes approach Capitol Hill from?

21      A    He approached from the north, northeast side.

22      Q    So down kind of towards that area to the north

23  side of where the Supreme Court was?

24      A    North, northeast, yes.

25      Q    Okay.

1          And based on your investigation, what event was

2     occurring just to the north of the Supreme Court on that

3     day?

4     A    I only know from what I was told by a witness what

5     was going on at that location.

6     Q    Okay.

7          I won't ask that because that's hearsay.

8     A    Yes, sir.

9     Q    And Mr. Nestler will object.

10         But I'll ask it in a different way.

11    A    Okay.

12    Q    Are you aware, based on your investigation, that

13    there were multiple permitted events taking place in D.C. on

14    that day?

15    A    Yes.

16    Q    Okay.

17         And are you aware that there were multiple

18    permitted events, not just in D.C., but around the Capitol

19    on that day?

20    A    I am aware.

21    Q    And are you aware that on the north side of the

22    Supreme Court, there was a permitted event?

23    A    Other than what I've been told by a witness.

24    Q    Are you aware that Mr. Rhodes had been an invited

25    speaker at an event on the north side of the Supreme Court

1    on that very day?

2            Based on your investigation.  You've seen videos.

3    A    I have not seen a video of Mr. Rhodes speaking at

4    an event prior to --

5    Q    Are you aware that he was an invited speaker at an

6    event on that day?

7    A    I'm trying to recall where I have this knowledge

8    from.

9    Q    Yes, ma'am.

10   A    And I believe it's from a witness.

11   Q    Okay.

12           How about just yes or no?

13   A    I don't want to introduce hearsay, sir.

14   Q    Well, let them object to that.  That's his job.

15           Yes or no?

16   A    Yes.

17   Q    Okay.

18           If Mr. Rhodes was at a speaker -- was an invited

19   speaker at an event and this is the Supreme Court and that

20   event was permitted here, what logical direction would

21   Mr. Rhodes be coming from if he was approaching the

22   Capitol Building?

23   A    He would be coming from the north, northeast

24   direction.

25   Q    The logical direction you witnessed him coming

```
 1   from?
 2        A    Yes.
 3        Q    After the melee had already started, correct, on
 4   the west side?  You just testified to that.
 5        A    The barriers being taken down, yes.
 6        Q    And that would have been -- I'll withdraw that
 7   question.
 8             MR. BRIGHT:  I'd rest, Your Honor.  Pass the
 9   witness.
10             THE COURT:  Okay.  Thank you, Mr. Bright.
11             Okay.  Mr. Woodward.
12                            -  -  -
13                     CROSS-EXAMINATION
14   BY MR. WOODWARD:
15        Q    Good morning, ma'am.
16        A    Good morning, sir.
17        Q    My name is Stanley Woodward, and along with my
18   co-counsel, Julia Haller, we represent Kelly Meggs.
19             I would like to start by showing just the witness.
20             Do you recognize that?
21        A    Yes.
22        Q    And could you tell us what that is?
23        A    That is the state flag of Virginia.
24             MR. WOODWARD:  Without objection, we would seek to
25   move this image in as KM Exhibit 43.
```

 1          THE COURT:  KM43 will be admitted.

 2                              (Defendant's Exhibit KM43
                                 received into evidence.)
 3

 4          MR. WOODWARD:  If we could publish to the jury.

 5     BY MR. WOODWARD:

 6     Q     Do you see the phrase at the bottom of the state

 7     flag in Virginia?

 8     A     Yes.

 9     Q     What phrase is that?

10     A     "Sic semper tyrannis."

11     Q     Would you have any reason to disagree that that

12     phrase has adorned the state flag of Virginia for hundreds

13     of years?

14     A     I don't disagree with that.

15     Q     Let's pause for dramatic effect.

16          THE COURT:  Mr. Woodward, please.

17          MR. WOODWARD:  Just me, Mr. Douyon.

18          If we could show the witness what I will mark as

19     KM Exhibit 44.

20     BY MR. WOODWARD:

21     Q     Agent, you testified with respect to a number of

22     text messages, chats, Facebook posts yesterday?

23     A     Yes.

24     Q     I believe that, without objection, we can move

25     this presentation in as KM44.  It does not include anything

4930

1    after 3:30 per our discussion.

2              If we -- will it be admitted?

3              THE COURT:  If there's no objection, yes, KM44 is

4    admitted.

5                                  (Defendant's Exhibit KM44
                                   received into evidence.)
6

7              MR. WOODWARD:  If we could publish to the jury.

8    BY MR. WOODWARD:

9        Q    Now, ma'am, you read a number of slides to the

10   jury yesterday.  I won't ask you to do it again today, but

11   I will ask you to reiterate that you did not select the

12   slides that you read to the jury, correct?

13       A    Correct.

14       Q    Who selected those slides?

15       A    The prosecutors.

16       Q    Is this one of the messages that you read to the

17   jury yesterday?

18       A    Yes.

19       Q    But you didn't read this message to the jury

20   yesterday.  Could you read it now?

21       A    Yes.  This is a Signal message to the

22   "D.C. Op Jan. 6th 21" chat at 6:29:04 a.m. on January 6th.

23              "3 inches.  But they also have an ordinance,

24   anything deemed lethal or grievous bodily injury is

25   illegal."

4931

1       Q    And that is sent in response to Mr. Vallejo's

2    question about what the D.C. blade length rule is.

3       A    It appears two minutes later.  Yes, I would agree

4    to that.

5       Q    You recall reading Mr. Rhodes' response yesterday?

6       A    Yes.

7       Q    But, again, not Sydi Kontrol Kirk's response?

8       A    I did not read this yesterday, no.

9       Q    Do you recall reading Mr. Rhodes' message depicted

10   here, that Mr. Siekerman is sick and won't be able to make

11   it?

12      A    I do recall.

13      Q    But you didn't read for Meggs' text about the

14   Washington Monument?

15      A    No.

16      Q    He writes, "The Washington Monument is surrounded

17   with the lion completely wrapped," presumably meaning

18   "line"?

19      A    I did not read this message, no.

20      Q    You did read Mr. Rhodes' message about

21   flashlights?

22      A    I did.

23      Q    And about gloves?

24      A    Yes.

25      Q    But not about armbands.  Could you read this for

1    us, please?

2        A     Yes.  This is a message from Stewart Rhodes to the

3    "D.C. Op Jan. 6, 21" chat on January 6th at 6:45 a.m.

4              "ALCON, use a blue armband, i.e., blue duct tape,

5    today on your upper right arm to designate you are an

6    Oath Keeper.  That's the color of the day."

7        Q     Do you know what ALCON stands for?

8        A     All concerned.

9        Q     All concerned.

10             So Mr. Bright asked you a number of times about

11   whether Mr. Rhodes had sent messages to his group.  Clearly,

12   he knew how to send a message to his group, from this text

13   message.

14             He continues.  If you could read that for us,

15   please.

16       A     Yes.  This is, again, at 6:45.

17             "If you are medical, also wear a red armband (red

18   duct tape) below the blue so we can easily see who is

19   medical.  Bring any and all medical gear you have."

20       Q     And you did not read the response from someone

21   named Declan, who writes, "Thanks."

22       A     I did not read this message.

23       Q     Do you know Edward Durfee is?

24       A     I do.

25       Q     What does he write at 7:00 a.m. on January 6th?

4933

1       A       "NJT at Union Sta.  Need RP."

2       Q       Do you know what Union Sta. is?

3       A       Union Station, I believe to be.

4       Q       And RP?

5       A       Rally point.

6       Q       Does Ms. Watkins respond?

7       A       Can you please, just --

8       Q       What does she say?

9       A       I don't know the time of the first message, but --

10      Q       Oh, sure.

11      A       7:13, too.

12              She responds later, "We are in front of the TV by

13      the street in front of the Washington Monument.  They're not

14      letting us in to run the detail.  Also, Secret Service says

15      no gear allowed."

16      Q       Do you know -- would you have any reason to

17      disagree that she is referring to the event on The Ellipse

18      that was occurring on January 6th?

19      A       I would not disagree with that.

20      Q       So you didn't read this message to the jury

21      yesterday?

22      A       I did not.

23      Q       But as part of your investigation, you did become

24      aware that the Oath Keepers had come to Washington, D.C., to

25      provide a security detail at that event?

4934

1        A    At the event?  I'm not sure if it was at the

2   event, but I am aware that there was discussion about

3   security details that morning.

4        Q    More than a discussion?

5        A    I'm aware -- I did not -- I have not seen any

6   video of any security detail that morning from the rally.

7        Q    Do you have any reason to doubt that the

8   Oath Keepers provided security on the morning of

9   January 6th?

10       A    Based off of their message content, I have no

11   reason to doubt that they provided security details

12   on the 6th.

13       Q    All right.  So your testimony today is that they

14   provided a security detail on the morning of January 6th?

15       A    Yes, sometime on January 6th.

16       Q    Okay.

17            And this message, do you recall seeing this

18   message in your investigation?  Could you read it for us,

19   please?

20       A    Jessica Watkins to "D.C. Op Jan. 6, 21" at

21   7:39 a.m. on January 6th.

22            "Event staff won't let us in without passes."

23       Q    All right.

24            So Ms. Watkins is advising the "D.C. Op" chat,

25   correct?

1        A      Correct.

2        Q      That the event staff won't let members of the

3   Oath Keepers into the event without passes, correct?

4        A      That's what the statement says.

5        Q      That the Secret Service won't let members of the

6   Oath Keepers into the event with their gear, correct?

7        A      That's the previous message, yes.

8        Q      And as part of your investigation, did you come to

9   learn that those that went into that event, they removed

10  their gear?

11       A      Yes, they did.

12       Q      Leaving an Oath Keeper behind to watch over the

13  gear?

14       A      Yes.

15       Q      And yesterday you testified about how Mr. Meggs

16  had apparently changed from wearing a hat to a helmet?

17       A      Yes, on the north side of the Capitol.

18       Q      And the helmet was, you said, maybe Kevlar, you

19  weren't sure?

20       A      It's a helmet, that's all I can say.

21       Q      Okay.

22              Now, Whiplash responds.  Could you read that for

23  us, please?

24       A      Yes.  "Whiplash to the "D.C. Op Jan. 6, 21" at

25  7:42 a.m.  RP, I behind the state capital teams from last

1    night.  Will start getting there at 9:30 or 10."

2        Q    Last night, do you know what that's in reference

3    to?

4        A    I am aware from my investigation and a lot of

5    messages and photo and video that the Oath Keepers were on

6    Capitol Grounds the night of the 5th at rallies and events.

7    I think it was speakers, not a rally, speakers, yes.

8        Q    And as part of your investigation, did you review

9    photographs that were obtained from Mr. Dolan's phone?

10        A    Yes.

11        Q    If I could, just my screen, please, Mr. Douyon.

12            And now for the witness.

13            Would you disagree that these are photographs that

14    were obtained from Mr. Dolan's phone?

15        A    I haven't viewed these photographs in quite some

16    time, sir, but this I do believe is from Mr. Dolan.

17            MR. WOODWARD:  Well, let me ask, is there any

18    objection?

19            MR. NESTLER:  No objection.

20            MR. WOODWARD:  We would seek to admit the

21    following three photographs which will be KM45.1, KM45.2,

22    KM45.3.

23            And if we could publish to the jury.

24            (Defendant's Exhibits KM45.1, KM45.2, and KM45.3

                                    received into evidence.)

25

4937

BY MR. WOODWARD:

Q    Do you recognize the building in this photograph?

A    Yes.

Q    And what building is that?

A    Supreme Court.

Q    Any reason to disagree that was taken on January 5th?

A    No reason to disagree.

Q    And are you aware that the speakers on the 5th were at the Supreme Court?

A    Yes.

Q    Okay.

     Did you read this message to the jury yesterday?

A    No.

Q    Or this one?

A    No.

Q    And would you disagree that these are referring to the Oath Keepers gathering to provide security on the morning of the 6th?

A    This message just references a check-in station. I don't know what that means.

Q    Did you read this yesterday?

A    No.

Q    How about this one?

A    No.

```
 1        Q    Or this?

 2        A    No.

 3        Q    Could you read this one for us, please?

 4        A    Yes, Walden to "D.C. Op Jan. 6, 21", January 6,

 5   8:22 a.m., "We're en route to the swamp."

 6        Q    Do you know what the swamp refers to?

 7        A    Generally.

 8        Q    What does it refer to?

 9        A    Politicians inside D.C., D.C.  I've heard it in a

10   number of different contexts, but generally D.C.

11        Q    And Mr. Durfee's response, could you read that for

12   us, please?

13        A    Yes, "According of capital by stairwell."

14        Q    And Mr. Rhodes' message?

15        A    1/6/2021 at 8:55, "Kelly, call me."

16        Q    How about Mr. Rhodes' followup, could you read

17   that for us, please?

18        A    Yes, at 9:01 a.m.  Message to Gator and his team

19   from Whippet, (Jeff Morelock).  "If you get your passes to

20   get into Trump event, go to the three green crane/light

21   towers and come to fence between green cranes and stage and

22   Whippet will be able to see you.  His text is not working.

23   Cell calls also spotty.  Link up on food."

24        Q    And someone named Nick responds.

25        A    At 9:01 a.m., "Lots of parking at this garage."
```

1        Q    If we could just skip ahead.

2        A    Okay.  "300 New Jersey Avenue Northwest,

3    Washington, D.C. 2001," and then a link to a Google Map.

4        Q    I'm sorry to interrupt you, but you didn't read

5    this message to the --

6        A    No.

7        Q    Right.

8             How about this message here?

9        A    Would you like me to read it?

10        Q    Please.

11        A    "Coincidence but our civilian buses are about an

12    hour out from D.C. and they will be wearing blue armbands

13    and Peggy Hubbard is there now, sort of a local DB celeb

14    running for Senate, we have her 6 anytime she is in MO.

15    Hope you get to meet her."

16        Q    Have her 6, do you know what that might be in

17    reference to?

18        A    Have her back.

19        Q    And again you're aware that the Oath Keepers were

20    providing security on the 6th?

21        A    I'm aware of some security that they were

22    providing on the 6th, yes.

23        Q    And you recall the message from Stewart Rhodes

24    discussing wearing armbands?

25        A    Yes.

4940

1    Q    But you didn't read this message to the jury

2  yesterday?

3    A    No.

4    Q    Or this one?

5    A    No.

6    Q    Here's someone named Sealawyer responds.  He's

7  asking about "Where can we get blue armbands?"  Would you

8  agree?

9    A    I would agree.

10    Q    Oh, in fact, he corrects himself.

11    A    Yes.

12    Q    And someone named PadiMasterDiver also writes

13  about asking where we can meet?

14    A    Yes.

15    Q    Would you agree there's a lot of Oath Keepers who

16  don't know where they're going on the morning of

17  January 6th?

18    A    I would agree there are a lot of messages

19  pertaining to that.

20    Q    Fortunately, we see that someone named Nick has

21  maps?

22    A    Yes.

23    Q    That he's at the small stage?

24    A    Yes.

25    Q    Do you know where the small stage is?

1          A    I don't.

2          Q    Sealawyer, however, writes that he's at the

3     Ellipse.

4          A    He appears to say "We are at the Ellipse," I would

5     read it that way.

6          Q    And there was an event at the Ellipse on

7     January 6th?

8          A    Yes, that morning.

9          Q    Did you read this message to the jury yesterday?

10         A    No, I did not.

11         Q    Now, you recall just a second ago reading about an

12    ask for armbands.  Does LB respond and advise that he has

13    armbands?

14         A    Yes.

15         Q    At the RP?

16         A    Yes.

17         Q    But you didn't read that message to the jury

18    yesterday, did you?

19         A    No, I did not.

20         Q    And Sealawyer asks about an intersection?

21         A    Yes.

22         Q    Still some confusion about where this RP is,

23    correct?

24         A    Yes.

25         Q    Nick, again very helpfully, advises that he has

```
1    armbands at the stage, correct?

2         A    Yes.

3         Q    Do you know where the Garfield Monument is?

4         A    I'm trying to recall that now.

5         Q    Yeah.

6         A    No, I don't recall where the Garfield Monument is.

7         Q    I don't either.

8         A    Okay.

9         Q    Mr. Durfee also appears not to recall.  He asks,

10   "Which stage?"

11        A    Yes.

12        Q    You didn't read this message to the jury

13   yesterday?

14        A    I did not.

15        Q    Or this one?

16        A    I did not.

17        Q    In fact, if I were to ask you which -- well, let

18   me move on.

19             Did you read this message to the jury yesterday?

20        A    I did not.

21        Q    Now, Mr. Rhodes provides another all con.  That's

22   roughly 11:05 a.m. in the morning?

23        A    Correct.

24        Q    And could you read that message for us, please?

25        A    Yes.  "All con, the freedom rally with Latinos for
```

1  Trump (that we're securing) is at the intersection of 1st

2  Street and M Street.  Right next to the Senate Office

3  Buildings.  In lower Senate park."

4       Q    And he continues?

5       A    "Anyone who is trying to link up with me or Whip,

6  go there.  We are working security for that event all day."

7       Q    All day?

8       A    That's what the message says.

9       Q    You do recall reading Mr. Vallejo's message about

10 drones, correct?

11      A    Correct.

12      Q    And Mr. Rhodes' response that he should bring his

13 drone?

14      A    Correct.

15      Q    Of course, you don't have any knowledge that

16 Mr. Vallejo came into the District on January 6th?

17      A    I don't have any evidence that he did, no.

18           MR. WOODWARD:  Just me, Mr. Douyon, please.

19           And if we could publish for the witness.

20           And I believe, without objection, these would be

21 additional messages to Government's Exhibit 6731 that

22 we will mark as KM46 and would ask that it be moved into

23 evidence.

24           MR. NESTLER:  No objection.

25           THE COURT:  KM46 will be admitted.

4944

```
1                              (Defendant's Exhibit KM46
                                received into evidence.)
2

3              THE COURT:  Mr. Woodward, how many of these

4     do you have?

5              MR. WOODWARD:  I'm happy a take a break anytime

6     the Court.

7              THE COURT:  I'm asking how many you have and we'll

8     decide.

9              MR. WOODWARD:  So the deck is 40 slides but

10    I don't intend to have her read all 40.

11             THE COURT:  Okay.  Why don't we take a break then

12    before we turn to this?

13             All right, ladies and gentlemen, it's 10:25.

14    Let's resume at 10:40.  We'll see you all shortly.

15             COURTROOM DEPUTY:  All rise.

16             (Jury exited the courtroom.)

17             THE COURT:  All right.  You may step down,

18    Agent Drew.

19             Okay.  We'll see everybody shortly.  Just remind

20    if I could get thoughts on length of trial before we get

21    started this afternoon -- or in the second part of the

22    morning.  Thank you.

23             (Recess from 10:26 a.m. to 10:46 a.m.)

24             COURTROOM DEPUTY:  All rise.

25             THE COURT:  Please be seated, everyone.
```

```
 1              COURTROOM DEPUTY:  Jury panel.

 2              (Jury entered the courtroom.)

 3              THE COURT:  JC, hang on one second.  Sorry.

 4              False start.

 5              All right.  Thoughts?  Mr. Nestler?

 6              MR. NESTLER:  We would like to rest our case at

 7     the end of next week.

 8              THE COURT:  Okay.

 9              MR. NESTLER:  A lot of that depends on how long

10     the cross-examination of special Agent Drew lasts and their

11     cross-examinations of other witnesses next week will last.

12              THE COURT:  Okay.

13              Thoughts from the defense?

14              MR. CRISP:  Probably easier, Judge, if we could go

15     kind of individually, one by one.

16              So I could represent, depending on how long

17     crosses, obviously, are going to be, but my case-in-chief

18     will be about a day.  And so I think Mr. Fischer's

19     case-in-chief would be two days.

20              And then I did not get from the rest of the

21     parties what they're going to be.

22              MR. BRIGHT:  We certainly understand the interest

23     of this being expedited.  But I think, based on who I

24     represent, the importance of their testimony, ultimately,

25     and depending on the manner in which the government would
```

1    choose to cross Mr. Rhodes when he testifies, it's hard for

2    me to estimate what that's going to be in conjunction with

3    the witnesses that we're calling.

4            And I guess that could be about three days at max,

5    I would think.  I would wish less, but I feel it's important

6    to take the time that we need and not the time that we want.

7            THE COURT:  Okay.  None of this is coming as a

8    surprise so far, so...

9            MR. BRIGHT:  Okay.  Thank you, sir.

10            THE COURT:  Mr. Woodward.

11            MR. WOODWARD:  Mr. Rhodes and Mr. Meggs have a

12    number of overlapping witnesses.  And so I think between

13    taking Mr. Rhodes' -- setting Mr. Rhodes' testimony aside,

14    I suspect that Mr. Rhodes and Mr. Meggs would be presenting

15    three-ish days of combined testimony.

16            THE COURT:  You mean combined.  Even better.

17            Mr. Geyer.

18            MR. GEYER:  Two, three, Your Honor.

19            THE COURT:  Two to three days.  Okay.

20            MR. NESTLER:  And for scheduling, of course, we

21    don't know what's going to come out in the defense case.

22    But this is certainly a situation where the government could

23    put on a rebuttal case, depending on what we hear from the

24    defense.

25            THE COURT:  Of course.

1          Okay.

2          (Pause)

3          THE COURT:  So I think what I'll tell them is that

4     at the current pace, it looks like we will be continuing to

5     present evidence through the week of the 7th and possibly

6     into the week of the 14th, just to steel them.

7          MR. CRISP:  In that vein, Judge, I apologize, I

8     may be requesting something from the Court because I'm going

9     to be then filing a continuance in a case that I have in

10    Alaska on the 14th.  I don't want to surprise that judge and

11    last minute say I'm not showing up.  So I'd like to do it

12    now as a courtesy.

13          So if I may have the Court's permission to issue

14    something, a Minute Order that would reflect that, that I

15    could cite in the request for a continuance.

16          THE COURT:  I don't know what I should enter

17    insofar as a Minute Order goes.

18          MR. CRISP:  Something that would say --

19          THE COURT:  But if you want to represent to the

20    judge that this is the estimation, I'm happy to get on the

21    phone with him or her --

22          MR. CRISP:  That's fine.

23          THE COURT:  -- if you think that would be helpful.

24          I think between evidence, potential rebuttal,

25    closings.

 1          MR. CRISP:  That's why I wanted to wait before I

 2   said anything, just for obvious reasons.  But I will make a

 3   representation to contact the court staff, should there be

 4   any question.

 5          THE COURT:  If you'd like a letter or something,

 6   I'm happy to present whatever you think you need.

 7          MR. CRISP:  That would probably be helpful.

 8   I will tell you that Army courts are very similar to this

 9   court and reluctant to grant continuances, so that would

10   probably actually not be a bad idea, if you don't mind,

11   Judge.

12          THE COURT:  Yes, I'm happy to do it.

13          MR. CRISP:  Thanks.

14          THE COURT:  Okay.

15          All right.  Let's bring them in.

16          (Jury entered the courtroom at 10:51 a.m.)

17          COURTROOM DEPUTY:  Jury panel.

18          (Jury entered the courtroom.)

19          THE COURT:  Okay.  Please have a seat, everyone.

20          Welcome back, ladies and gentlemen.  We're in the

21   home stretch for the morning and for the week.

22          So Mr. Woodward.

23          MR. WOODWARD:  Thank you, Your Honor.

24   BY MR. WOODWARD:

25     Q    We left off with KM46, which I believe had been

1    admitted into evidence, but -- very good.

2          And if we could publish then to the jury.

3          Now, Agent Drew, you testified about a number of

4    messages in the early afternoon of January 6th.

5          Do you recall that?

6    A    I do.

7    Q    I won't ask you to read them all again, but if I

8    could ask you to confirm that these are messages that you

9    read for the jury before reading this message.

10   A    The first message was not.  That's incorrectly

11   attributed to Mr. Meggs.

12   Q    The first message is incorrectly attributed to

13   Mr. Meggs?

14   A    Correct.

15   Q    Because this is a representation of text messages,

16   not the actual data that was taken from Mr. Meggs' phone?

17   A    No, sir.  This -- the content of the message is

18   correct.  But the top of the slide says Kelly Meggs is

19   stating this, and it's not Kelly Meggs.

20   Q    No.  I understand I made a mistake.

21   A    Okay.  Sorry.

22   Q    Because this is not the actual data that was taken

23   from any individual's device.

24   A    This is from Stewart Rhodes' device, sir.

25   Q    This content, this -- the message was found on

```
1    Mr. Rhodes' device?

2         A    Yes, sir.

3         Q    And then the government created a presentation

4    reflecting that content, correct?

5         A    Correct.

6         Q    You did not create Government's Exhibit 6731,

7    did you?

8         A    I did not.

9         Q    However, you did review Government's 6731 for

10   accuracy?

11        A    Correct.

12        Q    Okay.

13             But we've identified several areas where mistakes

14   were made?

15             MR. NESTLER:  Objection.

16             THE COURT:  Sustained.  There's not a foundation

17   for it with this witness.

18             MR. WOODWARD:  We will move on.

19   BY MR. WOODWARD:

20        Q    Did you read this message from HorseWhisperer

21   yesterday?

22        A    This I did read, yes.

23        Q    And this one?

24        A    Yes.

25        Q    And this one?
```

4951

```
 1        A      Yes.

 2        Q      And I'll just scroll through these.

 3               Again, you did not select all of the messages that

 4    were read to the jury, correct?

 5        A      Correct.

 6        Q      There were thousands of messages?

 7        A      Correct.

 8        Q      Some could not have been read.  We don't have

 9    enough time in the day to read all of the messages?

10        A      Correct.

11        Q      Did you read this message to the jury?

12        A      No.

13        Q      Could you read it for us now, please.

14        A      Yes.  Phone number ending in 7635 to

15    "OK FL Hangout Jan. 6, 2021" at 1:54 p.m.

16               "No.  We need to secure the objective and protect

17    those in the building from violence."

18        Q      How about this one?

19        A      It appears to be the same phone number, same chat.

20               "Including members and staff."

21        Q      You didn't read this to the jury yesterday?

22        A      No, I did not.

23        Q      And I'll just scroll through a few more that you

24    did read.

25               How about this message?  Do you recall reading
```

1    this to the jury yesterday?

2         A    No.

3         Q    Could you read it for us now, please.

4         A    Yes.

5              HighlanderKT to "D.C. Op Jan. 6th 21,"

6    January 6th, 2021, at 2:07 p.m.:  "I think the police are

7    going to be overwhelmed and not be able to do much hen it

8    comes down to it.  There are way too many people and, no

9    doubt, as word gets out, what is going on up at the Capitol,

10   more will join into the fray going on."

11        Q    And this message was sent to the "D.C. Op" group

12   chat?

13        A    That's correct.

14        Q    And here I'm scrolling through other messages that

15   you read yesterday, correct?

16        A    That's correct so far.

17        Q    Including others from HighlanderKT, correct?

18        A    Correct.

19        Q    Do you know who Jim Donaldson is?

20        A    I don't.

21        Q    Do you recall reading this message to the jury

22   yesterday?

23        A    No.

24        Q    Sent to the "D.C. Op" chat?

25        A    It appears to be, yes.

4953

```
1        Q    Could you read it for the jury?  Although I don't
2   mind you skipping the profanity.
3        A    Okay.  Jan. 6, 2021, at 3:11 p.m.:  "Guys and
4   gals, this is fucking Antifa.  No one of our 300 there were
5   allowed to carry backpacks or anything else.  They are using
6   lumber.  Thus is a fucking setup."
7             MR. WOODWARD:  And just me, Mr. Douyon, please.
8   BY MR. WOODWARD:
9        Q    I asked you about someone named Jim Donaldson.
10  And you testified that you didn't know who he was?
11       A    Correct.
12            MR. WOODWARD:  If we could present to the witness,
13  please.
14            I am showing the witness what will be marked as
15  KM47.
16            And without objection from the government, we'd
17  seek to admit it.
18            MR. NESTLER:  No objection.
19            THE COURT:  KM47 is admitted.
20                                  (Defendant's Exhibit KM47
                                        received into evidence.)
21
22            MR. WOODWARD:  If we could publish for the jury,
23  please.
24  BY MR. WOODWARD:
25       Q    Do you dispute that you -- whether you read this
```

4954

```
 1   message for the jury yesterday?
 2        A    I don't believe so.
 3        Q    You don't believe you read this message to
 4   the jury?
 5             Would you dispute that you read the message for
 6   the jury yesterday?
 7        A    I don't recall if I did.  I read a lot of messages
 8   yesterday.
 9        Q    Fair enough.
10             How about this one?
11        A    This I do recall, yes.
12        Q    All right.
13             And in here, someone named Jim Donaldson is
14   writing that protective masks to Congress, are being
15   evacuated, chickens, et cetera.
16             Do you recall this message?
17        A    Correct.
18        Q    Do you recall reading this message to the jury
19   yesterday?
20        A    I don't believe I did.
21        Q    You didn't read this message to the jury
22   yesterday, did you?
23        A    I don't recall.
24        Q    Could you read it for us now?
25        A    Yes.  Jim Donaldson to "D.C. Op Jan. 6th 21,"
```

1    Jan. 6, 2021, at 2:44 p.m.:  "Kinda redundant me sitting

2    here in a doctor's office trying to get cleared to go, and

3    I've been fired up for two days."

4         Q    And so would you disagree that Mr. Donaldson does

5    not appear to have been at the Capitol or its grounds on

6    January 6th, 2021?

7         A    According to his statement, he's in a doctor's

8    office.

9         Q    Now, you testified that there were a number of

10   people on this "D.C. Op" chat, correct?

11        A    Yes.

12        Q    Not all of them were present in Washington, D.C.

13   even on January 6th, 2021?

14        A    Correct.

15        Q    But some, including Mr. Donaldson, felt compelled

16   to comment on the situation, would you disagree?

17        A    I would not disagree.

18        Q    All right.

19             If we could turn from messages -- and just me,

20   Mr. Douyon, please -- to cell phone data.

21             Yesterday, you testified about a summary

22   exhibit -- and for the witness -- actually, we can publish,

23   this has been admitted.

24             This is Government's Exhibit 6740.

25             Do you remember this exhibit?

1      A      I do.

2      Q      And this exhibit is a compilation of data returned

3 from what are called call detail records, correct?

4      A      Correct.

5      Q      And the government obtained call detail records

6 from the individual carriers themselves, correct?

7      A      Correct.

8      Q      Verizon, T-Mobile, AT&T, correct?

9      A      Correct.

10      Q      And all of those cell carriers store their data in

11 their own proprietary ways, correct?

12      A      I would assume so, yes.

13      Q      Which is by you created this summary exhibit

14 because you were amalgamating data from different sources?

15      A      Yes.

16      Q      The defendants did not all use the same mobile

17 carriers on January 6th or any other day?

18      A      They did not.

19      Q      And when the FBI receives a response -- if we

20 could just the witness, please, Mr. Douyon -- they receive a

21 key from the carrier, do they not?

22      A      For some of the providers, yes; for others, not

23 that I recall.

24      Q      Well, what about T-Mobile, do you recall whether

25 T-Mobile provides a key?

4957

```
1        A    I don't.  I haven't gotten a subpoena back from

2   T-Mobile in probably 120 days.

3        Q    When did you retire from the FBI?

4        A    I left in July.

5        Q    Okay.

6             So you haven't got any subpoenas back in -- yeah.

7        A    No.

8        Q    So let me show you what I will mark as KM48.

9             Do you recognize this document?

10       A    This -- yes.

11       Q    And is this a key that would be provided by

12  T-Mobile in response to a request from the government for

13  cellular records?

14       A    Yes.

15            MR. WOODWARD:  Any objection to -- defense counsel

16  moves Exhibit KM48 into evidence.

17            MR. NESTLER:  I need to see the full document

18  before I can weigh in on that.

19            MR. WOODWARD:  Sure.

20            MR. NESTLER:  No objection, Your Honor.

21            THE COURT:  KM48 will be admitted.

22                               (Defendant's Exhibit KM48
                                    received into evidence.)
23

24

25
```

BY MR. WOODWARD:

Q    If we could publish to the jury.

     Would you agree that is a long, complicated document, totaling 16 pages?  Yes?

A    Yes.

Q    With lots of information that means very little to you?

A    Well, it's very confusing, yes.

Q    Yeah.

     But it does assist the FBI in creating the summary exhibit that you testified about yesterday, correct?

A    Correct.

Q    And, in fact, one of the unique -- I don't know if I -- characteristics about the way that cell data is provided to you is that it's provided in something called UTC time, correct?

A    Yes.

Q    What is UTC time mean?

