IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )      CR No. 22-15
                               )      Washington, D.C.
        vs.                    )      October 31, 2022
                               )      9:30 a.m.
ELMER STEWART RHODES III, ET AL., )
                               )      Day 20
          Defendants.          )      Morning Session
_____)


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Juli Zsuzsa Haller
                                      LAW OFFICES OF JULIA HALLER
                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      S. Building
                                      Washington, D.C. 20036
                                      (202) 352-2615
                                      Email: hallerjulia@outlook.com


For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com


For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|
| GOVERNMENT'S: | | | | |
| | | | | |
| OFFICER HARRY DUNN | 5590 | 5605 | 5633 | |
| OFFICER HARRY DUNN | | 5609 | | |
| OFFICER HARRY DUNN | | 5628 | | |
| OFFICER HARRY DUNN | | 5630 | | |
| SA DAVID LAZARUS | 5644 | 5664 | | |
| EDGAR TIPPETT | | 5682 | 5692 | |
| GRAYDON YOUNG | 5693 | | | |

– – –

5584

INDEX OF EXHIBITS

– – –

DEFENDANT'S                                    ADMITTED

H-36                                           5613

H-38                                           5621

DUNN PHOTO.PNG                                 5627

– – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                                   ADMITTED

8025                                           5634

3510.1                                         5668

4659                                           5701

4804.1                                         5708

4653                                           5711

4654.1                                         5714

4655                                           5716

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.
 3            All rise.  The Honorable Amit P. Mehta presiding.
 4            Good morning, Your Honor.  This is Criminal Case
 5    No. 22-15, the United States of America versus Defendant No.
 6    1, Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;
 7    Defendant 3, Kenneth Harrelson; Defendant 4, Jessica
 8    Watkins; and Defendant 10, Thomas Edward Caldwell.
 9            Kathryn Rakoczy, Jeffrey Nestler, Alexandra
10    Hughes, Troy Edwards, and Louis Manzo for the government.
11            Phillip Linder, James Lee Bright, and Edward
12    Tarpley for Defendant Rhodes.
13            Stanley Woodward and Juli Haller for Defendant
14    Meggs.
15            Bradford Geyer for Defendant Harrelson.
16            Jonathan Crisp for Defendant Watkins.
17            And David Fischer for Defendant Caldwell.
18            All named defendants all present in the courtroom
19    for these proceedings.
20            THE COURT:  Okay.  Good morning, everyone.
21    Welcome back.
22            Mr. Rhodes, hope you're feeling better and it's
23    nice to have you back with us.
24            All right.  So we are ready to proceed today.
25    I don't know about the Astros hat on the table there.
```

1          MR. BRIGHT:  I'm sorry, Your Honor.  I apologize,

2    I went to the mall this weekend to buy it just to taunt

3    Mr. Crisp, who's a Phillies fan so I'm going to hide it from

4    the jury in case one of them doesn't like it.  I'm not

5    really an Astros fan but I have to taunt Mr. Crisp with it.

6          THE COURT:  That's fine.  I don't know you're

7    going to get a lot of fans on the jury for the Astros or the

8    Phillies.

9          All right.  Are we ready to get going?

10         MS. HALLER:  Your Honor, we have an objection I'd

11   like to raise before the jury comes in.

12         THE COURT:  Okay.

13         MS. HALLER:  Can we do it on the phone,

14   Your Honor?

15         (Bench conference)

16         MS. HALLER:  Your Honor, the first witness we

17   anticipate the government calling has a 302 where there's a

18   reference to some person calling them a racist word, but he

19   makes clear in the same representation that it wasn't the

20   defendants, it wasn't the Oath Keepers who used those types

21   of names.  So we would seek to preclude any testimony being

22   brought out related to an unknown person who used some type

23   of racist word in the testimony on direct.

24         MS. HUGHES:  This is in regards to Officer

25   Harry Dunn and the individual who called him a racist word,

```
 1    he would -- first of all, there are -- he experienced
 2    numerous sort of verbal harassments throughout the day.  He
 3    will -- if that testimony comes out, the government will
 4    make clear that it was not uttered by these defendants.
 5    That is not testimony the government anticipates eliciting
 6    on direct, but it is possible that this could be part of his
 7    testimony into the broader context of the day, but the
 8    government does not intend to elicit that on direct and it
 9    is not testimony that we would in any way imply was uttered
10    by these defendants.
11              MS. HALLER:  Okay.  Thank you.
12              THE COURT:  Okay.  Is that acceptable to
13    everybody?
14              MR. FISCHER:  Your Honor, I would ask that the
15    government to instruct the witness not to testify on any
16    slurs that were made.  If they don't intend on eliciting
17    that information, I think he should be instructed not to.
18              MS. HUGHES:  So we would object to any sort of
19    instruction.  What he experienced that day and the emotion
20    that he displays that day is relevant and I assume that
21    they're going to get into, on cross-examination, why he is
22    emotional in some of these videos.
23              So the government does not intend on going this
24    route in direct, but if the defense intends on pressing him
25    on why he is emotional and upset, it is directly relevant
```

 1     that he was uttered that he was called these slurs in his

 2     place of work and it is not testimony we think is

 3     appropriate to preclude.

 4              MR. FISCHER:  Your Honor, I would agree if the

 5     defense opens the door to that type of testimony that he

 6     certainly could testify, but on direct if they're not

 7     eliciting, I don't want to -- we would -- the defense

 8     wouldn't want it to come in on direct.

 9              THE COURT:  So, look, I actually agree with the

10     defense here.  I think it's appropriate to ask Mr. Dunn to

11     avoid, at least in his direct examination, any reference to

12     racial remarks that were sent his way even if there's

13     clarification that it's not these defendants.

14              You know, there's a potential for prejudice here,

15     and the probative value of that fact, that he heard these

16     things, really is not relevant to any of the issues here.

17              And so, you know, if there's an issue that -- if

18     there's something defense does open the door on redirect,

19     then I think it may be appropriate.  But I think given the

20     danger of that testimony, I think it's appropriate to ask

21     Mr. Dunn to avoid that on his direct examination, okay?

22              MS. HUGHES:  Understood, Your Honor.

23              THE COURT:  All right.  Thank you.

24              MS. HUGHES:  Thank you.

25              (Open court)

1          THE COURT:  Okay.  I think we're ready.

2          (Pause)

3          COURTROOM DEPUTY:  Jury panel.

4          (Jury entered the courtroom.)

5          THE COURT:  Okay.  Please be seated, everyone.

6          Ladies and gentlemen, welcome back.  It is nice to

7     have all of you with us.  I hope your last few days have

8     been enjoyable, relaxing.

9          As you can see, Mr. Rhodes is back with us today,

10    so the good news is that will mean that we can continue on

11    with a full day of evidence and continue that way for the

12    rest of the week, barring any unexpected events.

13         So with that, I should mention, Happy Halloween to

14    everybody, and we'll be ready for our first witness.

15         Ms. Hughes.

16         MS. HUGHES:  Your Honor, they are retrieving our

17    first witness.  But the government calls Officer Harry Dunn.

18         THE COURT:  I'll just ask members of the jury.

19    Does anybody need to leave early to get home for Halloween

20    festivities with kids or otherwise?  Everybody okay till

21    5:00?

22         A JUROR:  I mean, I don't need to.  That means I

23    don't have to do pumpkin carving.

24         THE COURT:  I am not going to tell your kids you

25    said that.

```
 1                COURTROOM DEPUTY:  Please raise your right hand.

 2                (Witness is placed under oath.)

 3                COURTROOM DEPUTY:  Thank you.

 4                THE COURT:  Good morning, Officer Dunn.  Welcome.

 5                THE WITNESS:  Thank you.

 6                THE COURT:  If you're comfortable with your mask

 7      off, I'll ask you to remove it, please.  Thank you.

 8                THE WITNESS:  Thank you.

 9                               - - -

10      OFFICER HARRY DUNN, WITNESS FOR THE GOVERNMENT, SWORN

11                          DIRECT EXAMINATION

12                               - - -

13      BY MS. HUGHES:

14           Q    Good morning.

15           A    Good morning.

16           Q    Could you please take a moment and introduce

17      yourself to the ladies and gentlemen of the jury by stating

18      and spelling your full name.

19           A    My name is Harry Dunn, H-a-r-r-y, D-u-n-n.

20           Q    And where are you employed?

21           A    United States Capitol Police.

22           Q    And what is your title with the United States

23      Capitol Police?

24           A    Private first class.

25           Q    And, Officer Dunn, you may want to move the mic
```

1    just a little bit.

2            There you go.  Perfect.

3       A    Got you.

4       Q    How long have you worked at the

5    U.S. Capitol Police?

6       A    In November, I'll start my fifteenth year.

7       Q    What is the mission of the United States Capitol

8    Police?

9       A    Protect Congress, the Capitol, and the legislative

10   process of the U.S. Capitol.

11      Q    What are some of the positions you've held over

12   your 15 years at the U.S. Capitol Police?

13      A    I'm a police training officer.  That means I train

14   the new officers once they come on the department.  I'm a

15   crisis intervention officer and a crisis negotiator for our

16   department.

17      Q    What do crisis intervention officers and crisis

18   negotiators do?  What is your sort of role in those

19   positions?

20      A    So we're equipped with a special skill set, we got

21   training from the FBI and some of our other law enforcement

22   partners, that allow us to intervene when an individual may

23   be in crisis or having some kind of a mental episode to be

24   able to have them brought to a successful conclusion

25   without -- with minimal law enforcement interaction.

5592

1    Q    Officer Dunn, were you on duty on January 6th,
2    2021?
3    A    I was.
4    Q    What time did you report for duty that day?
5    A    Approximately 6:45 in the morning.
6    Q    And what time did you leave the United States
7    Capitol that day?
8    A    Shortly after midnight, around that time.
9    Q    So in a very long day, I want to ask you about a
10   specific moment in time.
11   A    Okay.
12   Q    Can we please bring up what has already been
13   admitted at Government's Exhibit 7.P.1.
14        Officer Dunn, do you recognize this photo?
15   A    I do.
16   Q    Where are you in this photo?
17   A    My back is to a stairwell.  I am facing the
18   Speaker of the House's entrance wing of the Capitol.
19   Q    I want to back up.
20        What floor in the United States Capitol are you?
21   A    That's the second floor.
22   Q    And was this photo taken on January 6th, 2021?
23   A    Yes.
24   Q    Could you please -- you can touch the screen in
25   front of you.  Could you please circle yourself in this

```
 1    photo.
 2         A     (Witness complied.)
 3              MS. HUGHES:  And, for the record, the officer has
 4    circled the individual the third from the right.
 5    BY MS. HUGHES:
 6         Q    Now, Officer Dunn, you mentioned that you were
 7    facing the Speaker's wing; is that correct?
 8         A    That's correct.
 9         Q    And what again is behind you?
10         A    It's a stairwell that leads to the Memorial Door
11    which is below us in the Crypt area.
12              MS. HUGHES:  Could we please bring up, Ms. Rohde,
13    what has previously been admitted as Government's Exhibit
14    1662.
15    BY MS. HUGHES:
16         Q    Now, Officer Dunn, you mentioned that this was
17    this photo was taken on the second floor.  Could you please
18    identify the area on Government's Exhibit 1662 where you
19    were in on the photo.
20         A    I have to orient myself.  This isn't a map.
21         Q    I know, my apologies.  North is --
22         A    -- that we normally use.
23              Where I was in that picture right there?
24         Q    Yes, please.
25         A    (Witness indicates.)
```

1      Q    So what is the area right directly ahead, this

2 larger circle?

3      A    The one in the middle.

4      Q    Correct.

5      A    The one where the dot is, that's the Rotunda.

6      Q    And so if you were just adjacent to the Rotunda,

7 what is the space directly to your left in the photo?

8      A    The House Chamber.

9           Or, excuse me, Statuary Hall.

10      Q    And then further to the left would have been the

11 House chamber?

12      A    Yeah, the House Chamber would be right there.

13           MS. HUGHES:  Ms. Rohde, if we could go back to

14 Government's Exhibit 7.P.1.

15 BY MS. HUGHES:

16      Q    So, again, to your right in this photograph would

17 have been the Rotunda.

18      A    To my right -- that way.

19      Q    Correct.  Okay.

20           So --

21      A    Sorry.

22      Q    So you were right before you reach the Rotunda in

23 a sense, your right?

24      A    Correct, yes.

25      Q    If we could just pause there for a moment.

```
1              Officer Dunn, do you remember these individuals
2    who are standing in front of you?
3         A    Yes, I remember.
4              MS. HUGHES:  If we could please bring up
5    Government's Exhibit 1093.1.
6              And, Ms. Rohde, this is a video and if I could ask
7    you to pause it at four seconds.
8              (Video played continuously)
9    BY MS. HUGHES:
10        Q    Is this also the same gathering, the same spot,
11   rather, that we saw on the initial photograph?
12        A    Yes.
13             MS. HUGHES:  And if we could back up at the
14   beginning, Ms. Rohde, and just pause there.
15   BY MS. HUGHES:
16        Q    What are we looking at?  What is directly ahead of
17   this video?
18        A    Directly ahead, if you keep walking straight,
19   you'll walk into the Rotunda.
20        Q    If we could go back to the beginning and play this
21   through with sound, I would like you, Officer Dunn to listen
22   to what you were saying in this video and to -- I'm going to
23   ask you at the end of the video to just repeat what you were
24   saying in this video, what you can hear.
25        A    Okay.
```

1          MS. HUGHES:  Ms. Rohde, if we can play the video
2   again.  Thank you.
3          I don't think sound is playing.
4          (Video played)
5          MS. HUGHES:  If we could go to the beginning
6   again, Ms. Rohde.  Thank you.  Apologies.
7   BY MS. HUGHES:
8       Q    Officer Dunn, what did you hear yourself saying in
9   that video?
10      A    What I could make clearly out, what I said is, We
11  have dozens of officers down.  They're taking them out on
12  stretchers.  Y'all are fucking us up.
13         MS. HUGHES:  If we could play that one more time,
14  Ms. Rohde.  I'm going to pause.  If you just pause it right
15  after you hear those words.
16         (Video played)
17         MS. HUGHES:  If you could pause right there.
18  BY MS. HUGHES:
19      Q    So, again, where are where you positioned in
20  relation to that stairwell?
21      A    My back is towards it, and I'm facing the Speaker
22  of the House's wing of the Capitol.
23      Q    And you referenced here dozens of officers are
24  injured.  Who are you referring to?  Where are these dozens
25  of injured officers that you were referring to?

1    A    So I came up that stairwell, I was at the Crypt

2    previously, and I was outside of the Capitol on the west

3    front where I saw the violence and the officers were being

4    attacked and injured.

5    Q    And so when you said "dozen of officers are

6    injured," was it what you had viewed up until that point?

7    A    Correct.  That's correct.

8         MS. HUGHES:  If we could play Government's

9    Exhibit 1078.2.

10        And these have all been previously admitted, so we

11   can publish all of these to the jury, please.

12        (Video played)

13        MS. HUGHES:  If we could pause here for a moment.

14   BY MS. HUGHES:

15   Q    What are you facing in this video?

16   A    My position hasn't changed, I'm still facing the

17   Speaker's wing.

18   Q    Does it appear that there are more people in the

19   small Rotunda than there were in the previous video we just

20   observed?

21   A    Yes.

22        MS. HUGHES:  If you could please keep playing,

23   Ms. Rohde, and if you could pause at ten seconds.  We are

24   paused at ten seconds.

25        If we could go back to Government's Exhibit 7.P.1

5598

```
 1   for a moment.
 2           Looking at this photograph again, 7.P.1, and if we
 3   could go back to the paused video clip, please.
 4   BY MS. HUGHES:
 5       Q    Do you see any people in this clip that are
 6   consistent with the photograph we just observed?
 7       A    In this still, yes.
 8           MS. HUGHES:  Okay.  So let's actually go back to
 9   the photograph one more time, Ms. Rohde, 7.P.1.
10   BY MS. HUGHES:
11       Q    If you could just describe just specifically the
12   headwear of these individuals, starting with the individual
13   on the left.  Could you describe what these individuals are
14   bearing on their heads?
15       A    It appears to be a coonskin hat, followed by the
16   next two individuals wearing tactical helmets and another
17   individual in a ball cap, what appears to be sunglasses on
18   top of them.
19       Q    And the individual with sunglasses on top of his
20   head, this is the individual on the far right?
21       A    Yes, ma'am.
22           MS. HUGHES:  Now, Ms. Rohde, if we could go back
23   to video that is paused.
24   BY MS. HUGHES:
25       Q    And the individual you said that appeared
```

5599

```
 1    consistent in the photograph, who are you referring to?
 2         A    This individual right here.
 3         Q    And this is Government's Exhibit 1078.2 at
 4    10 seconds, the individual on the right.
 5              Now, Officer Dunn, in the previous video that we
 6    observed, did anyone in that video offer to assist you?
 7         A    No.
 8         Q    Did this individual at this point in time officer
 9    to assist you --
10         A    No.
11         Q    -- this individual on the right?
12         A    No.
13              MS. HUGHES:  Ms. Rohde, if we could please keep
14    playing.
15              (Video played)
16    BY MS. HUGHES:
17         Q    If we could play that one more time.
18              And, Officer Dunn, similar with the last video,
19    I'm going to ask you to listen for what you were saying in
20    this video and to repeat anything you can hear.
21         A    Okay.
22              (Video played)
23    BY MS. HUGHES:
24         Q    What do you hear yourself saying, if anything?
25         A    I'm making out -- "I'm not letting you come this
```

1    way."

2        Q    "I'm not letting you come this way."

3            MS. HUGHES:  If we could please play Government's

4    Exhibit 1092.1.  Again, this has already been admitted into

5    evidence.

6            (Video played)

7            MS. HUGHES:  Pause it just for a moment,

8    Ms. Rohde.

9    BY MS. HUGHES:

10       Q    Is this the same spot we've been viewing before?

11       A    That's correct.

12       Q    Do there appear to be even more people in this

13   space at this time?

14       A    Yes.

15           MS. HUGHES:  If we could please keep playing and

16   we can pause at 27 seconds, Ms. Rohde.

17           (Video played)

18           MS. HUGHES:  If we could please bring up 7.P.1

19   again, Ms. Rohde.

20   BY MS. HUGHES:

21       Q    Looking at this photograph and looking at the

22   still, the pause that we just have the video, 7.P.1, do you

23   observe anyone in the pause video that is consistent with

24   Government's Exhibit 7.P.1?

25       A    In the pictures that I'm looking at -- can I see

5601

1    the other one?

2        Q    Yes.

3            MS. HUGHES:  Ms. Rohde, I think you put up the

4    photograph.

5            If we could go back to 7.P.1.

6    BY MS. HUGHES:

7        Q    Is there anyone in this -- does this individual on

8    the left in Government's Exhibit 1092.1 appear to be

9    consistent in Government's Exhibit 7.P.1?

10       A    Yes.  These two individuals appear to be the same

11   person.

12       Q    And did this individual ever offer you assistance

13   in any way from what you recall in that moment?

14       A    No.

15           MS. HUGHES:  If we could go back to the video and

16   please keep playing, Ms. Rohde.

17           (Video played)

18   BY MS. HUGHES:

19       Q    Now, similar to the other videos, I'm going to ask

20   you to listen to what you were saying and to repeat it at

21   the end.

22           (Video played)

23   BY MS. HUGHES:

24       Q    What did you hear yourself saying in that video?

25       A    It was a lot of shouting.

1          What I could clearly make out is "You all want an

2    all-out war and want to kill everybody."

3        Q    Now, we've seen this moment in time now at three

4    different stages.  At any of those stages, did anyone offer

5    you assistance?

6        A    No.

7        Q    Did you encounter any other U.S. Capitol police

8    officers while guarding that stairwell?

9        A    Yes.  When I first got to the stairwell, I noticed

10   two officers, one who was in plain clothes and another

11   female officer, a friend of mine.

12       Q    Now, you mentioned an officer in plain clothes.

13   What was the name of the plainclothed officer?

14       A    Special Agent David Lazarus.

15       Q    And what did you observe Special Agent David

16   Lazarus doing during this time?

17       A    When I got to the top of the stairwell, I saw him

18   being accosted, yelled at.

19            My thought that he was -- they thought that he may

20   have been a member of Congress because he was in a suit and

21   had a U.S.A. pin on his lapel.

22       Q    And what was the name of the female officer you

23   observed?

24       A    Tanisha Ford.

25       Q    And what did you observe Officer Ford engaged in?

1     A    She was guarding a backward stairwell.  We were

2  facing each other.  If I was facing the wing, she was facing

3  me.  And she had her back towards the stairwell, and she was

4  being accosted also.

5     Q    What did you do as a result of seeing two of your

6  officer colleagues being accosted by rioters?

7     A    I intervened and tried to put the focus, take it

8  off of them and put it on me.

9     Q    How did you try and take -- get the focus on you?

10    A    I made my presence known and basically yelled to

11 everybody, "Get out," and just a large presence and a large

12 voice.

13    Q    Officer Dunn, were your armed at this moment?

14    A    Yes.  I had my pistol on my hip, and I also had a

15 duty-carry rifle slunked to my chest.

16    Q    How did being armed affect your conduct in that

17 moment?

18    A    I was -- well, with my rifle, I was cognizant to

19 not get too close to the individuals because it was

20 literally right with -- our pistol, they're in a holster.

21 They're secured in a holster.  But my rifle is out and

22 exposed, and it didn't take much for anybody to grab it.  So

23 I tried to keep a little bit of distance.

24    Q    Were you intimidated at this point by the number

25 of individuals who were in this space?

1          A     Yes, but I didn't let that affect how I did my

2     job, though.

3          Q     Officer Dunn, you mentioned in one of these clips

4     that there were dozens of officers injured.  Did any of

5     these individuals offer to help any of the injured officers

6     you were telling them about at the beginning?

7               MS. HALLER:  Objection.

8               THE COURT:  It's overruled.

9     BY MS. HUGHES:

10         Q     Was there any offer to assist the other injured

11    officers you referenced in these videos?

12         A     Not to my knowledge.

13         Q     What would have helped you and your law

14    enforcement colleagues that day?  What would have been an

15    assistance to you?

16         A     Leaving the building.

17              MS. HUGHES:  No further questions.

18              THE COURT:  Mr. Linder.

19              MR. LINDER:  On behalf of Mr. Rhodes, we don't

20    have any questions for this witness.

21              THE COURT:  Ms. Haller.

22              MS. HALLER:  Yes, Your Honor.

23

24

25

```
1                          - - -

2                     CROSS-EXAMINATION

3    BY MS. HALLER:

4         Q    Hi, Officer Dunn.

5         A    Good morning.

6         Q    I'm Julia Haller.  And I represent Kelly Meggs,

7    who's seated at the table.

8              Thank you for your time today.  Thank you for your

9    service.  And we are happy to see you.

10             So I just have a few questions for you.

11        A    Okay.

12        Q    When you were -- can we bring up the Government's

13   Exhibit 7.P.I, the photo.

14             Okay.  So in this photo you're by yourself;

15   is that fair to say?

16        A    Yes.

17        Q    And your rifle is down, you're not holding it,

18   correct?

19        A    It's slunked around my body.

20        Q    Right.

21             And your arms are at your sides, like you're not

22   reaching for your gun, right?

23        A    Correct.

24        Q    And you're not reaching for any other type of

25   weapon that may be on you?
```

```
 1        A    No, that's correct.

 2        Q    In fact, you appear kind of almost relaxed, like

 3   you're not in an offensive posture; fair to say?

 4        A    No, that's not fair to say.  I was not relaxed at

 5   any point during that day.

 6        Q    Okay.  I'm sorry, sir.

 7             I mean, you're not in an offensive posture, fair

 8   to say?

 9        A    Correct.

10        Q    So -- and these individuals are standing with

11   their backs to you, is that correct?

12        A    That's correct.

13        Q    Okay.

14             And do you recall that you told them that they

15   could stand in front of you to help keep the protesters from

16   getting down the stairs because you were by yourself?

17        A    No, that's not correct.

18        Q    Okay.

19             So it's fair to say that you did get interviewed

20   by the FBI after the incident, right?

21        A    Yes, ma'am.

22        Q    And at that time, of course, you told the truth to

23   the FBI, right?

24        A    Yes, ma'am.

25        Q    Okay.
```

5607

```
 1              And that was on May 18th of 2021, so a few months
 2    after January 6th?
 3        A    Yeah, I'm not sure of the exact date.
 4        Q    Okay.
 5              So the first time you spoke with the FBI, you
 6    didn't have a lawyer with you, you were by yourself, or with
 7    a representative but not a lawyer, correct?
 8        A    I had counsel with me.
 9        Q    The second time in August, correct?
10        A    I --
11        Q    Well, it's okay if you don't remember.
12        A    To my knowledge.
13        Q    I don't want you to guess.
14        A    Okay.
15        Q    So at that time, is it fair to say you represented
16    to the FBI that you allowed these people to stand in front
17    of you to help keep the protesters from going down the
18    stairs?
19        A    Not in this location that you have on the screen.
20        Q    Okay.
21              Is it fair to say you told the officers -- or the
22    FBI that you allowed the Oath Keepers to stand in front of
23    you to help keep the protesters from getting down the
24    stairs?
25        A    Correct, but that's not in this picture right
```

5608

1    here.

2        Q    Okay.  But there were Oath Keepers in a different

3    location?

4        A    That may have been what was stated in my -- that

5    form that you're referencing.

6        Q    I'm talking about this picture of Oath Keepers,

7    right?

8        A    This picture does not represent the statement that

9    I made to the FBI about keeping people from going down the

10   stairs.

11       Q    Okay.

12            So you left this area when you got relieved by

13   other Capitol Police officers, correct?

14       A    Correct.

15       Q    Okay.

16            And you also noted that the Oath Keepers, the

17   people in this photo, have gear that look similar to ATF

18   agents that day, correct?

19       A    That's correct.

20       Q    And, Officer Dunn, this was the second rifle that

21   you had on yourself that day, correct?

22       A    That -- I only had one rifle that I carried.

23       Q    Okay.  But you gave somebody a rifle earlier in

24   the day, correct?

25       A    Correct, when I first responded around to the west

```
 1   front, yeah.
 2         Q    Okay.
 3              And then you retrieved this rifle from a different
 4   location before --
 5         A    Yes.
 6         Q    -- getting here?  Yes?
 7         A    Before -- I had that rifle before I entered the
 8   building.
 9         Q    Okay.
10              And going to the area that you're standing in,
11   do you have a recollection of the time of this photo?
12         A    No, ma'am, I do not.
13         Q    Okay.
14              MS. HALLER:  Well, thank you for your time.
15   That's all I have.
16              THE WITNESS:  Thank you, ma'am.  All right.
17              THE COURT:  Mr. Geyer.
18                        -  -  -
19                   CROSS-EXAMINATION
20   BY MR. GEYER:
21         Q    Mr. Dunn, thank you for your service.
22              And I also think we owe you a debt of gratitude
23   for being so outspoken about the importance of
24   professionalism in first responders in getting help in the
25   wake of these type of events.  I think it was courageous,
```

1    I think it was brave, and I'm personally and professionally

2    appreciative of it.  Thank you, sir.

3            I'd like to focus on the circumstances of your

4    first interview which occurred on May 18th, 2021.  This is

5    just a new months after January 6th.  Do you recall being

6    interviewed by Special Agents Whitney Drew and

7    Michael Palian?

8        A    I do.

9        Q    And do you recall that you advised the agents in

10   that interview that you were not "angry or scared but that

11   you were 'distressed inside.'"

12           Is that an accurate statement by the agents that

13   you said that?

14       A    I don't recall.  I was distressed, I was angry,

15   and I was scared.

16       Q    I can understand.

17           You also advised the agents that you had two

18   separate interactions with "men in military attire" who you

19   "later learned were called Oath Keepers."

20           Is that an accurate statement made to the agents?

21       A    That's an accurate statement.

22       Q    Thank you.

23           In that same interview, you recalled, and I quote,

24   you were "guarding the stairs where officers were being

25   decontaminated" and while you were guarding the stairs --

```
 1              THE COURT:  Mr. Geyer, can I ask you to get on the
 2    phone, please?
 3              (Bench conference)
 4              THE COURT:  So, Mr. Geyer, look it's not proper to
 5    simply ask him what he said previously unless he actually
 6    denies saying it.  So you can confront him, isn't it true A,
 7    B, and C, but you can't ask him, didn't you say this to the
 8    FBI agents, until he denies or says he didn't recall saying
 9    that -- what you're trying to elicit.
10              MR. GEYER:  Okay.  Thank you, Your Honor.
11              (Open court)
12    BY MR. GEYER:
13         Q    Now, you also told agents early on that you had
14    allowed these Oath Keepers to stand in front you.  Do you
15    recall saying that?
16         A    Yes.
17         Q    And was that -- where was that location where that
18    occurred?
19         A    The event where I allowed individuals to stand in
20    front of me was in the Crypt, the stairwell leading down to
21    the Lower West Terrace.
22         Q    Okay.
23              But then there's a second interview where there
24    was a second interaction that occurred upstairs in front of
25    the Speaker's office; is that correct?
```

1      A    That's correct.

2      Q    And this I find it a little bit confusing because

3  it seems to be a difference in accounts, which, again, is --

4  I would submit is very usual in events like this, isn't that

5  true, a lot of emotion, a lot of activities, and I noticed

6  you covered a lot of ground that day?

7      A    What I experienced that day didn't change.

8      Q    Okay.

9           I'd like play some video for you downstairs in the

10 Crypt.

11     A    Okay.

12     Q    And we'll see if you can recall this, okay?

13     A    Okay.

14          (Video played)

15 BY MR. GEYER:

16     Q    Can you see that on your screen?

17     A    Yes, I can see it.

18          MS. HUGHES:  Objection, Your Honor.  We have not

19 seen this with any of the annotations it appears it

20 includes.

21          THE COURT:  Can you just play it for government

22 counsel before you show it to Officer Dunn so they can take

23 a look at it?

24          MR. GEYER:  Okay.

25

```
1    BY MR. GEYER:
2        Q    Do you recall this?
3              THE COURT:  Hang on.
4              Show it to Ms. Hughes first and then you can show
5    it to him.
6              (Video played for counsel)
7              MS. HUGHES:  No objection, Your Honor.
8              THE COURT:  Okay.  So this is 36?  Or what's the
9    number?
10             MR. GEYER:  H-36, Your Honor, defense exhibit.
11   I'd like to move it into evidence and publish to the jury,
12   without objections.
13             THE COURT:  All right.  H-36 is admitted.
14                                      (Defendant's Exhibit H-36
                                          received into evidence.)
15
16   BY MR. GEYER:
17       Q    I'm going to play it through one time and then we
18   can -- it's about a 42-second clip, I'll ask you a questions
19   along the way.  Okay.
20             (Video played)
21   BY MR. GEYER:
22       Q    Now, was that you be stating you'll "be finished
23   in one fucking minute"?
24             MS. HUGHES:  Objection.  If there's a
25   transcription, we would ask that the audio be played at the
```

```
1   same time, so it's not just the transcription.
2           THE COURT:  I didn't know if the audio was just
3   quiet.  Can we turn it up?
4           (Video played)
5   BY MR. GEYER:
6       Q    Now, the U.S. Capitol Police were not wearing
7   video cams on that day, correct?
8       A    To my knowledge.  I didn't have one.
9       Q    But lot of the MPD officers did have video cams?
10      A    That's -- yes, I guess.
11      Q    Does this look to you to be a video cam worn by
12  another officer, an MPD?
13      A    I don't know who -- I'm not familiar with what
14  equipment Metropolitan Police Department carries with them
15  at all times.
16      Q    Okay.  That's fair.
17          (Video played)
18  BY MR. GEYER:
19      Q    Is that you?
20      A    Yes, that appears to be me.
21      Q    Okay.
22          So the people in the distance, the protesters in
23  the distance, are not Oath Keepers?
24      A    I guess.
25      Q    Okay.
```

```
 1        A    I don't know that for certain, but okay.

 2        Q    I'll play it through and tell me if you see any

 3   Oath Keepers, okay?

 4        A    Okay.  Are you saying the Oath Keepers based on --

 5   just by the way they look?  I can't make that determination

 6   by the way they look.

 7        Q    By the way, is there a policy about profanity

 8   being used with members of the public?

 9             MS. HUGHES:  Objection.

10             THE COURT:  Sustained.

11             MR. GEYER:  Okay.

12             I'm going to grab my mouse.  One moment, please.

13   The joys of technology.

14             (Video played)

15   BY MR. GEYER:

16        Q    Did you see any Oath Keepers in the screen there?

17        A    There were some people in the Crypt, but I don't

18   know -- I can't say definitively they are or are not

19   Oath Keepers.

20        Q    Okay.

21             Now, do you recognize the officer who approaches

22   you and puts his right hand on your left shoulder?

23        A    I do.

24        Q    Who was that?

25        A    Captain Ben Smith.
```

```
1        Q    Okay.
2             Is he trying to calm you when he stands in front
3   of you and puts his hand on your shoulder?
4        A    The recollection I have was, Are you okay?
5   Something to that extent.
6             (Video played)
7   BY MR. GEYER:
8        Q    Now you were armed with your M4 at this time?
9             Yes, sir.
10            (Video played)
11  BY MR. GEYER:
12       Q    Now, are you aware that the Oath Keepers, based on
13  best government evidence, never were down in the Crypt or
14  down on that floor?
15       A    To my understanding.
16       Q    Okay.  So when you say that the Oath Keepers -- or
17  in your first interview when you said that you allowed
18  Oath Keepers to stand in front of you and protect you, is
19  your testimony still that this occurred downstairs in the
20  Crypt?
21       A    From what I learned that day, the individuals were
22  dressed similar to the gear that the individuals identified
23  later as the Oath Keepers had on upstairs; however,
24  downstairs, I did not notice the patches, which I later
25  learned that were Oath Keepers patches.  I did not see those
```

1    on the individuals who were downstairs.

2         Q    Okay.

3              But there was another group of Oath Keeper

4    look-alikes without patches that you allowed to stand in

5    front of you to protect the area behind you?

6         A    Can you repeat your question?

7         Q    There was another episode that pre-dated the one

8    that occurred in the front of the Speaker's office, you

9    know, down in the Crypt, where you allowed people dressed as

10   Oath Keepers without patches to stand in between you and

11   protesters and protect you; is that your testimony?

12        A    The video clip that you just showed is that area

13   where your inaccurate representation of what happened

14   occurred.

15        Q    Okay.  How is it inaccurate?  Because I'm just

16   quoting from your 302.

17        A    Understood.

18             What happened at that interaction, I was standing

19   in front of the stairwell.  There were several individuals

20   there, and I thought I was outnumbered.  They decided to

21   stand there once I told them that there were officers being

22   fucked up downstairs.  And they said that they would stand

23   in front of me.  It didn't make sense for me to engage them

24   and start to fight with them, so I allowed them to stand

25   there in front of me.

1    Q    Do you see any similarities between your

2    recollection of that event and your recollection of the

3    event that happened in front of the Speaker's office?

4    Because they sound very similar.

5    A    Except at the Speaker's office, nobody offered to

6    assist me.

7    Q    Okay.  I'm going to play, and I'll give the

8    government a heads-up, that there are some subtitles on it,

9    this particular --

10    MS. HUGHES:  We would ask to review -- any

11    animations, we would ask to review before they're published.

12    MR. GEYER:  Sure.

13    MS. HUGHES:  Okay.  It identifies the defendants.

14    We might need to get on the phone.

15    (Bench conference)

16    MS. HUGHES:  The annotation that identifies the

17    speakers by the defendants' names and we have not -- it is

18    not proper to identify them.  This witness cannot testify as

19    to who these individuals are speaking.  He identifies

20    Mr. Harrelson saying certain things.

21    MR. GEYER:  Your Honor, Mr. Harrelson says,

22    "Really?" while -- you can see his mouth move in the

23    foreground.  It's clear that he says, "Really?"  It's not

24    really subject to dispute.

25    MS. HUGHES:  He identifies them as -- he

5619

```
 1   identifies the Speaker by name.
 2            THE COURT:  Can I see the video.  It wasn't shown
 3   me to while it was being played.
 4            MR. GEYER:  Yes, Your Honor.
 5            THE COURT:  I didn't see it.  Can you play it
 6   again?  Because I was looking at Officer Dunn.
 7            (Video played)
 8            THE COURT:  Do you have a version of the video
 9   without the identifying --
10            MS. HUGHES:  Government's Exhibit.
11            THE COURT:  Do you have a version of the video
12   identifying -- without Mr. Harrelson being identified?
13            MR. GEYER:  No.
14            THE COURT:  Or I guess that's the same government
15   video.
16            All right.  Well, look, you can ask him -- you can
17   play the video, and you can ask him whether the person in
18   the hat said, "Really?"
19            MR. GEYER:  Okay.
20            THE COURT:  Okay.
21            MR. GEYER:  Thank you, Your Honor.
22            (Open court)
23            THE COURT:  Officer, you can come on back up,
24   please.
25            Thank you.
```

```
 1   BY MR. GEYER:
 2       Q    Now, if you could, when you're watching this
 3   video, watch the back of Harrelson's cheek.  And I want you
 4   to --
 5            MS. HUGHES:  Objection.
 6            THE COURT:  Yeah, if you would just identify who
 7   the -- without name, Mr. Geyer, please.
 8   BY MR. GEYER:
 9       Q    Can you hear somebody saying, "Really?"  After you
10   say, "Officers down?"  Understand?
11       A    Am I listening for that or you asked --
12       Q    I'm asking you if you could, yes.
13       A    Listen for that?
14       Q    Yes.
15       A    Okay.  I will.
16       Q    Thank you.
17            (Video played)
18            THE WITNESS:  It appears that I did hear,
19   "Really?"
20            MR. GEYER:  Oh, thank you.
21            I'd like to play for you, if I could, another
22   exhibit.  This is Defense Exhibit H-38.  I'd like to move it
23   in without objection.  It's the same video that you played
24   except it goes a little lower.  There's no annotation.
25            (Video played)
```

```
 1              THE COURT:  This is H-38, Mr. Geyer.

 2              Any objection, Ms. Hughes.

 3              MS. HUGHES:  No objection.

 4              THE COURT:  H-38 is admitted.

 5              MR. GEYER:  If I could move it in and publish to

 6   the for the jury.

 7                                  (Defendant's Exhibit H-38
                                      received into evidence.)
 8

 9   BY MR. GEYER:

10       Q    Mr. Dunn, you saw this before?  The government

11   played another version of it.

12       A    Yes.

13       Q    I'm going to try to key it up so you can see.

14              Can you see Mr. -- can you identify Mr. Harrelson

15   is in that screenshot?

16              MS. HUGHES:  Objection.

17              THE COURT:  Sustained.

18              If you would just rephrase the question Mr. Geyer.

19   BY MR. GEYER:

20       Q    Is there -- how would you describe the person

21   that's, I guess, closest to the center of the screen with a

22   hat on, appears to be holding his arm out?

23       A    This individual?

24       Q    Yeah.

25       A    He's been one of the people that were there in the
```

5622

1   other exhibits that the government has admitted previously.

2        Q    Is his arm being held out in a straight arm

3   gesture consistent with him keeping protesters away

4   from you?

5        A    I don't know what he's signaling in that -- in

6   that -- this picture right here.  It's hard to determine

7   from a still shot.

8        Q    Now, you can clearly see that in your interactions

9   with the Oath Keepers, you don't appear to be calming them

10  down at all, do you?  They're, in fact, in front you and

11  you're behind them; isn't that true?

12       A    You said I'm calming them down?

13       Q    Yes.

14       A    No, I'm not calming them down.

15       Q    You said this was a distressing situation for you,

16  which I completely understand, true?

17       A    Correct.

18       Q    I'm assuming that it's unusual to have to yell at

19  protesters.  That's not a common occurrence for you, is it?

20       A    Yelling at protesters?

21       Q    Yes.

22       A    It's not every day, but it's happened before.

23       Q    And as someone who uses salty language myself,

24  it's probably not that -- it's probably unusual to use that

25  kind of language?

1      A    That day it was the most unusual of the
2  occurrences that happened in my career.
3      Q    You had CS gas out in the back -- I read the
4  reports.
5           You thought you may have been hit by a pepper
6  round.  That is scary, sir.
7      A    Very.
8      Q    Right?
9      A    Very.
10     Q    You're running around.  You're huffing and
11 puffing; am I correct?
12     A    Yes.
13     Q    Did you experience feelings of betrayal?
14     A    During the event, not so much.  Afterward, sure.
15     Q    Right.
16     A    During the event, it was just about surviving.
17     Q    Right.
18          The U.S. Capitol Police have always had
19 historically a close relationship with members of the
20 public; is that fair to say?
21     A    I can only speak for my career, and I have that --
22 a good relationship with the public.
23     Q    So would it be fair to say that this is a
24 traumatic event in progress as detailed by these videos that
25 we've seen?  Is that true?

5624

1     A    That this is a traumatic event?

2     Q    Yes.

3     A    Yes.

4     Q    With effects that linger on?

5     A    And still are.

6     Q    Right.

7          But I'm wondering if it's possible -- again, I

8   completely understand why.  But I wonder if it's possible if

9   we had some conflation between the events, that maybe there

10  weren't just two events, downstairs upstairs; that maybe

11  there was one event; and what you were able to see on the

12  video with the straight arm, the array of Oath Keepers out

13  in front of you with their back towards you, maybe that was

14  the one event; and maybe they reasonably believed they were

15  helping you.  Is that possible?

16         Does that seem possible to you?

17    A    Are you suggesting that I may have misconstrued

18  the events in the locations of where they took place?

19    Q    I'm saying that, as a police officer, you've

20  worked with a lot of eyewitnesses before?

21    A    That's fair to say.

22    Q    That's basically your business, right?

23         And eyewitness testimony is inherently not always

24  reliable, particularly in events surrounding mass trauma,

25  betrayal.  You didn't wake up in the morning thinking, Oh,

1    gee, this is going to be great.  I'm going to be --

2              MS. HUGHES:  Objection.

3              THE COURT:  Sustained.

4    BY MR. GEYER:

5         Q    You didn't ask for this.  You were just doing the

6    best job you could do that day?

7         A    That's correct.  I did not ask for this.

8         Q    Exactly.

9              And isn't it possible that in the confusion of the

10   day, your recollection of events could be impacted by that?

11   You're only human.

12             MS. HUGHES:  Objection; I think this was covered.

13             THE COURT:  It's overruled.

14             You can answer.

15             You can answer, sir.

16             THE WITNESS:  Can you ask the question?

17   I'm sorry.

18   BY MR. GEYER:

19        Q    Sure, I'll try.

20             Isn't it possible that the confusion of the day,

21   the trauma, having to move between different -- you're

22   wearing, what, a 25-pound body armor?

23        A    At least.

24        Q    With an M4, running around, I saw you in the west,

25   I saw you in the east, you're up, you're down, going up

```
 1    stairs.  In events like that, conceptions of time change,

 2    they get distorted.  Isn't that a normal occurrence in your

 3    business?

 4         A    It's possible in some cases.

 5         Q    And isn't it also possible that my client thought

 6    he was helping you?

 7              THE COURT:  That's sustained.

 8              THE WITNESS:  Does that mean keep going?

 9              THE COURT:  No, it means he has to ask the next

10    question.

11              He should keep going.  Not you.

12              MR. GEYER:  It isn't the first time that's

13    happened.  It's not just you.

14              THE WITNESS:  Okay.

15    BY MR. GEYER:

16         Q    If we look at the photo that's been previously

17    admitted into evidence --

18              I'm not sure how the government marked this, but

19    I'll mark it separately as Dunn photo.PNG, Defense Exhibit

20    Dunn photo.PNG.

21              THE COURT:  I'm sorry, can we just call it H-39?

22    What do you want to call it, Mr. Geyer?

23              MR. GEYER:  Dunn photo.PNG.

24              I'll move that into evidence without objection,

25    publish to the jury.
```

1          MS. HUGHES:  No objection.

2          THE COURT:  All right.  Dunn photo.PNG will be

3     admitted.

4                                   (Dunn photo.PNG
                                   received into evidence.)
5

6     BY MR. GEYER:

7          Q    You can see that you're behind the Oath Keepers.

8     There's a strange guy in a raccoon hat.  You don't associate

9     him with the Oath Keepers, right?

10         A    I have no clue who that individual is.

11         Q    And do you recall in your August interview saying

12    that, after being shown this picture, saying that this was

13    not the time that you interacted with those Oath Keepers who

14    were helping you?

15         A    I don't remember my exact words, but I do know

16    saying that this is not the picture where I was, as the

17    defense likes to say, given assistance.  It was not that

18    location.

19         Q    You didn't connect those events.  You're still

20    believe there's a separate --

21         MS. HUGHES:  Objection.

22         THE COURT:  At least let him ask the question,

23    please.

24    BY MR. GEYER:

25         Q    You still believe that there are two separate

1    occurrences with two different groups of people in personal
2    protection equipment?
3        A    There were two separate -- I don't believe but
4    there were two separate interactions with individuals.
5        Q    Okay.
6            But in this one, you agree it's possible that the
7    people who have their back towards you, my client with his
8    hand out, in their minds, were trying to protect you?
9            THE COURT:  Mr. Geyer, you cannot testify about
10   what was in your client's minds.  You know that.
11           MR. GEYER:  Okay.
12           THE WITNESS:  People tried to get past me and I
13   stopped them.  They didn't, I did.
14           MR. GEYER:  Okay.  Thank you very much for your
15   service, Officer Dunn.  I very much appreciate it.
16           THE COURT:  All right.  Thank you, Mr. Geyer.
17           Mr. Crisp.
18           MR. CRISP:  Thank you, Your Honor.
19                        - - -
20                   CROSS-EXAMINATION
21   BY MR. CRISP:
22       Q    Good morning, sir.
23       A    Good morning.
24       Q    I just wanted to try and clarify something that I
25   may have been unclear.

5629

1          There was a point in which the picture that was
2    listed as Dunn PNG, that's not the Lower West Terrace,
3    correct?
4          A    No, that is on the second floor.
5          Q    Okay.
6               There was an area in the Lower West Terrace area
7    where there were individuals who did stand in front of you,
8    as you stated, at some point to say, keep the protesters
9    from getting down the stairs, is that accurate?
10         A    Well, I -- can you repeat that, please.
11         Q    You had indicated, on cross with Ms. Haller, that
12   there was a time in which you stated to the FBI agents that
13   you allowed individuals to stand in front of you to block
14   the stairwell so that protesters couldn't get down the
15   stairwell?
16         A    That's correct.
17         Q    Okay.
18              And so there were two separate instances
19   potentially in which there was a row of people standing in
20   front of you sort of -- protecting you or stopping people
21   from getting to you?
22         A    There are two separate instances where individuals
23   are standing in front of me, correct.
24         Q    And in the Lower West Terrace area, you had
25   identified them as Oath Keepers at one point, correct?

5630

```
 1        A      In the Crypt, yes, that's correct.

 2        Q      Okay.  Thank you.

 3               Well, no, I'm sorry, not in the Crypt.  You had

 4   said Lower West Terrace area.  That's different from the

 5   Crypt, right?

 6        A      The Crypt is the area where the stairwell leads

 7   down into the Lower West Terrace.

 8        Q      Perfect.  Thank you?

 9        A      Okay.

10               THE COURT:  All right, Mr. Fischer.

11                              - - -

12                        CROSS-EXAMINATION

13   BY MR. FISCHER:

14        Q      Officer Dunn, I'm just going to take just a couple

15   minutes because I do want to clarify because I don't think

16   it's entirely clear.

17               Sir, you gave an interview with the FBI on

18   May 18th of 2021; is that correct?

19        A      Give or -- yeah.

20        Q      And I understand.

21               So basically, about three months after

22   January 6th -- I'm sorry, about four months after

23   January 6th, you gave an interview with the FBI;

24   is that correct?

25        A      Around that time, yes.
```

5631

1      Q    And at that time, isn't it true you told the FBI
2 that the Crypt was full of protesters and that you were
3 guarding a set of stairs which led to the Lower West Terrace
4 where other officers were being decontaminated, correct?
5      A    That's correct.
6      Q    And you also indicate to the FBI that while you
7 were guarding the stairs, some Oath Keepers wandered over to
8 you, right?
9      A    That's correct.
10      Q    Okay.
11          And you also told the FBI that the protesters
12 needed to leave and you told the Oath Keepers that the
13 protesters were fighting the officers, correct?
14      A    Yes.
15      Q    Okay.
16          And you also told the FBI that the Oath Keepers
17 advised you that they would help keep the protesters from
18 the Lower West Terrace; is that correct?
19      A    They said that they would stand there in front of
20 me, correct.
21      Q    Okay.
22          And the picture that was shown, my understanding
23 is correct, the guy that looked like Davy Crockett with the
24 coonskin cap on, that was the stairwell to where?
25      A    That's on the second floor, a floor above where

1    the interaction you're describing happened.

2        Q    Okay.

3            Where do those stairs go to, that you were

4    standing where the line that we showed with the guy who

5    looked like Davy Crockett the coonskin cap on?

6        A    That stairwell leads downstairs to the entrance of

7    the Crypt where the first interaction that you're describing

8    happened.

9        Q    Okay.

10           And what stairwell went -- how did -- what was the

11   access you were blocking to the Lower West Terrace?

12       A    The first stairwell that I ran up, at the bottom

13   of it was the entrance to the west front where the violence

14   took place.

15           Inside of the doors were officers down that were

16   being decontaminated.  So that's the stairwell I ran up and

17   I was protecting.

18       Q    Okay.

19           And, sir, so the bottom line is during your

20   interview, you did indicate that the Oath Keepers did, in

21   some way, did try to at least offer some assistance;

22   is that correct?

23       A    In that interview, sure, yeah.

24       Q    Fair enough.

25           And thank you for your service again.

1          MR. CRISP:  I have no further questions,

2    Your Honor.

3          THE WITNESS:  You're welcome.

4          THE COURT:  Ms. Hughes.

5                    -  -  -

6                 REDIRECT EXAMINATION

7    BY MS. HUGHES:

8      Q    Just a few additional questions, Officer Dunn.

9          If we could please, first of all, you were asked

10   if it was a common occurrence to use foul language.

11         In your 15 years of working at the United States

12   Capitol, was it a common occurrence to have rioters in the

13   hallways of the United States Capitol?

14     A    It's unprecedented.

15         MS. HUGHES:  Could we please bring up Government's

16   Exhibit 8025.

17         Can we just play the first few seconds, please.

18         You can pause there.

19         (Video played)

20         MS. HUGHES:  My apologies, this would just be for

21   the witness.

22         THE WITNESS:  Huh?

23   BY MS. HUGHES:

24     Q    I'm sorry, Officer, I'm explaining this is just

25   being shown to you.

```
 1       A      Okay.

 2              (Video played)

 3   BY MS. HUGHES:

 4       Q      Have you seen this video before?

 5       A      I have.

 6       Q      What is this video from?

 7       A      This is from January 5th at the Supreme Court.

 8       Q      Did you take this video?

 9       A      I did.

10       Q      Is this a fair and accurate copy of the video you

11   took on January 5th?

12       A      Yes.

13              MS. HUGHES:  Government seeks to admit and publish

14   Government's Exhibit 8025.

15              MR. FISCHER:  Objection.  Beyond the scope.

16              THE COURT:  I'll allow it.  It will be admitted.

17                                    (Government's Exhibit 8025
                                       received into evidence.)
18

19              MS. HUGHES:  If we could please keep playing,

20   Ms. Rohde, from the beginning.

21              (Video played)

22              MS. HUGHES:  If we could pause right there.

23   BY MS. HUGHES:

24       Q      Again, so what are we looking at right now?

25       A      On January 5th, we -- I was assigned to over to
```

1    the Supreme Court, there was a rally that happened over

2    there, and me and a few other officers, our responsibilities

3    that day were to keep individuals out of the street and on

4    the sidewalk where they belong.

5         Q    And you mentioned under cross-examination that

6    Capitol Police doesn't have body-worn camera.  So how are

7    you taking this video?

8         A    I had a department issued cell phone that from

9    time to time I would bring out whenever I had interactions

10   with a large group of individuals.

11        Q    And so did you start recording on January 5th?

12        A    Once I got to this location, yes.

13             MS. HUGHES:  If we could please keep playing,

14   Ms. Rohde.

15             (Video played)

16             MS. HUGHES:  Can you please pause there?

17   BY MS. HUGHES:

18        Q    And what is this individual, do you hear on the

19   video what he's asking you?

20        A    He's asking me if I know the location of the

21   Oath Keepers command post.

22             MS. HUGHES:  Can you please keep playing,

23   Ms. Rohde.

24             (Video played)

25             MS. HUGHES:  Can you pause it right there,

1    Ms. Rohde.

2    BY MS. HUGHES:

3        Q    Is this individual wearing tactical gear?

4        A    In colors, in mask, yeah.

5        Q    Is he wearing a hard helmet or any kind of vest?

6        A    I don't see a hard helmet on, no.

7        Q    And when he asked you where the Oath Keepers

8    command center is, did you have any idea what he was talking

9    about?

10        A    It was a command post, and I had no clue what he

11    was talking about.

12            MS. HUGHES:  And if you would please keep playing,

13    Ms. Rohde.

14            (Video played)

15            MS. HUGHES:  If you could pause there.

16    BY MS. HUGHES:

17        Q    Did you hear what you just said then?

18        A    I looked at my colleague and said, "Oath Keepers?

19    What the fuck are the Oath Keepers?"

20        Q    So is this fair to say on January 5th, you had no

21    idea what the Oath Keepers -- who the Oath Keepers were?

22        A    That's correct.

23        Q    Did you have any idea what they dressed when they

24    were engaged in any kind of Oath Keeper-related activities?

25        A    No, ma'am.

1          MS. HUGHES:  Now, we can pull down the video.

2    Thank you, Ms. Rohde.

3    BY MS. HUGHES:

4          Q    You were asked several questions about an

5    interaction in the Crypt.

6               Do you recall those questions?

7          A    Just now?

8          Q    Yes.

9          A    Yes.

10         Q    And so when you were asked about interactions with

11   individuals in tactical gear, did you talk about two

12   separate interactions?

13         A    Yes.

14         Q    And, first of all, did you write that they were

15   citing -- they were reading back to you an interview from --

16   that was documented by the FBI?

17         A    Did I -- repeat that.

18         Q    It wasn't really a question, so there's nothing to

19   repeat.

20         A    Oh, okay.

21         Q    But fair enough.

22              Did you write what that help reading back to you?

23   This report that they were reading back to you from the FBI,

24   did you write that report?

25         A    No.

1    Q    Did you write that these two interactions involved

2  Oath Keepers?  Were those your words?

3    A    Something to that effect, yeah.

4    Q    And these were two individuals who wore tactical

5  gear, right?

6    A    That's correct.

7    Q    So I want to focus on the first interaction, this

8  interaction in the Crypt.

9         First of all, what floor is the Crypt on?

10   A    That's on the first floor of the Capitol.

11   Q    And where is it in relation to the small Rotunda,

12 the one we saw all those videos and the photograph?

13   A    Below it, one floor below it.

14   Q    Do you recall hearing shots fired over the radio

15 that day?

16   A    I do.

17   Q    And in a chaotic day, why do you remember hearing

18 shots fired?  Why does that stick out to you?

19   A    It's the potential for loss of life.  And that's

20 the most important thing, what we're -- that's our job.

21 We're there to protect life.

22   Q    And when you interacted with these individuals in

23 the Crypt, was it before or after the shots fired?

24   A    It was after the shots have fired.  I heard the

25 call for shots fired, and that's why I responded up that

1    stairwell.

2        Q    And how soon after shots fired did you interact

3    with those people in the Crypt?

4        A    A minute or so.

5        Q    Now, I want to ask you about this interaction in

6    the Crypt.

7            What do you remember saying to these individuals?

8        A    "Get out."

9            There was a lady that asked where the bathroom

10   was.  "Where's the exit?"

11           "The same way you came in."

12           The individuals that offered to stand in front of

13   me, I told them that there were officers getting the shit

14   kicked out of them and there were officers down and officers

15   hurt.

16           And, again, like I said in the other video, "Y'all

17   are fucking us up."

18       Q    And what did they say after you said there were

19   officers injured.  What did these individuals in the Crypt

20   say to you?

21       A    They appeared taken back, almost like humanized

22   for a minute.  And that's when they offered to stand there

23   to keep anybody else from going down to the

24   Lower West Terrace area where officers were incapacitated.

25       Q    And what did you say in response?

1          A     I thought about it.  I don't need your help.

2    That's what I thought.  F y'all.

3               But I ended up allowing them to stand there.

4    I took two steps, three steps down to create distance and

5    allowed time for other officers to come.

6          Q     And how many of these individuals who stood in

7    front of you, how many were there?

8          A     About three, maybe four.

9          Q     Are these the same or different individuals you

10   interacted with in the small Rotunda, one flight up?

11         A     It's a different group of individuals.

12         Q     How did you get from the Crypt to the small

13   Rotunda?

14         A     To your right about 50 feet, there's an entrance

15   that has a circular stairwell that in that picture I'm

16   standing in front of.  So it's to the right about 50 feet.

17         Q     And did you notice these individuals from the

18   Crypt coming up the stairwell with you?

19         A     No.

20         Q     Would you have noticed if they were behind you in

21   that stairwell?

22         A     Yeah.

23         Q     Do you remember seeing any Oath Keepers patches on

24   these individuals in the Crypt?

25         A     Not in the Crypt, no.

1      Q    Do you recall them identifying themselves as

2  Oath Keepers?

3      A    No.

4           MS. HUGHES:  If we could please bring up again

5  Government's Exhibit 1078.2.

6           (Video played)

7           MS. HUGHES:  Can you pause here.

8  BY MS. HUGHES:

9      Q    What, again, did you say in this video?

10     A    You're going to have to play it again.

11          MS. HUGHES:  Okay.  Ms. Rohde, if we could just

12 play that one more time.

13          (Video played)

14          MS. HUGHES:  Pause there.

15 BY MS. HUGHES:

16     Q    What are you saying to those individuals again?

17     A    You can't come this way.  I'm not letting you come

18 this way.

19     Q    Are you letting anyone down that stairwell?

20     A    No.

21     Q    Are you letting the individuals with the tactical

22 gear on down that stairwell?

23     A    Nobody.

24     Q    And down that stairwell, are there officers who

25 are injured?

5642

1    A    No, not that stairwell.

2    Q    But once you go down the stairwell and go down

3 into the first floor and proceed into the tunnel, is that --

4    A    Correct.

5    Q    -- the vicinity where there are injured officers?

6    A    Correct.

7    Q    But did you let those people go down that

8 stairwell to the place where there was, objectively, a need

9 for there to be some kind of assistance?

10    A    I let nobody go down there.

11    Q    And, Officer Dunn, once again, what could these

12 individuals have done to assist you that day?

13    A    Just leave the building.

14        MS. HUGHES:  No further questions.

15        THE COURT:  Mr. Dunn, sir, Officer Dunn.

16        MR. LINDER:  Ms. Hughes exceeded the scope of her

17 original direct.  I would like to ask the officer some

18 questions.  She played the video from outside.

19        THE COURT:  Well, if you want to get on phone, I'm

20 happy to discuss it.

21        (Bench conference)

22        MS. HUGHES:  The reason I --

23        THE COURT:  No, no.  I know the reason you played

24 it.  That's why I don't think it was outside the scope.  It

25 was an effort to show the confusion about the two -- his

1    identification of the Oath Keepers and whether he knew who

2    they were on January 5th and 6th.  So I didn't think it was

3    outside the scope.

4                   MR. LINDER:  Okay, Your Honor.  Thank you.

5                   (Open court)

6                   THE WITNESS:  Can I have some water?

7                   THE COURT:  Sure, Mr. Dunn, I'll give you some

8    water, but you are also done with your testimony.  So feel

9    free to step down and thank you for your time, sir.

10                   THE WITNESS:  Thank you.

11                   THE COURT:  All right.  Next witness, Ms. Hughes.

12                   MS. HUGHES:  The government calls Special Agent

13    David Lazarus.

14                   I didn't realize the time.  Do you want to proceed

15    with the witness, or do you want to take the morning break?

16                   THE COURT:  No.  We've got a little bit of time

17    before we take our break.

18                   COURTROOM DEPUTY:  Please raise your right hand.

19                   (Witness is placed under oath.)

20                   COURTROOM DEPUTY:  Thank you.

21                   THE COURT:  Special Agent Lazarus, welcome.  I'll

22    ask you to take your mask off.

23                   Thank you, sir.

24                   THE WITNESS:  Thank you.

25

```
 1                         - - -

 2   SA DAVID LAZARUS, WITNESS FOR THE GOVERNMENT, SWORN

 3                    DIRECT EXAMINATION

 4                         - - -

 5   BY MS. HUGHES:

 6        Q    Good morning, sir.

 7        A    Good morning.

 8        Q    Could you please introduce yourself to the ladies

 9   and gentlemen of the jury by stating and spelling your full

10   name?

11        A    David Lazarus, D-a-v-i-d, L-a-z-a-r-u-s.

12        Q    And, Special Agent Lazarus, you can move the

13   microphone a little bit closer to you.

14             Where are you employed?

15        A    United States Capitol Police.

16        Q    What is your current position at the United States

17   Capitol Police?

18        A    Special Agent assigned to the protection for the

19   Speaker of the House.

20        Q    Who is the Speaker of the House?

21        A    Nancy Pelosi.

22        Q    How long have you been on Speaker Nancy Pelosi's

23   detail?

24        A    Six years.

25        Q    How long have you been employed at
```

```
1    U.S. Capitol Police?
2         A    20 years.
3         Q    What kinds of roles had you held over the 20 years
4    at the United States Capitol Police?
5         A    I worked in the Senate Division for a short time
6    and then vehicle interdiction.  And the majority of my
7    career, about 18 years, was with protection.
8         Q    You mentioned you are detailed to Speaker Pelosi's
9    detail at the moment.  Have you protected other Speakers of
10   the House?
11        A    Yes.
12        Q    Which Speakers of the House have you protected?
13        A    John Boehner.
14        Q    Were you on duty on January 6th, 2021?
15        A    Yes.
16        Q    Who were you protecting that day?
17        A    I was -- for that day, I was assigned to assist
18   with a senator who has a protection detail on him as well,
19   and I was assisting his detail.
20        Q    I want to ask you a few more question about your
21   experiences that day.
22             First of all, when did you report for duty on
23   January 6th, 2021?
24        A    I believe I got to work at the Capitol between
25   8:00 a.m. and 9:00 a.m.
```

5646

1          Q    Where did you report for duty?

2          A    I went directly to the Capitol to meet with the

3     detail that was assigned to the protection for a particular

4     senator.

5          Q    At a certain point, did you become aware that the

6     security situation outside the Capitol was taking a turn for

7     the worse?

8          A    Yes.

9          Q    Could you please describe how you became aware of

10    the deteriorating security situation outside the Capitol?

11         A    Obviously, I'm wearing an earpiece so we have

12    communications with our command staff and the rest of the

13    team that are all working.

14              And during the morning, we would hear things about

15    the crowd, the size of the crowd becoming more intense,

16    getting larger towards the barricades and the areas that

17    were around the Capitol.

18              And as the day went on, or the morning went on, we

19    would have to adjust our security, whether it was to tighten

20    up a little bit more, make sure agents were in their proper

21    location, and at some point I did hear that pipe bombs were

22    discovered at the RNC and the DNC.

23         Q    Where were you when you recall hearing this?

24         A    Originally I was at the Senate Chamber.

25              And then I kind of got hungry so I wanted to go

5647

1    get something to eat so I went downstairs.

2            One level below the Senate Chamber, there's like a

3    sundry store where you could buy snacks, whether it's candy,

4    M&Ms, whatever, or sandwiches or juices and things.

5            So I'm assuming it was closer to around noon,

6    maybe noon or 1:00 p.m., somewhere around there, and I went

7    to get sandwiches and then I heard that we were going to be

8    hardening up the Senate Chambers and there was a breach at

9    one of the barricades.

10        Q    You said hardening up the Senate Chamber.  What

11   does hardening up the Senate Chamber entail?

12        A    It involves, like, every available agent, whatever

13   assignment you're on, if -- in my case, I was on protection,

14   which means we're going to put more agents to be physically

15   with and closer to the protectee, and we were going to lock

16   down the chambers, which means secure all the doors and any

17   access to the Senate Chamber.

18        Q    What did you do next?

19        A    I remember -- I was standing in line to actually

20   go pay for my sandwich and my beverage that I bought, and

21   I just, like, you know, immediately put it back and then I

22   ran up the stairs to the Senate Chamber to assist.

23        Q    And what did you do once you got to the Senate

24   Chamber?  How did you assist?

25        A    I made sure we were -- everything was locked down

1    and that we had a plan to evacuate the Senate Chamber and

2    that we all were on the same page as to how we were going to

3    execute that plan.

4            Once the details assigned to the protectees were

5    escorting the leadership for the Senate out, I made sure

6    that the guys that I was working with that was in place and

7    then we assisted the members of Congress once we get the

8    word to evacuate the Senate, we assisted them through the

9    back stairwell and down behind the backstairs into the

10   tunnels to make sure that they could get out of the Capitol

11   towards the Senate office buildings.

12   Q    So as you're going into the tunnels, are you with

13   United States Senators at this time?

14   A    Yes, we evacuate the entire Senate and we led them

15   down the backstairs into the tunnels.

16           And those tunnels go across Constitution Avenue

17   back into the Senate buildings, where we had an area that

18   was specifically set up to secure the Senate.

19   Q    Did you remain at this location?

20   A    No.  Once we started moving through the tunnels, I

21   heard "shots fired."  And so once I heard the shots were

22   fired, I saw that the Senators were doing okay, we had

23   enough agents with them to get them to safety, so I turned

24   around and I started going back towards where I heard the

25   shots were being fired.

1      Q    Did you get to the House where the shots were

2  fired?

3      A    No, I never really made it that far.

4      Q    Why didn't you make it that far?

5      A    So once I turned around and started heading back

6  towards the Capitol to assist, a uniformed officer started

7  running by me, he was like in top speed, and I was like,

8  "Hey, hey, hey, officer, where you headed?"  And he told me,

9  he's said, you know, one of a staffer for a Senator said

10 that the Senator was trapped inside the Capitol in a

11 particular room and that she wanted him to assist the

12 Senator and her husband and, you know, get them to safety.

13 So...

14          And I told him, I said, "Hey, you might want to

15 slow down because you're going to use all that energy.  When

16 we get into the Capitol, you might need it.  Where are you

17 going?"

18          So he told me the room and everything, so I said,

19 "Okay, I'll help you."

20          So we went in together, located the Senator, she

21 wasn't doing too well, I guess the anxiety of everything,

22 she was having trouble breathing.

23          So I just had them stay in the room.  I identified

24 like maybe three or four more uniformed officers in the

25 area, had them secure the hallways, had the Senator collect

5650

```
 1   all their items, and her husband get everything, sit down,
 2   take a drink of water.  And then once we cleared to make
 3   sure we had a clear path to get into the Capitol, then we
 4   started moving that way.
 5           And then as we exited that building, we went back
 6   into the tunnels to get them to safety.
 7           And then I turned back around to go back into the
 8   Capitol once I knew they were safe.
 9       Q    Once you had secured this Senator, were you then
10   able to make it to the Capitol, back to the Capitol?
11       A    No, I'm -- so some of the guys at work knew that
12   I was still in the Capitol so they started texting or
13   calling me.  And so I started making my way back towards the
14   Capitol.
15           As soon as I get back into the Capitol, I had a
16   text message and a phone call from other agents, saying,
17   hey, senator so-and-so is stuck in a particular office.
18   Then I would go in and I would give them specific
19   instructions to get them out, make sure they were safe and
20   get them heading back outside the Capitol into the Senate
21   office buildings.
22           So after doing that again, there were other --
23   there were another member of Congress whose grandson was
24   trapped in the basement so I run back from where I was going
25   in there to get these other staffers and this member's
```

5651

1    grandson.

2        Q    And while you're doing all this, how are you able

3    to navigate the building when it has been breached at this

4    time?

5        A    It was kind of -- it was difficult because --

6    I mean, 20 years on the Hill, I still get lost because I

7    don't know if you've been on the Hill, you know, it's a lot

8    of, like, turns and a lot of, like, hallways there.

9             But I kind of did everything I could to avoid the

10   crowd and the protesters who were in the building, the

11   rioters.

12            So I kind of stayed where I thought where it was

13   the least amount of people or where I thought they weren't

14   going to be because there was -- unless you knew the

15   building, then you would be into those areas.

16            So I kind of, like, if they were on the second

17   level, which the bulk of the rioters were on the second

18   floor, I stayed on the first or in the basement so I could

19   move through in the tunnels.

20            And then I came up to the Speaker's office from

21   the lower level.

22       Q    And I want to get to the Speaker's office in a

23   moment, but what are you wearing?  What were you wearing

24   that day?

25       A    I was dressed similar to -- I was in a suit with

5652

an overcoat, because it was winter.  And I had a mask on
because of COVID.

Q    So you mentioned that you eventually made it to
the Speaker's wing.  Why did you go to the Speaker's office
eventually?

A    So as I was getting people out of the building
because, for whatever reason, I thought the building is
probably going to end up in smoke or it was going to be a
fire or something, it was going to be really bad.  So I was
just --

Q    Special Agent, I'll just ask you to move the
microphone just a little bit closer?

A    I was actually thinking that it's probably going
to end up in smoke or fire.  I mean, a lot of things are
going on.  So I wanted to get people out, especially if they
were trapped so that if the situation got worse, at least
people are in safety.

        And then it gave us an opportunity to kind of like
regain some sort of an initiative to get the building --
regain control of the building.

        So as I'm moving through the Capitol, I'm still
trying to get to the House side, which is where the shooting
was, but, for whatever reason, I kept getting distracted or
something would stop that I had to address.  And I realized,
like, when the Speaker was evacuated, it was just the detail

5653

```
 1   and a few of her staffers and a few other people within her
 2   circles that were on the floor.  So I realized, like, there
 3   had to have been more people still in her office.
 4        Q    So I want to pause there.
 5             So Speaker Pelosi at a certain point was evacuated
 6   during the day?
 7        A    She was evacuated immediately once we heard the
 8   first breach.  She was evacuated from the Capitol.
 9        Q    But you were worried there was additional staff
10   who may have remained?
11        A    Correct.
12        Q    Even though she was evacuated?
13        A    Correct.
14        Q    And so did you -- why did you then go to her
15   office?  Was it tied to these staffers you were worried were
16   left behind?
17        A    Yes.
18        Q    Please go on.
19        A    Yes.
20             So I go into the office to check on it.  And as
21   I'm going towards the office, I see our CERT team, which is
22   our tactical response team, in a stack formation and they're
23   getting ready to go inside to clear the office.
24             So I jumped on the end of the stack, I kind of
25   tapped one of the CERT operators and just let them know,
```

5654

```
1    hey, I'm going to be on your 6, and we go on and we started
2    clearing.
3            And as we were clearing the office, I say, hey,
4    don't kick -- any doors that are secure, don't kick anything
5    in because it's more than likely it's going to be staffers
6    in there.  Rioters are not going to lock themselves in a
7    room, was my thinking.
8            So we go and we clear, make sure the office was
9    safe.  I knock on the conference room where the staffers
10   were securing themselves, they were all, you know, locked in
11   and they know my voice, they recognize who I am.  I'm
12   texting and communicating with them, you know, asking, hey,
13   give me a head count, how many people are in there, anyone
14   injured, any medical attention needed.
15   Q    Just to pause you for a second.
16           These individuals who were in the conference room,
17   these are staffers who work for Speaker Pelosi;
18   is that correct?
19   A    Correct.
20   Q    Okay.
21           So you text them, you say, I'm here, what do they
22   do in response?
23   A    They're like, you know, Oh, my God, thank God,
24   we're here.
25           Yeah, help us.
```

1          Q    Do you end up evacuating these staffers who are

2    barricaded in the conference room?

3          A    Yes.

4               So I made sure the office is clear, and we're --

5    as best I could anyway.  Then I go back out to look to see

6    if there was a path that I could take them to get them to

7    safety, but there were rioters throughout that area.

8               So I kind of like looked at a couple of options

9    and then I was looking for uniform officers who I could just

10   grab ahold of and then give them an assignment to kind of

11   like make sure no one goes into the office, number one.

12              And then I sent maybe two or three of them to go

13   walk a few paths that I wanted to take to get them to where

14   would later be designated as a safe haven for them.

15         Q    During this evacuation effort, do you encounter

16   U.S. Capitol Police Officer Harry Dunn?

17         A    Yes.

18         Q    I want to ask you a few more questions about that

19   interaction.

20              MS. HUGHES:  Could we please play for

21   Special Agent Lazarus Government's Exhibit 1078.2.

22              (Video played)

23              MS. HUGHES:  If we could pause -- oh, just a few

24   more seconds.  Sorry.

25              If we could pause right here.

1   BY MS. HUGHES:

2       Q    Is this consistent with the area in which you

3   interacted with U.S. Capitol Police Officer Harry Dunn?

4       A    Yes.

5       Q    Where is this?

6       A    This is the corridor just before you enter the

7   Speaker's suite, which would be -- if that's Officer Dunn

8   facing forward, it would be directly in front of him.

9   Behind Dunn would be a set of stairwell that goes down to

10  the first level.

11      Q    How was your evacuation efforts?  How did you

12  interact with this space?  Where were you going in relation

13  to what we're looking at now?

14      A    So I came up from the first level, and I came up

15  the stairs behind Dunn.

16          And as I'm coming up, I could see Dunn above me as

17  I'm coming up the stairs.  And I look and I see him standing

18  there.  And this crowd is, like, right in front of him.

19          And Dunn's a big guy, so it's like -- you know,

20  it's -- unless you're looking for me, you're going to see

21  me, but he's like, he over -- he takes up the entire space

22  pretty much.

23          And so I'm like right behind him, and I'm coming

24  up because my -- I'm like in tunnel vision.  I just want to

25  get into the office to check on the staff and then try to

1     figure out --

2          Q     The Speaker's office, is that what Officer Dunn is

3     looking at?

4          A     Yes.

5          Q     Is that directly in front of him?

6          A     If he's facing -- if that's him under the

7     chandelier and he's facing the way he's facing, he's looking

8     directly across towards the Speaker's office.

9          Q     And so where do you go in relation to him?

10         A     So I'm standing -- at this point now, I think I

11    moved to kind of, like, stand next to him.  And I'm just,

12    like, looking to see what's going on because I'm trying to

13    go through this crowd without having them follow me into the

14    office or grab on to me or, you know, prevent me from

15    getting to where I think I needed to be.

16               So I'm, like, looking across.  And I remember,

17    like, looking up.  And I saw above the entrance to the

18    suite --

19         Q     Hold on a second.  I think we have a photo.

20               If we could actually go to Government's Exhibit,

21    which has already been admitted into evidence, 6725.2.

22               Is this the view that you're referring to, this

23    area?

24         A     Yes.

25         Q     And so is this what it looked like when you were

5658

1    at this moment?

2        A    No.  The placard that says "Speaker of the House

3    Nancy Pelosi," that sign was -- yeah, that sign was torn

4    off.

5        Q    If we could just zoom in here.

6            Why did you notice that the sign was torn off?

7    Why did this stand out to you?

8        A    Because I was thinking, like -- so I'm trying to

9    get over there.  And I'm thinking, like, oh, crap, this sign

10   is not there.  They won't know that that's her office.

11           It won't attract them.  It would -- because they

12   don't know that that's the office, they won't want to go in

13   there.

14       Q    So they won't know that this is the Speaker's --

15   that this is Nancy Pelosi's office because this placard is

16   missing?

17       A    Correct.

18       Q    And in that moment, did you think this was a good

19   thing?

20       A    Yes.

21           MS. HUGHES:  Okay.  And if we could -- we can take

22   this down.  Thank you, Ms. Rohde.

23   BY MS. HUGHES:

24       Q    And so do you actually go into that door?

25       A    Yes.

5659

1      Q    What do you do again, vis-à-vis Officer Dunn --

2  with respect to Officer Dunn, how did you take out the

3  staffers?

4      A    Right.

5           So I look.  I saw Officer Dunn, like, engaged in

6  conversation or arguing or whatever with the rioters.  So

7  I just kind of, like, was just figuring out ways, as soon as

8  I get the opportunity to go through, I'm going to go

9  through.

10          And, you know, some of the rioters were there

11  saying, "Who are you?  Who are you?"

12          And, you know, one attempted to -- I had my

13  lanyard on with my ID on it.  And one -- they were

14  videotaping, and one attempted to pull at my ID.  And I kind

15  of, like, grabbed it back and looked, made sure it was still

16  there.

17          And then I saw an opening.  So then I just kind

18  of, like, walked fast to get into the office and then check

19  on the staff again.

20          And then I relocated them up to the third floor

21  because I wasn't sure how safe that second level was going

22  to be.

23          So I sent a couple uniformed officers up to the

24  third floor because the Speaker also has office in that area

25  and a conference room that we could secure.  I sent them up

```
1   to the third -- had them secured.  And I just told them,
2   Hey, stand by.  I'll come back and I'll make sure that, you
3   know, once I get this path to get you sent to safety, we'll
4   be -- you know, I'll be back, don't open the door for
5   anyone.  Don't do anything until I get back.  So we were
6   able to do that.
7           And then I came back out to check on Dunn to see
8   what was going on at the same time when I'm trying to direct
9   other officers to clear this path.
10      Q    Were you eventually able to evacuate all of the
11  staffers from the Speaker's office?
12      A    Yes.
13      Q    How many staffers were there?
14      A    11 or 12 of them.
15      Q    How many trips did you take from that space where
16  Officer Dunn was?  How many times did you pass him in this
17  effort?
18      A    Maybe three or four times.
19      Q    And did you notice individuals present in that
20  space who were wearing tactical gear?
21      A    Yes.
22      Q    Could you please describe how you observed their
23  interaction with Officer Dunn.
24      A    Well, Officer Dunn was, he had his M4 slung across
25  his shoulder, and he was standing there.  And I noticed,
```

1    like, he was -- I couldn't tell exactly every detail of what

2    they were talking about.  But it was clearly politics they

3    were talking about, the election, Stop the Steal, different

4    things like that.  And it was very antagonistic, the

5    dialogue between the folks in tac gear and the rioters and

6    Dunn.

7        Q    And at any point -- approximately, again, how many

8    times did you observe Officer Dunn in this effort?

9        A    Three or four times.

10       Q    And in any of these three or four times, did you

11   overhear these individuals offer assistance to Officer Dunn?

12       A    No.

13       Q    At any time did it seem like this interaction was

14   anything but antagonistic as you described it just now?

15       A    Every time I interacted or I came by, yes, it was

16   antagonistic.

17            MS. HUGHES:  If we could play just and complete

18   1072 -- 1078.2.

19            If we could just play it from the middle,

20   Ms. Rohde, just from when they interact.  Or that's fine.

21   It's a short-enough clip.  I'm sorry, Ms. Rohde.

22            (Video played)

23            MS. HUGHES:  If we could pause here.

24   BY MS. HUGHES:

25       Q    Are these the individuals you observed in front of

```
 1   Officer Dunn?

 2        A    Yes.

 3        Q    And are these the individuals you observed, the

 4   antagonistic conversation?

 5        A    Yes.

 6        Q    At any point in these three or four interactions

 7   in this space, did you observe any sort of -- anything but

 8   an antagonistic conversation?

 9        A    That's correct.

10        Q    Special Agent Lazarus, you mentioned that you

11   reported for duty at 8:00 or 9:00 in the morning that day.

12   What time did you eventually leave the United States

13   Capitol?

14        A    I'm not even sure.  It might have been like 8:00

15   or 9:00 at night.

16        Q    For all of your efforts that day, were you

17   nominated for a medal of valor?

18        A    Yes.

19             MS. HUGHES:  No further questions.

20             MR. LINDER:  On behalf of Mr. --

21             THE COURT:  Why don't we take our morning break,

22   ladies and gentlemen.  It's about 11:15.  We will resume at

23   11:30.  We will see you all shortly.

24             Thank you, everyone.

25             COURTROOM DEPUTY:  All rise.
```

5663

```
 1                    (Jury exited the courtroom.)
 2                    THE COURT:  Okay.  Special Agent Lazarus, you may
 3   step down.
 4                    And I'll just ask you not to discuss your
 5   testimony with anyone during the break, okay?
 6                    Thank you, sir.
 7                    See everybody shortly.
 8                    (Recess from 11:14 a.m. to 11:34 a.m.)
 9                    THE COURT:  Special Agent Lazarus, you can come on
10   back up.
11                    MS. HUGHES:  I forgot that we were on cross.
12                    COURTROOM DEPUTY:  Jury panel.
13                    (Jury entered the courtroom.)
14                    THE COURT:  All right.  Please be seated,
15   everyone.
16                    We'll continue with the cross-examination of
17   Special Agent Lazarus.
18                    Mr. Linder.
19                    MR. LINDER:  Thank you.  On behalf of Mr. Rhodes,
20   we have no questions.
21                    THE COURT:  Okay.
22                    Ms. Haller.
23                    MS. HALLER:  Yes, Your Honor.
24
25
```

```
 1                        - - -

 2                  CROSS-EXAMINATION

 3   BY MS. HALLER:

 4      Q    Mr. Lazarus, I just have a few questions for you,

 5   sir.

 6            You referenced a Speaker's office on the third

 7   floor as well, correct?

 8      A    Yeah.  The Speaker has a suite on the second

 9   floor.  That's the primary suite where her office is.  And

10   she also has other rooms that are associated with the office

11   on the third floor, yes.

12      Q    Yes.

13            And the Speaker of the House also has additional

14   spaces that she uses that we call chambers, correct?

15      A    Not to my knowledge.

16            She has spaces that are associated with the

17   office.

18      Q    Okay.

19      A    Yeah.

20      Q    Thank you.

21            And in relation to the testimony where you said

22   three or four times you have left that office and gone back,

23   correct -- you said three to four times I left the office

24   and went back?

25      A    Yes, ma'am.
```

5665

```
1         Q    In that area where the chandelier is where
2    Officer Dunn was standing and you went by there; is that
3    fair to say?
4         A    Yes.
5         Q    Would you know the time that you went by there?
6         A    I wouldn't.
7         Q    No.  Okay.
8              Are you familiar with the Oath Keepers as a group?
9         A    The first I've heard of them was that day.
10        Q    Okay.
11             And at that time on that day when you first heard
12   of them, do you recall what time you heard about them?
13        A    I just learned about them that day.  I couldn't
14   tell you exactly when.
15             MS. HALLER:  Okay.  All right.  Well, thank you,
16   sir.  That's all I have.
17             THE WITNESS:  You're welcome.
18             THE COURT:  Mr. Geyer.
19             MR. GEYER:  On behalf of Mr. Harrelson, no
20   questions, Your Honor.
21             THE COURT:  Mr. Crisp.
22             MR. CRISP:  No, Your Honor.
23             MR. FISCHER:  No cross.
24             THE COURT:  All right.  Any redirect?
25             MS. HUGHES:  No redirect, Your Honor.
```

```
 1              THE COURT:  Okay.  Special Agent Lazarus, you are
 2    welcome to step down.  Thank you for your time and
 3    testimony, sir.
 4              THE WITNESS:  Thank you.
 5              MR. NESTLER:  The United States calls
 6    Edgar Tippett.
 7              COURTROOM DEPUTY:  Please raise your right hand.
 8              (Witness placed under oath.)
 9              COURTROOM DEPUTY:  Thank you.
10              THE COURT:  Hi, Mr. Tippett, welcome.  You can
11    have a seat and I'll ask you to remove your mask if you're
12    comfortable doing so.  Thank you, sir.
13              THE WITNESS:  Thank you.
14                          - - -
15    EDGAR TIPPETT, WITNESS FOR THE GOVERNMENT, SWORN
16                      DIRECT EXAMINATION
17                          - - -
18    BY MR. NESTLER:
19         Q    Good morning, sir.
20         A    Good morning.
21         Q    Could you please state and spell your name for us?
22         A    My name is Edgar Charles Tippett, E-d-g-a-r,
23    C-h-a-r-l-e-s, T-i-p-p-e-t-t.
24         Q    Mr. Tippett, where do you work?
25         A    I work for Safeway Stores Incorporated, subsidiary
```

5667

1   of Albertsons.

2       Q    What does Safeway Stores Incorporated do?

3       A    Safeway sells groceries throughout the

4   United States.

5       Q    What is your position at Safeway?

6       A    I'm a district manager for Safeway.

7       Q    What does a district manager for Safeway do?

8       A    Direct manager oversees an amount of stores,

9   anywhere between 16 and 23, depending on where your

10  locations are.

11      Q    How long have you been employed by Safeway?

12      A    I've been employed for 43 years and a district

13  manager for 23 of those.

14      Q    What does your district include?

15      A    My district includes stores in D.C.  I have five

16  stores in D.C., and then I have 11 in Maryland, all the way

17  from Georgetown to Middletown.

18      Q    As of January of 2021, how many stores in total

19  did Safeway operate in the District of Columbia?

20      A    We had 12 stores in D.C., Washington, D.C.

21      Q    Let's talk about January 6th of 2021.  Were your

22  working that day?

23      A    I was, yes.

24      Q    And sometime around the afternoon, around 3:45

25  p.m., did you receive an email about stores being closed?

1        A     Yes, we did.

2              We got an email at 3:45, we had a conference call

3    instructing us that we were going to close our stores at

4    4:00, be completely empty of personnel by 4:30.

5        Q     I'm going to pull up on the screen just for

6    Mr. Tippett 3510.1.

7              Is this that email we were just talking about,

8    Mr. Tippett?

9        A     That is the email, yes, sir.

10             MR. NESTLER:  The government would move into

11   evidence Exhibit 3510.1.

12             MR. CRISP:  No objection.

13             THE COURT:  3510.1 will be admitted.

14                             (Government's Exhibit 3510.1
                                 received into evidence.)
15

16   BY MR. NESTLER:

17       Q     And if you could just help us figure out what

18   we're looking at here.  There's lots of black bars on there.

19   Those are redactions.  That's not it how it looked when you

20   first got it, correct?

21       A     That's correct.  Those are addresses of people

22   that I guess they decided to black out.  The rest of the

23   store addresses.

24       Q     Got you.

25             Are you one of the recipients of this email?

5669

1      A     Yes, sir I'm in the black, I guess, yes.

2      Q     Okay.

3            What was the subject line of the email?

4      A     The subject line was "Washington, D.C. curfew,

5   tonight 1/6/21, 6:00 p.m. to 6:00 a.m. Capitol locked down."

6            MR. NESTLER:  And if we could go then to the first

7   chunk of text there, Ms. Rohde.

8   BY MR. NESTLER:

9      Q     What did the email say to you?

10     A     "There is in place a 6:00 p.m. to 6:00 a.m.

11  citywide curfew throughout Washington, D.C., Wednesday,

12  1/6/21.  All D.C. stores will be closed at 4:00 p.m. with

13  plans to reopen the next day at 6:00 a.m. to 7:00 p.m.

14  Night crews will not be in place."

15     Q     Were you involved in the decision to close the

16  stores for Safeway in D.C.?

17     A     Yes, sir, we had a previous call that -- and once

18  we got the directive from Washington, D.C., we moved quickly

19  to make it happen.

20     Q     Why did Safeway decide to close its stores on the

21  afternoon of January 1st of 2021 [sic]?

22     A     We closed -- we felt it was the safest thing to do

23  for our employees, as well as the directive from Washington,

24  D.C., which told us that the city was going to shut down and

25  we wanted to get our people out early enough as most of them

1    take Metro so we couldn't really run till 6:00, we had to

2    get them out of there as quickly as possible to get them on

3    their way home.

4              MR. NESTLER:  At this time, the government would

5    introduce for the record Government's Exhibit 3006, a

6    stipulation between the parties and it reads as follows.

7              "On January 6th of 2021 at 2:31 p.m.,

8    District of Columbia Mayor Muriel Bowser ordered a citywide

9    curfew for the District of Columbia to be effective from

10   6:00 p.m. on Wednesday, January 6th, until 6:00 a.m. on

11   Thursday, January 7th of 2021, because of what the mayor

12   asserted was a civil disorder occurring at the United States

13   Capitol on January 6th of 2021.

14             "During the hours of the curfew, no person, other

15   than persons designated by the mayor, was legally able to

16   walk, bike, run, loiter, stand, or motor by car or other

17   mode of transport upon any street, alley, park, or other

18   public place within the District of Columbia."

19   BY MR. NESTLER:

20        Q    And so after that conference call and knowing

21   about the mayor's order and for the safety of Safeway's

22   employees, you decided to close Safeway stores in D.C.;

23   is that correct?

24        A    Yes, sir, we did.

25        Q    What time were Safeway's stores ordered to be

1    closed?

2        A    4:00 p.m.

3        Q    Now, you said Safeway had a dozen stores in D.C.

4    at the time, is that right?

5        A    Yes.

6        Q    What is the normal closing time for Safeway stores

7    in the District?

8        A    We had three stores that were 24 hours.  Then we

9    had several that were midnight.  And then a few scattered

10   that were 11.  So the earliest anybody would have closed

11   would have 11:00 p.m. that day.

12       Q    Does Safeway stores typically make sales between

13   4:00 p.m. and 11:00 p.m. or midnight?

14       A    Yes, sir, we do approximately 50 percent of our

15   sales from early until about 3:30, and then we do another

16   50 percent from 3:30 to close.

17            MR. NESTLER:  Let's show just the witness

18   Government's Exhibit 3510.2 and go to the second page,

19   please, Ms. Rohde.

20   BY MR. NESTLER:

21       Q    Does Safeway typically make projections about how

22   much revenue it expects each store to take in each day?

23       A    Yes, we do.

24       Q    Why does Safeway do that?

25       A    Well, it's based on -- certainly it's something

1    they, I guess -- that we have to achieve, number one.  It

2    also affects our bonus potentials, and it's a number that we

3    look at versus last year, and of course, in this case, you

4    had COVID last year and our stores were projected down,

5    although they were still running significantly above the

6    year as COVID went into a second year, we were running up

7    around 30 some percent per store.

8        Q    So if Safeway stores makes less money that could

9    personally affect your bonus?

10       A    I would not have a 44th year.  I will be 43 and

11   out, yeah.  It would be bad.

12       Q    Have you seen these earnings projections before

13   this document 3510.2?

14       A    Absolutely.

15            We see this, we get a daily report on our district

16   that we can monitor and see how we're doing versus the plan.

17            MR. NESTLER:  The government would move into

18   evidence 3510.2.

19            MR. CRISP:  Your Honor, may we get on the phone.

20            (Bench conference)

21            MR. CRISP:  I don't believe the adequate

22   foundation has been laid.

23            One, it's speculative; two, there is no basis to

24   conclude that these projections would have been accurate.

25            They are just that, they are projections.  We

1    don't know if there would have been any other cause that

2    could have damaged revenue.

3           Certainly a percentage is not -- they haven't

4    elucidated what about the percentage is derived from,

5    specifically is it a three-year loss assessment, is it a

6    two-year loss assessment.

7           None of those numbers were ever provided.  So

8    I don't believe they've laid a foundation to be able to say

9    that these percentages, this projections are even remotely

10   tangible.

11          MS. HALLER:  Your Honor, I would further add that

12   we would need to have completeness because we also have the

13   companion days, because on the 7th, there's a recovery

14   greater than the loss on the 6th, because this -- I mean,

15   between us, this is really technically for an expert to --

16   and discovery related to that.

17          But to the extent that we're dealing with these

18   conclusory reports, the 7th does show a recovery.

19          THE COURT:  So I assume this is a business record

20   of Safeway stores.

21          MR. NESTLER:  Yes, Your Honor.

22          THE COURT:  So what's the objection if it's a

23   business record?

24          MS. HALLER:  The foundation.

25          THE COURT:  Well, it's a business record.  I mean,

 1    if you're objecting to business record foundation then let

 2    me know that, but that's not been the objection.

 3            MR. CRISP:  My objection, Judge, is I don't

 4    believe they have laid an appropriate foundation based on

 5    the adequate data.  May be a business record but it's not

 6    necessarily a business record that's reflective of the issue

 7    that's relevant here.

 8            THE COURT:  Well, let's put it this way.  If it's

 9    a business record, it overcomes the hearsay objection.  Its

10    relevance to the document given the element that needs to be

11    proven in connection with the civil disorder prong, and to

12    the extent there's doubt about what these numbers are and

13    what have you, that can be the subject of cross-examination,

14    okay?  All right.

15            (Open court)

16            THE COURT:  So the objection will be overruled.

17            MR. NESTLER:  If we could please publish to the

18    jury.

19    BY MR. NESTLER:

20        Q    So, Mr. Tippett, you've seen reports like this

21    before in your 43-year career?

22        A    Yes, daily.

23        Q    Daily?

24        A    Yes.

25        Q    Do you live and die by these numbers?

1    A    Yes, we do.  Sales are our life's blood.

2    Q    There are three columns here that are redacted.

3  Do you see that?

4    A    Yes, sir.

5    Q    Is that so that we don't publicly disclose all of

6  Safeway's actual numbers?

7    A    It appears to be.

8         But those are the percentages.  The actual is just

9  the dollars.

10    Q    Right.

11    A    The percent is what's important to us.

12    Q    Right.

13         So let's talk about those percentages.

14    A    Sure.

15    Q    So let's start with the column on the far left.

16    A    Okay.

17    Q    So there are 12 different four-digit numbers and

18  then names.  Do you see that?

19    A    Yes.

20    Q    What are those?

21    A    Those are the actual IDs that the store performed

22  that day on January 6th.

23    Q    So these are the 12 stores that Safeway had

24  operating in D.C.?

25    A    In D.C., yes, sir.

5676

1          And Capitol Hill is not noted because it was not a

2    year old.  It was going against itself at the time.

3          Q    So let me just make sure we understand there.

4          How long had the Capitol Hill store been opened as

5    of January 6th of 2021?

6          A    I think it was approximately four or five months.

7    It wasn't mine.  I don't have Capitol Hill.  I have the

8    Georgetown side.  Less than a year.

9          Q    Does Safeway typically need at least a year of

10   data in order to make its projections?

11         A    Correct, yes.

12         Q    So why does Safeway make projections in advance of

13   the day about how much revenue it would take in that day?

14         A    Well, for planning purposes, you have to schedule;

15   you have to order; you have to -- you also look to ties to

16   your financial goals.

17         Our bonuses are based on sales and EBITDA, which

18   is profits, and those -- hitting or beating those numbers

19   are critical to those store directors and department

20   managers, as well as the DM, and then retail op and above,

21   myself, for hitting your financial numbers and reaping a

22   bonus.

23         Q    So Safeway in advance of a day will project how

24   much revenue it will make that day?

25         A    Daily, yes.  And we could we do those quarterly,

1    yes.

2        Q    So if we look at the column that says, "Projected

3    ID Percentage."

4        A    Correct.

5        Q    We're leaving aside the raw data that's been

6    redacted out, but the percentage there.  What is that column

7    indicating?

8        A    That is what we actually projected for that time.

9    But the key to that number is we were crushing it due to

10   COVID, where stores were running about 30 percent up, like I

11   said.  So when you do a quarterly, you never know what could

12   happen.  Of course, nobody could have guessed a 100-year

13   COVID.  I mean...

14            So I guess those -- that was what was planned that

15   day.  And then you can see we were running around actually

16   30 percent positive when you look at the day after, roughly.

17   And then you have the next -- well, you go to the next

18   column, I guess.

19       Q    It's all right.

20            So let me just make sure we understand.

21            Projected ID, so in advance of a particular day so

22   in advance of January 6th, Safeway projected that, for

23   instance, the Piney Branch store --

24       A    Yes.

25       Q    -- would make about 14 and a half percent more

1    than it had made a year prior?

2        A    Correct.

3        Q    And the Petworth store would make 3 and a half

4    percent less than it made the year prior?

5        A    Correct.  Yeah, it actually ran 28 percent down.

6             Oh, Petworth, yes, yes, correct.  Sorry.

7        Q    So this column, "Projected ID," this is in advance

8    of January 6th how much Safeway thought each store would

9    make compared to its -- a year earlier?

10       A    That's correct.

11       Q    And that's why the Capitol Hill store was empty,

12   because there was no data the year earlier?

13       A    That's correct.

14       Q    Now, after January 6th, do people at Safeway

15   compute how much money each store actually made?

16       A    Absolutely, every day.  We get it by 8:00 a.m.

17       Q    Why would Safeway do that?

18       A    Sure.  To actually, to tell us how we're

19   performing and where we need to be, because obviously if you

20   have a store that's operating less than planned, we tend to

21   give them a more focus than others, yeah.

22       Q    Do they enjoy getting focus from you?

23       A    Yeah, I'm sure they love it.  We do okay.  Yeah.

24       Q    So let's look at this first column here, "Actual

25   ID Percentage."

1    A    Yes.

2    Q    This is after January 6th, someone at Safeway

3    computes how much money each -- how much revenue each store

4    made; is that right?

5    A    That's correct, yes.

6    Q    So all of the numbers in this column are red, not

7    black.

8         Do you see that?

9    A    Yes, I do.

10   Q    What does red versus black read?

11   A    Nightmare.

12        Yeah, that's as bad as you can be.

13   Q    So now let's go to the far column, "ID Versus

14   Projected."  What are we looking at there?

15   A    You want to be black there, obviously, because you

16   want to beat your projection.

17   Q    And so this is comparing the projected percentage

18   that the store would make versus how much revenue the store

19   actually made; is that right?

20   A    That's correct, yes.  ID versus projection.

21   Q    And what are the percentages here?  Are those

22   bases points?

23   A    Those are -- yes, yes.

24   Q    So, for instance, how much worse did the

25   Piney Branch store do on January 6th than it had been

5680

1    projected to do?

2        A    You can read that as 28 percent, or you can read

3    it at 2800 basis points worse.

4        Q    Okay.  So --

5        A    Significantly bad.

6        Q    It did worse than Safeway had projected it to do?

7        A    That's correct.

8        Q    And going down, the Petworth store, how about

9    that?

10       A    They were at 27.9 percent or 2,794 basis points

11   behind the plan.

12       Q    And so the 11 stores for which Safeway had data,

13   did any store make more revenue than it had been projected

14   to make?

15       A    No, none.

16       Q    Did any store meet its projection?

17       A    Not that day, no.

18       Q    Was this unusual for you?

19       A    That was extremely unusual, yes, I've been around

20   a long time because I generally hid my numbers, yes.

21       Q    Now, Safeway sells goods throughout D.C. and all

22   four quadrants; is that right?

23       A    Yes, sir.

24       Q    Does Safeway manufacture all its goods here in the

25   District?

5681

1    A    No.  We bring stuff in as far away as China and as

2    close as Maryland, local.

3    Q    Where is, like, the primary place where the

4    shipments come in?

5    A    Comes out of Lancaster, Pennsylvania, is where our

6    shipping is.

7    Q    And on January 6th of 2021 after about 4:00 p.m.,

8    were Safeway's 12 stores in D.C. able to receive their

9    shipments from Lancaster, Pennsylvania?

10   A    No.  There was nobody in the stores to receive

11   them, and no trucks were allowed to roll.

12   Q    What did that mean for Safeway?

13   A    That put us entirely -- put us a day behind, as

14   many as two days depending on your volume, because our D.C.

15   stores normally do particularly well high sales -- they're a

16   high-sales stores.

17        And then you couldn't get the product in.

18        And, also, on top of that, the product that was

19   there that that didn't sell, we usually create for one day,

20   we have systems that tell us how much we're supposed to --

21   on perishable, how much we're supposed to make for that

22   particular day.  And all that sat.  So we lost that, had to

23   pull it, throw it away.

24        And then we had to refurbish everything without

25   stockers being there that day, and then they wouldn't come

5682

1    in till the next night.  So we were a full day and a half

2    behind on dry stock and probably a day behind on perishable.

3        Q    Thank you, Mr. Tippett.

4        A    Sure.

5            MR. NESTLER:  No further questions.

6            THE COURT:  Mr. Linder?

7            MR. LINDER:  No questions on behalf Mr. Rhodes.

8            THE COURT:  Ms. Haller?

9            MS. HALLER:  No, Your Honor.  Thank you.

10            MR. GEYER:  No questions, Your Honor.  Thank you.

11            THE COURT:  Mr. Crisp.

12            MR. CRISP:  Thank you, Your Honor.

13                          -  -  -

14                    CROSS-EXAMINATION

15    BY MR. CRISP:

16        Q    Good morning, sir.

17        A    Good morning.

18        Q    My name is Jonathan Crisp, and I represent

19    Jessica Watkins here.

20            I want to talk about some of these projections.

21    They're based off of your P&Ls from the prior year; is that

22    what I understand?

23        A    Yes, sir.

24        Q    So you don't do a three-year average or a

25    five-year average?

5683

1         A      No, we do not.

2         Q      All right.

3                So it's based -- year to year, fair to say you're

4    going to see a variation?

5         A      Well, year to year plus we look at probably a

6    three-month average prior to the -- as the quarter -- we run

7    in obviously quarters, three periods a quarter.  And there's

8    one period that has four quarters.

9         Q      Sure.

10        A      We look at what the trend is for those three

11   quarters prior, whether there's any kind of new competitor

12   opening or anything like that.  You know, we take advantage

13   of that.  And we look at anything that's happening in the

14   areas.  And then we also look at where the store's running

15   historically from a year ago because that's generally a

16   pretty good trend for that.

17        Q      You're not going to shut a store down after one

18   year; fair to say, right?  You're going to look for a longer

19   trend model?

20        A      That's correct, yes.

21        Q      You're going to look at, say, a three-year P&L, a

22   five-year P&L, over an average, before you say we got to

23   pull the plug?

24        A      It's probably longer than that.  We probably

25   sometimes go a little bit longer than that.  If you're

5684

```
 1    talking about completely shutting down a store.
 2         Q     Correct.
 3         A     Because there's also, you know -- just sales
 4    don't -- just because you're less in sales doesn't mean
 5    you're still not making money.  You can still make EBITDA
 6    with being a little bit behind the year.
 7               But the plan is based on you beating last year.
 8         Q     Projections?
 9         A     And, yes, projection, and increasing your EBITDA
10    every year.
11         Q     Increasing your what?  I'm sorry.
12         A     EBITDA, profits.  Sorry.
13         Q     So we understand, when we say P&L, we're talking
14    about profit and loss, right?
15         A     Profit and loss, right.
16         Q     Now from quarter to quarter, there's any number of
17    things that would affect those projections; would you agree?
18         A     COVID did.
19         Q     Weather certainly could be one?
20         A     Weather can, but, you know, some stores do better
21    in weather; some stores do worse.
22               When we do our plan, we do look at historically
23    what last was in regards to weather.
24               But, you know, snow business, it increases one day
25    and then you pick -- you kind of settle the next day.  And
```

5685

```
 1   then by the third day, you're back where you were.
 2        Q    So, again, when you're going from day to day,
 3   weather has the ability to affect -- it can be a bump in
 4   sales before the snowstorm hits, right?
 5        A    Sure.
 6        Q    And then you're going to see it die off when the
 7   snow is actually coming?
 8        A    Then you go back to more normal.  It doesn't die
 9   that much.  It dies a little bit, but doesn't -- it's not
10   significant.
11             Like, this was significant.
12        Q    And y'all projected that COVID was going to have a
13   greater impact on sales than it, in fact, did, right?  You
14   said you were killing it.
15        A    Well, COVID was certainly driving us, because
16   especially when the restaurants closed.  And now, of course,
17   you have the high inflation numbers that are helping the
18   stores' sales.  So those kind of things, those do, yeah,
19   help our sales, yeah.
20        Q    So to my question, you all expected COVID to have
21   a negative impact on sales; is that fair to say?
22        A    We expected when we went against our COVID numbers
23   from the first year, that we would probably not hit those
24   numbers because they were so high.
25             What helped us in regards to those numbers was as
```

5686

1    the shots came out, the COVID shots, the shots actually

2    drove pretty high -- or significantly high dollar numbers at

3    our stores.  Because we, as D.C., we were picked as the

4    grocery store to run all the clinics in the local areas,

5    Safeway was, to drive -- and that helped all the stores

6    because we had to send our pharmacists from those stores to

7    one main location which drove sales.

8         Q    So I want to look at, you have projections,

9    I think it was Government's Exhibit --

10             MR. CRISP:  What number was that, Ms. Rohde?  If

11   we can pull that back up, please.

12             MR. NESTLER:  3510.2.

13             MR. CRISP:  If we can look at the next page on

14   that, please.

15   BY MR. CRISP:

16        Q    First column, that's your actual?

17        A    Correct.

18        Q    So just to be clear, that's the percentage down

19   that you, in fact, were that day?

20        A    That's correct, yes.

21        Q    All right.

22        A    Versus last year.

23        Q    Roger.

24        A    Right.

25        Q    Second column is what you expected to be, right?

1      A     Correct.

2      Q     So as I read this, all but three stores you

3  expected to be in the red?

4      A     Yes, we did due to the COVID sales from last year,

5  but we were not running that way.  We were running

6  significantly above due to the shots and the continued drive

7  of the COVID business.

8      Q     Well --

9      A     We couldn't project COVID.

10     Q     Well, these are how you project numbers.  I'm

11  simply saying this second column --

12     A     Yeah.

13     Q     -- says you projected to be all but three stores

14  in red?

15     A     Yeah, like, say, City Vista 2737, we expect to be

16  down 16, but we were actually down 52.

17     Q     Okay.

18     A     So when you look at projected and then you've

19  got --

20     Q     Sir, you can answer my question.  Let's stay on

21  the second column, okay?

22           I just want to be clear, Safeway looked at all of

23  these stores and said, all but three, we think, are going to

24  be down from last year?

25     A     Correct, yeah.

1     Q    Okay.

2          In fact, on that particular day, every store was

3  in the red?

4     A    Yes, correct, they were.

5     Q    Okay.

6          MR. CRISP:  Next page, please.

7          We can blow that up as well.

8          Thank you, ma'am.

9  BY MR. CRISP:

10    Q    Now, let's go with the actual ID again.

11         First column, that is, in fact, what y'all did in

12  terms of numbers?

13    A    Yes.

14    Q    And those numbers are pretty high, certainly in

15  comparison to what you would be the second column, right?

16    A    Use they were high but not running generally where

17  they would normally -- or where normally they were at that

18  time, but go ahead.

19    Q    So this is where I'm confused.  Projected ID is

20  where you expected that store to be, correct?

21    A    Correct.

22    Q    Let's go to Piney Branch.

23    A    Yeah.

24    Q    You expected that to be at 23.4 percent, right?

25    A    Yeah.  And it ran 42.

5689

1    Q    So not quite double but almost?

2    A    Yes.

3    Q    All right.

4         Every store, in fact, if you look at actual versus

5    projected, beat the projected IDs for that particular day?

6    A    Yes.

7    Q    Okay.

8         So the day after your sales were better than what

9    you projected for that particular day based on last

10   quarter's or last year's earnings?

11   A    Back to normal, back to more normal sales, yeah.

12        For the day before was significantly not normal.

13        This is more normal than where -- as we were

14   running.

15   Q    Projected IDs are not supposed to be normal, are

16   they?

17   A    Projected IDs are -- we try to get it close but

18   still give somebody to push, to keep driving obviously.

19   Q    So it sounds to me like what you're seeing is a

20   projected ID as something that's higher than normal that you

21   want them to shoot for?

22   A    Yeah.

23   Q    Okay.  So as I look at column 1, your numbers --

24   your actual IDs were higher than your projected costs?

25   A    Which is how they were running almost every other

5690

1    day except for 1/6.

2        Q    I understand you wanted to make a different sale

3    here but I'm asking a very simple question.  Your actual

4    ID --

5        A    I said yes.

6        Q    -- is higher than the projected normals than you

7    expected to make?

8        A    Yeah.

9        Q    You closed the store because of the mayor's order?

10       A    At 4:00, correct.  For the safety of our

11   employees.

12       Q    Roger.

13            You had no damage to any Safeway store based upon

14   those protesters?

15       A    I think we had one window broken at 923 and 4202.

16   Also, Columbia Road, I thought there was also a window

17   there.

18            There were people that gathered in front of 2808,

19   but nothing happened according to the cameras, no.

20            So two windows.

21            But sometimes in D.C., that's not unusual.

22       Q    No reason to believe it's anything other than just

23   a normal occurrence in D.C.?

24       A    It's a little weird.  It's about $1,200 for a

25   window.

1    Q    I'm not talking dollar amounts.  I'm saying you've

2  had broken windows in D.C. during non-times when there were

3  not protests, right?

4    A    Yeah, sure.

5    Q    And there was no indications that there was any

6  protesting going on around any of the Safeway stores in

7  question, right?

8         Were protesters standing outside of the Safeway?

9    A    No, we did not.  We had people, groups meet in

10  some of the stores and drive downtown.

11    Q    Okay.

12         And certainly increased revenue if they're in the

13  store purchasing things, would you agree?

14    A    I don't know if they came in.  I don't know that.

15    Q    Okay.  You don't know if they did, you don't know

16  if they didn't?

17    A    Correct.

18    Q    So you have no knowledge as to whether or not

19  there's any damages directly as a result of the protests to

20  the stores, right?

21    A    There was significant dollar damage, yes.

22    Q    I'm talking physical damage.

23    A    And product, yes.

24    Q    Okay.  None of your trucks were hijacked on the

25  way in?

5692

1      A    They didn't come in.

2      Q    Okay.

3      A    So they couldn't be hijacked.

4      Q    Before that day, nothing from Lancaster was

5   hijacked, right?

6      A    Correct.

7      Q    The next day on the 7th, your trucks got in from

8   Lancaster?

9      A    7th was fine, yeah.

10          MR. CRISP:  Thank you.

11          THE WITNESS:  Okay.  Sure.

12          MR. FISCHER:  No cross.

13          THE COURT:  Mr. Nestler, any redirect?

14          MR. NESTLER:  Just briefly, Your Honor.

15   Thank you.

16                        -  -  -

17                 REDIRECT EXAMINATION

18   BY MR. NESTLER:

19      Q    Mr. Tippett, on January 6th, Safeway closed its

20   stores because of the mayor's order and for the safety of

21   its employees; is that right?

22      A    That is correct, sir.

23      Q    And did Safeway make less money on January 6th

24   than it would have made otherwise?

25      A    Absolutely, yes.

5693

```
 1              MR. CRISP:  Objection; calls for speculation.
 2   That's a leading question and it's speculative.
 3              THE COURT:  Rephrase the question, please.
 4              MR. NESTLER:  Sure.
 5   BY MR. NESTLER:
 6       Q    On January 6th, did you make as much money at
 7   Safeway as you thought you were going to make?
 8       A    No, sir.
 9              MR. NESTLER:  Thank you.  No further questions.
10              THE COURT:  All right, Mr. Tippett, thank you,
11   sir, for your time and testimony.  You may step down.
12              MR. NESTLER:  Your Honor, the government calls
13   Graydon Young.
14              COURTROOM DEPUTY:  Please raise your right hand.
15              (Witness is placed under oath.)
16              COURTROOM DEPUTY:  Thank you.
17              THE COURT:  Hi, Mr. Young, welcome.  Feel free to
18   remove your mask, please.  Thank you.
19                          - - -
20   GRAYDON YOUNG, WITNESS FOR THE GOVERNMENT, SWORN
21                      DIRECT EXAMINATION
22                          - - -
23   BY MR. NESTLER:
24       Q    Good morning, sir.
25       A    Good morning.
```

1    Q    Can you please state and spell your name for us?

2    A    My name is Graydon Paul Young.  G-r-a-y-d-o-n,

3    P-a-u-l, Y-o-u-n-g.

4    Q    Mr. Young, what city and state do you live in?

5    A    I live in Englewood, Florida.

6    Q    And is Englewood a suburb of a different, larger

7    city?

8    A    Yes, sir.  It's close to Sarasota, which is close

9    to Tampa.

10    Q    What part of Florida is that, east coast or west

11    coast?

12    A    It's the west coast.

13    Q    And how old are you?

14    A    I'm 57.

15    Q    So, Mr. Young, have you served any time in the

16    military?

17    A    Yes, sir, I had three different attempts to serve

18    in the military.

19    Q    Why don't you walk us through.  What was your

20    first attempt to serve in the military?

21    A    When I was 18, I enlisted in the Army Reserve, but

22    then had a car accident and I was medically discharged.

23    Q    And what was your second attempt to enlist in the

24    military?

25    A    That's where I graduated college, I tried to

1   reenroll to go and get a master's and when I did that, I

2   tried to go into the Army ROTC, but then I couldn't get

3   class.  When I got back to school, I went to a six-week

4   camp, but then after that, I couldn't get in to classes so

5   I didn't finish.

6       Q    And was there a third attempt to get into the

7   military?

8       A    Yes, sir.  Then I -- when I was in my 30s, I went

9   into what's called NPSAC, "nipsac" program, worked for the

10  Navy, Non Prior Service Ascension Corps, so I served for

11  11 years and then reserves.

12      Q    And so what is the non-prior service ascension

13  corps?

14      A    Basically it's a route that the Navy provided for

15  people that didn't serve active duty to serve in the

16  reserves.

17      Q    And so did you actually serve in the reserves?

18      A    Yes, sir.

19      Q    What was your position?

20      A    I was an E3, IT 3, information technology 3, petty

21  officer third class.

22      Q    What kind of work does somebody in the Naval

23  Reserves do for 11 years?

24      A    Like any other reservists, we served one weekend a

25  month and then two weeks of active duty annually.

5696

```
1        Q    Was there training involved in that process?

2        A    Not a lot.  Not really.

3             I had one two-week stint in Great Lakes, but that

4   was it.

5        Q    Okay.

6             And you said you did some IT work with the

7   Naval Reserves; is that right?

8        A    Yes, sir.

9        Q    What is your profession?

10       A    I'm an IT professional, a software developer, and

11  a project manager.

12       Q    Let's talk about the fall of the year 2020, okay?

13  At that time, did you have a concealed carry permit?

14       A    Yes, sir.

15       Q    Why?

16       A    Mostly for personal protection.  But my dad was a

17  Marine, so I was kind of raised around firearms.  So I just

18  thought it was a personal duty, Second Amendment, that kind

19  of stuff.

20       Q    Did you own any firearms?

21       A    Yes, sir.

22       Q    Approximately how many?

23       A    Ten-ish.

24       Q    Were any AR-15-style rifles?

25       A    Two of those.
```

5697

1    Q    Now, in the fall of 2020, you said you were an IT

2    professional by training.  Were you working?

3    A    No, sir, not as an IT professional.

4    Q    Why not?

5    A    My wife and I -- actually, during my time in IT, I

6    kind of developed some problems with my back and sitting all

7    day.  So my wife and I started a preschool business, plus

8    she's an educator.  So -- and we had two small children.

9            And then we -- at the end of my IT career, I

10   started saving money to buy rental properties as a plan for

11   retirement and, you know...

12   Q    So aside from IT work, were you doing some sort of

13   managing of rental properties and things like that?

14   A    Yes, sir.  Yes, sir.

15   Q    How were you -- well, a career in managing rental

16   properties, does that fill your day?

17   A    Not at all.

18   Q    Why not?

19   A    Well, obviously, there's peaks and valleys in

20   things to do.  Sometimes you have renters that leave you a

21   big mess and you go clean up and there's some property

22   maintenance.  But generally speaking, most days there's

23   nothing to do.

24   Q    How did you fill your day?

25   A    Prior to the election, I -- exercising.  I liked

5698

```
1   to work out.  I was active in my kids' lives.  They were
2   wrestling and doing things like that.  So I did volunteer
3   stuff with them.
4            And I did help my wife sometimes in the preschool
5   and things like that, but --
6        Q    Did you actively follow the Presidential election
7   that year?
8        A    Yes, sir.
9        Q    Why?
10       A    I thought it was a special case.  I know there was
11  a lot of talk.  I used to subscribe a lot in social media,
12  in the news to the concept that Trump was different because
13  he wasn't a member of the establishment or whatever.  So I
14  just thought it was a special election and a special time.
15       Q    And who did you support in the election?
16       A    Trump.
17       Q    Shortly after the election in November of 2020,
18  how did you feel about the projected results of the
19  election?
20       A    I thought there was better than a 50/50 chance
21  that there was fraud.
22       Q    Now, what were you doing to fill your days in
23  November of 2020 that was different from prior to the
24  Presidential election?
25       A    Unfortunately, I was spending way too much time on
```

5699

```
 1   YouTube and Facebook.
 2       Q    Approximately how many hours a day do you think
 3   you were on YouTube and Facebook?
 4       A    Fluctuating between two and six.
 5       Q    And what kinds of things were you seeing on these
 6   platforms?
 7       A    There was a lot of -- I don't know what the right
 8   word is, but just information that was motivational for
 9   people on the right to be upset about the fraud.
10       Q    And how did it make you feel to watch these videos
11   for between two and six hours a day?
12       A    Yeah, I got really ginned up, and I was really
13   emotionally invested in what was going on.  And it really
14   started to, you know, cloud my judgment and modify my
15   priorities.
16       Q    In what way?
17       A    I used to be really into my family.
18       Q    And after the Presidential election, did that
19   change?
20       A    Yeah.
21       Q    In what way?
22       A    I became much more involved in what was going on
23   in national politics, and I really started focusing a lot
24   more on what I thought was happening in the country.
25       Q    Did there come a time in November of 2020 when you
```

1    attended a rally in support of President Trump in D.C.?

2         A    Yes, sir.  The Supreme Court march.

3         Q    And how did you come to attend that rally?

4         A    I rode up.  I had an old RV and -- my family had

5    an old RV.  And a friend of mine in Englewood and I rode up

6    to stay at my sister's house before going up.

7         Q    Did you think that your attendance at that rally

8    had accomplished anything?

9         A    No, not after it was over.

10        Q    And around this time, did you think that Congress

11   was paying attention to your marches and rallies and

12   protests?

13        A    No, sir.

14        Q    Did there come a time when you actually expressed

15   that feeling in words?

16        A    Multiple times, yes, sir.

17        Q    I'm going to pull up on the screen just for you,

18   Mr. Young, Exhibit 4659.

19        A    Oh, this?  Okay.

20        Q    Yeah.

21             Do you see that on the screen there in front of

22   you?

23        A    Yes, sir.

24             MR. NESTLER:  And if we can just scroll through a

25   couple of slides, Ms. Rohde, please.

5701

1    BY MR. NESTLER:

2        Q    Have you seen these messages before, Mr. Young?

3        A    Yes, sir.

4        Q    And do these appear to be messages in which you

5    were a participant on the Signal chat?

6        A    Yes, sir.

7            MR. NESTLER:  The government would move

8    Exhibit 4659 into evidence.

9            MS. HALLER:  No objection.

10            THE COURT:  4659 will be admitted.

11                            (Government's Exhibit 4659
                                received into evidence.)
12

13            MR. NESTLER:  If we could please go to the first

14    page, Ms. Rohde.

15            If we could publish to the jury.  Thank you.

16    BY MR. NESTLER:

17        Q    So on December 20th of 2020, do you see someone

18    named Ron Bass is posting in the "OK FL Hangout" chat?

19        A    Yes, sir.

20        Q    Were you a member of this Signal chat at

21    this time?

22        A    Yes, sir.

23        Q    And you see Ron Bass says, "The X factor here IMO

24    is the patriots of America putting a shot across the bow on

25    January 6.  We are the wildcard here and we need to play

```
 1   that card."
 2           Do you see that?
 3       A    Yes, sir.
 4       Q    And then if we go to the next slide, someone named
 5   GenX responded.  Who is GenX, Mr. Young?
 6       A    That's me, sir.
 7       Q    What did you say here in response to what Ron Bass
 8   said?
 9       A    I said, "Our side can't even slow them down.  See
10   above about GA."
11           MR. NESTLER:  And if we can go to next slide,
12   Ms. Rohde.
13   BY MR. NESTLER:
14       Q    What did you follow up with?
15       A    "Yeah, and so far they have successfully
16   suppressed and ignored our marches and protests.  Something
17   more is required."
18       Q    Can you explain why you wrote these words about
19   something more being required about them successfully
20   suppressing and ignoring your marches and protests?
21       A    I was aware, of course, about how the process
22   worked where there were steps for the approval process for
23   the election.  And I knew the January 6th was the last step
24   before the actual inauguration.  And things were --
25   obviously, it appeared to me things were just progressing
```

1   right along, and nobody was paying attention to the

2   allegations of fraud.  And it seemed to me that if anything

3   was going to happen in that regard, to slow it down and

4   people to pay attention, something had to be changed is what

5   happened.

6        Q    So marches and protests were being ignored; is

7   that fair?

8        A    Yes, sir.

9        Q    So when you said something more was required, what

10  were you referring to here on December 20th of 2020?

11       A    Of course, it was a long time ago so I don't

12  remember specifically exactly what I was thinking.

13            I honestly right now I don't even really know

14  exactly how to answer that.

15            But something more effective and more forceful

16  than just a protest.

17       Q    Let's rewind for a little bit to a couple of weeks

18  earlier in December of 2020.  Did there come a time when

19  signed up with the Oath Keepers?

20       A    Yes, sir.

21       Q    How did you learn about them?

22       A    My sister told me about them.

23       Q    And what's your sister's name?

24       A    Laura Steele.

25       Q    And what state does she live in?

5704

1    A    North Carolina.

2    Q    Why did you sign up with the Oath Keepers?

3    A    Kind of a going along with the theme that we're

4  talking about.  I felt like something needed to change or be

5  done, and I wanted to get involved.  And I felt like just

6  going to protests and doing things like that was

7  ineffective.  And I thought maybe an organization like

8  that -- and I read what they said on their website about who

9  they were after my sister told me about it.  And I thought

10  it might be an effective way to get involved.

11    Q    Did you pay money to join?

12    A    Yes, sir.

13    Q    And after you joined, were you vetted?

14    A    Yes, sir.

15    Q    Do you know what that entailed?

16    A    No, sir.

17    Q    Okay.

18        How did people within the Oath Keepers typically

19  communicate?

20    A    Initially, through a chat tool.

21        And then once you're established in those chat

22  tools, there were scheduled meetings and there were phone

23  conferences.

24    Q    Were these meetings live or only over the phone

25  and the Internet?

1        A    I think that there were live meetings that -- of

2    course, I joined the organization late in the life cycle of

3    all this, and I hadn't been in any of those yet.  But I

4    think those did happen.

5        Q    But you had not attended any?

6        A    Not at that time.

7        Q    You mentioned Signal.  Did you already have Signal

8    on your phone when you joined?

9        A    No, sir.

10        Q    After you joined, were you asked to download

11    Signal?

12        A    Yes, sir.

13        Q    Did you?

14        A    Yes, sir.

15        Q    And you indicated earlier your name was GenX; is

16    that right?

17        A    I think it's actually GenX Patriot.  I'm not sure

18    why only the GenX showed up there.

19        Q    Okay.

20             And when you were in the -- on Signal, were you in

21    an open chat, a Florida hangout chat?

22        A    I was in that, amongst others, yes, sir.

23        Q    And did there come a time when you got into a

24    vetted chat?

25        A    Yes, sir.

5706

1    Q    What did that mean when you moved from an open

2  chat to a vetted chat?

3    A    I would assume that I had gone through whatever

4  vetting process and I was accepted as not a risk in some

5  sense to the organization for privacy.

6    Q    When you joined up with the Oath Keepers, who did

7  you understand to be in charge of the organization

8  nationally?

9    A    Stewart Rhodes.

10    Q    And what about in Florida?

11    A    Gator 1.

12    Q    At the time you signed up, did you know who

13  Gator 1's name was?

14    A    No, sir.

15    Q    Have you since learned what it is?

16    A    Yes, sir.

17    Q    What's that?

18    A    Kelly Meggs.

19    Q    Was there somebody in the organization known as

20  Ahab?

21    A    Yes, sir.

22    Q    How would you consider yourself in relation to

23  Ahab?

24    A    I was immediately subordinate to him.

25    Q    And who do you understand Ahab's superior to be?

1        A    Speculating, it would be Gator 1.  I don't know

2   that for certain but that would --

3        Q    Was anyone underneath you?

4        A    No, sir.

5        Q    Did there come a time in December of 2020 when you

6   attended an event with Roger Stone?

7        A    Yes, sir.

8        Q    How did you get involved with that?

9        A    There was a posting on one of the chats, I think

10  the open one, asking for volunteers, and since I was early

11  in the organization, didn't know anybody, I thought

12  it would be a good way to meet people and get involved.

13       Q    What did you think about the fact that the

14  Oath Keepers were in some ways affiliated with Roger Stone?

15       A    Actually, my opinion on that evolved.  I didn't

16  really know who Roger Stone was or what he was about before

17  the event.  But then after I went, I wasn't really

18  impressed, to be honest, with Roger Stone.  So my opinion,

19  you know, was less after.

20       Q    Did you come to understand whether he had any

21  political power?

22       A    I don't think he has any political power.  I think

23  he thinks he does but, yeah.

24       Q    Did you have any experience with security prior to

25  attending this event with Roger Stone?

5708

1          A      No, sir.

2          Q      What were you supposed to be doing at this event?

3          A      Providing security.

4          Q      Why did you agree to go an event to provide

5   security if you didn't have any experience doing it?

6          A      That's a really good question.  I don't have a

7   great answer for it.  Like I said, I wanted to get involved

8   and that was the means through which to do it so I just kind

9   of went with the flow, I guess.

10              MR. NESTLER:  If we could show Mr. Young Exhibit

11   4804.1, please.

12   BY MR. NESTLER:

13          Q      Have you seen this photograph before, Mr. Young?

14          A      Yes, sir.

15          Q      And is this a fair and accurate copy of the

16   photograph that you observed from this event with

17   Roger Stone?

18          A      Yes, sir.

19              MR. NESTLER:  Move into evidence, Your Honor

20   4804.1.

21              MS. HALLER:  No objection, Your Honor.

22              THE COURT:  4804.1 will be admitted.

23                              (Government's Exhibit 4804.1
                                     received into evidence.)
24

25

```
1    BY MR. NESTLER:
2         Q    And, Mr. Young, if you could just tell us who is
3    the person in the middle with the tie?
4         A    That's Roger Stone.
5         Q    And then the person on the far right of the
6    photograph, who is that?
7         A    That's me.
8         Q    Do you recognize the person to Roger Stone's
9    right, our left?
10        A    I think that's Kelly Meggs' wife.
11        Q    Did you meet her that day?
12        A    Yes, sir.
13        Q    And the person immediately next to you with the
14   big beard, do you see that person?
15        A    Yes, sir.
16        Q    Did you meet him that day?
17        A    Yes, sir, I did.
18        Q    What do you understand his role to be?
19        A    Well, that day he was there obviously helping to
20   provide security.
21        Q    Did he tell you about his affiliation with
22   Kelly Meggs or the Oath Keepers?
23        A    Yes, sir.
24        Q    What did he say about it?
25        A    In the course of talking about that, he mentioned
```

1    that he was a weapons trainer, you know, he trained in the

2    use of weapons, and that he had performed in that role with

3    other Oath Keepers members.

4         Q    What did that mean for you?

5         A    I thought it was an opportunity for myself maybe

6    to get training.  And they happened to have mentioned

7    before, I don't remember the timeline for these things, I

8    get a little confused, but I think by then we had already

9    started talking about CPT groups and starting to train

10   locally and there might be a way to get more support for

11   that.

12        Q    And by train, you mean train with firearms?

13        A    Yes, sir.

14        Q    And you mentioned the CPT group.  Do you know what

15   CPT stands for?

16        A    No.  It's been told to me and I forget.

17        Q    Who was in charge of your group?

18        A    Ahab.

19        Q    Now, besides for Ahab, did anyone else in this

20   small group travel with you to D.C. eventually?

21             Let me ask it a different way.

22        A    Okay.

23        Q    Did you eventually come to D.C.?

24        A    Yes, sir.

25        Q    Did Ahab come to D.C.?

5711

```
 1        A    Yes, sir.

 2        Q    Did anyone else from your CPT group come to D.C.

 3   as far as you're aware?

 4        A    No.

 5        Q    Now, you had talked about communicating on Signal

 6   before; is that right?

 7        A    Yes, sir.

 8        Q    I'm going pull up on the screen for you Exhibit

 9   4653.

10             It should already be in evidence.

11             All right.  Well, anyway, a version of it perhaps.

12             Have you seen this email before?

13        A    Yes, sir.

14        Q    Is this an email that you received?

15        A    Yes, sir.

16             MR. NESTLER:  The government would move into

17   evidence 4653.

18             MS. HALLER:  No objection.

19             THE COURT:  4653 is admitted.

20                              (Government's Exhibit 4653

                                   received into evidence.)
21

22             MR. NESTLER:  And if we could highlight the top

23   portion, please, Ms. Rohde, that will be great.

24   BY MR. NESTLER:

25        Q    And you see that the email is to a Graydon P.
```

```
 1   Young at Gmail.  Do you see that?

 2        A     Yes, sir.

 3        Q     Is that your email address?

 4        A     Yes, sir, it is.

 5        Q     And who was the email from as it's listed here?

 6        A     John Willow.

 7        Q     And John Willow's email address is at ProtonMail;

 8   is that right?

 9        A     Yes, sir.

10        Q     Did you know -- who do you understand John Willow

11   to be?

12        A     Ahab.

13        Q     And what was it that Ahab wrote in the subject

14   line here?

15        A     "Test."

16        Q     And then what about in the body of the email?

17        A     "I believe we only need to do this when important

18   info is at hand like locations, identities, ops planning."

19              MR. NESTLER:  Then if we go to the second page,

20   please, Ms. Rohde.

21   BY MR. NESTLER:

22        Q     And is this a photograph of cursive handwriting?

23        A     Yes, sir.

24        Q     And had Ahab, using John Willow, send this to you

25   using email?
```

5713

```
 1          A     Yes, sir.
 2          Q     Had you had a meeting with Ahab on the phone prior
 3   to getting this email?
 4          A     Yes, sir.
 5          Q     And during that meeting, were there -- you see
 6   here it says "plans for recruitment and meetings"?
 7          A     Yes, sir.
 8          Q     Was that one of the topics discussed on the phone
 9   conference with Ahab?
10          A     Yes, sir.
11          Q     After that conference and getting this email from
12   Ahab, did you try to do any recruiting?
13          A     Yes.
14          Q     Why?
15          A     It was a goal of the organization to grow, you
16   know.
17          Q     Let's go to 4654.1, please.
18                And you indicated that you spent a lot of time on
19   Facebook around this time; is that right?
20          A     Yes, sir.
21          Q     Is this one of your Facebook posts?
22                Yes, sir.
23                MR. NESTLER:  The government would move into
24   evidence 4654.1.
25                MS. HALLER:  No objection.
```

```
1              THE COURT:  4651 -- I'm sorry, 4654.1 will be
2    admitted.
3                               (Government's Exhibit 4654.1
4                                 received into evidence.)
5              MR. NESTLER:  If we could just please zoom in
6    Ms. Rohde.
7    BY MR. NESTLER:
8        Q    And what is it that you posted here on Facebook on
9    December 19th of 2020?
10       A    "Please check out Oath Keepers as a means to get
11   more involved.  Recruiting is underway.  DM me if you want
12   more info."
13       Q    Did anybody respond to your recruitment effort?
14       A    No, sir.
15       Q    Are you aware of an organization known as the
16   Proud Boys?
17       A    Yes, sir.
18       Q    In December of 2020, what was your understanding
19   of who the Proud Boys were?
20       A    I want to say they were an organization similar to
21   Oath Keepers in terms of political affiliation.
22            My interpretation was that they were more like
23   offensive minded.  They were more, I guess, looked for the
24   conflict than be defensive and respond to the conflict like
25   I thought the Oath Keepers.
```

1          Q    Did you know anybody in the Proud Boys?

2          A    Yes, sir.

3          Q    And did there come a time when you had a

4    conversation with Kelly Meggs, OK Gator 1, about the

5    Proud Boys?

6          A    Yes, sir.

7          Q    How did that conversation go?

8          A    I initiated the conversation letting him know that

9    I knew somebody in the organization local in my hometown and

10   I thought it might be an effective means to coordinate with

11   that group or recruit.

12         Q    Why did you feel the need to reach out to

13   Kelly Meggs and tell him this?

14         A    I felt like it was just like I said.  Maybe it

15   might have been a way to supplement the recruitment.

16         Q    And did Meggs respond?

17         A    Yes, sir.

18         Q    What did he say?

19         A    He told me that it wasn't necessary, that he

20   already had connections at a higher level.

21         Q    What did you think about that?

22         A    I was surprised.  I didn't know that.  And I guess

23   I felt a little ineffective, I guess, in my own right, that

24   I guess I didn't have much to add, but...

25         Q    And earlier we talked about firearms training;

```
 1    is that correct?

 2        A    Yes, sir.

 3        Q    Did there come a time in December of 2020 when you

 4    attempted to get some additional firearms training?

 5        A    Yes, sir.

 6             MR. NESTLER:  If we could pull up on the screen,

 7    please, Ms. Rohde, 4655.

 8             And just the top section, if you want to zoom in.

 9    BY MR. NESTLER:

10        Q    Is this an email you sent about trying to arrange

11    firearms training?

12        A    Yes, sir.

13             MR. NESTLER:  Move into evidence, Your Honor,

14    4655.

15             MR. FISCHER:  No objection.

16             THE COURT:  4655 will be admitted.

17                                  (Government's Exhibit 4655
                                      received into evidence.)
18

19    BY MR. NESTLER:

20        Q    And so this is from your same Gmail address; is

21    that right?

22        A    Yes, sir.

23        Q    And who were you contacting here?

24        A    His name is Sean something.  He's the owner of

25    another firearms-training business that I researched
```

5717

1    training from.

2        Q    What did you write to this person?

3        A    I said, "Hello.  My wife, Stephanie, and I trained

4    with you not long ago.  Since then, I have joined

5    Oath Keepers.  I recommended your training to the team.  To

6    that effect, four of us would like to train with you,

7    specifically in your UTM rifle class."

8        Q    Why did you feel the need to tell this individual

9    that you had joined with the Oath Keepers?

10       A    I thought there could be a symbiotic relationship

11   built.  I thought that there's a lot of Oath Keepers that

12   want training.  And he was building a new business, and

13   I thought it could be good for both.

14       Q    You wrote that four of us would like training.

15   Why did you say "four of us"?

16       A    I wasn't thinking about the people in the CPT

17   group that I was in.

18       Q    Including with Ahab?

19       A    Yes, sir.

20       Q    Did this person ever respond to you?

21       A    No, sir.

22            MR. NESTLER:  We can pull that down, Ms. Rohde.

23   BY MR. NESTLER:

24       Q    So we talked about Signal a little while ago and

25   communicating on Signal; is that right?

```
 1              THE COURT:  Mr. Nestler, can I interrupt you.
 2   It's a little after 12:30, so why don't we take our lunch
 3   break.
 4              MR. NESTLER:  Yes, Your Honor.
 5              THE COURT:  Ladies and gentlemen, let's take our
 6   lunch break.  We'll resume at, let's say, 1:35.  Enjoy your
 7   lunch hour.  We'll see you when you return.
 8              Thank you, everyone.
 9              COURTROOM DEPUTY:  All rise.
10              (Jury exited the courtroom.)
11              THE COURT:  All right.  Mr. Young, you can step
12   down.  I'm just going to ask you not to discuss your
13   testimony with anyone during the lunch hour, okay?
14              THE WITNESS:  Thank you, sir.
15              THE COURT:  Thank you.
16              MR. NESTLER:  Just for scheduling, Your Honor,
17   we -- you can step down, Mr. Young.
18              We don't believe we have another witness after
19   Mr. Young available today, given all the scheduling changes
20   we were dealing with.  So I think he'll take us through most
21   of the day.  But just to alert the Court and other counsel,
22   depending on how long cross takes, we may be asking to break
23   a little early today for trick-or-treating and also because
24   we didn't have enough witnesses today.
25              THE COURT:  Okay.  All right.
```

5719

```
 1              MR. NESTLER:  Thank you.

 2              THE COURT:  All right.  Thank you, everyone.

 3    We'll see you after lunch.

 4              (Recess from 12:32 p.m. to 1:35 p.m.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 31, 2022_____    

       William P. Zaremba, RMR, CRR

**A JUROR: [1]** 5589/22
**BY MR. CRISP: [4]**
5628/21 5682/15
5686/15 5688/9
**BY MR. FISCHER: [1]**
5630/13
**BY MR. GEYER: [20]**
5609/20 5611/12
5612/15 5612/25
5613/16 5613/21
5614/5 5614/18
5615/15 5616/7
5616/11 5620/1 5620/8
5621/9 5621/19 5625/4
5625/18 5626/15
5627/6 5627/24
**BY MR. NESTLER:**
**[20]** 5666/18 5668/16
5669/8 5670/19
5671/20 5674/19
5692/18 5693/5
5693/23 5701/1
5701/16 5702/13
5708/12 5709/1
5711/24 5712/21
5714/7 5716/9 5716/19
5717/23
**BY MS. HALLER: [2]**
5605/3 5664/3
**BY MS. HUGHES: [34]**
5590/13 5593/5
5593/15 5594/15
5595/9 5595/15 5596/7
5596/18 5597/14
5598/4 5598/10
5598/24 5599/16
5599/23 5600/9
5600/20 5601/6
5601/18 5601/23
5604/9 5633/7 5633/23
5634/3 5634/23
5635/17 5636/2
5636/16 5637/3 5641/8
5641/15 5644/5 5656/1
5658/23 5661/24
**COURTROOM**
**DEPUTY: [13]** 5585/2
5589/3 5590/1 5590/3
5643/18 5643/20
5662/25 5663/12
5666/7 5666/9 5693/14
5693/16 5718/9
**MR. BRIGHT: [1]**
5586/1
**MR. CRISP: [13]**
5628/18 5633/1
5665/22 5668/12
5672/19 5672/21
5674/3 5682/12
5686/10 5686/13
5688/6 5692/10 5693/1
**MR. FISCHER: [6]**
5587/14 5588/4
5634/15 5665/23
5692/12 5716/15
**MR. GEYER: [18]**
5611/10 5612/24

5618/12 5618/21
5619/4 5619/13
5619/19 5619/21
5620/20 5621/5
5626/12 5626/23
5628/11 5628/14
5665/19 5682/10
**MR. LINDER: [6]**
5604/19 5642/16
5643/4 5662/23
5663/19 5682/7
**MR. NESTLER: [31]**
5666/5 5668/10 5669/6
5670/4 5671/17
5672/17 5673/21
5674/17 5682/5
5686/12 5692/14
5693/4 5693/9 5693/12
5700/24 5701/7
5701/13 5702/11
5708/10 5708/19
5711/16 5711/22
5712/19 5713/23
5714/5 5716/6 5716/13
5717/22 5718/4
5718/16 5719/1
**MS. HALLER: [16]**
5586/10 5586/13
5586/16 5587/11
5604/7 5604/22
5609/14 5663/23
5665/15 5673/11
5673/24 5682/9 5701/9
5708/21 5711/18
5713/25
**MS. HUGHES: [70]**
5586/24 5587/18
5588/22 5588/24
5589/16 5593/3
5593/12 5594/13
5595/4 5595/13 5596/1
5596/5 5596/13
5596/17 5597/8
5597/13 5597/22
5598/8 5598/22
5599/13 5600/3 5600/7
5600/15 5600/18
5601/3 5601/15
5604/17 5612/18
5613/7 5613/24 5615/9
5618/10 5618/13
5618/16 5618/25
5619/10 5620/5 5621/3
5621/16 5625/2
5625/12 5627/1
5627/21 5633/15
5633/20 5634/13
5634/19 5634/22
5635/13 5635/16
5635/22 5635/25
5636/12 5636/15
5637/1 5641/4 5641/7
5641/11 5641/14
5642/14 5642/22
5643/12 5655/20
5655/23 5658/21
5661/17 5661/23

5665/25
**THE COURT: [88]**
5585/20 5586/6
5586/12 5587/12
5588/9 5588/23 5589/1
5589/5 5589/18
5589/24 5590/4 5590/6
5604/8 5604/18
5604/21 5609/17
5611/1 5611/4 5612/21
5613/3 5613/8 5613/13
5614/2 5615/10 5619/2
5619/5 5619/8 5619/11
5619/14 5619/20
5619/23 5620/6 5621/1
5621/4 5621/17 5625/3
5625/13 5626/7 5626/9
5626/21 5627/2
5627/22 5628/9
5628/16 5630/10
5633/4 5634/16
5642/15 5642/19
5642/23 5643/7
5643/11 5643/16
5643/21 5662/21
5663/2 5663/9 5663/14
5663/21 5665/18
5665/21 5665/24
5666/1 5666/10
5668/13 5673/19
5673/22 5673/25
5674/8 5674/16 5682/6
5682/8 5682/11
5692/13 5693/3
5693/10 5693/17
5701/10 5708/22
5711/19 5714/1
5716/16 5718/1 5718/5
5718/11 5718/15
5718/25 5719/2
**THE WITNESS: [18]**
5590/5 5590/8 5609/16
5620/18 5625/16
5626/8 5626/14
5628/12 5633/3
5633/22 5643/6
5643/10 5643/24
5665/17 5666/4
5666/13 5692/11
5718/14

**$**
**$1,200 [1]** 5690/24

**'**
**'distressed [1]** 5610/11

**0**
**08077 [1]** 5581/9
**0826 [1]** 5581/14

**1**
**1's [1]** 5706/13
**1/6 [1]** 5690/1
**1/6/21 [2]** 5669/5
5669/12
**10 [1]** 5585/8
**10 seconds [1]** 5599/4

**1072 [1]** 5661/18
**1078.2 [5]** 5597/9
5599/3 5641/5 5655/21
5661/18
**1092.1 [2]** 5600/4
5601/8
**1093.1 [1]** 5595/5
**11 [5]** 5660/14 5667/16
5671/10 5680/12
5695/23
**11 years [1]** 5695/11
**11:00 [2]** 5671/11
5671/13
**11:14 a.m [1]** 5663/8
**11:15 [1]** 5662/22
**11:30 [1]** 5662/23
**11:34 a.m [1]** 5663/8
**12 [5]** 5660/14 5667/20
5675/17 5675/23
5681/8
**12:30 [1]** 5718/2
**12:32 p.m [1]** 5719/4
**14 [1]** 5677/25
**1460 [1]** 5580/12
**15 [4]** 5579/4 5585/5
5591/12 5633/11
**16 [2]** 5667/9 5687/16
**1662 [2]** 5593/14
5593/18
**17110 [1]** 5580/15
**18 [2]** 5645/7 5694/21
**18th [3]** 5607/1 5610/4
5630/18
**19th [1]** 5714/9
**1:00 [1]** 5647/6
**1:35 [1]** 5718/6
**1:35 p.m [1]** 5719/4
**1st [1]** 5669/21

**2**
**2,794 [1]** 5680/10
**20 [4]** 5579/7 5645/2
5645/3 5651/6
**20001 [1]** 5582/5
**20036 [1]** 5581/5
**2006 [1]** 5581/8
**202 [3]** 5579/18 5581/5
5582/5
**2020 [12]** 5696/12
5697/1 5698/17
5698/23 5699/25
5701/17 5703/10
5703/18 5707/5 5714/9
5714/18 5716/3
**2021 [15]** 5592/2
5592/22 5607/1 5610/4
5630/18 5645/14
5645/23 5667/18
5667/21 5669/21
5670/7 5670/11
5670/13 5676/5 5681/7
**2022 [2]** 5579/5 5720/7
**20579 [1]** 5579/17
**20th [2]** 5701/17
5703/10
**21 [2]** 5669/5 5669/12
**21061-3065 [1]**

**214 [2]** 5580/5 5580/9
**22-15 [2]** 5579/4
5585/5
**23 [2]** 5667/9 5667/13
**23.4 [1]** 5688/24
**24 [1]** 5671/8
**25-pound [1]** 5625/22
**252-7277 [1]** 5579/18
**252-9900 [1]** 5580/5
**2615 [1]** 5581/5
**27 [1]** 5600/16
**27.9 [1]** 5680/10
**2737 [1]** 5687/15
**28 [2]** 5678/5 5680/2
**2800 [1]** 5680/3
**2808 [1]** 5690/18
**2:31 [1]** 5670/7

**3**
**30 [3]** 5672/7 5677/10
5677/16
**300 [1]** 5581/13
**3006 [1]** 5670/5
**302 [2]** 5586/17
5617/16
**3065 [1]** 5581/14
**30s [1]** 5695/8
**31 [2]** 5579/5 5720/7
**318 [1]** 5580/12
**3249 [1]** 5582/5
**3300 [2]** 5580/3 5580/7
**333 [1]** 5582/4
**3510.1 [4]** 5668/6
5668/11 5668/13
5668/14
**3510.2 [4]** 5671/18
5672/13 5672/18
5686/12
**352-2615 [1]** 5581/5
**354-3249 [1]** 5582/5
**36 [4]** 5613/8 5613/10
5613/13 5613/14
**38 [4]** 5620/22 5621/1
5621/4 5621/7
**39 [1]** 5626/21
**3:30 [2]** 5671/15
5671/16
**3:45 [2]** 5667/24
5668/2

**4**
**4031 [1]** 5580/15
**410 [1]** 5581/14
**412-4676 [1]** 5580/16
**42 [1]** 5688/25
**42-second [1]** 5613/18
**4202 [1]** 5690/15
**43 [2]** 5667/12 5672/10
**43-year [1]** 5674/21
**44th [1]** 5672/10
**4651 [1]** 5714/1
**4653 [4]** 5711/9
5711/17 5711/19
5711/20
**4654 [1]** 5713/17
5713/24 5714/1 5714/3
**4655 [4]** 5716/7

5722

**4**

**4655... [3]** 5716/14
5716/16 5716/17
**4659 [4]** 5700/18
5701/8 5701/10
5701/11
**4676 [1]** 5580/16
**4804.1 [4]** 5708/11
5708/20 5708/22
5708/23
**487-1460 [1]** 5580/12
**4:00 [6]** 5668/4
5669/12 5671/2
5671/13 5681/7
5690/10
**4:30 [1]** 5668/4

**5**

**50 [4]** 5640/14 5640/16
5671/14 5698/20
**50 percent [1]** 5671/16
**50/50 [1]** 5698/20
**52 [1]** 5687/16
**57 [1]** 5694/14
**5708 [1]** 5581/9
**5:00 [1]** 5589/21
**5th [6]** 5634/7 5634/11
5634/25 5635/11
5636/20 5643/2

**6**

**601 [2]** 5579/17 5581/3
**607-5708 [1]** 5581/9
**6725.2 [1]** 5657/21
**6:00 [8]** 5669/5 5669/5
5669/10 5669/10
5669/13 5670/1
5670/10 5670/10
**6:45 [1]** 5592/5
**6th [26]** 5592/1
5592/22 5607/2 5610/5
5630/22 5630/23
5643/2 5645/14
5645/23 5667/21
5670/7 5670/10
5670/13 5673/14
5675/22 5676/5
5677/22 5678/8
5678/14 5679/2
5679/25 5681/7
5692/19 5692/23
5693/6 5702/23

**7**

**7.P.1 [10]** 5592/13
5594/14 5597/25
5598/2 5598/9 5600/18
5600/22 5600/24
5601/5 5601/9
**7.P.I [1]** 5605/13
**700 [2]** 5580/4 5580/8
**71301 [1]** 5580/11
**717 [1]** 5580/16
**720-7777 [1]** 5580/9
**7277 [1]** 5579/18
**7310 [1]** 5581/13
**75219 [2]** 5580/4
5580/8

**787-0826 [1]** 5581/14
**7:00 [1]** 5669/13
**7th [5]** 5670/11
5673/13 5673/18
5692/7 5692/9

**8**

**8025 [3]** 5633/16
5634/14 5634/17
**819 [1]** 5580/11
**856 [1]** 5581/9
**8:00 [4]** 5645/25
5662/11 5662/14
5678/16

**9**

**900 [1]** 5581/4
**923 [1]** 5690/15
**9900 [1]** 5580/5
**9:00 [3]** 5645/25
5662/11 5662/15
**9:30 [1]** 5579/6

**A**

**a.m [10]** 5579/6
5645/25 5645/25
5663/8 5663/8 5669/5
5669/10 5669/13
5670/10 5678/16
**ability [1]** 5685/3
**able [9]** 5591/24
5624/11 5650/10
5651/2 5660/6 5660/10
5670/15 5673/8 5681/8
**about [77]** 5585/25
5592/9 5604/6 5608/6
5608/9 5609/23
5613/18 5615/7
5623/16 5628/9
5630/21 5630/22
5636/9 5636/11 5637/4
5637/10 5637/11
5639/5 5640/1 5640/8
5640/14 5640/16
5642/25 5645/7
5645/20 5646/14
5655/18 5661/2 5661/3
5662/22 5665/12
5665/13 5667/21
5667/25 5668/7
5670/21 5671/15
5671/21 5673/4
5674/12 5675/13
5676/13 5677/10
5677/25 5680/8 5681/7
5682/20 5684/1
5684/14 5690/24
5696/12 5698/18
5699/9 5702/10
5702/18 5702/19
5702/21 5703/21
5703/22 5704/4 5704/8
5704/9 5706/10
5707/13 5707/16
5709/21 5709/24
5709/25 5710/9 5711/5
5712/16 5715/4

**5716/10 5717/16
5717/24
above [8]** 5631/25
5656/16 5657/17
5672/5 5676/20 5687/6
5702/10 5720/4
**above-titled [1]** 5720/4
**Absolutely [3]** 5672/14
5678/16 5692/25
**acceptable [1]** 5587/12
**accepted [1]** 5706/4
**access [2]** 5632/11
5647/17
**accident [1]** 5694/22
**accomplished [1]**
5700/8
**according [1]** 5690/19
**accosted [3]** 5602/18
5603/4 5603/6
**accounts [1]** 5612/3
**accurate [7]** 5610/12
5610/20 5610/21
5629/9 5634/10
5672/24 5708/15
**achieve [1]** 5672/1
**across [5]** 5648/16
5657/8 5657/16
5660/24 5701/24
**active [3]** 5695/15
5695/25 5698/1
**actively [1]** 5698/6
**activities [2]** 5612/5
5636/24
**actual [10]** 5675/6
5675/8 5675/21
5678/24 5686/16
5688/10 5689/4
5689/24 5690/3
5702/24
**actually [21]** 5588/9
5598/8 5611/5 5647/19
5652/13 5657/20
5658/24 5677/8
5677/15 5678/5
5678/15 5678/18
5679/19 5685/7 5686/1
5687/16 5695/17
5697/5 5700/14
5705/17 5707/15
**add [2]** 5673/11
5715/24
**additional [4]** 5633/8
5653/9 5664/13 5716/4
**address [4]** 5652/24
5712/3 5712/7 5716/20
**addresses [2]** 5668/21
5668/23
**adequate [2]** 5672/21
5674/5
**adjacent [1]** 5594/6
**adjust [1]** 5646/19
**admit [1]** 5634/13
**admitted [19]** 5584/3
5584/10 5592/13
5593/13 5597/10
5600/4 5613/13 5621/4
5622/1 5626/17 5627/3

**5668/13 5701/10
5708/22 5711/19
5714/2 5716/16
advance [5]** 5676/12
5676/23 5677/21
5677/22 5678/7
**advantage [1]** 5683/12
**advised [3]** 5610/9
5610/17 5631/17
**affect [5]** 5603/16
5604/1 5672/9 5684/17
5685/3
**affects [1]** 5672/2
**affiliated [1]** 5707/14
**affiliation [2]** 5709/21
5714/21
**after [34]** 5592/8
5596/15 5606/20
5607/2 5610/5 5620/9
5627/12 5630/21
5630/22 5638/23
5638/24 5639/2
5639/18 5650/22
5670/20 5677/16
5678/14 5679/2 5681/7
5683/17 5689/8 5695/4
5698/17 5699/18
5700/9 5704/9 5704/13
5705/10 5707/17
5707/19 5713/11
5718/2 5718/18 5719/3
**afternoon [2]** 5667/24
5669/21
**Afterward [1]** 5623/14
**again [25]** 5593/9
5594/16 5596/2 5596/6
5596/19 5598/2 5600/4
5600/19 5612/3 5619/6
5624/7 5632/25
5634/24 5639/16
5641/4 5641/9 5641/10
5641/16 5642/11
5650/22 5659/1
5659/19 5661/7 5685/2
5688/10
**against [2]** 5676/2
5685/22
**agent [14]** 5602/14
5602/15 5643/12
5643/21 5644/12
5644/18 5647/12
5652/11 5655/21
5662/10 5663/2 5663/9
5663/17 5666/1
**agents [13]** 5608/18
5610/6 5610/9 5610/12
5610/17 5610/20
5611/8 5611/13
5629/12 5646/20
5647/14 5648/23
5650/16
**ago [4]** 5683/15
5703/11 5717/4
5717/24
**agree [6]** 5588/4
5588/9 5628/6 5684/17
5691/13 5708/4

**5706/23 5710/18
5710/19 5710/25
5712/12 5712/13
5712/24 5713/2 5713/9
5713/12 5717/18
Ahab's [1]** 5706/25
**ahead [4]** 5594/1
5595/16 5595/18
5688/18
**ahold [1]** 5655/10
**aided [1]** 5582/7
**AL [1]** 5579/6
**Albertsons [1]** 5667/1
**alert [1]** 5718/21
**Alexandra [2]** 5579/15
5585/9
**Alexandria [3]** 5580/11
5585/9
**alikes [1]** 5617/4
**all [72]** 5585/2 5585/3
5585/18 5585/18
5585/24 5586/9 5587/1
5588/23 5589/7
5597/10 5597/11
5602/1 5602/2 5609/15
5609/16 5613/13
5614/15 5619/16
5622/10 5627/2
5628/16 5630/10
5633/9 5637/14 5638/9
5638/12 5643/11
5645/22 5646/13
5647/16 5648/2
5649/15 5650/1 5651/2
5654/10 5660/10
5662/16 5662/23
5662/25 5663/14
5665/15 5665/16
5665/24 5667/16
5669/12 5674/14
5675/5 5677/19 5679/6
5680/21 5680/24
5681/22 5683/2
5685/20 5686/4 5686/5
5686/21 5687/2
5687/13 5687/22
5687/23 5689/3
5693/10 5697/6
5697/17 5705/3
5711/11 5718/9
5718/11 5718/19
5718/25 5719/2
**all right [6]** 5609/16
5630/10 5663/14
5674/14 5677/19
5690/10
**all-out [1]** 5602/2
**allegations [1]** 5703/2
**alley [1]** 5617/24
**allow [2]** 5591/22
5634/16
**allowed [11]** 5607/16
5607/22 5611/14
5611/19 5616/17
5617/4 5617/9 5617/24
5629/13 5640/5
5681/11
**allowing [1]** 5640/3

**almost [4]** 5606/2
5639/21 5689/1
5689/25
**along [3]** 5613/19
5703/1 5704/3
**already [7]** 5592/12
5600/4 5657/21 5705/7
5710/8 5711/10
5715/20
**also [24]** 5595/10
5603/4 5603/14
5608/16 5609/22
5610/17 5611/13
5626/5 5631/6 5631/11
5631/16 5643/8
5659/24 5664/10
5664/13 5672/2
5673/12 5676/15
5681/18 5683/14
5684/3 5690/16
5690/16 5718/23
**although [1]** 5672/5
**always [2]** 5623/18
5624/23
**am [5]** 5589/24
5592/17 5620/11
5623/11 5654/11
**Amendment [1]**
5696/18
**AMERICA [3]** 5579/4
5585/5 5701/24
**AMIT [2]** 5579/9 5585/3
**Amit P. Mehta [1]**
5585/3
**amongst [1]** 5705/22
**amount [2]** 5651/13
5667/8
**amounts [1]** 5691/1
**angry [2]** 5610/10
5610/14
**animations [1]**
5618/11
**annotation [2]** 5618/16
5620/24
**annotations [1]**
5612/19
**annually [1]** 5695/22
**another [11]** 5598/16
5602/10 5614/12
5617/3 5617/7 5620/21
5621/11 5650/23
5671/15 5716/25
5718/18
**answer [5]** 5625/14
5625/15 5687/20
5703/14 5708/7
**antagonistic [5]**
5661/4 5661/14
5661/16 5662/4 5662/8
**anticipate [1]** 5586/17
**anticipates [1]** 5587/5
**anxiety [1]** 5649/21
**any [59]** 5586/21
5587/9 5587/15
5587/18 5588/11
5588/16 5589/12
5598/5 5601/13 5602/4

5604/10 5604/20
5605/24 5606/5
5612/19 5615/2
5615/16 5618/1
5618/10 5621/2 5636/5
5636/8 5636/23
5636/24 5640/23
5647/16 5654/4
5654/14 5661/7
5661/10 5661/13
5662/6 5662/7 5665/24
5670/17 5673/1
5680/13 5680/16
5683/11 5684/16
5690/13 5691/5 5691/6
5691/19 5692/13
5694/15 5695/24
5696/20 5696/24
5705/3 5705/5 5707/20
5707/22 5707/24
5708/5 5713/12
**anybody [7]** 5589/19
5603/22 5639/23
5671/10 5707/11
5714/13 5715/1
**anyone [12]** 5599/6
5600/23 5601/7 5602/4
5641/19 5654/13
5660/5 5663/5 5707/3
5710/19 5711/2
5718/13
**anything [11]** 5599/20
5599/24 5654/4 5660/5
5661/14 5662/7
5683/12 5683/13
5690/22 5700/8 5703/2
**anyway [2]** 5655/5
5711/11
**anywhere [1]** 5667/9
**apologies [1]** 5593/21
5596/6 5633/20
**apologize [1]** 5586/1
**appear [7]** 5597/18
5600/12 5601/8
5601/10 5606/2 5622/9
5701/4
**APPEARANCES [4]**
5579/13 5579/20
5580/17 5581/16
**appeared [3]** 5598/25
5639/21 5702/25
**appears [7]** 5598/15
5598/17 5612/19
5614/20 5620/18
5621/22 5675/7
**appreciate [1]** 5628/15
**appreciative [1]**
5610/2
**approaches [1]**
5615/21
**appropriate [5]** 5588/3
5588/10 5588/19
5588/20 5674/4
**approval [1]** 5702/22
**approximately [6]**
5592/5 5661/7 5671/14
5676/6 5696/22 5699/2

**AR-15-style [1]**
5696/24
**are [105]** 5585/24
5586/9 5587/1 5589/16
5590/20 5591/11
5592/16 5592/20
5595/2 5595/16
5596/12 5596/19
5596/23 5596/24
5596/24 5597/5
5597/15 5597/18
5597/23 5598/5
5598/13 5599/1 5605/9
5605/21 5606/10
5614/23 5615/4
5615/18 5615/18
5616/4 5616/12 5618/8
5618/19 5624/5
5624/17 5627/25
5629/22 5629/23
5634/24 5635/6
5636/19 5639/17
5640/9 5641/16
5641/19 5641/21
5641/24 5641/25
5642/5 5643/8 5644/14
5645/8 5646/13
5648/12 5649/16
5651/2 5651/23
5652/14 5652/17
5654/4 5654/6 5654/13
5654/17 5655/1
5659/11 5659/11
5661/25 5662/3
5664/10 5664/16
5665/8 5666/1 5667/10
5668/19 5668/21
5668/25 5672/25
5672/25 5673/9
5674/12 5675/1 5675/2
5675/2 5675/8 5675/17
5675/20 5675/21
5675/23 5676/17
5676/19 5679/6
5679/14 5679/21
5679/21 5679/23
5685/17 5687/10
5687/23 5688/14
5689/15 5689/15
5689/17 5694/13
5701/25 5714/15
**area [20]** 5593/11
5593/18 5594/1
5608/12 5609/10
5617/5 5617/12 5629/6
5629/6 5629/24 5630/4
5630/6 5639/24
5648/17 5649/25
5655/7 5656/2 5657/23
5659/24 5665/1
**areas [4]** 5646/16
5651/15 5683/14
5686/4
**arguing [1]** 5659/6
**arm [4]** 5621/22 5622/2
5622/2 5624/12
**armed [3]** 5603/13

**armor [1]** 5625/22
**arms [1]** 5605/21
**Army [2]** 5694/21
5695/2
**around [21]** 5592/8
5605/19 5608/25
5623/10 5625/24
5630/25 5646/17
5647/5 5647/6 5648/24
5649/5 5650/7 5667/24
5667/24 5672/7
5677/15 5680/19
5691/6 5696/17
5700/10 5713/19
**arrange [1]** 5716/10
**array [1]** 5624/12
**as [78]** 5589/9 5593/13
5603/5 5616/23 5617/9
5618/18 5618/25
5622/23 5623/24
5624/19 5626/19
5627/16 5629/2 5629/8
5629/25 5641/1
5645/18 5646/18
5648/2 5648/12 5650/5
5650/15 5650/15
5652/6 5652/21
5653/20 5654/3 5655/5
5655/14 5656/16
5656/16 5657/9 5659/7
5661/14 5664/7 5665/8
5667/18 5669/23
5669/23 5669/25
5670/2 5670/2 5670/6
5672/6 5676/4 5676/20
5676/20 5679/12
5679/12 5680/2 5681/1
5681/1 5681/1 5681/2
5681/13 5681/14
5683/6 5685/25 5686/3
5686/3 5687/2 5688/7
5689/13 5689/20
5689/23 5691/18
5691/19 5693/6 5693/7
5697/3 5697/10 5706/4
5706/19 5711/3 5711/3
5712/5 5714/10
5714/15
**ascension [2]** 5695/10
5695/12
**aside [2]** 5677/5
5697/12
**ask [34]** 5587/14
5588/10 5588/20
5589/18 5590/7 5592/9
5595/6 5595/23
5599/19 5601/19
5611/1 5611/5 5611/7
5613/18 5613/25
5618/10 5618/11
5619/16 5619/17
5625/3 5625/7 5625/16
5626/9 5627/22 5639/5
5642/17 5643/22
5645/20 5652/11
5655/18 5663/4
5666/11 5710/21

**asked [7]** 5620/11
5633/9 5636/7 5637/4
5637/10 5639/9
5705/10
**asking [7]** 5620/12
5635/19 5635/20
5654/12 5690/3
5707/10 5718/22
**asserted [1]** 5670/12
**assessment [2]** 5673/5
5673/6
**assigned [5]** 5634/25
5644/18 5645/17
5646/3 5648/4
**assignment [2]**
5647/13 5655/10
**assist [10]** 5599/6
5599/9 5604/10 5618/6
5642/12 5645/17
5647/22 5647/24
5649/6 5649/11
**assistance [7]** 5601/12
5602/5 5604/15
5627/17 5632/21
5642/9 5661/11
**assisted [2]** 5648/7
5648/8
**assisting [1]** 5645/19
**associate [1]** 5627/8
**associated [2]** 5664/10
5664/16
**ASSOCIATES [1]**
5580/14
**assume [3]** 5587/20
5673/19 5706/3
**assuming [1]** 5622/18
5647/5
**Astros [3]** 5585/25
5586/5 5586/7
**ATF [1]** 5608/17
**att.net [1]** 5580/12
**attacked [1]** 5597/4
**attempt [3]** 5694/20
5694/23 5695/6
**attempted [3]** 5659/12
5659/14 5716/4
**attempts [1]** 5694/17
**attend [1]** 5700/3
**attendance [1]** 5700/7
**attended [3]** 5700/1
5705/5 5707/6
**attending [1]** 5707/25
**attention [4]** 5654/14
5700/11 5703/1 5703/4
**attire [1]** 5610/18
**ATTORNEY'S [1]**
5579/16
**attract [1]** 5658/11
**audio [2]** 5613/25
5614/2
**August [2]** 5607/9
5627/11
**available [2]** 5647/12
5718/19
**Avenue [5]** 5580/3
5580/7 5581/3 5582/4
5616/16

**A**

average [4] 5682/24
5682/25 5683/6
5683/22
avoid [3] 5588/11
5588/21 5651/9
aware [6] 5616/12
5646/5 5646/9 5702/21
5711/3 5714/15
away [3] 5622/3 5681/1
5681/23

**B**

back [55] 5585/21
5585/23 5589/6 5589/9
5592/17 5592/19
5594/13 5595/13
5595/20 5596/21
5597/25 5598/3 5598/8
5598/22 5601/5
5601/15 5603/3
5619/23 5620/3 5623/3
5624/13 5628/7
5637/15 5637/22
5637/23 5639/21
5647/21 5648/9
5648/17 5648/24
5649/5 5650/5 5650/7
5650/7 5650/10
5650/13 5650/15
5655/5 5659/15 5660/2
5660/4 5660/5 5660/7
5663/10 5664/22
5664/24 5685/1 5685/8
5686/11 5689/11
5689/11 5695/3 5697/6
backs [1] 5606/11
backstairs [2] 5648/9
5648/15
backward [1] 5603/1
bad [4] 5652/9 5672/11
5679/12 5680/5
ball [1] 5598/17
BARRETT [2] 5580/3
5582/4
barricaded [1] 5655/2
barricades [2] 5646/16
5647/9
barring [1] 5589/12
bars [1] 5668/18
based [10] 5615/4
5616/12 5671/25
5674/4 5676/17
5682/21 5683/3 5684/7
5689/9 5690/13
basement [2] 5650/24
5651/18
bases [1] 5679/22
basically [4] 5603/10
5624/22 5630/21
5695/14
basis [3] 5672/23
5680/3 5680/10
Bass [3] 5701/18
5701/23 5702/7
bathroom [1] 5639/9
be [104] 5587/6

5589/5 5589/14
5591/23 5591/23
5594/12 5598/15
5598/17 5600/12
5601/8 5601/10
5605/25 5612/3
5613/22 5613/22
5613/25 5614/11
5614/20 5621/22
5622/9 5623/23 5625/1
5625/1 5625/10 5627/2
5633/20 5634/16
5642/9 5647/7 5647/14
5651/14 5651/15
5652/8 5652/9 5654/1
5654/5 5655/14 5656/7
5656/8 5656/9 5657/15
5659/22 5660/4 5660/4
5663/14 5668/4
5668/13 5669/12
5669/14 5670/9
5670/25 5672/10
5672/11 5673/8 5674/5
5674/10 5674/13
5674/16 5675/7
5678/19 5679/12
5679/15 5684/19
5685/3 5686/18
5686/25 5687/3
5687/13 5687/15
5687/22 5687/24
5688/15 5688/20
5688/24 5689/15
5692/3 5699/9 5699/17
5701/4 5701/10 5703/4
5704/4 5704/10 5706/7
5706/25 5707/1
5707/12 5707/18
5708/2 5708/22
5709/18 5710/10
5711/10 5711/23
5712/11 5714/1
5714/24 5715/10
5716/16 5717/10
5717/13 5718/22
beard [1] 5709/14
bearing [1] 5598/14
beat [2] 5679/16
5689/5
beating [2] 5676/18
5684/7
became [2] 5646/9
5699/22
because [45] 5602/20
5603/19 5606/16
5612/2 5617/15 5618/4
5619/6 5630/15
5630/15 5649/15
5651/5 5651/6 5651/14
5652/1 5652/2 5652/7
5654/5 5656/24
5657/12 5658/8
5658/11 5658/15
5659/21 5659/24
5670/11 5673/12
5673/13 5673/14
5676/1 5678/12

5680/20 5681/14
5683/15 5684/3 5684/4
5685/15 5685/24
5686/3 5686/6 5690/9
5692/20 5698/12
5718/23
become [1] 5646/5
becoming [1] 5646/15
been [36] 5589/8
5592/12 5593/13
5594/10 5594/17
5597/10 5600/4
5600/10 5602/20
5604/14 5608/4
5621/25 5623/5
5626/16 5628/25
5644/22 5644/25
5651/3 5651/7 5653/3
5657/21 5662/14
5667/11 5667/12
5672/22 5672/24
5673/1 5674/2 5676/4
5677/5 5679/25
5680/13 5680/19
5705/3 5710/16
5715/15
before [30] 5579/9
5586/11 5594/22
5600/10 5609/4 5609/7
5609/7 5612/22
5618/11 5621/10
5622/22 5624/20
5623/4 5638/23
5643/17 5656/6
5672/12 5674/21
5683/22 5685/4
5689/12 5692/4 5700/6
5701/2 5702/24
5707/16 5708/13
5710/7 5711/6 5711/12
beginning [5] 5595/14
5595/20 5596/5 5604/6
5634/20
behalf [5] 5604/19
5662/20 5663/19
5665/19 5682/7
behind [15] 5593/9
5617/5 5622/11 5627/7
5640/20 5648/9
5653/16 5656/9
5656/15 5656/23
5680/11 5681/13
5682/2 5682/2 5684/6
being [24] 5586/21
5597/3 5602/18 5603/4
5603/6 5603/16
5609/23 5610/5
5610/24 5615/8
5617/21 5619/3
5619/12 5622/2
5627/12 5631/4
5632/16 5633/25
5648/25 5667/25
5681/25 5684/6
5702/19 5703/6
believe [10] 5627/20
5627/25 5628/3

5673/8 5674/4 5690/22
5712/17 5718/18
believed [1] 5624/14
belong [1] 5635/4
below [4] 5593/11
5638/13 5638/13
5647/2
Ben [1] 5615/25
Bench [5] 5586/15
5611/3 5618/15
5642/21 5672/20
Berwick [1] 5581/8
besides [1] 5710/19
best [3] 5616/13
5625/6 5655/5
betrayal [2] 5623/13
5624/25
better [4] 5585/22
5684/20 5689/8
5698/20
between [12] 5617/10
5618/1 5624/9 5625/21
5645/24 5661/5 5667/9
5670/6 5671/12
5673/15 5699/4
5699/11
beverage [1] 5647/20
Beyond [1] 5634/15
big [3] 5656/19
5697/21 5709/14
bike [1] 5670/16
bit [11] 5591/1 5603/23
5612/2 5643/16
5644/13 5646/20
5652/12 5683/25
5684/6 5685/9 5703/17
black [6] 5668/18
5668/22 5669/1 5679/7
5679/10 5679/15
block [1] 5629/13
blocking [1] 5632/11
blood [1] 5675/1
blow [1] 5688/7
body [4] 5605/19
5625/22 5635/6
5712/16
body-worn [1] 5635/6
Boehner [1] 5645/13
bombs [1] 5646/21
bonus [3] 5672/2
5672/9 5676/22
bonuses [1] 5676/17
both [1] 5717/13
bottom [2] 5632/12
5632/19
bought [1] 5647/20
bow [1] 5701/24
Bowser [1] 5670/8
Boys [4] 5714/16
5714/19 5715/1 5715/5
Bradford [3] 5581/7
5581/10 5585/15
Branch [3] 5677/23
5679/25 5688/22
brave [1] 5610/1
breach [2] 5647/8
5653/8

broached [1] 5651/3
break [7] 5643/15
5643/17 5662/21
5663/5 5718/3 5718/6
5718/22
breathing [1] 5649/22
briefly [1] 5692/14
BRIGHT [3] 5580/3
5580/7 5585/11
bring [9] 5592/12
5593/12 5595/5
5600/18 5605/12
5633/15 5635/9 5641/4
5681/1
broader [1] 5587/7
broken [2] 5690/15
5691/2
brought [2] 5586/22
5591/24
building [13] 5581/4
5604/16 5609/8
5642/13 5650/5 5651/3
5651/10 5651/15
5652/6 5652/7 5652/19
5652/20 5717/12
buildings [3] 5648/11
5648/17 5650/21
built [1] 5717/11
bulk [1] 5651/17
bump [1] 5685/3
Burnie [1] 5581/14
business [14] 5624/22
5626/3 5673/19
5673/23 5673/25
5674/1 5674/5 5674/6
5674/9 5684/24 5687/7
5697/7 5716/25
5717/12
buy [3] 5586/2 5647/3
5697/10

**C**

C-h-a-r-l-e-s [1]
5666/23
Caldwell [3] 5581/12
5585/8 5585/17
call [8] 5626/21
5626/22 5638/25
5650/16 5664/14
5668/2 5669/17
5670/20
called [4] 5586/25
5588/1 5610/19 5695/9
calling [3] 5586/17
5586/18 5650/13
calls [5] 5589/17
5643/12 5666/5 5693/1
5693/12
calm [1] 5616/2
calming [3] 5622/9
5622/12 5622/14
cam [1] 5614/11
came [9] 5597/1
5639/11 5651/20
5656/14 5656/14
5660/7 5661/15 5686/1
5691/14
camera [1] 5635/6

**cameras [1]** 5690/19
**camp [1]** 5695/4
**cams [2]** 5614/7
5614/9
**can [76]** 5586/13
5589/9 5589/10
5592/12 5592/24
5595/24 5596/1
5597/11 5599/20
5600/16 5600/25
5605/12 5610/16
5611/1 5611/6 5612/12
5612/16 5612/17
5612/21 5612/22
5613/4 5613/18 5614/3
5617/6 5618/22 5619/2
5619/5 5619/16
5619/16 5619/17
5619/23 5620/9
5621/13 5621/14
5621/14 5622/8
5623/21 5625/14
5625/15 5625/16
5626/21 5627/7
5629/10 5633/17
5633/18 5635/16
5635/22 5635/25
5637/1 5641/7 5643/6
5644/12 5658/21
5663/9 5666/10
5672/16 5674/13
5677/15 5679/12
5680/2 5680/2 5684/5
5684/20 5685/3
5686/11 5686/13
5687/20 5688/7 5694/1
5700/24 5702/11
5702/18 5717/22
5718/1 5718/11
5718/17
**can't [5]** 5611/7 5615/5
5615/18 5641/17
5702/9
**candy [1]** 5647/3
**cannot [2]** 5618/18
5628/9
**cap [3]** 5598/17
5631/24 5632/5
**Capitol [52]** 5590/21
5590/23 5591/5 5591/7
5591/9 5591/10
5591/12 5592/7
5592/18 5592/20
5596/22 5597/2 5602/7
5608/13 5614/6
5623/18 5633/12
5633/13 5635/6
5638/10 5644/15
5644/17 5645/1 5645/4
5645/24 5646/2 5646/6
5646/10 5646/17
5648/10 5649/6
5649/10 5649/16
5650/3 5650/8 5650/10
5650/10 5650/12
5650/14 5650/15
5650/20 5652/21

5662/13 5669/5
5670/13 5676/1 5676/4
5676/7 5678/11
**Capitol Hill [3]** 5676/1
5676/4 5676/7
**Capitol Police [6]**
5590/21 5590/23
5635/6 5644/15
5644/17 5645/4
**Captain [2]** 5615/25
5694/22
**car [2]** 5670/16
**card [1]** 5702/1
**career [6]** 5623/2
5623/21 5645/7
5674/21 5697/9
5697/15
**Carolina [1]** 5704/1
**carried [1]** 5608/22
**carries [1]** 5614/14
**carry [2]** 5603/15
5696/13
**carving [1]** 5589/23
**case [5]** 5585/4 5586/4
5647/13 5672/3
5698/10
**cases [1]** 5626/4
**cause [1]** 5673/1
**cell [1]** 5635/8
**center [2]** 5621/21
5636/8
**CERT [2]** 5653/21
5653/25
**certain [5]** 5615/1
5618/20 5646/5 5653/5
5707/2
**certainly [7]** 5588/6
5671/25 5673/3
5684/19 5685/15
5688/14 5691/12
**Certified [1]** 5582/3
**certify [1]** 5720/2
**CH [1]** 5582/4
**chamber [11]** 5594/8
5594/11 5594/12
5646/24 5647/2
5647/10 5647/11
5647/17 5647/22
5647/24 5648/1
**chambers [3]** 5647/8
5647/16 5664/14
**chance [1]** 5698/20
**chandelier [2]** 5657/7
5665/1
**change [4]** 5612/7
5626/1 5699/19 5704/4
**changed [2]** 5597/16
5703/4
**changes [1]** 5718/19
**chaotic [1]** 5638/17
**charge [2]** 5706/7
5710/17
**Charles [1]** 5666/22
**chat [10]** 5701/5
5701/18 5701/20
5704/20 5704/21
5705/21 5705/21

**chats [1]** 5707/9
**check [5]** 5653/20
5656/25 5659/18
5660/7 5714/10
**cheek [1]** 5620/3
**chest [1]** 5603/15
**children [1]** 5697/8
**China [1]** 5681/1
**chunk [1]** 5669/7
**Cinnaminson [1]**
5581/9
**circle [2]** 5592/25
5594/2
**circled [1]** 5593/4
**circles [1]** 5653/2
**circular [1]** 5640/15
**circumstances [1]**
5610/3
**citing [1]** 5637/15
**city [4]** 5669/24
5687/15 5694/4 5694/7
**citywide [2]** 5669/11
5670/8
**civil [2]** 5670/12
5674/11
**clarification [1]**
5588/13
**clarify [2]** 5628/24
5630/15
**class [4]** 5590/24
5695/3 5695/21 5717/7
**classes [1]** 5695/4
**clean [1]** 5697/21
**clear [11]** 5586/19
5587/4 5618/23
5630/16 5650/3
5653/23 5654/8 5655/4
5660/9 5686/18
5687/22
**cleared [1]** 5650/2
**clearing [1]** 5654/2
5654/3
**clearly [4]** 5596/10
5602/1 5622/8 5661/2
**client [2]** 5626/5
5628/7
**client's [1]** 5628/10
**clinics [1]** 5686/4
**clip [5]** 5598/3 5598/5
5613/18 5617/12
5661/21
**clips [1]** 5604/3
**close [11]** 5603/19
5623/19 5668/3
5669/15 5669/20
5670/22 5671/16
5681/2 5689/17 5694/8
5694/8
**closed [8]** 5667/25
5669/12 5669/22
5671/1 5671/10
5685/16 5690/9
5692/19
**closer [4]** 5644/13
5647/5 5647/15
5652/12
**closest [1]** 5621/21

**clothes [1]** 5602/10
5602/12
**cloud [1]** 5699/14
**clue [2]** 5627/10
5636/10
**coast [3]** 5694/10
5694/11 5694/12
**cognizant [1]** 5603/18
**colleague [1]** 5636/18
**colleagues [2]** 5603/6
5604/14
**collect [1]** 5649/25
**college [1]** 5694/25
**colors [1]** 5636/4
**COLUMBIA [6]** 5579/1
5667/19 5670/8 5670/9
5670/18 5690/16
**column [15]** 5675/15
5677/2 5677/6 5677/18
5678/7 5678/24 5679/6
5679/13 5686/16
5686/25 5687/11
5687/21 5688/11
5688/15 5689/23
**columns [1]** 5675/2
**come [25]** 5588/8
5591/14 5599/25
5600/2 5619/23 5640/5
5641/17 5641/17
5660/2 5663/9 5681/4
5681/25 5692/1
5699/25 5700/3
5700/14 5703/18
5705/23 5707/5
5707/20 5710/23
5710/25 5711/2 5715/3
5716/3
**comes [1]** 5586/11
5587/3 5681/5
**comfortable [2]** 5590/6
5666/12
**coming [5]** 5640/18
5656/16 5656/17
5656/23 5685/7
**command [4]** 5635/21
5636/8 5636/10
5646/12
**common [3]** 5622/19
5633/10 5633/12
**communicate [1]**
5704/19
**communicating [3]**
5654/12 5711/5
5717/25
**communications [1]**
5646/12
**companion [1]**
5673/13
**compared [1]** 5678/9
**comparing [1]** 5679/17
**comparison [1]**
5688/15
**competitor [1]** 5683/11
**complete [1]** 5661/17
**completely [4]** 5622/16
5624/8 5668/4 5684/1
**completeness [1]**

**complied [1]** 5593/2
**compute [1]** 5678/15
**computer [1]** 5582/7
**computer-aided [1]**
5582/7
**computes [1]** 5679/3
**concealed [1]** 5696/13
**concept [2]** 5698/12
**conceptions [1]**
5626/1
**conclude [1]** 5672/24
**conclusion [1]**
5591/24
**conclusory [1]**
5673/18
**conduct [1]** 5603/16
**conference [13]**
5586/15 5611/3
5618/15 5642/21
5654/9 5654/16 5655/2
5659/25 5668/2
5670/20 5672/20
5713/9 5713/11
**conferences [1]**
5704/23
**conflation [1]** 5624/9
**conflict [2]** 5714/24
5714/24
**confront [1]** 5611/6
**confused [2]** 5688/19
5710/8
**confusing [1]** 5612/2
**confusion [3]** 5625/9
5625/20 5642/25
**Congress [5]** 5591/9
5602/20 5648/7
5650/23 5700/10
**connect [1]** 5627/19
**connection [1]**
5674/11
**connections [1]**
5715/20
**consider [1]** 5706/22
**consistent [6]** 5598/6
5599/1 5600/23 5601/9
5622/3 5656/2
**Constitution [2]**
5582/4 5648/16
**contacting [1]** 5716/23
**context [1]** 5587/7
**continue [3]** 5589/10
5589/11 5663/16
**continued [4]** 5580/1
5581/1 5582/1 5687/6
**continuously [1]**
5595/8
**control [1]** 5652/20
**conversation [6]**
5659/6 5662/4 5662/8
5715/4 5715/7 5715/8
**coonskin [3]** 5598/15
5631/24 5632/5
**coordinate [1]** 5715/10
**copy [2]** 5634/10
5708/15
**corps [2]** 5695/10
5695/13

**correct [87]** 5593/7
5593/8 5594/4 5594/19
5594/24 5597/7 5597/7
5600/11 5605/18
5605/23 5606/1 5606/9
5606/11 5606/12
5606/17 5607/7 5607/9
5607/25 5608/13
5608/14 5608/18
5608/19 5608/21
5608/24 5608/25
5611/25 5612/1 5614/7
5622/17 5623/11
5625/7 5629/3 5629/16
5629/23 5629/25
5630/1 5630/18
5630/24 5631/4 5631/5
5631/9 5631/13
5631/18 5631/20
5631/23 5632/22
5636/22 5638/6 5642/4
5642/6 5653/11
5653/13 5654/18
5654/19 5658/17
5662/9 5664/7 5664/14
5664/23 5668/20
5668/21 5670/23
5676/1 5677/4 5678/2
5678/5 5678/6 5678/10
5678/13 5679/5
5679/20 5680/7
5683/20 5684/2
5686/17 5686/20
5687/1 5687/25 5688/4
5688/20 5688/21
5690/10 5691/17
5692/6 5692/22 5716/1
5720/3
**corridor [1]** 5656/6
**costs [1]** 5689/24
**could [90]** 5587/6
5588/6 5590/16
5592/24 5592/25
5593/12 5593/17
5594/13 5594/25
5595/4 5595/6 5595/13
5595/20 5596/5
5596/10 5596/13
5596/17 5597/8
5597/13 5597/22
5597/23 5597/25
5598/3 5598/11
5598/13 5598/22
5599/13 5599/17
5600/3 5600/15
5600/18 5601/5
5601/15 5602/1
5606/15 5620/2
5620/12 5620/21
5621/5 5625/6 5625/10
5633/9 5633/15
5634/19 5634/22
5635/13 5636/15
5641/4 5641/11
5642/11 5644/8 5646/9
5647/3 5648/10 5651/9
5651/18 5655/5 5655/6

5655/13 5655/25
5655/23 5655/25
5656/16 5657/20
5658/5 5658/21
5659/25 5660/22
5661/17 5661/19
5661/23 5666/21
5668/17 5669/6 5672/8
5673/2 5674/17
5676/25 5677/11
5677/12 5684/19
5701/13 5701/15
5708/10 5709/2
5711/22 5714/5 5716/6
5717/10 5717/13
**Could you [1]** 5666/21
**couldn't [9]** 5629/14
5661/1 5665/13 5670/1
5681/17 5687/9 5692/3
5695/2 5695/4
**counsel [4]** 5607/8
5612/22 5613/6
5718/21
**count [1]** 5654/13
**country [1]** 5699/24
**couple [5]** 5630/14
5655/8 5659/23
5700/25 5703/17
**courageous [1]**
5609/25
**course [8]** 5606/22
5672/3 5677/12
5685/16 5702/21
5703/11 5705/2
5709/25
**court [12]** 5579/1
5582/2 5582/3 5588/25
5611/11 5619/22
5634/7 5635/1 5643/5
5674/15 5700/2
5718/21
**courtroom [5]** 5585/18
5589/4 5663/1 5663/13
5718/10
**covered [2]** 5612/6
5625/12
**COVID [14]** 5652/2
5672/4 5672/6 5677/10
5677/13 5684/18
5685/12 5685/15
5685/20 5685/22
5686/1 5687/4 5687/7
5687/9
**CPT [5]** 5710/9
5710/14 5710/15
5711/2 5717/16
**CR [1]** 5579/4
**crap [1]** 5658/9
**create [2]** 5640/4
5681/19
**crews [1]** 5669/14
**Criminal [1]** 5585/4
**crisis [5]** 5591/15
5591/15 5591/17
5591/17 5591/23
**Crisp [9]** 5580/14
5580/14 5585/16
5586/3 5586/5 5628/17

5682/18
**crisplegal.com [1]**
5580/16
**critical [1]** 5676/19
**Crockett [2]** 5631/23
5632/5
**cross [16]** 5583/4
5587/21 5605/2
5609/19 5628/20
5629/11 5630/12
5635/5 5663/11
5663/16 5664/2
5665/23 5674/13
5682/14 5692/12
5718/22
**cross-examination [10]**
5587/21 5605/2
5609/19 5628/20
5630/12 5635/5
5663/16 5664/2
5674/13 5682/14
**crowd [5]** 5646/15
5646/15 5651/10
5656/18 5657/13
**CRR [2]** 5720/2 5720/8
**crushing [1]** 5677/9
**Crypt [25]** 5593/11
5597/1 5611/20
5612/10 5615/17
5616/13 5616/20
5617/9 5630/1 5630/3
5630/5 5630/6 5631/2
5632/7 5637/5 5638/8
5638/9 5638/23 5639/3
5639/6 5639/19
5640/12 5640/18
5640/24 5640/25
**CS [1]** 5623/3
**curfew [4]** 5669/4
5669/11 5670/9
5670/14
**current [1]** 5644/16
**cursive [1]** 5712/22
**cycle [1]** 5705/2

# D

**D-a-v-i-d [1]** 5644/11
**D-u-n-n [1]** 5590/19
**D.C [30]** 5579/5
5579/17 5581/5 5582/5
5667/15 5667/16
5667/20 5667/20
5669/4 5669/11
5669/12 5669/16
5669/18 5669/24
5670/22 5671/3
5675/24 5675/25
5680/21 5681/8
5681/14 5686/3
5690/21 5690/23
5691/2 5700/1 5710/20
5710/23 5710/25
5711/2
**dad [1]** 5696/16
**daily [4]** 5672/15
5674/22 5674/23
5676/25

**Dallas [2]** 5580/4
5580/8
**damage [3]** 5690/13
5691/21 5691/22
**damaged [1]** 5673/2
**damages [1]** 5691/19
**danger [1]** 5588/20
**data [5]** 5674/5
5676/10 5677/5
5678/12 5680/12
**date [2]** 5607/3 5720/7
**dated [1]** 5617/7
**David [7]** 5581/12
5585/17 5602/14
5602/15 5643/13
5644/2 5644/11
**David Lazarus [2]**
5643/13 5644/11
**Davy [2]** 5631/23
5632/5
**day [81]** 5579/7 5587/2
5587/7 5587/19
5587/20 5589/11
5592/4 5592/7 5592/9
5604/14 5606/5
5608/18 5608/21
5608/24 5612/6 5612/7
5614/7 5616/21
5622/22 5623/1 5625/6
5625/10 5625/20
5635/3 5638/15
5638/17 5642/12
5645/16 5645/17
5645/21 5646/18
5651/24 5653/6
5662/11 5662/16
5665/9 5665/11
5665/13 5667/22
5669/13 5671/11
5671/22 5675/22
5676/13 5676/13
5676/23 5676/24
5677/15 5677/16
5677/21 5678/16
5680/17 5681/13
5681/19 5681/22
5681/25 5682/1 5682/2
5684/24 5684/25
5685/1 5685/2 5685/2
5686/19 5688/2 5689/5
5689/8 5689/9 5689/12
5690/1 5692/4 5692/7
5697/7 5697/16
5697/24 5699/2
5699/11 5709/11
5709/16 5709/19
5718/21
**days [5]** 5589/7
5673/13 5681/14
5697/22 5698/22
**dealing [2]** 5673/17
5718/20
**debt [1]** 5609/22
**December [2]** 5701/17
5703/10 5703/18
5707/5 5714/9 5714/18
5716/3
**decide [1]** 5669/20

**decided [3]** 5617/20
5668/22 5670/22
**decision [2]** 5669/15
**decontaminated [3]**
5610/25 5631/4
5632/16
**Defendant [15]** 5580/2
5580/13 5581/2 5581/7
5581/11 5585/5 5585/6
5585/7 5585/7 5585/8
5585/12 5585/13
5585/15 5585/16
5585/17
**DEFENDANT'S [3]**
5584/3 5613/14 5621/7
**defendants [7]** 5579/7
5585/18 5586/20
5587/4 5587/10
5588/13 5618/13
**defendants' [1]**
5618/17
**defense [9]** 5587/24
5588/5 5588/7 5588/10
5588/18 5613/10
5620/22 5626/19
5627/17
**defensive [1]** 5714/24
**definitively [1]** 5615/18
**denies [2]** 5611/6
5611/8
**department [5]**
5591/14 5591/16
5614/14 5635/8
5676/19
**depending [3]** 5667/9
5681/14 5718/22
**derived [1]** 5673/4
**describe [5]** 5598/11
5598/13 5621/20
5646/9 5660/22
**described [1]** 5661/14
**describing [2]** 5632/1
5632/7
**designated [2]**
5655/14 5670/15
**detail [7]** 5644/23
5645/9 5645/18
5645/19 5646/3
5652/25 5661/1
**detailed [2]** 5623/24
5645/8
**details [1]** 5648/4
**deteriorating [1]**
5646/10
**determination [1]**
5615/5
**determine [1]** 5622/6
**developed [1]** 5697/6
**developer [1]** 5696/10
**dialogue [1]** 5661/5
**did [158]**
**did you [19]** 5592/4
5592/6 5637/11
5637/14 5637/22
5637/24 5645/22
5646/5 5647/24
5653/14 5653/14
5656/11 5667/25

**did you... [6]** 5693/6 5697/24 5707/8 5708/4 5710/23 5713/12

**didn't [28]** 5603/22 5604/1 5607/6 5611/7 5611/8 5612/7 5614/2 5614/8 5617/23 5619/5 5624/25 5625/5 5627/19 5628/13 5643/2 5643/14 5649/4 5681/19 5691/16 5692/1 5695/5 5695/15 5707/11 5707/15 5708/5 5715/22 5715/24 5718/24

**die [3]** 5674/25 5685/6 5685/8

**dies [1]** 5685/9

**difference [1]** 5612/3

**different [16]** 5602/4 5608/2 5609/3 5625/21 5628/1 5630/4 5640/9 5640/11 5661/3 5675/17 5690/2 5694/6 5694/17 5698/12 5698/23 5710/21

**difficult [1]** 5651/5

**digit [1]** 5675/17

**direct [16]** 5583/4 5586/23 5587/6 5587/8 5587/24 5588/6 5588/8 5588/11 5588/21 5590/11 5642/17 5644/3 5660/8 5666/16 5667/8 5693/21

**directive [2]** 5669/18 5669/23

**directly [10]** 5587/25 5594/1 5594/7 5595/16 5595/18 5646/2 5656/8 5657/5 5657/8 5691/19

**directors [1]** 5676/19

**discharged [1]** 5694/22

**disclose [1]** 5675/5

**discovered [1]** 5646/22

**discovery [1]** 5673/16

**discuss [3]** 5642/20 5663/4 5718/12

**discussed [1]** 5713/8

**disorder [2]** 5670/12 5674/11

**displays [1]** 5587/20

**dispute [1]** 5618/24

**distance [4]** 5603/23 5614/22 5614/23 5640/4

**distorted [1]** 5626/2

**distracted [1]** 5652/23

**distressed [1]** 5610/14

**distressing [1]** 5622/15

**district [15]** 5579/1 5579/1 5579/10 5667/6 5667/7 5667/12 5667/14 5667/15

5670/18 5671/7 5672/15 5680/25 **Division [1]** 5645/5 **DM [2]** 5676/20 5714/11 **DNC [1]** 5646/22 **do [106]** 5586/13 5589/23 5591/17 5591/18 5592/14 5592/15 5595/1 5598/5 5599/24 5600/12 5600/22 5603/5 5606/14 5609/11 5609/12 5610/5 5610/8 5610/9 5611/14 5613/2 5615/21 5615/23 5618/1 5619/8 5619/11 5622/10 5625/6 5626/22 5627/11 5627/15 5630/15 5632/3 5635/18 5637/6 5638/14 5638/16 5638/17 5639/7 5640/23 5641/1 5643/14 5643/15 5647/18 5647/23 5654/21 5654/22 5655/1 5655/15 5657/9 5658/24 5659/1 5659/1 5660/5 5660/6 5665/12 5666/24 5667/2 5667/7 5669/22 5671/14 5671/15 5671/23 5671/24 5674/25 5675/1 5675/3 5675/18 5676/25 5677/11 5678/14 5678/17 5678/22 5678/23 5679/8 5679/9 5679/25 5680/1 5680/6 5681/15 5682/24 5683/1 5684/20 5684/21 5684/22 5684/22 5685/18 5694/4 5695/23 5697/20 5697/23 5699/2 5700/21 5701/4 5701/17 5702/2 5704/15 5706/25 5708/8 5709/8 5709/14 5709/18 5710/14 5712/1 5712/10 5712/17 5713/12 **do you [12]** 5606/14 5610/5 5610/9 5611/14 5613/2 5622/10 5627/11 5635/18 5637/6 5641/1 5655/1 5666/24 **do you have [2]** 5609/11 5619/8 **Do you know [1]** 5710/14 **do you recognize [3]** 5592/14 5615/21 5709/8 **do you remember [1]**

**do you see [7]** 5598/5 5675/3 5675/18 5679/8 5702/2 5709/14 5712/1 **do you understand [3]** 5706/25 5709/18 5712/10 **document [2]** 5672/13 5674/10 **documented [1]** 5637/16 **does [27]** 5587/8 5587/23 5588/18 5589/19 5597/18 5601/7 5608/8 5614/11 5624/16 5626/8 5638/18 5647/11 5667/2 5667/7 5667/14 5671/12 5671/21 5671/24 5673/18 5676/9 5676/12 5679/10 5680/24 5695/22 5697/16 5703/25 5707/23 **doesn't [5]** 5586/4 5635/6 5684/4 5685/8 5685/9 **doing [14]** 5602/16 5625/5 5648/22 5649/21 5650/22 5651/2 5666/14 5672/16 5697/12 5698/2 5698/22 5704/6 5708/2 5708/5 **dollar [3]** 5686/2 5691/1 5691/21 **dollars [1]** 5675/9 **don't [52]** 5585/25 5586/6 5587/16 5588/7 5589/22 5589/23 5596/3 5604/19 5607/11 5607/13 5610/14 5614/13 5615/1 5615/17 5622/5 5622/9 5627/8 5627/15 5628/3 5630/15 5636/6 5640/1 5642/24 5651/7 5654/4 5654/4 5658/12 5660/4 5660/5 5662/21 5672/21 5673/1 5673/8 5674/3 5675/5 5676/7 5682/24 5684/4 5691/14 5691/14 5691/15 5691/15 5694/19 5699/7 5703/11 5703/13 5707/1 5707/22 5708/6 5710/7 5718/2 5718/18 **done [3]** 5642/12 5643/8 5704/5 **door [5]** 5588/5 5588/18 5593/10 5658/24 5660/4 **doors [3]** 5632/15 5647/16 5654/4 **dot [1]** 5594/5 **double [1]** 5689/1 **doubt [1]** 5674/12

5605/17 5606/16 5607/17 5607/23 5608/9 5611/20 5616/13 5616/14 5617/9 5620/10 5622/10 5622/12 5622/14 5625/25 5629/9 5629/14 5630/7 5632/15 5637/1 5639/14 5639/23 5640/4 5641/19 5641/22 5641/24 5642/2 5642/2 5642/7 5642/10 5643/9 5647/16 5647/25 5648/9 5648/15 5649/15 5650/1 5656/9 5658/22 5663/3 5666/2 5669/5 5669/24 5672/4 5678/5 5680/8 5683/17 5684/1 5686/18 5687/16 5687/11 5687/24 5693/11 5702/9 5703/3 5717/22 5718/12 5719/4 **download [1]** 5705/10 **downstairs [8]** 5612/9 5616/19 5616/24 5617/9 5617/22 5624/10 5632/6 5647/1 **downtown [1]** 5691/10 **dozen [2]** 5597/5 5671/3 **dozens [4]** 5596/11 5596/23 5596/24 5604/4 **dressed [4]** 5616/22 5617/9 5636/23 5651/25 **Drew [1]** 5610/6 **drink [1]** 5650/2 **drive [4]** 5581/8 5686/5 5687/6 5691/10 **driving [2]** 5685/15 5689/18 **drove [2]** 5686/2 5686/7 **dry [1]** 5682/2 **due [3]** 5677/9 5687/4 5687/6 **Dunn [57]** 5586/25 5588/10 5588/21 5589/17 5590/19 5590/10 5590/19 5590/25 5592/1 5592/14 5593/6 5593/16 5595/1 5595/21 5596/8 5599/5 5599/18 5603/13 5604/3 5605/4 5608/20 5609/21 5612/22 5619/6 5621/10 5626/19 5626/20 5626/23 5627/2 5627/4 5628/15 5629/2 5630/14 5633/8 5642/11 5642/15

5655/16 5656/3 5656/7 5656/9 5656/15 5656/16 5657/2 5659/1 5659/2 5659/5 5660/7 5660/16 5660/23 5660/24 5661/6 5661/8 5661/11 5662/1 5665/2 **Dunn's [1]** 5656/19 **during [14]** 5602/16 5606/5 5623/14 5623/16 5632/19 5646/14 5653/6 5655/15 5663/5 5670/14 5691/2 5697/5 5713/5 5718/13 **duty [10]** 5592/1 5592/4 5603/15 5645/14 5645/22 5646/1 5662/11 5695/15 5695/25 5696/18 **duty-carry [1]** 5603/15

**E**

**E3 [1]** 5695/20 **each [7]** 5603/2 5671/22 5671/22 5678/8 5678/15 5679/3 5679/3 **earlier [2]** 5608/23 5678/9 5678/12 5703/18 5705/15 5715/25 **earliest [1]** 5671/10 **early [6]** 5589/19 5611/13 5669/25 5671/15 5707/10 5718/23 **earnings [2]** 5672/12 5689/10 **earpiece [1]** 5646/11 **east [2]** 5625/25 5694/10 **east coast [1]** 5694/10 **eat [1]** 5647/1 **EBITDA [4]** 5676/17 5684/5 5684/9 5684/12 **Edgar [3]** 5666/6 5666/15 5666/22 **Edgar Tippett [1]** 5666/6 **educator [1]** 5697/8 **Edward [3]** 5580/10 5585/8 5585/11 **Edwards [2]** 5579/16 5585/10 **edwardtarpley [1]** 5580/12 **effect [2]** 5638/3 5717/6 **effective [4]** 5670/9 5703/15 5704/10 5715/10 **effects [1]** 5624/4 **effort [5]** 5642/25 5655/15 5660/17 5661/8 5714/13

**E**

**efforts [2]** 5656/11
5662/16

**election [10]** 5661/3
5697/25 5698/6
5698/14 5698/15
5698/17 5698/19
5698/24 5699/18
5702/23

**element [1]** 5674/10
**elicit [2]** 5587/8 5611/9
**eliciting [3]** 5587/5
5587/16 5588/7
**ELMER [3]** 5579/6
5580/2 5585/6
**else [3]** 5639/23
5710/19 5711/2
**elucidated [1]** 5673/4
5697/18
**email [27]** 5578/10
5579/19 5580/5 5580/9
5580/12 5580/16
5581/6 5581/10
5581/15 5667/25
5668/2 5668/7 5668/9
5668/25 5669/3 5669/9
5711/12 5711/14
5711/25 5712/3 5712/5
5712/7 5712/16
5712/25 5713/3
5713/11 5716/10
**emotion [2]** 5587/19
5612/5
**emotional [2]** 5587/22
5587/25
**emotionally [1]**
5699/13
**Empire [1]** 5581/13
**employed [5]** 5590/20
5644/14 5644/25
5667/11 5667/12
**employees [4]** 5669/23
5670/22 5690/11
5692/21
**empty [2]** 5668/4
5678/11
**encounter [2]** 5602/7
5655/15
**end [7]** 5595/23
5601/21 5652/8
5652/14 5653/24
5655/1 5697/9
**ended [1]** 5640/3
**energy [1]** 5649/15
**enforcement [3]**
5591/21 5591/25
5604/14
**engage [1]** 5617/23
**engaged [3]** 5602/25
5636/24 5659/5
**Englewood [3]** 5694/5
5694/6 5700/5
**enjoy [5]** 5678/22
5718/6
**enjoyable [1]** 5589/8
**enlist [1]** 5694/23
**enlisted [1]** 5694/21
**enough [6]** 5632/24
5637/21 5648/23

5718/24
**entail [1]** 5647/11
**entailed [1]** 5704/15
**enter [1]** 5656/6
**entered [3]** 5589/4
5609/7 5663/13
**entire [2]** 5648/14
5656/21
**entirely [2]** 5630/16
5681/13
**entrance [5]** 5592/18
5632/6 5632/13
5640/14 5657/17
**episode [2]** 5591/23
5617/7
**equipment [2]** 5614/14
5628/2
**equipped [1]** 5591/20
**escorting [1]** 5648/5
**especially [2]** 5652/15
5685/16
**established [1]**
5704/21
**establishment [1]**
5698/13
**ET [1]** 5579/6
**evacuate [4]** 5648/1
5648/8 5648/14
5660/10
**evacuated [5]** 5652/25
5653/5 5653/7 5653/8
5653/12
**evacuating [1]** 5655/1
**evacuation [2]** 5655/15
5656/11
**even [7]** 5588/12
5600/12 5653/12
5662/14 5673/9 5702/9
5703/13
**event [15]** 5611/19
5618/2 5618/3 5623/14
5623/16 5623/24
5624/1 5624/11
5624/14 5707/6
5707/17 5707/25
5708/2 5708/4 5708/16
**events [10]** 5589/12
5609/25 5612/4 5624/9
5624/10 5624/18
5624/24 5625/10
5626/1 5627/19
**eventually [6]** 5652/3
5652/5 5660/10
5662/12 5710/20
5710/23
**ever [3]** 5601/12
5673/7 5717/20
**every [9]** 5622/22
5647/12 5661/1
5661/15 5678/16
5684/10 5688/2 5689/4
5689/25
**everybody [6]** 5587/13
5589/14 5589/20
5602/2 5603/11 5663/7
**everyone [6]** 5585/20
5589/5 5662/24

**everything [6]** 5647/25
5649/18 5649/21
5650/1 5651/9 5681/24
**evidence [25]** 5589/11
5600/5 5613/11
5613/14 5616/13
5621/7 5626/17
5626/24 5627/4
5634/17 5657/21
5668/11 5668/14
5672/18 5701/8
5701/11 5708/19
5708/23 5711/10
5711/17 5711/20
5713/24 5714/3
5716/13 5716/17
**evolved [1]** 5707/15
**exact [2]** 5607/3
5627/15
**exactly [5]** 5625/8
5661/1 5665/14
5703/12 5703/14
**examination [18]**
5587/21 5588/11
5588/21 5590/11
5605/2 5609/19
5628/20 5630/12
5633/6 5635/5 5644/3
5663/16 5664/2
5666/16 5674/13
5682/14 5692/17
5693/21
**exceeded [1]** 5642/16
**except [3]** 5618/5
5620/24 5690/1
**excuse [1]** 5594/9
**execute [1]** 5648/3
**exercising [1]** 5697/25
**exhibit [40]** 5592/13
5593/13 5593/18
5594/14 5595/5 5597/9
5597/25 5599/3 5600/4
5600/24 5601/8 5601/9
5605/13 5613/10
5613/14 5619/10
5620/22 5620/22
5621/7 5626/19
5633/16 5634/14
5634/17 5641/5
5655/21 5657/20
5668/11 5668/14
5670/5 5671/18 5686/9
5700/18 5701/8
5701/11 5708/10
5708/23 5711/8
5711/20 5714/3
5716/17
**Exhibit 1078.2 [1]**
5597/9
**Exhibit 1092.1 [1]**
5600/4
**Exhibit 4659 [1]**
5701/8
**Exhibit 7.P.1 [2]**
5592/13 5597/25
**exhibits [3]** 5584/1
5584/8 5622/1

**exited [3]** 5650/5
5663/1 5718/10
**expect [1]** 5687/15
**expected [7]** 5685/20
5685/22 5686/25
5687/3 5688/20
5688/24 5690/7
**expects [1]** 5671/22
**experience [3]** 5623/13
5707/24 5708/5
**experienced [3]**
5587/1 5587/19 5612/7
**experiences [1]**
5645/21
**expert [1]** 5673/15
**explain [1]** 5702/18
**explaining [1]** 5633/24
**exposed [1]** 5603/22
**expressed [1]** 5700/14
**extent [3]** 5616/5
5673/17 5674/12
**extremely [1]** 5680/19
**eyewitness [1]**
5624/23
**eyewitnesses [1]**
5624/20

**F**

**Facebook [5]** 5699/1
5699/3 5713/19
5713/21 5714/8
**facing [12]** 5592/17
5593/7 5596/21
5597/15 5597/16
5603/2 5603/2 5603/2
5656/8 5657/6 5657/7
5657/7
**fact [5]** 5588/15 5606/2
5622/10 5685/13
5686/19 5688/2
5688/11 5689/4
5707/13
**factor [1]** 5701/23
**fair [21]** 5605/15
5606/3 5606/4 5606/7
5606/19 5607/15
5607/21 5614/16
5623/20 5623/23
5624/21 5632/24
5634/10 5636/20
5637/21 5665/3 5683/3
5683/18 5685/21
5703/7 5708/15
**fall [2]** 5696/12 5697/1
**familiar [2]** 5614/13
5665/8
**family [2]** 5699/17
5700/4
**fan [2]** 5586/3 5586/5
**fans [1]** 5586/7
**far [9]** 5598/20 5649/3
5649/4 5675/15
5679/13 5681/1
5702/15 5709/5 5711/3
**fast [1]** 5659/18
**FBI [17]** 5591/21
5606/20 5606/23

5607/22 5608/9 5611/8
5629/12 5630/17
5630/23 5631/1 5631/6
5631/11 5631/16
5637/16 5637/23
**feel [6]** 5643/8 5693/17
5698/18 5699/10
5715/12 5717/8
**feeling [2]** 5585/22
5700/15
**feelings [1]** 5623/13
**feet [2]** 5640/14
5640/16
**felt [5]** 5669/22 5704/4
5704/5 5715/14
5715/23
**female [1]** 5602/11
5602/22
**festivities [1]** 5589/20
**few [14]** 5589/7
5605/10 5607/1 5633/8
5633/17 5635/2
5645/20 5653/1 5653/1
5655/13 5655/18
5655/23 5664/4 5671/9
**fifteenth [1]** 5591/6
**fight [1]** 5617/24
**fighting [1]** 5631/13
**figure [2]** 5657/1
5668/17
**figuring [1]** 5659/7
**fill [3]** 5697/16 5697/24
5698/22
**financial [1]** 5676/16
**find [1]** 5612/2
**fine [3]** 5586/6 5661/20
5692/9
**finish [1]** 5695/5
**finished [1]** 5613/22
**fire [2]** 5652/9 5652/14
**firearms [7]** 5696/17
5696/20 5710/12
5715/25 5716/4
5716/11 5716/25
**firearms-training [1]**
5716/25
**fired [10]** 5638/14
5638/18 5638/23
5638/24 5638/25
5639/2 5648/21
5648/22 5648/25
5649/2
**first [37]** 5586/16
5587/1 5589/14
5589/17 5590/24
5602/9 5607/5 5608/25
5609/24 5610/4 5613/4
5616/17 5626/12
5632/7 5632/12 5633/9
5633/17 5637/14
5638/7 5638/9 5638/10
5642/3 5645/22
5651/18 5653/8
5656/10 5656/14
5665/9 5665/11
5668/20 5669/6

5729

## F

**first... [6]** 5678/24
5685/23 5686/16
5688/11 5694/20
5701/13
**Fischer [4]** 5581/12
5581/12 5585/17
5630/10
**fischerandputzi [1]**
5581/15
**five [4]** 5667/15 5676/6
5682/25 5683/22
**five-year [2]** 5682/25
5683/22
**FL [1]** 5701/18
**flight [1]** 5640/10
**floor [18]** 5592/20
5592/21 5593/17
5616/14 5629/4
5631/25 5631/25
5638/9 5638/10
5638/13 5642/3
5651/18 5653/2
5659/20 5659/24
5664/7 5664/9 5664/11
**Florida [4]** 5694/5
5694/10 5705/21
5706/10
**flow [1]** 5708/9
**Fluctuating [1]** 5699/4
**focus [6]** 5603/7
5603/9 5610/3 5638/7
5678/21 5678/22
**focusing [1]** 5699/23
**folks [1]** 5661/5
**follow [3]** 5657/13
5698/6 5702/14
**followed [1]** 5598/15
**follows [1]** 5670/6
**forceful [1]** 5703/15
**Ford [2]** 5602/24
5602/25
**foregoing [1]** 5720/3
**foreground [1]**
5618/23
**forget [1]** 5710/16
**forgot [1]** 5663/11
**form [1]** 5608/5
**formation [1]** 5653/22
**FormerFeds [1]** 5581/8
**formerfedsgroup.com
[1]** 5581/10
**forward [1]** 5656/8
**foul [1]** 5633/10
**foundation [5]** 5672/22
5673/8 5673/24 5674/1
5674/4
**four [17]** 5595/7
5630/22 5640/8
5649/24 5660/18
5661/9 5661/10 5662/6
5664/22 5664/23
5675/17 5676/6
5680/22 5683/8 5717/6
5717/14 5717/16
**four-digit [1]** 5675/17
**fraud [3]** 5698/21
5699/9 5703/2

**friend [2]** 5602/11
5700/5
**front [36]** 5580/15
5592/25 5595/2 5597/3
5606/15 5607/16
5607/22 5609/1
5611/14 5611/20
5611/24 5616/2
5616/18 5617/5 5617/8
5617/19 5617/23
5617/25 5618/3
5622/10 5624/13
5629/7 5629/13
5629/20 5629/23
5631/19 5632/13
5639/12 5640/7
5640/16 5656/8
5656/18 5657/5
5661/25 5690/18
5700/21
**fuck [1]** 5636/19
**fucked [1]** 5617/22
**fucking [3]** 5596/12
5613/23 5639/17
**full [5]** 5589/11
5590/18 5631/2 5644/9
5682/1
**further [8]** 5594/10
5604/17 5633/1
5642/14 5662/19
5673/11 5682/5 5693/9

## G

**G-r-a-y-d-o-n [1]**
5694/2
**GA [1]** 5702/10
**gas [1]** 5623/3
**gathered [1]** 5690/18
**gathering [1]** 5595/10
**Gator [4]** 5706/11
5706/13 5707/1 5715/4
**Gator 1 [1]** 5707/1
**Gator 1's [1]** 5706/13
**gave [4]** 5608/23
5630/17 5630/23
5652/18
**gear [8]** 5608/17
5616/22 5636/3
5637/11 5638/5
5641/22 5660/20
5661/5
**gee [1]** 5625/1
**generally [4]** 5680/20
5683/15 5688/16
5697/22
**gentlemen [5]** 5589/6
5590/17 5644/9
5662/22 5718/5
**GenX [5]** 5702/5
5702/5 5705/15
5705/17 5705/18
**Georgetown [2]**
5667/17 5676/8
**gesture [1]** 5622/3
**get [67]** 5586/7 5586/9
5587/21 5589/19
5603/9 5603/11

5611/1 5618/14 5626/2
5628/12 5629/14
5639/8 5640/12
5642/19 5647/1 5647/7
5648/7 5648/10
5648/23 5649/1
5649/12 5649/16
5650/1 5650/3 5650/6
5650/15 5650/19
5650/20 5650/25
5651/6 5651/22
5652/15 5652/19
5652/22 5655/6
5655/13 5656/25
5658/9 5659/8 5659/18
5660/3 5660/3 5660/5
5669/25 5670/2 5670/2
5672/15 5672/19
5678/16 5681/17
5689/17 5695/1 5695/2
5695/4 5695/6 5704/5
5704/10 5707/8
5707/12 5708/7 5710/6
5710/8 5710/10
5714/10 5716/4
**getting [15]** 5606/16
5607/23 5609/6
5609/24 5629/9
5629/21 5639/13
5646/16 5652/6
5652/23 5653/23
5657/15 5678/22
5713/3 5713/11
**Geyer [12]** 5581/7
5585/15 5609/17
5611/1 5611/4 5620/7
5621/1 5621/18
5626/22 5628/9
5628/16 5665/18
**ginned [1]** 5699/12
**give [8]** 5618/7
5630/19 5643/7
5650/18 5654/13
5655/10 5678/21
5689/18
**given [4]** 5588/19
5627/17 5674/10
5718/19
**Glen [1]** 5581/14
**Gmail [2]** 5712/1
5716/20
**gmail.com [1]** 5580/9
**go [55]** 5591/2 5594/13
5595/20 5596/5
5597/25 5598/3 5598/8
5598/22 5601/5
5601/15 5632/3 5642/2
5642/2 5642/7 5642/10
5646/25 5647/20
5648/16 5650/7
5650/18 5652/4
5653/14 5653/18
5653/20 5653/23
5654/1 5654/8 5655/5
5655/12 5657/9
5657/13 5657/20
5658/12 5658/24

5671/18 5677/17
5679/13 5683/25
5685/8 5688/10
5688/18 5688/22
5695/1 5695/2 5697/21
5701/13 5702/4
5702/11 5708/4
5712/19 5713/17
5715/7
**go ahead [1]** 5688/18
**goal [1]** 5713/15
**goals [1]** 5676/16
**God [2]** 5654/23
5654/23
**goes [3]** 5620/24
5655/11 5656/9
**going [74]** 5586/3
5586/7 5586/9 5587/21
5587/23 5589/24
5595/22 5596/14
5599/19 5601/19
5607/17 5608/9
5609/10 5613/17
5615/12 5618/7
5621/13 5625/1 5625/1
5625/25 5626/8
5626/11 5630/14
5639/23 5641/10
5647/7 5647/14
5647/15 5648/2
5648/12 5648/24
5649/15 5649/17
5650/24 5651/14
5652/8 5652/8 5652/9
5652/13 5652/15
5653/21 5654/1 5654/5
5654/6 5656/12
5656/20 5657/12
5659/8 5659/21 5660/8
5668/3 5668/5 5669/24
5676/2 5680/8 5683/4
5683/17 5683/18
5683/21 5685/2 5685/6
5685/12 5687/23
5691/6 5693/7 5699/13
5699/22 5700/6
5700/17 5703/3 5704/3
5704/6 5711/8 5718/12
**gone [2]** 5664/22
5706/3
**good [23]** 5585/4
5585/20 5589/10
5590/4 5590/14
5590/15 5605/5
5623/22 5628/22
5628/23 5644/6 5644/7
5658/18 5666/19
5666/20 5682/16
5682/17 5683/16
5693/24 5693/25
5707/12 5708/6
5717/13
**Good morning [15]**
5585/20 5590/4
5590/14 5590/15
5605/5 5628/22
5628/23 5644/6 5644/7

5682/16 5682/17
5693/24 5693/25
**goods [2]** 5680/21
5680/24
**got [21]** 5591/3
5591/20 5602/9
5602/17 5608/12
5635/12 5643/16
5645/24 5646/25
5647/23 5652/16
5668/2 5668/20
5668/24 5669/18
5683/22 5687/19
5692/7 5695/3 5699/12
5705/23
**government [29]**
5579/14 5585/10
5586/17 5587/3 5587/5
5587/8 5587/15
5587/23 5589/17
5590/10 5612/21
5616/13 5618/8
5619/14 5621/10
5622/1 5626/18
5634/13 5643/12
5644/2 5666/15
5668/10 5670/4
5672/17 5693/12
5693/20 5701/7
5711/16 5713/23
**GOVERNMENT'S [31]**
5583/5 5584/10
5592/13 5593/13
5593/18 5594/14
5595/5 5597/8 5597/25
5599/3 5600/3 5600/24
5601/8 5601/9 5605/12
5619/10 5633/15
5634/14 5634/17
5641/5 5655/21
5657/20 5668/14
5670/5 5671/18 5686/9
5701/11 5708/23
5711/20 5714/3
5716/17
**Governor [1]** 5581/13
**grab [4]** 5603/22
5615/12 5655/10
5657/14
**grabbed [1]** 5659/15
**graduated [1]** 5694/25
**grandson [2]** 5650/23
5651/1
**gratitude [1]** 5609/22
**Graydon [4]** 5693/13
5693/20 5694/2
5711/25
**Graydon Young [1]**
5693/13
**great [4]** 5625/1 5696/3
5708/7 5711/23
**greater [2]** 5673/14
5717/13
**groceries [1]** 5667/3
**grocery [1]** 5686/4
**ground [1]** 5612/6
**group [10]** 5617/3

5730

**G**

group... **[9]** 5635/10
5640/11 5665/8
5710/14 5710/17
5710/20 5711/2
5715/11 5717/17
**groups [3]** 5628/1
5691/9 5710/9
**grow [1]** 5713/15
**guarding [6]** 5602/8
5603/1 5610/24
5610/25 5631/3 5631/7
**guess [16]** 5607/13
5614/10 5614/24
5619/14 5621/21
5649/21 5668/22
5669/1 5672/1 5677/14
5677/18 5708/9
5714/23 5715/22
5715/23 5715/24
**guessed [1]** 5677/12
**gun [1]** 5605/22
**guy [4]** 5627/8 5631/23
5632/4 5656/19
**guys [2]** 5648/6
5650/11

**H**

**H-36 [3]** 5613/10
5613/13 5613/14
**H-38 [4]** 5620/22
5621/1 5621/4 5621/7
**H-39 [1]** 5626/21
**H-a-r-r-y [1]** 5590/19
**had [80]** 5597/6
5602/21 5603/3
5603/14 5603/14
5607/8 5608/21
5608/22 5609/7
5610/17 5611/13
5616/23 5623/3
5623/18 5624/9
5629/11 5629/24
5630/3 5635/8 5635/9
5636/10 5636/20
5645/3 5648/1 5648/17
5648/22 5649/23
5649/25 5649/25
5650/3 5650/9 5650/15
5652/1 5652/24 5653/3
5659/12 5660/1
5660/24 5667/20
5668/2 5669/17 5670/1
5671/3 5671/8 5671/9
5672/4 5675/23 5676/4
5678/1 5679/25 5680/6
5680/12 5680/13
5681/22 5681/24
5686/6 5690/13
5690/15 5691/2 5691/9
5694/17 5694/22
5696/3 5697/8 5700/4
5700/4 5700/8 5703/4
5705/5 5706/3 5707/20
5710/2 5710/8 5711/5
5712/24 5713/2 5713/2
5715/3 5715/20 5717/9
**hadn't [1]** 5705/3

**half [3]** 5677/25 5678/3
5682/1
**Hall [1]** 5594/9
**Haller [8]** 5581/2
5581/3 5585/13
5604/21 5605/6
5629/11 5663/22
5682/8
**hallerjulia [1]** 5581/6
**Halloween [2]** 5589/13
5589/19
**hallways [3]** 5633/13
5649/25 5651/8
**hand [8]** 5590/1
5615/22 5616/3 5628/8
5643/18 5666/7
5693/14 5712/18
**handwriting [1]**
5712/22
**Hang [1]** 5613/3
**hangout [2]** 5701/18
5705/21
**happen [4]** 5669/19
5677/12 5703/3 5705/4
**happened [12]**
5617/13 5617/18
5618/3 5622/22 5623/2
5626/13 5632/1 5632/8
5635/1 5690/19 5703/5
5710/6
**happening [2]** 5683/13
5699/24
**happy [3]** 5589/13
5605/9 5642/20
**harassments [1]**
5587/2
**hard [3]** 5622/6 5636/5
5636/6
**hardening [3]** 5647/8
5647/10 5647/11
**Harrelson [8]** 5581/7
5585/7 5585/15
5618/20 5618/21
5619/12 5621/14
5665/19
**Harrelson's [1]** 5620/3
**Harrisburg [1]** 5580/15
**Harry [6]** 5586/25
5589/17 5590/10
5590/19 5655/16
5656/3
**Harry Dunn [5]**
5586/25 5589/17
5590/19 5655/16
5656/3
**has [20]** 5586/17
5592/12 5593/3
5593/13 5600/4 5622/1
5626/9 5640/15
5645/18 5651/3
5657/21 5659/24
5664/8 5664/10
5664/13 5664/16
5672/22 5683/8 5685/3
5707/22
**hasn't [1]** 5597/16
**hat [5]** 5585/25
5598/15 5619/18

**have [115]** 5585/23
5586/5 5586/10 5589/7
5589/7 5589/23 5591/4
5591/24 5593/20
5594/10 5594/17
5596/11 5597/10
5600/22 5602/20
5604/13 5604/14
5604/20 5605/10
5607/6 5607/19 5608/4
5608/17 5609/11
5609/15 5612/18
5614/8 5614/9 5616/4
5618/17 5619/8
5619/11 5622/18
5623/5 5623/18
5623/21 5624/17
5627/10 5628/7
5628/25 5633/1
5633/12 5634/4 5634/5
5635/6 5636/8 5636/23
5638/24 5640/20
5641/10 5642/12
5643/6 5644/22
5644/25 5645/9
5645/12 5646/11
5646/19 5653/3
5653/10 5657/19
5662/14 5663/20
5664/4 5664/22
5665/16 5666/11
5667/11 5667/15
5667/16 5671/10
5671/11 5672/1
5672/10 5672/12
5672/24 5673/1 5673/2
5673/12 5673/12
5674/4 5674/13 5676/7
5676/7 5676/14
5676/15 5676/15
5677/12 5677/17
5678/20 5681/20
5685/12 5685/17
5685/20 5686/8
5691/18 5692/24
5694/15 5696/13
5697/20 5701/2
5702/15 5705/7
5706/15 5707/24
5708/5 5708/6 5708/13
5710/6 5711/12
5715/15 5715/24
5717/4 5718/18
5718/24
**haven [1]** 5655/14
**haven't [1]** 5673/3
**having [4]** 5591/23
5625/21 5649/22
5657/13
**he [59]** 5586/18 5587/1
5587/1 5587/2 5587/17
5587/19 5587/20
5587/21 5587/25
5588/1 5588/1 5588/5
5588/15 5602/19
5602/19 5602/20
5611/5 5611/5 5611/8

5618/19 5618/23
5618/25 5618/25
5626/6 5626/9 5626/11
5636/5 5636/7 5636/8
5636/10 5643/1 5649/7
5649/8 5649/18
5656/21 5656/21
5660/24 5660/25
5661/1 5698/13
5707/16 5707/20
5707/22 5707/23
5707/23 5709/19
5709/21 5709/24
5709/25 5710/1 5710/1
5710/2 5715/18
5715/19 5715/19
5717/12
**he didn't [1]** 5611/8
**he said [1]** 5611/5
**he'll [1]** 5718/20
**he's [11]** 5621/25
5622/5 5635/19
5635/20 5649/9
5656/21 5657/6 5657/7
5657/7 5657/7 5716/24
**head [2]** 5598/20
5654/13
**headed [1]** 5649/8
**heading [2]** 5649/5
5650/20
**heads [2]** 5598/14
5618/8
**heads-up [1]** 5618/8
**headwear [1]** 5598/12
**hear [12]** 5595/24
5596/8 5596/15
5599/20 5599/24
5601/24 5620/9
5620/18 5635/18
5636/17 5646/14
5646/21
**heard [10]** 5588/15
5638/24 5647/7
5648/21 5648/21
5648/24 5653/7 5665/9
5665/11 5665/12
**hearing [3]** 5638/14
5638/17 5646/23
**hearsay [1]** 5674/9
**held [3]** 5591/11
5622/2 5645/3
**Hello [1]** 5717/3
**helmet [2]** 5636/5
5636/6
**helmets [1]** 5598/16
**help [13]** 5604/5
5606/15 5607/17
5607/23 5609/24
5631/17 5637/22
5640/1 5649/19
5654/25 5668/17
5685/19 5698/4
**helped [3]** 5604/13
5685/25 5686/5
**helping [5]** 5624/15
5626/6 5627/14
5685/17 5709/19

**her [6]** 5603/3
5642/16 5649/12
5650/1 5653/1 5653/1
5653/3 5653/14
5658/10 5664/9
5709/11
**here [32]** 5588/10
5588/14 5588/16
5596/23 5597/13
5599/2 5608/1 5609/6
5622/6 5641/7 5654/21
5654/24 5655/25
5658/5 5661/23
5668/18 5674/7 5675/2
5678/24 5679/21
5680/24 5682/19
5690/3 5701/23
5701/25 5702/7
5703/10 5712/5
5712/14 5713/6 5714/8
5716/23
**hey [9]** 5649/8 5649/8
5649/8 5649/14
5650/17 5654/1 5654/3
5654/12 5660/2
**Hi [3]** 5605/4 5666/10
5693/17
**hid [1]** 5680/20
**hide [1]** 5586/3
**high [8]** 5681/15
5681/16 5685/17
5685/24 5686/2 5686/2
5688/14 5688/16
**high-sales [1]** 5681/16
**higher [4]** 5689/20
5689/24 5690/6
5715/20
**highlight [1]** 5711/22
**Highway [1]** 5581/13
**hijacked [3]** 5691/24
5692/3 5692/5
**Hill [6]** 5651/6 5651/7
5676/1 5676/4 5676/7
5678/11
**him [28]** 5586/25
5587/24 5602/17
5611/5 5611/6 5611/7
5613/5 5619/16
5619/17 5622/3 5627/9
5627/22 5645/18
5649/11 5649/14
5656/8 5656/17
5656/18 5656/23
5657/5 5657/6 5657/9
5657/11 5660/16
5706/24 5709/16
5715/8 5715/13
**hip [1]** 5603/14
**his [20]** 5587/6 5588/1
5588/11 5588/12
5588/21 5598/19
5602/21 5615/22
5616/3 5618/22
5621/22 5622/2 5628/7
5642/25 5645/19
5660/24 5660/25
5709/18 5709/21
5716/24

**H**

**historically [3]** 5623/19 5683/15 5684/22
**hit [2]** 5623/5 5685/23
**hits [1]** 5685/4
**hitting [2]** 5676/18 5676/21
**Hold [1]** 5657/19
**holding [2]** 5605/17 5621/22
**holster [2]** 5603/20 5603/21
**home [2]** 5589/19 5670/3
**hometown [1]** 5715/9
**honest [1]** 5707/18
**honestly [1]** 5703/13
**Honor [37]** 5585/4 5586/1 5586/10 5586/14 5586/16 5587/14 5588/4 5588/22 5589/16 5604/22 5611/10 5612/18 5613/7 5613/10 5618/21 5619/4 5619/21 5628/18 5633/2 5643/4 5663/23 5665/20 5665/22 5665/25 5672/19 5673/11 5673/21 5682/9 5682/10 5682/12 5692/14 5693/12 5708/19 5708/21 5716/13 5718/4 5718/16
**HONORABLE [2]** 5579/9 5585/3
**hope [2]** 5585/22 5589/7
**hotmail.com [1]** 5581/15
**hour [2]** 5718/7 5718/13
**hours [4]** 5670/14 5671/8 5699/2 5699/11
**house [12]** 5594/8 5594/11 5594/12 5644/19 5644/20 5645/10 5645/12 5649/1 5652/22 5658/2 5664/13 5700/6
**House's [2]** 5592/18 5596/22
**how [65]** 5591/4 5603/9 5603/16 5604/1 5617/15 5621/20 5626/18 5632/10 5635/6 5639/2 5640/6 5640/7 5640/12 5644/22 5644/25 5646/9 5647/24 5648/2 5651/2 5654/13 5656/11 5656/11 5659/2 5659/21 5660/13 5660/15 5660/16 5660/22

**however [1]** 5616/23
**huffing [1]** 5623/10
**Hughes [8]** 5579/15 5585/10 5589/15 5613/4 5621/2 5633/4 5642/16 5643/11
**Huh [1]** 5633/22
**human [1]** 5625/11
**humanized [1]** 5639/21
**hungry [1]** 5646/25
**hurt [1]** 5639/15
**husband [2]** 5649/12 5650/1

**I**

**I also [1]** 5603/14
**I am [3]** 5589/24 5592/17 5654/11
**I assume [2]** 5587/20 5673/19
**I believe [2]** 5645/24 5712/17
**I came [1]** 5651/20
**I can [2]** 5610/16 5623/21
**I can't [1]** 5615/5
**I could [1]** 5651/18
**I couldn't [4]** 5661/1 5665/13 5695/2 5695/4
**I did [7]** 5604/1 5616/24 5620/18 5625/7 5628/13 5634/9 5646/21
**I didn't [4]** 5604/1 5643/14 5695/5 5707/15
**I didn't know [1]** 5614/2
**I don't [11]** 5585/25 5589/22 5596/3 5627/15 5628/3 5630/15 5642/24 5673/8 5703/11 5707/22 5710/7
**I don't have [2]** 5676/7 5708/6
**I don't recall [1]** 5610/14
**I guess [10]** 5614/10 5614/24 5621/21

**I went [4]** 5586/2 5646/2 5647/1 5707/17
**I will [2]** 5620/15 5672/10
**I work [1]** 5666/25
**I worked [1]** 5645/5
**I wouldn't [1]** 5665/6
**I'd [6]** 5586/10 5610/3 5612/9 5613/11 5620/21 5622/22 5626/19 5626/24 5634/16 5643/7 5643/21 5649/19 5652/11 5660/2 5660/2 5660/4 5663/4 5666/11
**I'll just [1]** 5589/18
**I'm [86]** 5586/1 5586/3 5586/4 5591/13 5591/14 5595/22 5596/14 5596/21 5597/16 5599/19 5599/25 5599/25 5600/2 5600/25 5601/19 5605/6 5606/6 5607/3 5608/6 5610/1 5613/17 5614/13 5615/12 5617/15 5618/7 5620/12 5621/13 5622/12 5622/14 5622/18 5624/7 5624/19 5625/1 5625/17 5626/16 5626/21 5630/3 5630/14 5630/22 5633/24 5633/24 5640/15 5641/17 5642/19 5646/11 5647/5 5650/11 5652/21 5652/21 5653/21 5654/1 5654/11 5654/21 5656/16 5656/17 5656/23 5656/24 5657/10 5657/11 5657/12 5657/16 5658/8 5658/9 5659/8 5660/8 5661/21 5662/14 5667/6 5668/5 5669/1 5678/23 5684/11 5687/10 5688/19 5690/3 5691/1 5691/1 5691/22 5694/14 5696/10 5700/17 5705/17 5711/8 5714/1 5718/12
**I'm going [10]** 5586/3 5595/22 5596/14 5599/19 5601/19 5615/12 5618/7 5653/21 5654/1 5659/8
**I'm just [1]** 5657/11
**I'm not [6]** 5599/25 5614/13 5622/14 5641/17 5662/14

**I'm not sure [3]** 5607/3 5626/18 5705/17
**I'm sorry [8]** 5606/6 5625/17 5626/21 5630/3 5630/22 5633/24 5661/21 5714/1
**I'm sure [1]** 5678/23
**I've [3]** 5665/9 5667/12 5680/19
**ID [12]** 5659/13 5659/14 5667/3 5677/21 5678/7 5678/25 5679/13 5679/20 5688/10 5688/19 5689/20 5690/4
**idea [3]** 5636/8 5636/21 5636/23
**identification [1]** 5643/1
**identified [4]** 5616/22 5619/12 5629/25 5649/23
**identifies [5]** 5618/13 5618/16 5618/19 5618/25 5619/1
**identify [4]** 5593/13 5618/18 5620/6 5621/14
**identifying [3]** 5619/9 5619/12 5641/1
**identities [1]** 5712/18
**IDs [5]** 5675/21 5689/5 5689/15 5689/17 5689/24
**ignored [2]** 5702/16 5703/6
**ignoring [1]** 5702/20
**III [3]** 5579/6 5580/2 5585/6
**immediately [4]** 5647/21 5653/7 5706/24 5709/13
**IMO [1]** 5701/23
**impact [2]** 5685/13 5685/21
**impacted [1]** 5625/10
**imply [1]** 5587/9
**importance [1]** 5609/23
**important [3]** 5638/20 5675/11 5712/17
**impressed [1]** 5707/18
**inaccurate [2]** 5617/13 5617/15
**inauguration [1]** 5702/24
**incapacitated [1]** 5639/24
**incident [1]** 5606/20
**include [1]** 5667/14
**includes [2]** 5612/20 5667/15
**Including [1]** 5717/18
**Incorporated [2]** 5666/25 5667/2

5732

**instructed [1]** 5587/15
**increased [1]** 5691/12
**increases [1]** 5684/24
**increasing [2]** 5684/9 5684/11
**INDEX [3]** 5583/2 5583/11 5584/8
**indicate [2]** 5631/6 5632/20
**indicated [3]** 5629/11 5705/15 5713/18
**indicates [1]** 5593/25
**indicating [1]** 5677/7
**indications [1]** 5691/5
**individual [19]** 5586/25 5591/22 5593/4 5598/12 5598/17 5598/19 5598/20 5598/25 5599/2 5599/4 5599/8 5599/11 5601/7 5601/12 5621/23 5627/10 5635/18 5636/3 5717/8
**individuals [40]** 5595/1 5598/12 5598/13 5598/16 5601/10 5603/19 5603/25 5604/5 5606/10 5611/19 5616/21 5616/22 5617/1 5617/19 5618/19 5628/4 5629/7 5629/13 5629/22 5635/3 5635/10 5637/11 5638/4 5638/22 5639/7 5639/12 5639/19 5640/6 5640/9 5640/11 5640/17 5640/24 5641/16 5641/21 5642/12 5654/16 5660/19 5661/11 5661/25 5662/3
**ineffective [2]** 5704/7 5715/23
**inflation [1]** 5685/17
**info [2]** 5712/18 5714/12
**information [3]** 5587/17 5695/20 5699/8
**inherently [1]** 5624/23
**initial [1]** 5595/11
**initially [1]** 5704/20
**initiated [1]** 5715/8
**initiative [1]** 5652/19
**injured [11]** 5596/24 5596/25 5597/4 5597/6 5604/4 5604/5 5604/10 5639/19 5641/25 5642/5 5654/14
**inside [3]** 5632/15 5649/10 5653/23
**inside.' [1]** 5610/11
**instance [2]** 5677/23 5679/24
**instances [2]** 5629/18 5629/22
**instruct [1]** 5587/15

**instructing [1]** 5668/3
**instruction [1]** 5587/19
**instructions [1]** 5650/19
**intend [3]** 5587/8 5587/16 5587/23
**intends [1]** 5587/24
**intense [1]** 5646/15
**interact [3]** 5639/2 5656/12 5661/20
**interacted [5]** 5627/13 5638/22 5640/10 5656/3 5661/15
**interaction [12]** 5591/25 5611/24 5617/18 5632/1 5632/7 5637/5 5638/7 5638/8 5639/5 5655/19 5660/23 5661/13
**interactions [8]** 5610/18 5622/8 5628/4 5635/9 5637/10 5637/12 5638/1 5662/6
**interdiction [1]** 5645/6
**Internet [1]** 5704/25
**interpretation [1]** 5714/22
**interrupt [1]** 5718/1
**intervene [1]** 5591/22
**intervened [1]** 5603/7
**intervention [2]** 5591/15 5591/17
**interview [11]** 5610/4 5610/10 5610/23 5611/23 5616/17 5627/11 5630/17 5630/23 5632/20 5632/23 5637/15
**interviewed [2]** 5606/19 5610/6
**intimidated [1]** 5603/24
**introduce [3]** 5590/16 5644/8 5670/5
**invested [1]** 5699/13
**involved [10]** 5638/1 5669/15 5696/1 5699/22 5704/5 5704/10 5707/8 5707/12 5708/7 5714/11
**involves [1]** 5647/12
**is [217]**
**is that correct [9]** 5593/7 5611/25 5630/18 5630/24 5631/18 5632/22 5654/18 5670/23 5716/1
**is that fair [2]** 5605/15 5685/21
**is that right [2]** 5671/4 5713/19
**is there [2]** 5615/7 5621/20
**ish [1]** 5696/23
**isn't [10]** 5593/20

5625/9 5625/20 5626/2 5625/5 5626/12 5631/1
**isn't that true [1]** 5622/11
**issue [2]** 5588/17 5674/6
**issued [1]** 5635/8
**issues [1]** 5588/16
**it [223]**
**it would be [2]** 5672/11 5707/12
**it's [64]** 5585/22 5588/10 5588/13 5588/20 5593/10 5604/8 5605/19 5606/19 5607/11 5611/4 5613/18 5614/1 5618/23 5618/23 5620/23 5622/6 5622/18 5622/22 5622/22 5622/24 5622/24 5624/7 5624/8 5625/13 5626/4 5626/13 5628/6 5630/16 5633/14 5638/19 5640/11 5640/16 5647/3 5651/7 5652/13 5654/5 5654/5 5656/19 5656/20 5661/21 5662/22 5671/25 5671/25 5672/2 5672/23 5673/22 5673/25 5674/5 5674/8 5677/19 5683/3 5683/24 5685/9 5690/22 5690/24 5690/24 5693/2 5694/8 5694/12 5695/14 5705/17 5710/16 5712/5 5718/2
**items [1]** 5650/1
**its [8]** 5669/20 5674/9 5676/10 5678/9 5680/16 5680/24 5692/19 5692/21
**itself [1]** 5676/2

**J**

**James [2]** 5580/7 5585/11
**January [34]** 5592/1 5592/22 5607/2 5610/5 5630/22 5630/23 5634/7 5634/11 5634/25 5635/11 5636/20 5643/2 5645/14 5645/23 5667/18 5667/21 5669/21 5670/7 5670/10 5670/11 5670/13 5675/22 5676/5 5677/22 5678/8 5678/14 5679/2 5679/25 5681/7 5692/19 5692/23 5693/6 5701/25 5702/23

5669/21
**January 5th [4]** 5634/25 5635/11 5636/20 5643/2
**January 6 [1]** 5701/25
**January 6th [20]** 5592/1 5607/2 5610/5 5630/22 5630/23 5645/23 5667/21 5670/7 5670/13 5675/22 5676/5 5677/22 5678/8 5678/14 5679/2 5679/25 5681/7 5692/19 5692/23 5702/23
**jcrisp [1]** 5580/16
**Jeffrey [2]** 5579/14 5585/9
**jeffrey.nestler [1]** 5579/20
**Jessica [3]** 5580/14 5585/7 5682/19
**Jessica Watkins [1]** 5682/19
**jlbrightlaw [1]** 5580/9
**job [3]** 5604/2 5625/6 5638/20
**John [5]** 5645/13 5712/6 5712/7 5712/10 5712/24
**Johnston [1]** 5580/11
**join [1]** 5704/11
**joined [7]** 5704/13 5705/2 5705/8 5705/10 5706/6 5717/4 5717/9
**Jonathan [3]** 5580/14 5585/16 5682/18
**joys [1]** 5615/13
**Jr [1]** 5580/10
**JUDGE [2]** 5579/10 5674/3
**judgment [1]** 5699/14
**juices [1]** 5647/4
**Juli [2]** 5581/2 5585/13
**JULIA [2]** 5581/3 5605/6
**jumped [1]** 5653/24
**jury [19]** 5579/9 5586/4 5586/7 5586/11 5589/3 5589/4 5589/18 5590/17 5597/11 5613/11 5621/6 5626/25 5644/9 5663/1 5663/12 5663/13 5674/18 5701/15 5718/10
**just [96]** 5586/2 5589/18 5591/1 5594/6 5594/25 5595/14 5595/23 5596/14 5597/19 5598/6 5598/11 5598/17 5600/7 5600/22 5603/11 5605/10 5610/5 5612/21 5614/1 5614/2 5615/5 5617/12

5615/25 5620/6
5621/18 5623/16
5624/10 5625/5
5626/13 5626/21
5628/24 5630/14
5630/14 5633/8
5633/17 5633/20
5633/24 5636/17
5637/7 5641/11
5642/13 5647/21
5649/23 5652/10
5652/11 5652/12
5652/25 5653/25
5654/15 5655/9
5655/23 5656/6
5656/24 5657/11
5658/5 5659/7 5659/7
5659/17 5660/1
5661/14 5661/17
5661/19 5661/20
5663/4 5664/4 5665/13
5668/5 5668/7 5668/17
5671/17 5672/25
5675/8 5676/3 5677/20
5684/3 5684/4 5686/18
5687/22 5690/22
5692/14 5696/17
5698/14 5699/8
5700/17 5700/24
5702/25 5703/16
5704/5 5708/8 5709/2
5714/5 5715/14 5716/8
5718/12 5718/16
5718/21

**K**

**Kathryn [2]** 5579/14 5585/9
**kathryn.rakoczy [1]** 5579/19
**keep [20]** 5595/18 5597/22 5599/13 5600/15 5601/16 5603/23 5606/15 5607/17 5607/23 5626/8 5626/11 5629/8 5631/17 5634/19 5635/3 5635/13 5635/22 5636/12 5639/23 5689/18
**Keeper [2]** 5617/3 5636/24
**Keepers [52]** 5586/20 5607/22 5608/2 5608/6 5608/16 5610/19 5611/14 5614/23 5615/3 5615/4 5615/16 5615/19 5616/12 5616/16 5616/18 5616/23 5616/25 5617/10 5622/12 5624/12 5627/7 5627/9 5627/13 5629/25 5631/7 5631/12 5631/10 5632/20 5635/21 5636/7 5636/18 5636/6 5636/21 5636/21

**K**

**Keepers... [18]** 5638/2
5640/23 5641/2 5643/1
5665/8 5703/19 5704/2
5704/18 5706/6
5707/14 5709/22
5710/3 5714/10
5714/21 5714/25
5717/5 5717/9 5717/11
**keeping [2]** 5608/9
5622/3
**Kelly [8]** 5581/2 5585/6
5605/6 5706/18
5709/10 5709/22
5715/4 5715/13
**Kelly Meggs [5]**
5605/6 5706/18
5709/22 5715/4
5715/13
**Kelly Meggs' [1]**
5709/10
**Kenneth [2]** 5581/7
5585/7
**kept [1]** 5652/23
**key [2]** 5621/13 5677/9
**kick [2]** 5654/4 5654/4
**kicked [1]** 5639/14
**kids [2]** 5589/20
5589/24
**kids' [1]** 5698/1
**kill [1]** 5602/2
**killing [1]** 5685/14
**kind [28]** 5591/23
5606/2 5622/25 5636/5
5636/24 5642/9
5646/25 5651/5 5651/9
5651/12 5651/16
5652/18 5653/24
5655/8 5655/10
5657/11 5659/7
5659/14 5659/17
5683/11 5684/25
5685/18 5695/22
5696/17 5696/18
5697/6 5704/3 5708/8
**kinds [2]** 5645/3
5699/5
**knew [6]** 5643/1
5650/8 5650/11
5651/14 5702/23
5715/9
**knock [1]** 5654/9
**know [64]** 5585/25
5586/6 5588/14
5588/17 5593/21
5614/2 5614/13 5615/1
5615/18 5617/9 5622/5
5627/15 5628/10
5635/20 5642/23
5647/21 5649/9
5649/12 5651/7 5651/7
5653/25 5654/10
5654/11 5654/12
5654/23 5656/19
5657/14 5658/10
5658/12 5658/14
5659/10 5659/12
5660/3 5660/4 5665/5
5683/12 5684/3
5684/20 5684/24
5691/14 5691/14
5691/15 5691/15
5697/11 5698/10
5699/7 5699/14
5703/13 5704/15
5706/12 5707/1
5707/11 5707/16
5707/19 5710/1
5710/14 5712/10
5713/16 5715/1 5715/8
5715/22
**knowing [1]** 5670/20
**knowledge [5]** 5604/12
5607/12 5614/8
5664/15 5691/18
**known [3]** 5603/10
5706/19 5714/15

**L**

**L-a-z-a-r-u-s [1]**
5644/11
**LA [1]** 5580/11
**ladies [5]** 5589/6
5590/17 5644/8
5662/22 5718/5
**lady [1]** 5639/9
**laid [3]** 5672/22 5673/8
5674/4
**Lakes [1]** 5696/3
**Lancaster [4]** 5681/5
5681/9 5692/4 5692/8
**language [3]** 5622/23
5622/25 5633/10
**lanyard [1]** 5659/13
**lapel [1]** 5602/21
**large [3]** 5603/11
5603/11 5635/10
**larger [3]** 5594/2
5646/16 5694/6
**LASSITER [1]** 5580/3
**last [12]** 5589/7
5599/18 5672/3 5672/4
5684/7 5684/23
5686/22 5687/4
5687/24 5689/9
5689/10 5702/23
**late [1]** 5705/2
**later [4]** 5610/19
5616/23 5616/24
5655/14
**Laura [1]** 5703/24
**Laura Steele [1]**
5703/24
**law [4]** 5581/3 5591/21
5591/25 5604/13
**Lawn [2]** 5580/3
5580/7
**lawyer [2]** 5607/6
5607/7
**Lazarus [14]** 5602/14
5602/16 5643/13
5643/21 5644/2
5644/11 5644/12
5655/21 5662/10
5663/2 5663/9 5663/17

**leadership [1]** 5648/5
**leading [2]** 5611/20
5693/2
**leads [3]** 5593/10
5630/6 5632/6
**learn [1]** 5703/21
**learned [5]** 5610/19
5616/21 5616/25
5665/13 5706/15
**least [7]** 5588/11
5625/23 5627/22
5632/21 5651/13
5652/16 5676/9
**leave [6]** 5589/19
5592/6 5631/12
5642/13 5662/12
5697/20
**leaving [2]** 5604/16
5677/5
**led [2]** 5631/3 5648/14
**Lee [2]** 5580/7 5585/11
**left [11]** 5594/7
5594/10 5598/13
5601/8 5608/12
5615/22 5653/16
5664/22 5664/23
5675/15 5709/9
**legally [1]** 5670/15
**legislative [1]** 5591/9
**less [7]** 5672/8 5676/8
5678/4 5678/20 5684/4
5692/23 5707/19
**let [9]** 5604/1 5627/22
5642/7 5642/10
5653/25 5674/1 5676/3
5677/20 5710/21
**let's [16]** 5598/8
5667/21 5671/17
5674/8 5675/13
5675/15 5678/24
5679/13 5687/20
5688/10 5688/22
5696/12 5703/17
5713/17 5718/5 5718/6
**letting [6]** 5599/25
5600/2 5641/17
5641/19 5641/21
5715/8
**level [7]** 5647/2
5651/17 5651/21
5656/10 5656/14
5659/21 5715/20
**life [3]** 5638/19
5638/21 5705/2
**life's [1]** 5675/1
**like [75]** 5586/4
5586/11 5595/21
5605/21 5606/2 5610/3
5612/4 5612/9 5613/11
5620/21 5620/22
5626/1 5631/23 5632/5
5639/16 5639/21
5642/17 5647/2
5647/12 5647/21
5649/7 5649/7 5649/24
5651/8 5651/8 5651/16
5652/18 5652/25

5655/11 5656/18
5656/19 5656/21
5656/23 5656/24
5657/11 5657/12
5657/16 5657/17
5657/25 5658/8 5658/9
5659/5 5659/7 5659/15
5659/18 5661/1 5661/4
5661/13 5662/14
5674/20 5677/10
5681/3 5683/12
5685/11 5687/15
5689/19 5695/24
5697/13 5698/2 5698/5
5704/4 5704/5 5704/6
5704/7 5708/7 5712/18
5714/22 5714/24
5715/14 5715/14
5717/6 5717/14
**liked [1]** 5697/25
**likely [1]** 5654/5
**likes [1]** 5627/17
**Linder [6]** 5580/2
5580/3 5585/11
5604/18 5663/18
5682/6
**line [6]** 5632/4 5632/19
5647/19 5669/3 5669/4
5712/14
**linger [1]** 5624/4
**listed [2]** 5629/2
5712/5
**listen [4]** 5595/21
5599/19 5601/20
5620/13
**listening [1]** 5620/11
**literally [1]** 5603/20
**little [18]** 5591/1
5603/23 5612/2
5620/24 5643/16
5644/13 5646/20
5652/12 5683/25
5684/6 5685/9 5690/24
5703/17 5710/8
5715/23 5717/24
5718/2 5718/23
**live [6]** 5674/25 5694/4
5694/5 5703/25
5704/24 5705/1
**lives [1]** 5698/1
**LLC [2]** 5580/14
5581/8
**local [3]** 5681/2 5686/4
5715/9
**locally [1]** 5710/10
**located [1]** 5649/20
**location [10]** 5607/19
5608/3 5609/4 5611/17
5627/18 5635/12
5635/20 5646/21
5648/19 5686/7
**locations [3]** 5624/18
5667/10 5712/12
**lock [2]** 5647/15
5654/6
**locked [3]** 5647/25
5654/10 5669/5

**long [10]** 5591/4
5592/9 5644/22
5644/25 5667/11
5676/4 5680/20
5703/11 5717/4
5718/22
**longer [3]** 5683/18
5683/24 5683/25
**look [30]** 5588/9
5608/17 5611/4
5612/23 5614/11
5615/5 5615/6 5617/4
5619/16 5626/16
5655/5 5656/17 5659/5
5672/3 5676/15 5677/2
5677/16 5678/24
5683/5 5683/10
5683/13 5683/14
5683/18 5683/21
5684/22 5686/8
5686/13 5687/18
5689/4 5689/23
**look-alikes [1]** 5617/4
**looked [9]** 5631/23
5632/5 5636/18 5655/8
5657/25 5659/15
5668/19 5687/22
5714/23
**looking [17]** 5595/16
5598/2 5600/21
5600/21 5600/25
5619/6 5634/24 5655/9
5656/13 5656/20
5657/3 5657/7 5657/12
5657/16 5667/17
5668/18 5679/14
**loss [6]** 5638/19
5673/5 5673/6 5673/14
5684/14 5684/15
**lost [2]** 5651/6 5681/22
**lot [17]** 5586/7 5601/25
5612/5 5612/5 5612/6
5614/9 5624/20 5651/7
5651/8 5652/14 5696/2
5698/11 5698/11
5699/7 5699/23
5713/18 5717/11
**lots [1]** 5668/18
**Louis [2]** 5579/15
5585/10
**love [1]** 5678/23
**lower [12]** 5611/21
5620/24 5629/2 5629/6
5629/24 5630/4 5630/7
5631/3 5631/18
5632/11 5639/24
5651/21
**Lower West Terrace
[8]** 5611/21 5629/2
5629/6 5629/24 5630/7
5631/18 5632/11
5639/24
**Ls [1]** 5682/21
**lunch [5]** 5718/2
5718/6 5718/7 5718/13
5719/3

ma'am [8]  5598/21
5606/21 5606/24
5609/12 5609/16
5636/25 5664/25
5688/8
made [16]  5587/16
5603/10 5608/9
5610/20 5647/25
5648/5 5649/3 5652/3
5655/4 5659/15 5678/1
5678/4 5678/15 5679/4
5679/19 5692/24
main [1]  5686/7
maintenance [1]
5697/22
majority [1]  5645/6
make [36]  5587/4
5596/10 5602/1 5615/5
5617/23 5646/20
5648/10 5649/4 5650/2
5650/10 5650/19
5654/8 5655/11 5660/2
5669/19 5671/12
5671/21 5676/3
5676/24 5677/20
5677/25 5678/3 5678/9
5679/18 5680/13
5680/14 5681/21
5684/5 5690/2 5690/7
5692/23 5693/6 5693/7
5699/10
makes [2]  5586/19
5672/8
making [3]  5599/25
5650/13 5684/5
mall [1]  5586/2
manager [5]  5667/6
5667/7 5667/8 5667/13
5696/11
managers [1]  5676/20
managing [2]  5697/13
5697/15
manufacture [1]
5680/24
many [11]  5640/6
5640/7 5654/13
5660/13 5660/15
5660/16 5661/7
5667/18 5681/14
5696/22 5699/22
Manzo [2]  5579/15
5585/10
map [1]  5593/20
march [1]  5700/2
marches [4]  5700/11
5702/16 5702/20
5703/6
Marine [1]  5696/17
mark [1]  5626/19
marked [1]  5626/18
Maryland [2]  5667/16
5681/2
mask [6]  5590/6
5636/4 5643/22 5652/1
5666/11 5693/18
mass [1]  5624/24

matter [1]  5720/4
may [18]  5588/19
5590/25 5591/22
5602/19 5605/25
5607/1 5608/4 5610/4
5623/5 5624/17
5628/25 5630/18
5653/10 5663/2
5672/19 5674/5
5693/11 5718/22
May 18th [1]  5630/18
maybe [12]  5624/9
5624/10 5624/13
5624/14 5640/8 5647/6
5649/24 5655/12
5660/18 5704/7 5710/5
5715/14
mayor [3]  5670/8
5670/11 5670/15
Mayor Muriel Bowser
[1]  5670/8
mayor's [3]  5670/21
5690/9 5692/20
MD [1]  5581/14
me [43]  5594/9 5603/3
5603/8 5607/8 5611/20
5614/20 5615/2
5617/23 5617/23
5617/25 5618/6 5619/3
5628/12 5629/23
5631/20 5635/2
5635/20 5639/13
5649/7 5649/8 5649/18
5650/13 5654/13
5656/16 5656/20
5656/21 5657/13
5657/14 5657/14
5674/2 5676/3 5677/20
5689/19 5702/6
5702/25 5703/2
5703/22 5704/9 5709/7
5710/16 5710/21
5714/11 5715/19
mean [14]  5589/10
5589/22 5606/7 5626/8
5651/6 5652/14
5673/14 5673/25
5677/13 5681/12
5684/4 5706/1 5710/4
5710/12
means [8]  5589/22
5591/13 5626/9
5647/14 5647/16
5708/8 5714/10
5715/10
mechanical [1]  5582/6
medal [1]  5662/17
media [1]  5698/11
medical [1]  5654/14
medically [1]  5694/22
meet [6]  5646/2
5680/16 5691/9
5707/12 5709/11
5709/16
meeting [2]  5713/2
5713/5
meetings [4]  5704/22

Meggs [9]  5581/2
5585/6 5585/14 5605/6
5706/18 5709/22
5715/4 5715/13
5715/16
Meggs' [1]  5709/10
MEHTA [2]  5579/9
5585/3
member [4]  5602/20
5650/23 5698/13
5701/20
member's [1]  5650/25
members [5]  5589/18
5615/8 5623/19 5648/7
5710/3
Memorial [1]  5593/10
men [1]  5610/18
mental [1]  5591/23
mention [1]  5589/13
mentioned [12]  5593/6
5593/16 5602/12
5604/3 5635/5 5645/8
5652/3 5662/10 5705/7
5709/25 5710/6
5710/14
Merit [1]  5582/2
mess [1]  5697/21
message [1]  5650/16
messages [2]  5701/2
5701/4
Metro [1]  5670/1
Metropolitan [1]
5614/14
mic [1]  5590/25
Michael [1]  5610/7
Michael Palian [1]
5610/7
microphone [2]
5644/13 5652/12
middle [3]  5594/3
5661/19 5709/3
Middletown [1]
5667/17
midnight [3]  5592/8
5671/9 5671/13
might [8]  5618/14
5649/14 5649/16
5662/14 5704/10
5710/10 5715/10
5715/15
military [6]  5610/18
5694/16 5694/18
5694/20 5694/24
5695/7
minded [1]  5714/23
minds [2]  5628/8
5628/10
mine [3]  5602/11
5676/7 5700/5
minimal [1]  5591/25
minute [3]  5613/23
5639/4 5639/22
minutes [1]  5630/15
misconstrued [1]
5624/17
missing [1]  5658/16
mission [1]  5591/7

model [1]  5683/19
modify [1]  5699/14
moment [15]  5590/16
5592/10 5594/25
5597/13 5598/1 5600/7
5601/13 5602/3
5603/13 5603/17
5615/12 5645/9
5651/23 5658/1
5658/18
money [8]  5672/8
5678/15 5679/3 5684/5
5692/23 5693/6
5697/10 5704/11
monitor [1]  5672/16
month [2]  5683/6
5695/25
months [5]  5607/1
5610/5 5630/21
5630/22 5676/6
more [33]  5596/13
5597/18 5598/9
5599/17 5600/12
5641/12 5645/20
5646/15 5646/20
5647/14 5649/24
5653/3 5654/5 5655/18
5655/24 5677/25
5678/21 5680/13
5685/8 5689/11
5689/13 5699/22
5699/24 5702/17
5702/19 5703/9
5703/15 5703/15
5710/10 5714/11
5714/12 5714/22
5714/23
morning [24]  5579/7
5585/4 5585/20 5590/4
5590/14 5590/15
5592/5 5605/5 5624/25
5628/22 5628/23
5643/15 5644/6 5644/7
5646/14 5646/18
5662/11 5662/21
5666/19 5666/20
5682/16 5682/17
5693/24 5693/25
most [5]  5623/1
5638/20 5669/25
5697/22 5718/20
Mostly [1]  5696/16
motivational [1]
5699/8
motor [1]  5670/16
mouse [1]  5615/12
mouth [1]  5618/22
move [17]  5590/25
5613/11 5618/22
5620/22 5621/5
5625/21 5626/24
5644/12 5651/19
5652/11 5668/10
5672/17 5701/7
5708/19 5711/16
5713/23 5716/13
moved [3]  5657/11

moving [3]  5648/20
5650/4 5652/21
MPD [2]  5614/9
5614/12
Mr [3]  5621/14 5626/22
5662/20
Mr. [57]  5585/22
5586/3 5586/5 5588/10
5588/21 5589/9
5604/18 5604/19
5609/17 5609/21
5611/1 5611/4 5618/20
5618/21 5619/12
5620/7 5621/1 5621/10
5621/14 5621/18
5628/9 5628/16
5628/17 5630/10
5642/15 5643/7
5663/18 5663/19
5664/4 5665/18
5665/19 5665/21
5666/10 5666/24
5668/6 5668/8 5674/20
5682/3 5682/6 5682/7
5682/11 5692/13
5692/19 5693/10
5693/17 5694/4
5694/15 5700/18
5701/2 5702/5 5708/10
5708/13 5709/2 5718/1
5718/11 5718/17
5718/19
Mr. Crisp [5]  5586/3
5586/5 5628/17
5665/21 5682/11
Mr. Dunn [6]  5588/10
5588/21 5609/21
5621/10 5642/15
5643/7
Mr. Fischer [1]
5630/10
Mr. Geyer [9]  5609/17
5611/1 5611/4 5620/7
5621/1 5621/18 5628/9
5628/16 5665/18
Mr. Harrelson [5]
5618/20 5618/21
5619/12 5621/14
5665/19
Mr. Lazarus [1]  5664/4
Mr. Linder [3]  5604/18
5663/18 5682/6
Mr. Nestler [2]  5692/13
5718/1
Mr. Rhodes [5]
5585/22 5589/9
5604/19 5663/19
5682/7
Mr. Tippett [8]  5666/10
5666/24 5668/6 5668/8
5674/20 5682/3
5692/19 5693/10
Mr. Young [12]
5693/17 5694/4
5694/15 5700/18
5701/2 5702/5 5708/10
5708/13 5709/2

**Mr. Young... [3]**
5718/11 5718/17
5718/19
**Ms [1]** 5647/4
**Ms. [47]** 5589/15
5593/12 5594/13
5595/6 5595/14 5596/1
5596/6 5596/14
5597/23 5598/9
5598/22 5599/13
5600/8 5600/16
5600/19 5601/3
5601/16 5604/21
5613/4 5621/2 5629/11
5633/4 5634/20
5635/14 5635/23
5636/1 5636/13 5637/2
5641/11 5642/16
5643/11 5658/22
5661/20 5661/21
5663/22 5669/7
5671/19 5682/8
5686/10 5700/25
5701/14 5702/12
5711/23 5712/20
5714/6 5716/7 5717/22
**Ms. Haller [4]** 5604/21
5629/11 5663/22
5682/8
**Ms. Hughes [6]**
5589/15 5613/4 5621/2
5633/4 5642/16
5643/11
**Ms. Rohde [37]**
5593/12 5594/13
5595/6 5595/14 5596/1
5596/6 5596/14
5597/23 5598/9
5598/22 5599/13
5600/8 5600/16
5600/19 5601/3
5601/16 5634/20
5635/14 5635/23
5636/1 5636/13 5637/2
5641/11 5658/22
5661/20 5661/21
5669/7 5671/19
5686/10 5700/25
5701/14 5702/12
5711/23 5712/20
5714/6 5716/7 5717/22
**much [21]** 5603/22
5623/14 5628/14
5628/15 5656/22
5671/22 5676/13
5676/24 5678/8
5678/15 5679/3 5679/3
5679/18 5679/24
5681/20 5681/21
5685/9 5693/6 5698/25
5699/22 5715/24
**Multiple [1]** 5700/16
**Muriel [1]** 5670/8
**my [73]** 5590/19
5591/6 5592/17
5593/21 5594/18
5596/21 5597/16

5603/6 5603/10
5603/14 5603/14
5603/15 5603/18
5603/21 5604/1
5604/12 5605/19
5607/12 5608/4 5614/8
5615/12 5616/15
5623/2 5623/21 5626/5
5627/15 5628/7
5631/22 5633/20
5636/18 5645/6
5647/13 5647/20
5647/20 5650/13
5654/7 5654/11
5654/23 5656/24
5659/12 5659/13
5659/14 5664/15
5666/22 5667/15
5674/3 5680/20
5682/18 5685/20
5687/20 5694/2 5695/8
5696/16 5697/5 5697/5
5697/6 5697/7 5697/9
5698/1 5698/4 5699/14
5699/14 5699/17
5700/4 5700/6 5703/22
5704/9 5707/15
5707/18 5714/22
5715/9 5715/23 5717/3
**myself [4]** 5593/20
5622/23 5676/21
5710/5

**N**

**name [16]** 5590/18
5590/19 5602/13
5602/22 5619/1 5620/7
5644/10 5666/21
5666/22 5682/18
5694/1 5694/2 5703/23
5705/15 5706/13
5716/24
**named [3]** 5585/18
5701/18 5702/4
**names [3]** 5586/21
5618/17 5675/18
**Nancy [4]** 5644/21
5644/22 5658/3
5658/15
**Nancy Pelosi [2]**
5644/21 5658/3
**Nancy Pelosi's [2]**
5644/22 5658/15
**national [1]** 5699/23
**nationally [1]** 5706/8
**Naval [2]** 5695/22
5696/7
**Naval Reserves [1]**
5696/7
**navigate [1]** 5651/3
**Navy [2]** 5695/10
5695/14
**necessarily [1]** 5674/6
**necessary [1]** 5715/19
**need [13]** 5589/19
5589/22 5618/14
5640/1 5642/8 5649/16
5673/12 5676/9

5712/17 5715/12
5717/8
**needed [4]** 5631/12
5654/14 5657/15
5704/4
**needs [1]** 5674/10
**negative [1]** 5685/21
**negotiator [1]** 5591/15
**negotiators [1]**
5591/18
**Nestler [4]** 5579/14
5585/9 5692/13 5718/1
**never [3]** 5616/13
5649/3 5677/11
**new [4]** 5591/14
5610/5 5683/11
5717/12
**news [2]** 5589/10
5698/12
**next [16]** 5598/16
5626/9 5643/11
5647/18 5657/11
5669/13 5677/17
5677/17 5682/1
5684/25 5686/13
5688/6 5692/7 5702/4
5702/11 5709/13
**nice [2]** 5585/23
5589/6
**night [3]** 5662/15
5669/14 5682/1
**Nightmare [1]** 5679/11
**nipsac [1]** 5695/9
**NJ [1]** 5581/9
**no [91]** 5579/4 5585/5
5585/5 5599/7 5599/10
5599/12 5601/14
5602/6 5604/17 5606/1
5606/4 5606/17
5609/12 5613/7
5619/13 5620/24
5621/3 5622/14 5626/9
5627/1 5627/10 5629/4
5630/3 5633/1 5636/6
5636/10 5636/20
5636/25 5637/25
5640/19 5640/25
5641/3 5641/20 5642/1
5642/14 5642/23
5642/23 5643/16
5648/20 5649/3
5650/11 5655/11
5658/2 5661/12
5662/19 5663/20
5665/7 5665/19
5665/22 5665/23
5665/25 5668/12
5670/14 5672/23
5678/12 5680/15
5680/17 5681/1
5681/10 5681/11
5682/5 5682/7 5682/9
5682/10 5683/1
5690/13 5690/19
5690/22 5691/5 5691/9
5691/18 5692/12
5693/8 5693/9 5697/3

5704/19 5705/9
5706/14 5707/4 5708/1
5708/21 5710/16
5711/4 5711/18
5713/25 5714/14
5716/15 5717/21
**nobody [6]** 5618/5
5641/23 5642/10
5677/12 5681/10
5703/1
**nominated [1]** 5662/17
**non [3]** 5691/2 5695/10
5695/12
**non-prior [1]** 5695/12
**non-times [1]** 5691/2
**none [3]** 5673/7
5680/15 5691/24
**noon [1]** 5647/5 5647/6
**normal [10]** 5626/2
5671/6 5685/8 5689/11
5689/11 5689/12
5689/13 5689/15
5689/20 5690/23
**normally [4]** 5593/22
5681/15 5688/17
5688/17
**normals [1]** 5690/6
**North [3]** 5580/15
5593/21 5704/1
**North Carolina [1]**
5704/1
**not [105]** 5586/4
5587/4 5587/5 5587/8
5587/9 5587/15
5587/17 5587/23
5588/2 5588/6 5588/13
5588/16 5589/24
5599/25 5600/2
5603/19 5604/12
5605/17 5605/21
5605/24 5606/3 5606/4
5606/4 5606/7 5606/17
5607/3 5607/7 5607/19
5607/25 5608/8
5609/12 5610/10
5611/4 5612/18 5614/1
5614/6 5614/13
5614/23 5615/18
5616/24 5616/25
5618/17 5618/18
5618/23 5622/14
5622/19 5622/22
5622/24 5623/14
5624/23 5625/7
5626/11 5626/13
5626/18 5627/13
5627/16 5627/17
5629/2 5630/3 5640/25
5641/17 5642/1 5654/6
5658/10 5662/14
5663/4 5664/15
5668/19 5669/14
5672/10 5673/3 5674/2
5674/5 5676/1 5676/1
5679/6 5680/17 5683/1
5683/17 5684/5 5685/9
5685/23 5687/5

5689/12 5689/15
5690/21 5691/1 5691/3
5691/9 5691/18 5696/2
5696/2 5697/3 5697/4
5697/17 5697/18
5700/9 5705/5 5705/6
5705/17 5706/4 5717/4
5718/12
**noted [2]** 5608/16
5676/1
**nothing [4]** 5637/18
5690/19 5692/4
5697/23
**notice [4]** 5616/24
5640/17 5658/6
5660/19
**noticed [1]** 5602/9
5612/5 5640/20
5660/25
**November [4]** 5591/6
5698/17 5698/23
5699/25
**now [35]** 5593/6
5593/16 5598/22
5599/5 5601/19 5602/3
5602/3 5602/12
5611/13 5613/22
5614/6 5615/21 5616/8
5616/12 5620/2 5622/8
5634/24 5637/1 5637/7
5639/5 5656/13
5657/10 5661/14
5671/3 5678/14
5679/13 5680/21
5684/16 5685/16
5688/10 5697/1
5698/22 5703/13
5710/19 5711/5
**NPSAC [1]** 5695/9
**number [8]** 5603/24
5613/9 5655/11 5672/1
5672/2 5677/9 5684/16
5686/10
**numbers [18]** 5673/7
5674/12 5674/25
5675/6 5675/17
5676/18 5676/21
5679/6 5680/20
5685/17 5685/22
5685/24 5685/25
5686/2 5687/10
5688/12 5688/14
5689/23
**numerous [1]** 5587/2
**NW [3]** 5579/17 5581/3
5582/4

**O**

**Oak [2]** 5580/3 5580/7
**oath [58]** 5586/20
5590/2 5607/22 5608/2
5608/6 5608/16
5610/19 5611/14
5614/23 5615/3 5615/4
5615/16 5615/19
5616/12 5616/16
5616/18 5616/23

**oath... [41]** 5616/25
5617/3 5617/10 5622/9
5624/12 5627/7 5627/9
5627/13 5629/25
5631/7 5631/12
5631/16 5632/20
5635/21 5636/7
5636/18 5636/19
5636/21 5636/21
5636/24 5638/2
5640/23 5641/2 5643/1
5643/19 5665/8 5666/8
5693/15 5703/19
5704/2 5704/18 5706/6
5707/14 5709/22
5710/3 5714/10
5714/21 5714/25
5717/5 5717/9 5717/11
**Oath Keeper [1]**
5617/3
**Oath Keeper-related
[1]** 5636/24
**Oath Keepers [50]**
5586/20 5607/22
5608/2 5608/6 5608/16
5610/19 5611/14
5614/23 5615/3
5615/16 5615/19
5616/12 5616/16
5616/18 5616/23
5616/25 5617/10
5622/9 5627/7 5627/9
5627/13 5629/25
5631/7 5631/12
5631/16 5632/20
5635/21 5636/7
5636/18 5636/19
5636/21 5636/21
5638/2 5640/23 5641/2
5643/1 5665/8 5703/19
5704/2 5704/18 5706/6
5707/14 5709/22
5710/3 5714/10
5714/21 5714/25
5717/5 5717/9 5717/11
**object [1]** 5587/18
**objecting [1]** 5674/1
**objection [29]** 5586/10
5604/7 5612/18 5613/7
5613/24 5615/9 5620/5
5620/23 5621/2 5621/3
5621/16 5625/2
5625/12 5626/24
5627/1 5627/21
5634/15 5668/12
5673/22 5674/2 5674/3
5674/9 5674/16 5693/1
5701/9 5708/21
5711/18 5713/25
5716/15
**objections [1]** 5613/12
**objectively [1]** 5642/8
**observe [5]** 5600/23
5602/15 5602/25
5661/8 5662/7
**observed [8]** 5597/20
5598/6 5599/6 5602/23

5662/3 5708/16
**obviously [8]** 5646/11
5678/19 5679/15
5683/7 5689/18
5697/19 5702/25
5709/19
**occurred [6]** 5610/4
5611/18 5611/24
5616/19 5617/8
5617/14
**occurrence [5]**
5622/19 5626/2
5633/10 5633/12
5690/23
**occurrences [2]**
5623/2 5628/1
**occurring [1]** 5670/12
**October [1]** 5579/5
5720/7
**off [7]** 5590/7 5603/8
5643/22 5658/4 5658/6
5682/21 5685/6
**offensive [3]** 5606/3
5606/7 5714/23
**offer [7]** 5599/6
5601/12 5602/4 5604/5
5604/10 5632/21
5661/11
**offered [3]** 5618/5
5639/12 5639/22
**office [36]** 5579/16
5611/25 5617/8 5618/3
5618/5 5648/11
5650/17 5650/21
5651/20 5651/22
5652/4 5653/3 5653/15
5653/20 5653/21
5653/23 5654/3 5654/8
5655/4 5655/11
5656/25 5657/2 5657/8
5657/14 5658/10
5658/12 5658/15
5659/18 5659/24
5660/11 5664/6 5664/9
5664/10 5664/17
5664/22 5664/23
**officer [58]** 5586/24
5589/17 5590/4
5590/10 5590/25
5591/13 5591/15
5592/1 5592/14 5593/3
5593/6 5593/16 5595/1
5595/21 5596/8 5599/5
5599/8 5599/18
5602/11 5602/12
5602/13 5602/22
5602/25 5603/6
5603/13 5604/3 5605/4
5608/20 5612/22
5614/12 5615/21
5619/6 5619/23
5624/19 5628/15
5630/14 5633/8
5633/24 5642/11
5642/15 5642/17
5649/6 5649/8 5655/16
5656/3 5656/7 5657/2

5660/16 5660/23
5660/24 5661/8
5661/11 5662/1 5665/2
5695/21
**Officer Dunn [30]**
5590/4 5590/25 5592/1
5592/14 5595/1
5595/21 5596/8
5599/18 5603/13
5604/3 5605/4 5608/20
5612/22 5619/6
5628/15 5630/14
5633/8 5642/11 5656/7
5657/2 5659/1 5659/2
5659/5 5660/16
5660/23 5660/24
5661/8 5661/11 5662/1
5665/2
**Officer Ford [1]**
5602/25
**officers [34]** 5591/14
5591/17 5596/11
5596/23 5596/25
5597/3 5597/5 5602/8
5602/10 5604/4 5604/5
5604/11 5607/21
5608/13 5610/24
5614/9 5617/21
5620/10 5631/4
5631/13 5632/15
5635/2 5639/13
5639/14 5639/14
5639/19 5639/24
5640/5 5641/24 5642/5
5649/24 5655/9
5659/23 5660/9
**OFFICES [1]** 5581/3
**Official [1]** 5582/3
**oh [8]** 5620/20 5624/25
5637/20 5654/23
5655/23 5658/9 5678/6
5700/19
**OK [2]** 5701/18 5715/4
**OK FL Hangout [1]**
5701/18
**OK Gator [1]** 5715/4
**okay [111]** 5585/20
5586/12 5587/11
5587/12 5588/21
5589/1 5589/5 5589/20
5592/11 5594/19
5595/25 5598/8
5599/21 5605/11
5605/14 5606/6
5606/13 5606/18
5606/25 5607/4
5607/11 5607/14
5607/20 5608/2
5608/11 5608/15
5608/23 5609/2 5609/9
5609/13 5611/10
5611/22 5612/8
5612/11 5612/12
5612/13 5612/24
5613/8 5613/19
5614/16 5614/21
5614/25 5615/1 5615/3

5615/20 5616/1 5616/4
5616/16 5617/2
5617/15 5618/7
5618/13 5619/19
5619/20 5620/15
5626/14 5628/5
5628/11 5628/14
5629/5 5629/17 5630/2
5630/9 5631/10
5631/15 5631/21
5632/2 5632/9 5632/18
5634/1 5637/20
5641/11 5643/4
5648/22 5649/19
5654/20 5658/21
5663/2 5663/5 5663/21
5664/18 5665/7
5665/10 5665/15
5666/1 5669/2 5674/14
5675/16 5678/23
5680/4 5687/17
5687/21 5688/1 5688/5
5689/7 5689/23
5691/11 5691/15
5691/24 5692/2
5692/11 5696/5
5696/12 5700/19
5704/17 5705/19
5710/22 5718/13
5718/25
**old [4]** 5676/2 5694/13
5700/4 5700/5
**once [18]** 5591/14
5617/21 5635/12
5642/2 5642/11
5647/23 5648/4 5648/7
5648/20 5648/21
5649/5 5650/2 5650/8
5650/9 5653/7 5660/3
5669/17 5704/21
**one [49]** 5586/4 5594/3
5594/5 5596/13 5598/9
5599/17 5601/1
5602/10 5604/3
5608/22 5613/17
5613/23 5614/8
5615/12 5617/7
5621/25 5624/11
5624/14 5628/6
5629/25 5638/12
5638/13 5640/10
5641/12 5647/2 5647/9
5649/9 5653/25
5655/11 5655/11
5659/12 5659/13
5659/14 5668/25
5672/1 5672/23
5681/19 5683/8
5683/17 5684/19
5684/24 5686/7
5690/15 5695/24
5696/3 5707/9 5707/10
5713/8 5713/21
**only [6]** 5608/22
5623/21 5625/11
5704/24 5705/18
5712/17

5676/20
**open [10]** 5588/18
5588/25 5611/11
5619/22 5643/5 5660/4
5674/15 5705/21
5706/1 5707/10
**opened [1]** 5676/4
**opening [1]** 5659/17
5683/12
**opens [1]** 5588/5
**operate [1]** 5667/19
**operating [2]** 5675/24
5678/20
**operators [1]** 5653/25
**opinion [2]** 5707/15
5707/18
**opportunity [3]**
5652/18 5659/8 5710/5
**ops [1]** 5712/18
**options [1]** 5655/8
**order [5]** 5670/21
5676/10 5676/15
5690/9 5692/20
**ordered [2]** 5670/8
5670/25
**organization [10]**
5704/7 5705/2 5706/5
5706/7 5706/19
5707/11 5713/15
5714/15 5714/20
5715/9
**orient [1]** 5593/20
**original [1]** 5642/17
**Originally [1]** 5646/24
**other [29]** 5591/21
5601/1 5601/19 5602/7
5603/2 5604/10
5605/24 5608/13
5622/1 5631/4 5635/2
5639/16 5640/5 5645/9
5650/16 5650/22
5650/25 5653/1 5660/9
5664/10 5670/14
5670/16 5670/17
5673/1 5689/25
5690/22 5695/24
5710/3 5718/21
**others [2]** 5678/21
5705/22
**otherwise [2]** 5589/20
5692/24
**our [35]** 5589/14
5589/16 5591/15
5591/21 5603/20
5635/2 5638/20
5643/17 5646/12
5646/19 5653/21
5653/22 5662/21
5668/3 5669/23
5669/25 5671/14
5672/2 5672/4 5672/15
5675/1 5676/17 5681/5
5681/14 5684/22
5685/19 5685/22
5686/3 5686/6 5690/10
5702/9 5702/16 5709/9
5718/2 5718/5
**out [41]** 5586/22

**O**

**out... [40]** 5587/3
5596/10 5596/11
5599/25 5602/1 5602/2
5603/11 5603/21
5621/22 5622/2 5623/3
5624/12 5628/8 5635/3
5635/9 5638/18 5639/8
5639/14 5648/5
5648/10 5650/19
5652/6 5652/15 5655/5
5657/1 5658/7 5659/2
5659/7 5660/7 5668/17
5668/22 5669/25
5670/2 5672/11 5677/6
5681/5 5686/1 5698/1
5714/10 5715/12

**outlook.com [1]**
5581/6

**outnumbered [1]**
5617/20

**outside [8]** 5597/2
5642/18 5642/24
5643/3 5646/6 5646/10
5650/20 5691/8

**outspoken [1]** 5609/23

**over [11]** 5591/11
5631/7 5634/25 5635/1
5638/14 5645/3
5656/21 5658/9
5683/22 5700/9
5704/24

**overcoat [1]** 5652/1

**overcomes [1]** 5674/9

**overhear [1]** 5661/11

**overruled [3]** 5604/8
5625/13 5674/16

**oversees [1]** 5667/8

**owe [1]** 5609/22

**own [2]** 5696/20
5715/23

**owner [1]** 5716/24

**P**

**P-a-u-l [1]** 5694/3

**P. [1]** 5585/3

**P.A [1]** 5581/12

**p.m [15]** 5647/6
5667/25 5669/5
5669/10 5669/12
5669/13 5670/7
5670/10 5671/2
5671/11 5671/13
5671/13 5681/7 5719/4
5719/4

**PA [1]** 5580/15

**page [6]** 5648/2
5671/18 5686/13
5688/6 5701/14
5712/19

**Palian [1]** 5610/7

**panel [2]** 5589/3
5663/12

**park [1]** 5670/17

**part [2]** 5587/6 5694/10

**participant [1]** 5701/5

**particular [9]** 5618/9
5646/3 5649/11

5681/22 5688/2 5689/5
5689/9

**particularly [2]**
5624/24 5681/15

**parties [1]** 5670/6

**partners [1]** 5591/22

**pass [1]** 5660/16

**past [1]** 5628/12

**patches [5]** 5616/24
5616/25 5617/4
5617/10 5640/23

**path [4]** 5650/3 5655/6
5660/3 5660/9

**paths [1]** 5655/13

**Patriot [1]** 5705/17

**patriots [1]** 5701/24

**Paul [1]** 5694/2

**pause [25]** 5589/2
5594/25 5595/7
5595/14 5596/14
5596/14 5596/17
5597/13 5597/23
5600/7 5600/16
5600/22 5600/23
5633/18 5634/22
5635/16 5635/25
5636/15 5641/7
5641/14 5653/4
5654/15 5655/23
5655/25 5661/23

**paused [3]** 5597/24
5598/3 5598/23

**pay [3]** 5647/20 5703/4
5704/11

**paying [2]** 5700/11
5703/1

**peaks [1]** 5697/19

**Pelosi [4]** 5644/21
5653/5 5654/17 5658/3

**Pelosi's [3]** 5644/22
5645/8 5658/15

**Pennsylvania [3]**
5581/3 5681/5 5681/9

**people [35]** 5597/18
5598/5 5600/12
5607/16 5608/9
5608/17 5614/22
5615/17 5617/9
5621/25 5628/1 5628/7
5628/12 5629/19
5629/20 5639/3 5642/7
5651/13 5652/6
5652/15 5652/17
5653/1 5653/3 5654/13
5668/21 5669/25
5678/14 5690/18
5691/9 5695/15 5699/9
5703/4 5704/18
5707/12 5717/16

**pepper [1]** 5623/5

**per [1]** 5672/7

**percent [12]** 5671/14
5671/16 5672/7
5675/11 5677/10
5677/16 5677/25
5678/4 5678/5 5680/2
5680/10 5688/24

5673/4 5677/3 5677/6
5678/25 5679/17
5686/18

**percentage [2]**

**percentages [4]**
5673/9 5675/8 5675/13
5679/21

**Perfect [2]** 5591/2
5630/8

**performed [2]** 5675/21
5710/2

**performing [1]**
5678/19

**perhaps [1]** 5711/11

**period [1]** 5683/8

**periods [1]** 5683/7

**perishable [2]** 5681/21
5682/2

**permit [1]** 5696/13

**person [13]** 5586/18
5586/22 5601/11
5619/17 5621/20
5670/14 5709/3 5709/5
5709/8 5709/13
5709/14 5717/2
5717/20

**personal [3]** 5628/1
5696/16 5696/18

**personally [2]** 5610/1
5672/9

**personnel [1]** 5668/4

**persons [1]** 5670/15

**petty [1]** 5695/20

**Petworth [3]** 5678/3
5678/6 5680/8

**pharmacists [1]**
5686/6

**Phillies [2]** 5586/3
5586/8

**phillip [3]** 5580/2
5580/6 5585/11

**phone [2]** 5586/13
5611/2 5618/14 5635/8
5642/19 5650/16
5672/19 5704/22
5704/24 5705/8 5713/2
5713/8

**photo [13]** 5592/14
5592/16 5592/22
5593/1 5593/17
5593/19 5594/7
5605/13 5605/14
5608/17 5609/11
5626/16 5657/19

**photo.PNG [5]**
5626/19 5626/20
5626/23 5627/2 5627/4

**photograph [13]**
5594/16 5595/11
5598/2 5598/6 5598/9
5599/1 5600/21 5601/4
5638/12 5708/13
5708/16 5709/6
5712/22

**physical [1]** 5691/22

**physically [1]** 5647/14

**pick [1]** 5684/25

**picked [1]** 5686/3

5607/25 5608/6 5608/8
5622/6 5627/12
5627/16 5629/1
5631/22 5640/15

**pictures [1]** 5600/25

**pin [1]** 5602/21

**Piney [3]** 5677/23
5679/25 5688/22

**Piney Branch [2]**
5677/23 5679/25

**pipe [1]** 5646/21

**pistol [1]** 5603/14
5603/20

**placard [1]** 5658/2
5658/15

**place [9]** 5588/2
5624/18 5632/14
5642/8 5648/6 5669/10
5669/14 5670/18
5681/3

**placed [4]** 5590/2
5643/19 5666/8
5693/15

**plain [2]** 5602/10
5602/12

**plainclothed [1]**
5602/13

**Plaintiff [1]** 5579/4

**plan [7]** 5648/1 5648/3
5672/16 5680/11
5684/7 5684/22
5697/10

**planned [2]** 5677/14
5678/20

**planning [2]** 5676/14
5712/18

**plans [2]** 5669/13
5713/6

**platforms [1]** 5699/6

**play [21]** 5595/20
5596/1 5596/13 5597/8
5599/17 5600/3 5612/9
5612/21 5613/17
5615/2 5618/7 5619/5
5619/17 5620/21
5633/17 5641/10
5641/12 5655/20
5661/17 5661/19
5701/25

**played [37]** 5595/8
5596/4 5596/16
5597/12 5599/15
5599/22 5600/6
5600/17 5601/17
5601/22 5612/14
5613/6 5613/20
5613/25 5614/4
5614/17 5615/14
5616/6 5616/10 5619/3
5619/7 5620/17
5620/23 5620/25
5621/11 5633/19
5634/2 5634/21
5635/15 5635/24
5636/14 5641/6
5641/13 5642/18
5642/23 5655/22

**playing [9]** 5596/3
5597/22 5599/14
5600/15 5601/16
5634/19 5635/13
5635/22 5636/12

**please [61]** 5589/5
5590/1 5590/7 5590/16
5592/12 5592/24
5592/25 5593/12
5593/17 5593/24
5595/4 5597/11
5597/22 5598/3
5599/13 5600/3
5600/15 5600/18
5601/16 5611/2
5615/12 5619/24
5620/7 5627/23
5629/10 5633/9
5633/15 5633/17
5634/19 5635/13
5635/16 5635/22
5636/12 5641/4
5643/18 5644/8 5646/9
5653/18 5655/20
5660/22 5663/14
5666/7 5666/21
5671/19 5674/17
5686/11 5686/14
5688/6 5693/3 5693/14
5693/18 5694/1
5700/25 5701/13
5708/11 5711/23
5712/20 5713/17
5714/5 5714/10 5716/7

**plug [1]** 5683/23

**plus [2]** 5683/5 5697/7

**PNG [1]** 5629/2

**point [13]** 5597/6
5599/8 5603/24 5606/5
5629/1 5629/8 5629/25
5646/5 5646/21 5653/5
5657/10 5661/7 5662/6

**points [3]** 5679/22
5680/3 5680/10

**police [19]** 5590/21
5590/23 5591/5 5591/8
5591/12 5591/13
5602/7 5608/13 5614/6
5614/14 5623/18
5624/19 5635/6
5644/15 5644/17
5645/1 5645/4 5655/16
5656/3

**policy [1]** 5615/7

**political [3]** 5707/21
5707/22 5714/21

**politics [2]** 5661/2
5699/23

**portion [1]** 5711/23

**position [4]** 5597/16
5644/16 5667/5
5695/19

**positioned [1]** 5596/19

**positions [2]** 5591/11
5591/19

**positive [1]** 5677/24

**possible [11]** 5587/6

**P**

**possible... [10]** 5624/7
5624/8 5624/15
5624/16 5625/9
5625/20 5626/4 5626/5
5628/6 5670/2
**post [2]** 5635/21
5636/10
**posted [1]** 5714/8
**posting [2]** 5701/18
5707/9
**posts [1]** 5713/21
**posture [2]** 5606/3
5606/7
**potential [2]** 5588/14
5638/19
**potentially [1]** 5629/19
**potentials [1]** 5672/2
**pound [1]** 5625/22
**power [2]** 5707/21
5707/22
**pre [1]** 5617/7
**pre-dated [1]** 5617/7
**preclude [1]** 5586/21
5588/3
**prejudice [1]** 5588/14
**preschool [2]** 5697/7
5698/4
**presence [2]** 5603/10
5603/11
**present [2]** 5585/18
5660/19
**President [1]** 5700/1
**President Trump [1]**
5700/1
**Presidential [3]** 5698/6
5698/24 5699/18
**presiding [1]** 5585/3
**pressing [1]** 5587/24
**pretty [4]** 5656/22
5683/16 5686/2
5688/14
**Prettyman [1]** 5582/4
**prevent [1]** 5657/14
**previous [3]** 5597/19
5599/5 5669/17
**previously [6]** 5593/13
5597/2 5597/10 5611/5
5622/1 5626/16
**primary [2]** 5664/9
5681/3
**prior [11]** 5678/1
5678/4 5682/21 5683/6
5683/11 5695/10
5695/12 5697/25
5698/23 5707/24
5713/2
**priorities [1]** 5699/15
**privacy [1]** 5706/5
**Private [1]** 5590/24
**probably [9]** 5622/24
5622/24 5652/8
5652/13 5682/2 5683/5
5683/24 5683/25
5685/23
**probative [1]** 5588/15
**problems [1]** 5697/6
**proceed [3]** 5585/24

**proceedings [4]**
5579/9 5582/6 5585/19
5720/4
**process [5]** 5591/10
5696/1 5702/21
5702/22 5706/4
**produced [1]** 5582/7
**product [3]** 5681/17
5681/18 5691/23
**profanity [1]** 5615/7
**profession [1]** 5696/9
**professional [3]**
5696/10 5697/2 5697/3
**professionalism [1]**
5609/24
**professionally [1]**
5610/1
**profit [2]** 5684/14
5684/15
**profits [2]** 5676/18
5684/12
**program [1]** 5695/9
**progress [1]** 5623/24
**progressing [1]**
5702/25
**project [4]** 5676/23
5687/9 5687/10
5696/11
**projected [24]** 5672/4
5677/2 5677/8 5677/21
5677/22 5678/7
5679/14 5679/17
5680/1 5680/6 5680/13
5685/12 5687/13
5687/18 5688/19
5689/5 5689/5 5689/9
5689/15 5689/17
5689/20 5689/24
5690/6 5698/18
**projection [2]** 5679/16
5679/20 5680/16
5684/9
**projections [11]**
5671/21 5672/12
5672/24 5672/25
5673/9 5676/10
5676/12 5682/20
5684/8 5684/17 5686/8
**prong [1]** 5674/11
**proper [3]** 5611/4
5618/18 5646/20
**properties [3]** 5697/10
5697/13 5697/16
**property [1]** 5697/21
**protect [6]** 5591/9
5616/18 5617/5
5617/11 5628/8
5638/21
**protected [2]** 5645/9
5645/12
**protectee [1]** 5647/15
**protectees [1]** 5648/4
**protecting [3]** 5629/20
5632/17 5645/16
**protection [7]** 5628/2
5644/18 5645/7
5645/18 5646/3

**protest [1]** 5703/16
**protesters [17]**
5606/15 5607/17
5607/23 5614/22
5617/11 5622/3
5622/19 5622/20
5629/8 5629/14 5631/2
5631/11 5631/13
5631/17 5651/10
5640/14 5691/8
**protesting [1]** 5691/6
**protests [7]** 5691/3
5691/19 5700/12
5702/16 5702/20
5703/6 5704/6
**ProtonMail [1]** 5712/7
**Proud [1]** 5714/16
5714/19 5715/1 5715/5
**Proud Boys [3]**
5714/16 5714/19
5715/5
**proven [1]** 5674/11
**provide [2]** 5708/4
5709/20
**provided [2]** 5673/7
5695/14
**Providing [1]** 5708/3
**public [4]** 5615/8
5623/20 5623/22
5670/18
**publicly [1]** 5675/5
**publish [7]** 5597/11
5613/11 5621/5
5626/25 5634/13
5674/17 5701/15
**published [1]** 5618/11
**puffing [1]** 5623/11
**pull [10]** 5637/1
5659/14 5668/5
5681/23 5683/23
5686/11 5700/17
5711/8 5716/6 5717/22
**pumpkin [1]** 5589/23
**purchasing [1]**
5691/13
**purposes [1]** 5676/14
**push [1]** 5689/18
**put [8]** 5601/3 5603/7
5603/8 5647/14
5647/21 5674/8
5681/13 5681/13
**puts [2]** 5615/22
5616/3
**putting [1]** 5701/24
**PUTZI [1]** 5581/12

**Q**

**quadrants [1]** 5680/22
**quarter [4]** 5683/6
5683/7 5684/16
5684/16
**quarter's [1]** 5689/10
**quarterly [2]** 5676/25
5677/11
**quarters [3]** 5683/7
5683/8 5683/11
**question [14]** 5617/6

5626/10 5627/22
5637/18 5645/20
5685/20 5687/20
5690/3 5691/7 5693/2
5693/3 5708/6
**questions [19]**
5604/17 5604/20
5605/10 5613/18
5633/1 5633/8 5637/4
5637/6 5642/14
5642/18 5655/18
5662/19 5663/20
5664/4 5665/20 5682/5
5682/7 5682/10 5693/9
**quickly [2]** 5669/18
5670/2
**quiet [1]** 5614/3
**quite [1]** 5689/1
**quote [1]** 5610/23
**quoting [1]** 5617/16

**R**

**raccoon [1]** 5627/8
**racial [1]** 5588/12
**racist [3]** 5586/18
5586/23 5586/25
**radio [1]** 5638/14
**raise [5]** 5586/11
5590/1 5643/18 5666/7
5693/14
**raised [1]** 5696/17
**Rakoczy [2]** 5579/14
5585/9
**rallies [1]** 5700/11
**rally [4]** 5635/1 5700/1
5700/3 5700/7
**ran [5]** 5632/12
5632/16 5647/22
5678/5 5688/25
**rather [1]** 5595/11
**raw [1]** 5677/5
**reach [2]** 5594/22
5715/12
**reaching [2]** 5605/22
5605/24
**read [6]** 5623/3
5679/10 5680/2 5680/2
5687/2 5704/8
**reading [3]** 5637/15
5637/22 5637/23
**reads [1]** 5670/6
**ready [5]** 5585/24
5586/9 5589/1 5589/14
5653/23
**realize [1]** 5643/14
**realized [2]** 5652/24
5653/2
**really [23]** 5586/5
5588/16 5618/22
5618/23 5618/24
5619/18 5620/9
5620/19 5637/18
5649/3 5652/9 5670/1
5673/15 5696/2
5699/12 5699/12
5699/13 5699/17
5699/23 5703/13

**Realtime [1]** 5582/3
**reaping [1]** 5676/21
**reason [5]** 5642/22
5642/23 5652/7
5652/23 5690/22
**reasonably [1]**
5624/14
**recall [15]** 5601/13
5606/14 5610/5 5610/9
5610/14 5611/8
5611/15 5612/12
5613/2 5627/11 5637/6
5638/14 5641/1
5646/23 5665/12
**recalled [1]** 5610/23
**receive [3]** 5667/25
5681/8 5681/10
**received [11]** 5613/14
5621/7 5627/4 5634/17
5668/14 5701/11
5708/23 5711/14
5711/20 5714/3
5716/17
**Recess [2]** 5663/8
5719/4
**recipients [1]** 5668/25
**recognize [4]** 5592/14
5615/21 5654/11
5709/8
**recollection [5]**
5609/11 5616/4 5618/2
5618/2 5625/10
**recommended [1]**
5717/5
**record [10]** 5593/3
5670/5 5673/19
5673/23 5673/25
5674/1 5674/5 5674/6
5674/9 5720/3
**recorded [3]** 5582/6
**recording [1]** 5635/11
**recovery [2]** 5673/13
5673/18
**RECROSS [1]** 5583/4
**recruit [1]** 5715/11
**recruiting [2]** 5713/12
5714/11
**recruitment [3]** 5713/6
5714/13 5715/15
**red [5]** 5679/6 5679/10
5687/3 5687/14 5688/3
**redacted [2]** 5675/2
5677/6
**redactions [1]** 5686/19
**redirect [7]** 5583/4
5588/18 5633/6
5665/24 5665/25
5692/13 5692/17
**reenroll [1]** 5695/1
**reference [2]** 5586/18
5588/11
**referenced [3]** 5596/23
5604/11 5664/6
**referencing [1]** 5608/5
**referring [5]** 5596/24
5596/25 5599/1

**referring... [2]** 5657/22 5703/10
**reflective [1]** 5674/6
**refurbish [1]** 5681/24
**regain [5]** 5652/19 5652/20
**regard [1]** 5703/3
**regards [3]** 5586/24 5684/23 5685/25
**Registered [1]** 5582/2
**related [3]** 5586/22 5636/24 5673/16
**relation [6]** 5596/20 5638/11 5656/12 5657/9 5664/21 5706/22
**relationship [3]** 5623/19 5623/22 5717/10
**relaxed [2]** 5606/2 5606/4
**relaxing [1]** 5589/8
**relevance [1]** 5674/10
**relevant [4]** 5587/20 5587/25 5588/16 5674/7
**reliable [1]** 5624/24
**relieved [1]** 5608/12
**relocated [1]** 5659/20
**remain [1]** 5648/19
**remained [1]** 5653/10
**remarks [1]** 5588/12
**remember [11]** 5595/1 5595/3 5607/11 5627/15 5638/17 5639/7 5640/23 5647/19 5657/16 5703/12 5710/7
**remotely [1]** 5673/9
**remove [3]** 5590/7 5666/11 5693/18
**rental [3]** 5697/10 5697/13 5697/15
**renters [1]** 5697/20
**reopen [1]** 5669/13
**repeat [7]** 5595/23 5599/20 5601/20 5617/6 5629/10 5637/17 5637/19
**rephrase [2]** 5621/18 5693/3
**report [6]** 5592/4 5637/23 5637/24 5645/22 5646/1 5672/15
**reported [1]** 5662/11
**Reporter [4]** 5582/2 5582/2 5582/3 5582/3
**reports [3]** 5623/4 5673/18 5674/20
**represent [3]** 5605/6 5608/8 5682/18
**representation [2]** 5586/19 5617/13
**representative [1]** 5607/7
**represented [1]**

**required [3]** 5702/17 5702/19 5703/9
**researched [1]** 5716/25
**Reserve [1]** 5694/21
**reserves [5]** 5695/11 5695/16 5695/17 5695/23 5696/7
**reservists [1]** 5695/24
**respect [1]** 5659/2
**respond [4]** 5714/13 5714/24 5715/16 5717/20
**responded [3]** 5608/25 5638/25 5702/5
**responders [1]** 5609/24
**response [4]** 5639/25 5653/22 5654/22 5702/7
**responsibilities [1]** 5635/2
**rest [3]** 5589/12 5646/12 5668/22
**restaurants [1]** 5685/16
**result [2]** 5603/5 5691/19
**results [1]** 5698/18
**resume [2]** 5662/22 5718/6
**retail [1]** 5676/20
**retirement [1]** 5697/11
**retrieved [1]** 5609/3
**retrieving [1]** 5589/16
**return [1]** 5718/7
**revenue [8]** 5671/22 5673/2 5676/13 5676/24 5679/3 5679/18 5680/13 5691/12
**review [2]** 5618/10 5618/11
**rewind [1]** 5703/17
**RHODES [10]** 5579/6 5580/2 5585/6 5585/12 5585/22 5589/9 5604/19 5663/19 5682/7 5706/9
**rifle [10]** 5603/15 5603/18 5603/21 5605/17 5608/20 5608/22 5608/23 5609/3 5609/7 5717/7
**rifles [1]** 5696/24
**right [102]** 5585/24 5586/9 5588/23 5590/1 5593/4 5593/23 5594/1 5594/12 5594/16 5594/18 5594/22 5594/23 5596/14 5596/17 5598/20 5599/2 5599/4 5599/11 5603/20 5605/20 5605/22 5606/20 5606/23 5607/25 5608/7 5609/16

5619/16 5622/6 5623/8 5623/15 5623/17 5624/6 5624/22 5627/2 5627/9 5628/16 5630/5 5630/10 5631/8 5634/22 5634/24 5635/25 5638/5 5640/14 5640/16 5643/11 5643/18 5655/25 5656/18 5656/23 5659/4 5663/14 5665/15 5665/24 5666/7 5671/4 5674/14 5675/10 5675/12 5677/19 5679/4 5679/19 5680/22 5683/2 5683/18 5684/14 5684/15 5685/4 5685/13 5686/21 5686/24 5686/25 5688/15 5688/24 5689/3 5691/3 5691/7 5691/20 5692/5 5692/21 5693/10 5693/14 5696/7 5699/7 5699/9 5703/1 5703/13 5705/16 5709/5 5709/9 5711/6 5711/11 5712/8 5713/19 5715/23 5716/21 5717/25 5718/11 5718/25 5719/2
**rioters [9]** 5603/6 5633/12 5651/11 5651/17 5654/6 5655/7 5659/6 5659/10 5661/5
**rise [4]** 5585/2 5585/3 5662/25 5718/9
**risk [1]** 5706/4
**Ritchie [1]** 5581/13
**RMR [2]** 5720/2 5720/8
**RNC [1]** 5646/22
**Road [1]** 5690/16
**rode [2]** 5700/4 5700/5
**Roger [10]** 5686/23 5690/12 5707/6 5707/14 5707/16 5707/18 5707/25 5708/17 5709/4 5709/8
**Roger Stone [6]** 5707/6 5707/14 5707/16 5707/17 5707/25 5708/17
**Roger Stone's [1]** 5709/8
**Rohde [37]** 5593/12 5594/13 5595/6 5595/14 5596/1 5596/6 5596/14 5597/23 5598/9 5598/22 5599/13 5600/8 5600/16 5600/19 5601/3 5601/16 5634/20 5635/14 5635/23 5636/1 5636/13 5637/2

5661/20 5661/21
**5669/7 5671/19
**5686/10 5700/25
**5701/14 5702/12
**5711/23 5712/20
**5714/6 5716/7 5717/22
**role [3]** 5591/18 5709/18 5710/2
**roles [1]** 5645/3
**roll [1]** 5681/11
**Ron [3]** 5701/18 5701/23 5702/7
**Ron Bass [3]** 5701/18 5701/23 5702/7
**room [8]** 5649/11 5649/18 5649/23 5654/7 5654/9 5654/16 5655/2 5659/25
**rooms [1]** 5664/10
**ROTC [1]** 5695/2
**Rotunda [9]** 5594/5 5594/6 5594/17 5594/22 5595/19 5597/19 5638/11 5640/10 5640/13
**roughly [1]** 5677/16
**round [2]** 5623/6 5700/8
**route [2]** 5587/24 5695/14
**row [1]** 5629/19
**run [5]** 5650/24 5670/1 5670/16 5683/6 5686/4
**running [13]** 5623/10 5625/24 5649/7 5672/5 5672/6 5677/10 5677/15 5683/14 5687/5 5687/5 5688/16 5688/17 5688/19 5689/25
**RV [2]** 5700/4 5700/5

**S**

**SA [1]** 5644/2
**safe [5]** 5650/8 5650/19 5654/9 5655/14 5659/21
**safest [1]** 5669/22
**safety [9]** 5648/23 5649/12 5650/6 5652/17 5655/7 5660/3 5670/21 5690/10 5692/20
**Safeway [40]** 5666/25 5667/2 5667/3 5667/5 5667/6 5667/7 5667/11 5667/19 5669/10 5669/20 5670/22 5671/3 5671/6 5671/12 5671/21 5671/24 5672/8 5673/20 5675/23 5676/9 5676/12 5676/23 5677/22 5678/8 5678/14 5678/17 5679/2 5680/6 5680/12 5680/21 5680/24 5681/12 5686/5 5687/22 5690/13

**Safeway's [4]** 5670/21 5670/25 5675/6 5681/8
**said [38]** 5589/25 5596/10 5597/5 5598/25 5610/13 5611/5 5616/17 5617/22 5619/18 5622/12 5622/15 5630/4 5631/19 5636/17 5636/18 5639/16 5639/18 5647/10 5649/9 5649/9 5649/14 5649/18 5664/21 5664/23 5671/3 5677/11 5685/14 5687/23 5690/5 5696/6 5697/1 5702/8 5702/9 5703/9 5704/8 5708/7 5715/14 5717/3
**sale [1]** 5690/2
**sales [17]** 5671/12 5671/15 5675/1 5676/17 5681/15 5681/16 5684/3 5684/4 5685/4 5685/13 5685/18 5685/19 5685/21 5686/7 5687/4 5689/8 5689/11
**salty [1]** 5622/23
**same [14]** 5586/19 5595/10 5595/10 5600/10 5601/10 5610/23 5614/1 5619/14 5620/23 5639/11 5640/9 5648/2 5660/8 5716/20
**sandwich [1]** 5647/20
**sandwiches [2]** 5647/4 5647/7
**Sarasota [1]** 5694/8
**sat [1]** 5681/22
**saving [1]** 5697/10
**saw [11]** 5595/11 5597/3 5602/12 5621/10 5625/24 5625/25 5638/12 5648/22 5657/17 5659/5 5659/17
**say [39]** 5605/15 5606/3 5606/4 5606/8 5606/19 5607/15 5607/21 5611/7 5615/18 5616/16 5620/10 5623/20 5623/23 5624/21 5627/17 5629/8 5636/20 5639/18 5639/20 5639/25 5641/9 5654/3 5654/21 5665/3 5669/9 5673/8 5683/3 5683/18 5684/13 5685/21 5687/15 5702/7 5709/24 5714/20

**say... [3]** 5715/18
5717/15 5718/6
**saying [23]** 5595/22
5595/24 5596/8
5599/19 5599/24
5601/20 5601/24
5611/6 5611/8 5611/15
5615/4 5618/20 5620/9
5624/19 5627/11
5627/12 5627/16
5639/7 5641/16
5650/16 5659/11
5687/11 5691/1
**says [8]** 5611/8
5618/21 5618/23
5658/2 5677/2 5687/13
5701/23 5713/6
**scared [2]** 5610/10
5610/15
**scary [1]** 5623/6
**scattered [1]** 5671/9
**schedule [1]** 5676/14
**scheduled [1]** 5704/22
**scheduling [2]**
5718/16 5718/19
**school [1]** 5695/3
**scope [4]** 5634/15
5642/16 5642/24
5643/3
**screen [10]** 5592/24
5607/19 5612/16
5615/16 5621/21
5668/5 5700/17
5700/21 5711/8 5716/6
**screenshot [1]**
5621/15
**scroll [1]** 5700/24
**Sean [1]** 5716/24
**seat [1]** 5666/11
**seated [3]** 5589/5
5605/7 5663/14
**second [24]** 5592/21
5593/17 5607/9
5608/20 5611/23
5611/24 5613/18
5629/4 5631/25
5651/16 5651/17
5654/15 5657/19
5659/21 5664/8
5671/18 5672/6
5686/25 5687/11
5687/21 5688/15
5694/23 5696/18
5712/19
**seconds [7]** 5595/7
5597/23 5597/24
5599/4 5600/16
5633/17 5655/24
**section [1]** 5716/8
**secure [5]** 5647/16
5648/18 5649/25
5654/4 5659/25
**secured [3]** 5603/21
5650/9 5660/1
**securing [1]** 5654/10
**security [7]** 5646/6
5646/10 5646/19

5709/20
**see [48]** 5589/9 5598/5
5600/25 5605/9
5612/12 5612/16
5612/17 5615/2
5615/16 5616/25
5618/1 5618/22 5619/2
5619/5 5621/13
5621/14 5622/8
5624/11 5627/7 5636/6
5653/21 5655/5
5656/16 5656/17
5656/20 5657/12
5660/7 5662/23 5663/7
5672/15 5672/16
5675/3 5675/18
5677/15 5679/8 5683/4
5685/6 5700/21
5701/17 5701/23
5702/2 5702/9 5709/14
5711/25 5712/1 5713/5
5718/7 5719/3
**seeing [4]** 5603/5
5640/23 5689/19
5699/5
**seek [1]** 5586/21
**seeks [1]** 5634/13
**seem [2]** 5624/16
5661/13
**seemed [1]** 5703/2
**seems [1]** 5612/3
**seen [9]** 5602/3
5612/19 5623/25
5634/4 5672/12
5674/20 5701/2
5708/13 5711/12
**sell [1]** 5681/19
**sells [2]** 5667/3
5680/21
**Senate [17]** 5645/5
5646/24 5647/2 5647/8
5647/10 5647/11
5647/17 5647/22
5647/23 5648/1 5648/5
5648/8 5648/11
5648/14 5648/17
5648/18 5650/20
**senator [9]** 5645/18
5646/4 5649/9 5649/10
5649/12 5649/20
5649/25 5650/9
5650/17
**Senators [2]** 5648/13
5648/22
**send [2]** 5686/6
5712/24
**sense [3]** 5594/23
5617/23 5706/5
**sent [6]** 5588/12
5655/12 5659/23
5659/25 5660/3
5716/10
**separate [8]** 5610/18
5627/20 5627/25
5628/3 5628/4 5629/18
5629/22 5637/12
**separately [1]** 5626/19

5694/20 5695/15
5695/15 5695/17
**served [3]** 5694/15
5695/10 5695/24
**service [6]** 5605/9
5609/21 5628/15
5632/25 5695/10
5695/12
**Session [1]** 5579/7
**set [4]** 5591/20 5631/3
5648/18 5656/9
**settle [1]** 5684/25
**several [3]** 5617/19
5637/4 5671/9
**she [15]** 5603/1 5603/2
5603/3 5603/3 5642/18
5649/11 5649/20
5649/22 5653/7 5653/8
5653/12 5664/10
5664/14 5664/16
5703/25
**she's [1]** 5697/8
**shipments [1]** 5681/4
5681/9
**shipping [1]** 5681/6
**shit [1]** 5639/13
**shoot [1]** 5689/21
**shooting [1]** 5652/22
**short [2]** 5645/5
5661/21
**short-enough [1]**
5661/21
**shortly [4]** 5592/8
5662/23 5663/7
5698/17
**shot [2]** 5622/7
5701/24
**shots [14]** 5638/14
5638/18 5638/23
5638/24 5638/25
5639/2 5648/21
5648/21 5648/25
5649/1 5686/1 5686/1
5686/1 5687/6
**should [4]** 5587/17
5589/13 5626/11
5711/10
**shoulder [3]** 5615/22
5616/3 5660/25
**shouting [1]** 5601/22
**show [7]** 5612/22
5613/4 5613/4 5642/25
5671/17 5673/18
5708/10
**showed [3]** 5617/12
5632/4 5705/18
**shown [4]** 5619/2
5627/12 5631/22
5633/25
**shut [2]** 5669/24
5683/17
**shutting [1]** 5684/1
**sic [1]** 5669/21
**side [3]** 5652/22
5676/8 5702/9
**sides [1]** 5605/21
**sidewalk [1]** 5635/4

5658/6 5658/9 5704/2
**Signal [9]** 5701/5
5701/20 5705/7 5705/7
5705/11 5705/20
5711/5 5717/24
5717/25
**signaling [1]** 5622/5
**signed [2]** 5703/19
5706/12
**significant [3]** 5685/10
5685/11 5691/21
**significantly [5]**
5672/5 5680/5 5686/2
5687/6 5689/12
**similar [7]** 5599/18
5601/19 5608/17
5616/22 5618/4
5651/25 5714/20
**similarities [1]** 5618/1
**simple [1]** 5690/3
**simply [2]** 5611/5
5687/11
**since [3]** 5706/15
5707/10 5717/4
**sir [104]** 5586/6 5610/2
5616/9 5623/6 5625/15
5628/22 5630/17
5632/19 5642/15
5643/9 5643/23 5644/6
5663/6 5664/5 5665/16
5666/3 5666/12
5666/19 5668/9 5669/1
5669/17 5670/24
5671/14 5675/4
5675/25 5680/23
5682/16 5682/23
5687/20 5692/22
5693/8 5693/11
5693/24 5694/8
5694/17 5695/8
5695/18 5696/8
5696/14 5696/21
5697/3 5697/14
5697/14 5698/8 5700/2
5700/13 5700/16
5700/23 5701/3 5701/6
5701/19 5701/22
5702/3 5702/6 5703/8
5703/20 5704/12
5704/14 5704/16
5705/9 5705/12
5705/14 5705/22
5705/25 5706/14
5706/16 5706/21
5707/4 5707/7 5708/1
5708/14 5708/18
5709/12 5709/15
5709/17 5709/23
5710/13 5710/24
5711/1 5711/7 5711/13
5711/15 5712/2 5712/4
5712/9 5712/23 5713/1
5713/4 5713/7 5713/10
5713/20 5713/22
5714/14 5714/17
5715/2 5715/6 5715/17
5716/2 5716/5 5716/12

5717/19
5717/21 5718/14
**sister [2]** 5703/22
5704/9
**sister's [2]** 5700/6
5703/23
**sit [1]** 5650/1
**sitting [1]** 5697/6
**situation [4]** 5622/15
5646/6 5646/10
5652/16
**six [4]** 5644/24 5695/3
5699/4 5699/11
**six-week [1]** 5695/3
**size [1]** 5646/15
**skill [1]** 5591/20
**slide [2]** 5702/4
5702/11
**slides [1]** 5700/25
**slow [3]** 5649/15
5702/9 5703/3
**slung [1]** 5660/24
**slunked [2]** 5603/15
5605/19
**slurs [2]** 5587/16
5588/1
**small [6]** 5597/19
5638/11 5640/10
5640/12 5697/8
5710/20
**Smith [1]** 5615/25
**smoke [2]** 5652/8
5652/14
**snacks [1]** 5647/3
**snow [2]** 5684/24
5685/7
**snowstorm [1]** 5685/4
**so [188]**
**So it's [1]** 5606/19
**So this column [1]**
5678/7
**so this is [3]** 5613/8
5679/17 5688/19
**social [1]** 5698/11
**software [1]** 5696/10
**some [35]** 5586/18
5586/22 5587/22
5591/11 5591/21
5591/23 5612/9
5615/17 5618/8 5624/9
5626/4 5629/8 5631/7
5632/21 5632/21
5642/9 5642/17 5643/6
5643/7 5646/21
5650/11 5652/19
5659/10 5672/7
5682/20 5684/20
5684/21 5691/10
5696/6 5696/7 5697/12
5697/21 5706/4
5707/14 5716/4
**somebody [6]** 5608/23
5620/9 5698/10
5695/22 5706/19
5715/9
**someone [4]** 5622/23
5679/2 5701/17 5702/4
**something [16]**

**something... [16]**
5588/18 5616/5
5628/24 5638/3 5647/1
5652/9 5652/24
5671/25 5689/20
5702/16 5702/19
5703/4 5703/9 5703/15
5704/4 5716/24
**sometime [1]** 5667/24
**sometimes [4]** 5683/25
5690/21 5697/20
5698/4
**somewhere [1]** 5647/6
**soon [3]** 5639/2
5650/15 5659/7
**sorry [14]** 5586/1
5594/21 5606/6
5625/17 5626/21
5630/3 5630/22
5633/24 5655/24
5661/21 5678/6
5684/11 5684/12
5714/1
**sort [7]** 5587/2 5587/18
5591/18 5629/20
5652/19 5662/7
5697/12
**sound [3]** 5595/21
5596/3 5618/4
**sounds [1]** 5689/19
**space [8]** 5594/7
5600/13 5603/25
5656/12 5656/21
5660/15 5660/20
5662/7
**spaces [2]** 5664/14
5664/16
**speak [1]** 5623/21
**Speaker [14]** 5592/18
5596/21 5619/1
5644/19 5644/20
5644/22 5645/8
5652/25 5653/5
5654/17 5658/2
5659/24 5664/8
5664/13
**Speaker Pelosi [2]**
5653/5 5654/17
**Speaker Pelosi's [1]**
5645/8
**Speaker's [16]** 5593/7
5597/17 5611/25
5617/8 5618/3 5618/5
5651/20 5651/22
5652/4 5652/4 5656/7
5657/2 5657/8 5658/14
5660/11 5664/6
**speakers [3]** 5618/17
5645/9 5645/12
**speaking [2]** 5618/19
5697/22
**special [18]** 5591/20
5602/14 5602/15
5610/6 5643/12
5643/21 5644/12
5644/18 5652/11
5655/21 5662/10

5666/1 5698/10
5698/14 5698/14
**Special Agent [9]**
5602/14 5602/15
5644/18 5652/11
5655/21 5662/10
5663/9 5663/17 5666/1
**specific [2]** 5592/10
5650/18
**specifically [5]**
5598/11 5648/18
5673/5 5703/12 5717/7
**Speculating [1]** 5707/1
**speculation [1]** 5693/1
**speculative [2]**
5672/23 5693/2
**speed [1]** 5649/7
**spell [2]** 5666/21
5694/1
**spelling [2]** 5590/18
5644/9
**spending [1]** 5698/25
**spent [1]** 5713/18
**spoke [1]** 5607/5
**spot [2]** 5595/10
5600/10
**Sr [1]** 5581/12
**stack [2]** 5653/22
5653/24
**staff [4]** 5646/12
5653/9 5656/25
5659/19
**staffer [1]** 5649/9
**staffers [10]** 5650/25
5653/1 5653/15 5654/5
5654/9 5654/17 5655/1
5659/3 5660/11
5660/13
**stages [2]** 5602/4
5602/4
**stairs [14]** 5606/16
5607/18 5607/24
5608/10 5610/24
5610/25 5626/1 5629/9
5631/3 5631/7 5632/3
5647/22 5656/15
5656/17
**stairwell [31]** 5592/17
5593/10 5596/20
5597/1 5602/8 5602/9
5602/17 5603/1 5603/3
5611/20 5617/19
5629/14 5629/15
5630/6 5631/24 5632/6
5632/10 5632/12
5632/16 5639/1
5640/15 5640/18
5640/21 5641/19
5641/22 5641/24
5642/1 5642/2 5642/8
5648/9 5656/9
**stand [21]** 5606/15
5607/16 5607/22
5611/14 5611/19
5616/18 5617/4
5617/10 5617/21
5617/22 5617/24

5631/19 5639/12
5639/22 5640/3
5657/11 5658/7 5660/2
5670/16
**standing [14]** 5595/2
5606/10 5609/10
5617/18 5629/19
5629/23 5632/4
5640/16 5647/19
5656/17 5657/10
5660/25 5665/2 5691/8
**stands [2]** 5616/2
5710/15
**Stanley [1]** 5585/13
**start [4]** 5591/6
5617/24 5635/11
5675/15
**started [13]** 5648/20
5648/24 5649/5 5649/6
5650/4 5650/12
5650/13 5654/1 5697/7
5697/10 5699/14
5699/23 5710/9
**starting [2]** 5598/12
5710/9
**state [4]** 5666/21
5694/1 5694/4 5703/25
**stated [3]** 5608/4
5629/8 5629/12
**statement [1]** 5608/8
5610/12 5610/20
5610/21
**STATES [19]** 5579/1
5579/3 5579/10 5585/5
5590/21 5590/22
5591/7 5592/6 5592/20
5633/11 5633/13
5644/15 5644/16
5645/4 5648/13
5662/12 5666/5 5667/4
5670/12
**stating [3]** 5590/17
5613/22 5644/9
**Statuary [1]** 5594/9
**stay [3]** 5649/23
5687/20 5700/6
**stayed [2]** 5651/12
5651/18
**Steal [1]** 5661/3
**Steele [1]** 5703/24
**stenography [1]**
5582/6
**step [7]** 5643/9 5663/3
5666/2 5693/11
5702/23 5718/11
5718/17
**Stephanie [1]** 5717/3
**steps [3]** 5640/4
5640/4 5702/22
**STEWART [4]** 5579/6
5580/2 5685/6 5706/9
**Stewart Rhodes [1]**
5706/9
**stick [1]** 5638/18
**still [17]** 5597/16
5598/7 5600/22
5616/19 5622/7 5624/5

5650/12 5651/6
5652/21 5653/3
5659/15 5672/5 5684/5
5684/5 5689/18
**stint [1]** 5696/3
**stipulation [1]** 5670/6
**stock [1]** 5682/2
**stockers [1]** 5681/25
**Stone [7]** 5707/6
5707/14 5707/16
5707/18 5707/25
5708/17 5709/4
**Stone's [1]** 5709/8
**stood [1]** 5640/6
**stop [2]** 5652/24
5661/3
**stopped [1]** 5628/13
**stopping [1]** 5629/20
**store [29]** 5647/3
5668/23 5671/22
5672/7 5675/21 5676/4
5676/19 5677/23
5678/3 5678/8 5678/11
5678/15 5678/20
5679/3 5679/18
5679/18 5679/25
5680/8 5680/13
5680/16 5683/17
5684/1 5686/4 5688/2
5688/20 5689/4 5690/9
5690/13 5691/13
**store's [1]** 5683/14
**stores [40]** 5666/25
5667/2 5667/8 5667/15
5667/16 5667/18
5667/20 5667/25
5668/3 5669/12
5669/16 5669/20
5670/22 5670/25
5671/3 5671/6 5671/8
5671/12 5672/4 5672/8
5673/20 5675/23
5677/10 5680/12
5681/8 5681/10
5681/15 5681/16
5684/20 5684/21
5686/3 5686/5 5686/6
5687/2 5687/13
5687/23 5691/6
5691/10 5691/20
5692/20
**stores' [1]** 5685/18
**straight [3]** 5595/18
5622/2 5624/12
**strange [1]** 5627/8
**street [5]** 5579/17
5580/11 5580/15
5635/3 5670/17
**stretchers [1]** 5596/12
**stuck [1]** 5650/17
**stuff [3]** 5681/1
5696/19 5698/3
**style [1]** 5696/24
**subject [5]** 5618/24
5669/3 5669/4 5674/13
5712/13
**submit [1]** 5612/4

**subcoordinate [1]**
5706/24
**subscribe [1]** 5698/11
**subsidiary [1]** 5666/25
**subtitles [1]** 5618/8
**suburb [1]** 5694/6
**successful [1]** 5591/24
**successfully [2]**
5702/15 5702/19
**suggesting [1]**
5624/17
**suit [2]** 5602/20
5651/25
**suite [8]** 5580/4 5580/8
5581/4 5581/13 5656/7
5657/18 5664/8 5664/9
**sundry [1]** 5647/3
**sunglasses [2]**
5598/17 5598/19
**superior [1]** 5706/25
**supplement [1]**
5715/15
**support [1]** 5698/15
5700/1 5710/10
**supposed [4]** 5681/20
5681/21 5689/15
5708/2
**suppressed [1]**
5702/16
**suppressing [1]**
5702/20
**Supreme [3]** 5634/7
5635/1 5700/2
**Supreme Court [3]**
5634/7 5635/1 5700/2
**sure [32]** 5607/3
5618/12 5623/14
5625/19 5626/18
5632/23 5643/7
5646/20 5647/25
5648/5 5648/10 5650/3
5650/19 5654/8 5655/4
5655/11 5659/15
5659/21 5660/2
5662/14 5675/14
5676/3 5677/20
5678/18 5678/23
5682/4 5683/9 5685/5
5691/4 5692/11 5693/4
5705/17
**surprised [1]** 5715/22
**surrounding [1]**
5624/24
**surviving [1]** 5623/16
**sustained [4]** 5615/10
5621/17 5625/3 5626/7
**SWORN [4]** 5590/10
5644/2 5666/15
5693/20
**symbiotic [1]** 5717/10
**systems [1]** 5681/20

**T**

**T-i-p-p-e-t-t [1]**
5666/23
**table [2]** 5585/25
5605/7
**tac [1]** 5661/5

**tactical [7]** 5598/16
5636/3 5637/11 5638/4
5641/21 5653/22
5660/20
**take [24]** 5590/16
5603/7 5603/9 5603/22
5612/22 5630/14
5634/8 5643/15
5643/17 5643/22
5650/2 5655/6 5655/13
5658/21 5659/2
5660/15 5662/21
5670/1 5671/22
5676/13 5683/12
5718/2 5718/5 5718/20
**taken [3]** 5592/22
5593/17 5639/21
**takes [2]** 5656/21
5718/22
**taking [3]** 5596/11
5635/7 5646/6
**talk [6]** 5637/11
5667/21 5675/13
5682/20 5696/12
5698/11
**talked [3]** 5711/5
5715/25 5717/24
**talking [13]** 5608/6
5636/8 5636/11 5661/2
5661/3 5668/7 5684/1
5684/13 5691/1
5691/22 5704/4
5709/25 5710/9
**Tampa [1]** 5694/9
**tangible [1]** 5673/10
**Tanisha [1]** 5602/24
**tapped [1]** 5653/25
**Tarpley [2]** 5580/10
5585/12
**taunt [2]** 5586/2 5586/5
**team [4]** 5646/13
5653/21 5653/22
5717/5
**technically [1]** 5673/15
**technology [2]**
5615/13 5695/20
**tell [10]** 5589/24
5615/2 5661/1 5665/14
5678/18 5681/20
5709/2 5709/21
5715/13 5717/8
**telling [1]** 5604/6
**ten [3]** 5597/23
5597/24 5696/23
**Ten-ish [1]** 5696/23
**tend [1]** 5678/20
**terms [2]** 5688/12
5714/21
**Terrace [10]** 5611/21
5629/2 5629/6 5629/24
5630/4 5630/7 5631/3
5631/18 5632/11
5639/24
**Test [1]** 5712/15
**testify [4]** 5587/15
5588/6 5618/18 5628/9
**testimony [18]**

5586/5 5586/23
5587/3 5587/5 5587/7
5587/9 5588/2 5588/5
5588/20 5616/19
5617/11 5624/23
5643/8 5663/5 5664/21
5666/3 5693/11
5718/13
**text [3]** 5650/16
5654/21 5669/7
**texting [2]** 5650/12
5654/12
**than [26]** 5597/19
5654/5 5670/15
5673/14 5676/8 5678/1
5678/4 5678/20
5678/21 5679/25
5680/6 5680/13
5683/24 5683/25
5685/13 5689/8
5689/13 5689/20
5689/24 5690/6 5690/6
5690/22 5692/24
5698/20 5703/16
5714/24
**thank [63]** 5587/11
5588/23 5588/24
5590/3 5590/5 5590/7
5590/8 5596/2 5596/6
5605/8 5605/8 5609/14
5609/16 5609/21
5610/2 5610/22
5611/10 5619/21
5619/25 5620/16
5620/20 5628/14
5628/16 5628/18
5630/2 5630/8 5632/25
5637/2 5643/4 5643/9
5643/10 5643/20
5643/23 5643/24
5654/23 5658/22
5662/24 5663/6
5663/19 5664/20
5665/15 5666/2 5666/4
5666/9 5666/12
5666/13 5682/3 5682/9
5682/10 5682/12
5688/8 5692/10
5692/15 5693/9
5693/10 5693/16
5693/18 5701/15
5718/8 5718/14
5718/15 5719/1 5719/2
**thank you [45]**
5587/11 5588/23
5588/24 5590/3 5590/5
5590/7 5590/8 5596/6
5605/8 5609/14
5609/21 5610/2
5610/22 5611/10
5620/16 5620/20
5628/14 5628/16
5628/18 5630/2 5630/8
5632/25 5637/2 5643/4
5643/9 5643/20
5643/23 5658/22
5663/6 5665/15 5666/2
5666/4 5666/9 5682/3

5682/12 5688/8
5692/10 5692/15
5693/9 5693/10
5693/18 5701/15
5718/15
**that [541]**
**that's [80]** 5586/6
5592/21 5593/8 5594/5
5597/7 5600/11 5606/1
5606/4 5606/12
5606/17 5607/25
5608/19 5609/15
5610/21 5612/1
5614/10 5614/16
5619/14 5621/21
5622/19 5624/21
5624/22 5625/7 5626/7
5626/12 5626/16
5629/2 5629/16 5630/1
5630/4 5631/5 5631/9
5631/25 5632/16
5636/22 5638/6
5638/10 5638/19
5638/20 5638/25
5639/22 5640/2
5642/24 5656/7 5657/6
5658/10 5658/12
5661/20 5662/9 5664/9
5665/16 5668/19
5668/21 5674/2 5674/6
5674/7 5677/5 5678/10
5678/11 5678/13
5678/20 5679/5
5679/12 5679/20
5680/7 5683/13
5683/15 5683/20
5686/16 5686/18
5686/20 5689/20
5690/21 5693/2
5694/25 5702/6 5708/6
5709/4 5709/7 5709/10
**their [11]** 5598/14
5606/11 5624/13
5628/7 5628/8 5646/20
5650/1 5660/22 5670/3
5681/8 5704/8
**thelinderfirm.com [1]**
5580/6
**them [67]** 5586/4
5586/18 5591/24
5596/11 5598/18
5603/8 5604/6 5606/14
5614/14 5617/21
5617/23 5617/24
5617/24 5618/18
5618/25 5622/9
5622/11 5622/12
5622/14 5628/13
5629/25 5639/13
5639/14 5640/3 5641/1
5648/8 5648/14
5648/23 5648/23
5649/12 5649/23
5649/25 5650/6
5650/18 5650/19
5650/20 5653/25
5654/12 5654/21

5655/12 5655/13
5655/14 5657/13
5658/11 5659/20
5659/25 5660/1 5660/1
5660/14 5665/9
5665/12 5665/12
5665/13 5669/25
5670/2 5670/2 5678/21
5681/11 5689/21
5698/3 5702/9 5702/19
5703/21 5703/22
**theme [1]** 5704/3
**themselves [3]** 5641/1
5654/6 5654/10
**then [66]** 5588/19
5594/10 5609/3
5611/23 5613/4
5613/17 5636/17
5645/6 5646/25 5647/7
5647/21 5648/7 5650/2
5650/3 5650/5 5650/7
5650/9 5650/18
5651/15 5651/20
5652/18 5653/14
5655/5 5655/9 5655/10
5655/12 5656/25
5659/17 5659/17
5659/18 5659/20
5660/7 5667/16 5669/6
5671/8 5671/9 5671/15
5674/1 5675/18
5676/20 5677/15
5677/17 5681/17
5681/24 5681/25
5683/14 5684/25
5685/1 5685/6 5685/8
5687/18 5694/22
5695/2 5695/4 5695/8
5695/11 5695/25
5697/9 5702/4 5704/21
5707/17 5709/5 5710/8
5712/16 5712/19
5717/4
**there [135]** 5585/25
5587/1 5591/2 5593/23
5594/12 5594/25
5595/14 5596/17
5597/18 5597/19
5600/12 5601/7 5604/4
5604/10 5608/2
5611/23 5615/7
5615/16 5615/17
5617/3 5617/7 5617/19
5617/20 5617/21
5617/21 5617/25
5618/8 5621/20
5621/25 5624/9
5624/11 5627/25
5628/3 5628/4 5629/1
5629/6 5629/7 5629/12
5629/18 5629/19
5629/22 5631/19
5633/18 5634/22
5635/1 5635/2 5635/16
5635/25 5636/15
5638/21 5639/9
5639/13 5639/14

5640/3 5640/7 5641/14
5641/24 5642/5 5642/8
5642/9 5642/10 5647/6
5647/8 5650/22
5650/23 5650/25
5651/8 5651/14 5653/2
5653/4 5653/9 5654/6
5654/13 5655/6 5655/7
5656/18 5658/9
5658/10 5658/13
5659/10 5659/16
5660/13 5660/25
5665/2 5665/5 5668/18
5669/7 5669/10 5670/2
5672/23 5673/1 5675/2
5675/17 5676/3 5677/6
5678/12 5679/14
5679/15 5681/10
5681/19 5681/25
5690/16 5690/17
5690/18 5691/2 5691/5
5691/5 5691/21 5695/6
5696/1 5698/10
5698/20 5698/21
5699/7 5699/25
5700/14 5700/21
5702/22 5703/18
5704/22 5704/22
5705/1 5705/18
5705/23 5706/19
5707/5 5707/9 5709/19
5710/10 5713/5 5715/3
5716/3 5717/10
**there's [25]** 5586/17
5588/12 5588/14
5588/17 5588/18
5611/23 5613/24
5620/24 5627/8
5627/20 5637/18
5640/14 5647/2
5668/18 5673/13
5674/12 5683/7
5683/11 5684/3
5684/16 5691/19
5697/19 5697/21
5697/22 5717/11
**these [60]** 5585/19
5587/4 5587/10
5587/22 5588/1
5588/13 5588/15
5595/1 5596/24
5597/10 5597/11
5598/12 5598/13
5601/10 5604/3 5604/5
5604/11 5606/10
5607/16 5609/25
5611/14 5618/19
5623/24 5638/1 5638/4
5638/22 5639/7
5639/19 5640/6 5640/9
5640/17 5640/24
5642/11 5650/25
5653/15 5654/16
5654/17 5655/1
5661/10 5661/11
5661/25 5662/3 5662/6
5672/12 5672/24

5743

T

these... [15] 5673/9
5673/17 5674/12
5674/25 5675/23
5682/20 5687/10
5687/23 5699/5
5699/10 5701/2 5701/4
5702/18 5704/24
5710/7
they [82] 5587/16
5589/16 5591/14
5602/19 5606/14
5612/22 5615/5 5615/6
5615/18 5617/20
5617/22 5617/22
5618/4 5624/14
5624/14 5624/18
5626/2 5628/13
5631/17 5631/19
5631/19 5635/4
5636/23 5636/23
5637/14 5637/15
5637/23 5639/18
5639/21 5639/22
5640/20 5643/2
5648/10 5650/8
5650/12 5650/19
5651/13 5651/16
5652/15 5654/10
5654/11 5654/11
5658/11 5658/12
5658/14 5659/13
5661/2 5661/2 5661/20
5668/22 5672/1 5672/5
5672/25 5672/25
5673/3 5674/4 5678/22
5678/23 5680/10
5681/25 5685/24
5688/4 5688/16
5688/17 5688/17
5689/16 5689/25
5691/14 5691/15
5691/16 5692/1 5692/3
5698/1 5702/15 5704/8
5704/9 5710/6 5714/20
5714/22 5714/23
they're [12] 5587/21
5588/6 5596/11
5603/20 5603/21
5618/11 5622/10
5653/22 5654/23
5681/15 5682/21
5691/12
they've [1] 5673/8
thing [3] 5638/20
5658/19 5669/22
things [18] 5588/16
5618/20 5646/14
5647/4 5652/14 5661/4
5684/17 5685/18
5691/13 5697/13
5697/20 5698/2 5698/5
5699/5 5702/24
5702/25 5704/6 5710/7
think [38] 5587/17
5588/2 5588/10
5588/19 5588/19

5601/3 5609/22
5609/25 5610/1
5625/12 5630/16
5642/24 5643/2
5657/10 5657/15
5657/19 5658/18
5676/6 5686/9 5687/23
5690/15 5699/2 5700/7
5700/10 5705/1 5705/4
5705/17 5707/9
5707/13 5707/22
5707/22 5709/10
5710/8 5715/21
5718/20
thinking [7] 5624/25
5652/13 5654/7 5658/8
5658/9 5703/12
5717/16
thinks [1] 5707/23
third [9] 5593/4
5659/20 5659/22
5660/1 5664/6 5664/11
5685/1 5695/6 5695/21
this [188]
this time [1] 5701/21
Thomas [2] 5581/12
5585/8
those [44] 5586/20
5591/18 5596/15
5602/4 5616/25
5627/13 5627/19
5632/3 5637/6 5638/2
5638/12 5639/3
5641/16 5642/7
5648/16 5651/15
5667/13 5668/19
5668/21 5673/7 5675/8
5675/13 5675/20
5675/21 5676/18
5676/18 5676/19
5676/25 5677/14
5679/21 5679/23
5683/10 5684/17
5685/18 5685/18
5685/23 5685/25
5686/6 5688/14
5690/14 5696/25
5704/21 5705/3 5705/4
though [2] 5604/2
5653/12
thought [27] 5602/19
5602/19 5617/20
5623/5 5626/5 5640/1
5640/2 5651/12
5651/13 5652/7 5678/8
5690/16 5693/7
5696/18 5698/10
5698/14 5698/20
5699/24 5704/7 5704/9
5707/11 5710/5
5714/25 5715/10
5717/10 5717/11
5717/13
three [24] 5602/3
5630/21 5640/4 5640/8
5649/24 5655/12
5660/18 5661/9

5664/22 5664/23
5671/8 5673/5 5675/2
5682/24 5683/6 5683/7
5683/10 5683/21
5687/2 5687/13
5687/23 5694/17
three-month [1]
5683/6
three-year [3] 5673/5
5682/24 5683/21
through [16] 5595/21
5613/17 5615/2 5648/8
5648/20 5651/19
5652/21 5657/13
5659/8 5659/9 5694/19
5700/24 5704/20
5706/3 5708/8 5718/20
throughout [5] 5587/2
5655/7 5667/3 5669/11
5680/21
throw [1] 5681/23
Thursday [1] 5670/11
tie [1] 5709/3
tied [1] 5653/15
ties [1] 5676/15
tighten [1] 5646/19
till [3] 5589/20 5670/1
5682/1
time [73] 5592/4
5592/6 5592/8 5592/10
5596/13 5598/9 5599/8
5599/17 5600/13
5602/3 5602/16 5605/8
5606/22 5607/5 5607/9
5607/15 5609/11
5609/14 5613/17
5614/1 5616/8 5626/1
5626/12 5627/13
5629/12 5630/25
5631/1 5635/9 5635/9
5640/5 5641/12 5643/9
5643/14 5643/16
5645/5 5648/13 5651/4
5660/8 5661/13
5665/5 5665/11
5665/12 5666/2 5670/4
5670/25 5671/4 5671/6
5676/2 5677/8 5680/20
5688/18 5693/11
5694/15 5696/13
5697/5 5698/14
5698/25 5699/25
5700/10 5700/14
5701/21 5703/11
5703/18 5705/6
5705/23 5706/12
5707/5 5713/18
5713/19 5715/3 5716/3
timeline [1] 5710/7
times [10] 5614/15
5660/16 5660/18
5661/8 5661/9 5661/10
5664/22 5664/23
5691/2 5700/16
Tippett [11] 5666/6
5666/10 5666/15

5668/6 5668/8 5674/20
5682/3 5692/19
5693/10
title [1] 5590/22
titled [1] 5720/4
today [6] 5585/24
5589/9 5605/8 5718/19
5718/23 5718/24
together [1] 5649/20
told [19] 5606/14
5606/22 5607/21
5611/13 5617/21
5631/1 5631/11
5631/12 5631/16
5639/13 5649/8
5649/14 5649/18
5660/1 5669/24
5703/22 5704/9
5710/16 5715/19
tonight [1] 5669/5
too [3] 5603/19
5649/21 5698/25
took [4] 5624/18
5632/14 5634/11
5640/4
tool [1] 5704/20
tools [1] 5704/22
top [7] 5598/18
5598/19 5602/17
5649/7 5681/18
5711/22 5716/8
topics [1] 5713/8
torn [2] 5658/3 5658/6
total [1] 5667/18
touch [1] 5592/24
towards [11] 5596/21
5603/3 5624/13 5628/7
5646/16 5648/11
5648/24 5649/6
5650/13 5653/21
5657/8
Towers [1] 5581/13
train [5] 5591/13
5710/9 5710/12
5710/12 5717/6
trained [2] 5710/1
5717/3
trainer [1] 5710/1
training [13] 5591/13
5591/21 5696/1 5697/2
5710/6 5715/25 5716/4
5716/11 5716/25
5717/1 5717/5 5717/12
5717/14
transcript [1] 5579/9
5582/6 5720/3
transcription [3]
5582/7 5613/25 5614/1
transport [1] 5670/17
trapped [3] 5649/10
5624/20 5652/16
trauma [2] 5624/24
5625/21
traumatic [2] 5623/24
5624/1
travel [1] 5710/20
treating [1] 5718/23

trend [3] 5683/10
5683/16 5683/19
TRIAL [1] 5579/9
trick [1] 5718/23
tried [5] 5603/7
5603/23 5628/12
5694/25 5695/2
trips [1] 5660/15
trouble [1] 5649/22
Troy [2] 5579/16
5585/10
trucks [3] 5681/11
5691/24 5692/7
true [6] 5611/6 5612/5
5622/11 5622/16
5623/25 5631/1
Trump [3] 5698/12
5698/16 5700/1
truth [1] 5606/22
try [8] 5603/9 5621/13
5625/19 5628/24
5632/21 5656/25
5689/17 5713/12
trying [9] 5611/9
5616/2 5628/8 5652/22
5657/12 5658/8 5660/8
5716/10
tunnel [2] 5642/3
5656/24
tunnels [7] 5648/10
5648/12 5648/15
5648/16 5648/20
5650/6 5651/19
turn [2] 5614/3 5646/6
turned [3] 5648/23
5649/5 5650/7
turns [1] 5651/8
two [28] 5598/16
5601/10 5602/10
5603/5 5610/17
5624/10 5627/25
5628/1 5628/3 5628/4
5629/18 5629/22
5637/11 5638/1 5638/4
5640/4 5642/25
5655/12 5672/23
5673/6 5681/14
5690/20 5695/25
5696/3 5696/25 5697/8
5699/4 5699/11
two-week [1] 5696/3
two-year [1] 5673/6
TX [2] 5580/4 5580/8
type [4] 5586/22
5588/5 5605/24
5609/25
types [1] 5586/20
typically [4] 5671/12
5671/21 5676/9
5704/18

U

U.S [5] 5579/16
5591/10 5602/7
5655/16 5656/3
U.S. [5] 5591/5
5591/12 5614/6
5623/18 5645/1

5744

**U**

**U.S. Capitol Police [5]**
5591/5 5591/12 5614/6
5623/18 5645/1
**U.S.A [1]** 5602/21
**unclear [1]** 5628/25
**under [6]** 5590/2
5635/5 5643/19 5657/6
5666/8 5693/15
**underneath [1]** 5707/3
**understand [15]**
5610/16 5620/10
5622/16 5624/8
5630/20 5676/3
5677/20 5682/22
5684/13 5690/2 5706/7
5706/25 5707/20
5709/18 5712/10
**understanding [3]**
5616/15 5631/22
5714/18
**Understood [2]**
5588/22 5617/17
**underway [1]** 5714/11
**unexpected [1]**
5589/12
**Unfortunately [1]**
5698/25
**uniform [1]** 5655/9
**uniformed [3]** 5649/6
5649/24 5659/23
**UNITED [19]** 5579/1
5579/3 5579/10 5585/5
5590/21 5590/22
5591/7 5592/6 5592/20
5633/11 5633/13
5644/15 5644/16
5645/4 5648/13
5662/12 5666/5 5667/4
5670/12
**United States [15]**
5590/21 5590/22
5591/7 5592/6 5592/20
5633/11 5633/13
5644/15 5644/16
5645/4 5648/13
5662/12 5666/5 5667/4
5670/12
**unknown [1]** 5586/22
**unless [3]** 5611/5
5651/14 5656/20
**unprecedented [1]**
5633/14
**until [5]** 5597/6 5611/8
5660/5 5670/10
5671/15
**unusual [6]** 5622/18
5622/24 5623/1
5680/18 5680/19
5690/21
**up [68]** 5592/12
5592/19 5593/12
5595/4 5595/13
5596/12 5597/1 5597/6
5600/18 5601/3
5605/12 5614/3
5617/22 5618/8
5619/23 5621/13

5624/15 5625/2 5625/12
5625/25 5632/12
5632/16 5633/15
5638/25 5639/17
5640/3 5640/10
5640/18 5641/4
5646/20 5647/8
5647/10 5647/11
5647/22 5648/18
5651/20 5652/8
5652/14 5655/1
5656/14 5656/14
5656/16 5656/17
5656/21 5656/24
5657/17 5659/20
5659/23 5659/25
5663/10 5668/5 5672/6
5677/10 5686/11
5688/7 5697/21
5699/12 5700/4 5700/5
5700/6 5700/17
5702/14 5703/19
5704/2 5705/18 5706/6
5706/12 5711/8 5716/6
**upon [2]** 5670/17
5690/13
**upset [2]** 5587/25
5699/9
**upstairs [3]** 5611/24
5616/23 5624/10
**us [28]** 5585/23 5589/7
5589/9 5591/22
5593/11 5596/12
5639/17 5652/18
5654/25 5666/21
5668/3 5668/17
5669/24 5673/15
5675/11 5678/18
5681/13 5681/13
5681/20 5685/15
5685/25 5694/1
5694/19 5709/2 5717/6
5717/14 5717/15
5718/20
**usdoj.gov [2]** 5579/19
5579/20
**use [6]** 5593/22
5622/24 5633/10
5649/15 5688/16
5710/2
**used [5]** 5586/20
5586/22 5615/8
5698/11 5699/17
**uses [2]** 5622/23
5664/14
**using [2]** 5712/24
5712/25
**usual [1]** 5612/4
**usually [1]** 5681/19
**UTM [1]** 5717/7
**uttered [3]** 5587/4
5587/9 5588/1

**V**

**valleys [1]** 5697/19
**valor [1]** 5662/17
**value [1]** 5588/15
**variation [1]** 5683/4

**vehicle [1]** 5611/21
**verbal [1]** 5587/2
**version [4]** 5619/8
5619/11 5621/11
5711/11
**versus [9]** 5585/5
5672/3 5672/16
5679/10 5679/13
5679/18 5679/20
5686/22 5689/4
**very [9]** 5592/9 5612/4
5618/4 5623/7 5623/9
5628/14 5628/15
5661/4 5690/3
**vest [1]** 5636/5
**vetted [3]** 5704/13
5705/24 5706/2
**vetting [1]** 5706/4
**vicinity [1]** 5642/5
**video [73]** 5595/6
5595/8 5595/17
5595/22 5595/23
5595/24 5596/1 5596/4
5596/9 5596/16
5597/12 5597/15
5597/19 5598/3
5598/23 5599/5 5599/6
5599/15 5599/18
5599/20 5599/22
5600/6 5600/17
5600/22 5600/23
5601/15 5601/17
5601/22 5601/24
5612/9 5612/14 5613/6
5613/20 5614/4 5614/7
5614/9 5614/11
5614/17 5615/14
5616/6 5616/10
5617/12 5619/2 5619/7
5619/8 5619/11
5619/15 5619/17
5620/3 5620/17
5620/23 5620/25
5624/12 5633/19
5634/2 5634/4 5634/6
5634/8 5634/10
5634/21 5635/7
5635/15 5635/19
5635/24 5636/14
5637/1 5639/16 5641/6
5641/9 5641/13
5642/18 5655/22
5661/22
**videos [6]** 5587/22
5601/19 5604/11
5623/24 5638/12
5699/10
**videotaping [1]**
5659/14
**view [1]** 5657/22
**viewed [1]** 5597/6
**viewing [1]** 5600/10
**violence [2]** 5597/3
5623/13
**vis [2]** 5659/1 5659/1
**vis-à-vis [1]** 5659/1
**vision [1]** 5656/24
**Vista [1]** 5687/15

5654/11
**volume [1]** 5681/14
**volunteer [1]** 5698/2
**volunteers [1]** 5707/10
**vs [1]** 5579/5

**W**

**wake [2]** 5609/25
5624/25
**walk [4]** 5595/19
5655/13 5670/16
5694/19
**walked [1]** 5659/18
**walking [1]** 5595/18
**wandered [1]** 5631/7
**want [33]** 5588/7
5588/8 5590/25 5592/9
5592/19 5602/1 5602/2
5607/13 5620/3
5626/22 5630/15
5638/7 5639/5 5642/19
5643/14 5643/15
5645/20 5649/14
5651/22 5653/4
5655/18 5656/24
5658/12 5679/15
5679/16 5682/20
5686/8 5687/22
5689/21 5714/11
5714/20 5716/8
5717/12
**wanted [9]** 5628/24
5646/25 5649/11
5652/15 5655/13
5669/25 5690/2 5704/5
5708/7
**war [1]** 5602/2
**was [254]**
**Washington [9]** 5579/5
5579/17 5581/5 5582/5
5667/20 5669/4
5669/11 5669/18
5669/23
**wasn't [11]** 5586/19
5586/20 5619/2
5637/18 5649/21
5659/21 5676/7
5698/13 5707/17
5715/19 5717/16
**watch [2]** 5620/3
5699/10
**watching [1]** 5620/2
**water [3]** 5643/6
5643/8 5650/2
**Watkins [4]** 5580/14
5585/8 5585/16
5682/19
**way [31]** 5587/9
5588/12 5589/11
5594/18 5600/1 5600/2
5601/13 5613/19
5615/5 5615/6 5615/7
5632/21 5639/11
5641/17 5641/18
5650/4 5650/13 5657/7
5667/16 5670/3 5674/8
5675/7 5691/25

5692/25 5699/16
5699/21 5704/10
5707/12 5710/10
5710/21 5715/15
5717/14
**we [238]**
**We will [1]** 5662/23
**we'll [7]** 5589/14
5612/12 5660/3
5663/16 5718/6 5718/7
5719/3
**we're [17]** 5589/1
5591/20 5638/20
5638/21 5647/14
5654/24 5655/4
5656/13 5668/18
5672/16 5673/17
5677/5 5678/18
5681/20 5681/21
5703/4 5704/3
**we've [4]** 5600/10
5602/3 5623/25
5643/16
**weapon [1]** 5605/25
**weapons [2]** 5710/1
5710/2
**wearing [9]** 5598/16
5614/6 5625/22 5636/3
5636/5 5646/11
5651/23 5651/23
5660/20
**weather [5]** 5684/19
5684/20 5684/21
5684/23 5685/3
**website [1]** 5704/8
**Wednesday [2]**
5669/11 5670/10
**week [3]** 5589/12
5695/3 5696/3
**weekend [2]** 5586/2
5695/24
**weeks [2]** 5695/25
5703/17
**weird [1]** 5690/24
**welcome [9]** 5585/21
5589/6 5590/4 5633/3
5643/21 5665/17
5666/2 5666/10
5693/17
**well [29]** 5603/18
5607/11 5609/14
5619/16 5629/10
5630/3 5642/19
5645/18 5649/21
5660/24 5664/7
5665/15 5669/23
5671/25 5673/25
5674/8 5676/14
5676/20 5677/17
5681/15 5683/5
5685/15 5687/8
5687/10 5688/7
5697/15 5697/19
5709/19 5711/11
**went [18]** 5586/2
5632/10 5646/2
5646/18 5646/18

**W**
went... **[13]** 5647/1
5647/6 5649/20 5650/5
5664/24 5665/2 5665/5
5672/6 5685/22 5695/3
5695/8 5707/17 5708/9
were **[195]**
weren't **[2]** 5624/10
5651/13
west **[16]** 5597/2
5608/25 5611/21
5625/24 5629/2 5629/6
5629/24 5630/4 5630/7
5631/3 5631/18
5632/11 5632/13
5639/24 5694/10
5694/12
**West Terrace [2]**
5630/4 5631/3
what **[166]**
what's **[7]** 5613/8
5657/12 5673/22
5675/11 5695/9
5703/23 5706/17
whatever **[7]** 5647/4
5647/12 5652/7
5652/23 5659/6
5698/13 5706/3
when **[55]** 5591/22
5597/5 5602/9 5602/17
5605/12 5608/12
5608/25 5616/2
5616/16 5616/17
5620/2 5636/7 5636/23
5637/10 5638/22
5639/22 5645/22
5646/23 5649/15
5651/3 5652/25
5657/25 5660/8
5661/20 5665/11
5665/14 5668/19
5677/11 5677/16
5684/13 5684/22
5685/2 5685/6 5685/16
5685/22 5687/18
5691/2 5694/21 5695/1
5695/3 5695/8 5699/25
5700/14 5703/9
5703/18 5705/8
5705/20 5705/23
5706/1 5706/6 5707/5
5712/17 5715/3 5716/3
5718/7
whenever **[1]** 5635/9
where **[77]** 5586/17
5590/20 5592/16
5593/18 5593/23
5594/5 5596/19
5596/19 5596/24
5597/3 5610/24
5611/17 5611/17
5611/19 5611/23
5617/9 5617/13
5624/18 5627/16
5629/7 5629/22 5630/6
5631/4 5631/24
5631/25 5632/3 5632/4
5632/7 5632/13 5635/4

5639/24 5642/5 5642/8
5644/14 5646/1
5646/23 5647/3
5648/17 5648/24
5649/1 5649/8 5649/16
5650/24 5651/1
5651/12 5651/13
5652/22 5654/9
5655/13 5656/5
5656/12 5657/9
5657/15 5660/15
5664/9 5664/21 5665/1
5665/1 5666/24 5667/9
5677/10 5678/19
5681/3 5681/3 5681/5
5683/14 5685/1
5688/16 5688/17
5688/19 5688/20
5689/13 5694/25
5702/22
**Where's [1]** 5639/10
whether **[7]** 5619/17
5643/1 5646/19 5647/3
5683/11 5691/18
5707/20
which **[26]** 5593/11
5610/4 5612/3 5616/24
5622/16 5629/1
5629/12 5629/19
5631/3 5645/12
5647/14 5647/14
5651/17 5652/22
5653/21 5656/2 5656/7
5657/21 5669/24
5676/17 5680/12
5686/7 5689/25 5694/8
5701/4 5708/8
while **[7]** 5602/8
5610/25 5618/22
5619/3 5631/6 5651/2
5717/24
**Whitney [1]** 5610/6
**Whitney Drew [1]**
5610/6
who **[53]** 5586/20
5586/22 5586/25
5595/2 5596/24 5599/1
5602/10 5603/25
5610/18 5614/13
5615/21 5615/24
5617/1 5618/19 5620/6
5622/23 5627/10
5627/13 5628/7 5629/7
5632/4 5636/21 5638/4
5640/6 5641/24 5643/1
5644/20 5645/16
5645/18 5651/10
5653/10 5654/11
5654/16 5654/17
5655/1 5655/9 5659/11
5659/11 5660/20
5698/15 5702/5 5704/8
5706/6 5706/12
5706/25 5707/16
5709/2 5709/6 5710/17
5712/5 5712/10
5714/19 5716/23

5605/7
whose **[1]** 5650/23
why **[32]** 5587/21
5587/25 5624/8
5638/17 5638/18
5638/25 5642/24
5649/4 5652/4 5653/14
5658/6 5658/7 5662/21
5669/20 5671/24
5676/12 5678/11
5678/17 5694/19
5696/15 5697/4
5697/18 5698/9
5702/18 5704/2
5705/18 5708/4
5713/14 5715/12
5717/8 5717/15 5718/2
wife **[5]** 5697/5 5697/7
5698/4 5709/10 5717/3
wildcard **[1]** 5701/25
will **[20]** 5587/3 5587/3
5589/10 5620/15
5627/2 5634/16
5662/22 5662/23
5668/13 5669/12
5669/14 5672/10
5674/16 5676/23
5676/24 5701/10
5708/22 5711/23
5714/1 5716/16
**William [4]** 5581/12
5582/2 5720/2 5720/8
**Willow [3]** 5712/6
5712/10 5712/24
**Willow's [1]** 5712/3
window **[3]** 5690/15
5690/16 5690/25
windows **[2]** 5690/20
5691/2
wing **[6]** 5592/18
5593/7 5596/22
5597/17 5603/2 5652/4
winter **[1]** 5652/1
within **[3]** 5653/1
5670/18 5704/18
without **[11]** 5591/25
5613/12 5617/4
5617/10 5619/9
5619/12 5620/7
5620/23 5626/24
5657/13 5681/24
witness **[22]** 5583/2
5586/16 5587/15
5589/14 5589/17
5590/2 5590/10 5593/2
5593/25 5604/20
5618/18 5633/21
5643/11 5643/15
5643/19 5644/2 5666/8
5666/15 5671/17
5693/15 5693/20
5718/18
witnesses **[2]** 5583/4
5718/24
won't **[4]** 5658/10
5658/11 5658/12
5658/14

**wonder [1]** 5624/7
wondering **[1]** 5624/7
**Woodward [1]** 5585/13
word **[5]** 5586/18
5586/23 5586/25
5648/8 5699/8
words **[5]** 5596/15
5627/15 5638/2
5700/15 5702/18
wore **[1]** 5638/4
work **[10]** 5588/2
5645/24 5650/11
5654/17 5666/24
5666/25 5695/22
5696/6 5697/12 5698/1
worked **[5]** 5591/4
5624/20 5645/5 5695/9
5702/22
working **[5]** 5633/11
5646/13 5648/6
5667/22 5697/2
worn **[2]** 5614/11
5635/6
worried **[2]** 5653/9
5653/15
worse **[6]** 5646/7
5652/16 5679/24
5680/3 5680/6 5684/21
would **[75]** 5586/21
5587/1 5587/9 5587/14
5587/18 5588/4 5588/7
5594/10 5594/12
5594/16 5595/21
5604/13 5604/14
5612/4 5613/25
5617/22 5618/10
5618/11 5620/6
5621/18 5621/20
5623/23 5631/17
5631/19 5633/20
5635/9 5636/12
5640/20 5642/17
5646/14 5646/19
5650/18 5650/18
5651/15 5652/24
5655/14 5656/7 5656/8
5656/9 5658/11 5665/5
5668/10 5670/4
5671/10 5671/11
5672/10 5672/11
5672/17 5672/24
5673/1 5673/11
5673/12 5676/13
5677/25 5678/3 5678/8
5678/17 5679/18
5684/17 5684/17
5685/23 5688/15
5688/17 5691/13
5692/24 5701/7 5706/3
5706/22 5707/1 5707/2
5707/12 5711/16
5713/23 5717/6
5717/14
wouldn't **[3]** 5588/8
5665/6 5681/25
wrestling **[1]** 5698/2
write **[5]** 5637/14
5637/22 5637/24

wrote **[3]** 5702/18
5712/13 5717/14

**Y**
y'all **[5]** 5596/12
5639/16 5640/2
5685/12 5688/11
**Y-o-u-n-g [1]** 5694/3
yeah **[37]** 5594/12
5607/3 5609/1 5620/6
5621/24 5630/19
5632/23 5636/4 5638/3
5640/22 5654/25
5658/3 5664/8 5664/19
5672/11 5678/5
5678/21 5678/23
5678/23 5679/12
5685/18 5685/19
5687/12 5687/15
5687/25 5688/23
5688/25 5689/11
5689/22 5690/8 5691/4
5692/9 5699/12
5699/20 5700/20
5702/15 5707/23
year **[37]** 5591/6
5672/3 5672/4 5672/6
5672/6 5672/10 5673/5
5673/6 5674/21 5676/2
5676/8 5676/9 5677/12
5678/1 5678/4 5678/9
5678/12 5682/21
5682/24 5682/25
5683/3 5683/3 5683/5
5683/5 5683/15
5683/18 5683/21
5683/22 5684/6 5684/7
5684/10 5685/23
5686/22 5687/4
5687/24 5696/12
5698/7
year's **[1]** 5689/10
years **[10]** 5591/12
5633/11 5644/24
5645/2 5645/3 5645/7
5651/6 5667/12
5695/11 5695/23
yell **[1]** 5622/18
yelled **[2]** 5602/18
5603/10
**Yelling [1]** 5622/20
yes **[173]**
yet **[1]** 5705/3
you **[751]**
you'll **[2]** 5595/19
5613/22
you're **[49]** 5585/22
5586/6 5590/6 5605/14
5605/17 5605/21
5605/24 5606/3 5606/7
5608/5 5609/10 5611/9
5620/2 5622/11
5623/10 5623/10
5625/11 5625/21
5625/25 5625/25
5627/7 5627/19 5632/1
5632/7 5633/3 5641/10

**Y**

**you're... [23]** 5647/13
5648/12 5649/15
5651/2 5656/20
5656/20 5657/22
5665/17 5666/11
5674/1 5683/3 5683/17
5683/18 5683/21
5683/25 5684/4 5684/5
5685/1 5685/2 5685/6
5689/19 5704/21
5711/3
**you've [6]** 5591/11
5624/19 5651/7
5674/20 5687/18
5691/1
**Young [16]** 5693/13
5693/17 5693/20
5694/2 5694/4 5694/15
5700/18 5701/2 5702/5
5708/10 5708/13
5709/2 5712/1 5718/11
5718/17 5718/19
**your [150]**
**Your Honor [34]**
5585/4 5586/1 5586/10
5586/14 5586/16
5587/14 5588/22
5589/16 5604/22
5611/10 5612/18
5613/7 5613/10
5618/21 5619/4
5628/18 5633/2 5643/4
5665/20 5665/22
5665/25 5672/19
5673/11 5673/21
5682/9 5682/10
5682/12 5692/14
5693/12 5708/19
5708/21 5716/13
5718/4 5718/16
**yourself [11]** 5590/17
5592/25 5596/8
5599/24 5601/24
5605/14 5606/16
5607/6 5608/21 5644/8
5706/22
**YouTube [2]** 5699/1
5699/3

**Z**

**Zaremba [3]** 5582/2
5720/2 5720/8
**zoom [3]** 5658/5
5714/5 5716/8
**Zsuzsa [1]** 5581/2