A    Universal coordinated time.  It's -- on January 6th, it was approximately five hours ahead.

Q    And why do the cell providers produce their raw data in UTC time?

A    Standardize.

Q    So do all the major cellular providers provide their data in UTC time?

4959

1     A     They do, and some also convert it to the local

2  time, day of.

3     Q     So they provide both UTC and local time?

4     A     Yes.

5     Q     Now, if I'm in California and I send a text

6  message, the time that I sent that message is going to be

7  different -- let me -- new question.

8           If I'm in California and I send a text message to

9  somebody in Washington, D.C., the time that I send that

10 message is going to be different from the time that it

11 appears to have been sent on the phone of the person in

12 Washington, D.C., correct?

13           Well, let me provide more foundation then.

14    A     Yes.

15    Q     Are California and Washington, D.C. in the same

16 time zones?

17    A     No.

18    Q     California is in a different time zone?

19    A     Correct.

20    Q     California is roughly three hours behind

21 Washington, D.C.?

22    A     Correct.

23    Q     All right.

24           So at 6:00 a.m. in Washington, D.C., what time is

25 it in California?

```
 1        A     3:00 a.m.

 2        Q     3:00 a.m.

 3              And so when cell providers are producing to the

 4   government data, by doing it in UTC time, it allows the

 5   government to analyze that data at one time?

 6        A     Yes, to standardize time.

 7        Q     I'm sorry to speak over you.  If you could repeat

 8   your answer.

 9        A     To standardize time, yes.

10        Q     To standardize time.

11              So it allows the government to review that data in

12   the aggregate regardless of where a person was when a

13   message was sent or received?

14        A     Correct.

15        Q     Correct.  All right.

16              So when you received data from the cellular

17   providers, it also was in UTC time, correct?

18        A     Yes.

19        Q     All right.

20              And so if I could show you -- just the witness,

21   please -- what has been marked as KM49.

22              Does this look like the format in which you

23   receive data from a cellular provider?

24        A     Similar, yes.

25        Q     And would you have any reason to dispute that --
```

1          MR. WOODWARD:  Well, actually I think pursuant to

2    the government's business record certification, we'd move to

3    admit this as KM49.

4          THE COURT:  Can you say what "this" is?

5          MR. WOODWARD:  This is the records provided from

6    T-Mobile for Jessica Watkins' cell phone.

7          THE COURT:  Okay.

8          KM49.

9          MR. NESTLER:  No objection, subject to converting

10   it from an Excel to a standard format so it can't be

11   manipulated.

12         MR. WOODWARD:  We're happy to do that.

13                              (Defendant's Exhibit KM49
                                 received into evidence.)
14

15   BY MR. WOODWARD:

16   Q    Do you have any reason to dispute that this is the

17   cell data that was provided for Jessica Watkins' phone?

18   A    I was not involved in the requesting, retrieval or

19   analysis of her cellular data.

20   Q    Well, let me put back up for you Government's

21   Exhibit 6740.  You reviewed that yesterday, correct?

22   A    Correct.

23   Q    And you testified that you understood this to be a

24   true and accurate copy of the records from which it drew

25   information, correct?

1        A    Correct.

2        Q    All right.

3             And here in the lower portion of the exhibit, you

4    see that you have identified certain calls between

5    Jessica Watkins and Thomas Caldwell, correct?

6        A    Correct.

7        Q    And you've also identified times that those calls

8    were made, correct?

9        A    Correct.

10       Q    And you see here that there are several calls that

11   purport to have been between Ms. Watkins and Mr. Caldwell at

12   around 10:00 a.m., correct?

13       A    Correct.

14       Q    And if I then -- and you see here that the number

15   from Mr. Caldwell is indicated as ending in 3957?

16       A    Correct.

17       Q    The number for Ms. Watkins is indicated as ending

18   in 8551?

19       A    Correct.

20       Q    And if I take you back to what is now KM49,

21   do you see calls identified between numbers ending in 3957

22   and 9469?

23       A    I do.

24       Q    And that those calls are purported to have been

25   made at 10:05, 10:44 and 10:54 respectively?

4963

1       A    They appear to be, yes.

2       Q    And those calls are represented here to have been

3   made at 10:04, 10:44, 10:54?

4       A    Correct.

5       Q    And yet the data from which that information was

6   derived is in UTC time.

7            And so, again --

8       A    I --

9       Q    How -- what time -- how many hours behind is

10  Washington, D.C. and UTC time?

11      A    Five hours on January 6th.

12      Q    So if I was any good at math, I wouldn't have gone

13  to law school.  But roughly speaking, these calls, in fact,

14  occurred five hours earlier?

15      A    The times appear on here to be at 10:44 a.m.,

16  10:04 a.m. and 10:54 a.m., yes.

17      Q    And is that Eastern Time or UTC time?

18      A    Eastern Time.

19      Q    And so on this chart, which is in UTC time, the

20  time is also 10:04, 10:43 and 10:53?

21      A    Yes, I -- yes.

22           MR. WOODWARD:  Okay.

23           Just me, please, JC.

24           Let's move on to video.

25           So I have marked for identification KM50, and

```
 1    I have -- if I could show my screen to the witness.

 2    I believe, without objection, we would seek to move a number

 3    of clips from CCTV video footage.

 4              MR. NESTLER:  No objection to CCTV video footage.

 5              MR. WOODWARD:  These are then KM50.1 through

 6    KM50.48.

 7              THE COURT:  KM50.1 through .48 will be admitted.

 8                    (Defendant's Exhibit KM50.1 through KM50.48
                                        received into evidence.)
 9

10              MR. WOODWARD:  Let me start with what was admitted

11    as KM37.

12              (Video played)

13    BY MR. WOODWARD:

14         Q    All right.  Do you recall, as a part of your

15    investigation, seeing this video?

16         A    I do.

17         Q    And do you recall where this video was recovered

18    from?

19         A    Yes.

20         Q    Could you remind us where it was recovered from?

21         A    Mr. Dolan.

22         Q    Mr. Dolan's phone?

23         A    He turned it over to us in a different format,

24    but, yes.

25         Q    He created the video using his --
```

```
 1         A    Yes.

 2         Q    -- cellular phone?

 3              All right.  If you could watch this with us,

 4    please.

 5              (Video played)

 6    BY MR. WOODWARD:

 7         Q    Did you hear there at the end a statement?

 8         A    Yes.

 9         Q    And what did you hear spoken?

10         A    "I think we should go."

11         Q    Do you see Mr. Dolan -- you agree that the video

12    depicts a crowd moving toward the Capitol Building?

13         A    Yes.

14         Q    And at the time that the video was taken, is

15    Mr. Dolan moving toward the Capitol Building?

16         A    No, he's not.

17         Q    All right.

18              Just the witness, please, Mr. Douyon.

19              You testified about quite a bit of video

20    yesterday, including --

21              MR. WOODWARD:  If we could publish -- I guess it's

22    not on my screen.

23    BY MR. WOODWARD:

24         Q    Do you remember testifying about Government's

25    Exhibit 1503?
```

1       A    Yes.

2       Q    And this is a compilation of video and text

3  messages.

4            Do you recall that?

5       A    Yes.

6       Q    And if I could move the counter to minute 14, I'm

7  just going to play that and ask you to watch it with us.

8            (Video played)

9  BY MR. WOODWARD:

10      Q    You didn't personally edit this video, did you?

11      A    No.

12      Q    But, again, you reviewed it for content and

13  confirmed that it was roughly accurate.

14           You see those arrows there?  I believe --

15      A    Yes.

16      Q    Sorry to talk over you.

17           I believe yesterday you testified that those

18  arrows signify that the video is being fast-forwarded?

19      A    Yes.

20      Q    That's not part of the original video, is it?

21      A    Not to my recollection, no.

22      Q    If I could just show -- well, Government's

23  Exhibit 1051.1.  I don't recall whether that was admitted

24  yesterday, and so we'd move it into evidence as KM51 out of

25  an abundance of caution.

```
 1              THE COURT:  So what is KM51?

 2              (Video played)

 3  BY MR. WOODWARD:

 4      Q    And do you recognize down in the bottom right-hand

 5  corner the text there?

 6      A    Yes.

 7      Q    So any reason to disagree that this is the video

 8  clip from which the complication was made?

 9      A    I have no reason to disagree.

10      Q    All right.  Let's watch this together.

11              (Video played)

12  BY MR. WOODWARD:

13      Q    Do you hear the changing in the video?

14      A    Yes.

15      Q    Do you hear what they're saying?

16      A    "Our House.  Whose house?  Our House."

17      Q    And yesterday you testified -- and let me actually

18  switch over.

19              Yesterday you testified that you saw Mr. Meggs

20  raising his hand in this video.

21              Do you recall that?

22      A    Yes.

23      Q    And the government asked you whether he was

24  holding his hand in a fist.

25              Do you recall that?
```

```
 1        A     Yes.

 2        Q     And do you see what I'm showing you?  Do you

 3   recall this from the video yesterday as well?

 4        A     Yes.

 5        Q     I'm going to ask you as we watch the original

 6   source video -- after we watch the original source video --

 7              (Video played)

 8   BY MR. WOODWARD:

 9        Q     I'm going to ask you to observe whether you see

10   anyone else raising their hands.

11        A     Okay.

12              (Video played)

13   BY MR. WOODWARD:

14        Q     Did you see anyone else raising their hands?

15        A     After the doors to the Capitol were opened, yes.

16        Q     And did you hear any more chanting?

17        A     Yes.

18        Q     "We want"?

19        A     "We want Trump."

20        Q     That wasn't included in the compilation video that

21   was played yesterday?

22        A     I don't recall specifically testifying to the, "We

23   want Trump" chant.

24        Q     Well, would it be helpful for me to play it again?

25        A     Please.
```

4969

```
 1                (Video played)
 2                THE WITNESS:  I do hear it there.
 3     BY MR. WOODWARD:
 4          Q    I'd ask you to look specifically at the section
 5     that is removed with those two arrows.
 6                (Video played)
 7     BY MR. WOODWARD:
 8          Q    Do you see everybody pumping their fist?
 9          A    Yes.
10          Q    And the doors are still closed?
11          A    Yes.
12                (Video played)
13     BY MR. WOODWARD:
14          Q    Let's go inside the Capitol.
15                Would you have any reason to disagree that roughly
16     the total amount of time that Kelly Meggs was inside the
17     Capitol was in the range of 20-ish minutes?
18          A    That's correct, from my recollection.
19          Q    And you've reviewed a lot of video evidence in
20     this case?
21          A    Yes.
22          Q    And this has been admitted.  This is KM50.16.
23                Sorry.  That's not correct.  KM50.17.
24                Do you recognize what's depicted in this video?
25          A    Yes.
```

4970

```
 1              MR. WOODWARD:  The Court's indulgence.

 2              This is not going to help my reputation with the

 3    Court on technology.

 4              For the witness, please.

 5              I'm sorry, everyone.

 6    BY MR. WOODWARD:

 7         Q    Okay.  So this is KM50.17.  Do you recognize

 8    what's depicted in this video?

 9         A    Yes.

10         Q    And do you recognize anyone from your

11    investigation depicted in the video?

12         A    I saw right here Jason Dolan.

13         Q    Okay.  Anyone else?

14         A    Jason Dolan.  And then I see Joseph Hackett,

15    Caleb Berry.

16         Q    And they're standing down sort of toward the

17    bottom of the screen here?

18         A    Yes.

19         Q    All right.

20              And there's a period of time, you testified

21    yesterday, when Mr. Meggs and others appears to leave the

22    Rotunda area, correct?

23         A    Yes.

24         Q    And you testified yesterday that you took a

25    picture of the area where Mr. Meggs is depicted, correct?
```

4971

```
 1        A     Correct.

 2        Q     And it is an area that is known as the

 3   Speaker's Suite; is that correct?

 4        A     It's the small Rotunda interior -- or, excuse me,

 5   next to the Speaker's Suite, yes.

 6        Q     And what is the Speaker's Suite?

 7        A     Where the Speaker of the House has offices.

 8        Q     Is it the only part of the Capitol complex where

 9   the Speaker has an office?

10        A     Not to my -- I believe she has one other office.

11        Q     And the picture that you testified -- that you

12   testified that you took is this here, correct, if we could

13   publish?

14        A     Yes.

15        Q     And you testified that on January 6th, it did not

16   look like this, to your knowledge, correct?

17        A     I did not testify to that.

18              This is a photo I took several months after

19   January 6th.

20        Q     All right.

21              Well, do you know what the sign that's depicted in

22   this picture says?

23        A     Yes.

24        Q     What does it say?

25        A     "Speaker of the House, Nancy Pelosi."
```

4972

1      Q    And do you know whether that sign was damaged

2   during the events of January 6th?

3      A    At some point, it was.

4      Q    Do you know whether the sign was removed from the

5   wall, in fact?

6      A    I do believe I remember seeing either video or

7   photo showing that from a social media, I believe.

8           MR. WOODWARD:  If we could show just the witness.

9           (Video played)

10          MR. WOODWARD:  I don't have any desire to play

11   that audio, but is there otherwise an agreement on the

12   stipulation?

13          MR. NESTLER:  That's fine.

14          MR. WOODWARD:  Okay.

15          I will read to the jury then what I will mark

16   as KM52.

17          "A stipulation.

18          "The government and defendants,

19   Elmer Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,

20   Jessica Watkins, and Thomas Caldwell, hereby agree and

21   stipulate that Defendant Kelly Meggs' Exhibit 53 is a

22   40-second video obtained from Twitter and that the content

23   of the video is what it purports to be."

24          Without objection, we would then move Exhibit 53

25   into evidence?

```
 1              THE COURT:  52 and 53 will be admitted.

 2                         (Defendant's Exhibits KM52 and KM53
                                   received into evidence.)
 3

 4   BY MR. WOODWARD:

 5        Q    Do you see the sign there?

 6        A    Yes.

 7        Q    Do you see that area of the wall up there where

 8   the sign was?

 9        A    Yes.

10        Q    You don't disagree that the sign is missing?

11        A    It appears to be gone.

12        Q    What does that gentleman appear to be holding --

13        A    Which -- oh, a portion of the sign.

14        Q    And that woman wearing the hat, do you know -- do

15   you recognize her?

16        A    I'll have to go back.

17             I do not recognize her, no.

18        Q    Okay.

19             Do you know whether -- would you disagree that she

20   has been charged and pled guilty?

21        A    Sir, I have no idea who she is.

22        Q    All right.  Well, can I show you --

23             MR. WOODWARD:  Just the witness, please, JC.

24   BY MR. WOODWARD:

25        Q    Do you recognize this type of document?
```

```
 1        A    Yes.

 2             MR. WOODWARD:  And we would seek to admit this as

 3   KM54.

 4             MR. NESTLER:  Objection.

 5             THE COURT:  Get on the phones, please.

 6             (Bench conference)

 7             THE COURT:  What's the nature of the objection?

 8             MR. NESTLER:  Relevance and lack of foundation

 9   with this witness.

10             MR. WOODWARD:  The document in her

11   Statement of Offense, she acknowledges having removed the

12   sign from the hallway and the time that she did so.

13             THE COURT:  Okay.

14             I assume the time is before.

15             Is there any objection to admitting it in this

16   way?  I mean, arguably it is hearsay, but...

17             MR. NESTLER:  Yes, we object to admitting it in

18   this way.

19             THE COURT:  Well, I mean, initially, it was for

20   foundation.  My question is slightly different.  I mean, I

21   know she's not aware of this, but it is a court filing.  And

22   is the government going to dispute the accuracy of the

23   Statement of offense.

24             MR. NESTLER:  No, but we would not like to have

25   another defendant's Statement of Offense put into evidence
```

1    in front of the jury or with this witness who has no

2    knowledge of this.

3              MR. WOODWARD:  I don't need the Statement of

4    Offense.  It's the best evidence I have of the time.  So if

5    the -- you know, obviously, the government was well-aware

6    that we took issue with the photograph, and so if there's

7    another way the government would prefer that we advise the

8    jury that the sign was taken into the Rotunda before

9    Mr. Meggs entered the building, we're very amenable to that.

10             MR. NESTLER:  We don't disagree with the facts as

11   written in the Statement of Offense.

12             MR. WOODWARD:  Well, I can redact everything

13   except the time.  It doesn't need to be attributed to a

14   specific person or to -- and I can just scroll down to the

15   paragraph and have her read that.

16             THE COURT:  Okay.  That's fine.  Let's do it that

17   way.

18             (Open court)

19   BY MR. WOODWARD:

20        Q    Agent, if I could ask you to read to the jury

21   paragraphs 13 and 14, without specifically referencing the

22   individual that is named, could you do that for us?

23        A    Okay.

24             Paragraph 13.

25             "The trio eventually made their way to a circular

4976

1    area within the House Speaker's Suite.  This area was marked

2    with a sign posted above a curved entryway stating Speaker

3    of the House Nancy Pelosi.  After an individual tore this

4    sign down from the wall," the person --

5         Q    The person.

6         A    -- "witnessed another individual with a black

7    jacket and khaki pants smash the sign against a wall."  The

8    person "then bent down and picked up a shard of the now

9    broken sign, which they and" another person "then held up

10   above their heads to show" a person "recording a video.

11   While doing so," another person "stated, here you go,

12   brother.  Visible on the shard were the words 'the House'

13   and 'Nancy.'"

14        Q    And really just the first sentence of the next

15   paragraph.

16        A    Yes, paragraph 14.  "At approximately 2:36 p.m.,

17   the trio entered the Rotunda of the Capitol and continued to

18   take photographs and videos."

19        Q    Great.  Thank you very much.

20             Now, you also testified about another individual

21   that you observed in that area.  Do you recall that?

22        A    In this specific area?  Aside from the

23   Oath Keepers?

24        Q    Well, let me refresh your recollection --

25        A    Okay.

1    Q    -- with Government's Exhibit 1506.

2         Do you recall playing this for the jury yesterday?

3    A    Yes.

4    Q    And at counter mark 1 minute.

5         (Video played)

6    BY MR. WOODWARD:

7    Q    Do you recall identifying that person?

8    A    Yes.

9    Q    Who is that?

10   A    Capitol Police Officer Harry Dunn.

11        (Video played)

12   BY MR. WOODWARD:

13   Q    And you recall playing this video for the jury

14   yesterday?

15   A    Yes.

16        (Video played)

17   BY MR. WOODWARD:

18   Q    And does that video also appear to depict Capitol

19   Police Officer Harry Dunn?

20   A    Yes.

21        MR. WOODWARD:  The Court's indulgence.

22        And if I could show the witness what has been

23   marked as KM41 and admitted into evidence yesterday.

24   BY MR. WOODWARD:

25   Q    Did you interview Officer Dunn as part of your

```
 1    investigation?

 2        A    Yes.

 3        Q    And as part of your investigation, did you come to

 4    learn whether anyone was providing assistance to Mr. Dunn?

 5             MR. NESTLER:  Objection.  Calls for hearsay.

 6             THE COURT:  It wasn't clear to me the two

 7    questions were connected, but, Mr. Woodward, can we just

 8    play the video?

 9             MR. WOODWARD:  It's a still image I'm trying to

10    pull up actually.

11             THE COURT:  Just pull it up and you can ask what

12    questions you want about it.

13             MR. WOODWARD:  If we can publish.

14    BY MR. WOODWARD:

15        Q    Do you recognize Officer Dunn in this photograph?

16        A    I do.

17        Q    And as part of your investigation, do you have an

18    understanding of whether anyone provided security for

19    Mr. Dunn?

20             MR. NESTLER:  Objection.

21             THE COURT:  Sustained.

22    BY MR. WOODWARD:

23        Q    Now, in preparing -- well, you did not create the

24    compilation that was played for the jury yesterday, correct?

25             THE COURT:  I think we've -- I think the jury
```

```
 1   understands that.  Let's move on.  There's only so many
 2   times that question needs to be answered.
 3              MR. WOODWARD:  If I -- just the witness.
 4   BY MR. WOODWARD:
 5       Q    All right.  I'd like you to watch with us this
 6   video, which -- actually, for the jury as well, please,
 7   Mr. Douyon.  This was admitted into evidence as --
 8              Well, let's watch it and I'll --
 9              (Video played)
10   BY MR. WOODWARD:
11       Q    Do you recognize the individual in the red circle?
12       A    Yes, Kelly Meggs and Connie Meggs.
13       Q    What does Mr. Meggs appear to be doing?
14       A    Moving towards -- making this is his way towards
15   the doors.
16       Q    Is he pushing anyone?
17       A    Not at this point.
18       Q    Destroying any property?
19       A    Not that I can observe.
20       Q    He appears to simply be milling about?
21       A    Talking to people, yes.
22              (Video played)
23   BY MR. WOODWARD:
24       Q    Do you recall whether this video clip was included
25   in the compilation that we played for the jury yesterday?
```

4980

```
 1        A    It was not.

 2             THE COURT:  Can we admit this?

 3             MR. WOODWARD:  It has been admitted.

 4             THE COURT:  Oh, okay.

 5             MR. WOODWARD:  I need to the give the reporter a

 6   number, which I'll do when I have my computer back.

 7   BY MR. WOODWARD:

 8        Q    Would you agree that this video depicts Mr. Meggs

 9   in the last minutes that he is in the Capitol Building?

10        A    He's out of view now.  He's in the Rotunda so

11   I can't tell you.  It includes all of the last moments that

12   he was in the Capitol.

13        Q    All right.  I'll ask again when he comes back into

14   view.

15             (Video played)

16   BY MR. WOODWARD:

17        Q    Do you again see the person in the red circle?

18        A    Yes.

19        Q    And do you disagree that that appears to depict

20   Mr. Meggs?

21        A    That is Mr. Meggs, yes.

22        Q    And other than talking, does he appear to be doing

23   anything?

24        A    Talking and walking back and forth.

25             (Video playing continuously)
```

```
1   BY MR. WOODWARD:
2        Q    Do you see the blue circles?
3        A    Yes.
4        Q    Would you disagree that those appear to be law
5   enforcement officers?
6        A    They do appear to be law enforcement.
7        Q    Are they pushing Mr. Meggs?
8        A    Are they pushing Mr. Meggs?
9        Q    Correct.
10        A    No.
11        Q    Did that officer just push that gentleman?
12        A    He appears to be pushing that gentleman.
13        Q    Now someone else just off camera?
14        A    Yes, that particular person.
15        Q    Would you disagree that it appears that the
16   officer and Mr. Meggs are conversing?
17        A    It appears that they may be engaged in some sort
18   of conversation.
19        Q    Some sort of conversation?
20        A    I can't speculate what it is, but...
21        Q    Do they appear calm?
22        A    Who?
23        Q    Does Mr. Meggs appear calm?
24        A    I mean, he has a mask over his face, but he does,
25   I would say.
```

4982

```
 1        Q    Do you see him appearing to gesture for people to
 2   leave?
 3        A    He appears to make that gesture.
 4        Q    Does he now appear to be talking another member of
 5   law enforcement?
 6        A    He did.  I'm not sure if that was the same one,
 7   though.
 8        Q    Well, would you disagree that the first officer
 9   was wearing a helmet?
10        A    Yes.
11        Q    And the second was not.
12        A    There was another officer at the beginning, but...
13        Q    The officer appears to have left?
14        A    Yes.
15        Q    And gone into the Rotunda?
16        A    Correct.
17        Q    An officer and Mr. Meggs appear to be conversing?
18        A    Yes.
19        Q    And Mr. Meggs appears to be leaving?
20        A    Correct.
21             (Video stopped)
22   BY MR. WOODWARD:
23        Q    Now, you also identified photographs that were
24   taken from Mr. Dolan's phone?
25        A    Yes.
```

4983

1        Q    Including this one?

2        A    I believe this is one that Mr. Dolan gave us, yes.

3        Q    And do you have any reason to disagree that that

4   was taken shortly after Mr. Meggs exited the Capitol?

5        A    The metadata on the top.

6             It appears to be after, yes.

7        Q    And does this appear to also be taken shortly

8   after Mr. Meggs exited the Capitol?

9        A    Yes, at 1516, yes.

10       Q    Do you know who this individual is in the ball

11  cap?

12       A    No idea.

13       Q    But if this was taken by Mr. Dolan, he had to be

14  pretty close to these officers?

15       A    I would assume he is somewhat close to the

16  officers, yes.

17       Q    And you see the officers in the background here as

18  well?

19       A    Yes.

20            MR. WOODWARD:  No further questions.

21            THE COURT:  Okay.  Mr. Geyer.

22                        -  -  -

23                   CROSS-EXAMINATION

24  BY MR. GEYER:

25       Q    Good afternoon, Special Agent.  How are you?

1     A     I'm doing well.  How are you?

2     Q     Good, very well.  Thank you.

3           So you testified yesterday and a good day for me

4     because my client didn't come up very much until we got to

5     the part of being inside the Capitol; is that correct?

6           THE COURT:  Mr. Geyer, come on, let's avoid the --

7     come on, you know better than that, please.  Let's get the

8     question in.

9     BY MR. GEYER:

10    Q     So you're aware that my client never had a

11    Facebook account since 2014?

12    A     I didn't not know it was since 2014.  To the best

13    of my recollection, he did not have Facebook.

14    Q     So the Kellye SoRelle live chats, he wouldn't have

15    had the benefit of that; is that correct?

16    A     Not through his own Facebook account, no.

17    Q     And he also didn't have a Twitter account, at

18    least since 2014?

19    A     At the time of my investigation, no, he did not.

20    Q     And also no social media of any kind?

21    A     I don't recall if he had a Parler account.

22          I know he's on "OK FL" hangout, which was very

23    social, but that's all I can recall.

24    Q     And until January 3rd, he wasn't on "D.C. Op"

25    chat, does that sound right?

1      A    That does sound correct.

2      Q    He was never on "Old Leadership" chat,

3 "January 5/6 D.C. Op Intel Team" chat or "Friends of Stone"

4 chat; is that right?

5      A    On Jan. 6, he was not in any of those chats.

6      Q    But he was on the "OK FL Hangout," the

7 "Vetted OK FL Hangout," and on January 3rd, he was added to

8 the "D.C. Op" chat.

9           Does that sound right?

10     A    Yes.

11          MR. GEYER:  Ms. Rohde, could you pull up 6740,

12 please.

13          Thank you.

14 BY MR. GEYER:

15     Q    So these are call records from January 6th.

16 I just want to point out that Mr. Harrelson's nowhere on

17 here; is that correct?

18     A    He is not.

19     Q    He also never met Mr. Vallejo.  That was the

20 subject of yesterday's testimony; is that right?

21     A    I have no idea if he ever met Mr. Vallejo.

22     Q    But you accept that -- you accept my assertion

23 that that never happened?

24     A    I've not seen video or documented evidence that he

25 has or has not met Mr. Vallejo.

4986

1        Q       Okay.

2                Until he met him in court, he never knew

3    Mr. Caldwell either.  Are you aware of that?

4        A       Again, I have no evidence that he does or does not

5    know Mr. Caldwell.

6        Q       So he basically met Ken Dolan [sic] on

7    January 4th.  They decided to come to do security details on

8    January 5th and 6th, which he did; is that correct?

9        A       Yes, Mr. Jason Dolan, yes.

10               MR. GEYER:  Ms. Rohde, would you be so kind as to

11   pull up 5118-003.

12               Thank you for handling that, by the way.

13   BY MR. GEYER:

14       Q       This came up yesterday in testimony.

15               5118-003.

16               This was attributed to Kenneth Harrelson, correct?

17       A       Yes.

18       Q       And the name of the account is "Halo4U"; is that

19   correct?

20       A       Correct.

21       Q       Are you familiar that a lot of younger people play

22   the video game Halo?

23       A       I am familiar with Halo.

24       Q       Yeah.

25               And Mr. Harrelson probably wouldn't be alone in

```
 1    his attempts to control online access by having his child
 2    use his email address to sign up for an account.
 3              Does that sound correct to you?
 4       A    I have no idea what he does or does not with his
 5    child and his email address.
 6       Q    That's fair.
 7              So we go over the contacts.
 8              Would it surprise you if cajun.momma was
 9    Ken Harrelson's wife, Angel?
10       A    I have no idea who cajun.momma is.
11       Q    And echo would be his son Nathan's friend Brandon?
12       A    I have no idea who echo is.
13       Q    And headhunter30 is actually Ken Harrelson.
14              Does that make sense?
15       A    I had no idea.
16       Q    And jjebert3 is Tres, who's another brother.
17              Mommy_2 is mother, actually Nathan's birth mother,
18    Crystal.
19              Does that sound right?
20       A    I have no idea who any of these are.
21       Q    Because you're attributing a Zello account to my
22    client, and it's kind of a big deal, right?
23       A    Based off of their registration email address,
24    that does belong to your client, sir.
25       Q    Okay.
```

4988

```
 1              And Peggy49 is his grandmother's name is Peggy;
 2   is that right?
 3        A    I don't know his grandmother's name.
 4        Q    And princess2 would be his sister.
 5              Does that sound correct?
 6        A    I don't know what his sister's username would be.
 7              MR. GEYER:  Would you be so kind, Ms. Rohde, to
 8   pull up 2522.1, please.
 9   BY MR. GEYER:
10        Q    Now, this is a screenshot of Ken's iPhone,
11   isn't it?
12        A    Yes.
13        Q    It's from Wednesday, January 6th, presumably 2021;
14   is that accurate?
15        A    Yes.
16        Q    I believe you testified that this was 6:23 a.m.
17   Are you certain that this was not 6:23 p.m.?
18        A    Yes.
19        Q    How do you know that?
20        A    Based on the time there located on the screen
21   there, compared to the actual time that the Signal messages
22   were sent, I subtracted 11 minutes ago, for example, for the
23   first Signal chat, where OK Gator 1 says, "Walking can't get
24   close," I subtracted, and the right time matched up that
25   morning.
```

4989

1    Q    Do you see how the Signal chat, it says,

2    "34 notifications."  So that indicates that those weren't

3    opened, correct?

4    A    Yes.

5    Q    Yeah.  So he's not somebody who hangs on his

6    phone; is that fair to say?

7         There's a backlog of 32 notifications that he

8    hasn't opened.

9    A    There appear to be a significant amount of

10   notifications.

11   Q    Okay.

12        And then you have nine more notifications from

13   Stewart Rhodes to "D.C. Op" that hasn't been opened; is that

14   right?

15   A    There are notifications on the screen.  I don't

16   know if he's read them or not.

17   Q    Okay.  Thank you.

18        I'd like to direct your attention to Exhibit 1503,

19   Government's exhibit, if I may.

20        You testified about Exhibit 1503 yesterday?

21   A    Yes.

22   Q    And I'm also reminded that this was in the opening

23   statement as well, sort of where we began our days in this

24   court.

25        MR. GEYER:  Hit play.

1              (Video played)

2    BY MR. GEYER:

3        Q    It's a curious decision, isn't it, to begin the

4    story of Ken Harrelson and Jason Dolan at roughly 1:59 or

5    2:00 when there was an entire morning that preceded it where

6    they were working on security details, isn't it?

7        A    I believe that those photos, videos, were shown

8    that morning -- or yesterday as well --

9        Q    So you can --

10       A    In the morning.

11       Q    -- confirm that they were working on security and

12   security details in the morning?

13       A    No, but that there was -- I'm sorry.  I misspoke.

14            There was other photo and video evidence that was

15   shown capturing the morning before this was shown yesterday

16   to the jury.

17       Q    Okay.

18            Are you able to confirm or agree with me that they

19   were working on a security detail up to and including

20   arriving to this area of the Capitol?

21       A    I am aware of it because of, I believe, video,

22   that they were moving with a group of people towards the

23   Capitol that did not appear to be affiliated with the

24   Oath Keepers.

25       Q    Okay.

4991

```
1              Let me see if we can drill down on that a little

2   bit.

3              THE COURT:  Mr. Geyer, can I ask you, is this

4   something you plan to play for a little while or go through?

5              MR. GEYER:  Excuse me, Your Honor?

6              THE COURT:  Is this something you plan to play for

7   a few minutes?

8              MR. GEYER:  I was going to try and be quick in

9   shorter, short pieces.

10             THE COURT:  How long do you intend to stay on this

11  exhibit?

12             MR. GEYER:  Five to ten minutes maybe.

13             THE COURT:  Okay.

14             Let's break then.

15             All right.  Ladies and gentlemen, let's break for

16  the day and break for the week.  We've reached the noon

17  hour.

18             I know some of you have expressed curiosity about

19  where we stand in the trial.  I've had a chance to talk to

20  the parties, and this is what I can tell you at this point.

21             It would appear -- and, again, this all estimates

22  at this point -- that evidence could go into the, I guess,

23  the week of the 7th of November.  So that's the first full

24  week, the second week of November, and could, could go into

25  the following week as well.
```

1          So that's about where we are.  The parties are

2    working hard within the constraints of what they all need to

3    do to be as efficient as possible.  But we thought it was

4    important that you all should be aware of where that is for

5    your own planning purposes, and I think you have a right to

6    know.  So that's where we are.

7          Have a nice weekend.  Just the same reminders as

8    usual not to discuss the case, no independent research,

9    please avoid any media.  We look forward to seeing you on

10   Monday morning.  We'll start at 9:30.

11         Have a great weekend, everybody.  Thank you.

12         COURTROOM DEPUTY:  All rise.

13         (Jury exited the courtroom.)

14         THE COURT:  All right.  Agent Drew, you can step

15   down.  And just the same reminder I've given you over

16   breaks, not to discuss your testimony over the weekend

17   with anyone.

18         THE WITNESS:  Yes, Your Honor.

19         THE COURT:  Thank you.

20         All right.  Have a seat.  Anything we need to

21   discuss before we adjourn for the afternoon?

22         MR. NESTLER:  I have one logistical issue,

23   Your Honor, which is Agent Drew is still on the stand.  I

24   did not expect her to still be on the stand undergoing

25   cross.

4993

1           I do need to prepare her next examination because,
2    as I indicated earlier, there's so much evidence.  We did
3    January 6th through 3:30 p.m.  And then she's going to come
4    back next week and do 3:30 p.m. onward.
5           Could I please have the Court's indulgence,
6    permission to meet with Agent Drew over the weekend to
7    prepare her next testimony?  I won't talk with her about
8    redirect or cross, but I do need to get into the next set of
9    messages we plan to introduce through her from 3:30 onward.
10          THE COURT:  Is there any objection from defense
11   counsel to doing so?
12          MR. WOODWARD:  I've never heard of that before.
13          MR. CRISP:  I would object, Judge, not that I
14   question Mr. Nestler.  I just think it creates appellate
15   issues that I don't want to have to deal with.
16          I think it would be more prudent to just wait.
17   We're only talking a couple days here.  I apologize, but I
18   don't think I can in good conscience just say it's okay.
19          I think my clients would be --
20          THE COURT:  Well, at a minimum, how about this --
21   and I don't know.  Maybe this has already been done.  But
22   have you shown her the exhibits?  She's seen the exhibits
23   that you intend to present to her?
24          MR. NESTLER:  Yes, the first draft.  We've added
25   and subtracted a couple of messages, so I will -- I can

1    provide her with the exhibits we intend to introduce through

2    her.

3            THE COURT:  And then how many witnesses do you

4    intend to have after she's presently done until she

5    restarts?

6            MR. NESTLER:  A lot of that depends when

7    cross-examination ends, Your Honor.  One or two.

8            I could meet with her again next week.  I was

9    hoping to use this weekend to be efficient about it.  We are

10   trying to be very efficient to get our case rested, done, by

11   next Friday.

12           THE COURT:  I understand.

13           MR. NESTLER:  So we're working through everything

14   we can to accomplish that.

15           THE COURT:  All right.  Well, look, it's entirely

16   appropriate, it seems to me, to send her the exhibits so she

17   can review them.

18           MR. CRISP:  No issues.  I don't have any problems

19   with that, no.

20           THE COURT:  Okay.  That's fine.

21           MR. NESTLER:  Understood, Your Honor.  Thank you.

22           THE COURT:  All right.

23           Okay.  Mr. Woodward.

24           MR. WOODWARD:  Your Honor, your instinct was

25   correct.  That last video had not been admitted.  It is

1    KM50 -- if admitted, it would be KM55.

2              THE COURT:  Okay.  So I think it's already been

3    shown, so that will be KM55, just to be sure.

4                                  (Defendant's Exhibit KM55
                                        received into evidence.)
5

6              THE COURT:  Just a reminder, we've obviously

7    gotten a lot of exhibits in.  I will be asking each of you

8    at the end of this to have a clean exhibit list that we can

9    send back to the jury, so we've obviously been doing the

10   best we can to track what's been admitted, but ultimately

11   we'll all need to compare notes, and you all will need to

12   compare notes to make sure that what needs to be sent back

13   is sent back, okay?

14             All right.  Anything else from anyone?

15             All right.  Have a nice weekend, everybody.  We'll

16   see you on Monday.

17             COURTROOM DEPUTY:  All rise.

18             THE COURT:  Please don't wait for me, everybody.

19             COURTROOM DEPUTY:  This Court stands in recess.

20             (Proceedings concluded at 12:05 p.m.)

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 21, 2022_____    

William P. Zaremba, RMR, CRR

4997

BY MR. BRIGHT: [19]
4875/22 4879/16
4882/21 4884/2
4886/23 4890/13
4890/23 4897/2
4897/10 4898/9 4900/5
4900/14 4906/21
4911/23 4920/4
4921/12 4923/7
4923/12 4924/8
BY MR. GEYER: [6]
4983/24 4984/9
4985/14 4986/13
4988/9 4990/2
BY MR. WOODWARD:
[39] 4928/14 4929/5
4929/20 4930/8
4936/25 4948/24
4950/19 4953/8
4953/24 4957/25
4961/15 4964/13
4965/6 4965/23 4966/9
4967/3 4967/12 4968/8
4968/13 4969/3 4969/7
4969/13 4970/6 4973/4
4973/24 4975/19
4977/6 4977/12
4977/17 4977/24
4978/14 4978/22
4979/4 4979/10
4979/23 4980/7
4980/16 4981/1
4982/22
COURTROOM
DEPUTY: [9] 4875/4
4911/19 4944/15
4944/24 4945/1
4948/17 4992/12
4995/17 4995/19
MR. BRIGHT: [24]
4875/14 4877/8
4877/20 4878/2
4879/11 4883/25
4886/21 4889/15
4890/3 4890/11 4897/1
4897/6 4897/8 4898/5
4898/8 4900/13
4906/20 4911/18
4911/20 4920/2 4924/7
4928/8 4945/22 4946/9
MR. CRISP: [9]
4945/14 4947/7
4947/18 4947/22
4948/1 4948/7 4948/13
4993/13 4994/18
MR. GEYER: [9]
4946/18 4985/11
4986/10 4988/7
4989/25 4991/5 4991/8
4991/12
MR. NESTLER: [29]
4882/19 4900/3
4921/11 4923/5
4923/10 4936/19
4943/24 4945/6 4945/9
4946/20 4950/15
4953/18 4957/17

4957/24 4961/9
4972/13 4974/4 4974/8
4974/17 4974/24
4975/10 4978/5
4978/20 4992/22
4993/24 4994/6
4994/13 4994/21
MR. WOODWARD:
[42] 4928/24 4929/4
4929/17 4930/7
4936/17 4936/20
4943/18 4944/5 4944/9
4946/11 4948/23
4950/18 4953/7
4953/12 4953/22
4957/15 4957/19
4961/1 4961/5 4961/12
4963/22 4964/5
4964/10 4965/21
4970/1 4972/8 4972/10
4972/14 4973/23
4974/2 4974/10 4975/3
4975/12 4977/21
4978/9 4978/13 4979/3
4980/3 4980/5 4983/20
4993/12 4994/24
THE COURT: [83]
4875/2 4875/6 4877/1
4877/3 4877/16
4877/24 4878/21
4879/14 4882/20
4889/16 4889/19
4890/7 4890/21 4897/5
4897/7 4898/7 4900/4
4900/10 4923/6
4923/11 4928/10
4929/1 4929/16 4930/3
4943/25 4944/3 4944/7
4944/11 4944/17
4944/25 4945/3 4945/8
4945/12 4946/7
4946/10 4946/16
4946/19 4946/25
4947/3 4947/16
4947/19 4947/23
4948/5 4948/12
4948/14 4948/19
4950/16 4953/19
4957/21 4961/4 4961/7
4964/7 4967/1 4973/1
4974/5 4974/7 4974/13
4974/19 4975/16
4978/6 4978/11
4978/21 4978/25
4980/2 4980/4 4983/21
4984/6 4991/3 4991/6
4991/10 4991/13
4992/14 4992/19
4993/10 4993/20
4994/3 4994/12
4994/15 4994/20
4994/22 4995/2 4995/6
4995/18
THE WITNESS: [3]
4900/12 4969/2
4992/18

'21 [1] 4884/8
'D.C. [1] 4887/17
'D.C. Op Jan. 6, 21' [1]
4887/17
'Nancy.' [1] 4976/13
'the [1] 4976/12

.

.48 [1] 4964/7

0

003 [2] 4986/11
4986/15
08077 [1] 4872/13
0826 [1] 4872/18

1

1/6/2021 [1] 4938/15
10 [1] 4936/1
10,000 [1] 4921/1
100 [2] 4898/17
4916/21
1051.1 [1] 4966/23
10:00 [1] 4962/12
10:04 [3] 4963/3
4963/16 4963/20
10:05 [1] 4962/25
10:25 [1] 4944/13
10:26 a.m [1] 4944/23
10:40 [1] 4944/14
10:43 [1] 4963/20
10:44 [3] 4962/25
4963/3 4963/15
10:46 [1] 4944/23
10:51 a.m [1] 4948/16
10:53 [1] 4963/20
10:54 [3] 4962/25
4963/3 4963/16
11 [1] 4988/22
11:05 [1] 4942/22
12 [1] 4905/15
12 minutes [1] 4912/9
120 [1] 4957/2
12:05 [1] 4995/20
13 [2] 4975/21 4975/24
14 [3] 4966/6 4975/21
4976/16
1460 [1] 4923/17
14th [2] 4947/6
4947/10
15 [1] 4870/4
1500 [6] 4878/9 4880/9
4887/21 4892/9
4897/22 4919/4
1503 [3] 4965/25
4989/18 4989/20
1506 [1] 4977/1
1516 [1] 4983/9
16 [2] 4870/7 4958/4
1653 [1] 4897/4
17110 [1] 4871/15
18 [3] 4901/3 4911/2
4915/5
1808 [1] 4872/3
1812 [1] 4915/17
1:00 [8] 4922/19
4922/19 4923/1 4923/9

4925/4 4925/18
1:30 [1] 4923/17
1:54 [1] 4951/15
1:59 [1] 4990/4
1st [1] 4943/1

2

20 [1] 4905/10
20-ish [1] 4969/17
20001 [1] 4873/5
2001 [1] 4939/3
20010 [1] 4872/4
20036 [1] 4872/9
2006 [1] 4872/12
2014 [3] 4984/11
4984/12 4984/18
202 [4] 4870/18 4872/4
4872/9 4873/5
2021 [10] 4881/6
4915/13 4938/15
4951/15 4952/6 4953/3
4955/1 4955/6 4955/13
4988/13
2022 [3] 4870/5 4899/9
4996/7
20579 [1] 4870/17
21 [20] 4870/5 4882/24
4885/7 4887/4 4891/15
4901/10 4904/4 4905/2
4909/11 4912/1
4912/17 4912/24
4930/22 4932/3
4934/20 4935/24
4938/4 4952/5 4954/25
4996/7
21' [1] 4887/17
21061-3065 [1]
4872/18
214 [2] 4871/5 4871/9
219 [2] 4915/7 4915/11
22-15 [1] 4870/4
22nd [1] 4899/8
252-7277 [1] 4870/18
252-9900 [1] 4871/5
2522.1 [1] 4988/8
2615 [1] 4872/9
26th [1] 4913/14
2:00 [3] 4923/17
4925/7 4990/5
2:06 [2] 4882/1 4882/5
2:06:17 [1] 4882/23
2:07 [2] 4886/19
4952/6
2:07 p.m [3] 4885/6
4885/25 4886/9
2:07p.m [1] 4885/22
2:12 p.m [1] 4925/13
2:13 [1] 4887/1
2:13 p.m [1] 4925/14
2:14 [2] 4882/14
4882/17
2:15 p.m [1] 4887/15
2:24 [3] 4894/22
4896/4 4896/20
2:24 p.m [1] 4893/23
2:26 [1] 4901/10
2:29 [1] 4882/11

2:36 [3] 4886/16
4912/7 4976/16
2:38 [1] 4912/24
2:38:51 [1] 4913/1
2:38:51 p.m [1]
4914/19
2:39 [4] 4886/16
4905/13 4912/10
4922/18
2:41 [1] 4905/13
2:43 [1] 4904/4
2:44 p.m [1] 4955/1
2:53 [2] 4904/23
4905/12

3

30 [5] 4886/3 4886/6
4914/9 4914/11
4914/15
300 [3] 4872/17 4939/2
4953/4
3065 [1] 4872/18
31 [1] 4884/23
318 [1] 4871/12
32 [1] 4989/7
3249 [1] 4873/5
3300 [2] 4871/3 4871/7
333 [1] 4873/4
34 notifications [1]
4989/2
352-2615 [1] 4872/9
354-3249 [1] 4873/5
3957 [2] 4962/15
4962/21
3:00 [2] 4960/1 4960/2
3:00 p.m., yes [1]
4913/12
3:11 [1] 4953/3
3:30 [7] 4921/10
4921/11 4921/14
4930/1 4993/3 4993/4
4993/9
3:46 [1] 4921/9
3rd [2] 4984/24 4985/7

4

40 [4] 4914/9 4914/11
4944/9 4944/10
40-second [1] 4972/22
4031 [1] 4871/15
410 [1] 4872/18
412-4676 [1] 4871/16
43 [1] 4928/25
44 [1] 4929/19
4676 [1] 4871/16
487-1460 [1] 4871/12
4th [1] 4986/7

5

5,000-plus [1] 4920/17
5118-003 [2] 4986/11
4986/15
52 [1] 4973/1
53 [3] 4972/21 4972/24
4973/1
5708 [1] 4872/13
5th [6] 4916/21 4917/4

**5**

5th... [4]  4936/6 4937/7
4937/9 4986/8

**6**

6.8 [1]  4913/7
601 [2]  4870/17 4872/7
607-5708 [1]  4872/13
6137 [1]  4881/22
6731 [9]  4882/22
4884/4 4901/8 4909/8
4911/21 4911/22
4943/21 4950/6 4950/9
6740 [3]  4955/24
4961/21 4985/11
6:00 [1]  4959/24
6:23 [1]  4988/16
6:23 p.m [1]  4988/17
6:29:04 a.m [1]
4930/22
6:45 [2]  4932/3
4932/16
6:50 [1]  4896/17
6:50 p.m [1]  4894/18
6th [40]  4881/6 4883/7
4883/23 4911/5
4911/13 4913/24
4914/19 4915/12
4916/25 4923/15
4925/1 4930/22 4932/3
4932/25 4933/18
4934/9 4934/12
4934/14 4934/15
4934/21 4937/19
4939/20 4939/22
4943/16 4949/4 4952/6
4955/6 4955/13
4956/17 4958/20
4963/1 4971/15
4971/19 4972/2
4985/15 4986/8
4988/13 4993/3

**7**

700 [2]  4871/4 4871/8
71301 [1]  4871/11
717 [1]  4871/16
720-7777 [1]  4871/9
7277 [1]  4870/18
7310 [1]  4872/17
7447 [1]  4872/4
75219 [2]  4871/4
4871/8
7635 [1]  4951/14
7777 [1]  4871/9
787-0826 [1]  4872/18
7:00 a.m [1]  4932/25
7:13 [1]  4933/11
7:30 [1]  4914/15
7:39 a.m [1]  4934/21
7:42 [1]  4935/25
7th [2]  4947/5 4991/23

**8**

819 [1]  4871/11
8551 [1]  4962/18
856 [1]  4872/13

8:25 [1]  4938/5
8:55 [1]  4938/15

**9**

900 [1]  4872/8
91 [1]  4918/2
9469 [1]  4962/22
9900 [1]  4871/5
996-7447 [1]  4872/4
9:01 [2]  4938/18
4938/25
9:30 [3]  4870/6 4936/1
4992/10

**A**

a.m [21]  4870/6
4930/22 4932/3
4932/25 4934/21
4935/25 4938/5
4938/18 4938/25
4942/22 4944/23
4944/23 4948/16
4959/24 4960/1 4960/2
4962/12 4963/15
4963/16 4963/16
4988/16
ability [1]  4913/15
able [8]  4879/6
4884/21 4900/24
4919/10 4931/10
4938/22 4952/7
4990/18
about [67]  4877/1
4877/4 4877/13
4877/18 4877/21
4877/25 4878/7
4878/24 4879/1 4879/2
4879/20 4884/16
4885/18 4886/3 4887/7
4895/7 4898/11 4903/1
4903/16 4903/21
4907/16 4907/22
4911/13 4917/18
4918/21 4922/18
4927/12 4931/2
4931/13 4931/20
4931/23 4931/25
4932/10 4934/2
4935/15 4937/24
4938/16 4939/8
4939/11 4940/7
4940/13 4941/11
4941/20 4941/22
4943/9 4945/18 4946/4
4949/3 4951/18
4951/25 4953/9
4954/10 4955/21
4956/24 4958/11
4958/14 4965/19
4965/24 4976/20
4978/12 4979/20
4989/20 4991/18
4992/1 4993/7 4993/20
4994/9
above [9]  4922/12
4924/10 4924/11
4924/11 4924/11
4924/11 4976/2

above-titled [1]  4996/4
Absolutely [2]  4881/5
4903/12
abundance [1]
4966/25
accept [2]  4912/6
4985/22 4985/22
access [4]  4899/25
4924/14 4924/16
4987/1
accomplish [1]
4994/14
according [6]  4895/15
4919/19 4919/24
4920/1 4938/13 4955/7
account [7]  4984/11
4984/16 4984/17
4984/21 4986/18
4987/2 4987/21
accuracy [2]  4950/10
4974/22
accurate [20]  4882/18
4884/19 4887/8
4888/18 4888/22
4892/24 4894/4 4894/7
4901/4 4901/5 4904/19
4907/4 4907/19 4908/4
4913/4 4914/23 4915/8
4961/24 4966/13
4988/14
acknowledges [1]
4974/11
acronym [1]  4910/14
across [1]  4903/5
act [3]  4878/10
4909/18 4909/20
action [2]  4911/10
4911/11
actions [1]  4883/15
actual [4]  4890/17
4949/16 4949/22
4988/21
actually [19]  4878/14
4880/3 4899/16
4905/23 4906/22
4907/3 4913/10
4916/18 4917/2 4919/3
4924/11 4948/10
4955/22 4961/1
4967/17 4978/10
4979/6 4987/13
4987/17
added [2]  4985/7
4993/24
additional [1]  4943/21
address [3]  4987/2
4987/5 4987/23
adjourn [1]  4992/21
admit [5]  4936/20
4953/17 4961/3 4974/2
4980/2
admitted [24]  4874/11
4881/22 4889/8
4891/23 4911/22
4929/1 4930/2 4930/4
4943/25 4949/1
4953/19 4955/23

4964/10 4966/23
4969/22 4973/1
4977/23 4979/7 4980/3
4994/25 4995/1
4995/10
admitting [2]  4974/15
4974/17
adorned [1]  4929/12
advise [2]  4941/12
4975/7
advises [1]  4941/25
advising [1]  4934/24
affiliated [1]  4990/23
after [15]  4885/13
4891/14 4892/10
4894/21 4905/10
4928/3 4930/1 4968/6
4968/15 4971/18
4976/3 4983/4 4983/6
4983/8 4994/4
afternoon [4]  4944/21
4949/4 4983/25
4992/21
again [33]  4878/8
4882/4 4884/16
4887/20 4891/9
4891/21 4896/7 4898/5
4898/20 4901/2 4904/7
4906/20 4907/22
4909/7 4915/3 4915/5
4917/6 4921/14
4930/10 4931/7
4932/16 4939/19
4941/25 4949/7 4951/3
4963/7 4966/12
4968/24 4980/13
4980/17 4986/4
4991/21 4994/8
against [3]  4879/7
4889/14 4976/7
agent [11]  4910/2
4920/14 4929/21
4944/18 4945/10
4949/3 4975/20
4983/25 4992/14
4992/23 4993/6
Agent Drew [5]
4944/18 4945/10
4949/3 4992/14 4993/6
aggregate [1]  4960/12
ago [2]  4941/11
4988/22
agree [24]  4880/8
4882/17 4892/3
4892/12 4893/19
4898/20 4900/21
4908/22 4908/25
4911/9 4915/16
4917/10 4920/13
4920/16 4931/3 4940/8
4940/9 4940/15
4940/18 4958/3
4965/11 4972/20
4980/8 4990/18
agreement [1]  4972/11
ahead [2]  4939/1
4958/20

aide [1]  4873/7
Airborne [1]  4918/2
AL [1]  4870/6
Alaska [1]  4947/10
ALCON [2]  4932/4
4932/7
Alexandra [1]  4870/15
Alexandria [1]  4871/11
all [82]  4875/6 4879/2
4879/17 4883/18
4883/3 4888/16
4889/22 4891/22
4892/2 4892/4 4901/24
4902/22 4903/21
4908/20 4910/9 4911/4
4911/10 4911/21
4912/19 4914/10
4914/17 4919/23
4920/20 4921/19
4922/13 4925/10
4932/8 4932/9 4932/19
4934/13 4934/23
4935/20 4942/21
4942/25 4943/6 4943/7
4944/10 4944/13
4944/14 4944/15
4944/17 4944/24
4945/5 4948/15 4949/7
4951/3 4951/9 4954/12
4955/12 4955/18
4956/10 4956/16
4958/24 4959/23
4960/15 4960/19
4962/2 4964/14 4965/3
4965/17 4967/10
4970/19 4971/20
4973/22 4979/5
4980/11 4980/13
4984/23 4991/15
4991/21 4992/2 4992/4
4992/12 4992/14
4992/20 4994/15
4995/11 4995/15 4995/17
4995/15 4995/17
All right [1]  4960/15
alleged [3]  4886/3
4905/11 4915/22
allowed [2]  4933/15
4953/5
allows [2]  4960/4
4960/11
alone [2]  4888/17
4986/25
along [3]  4876/2
4902/22 4928/17
already [6]  4889/8
4911/21 4921/25
4928/3 4993/21 4995/2
also [25]  4876/11
4880/14 4883/9
4883/13 4895/7 4907/7
4910/15 4930/23
4932/17 4933/14
4938/23 4940/12
4942/9 4959/1 4960/17
4962/7 4963/20
4976/20 4977/18

**A**

**also... [6]** 4982/23
4983/7 4984/17
4984/20 4985/19
4989/22
**Although [1]** 4953/1
**am [8]** 4885/2 4896/6
4926/20 4934/2 4936/4
4953/14 4986/23
4990/21
**amalgamating [1]**
4956/14
**amenable [1]** 4975/9
**Amendment [3]** 4877/5
4877/11 4879/6
**AMERICA [2]** 4870/3
4918/2
**AMIT [1]** 4870/9
**among [1]** 4880/11
**amount [2]** 4969/16
4989/9
**analysis [15]** 4876/20
4879/19 4879/23
4901/12 4901/21
4903/22 4904/7
4904/10 4905/6
4906/12 4907/14
4907/20 4910/8
4911/16 4961/19
**analytics [1]** 4876/8
**analyze [2]** 4901/2
4960/5
**analyzed [3]** 4878/6
4880/5 4881/4
**Analyzing [1]** 4876/10
**Angel [1]** 4987/9
**another [14]** 4919/22
4920/14 4923/3
4923/22 4942/21
4974/25 4975/7 4976/6
4976/9 4976/11
4976/20 4982/4
4982/12 4987/16
**answer [2]** 4895/12
4960/8
**answered [2]** 4890/1
4979/2
**Antifa [3]** 4885/15
4885/18 4953/4
**any [50]** 4876/15
4876/16 4877/6
4877/22 4878/22
4885/22 4886/4 4886/8
4887/18 4901/3
4909/19 4910/18
4911/4 4913/21
4918/13 4918/16
4921/16 4921/21
4922/9 4929/11
4932/19 4933/16
4934/5 4934/6 4934/7
4936/17 4937/6
4943/15 4943/17
4948/4 4949/23
4956/17 4957/6
4957/15 4960/25
4961/16 4963/12
4967/7 4968/16

**Case 1:22-cr-00015-APM**
4974/15 4979/18
4983/3 4984/20 4985/5
4987/20 4992/9
4993/10 4994/18
**anybody [1]** 4922/6
**anyone [10]** 4943/5
4968/10 4968/14
4970/10 4970/13
4978/4 4978/18
4979/16 4992/17
4995/14
**anyone's [1]** 4910/21
**anything [8]** 4911/4
4929/25 4930/24
4948/2 4953/5 4980/23
4992/20 4995/14
**anytime [2]** 4939/14
4944/5
**anywhere [1]** 4904/13
**apologize [5]** 4881/7
4881/7 4886/3 4894/16
4899/2 4947/7 4993/17
**apparently [1]** 4935/16
**appear [17]** 4955/5
4963/1 4963/15
4973/12 4977/18
4979/13 4980/22
4981/4 4981/6 4981/21
4981/23 4982/4
4982/17 4983/7 4989/9
4990/23 4991/21
**APPEARANCES [4]**
4870/13 4870/20
4871/17 4872/20
**appearing [1]** 4982/1
**appears [19]** 4893/11
4893/13 4931/3 4941/4
4942/9 4951/19
4952/25 4959/11
4970/21 4973/11
4979/20 4980/19
4981/12 4981/15
4981/17 4982/3
4982/13 4982/19
4983/6
**appellate [1]** 4993/14
**appreciate [5]** 4900/12
4908/18 4910/4
4913/23 4923/21
**approach [6]** 4897/1
4898/5 4898/6 4906/20
4924/7 4925/20
**approached [1]**
4925/21
**approaching [2]**
4922/14 4927/21
**appropriate [1]**
4994/16
**approximately [8]**
4894/20 4897/19
4905/19 4922/16
4925/13 4925/14
4958/20 4976/16
**are [74]** 4875/23
4875/24 4876/16
4877/24 4878/6 4878/7
4879/24 4885/9 4885/9

4885/7 4885/24 4887/1
4887/18 4891/20
4891/22 4892/14
4906/3 4908/7 4908/21
4908/24 4909/4
4909/24 4910/9
4910/17 4911/21
4916/8 4917/12
4918/17 4924/4
4926/12 4926/17
4926/21 4926/24
4927/5 4932/5 4932/17
4933/12 4936/13
4937/9 4937/17
4939/11 4940/18
4941/4 4943/6 4945/17
4948/8 4949/8 4952/6
4952/8 4953/5 4954/14
4956/3 4959/15 4960/3
4962/10 4962/24
4963/2 4964/5 4969/10
4981/7 4981/8 4981/16
4983/25 4984/1
4985/15 4986/3
4986/21 4987/20
4988/17 4989/15
4990/18 4992/1 4992/1
4992/6 4994/9
**area [11]** 4924/15
4925/22 4970/22
4970/25 4971/2 4973/7
4976/1 4976/1 4976/21
4976/22 4990/20
**areas [1]** 4950/13
**arguably [1]** 4974/16
**argument [1]** 4890/4
**Arizona [3]** 4913/2
4915/5 4916/12
**arm [1]** 4932/5
**armband [2]** 4932/4
4932/17
**armbands [7]** 4931/25
4939/12 4939/24
4940/7 4941/12
4941/13 4942/1
**arms [1]** 4897/9
**Army [1]** 4948/8
**around [8]** 4882/11
4894/18 4903/6
4903/14 4913/11
4923/19 4926/18
4962/12
**arriving [1]** 4990/20
**arrows [3]** 4966/14
4966/18 4969/5
**as [78]** 4875/10
4875/17 4880/14
4881/22 4882/22
4883/17 4883/18
4884/16 4884/22
4885/11 4885/24
4885/24 4888/6 4888/6
4896/11 4896/12
4897/3 4897/11
4897/22 4899/16
4899/19 4900/1 4900/2
4900/3 4901/5 4901/5
4901/7 4901/22 4909/3

4915/14 4915/14
4915/22 4921/25
4924/16 4928/25
4929/18 4929/25
4933/23 4935/8 4936/8
4943/22 4946/7
4947/12 4947/17
4952/9 4953/14 4957/8
4960/21 4961/3
4962/15 4962/17
4964/11 4964/14
4966/24 4968/3 4968/5
4971/2 4972/16 4974/2
4975/10 4977/23
4977/25 4978/3
4978/17 4979/6 4979/7
4983/17 4986/10
4989/23 4990/8
4991/25 4992/3 4992/3
4992/4 4993/2
**as KM52 [1]** 4972/16
**aside [2]** 4946/13
4976/22
**ask [24]** 4877/3
4877/13 4879/12
4879/20 4889/24
4890/7 4926/7 4926/10
4930/10 4930/11
4936/17 4941/12
4942/17 4943/22
4949/7 4949/8 4966/7
4968/5 4968/9 4969/4
4975/20 4978/11
4980/13 4991/3
**asked [4]** 4889/20
4932/10 4953/9
4967/23
**asking [9]** 4877/25
4879/2 4879/10
4894/10 4903/1 4940/7
4940/13 4944/7 4995/7
**asks [2]** 4941/20
4942/9
**assertion [1]** 4985/22
**assist [2]** 4912/3
4958/10
**assistance [1]** 4978/4
**assisting [1]** 4898/16
**ASSOCIATES [1]**
4871/14
**assume [3]** 4956/12
4974/14 4983/15
**att.net [1]** 4871/12
**attempt [1]** 4887/22
**attempts [1]** 4987/1
**attention [1]** 4989/18
**attorney [1]** 4881/2
**ATTORNEY'S [1]**
4870/16
**attributed [4]** 4949/11
4949/12 4975/13
4986/16
**attributing [1]** 4987/21
**audio [1]** 4972/11
**available [3]** 4912/3
4916/24 4924/25
**Avenue [5]** 4871/3

4939/2
**avoid [1]** 4879/7
4984/6 4992/9
**aware [34]** 4883/15
4885/24 4885/19
4895/21 4900/8
4903/20 4909/24
4915/1 4915/14 4916/8
4916/18 4917/1
4918/17 4922/7
4922/11 4926/12
4926/17 4926/20
4926/21 4926/24
4927/5 4933/24 4934/2
4934/5 4936/4 4937/9
4939/19 4939/21
4974/21 4975/5
4984/10 4986/3
4990/21 4992/4
**away [1]** 4877/22

**B**

**back [30]** 4875/9
4878/7 4878/11
4879/24 4887/22
4888/5 4888/6 4892/14
4898/22 4905/4
4907/11 4912/2
4918/19 4923/22
4923/24 4924/23
4939/18 4948/20
4957/1 4957/6 4961/20
4962/20 4973/16
4980/6 4980/13
4980/24 4993/4 4995/9
4995/12 4995/13
**background [1]**
4983/17
**backlog [1]** 4989/7
**backpacks [1]** 4953/5
**bad [1]** 4948/10
**ball [1]** 4983/10
**Ballston [1]** 4913/5
**barking [1]** 4922/5
**BARRETT [2]** 4871/3
4873/4
**barricades [2]** 4903/15
4922/10
**barriers [1]** 4928/5
**based [57]** 4882/9
4883/6 4883/13
4884/13 4885/13
4886/14 4890/18
4891/1 4891/2 4891/7
4892/3 4894/22
4897/12 4897/13
4897/21 4898/20
4900/20 4901/12
4901/21 4902/17
4903/22 4904/7
4904/10 4905/18
4907/14 4907/17
4907/24 4909/14
4910/1 4910/8 4911/16
4912/25 4913/8
4913/11 4913/13
4917/21 4918/21

**based.. [20]** 4919/25
4920/5 4922/19 4923/1
4923/8 4923/25 4924/9
4924/25 4925/3 4925/6
4925/9 4925/16
4925/19 4926/1
4926/12 4927/2
4934/10 4945/23
4987/23 4988/20
**basically [2]** 4876/8
4986/6
**battlefield [1]** 4915/23
**be [132]**
**became [1]** 4895/19
**because [17]** 4881/5
4886/10 4889/16
4889/20 4889/25
4908/16 4917/8
4923/22 4926/7 4947/8
4949/15 4949/22
4956/14 4984/4
4987/21 4990/21
4993/1
**become [2]** 4895/21
4933/23
**been [55]** 4875/16
4876/8 4876/11
4876/12 4876/13
4877/18 4881/5
4881/21 4882/22
4885/1 4894/14
4894/22 4895/5 4897/3
4897/13 4900/24
4905/10 4911/2
4911/21 4913/17
4914/2 4914/2 4914/4
4914/4 4914/7 4915/4
4916/9 4920/13
4922/22 4924/9
4924/17 4924/20
4926/23 4926/24
4928/6 4948/25 4951/8
4955/3 4955/5 4955/23
4959/11 4960/21
4962/11 4962/24
4963/2 4969/22
4973/20 4977/22
4980/3 4989/13
4993/21 4994/25
4995/2 4995/9 4995/10
**before [19]** 4870/9
4880/25 4894/14
4895/23 4914/3 4921/9
4922/14 4922/15
4925/18 4944/12
4944/20 4948/1 4949/9
4957/18 4974/14
4975/8 4990/15
4992/21 4993/12
**began [1]** 4989/23
**begin [1]** 4990/3
**beginning [2]** 4884/4
4982/12
**behalf [1]** 4876/13
**behind [5]** 4890/25
4935/12 4935/25
4959/20 4963/9

being.. [3] 4888/2
4889/18 4888/16
4889/4 4910/2 4915/12
4928/5 4945/23
4954/14 4966/18
4984/5
**believe [27]** 4878/24
4896/1 4897/25
4899/11 4913/7 4917/4
4923/19 4925/18
4927/10 4929/24
4933/3 4936/16
4943/20 4948/25
4954/2 4954/3 4954/20
4964/2 4966/14
4966/17 4971/10
4972/6 4972/7 4983/2
4988/16 4990/7
4990/21
**belong [1]** 4987/24
**below [1]** 4932/18
**Bench [3]** 4877/2
4889/18 4974/6
**benefit [1]** 4984/15
**bent [1]** 4976/8
**Berry [1]** 4970/15
**Berwick [1]** 4872/12
**besides [1]** 4918/14
**best [4]** 4910/21
4975/4 4984/12
4995/10
**better [4]** 4882/8
4909/13 4946/16
4984/7
**between [11]** 4880/11
4882/23 4884/5
4892/12 4896/13
4938/21 4946/12
4947/24 4962/4
4962/11 4962/21
**big [1]** 4987/22
**biggest [1]** 4915/20
**birth [1]** 4987/17
**bit [6]** 4889/17 4890/22
4891/3 4915/24
4965/19 4991/2
**black [1]** 4976/6
**blade [1]** 4931/2
**blue [6]** 4932/4 4932/4
4932/18 4939/12
4940/7 4981/2
**board [1]** 4884/23
**bodily [1]** 4930/24
**bombast [3]** 4888/15
4917/7 4921/15
**bombastic [1]** 4892/5
**both [1]** 4959/3
**bottom [3]** 4929/6
4967/4 4970/17
**Bradford [2]** 4872/11
4872/14
**BRAND [1]** 4872/3
**Brandon [1]** 4987/11
**brandwoodwardlaw.c
om [1]** 4872/5
**breach [2]** 4925/11
4925/13
**breached [3]** 4915/7
4915/12 4922/17

break.. [3] 4941/14
4944/11 4991/14
4991/15 4991/16
**breaks [1]** 4992/16
**briefly [2]** 4898/6
4899/5
**BRIGHT [7]** 4871/3
4871/7 4875/13 4876/1
4877/1 4928/10
4932/10
**bring [8]** 4881/18
4912/16 4915/25
4916/6 4916/16
4932/19 4943/12
4948/15
**bringing [1]** 4916/9
**broken [1]** 4976/9
**brother [2]** 4976/12
4987/16
**brought [1]** 4903/4
**building [17]** 4872/8
4878/12 4886/15
4907/11 4907/21
4908/12 4913/16
4914/3 4924/4 4927/22
4937/2 4937/4 4951/17
4965/12 4965/15
4975/9 4980/9
**buildings [2]** 4896/24
4943/3
**bullhorn [1]** 4922/5
**Burnie [1]** 4872/18
**buses [1]** 4939/11
**business [1]** 4961/2

---

**C**

**cajun.momma [2]**
4987/8 4987/10
**Caldwell [3]** 4872/16
4902/19 4913/7 4962/5
4962/11 4962/15
4972/20 4986/3 4986/5
**Caleb [1]** 4970/15
**Caleb Berry [1]**
4970/15
**California [6]** 4959/5
4959/8 4959/15
4959/18 4959/20
4959/25
**call [9]** 4887/2 4893/14
4893/18 4898/2 4922/2
4938/15 4956/3 4956/5
4985/15
**called [5]** 4910/25
4911/6 4911/7 4956/3
4958/15
**calling [1]** 4946/3
**calls [11]** 4923/5
4923/10 4938/23
4962/4 4962/7 4962/10
4962/21 4962/24
4963/2 4963/13 4978/5
**calm [2]** 4981/21
4981/23
**came [13]** 4892/8
4893/10 4902/22
4903/5 4903/8 4903/8
4903/11 4903/13

camera [1] 4981/13
**cameras [2]** 4924/4
4924/10
**can [53]** 4877/1 4877/8
4877/13 4877/22
4878/3 4878/16 4879/9
4879/11 4886/12
4888/3 4889/13
4889/13 4889/13
4890/4 4893/19 4896/5
4896/16 4896/21
4897/5 4897/7 4906/17
4912/3 4914/8 4915/15
4929/24 4932/18
4940/13 4955/22
4957/18 4961/4
4973/22 4975/12
4975/14 4978/7
4978/11 4978/13
4979/19 4980/2
4984/23 4990/9 4990/1
4991/3 4991/20
4992/14 4993/18
4993/25 4994/14
4994/17 4995/8
4995/10
**can't [7]** 4889/24
4900/11 4914/5
4961/10 4980/11
4981/20 4988/23
**cannot [2]** 4886/9
4895/12
**cap [1]** 4983/11
**capital [2]** 4935/25
4938/13
**Capitol [59]** 4878/12
4885/8 4885/9 4885/18
4885/19 4885/25
4886/13 4886/17
4891/19 4894/1
4896/15 4896/25
4897/17 4898/13
4902/8 4902/11
4903/24 4904/9
4904/18 4905/4
4905/20 4906/4 4906/7
4906/13 4913/16
4914/3 4920/24
4921/23 4922/24
4924/12 4925/1 4925/4
4925/7 4925/10
4925/12 4926/18
4927/22 4935/17
4936/6 4952/9 4955/5
4965/12 4965/15
4968/15 4969/14
4969/17 4971/8
4976/17 4977/10
4977/18 4980/9
4980/12 4983/4 4983/8
4984/5 4990/20
4990/23
**Capitol Building [6]**

4913/21 4943/16
4986/14
**camera [1]** 4981/13
**cameras [2]** 4924/4
(duplicate?)
4913/12 4913/16
4927/22 4965/12
4965/15 4980/9
**Capitol Grounds [2]**
4925/12 4936/6
**Capitol Hill [4]** 4925/1
4925/4 4925/7 4925/10
**capturing [1]** 4990/15
**care [1]** 4885/18
**carrier [1]** 4956/21
**carriers [3]** 4956/6
4956/10 4956/17
**carry [1]** 4953/5
**carts [2]** 4903/5
4908/11
**case [23]** 4876/8
4876/16 4877/12
4881/6 4882/16 4883/6
4888/9 4904/7 4906/12
4909/14 4911/3
4911/10 4915/5
4917/10 4945/6
4945/17 4945/19
4946/21 4946/23
4947/9 4969/20 4992/8
4994/10
**caution [1]** 4966/22
**CCTV [2]** 4964/3
4964/4
**celeb [4]** 4939/13
**cell [10]** 4924/17
4924/21 4938/23
4955/20 4956/10
4958/14 4958/21
4960/3 4961/6 4961/17
**cellular [6]** 4957/13
4958/24 4960/16
4960/23 4961/19
4965/2
**center [2]** 4907/11
4921/8
**certain [2]** 4962/4
4988/17
**certainly [4]** 4877/16
4890/3 4945/22
4946/22
**certification [1]** 4961/2
**Certified [1]** 4873/3
**certify [1]** 4996/2
**cetera [1]** 4954/15
**CH [1]** 4873/4
**chance [1]** 4991/19
**changed [1]** 4935/16
**changing [1]** 4967/13
**channel [3]** 4919/19
4919/24 4920/1
**channels [1]** 4880/15
**chant [1]** 4968/23
**chanting [1]** 4968/16
**characteristics [1]**
4958/14
**charge [1]** 4883/9
**charged [2]** 4877/19
4973/20
**chart [1]** 4963/19
**chat [48]** 4880/4
4882/24 4884/5 4884/8
4884/17 4885/7

**C**

chat... [42] 4885/14
4886/2 4887/17
4888/10 4889/11
4891/15 4901/10
4901/11 4901/16
4901/18 4901/25
4902/1 4904/4 4905/2
4909/11 4911/3
4912/24 4917/18
4917/21 4918/1 4918/4
4918/9 4918/14
4918/24 4919/7
4919/11 4919/13
4919/18 4930/22
4932/3 4934/24
4951/19 4952/12
4952/24 4955/10
4984/25 4985/2 4985/3
4985/4 4985/8 4988/23
4989/1
chats [14] 4876/9
4879/23 4881/17
4881/18 4891/21
4895/9 4907/16
4920/10 4920/15
4921/3 4921/4 4929/22
4984/14 4985/5
check [1] 4937/20
check-in [1] 4937/20
chickens [1] 4954/15
chief [2] 4945/17
4945/19
child [2] 4987/1 4987/5
chomping [1] 4915/24
choose [1] 4946/1
chose [1] 4881/18
chronological [4]
4891/24 4892/4 4892/8
4893/12
Cinnaminson [1]
4872/13
circle [2] 4979/11
4980/17
circles [1] 4981/2
circular [1] 4975/25
circumstances [2]
4889/3 4889/5
cite [1] 4947/15
city [1] 4914/14
civilian [1] 4939/11
clarified [1] 4877/20
clarify [2] 4920/6
4921/25
clean [1] 4995/8
clear [2] 4878/4 4978/6
cleared [1] 4955/2
clearing [1] 4908/18
clearly [4] 4886/7
4890/25 4897/8
4932/11
client [4] 4984/4
4984/10 4987/22
4987/24
clients [1] 4993/19
clip [2] 4967/8 4979/24
clips [1] 4964/3
close [4] 4916/5

4988/24
closed [2] 4913/10
4969/10
closings [1] 4947/25
clue [3] 4908/4
4908/21 4908/24
co [2] 4876/2 4928/18
co-counsel [2] 4876/2
4928/18
Coincidence [1]
4939/11
color [1] 4932/6
COLUMBIA [3] 4870/1
4905/12 4912/8
combined [2] 4946/15
4946/16
come [14] 4902/8
4902/19 4904/6
4904/18 4933/24
4935/8 4938/21
4946/21 4978/3 4984/4
4984/6 4984/7 4986/7
4993/3
comes [2] 4952/8
4980/13
Comfort [1] 4913/3
coming [7] 4913/9
4913/11 4913/13
4927/21 4927/25
4927/25 4946/7
commander [2]
4910/19 4918/17
commander's [1]
4910/18
comment [1] 4955/16
communication [9]
4878/11 4882/2
4882/23 4887/8 4888/9
4888/17 4891/12
4919/21 4920/23
communications [3]
4880/11 4880/15
4884/5
compare [3] 4889/14
4995/11 4995/12
compared [1] 4988/21
compelled [1] 4955/15
compilation [5] 4956/2
4966/2 4968/20
4978/24 4979/25
compiled [1] 4880/21
completely [3] 4907/16
4907/22 4931/17
complex [1] 4971/8
complicated [1]
4958/3
complication [1]
4967/8
complied [1] 4902/14
computer [2] 4873/7
4980/6
computer-aided [1]
4873/7
con [2] 4942/21
4942/25
concept [3] 4888/20
4889/2 4910/9

concerned [4] 4903/16
4903/21 4932/8 4932/9
concluded [1] 4995/20
conducted [1] 4922/21
conducting [1]
4876/13
conference [3] 4877/2
4889/18 4974/6
confirm [3] 4949/8
4990/11 4990/18
confirmed [1] 4966/13
confusing [2] 4891/3
4958/8
confusion [1] 4941/22
congratulations [1]
4910/2
Congress [2] 4906/25
4954/14
conjunction [1] 4946/2
connected [1] 4978/7
Connie [1] 4979/12
Connie Meggs [1]
4979/12
conscience [1]
4993/18
consistent [1] 4905/24
Constitution [1]
4873/4
constraints [1] 4992/2
contact [1] 4948/3
contacts [1] 4987/7
contemporaneously
[1] 4896/14
content [7] 4920/25
4934/10 4949/17
4949/25 4950/4
4966/12 4972/22
context [10] 4878/14
4878/16 4878/19
4878/25 4884/17
4886/7 4889/9 4890/10
4891/1 4891/21
contexts [1] 4938/10
continuance [2]
4947/9 4947/15
continuances [1]
4948/9
continued [5] 4871/1
4872/1 4873/1 4875/19
4976/17
continues [2] 4932/14
4943/4
continuing [3] 4901/8
4911/20 4947/4
continuously [1]
4980/25
contrary [1] 4904/12
control [1] 4987/1
conversation [2]
4981/18 4981/19
conversing [2]
4981/16 4982/17
convert [1] 4959/1
converting [1] 4961/9
coordinated [1]
4958/19
copy [1] 4961/24

correct [205]
corrected [1] 4881/8
correction [1] 4899/2
correctly [2] 4876/7
4890/18
corrects [1] 4940/10
correlate [1] 4897/21
could [81] 4885/4
4886/24 4887/16
4888/20 4888/21
4889/3 4889/10 4890/1
4890/8 4890/11
4890/25 4891/6 4891/9
4891/16 4893/24
4897/11 4901/19
4902/10 4904/24
4906/8 4910/12
4911/24 4914/2 4914/3
4914/4 4914/4 4920/17
4928/22 4929/9
4929/18 4930/7
4930/20 4931/25
4932/14 4934/18
4935/22 4936/11
4936/23 4938/3
4938/11 4938/16
4939/1 4942/24
4943/19 4944/20
4945/14 4945/16
4946/4 4946/22
4947/15 4949/2 4949/8
4951/8 4951/13 4952/3
4953/1 4953/12
4953/22 4954/24
4955/19 4956/20
4958/2 4960/7 4960/20
4964/1 4964/20 4965/3
4965/21 4966/6
4966/22 4971/12
4972/8 4975/20
4975/22 4977/22
4985/11 4991/22
4991/24 4991/24
4993/5 4994/8
couldn't [2] 4913/22
4924/6
counsel [5] 4876/2
4903/15 4928/18
4957/15 4993/11
counter [2] 4966/6
4977/4
couple [2] 4993/17
4993/25
course [3] 4943/15
4946/20 4946/25
court [28] 4870/1
4873/2 4873/3 4879/15
4890/12 4891/19
4906/16 4906/17
4906/19 4906/20
4907/7 4925/23 4926/2
4926/22 4926/25
4927/19 4937/5
4937/10 4944/6 4947/8
4948/3 4948/9 4970/3
4974/21 4975/18
4986/2 4989/24

Court's [6] 4890/3
4920/2 4947/13 4970/1
4977/21 4993/5
courtesy [1] 4947/12
courtroom [6] 4875/5
4944/16 4946/2
4948/16 4948/18
4992/13
courts [1] 4948/8
CR [1] 4870/4
crane [1] 4938/20
crane/light [1] 4938/20
cranes [1] 4938/21
create [3] 4880/23
4950/6 4978/23
created [5] 4881/13
4881/17 4950/3
4956/13 4964/25
creates [1] 4993/14
creating [1] 4958/10
Crisp [3] 4871/3
4871/14 4877/20
crisplegal.com [1]
4871/4
cross [11] 4874/4
4875/19 4877/10
4928/13 4945/10
4945/11 4946/1
4983/23 4992/25
4993/8 4994/7
cross-examination [5]
4875/19 4928/13
4945/10 4983/23
4994/7
cross-examinations [1]
4945/11
crosses [1] 4945/17
crowd [1] 4965/12
crowds [1] 4925/17
CRR [2] 4996/2 4996/8
Crystal [1] 4987/18
culmination [2]
4915/11 4915/24
curiosity [1] 4991/18
curious [1] 4990/3
current [1] 4947/4
curved [1] 4976/2
cut [1] 4921/9

**D**

D.C [30] 4870/5
4870/17 4872/4 4872/9
4873/5 4884/7 4885/1
4885/14 4902/1 4913/9
4914/7 4915/25 4916/6
4918/11 4926/13
4926/18 4931/2
4933/24 4938/9 4938/9
4938/10 4939/3
4939/12 4955/12
4959/9 4959/12
4959/15 4959/21
4959/24 4963/10
D.C. [30] 4882/24
4885/7 4887/4 4891/15
4901/10 4901/11
4901/16 4901/17

**D.C.... [22]** 4901/25
4904/4 4905/2 4909/11
4912/1 4912/17
4912/24 4930/22
4932/3 4934/20
4934/24 4935/24
4938/4 4952/5 4952/11
4952/24 4954/25
4955/10 4984/24
4985/3 4985/8 4989/13
**D.C. Op [10]** 4901/11
4901/16 4901/17
4934/24 4952/11
4952/24 4955/10
4984/24 4985/8
4989/13
**D.C. Op Jan. 6 [1]**
4901/25
**D.C. Op Jan. 6 21 [1]**
4891/15
**D.C. Op Jan. 6, 21 [12]**
4882/24 4885/7 4887/4
4901/10 4904/4 4905/2
4909/11 4912/17
4932/3 4934/20
4935/24 4938/4
**D.C. Op Jan. 6th 21 [3]**
4930/22 4952/5
4954/25
**D.C. Op. Jan. 6 21 [2]**
4912/1 4912/24
**Dallas [2]** 4871/4
4871/8
**damaged [1]** 4972/1
**damn [1]** 4909/13
**data [17]** 4949/16
4949/22 4955/20
4956/2 4956/10
4956/14 4958/14
4958/22 4958/25
4960/4 4960/5 4960/11
4960/16 4960/23
4961/17 4961/19
4963/5
**date [2]** 4883/10
4996/7
**dating [1]** 4886/1
**David [1]** 4872/16
**day [24]** 4870/7
4875/11 4875/11
4883/7 4885/1 4887/11
4908/17 4913/14
4914/14 4923/15
4926/3 4926/14
4926/19 4927/1 4927/6
4932/6 4943/6 4943/7
4945/18 4951/9
4956/17 4959/2 4984/3
4991/16
**days [8]** 4945/19
4946/4 4946/15
4946/19 4955/3 4957/2
4989/23 4993/17
**DB [1]** 4939/13
**deal [2]** 4987/22
4993/15
**decide [1]** 4944/8

**decided [1]** 4980/7
**decision [1]** 4990/3
**deck [1]** 4944/9
**Declan [1]** 4932/21
**deemed [1]** 4930/24
**deems [1]** 4910/19
**defendant [7]** 4871/2
4871/13 4872/2
4872/11 4872/15
4919/22 4972/21
**defendant's [12]**
4874/11 4929/2 4930/5
4936/24 4944/1
4953/20 4957/22
4961/13 4964/8 4973/2
4974/25 4995/4
**defendants [13]**
4870/7 4876/15
4876/19 4876/24
4878/1 4878/22 4879/1
4879/10 4880/11
4901/13 4919/6
4956/16 4972/18
**defense [5]** 4945/13
4946/21 4946/24
4957/15 4993/10
**define [1]** 4910/12
**definition [1]** 4910/21
**delay [2]** 4894/10
4895/23
**delayed [6]** 4894/14
4895/6 4895/11
4895/15 4896/9
4896/11
**delays [1]** 4894/3
**delivered [1]** 4894/17
**delivery [1]** 4894/10
4895/11
**depend [1]** 4890/9
**depending [4]** 4889/3
4945/16 4945/25
4946/23
**depends [2]** 4945/9
4994/6
**depict [2]** 4977/18
4980/19
**depicted [6]** 4931/9
4969/24 4970/8
4970/11 4970/25
4971/21
**depicts [2]** 4965/12
4980/8
**deploy [1]** 4910/18
**derived [1]** 4963/6
**designate [1]** 4932/5
**desire [1]** 4972/10
**Destroying [1]** 4979/18
**detail [9]** 4883/7
4898/19 4933/14
4933/25 4934/6
4934/14 4956/3 4956/5
4990/19
**details [8]** 4883/10
4883/14 4883/18
4934/3 4934/11 4986/7
4990/6 4990/12
**developing [1]**
4910/19

**decision [1]** 4990/3
4949/24 4950/1
**did [91]** 4879/4 4879/5
4880/23 4880/24
4881/9 4881/10
4881/12 4883/17
4892/9 4894/25 4895/3
4895/14 4896/16
4898/1 4899/17
4901/12 4903/12
4903/19 4903/23
4903/25 4911/16
4912/4 4913/19
4921/16 4921/20
4922/3 4922/5 4922/9
4923/13 4923/16
4925/20 4930/11
4931/8 4931/19
4931/20 4931/22
4932/20 4932/22
4933/22 4933/23
4934/5 4935/8 4935/11
4936/8 4937/13
4937/22 4941/9
4941/10 4941/18
4941/19 4942/14
4942/16 4942/19
4942/20 4943/17
4945/20 4950/6 4950/7
4950/8 4950/9 4950/20
4950/22 4951/3
4951/11 4951/22
4951/24 4954/7
4954/20 4954/22
4956/16 4956/18
4957/3 4965/7 4965/9
4966/10 4968/14
4968/16 4971/15
4971/17 4974/12
4977/25 4978/3
4978/23 4981/11
4982/6 4984/13
4984/19 4986/8
4990/23 4992/24
4993/2
**did you [12]** 4881/10
4899/17 4923/16
4935/8 4936/8 4937/13
4941/18 4942/19
4950/7 4957/3 4966/10
4978/3
**didn't [18]** 4890/20
4897/9 4899/16
4917/14 4930/19
4931/13 4933/20
4939/4 4940/1 4941/17
4942/12 4951/21
4953/10 4954/21
4966/10 4984/4
4984/12 4984/17
**different [14]** 4878/13
4880/15 4880/15
4880/16 4889/4
4913/21 4926/10
4938/10 4956/14
4959/7 4959/10
4959/18 4964/23
4974/20

**direct [15]** 4874/4
4881/12 4886/24
4888/9 4891/21
4892/17 4901/22
4911/10 4911/11
4912/5 4918/23
4920/10 4920/23
4921/17 4989/18
**Directing [1]** 4922/2
**direction [8]** 4898/22
4902/23 4902/24
4903/9 4925/19
4927/20 4927/24
4927/25
**directions [2]** 4904/19
4921/15
**directly [2]** 4884/5
4900/15
**disagree [23]** 4899/24
4929/11 4929/14
4933/17 4933/19
4936/13 4937/6 4937/8
4937/17 4955/4
4955/16 4955/17
4967/7 4967/9 4969/15
4973/10 4973/19
4975/10 4980/19
4981/4 4981/15 4982/8
4983/3
**discuss [3]** 4992/8
4992/16 4992/21
**discussed [2]** 4879/20
4903/15
**discussing [1]** 4939/24
**discussion [6]** 4875/3
4886/14 4890/15
4930/1 4934/2 4934/4
**dispute [5]** 4953/25
4954/5 4960/25
4961/16 4974/22
**distance [1]** 4913/6
**DISTRICT [6]** 4870/1
4870/1 4870/10 4916/9
4918/20 4943/16
**do [130]**
**do you [16]** 4877/14
4882/9 4893/6 4934/17
4951/25 4952/21
4954/16 4954/18
4956/24 4964/14
4966/4 4976/21 4977/2
4977/7 4979/24
4991/10
**do you have [3]**
4944/4 4961/16 4983/3
**do you know [3]**
4936/2 4939/16
4952/19
**do you recognize [7]**
4928/20 4937/2 4957/9
4967/4 4970/7 4978/15
4979/11
**Do you remember [1]**
4955/25
**do you see [2]** 4881/23
4962/21

**didn't's [2]** 4955/2
4955/7
**document [1]** 4957/9
4957/17 4958/4
4973/25 4974/10
**documented [1]**
4985/24
**Dodd [1]** 4917/25
**Dodd Koehler [1]**
4917/25
**does [37]** 4878/17
4893/15 4893/15
4904/5 4914/18
4914/25 4915/25
4929/25 4932/25
4933/6 4933/8 4938/8
4941/12 4955/4
4958/10 4960/22
4971/24 4973/12
4977/18 4979/13
4980/22 4981/23
4981/24 4982/4 4983/7
4984/25 4985/1 4985/9
4986/4 4986/4 4987/3
4987/4 4987/4 4987/14
4987/19 4987/24
4988/5
**doesn't [7]** 4878/18
4879/12 4884/11
4908/4 4915/6 4917/8
4975/13
**doing [12]** 4875/24
4883/19 4893/11
4917/7 4921/24 4960/4
4976/11 4979/13
4980/22 4984/1
4993/11 4995/9
**Dolan [13]** 4902/22
4903/8 4936/16
4964/21 4965/11
4965/15 4970/12
4970/14 4983/2
4983/13 4986/6 4986/9
4990/4
**Dolan's [4]** 4936/9
4936/14 4964/22
4982/24
**dome [2]** 4904/6
4907/12
**don't [69]** 4876/20
4877/5 4877/10
4877/14 4878/21
4878/23 4878/25
4883/22 4884/18
4885/18 4887/24
4888/1 4895/12
4898/16 4899/18
4899/21 4899/22
4901/17 4901/20
4906/14 4908/7
4908/24 4909/4 4912/5
4915/18 4918/7
4918/15 4924/5
4927/13 4929/14
4933/9 4937/21
4940/16 4941/1 4942/6
4942/7 4943/15
4943/17 4944/10

5003

**D**

don't... [30] 4944/11
4946/12 4947/10
4947/16 4948/10
4951/8 4952/20 4953/1
4954/2 4954/3 4954/7
4954/20 4954/23
4957/1 4958/13
4966/23 4968/22
4972/10 4973/10
4975/3 4975/10
4984/21 4988/3 4988/6
4989/15 4993/15
4993/18 4993/21
4994/18 4995/18
**Donaldson [6]** 4952/19
4953/9 4954/13
4954/25 4955/4
4955/15
**done [6]** 4878/24 4892/2
4892/4 4993/21 4994/4
4994/10
**doors [5]** 4905/12
4912/8 4968/15
4969/10 4979/15
**dot [3]** 4897/22
4897/25 4898/1
**doubt [3]** 4934/7
4934/11 4952/9
**Douyon [8]** 4929/17
4936/11 4943/18
4953/7 4955/20
4956/20 4965/18
4979/7
**down [18]** 4881/12
4900/21 4900/23
4901/4 4903/13
4906/19 4922/9
4925/22 4928/5
4944/17 4952/8 4967/4
4970/16 4975/14
4976/4 4976/8 4991/1
4992/15
**dozen [1]** 4917/14
**Dozens [1]** 4924/6
**Dozer [1]** 4918/2
**draft [1]** 4993/24
**dramatic [1]** 4929/15
**drew [11]** 4875/16
4875/23 4890/14
4897/11 4944/18
4945/10 4949/3
4961/24 4992/14
4992/23 4993/6
**drill [1]** 4991/1
**Drive [1]** 4872/12
**drone [1]** 4943/13
**drones [1]** 4943/10
**duct [2]** 4932/4
4932/18
**Dunn [6]** 4977/10
4977/19 4977/25
4978/4 4978/15
4978/19
**Durfee [2]** 4932/23
4942/9
**Durfee's [1]** 4938/11
**during [3]** 4895/17

**duty [1]** 4909/13

**E**

**each [2]** 4887/9 4995/7
**earlier [2]** 4963/14
4993/2
**early [2]** 4875/10
4949/4
**easier [2]** 4923/14
4945/14
**easily [1]** 4932/18
**east [3]** 4897/17
4903/11 4906/19
**Eastern [2]** 4963/17
4963/18
**echo [1]** 4987/11
4987/12
**Ed [4]** 4911/25 4912/15
4912/23 4914/18
**Ed Vallejo [4]** 4911/25
4912/15 4912/23
4914/18
**edge [4]** 4905/4 4905/5
4905/6 4908/12
**edit [1]** 4966/10
**Edmund [1]** 4872/2
**Edward [3]** 4871/10
4916/5 4932/23
**Edward Durfee [1]**
4932/23
**Edwards [1]** 4870/16
**edwardtarpley [1]**
4871/12
**effect [1]** 4929/15
**efficient [3]** 4992/3
4994/9 4994/10
**either [5]** 4878/17
4879/25 4942/7 4972/6
4986/3
**elicited [1]** 4902/18
**ellipse [6]** 4903/10
4906/22 4933/17
4941/3 4941/4 4941/6
**ELMER [3]** 4870/6
4871/2 4972/19
**Elmer Stewart Rhodes
[1]** 4972/19
**else [6]** 4953/5
4968/10 4968/14
4970/13 4981/13
4995/14
**elucidated [1]** 4891/1
**email [15]** 4870/18
4870/19 4871/5 4871/9
4871/12 4871/16
4872/5 4872/10
4872/14 4872/19
4880/4 4911/4 4987/2
4987/5 4987/23
**emails [3]** 4895/9
4921/5 4921/6
**Empire [1]** 4872/17
**en [1]** 4938/5
**en route [1]** 4938/5
**end [3]** 4945/7 4965/7
4995/8
**ending [4]** 4951/14

4962/21
**ends [1]** 4994/7
**enforcement [3]**
4981/5 4981/6 4982/5
**engaged [1]** 4881/17
**enough [5]** 4895/20
4897/20 4909/23
4951/9 4954/9
**enter [1]** 4947/16
**entered [10]** 4875/5
4905/11 4905/13
4912/10 4925/12
4945/2 4948/16
4948/18 4975/9
4976/17
**Entering [1]** 4921/23
**entire [5]** 4883/23
4904/12 4904/17
4924/11 4990/5
**entirely [1]** 4994/15
**entirety [3]** 4888/9
4892/9 4904/13
**entry [3]** 4886/4 4886/6
4912/7
**entryway [1]** 4976/2
**estimate [3]** 4901/19
4901/20 4946/2
**estimates [1]** 4991/21
**estimation [1]** 4947/20
**et [2]** 4870/6 4954/15
**et cetera [1]** 4954/15
**evacuated [1]** 4954/15
**even [15]** 4885/1
4897/9 4904/18 4909/4
4912/11 4913/15
4914/1 4915/6 4917/7
4917/8 4917/14
4917/21 4918/8
4946/16 4955/14
**event [20]** 4915/20
4926/1 4926/22
4926/25 4927/4 4927/6
4927/19 4927/20
4933/17 4933/25
4934/1 4934/2 4934/22
4935/2 4935/3 4935/6
4935/9 4938/20 4941/6
4943/6
**events [6]** 4889/14
4911/12 4926/13
4926/18 4936/6 4972/2
**eventually [1]** 4975/25
**ever [3]** 4890/1
4903/23 4985/21
**every [1]** 4914/14
**everybody [5]** 4944/19
4969/8 4992/11
4995/15 4995/18
**everyday [4]** 4888/23
4888/24 4889/2 4889/5
**everyone [5]** 4875/2
4875/7 4944/25
4948/19 4970/5
**everything [4]** 4890/19
4904/8 4975/12
4994/13
**evidence [45]** 4876/10

4895/6 4898/21
4900/22 4900/24
4901/1 4902/17
4907/17 4907/24
4908/2 4908/3 4915/9
4917/2 4923/25 4929/2
4930/5 4936/24
4943/17 4943/23
4944/1 4947/5 4947/24
4949/1 4953/20
4957/16 4957/22
4961/13 4964/8
4966/24 4969/19
4972/25 4973/2
4974/25 4975/4
4977/23 4979/7
4985/24 4986/4
4990/14 4991/22
4993/2 4995/4
**exact [2]** 4882/15
4889/10
**examination [6]**
4875/19 4928/13
4945/10 4983/23
4993/1 4994/7
**examinations [1]**
4945/11
**example [3]** 4878/3
4878/6 4988/22
**Excel [2]** 4920/18
4961/10
**except [1]** 4975/13
**excuse [5]** 4886/2
4887/19 4894/15
4971/4 4991/5
**exhibit [41]** 4878/9
4880/9 4887/21
4892/10 4897/4
4897/12 4897/22
4901/8 4911/19 4919/4
4928/25 4929/2
4929/19 4930/5
4943/21 4944/1 4950/6
4953/20 4955/22
4955/24 4955/25
4956/2 4956/13
4957/16 4957/22
4958/11 4961/13
4961/21 4962/3 4964/8
4965/25 4966/23
4972/21 4972/24
4977/1 4989/18
4989/19 4989/20
4991/11 4995/4 4995/8
**Exhibit 1051.1 [1]**
4966/23
**Exhibit 1500 [2]**
4880/9 4897/22
**Exhibit 1503 [1]**
4989/18
**Exhibit 53 [2]** 4972/21
4972/24
**Exhibit 6731 [1]**
4943/21
**exhibits [8]** 4874/9
4936/24 4973/2
4993/22 4993/22

4994/13 4994/15 4995/7
**exist [1]** 4905/24
**exists [1]** 4880/5
**exited [4]** 4944/16
4983/4 4983/8 4992/13
**expect [2]** 4881/5
4992/24
**expedited [1]** 4945/23
**experience [4]** 4908/17
4913/11 4913/13
4920/16
**expressed [1]** 4991/18
**extensive [3]** 4882/10
4886/14 4909/14
**extent [1]** 4878/22
**extrapolated [1]**
4889/4
**eyes [1]** 4880/6

**F**

**face [1]** 4981/24
**Facebook [4]** 4929/22
4984/11 4984/13
4984/16
**fact [8]** 4878/15
4895/18 4895/19
4940/10 4942/17
4958/13 4963/13
4972/5
**facts [1]** 4975/10
**factually [1]** 4877/9
**fair [11]** 4884/19
4889/4 4895/20
4897/20 4901/21
4907/18 4908/4
4909/23 4954/9 4987/6
4989/6
**False [1]** 4945/4
**familiar [3]** 4910/9
4986/21 4986/23
**far [10]** 4885/24 4888/6
4901/5 4906/11
4906/12 4910/21
4915/1 4915/14 4946/8
4952/16
**fast [1]** 4966/18
**fast-forwarded [1]**
4966/18
**FBI [11]** 4876/14
4877/5 4877/23
4878/23 4879/4 4879/5
4910/2 4920/14
4956/19 4957/3
4958/10
**feel [1]** 4946/5
**felt [1]** 4955/15
**fence [1]** 4938/21
**few [2]** 4951/23 4991/7
**field [3]** 4907/25
4915/3
**Fifteen [1]** 4912/13
**Fifth [3]** 4877/5
4877/10 4879/6
**filing [2]** 4947/9
4974/21
**finally [4]** 4882/11
4905/24 4907/10
4907/17

5004

**F**

find [3] 4895/14
4921/16 4921/16
fine [5] 4879/14
4947/22 4972/13
4975/16 4994/20
fired [1] 4955/3
first [13] 4879/19
4890/1 4912/7 4915/6
4915/12 4933/9
4949/10 4949/12
4976/14 4982/8
4988/23 4991/23
4993/24
Fischer [3] 4872/16
4872/16 4913/9
Fischer's [1] 4945/18
fischerandputzi [1]
4872/19
fist [2] 4967/24 4969/8
five [7] 4895/6 4896/9
4896/11 4958/20
4963/11 4963/14
4991/12
FL [4] 4951/15 4984/22
4985/6 4985/7
flag [3] 4928/23 4929/7
4929/12
flashlights [1] 4931/21
flesh [1] 4878/15
focus [1] 4876/7
focused [1] 4876/12
folks [1] 4877/6
following [3] 4889/20
4936/21 4991/25
FOLLOWS [1] 4875/18
followup [1] 4938/16
food [1] 4938/23
footage [3] 4924/3
4964/3 4964/4
force [3] 4910/14
4910/15 4910/23
foregoing [1] 4996/3
form [1] 4900/3
format [3] 4960/22
4961/10 4964/23
formats [1] 4880/16
FormerFeds [1]
4872/12
formerfedsgroup.com
[1] 4872/14
forms [1] 4887/7
forth [3] 4879/24
4918/19 4980/24
Fortunately [1]
4940/20
forward [1] 4992/9
forwarded [1] 4966/18
found [2] 4922/1
4949/25
foundation [4] 4950/16
4959/13 4974/8
4974/20
four [2] 4894/21
4910/5
fourth [1] 4912/15
fourth-quarter [1]
4912/15

freedom [2] 4918/2
4942/25
Freedom Dozer [1]
4918/2
Friday [2] 4875/11
4994/11
friend [1] 4987/11
Friends [1] 4985/3
front [9] 4871/15
4906/22 4907/3 4907/6
4907/21 4922/5
4933/12 4933/13
4975/1
fucking [2] 4953/4
4953/6
full [5] 4878/18 4891/1
4920/15 4957/17
4991/23
further [2] 4875/17
4983/20

**G**

gals [1] 4953/4
game [1] 4986/22
garage [1] 4938/25
Garfield [2] 4942/3
4942/6
gathering [2] 4876/10
4937/18
Gator [2] 4938/18
4988/23
gave [5] 4899/13
4908/2 4908/3 4921/13
4983/2
gear [5] 4932/19
4933/15 4935/6
4935/10 4935/13
general [7] 4902/18
4902/23 4902/24
4907/25 4915/3
4915/22 4924/15
generally [2] 4938/7
4938/10
gentleman [3] 4973/12
4981/11 4981/12
gentlemen [4] 4875/8
4944/13 4948/20
4991/15
gesture [2] 4982/1
4982/3
get [29] 4875/12
4878/7 4879/9 4881/8
4883/2 4887/22
4889/16 4892/14
4908/11 4913/15
4913/16 4914/6
4914/14 4914/25
4915/6 4938/19
4938/20 4939/15
4940/7 4944/20
4944/20 4945/20
4947/20 4955/2 4974/5
4984/7 4988/23 4993/8
4994/10
gets [1] 4952/9
getting [5] 4877/17
4878/11 4888/5

Geyer [5] 4872/11
4946/17 4983/21
4984/6 4991/3
girlfriend [3] 4899/6
4899/17 4900/2
give [5] 4878/3 4908/6
4908/23 4909/2 4980/5
given [4] 4895/6
4910/21 4924/10
4992/15
giving [2] 4904/18
4920/24 4921/14
Glen [1] 4872/18
gloves [1] 4931/23
gmail.com [1] 4871/9
go [19] 4877/25 4878/2
4878/12 4894/1 4922/3
4923/24 4924/23
4938/20 4943/6
4945/14 4955/2
4965/10 4969/14
4973/16 4976/11
4987/7 4991/4 4991/22
4991/24
goes [1] 4947/17
going [34] 4877/3
4877/4 4878/2 4879/5
4879/20 4879/24
4881/21 4891/22
4896/6 4897/3 4900/23
4908/2 4909/7 4921/23
4923/22 4926/5
4940/16 4945/17
4945/21 4946/2
4946/21 4947/8 4952/7
4952/9 4952/10 4959/6
4959/10 4966/7 4968/5
4968/9 4970/2 4974/22
4991/8 4993/3
golf [2] 4903/4 4908/11
gone [3] 4963/12
4973/11 4982/15
good [15] 4875/8
4875/8 4875/14
4875/23 4875/24
4902/4 4918/18
4928/15 4928/16
4949/1 4963/12
4983/25 4984/2 4984/3
4993/18
Good morning [2]
4875/8 4875/24
Google [1] 4939/3
got [4] 4876/4 4910/5
4957/6 4984/4
gotten [3] 4914/3
4957/1 4995/7
government [25]
4870/14 4875/16
4878/8 4879/5 4881/13
4881/17 4887/21
4887/22 4889/20
4897/22 4923/22
4945/25 4946/22
4950/3 4953/16 4956/5
4957/12 4960/4 4960/5
4960/11 4967/23

4975/5 4975/7
government's [16]
4874/5 4878/19 4897/4
4897/12 4901/8
4915/22 4943/21
4950/6 4950/9 4955/24
4961/2 4961/20
4965/24 4966/22
4977/1 4989/19
Governor [1] 4872/17
grandmother's [2]
4988/1 4988/3
grant [1] 4948/9
great [2] 4976/19
4992/11
green [4] 4897/22
4897/25 4938/20
4938/21
Greene [18] 4883/5
4883/20 4884/9
4886/25 4887/2 4887/5
4888/8 4893/9 4893/15
4893/18 4896/19
4897/23 4898/1
4900/16 4900/18
4900/20 4901/23
4902/2
Greene's [3] 4883/7
4883/15 4892/23
grievous [1] 4930/24
ground [6] 4883/8
4883/12 4883/16
4889/14 4913/24
4919/1
grounds [5] 4898/12
4922/24 4925/12
4936/6 4955/5
group [9] 4884/6
4902/21 4902/21
4903/4 4903/13
4932/11 4932/12
4952/11 4990/22
grouping [1] 4903/14
guess [4] 4924/6
4946/4 4965/21
4991/22
guidance [3] 4908/6
4908/23 4909/3
guiding [1] 4907/25
guilty [1] 4973/20
Guys [1] 4953/3

**H**

Hackett [1] 4970/14
had [37] 4881/3
4882/16 4894/2
4894/14 4897/22
4899/8 4901/1 4902/19
4902/19 4903/4
4905/11 4908/10
4909/19 4911/10
4911/12 4914/2 4916/6
4916/15 4916/24
4917/9 4919/5 4919/10
4920/9 4924/1 4926/24
4928/3 4932/11
4933/24 4935/16

4975/5 4983/13
4984/10 4984/15
4984/21 4987/15
4991/19 4994/25
half [7] 4875/11
4894/21 4895/6 4896/9
4896/11 4922/13
4922/15
half-day [1] 4875/11
Haller [3] 4872/6
4877/7 4928/18
hallerjulia [1] 4872/10
hallway [1] 4974/12
Halo [2] 4986/22
4986/23
Halo4U [1] 4986/18
hand [3] 4967/4
4967/20 4967/24
handling [1] 4986/12
hands [2] 4968/10
4968/14
Haney [1] 4917/25
hang [1] 4945/3
hangout [4] 4951/15
4984/22 4985/6 4985/7
hangs [1] 4989/5
happened [3] 4895/1
4915/12 4985/23
happy [5] 4944/5
4947/20 4948/6
4948/12 4961/12
hard [5] 4908/6
4908/23 4909/2 4946/1
4992/2
Harrelson [8] 4872/11
4902/22 4903/8
4972/19 4986/16
4986/25 4987/13
4990/4
Harrelson's [2]
4985/16 4987/9
Harrisburg [1] 4871/15
Harry [2] 4977/10
4977/19
Harry Dunn [2]
4977/10 4977/19
has [34] 4876/8
4876/11 4877/5 4878/8
4878/17 4878/22
4878/23 4878/24
4879/3 4895/5 4900/22
4901/3 4907/25 4915/3
4915/23 4924/20
4929/12 4940/20
4941/12 4941/25
4955/23 4960/21
4969/22 4971/7 4971/9
4971/10 4973/20
4975/1 4977/22 4980/3
4981/24 4985/25
4985/25 4993/21
hasn't [2] 4989/8
4989/13
hat [2] 4935/16
4973/14
have [121] 4875/9
4876/11 4876/13
4876/15 4876/16

**have... [116]** 4876/20
4876/23 4877/6
4877/10 4878/18
4883/22 4883/22
4885/1 4888/21 4889/4
4889/22 4889/22
4890/1 4894/22
4894/25 4897/13
4899/24 4900/7
4900/15 4908/4
4908/10 4908/21
4908/24 4909/19
4909/22 4911/3 4912/2
4913/17 4913/18
4913/18 4914/2 4914/3
4914/4 4914/4 4914/5
4916/2 4916/8 4917/8
4920/6 4921/25 4922/5
4923/8 4923/13 4924/1
4924/14 4924/16
4927/3 4927/7 4928/6
4929/11 4930/23
4932/19 4933/16
4934/5 4934/7 4934/10
4939/14 4939/16
4939/18 4943/15
4943/17 4944/4 4944/7
4944/10 4946/11
4947/9 4947/13
4948/19 4951/8 4951/8
4955/5 4959/11
4960/25 4961/16
4962/4 4962/11
4962/24 4963/2
4963/12 4963/25
4964/1 4967/9 4969/15
4972/10 4973/16
4973/21 4974/24
4975/4 4975/15
4978/17 4980/6
4982/13 4983/3
4984/13 4984/14
4984/17 4985/21
4986/4 4987/4 4987/10
4987/12 4987/20
4989/12 4991/18
4992/5 4992/7 4992/11
4992/20 4992/22
4993/5 4993/15
4993/22 4994/4
4994/18 4995/8
4995/15
**haven't [3]** 4936/15
4957/1 4957/6
**having [5]** 4875/16
4877/25 4897/23
4974/11 4987/1
**he [95]** 4883/8 4883/9
4883/13 4884/11
4884/12 4897/23
4904/9 4904/17 4907/9
4907/17 4907/20
4908/1 4908/4 4912/16
4914/3 4914/25
4915/23 4915/25
4916/5 4916/6 4916/15
4916/15 4916/18

4916/24 4917/7 4917/8
4917/9 4917/9 4917/15
4919/15 4919/18
4919/18 4922/18
4922/24 4923/1
4925/12 4925/12
4925/21 4927/5
4927/21 4927/23
4931/16 4932/12
4932/14 4932/25
4940/10 4941/4
4941/12 4941/25
4942/9 4943/4 4943/12
4943/17 4946/1
4953/10 4964/23
4964/25 4967/23
4979/16 4979/20
4980/9 4980/12
4980/13 4980/22
4981/12 4981/24
4981/24 4982/3 4982/4
4982/6 4983/13
4983/15 4984/13
4984/14 4984/17
4984/19 4984/21
4984/24 4985/2 4985/5
4985/6 4985/7 4985/18
4985/19 4985/21
4985/24 4986/2 4986/2
4986/4 4986/6 4986/8
4987/4 4989/7
**he said [2]** 4916/24
4917/9
**he's [16]** 4904/18
4905/7 4907/22
4914/23 4914/24
4917/7 4940/6 4940/23
4941/2 4955/7 4965/16
4980/10 4980/10
4984/22 4989/5
4989/16
**head [2]** 4913/1 4915/5
**headhunter30 [1]**
4987/13
**heads [1]** 4976/10
**hear [8]** 4890/20
4946/23 4965/7 4965/9
4967/13 4967/15
4968/16 4969/2
**heard [4]** 4910/15
4923/3 4938/9 4993/12
**hearsay [6]** 4923/5
4923/10 4926/7
4927/13 4974/16
4978/5
**height [1]** 4915/6
**held [2]** 4875/3 4976/9
**helmet [4]** 4935/16
4935/18 4935/20
4982/9
**help [3]** 4897/5 4897/7
4970/2
**helpful [3]** 4947/23
4948/7 4968/24
**helpfully [1]** 4941/25
**hen [1]** 4952/7
**her [32]** 4877/13

4889/20 4889/24
4890/7 4899/16
4899/19 4899/22
4900/10 4939/14
4939/15 4939/16
4939/18 4944/10
4947/21 4961/19
4973/15 4973/17
4974/10 4975/15
4992/24 4993/1 4993/7
4993/7 4993/9 4993/22
4993/23 4994/1 4994/2
4994/8 4994/16
**here [43]** 4876/16
4889/25 4892/17
4898/10 4900/15
4900/21 4903/5 4903/6
4903/8 4903/11
4903/14 4903/16
4903/16 4904/13
4906/10 4906/19
4906/22 4907/18
4914/15 4924/10
4924/10 4924/10
4924/10 4924/10
4924/14 4927/20
4931/10 4939/8
4952/14 4954/13
4955/2 4962/3 4962/10
4962/14 4963/2
4963/15 4970/12
4970/17 4971/12
4976/11 4983/17
4985/17 4993/17
**Here's [2]** 4878/21
4940/6
**hereby [1]** 4972/20
**hiding [1]** 4972/5
**HighlanderKT [2]**
4952/5 4952/17
**highly [1]** 4921/16
**Highway [1]** 4872/17
**hill [10]** 4901/3 4903/9
4922/14 4923/9 4924/2
4925/1 4925/4 4925/7
4925/10 4925/20
**him [12]** 4883/11
4883/23 4905/7 4912/4
4912/19 4914/5 4916/1
4916/9 4927/25
4947/21 4982/1 4986/2
**himself [1]** 4940/10
**his [36]** 4877/13
4900/2 4907/16
4907/22 4907/25
4909/13 4913/16
4914/2 4915/4 4915/23
4919/13 4919/19
4927/14 4932/11
4932/12 4938/18
4938/22 4943/12
4955/7 4964/25
4967/20 4967/24
4979/14 4981/24
4984/16 4987/1 4987/1
4987/2 4987/4 4987/5
4987/11 4988/1 4988/3

**history [3]** 4910/8
4915/15 4915/18
**Hit [1]** 4989/25
**Holden [1]** 4917/25
**Holden Haney [1]**
4917/25
**holding [2]** 4967/24
4973/12
**home [3]** 4910/5
4910/6 4948/21
**Honor [18]** 4877/15
4878/3 4881/7 4884/1
4889/15 4897/1
4906/20 4924/7 4928/8
4946/18 4948/23
4957/20 4991/5
4992/18 4992/23
4994/7 4994/21
4994/24
**HONORABLE [1]**
4870/9
**Hope [1]** 4939/15
**hoping [2]** 4909/20
4994/9
**HorseWhisperer [1]**
4950/20
**hotel [2]** 4912/2
4914/20
**hotmail.com [1]**
4872/19
**hour [6]** 4921/9
4922/13 4922/15
4923/23 4939/12
4991/17
**hours [17]** 4894/21
4895/6 4895/15
4895/22 4895/23
4896/9 4896/11
4913/20 4914/2 4914/5
4914/13 4920/7
4958/20 4959/20
4963/9 4963/11
4963/14
**house [9]** 4882/7
4882/14 4967/16
4967/16 4967/16
4971/7 4971/25 4976/1
4976/3
**House' [1]** 4976/12
**how [34]** 4875/23
4875/24 4884/17
4891/5 4901/11
4906/11 4906/12
4912/3 4914/5 4920/7
4920/19 4924/4
4927/12 4932/12
4935/15 4937/24
4938/16 4939/8 4944/3
4944/7 4945/9 4945/16
4951/18 4951/25
4954/10 4963/9 4963/9
4983/25 4984/1
4988/19 4989/1
4991/10 4993/20
4994/3
**however [2]** 4941/2
4950/9

**Hubbard [1]** 4939/13
**Hughes [1]** 4870/15
**huh [4]** 4883/21 4905/9
4917/13 4922/23
**hundreds [5]** 4920/7
4920/8 4924/20
4924/25 4929/12

**I**

**I am [3]** 4885/2 4896/6
4953/14
**I apologize [5]** 4881/7
4886/3 4894/16 4947/7
4993/17
**I believe [19]** 4878/24
4896/1 4897/25
4899/11 4917/4
4923/19 4925/18
4927/10 4933/3
4943/20 4948/25
4964/2 4966/17
4971/10 4972/7 4983/2
4988/16 4990/7
4990/21
**I can [19]** 4877/8
4877/13 4877/22
4878/3 4879/11
4889/13 4889/13
4889/13 4890/4
4893/19 4896/16
4912/3 4935/20
4957/18 4975/12
4975/14 4979/19
4984/23 4991/20
**I can't [2]** 4980/11
4981/20
**I cannot [1]** 4886/9
**I couldn't [2]** 4913/22
4926/9
**I did [9]** 4895/3 4898/1
4903/25 4931/19
4931/22 4934/5
4942/16 4942/20
4971/17
**I didn't [2]** 4890/20
4984/12
**I don't [8]** 4877/14
4885/18 4941/1 4942/7
4944/10 4952/20
4957/1 4975/3
**I don't have [1]**
4943/17
**I don't recall [8]**
4898/16 4899/18
4899/21 4899/22
4901/17 4915/18
4942/6 4984/21
**I guess [2]** 4946/4
4991/22
**I have [20]** 4876/13
4876/23 4883/22
4899/24 4900/7 4916/2
4927/3 4927/7 4934/5
4934/10 4947/9
4963/25 4964/1 4975/4
4980/6 4986/4 4987/10
4987/12 4987/20
4992/22

5006

I

I haven't [2] 4936/15 4957/1
I just [4] 4879/11 4880/2 4985/16 4993/14
I know [7] 4877/9 4878/23 4878/24 4883/11 4901/24 4922/21 4984/22
I mean [4] 4915/15 4974/19 4974/20 4981/24
I misspoke [1] 4990/13
I recall [4] 4888/7 4894/17 4916/20 4956/23
I suspect [1] 4946/14
I think [11] 4879/9 4889/16 4892/2 4898/16 4921/9 4936/7 4947/24 4961/1 4978/25 4978/25 4992/5
I thought [1] 4877/17
I understand [5] 4878/25 4885/11 4891/11 4891/11 4925/13
I want [1] 4920/6
I was [7] 4885/2 4895/17 4918/5 4926/4 4961/18 4991/8 4994/8
I will [7] 4929/18 4930/11 4948/2 4948/8 4957/8 4972/15 4995/7
I wouldn't [1] 4963/12
I'd [6] 4890/7 4928/8 4947/11 4969/4 4979/5 4989/18
I'll [10] 4916/4 4926/10 4928/6 4947/3 4951/2 4951/23 4973/16 4979/8 4980/6 4980/13
I'm [70] 4875/24 4875/25 4876/1 4876/21 4877/3 4879/20 4881/21 4883/2 4883/15 4884/20 4885/24 4886/12 4888/3 4890/20 4891/3 4891/5 4891/9 4891/19 4891/23 4892/7 4893/2 4894/10 4897/3 4897/6 4897/8 4898/17 4898/19 4902/25 4902/25 4903/15 4903/20 4903/21 4906/1 4907/5 4908/2 4909/7 4910/7 4911/11 4915/14 4916/21 4920/19 4922/7 4922/11 4927/7 4934/1 4934/5 4939/4 4942/4 4944/5 4944/7 4947/8 4947/11 4947/20 4948/6

4959/5 4959/8 4960/7 4966/6 4968/2 4968/5 4968/9 4970/5 4978/9 4982/6 4984/1 4989/22 4990/13
I'm going [1] 4877/3
I'm just [3] 4884/20 4891/9 4891/23
I'm not [6] 4879/20 4883/15 4898/17 4898/19 4903/15 4916/21
I'm not sure [2] 4920/19 4934/1
I'm sorry [10] 4876/21 4888/3 4890/20 4891/3 4893/2 4906/1 4907/5 4911/11 4960/7 4990/13
I'm sure [1] 4910/7
I've [24] 4876/4 4892/2 4892/4 4892/7 4900/24 4901/5 4906/14 4910/5 4910/14 4914/7 4920/21 4921/2 4921/4 4922/21 4922/22 4923/3 4924/3 4926/23 4938/9 4955/3 4985/24 4991/19 4992/15 4993/12
i.e [1] 4932/4
icon [1] 4898/2
idea [11] 4908/1 4913/18 4948/10 4973/21 4983/12 4985/21 4987/4 4987/10 4987/12 4987/15 4987/20
identification [2] 4885/3 4963/25
identified [5] 4950/13 4962/4 4962/7 4962/21 4982/23
identify [2] 4884/22 4919/10
identifying [1] 4977/7
III [2] 4870/6 4871/2
IL [1] 4918/2
illegal [1] 4930/25
image [2] 4928/25 4978/9
importance [1] 4945/24
important [2] 4946/5 4992/4
impossibility [4] 4886/10 4886/16 4907/4 4907/6
impression [1] 4879/3
inaccurate [1] 4917/13
inappropriate [1] 4921/16
inauguration [1] 4898/17
incapability [1] 4917/7
inches [1] 4930/23
include [3] 4888/12

included [5] 4881/10 4902/1 4902/4 4968/20 4979/24
includes [1] 4980/11
including [7] 4918/17 4951/20 4952/17 4955/15 4965/20 4983/1 4990/19
incorrectly [2] 4949/10 4949/12
incrimination [1] 4879/7
independent [1] 4992/8
INDEX [2] 4874/2 4874/9
indicate [3] 4905/6 4906/3 4911/5
indicated [7] 4902/19 4902/21 4916/5 4916/15 4962/15 4962/17 4993/2
indicates [3] 4888/17 4908/3 4989/2
indication [2] 4884/11 4901/3
individual [9] 4891/8 4919/6 4956/6 4975/22 4976/3 4976/6 4976/20 4979/11 4983/19
individual's [1] 4949/23
individually [4] 4881/9 4881/11 4881/12 4945/15
individuals [3] 4892/13 4910/17 4918/18
indulgence [4] 4920/2 4970/1 4977/21 4993/5
infamous [1] 4918/9
infer [1] 4886/9
inferred [2] 4887/21 4887/24
information [5] 4918/24 4918/24 4958/6 4961/25 4963/5
initial [3] 4919/4 4925/10 4925/13
initially [1] 4974/19
injury [1] 4930/24
Inn [1] 4913/3
inside [4] 4938/9 4969/14 4969/16 4984/5
insofar [1] 4947/17
instead [2] 4923/24 4924/23
instinct [1] 4994/24
instruction [1] 4914/23
Insurrection [1] 4909/18
Insurrection Act [1] 4909/18
Intel [1] 4985/3
intelligence [1] 4910/1
intend [5] 4944/10 4991/19 4993/23

intended [4] 4889/11 4891/2 4901/22 4916/22
intending [1] 4877/12
intent [3] 4890/18 4890/25 4891/6
interacting [1] 4877/16
interactions [2] 4877/13 4877/23
interest [1] 4945/22
interior [1] 4971/4
interplay [3] 4911/10 4911/12 4911/14
interpret [1] 4889/21
interpretation [3] 4890/5 4890/9 4891/7
interpreted [1] 4890/18
interrupt [1] 4939/4
intersection [2] 4941/20 4943/1
interspersed [6] 4880/10 4880/14 4888/16 4892/5 4892/12 4892/15
interview [1] 4977/25
interviewed [6] 4876/16 4877/9 4877/18 4878/17 4879/10 4879/21
interviews [2] 4876/13 4922/21
introduce [3] 4927/13 4993/9 4994/1
investigate [1] 4919/6
investigating [1] 4923/16
investigation [44] 4882/10 4883/6 4883/13 4883/17 4885/17 4885/20 4886/14 4895/1 4895/14 4895/17 4897/14 4901/2 4906/12 4917/22 4918/5 4919/3 4919/25 4920/5 4921/8 4922/20 4923/2 4923/8 4924/1 4924/9 4924/17 4925/3 4925/6 4925/9 4925/16 4925/19 4926/1 4926/12 4927/2 4933/23 4934/18 4935/6 4936/4 4936/8 4964/15 4970/11 4978/1 4978/3 4978/17 4984/19
investigations [1] 4877/9
invited [3] 4926/24 4927/5 4927/18
invoke [1] 4909/21
invoked [2] 4877/6 4879/6
invoking [1] 4909/17
involved [3] 4885/2 4917/21 4961/18
involving [1] 4877/4

iPhone [1] 4988/10
is [261]
is that [1] 4988/2
is that correct [7] 4886/5 4899/20 4900/23 4971/3 4984/5 4984/15 4985/17
is that fair [2] 4889/4 4989/6
is there [3] 4920/23 4936/17 4993/10
ish [2] 4946/15 4969/17
isn't [4] 4925/9 4988/11 4990/3 4990/6
isn't it [1] 4988/11
issue [4] 4878/8 4947/13 4975/6 4992/22
issues [4] 4877/4 4877/11 4993/15 4994/18
it [174]
It would be [1] 4890/17
it's [41] 4878/10 4878/10 4878/14 4889/17 4889/19 4889/24 4890/8 4890/8 4900/4 4901/11 4901/21 4901/24 4902/25 4905/10 4907/6 4908/23 4909/2 4910/21 4910/23 4910/25 4920/13 4923/3 4927/10 4935/20 4944/13 4946/1 4946/5 4949/19 4958/8 4958/15 4958/19 4965/21 4971/4 4975/4 4978/9 4987/22 4988/13 4990/3 4993/18 4994/15 4995/2
its [1] 4955/5
itself [1] 4884/14

J

jacket [1] 4976/7
James [2] 4871/7 4876/1
James Lee Bright [1] 4876/1
Jan [2] 4884/7 4885/14
Jan. [25] 4882/24 4885/7 4887/4 4887/17 4891/15 4901/10 4901/25 4902/1 4904/4 4905/2 4909/11 4912/1 4912/17 4912/24 4930/22 4932/3 4934/20 4935/24 4938/4 4951/15 4952/5 4953/3 4954/25 4955/1 4985/5
Jan. 6 [4] 4902/1 4953/3 4955/1 4985/5
January [42] 4881/6

5007

**J**

January... [41] 4883/7
4883/23 4911/5
4911/13 4913/14
4913/24 4914/19
4915/12 4923/15
4925/1 4930/22 4932/3
4932/25 4933/18
4934/9 4934/14
4934/15 4934/21
4937/6 4938/4 4940/17
4941/7 4943/16 4949/4
4952/6 4955/6 4955/13
4956/17 4958/20
4963/11 4971/15
4971/19 4972/2
4984/24 4985/3 4985/7
4985/15 4986/7 4986/8
4988/13 4993/3
January 26th [1]
4913/14
January 3rd [2]
4984/24 4985/7
January 4th [1] 4986/7
January 5/6 D.C. Op
Intel Team [1] 4985/3
January 5th [1] 4986/8
January 6 [1] 4938/4
January 6th [32]
4883/7 4883/23 4911/5
4911/13 4913/24
4914/19 4915/12
4923/15 4925/1
4930/22 4932/3
4932/25 4933/18
4934/9 4934/14
4934/15 4934/21
4940/17 4941/7 4949/4
4952/6 4955/6 4955/13
4956/17 4958/20
4963/11 4971/15
4971/19 4972/2
4985/15 4988/13
4993/3
Jason [4] 4970/12
4970/14 4986/9 4990/4
Jason Dolan [3]
4970/12 4970/14
4990/4
JC [3] 4945/3 4963/23
4973/23
jcrisp [1] 4871/16
Jeff [1] 4938/19
Jeffrey [1] 4870/14
jeffrey.nestler [1]
4870/20
Jersey [1] 4939/2
Jessica [9] 4871/14
4877/22 4918/14
4918/25 4934/20
4961/6 4961/17 4962/5
4972/20
Jessica Watkins [6]
4877/22 4918/14
4918/25 4934/20
4962/5 4972/20
Jessica Watkins' [2]
4961/6 4961/17

4954/13 4954/25
Jim Donaldson [4]
4952/19 4953/9
4954/13 4954/25
jjebert3 [1] 4987/16
jlbrightlaw [1] 4871/9
job [1] 4927/14
Johnston [1] 4871/11
Jonathan [1] 4871/14
Joseph [1] 4970/14
Joseph Hackett [1]
4970/14
Jr [2] 4871/10 4872/2
judge [8] 4870/10
4890/15 4945/14
4947/7 4947/10
4947/20 4948/11
4993/13
Juli [1] 4872/6
JULIA [2] 4872/7
4928/18
July [1] 4957/4
June [2] 4899/8 4900/9
jury [61] 4870/9 4875/4
4875/5 4884/1 4886/21
4887/16 4891/16
4893/24 4902/7
4904/24 4909/12
4911/18 4911/24
4929/4 4930/7 4930/10
4930/12 4930/17
4930/19 4933/20
4936/23 4937/13
4940/1 4941/9 4941/17
4942/12 4942/19
4944/16 4945/1 4945/2
4948/16 4948/17
4948/18 4949/2 4949/9
4951/4 4951/11
4951/21 4952/1
4952/21 4953/1
4953/22 4954/1 4954/4
4954/6 4954/18
4954/21 4958/2
4972/15 4975/1 4975/8
4975/20 4977/2
4977/13 4978/24
4978/25 4979/6
4979/25 4990/16
4992/13 4995/9
just [63] 4876/4
4877/20 4879/11
4880/2 4884/20 4890/5
4890/14 4890/21
4891/9 4891/23 4899/5
4904/6 4908/2 4912/25
4914/20 4914/22
4916/5 4917/13
4921/14 4921/24
4923/3 4926/2 4926/18
4927/12 4928/4
4928/19 4929/17
4933/7 4936/11
4937/20 4939/1
4941/11 4943/18
4944/19 4947/6 4948/2

4955/19 4956/20
4960/20 4963/23
4965/18 4966/7
4966/22 4972/8
4973/23 4975/14
4976/14 4978/7
4978/11 4979/3
4981/11 4981/13
4985/16 4992/7
4992/15 4993/14
4993/16 4993/18
4995/3 4995/6

**K**

Kandaris [1] 4916/14
Kathryn [1] 4870/14
kathryn.rakoczy [1]
4870/19
Keeper [5] 4912/7
4918/25 4922/18
4932/6 4935/12
Keepers [24] 4883/18
4885/23 4885/24
4886/4 4886/8 4886/11
4886/15 4886/18
4899/20 4900/2
4903/20 4905/11
4917/21 4918/8
4933/24 4934/8 4935/3
4935/6 4936/5 4937/18
4939/19 4940/15
4976/23 4990/24
Kelly [14] 4872/2
4893/23 4894/7 4896/4
4896/8 4896/13
4928/18 4938/15
4949/18 4949/19
4969/16 4972/19
4972/21 4979/12
Kelly Meggs [10]
4893/23 4896/4 4896/8
4896/13 4928/18
4949/18 4949/19
4969/16 4972/19
4979/12
Kelly Meggs' [2]
4894/7 4972/21
Kellye [2] 4905/4
4984/14
Kellye SoRelle [2]
4905/4 4984/14
Ken [4] 4986/6 4987/9
4987/13 4990/4
Ken Dolan [1] 4986/6
Ken Harrelson [2]
4987/13 4990/4
Ken Harrelson's [1]
4987/9
Ken's [1] 4988/10
Kenneth [3] 4872/11
4972/19 4986/16
Kenneth Harrelson [2]
4972/19 4986/16
Kevlar [1] 4935/18
key [3] 4956/21
4956/25 4957/11
khaki [1] 4976/7

4878/10 4882/2
4897/11 4908/16
4908/11 4908/23
4909/2 4920/5 4925/22
4945/15 4984/20
4986/10 4987/22
4988/7
Kinda [1] 4955/1
Kirk's [1] 4931/7
KM [2] 4928/25
4929/19
KM37 [1] 4964/11
KM41 [1] 4977/23
KM43 [2] 4929/1
4929/2
KM44 [3] 4929/25
4930/3 4930/5
KM45.1 [2] 4936/21
4936/24
KM45.2 [2] 4936/21
4936/24
KM45.3 [2] 4936/22
4936/24
KM46 [4] 4943/22
4943/25 4944/1
4948/25
KM47 [3] 4953/15
4953/19 4953/20
KM48 [4] 4957/8
4957/16 4957/21
4957/22
KM49 [5] 4960/21
4961/3 4961/8 4961/13
4962/20
KM50 [2] 4963/25
4995/1
KM50.1 [3] 4964/5
4964/7 4964/8
KM50.16 [1] 4969/22
KM50.17 [2] 4969/23
4970/7
KM50.48 [2] 4964/6
4964/8
KM51 [2] 4966/24
4967/1
KM52 [2] 4972/16
4973/2
KM53 [1] 4973/2
KM54 [1] 4974/3
KM55 [3] 4995/1
4995/3 4995/4
knew [2] 4932/12
4986/2
know [73] 4875/10
4877/5 4877/9 4878/17
4878/21 4878/23
4878/23 4878/24
4879/1 4879/12
4879/24 4880/2 4880/4
4883/11 4884/11
4884/18 4887/24
4893/3 4895/12
4895/13 4897/9
4901/24 4905/7
4905/24 4906/14
4908/7 4909/4 4909/24
4912/3 4917/15 4918/7

4913 4918/15
4922/12 4922/21
4924/5 4926/4 4932/7
4932/23 4933/2 4933/9
4933/16 4936/2
4937/21 4938/6
4939/16 4940/16
4940/25 4942/3
4946/21 4947/16
4952/19 4953/10
4958/13 4971/21
4972/1 4972/4 4973/14
4973/19 4974/21
4975/5 4983/10 4984/7
4984/12 4984/22
4986/5 4988/3 4988/6
4988/19 4989/16
4991/18 4992/6
4993/21
knowing [3] 4889/9
4892/13 4899/24
knowledge [14] 4882/7
4913/14 4918/3
4918/23 4922/9
4922/12 4923/8 4925/2
4925/5 4925/8 4927/7
4943/15 4971/16
4975/2
known [1] 4971/2
Koehler [1] 4917/25
Kontrol [1] 4931/7

**L**

LA [1] 4871/11
lack [2] 4882/8 4974/8
ladies [4] 4875/8
4944/13 4948/20
4991/15
Landon [1] 4891/20
large [1] 4912/17
larger [1] 4884/6
LASSITER [1] 4871/3
last [10] 4875/11
4890/20 4891/14
4935/25 4936/2
4945/11 4947/11
4980/9 4980/11
4994/25
lasts [1] 4945/10
later [2] 4931/3
4933/12
Latinos [1] 4942/25
law [6] 4872/3 4872/7
4963/13 4981/4 4981/6
4982/5
Lawn [1] 4871/3
4871/7
lawyer [2] 4899/19
4900/1
LB [1] 4941/12
leader [2] 4883/8
4883/11
Leadership [1] 4985/2
learn [2] 4935/9 4978/4
least [1] 4984/18
leave [3] 4879/3
4970/21 4982/2
leaving [2] 4935/12

**L**

leaving... [1] 4982/19
Lee [2] 4871/7 4876/1
left [8] 4901/3 4904/6
 4905/4 4905/5 4905/6
 4948/25 4957/4
 4982/13
length [2] 4931/2
 4944/20
lens [1] 4878/13
less [1] 4946/5
let [21] 4879/17
 4879/21 4890/14
 4890/15 4898/4 4912/3
 4923/14 4927/14
 4934/22 4935/2 4935/5
 4936/17 4942/17
 4957/8 4959/7 4959/13
 4961/20 4964/10
 4967/17 4976/24
 4991/1
let's [19] 4875/12
 4917/18 4921/8
 4922/18 4923/24
 4924/23 4929/15
 4944/14 4948/16
 4963/24 4967/10
 4969/14 4975/16
 4979/1 4979/8 4984/6
 4984/7 4991/14
 4991/15
lethal [1] 4930/24
letter [1] 4948/5
letting [1] 4933/14
lever [1] 4897/9
Liberty [3] 4884/21
 4884/22 4885/3
Library [1] 4906/25
life [1] 4888/23
light [1] 4938/20
like [15] 4876/9 4898/2
 4923/16 4923/17
 4928/19 4939/9 4945/6
 4947/4 4947/11 4948/5
 4960/22 4971/16
 4974/24 4979/5
 4989/18
likely [2] 4882/17
 4901/22
Linder [3] 4871/2
 4871/3 4876/2
line [2] 4919/21
 4931/18
link [4] 4896/6 4938/23
 4939/3 4943/5
lion [1] 4931/17
list [1] 4995/8
little [7] 4889/24
 4890/22 4890/22
 4891/3 4958/6 4991/1
 4991/4
live [1] 4984/14
living [1] 4914/7
LLC [2] 4871/14
 4872/12
local [3] 4939/13
 4959/1 4959/3
locate [2] 4884/6

located [14] 4897/19
 4897/23 4905/7 4905/8
 4905/19 4907/21
 4918/3 4918/6 4918/8
 4918/14 4922/13
 4922/24 4923/1
 4988/20
location [9] 4883/2
 4897/19 4900/20
 4902/18 4903/1
 4907/16 4907/18
 4907/23 4926/5
locations [1] 4909/3
log [1] 4919/19
logical [2] 4927/20
 4927/25
logistical [1] 4992/22
logs [2] 4919/24
 4920/1
long [6] 4880/9 4914/5
 4945/9 4945/16 4958/3
 4991/10
longer [1] 4912/11
look [7] 4878/13
 4883/18 4960/22
 4969/4 4971/16 4992/9
 4994/15
looked [1] 4878/5
looking [3] 4876/8
 4919/7 4923/16
looks [1] 4947/4
lost [3] 4916/18
 4916/22 4917/2
lot [13] 4892/14
 4917/10 4917/12
 4917/13 4936/4
 4940/15 4940/18
 4945/9 4954/7 4969/19
 4986/21 4994/6 4995/7
lots [2] 4938/25 4958/6
Louis [1] 4870/15
lower [2] 4943/3
 4962/3
lumber [1] 4953/6

**M**

ma'am [23] 4881/23
 4882/2 4883/1 4886/5
 4887/3 4887/14
 4887/25 4889/6
 4891/12 4891/17
 4893/8 4896/2 4896/5
 4896/21 4899/20
 4906/9 4909/12
 4910/12 4911/15
 4916/13 4927/9
 4928/15 4930/9
made [8] 4890/10
 4949/20 4950/14
 4962/8 4962/25 4963/3
 4967/8 4975/25
main [1] 4878/8
major [1] 4958/24
make [7] 4878/3
 4923/14 4931/10
 4948/2 4982/3 4987/14
 4995/12

making [2] 4876/2
 4979/14
manipulated [1]
 4961/11
manner [5] 4878/19
 4880/8 4880/10 4890/5
 4945/25
many [11] 4901/12
 4920/7 4920/19
 4921/15 4924/4 4944/3
 4944/7 4952/8 4963/9
 4979/1 4994/3
Manzo [1] 4870/15
map [2] 4908/11
 4939/3
maps [1] 4940/21
mark [5] 4929/18
 4943/22 4957/8
 4972/15 4977/4
marked [7] 4882/22
 4897/3 4953/14
 4960/21 4963/25
 4976/1 4977/23
mask [1] 4981/24
masks [1] 4954/14
mass [1] 4925/17
matched [1] 4988/24
math [1] 4963/12
matter [2] 4912/6
 4996/4
max [1] 4946/4
may [11] 4876/5
 4884/25 4897/1 4898/5
 4906/20 4924/7
 4944/17 4947/8
 4947/13 4981/17
 4989/19
maybe [8] 4890/4
 4897/5 4897/7 4898/16
 4921/1 4935/18
 4991/12 4993/21
MD [1] 4872/18
me [61] 4877/20
 4879/17 4879/21
 4880/21 4885/4 4886/2
 4887/2 4887/19
 4890/14 4890/15
 4891/4 4893/14
 4894/15 4897/11
 4898/4 4898/20
 4899/24 4900/21
 4901/19 4902/10
 4906/8 4908/3 4908/3
 4910/5 4910/6 4911/9
 4912/3 4914/11
 4914/15 4915/16
 4917/11 4920/13
 4923/14 4929/17
 4936/17 4938/15
 4939/9 4942/18 4943/5
 4943/18 4946/2 4953/7
 4955/1 4955/19 4957/8
 4959/7 4959/13
 4961/20 4963/2
 4964/10 4967/17
 4968/24 4971/4
 4976/24 4978/6 4984/3
 4990/18 4991/1 4991/5
 4995/12

mean [10] 4908/2
 4911/11 4911/14
 4915/15 4946/16
 4958/18 4974/16
 4974/19 4974/20
 4981/24
meaning [4] 4888/21
 4889/11 4890/9
 4931/17
meanings [1] 4889/4
means [3] 4896/12
 4937/21 4958/6
meant [2] 4893/18
 4910/25
measured [1] 4906/14
mechanical [1] 4873/6
media [3] 4972/7
 4984/20 4992/9
medical [3] 4932/17
 4932/19 4932/19
meet [4] 4939/15
 4940/13 4993/6 4994/8
meeting [1] 4876/11
Meggs [36] 4872/2
 4893/23 4896/4 4896/8
 4896/13 4896/16
 4898/21 4899/1
 4928/18 4935/15
 4946/11 4946/14
 4949/11 4949/13
 4949/18 4949/19
 4967/19 4969/16
 4970/21 4970/25
 4972/19 4975/9
 4979/12 4979/12
 4979/13 4980/8
 4980/20 4980/21
 4981/7 4981/8 4981/16
 4981/23 4982/17
 4982/19 4983/4 4983/8
Meggs' [4] 4894/7
 4931/13 4949/16
 4972/21
MEHTA [1] 4870/9
melee [1] 4928/3
member [1] 4982/4
members [6] 4884/23
 4887/18 4899/14
 4935/2 4935/5 4951/20
merely [3] 4879/12
 4879/22 4881/16
Merit [1] 4873/2
message [90] 4880/3
 4882/3 4884/1 4884/7
 4884/13 4884/19
 4886/2 4886/24 4887/3
 4891/3 4891/14
 4892/17 4892/18
 4892/21 4893/14
 4893/20 4893/22
 4894/5 4894/8 4895/5
 4896/3 4896/12
 4896/19 4900/15
 4900/17 4901/9
 4901/22 4904/1 4904/3
 4904/21 4905/1
 4909/10 4911/3

4912/16 4912/21
 4914/16 4914/25 4912/23
 4914/18 4915/10
 4916/15 4920/25
 4930/19 4930/21
 4931/9 4931/19
 4931/20 4932/2
 4932/12 4932/13
 4932/22 4933/9
 4933/20 4934/10
 4934/17 4934/18
 4935/7 4937/13
 4937/20 4938/14
 4938/18 4939/5 4939/8
 4939/23 4940/1 4941/9
 4941/17 4942/12
 4942/19 4942/24
 4943/8 4943/9 4949/9
 4949/10 4949/12
 4949/17 4949/25
 4950/20 4951/11
 4951/25 4952/11
 4952/21 4954/1 4954/3
 4954/5 4954/16
 4954/18 4954/21
 4959/6 4959/6 4959/8
 4959/10 4960/13
 4876/9
 4877/14 4877/17
 4878/5 4879/23
 4883/22 4885/13
 4885/13 4891/22
 4892/7 4892/13 4894/3
 4894/11 4894/14
 4894/17 4895/2 4895/9
 4895/10 4895/15
 4896/15 4897/24
 4907/15 4911/21
 4915/1 4920/10 4921/2
 4921/19 4921/19
 4929/22 4930/16
 4932/11 4936/5
 4940/18 4943/21
 4949/4 4949/8 4949/15
 4951/3 4951/6 4951/9
 4952/14 4954/7
 4955/19 4966/3
 4988/21 4993/9
 4993/25
met [10] 4876/15
 4876/23 4877/10
 4877/25 4879/3
 4985/19 4985/21
 4985/25 4986/2 4986/6
metadata [1] 4983/5
MI [1] 4910/1
mic [1] 4890/21
Michael [18] 4883/5
 4883/7 4883/15
 4883/20 4887/2 4887/7
 4888/8 4892/23 4893/9
 4893/15 4893/18
 4896/19 4897/23
 4900/16 4900/18
 4900/20 4901/23
 4902/2
Michael Greene [14]
 4883/5 4883/20 4887/2
 4887/5 4888/8 4893/7

**Michael Greene... [8]**
4893/15  4893/18
4897/23  4900/16
4900/18  4900/20
4901/23  4902/2
**Michael Greene's [3]**
4883/7  4883/15
4892/23
**might [2]**  4921/16
4939/16
**miles [1]**  4913/7
**military [3]**  4909/25
4909/25  4910/9
**milling [1]**  4979/20
**mind [2]**  4948/10
4953/2
**mindset [5]**  4879/12
4879/25  4884/18
4889/9  4891/7
**minimum [1]**  4993/20
**Minuta [1]**  4908/10
**minute [6]**  4912/25
4947/11  4947/14
4947/17  4966/6  4977/4
**minutes [21]**  4886/3
4886/6  4887/9  4905/10
4905/15  4912/9
4912/13  4914/4  4914/8
4914/9  4914/9  4914/11
4914/12  4914/13
4914/15  4931/3
4969/17  4980/9
4988/22  4991/7
4991/12
**Miranda [1]**  4877/7
**Miranda rights [1]**
4877/7
**missing [1]**  4973/10
**mission [7]**  4878/7
4878/11  4887/18
4887/23  4888/5  4888/6
4889/2
**misspoke [1]**  4990/13
**mistake [1]**  4949/20
**mistakes [1]**  4950/13
**MO [1]**  4939/14
**mobile [10]**  4892/25
4893/4  4893/10  4956/8
4956/16  4956/24
4956/25  4957/2
4957/12  4961/6
**moment [1]**  4920/3
**moments [1]**  4980/11
**Mommy [1]**  4987/17
**Monday [2]**  4992/10
4995/16
**montage [2]**  4880/9
4880/17
**month [1]**  4914/7
**months [4]**  4901/3
4911/2  4915/5  4971/18
**Monument [5]**  4931/14
4931/16  4933/13
4942/3  4942/6
**more [15]**  4877/8
4888/21  4890/18
4890/24  4890/25

4934/4  4951/23
4952/10  4959/13
4968/16  4989/12
4993/16
**Morelock [1]**  4938/19
**morning [24]**  4875/8
4875/14  4875/23
4875/24  4883/23
4928/15  4928/16
4934/3  4934/6  4934/8
4934/14  4937/19
4940/16  4941/8
4942/22  4944/22
4948/21  4988/25
4990/5  4990/8  4990/10
4990/12  4990/15
4992/10
**most [1]**  4901/22
**mostly [1]**  4882/17
**mother [2]**  4987/17
4987/17
**move [12]**  4916/4
4928/25  4929/24
4942/18  4950/18
4961/2  4963/24  4964/2
4966/6  4966/24
4972/24  4979/1
**moved [2]**  4905/3
4943/22
**movement [1]**  4905/23
**moves [1]**  4957/16
**moving [5]**  4907/18
4965/12  4965/15
4979/14  4990/22
**Mr [2]**  4884/9  4896/16
**Mr. [161]**
**Mr. Bright [4]**  4875/13
4877/1  4928/10
4932/10
**Mr. Caldwell [6]**
4902/19  4913/7
4962/11  4962/15
4986/3  4986/5
**Mr. Crisp [1]**  4877/20
**Mr. Dolan [6]**  4936/16
4964/21  4965/11
4965/15  4983/2
4983/13
**Mr. Dolan's [4]**  4936/9
4936/14  4964/22
4982/24
**Mr. Donaldson [2]**
4955/4  4955/15
**Mr. Douyon [8]**
4929/17  4936/11
4943/18  4953/7
4955/20  4956/20
4965/18  4979/7
**Mr. Dunn [2]**  4978/4
4978/19
**Mr. Durfee [1]**  4942/9
**Mr. Durfee's [1]**
4938/11
**Mr. Fischer [1]**  4913/9
**Mr. Fischer's [1]**
4945/18
**Mr. Geyer [1]**  4946/17

**Mr. Greene [2]**  4886/25
4898/1
**Mr. Harrelson [1]**
4986/25
**Mr. Harrelson's [1]**
4985/16
**Mr. Jason Dolan [1]**
4986/9
**Mr. Linder [1]**  4876/2
**Mr. Meggs [2]**
4896/16  4935/15
4946/11  4946/14
4949/11  4949/13
4967/19  4970/21
4970/25  4975/9
4979/13  4980/8
4980/20  4980/21
4981/7  4981/8  4981/16
4981/23  4982/17
4982/19  4983/4  4983/8
**Mr. Meggs' [1]**  4949/16
**Mr. Minuta [1]**  4908/10
**Mr. Nestler [4]**  4919/5
4926/9  4945/5  4993/14
**Mr. Rhodes [51]**
4876/1  4877/12  4878/6
4878/23  4882/23
4884/5  4884/7  4885/14
4886/25  4887/1
4888/12  4893/18
4896/13  4897/24
4898/21  4898/24
4900/22  4901/3
4903/23  4904/8
4904/12  4905/16
4908/3  4909/17
4909/20  4917/14
4919/10  4919/24
4921/17  4921/20
4922/3  4922/5  4922/9
4922/13  4922/19
4923/9  4924/2  4925/1
4925/3  4925/6  4925/10
4925/20  4926/24
4927/3  4927/18
4927/21  4932/11
4942/21  4946/1
4946/11  4946/14
**Mr. Rhodes' [12]**
4893/13  4899/6
4899/17  4931/5  4931/9
4931/20  4938/14
4938/16  4943/12
4946/13  4946/13
4950/1
**Mr. Siekerman [1]**
4931/10
**Mr. Stewart [2]**  4907/2
4907/15
**Mr. Todd [1]**  4916/14
**Mr. Vallejo [8]**  4913/15
4914/1  4915/24  4917/2
4943/16  4985/19
4985/21  4985/25
**Mr. Vallejo's [2]**
4931/1  4943/9
**Mr. Woodward [9]**

4929/14  4944/3
4946/10  4948/22
4978/7  4994/23
**Ms. [21]**  4875/23
4877/23  4878/24
4882/13  4890/14
4897/11  4898/21
4898/24  4899/1  4899/3
4899/10  4900/1
4905/17  4917/20
4933/6  4934/24
4962/11  4962/17
4985/11  4986/10
4988/7
**Ms. Drew [3]**  4875/23
4890/14  4897/11
**Ms. Meggs [2]**  4898/21
4899/1
**Ms. Pelosi [1]**  4882/13
**Ms. Rohde [3]**  4985/11
4986/10  4988/7
**Ms. SoRelle [5]**
4898/24  4899/3
4899/10  4900/1
4905/17
**Ms. Watkins [7]**
4877/23  4878/24
4917/20  4933/6
4934/24  4962/11
4962/17
**much [6]**  4879/7
4908/18  4952/7
4976/19  4984/4  4993/2
**multiple [5]**  4880/11
4887/7  4907/15
4926/13  4926/17
**my [40]**  4878/21
4880/6  4885/15
4895/17  4900/18
4904/10  4905/18
4907/20  4908/16
4909/16  4910/6
4911/16  4912/20
4913/11  4915/9
4916/20  4924/9  4925/2
4925/5  4925/8  4928/17
4928/17  4936/4
4936/11  4945/17
4964/1  4965/22
4966/21  4969/18
4970/2  4971/10
4974/20  4980/6  4984/4
4984/10  4984/13
4984/19  4985/22
4987/21  4993/19

---

**N**

**name [6]**  4919/11
4919/13  4928/17
4986/18  4988/1  4988/3
**named [8]**  4932/21
4938/24  4940/6
4940/12  4940/20
4953/9  4954/13
4975/22
**names [3]**  4918/1
4919/6  4919/7

**Nancy Pelosi [2]**
4971/25  4976/3
**narrowly [1]**  4877/8
**Nathan's [2]**  4987/11
4987/17
**nature [1]**  4974/7
**necessarily [1]**
4879/24
**necessary [1]**  4910/19
**need [19]**  4876/23
4878/7  4887/18
4888/17  4890/8  4933/1
4946/6  4948/6  4951/16
4957/17  4975/3
4975/13  4980/5  4992/2
4992/20  4993/1  4993/8
4995/11  4995/11
**needed [2]**  4878/15
4908/15
**needs [2]**  4979/2
4995/12
**Nestler [5]**  4870/14
4919/5  4926/9  4945/5
4993/14
**never [11]**  4878/17
4888/6  4904/8  4906/14
4907/20  4984/10
4985/2  4985/19
4985/23  4986/2
4993/12
**new [3]**  4910/3  4939/2
4959/7
**New Jersey [1]**  4939/2
**news [1]**  4918/22
**next [21]**  4886/24
4887/3  4893/20  4901/6
4904/1  4904/21
4905/22  4909/6
4912/21  4916/3  4943/2
4945/7  4945/11  4971/5
4976/14  4993/1  4993/4
4993/7  4993/8  4994/3
4994/11
**nice [2]**  4992/7
4995/15
**Nick [3]**  4938/24
4940/20  4941/25
**night [3]**  4936/1  4936/2
4936/6
**nine [1]**  4989/12
**NJ [1]**  4872/13
**NJT [1]**  4933/1
**no [101]**  4870/4
4876/18  4880/24
4881/11  4886/10
4886/15  4891/11
4892/25  4895/13
4896/13  4901/14
4901/15  4903/20
4903/25  4904/10
4907/25  4908/16
4908/21  4911/7  4912/4
4913/18  4915/2  4915/9
4916/1  4916/2  4918/15
4916/16  4919/19
4920/23  4920/25

**no... [71]** 4921/2
4921/4 4921/6 4921/25
4922/2 4922/2 4922/4
4924/3 4927/12
4927/15 4930/3 4931/8
4931/15 4931/19
4933/15 4934/10
4936/19 4937/8
4937/14 4937/16
4937/23 4937/25
4938/2 4939/6 4940/3
4940/5 4941/10
4941/19 4942/6
4943/17 4943/24
4949/17 4949/20
4951/12 4951/16
4951/22 4952/2 4952/8
4952/23 4953/4
4953/18 4957/7
4957/20 4959/17
4961/9 4964/4 4965/16
4966/11 4966/21
4967/9 4973/17
4973/21 4974/24
4975/1 4981/10
4983/12 4983/20
4984/16 4984/19
4984/20 4985/21
4986/4 4987/4 4987/10
4987/12 4987/15
4987/20 4990/13
4992/8 4994/18
4994/19
**nobody [2]** 4903/19
4912/19
**none [4]** 4900/22
4900/24 4901/1 4946/7
**nonresponsive [1]**
4889/15
**noon [8]** 4923/19
4923/21 4923/24
4924/2 4924/24
4924/25 4925/1
4991/16
**north [11]** 4871/15
4897/18 4904/13
4925/21 4925/22
4925/24 4926/2
4926/21 4926/25
4927/23 4935/17
**northeast [3]** 4925/21
4925/24 4927/23
**northwest [3]** 4896/25
4905/19 4939/2
**not [154]**
**notes [2]** 4995/11
4995/12
**notifications [5]**
4989/2 4989/7 4989/10
4989/12 4989/15
**November [2]** 4991/23
4991/24
**now [44]** 4887/20
4888/20 4891/24
4899/8 4900/20 4901/7
4901/11 4902/17
4906/3 4911/2 4911/17

4914/10 4914/11
4914/11 4914/10
4918/9 4922/3 4923/21
4923/22 4924/23
4930/9 4930/20
4935/22 4936/12
4939/13 4941/11
4942/4 4942/21
4947/12 4949/3
4951/13 4952/3
4954/24 4955/9 4959/5
4962/20 4976/8
4976/20 4978/23
4980/10 4981/13
4982/4 4982/23
4988/10
**nowhere [1]** 4985/16
**number [19]** 4901/16
4901/17 4902/4
4911/19 4920/15
4920/21 4929/21
4930/9 4932/10
4938/10 4946/12
4949/3 4951/14
4951/19 4955/9
4962/14 4962/17
4964/2 4980/6
**numbers [1]** 4962/21
**NW [4]** 4870/17 4872/3
4872/7 4873/4

**O**

**Oak [2]** 4871/3 4871/7
**oath [32]** 4883/18
4885/23 4885/24
4886/4 4886/8 4886/11
4886/15 4886/18
4895/7 4899/9 4899/20
4899/25 4900/2
4903/20 4905/11
4912/7 4917/21 4918/8
4918/25 4922/18
4932/6 4933/24 4934/8
4935/3 4935/6 4935/12
4936/5 4937/18
4939/19 4940/15
4976/23 4990/24
**Oath Keeper [5]**
4912/7 4918/25
4922/18 4932/6
4935/12
**Oath Keepers [24]**
4883/18 4885/23
4885/24 4886/4 4886/8
4886/11 4886/15
4886/18 4899/20
4900/2 4903/20
4905/11 4917/21
4918/8 4933/24 4934/8
4935/3 4935/6 4936/5
4937/18 4939/19
4940/15 4976/23
4990/24
**object [4]** 4926/9
4927/14 4974/17
4993/13
**objected [1]** 4889/22
**objecting [1]** 4923/22

**objection [28]** 4880/7
4889/15 4889/23
4900/3 4923/5 4923/10
4928/24 4929/24
4930/3 4936/18
4936/19 4943/20
4943/24 4950/15
4953/16 4953/18
4957/15 4957/20
4961/9 4964/2 4964/4
4972/24 4974/4 4974/7
4974/14 4978/5
4978/20 4993/10
**objective [1]** 4951/16
**observe [2]** 4968/9
4979/19
**observed [1]** 4976/21
**observer [1]** 4893/17
**obtained [4]** 4936/9
4936/14 4956/5
4972/22
**obvious [1]** 4948/2
**obviously [4]** 4945/17
4975/5 4995/6 4995/9
**occurred [2]** 4925/11
4963/14
**occurring [3]** 4918/4
4926/2 4933/18
**October [2]** 4870/5
4996/7
**off [10]** 4875/3 4878/7
4885/13 4898/12
4898/12 4921/9
4934/10 4948/25
4981/13 4987/23
**offense [5]** 4974/11
4974/23 4974/25
4975/4 4975/11
**offer [1]** 4914/2
**offered [1]** 4877/6
**offers [1]** 4912/16
**office [6]** 4870/16
4943/2 4955/2 4955/8
4971/9 4971/10
**officer [10]** 4977/10
4977/19 4977/25
4978/15 4981/11
4981/16 4982/8
4982/12 4982/13
4982/17
**Officer Dunn [2]**
4977/25 4978/15
**officers [4]** 4981/5
4983/14 4983/16
4983/17
**offices [2]** 4872/7
4971/7
**Official [1]** 4873/3
**oh [4]** 4923/10 4940/10
4973/13 4980/4
**OK [5]** 4951/15
4984/22 4985/6 4985/7
4988/23
**OK FL [1]** 4984/22
**OK FL Hangout [1]**
4985/6
**OK FL Hangout Jan. 6,
2021 [1]** 4951/15

**okay [115]** 4876/3
4876/15 4877/24
4878/21 4879/14
4880/7 4880/13
4880/22 4881/20
4882/6 4882/12
4883/24 4884/24
4885/22 4887/6
4887/13 4888/14
4889/1 4891/16 4892/1
4893/6 4894/6 4894/19
4894/24 4895/4
4895/20 4897/20
4898/3 4899/12
4900/19 4901/6
4901/11 4902/6 4903/2
4903/3 4903/21
4904/11 4904/16
4905/21 4906/8
4907/13 4909/1
4910/16 4911/8 4913/6
4913/13 4915/15
4915/18 4915/19
4917/5 4917/17
4917/19 4919/2
4919/17 4919/20
4920/22 4921/7
4921/10 4922/8
4923/20 4924/16
4924/22 4925/15
4925/25 4926/6
4926/11 4926/16
4927/11 4927/17
4928/10 4928/11
4934/16 4935/21
4937/12 4939/2 4942/8
4944/11 4944/19
4945/8 4945/12 4946/7
4946/9 4946/19 4947/1
4948/14 4948/19
4949/21 4950/12
4953/3 4957/5 4961/7
4963/22 4968/11
4970/7 4970/13
4972/14 4973/18
4974/13 4975/16
4975/23 4976/25
4980/4 4983/21 4986/1
4987/25 4989/11
4989/17 4990/17
4990/25 4991/13
4993/18 4994/20
4994/23 4995/2
4995/13
**Old [1]** 4985/2
**Old Leadership [1]**
4985/2
**one [42]** 4876/23
4877/21 4884/23
4888/21 4895/5 4896/8
4896/10 4903/4
4905/22 4905/23
4910/3 4912/4 4912/25
4913/1 4913/16 4916/1
4916/18 4917/2 4919/3
4920/2 4930/16

4987/23
4988/23
**okay [115]** 4876/3
**ones [1]** 4895/25
**ongoing [1]** 4919/22
**online [1]** 4987/1
**only [8]** 4880/4
4901/23 4915/25
4918/23 4926/4 4971/8
4979/1 4993/17
**onward [2]** 4993/4
4993/9
**Op [30]** 4882/24
4884/7 4885/7 4887/4
4887/17 4891/15
4901/10 4901/11
4901/16 4901/17
4901/25 4904/4 4905/2
4909/11 4912/17
4930/22 4932/3
4934/20 4934/24
4935/24 4938/4 4952/5
4952/11 4952/24
4954/25 4955/10
4984/24 4985/3 4985/8
4989/13
**Op. [2]** 4912/1 4912/24
**open [6]** 4879/15
4890/5 4890/8 4890/12
4891/6 4975/18
**opened [4]** 4968/15
4989/3 4989/8 4989/13
**opening [1]** 4989/22
**operational [2]** 4883/8
4883/11
**opinion [1]** 4908/8
**opportunity [8]** 4894/2
4894/25 4899/8
4909/19 4915/3 4919/5
4920/9 4923/13
**opposite [3]** 4878/14
4906/2 4907/9
**Ops [1]** 4902/1
**order [9]** 4891/24
4892/4 4892/8 4893/12
4920/24 4921/20
4921/25 4947/14
4947/17
**orders [3]** 4910/18
4921/17 4922/6
**ordinance [1]** 4930/23
**original [3]** 4966/20
4968/5 4968/6
**other [25]** 4878/1
4878/19 4879/1
4880/20 4880/21
4884/17 4887/9
4892/14 4895/1 4895/2
4895/10 4895/10
4903/14 4916/11
4917/20 4918/7
4921/14 4921/15

# O

other... [7]  4926/23
4945/11 4952/14
4956/17 4971/10
4980/22 4990/14
others [7]  4877/13
4878/24 4885/14
4920/10 4952/17
4956/22 4970/21
otherwise [1]  4972/11
our [9]  4890/15 4930/1
4939/11 4945/6 4953/4
4967/16 4967/16
4989/23 4994/10
out [19]  4878/15
4880/19 4881/18
4882/14 4895/8 4906/8
4906/17 4908/21
4915/4 4916/5 4920/15
4920/18 4922/5
4939/12 4946/21
4952/9 4966/24
4980/10 4985/16
outfitted [1]  4912/2
outlier [1]  4884/25
outlook.com [1]
4872/10
outside [1]  4918/19
over [12]  4898/22
4924/17 4935/12
4960/7 4964/23
4966/16 4967/18
4981/24 4987/7
4992/15 4992/16
4993/6
overlapping [1]
4946/12
overruled [1]  4900/4
overt [1]  4878/10
overwhelmed [1]
4952/7
own [7]  4900/8
4907/16 4907/22
4918/21 4956/11
4984/16 4992/5

# P

P.A [1]  4872/16
p.m [40]  4882/1 4882/5
4882/11 4882/23
4885/6 4885/25 4886/9
4887/1 4887/15
4893/23 4894/18
4896/4 4896/17
4896/20 4901/10
4904/4 4904/23
4905/12 4912/24
4914/19 4921/14
4922/18 4922/19
4922/19 4923/1 4923/9
4925/4 4925/7 4925/13
4925/14 4925/18
4951/15 4952/6 4953/23
4955/1 4976/16
4988/17 4993/3 4993/4
4995/20
p.m., [1]  4913/12
PA [1]  4871/15

PadiMasterDiver [1]
4940/12
page [1]  4914/10
pages [3]  4920/17
4921/1 4958/4
panel [3]  4875/4
4945/1 4948/17
pants [1]  4976/7
paragraph [4]  4975/15
4975/24 4976/15
4976/16
paragraphs [1]
4975/21
parallel [1]  4878/13
park [2]  4872/3 4943/3
parking [1]  4938/25
parlance [2]  4888/24
4889/3
Parler [1]  4984/21
part [26]  4881/22
4883/13 4883/17
4888/4 4890/20
4895/14 4901/8 4909/7
4918/5 4918/8 4918/18
4919/3 4919/22 4924/1
4924/16 4933/23
4935/8 4936/8 4944/21
4964/14 4966/20
4971/8 4977/25 4978/3
4978/17 4984/5
participant [1]  4918/23
participants [1]
4918/13
particular [1]  4981/24
parties [4]  4885/15
4945/21 4991/20
4992/1
Pass [1]  4928/8
passes [3]  4934/22
4935/3 4938/19
patriots [9]  4885/7
4885/9 4885/15
4885/18 4885/19
4886/1 4886/7 4886/13
4886/17
pattern [1]  4895/1
pause [2]  4929/15
4947/2
Peggy [1]  4939/13
Peggy49 [1]  4988/1
Pelosi [3]  4882/13
4971/25 4976/3
Pennsylvania [1]
4872/7
people [21]  4877/9
4878/7 4878/11 4879/3
4887/22 4895/2
4901/12 4901/16
4902/1 4902/4 4904/18
4908/20 4919/6
4921/16 4922/13
4952/8 4955/10
4979/21 4982/1
4986/21 4990/22
pepper [1]  4905/3
per [3]  4890/14

perceived [1]  4891/7
percent [2]  4898/17
4916/21
perfectly [2]  4908/16
4908/20
perhaps [2]  4890/4
4890/6
period [5]  4894/13
4894/22 4904/17
4923/16 4970/20
permission [4]
4883/25 4898/6
4947/13 4993/6
permitted [4]  4926/13
4926/18 4926/22
4927/20
person [16]  4877/21
4884/25 4888/21
4916/11 4959/11
4960/12 4975/14
4976/4 4976/5 4976/8
4976/9 4976/10
4976/11 4977/7
4980/17 4981/14
personally [5]  4918/10
4918/12 4918/15
4924/1 4966/10
perspective [1]
4876/19
pertaining [2]  4921/22
4940/19
phillip [2]  4871/2
4871/6
phone [25]  4889/16
4892/24 4893/1 4893/6
4894/7 4894/9 4896/7
4898/1 4922/2 4924/17
4924/21 4936/9
4936/14 4947/21
4949/16 4951/14
4951/19 4955/20
4959/11 4961/6
4961/17 4964/22
4965/2 4982/24 4989/6
phones [1]  4974/5
photo [4]  4936/5
4971/18 4972/7
4990/14
photograph [3]  4937/2
4975/6 4978/15
photographs [6]
4936/9 4936/13
4936/15 4936/21
4976/18 4982/23
photos [1]  4990/7
phrase [3]  4929/6
4929/9 4929/12
physical [2]  4907/3
4907/6
physically [1]  4918/6
picked [2]  4880/19
4976/8
picture [3]  4970/25
4971/11 4971/22
piecemeal [1]  4880/19
pieces [1]  4991/9
place [2]  4890/2

places [1]  4909/3
Plaintiff [1]  4870/4
plan [3]  4991/4 4991/6
4993/9
planning [1]  4992/5
play [8]  4966/7
4968/24 4972/10
4978/8 4986/21
4989/25 4991/4 4991/6
played [22]  4915/4
4964/12 4965/5 4966/8
4967/2 4967/11 4968/7
4968/12 4968/21
4969/1 4969/6 4969/12
4972/9 4977/5 4977/11
4977/16 4978/24
4979/9 4979/22
4979/25 4980/15
4990/1
playing [3]  4977/2
4977/13 4980/25
please [68]  4875/2
4875/6 4883/1 4885/12
4885/20 4886/12
4886/22 4886/25
4887/3 4891/12
4891/16 4893/20
4893/24 4896/5
4896/21 4897/16
4900/6 4902/7 4902/13
4904/1 4904/5 4904/21
4904/24 4906/8
4909/12 4910/12
4911/24 4912/21
4916/3 4917/24 4920/3
4929/16 4932/1
4932/15 4933/7
4934/19 4935/23
4936/11 4938/3
4938/12 4938/17
4939/10 4942/24
4943/18 4944/25
4948/19 4951/13
4952/3 4953/7 4953/13
4953/23 4955/20
4956/20 4960/21
4963/23 4965/4
4965/18 4968/25
4970/4 4973/23 4974/5
4979/6 4984/7 4985/2
4988/8 4992/9 4993/5
4995/18
pled [1]  4973/20
plus [1]  4920/17
point [15]  4879/9
4882/7 4882/9 4900/11
4902/10 4905/8 4906/8
4906/17 4920/23
4933/5 4972/3 4979/17
4985/16 4991/20
4991/22
police [3]  4952/6
4977/10 4977/19
Politicians [1]  4938/9
pool [7]  4906/2 4906/5
4906/6 4906/11
4906/13 4907/2 4907/7

portion [4]  4894/17
4896/25 4962/3
4973/13
possible [1]  4992/3
possibly [1]  4947/5
posted [1]  4976/2
posts [1]  4929/22
potential [1]  4947/24
preceded [1]  4990/5
preceding [1]  4896/10
prefer [1]  4975/7
prepare [2]  4993/1
4993/7
prepared [1]  4910/18
preparing [1]  4978/23
present [5]  4947/5
4948/6 4953/12
4955/12 4993/23
presentation [7]
4880/9 4880/23
4880/25 4881/10
4881/16 4929/25
4950/3
presented [9]  4878/8
4878/20 4880/10
4887/20 4898/21
4900/22 4901/7 4917/6
4919/4
presenting [1]  4946/14
presently [1]  4994/4
President [1]  4909/21
presumably [2]
4931/17 4988/13
presume [1]  4907/14
pretty [1]  4983/14
Prettyman [1]  4873/4
previous [4]  4893/13
4896/12 4909/16
4935/7
previously [6]  4875/17
4881/21 4882/16
4899/9 4899/25
4920/14
primarily [2]  4876/12
4879/19
primary [1]  4876/7
princess2 [1]  4988/4
print [2]  4920/15
4920/18
prior [8]  4883/16
4883/19 4885/13
4886/3 4886/6 4890/15
4912/9 4927/4
probably [8]  4893/18
4915/16 4920/18
4945/14 4948/7
4948/10 4957/2
4986/25
problem [1]  4877/14
problems [1]  4994/18
proceedings [4]
4870/9 4873/6 4995/20
4996/4
produce [1]  4958/21
produced [1]  4873/7
producing [1]  4960/3
profanity [1]  4953/2
proffers [1]  4878/25

**P**

program [1] 4908/11
promise [1] 4914/8
property [1] 4979/18
proprietary [1]
4956/11
prosecutors [2] 4881/3
4930/15
protect [1] 4951/16
protective [1] 4954/14
provide [6] 4933/25
4937/18 4958/24
4959/3 4959/13 4994/1
provided [10] 4881/2
4934/8 4934/11
4934/14 4957/11
4958/15 4958/15
4961/5 4961/17
4978/18
provider [1] 4960/23
providers [5] 4956/22
4958/21 4958/24
4960/3 4960/17
provides [2] 4942/21
4956/25
providing [3] 4939/20
4939/22 4978/4
prudent [1] 4993/16
publish [13] 4883/25
4886/21 4929/4 4930/7
4936/23 4943/19
4949/2 4953/22
4955/22 4958/2
4965/21 4971/13
4978/13
published [1] 4911/18
pull [5] 4978/10
4978/11 4985/11
4986/11 4988/8
pumping [1] 4969/8
purport [1] 4962/11
purported [1] 4962/24
purports [1] 4972/23
purpose [2] 4897/13
4898/15
purposes [1] 4992/5
pursuant [1] 4961/1
push [3] 4890/21
4925/17 4981/11
pushing [4] 4979/16
4981/7 4981/8 4981/12
put [5] 4880/19
4905/16 4946/23
4961/20 4974/25
PUTZI [1] 4872/16

**Q**

QRF [11] 4909/24
4909/24 4910/10
4910/12 4910/14
4913/2 4914/20 4915/4
4915/5 4915/23
4916/22
QRFs [3] 4911/5
4912/16 4913/1
quarter [1] 4912/15
quarterback [1]
4912/16

question [16] 4879/14
4879/17 4889/17
4889/19 4890/1
4890/16 4891/4
4895/12 4928/7 4931/2
4948/4 4959/7 4974/20
4979/2 4984/8 4993/14
questions [9] 4876/4
4877/17 4877/22
4877/25 4879/2
4879/20 4978/7
4978/12 4983/20
quick [3] 4910/14
4910/15 4991/8
Quick Reaction Force
[1] 4910/14
Quick Response Force
[1] 4910/15
quite [4] 4878/14
4904/12 4936/15
4965/19

**R**

raising [3] 4967/20
4968/10 4968/14
Rakoczy [1] 4870/14
rallies [1] 4936/6
rally [4] 4933/5 4934/6
4936/7 4942/25
range [1] 4969/17
rather [1] 4879/7
rational [8] 4879/22
4880/1 4888/21
4893/17 4909/2 4909/5
4913/15 4914/1
raw [1] 4958/21
reach [1] 4915/4
reached [1] 4991/16
reaction [2] 4910/14
4910/23
read [73] 4883/1
4884/17 4885/4
4886/24 4887/16
4889/13 4891/16
4893/24 4896/5
4896/21 4902/7
4904/24 4909/12
4911/24 4920/20
4920/21 4921/2 4921/4
4930/9 4930/12
4930/16 4930/19
4930/20 4931/8
4931/13 4931/19
4931/20 4931/25
4932/14 4932/20
4932/22 4933/20
4934/18 4935/22
4937/13 4937/22
4938/3 4938/11
4938/16 4939/4 4939/9
4940/1 4941/5 4941/9
4941/17 4942/12
4942/19 4942/24
4944/10 4949/7 4949/9
4950/20 4950/22
4951/4 4951/8 4951/9
4951/11 4951/13
4951/21 4951/24

receives [1] 4956/19
receiving [1] 4918/24
recently [2] 4895/19
4895/21
recess [2] 4944/23
4995/19
recessed [1] 4882/11
recipient [6] 4878/18
4879/25 4884/18
4891/8 4894/16
4895/23
recipients [2] 4879/13
4889/10
recognize [12] 4928/20
4937/2 4957/9 4967/4
4969/24 4970/7
4970/10 4973/19
4973/17 4973/25
4978/15 4979/11
recollection [6]
4912/20 4916/20
4966/21 4969/18
4976/24 4984/13
record [3] 4875/3
4961/2 4996/3
recorded [1] 4873/6
recording [1] 4976/10
records [6] 4956/3
4956/5 4957/13 4961/5
4961/24 4985/15
recovered [6] 4892/23
4893/3 4893/4 4894/8
4964/17 4964/20
RECROSS [1] 4874/4
red [4] 4932/17
4932/17 4979/11
4980/17
redact [1] 4975/12
redirect [2] 4874/4
4993/8
redundant [1] 4955/1
refer [3] 4899/16
4909/17 4938/8
reference [4] 4886/13
4886/17 4936/2
4939/17
references [1] 4937/20
referencing [1]
4975/21
referred [4] 4894/11
4899/19 4899/22
4900/1
referring [7] 4885/10
4885/20 4886/8
4886/17 4909/15
4933/17 4937/17
refers [1] 4938/6
reflect [1] 4947/14
reflecting [8] 4906/2
4906/5 4906/6 4906/11
4906/13 4907/2 4907/7
4950/4
refresh [1] 4976/24
regarding [7] 4877/9
4877/23 4894/3 4894/6
4894/10 4899/9
4909/20

regardless [1] 4960/12
Registered [1] 4873/2
registration [1]
4987/23
regroup [2] 4887/18
4888/17
regrouping [1]
4888/20
reiterate [2] 4921/14
4930/11
relaying [2] 4918/19
4918/24
Relevance [1] 4974/8
reluctant [1] 4948/9
remain [2] 4875/2
4911/16
remember [4] 4900/11
4955/25 4965/24
4972/6
remind [2] 4944/23
4964/20
reminded [1] 4989/22
reminder [2] 4992/15
4995/6
reminders [1] 4992/7
remove [1] 4892/4
removed [4] 4935/9
4969/5 4972/4 4974/11
removing [1] 4888/15
repeat [3] 4886/12
4888/3 4960/7
rephrase [5] 4879/11
4879/17 4890/4
4890/14 4891/5
reporter [5] 4873/2
4873/2 4873/3 4873/3
4980/5
represent [5] 4876/1
4928/18 4945/16
4945/24 4947/19
representation [2]
4948/3 4949/15
Representatives [1]
4882/8
represented [1] 4963/2
reputation [1] 4970/2
request [4] 4883/25
4886/21 4947/15
4957/12
requesting [2] 4947/8
4961/18
research [3] 4909/14
4909/19 4992/8
reserve [1] 4910/17
respect [1] 4929/21
respectively [1]
4962/25
respond [2] 4933/6
4941/12
responded [1] 4912/4
responds [6] 4912/19
4916/1 4933/12
4935/22 4938/24
4940/6
response [13] 4893/13
4910/15 4912/5 4915/6
4916/2 4931/1 4931/5
4931/7 4932/20

**response... [4]** 4938/11 4943/12 4956/19 4957/12

**rest [4]** 4903/13 4928/8 4945/6 4945/20

**restarts [1]** 4994/5

**rested [1]** 4994/10

**restricted [2]** 4902/24 4902/25

**resume [1]** 4944/14

**RESUMED [1]** 4875/17

**retire [1]** 4957/3

**retract [2]** 4879/21 4890/15

**retrieval [1]** 4961/18

**return [3]** 4892/25 4893/5 4893/10

**returned [1]** 4956/2

**review [12]** 4892/3 4905/18 4915/1 4915/9 4917/2 4920/9 4923/13 4923/25 4936/8 4950/9 4960/11 4994/17

**reviewed [7]** 4883/19 4883/22 4892/7 4895/10 4961/21 4966/12 4969/19

**rhetoric [4]** 4888/15 4892/5 4917/6 4921/15

**RHODES [70]** 4870/6 4871/2 4876/1 4877/12 4878/6 4878/23 4882/23 4884/5 4884/7 4885/14 4886/25 4887/1 4888/12 4891/14 4893/18 4893/22 4896/3 4896/13 4896/20 4897/24 4897/25 4898/21 4898/24 4900/16 4900/17 4900/22 4901/3 4901/9 4901/24 4903/23 4904/3 4904/8 4904/12 4905/1 4905/16 4908/3 4909/10 4909/17 4909/20 4917/14 4919/10 4919/14 4919/22 4921/17 4921/20 4922/3 4922/5 4922/9 4922/13 4922/19 4923/9 4924/2 4925/1 4925/3 4925/6 4925/10 4925/20 4926/24 4927/3 4927/18 4927/21 4932/2 4932/11 4939/23 4942/21 4946/1 4946/11 4946/14 4972/19 4989/13

**Rhodes' [15]** 4893/13 4894/9 4896/7 4899/6 4899/17 4931/5 4931/9 4931/20 4938/14 4938/16 4943/12 4946/13 4946/13

**right [60]** 4875/6 4879/6 4879/17 4884/3 4884/14 4887/10 4887/10 4889/25 4898/3 4898/11 4906/10 4906/22 4906/25 4912/13 4914/10 4914/12 4914/17 4932/5 4934/13 4934/23 4939/7 4943/2 4944/13 4944/17 4945/5 4948/15 4954/12 4955/18 4959/23 4960/15 4960/19 4962/2 4964/14 4965/3 4965/17 4967/4 4967/10 4970/12 4970/19 4971/20 4973/22 4979/5 4980/13 4984/25 4985/4 4985/9 4985/20 4987/19 4987/22 4988/2 4988/24 4989/14 4991/15 4992/5 4992/14 4992/20 4994/15 4994/22 4995/14 4995/15

**right-hand [1]** 4967/4

**rights [1]** 4877/7

**ring [1]** 4924/11

**rioters [2]** 4885/21 4922/14

**rise [4]** 4944/15 4944/24 4992/12 4995/17

**Ritchie [1]** 4872/17

**RMR [2]** 4996/2 4996/8

**Road [1]** 4872/3

**roads [1]** 4913/9

**Rohde [3]** 4985/11 4986/10 4988/7

**Rotunda [14]** 4886/4 4886/11 4912/8 4915/7 4915/11 4921/23 4922/3 4922/17 4970/22 4971/4 4975/8 4976/17 4980/10 4982/15

**rough [2]** 4896/9 4907/18

**roughly [10]** 4894/21 4898/10 4905/14 4912/25 4942/22 4959/20 4963/13 4966/13 4969/15 4990/4

**route [1]** 4938/5

**routes [1]** 4913/21

**RP [5]** 4933/1 4933/4 4935/25 4941/15 4941/22

**rule [1]** 4931/2

**run [1]** 4933/14

**running [2]** 4898/6 4939/14

**said [13]** 4887/25 4888/2 4888/4 4888/6 4899/1 4908/14 4908/16 4913/7 4916/24 4917/9 4917/10 4935/18 4948/2

**same [8]** 4914/10 4951/19 4951/19 4956/16 4959/15 4982/6 4992/7 4992/15

**savvy [1]** 4897/8

**saw [2]** 4967/19 4970/12

**say [28]** 4879/6 4879/22 4890/7 4890/8 4890/9 4893/15 4893/15 4901/21 4904/5 4904/20 4908/5 4914/1 4914/18 4914/20 4914/22 4920/7 4920/15 4923/17 4933/8 4935/20 4941/4 4947/11 4947/18 4961/4 4971/24 4981/25 4989/6 4993/18

**saying [5]** 4882/8 4888/3 4889/21 4893/14 4967/15

**says [16]** 4884/15 4887/16 4893/16 4900/16 4900/18 4907/9 4907/10 4914/20 4917/7 4933/14 4935/4 4943/8 4949/18 4971/22 4988/23 4989/1

**scheduling [1]** 4946/20

**school [1]** 4963/13

**SCOTUS [6]** 4906/2 4906/15 4906/15 4907/3 4907/9 4907/21 4907/9

**screen [9]** 4881/23 4891/10 4893/9 4936/11 4964/1 4965/22 4970/17 4988/20 4989/15

**screenshot [1]** 4988/10

**scroll [3]** 4951/2 4951/23 4975/14

**scrolling [1]** 4952/14

**Sealawyer [3]** 4940/6 4941/2 4941/20

**search [3]** 4892/25 4893/5 4893/10

**search warrant [2]** 4893/5 4893/10

**seat [2]** 4948/19 4992/20

**seated [3]** 4875/2 4875/6 4944/25

**second [6]** 4941/11 4944/21 4945/3

**4991/24**

**seconds [2]** 4891/13 4912/25

**Secret [2]** 4933/14 4935/5

**section [2]** 4898/22 4969/4

**secure [1]** 4951/16

**securing [1]** 4943/1

**security [18]** 4883/9 4883/14 4933/25 4934/3 4934/6 4934/8 4934/11 4934/14 4937/18 4939/20 4939/21 4943/6 4978/18 4986/7 4990/6 4990/11 4990/12 4990/19

**see [31]** 4881/23 4895/1 4903/23 4921/20 4929/6 4932/18 4938/22 4940/20 4944/14 4944/19 4957/17 4962/4 4962/10 4962/14 4962/21 4965/11 4966/14 4968/2 4968/9 4968/14 4969/8 4970/14 4973/5 4973/7 4980/17 4981/2 4982/1 4983/17 4989/1 4991/1 4995/16

**seeing [6]** 4911/17 4918/22 4934/17 4964/15 4972/6 4992/9

**seek [5]** 4928/24 4936/20 4953/17 4964/2 4974/2

**seems [1]** 4994/16

**seen [9]** 4900/7 4904/8 4911/3 4916/2 4927/2 4927/3 4934/5 4985/24 4993/22

**select [4]** 4881/9 4881/17 4930/11 4951/3

**selected [1]** 4930/14

**selectively [2]** 4878/20 4895/5

**self [1]** 4879/7

**self-incrimination [1]** 4879/7

**semper [1]** 4929/10

**Senate [3]** 4939/14 4943/2 4943/3

**send [6]** 4932/12 4959/5 4959/8 4959/9 4994/16 4995/9

**sender [8]** 4878/18 4879/12 4879/25 4884/18 4889/9 4891/8 4893/7 4894/15

**sending [2]** 4889/21 4894/22

**sense [2]** 4889/20 4987/14

**sent [14]** 4885/5

**sentence [1]** 4976/14

**separate [1]** 4878/16

**series [2]** 4876/4 4879/23

**Service [2]** 4933/14 4935/5

**set [1]** 4993/8

**setting [1]** 4946/13

**setup [2]** 4898/17 4953/6

**several [4]** 4891/13 4950/13 4962/10 4971/18

**shard [2]** 4976/8 4976/12

**she [18]** 4877/21 4878/17 4878/18 4879/3 4879/12 4890/1 4900/11 4933/8 4933/12 4933/17 4939/14 4971/10 4973/19 4973/21 4974/11 4974/12 4994/4 4994/16

**she's [6]** 4878/5 4878/5 4974/21 4993/3 4993/22 4994/4

**short [1]** 4991/17

**shorter [1]** 4991/9

**shortly [5]** 4925/18 4944/14 4944/19 4983/4 4983/7

**should [6]** 4922/12 4943/12 4947/16 4948/3 4965/10 4992/4

**show [16]** 4881/21 4892/13 4897/3 4897/11 4900/10 4907/17 4909/7 4929/18 4957/8 4960/20 4964/1 4966/22 4972/8 4973/22 4976/10 4977/22

**showing [5]** 4928/19 4947/11 4953/14 4968/2 4972/7

**shown [7]** 4880/25 4905/11 4990/7 4990/15 4990/15 4990/15 4993/22 4995/3

**shows [3]** 4905/23 4905/23 4907/20

**sic [3]** 4913/14 4929/10 4986/6

**Sic semper tyrannis [1]** 4929/10

**sick [1]** 4931/10

**side [26]** 4891/19 4894/1 4897/17 4902/8 4902/10 4902/15 4903/19 4903/23

side... [18] 4904/6
4904/9 4904/13
4905/19 4906/2 4906/4
4906/6 4906/13
4906/19 4907/7
4925/11 4925/17
4925/21 4925/23
4926/21 4926/25
4928/4 4935/17
Siekerman [1] 4931/10
sign [14] 4971/21
4972/1 4972/4 4973/5
4973/8 4973/10
4973/13 4974/12
4975/8 4976/2 4976/4
4976/7 4976/9 4987/2
Signal [30] 4876/9
4879/23 4880/4
4881/18 4882/3
4882/24 4884/5
4884/17 4885/7 4886/2
4888/10 4889/11
4891/13 4895/9 4901/9
4904/4 4905/1 4907/16
4909/10 4909/11
4911/25 4920/10
4920/16 4921/3 4921/4
4921/19 4930/21
4988/21 4988/23
4989/1
significant [2] 4920/21
4989/9
signify [1] 4966/18
similar [2] 4948/8
4960/24
simplify [1] 4898/4
simply [1] 4979/20
simultaneously [1]
4887/8
since [8] 4875/11
4878/17 4881/6
4886/15 4915/16
4984/11 4984/12
4984/18
single [3] 4911/3
4911/3 4911/4
sir [34] 4875/24 4876/6
4883/15 4886/9
4887/24 4890/11
4891/3 4892/7 4897/6
4898/8 4900/7 4900/9
4901/20 4901/24
4906/1 4908/8 4911/14
4913/22 4914/16
4917/9 4919/16 4920/3
4922/16 4923/3 4926/8
4927/13 4928/16
4936/16 4946/9
4949/17 4949/24
4950/2 4973/21
4987/24
sister [1] 4988/4
sister's [1] 4988/6
sit [1] 4881/12
sitting [1] 4955/1
situation [3] 4910/19
4946/22 4955/16

skipping [1] 4953/2
slide [4] 4911/20
4912/21 4916/3
4949/18
slides [5] 4919/4
4930/9 4930/12
4930/14 4944/9
slightly [1] 4974/20
small [4] 4903/9
4940/23 4940/25
4971/4
smash [1] 4976/7
SMS [1] 4892/20
so [127] 4875/12
4876/19 4877/12
4877/22 4878/14
4880/3 4880/3 4880/8
4883/17 4884/4
4884/21 4884/25
4886/1 4886/7 4887/7
4888/15 4889/8
4889/24 4890/4 4893/1
4894/19 4894/21
4894/25 4897/11
4897/17 4898/4
4898/10 4899/11
4900/15 4903/4
4903/22 4904/17
4905/14 4905/15
4906/11 4907/2
4907/14 4907/22
4908/5 4908/23 4910/8
4910/21 4911/9 4912/6
4912/10 4912/11
4912/16 4913/13
4913/22 4914/1
4914/18 4915/11
4915/20 4916/22
4917/6 4918/7 4918/23
4919/21 4923/21
4924/23 4925/22
4932/10 4932/18
4933/20 4934/13
4934/24 4944/19
4945/16 4945/18
4946/8 4946/8 4946/12
4947/3 4947/11
4947/13 4948/9
4948/22 4952/16
4954/2 4955/4 4956/12
4957/6 4957/8 4958/24
4959/3 4959/24 4960/3
4960/11 4960/16
4960/20 4961/10
4963/7 4963/12
4963/19 4963/25
4966/24 4967/1 4967/7
4970/7 4974/12 4975/4
4975/6 4976/11 4979/1
4980/10 4984/3
4984/10 4984/14
4985/15 4986/6
4986/10 4987/7 4988/7
4989/2 4989/5 4990/9
4991/23 4992/1 4992/6
4993/2 4993/11
4993/25 4994/13

4995/9
so I think [2] 4946/12
4995/2
So this is [3] 4884/4
4884/21 4884/25
social [3] 4972/7
4984/20 4984/23
soft [1] 4890/22
some [20] 4876/4
4877/9 4878/10 4881/8
4883/9 4894/3 4894/3
4895/22 4908/11
4936/15 4939/21
4941/22 4951/8
4955/15 4956/22
4959/1 4972/3 4981/17
4981/19 4991/18
somebody [4] 4882/16
4889/21 4959/9 4989/5
someone [10] 4880/20
4880/21 4932/20
4938/24 4940/6
4940/12 4940/20
4953/9 4954/13
4981/13
something [8] 4908/14
4947/8 4947/14
4947/18 4948/5
4958/15 4991/4 4991/6
sometime [1] 4934/15
somewhat [1] 4983/15
somewhere [1] 4914/9
son [1] 4987/11
SoRelle [7] 4898/24
4899/3 4899/10 4900/1
4905/4 4905/17
4984/14
sorry [18] 4876/21
4888/3 4890/14
4890/20 4891/3 4893/2
4897/6 4906/1 4907/5
4911/11 4939/4 4945/3
4949/21 4960/7
4966/16 4969/23
4970/5 4990/13
sort [6] 4911/4 4939/13
4970/16 4981/17
4981/19 4989/23
sound [6] 4984/25
4985/1 4985/9 4987/3
4987/19 4988/5
source [2] 4968/6
4968/6
sources [1] 4956/14
south [8] 4894/1
4902/8 4902/10
4902/15 4903/19
4903/23 4904/6 4904/9
speak [1] 4960/7
speaker [8] 4926/25
4927/5 4927/18
4927/19 4971/7 4971/9
4971/25 4976/2
Speaker's [4] 4971/3
4971/5 4971/6 4976/1
Speaker's Suite [4]
4971/3 4971/5 4971/6

speakers [3] 4936/7
4936/7 4937/9
speaking [3] 4877/21
4927/3 4963/13
Speaks [1] 4884/14
special [2] 4945/10
4983/25
specific [2] 4975/14
4976/22
specifically [8]
4883/20 4887/25
4888/1 4889/10 4894/6
4968/22 4969/4
4975/21
specter [1] 4915/4
speculate [1] 4981/20
spoken [2] 4878/23
4965/9
spotty [1] 4938/23
spray [1] 4905/3
spraying [1] 4905/3
Sr [1] 4872/16
Sta [2] 4933/1 4933/2
staff [4] 4934/22
4935/2 4948/3 4951/20
stage [5] 4938/21
4940/23 4940/25
4942/1 4942/10
stairs [1] 4903/5
stairwell [1] 4938/13
stand [4] 4875/17
4991/19 4992/23
4992/24
standard [1] 4961/10
standardize [4]
4958/23 4960/6 4960/9
4960/10
standing [3] 4888/16
4914/20 4970/16
stands [2] 4932/7
4995/19
stanley [3] 4872/2
4872/5 4928/17
Stanley Woodward [1]
4928/17
start [8] 4875/10
4879/2 4923/16
4928/19 4936/1 4945/4
4964/10 4992/10
started [5] 4875/12
4905/3 4922/14 4928/3
4944/21
starting [2] 4924/23
4925/17
state [4] 4928/23
4929/6 4929/12
4935/25
stated [2] 4921/25
4976/11
statement [12]
4884/20 4889/13
4890/10 4935/4 4955/7
4965/7 4974/11
4974/23 4974/25
4975/3 4975/11
4989/23
statements [7] 4880/2

speakers... page continues
4917/12 4917/13
4918/21 4918/22
STATES [4] 4870/1
4870/3 4870/10
4906/16
stating [2] 4949/19
4976/2
station [2] 4933/3
4937/20
stationed [1] 4911/5
stay [2] 4877/22
4991/10
stayed [1] 4911/13
steel [1] 4947/6
stenography [1]
4873/6
step [2] 4944/17
4992/14
steps [2] 4902/9
4902/11
STEWART [24] 4870/6
4871/2 4891/14
4893/22 4894/9 4896/3
4896/7 4896/20
4897/25 4900/16
4900/17 4901/9
4901/24 4904/3 4905/1
4907/2 4907/15
4909/10 4919/14
4932/2 4939/23
4949/24 4972/19
4989/13
Stewart Rhodes [16]
4891/14 4893/22
4896/3 4896/20
4897/25 4900/16
4900/17 4901/9
4901/24 4904/3 4905/1
4909/10 4919/14
4932/2 4939/23
4989/13
Stewart Rhodes' [3]
4894/9 4896/7 4949/24
still [7] 4901/7 4911/20
4941/22 4969/10
4978/9 4992/23
4992/24
stipulate [1] 4972/21
stipulation [2] 4972/12
4972/17
Stone [1] 4985/3
stopped [1] 4982/21
Stopping [1] 4921/13
store [1] 4956/10
storm [1] 4920/24
story [1] 4990/4
street [7] 4870/17
4871/11 4871/15
4903/14 4933/13
4943/2 4943/2
stretch [1] 4948/21
stuff [3] 4881/8
4892/14 4895/10
subject [2] 4961/9
4985/20
subpoena [1] 4957/1
subpoenas [1] 4957/6

**S**

subtracted [3]  4988/22
4988/24  4993/25
such [1]  4922/1
suggest [4]  4890/17
4890/24  4893/12
4893/17
Suite [8]  4871/4  4871/8
4872/8  4872/17  4971/3
4971/5  4971/6  4976/1
sum [1]  4920/6
summary [3]  4955/21
4956/13  4958/10
support [1]  4878/11
supposed [1]  4917/20
supposedly [1]
4904/17
Supreme [13]  4891/19
4906/16  4906/17
4906/19  4906/23
4907/7  4925/23  4926/2
4926/22  4926/25
4927/19  4937/5
4937/10
Supreme Court [12]
4891/19  4906/16
4906/19  4906/23
4907/7  4925/23  4926/2
4926/22  4926/25
4927/19  4937/5
4937/10
sure [15]  4879/18
4891/5  4892/8  4898/7
4898/18  4910/7
4916/21  4920/19
4933/10  4934/1
4935/19  4957/19
4982/6  4995/3  4995/12
surprise [3]  4946/8
4947/10  4987/8
surrounded [1]
4931/16
surrounding [1]
4890/19
surveying [1]  4915/23
suspect [1]  4946/14
sustained [6]  4882/20
4889/22  4923/6
4923/11  4950/16
4978/21
swamp [2]  4938/5
4938/6
switch [1]  4967/18
sworn [3]  4875/17
4899/13  4899/25
Sydi [1]  4931/7

**T**

T-Mobile [9]  4892/25
4893/4  4893/10  4956/8
4956/24  4956/25
4957/2  4957/12  4961/6
table [1]  4901/13
tailor [1]  4877/8
take [5]  4904/16
4944/11  4946/6
4962/20  4976/18
taken [15]  4882/13

4914/2  4914/5  4928/5
4937/6  4949/16
4949/22  4965/14
4975/8  4982/24  4983/4
4983/7  4983/13
takes [1]  4914/15
taking [4]  4891/23
4892/4  4926/13
4946/13
talk [9]  4877/1  4879/4
4879/5  4915/15
4917/18  4922/18
4966/16  4991/19
4993/7
talking [10]  4878/6
4884/16  4887/7
4911/13  4914/10
4979/21  4980/22
4980/24  4982/4
4993/17
tape [2]  4932/4
4932/18
Tarpley [1]  4871/10
team [4]  4881/2
4899/14  4938/18
4985/3
teams [1]  4935/25
tear [1]  4922/9
tech [1]  4897/8
technology [1]  4970/3
tell [9]  4885/4  4889/25
4896/16  4913/22
4928/22  4947/3  4948/8
4980/11  4991/20
telling [2]  4885/17
4914/11
ten [2]  4920/15
4991/12
tens [1]  4920/9
term [1]  4886/1
terms [3]  4884/4
4886/1  4911/9
testified [36]  4875/17
4881/1  4881/16
4882/16  4895/7
4895/16  4895/21
4895/25  4896/8  4899/5
4908/9  4908/13  4913/8
4920/14  4928/4
4929/21  4935/15
4949/3  4953/10  4955/9
4955/21  4958/11
4961/23  4965/19
4966/17  4967/17
4967/19  4970/20
4970/24  4971/11
4971/12  4971/15
4976/20  4984/3
4988/16  4989/20
testifies [1]  4946/1
testify [7]  4877/12
4889/10  4894/2  4898/1
4899/9  4914/5  4971/17
testifying [4]  4891/9
4894/13  4965/24
4968/22
testimony [14]

4899/3  4899/7
4900/8  4901/2  4902/17
4921/13  4934/13
4945/24  4946/13
4946/15  4985/20
4986/14  4992/16
4993/7
text [44]  4876/8
4877/14  4877/17
4878/5  4879/23  4880/1
4880/3  4883/22  4884/1
4884/17  4885/7  4886/2
4892/20  4893/13
4893/22  4894/3  4894/8
4894/11  4894/14
4895/2  4895/5  4895/9
4896/3  4896/12
4896/13  4896/15
4896/19  4900/15
4900/17  4904/1
4904/21  4907/15
4911/3  4916/15
4921/19  4929/22
4931/13  4932/12
4938/22  4949/15
4959/5  4959/8  4966/2
4967/5
texts [4]  4881/9
4881/17  4887/1
4895/22
than [13]  4878/19
4880/20  4880/21
4884/17  4888/21
4902/1  4917/20
4921/14  4921/15
4926/23  4934/4
4980/22  4984/7
Thank [24]  4875/10
4875/25  4886/20
4895/20  4898/8  4899/2
4899/3  4908/18  4909/6
4910/4  4910/20
4917/17  4928/10
4944/22  4946/9
4948/23  4976/19
4984/2  4985/13
4986/12  4989/17
4992/11  4992/19
4994/21
Thank you [17]
4875/10  4886/20
4895/20  4899/2  4899/3
4909/6  4917/17
4928/10  4944/22
4948/23  4984/2
4985/13  4986/12
4989/17  4992/11
4992/19  4994/21
Thanks [2]  4932/21
4948/13
that [524]
that's [51]  4877/14
4878/14  4878/25
4879/14  4881/15
4882/23  4884/15
4886/3  4889/25
4892/22  4892/25
4896/6  4901/5  4902/15

4907/3  4908/8  4909/23
4910/1  4915/4  4915/16
4915/19  4924/17
4926/7  4927/14  4932/6
4935/4  4935/7  4935/20
4936/2  4942/21  4943/8
4946/2  4947/22  4948/1
4949/10  4952/13
4952/16  4966/20
4969/18  4969/23
4971/21  4972/13
4975/16  4984/23
4987/6  4991/23  4992/1
4992/6  4994/20
their [24]  4877/6
4879/6  4895/11
4897/13  4903/4
4908/11  4918/1
4918/21  4919/7
4934/10  4935/6
4935/10  4945/10
4945/24  4956/10
4956/11  4958/21
4958/25  4968/10
4968/14  4969/8
4975/25  4976/10
4987/23
thelinderfirm.com [1]
4871/6
them [22]  4876/17
4879/4  4879/5  4887/7
4888/4  4891/23  4892/4
4892/5  4904/19  4916/9
4917/14  4918/16
4920/20  4920/21
4927/14  4947/3  4947/6
4948/15  4949/7
4955/12  4989/16
4994/17
themselves [2]  4880/2
4956/6
then [25]  4877/24
4903/8  4903/13
4903/14  4911/9  4916/4
4920/6  4939/3  4944/11
4945/20  4947/9  4949/2
4950/3  4959/13
4962/14  4964/5
4970/14  4972/15
4972/24  4976/8  4976/9
4989/12  4991/14
4993/3  4994/3
theoretically [1]
4916/8
there [51]  4878/15
4880/3  4886/10
4886/15  4895/22
4896/1  4896/12  4897/9
4898/11  4899/14
4899/14  4904/13
4913/9  4913/15
4917/12  4917/20
4920/23  4921/25
4926/13  4926/17
4926/22  4934/2  4936/1
4936/17  4939/13
4940/18  4941/6  4943/6

4951/6  4952/8
4953/4  4955/9  4962/10
4965/7  4966/14  4967/5
4969/2  4972/11  4973/5
4973/7  4974/15
4982/12  4988/20
4988/21  4989/9
4989/15  4990/5
4990/13  4990/14
4993/10
there's [12]  4880/14
4915/9  4922/2  4924/10
4930/3  4940/15
4950/16  4970/20
4975/6  4979/1  4989/7
4993/2
these [25]  4877/6
4878/16  4878/22
4879/4  4892/13
4895/15  4895/22
4897/23  4903/5
4908/20  4911/21
4918/18  4921/19
4936/13  4936/15
4937/17  4943/20
4944/3  4949/8  4951/2
4963/13  4964/5
4983/14  4985/15
4987/20
they [65]  4877/10
4879/6  4879/10
4880/19  4880/21
4881/18  4882/11
4889/25  4892/13
4894/15  4895/23
4896/14  4903/5
4903/11  4903/19
4903/19  4903/19
4905/3  4905/13
4905/18  4906/3
4908/14  4908/21
4911/10  4911/12
4911/13  4911/16
4912/4  4912/10  4913/3
4918/3  4918/6  4918/8
4918/11  4918/11
4918/12  4918/19
4918/21  4924/11
4930/23  4934/11
4934/13  4935/9
4935/11  4939/12
4939/21  4953/5
4956/18  4956/20
4956/21  4959/1  4959/3
4963/1  4976/9  4981/6
4981/7  4981/8  4981/17
4981/21  4986/7  4990/6
4990/11  4990/18
4990/22  4992/2
they'd [1]  4877/18
they're [8]  4881/7
4885/17  4910/5
4933/13  4940/16
4945/21  4967/15
4970/16
things [3]  4876/9
4878/16  4909/3
think [26]  4877/14

**think... [25]** 4879/9
4889/16 4892/2
4898/16 4921/9 4936/7
4945/18 4945/23
4946/5 4946/12 4947/3
4947/23 4947/24
4948/6 4952/6 4961/1
4965/10 4978/25
4978/25 4992/5
4993/14 4993/16
4993/18 4993/19
4995/2
**thinking [2]** 4889/21
4889/25
**this [283]**
**This -- yes [1]** 4957/10
**Thomas [3]** 4872/16
4962/5 4972/20
**Thomas Caldwell [2]**
4962/5 4972/20
**those [22]** 4878/18
4880/14 4897/12
4898/15 4913/21
4917/24 4918/7
4918/22 4930/14
4935/9 4951/17
4956/10 4962/7
4962/24 4963/2
4966/14 4966/17
4969/5 4981/4 4985/5
4989/2 4990/7
**though [2]** 4918/17
4982/7
**thought [2]** 4877/17
4992/3
**thoughts [3]** 4944/20
4945/5 4945/13
**thousands [10]** 4892/7
4895/8 4895/8 4895/9
4920/10 4920/18
4920/19 4921/2 4921/4
4951/6
**three [7]** 4936/21
4938/20 4946/4
4946/15 4946/18
4946/19 4959/20
**three-ish [1]** 4946/15
**through [24]** 4878/9
4878/13 4878/13
4887/11 4891/22
4912/8 4917/1 4917/14
4920/20 4920/21
4922/3 4947/5 4951/2
4951/23 4952/14
4964/5 4964/7 4964/8
4984/16 4991/4 4993/3
4993/9 4994/1 4994/13
**throughout [1]**
4888/16
**Thus [1]** 4953/6
**till [1]** 4886/16
**time [72]** 4881/25
4882/4 4882/15
4882/22 4885/4
4886/11 4887/14
4894/13 4894/21
4896/14 4899/13

4904/12 4904/15
4904/17 4904/23
4905/18 4907/21
4913/17 4915/6
4915/12 4918/4 4918/6
4922/16 4922/25
4923/15 4923/16
4925/16 4933/9
4936/16 4946/6 4946/6
4951/9 4958/16
4958/18 4958/19
4958/22 4958/25
4959/2 4959/3 4959/6
4959/9 4959/10
4959/16 4959/18
4959/24 4960/4 4960/5
4960/6 4960/9 4960/10
4960/17 4963/6 4963/9
4963/10 4963/17
4963/17 4963/18
4963/19 4963/20
4965/14 4969/16
4970/20 4974/12
4974/14 4975/4
4975/13 4984/19
4988/20 4988/21
4988/24
**timeline [1]** 4912/7
**times [4]** 4932/10
4962/7 4963/15 4979/2
**timing [1]** 4904/22
**titled [1]** 4996/4
**today [6]** 4875/10
4875/23 4876/16
4930/10 4932/5
4934/13
**Todd [1]** 4916/14
**together [4]** 4878/8
4880/20 4892/14
4967/10
**told [3]** 4922/22 4926/4
4926/23
**too [2]** 4933/11 4952/8
**took [4]** 4970/24
4971/12 4971/18
4975/6
**top [4]** 4898/22
4920/15 4949/18
4983/5
**tore [1]** 4976/3
**total [3]** 4901/16
4901/17 4969/16
**totaling [1]** 4958/4
**toward [4]** 4890/21
4965/12 4965/15
4970/16
**towards [5]** 4907/11
4925/22 4979/14
4979/14 4990/22
**towers [2]** 4872/17
4938/21
**town [1]** 4908/21
**track [1]** 4895/10
**trailers [10]** 4896/12
4896/23 4896/24
4897/12 4897/18
4898/10 4898/15

4901/4
**transcript [2]** 4870/9
4873/6 4900/7 4900/10
4996/3
**transcription [1]**
4873/7
**Tres [1]** 4987/16
**trial [3]** 4870/9 4944/20
4991/19
**tried [1]** 4893/18
**trio [2]** 4975/25
4976/17
**troops [3]** 4907/25
4908/6 4915/23
**Troy [1]** 4870/16
**truck [1]** 4916/22
**trucks [9]** 4912/3
4913/16 4916/16
4916/16 4916/19
4916/24 4917/3 4917/8
4917/9
**true [3]** 4915/16 4925/9
4961/24
**Truly [1]** 4910/22
**Trump [5]** 4909/13
4938/20 4943/1
4968/19 4968/23
**try [3]** 4879/4 4879/5
4991/8
**trying [12]** 4877/25
4881/8 4883/2 4884/6
4884/9 4892/14 4927/7
4942/4 4943/5 4955/2
4978/9 4994/10
**turn [2]** 4944/12
4955/19
**turned [2]** 4924/17
4964/23
**TV [2]** 4918/18 4933/12
**Twitter [2]** 4972/22
4984/17
**two [21]** 4885/15
4895/25 4913/16
4916/6 4916/15
4916/24 4917/3 4917/8
4917/9 4917/20
4917/24 4918/7 4921/9
4931/3 4945/19
4946/18 4946/19
4955/3 4969/5 4978/6
4994/7
**TX [2]** 4871/4 4871/8
**type [1]** 4973/25
**types [1]** 4880/15
**tyrannis [1]** 4929/10

**U**

**U.S [4]** 4870/16
4891/19 4894/1 4905/4
**Uber [1]** 4914/14
**Uh [4]** 4883/21 4905/9
4917/13 4922/23
**Uh-huh [4]** 4883/21
4905/9 4917/13
4922/23
**Ulrich [1]** 4908/10
**ultimately [2]** 4945/24

**unaware [1]** 4895/17
**unconvened [1]**
4882/9
**under [5]** 4895/7
4899/9 4899/25
4907/11 4911/22
**undergoing [1]**
4992/24
**underlying [1]** 4909/20
**understand [10]**
4876/7 4878/25
4885/11 4890/3
4891/11 4891/11
4925/13 4945/22
4949/20 4994/12
**understanding [4]**
4882/13 4885/16
4909/16 4978/18
**understands [1]**
4979/1
**understood [4]**
4900/13 4917/1
4961/23 4994/21
**unfair [3]** 4889/17
4889/19 4889/24
**Union [3]** 4933/1
4933/2 4933/3
**unique [1]** 4958/13
**UNITED [4]** 4870/1
4870/3 4870/10
4906/16
**United States [1]**
4906/16
**Universal [1]** 4958/19
**unreasonable [2]**
4908/10 4908/13
**until [5]** 4896/17
4984/4 4984/24 4986/2
4994/4
**up [27]** 4878/7 4890/8
4896/5 4896/6 4903/5
4914/2 4920/6 4925/17
4938/23 4943/5
4947/11 4952/9 4955/3
4961/20 4973/7 4976/8
4976/9 4978/10
4978/11 4984/4
4985/11 4986/11
4986/14 4987/2 4988/8
4988/24 4990/19
**upon [1]** 4890/9
**upper [1]** 4932/5
**us [26]** 4875/19 4883/1
4885/17 4889/25
4910/21 4928/22
4932/1 4932/14
4933/14 4934/18
4934/22 4935/23
4938/3 4938/12
4938/17 4942/24
4951/13 4952/3
4954/24 4964/20
4964/23 4965/3 4966/7
4975/22 4979/5 4983/2
**usdoj.gov [2]** 4870/19
4870/20
**use [6]** 4908/11

4956/16 4987/2 4994/9
**used [1]** 4886/7
**username [1]** 4988/6
**using [3]** 4887/7
4953/5 4964/25
**usual [1]** 4992/8
**UTC [11]** 4958/16
4958/18 4958/22
4958/25 4959/3 4960/4
4960/17 4963/16
4963/10 4963/17
4963/19

_____

**V**

**vacuum [1]** 4880/4
**Vallejo [14]** 4911/25
4912/2 4912/15
4912/23 4913/15
4914/1 4914/18
4915/24 4916/5 4917/2
4943/16 4985/19
4985/21 4985/25
**Vallejo's [2]** 4931/1
4943/9
**vein [1]** 4947/7
**Verizon [1]** 4956/8
**very [18]** 4878/3
4878/9 4884/2
4908/12 4908/18
4919/4 4927/1 4941/25
4948/8 4949/1 4958/6
4958/8 4975/9 4976/19
4984/2 4984/4 4984/22
4994/10
**Vetted [1]** 4985/7
**Vetted OK FL Hangout
[1]** 4985/7
**via [1]** 4884/5
**video [76]** 4881/13
4883/16 4883/22
4900/24 4904/8
4905/11 4905/18
4905/24 4907/20
4907/24 4921/18
4921/24 4924/3
4924/17 4927/3 4934/6
4936/5 4963/24 4964/3
4964/4 4964/12
4964/15 4964/17
4964/25 4965/5
4965/11 4965/14
4965/19 4966/2 4966/8
4966/10 4966/16
4966/20 4967/2 4967/7
4967/11 4967/13
4967/20 4968/3 4968/6
4968/6 4968/7 4968/12
4968/20 4969/1 4969/6
4969/12 4969/19
4969/24 4970/8
4970/11 4972/6 4972/9
4972/22 4972/23
4976/10 4977/5
4977/11 4977/13
4977/16 4977/17
4978/8 4979/6 4979/9
4979/22 4979/24

5017

**V**

video... [10] 4980/8
4980/15 4980/25
4982/21 4985/24
4986/22 4990/1
4990/14 4990/21
4994/25
videos [15] 4876/9
4881/3 4883/19
4903/22 4907/15
4920/7 4923/13
4923/17 4923/25
4924/14 4924/21
4924/25 4927/2
4976/18 4990/7
Vienna [1] 4913/3
view [3] 4900/25
4980/10 4980/14
viewed [6] 4878/16
4883/16 4901/5
4907/24 4924/3
4936/15
violence [1] 4951/17
Virginia [8] 4911/6
4911/13 4911/16
4913/4 4913/5 4928/23
4929/7 4929/12
Visible [1] 4976/12
vm [1] 4893/16
voice [1] 4890/22
vs [1] 4870/5

**W**

wait [3] 4948/1
4993/16 4995/18
waiting [4] 4910/5
4910/6 4914/23
4914/24
Walden [1] 4938/4
walked [1] 4917/14
walking [3] 4907/11
4980/24 4988/23
wall [4] 4972/5 4973/7
4976/4 4976/7
want [14] 4877/10
4900/10 4901/20
4920/6 4927/13 4946/6
4947/10 4947/19
4968/18 4968/19
4968/23 4978/12
4985/16 4993/15
wanted [1] 4948/1
War [1] 4915/16
warrant [3] 4892/25
4893/5 4893/10
was [182]
Washington [17]
4870/5 4870/17 4872/4
4872/9 4873/5 4931/14
4931/16 4933/13
4933/24 4939/3
4955/12 4959/9
4959/12 4959/15
4959/21 4959/24
4963/10
Washington
Monument [3]
4931/14 4931/16

wasn't [9] 4887/25
4908/14 4914/8
4919/15 4919/18
4925/10 4968/20
4978/6 4984/24
watch [8] 4935/12
4965/3 4966/7 4967/10
4968/5 4968/6 4979/5
4979/8
watched [3] 4903/23
4920/7 4921/17
watching [2] 4918/18
4918/19
Watkins [14] 4871/14
4877/22 4877/23
4878/24 4917/20
4918/14 4918/25
4933/6 4934/20
4934/24 4962/5
4962/11 4962/17
4972/20
Watkins' [2] 4961/6
4961/17
way [17] 4878/9 4882/8
4900/18 4906/25
4910/2 4913/21
4926/10 4941/5 4952/8
4958/14 4974/16
4974/18 4975/7
4975/17 4975/25
4979/14 4986/12
ways [1] 4956/11
we [97] 4877/1
4879/19 4884/16
4884/17 4887/18
4889/3 4891/22
4900/15 4905/24
4907/14 4915/15
4917/13 4921/9
4921/17 4921/21
4921/24 4928/18
4928/24 4929/4
4929/18 4929/24
4930/2 4930/7 4932/18
4933/12 4936/20
4936/23 4939/1
4939/14 4940/7
4940/13 4940/20
4941/4 4943/6 4943/19
4943/22 4944/11
4944/12 4944/20
4945/6 4945/14
4945/22 4946/6 4946/6
4946/20 4946/23
4947/4 4948/25 4949/2
4950/18 4951/8
4951/16 4953/12
4953/22 4955/19
4955/22 4956/19
4958/2 4964/2 4965/10
4965/21 4965/8 4968/6
4968/18 4968/19
4968/22 4971/12
4972/8 4972/24 4974/2
4974/17 4974/24
4975/6 4975/7 4975/10
4978/7 4978/13

4987/7 4989/23 4991/1
4991/19 4992/1 4992/3
4992/6 4992/9 4992/20
4992/21 4993/2 4993/9
4994/1 4994/9 4994/14
4995/8 4995/10
we will [2] 4943/22
4950/18
we'd [3] 4953/16
4961/2 4966/24
we'll [7] 4920/6 4944/7
4944/14 4944/19
4992/10 4995/11
4995/15
we're [14] 4887/7
4893/11 4911/12
4914/10 4917/6
4923/22 4938/5 4943/1
4946/3 4948/20
4961/12 4975/9
4993/17 4994/13
we've [8] 4901/7
4924/9 4950/13
4978/25 4991/16
4993/24 4995/6 4995/9
weapons [1] 4915/25
wear [1] 4932/17
wearing [5] 4935/16
4939/12 4939/24
4973/14 4982/9
Wednesday [1]
4988/13
week [13] 4875/11
4945/7 4945/11 4947/5
4947/6 4948/21
4991/16 4991/23
4991/24 4991/24
4991/25 4993/4 4994/8
weekend [6] 4992/7
4992/11 4992/16
4993/6 4994/9 4995/15
weigh [1] 4957/18
welcome [2] 4899/4
4948/20
well [44] 4875/24
4875/25 4878/9
4884/25 4888/2
4889/16 4896/12
4897/8 4903/21 4908/9
4911/17 4915/15
4916/24 4922/17
4923/14 4927/14
4936/17 4942/17
4956/24 4958/8
4959/13 4961/1
4961/20 4966/22
4968/3 4968/24
4971/21 4973/22
4974/19 4975/5
4975/12 4976/24
4978/23 4979/6 4979/8
4982/8 4983/18 4984/1
4984/2 4989/23 4990/8
4991/25 4993/20
4994/15
well-aware [1] 4975/5
well-done [1] 4878/9

4898/22 4901/4 4935/9
were [87] 4877/17
4880/19 4880/21
4880/25 4881/10
4882/11 4883/19
4884/16 4884/21
4885/24 4886/10
4886/15 4889/25
4891/22 4894/3
4894/15 4895/10
4895/15 4895/22
4895/23 4896/1
4896/13 4896/14
4896/23 4896/24
4896/24 4897/9
4897/18 4898/10
4899/14 4905/19
4911/5 4911/6 4911/7
4913/3 4913/9 4913/10
4913/24 4917/20
4917/21 4917/24
4918/1 4918/3 4918/6
4918/8 4918/8 4918/11
4918/12 4918/14
4918/16 4918/18
4918/19 4918/21
4919/7 4919/7 4919/10
4920/14 4921/25
4923/15 4925/16
4926/13 4926/17
4936/5 4936/9 4936/14
4937/10 4939/19
4939/21 4942/17
4950/14 4951/4 4951/6
4953/4 4955/9 4955/12
4956/14 4962/8
4968/15 4976/12
4978/7 4982/23
4988/22 4990/6 4990/7
4990/11 4990/19
4990/22
weren't [3] 4918/11
4935/19 4989/2
west [7] 4897/18
4906/4 4906/6 4906/13
4925/11 4925/17
4928/4
what [133]
what's [14] 4877/24
4881/21 4882/22
4883/2 4895/13 4897/3
4909/7 4911/21 4913/6
4946/21 4969/24
4970/8 4974/7 4995/10
whatever [2] 4903/15
4948/6
when [21] 4885/17
4893/11 4897/23
4908/6 4908/23 4909/4
4917/14 4918/8
4923/15 4925/10
4946/1 4956/19 4957/3
4960/3 4960/12
4960/16 4970/21
4980/6 4980/13 4990/5
4994/6
where [61] 4877/3

4877/24 4878/2 4878/6
4884/12 4891/20
4892/13 4896/6
4897/12 4897/23
4902/10 4902/18
4903/14 4905/7 4905/7
4905/16 4906/3 4906/5
4906/17 4908/1 4908/4
4908/7 4908/21
4908/24 4909/4
4917/15 4918/3 4918/5
4918/7 4918/12
4918/16 4922/13
4922/18 4922/19
4923/1 4923/17
4925/23 4927/7 4940/7
4940/13 4940/16
4940/25 4941/22
4942/3 4942/6 4946/22
4950/13 4960/12
4964/17 4964/20
4970/25 4971/7 4971/8
4973/7 4988/23
4989/23 4990/5
4991/19 4992/1 4992/4
4992/6
Where's [1] 4906/15
whether [18] 4877/5
4877/6 4878/22 4879/2
4879/10 4918/13
4932/11 4953/25
4956/24 4966/23
4967/3 4968/9 4972/1
4972/4 4973/19 4978/4
4978/18 4979/24
which [28] 4878/16
4878/19 4880/5 4880/8
4880/10 4890/10
4891/1 4891/22
4911/19 4921/15
4936/21 4942/10
4942/17 4945/25
4948/25 4956/13
4960/22 4961/24
4963/5 4963/19 4967/8
4973/13 4976/9 4979/6
4980/6 4984/22 4986/8
4992/23
while [3] 4892/3
4976/11 4991/4
Whip [8] 4878/6 4883/2
4883/4 4884/4 4888/8
4891/20 4896/6 4943/5
Whiplash [5] 4887/4
4887/17 4888/9
4935/22 4935/24
Whippet [2] 4938/19
4938/22
WHITNEY [1] 4875/16
who [29] 4877/18
4878/22 4879/20
4883/4 4884/21 4885/9
4885/19 4887/18
4893/3 4916/8 4916/11
4917/24 4930/14
4932/18 4932/21
4940/15 4943/5
4945/23 4952/19

**W**

**who... [10]** 4953/10 4973/21 4975/1 4977/9 4981/22 4983/10 4987/10 4987/12 4987/20 4989/5
**who's [4]** 4876/25 4877/18 4887/4 4987/16
**whoever [1]** 4881/13
**whose [3]** 4893/1 4893/6 4967/16
**why [3]** 4944/11 4948/1 4958/21
**wife [2]** 4910/6 4987/9
**will [31]** 4875/11 4920/5 4926/9 4929/1 4929/18 4930/2 4930/11 4936/1 4936/21 4938/22 4939/12 4943/22 4943/25 4945/11 4945/18 4947/4 4948/2 4948/8 4950/18 4952/10 4953/14 4957/8 4957/21 4964/7 4972/15 4972/19 4973/1 4993/25 4995/3 4995/7 4995/11
**William [4]** 4872/16 4873/2 4996/2 4996/8
**willing [2]** 4912/15 4917/8
**wish [1]** 4946/5
**withdraw [1]** 4928/6
**within [6]** 4880/5 4887/9 4892/5 4892/15 4976/1 4992/2
**without [12]** 4877/10 4884/16 4889/8 4928/24 4929/24 4934/22 4935/3 4943/20 4953/16 4964/2 4972/24 4975/21
**witness [28]** 4874/2 4875/16 4892/9 4902/14 4923/4 4926/4 4926/23 4927/10 4928/9 4928/19 4929/18 4936/12 4943/19 4950/17 4953/12 4953/14 4955/22 4956/20 4960/20 4964/1 4965/18 4970/4 4972/8 4973/23 4974/9 4975/1 4977/22 4979/3
**witnessed [4]** 4921/21 4921/24 4927/25 4976/6
**witnesses [6]** 4874/4 4876/11 4945/11 4946/3 4946/12 4994/3
**woman [1]** 4973/14
**won't [8]** 4926/7 4930/10 4931/10 4934/22 4935/2 4935/5

**Woodward [12]** 4872/2 4872/3 4897/5 4897/7 4928/11 4928/17 4929/16 4944/3 4946/10 4948/22 4978/7 4994/23
**word [5]** 4914/21 4914/22 4914/24 4914/25 4952/9
**words [2]** 4891/10 4976/12
**working [8]** 4881/6 4938/22 4943/6 4990/6 4990/11 4990/19 4992/2 4994/13
**world [1]** 4876/12
**worried [1]** 4902/25
**worry [1]** 4877/4
**would [135]**
**wouldn't [3]** 4963/12 4984/14 4986/25
**wrapped [1]** 4931/17
**write [1]** 4932/25
**writes [4]** 4931/16 4932/21 4940/12 4941/2
**writing [1]** 4954/14
**written [1]** 4975/11
**wrong [2]** 4907/16 4907/22

**Y**

**yeah [7]** 4908/14 4913/3 4942/5 4957/6 4958/9 4986/24 4989/5
**years [6]** 4909/25 4910/1 4915/7 4915/11 4915/20 4929/13
**yes [198]**
**yesterday [77]** 4880/9 4881/1 4881/13 4881/16 4886/15 4887/20 4888/4 4888/16 4891/23 4892/10 4894/2 4894/11 4894/14 4895/16 4895/22 4895/25 4896/8 4897/22 4898/21 4899/5 4900/22 4902/18 4908/9 4913/9 4919/5 4921/10 4921/13 4921/18 4921/21 4921/24 4929/22 4930/10 4930/17 4930/20 4931/5 4931/8 4933/21 4935/15 4937/13 4937/22 4940/2 4941/9 4941/18 4942/13 4942/19 4950/21 4951/21 4952/1 4952/15 4952/22 4954/1 4954/6 4954/8 4954/19 4954/22 4955/21 4958/11 4961/21 4965/20

4967/17 4967/19 4968/3 4968/21 4970/21 4970/24 4977/2 4977/14 4977/23 4978/24 4979/25 4984/3 4986/14 4989/20 4990/8 4990/15
**yesterday's [2]** 4881/10 4985/20
**yet [1]** 4963/5
**you [472]**
**you'd [1]** 4948/5
**you're [12]** 4877/3 4879/9 4886/19 4899/4 4900/8 4911/17 4914/11 4916/18 4917/1 4939/19 4984/10 4987/21
**you've [14]** 4881/5 4889/8 4895/7 4895/21 4899/8 4901/1 4902/21 4904/8 4911/2 4920/9 4920/20 4927/2 4962/7 4969/19
**younger [1]** 4986/21
**your [106]** 4876/7 4876/20 4877/15 4878/3 4879/19 4881/7 4881/23 4882/7 4882/9 4882/13 4883/2 4883/6 4883/13 4883/17 4884/1 4885/17 4885/20 4886/14 4886/14 4889/15 4890/22 4892/3 4894/25 4895/14 4897/1 4897/13 4900/8 4901/2 4901/2 4901/12 4901/21 4902/17 4903/22 4904/7 4905/5 4905/6 4905/16 4906/11 4906/12 4906/20 4908/6 4908/8 4909/14 4909/25 4910/1 4910/3 4910/8 4910/8 4913/13 4913/14 4917/1 4917/22 4918/3 4918/23 4919/3 4919/25 4920/5 4920/16 4921/8 4922/9 4922/12 4922/19 4923/1 4923/8 4923/25 4924/1 4924/7 4924/16 4925/3 4925/6 4925/9 4925/16 4925/19 4926/1 4926/12 4927/2 4928/8 4932/5 4933/23 4934/13 4934/18 4935/8 4936/8 4938/19 4946/18 4948/23 4957/20 4960/8 4964/14 4970/10 4971/16 4976/24 4977/25 4978/3 4978/17 4987/24

4992/16 4992/18 4992/23 4994/7 4994/21 4994/24 4994/24
**Your Honor [17]** 4877/15 4878/3 4881/7 4884/1 4889/15 4897/1 4906/20 4924/7 4928/8 4946/18 4948/23 4957/20 4992/18 4992/23 4994/7 4994/21 4994/24
**yourself [1]** 4880/20

**Z**

**Zaremba [3]** 4873/2 4996/2 4996/8
**Zello [10]** 4917/18 4918/1 4918/4 4918/9 4918/14 4919/7 4919/11 4919/13 4919/18 4987/21
**zero [2]** 4911/10 4911/12
**zone [1]** 4959/18
**zones [1]** 4959/16
**Zsusza [1]** 4872/6