IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )        CR No. 22-15
                                    )        Washington, D.C.
        vs.                         )        November 1, 2022
                                    )        9:15 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )        Day 21
            Defendants.             )        Morning Session
_____    )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         Kathryn L. Rakoczy
                            Jeffrey S. Nestler
                            Alexandra Hughes
                            Louis Manzo
                            Troy Edwards
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277
                            Email:
                            kathryn.rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

5900

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA KELSEY HARRIS    5930

- - -

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 5707 | 5933 |
| 2001.T.129 | 5934 |
| 6757 | 5944 |
| 1112.2 | 5950 |
| 6732 | 5974 |
| 5306.1 | 5981 |
| 1081.A | 5984 |
| 1110 | 5986 |
| 6760 and 6761 | 5990 |
| 50V | 5998 |
| 2410.1 | 6010 |
| 6759 | 6013 |
| 6733 | 6021 |
| 210.P.1 | 6023 |
| 6734 | 6034 |
| 1105 | 6047 |

1                      P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4              THE COURT:  Please be seated, everyone.

5              COURTROOM DEPUTY:  Good morning, Your Honor.

6    This is Criminal Case No. 22-15, the United States of

7    America versus Defendant No. 1, Elmer Stewart Rhodes III;

8    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

9    Defendant 4, Jessica Watkins; and Defendant 10,

10   Thomas Edward Caldwell.

11             Kathryn Rakoczy, Jeffrey Nestler,

12   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

13   government.

14             Phillip Linder, James Lee Bright, and

15   Edward Tarpley for Defendant Rhodes.

16             Juli Haller for Defendant Meggs.

17             Bradford Geyer for Defendant Harrelson.

18             Jonathan Crisp for Defendant Watkins.

19             And David Fischer for Defendant Caldwell.

20             All named defendants are present in the courtroom

21   for these proceedings.

22             THE COURT:  All right.  Good morning, everybody.

23   I hope everybody is well.

24             Okay.  I understand there's some objections

25   regarding exhibits the government intends to introduce this

1    morning.

2            MR. FISCHER:  Your Honor, I think -- I believe,

3    first, yesterday, Mr. Nestler had offered -- I believe they

4    were going to offer a picture of a riot shield coming out of

5    the west tunnel.  I've had a chance to look at the exhibit.

6            First of all, Mr. Nestler said yesterday the riot

7    shield apparently appears at 2:53:35, I believe is what

8    he said.

9            The video that's introduced in evidence,

10   Mr. Caldwell saying -- wiping his backside on

11   Speaker Pelosi's doorknob, I went through that video

12   yesterday thoroughly, and at 2:53:08, we have it -- we've

13   actually put a transcript together of it.  But at 2:53:08,

14   Mr. Caldwell is saying to his wife, "Do you have

15   everything?"

16           And he says, "Let's go.  Let's go.  Let's go."

17           And she's like, "Wait.  Wait."

18           And he's like, "Follow me.  Let's go.  Let's go."

19           She says, "I have my flag."

20           And, Your Honor, at that point, they begin to

21   leave the stage.

22           So basically at 2:53:08, Mr. Caldwell and his wife

23   were manifesting an intent to leave the stage.

24           We showed the government a video about two weeks

25   ago which shows Mr. and Mrs. Caldwell walking down -- or

 1    beginning to walk down stairs at the front of the inaugural

 2    balcony.  There's like a fire escape stairs because it's a

 3    temporary stage.  They never look over towards the tunnel.

 4    And they're leaving.  They're obviously leaving the stage.

 5    And they, in fact, did leave the inaugural stage.

 6              Secondly, the still shot that Mr. Nestler showed

 7    yesterday, we looked at the video that he sent us.  And the

 8    person who's taking that cell phone video -- so I'll put it

 9    this way.

10              The Court -- if the Court were right where the

11    tunnel was, this individual would have been probably about

12    10 feet to the left of the tunnel taking the video.  There

13    are obviously people -- there's apparently -- there's a

14    staircase that leads up to this tunnel.  So you see several

15    people who are on the staircase elevated.  And the video,

16    you cannot see into the tunnel from the cell phone.  So it's

17    impossible for that person to see into the tunnel.

18              Mr. Caldwell is probably about where the wall is

19    over there about another 20, 25 feet to the left of where

20    this person is taking the video.  So there's no way that

21    Mr. Caldwell could have seen in this tunnel.

22              And, of course, the video of the tunnel itself

23    shows that the activities, the unfortunate activity were to

24    occur probably about 20-plus feet inside the tunnel.

25              THE COURT:  So what's your position with respect

1    to where he was when the shield emerges from the tunnel?

2        MR. FISCHER:  Your Honor, it appears, from what

3    I can see -- first of all, I will say this.  The video that

4    shows the shield does not have a time stamp on it, so I

5    can't say for certain whether Mr. Nestler's time is correct

6    or incorrect.

7        But I would say Mr. and Mrs. Caldwell are walking

8    on inaugural balcony and walking towards the exit and

9    basically in the process of leaving the stage is -- and it

10   does not appear that they ever look over at the tunnel.

11       Now, again, this is a bird's-eye view video.

12       THE COURT:  Sure.

13       MR. FISCHER:  It's very, very difficult to see.

14   But they're clearly making their way over to exit down these

15   fire escape-type stairs.

16       So there's absolutely no way -- quite frankly, it

17   would have been impossible for him to see.  I think that

18   Shaquille O'Neal would have had a difficult time seeing in

19   this tunnel.  He could not have seen in this tunnel because

20   of all the people who were stacked up on the stairs.

21       THE COURT:  Okay.

22       So is the objection then to the video that the

23   government intends to play from inside the tunnel, the

24   photograph outside the tunnel, or both?

25       MR. FISCHER:  Well, Your Honor's already allowed

1    in a video, ten seconds of a video inside the tunnel.

2              THE COURT:  Right.

3              MR. FISCHER:  So that's already in evidence.

4              THE COURT:  Right.

5              MR. FISCHER:  So obviously I can't do anything

6    about that.  But any further play of that video we would

7    object to.

8              And, also, I believe the riot shield as well,

9    I don't believe it's relevant as Mr. Caldwell does not

10   appear to be in a position to have seen that.

11             THE COURT:  Okay.

12             Mr. Nestler.

13             MR. NESTLER:  I hear what Mr. Fischer is saying,

14   and yet Mr. Caldwell, a few hours later, tells an associate,

15   "We stole the cops' riot shields."  And so obviously there

16   is -- the government's entitled to prove that Mr. Caldwell

17   was in a position to see the stealing of the cops' riot

18   shields.

19             I disagree with Mr. Fischer that Mr. Caldwell was

20   not in the position to see where the riot shields were

21   stolen.  If Your Honor wants, I can walk through the videos

22   and how we have -- we believe, through the agent, we'll be

23   able to prove this up.

24             If we could put it up on the screen, Mr. Douyon.

25             So this is the YouTube video that we're talking

5908

```
 1   about.  And so the way -- it's true; it's not time-stamped.
 2   But we've been able to marry this up with the CCTV video,
 3   which is time-stamped, from the Capitol.
 4           So here if we play it forward at about 31 seconds
 5   even, you can see Mr. Caldwell with his arm raised in the
 6   air.  He's there in the screen.  So it's at 31 minutes even.
 7           And if we play this video forward, Mr. Caldwell is
 8   chanting and moving his arm towards the Capitol building.
 9   That's the tunnel that pops up right there.  There are
10   people climbing around it, pushing their way in around here.
11           And if we play forward till about 31:55 or 31:40,
12   so about 35 or 40 seconds later, the shield is emerging from
13   the tunnel.  And that's that screenshot that I showed
14   Your Honor yesterday.  We weren't planning to show the rest
15   of this video.  We were planning to show this screenshot to
16   make it a little bit more efficient.
17           THE COURT:  Does Mr. Caldwell appear in the video
18   again or no?
19           MR. NESTLER:  I don't believe.  Not that we can
20   see.  It only pans to the left for a quick second.
21           THE COURT:  So there's about a 37-second
22   difference between when he appears in the video and when we
23   see the shield emerge from the tunnel?
24           MR. NESTLER:  Correct.
25           And Mr. Fischer is correct that around -- at 2:54,
```

1    give or take a couple of seconds, Mr. Caldwell is turning

2    and walking down the stairs.

3              THE COURT:  Okay.

4              MR. NESTLER:  But that is after this.

5              So because we've been able to marry up the time --

6    and I can go back now to the other video.

7              So this is Government's Exhibit 6757, which we

8    have married up -- first of all, I'll play it from the

9    beginning so Your Honor can see.  This is surveillance video

10   from the top of the Capitol facing the west side of the

11   building.  And it's just -- it's speeded up, obviously, to

12   make things more efficient, showing the crowd is below the

13   inaugural stage.  And over the course of about a half hour,

14   from 2:19 p.m., our last paragraph of Mr. Caldwell before he

15   ascends the stage, and now that starts at 2:19 p.m. and we

16   go here till about 2:52 p.m.

17             And so that's when we've been able to marry up

18   both the CCTV and this YouTube video we're talking about.

19             THE COURT:  Okay.

20             MR. NESTLER:  And so if you see that, you can see

21   that Mr. Caldwell here at just about the 2:53 even, 2:52:57,

22   is raising his fists towards the building and that the

23   bottom frame -- it's a little hard to see here because we

24   had to zoom in so much, but the agent will be able to say he

25   saw it on the CCTV, appears to be Caldwell.  You can see him

 1    doing the same movement with his hands towards the building.

 2    And that is at 2:53 and a couple of seconds.  And so we know

 3    about 37 seconds later is when the riot shield emerges from

 4    the tunnel.  And we have the CCTV from inside the tunnel

 5    showing the riot shield being stolen and Mr. Caldwell a few

 6    hours later saying, "We stole the cops' riot shields."

 7              THE COURT:  Okay.

 8              MR. FISCHER:  And, Your Honor, to be clear,

 9    Mr. Caldwell used the word, the preposition "we" about 300

10    times, and these other defendants used it multiple times

11    when they were talking about the crowd.  This was not like

12    simultaneous to what was going on.  This was like something

13    that was being reported later.

14              So he said, We stole -- or we took riot shields.

15    We went through rubber bullets.

16              He never went through rubber bullets.

17              He said, We went through this and that.

18              And it's just not -- the use of the word "we" is

19    highly misleading.

20              I will say this.  The video there, Mr. Caldwell --

21    I know that the video I was referencing with the doorknob

22    video, we have, at 23:08, Mr. Caldwell saying, "Let's go.

23    Let's go," basically starting the process of getting out of

24    there.

25              So him and his wife are starting the process and

1    have made a decision to leave the stage and are, in fact,

2    starting to leave the stage.

3              THE COURT:  You said at 2:53:08, right?

4              MR. FISCHER:  Yes, Your Honor.

5              THE COURT:  Okay.

6              Okay.  Here's where I think is sort of the right

7    place to come out on this, which is, given the proximity and

8    closeness of time between when we know Mr. Caldwell is there

9    and when the riot shield emerges, I think it's appropriate

10   to show that photograph.

11             But, again, I'm not going to allow the video of

12   what happens inside the tunnel to be shown.  I don't have

13   any reason to think, from where Mr. Caldwell was standing,

14   he could have seen what was happening inside that tunnel.

15             You know, maybe he could have intuited what was

16   going on inside.  But I don't think that showing what was

17   happening inside the tunnel, he could have actually seen it

18   from where he was standing.

19             At most, he could have seen the shield emerge,

20   perhaps coincident with the time that he was just about to

21   leave.  Maybe that will ultimately be a question for the

22   jury.

23             Mr. Fischer, you obviously can establish the

24   timeline that you wish, either through cross-examination or

25   on your own, in your own case, and then obviously make the

1    point that this is more of Mr. Caldwell being -- expressing

2    bluster because, obviously, there's no evidence that he

3    himself took a shield or any Oath Keepers took a shield.  So

4    I don't know how much traffic -- traction the government is

5    going to get with that text message or with that text or

6    whatever communication it is, but I think the bottom line is

7    that -- I think that's probably the appropriate balance to

8    strike here.

9              MR. FISCHER:  Thank you, Your Honor.

10             MR. NESTLER:  Can I ask a clarifying question?

11   Sorry.

12             We understand Your Honor's ruling.  Can I ask the

13   agent to explain what was happening inside of the tunnel at

14   2:53 p.m. when the riot shield was being stolen?  I need to

15   establish that, from his review of surveillance video,

16   rioters were stealing the riot shield from the police

17   officers inside that tunnel protecting the entrance to the

18   building.

19             So without showing the video, I can at least -- if

20   Your Honor would like, I can lead him there.  But I need to

21   establish that fact, that that's how that shield emerges

22   from the tunnel.

23             THE COURT:  That's true.

24             Mr. Fischer, any objection to just a generic

25   description that the shield was inside the tunnel, officers

```
 1   had it, and was taken from them and removed?
 2             MR. FISCHER:  Well, Your Honor, I would feel more
 3   comfortable, instead of the agent having leeway to go on a
 4   riff about what was happening, that if Mr. Nestler could ask
 5   him a leading question --
 6             THE COURT:  Okay.
 7             MR. FISCHER:  -- and indicate that the shield came
 8   from a police officer inside the Capitol.
 9             MR. NESTLER:  Right.
10             But I think it's important, the police officer was
11   preventing rioters from entering and that rioters were
12   battling the police officers and that the rioters took the
13   shield from the police officers.  That's the import of what
14   we're trying to get at.
15             THE COURT:  No.  I understand, but the question of
16   how much detail you're going to get into is what Mr. Fischer
17   is getting at, and I think it's appropriate to say -- you
18   know -- and prior to that shield emerging, it was in a
19   tunnel and you've seen video showing that an officer had it
20   and it was taken from him and that's it.
21             I mean, beyond sort of they were battling rioters,
22   rioters were trying to get inside the door, et cetera, et
23   cetera, there was pepper spray, I think all that is more
24   prejudicial than probative.
25             MR. NESTLER:  Okay.  So officers were protecting
```

```
 1    the Capitol from inside of that tunnel using the riot shield

 2    and rioters removed that shield from the officers, something

 3    along that line?

 4               MR. FISCHER:  I think that's obvious, Your Honor.

 5               I agree.  That's fine.

 6               THE COURT:  All right.

 7               MR. NESTLER:  There were plenty of riot shields

 8    taken from the ground, not from an officer's hands that day,

 9    so I'm trying to establish this was literally yanked out of

10    an officer's hands, which is a little bit different.

11               THE COURT:  Okay.

12               MR. NESTLER:  Thank you.

13               I will lead him with that short generic statement.

14               THE COURT:  Okay.

15               MR. FISCHER:  Your Honor, also, the video -- so

16    the next objection, the video of -- Mr. Nestler just showed,

17    the time-lapse video, we object to that video as well.

18               I think that video is misleading because,

19    obviously, it speeds everything up.  It also glosses over

20    things that -- it leaves out important data in the video.

21    For example, the reason it appears that individuals started

22    breaking through the police line was apparently there was

23    tear gas and flash bangs that were sent down to in the

24    crowd, because there's a point where the crowd all of a

25    sudden just starts coming forward and police start leaving
```

5915

1  en masse and the crowd starts coming forward en masse.

2        So for two reasons.  First of all, to have a

3  time-lapse video I just think is misleading.  I'm not

4  accusing the government of being misleading.  I just think

5  it would leave a misleading impression on a jury as to how

6  quickly Mr. Caldwell was able to get up on the stage.

7        And it also -- the government says they marry in

8  two videos.  Well, again the one video, the YouTube video

9  does not have time stamps on it and we dispute that -- I

10  would certainly be candid and say that I think it's somewhat

11  close, but I don't think it's an exact time that these are

12  married together.  So for those reasons, Your Honor, we

13  would object to the time-lapse video.

14        THE COURT:  I guess, in terms of the time-lapse

15  video, I think it will be abundantly clear to the jury

16  that's, in fact, what it is.  If it's not clear, that's

17  something that can be made clear through examination on

18  either direct or cross.

19        I guess what -- I don't quite follow the issue of

20  marrying up.  It's not clear to me what's being married up.

21  You've got the YouTube video and then the video from the

22  CCTV from the top of the Capitol.  Is that what's being

23  married up?

24        MR. NESTLER:  Yes, Your Honor.

25        You can see the same instance, the same -- toward

1    three seconds of Mr. Caldwell taking his right first and

2    pointing toward the building, the YouTube video has audio,

3    CCTV does not, they're from different angles, and so the

4    agent will be able to say from watching the CCTV video and

5    the YouTube video, they appear to be capturing the same

6    scene from different angles at the same time.

7              THE COURT:  This is a CCTV video from atop the

8    Capitol?

9              MR. NESTLER:  Yes.

10             THE COURT:  The agent can say that at the time

11   Mr. Caldwell was raising his hand, he can precisely say this

12   is when the CCTV video is capturing that moment?

13             MR. NESTLER:  Yes, based on the other

14   circumstances of who's around.  There's a person wearing a

15   very noticeable helmet, like a red, white, and blue helmet

16   behind Mr. Caldwell.  And so you can actually see that.

17             We were trying to be more efficient about this and

18   just displaying it this way, but if we wanted to play the

19   full CCTV TV video, we could do that.

20             THE COURT:  Look --

21             MR. NESTLER:  But if Your Honor sees --

22             THE COURT:  I guess the bottom line is, if the

23   agent is in a position to lay a foundation of matching the

24   two videos up and that foundation is satisfactory, it seems

25   to me the agent can testify that they've lined up the videos

 1    and that this is what was happening at the time Mr. Caldwell

 2    was raising his arm.

 3              And if there's any question about the accuracy of

 4    that, then presumably that can come out in cross.

 5              But it's just hard -- I do not having seen the

 6    video.

 7              So the bottom video you're showing is atop of the

 8    CCTV?

 9              MR. NESTLER:  Correct.  If I just rewind a couple

10    seconds, this is 6757.  This is the CCTV video.

11              THE COURT:  Right.

12              MR. NESTLER:  And Mr. Caldwell is going to be

13    somewhere in this area on the bottom right.

14              And then as we play this forward, so you can track

15    where he is, this is all, of course, speeded up -- let me

16    clear it here -- and you can see that it zooms in, so right

17    there at 30 seconds on our clip, the file zooms in and

18    captures where Caldwell was.

19              And then you can see Caldwell raising his first,

20    consistent with how his fist is raised in the YouTube video,

21    pointing -- and the CCTV will be pointing towards the camera

22    because the CCTV is on top of the building and the YouTube

23    video is on the -- it's basically at his 90-degree angle to

24    his right.

25              THE COURT:  Okay.  It took me a second to make out

 1   that that was Mr. Caldwell, but, Mr. Fischer, would you

 2   disagree that that's him?  Or certainly it appears to be.

 3           MR. FISCHER:  That's him, Your Honor.

 4           THE COURT:  That's him, okay.

 5           I think, look, if the foundation is laid, it

 6   appears to me that that is consistent, in other words, that

 7   the CCTV that captured showing Mr. Caldwell, albeit from

 8   quite a distance away, raising his arm, seems to me to be

 9   consistent with the YouTube video of the same event.

10           MR. NESTLER:  Yes, Your Honor.

11           THE COURT:  All right.

12           What else do we have?  I understand there's some

13   Facebook messages, or is there more, Mr. Fischer, in terms

14   of video?

15           MR. FISCHER:  That's correct, Your Honor.

16           On page 89 -- I worked with Mr. Manzo a little

17   last night.

18           On page 89 of Government's 2002.T.61, 20002.T.61.

19           THE COURT:  Okay.

20           Is it possible to bring that up?

21           MR. FISCHER:  And that's going to be on page 89.

22           2002T.61 or .T.

23           Your Honor, while they're pulling this up, what

24   this is going to show is that, on page 89 of this exhibit,

25   Mr. Caldwell forwarded a news article, I believe it was from

```
 1   CNN, regarding an Alabama man who was arrested for having
 2   explosives in a pickup truck in D.C. on the 6th.
 3           Basically, it was forwarding somebody else's
 4   Facebook post.
 5           THE COURT:  Okay.
 6           So what's the --
 7           MR. FISCHER:  So the objection is that it's not
 8   relevant.
 9           THE COURT:  Yeah, I know, I'm trying to figure out
10   what's the relevance of it is.
11           MR. MANZO:  Your Honor, the Court's indulgence as
12   we pull this up here, but the page 89 is a series of
13   messages between -- and here it is now -- Thomas Caldwell
14   and Adrian Grimes.  Ask just to zoom back a little bit, this
15   is on January 6th itself, and they're discussing the events
16   of January 6th.
17           But then there's, as you can see here, you know,
18   more than a dozen unsent messages that Mr. Caldwell unsends,
19   which the Facebook custodian is going to say is another form
20   of deletion basically.
21           And then when we go down here, it gets to this
22   bottom section which is what defense is objecting to.
23           And I can zoom in here and make it easier.
24           And we're happy to have some kind of limiting
25   instruction here that there's no allegation that any
```

1    defendant is involved in the Alabama situation here at all.

2           The reason that this is relevant, and I think a

3    number of other messages that Mr. Fischer is going to bring

4    up is relevant, is because it shows that Mr. Caldwell is not

5    just clearing out every message, he's picking and choosing

6    which messages to clear out.

7           And so this one that doesn't involve his

8    conduct -- and, again, no one's alleging that Mr. Caldwell

9    is involved in this Alabama man at all -- he leaves it

10   there; but our argument would be that messages that did

11   involve his conduct, he's deleting.  So it's establishing

12   those two that makes it relevant.

13          So we have no problem at all with a limiting

14   instruction saying that there's no evidence that anyone was

15   involved in this offense, but we do think it is relevant to

16   show that he is not just wholesale doing some housekeeping

17   cleaning but he is picking and choosing what he's deleting.

18          THE COURT:  All right.

19          So I think the way to deal with this is that, you

20   know, the summary of the article is that an Alabama man

21   allegedly parked a pickup truck packed with 11 homemade

22   bombs and assault rifle and a handgun two blocks from U.S.

23   Capitol Building on Wednesday for hours before authorities

24   ever noticed, according to federal prosecutors.

25          So this is -- January 11th is the date of the

```
 1   article.  If we go back three days, this is January 8th or

 2   7th, I guess, depending upon the date of it, right, when the

 3   act occurs, right?

 4              MR. MANZO:  Correct, yeah, the earlier messages

 5   are from January 9.

 6              THE COURT:  Right, I understand that.  But the

 7   message that Mr. Fischer is objecting to is dated January

 8   11th about events that happened, I guess, on January 11th or

 9   10th, at the latest.

10              MR. MANZO:  I believe it's probably January 8th.

11              THE COURT:  Or January 8, excuse me.

12              That's right, he shared it on January 11th.

13              In any event, they're not events of January the

14   6th.  So -- I'm sorry?

15              Oh, these are events -- look, I guess the bottom

16   line is if the point you want to make in showing that it's

17   selectively deleting it, I think we can do that, but why

18   don't you go ahead, let's redact the summary and the title,

19   and you can keep the URL in the body and you can make the

20   same point without what is otherwise a completely irrelevant

21   about somebody else's actions, you know, either on

22   January 6th or around that day.

23              MR. MANZO:  Okay.

24              THE COURT:  Okay.

25              Mr. Fischer.
```

1           MR. FISCHER:  I want to make sure.  If we can go

2    to page 67 on this same --

3           THE COURT:  Can I ask a real quick question?

4           At what point this morning do we expect to get all

5    of this, in the first part of the morning?

6           MR. NESTLER:  This will be this afternoon with the

7    Facebook custodian.  The agent is going to testify first.

8           THE COURT:  Can we put this off until later so

9    I can bring those folks in and get started?

10          MR. FISCHER:  Absolutely.

11          THE COURT:  So we'll cut out some time during the

12   lunch hour to deal with these.

13          Mr. Fischer, is it only -- does anybody else have

14   objections, or they're yours primarily?

15          MR. FISCHER:  Your Honor, I don't think anybody

16   else -- I think there was one for Ms. Haller, I believe.

17          MS. HALLER:  Yes, Your Honor, we're just

18   conferring.

19          MR. NESTLER:  We're not redacting it.  We think

20   it's important.

21          THE COURT:  Well, is that something that's coming

22   in this morning?

23          MR. NESTLER:  Yes.

24          MS. HALLER:  It's one slide that -- Your Honor,

25   it's one slide that we have, I would call it a minor

 1    objection.  But -- because we're not objecting to the slide

 2    itself.

 3              It's a text message from Mrs. Meggs after

 4    January 6th, and she uses a word I was asking to get

 5    redacted because of the prejudice of the -- you know, she

 6    calls -- can you put it -- it's slide -- let me identify it

 7    for the Court.  It's slide 17 of 6734.

 8              And, you know, they submitted it as -- for a

 9    different purpose.  I think the word itself that she uses is

10    just bluster, and yet it's prejudicial.  So it's the word I

11    would request redaction, you know.

12              MR. NESTLER:  And we understand the defense's

13    argument.  We believe that her use of that word is important

14    here to show the context, that she's arguing that what

15    Mike Pence did was something that somebody with a strong

16    spine would not do.  And that's why she and other members of

17    the conspiracy took their actions.

18              We think it -- I don't like having words like that

19    displayed in court, but I think it's important because it

20    conveys her context and her intent.

21              MS. HALLER:  Well, I think everything the

22    government wants to argue comes in.  We're simply talking

23    about the adjective or the noun, whatever that is, to

24    redact.

25              But the text sent at 11:01 p.m. on 1/6, I mean,

1    we're -- I understand what the government's argument is.

2    I'm not objecting to the slide itself.  I'm just asking for

3    the redaction of that word because of the prejudice.

4            THE COURT:  Look, I get the concern; on the other

5    hand, she says what she says.  I've said this before:  We

6    can't unring the bell of what was said.  And, regrettably,

7    this is the language that she used, and it's just

8    regrettable.

9            MS. HALLER:  Okay.

10           MR. NESTLER:  Thank you.

11           MS. HALLER:  Thank you.

12           THE COURT:  All right.  So anything else before we

13   bring our jurors in?

14           MR. NESTLER:  Not from the government, Your Honor.

15           MR. FISCHER:  Your Honor I had the 801 statements,

16   but I don't know if the Court wants to address those or --

17           THE COURT:  I don't know that -- I think that --

18   I'm not sure today is -- well, it's through this next

19   witness that you're intending to introduce them, but --

20           MR. FISCHER:  It could be, Your Honor, as long as

21   I'm going to -- I'd like to have a chance to introduce them

22   during the government's case.

23           THE COURT:  No, no, I'm not doubting that.

24   I think --

25           MR. FISCHER:  And, Your Honor, if the Court does

 1  rule in the defense favor on any of the statements, I would

 2  hope I would be able to introduce them without having to go

 3  through the process of calling in the foreperson, the grand

 4  jury, or the --

 5          THE COURT:  No, no, no, of course not.

 6          MR. FISCHER:  Understood.

 7          We could wait then, Your Honor.  That's fine.

 8          THE COURT:  Okay.  I'm not -- I'm sorry.  I don't

 9  want to push you.  I don't mean to push you off,

10  Mr. Fischer.  I just -- I need to get my arms around all of

11  it, given what you sent over the weekend.

12          And as I said, I did read the full grand jury

13  testimony yesterday over lunch, and I want to make sure I've

14  read everything before we -- and maybe we can deal with it

15  at the same time we deal with the other objections before we

16  come back this afternoon.

17          MR. FISCHER:  Fair enough.  Thank you, Your Honor.

18          THE COURT:  Go ahead, JC.

19          Just quickly, are any of the texts that are coming

20  in going to be admitted only against particular defendants?

21  And if so, will there be some --

22          MR. BRIGHT:  Your Honor, I think there will be

23  some.

24          I mean, certainly the video that is being

25  discussed for Mr. Caldwell is regarding him only.  I think

1  there are texts that follow in line with the previous

2  objections that the parties worked out with the government

3  and with the Court regarding outside lines of communication

4  regarding others.

5          So I think there are some -- I can pull them up

6  right now, but I think it would be correct that there are

7  some.

8          Mr. Nestler, would you agree?

9          MR. NESTLER:  Not as a general matter, no.

10          MR. GEYER:  Your Honor as to Mr. Harrelson, this

11  is another one of these, like, extensive timeline where they

12  take all these different, extraneous things and put it into

13  one timeline.  And they jumble up Facebook posts; he was

14  never on Facebook.  They have chat activity that he wasn't

15  privy to.  And it's endemic through there.

16          THE COURT:  But, I mean, that's an argument for --

17  it's not an argument for non-admissibility.

18          But I think the question is -- and maybe it should

19  have been a longer discussion.  But, you know, at least I

20  think we're all in agreement that co-conspirator statements

21  do not include sort of backward-looking statements made by a

22  co-conspirator about what we did to a third party.

23          And there may be some such statements here.  And

24  if there are, I need to -- we need to tell the jury that

25  that kind of statement is not admissible against all the

```
 1   defendants but only the declarant.
 2             MR. NESTLER:  That's fine, Your Honor.
 3             So Government's Exhibit 6734, which will be the
 4   end of Agent Harris' testimony, we're going to get into
 5   admissions that various conspirators made about their
 6   conducts.  Some of them are probably statements against
 7   interest.  Some of them are co-conspirator statements.  Some
 8   of them are just straight admissions.
 9             If the defense at that point wants to ask for a
10   limiting instruction as to any of them, I think we can take
11   them as they come.
12             That should be after the first break, I'm hoping.
13             THE COURT:  Okay.  All right.
14             MR. BRIGHT:  Your Honor, if I recall correctly,
15   I've reviewed 6734 last night, there's not a single slide
16   that will be offered in terms of a message.
17             And, Jeff, correct me if I am wrong -- I know you
18   will -- there is not a single one of those admissions that
19   are from or to Mr. Rhodes; is that correct?
20             MR. NESTLER:  That's correct.  We're going to deal
21   with Mr. Rhodes' admissions through a different agent;
22   they're more extensive.
23             MR. BRIGHT:  We anticipate that, Your Honor.
24   We're ready for that one.
25             THE COURT:  All right.  Well, that's something to
```

```
 1    look forward to.
 2              MR. BRIGHT:  So the limiting instruction, I think
 3    on 6734, writ large, we would ask for regarding Mr. Rhodes'
 4    admissions.  We only put the defendants that were involved
 5    in them.
 6              THE COURT:  All right.  Let me look at them as
 7    they come up, and I'd like to avoid --
 8              MR. NESTLER:  Sure.
 9              THE COURT:  -- an objection every time they come
10    up, but we'll have to just --
11              MR. NESTLER:  Given the timing, I believe we will
12    be taking our morning break before we get to this, so we
13    should have time.
14              THE COURT:  All right.  Mr. Crisp, quickly.
15              MR. CRISP:  Just as to the applicability, so there
16    was a concern about the Caldwell video in terms of the
17    shield.  Is the government intending to use that in a broad
18    application to all defendants or just as to -- can we have a
19    limiting instruction as to that as well?
20              MR. NESTLER:  I thought we already discussed how
21    video was not coming in with a limiting instruction.
22              THE COURT:  Well, I think the question is whether
23    the statement comes in with a limiting instruction.  That's
24    a -- because the video is only being shown because of the
25    statement.
```

```
1              MR. CRISP:  Correct.  So you have a clear nexus
2    there.
3              THE COURT:  Right.
4              MR. CRISP:  So it only takes sense to me that that
5    would then -- since the relevance of the video is tied to
6    the statement, that's why I would say it should be.
7              THE COURT:  So, Mr. Nestler, I mean, is that
8    something that's only coming in against Mr. Caldwell?
9              MR. NESTLER:  We don't -- the statement is only
10   coming in against Mr. Caldwell as to what Mr. Caldwell
11   admitted that he had done.  He uses the word "we."
12             The video itself, we don't believe it's
13   appropriate to have a limiting instruction.  We don't
14   believe it's appropriate for a limiting instruction for any
15   of the videos that are introduced during the trial.
16             THE COURT:  Well, let's put it this way.  I mean,
17   I think it's appropriate that because the video is
18   associated with Mr. Caldwell's statement, which itself is
19   only admitted against Mr. Caldwell, that the video should
20   have a similar limitation.
21             MR. NESTLER:  Very well.
22             THE COURT:  Okay?
23             All right.  Let's bring them in.
24             COURTROOM DEPUTY:  Jury panel.
25             (Jury entered the courtroom.)
```

```
 1              THE COURT:  All right.  Please be seated,
 2    everyone.
 3              Welcome back and good morning, everyone.
 4              Sorry for the delay.  We had some legal matters we
 5    needed to take care of this morning, but we are ready to get
 6    started.
 7              So, Mr. Nestler.
 8              MR. NESTLER:  Thank you, Your Honor.
 9              The United States calls FBI Special Agent
10    Kelsey Harris.
11              COURTROOM DEPUTY:  Raise your right hand.
12              (Witness is placed under oath.)
13              COURTROOM DEPUTY:  Thank you.
14              THE COURT:  Hi, Agent Harris.  Welcome back.
15              THE WITNESS:  Good morning, sir.
16                             - - -
17    SA KELSEY HARRIS, WITNESS FOR THE GOVERNMENT, HAVING BEEN
18    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
19    FOLLOWS:
20                   DIRECT EXAMINATION (CONTINUED)
21                             - - -
22                             - - -
23    BY MR. NESTLER:
24         Q    Good morning.  Could you please state and spell
25    your name for us again.
```

5931

```
 1          A     Kelsey Harris.  K-e-l-s-e-y, H-a-r-r-i-s.

 2          Q     And, Agent Harris, are you the same Agent Harris

 3    who testified previously in this case on October 12th and

 4    13th?

 5          A     I believe I am.

 6          Q     Were you originally the agent who was slated to

 7    handle this portion of the government's presentation?

 8          A     No, sir, I wasn't.

 9          Q     Which agent was that?

10          A     Former Special Agent Whitney Drew.

11          Q     Why is she not here with us today?

12          A     Scheduling conflicts with her day job.

13          Q     Okay.

14                And you've agreed to step in; is that correct?

15          A     Yes.

16          Q     Okay.

17                MR. NESTLER:  If we could put up on the board,

18    Ms. Rakoczy, we're going to put up Government's Exhibit 1530

19    just with various people's names and faces to help orient

20    everybody during your testimony today, Agent Harris.

21                Let's start with Government's Exhibit 7083,

22    already in evidence, if we could pull it up on the screen,

23    please.

24    BY MR. NESTLER:

25          Q     And have you seen this video before, Agent Harris?
```

1      A     Yes, sir, I have.

2            MR. NESTLER:  Okay.  If we could play this

3      forward, please, Ms. Rohde.

4            (Video played)

5            MR. NESTLER:  If we could pause it there at about

6      8 seconds.

7      BY MR. NESTLER:

8      Q     We've already talked about Officer Salke, the

9      officer on the right.

10           Do you see the person in the center of the circle

11     with the camouflage ball cap and the T-shirt?

12     A     Yes, sir.

13     Q     Do you know who that person is?

14     A     Yes.  That's Mr. Kenneth Harrelson.

15     Q     And remind us; how are you acquainted with

16     Defendant Harrelson?

17     A     I've investigated Mr. Harrelson as he is a

18     resident of Florida, and I've met him in person.

19     Q     Thank you.

20           MR. NESTLER:  Okay.  We can take that down,

21     please, Ms. Rohde.

22     BY MR. NESTLER:

23     Q     Now, immediately after leaving through those doors

24     of the United States Capitol, where was Defendant Harrelson?

25     A     Immediately outside of those doors is the landing

1    right in front of the steps.

2        Q    And have you seen a photograph of

3    Defendant Harrelson from around that time on the landing?

4        A    I have.

5             MR. NESTLER:  If we could pull on the screen,

6    please, for Agent Harris Government's Exhibit 5707.

7             And the government moves the admission of this

8    photograph pursuant to a business record certification.

9             MS. HALLER:  No objection.

10            THE COURT:  Government 5707 will be admitted.

11                                  (Government's Exhibit 5707
                                      received into evidence.)

12   BY MR. NESTLER:

13       Q    And so on that landing in front of the doors after

14   Defendant Harrelson left the building, you indicated you had

15   seen a photograph of him; is that right?

16       A    Yes, sir.

17       Q    Who is the person on the far left in the

18   foreground of this photograph?

19       A    Mr. Harrelson.

20       Q    And who is the person in the middle?

21       A    Mr. Kelly Meggs.

22       Q    And who is the person to the right?

23       A    That's Mr. Joseph Hackett.

24       Q    And are all three of those individuals on the

25   board over here, Government's Exhibit 1530?

5934

```
 1        A    Yes, sir, they are.

 2        Q    What does Mr. Meggs appear to be doing with

 3   Mr. Harrelson in this photograph?

 4        A    Speaking to him in a whispering manner in his ear.

 5        Q    We can take that down, please.

 6             Now, have you reviewed -- let's move to a

 7   different topic.

 8             Have you reviewed content from Defendant

 9   Caldwell's Facebook account from the date of January 6th of

10   2021?

11        A    Yes, sir, I have.

12        Q    And I'm going pull up on the screen for you,

13   Agent Harris, Government's Exhibit 20001.T.129.

14             And is this a series of messages a fair and

15   accurate depiction of the messages that were in

16   Defendant Caldwell's Facebook account as received from

17   Facebook?

18        A    Yes, sir.

19             MR. NESTLER:  Government moves the admission of

20   2001.T.129.

21             MR. FISCHER:  No objection.

22             THE COURT:  2001.T.129.1 will be admitted.

23                           (Government's Exhibit 2001.T.129
                                     received into evidence.)
24

25             MR. NESTLER:  Thank you, Your Honor.
```

5935

BY MR. NESTLER:

Q    So let's just orient the jury to what we're looking at here.

Is this a district message exchange?

A    Yes, it is a group direct message on Facebook.

Q    How does that work briefly?

A    Just like any other message, a direct message, which is private, only to the users that are in the group, and it's several different people in the group.

Q    And who were the members of the direct message group that Caldwell was speaking with in this chain?

A    Mr. Caldwell, Dennis Godbold, Joe Godbold, and Adrian Grimes.

Q    Now, are Dennis Godbold, Joe Godbold or Adrian Grimes any of the people that are up on the board here, 1530?

A    No, sir.

Q    Let's start here.  What's the time of the first message?

A    12:41 p.m.

Q    Okay.

And as we read through these, I'll read the people who are not Caldwell.  I'll ask you to read Caldwell's messages.

A    Yes, sir.

1     Q     So at 12:41 p.m., Dennis Godbold says, "Be safe."

2           If we could go to next, please, Ms. Rohde.

3           And then at 2:42 p.m. what does Caldwell say?

4     A     "I want a scuffle."

5     Q     If we can go forward, please.

6           At 12:43 p.m. Adrian Grimes says, "Please be

7     careful."

8           At 12:44 p.m., Dennis Godbold says, "Cattle prod

9     with 50 mill volts."

10          Same minute, Dennis Godbold says, "Stun gun."

11          And then 12:47 p.m., one minute later,

12    Adrian Grimes says, "No way -- no, with the way things are

13    going, 45 ACP with Willie Pete."

14          Do you know what Willie Pete means, Agent Harris?

15    A     Yes, sir.  I believe Willie Pete has been slang

16    military term for white phosphorous which is the chemical

17    used in smoke bombs, so essentially it's just a smoke gun.

18    Q     Do you know what 45 ACP is?

19    A     Yes, that's the caliber of a bullet.

20    Q     If we could go to the next message, please.

21          At 12:54 p.m., Dennis Godbold says, "LOL."

22          One minute later, Adrian Grimes says, "Stay

23    strapped or get clapped.  Fuck these demon rats."

24          At 12:56 p.m., one minute later, Dennis Godbold

25    has a thumbs ups emoji.

1               And then at 1:18 p.m. what does Caldwell say?

2       A     "No worries, my friend."

3       Q     Let's go to the next message, please.

4               At 1:21 p.m., what does Caldwell send?

5       A     It's a photo of himself and Mrs. Caldwell.

6       Q     If we can go to the next slide, please.

7               And then also at 1:21 p.m., what does he send?

8       A     This is just another photo of the crowd at the

9  Capitol.

10      Q     If we could then go forward.

11              At 1:34 p.m. Adrian Grimes writes, "Fuck Pence.

12 He needs to go.  He wrote a letter to Congress saying he

13 will not use his power to stop this bullshit.  Another one

14 who need lead."

15              Agent Harris, are you aware whether Vice President

16 Mike Pence released a letter on the afternoon of January

17 6th?

18      A     Yes, sir, I am.

19      Q     What generally did the letter say?

20      A     The letter laid out the legal basis for him not

21 going in to stop the certification of the votes.

22      Q     Thank you.

23              And the last word there is "lead."

24              Do you know what a bullet is made out of?

25      A     Usually lead.

1           MR. NESTLER:  If we can go to the next slide,

2    please, Ms. Rohde.

3    BY MR. NESTLER:

4        Q    At 1:38 p.m., Dennis Godbold says, "Traitor."

5           And then at 1:39 p.m., Joe Godbold says, "Yeah, he

6    is proving to be a POS just like McConnell.  Fuck, I think

7    its over soon."

8           A minute later, Adrian Grimes says, "This really

9    pisses me off.  Only one answer to this shit, start throwing

10   lead down range and stack 'em 6 by 3."

11          At 1:40 p.m., Dennis Godbold says, "I'll never

12   give in or give up until I'm out of breath or ammo."

13          And one minute later, Joe Godbold says, "I feel

14   its coming to that real soon.  So many corrupt people in

15   both parties."

16          Seconds later, Joe Godbold says, "So fucking

17   pissed over all this shit."

18          One minute later, Dennis Godbold says, "I don't

19   GAF who's in the White House.  My house is protected by God,

20   guns, guts."

21          At 1:42 p.m., Adrian Grimes says, "Dennis, I agree

22   100, and, Joe, I agree with you too.  America is fucked."

23          Seconds later, Adrian Grimes says, "Amen, Dennis.

24   God and guns and guts to fight.  Need stickers that say

25   this."

```
 1              And then Joe Godbold says, at 1:43 p.m., "America

 2    is fucked.  And we didn't even get lube.  Ugghhh, it will

 3    come time we will have to stand up and fight, but have to

 4    survive and live as normal as we can."

 5              Seconds later, Dennis Godbold says, "We must stick

 6    together or they win for certain.  Sounds like snipe hunting

 7    is making a comeback."

 8              And now the next message at 1:44 p.m., about a

 9    minute later, what does Caldwell say?

10        A    "You should be here."

11        Q    And if we could go forward.

12              What does grime -- I'm sorry, Adrian Grimes at

13    1:44 p.m. says, "I'm game.  When we start?"

14              Also at 1:44 p.m., what does Caldwell say?

15        A    "I am going hunting tonight with the boys from

16    Ohio."

17        Q    Can you remind us, Agent Harris, where are

18    Defendant Watkins and Donovan Crowl from?

19        A    They're from Ohio.

20              MR. NESTLER:  If we go to the next message,

21    please, Ms. Rohde.

22    BY MR. NESTLER:

23        Q    Also at 1:44 p.m., Dennis Godbold says, "Bag and

24    tag."

25              And then at 1:45 p.m., a minute later,
```

1    Adrian Grimes says, "Stack 'em.  Just seen pictures on

2    Facebook where patriots just took the steps at the Capitol."

3            And then at 1:48 p.m., Dennis Godbold says, "They

4    ain't patriots until they drag them bitches out into the

5    Mall and hang them."

6            At 1:48 p.m. also, Adrian Grimes writes,

7    "I agree."

8            And then Joe Godbold gives a thumbs-up emoji.

9            And Dennis Godbold also gives up a thumbs-up

10   emoji.

11           And Adrian Grimes also gives a thumbs-up emoji.

12           And then at 2:06 p.m., this is at slide 35, what

13   does Tom Caldwell say to the group?

14   A    "So they are tear gassing peaceful protesters."

15   Q    And then two minutes later, Adrian Grimes writes,

16   at 2:08 p.m., "Time to get started."

17           And then at 2:09 p.m., one minute later, Joe

18   Godbold writes, "Fuck, be safe, brother."

19           One minute later, 2:10 p.m., Adrian Grimes writes,

20   "Please be safe, kick ass and take names."

21           And then at 2:11 p.m., one minute later, what does

22   Caldwell write?

23   A    "We have planted a flag on Capitol steps.

24           "They're tear gassing a group of children.

25   No shit."

1      Q    And then at 2:12 p.m., one minute later,

2   Adrian Grimes writes, "I love it."

3           And then also at 2:12 p.m., Joe Godbold writes,

4   "Fuck, that's crazy.  But awesome about the flag."

5           And then at 2:48 p.m., about 35 minutes after that

6   prior message, what does Caldwell write?

7      A    "We are surging forward.  Doors breached."

8      Q    All right.  Let's take a pause in this Facebook

9   exchange for a second.  This is at 2:48 p.m.;

10  is that correct?

11     A    Yes, sir.

12     Q    Are you aware of a text message exchange that

13  Thomas Caldwell had with an individual later on in the day

14  on January 6th about what Caldwell had observed that day?

15     A    Yes, sir.

16          MR. NESTLER:  If we could pull up on the screen

17  just for Agent Harris, please, 22.T.27.2883.  It's already

18  in evidence.

19          If we could just play to the jury, please.

20  BY MR. NESTLER:

21     Q    This is already in evidence but hasn't been fully

22  read.  So why don't we read all four full slides here,

23  Agent Harris, starting with the first slide?

24     A    At 7:38 p.m., Mr. Caldwell writes, "Hell, yeah.

25  Sharon and I rolled with the Oath Keepers and some other

5942

1    militia.  Heard the President then marched to the Capitol

2    Hill.  Started addressing the like-minded folk around us.

3    Cops out of nowhere started throwing flash bang grenades and

4    then tear-gassed a kids' group.  No shit.

5         "Then we heard that Pence fucked us.  We had over

6    a million people here.  Then the lying media said Trump

7    supporters were breaking through barricades, so I said if

8    we're going to get blamed, might as well do it, so I grabbed

9    up my American flag and said, Let's take the damn Capitol.

10   So people started surging forward and climbing the

11   scaffolding outside.  So I said, let's storm the place and

12   hang the traitors.  Everybody thought that was a good idea

13   so we did.

14        "They threw some gas at it but we climbed the

15   steps after breaking two rows of barricades, then got on the

16   parapets, and the people in front of me broke through the

17   doors, and the doors and started duking it out with the pigs

18   who broke and ran.  Then we started stealing the cops riot

19   shields and throwing fire extinguishers through window.  It

20   was a great time.  I will send you some sequence pictures."

21        Q    Thank you, Agent Harris.

22             Do you see the word "pigs" here on the fourth

23   slide?

24        A    Yes, sir.

25        Q    Do you know what pigs is slang for?

5943

1          A      Police officers.

2          Q      And have you reviewed video fairly consistent with

3    Caldwell's description?

4          A      Yes, sir.

5                 MR. NESTLER:  If we could go to Exhibit 1500,

6    already in evidence, Ms. Rohde, please.

7                 And go to 5:45 on the counter.

8                 And, no, you can just go to 5:45.  Thank you.

9    BY MR. NESTLER:

10         Q      So this photograph, Exhibit 22.P.2 taken from

11   Caldwell's phone, did have been metadata attached to it?

12         A      Yes.

13         Q      Did that metadata show the approximate time that

14   the photograph was taken?

15         A      Yes, sir.

16         Q      What time was that?

17         A      2:19 p.m.

18         Q      Okay.

19                And do you know approximately -- well, what's the

20   building in the Background behind Mr. Caldwell's head here

21   at 2:19 p.m.?

22         A      That's the Capitol.

23         Q      And do you know generally what occurs between

24   about 2:19 p.m. and over the next approximate half hour with

25   regard to the inaugural stage?

1    A    Yes.  It was overrun with protesters coming to

2  this area and up onto the stage.

3    Q    And is there surveillance video that shows that?

4    A    It is.

5    MR. NESTLER:  If we could pull up Government's

6  Exhibit 6757, please, Ms. Rohde, just for the witness.

7  BY MR. NESTLER:

8    Q    Does this show the surveillance video we were just

9  talking about?

10    A    Yes, sir, it is.

11    Q    Later is this video, does it show an additional

12  YouTube video from the same time from the same area?

13    A    Yes.

14    MR. NESTLER:  The government moves the admission

15  of Government's Exhibit 6757.

16    MR. FISCHER:  Objection for the same reasons

17  before.

18    THE COURT:  Okay.  It's overruled for the reasons

19  stated previously.

20    So 6757 will be admitted.

21                    (Government's Exhibit 6757
                          received into evidence.)
22  BY MR. NESTLER:

23    Q    So before we play, can you just help orient us,

24  Agent Harris.  What does the map or diagram on the right

25  side show?

1      A    So this map shows that -- it's an aerial map of

2  the U.S. Capitol.  This is facing west.  So this is showing

3  camera footage facing out west away from the Capitol.

4      Q    And all these people wearing black and sort of

5  fluorescent here on the bottom, who do those people appear

6  to be?

7      A    Police officers.

8      Q    Okay.

9           And then this sort of white area, the foreground,

10  the bottom of the stage, do you know what that is?

11      A    Yes.  That's the -- that's the stage there --

12      Q    At the inaugural stage --

13      A    -- coming up to the steps of the Capitol.

14      Q    Got you.  Thank you.

15           Okay.

16           And, by the way, is this video in realtime?

17      A    No, sir.  This is sped up.

18           MR. NESTLER:  Okay.

19           And so why don't we play it forward, please,

20  Ms. Rohde from 2:19 p.m. when we last saw that photograph of

21  Mr. Caldwell.

22           (Video played)

23           MR. NESTLER:  We're going to stop it here at about

24  28 seconds on the counter.

25

BY MR. NESTLER:

    Q    So, first of all, over the past half hour or so from 2:19 p.m., what do we see people do with respect to that inaugural stage?

    A    That crowd surged forward and up into that stage.

    Q    Okay.

    And have you seen surveillance video of Defendant Caldwell?

    A    Yes, I have.

    Q    And do you know where he went during that approximate half hour?

    A    He was there as well in the crowd there on the stage.

    Q    And now, here at about 28 seconds on the counter, at 2:50:58 seconds, according to the surveillance video, we see another icon pop up on the right-hand side.

    Do you see that?

    A    Yes, sir.

    Q    What is that supposed to indicate?

    A    This is showing -- so the video on the top of the screen, this is showing the angle where that video was recorded.  So the first video we looked at is a CCTV camera from the Capitol pointing out toward the crowd, and this next angle is from the crowd facing toward the Capitol.

    Q    And this next video, which is on the top half

1    here, does that contain audio?

2        A    Yes, it does.

3        Q    Okay.

4            If we could now play it forward, please,

5    Ms. Rohde.

6            (Video played)

7            MR. NESTLER:  If we could pause it there at

8    34 seconds on the counter.

9    BY MR. NESTLER:

10       Q    Who is indicated on the top portion of the video?

11       A    That's Mr. Caldwell.

12       Q    And what does his right arm appear to be doing?

13       A    It's raised above his head.

14       Q    And what direction is he facing?

15       A    He's facing toward the Capitol.

16       Q    And then on the bottom of the screen, the

17   surveillance video has now zoomed in; is that right?

18       A    Yes, sir.

19       Q    And what is that box indicating?

20       A    It's zoomed in and it's on -- that box is around

21   Mr. Caldwell.

22       Q    Can you see the same view of Mr. Caldwell, just

23   from a different angle?

24       A    Yes, sir.

25       Q    But it's much grainier?

1          A     Right, it's much grainier.  But when you play it,

2     you can see the motion of his arm in the air.

3          Q     Understood.

4                MR. NESTLER:  If we could just go back a couple of

5     second, please, Ms. Rohde, to about 30 seconds and then play

6     it forward from there through the end.

7                And if we could pause it right there, please,

8     Ms. Rohde.

9     BY MR. NESTLER:

10         Q     Do you see on the far top right of the screen,

11    there's sort of an entrance over here, Agent Harris?

12         A     Yes, sir.

13         Q     Do you know what that is?

14         A     That's a tunnel leading into the Capitol.

15         Q     Okay.

16               Now, have you reviewed surveillance video from

17    inside of that tunnel?

18         A     Yes, sir.

19         Q     And is it fair to say that the surveillance video

20    from inside of that tunnel shows that there were police

21    officers standing guard for the entrance of the Capitol

22    there?

23         A     Yes.

24         Q     And that some of those officers were carrying riot

25    shields?

1          A     Yes.

2          Q     And that the rioters were attempting to go past

3     those officers into the Capitol building through that

4     tunnel?

5          A     That's correct.

6          Q     And did that surveillance video show that a riot

7     shield was taken from the police officers by the rioters?

8          A     Yes.

9               MR. NESTLER:  Now, if we can go, please, Ms. Rohde

10    to Government's Exhibit 1112.2.

11               Now, that same YouTube video we were looking at

12    earlier -- is this a still frame that same YouTube video we

13    were looking at earlier?

14         A     Yes, sir.

15               MR. NESTLER:  The government moves into evidence

16    Exhibit 1112.2.

17               MR. FISCHER:  Subject to the same objection.

18               THE COURT:  I'm sorry.  It's 11 --

19               MR. NESTLER:  1112.2.

20               THE COURT:  Okay.

21               So consistent with the earlier ruling, it's --

22    go ahead.

23               MS. HALLER:  Your Honor, may we?

24               I just request what we discussed earlier.

25               THE COURT:  Can we do that at the end?

```
 1              MS. HALLER:  The limiting?

 2              THE COURT:  I know, but can I just do that at the

 3    end after this exhibit is submitted.

 4              MS. HALLER:  Yes.  Thank you, Your Honor.

 5              THE COURT:  So I'm sorry.  1112.2 will be

 6    admitted.

 7                              (Government's Exhibit 1112.2
                                  received into evidence.)
 8

 9    BY MR. NESTLER:

10        Q    This is just a still frame from that same YouTube

11    video we were looking at earlier; is that correct,

12    Agent Harris?

13        A    Yes, sir, it is.

14        Q    And is it correct to say this is about

15    40-or-so seconds after the version we saw with Mr. Caldwell

16    putting his hand up in the air towards the Capitol?

17        A    Yes, approximately.

18        Q    What is this item seen here in the middle of the

19    frame above people's heads?

20        A    That's a Capitol Police riot shield.

21        Q    And can you see the discoloration on it?

22        A    Yes, sir.

23        Q    Did you see that same riot shield in the

24    surveillance video inside of the tunnel?

25        A    Yes.
```

```
 1        Q    And can you tell what that discoloration appears

 2   to indicate?

 3        A    Yes.

 4        Q    What's that?

 5             MR. FISCHER:  Objection.

 6             THE COURT:  It's sustained.

 7             MR. NESTLER:  Okay.

 8             Okay.  We'll now return to Government's Exhibit

 9   2001.T.129, Your Honor.  We'll go back to --

10             THE COURT:  If you would quickly get on the phone,

11   I want to make sure we're all on the same page about this.

12   Sorry.

13             (Bench conference)

14             THE COURT:  Am I correct, are we all on the same

15   page that this entire exhibit is coming in against

16   Mr. Caldwell?

17             MS. HALLER:  Yes.

18             THE COURT:  That seems to be consistent with the

19   way this is being brought in, but does the government have a

20   different view?

21             MR. NESTLER:  We believe that any video should

22   come in against all of the defendants as they are part of

23   the conspiracy and it's not a statement.  And we understand

24   the limiting instruction's for statements but not video, but

25   Your Honor ruled otherwise.  And so if that's the case, then
```

1    this would come in only against Mr. Caldwell.

2            THE COURT:  All right.  So I'll wait until the

3    entire -- is the remainder of this exhibit just the direct

4    messages between Mr. Caldwell and those other people on

5    their Facebook chat?

6            MR. NESTLER:  Yes.

7            THE COURT:  So once we're done with that exhibit,

8    I'll give the limiting instruction to the jury that they

9    should only consider this exhibit and the associated videos

10    as to Mr. Caldwell.

11            MS. HALLER:  Thank you, Your Honor.

12            MR. NESTLER:  Well, it's a little bit more

13    complicated than that.

14            So his text message with Jonathan later in the

15    evening, we understand comes in only against Mr. Caldwell

16    and that this video is consistent with that.

17            The text message -- sorry.

18            The Facebook direct-message exchange, we believe,

19    is actually a statement in furtherance of the conspiracy.

20    It's a present sense of while he's at the Capitol telling

21    other people what he's doing and what he's observing.  And

22    so it would be in furtherance of the conspiracy.  So we

23    don't believe the entire Facebook message exchange needs a

24    liming instruction.

25            THE COURT:  Yeah, so I don't think it is in

1    furtherance of the conspiracy.  I mean, just describing

2    what's happening during the conspiracy to third parties

3    doesn't further the conspiracy.  He's just describing what's

4    happening.

5           I mean, I understood the line to be in the Circuit

6    cases that we looked at previously that communications with

7    third parties can be in furtherance but only if they are

8    actually promoting the conspiracy and recruiting people, for

9    example, and he's just kind of doing a play-by-play at most.

10          MR. NESTLER:  We disagree that what he's doing is

11   a play-by-play.  We believe that he is both taking

12   directions from other people and explaining to them why he

13   is doing what he's doing and what he and his group are doing

14   at this time.

15          THE COURT:  Yeah, I'm not -- I have to go back and

16   look maybe, but I don't think that gets you an "in

17   furtherance of a conspiracy."  It's a statement by

18   Mr. Caldwell, who's a conspirator, but I'm not sure these

19   are statements in furtherance of the conspiracy.  They

20   certainly bear on his state of mind and why he's doing what

21   he's doing, but I don't know that this is in furtherance of

22   the conspiracy.

23          MR. NESTLER:  We believe him telling other people

24   what he and other conspirators are doing at the time they're

25   doing it is in furtherance of the conspiracy.

1          THE COURT:  But how?  In other words, if he's just
2    saying, hey, look, I'm robbing a bank right now to a third
3    party while it's going on, how is that in furtherance of the
4    conspiracy?
5          MR. NESTLER:  Well, these other individuals are
6    watching from afar and also giving him instructions so he's
7    telling them what they're doing and then they keep telling
8    him that Pence is backing out, now they're being evacuated,
9    now they're in the tunnels, go get them in the tunnels.  So
10   what Caldwell is doing is furthering the conspiracy by using
11   these other individuals to help him in his own aims at the
12   time this is all happening on the afternoon of January 6th.
13         THE COURT:  All right.  Well, why don't I look at
14   the whole thing and then I'll make a decision.
15         I'm not seeing that here, but let's go ahead and
16   finish the exhibit and then I'm make a decision on that,
17   okay.
18         MR. NESTLER:  Yes, Your Honor.
19         MS. HALLER:  Thank you.
20         (Open court)
21         MR. NESTLER:  Okay.  Let's return to Government's
22   Exhibit 2001.T.129.041, please, Ms. Rohde.
23   BY MR. NESTLER:
24      Q    We ended here before we looked at the video and
25   the other text message, at 2:48 p.m., at slide 43.  If we

1    can go forward, please.

2            So one minute later, after Caldwell says that

3    "We're surging forward," Adrian Grimes writes, "Awesome," at

4    2:49 p.m.

5            And also at 2:49 p.m., Joe Godbold writes, "I've

6    been watching tons of patriots inside chanting 'freedom.'

7    Just saw a convoy of armored vehicles leave Dulles Airport."

8            Two minutes later, Dennis Godbold writes, "All

9    members are in the tunnels under the Capitol.  Seal them in.

10   Turn on gas."

11           Agent Harris, are you familiar with the general

12   architecture of the Capitol?

13   A    Yes, sir.

14   Q    Are there tunnels underneath the Capitol?

15   A    There are tunnels.

16   Q    What are those tunnels generally used for?

17   A    I believe the Congressmen usually use those

18   tunnels just to go back and forth between their offices and

19   the Capitol building.

20   Q    Thank you.

21           If we can go forward, please.

22           One minute later, Dennis Godbold writes,

23   "6:00 p.m. curfew set by Bowser."

24           At 2:52 p.m., Adrian Grimes writes, "Fuck the

25   curfew, Dennis.  Let's go.  I'll come get you and Joe."

1          Same minute, Joe Godbold writes, "LOL, good luck."

2          And one minute later, Adrian Grimes writes, "Oh,

3      we get in, not worried 'bout that."

4          One minute later, Dennis Godbold writes, "I'm

5      looking out for what's mine right here in Berryville.  Jail

6      ain't my thing, but I will absolutely protect my family,

7      friends, and belongings."

8          And at 3:05 p.m., then what does Tom Caldwell say

9      to the group?

10     A      "Inside."

11     Q      And if we could continue, please.

12         At 3:06 p.m., one minute later, Adrian Grimes

13     writes, "Tom, take that bitch over."

14         One minute later, Joe Godbold writes, "Hell, yes,

15     brother.  Patriots making a rise.  Need to take but what's

16     ours.  Stay safe blow.  And enjoy the ride.  I feel its

17     going to be crazier.

18         At 3:07 p.m., Dennis Godbold writes, "Tom, all

19     legislators are down in the tunnels 3 floors down."

20         And at 3:08 p.m., Adrian Grimes then writes,

21     "Do like we had to do when I was in the corps, start tearing

22     out floors, go from top to bottom."

23         At 3:09 p.m., Dennis Godbold writes, "Go through

24     back House Chamber doors facing N, left down hallway, down

25     steps."

```
 1              3:07 p.m., Adrian Grimes gives a thumbs-up emoji.
 2              And then at 3:12 p.m., Dennis Godbold writes,
 3    "Someone just got shot inside Capitol."
 4              At 3:16 p.m., what did Tom Caldwell write to this
 5    group of three other men?
 6    A    I don't know what he wrote.
 7    Q    Why not?
 8    A    He unsent the message.
 9    Q    If we could go to the next slide, please.
10              At 3:18 p.m., Dennis Godbold wrote to the group,
11    "On chambers floors now."
12              Also at 3:18 p.m., Godbold -- Dennis Godbold
13    wrote, "News saying Trump told them to take the capital and
14    will be charged."
15              And then at 3:19 p.m., one minute later, what did
16    Thomas Caldwell write to this group?
17    A    I don't know what he wrote.
18    Q    Why not?
19    A    Again, on 1/15/2021 he unsent the message.
20    Q    If we can go to the next message.
21              At 3:20 p.m., one minute later, what did he write?
22    A    I don't know.
23    Q    And if we can go forward, a few seconds after
24    that, another message, what did he write?
25    A    I don't know.
```

1    Q    If we can go forward, now a few seconds after

2  that, at 3:20 and 50 seconds, Joe Godbold writes, "What you

3  watching, pops, Newsmax?"

4          And then a couple seconds later what did

5  Thomas Caldwell write to the group?

6    A    We don't know what he wrote.

7    Q    If we can go forward, a minute after that, at

8  3:21, what did Caldwell write?

9    A    Again, we don't know.  The message was unsent.

10    Q    If we can go forward, please.

11          And then at 3:21 p.m. also, Dennis Godbold writes

12  to the group, "Yep."

13          Do you see that.

14    A    Yes.

15    Q    And if we can go forward.

16          And Joe Godbold writes, also at 3:20 p.m.,

17  "Love it, Tom.  Keep 'em coming."

18          Do you know what messages they were responding to

19  from Tom Caldwell?

20    A    I do not know.

21    Q    We can go forward, please.

22          At 3:22 p.m., what did Caldwell write to the

23  group?

24    A    I don't know.  Again, it was unsent on 1/15.

25    Q    We can go forward, please.

1              At 3:23 p.m., Adrian Grimes write, "Love it, bro.

2   Keep them coming."

3              And then also at 3:23 p.m., Caldwell sends a

4   message.  What did he write in that message?

5        A    I don't know what he wrote.

6        Q    We can go forward.

7              Two minutes later, 3:25 p.m., Caldwell sends

8   another message.  What did he write there?

9        A    I don't know.

10       Q    We can go forward.

11             Also at 3:25 p.m., Adrian Grimes writes, "Start

12   it."

13             And we can go forward.

14             And then also at 3:25 p.m., Dennis Godbold writes,

15   "It will."

16             And then what did Caldwell write one minute later

17   at 3:26 p.m.?

18       A    Again, the message was unsent so we don't know

19   what he said.

20       Q    How about the final slide, also at 3:26 p.m., what

21   did Caldwell write?

22       A    That message was unsent as well so we don't know.

23       Q    Thank you.

24             MR. NESTLER:  Now, we can pull this message down,

25   please, Ms. Rohde.

5960

1          And we can go on to another exhibit which is going

2     to be pulled up for Agent Harris, 6732.

3          THE COURT:  All right.  Ladies and gentlemen, I

4     hate to do this, but I need to have a conversation with the

5     lawyers for a few minutes outside the presence of you all

6     just to discuss a matter.  I don't think it's going to take

7     more than five or so minutes, maybe at most ten.  So

8     I'm going to ask Mr. Douyon to excuse you for a few minutes

9     and then we'll call you back once the discussion is over,

10    okay?  Thank you very much.

11         COURTROOM DEPUTY:  All rise.

12         (Jury exited the courtroom.)

13         THE COURT:  All right.  Have a seat, everyone.

14    Hang on for a second.

15         Agent Harris, if you'd like, you can step down for

16    a few minutes.

17         All right.  So I just want to see this exhibit, at

18    a minimum, falling into two buckets.  One, there's all the

19    communication between Mr. Caldwell and the others on the

20    chain in the group, and then there's the message deletions.

21    So at least with respect to the message deletions, I'd like

22    your reaction to all of this, which is that, I think that

23    comes in against everybody, and because those aren't words,

24    those are actions, those are deletions by Mr. Caldwell.

25         Arguably those deletions are in furtherance of the

 1   conspiracy, that is, sort of concealing the acts of the

 2   conspiracy since presumably that was an objective of the

 3   conspiracy which was to conceal their acts.  So that's one

 4   thought.

 5           And then the other thought, in terms of whether

 6   the other statements, that is the back and forth between

 7   Mr. Caldwell and the others on that group, whether that

 8   comes in against others.

 9           Given what I now know about Mr. Caldwell's actions

10   that day, it doesn't strike me that, unlike Ms. Watkins'

11   Zello chat, that this is really something that's being used

12   by Mr. Caldwell as guidance or the argument of the sort of

13   the eye-in-the-sky quality.  I don't think there's anything

14   to support that theory.  I mean, he shows up on the stage,

15   he's there, he says some things, he screams as part of the

16   crowd and then he leaves.

17           And while some of the stuff is fairly eye popping,

18   some of it's consistent with his behavior, actual behavior

19   and his actual conduct that might otherwise be attributable

20   to others.  So that's my current thinking about how to parse

21   this exhibit, but I want to hear from you all before I

22   instruct the jury to that effect.

23           MR. GEYER:  Your Honor, deleting things in today's

24   day and age is an activity we all engage in on an

25   hour-to-hour basis.  And particularly in a case where

1    Mr. Harrelson didn't have a Facebook account, he never met

2    Mr. Caldwell until --

3            THE COURT:  Mr. Geyer, none of that goes to

4    admissibility.  I mean --

5            MR. GEYER:  I understand but --

6            THE COURT:  You can make the argument that people

7    delete things all the time, you can ask the agent about

8    that, you can ask him whether Mr. Harrelson's on the

9    Facebook that.

10           The question is, is Mr. Caldwell's act of deleting

11    things relating to the conduct that he's accused of

12    participating in, is that admissible against the others in

13    the same way that when others start deleting things is also

14    part of the conspiracy to cover up the conduct, and the fact

15    that a particular conspirator doesn't know what's happening

16    doesn't make it inadmissible against the others, not in a

17    conspiracy.

18           MR. GEYER:  Particular in relation to Facebook,

19    those posts are being made publicly.  They're public

20    information.

21           THE COURT:  Not these.  These are just among four,

22    five people.

23           Mr. Crisp.

24           MR. CRISP:  So my argument against the

25    admissibility would be on a 403 basis because we don't know

```
 1   what's there.
 2              It's prejudicial because we're asking everyone to
 3   speculate that it was particularly prejudicial as to -- that
 4   it was, as part of the conspiracy itself.  We don't know if
 5   it was deleted for any other reason.
 6              Moreover, there are certain defendants for whom
 7   the obstruction charge in this capacity does not apply in
 8   terms of, certainly as to my client.  So in that capacity,
 9   I think it's highly prejudicial.
10              THE COURT:  Well, let me ask you this.
11              MR. CRISP:  Sure.
12              THE COURT:  Would you agree with me that -- let's
13   take it out of the context of this case.  If co-conspirators
14   do things to essentially cover their tracks, the act of
15   covering their tracks is admissible against other
16   co-conspirators in addition to the co-conspirator that does
17   the covering of the tracks.
18              Would you agree with that proposition?
19              MR. CRISP:  State that again, please.
20              THE COURT:  So if, as part of a conspiracy, a
21   co-conspirator does things to cover his tracks and
22   participation in the conspiracy.
23              MR. CRISP:  Buries a knife they allegedly stabbed
24   somebody with as part of a robbery, so for example, okay?
25              THE COURT:  Correct.
```

1              That that burying of the knife would be admissible

2    against the other co-conspirators in the robbery.

3              MR. CRISP:  If we can establish that the knife was

4    used as part of the conspiracy underlying it, yes, I think.

5    But if we're speculating as to whether or not -- but here,

6    you know, in that scenario, we know there was a knife that

7    was buried and we recovered that or that this knife was

8    buried, what we don't know -- and so I think it's almost a

9    "cart before the horse" analysis that I think Your Honor is

10   engaging in in the sense that if Your Honor is willing to

11   say -- and I think correctly so -- that the conversations

12   are more of a color analysis, play by play as to this is

13   what's going on from time to time, how is -- why wouldn't it

14   stand to reason that that's the same exact thing that

15   Mr. Caldwell was stating that had nothing to do with the

16   conspiracy except now they're doing this, now they're doing

17   that?

18              So to infer a negative --

19              THE COURT:  Well, I think the difference -- I'm

20   sorry to interrupt.

21              MR. CRISP:  Go ahead.

22              THE COURT:  I think the difference is the reason

23   I'm parsing the statements is because those are being

24   admitted in furtherance of the conspiracy.  Those are being

25   admitted as co-conspirator statements for which there's an

```
 1    element that has to be in furtherance of the conspiracy.
 2              These are not statements.  These are acts of
 3    deletion.  And unless there is -- let me put it this way --
 4              MR. CRISP:  No.  I hear what you're saying.
 5              THE COURT:  That's a distinction, it seems to me.
 6              MR. CRISP:  I still think you're asking the Court
 7    to make an inference that isn't necessarily dispositive
 8    of -- I agree it's an act as opposed to -- I'm not saying
 9    this is what was said; this is what he did.
10              I still think it's a negative inference that we
11    don't know the basis therefor that you're asking to impute
12    to the rest of the parties, and it could have been
13    completely innocuous.
14              THE COURT:  So let me ask this.
15              MR. CRISP:  That's what the 403 --
16              THE COURT:  This is not the only evidence that I
17    understand the government is going to bring forward of
18    deletion --
19              MR. CRISP:  Sure.
20              THE COURT:  -- of text messages or videos, getting
21    rid of phones, and I believe getting rid of guns and dress.
22              I'm not sure how to distinguish any of that from
23    the deletion of what Mr. Caldwell is doing in this exhibit.
24              MR. CRISP:  Because I think it goes solely to what
25    he believed in that moment or his state of mind in that
```

1    moment, and I don't think you can necessarily --

2            THE COURT:  But isn't that true of somebody who

3    sends the guns into the water or somebody who -- I mean,

4    it's the same thing as burying the knife.

5            MR. CRISP:  But there we know it's a gun.  There

6    we know it's the gun that was used in the robbery, or the

7    knife that was used in the murder.

8            THE COURT:  Right.

9            MR. CRISP:  Here we don't know that.

10           THE COURT:  No, but we do know is that these are

11   text messages -- these are messages being exchanged in the

12   context of what's happening on January 6th.  They're not

13   messages that we can -- that the argument can't be made that

14   these are messages that are likely having to do with a

15   grocery list --

16           MR. CRISP:  Sure.

17           THE COURT:  -- right?

18           These are messages that are in the context of

19   ongoing communications about the events of January 6th.

20           MR. CRISP:  And I understand.  I think the

21   distinction I would make is that it's the prejudicial value

22   relative to what we're asking the jury to potentially infer

23   is not clear; and, therefore, I think the probative value is

24   lower.  And for that reason, I think it's not.

25           That would be my objection, Judge.  I understand

```
 1    your position, and it's well taken.

 2              THE COURT:  Okay.

 3              MR. LINDER:  Your Honor, on behalf of Mr. Rhodes,

 4    I think the evidence has been clear throughout this trial

 5    that Mr. Caldwell may have been engaged in conspiracies

 6    separate and apart from the one he's been charged here with

 7    Mr. Rhodes.

 8              And a lot of Mr. Caldwell's communications with

 9    either North Carolina or Ohio, say, I'm not with this group

10    anymore.  I'm with y'all -- there's evidence he could be in

11    a separate conspiracy.

12              And some of these things that he's doing with

13    deletions don't involve this conspiracy or Mr. Rhodes at

14    all.

15              So I hate to split hairs, but it's true.  The

16    evidence has been pretty clear.  He kind of tried to do his

17    own thing, separate and apart from the allegations here.

18              THE COURT:  Look, I think ultimately if you're

19    going to ask me for a "multiple conspiracies defense"

20    instruction, that's fine.  We can take that up.

21              MR. LINDER:  The evidence has come out to give

22    credence to that.  They're not done with their case yet.

23              THE COURT:  Sure.

24              MR. LINDER:  But there's been plenty of evidence

25    that shows that.
```

5968

1            THE COURT:  Okay.  That's not -- okay.

2            But -- I'm not sure that answers the evidentiary

3    question.

4            MR. LINDER:  Well, if we got a multiple.

5            THE COURT:  Let's put it this way.

6            Unless you can -- unless the evidence were such

7    that it was -- the government could not show by a

8    preponderance of the evidence that this was in furtherance

9    of the charged conspiracy, I'm not saying that that's

10   something you can conclude beyond a reasonable doubt, but

11   they've only got to establish it by a preponderance of

12   evidence to make it relevant and admissible.

13           It's not clear to me that they don't at least meet

14   that threshold.

15           MR. LINDER:  Yeah.

16           We've got someone researching the "multiple

17   conspiracy" thing now just because of the way the evidence

18   has come forward in the last couple weeks.  So I don't have

19   an answer on that, but it may be something we ask for down

20   the road.  I'm just letting you know.

21           Thank you.

22           THE COURT:  Yes.  I mean, look --

23           MR. BRIGHT:  Your Honor, may I dovetail on one

24   small thing that Mr. Crisp was saying?

25           Is there not somewhat of an inherent Occam's razor

1  argument here regarding the deletion of these messages?

2  I mean, that which is more likely is most likely right,

3  right?

4          So the imputing of the deletion of the messages on

5  the other co-defendants in a separate chat that he's having

6  on Facebook with others that don't involve the other

7  defendants, I think the evidence shows so far that

8  Mr. Caldwell did very little to hide his thoughts and what

9  he was saying to people.

10          And so now all of a sudden these outliers, these

11  messages that could have been completely innocuous -- it

12  could have been a mistyped message.  It could have been

13  anything.

14          THE COURT:  Sure.  It could have been.

15          MR. BRIGHT:  I think there is the greater argument

16  for the limitation of that.

17          THE COURT:  Here's the problem.  It could have

18  been.  It could have been.  It could have been.  It could

19  have been.

20          It is equally, it seems to me inferrable, that he

21  was doing it purposely, right?  I mean, he didn't delete all

22  of them; he deleted some of them.

23          And it's not an unreasonable inference -- I'm not

24  saying it's the only inference -- that he was selective for

25  a reason.  And he was selective for a reason not only to

5970

```
 1    cover his own tracks but those of people he's alleged to

 2    have conspired with.

 3            Now, you know, you all can make the argument that

 4    he was deleting this in connection with a different

 5    conspiracy that he was participating in, and maybe you'll

 6    make that argument in closing.

 7            But it doesn't seem to me that that forecloses the

 8    government to argue that, like others whose evidence -- who

 9    I understand there will be evidence of deletions and other

10    efforts to "consciousness of guilt" evidence, that that's

11    not applicable to everyone.

12            MR. GEYER:  Your Honor, around this time, Facebook

13    was engaged in banning, outright bans, in summary fashion,

14    and there were many users who were going and just basically

15    tidying up their accounts.

16            At the time these deletions are being made, I

17    would submit that it is very unlikely it was in their

18    wildest imagination that the January 6th investigation would

19    mushroom into this.

20            So there are other purposes for why people would

21    tidy up their Facebook account.  And when we submit it for

22    that purpose, when there's no evidence that people were

23    aware there was an investigation, whether they were even

24    engaged in illegal conduct, there's a presumption that's

25    communicated to the jury that's very damaging under 403(b)
```

```
 1    analysis.
 2            THE COURT:  Yes, but...
 3            It's what comes after the "but" that's
 4    problematic, right?
 5            Sure, you can make that argument, but it's not
 6    something that ultimately --
 7            MR. GEYER:  You really can't make the argument,
 8    though, right?  It's happened, and the world has shifted and
 9    we're kind of stuck, yeah.
10            THE COURT:  I mean, there's a lot here that I
11    suspect people wish they hadn't said or did.
12            MR. GEYER:  Thank you, Your Honor.
13            THE COURT:  All right.  So I think that is what
14    I'm inclined to tell the jury with respect to this exhibit,
15    is that the conversations between Mr. Caldwell and the
16    others are admissible only as to him, and that includes the
17    video that was shown; however, the deletions or the unsent
18    emails, the act of the unsent emails is not so limited.
19            I'll just leave it at that, okay?
20            All right.
21            (Pause)
22            MR. NESTLER:  Your Honor, while we're waiting,
23    just a housekeeping matter.
24            Would Your Honor like us to file the joint
25    proposed jury instructions so that there's a public
```

1    docketing of them?

2            THE COURT:  Yes.  Thanks for the reminder.  I was

3    going to -- the exhibits that were attached to the Joint

4    Pretrial Statement were not filed publicly.

5            Now, I understand some of them should not be filed

6    publicly, particularly the witness list, but let's take

7    that up.

8            MR. NESTLER:  Sure.  Sorry.

9            THE COURT:  No, no.  That's okay.

10           MR. NESTLER:  Thank you.

11           COURTROOM DEPUTY:  Jury panel.

12           (Jury entered the courtroom.)

13           THE COURT:  All right.  Have a seat, everyone.

14           Thank you very much for your patience.  That's not

15   something like to do; but every once in a while, the nature

16   of the legal issue is such that it is easier for us to have

17   a discussion in open court outside of your presence.  So we

18   appreciate your patience.

19           So I want to provide you with the following

20   limiting instruction with respect to the exhibit that you've

21   just seen; that is, 2001.T.129.1.

22           The communications exchanged between Mr. Caldwell

23   and the other participants of that Facebook chat, those

24   communications as well as the videos that you saw are

25   admissible only against Mr. Caldwell; however, the unsent

5973

1    messages are not so limited.

2          So, in other words, the communications admissible

3    against Mr. Caldwell are the unsent messages, and the

4    alleged act of unsending the messages are not limited in the

5    way that I've just said, okay?

6          MR. NESTLER:  Thank you, Your Honor.

7    BY MR. NESTLER:

8    Q     Welcome back, Agent Harris.

9          MR. NESTLER:  Let's go to

10   Government's Exhibit 6732, please, Ms. Rohde.

11   BY MR. NESTLER:

12   Q     And, Agent Harris, are you aware of communications

13   amongst various people who are on this board here,

14   Government's Exhibit 1530, on the afternoon of January 6th

15   of 2021?

16   A     Yes, sir.

17   Q     Okay.

18         And Government's Exhibit 6732, in front of you

19   now, does this contain several of those messages?

20   A     Yes.

21   Q     And have you compared the messages here in this

22   exhibit versus the extractions from cell phones and Facebook

23   accounts and T-Mobile returns and Parler accounts?

24   A     Yes, sir.

25   Q     And do these appear to be fair and accurate?

1      A     They do.

2            MR. NESTLER:  Government moves the admission of

3     6732.

4            MR. BRIGHT:  No objection, Your Honor.

5            THE COURT:  6732 will then be admitted.

6                              (Government's Exhibit 6732
                                 received into evidence.)
7

8     BY MR. NESTLER:

9      Q     Okay.  Let's started here at 3:25 p.m. with the

10    "D.C. Op Jan. 6, '21" chat.

11           And who is posting to this chat in this message?

12     A     Mr. Stewart Rhodes.

13     Q     Okay.

14           And what does he write in this message?

15     A     "I'm standing on northeast corner of U.S. Capitol

16    looking at Supreme Court."

17     Q     Are you reviewed surveillance video from around

18    this time from the U.S. Capitol?

19     A     I have seen video.

20     Q     What was Stewart Rhodes' approximate location in

21    this approximate time?

22     A     On the northeast corner of the Capitol.

23     Q     What would he be looking at when he was there?

24     A     The Capitol -- the Supreme Court is across from

25    the Capitol in the direction he was facing.

5975

1     Q   Does he appear to be correct about his location?

2     A   He does.

3     Q   If we could go to the next message, please.

4     About two minutes later, what does Rhodes say to

5 that same group?

6     A   "Whip, Todd, Landon, Joe are now with me."

7     Q   And do you know who Whip is?

8     A   That's Mr. Michael Greene.

9     Q   He's up there on the board on the top left; is

10 that right?

11     A   Yes, he is.

12     Q   We can go to the next message, please.

13     About a minute later at 3:28 p.m., what does

14 Rhodes say to this group?

15     A   "Kelly, come to northeast corner of building.

16 On steps."

17     Q   And what does Defendant Meggs' first name?

18     A   Kelly.

19     Q   If we can go to the next message.

20     That same minute, just a few seconds later, what

21 does Rhodes say to the same group?

22     A   "Right across from Supreme Court."

23     MR. NESTLER:  Now, let's go to next message,

24 please, Ms. Rohde.

25

BY MR. NESTLER:

Q    So now at 3:30 p.m., a couple of minutes later, we're at a different extraction; is that right?

A    Yes, sir.

Q    And down here at the bottom, what does this indicate, it's the 200 series?

A    That's a text message.

Q    Okay.

And this is from Paul Stamey to Donovan Crowl; is that right?

A    Yes, sir, that's correct.

Q    And at 3:30 p.m., what does Stamey write to Crowl?

A    "Hey, brother, Cag moving towards vehicles to exfil.  Tried calling Jess.  Acknowledge."

Q    And whose nickname is Cag?

A    Mr. Caldwell.

Q    And Defendant Watkins, what's her first name?

A    Jessica.

Q    Do you know what -- well, let's go back for a second.

Are you aware of a record of a communication between Paul Stamey and Thomas Caldwell, Cag, around this time?

A    Yes, sir, I am.

Q    And if we could go to Government's Exhibit 6740,

5977

```
 1   already in evidence.
 2            And if we could please highlight the line at 3:19
 3   p.m., Ms. Rohde.
 4            What does this record indicate?
 5       A   It is a phone call from Mr. Stamey to Mr. Caldwell
 6   at 3:19 p.m. on the 6th, and it lasted for approximately
 7   4 minutes, 52 second.
 8       Q   And had you seen the actual extraction from
 9   Caldwell's phone records showing that this message?
10       A   I have seen the original, yes.
11       Q   If we could pull up Government's Exhibit 2411.1,
12   already in evidence.
13            And if we could just highlight there the bottom
14   row, I guess.
15            And this is the record itself, right, row 1179,
16   January 6th, 2021, at 20:19 in UTC; is that correct?
17       A   That's correct.
18       Q   And then the time of the call or the duration of
19   the call here is what?
20       A   4 minutes, 52 seconds.
21       Q   And then in red here, is that just converting the
22   time to Eastern Time?
23       A   Yes, sir.
24       Q   Okay.
25            MR. NESTLER:  So let's go back to 6732, please,
```

1    Ms. Rohde.

2         And go back one, please.

3    BY MR. NESTLER:

4    Q    And we see the phrase "exfil."  Do you know what

5    exfil means?

6    A    Exfil is short for exfiltrate or evacuate.

7    Q    Okay.

8         Now, let's go to the next message, please.

9         Also at 3:30 p.m., that same minute as the prior

10   message, what does Rhodes say to the "D.C. Op Jan. 6, '21"

11   chat?

12   A    "Anyone in D.C. who is not tasked with a security

13   detail, come to U.S. Capitol on the Supreme Court side."

14   Q    And the next message, seconds late, what does he

15   write?

16   A    "Come to Capitol."

17   Q    And then seconds after that, what does Rhodes

18   write?

19   A    "Northeast corner of Capitol building."

20   Q    Now, you indicated that you had seen other photos

21   and videos from -- of Stewart Rhodes around this time; is

22   that right?

23   A    Yes, sir.

24   Q    And approximately where is he?

25   A    On the northeast corner of the building, of the

5979

```
 1    Capitol building.

 2              MR. NESTLER:  If we could pull up Government's

 3    Exhibit 1101.2, please, Ms. Rohde.

 4              It's already in evidence.

 5    BY MR. NESTLER:

 6         Q    And who are we looking at here in this photograph?

 7         A    In the center is Mr. Stewart Rhodes.

 8         Q    And who's the woman just behind him?

 9         A    That's Ms. Kellye SoRelle.

10         Q    And what does Rhodes have in his hands?

11         A    His cell phone.

12              MR. NESTLER:  And if we could go to 1103.1,

13    please, Ms. Rohde; already in evidence.

14    BY MR. NESTLER:

15         Q    Can you tell approximately where this is on the

16    Capitol Grounds, Agent Harris?

17         A    On the northeast side.

18         Q    And do you see an individual consistent with

19    Stewart Rhodes in this photograph?

20         A    Yes, he's the individual with his back to the

21    camera with a cowboy hat.

22         Q    Could you please circle him for us?

23         A    (Witness complied.)

24         Q    And do you see Defendant Kenneth Harrelson in this

25    photograph?
```

5980

```
1        A      Yes, I do.

2        Q      Can you please circle him for us?

3        A      (Witness complied.)

4        Q      And who is Defendant Kenneth Harrelson facing?

5        A      Mr. Meggs.  He's in between Mr. Harrelson and the

6   other individual with their back to the camera.

7        Q      Okay.

8               And just for the record, you indicated Harrelson

9   is about the fifth person from the left-hand side of the

10  screen facing the camera.

11              And if we could then go to 1103.2, already in

12  evidence.

13              Is this another photograph from the same area?

14       A      Yes, it is.

15       Q      And do you again see Defendant Harrelson?

16       A      Yes, I do.

17       Q      Can you please circle him for us.

18       A      (Witness complied.)

19       Q      And what's he doing with his right arm?

20       A      His fist is raised above his head.

21       Q      And for the record, he's the third person from the

22  left that you circled.

23              MR. NESTLER:  Okay.  Let's go to Government's

24  Exhibit 5306.1, just for Agent Harris.

25              And the government moves the admission of this
```

1    photograph.

2              THE COURT:  All right.  Any objection?

3              MS. HALLER:  No objection.

4              MR. BRIGHT:  No objection.

5              THE COURT:  All right.  Sorry, Mr. Nestler, 56 --

6              MR. NESTLER:  5306.1.

7              THE COURT:  All right.  5306.1 will be admitted.

8                            (Government's Exhibit 5306.1
                                received into evidence.)
9

10   BY MR. NESTLER:

11        Q    And have you seen this photograph in a higher

12   resolution version?

13        A    Yes, I have.

14        Q    Okay.

15             And approximately where was this photograph taken?

16        A    This was near the northeast side of the Capitol.

17        Q    And there are different colored circles here;

18   is that correct?

19        A    Yes.

20        Q    Let's start with the yellow circles and

21   corresponding to the board over here, 1530, what does yellow

22   indicate?

23        A    That's Stack 1.

24        Q    And are there certain individuals indicated in

25   this photograph who are members of Stack 1?

1       A      Yes.

2       Q      Can you tell us who they are from left to right on

3  this photo?

4       A      Mr. Kelly Meggs.  Let's see, Mr. Harrelson.

5  I would note Mrs. Connie Meggs, she's not part of Stack 1 so

6  she's not on the board there, as well as Ms. Steele.

7       Q      Okay.

8              And do you also see Dolan, Berry, and Isaacs and

9  Young?

10      A      Yes, on the right side of the photograph.

11      Q      Got it.

12             Now, part of -- sorry, you said -- you indicated

13  Connie Meggs; is that right?

14      A      That's correct.

15      Q      And then over here on the board you see Connie

16  Meggs indicated here on the second bottom column?

17      A      Yes, sir.

18      Q      And who is Connie Meggs in relation to

19  Mr. Kelly Meggs?

20      A      That's wife of Mr. Kelly Meggs.

21      Q      And then if we go to the purple circles, what does

22  that indicate?

23      A      The purple is Stack 2, on the right side of the

24  board here.

25      Q      And are certain individuals from Stack 2 indicated

5983

1    here?

2         A    Yes.

3         Q    Who are they?

4         A    We have Mr. James, who is in the center of the

5    photo.  He goes by Hydro AL, at the top of the board here.

6              Mr. Minuta, who is to the right of Mr. James in

7    this photo.  His name is indicated at the top.  Mr. Walden,

8    who is lower, closer to the vehicle, his name is at the

9    bottom.  Mr. Rick Jackson, he is to the left of Mr. Walden

10   in this photograph.  Mr. Grods, and he's to the far left of

11   the photograph here, right above the vehicle.  And then

12   Mr. Brian Ulrich, who is toward the top of the group, his

13   name is next to the flag.

14        Q    Do you see Jonathan Walden's dog also indicated

15   here?

16        A    Yes, sir.

17        Q    What was the dog's name?

18        A    Warrior.

19        Q    And then for people in the leadership, two green

20   circles, who do you see indicated here?

21        A    Yes.  Mr. Rhodes is mixed in here with -- between

22   Mr. Grods and Mr. James.  And then Mr. Michael Greene is to

23   the right of Mr. Rhodes.

24        Q    Thank you.

25             MR. NESTLER:  If we can now go to Government

```
 1    Exhibit 1081.1(a).
 2              And Government's Exhibit 1081.1 was already
 3    admitted into evidence.  I now seek the admission of A,
 4    which has the annotations.
 5              THE COURT:  All right.  1081 --
 6              MS. HALLER:  Your Honor, no objection other than
 7    the narration without sound.
 8              MR. NESTLER:  Right.  We're playing it
 9    without sound.
10              THE COURT:  All right.  So 1081.A is admitted.
11                             (Government's Exhibit 1081.A
                                   received into evidence.)
12
13              MR. NESTLER:  Thank you, Your Honor.
14              If we could play this forward, please, Ms. Rohde,
15    without sound.
16              (Video played)
17    BY MR. NESTLER:
18         Q    If we could pause there at nine seconds.
19              First of all, can you tell us generally what area
20    of the Capitol Grounds this is, Agent Harris?
21         A    Yes.  This is also near the northeast side.
22         Q    And at nine seconds, who's indicated with the
23    green circle?
24         A    Mr. Rhodes.  He's behind the individual with
25    the -- in the blue.
```

```
1      Q    Okay.  If we could continue forward, please.
2           And at 14 seconds, if we could pause it, who's
3  indicated now?
4      A    From left to right is Mrs. Connie Meggs,
5  Mr. Caleb Berry.
6           And then to the right, Mr. Jason Dolan.
7      Q    If we could continue forward now, please.
8           And pause it here at 19 seconds.
9           Who's indicated now?
10     A    Starting from left to right is Mr. Terry Cummings,
11 Mr. Kelly Meggs.
12          In the center at the top is Mr. Harrelson.
13          Below him is Mr. James Beeks.
14          And then to the far right is Mr. Joseph Hackett.
15     Q    And if we could continue forward, please.
16          And if we could pause here at about 30 seconds.
17          Who's indicated in the purple circles?
18     A    From left to right is Mr. Mark Grods.
19          Mr. Walden, just to his right.
20          Mr. Josh James, Mr. Minuta in the center.
21          To his right is Mr. Rick Jackson.
22          And then to the far right is Mr. Ulrich.
23     Q    Thank you.
24          If we could now play it forward.
25          (Video played)
```

```
 1              MR. NESTLER:  Thank you.

 2         Okay.  Now, let's go to Government's Exhibit 1110.

 3         And the government would seek the admission of

 4    this pursuant to a business record certification.

 5              MR. BRIGHT:  No objection.

 6              THE COURT:  Okay.  1110 will be admitted.

 7                              (Government's Exhibit 1110

 8                                received into evidence.)

 9    BY MR. NESTLER:

10         Q    And have you seen this photograph before,

11    Agent Harris?

12         A    Yes, I have.

13         Q    And who is in the middle of this photograph?

14         A    That's Mr. Stewart Rhodes.

15         Q    And then starting from the left, who's indicated

16    with sort of the goggles over the eyes and the helmet on the

17    head?

18         A    That's Mr. James Beeks.

19         Q    And then who is just behind him?

20         A    Mr. Meggs.

21         Q    And then on the other side of Mr. Rhodes, who's

22    the person with the sort of floppy hat on?

23         A    That's Mr. Graydon Young.

24         Q    And then just next to him with the baseball

25    cap on?
```

1      A    Mr. Kenneth Harrelson.

2      Q    And then the person just over Mr. Rhodes' left

3  shoulder?

4      A    Mr. Michael Greene.

5      Q    And what is Rhodes holding in his hand?

6      A    He's got a cell phone up near his mouth.

7          MR. NESTLER:  And if you could zoom in on that,

8  please, Ms. Rohde.

9  BY MR. NESTLER:

10     Q    And what is he also holding in his hand next to

11  the cell phone?

12     A    It appears to be an external battery pack.

13     Q    What does an external battery pack for a cell

14  phone do?

15     A    It's a portable charger pretty much.

16     Q    Okay.

17          Let's go back to Government's Exhibit 6732, some

18  of those messages we were looking at.

19          And so now the prior message was about 13 minutes

20  earlier, around 3:31 p.m.

21          Now, at 3:44 p.m., what does someone named Marlin

22  write to the "D.C. Op Jan. 6, 21" group?

23     A    "Hopefully, anyone inside the Capitol is

24  barricading themselves in and continually reinforce their

25  positions for the long haul."

1     Q   Is Marlin any of the individuals on the board

2  here, 1530?

3     A   No, sir.

4     Q   We can go forward to the next message, please.

5        About a minute later, does Michael Greene send a

6  text message directly to Joshua James?

7     A   Yes, sir.  He says, "It's like 25 of us."

8     Q   And if we go forward, seconds later, how does

9  Greene continue?

10    A   "Northeast corner, right of the middle if you're

11  looking at the building."

12    Q   Now, if we can go to the next message, please.

13       About 25 minutes later at 4:09 p.m., Ed Vallejo

14  sends a message to the "D.C. Op Jan. 6, 21" chat.

15       Is that right?

16    A   Yes, sir.

17    Q   What does Ed Vallejo say?

18    A   "Poop head-elect has declared us insurrectionists

19  on TV."

20    Q   And if we could go to the next message, please.

21       About 15 minutes after that, how does Vallejo

22  continue?

23    A   "Gentlemen, our commander-in-chief has just

24  ordered us to go home.  Comments?"

25    Q   And if we can go forward one more minute, someone

1    named Jim asks, "Trump?"

2         Do you see that?

3    A    Yes, sir.

4    Q    And if we can go forward, how does Ed Vallejo

5    clarify?

6    A    He says, "Yes, sir."

7    Q    Now, we're stopping here at about 4:26 p.m.

8         Do you see that?

9    A    Yes.

10   Q    Okay.

11        About 25 minutes later, around 4:50 p.m., are you

12   aware of Metropolitan Police Department officers having an

13   interaction with Jessica Watkins, Donovan Crowl,

14   Sandra Parker, and Bennie Parker?

15   A    Yes, sir, I am.

16   Q    Was that captured on a body-worn camera from those

17   police officers?

18   A    It was.

19   Q    Okay.

20        I'm going to show you Government's Exhibit 6760,

21   please.

22        MR. NESTLER:  The government would move the

23   admission of Government Exhibit 6760 and 6761, snippets from

24   body-worn camera.

25        MR. CRISP:  No objection.

1          THE COURT:  All right.  6760 and -61 will be

2    admitted.

3          MR. NESTLER:  Thank you, Your Honor.

4                    (Government's Exhibits 6760 and 6761

5                          received into evidence.)

6    BY MR. NESTLER:

7     Q    Let's start with Government Exhibit 6760,

8    Agent Harris.

9          MR. NESTLER:  And do we have audio here?

10         If we could play this forward, please.

11         (Video played)

12         MR. NESTLER:  If we could pause it, please.

13   BY MR. NESTLER:

14    Q    Who's the individual who's talking on the screen

15   here at 111?

16    A    That's Mr. Donovan Crowl.

17    Q    What does he say about what's on his chest?

18    A    He said it was a plate.

19    Q    What are plates for?

20    A    It's ballistic armor to stop bullets.

21         MR. NESTLER:  And if we could just finish this

22   out, please, Ms. Rohde.

23         (Video played)

24   BY MR. NESTLER:

25    Q    Then we can go to Government's Exhibit 6761.

```
 1              Is this another body-worn camera from a slightly
 2    different angle from a different officer?
 3         A    Yes.
 4              MR. NESTLER:  And if we could play this forward
 5    till about 20 seconds, please, Ms. Rohde.
 6              (Video played)
 7              MR. NESTLER:  If you could pause it right there,
 8    actually.
 9    BY MR. NESTLER:
10         Q    At 12 seconds, who's the person in the center of
11    the frame?
12         A    That's Ms. Jessica Watkins.
13              MR. NESTLER:  If we could then play it forward,
14    please, Ms. Rohde.
15              (Video played)
16    BY MR. NESTLER:
17         Q    If we could pause it there for 20 seconds.
18              Can you see what the top of her backpack says,
19    Agent Harris?
20              If we go back a couple seconds.
21              Do you see the letters C-A-P.
22         A    C-A-P, yes, sir.
23         Q    Do you know what that means?
24         A    I do not.
25         Q    And if we could then play it forward.
```

5992

```
 1              (Video played)
 2              MR. NESTLER:  If we could pause it is there at
 3    45 seconds.
 4    BY MR. NESTLER:
 5         Q    Did you hear whether Watkins and Crowl responded
 6    to the officer when they asked for ID?
 7         A    Yes.  They said they didn't have their IDs.
 8         Q    Let's go back to Government's Exhibit 6732,
 9    please, Ms. Rohde.
10              So we had left off at 4:26, and then that
11    body-worn camera interaction happened at around 4:50 p.m.;
12    is that right?
13         A    Yes, sir.
14         Q    Let's go about seven minutes ahead to 4:57 p.m.
15              What does Ed Vallejo say to the
16    "D.C. Op Jan. 6, 21" chat.
17         A    "40 to 60 root police moving in."
18         Q    And the next slide?
19         A    He corrects himself and says, "Riot."
20         Q    And if we could go to the next slide, please.
21              At 4:58 p.m., what does Ed Vallejo say?
22         A    "On the east steps."
23         Q    Do you know from your review of surveillance video
24    and other video sources where Stewart Rhodes was until
25    around this time?
```

1        A     On the northeast side of the Capitol.

2        Q     If we could go to the next message, please.

3              So seconds later, someone named Law 2187 sends a

4    message.

5              Do you see that?

6        A     Yes, sir.

7        Q     Law 2187 one of the people on this board?

8        A     No.

9        Q     What does Law 2187 say?

10       A     "Stand your ground, guys.  It's time we the people

11   make a stand and say no more."

12       Q     And the next slide, about 10 minutes later, at

13   5:09 p.m., how does Law 2187 continue?

14       A     "So why are leaving?  It does no good to go show

15   up and say you're there to defend and then just leave."

16       Q     If we can go forward.

17             About 2 minutes later, at 5:11 p.m., how does

18   Ed Vallejo respond?

19       A     "Leaving?!" with an emoji.

20       Q     And then seconds later what does Vallejo say at

21   5:12 p.m.?

22       A     "I ain't goin' nowhere."

23       Q     Seconds later, what does Law 2127 say?

24       A     "I'm sorry, guys, but I totally disagree with

25   backing down.  If we back down and leave, everything we done

5994

1    is in vain and useless."

2         Q    If we can go forward to the next slide.

3              At 5:21 p.m., about 9 minutes later, what does Ed

4    Vallejo say?

5         A    "My statement was to assure you Arizona won't let

6    anyone walk.  I was RTO for 36 dust off, and we will monitor

7    all night and transport anyone that meets us on the

8    perimeter, curfew be damn."

9         Q    Do you know generally what "36 dust off" means?

10        A    Yes, dust off is military, I guess, kind of slang

11   term for the ambulance helicopters for -- that would come in

12   to pick people up and get them out.

13        Q    Now, I want to compare, Agent Harris, this message

14   that Ed Vallejo sent at 5:21 p.m. to a message he sent

15   earlier in the day.

16             If we could please pull up Government's Exhibit

17   6731, it's slide 35, Ms. Rohde, it's already in evidence.

18             At 2:24 p.m., what was it that Vallejo said to the

19   same group?

20        A    "Vallejo back at hotel and outfitted.  Have two

21   trucks available.  Let me know how I can assist."

22        Q    Did he say anything here about evacuation?

23        A    No, sir.

24        Q    And then if we can go forward to slide 44 on this

25   same exhibit, please.

5995

1          And then at slide 44 on this exhibit, 6731, at

2    2:38 p.m., what was it that Vallejo said?

3    A    "QRF standing by at hotel.  Just say the word."

4    Q    Did he say anything about evacuation here?

5    A    No, sir.

6    Q    Okay.

7          Let's go back to 6732, please.

8          And -- okay.

9          And now, after Vallejo's comment at 5:21 p.m. --

10   if we can go to next message, please.

11         About 30 minutes later, at 5:56 p.m., we see

12   Stewart Rhodes sending a message.  And which chat is he

13   sending this message to?

14   A    This is the "Old Leadership" chat.

15   Q    What does Rhodes say?

16   A    "We will now walk the same path as the Founding

17   Fathers, for same reasons."

18   Q    And then the next message, about two minutes

19   later, how does Rhodes continue?

20   A    "Trump needs to act as commander-in-chief.  We

21   laid out his course of action on our two open letters.  He

22   still has all of those options."

23   Q    And then the next slide, what does he post here?

24   A    This is the link to one of the letters he's

25   referring to.

1      Q    And then the next slide, what's this a link to?

2      A    The other letter.

3      MR. NESTLER:  And now, if we can go to next slide,

4  Ms. Rohde.

5  BY MR. NESTLER:

6      Q    About five minutes later, at 6:05 p.m., Ed Vallejo

7  sends a message to the "D.C. Op Jan. 6, '21" chat.

8  Do you see that?

9      A    Yes, sir.

10     Q    What does he say?

11     A    "The lamestreamenemy is declaring Trump has called

12  in the nasty guard.  LOL."

13      MR. NESTLER:  If we can go to the next message,

14  please.

15      That was at 6:05 p.m.  Can you scroll down a

16  little bit, Ms. Rohde.

17  BY MR. NESTLER:

18     Q    Now, why does this screen look different from the

19  prior message screens we were looking at?

20     A    This is just a screenshot from a phone instead of

21  a Signal extraction.

22     Q    And this screenshot, is it correct that it came

23  from someone named Aaron Stone's phone?

24     A    Yes, sir.

25     Q    Did the FBI attempt to locate this message on the

1    Signal backup extraction from Aaron Stone's phone?

2         A    Right.

3         Q    Was the FBI able to locate the message there?

4         A    No, not this particular video message.

5         Q    So it did not exist in the Signal backup

6    extraction?

7         A    Correct.

8         Q    And can you tell from the top here what message

9    chat this is?

10        A    Yes, that's the vetted "OK FL" hangout.

11        Q    And what time was this message sent?

12        A    6:13 p.m.

13        Q    And who was the message sent by?

14        A    Mr. Kelly Meggs, using the OK Gator 1.

15        Q    And what did Kelly Meggs, using OK Gator 1, say to

16    the vetted OK Florida Signal chat at 6:13 p.m.?

17        A    The caption he wrote with the video is "Florida OK

18    takes the Capitol."

19        Q    And that little video -- that little circle inside

20    with the diamond inside of it, an arrow inside of it, what

21    does that indicate?

22        A    It's a video.  That's the play button for the

23    video.

24        Q    And have you seen this video from Aaron Stone's

25    phone?

 1      A    Yes.

 2      Q    And this is Government's Exhibit 50P, this

 3  photograph.  I'm now going to show you Government's Exhibit

 4  50V, for video.

 5           MR. NESTLER:  And the government would move the

 6  admission of Government's Exhibit 50V.

 7           THE COURT:  All right.  50V will be admitted.

 8                              (Government's Exhibit 50V
                                 received into evidence.)
 9

10           MS. HALLER:  No objection.

11           MR. NESTLER:  If we could play this forward just

12  for about 30 seconds, please, Ms. Rohde.

13           (Video played)

14  BY MR. NESTLER:

15      Q    I'm pausing there about 30 seconds.

16           Is it correct this entire video is 2 minutes and

17  51 seconds long?

18      A    Yes, sir, that sounds about right.

19      Q    And have you seen the whole video?

20      A    I have.

21      Q    Have you compared this video to Government's

22  Exhibit 73.V.3 of a video recovered from Defendant

23  Kenneth Harrelson's phone?

24      A    Yes, sir.

25      Q    How do they compare?

5999

```
 1        A     It's the same video.

 2        Q     Does one have a better resolution than other?

 3        A     Yes.

 4        Q     Which one has a better resolution?

 5        A     The version from Mr. Harrelson's phone.

 6        Q     So the version we're looking at here from

 7   Aaron Stone's phone has a lower resolution?

 8        A     Yes, sir.

 9        Q     Now, this video was posted by Kelly Meggs;

10   is that correct?

11        A     That's correct.

12        Q     Did the FBI recover -- well, let me ask it this

13   way.

14              Have you reviewed the extraction from

15   Kenneth Harrelson's phone.

16        A     I have.

17        Q     Do you see any message in which Kenneth Harrelson

18   transmits the video from himself to Kelly Meggs?

19        A     No, sir.

20        Q     Have you reviewed the extraction from Kelly Meggs'

21   phone?

22        A     Yes, sir.

23        Q     Have you seen any message in which Kelly Meggs

24   receives the video from Kenneth Harrelson?

25        A     No, sir.
```

1      Q    What does that suggest to you as an FBI agent?

2      A    That the messages were deleted.

3           MR. NESTLER:  If we can now go back to

4    Government's Exhibit 6732, please, Ms. Rohde.

5    BY MR. NESTLER:

6      Q    And so this message here, so this is a screenshot

7    from the vetted "OK FL" chat at 6:13 p.m.

8           Let's go to the next slide, please.

9           The next slide is also a screenshot; is that

10   right?

11     A    Yes, sir.

12     Q    And where is this screenshot from?

13     A    This is from Mr. William Isaacs' phone.

14     Q    And now remind us, when the FBI looked at the

15   Signal chain "OK FL D.C. Op Jan. 6th" on William Isaac's

16   phone, was it able to do a Signal extraction?

17     A    No, sir.

18     Q    So how did the FBI capture the Signal messages

19   that were on his phone?

20     A    We obtained screenshots of all the messages.

21     Q    Is that what we're looking at here?

22     A    Yes, it is.

23     Q    Okay.

24          And so the screenshot in the middle here, from OK

25   Gator 1, remind us who OK Gator 1 is?

```
 1        A     Mr. Kelly Meggs.

 2        Q     And at 6:19 p.m., what did he write?

 3        A     I don't know what he wrote.

 4        Q     Okay.  What about the message just about that?

 5        A     Oh, just about that one was, "Shelby, we got your

 6   boy his first dose of tear gas."

 7        Q     And do you know who Shelby is?

 8        A     Shelby is Traci Isaacs, she's the aunt of

 9   William Isaacs, and I believe she used a moniker, Shelby

10   Cobra.

11        Q     And just after that message, did Meggs send

12   another message?

13        A     He did.

14        Q     And what happened to that message at 6:19 p.m.?

15        A     It was deleted.

16        Q     And that's about 6 minutes after the OK -- Florida

17   OK vetted message with the video that was also deleted;

18   is that correct?

19        A     Yes, sir.

20        Q     Okay.

21              Now, let's go to the next slide, please,

22   Ms. Rohde.

23              THE COURT:  Mr. Nestler, can you hang on one

24   second.

25              All right.  Mr. Nestler, go ahead.
```

1          MR. NESTLER:  Thank you.

2   BY MR. NESTLER:

3      Q    So what we're looking at here, this is just

4   another depiction of that same message at 6:19 p.m.; is that

5   right?

6      A    Yes, sir.

7      Q    If we can go to the next message, please.

8          What did Williams Isaacs say in that same minute

9   to that same chat?

10     A    "I shouldn't have gone in first."

11     Q    And remind us who was the first member of Stack 1

12   to enter the Capitol building?

13     A    Mr. Williams Isaacs.

14     Q    If we can go to next message, please.

15         Now, that was at 6:19 p.m.  Going back to 6:22

16  p.m. about three minutes later, what does Stewart Rhodes say

17  to the "D.C. Op Jan. 6, '21" Signal chat?

18     A    "Look, I was there.  I was right outside.

19  Patriots stormed in.  Not Antifa.  And I don't blame them.

20  They were justifiably pissed off."

21     Q    And if we can go to the next message, please.

22         About 15 minutes later, what does Kelly Meggs,

23  OK Gator 1, say to the same message thread?

24     A    "Okay, who gives a damn who in went in there.  If

25  it's Obama himself, it doesn't matter.

```
1              "What matters is where we are now and decisions
2      that have to be made.  We are now the enemy of the state."
3         Q    And if we can go to next message, that same
4      minute, 6:36 p.m., what does Kelly Meggs write to the vetted
5      "OK FL" hangout chat?
6         A    "Trump is a traitor."
7         Q    If we can go forward.
8              Two minutes later, how does he continue?
9         A    "He had the option and didn't use it.  He played
10     us all and screwed our country.  He didn't have the balls to
11     do it."
12        Q    And if we can now go forward.
13             About two minutes after that, at 6:40 p.m., what
14     does Ed Vallejo write to the "D.C. Op Jan. 6, '21" chat?
15        A    "You were correct-drone red and non-functional."
16        Q    Now, can you remind us, did Ed Vallejo send
17     messages about a drone earlier in the day?
18        A    He did.
19             MR. NESTLER:  Can we go to 6730, please,
20     Ms. Rohde, slide 7.
21     BY MR. NESTLER:
22        Q    What had Vallejo said at around 11:18 a.m. in that
23     same chat?
24        A    "FYI, I brought a drone with a 720p cam for recon
25     use, but I'm not a proficient operator.  Do we have anyone
```

1  identified to use it?  Do you want it prepped for

2  deployment?  Let me know."

3      Q    And in the next slide, how did Mr. Rhodes respond

4  to that?

5      A    "Yes.  Bring it."

6           MR. NESTLER:  Now we can go back to 6732, please,

7  Ms. Rohde.

8  BY MR. NESTLER:

9      Q    So after Vallejo's message at 6:40 p.m., let's go

10  forward to 7:08 p.m.

11           Is this a text message exchange between

12  Kelly Meggs and someone named Rich Lupo?

13      A    Yes, sir.

14      Q    Is Rich Lupo one of the people on the board here?

15      A    He is not.

16      Q    What did Rich Lupo say in a text message to

17  Kelly Meggs at 7:08 p.m. on the night of January 6?

18      A    "When happens of House resumes session tonight?"

19      Q    And the next message, what did Lupo say to correct

20  himself?

21      A    "If House."

22      Q    And then if we go forward, that same minute,

23  7:08 p.m., what did Kelly Meggs respond?

24      A    "We are going back."

25      Q    If we could go to the next slide, please, about

1    8 minutes later at 7:15 p.m., what did someone named

2    HorseWhisperer say to the "D.C. Op Jan. 6, 21" chat?

3        A    "FYI-Congress requested back to Capitol tonight at

4    7 p.m. to finish out the electoral process."

5        Q    And if we can go forward, please.

6            What did Vallejo say two minutes after that?

7        A    "Well, they have to declare butt boy pres in dead

8    of night when no one there, right?"

9        Q    And the next message about 15 minutes later at

10   7:30 p.m., what did Rhodes write to this chat group?

11       A    "Thousands of ticked-off patriots spontaneously

12   marched on the Capitol and sent the message that they will

13   not live under an illegitimate Chi-Com puppet regime.  You

14   can't handle that, hit the door.  You ain't seen

15   nothing yet."

16       Q    And two minutes later, what did Ed Vallejo say to

17   this same chat group at 7:32 p.m.?

18       A    "We'll be back at 6:00 a.m. to do it again."

19       Q    And then if we go forward a few seconds later,

20   what did Ed Vallejo continue with?

21       A    "We got food for 30 days."

22       Q    And if we can go forward, Kelly Meggs about two

23   minutes later, as OK Gator 1, sends a message to the same

24   group; is that correct?

25       A    Yes, sir.

6006

1          Q    What does Kelly Meggs say?

2          A    "We aren't quitting.  We are reloading."

3          Q    What is an item that people can reload,

4     Agent Harris?

5          A    Guns.

6          Q    Can we go forward, please.

7               The next message about 7 minutes later, at

8     7:41 p.m., what does Stewart Rhodes say to the

9     "D.C. Op Jan. 6, 21" chat?

10         A    "The founding generation Sons of Liberty stormed

11    the mansion of the corrupt royal government of Massachusetts

12    and trashed the place.  They also jumped on board a ship

13    carrying east India tea and dumped it into the harbor.

14              We're actually in a far more deadly situation,

15    given the fact that enemies, foreign and domestic, have

16    subverted, infiltrated, and taken over nearly every single

17    office and level of power in this nation.  We have one final

18    chance to get Trump to do his job and his duty.

19              Patriots entering their own Capitol to send a

20    message to the traitors is nothing compared to what's coming

21    if Trump doesn't take decisive action right now.  It helped

22    to send that message to him.  He was the most important

23    audience today.  I hope he got the message."

24              MR. NESTLER:  If we can go back to the beginning

25    of that slide, please, Ms. Rohde.

1    BY MR. NESTLER:

2        Q    You see the phrase I'm circling right here,

3    Agent Harris?

4        A    Yes, sir.

5        Q    What phrase did he use at the beginning of the

6    message?

7        A    "Stormed the mansion."

8            MR. NESTLER:  And if we can go to next slide,

9    please, Ms. Rohde.

10           And one more, the final part of this message.

11   BY MR. NESTLER:

12       Q    And what did he say about the people they were

13   sending a message to?

14       A    That they were traitors.

15       Q    Thank you.

16           All right.  If we can go to the next sequence of

17   messages, please.

18           About ten minutes later, at 7:52 p.m., does

19   Thomas Caldwell send a message on Facebook?

20       A    Yes.  It was a direct message to Donovan Crowl.

21       Q    And we see here at the bottom 2002, is this what

22   exhibit this came from; do you see that?

23       A    Yes, sir.

24       Q    Does that indicate this came from Donovan Crowl's

25   Facebook account?

1       A     That's correct.

2       Q     Did you look for this message in Thomas Caldwell's

3   Facebook account?

4       A     I did.

5       Q     Was it there?

6       A     It was not.

7       Q     What did Thomas Caldwell say to Donovan Crowl in

8   this direct message?

9       A     "We need to do this at the local level.  Let's

10  storm the Capitol in Ohio.  Tell me when."

11      Q     And remind us; where is Donovan Crowl from?

12      A     Ohio.

13      Q     If we can go to next message, please.

14            About five minutes after that, Ed Vallejo sends a

15  message to the "D.C. Op Jan. 6, 21" chat.

16            What does Vallejo say?

17      A     "Take heart, my phone is on fire, and I'm told

18  hundreds of thousands still headed here and even more will

19  show in the weekend from being off work."

20      Q     And if we can go forward, please.

21            Seconds later, what does Vallejo write to the same

22  group?

23      A     "We have only yet begin to fight."

24      Q     And then seconds later, does he correct himself?

25      A     Yes, he says, "Begun."

1    Q    If we could go forward, please, about six minutes

2    after that, what does Vallejo say to this same group?

3    A    "After action reports will be dated 1/21/21," with

4    the demon emoji.

5    Q    And are you aware of what an after action report

6    is?

7    A    Yes.  Usually we have after action reports

8    following operations, which basically you discuss what went

9    well with an operation or what could have gone better.

10    Q    And was anything supposed to happen on

11    January 20th of 2021?

12    A    That's the date of the Presidential inauguration.

13    Q    If we could go forward to next message, please.

14         About 35 minutes later, Rhodes sends a message to

15    this same chat.

16         Do you see that?

17    A    Yes, sir.

18    Q    And at 8:40 p.m., what does he say?

19    A    "Be very careful and mindful that anything you say

20    can and will be used against you.  Expect it."

21    Q    If we can go forward, please, about five minutes

22    later, how does he continue?

23    A    "God bless you, brother.  But be mindful-anything

24    you say can, and will be used against you.  All, keep that

25    in mind."

1    Q    Seconds later, also at 8:45 p.m., what does Rhodes

2  say to this group?

3    A    "AlCon.  Going to eat at Olive Garden,

4  8133 Leesburg Pike, Vienna, Virginia, 22182.  Anyone still

5  in D.C. area, you are welcome to join us.  Going there now."

6    Q    Three minutes later at 8:48 p.m., what does

7  Vallejo say?

8    A    "Roger that.  10-19."

9    Q    Are you aware of any phone records about

10  Ed Vallejo contacting the Olive Garden?

11    A    Yes, sir, I am.

12        MR. NESTLER:  If we can pull up on the screen for

13  Agent Harris Government 2410.1.

14        And we could just zoom in.

15  BY MR. NESTLER:

16    Q    Is this was a snippet from Vallejo's phone

17  records?

18    A    It is.

19        MR. NESTLER:  The government moves into evidence

20  2410.1.

21        MR. BRIGHT:  No objection.

22        THE COURT:  It will be admitted.

23                        (Government's Exhibit 2410.1
                                received into evidence.)

24

25

1   BY MR. NESTLER:

2       Q    If you could just tell us, at row 586, what is

3   this indicating here, Agent Harris?

4       A    That's a phone call that lasted about one minute,

5   22 seconds, going out to the number that we attributed to

6   the Olive Garden.

7       Q    And when we convert from UTC to Eastern Time, what

8   time was the call?

9       A    9:00 p.m. on January 6th.

10      Q    And if we could now go to Government's

11  Exhibit 2010.2, this is already in evidence, Bank of America

12  statement, and go to page 6.

13           Are you aware of any charges from the Oath Keepers

14  credit card related to a charge from the Olive Garden?

15      A    Yes, sir.

16           MR. NESTLER:  If we could highlight that charge,

17  please, Ms. Rohde.

18           Thank you.

19  BY MR. NESTLER:

20      Q    And what was the date that the charge was

21  incurred?

22      A    January 6th.

23      Q    And what was the date it was posted?

24      A    January 8th.

25      Q    And how much was the charge for?

1        A     $408.82.

2              MR. NESTLER:  If we can now go back to 6732,

3    please, Ms. Rohde.

4    BY MR. NESTLER:

5        Q     And at 9:08 p.m. on the night of January 6th, what

6    did Kelly Meggs say to the "D.C. Op Jan. 6, 21" group as

7    OK Gator 1?

8        A     He says, "Redress of grievances is step 1."

9        Q     And if we go forward, seconds later, what does

10   Stewart Rhodes say to that same group?

11       A     "Declaration of illegitimacy is step 1."

12       Q     Now, are you aware of Stewart Rhodes using that

13   phrase and concept of illegitimacy in other messages?

14       A     Yes, sir.

15       Q     If we can go to 6615A already in evidence, please.

16             And if we could go to slide 2.

17             Do you see what Rhodes said on January -- sorry,

18   on November 4th of 2020?

19       A     Yes, sir.

20       Q     What did he say there at row 3?

21       A     "Don't give legitimacy to an illegitimate,

22   fraudulent system."

23       Q     If we could now go to Government's Exhibit 6615B

24   already in evidence and go to slide 18.

25             On November 7th of 2020, three days after that

1    message we just saw, what did Stewart Rhodes advise people

2    on the "Old Leadership" chat to do?

3        A    "The answer must be to refuse to accept,

4    acknowledge, respect, or obey any of these imposters or

5    their pretend legislation.  And get your gear squared away

6    and ready to fight."

7        Q    Now, about ten days after this message, are you

8    aware of a message from Kelly Meggs to the same chat

9    regarding Stewart Rhodes?

10       A    Yes.

11            MR. NESTLER:  And if we could pull up for

12   Agent Harris Government's Exhibit 6759.

13   BY MR. NESTLER:

14       Q    Is this a chat that you have seen from the

15   original extraction from Rhodes' phone?

16       A    Yes, sir, I have.

17            MR. NESTLER:  And if we could move into evidence

18   6759, please.

19            MS. HALLER:  With the Court's indulgence, just one

20   moment.

21            (Pause)

22            MS. HALLER:  Okay.  No objection, Your Honor.

23            THE COURT:  6759 will be admitted.

24                                  (Government's Exhibit 6759
                                        received into evidence.)
25

BY MR. NESTLER:

Q    So on November 17th of 2020, about ten days after that prior message we just read, what was it that OK Gator 1, Kelly Meggs, said to the same chat, "Old Leadership" chat?

A    "I'm going to share an observation from this past week.  I was with SR as he maneuvered through the area in D.C. for a short time.  We were approached by multiple media sources, websites, and livestreamers.  No matter how big or how small, SR spoke to them all on camera and made his points very clear.  We have to become more vocal, not less. They want to use our silence as a 'they must being to something wrong tool.'  Well, we aren't doing anything wrong.  We are standing up against a communist regime trying to take control our republic.  If that makes us bad people, so be it.  We are not or have we ever been extremists or white supremacists.  On the contrary, we are the opposite. We want justice and freedom for all.  We want everyone to come together for the good of our country.  We have to start calling these things what they are and follow SR lead. I'm not saying seek out TV, et cetera.  But if anyone asks, I have no problem telling them what we are about, defending the Constitution of the United States of America and all of those that live in this great nation, regardless of any other monikers people want to give us.  We are the

1    patriots."

2        Q    And so November 17th, according to the calendar,

3    which we have up here, was a Tuesday; is that correct?

4            You can step down for a second.

5        A    Yes, sir.  I can see it was a Tuesday.

6        Q    Sure.

7            What's indicated on the calendar that occurred

8    that prior weekend, on that Saturday, on November 14th?

9        A    That was the Million MAGA March.

10       Q    Thank you.

11           And while we have the calendar up, why don't you

12   go ahead and indicate for us on January 6th that that was

13   the date of the Congress's certification of the Electoral

14   College vote, if you could, Agent Harris.

15       A    (Witness complied.)

16           THE COURT:  Mr. Nestler, how much more did you

17   have of this exhibit?

18           MR. NESTLER:  This exhibit, I have probably four

19   minutes?

20           THE COURT:  Okay.

21           MR. NESTLER:  The marker doesn't work.  Okay.

22           That calendar for the record is 1532.

23           THE WITNESS:  (Witness complied.)

24           MR. NESTLER:  We're going to go back to

25   Government's Exhibit 6732, please, Ms. Rohde.

```
1   BY MR. NESTLER:

2       Q    Thank you, Agent Harris.

3            And we ended up here at 9:08 p.m. with

4   Stewart Rhodes saying, "Declaration of illegitimacy is

5   step 1."

6            If we can go forward, please.

7            About two hours later, at 11:20 p.m., we see a

8   message to the "D.C. Op Jan. 6, '21" chat from someone named

9   Gator 6.

10           Do you see that?

11      A    Yes, sir.

12      Q    Who is Gator 6?

13      A    That's Mr. Kenneth Harrelson.

14      Q    And what is it that Gator 6 says to this chat

15  group at 11:20 p.m.?

16      A    I don't know.

17      Q    Why not?

18      A    The message was deleted.

19      Q    And if we can go forward about a few seconds, at

20  11:20:42, what did Gator 6 send a message -- saying what to

21  the same chat group?

22      A    I don't know.

23      Q    Why not?

24      A    It was also deleted.

25      Q    And if we go forward about 3 minutes after that,
```

1    at 11:23 p.m., what is it that Gator 6, Kenneth Harrelson,

2    said to the same chat group?

3        A    "Didn't realize I was in an unsecured chat with a

4    bunch of shitbags."

5        Q    And seconds later on the next slide, what did

6    Gator 6 say to this group?

7        A    And blue falcons.

8        Q    Do you know what the phrase "blue falcons" means?

9        A    It's a slang military term, I believe.  It refers

10   to people that stab you in the back or harm you.

11       Q    If we could go forward to the next slide, please,

12   about eight minutes later, 11:31 p.m., what did

13   Stewart Rhodes write to the "Old Leadership" chat?

14       A    "Patriots, it was a long day but a day when

15   patriots began to stand.  Stand now or kneel forever.  Honor

16   your oaths.  Remember your legacy."

17       Q    And if one more message, 11:38 p.m., about

18   7 minutes later, on January 6th, what did Stewart Rhodes

19   write to the "Old Leadership" chat?

20       A    "President Trump, honor your oath.  Have courage.

21   Do what we recommended you do.  It's your duty and your only

22   way to keep your family safe and to save our republic from

23   the communists and deep state.  Embrace destiny.  May

24   trouble come in my day that my children may know peace."

25       Q    And if we continue, how does the message continue?

```
 1        A      "Act.  Now.  Be the Commander in Chief we all know

 2  you can be, and keep your word when you said this nation

 3  will never be a socialist country."

 4             MR. NESTLER:  Thank, Agent Harris.

 5             That concludes Government's Exhibit 6732,

 6  Your Honor.

 7             THE COURT:  Okay.  Why don't we take a break; give

 8  our court reporter a rest.

 9             Ladies and gentlemen, it's now 11:35.  We'll

10  resume at 10 of 12:00, and then we'll go till lunch.

11             Thank you, all, very much.

12             COURTROOM DEPUTY:  All rise.

13             (Jury exited the courtroom.)

14             THE COURT:  All right.  Agent Harris, you can step

15  down.  I'll just ask you not to discuss your testimony with

16  anyone over the break.

17             Thank you, all.  See you shortly.

18             (Recess from 11:37 a.m. to 11:55 a.m.)

19             COURTROOM DEPUTY:  Jury panel.

20             (Jury entered the courtroom.)

21             THE COURT:  Okay.  Please be seated, everyone.

22             Agent Harris.

23             MR. CRISP:  Your Honor, I'll be a moment, if

24  I may.

25             MR. NESTLER:  I have a couple of housekeeping
```

```
1   matters to read in some stipulations --

2              THE COURT:  Okay.

3              MR. NESTLER:  -- to authentic some video.

4              So for the record, this is Government's

5   Exhibit 3025, a stipulation regarding body-worn camera

6   footage.

7              The government and Defendants

8   Elmer Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,

9   Jessica Watkins, and Thomas Caldwell hereby agree and

10  stipulate that:

11             Government's Exhibits 6760 and 6761 are true and

12  authentic copies of body-worn camera video footage filmed by

13  Metropolitan Police Department Officers Ayodeji

14  A-y-o-d-e-j-i, and Baig, B-a-i-g, respectively, filmed on

15  January 6th, 2021, while they were on duty in

16  Washington, D.C.; the video footage is authentic; and that

17  it is what it purports to be.

18             Government's Exhibit 3024 is a stipulation

19  regarding a photograph from Silent Sam I Am.  The government

20  and the defendants agree and stipulate that

21  Government's Exhibit 5306 is a true and authentic copy of a

22  photograph taken by an individual with the username

23  Silent Sam I Am on January 6th, 2021, at the United States

24  Capitol and later posted to Twitter; the photograph is

25  authentic; and that it is what it purports to be.
```

1          And then, finally, Government's Exhibit 3026 is a

2    stipulation regarding video from Simon.  The government and

3    the defendants hereby agree and stipulate that Government's

4    Exhibit 1112 is a true and authentic copy of video footage

5    filmed by an individual with the username Simon on

6    January 6th, 2021, while the individual was at the

7    United States Capitol and later posted to YouTube; the video

8    footage is authentic; and that it is what it purports to be.

9          Thank you.

10         And now...

11   BY MR. NESTLER:

12   Q    All right.  Agent Harris, let's resume with

13   Government's Exhibit 6733.

14         Are you aware of messages primarily from

15   Ed Vallejo and Paul Stamey from January 7th of 2021?

16   A    Yes.

17   Q    And pulling up on the screen for you Government's

18   Exhibit 6733.

19         Does this exhibit contain messages as you've

20   compared them to the extractions from various phones

21   regarding these people's messages.

22         Hold on one second.

23         Have you seen this exhibit before?

24   A    Yes, I have.

25   Q    And does it fairly and accurately capture the

1    content of messages as compared to the extractions from

2    phones?

3        A    It is.

4             MR. NESTLER:  Okay.

5             Government moves into evidence 6733.

6             THE COURT:  All right.  6733 will be admitted.

7                              (Government's Exhibit 6733

8                               received into evidence.)

9    BY MR. NESTLER:

10       Q    And so let's start here with a message from

11   Ed Vallejo to the "D.C. Op Jan. 6, 21" chat at 5:44 a.m. on

12   January 7th of 2021.

13            What did Vallejo say to this group?

14       A    "Why go-this party has just started?"

15       Q    Now, remind us, if you could, Agent Harris, have

16   you reviewed surveillance video from the Comfort Inn hotel

17   in Ballston, Virginia?

18       A    Yes.

19       Q    And where was Ed Vallejo on the morning of

20   January 7th?

21       A    He was at that Comfort Inn hotel.

22       Q    And have you seen a photograph recovered from

23   Mr. Vallejo's phone?

24       A    Yes, I have.

25       Q    And I'm going to now read another stipulation

 1   regarding that phone and that photograph.

 2             MR. NESTLER:  That's Government's Exhibit 3000H.

 3             The government and the defendants hereby agree and

 4   stipulate that the following items of physical evidence were

 5   all obtained lawfully pursuant to court-authorized search

 6   warrant or subpoena or consent on or about the dates listed

 7   below.

 8             On June 9th of 2021, the FBI collected the

 9   following items of evidence from Edward Vallejo -- that's

10   Exhibit 210:  One black Motorola Moto cellular telephone

11   with phone number ending in 6843.  Forensic examiners from

12   the FBI CART collected the cellular telephone that is

13   Government's Exhibits 210 to an exam machine and used data

14   extraction and processing tools to create a master-copy

15   forensic image acquisition of the data on the phone.

16             The parties agree and stipulate that this

17   master-copy forensic image contains authentic data that was

18   contained on Government's Exhibit 210 at the time it was

19   collected.

20             And with that, I will now pull up Government's

21   Exhibit 210.P, for photo, .1.

22             And the government would seek admission --

23   BY MR. NESTLER:

24        Q    Well, is this a photograph recovered from the

25   extraction from Mr. Vallejo's phone?

6023

```
 1        A     Yes, it is.

 2              MR. NESTLER:  Government seeks admission of

 3   210.P.1?

 4              MS. HALLER:  No objection.

 5              THE COURT:  210.P.1 will be admitted.

 6                              (Government's Exhibit 210.P.1
                                    received into evidence.)
 7

 8   BY MR. NESTLER:

 9        Q     First of all, who's the individual in the center

10   frame in this photograph, Agent Harris?

11        A     That's Mr. Ed Vallejo.

12        Q     And did the metadata on this photograph reflect

13   that it was taken on January 5th of 2021?

14        A     Yes, sir, that's correct.

15        Q     Can you identify the approximate location of where

16   Vallejo is standing?

17        A     I believe that's the Supreme Court building in the

18   background behind him.

19        Q     And then across the street from where the person

20   taking the photo would be, what building would that be?

21        A     The Capitol is behind him.

22              MR. NESTLER:  And could we zoom in on his hat,

23   please, Ms. Rohde.

24   BY MR. NESTLER:

25        Q     What does it say on his hat?
```

```
1        A    It's an Oath Keepers patch.

2             MR. NESTLER:  Okay.  Let's go back to the message

3   chain at 6733, please, Ms. Rohde.

4   BY MR. NESTLER:

5        Q    And so after Vallejo says, "Why go?  This party

6   has just started," at 5:44 a.m., let's go forward.  One

7   minute later, what does Vallejo say?

8        A    "The emergency has been extended until

9   March 31st."

10       Q    And then if we go forward about a minute after

11  that, what does Vallejo say?

12       A    "We're going to probe their defense line right

13  now.  6:00 a.m. they should let us in.  We'll see."

14       Q    And then if we go forward, that same minute,

15  5:46 a.m., what does Vallejo say?

16       A    "Yeah, I got shit needs doin' but none as

17  important as this."

18       Q    And if we could then go forward, about seven

19  minutes later, at 5:43 [sic] a.m., what does Vallejo say?

20       A    "Departing for recon now.  Stewart, call me when

21  you're up."

22       Q    Do you know what recon is?

23       A    Reconnaissance.

24       Q    Who does he ask to call him?

25       A    Stewart.
```

1      Q    And if we could go forward, please.

2           About three minutes later, what does Vallejo say

3      to the "D.C. Op Jan. 6, '21" chat?

4      A    "I'll depart when cleared by my commander, sir.

5      Be well, and peace be with you."

6      Q    And we could then go forward, a minute later, what

7      does he write?

8      A    "We are at war."

9      Q    If we could now go forward, about an hour and a

10     half later, does Ed Vallejo send another message to the

11     "D.C. Op Jan. 6, 21" chat at 7:33 a.m.?

12     A    Yes.  He says, "Status report:  NG has cordoned

13     off the Capitol Grounds, and no foot traffic allowed.

14     40 Virginia state police cars lined up outer perimeter

15     stopping vehicle traffic, but a dozen or so walkers/joggers

16     inside it, but not allowed on the building grounds.  No

17     signs or flags supporting Trump visible anywhere."

18     Q    Do you know what "NG" stands for?

19     A    National Guard.

20     Q    And if we could then go forward one minute later,

21     at 7:34 a.m., what does Vallejo continue with?

22     A    "All quiet."

23     Q    If we can go forward, also at 7:34 a.m., how does

24     someone named Hydro AL respond?

25     A    "Trump conceded.  Its over."

1      Q    Do you know who Hydro AL is?

2      A    That's Mr. Joshua James.

3      Q    And if we go forward, seconds later, what does

4  James continue with?

5      A    "We lose."

6      Q    And then if we go forward one more, at 7:36 a.m.,

7  about two minutes later, the next message in the sequence,

8  what does Ed Vallejo say?

9      A    "Like hell it's 'over.'"

10     Q    If we can go forward, please, about a half-hour

11  later now, at 8:02 a.m., what does Vallejo say to the same

12  chat group?

13     A    "The streets are deserted."

14     Q    Now, if we can go to the next message.

15         So that was at 8:00 a.m., right, 8:02 a.m.?

16     A    That's correct.

17     Q    Now, at 9:03 a.m., what are we looking at here?

18     A    This is a direct message from Mr. Vallejo to

19  Mr. Rhodes.

20     Q    Okay.

21         And what does Vallejo directly tell Rhodes in this

22  direct message?

23     A    "Status report posted in ops, room extended 1 day,

24  standing by awaiting orders, sir.  Good morning."

25     Q    So how does Vallejo address Rhodes?

1  A  "Sir."

2  Q  And remind us; where was Vallejo staying at this

3 time?

4  A  At the Comfort Inn hotel.

5  Q  What does he say he was doing?

6  A  Standing by awaiting orders.

7  Q  And if we could go to the next slide, please.

8    And so that last message was around 9:00 a.m.

9 So now around 9:00 a.m. or just before, we're looking at

10 screenshot here; is that correct?

11  A  Yes, sir.

12  Q  And what Signal chat group is this?

13  A  "OK FL D.C. Op Jan. 6".

14  Q  And can you remind us, please, why it's looking a

15 little different than the other messages?

16  A  This was a screenshot of the messages, it wasn't

17 obtained through a Signal traction.

18  Q  And we're going to put up Government's Exhibit

19 1530, the board again as we're going through some additional

20 individuals here.

21    So let's start at 8:55 a.m. on January 7th.

22 The top message there, that's from someone named Gator 6;

23 is that right?

24  A  Yes, sir.

25  Q  And remind us who is Gator 6?

1    A    Mr. Kenneth Harrelson.

2    Q    And what does Kenneth Harrelson as Gator 6 say to

3    this Signal chat group?

4    A    "So we're just leaving D.C. and I would like to

5    know where my shits at since it seems like everyone's gone

6    already."

7    Q    And that same minute, 8:55 a.m., someone named

8    Aunt Traci responds.  Do you see that?

9    A    Yes, sir.

10    Q    Do you know who Aunt Traci is?

11    A    That's Traci Isaacs.

12    Q    And remind us, why does it say Aunt Traci here.

13    A    This screenshot was taken from William Isaacs'

14    phone and the name shows up as the name as it does in his

15    contacts so he had her named saved as Aunt Traci in his

16    phone.

17    Q    What was her Signal name to other people?

18    A    Shelby Cobra.

19    Q    What does Traci say at 8:55 a.m.?

20    A    "We are headed out now."

21    Q    And then 1 minute later, 8:56 a.m., someone named

22    Gator Kane writes.  Do you see that?

23    A    Yes, sir.

24    Q    Do you know who Gator Kane is?

25    A    Mr. Kenneth Bittner.

1     Q    Can you remind us based on your review of

2  surveillance video, where had Kenneth Bittner been staying

3  during this time?

4     A    It was at the Comfort Inn as well.

5     Q    And what did Kenneth Bittner, Gator Kane, write?

6     A    He replied to Mr. Harrelson's message and asked,

7  "Did you leave it at Comfort Inn in that room?"

8     Q    And about a minute later at 8:57 a.m., there's a

9  message from Gator 6, Kenneth Harrelson, what did he write?

10     A    "No answer.  Okay.  I'll just hunt you fuckers

11  down."

12     Q    And shortly after that, someone named OK Gator 1

13  responded.  Do you see that?

14     A    Yes, sir.

15     Q    Remind us who OK Gator 1 is?

16     A    Mr. Kelly Meggs.

17     Q    What did he write?

18     A    "Won't be hard to find us, we're on TV."

19     Q    If we can go to next slide, please.

20         And after that message from Kelly Meggs as is

21  OK Gator 1, there's a message from Aunt Traci.  Do you see

22  that?

23     A    Yes, sir.

24     Q    What did she write?

25     A    "Who was TV?"

1    Q    And then at 9:12 a.m., what did Kelly Meggs as OK

2    Gator 1 respond with?

3    A    "All of us."

4    Q    And how did Aunt Traci respond?

5    A    "Copy."

6    Q    Now, after that, does the Signal indicate

7    something about someone named Ahab?

8    A    Yes.

9    Q    What does the Signal app indicate Ahab did?

10    A    Ahab changed their name or their profile user name

11    on Signal to Faith.

12    Q    Do you know the exact time that Ahab changed his

13    profile name to Faith?

14    A    I don't know the exact time, but it was between

15    the last message from Aunt Traci at 9:12 a.m. and between

16    the next message that was posted by Mr. Bittner at 9:35 a.m.

17    Q    So sometime in those 20 minutes or so, Ahab

18    changed their profile name?

19    A    That's correct.

20    Q    And do you know who Ahab is?

21    A    That's Mr. Hackett.

22    Q    And on the board over here, Mr. Hackett is on the

23    far left.  Do you see that?

24    A    Yes, sir.

25    Q    And we have the names listed as both Ahab or

1    Faith; is that right?

2         A    Correct.

3         Q    So after Aunt Traci's message at 9:12 a.m. and

4    then Ahab changed his profile name to Faith, someone named

5    Hatsy sent a message.

6              Do you see that?

7         A    Yes.

8         Q    Do you know who Hatsy is?

9              MS. HALLER:  Objection, Your Honor, to the leading

10   nature of these questions.

11             They're going so rapidly fast, I didn't get to

12   insert the last objection.

13             MR. NESTLER:  Sure.

14   BY MR. NESTLER:

15        Q    Do you see the next message?

16        A    I do.

17        Q    Who sent it?

18        A    User Hatsy.

19        Q    What time did he send it?

20        A    9:35 a.m.

21        Q    Is that on the screen there?

22        A    Yes, it is.

23        Q    Who's Mr. Hatsy?

24        A    That's Mr. Moerschel.

25        Q    Is he also there on the board?

1    A    Yes.

2    Q    And what did Hatsy, David Moerschel, say?

3    A    He responded to Mr. Harrelson's last message and

4  said "DM Kane."

5    Q    Do you know what DM stands for?

6    A    Direct message.

7    Q    And remind us who Kane is.

8    A    That's Mr. Bittner.

9    Q    All right.

10         MR. NESTLER:  If we can go to the next slide,

11  please, Ms. Rohde.

12  BY MR. NESTLER:

13    Q    And now we're going to jump forward about three

14  hours later on January 7th at 12:50 p.m.

15         What did Ed Vallejo write to the

16  "D.C. Op Jan. 6, '21" chat, Signal chat?

17    A    "Noon recon report."

18    Q    If we can go to the next slide, please.

19         What did he continue with?

20    A    "Underway currently."

21    Q    And if we can go to the next slide, please.

22         Let's go forward about five hours later; so 5:06

23  p.m.

24         This is a message from someone with the -- well,

25  who's it from at the top?

1    A    It's from Western State Lea Stamey.  I think it's

2  just too long; it's cut off here on the top of the message.

3    Q    And who was Stamey sending this message to?

4    A    To the "Old Leadership" Signal chat.

5    Q    And how did he address the group?

6    A    He said, "Good afternoon, patriots.

7  I'm Paul Stamey, NC OK's been in this group a while.  Lots

8  of good intel comes out here.  We need to link up across the

9  nation.  The gauntlet was thrown down yesterday.

10  It would be nice to know who I was communicating with.

11  God bless you and yours and God bless America."

12    Q    Now, remind us; have you reviewed surveillance

13  video from the Comfort Inn in Ballston?

14    A    Yes.

15    Q    And where was Paul Stamey on January 6th?

16    A    At the Comfort Inn.

17    Q    Thank you.

18         Now, have you also reviewed messages from various

19  devices and accounts related to what people said about their

20  actions on January 6th?

21    A    Yes, sir.

22    Q    We can go to Government's Exhibit 6734, please.

23         Does this exhibit contain several of those

24  messages?

25    A    It does.

```
1        Q    And have you compared them against the original

2   extractions?

3        A    I have.

4             MR. NESTLER:  Government moves into evidence 6734,

5   please.

6             MR. BRIGHT:  No objection.

7             MS. HALLER:  We would just raise the same

8   objection raised earlier as to slide 17.

9             THE COURT:  You'll have to forgive me.

10  I don't recall what slide.

11            MR. NESTLER:  It had a slur in it.

12            THE COURT:  Oh, all right.  That's overruled.

13                              (Government's Exhibit 6734
                                   received into evidence.)
14  BY MR. NESTLER:

15       Q    Okay.

16            So we're now looking at Government's Exhibit 6734,

17  starting on the afternoon of January 6th.

18            Who is this message from?

19       A    Mr. Caldwell.

20       Q    And who's it to?

21       A    Someone named Diann Tomblin.

22       Q    Diann Tomblin on the board here?

23       A    She is not.

24       Q    Okay.

25            And what did Thomas Caldwell write to
```

6035

```
 1   Diann Tomblin?
 2        A    "Post em up, please.  Sharon and I assaulted the
 3   Capitol."
 4        Q    Remind us who Sharon is.
 5        A    Mr. Caldwell's wife.
 6        Q    If we could go to the next message, please.
 7             At 5:54 p.m. later on January 6th, this is a
 8   message from Jessica Watkins; is that correct?
 9        A    Yes, sir.
10        Q    And who was she sending the message to?
11        A    Montana.
12        Q    Do you know who Montana is?
13        A    That's Mrs. Watkins' partner.
14        Q    And what did Watkins say to Montana at 5:54 p.m.
15   on January 6th?
16        A    "We were in the thick of it.  Stormed the Capitol.
17   Forced our way into the Senate and House.  Got tear-gassed
18   and muscled the cops back like Spartans."
19        Q    Have you reviewed video from the hallway inside of
20   the United States Capitol connecting the Rotunda to the
21   Senate Chamber?
22        A    I have.
23        Q    Can you generally describe for us what it showed.
24        A    Cops fighting with protesters, and pushing them
25   back.
```

1      Q    Do you know what Spartans are?

2      A    Warriors.

3      Q    If we could go forward now, please, from that same

4   device, Exhibit 192, there's a message from Jessica Watkins

5   to somebody else.

6           Do you see that?

7      A    Yes, sir.

8      Q    Who did she send this message to?

9      A    "Mom."

10     Q    And remind us why the name "Mom" is there.

11     A    Because this came from a phone, and that was just

12   the way that contact was saved within the phone.

13   BY MR. NESTLER:

14     Q    What did Watkins say to the person saved in her

15   phone as "Mom" at 5:58 p.m.?

16     A    She said, "I stormed the Capitol.  That's inside

17   the Rotunda."

18     Q    If we could go forward now, about an hour and a

19   half later at 7:05 p.m., we're at a different device.

20          Do you see that?

21     A    Yes, sir.

22     Q    And whose device was this message recovered from?

23     A    Mr. Meggs'.

24     Q    And who was Meggs sending this message to?

25     A    Someone named Bob Baker.

```
 1        Q    Is Bob Baker one of the individuals on the board?

 2        A    He is not.

 3        Q    At 7:05 p.m. on January 6th of 2021, what did

 4   Kelly Meggs say to Bob Baker?

 5        A    "We busted in."

 6        Q    And the next slide, please.

 7             How did Baker respond 4 minutes later at

 8   7:09 p.m.?

 9        A    "That's what they're kind of saying.  Was hoping

10   to see Nancy's head rolling down the front steps."

11        Q    Do you know who Nancy is, Agent Harris?

12        A    That Speaker of the House, Nancy Pelosi.

13        Q    And if we go forward, seconds later, what did

14   Kelly Meggs write back to Bob Baker?

15        A    "We looked ford her."

16        Q    Now, Agent Harris, have you reviewed surveillance

17   video and other video from inside the United States Capitol?

18        A    I have.

19        Q    From your review of that video, where did

20   Kelly Meggs spend most of his time inside of the Capitol?

21        A    He was near the area outside of the entrance

22   leading to Nancy Pelosi's office.

23        Q    If we could go forward, please, about 13 minutes

24   later, we're now looking at a different set of messages;

25   is that correct?
```

1      A      Yes.

2      Q      What are we looking at here?

3      A      This is a Parler post by Ms. Watkins.

4      Q      What's a Parler post?

5      A      Parler is a social media site.  It's similar to

6  Twitter or Facebook where you can just post publicly or --

7  and comment on other content that you see that's

8  been posted.

9      Q      And so what was it that Watkins posted on her

10  Parler page at 7:22 p.m.?

11      A      She said, "Yeah, we stormed the Capitol today.

12  Tear-gassed, the whole 9.  Pushed our way into the Rotunda.

13  Made it into the Senate even.  The news is lying (even Fox)

14  about the historical events we created today.

15  #StoptheSteal, #StormtheCapitol, #OathKeepers,

16  #OhioMilitia."

17      Q      We can go towards the next slide, please.

18             About a half-hour later, this is a different set

19  of messages; is that correct?

20      A      Yes.

21      Q      Who is it from?

22      A      Mr. Caldwell.

23      Q      Who is it to?

24      A      Someone named Jonathan.

25      Q      Is Jonathan a person on this board?

1    A    He is not.

2    Q    Okay.

3         What does Caldwell tell someone named Jonathan at

4    7:46 p.m. on the night of January 6th?

5    A    "This is the view from the west balcony after we

6    broke through all of the construction and made it upstairs

7    and inside.  Came out n Sharon helped people rinse tear gas

8    out of their eyes.  If we'd had guns, I guarantee we would

9    have killed 100 politicians.  They ran off and were spirited

10   away through their underground tunnels like the rats they

11   were."

12   Q    Remind us -- we spoke earlier this morning about

13   tunnels underneath the Capitol; is that correct?

14   A    Yes, sir.

15   Q    If we could go to next message, please.

16        At 7:49 p.m., is this -- where is this

17   message from?

18   A    Facebook.

19   Q    And down here at the bottom, you see 2002.

20        Do you know whose Facebook account that's

21   indicated?

22   A    Mr. Crowl.

23   Q    And remind us; did you also examine Mr. Caldwell's

24   Facebook account?

25   A    Yes, sir, I did.

 1        Q    Was this message located in Mr. Caldwell's

 2   Facebook return?

 3        A    It was not.

 4        Q    So only in Crowl's?

 5        A    Correct.

 6        Q    And what did Caldwell say to Crowl on

 7   Facebook Messenger at 7:49 p.m. on January 6th?

 8        A    "Us storming the Capitol [sic].  Please share.

 9   Sharon was right with me.  I am such an instigator.  She was

10   ready for it, man.  Didn't even mind the tear gas."

11        Q    Just to clarify at the top, it's "Us storming

12   the" -- what word?

13        A    "Castle."

14        Q    Thanks.

15             And if we could go to the next slide, please.

16             How did Caldwell continue, about three minutes

17   later, to Crowl?

18        A    "Proud Boys scuffled with cops and drove them

19   inside to hide.  Breached the doors.  One guy made it all

20   the way to the House floor, another to Pelosi's office.

21   A good time."

22        Q    Do you know who the Proud Boys are?

23        A    They're another militia group.

24        Q    And do you know who Pelosi is?

25        A    That's Speaker of the House, Nancy Pelosi.

1    Q    And if we could go forward, please.

2          About an hour and a half later, at 9:18 p.m. on

3    January 6th, this is a message from Caldwell to whom?

4    A    Someone named Florida Nancy Kahrs.

5    Q    Remind us in individual's phone -- well, why is

6    that name, Florida Nancy Kahrs, there?

7    A    Because that was the way it was saved in

8    Mr. Caldwell's phone.

9    Q    Is Florida Nancy Kahrs on the board we're looking

10   at here?

11   A    She is not.

12   Q    What did Caldwell say to this individual at

13   9:18 p.m.?

14   A    "Did you see us storm the Capitol today?  Sharon

15   is exhausted, and we'll give you the long version later.

16   But suffice it to say I am a rabble-rouser of the first

17   order and when provoked and attacked by the cops for no

18   reason as we were peacefully assembled, it was instinct to

19   snatch up my American flag and race for the Capitol steps

20   with while the patriots' stereos were blasting the song

21   'We're Not Going to Take It' and we were streaming --

22   screaming along as one.  I will send you now a sequence of

23   pics as we get there, climb through the construction and

24   scaffolding meant to stop us, up the stairway where they

25   were shooting tear gas and the grens after we were in as

6042

1   well as the view looking out from the balcony."

2          MR. NESTLER:  If we can go to the next slide,

3   please, Ms. Rohde.

4   BY MR. NESTLER:

5      Q    About a half hour later, what are we looking at

6   here?

7      A    This is a comment posted on Parler by

8   Mrs. Watkins.

9      Q    Now, I think we talked about Parler a minute ago,

10  and Ms. Watkins made a post on Parler.  What's a comment on

11  Parler?

12     A    Oh, just that.  It's a comment on a post.  You

13  know, she commented under something that someone else said.

14     Q    And what did she comment on Parler at 9:46 p.m. on

15  January 6th?

16     A    "We stormed the Capitol, personally.  Got

17  tear-gassed and everything.  We wouldn't back down in fear.

18  We are Americans."

19         MR. NESTLER:  And if we can go forward, please,

20  Ms. Rohde.

21  BY MR. NESTLER:

22     Q    About 12 minutes later, at 9:58 p.m., what kind of

23  message is this?

24     A    This is a direct message to someone named

25  Trees Shawn Pugh.

6043

1      Q     Who is it from?

2      A     Mr. Caldwell.

3      Q     That name, Trees Shawn Pugh, is that how the name

4  was saved in Mr. Caldwell's phone?

5      A     That's correct.

6      Q     What did Caldwell say to this person at 9:58 p.m.

7  on January 6th?

8      A     "Sharon and I stormed the Capitol, and I am proud

9  we did.  Pigs fired on a peaceful crowd.  Flash bangs and

10  tear gas into a group of school children.  Assholes on TV

11  calling us terrorists.  Fuck them.  Here's Sharon and me

12  closing, going through construction scaffolding, up the

13  stairs, and big grins and a nice view from the criminal

14  castle."

15      Q     And if we could go to the next slide, please.

16          Now, at 11:01 p.m., a little white later, someone

17  named Connie Meggs messaged.  What kind of message is this?

18      A     This is a text message.

19      Q     And who is it from?

20      A     Ms. Connie Meggs.

21      Q     And who is Connie Meggs?

22      A     The wife of Mr. Kelly Meggs.

23      Q     And who is she sending this message to?

24      A     Someone named Patty G.

25      Q     Can you tell from the exhibit number down here in

6044

```
 1    the bottom left where this message was extracted from?

 2         A    This came from T-Mobile.

 3         Q    And can you remind us why did the FBI have content

 4    of messages from T-Mobile?

 5         A    I believe for a period of time, T-Mobile was

 6    retaining the message content.

 7         Q    And did the FBI also examine Connie Meggs'

 8    cell phone?

 9         A    Correct.

10         Q    Was this message located inside of Connie Meggs's

11    cell phone?

12              MS. HALLER:  Objection to the leading nature of

13    the questions.

14              THE COURT:  It's overruled.

15              You can answer it.

16              THE WITNESS:  It was not.

17    BY MR. NESTLER:

18         Q    What does that mean for you?

19         A    It was most likely deleted.

20         Q    And what is it that Connie Meggs wrote to somebody

21    else on a text message that was later deleted on the evening

22    of January 6th of 2021?

23         A    "Antifa went up there dressed as Trumpers, but

24    Trump has heard about Mike Pence being the fagot, and

25    everyone went to the capital to stop the vote and police."
```

1     Q    If we can now go to the next slide, please.  Now

2   we're going forward one day to January 7th, Agent Harris.

3         So on January 7th at 2:45 p.m., who's this message

4   from?

5     A    Ms. Watkins.

6     Q    And where was this message sent to?

7     A    The "OK FL D.C. Op Jan. 6" chat.

8     Q    And what did Watkins say to that chat on the

9   afternoon of January 7th?

10    A    "Proud to go in with you all."

11    Q    And if we could go to the next slide about a

12  minute later, how did she follow it up?

13    A    She said, "I'd say I'll follow you into the gates

14  of hell, 'but we did that already,'" with an emoji.

15    Q    Remind us in this Signal group,

16  "OK FL D.C. Op Jan. 6th," were any of the defendants sitting

17  here members of that chat group in addition to Ms. Watkins?

18    A    Yes.  This is a Florida chat group.  So Mr. Meggs

19  and Mr. Harrelson were in that group.

20    Q    And is that indicated on the board her, 1530.1, on

21  the far left, second column?

22    A    Yes, it is.

23    Q    Thank you.

24         If we can go to next slide, please.

25         So now we're another day ahead, on January 8, and

1    who this was message from?

2        A    Mr. Caldwell.

3        Q    And who's it to?

4        A    Mr. Crowl.

5        Q    And where was this message recovered from?

6        A    Mr. Crowl's Facebook.

7        Q    Did you also review the content of Mr. Caldwell's

8    Facebook?

9        A    I did.

10       Q    Was this message located there?

11       A    No, sir.

12       Q    And what is it that Caldwell said to Crowl on

13   Facebook Messenger on the evening of January 8th?

14       A    "We followed a mob of Trump supporters as they

15   broke into the Capitol.  More Insider news," followed by a

16   YouTube link.

17            He followed up by saying, "I briefly appear at the

18   2:24 mark before the assault."

19       Q    Have you clicked on that YouTube link?

20       A    I have.

21       Q    What does it take you to?

22       A    A video.

23       Q    And have you watched that video?

24       A    Yes, sir.

25            MR. NESTLER:  And I'm now going to pull up on the

```
 1    screen Government's Exhibit 1105 for Agent Harris, and the
 2    government would seek the admission of this exhibit pursuant
 3    to a business record certification.
 4              THE COURT:  All right.  1105 will be admitted.
 5                                   (Government's Exhibit 1105
 6                                      received into evidence.)
 7              MR. NESTLER:  If we can go back to the beginning,
 8    please, Ms. Rohde.
 9    BY MR. NESTLER:
10        Q    And did you go to the 2:24 mark of that YouTube
11    video?
12        A    Yes, sir.
13        Q    And did you see anybody of note?
14        A    Mr. Caldwell.
15        Q    And the video we're looking at here, is this a
16    snippet from that larger video?
17        A    It is.
18        Q    And can you tell, based on looking at the
19    surrounding circumstances and this monument behind his man's
20    head, approximately where this is?
21        A    I believe that's the peace movement.
22        Q    And if we could play this forward, please.
23             (Video played)
24              MR. NESTLER:  Can you play it again, please,
25    Ms. Rohde.  Make sure we capture the audio at the beginning.
```

1              (Video played)

2    BY MR. NESTLER:

3        Q    Could you tell what Mr. Caldwell was doing with

4    his right arm when he was speaking?

5        A    He was pointing towards the Capitol.

6             MR. NESTLER:  We can go back, please, Ms. Rohde,

7    to Government's Exhibit 6734.

8             If we can go to the next slide, please.

9    BY MR. NESTLER:

10       Q    Later that evening, on January 8th of 2021, at

11   10:26 p.m., what are we looking at here?

12       A    This is a link of a Facebook video that he sent

13   from -- Mr. Caldwell sent to Doug Smith.

14       Q    And where was this recovered from?  Can you tell

15   by the exhibit number on the bottom left?

16       A    Mr. Caldwell's phone.

17       Q    And that S, does that indicate what kind of

18   message it was?

19       A    Yes.  Signal.

20       Q    So it's a Signal message from Mr. Caldwell's

21   phone?

22       A    Yes.

23       Q    And Doug Smith, remind us who he is.

24       A    He's a -- he goes by Ranger Doug.  He's another

25   Oath Keeper.

1      Q    And is he indicated on the top right-hand corner

2  of the board over here, 1530.1?

3      A    Yes, sir.

4      Q    And what was it that Tom Caldwell sent to

5  Doug Smith on Signal on the evening of January 8th of 2021?

6      A    It was this link to a video by, as you see here,

7  N2S, which is News2Share.  It's the name of the news outlet.

8  And the title of the video was "Police Battle Trump

9  Supporters Storming Capitol."

10     Q    And have you clicked on that Facebook link?

11     A    I have.

12     Q    Did it take you to a video from News2Share?

13     A    It does.

14     Q    Generally, what did that video show.

15          Just what was going on that day, the protesters at

16  the Capitol.

17          MR. NESTLER:  Could we pull up, please, 1051.1,

18  already in evidence?

19  BY MR. NESTLER:

20     Q    And is this a small portion of that much larger

21  News2Share video?

22     A    Yes, it is.

23          MR. NESTLER:  If we could just play this forward

24  for about 15 seconds, please, Ms. Rohde.

25          (Video played)

```
1              MR. NESTLER:  If we could stop it there, about
2    15 seconds.
3    BY MR. NESTLER:
4        Q    Did you see any of the defendants enter the frame?
5        A    I did.
6        Q    Which defendants do you see in this video?
7        A    Mr. Harrelson walked past.  And then Mr. Meggs
8    followed behind, who -- this is his back here in the frame.
9              MR. NESTLER:  If we could go back, please, to
10   6734, please, Ms. Rohde.
11             If we can go to the next slide after Caldwell's
12   message to Smith at 10:26 p.m., now five minutes later.
13   BY MR. NESTLER:
14       Q    What's Caldwell's next message to Doug Smith at
15   10:31 p.m.?
16       A    "We were stuck on the west side and fought our way
17   up.  Looks like you guys did great work on the east.  Saw a
18   good vid from Ohio gang, and they appear fairly early on in
19   the vid I just sent."
20       Q    Remind us; where was Jessica Watkins and
21   Donovan Crowl from?
22       A    Ohio.
23       Q    And remind us which side of the Capitol building
24   Stack 1 entered the building from.
25       A    The east.
```

1      Q    We can go to next slide, please.

2           So now another day later, on January 9th, what was

3      it that Doug Smith wrote back to Tom Caldwell?

4      A    "Sounds good.  I'll get back to you soon,

5      Tig Tiegen, the hero of Benghazi, had his men get up with me

6      this morning.  They want me to leave Stewart and bring the

7      Oath Keepers with me and join them.  If Stewart doesn't show

8      his face today, I believe we will be leaving.  I'll talk to

9      you soon."

10     Q    And remind us what Defendants Rhodes' first

11     name is.

12     A    Stewart.

13     Q    If we can go to the next slide, please.

14          What did Caldwell say back to Doug Smith the

15     morning of January 9th?

16     A    "Roger."

17          MR. NESTLER:  Thank you, Agent Harris.  No further

18     questions.

19          THE COURT:  Can I ask you all to get on the phone,

20     please.

21          (Bench conference)

22          THE COURT:  So what's the position of the parties

23     with respect to the statements in that exhibit?  I mean,

24     what limiting instructions should I give, if any?

25          MS. HALLER:  I think, Your Honor -- thank you for

```
 1   raising that.
 2             We should have said it right away.
 3             We would respectfully request that it be limited
 4   as Your Honor did earlier.
 5             MR. CRISP:  To the individual defendants since
 6   their post statements to the extent that it only implicates
 7   them.
 8             MR. NESTLER:  Our position is that many of these
 9   statements are statements against penal interest; and they
10   would, therefore, be admissible against not just the
11   declarant but others.  The one notable example of that is
12   Connie Meggs' statement.  It's a statement against penal
13   interest that would come in against all of the defendants.
14             THE COURT:  All right.  I didn't want to -- well,
15   why don't we just take our lunch break, and then we'll
16   figure it out.  Okay?
17             MS. HALLER:  Yes, sir.
18             MR. NESTLER:  Yes, sir.
19             (Open court)
20             THE COURT:  All right.  Ladies and gentlemen, we
21   are going to take our lunch break.  It's now 12:30.  We will
22   return at 1:30.  We look forward to seeing you then.
23             Thank you, all.
24             COURTROOM DEPUTY:  All rise.
25             (Jury exited the courtroom.)
```

```
 1              THE COURT:  Special Agent Harris, you can step
 2    down.  I'll just remind you not to discuss your testimony
 3    during the lunch break.  Thank you.
 4              THE WITNESS:  Thank you.
 5              THE COURT:  Have a seat, everybody.
 6              Okay.  Thoughts from the defense that some if not
 7    all of these statements are statements against penal
 8    interest?
 9              MS. HALLER:  Your Honor, as to which message we're
10    talking about?
11              THE COURT:  All of them.
12              MS. HALLER:  All of them.
13              THE COURT:  I'm sorry?
14              MR. BRIGHT:  The entire Exhibit 6734?
15              THE COURT:  Correct, 6734.
16              Look, just as a -- these are all statements
17    primarily by Mr. Caldwell and Mr. Watkins -- Ms. Watkins,
18    excuse me, primarily of sort of descriptions of conduct
19    earlier in the day largely to third parties, although there
20    are some interspersed here with other co-conspirators,
21    including Mr. Caldwell to Mr. Crowl and Ms. Watkins to the
22    "OK Florida D.C. Op" chat.
23              So views on why these aren't statements against
24    penal interest?
25              MS. HALLER:  Your Honor, if I may?
```

1          The challenge we have with the message is -- in

2     6734 is that they're all taken out of context, and they look

3     back at the way they are.  And we're not disputing that they

4     can be construed as admissions.  But because they're like

5     put together the way they are, it's very hard to speak to

6     them without speaking to each one.

7          But I would say the majority of them are not said

8     to these defendants.  They're said to other people that are

9     outside of the alleged conspiracy.  So the challenge with

10    the statements is that most of these are said to people and

11    they're just factfully bloviating, you know, to Mom, to

12    whoever, and making statements -- like Mr. Caldwell wasn't

13    actually inside, but he makes statements kind of being, I

14    would suggest bluster, about the fact that he had some kind

15    of role.

16         The challenge is they're seeking to use these as

17    statements for the conspiracy.

18         THE COURT:  No, they're not.

19         MS. HALLER:  That's hard because they're not --

20         THE COURT:  They're not.  They're not using them

21    for statements of the conspiracy.

22         Statements against penal interest is defined as a

23    statement that a reasonable person in the declarant's

24    position would have made only if the person believed it to

25    be true because when made, it was so contrary to the

1   declarant's proprietary or pecuniary interest or had so

2   great a tendency to invalidate the declarant's claim against

3   someone else or to expose the declarant to civil or criminal

4   liability and is supported by corroborating circumstances

5   that clearly indicate its trustworthiness if it is offered

6   in a criminal case as one that tends to expose the declarant

7   to criminal liability.

8            MS. HALLER:  Your Honor, I can represent that

9   I know Ms. Meggs, as far as her message goes, was just

10  repeating what she heard on the news.  She did not know what

11  ECA, and you'll see her messages prior to the 6th or on the

12  6th she --

13           THE COURT:  Let's leave Ms. Meggs to the side for

14  a moment --

15           MS. HALLER:  Okay.

16           THE COURT:  -- because, frankly, that could come

17  in for a different reason, which is that she deleted the

18  message.  I can't remember where -- where did it actually

19  come from?

20           MS. HALLER:  She didn't delete it.

21           No.  It was a message to a woman outside of the

22  conspiracy.  It was found in her text messages.  It was not

23  deleted.

24           MR. NESTLER:  It was not located on her phone,

25  suggesting that she deleted it.  Was located from T-Mobile.

```
 1              MS. HALLER:  No.  Verizon doesn't keep content
 2    messages.  Ms. Meggs and Mr. Meggs have Verizon.  They got
 3    it from T-Mobile because the other person had T-Mobile.
 4              THE COURT:  Right, but you're -- the phone does
 5    not have the text message on it --
 6              MS. HALLER:  The challenge --
 7              THE COURT:  -- meaning she deleted it, at least
 8    that seems to be the inference, that she deleted it from her
 9    phone.
10              MS. HALLER:  Your Honor, it's not that simple.
11              The phones don't keep your messages after a
12    certain time period, depending on your carrier.  So you can
13    scroll down in your text messages to someone you sent a
14    message to, and it won't necessarily be there.
15              She did not -- I do not believe this is a
16    message --
17              THE COURT:  All right.  Let's leave Ms. Meggs'
18    statement out of this for a moment.
19              MS. HALLER:  All right.
20              THE COURT:  Let's just -- every other statement
21    here, arguably -- and I'm open to hearing argument
22    otherwise -- it's an odd thing, I mean, in terms of
23    co-conspirator statements, you know, we're told that sort of
24    retrospective, backward-looking descriptions of what
25    happened, those aren't in furtherance of.  But if those
```

1    things do describe criminal conduct, then they arguably do

2    fall in the exception for statement against penal interest.

3              You know, the difference obviously, is that

4    somebody needs to be unavailable for statement against penal

5    interest, but it seems to me that one sort of neutralizes

6    the other.

7              But in any event --

8              MS. HALLER:  Can we do some research on this,

9    Your Honor?  Because I do believe these statements to be

10   admitted as statements against penal interest is quite

11   significant in the fact that they're not said -- you know,

12   the way someone says something to their mom or the way

13   someone says something to a friend outside isn't necessarily

14   an admission where you're talking about -- you know, the

15   context of a statement against penal interest.  So I would

16   ask that we can do some quick research to look at these

17   statements on an individual basis.

18             THE COURT:  Okay.  I mean, look, the bottom line

19   is, each one of these statements are made to third parties.

20   They establish that the declarant, who in most cases is

21   either Mr. Caldwell or Ms. Watkins, and actually Mr. Meggs

22   at least in one instance, these are statements they made

23   that confirm or admit that they were physically present at

24   the Capitol.

25             In some cases they admit that they went into the

1    building.  Some cases they admit what they did while they

2    were in the building.  And all of them are arguably

3    inculpatory, at least as to the charges that are made here.

4            MS. HALLER:  The challenge, Your Honor, is that

5    the statements sound bad, cold, on the ground and in

6    hindsight.

7            THE COURT:  Ms. Haller --

8            MS. HALLER:  Yes.

9            THE COURT:  -- you know at this point that that's

10   not a valid basis to keep them out.  If you've got

11   statements to complete these, to put them in some different

12   context, you are more than welcome to bring them in.

13           If clients want to take the stand, defendants want

14   to take the stand and explain those statements, that's okay,

15   too.

16           This is a question of are they admissible and how

17   they're admissible and against whom they're admissible.  So

18   if you all want a few minutes to talk about it and figure it

19   out over lunch, that's fine.

20           We also have some other exhibits we need to talk

21   about, right, Mr. Fischer?

22           And so why don't we plan to -- I will shorten

23   everybody's lunch break and ask everybody to come back at

24   1:15 so we can get as much of this done before the jury

25   comes back.

1          Thank you, everyone.

2          Counsel, we've got a 1:00 with some other

3    in-custody defendants.  So just -- I think you can leave

4    what's on the table.  But if there's anything in particular,

5    talk to the Marshals to make sure they're okay with whatever

6    is staying on there for their purposes, okay?

7          Thank you, everyone.

8          DEPUTY CLERK:  Thank you.

9          (Recess from 12:41 p.m. to 1:15 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 1, 2022_____    

       William P. Zaremba, RMR, CRR

6061

**BY MR. NESTLER:**
**[69]** 5930/23 5931/24
5932/7 5932/22
5933/12 5935/1 5938/3
5939/22 5941/20
5943/9 5944/7 5944/22
5945/25 5947/9 5948/9
5950/9 5954/23 5973/7
5973/11 5974/8
5975/25 5978/3 5979/5
5979/14 5981/10
5984/17 5986/9 5987/9
5990/6 5990/13
5990/24 5991/9
5991/16 5992/4 5996/5
5996/17 5998/14
6000/5 6002/2 6003/21
6004/8 6007/1 6007/11
6010/15 6010/25
6011/19 6012/4
6013/13 6014/1 6016/1
6020/11 6021/9
6022/23 6023/8
6023/24 6024/4
6031/14 6032/12
6034/14 6036/13
6042/4 6042/21
6044/17 6047/9 6048/2
6048/9 6049/19 6050/3
6050/13

**COURTROOM**
**DEPUTY: [10]** 5903/2
5903/5 5929/24
5930/11 5930/13
5960/11 5972/11
6018/12 6018/19
6052/24

**DEPUTY CLERK: [1]**
6059/8

**MR. BRIGHT: [12]**
5925/22 5927/14
5927/23 5928/2
5968/23 5969/15
5974/4 5981/4 5986/5
6010/21 6034/6
6053/14

**MR. CRISP: [21]**
5928/15 5929/1 5929/4
5962/24 5963/11
5963/19 5963/23
5964/3 5964/21 5965/4
5965/6 5965/15
5965/19 5965/24
5966/5 5966/9 5966/16
5966/20 5989/25
6018/23 6052/5

**MR. FISCHER: [29]**
5904/2 5906/2 5906/13
5906/25 5907/3 5907/5
5910/8 5911/4 5912/9
5913/2 5913/7 5914/4
5914/15 5918/3
5918/15 5918/21
5919/7 5922/1 5922/10
5922/15 5924/15
5924/20 5924/25
5925/6 5925/17

---

5949/17 5951/5
**MR. GEYER: [7]**
5926/10 5961/23
5962/5 5962/18
5970/12 5971/7
5971/12
**MR. LINDER: [5]**
5967/3 5967/21
5967/24 5968/4
5968/15
**MR. MANZO: [4]**
5919/11 5921/4
5921/10 5921/23
**MR. NESTLER: [133]**
5907/13 5908/19
5908/24 5909/4
5909/20 5912/10
5913/9 5913/25 5914/7
5914/12 5915/24
5916/9 5916/13
5916/21 5917/9
5917/12 5918/10
5922/6 5922/19
5922/23 5923/12
5924/10 5924/14
5926/9 5927/2 5927/20
5928/8 5928/11
5928/20 5929/9
5929/21 5930/8
5931/17 5932/2 5932/5
5932/20 5933/5
5934/19 5934/25
5938/1 5939/20
5941/16 5943/5 5944/5
5944/14 5945/18
5945/23 5947/7 5948/4
5949/9 5949/15
5949/19 5951/7
5951/21 5952/6
5952/12 5953/10
5953/23 5954/5
5954/18 5954/21
5959/24 5971/22
5972/8 5972/10 5973/6
5973/9 5974/2 5975/23
5977/25 5979/2
5979/12 5980/23
5981/6 5983/25 5984/8
5984/13 5986/1 5987/7
5989/22 5990/3 5990/9
5990/12 5990/21
5991/4 5991/7 5991/13
5992/2 5996/3 5996/12
5998/5 5998/11 6000/3
6002/1 6003/19 6004/6
6006/24 6007/8
6010/12 6010/19
6011/16 6012/2
6013/11 6013/17
6015/18 6015/21
6015/24 6018/4
6018/25 6019/3 6021/4
6022/2 6023/2 6023/22
6024/2 6031/13
6032/10 6034/4
6034/11 6042/2
6042/19 6046/25

---

6049/17 6049/23
6050/1 6050/9 6051/17
6052/8 6052/18
6055/24
**MS. HALLER: [37]**
5922/17 5922/24
5923/21 5924/9
5924/11 5933/9
5949/23 5950/1 5950/4
5951/17 5952/11
5954/19 5981/3 5984/6
5998/10 6013/19
6013/22 6023/4 6031/9
6034/7 6044/12
6051/25 6052/17
6053/9 6053/12
6053/25 6054/19
6055/8 6055/15
6055/20 6056/1 6056/6
6056/10 6056/19
6057/8 6058/4 6058/8
**THE COURT: [156]**
5903/4 5903/22
5905/25 5906/12
5906/21 5907/2 5907/4
5907/11 5908/17
5908/21 5909/3
5909/19 5910/7 5911/3
5911/5 5912/23 5913/6
5913/15 5914/6
5914/11 5914/14
5915/14 5916/7
5916/10 5916/20
5916/22 5917/11
5917/25 5918/4
5918/11 5918/19
5919/5 5919/9 5920/18
5921/6 5921/11
5921/24 5922/3 5922/8
5922/11 5922/21
5924/4 5924/12
5924/17 5924/23
5925/5 5925/8 5925/18
5926/16 5927/13
5927/25 5928/6 5928/9
5928/14 5928/22
5929/3 5929/7 5929/16
5929/22 5930/1
5930/14 5933/10
5934/22 5944/18
5949/18 5949/20
5949/25 5950/2 5950/5
5951/6 5951/10
5951/14 5951/18
5952/2 5952/7 5952/25
5953/15 5954/1
5954/13 5960/3
5960/13 5962/3 5962/6
5962/21 5963/10
5963/12 5963/20
5963/25 5964/19
5964/22 5965/5
5965/14 5965/16
5965/20 5966/2 5966/8
5966/10 5966/17
5967/2 5967/18
5967/23 5968/1 5968/5

---

5969/17 5971/2
5971/10 5971/13
5972/2 5972/9 5972/13
5974/5 5981/2 5981/5
5981/7 5984/5 5984/10
5986/6 5990/1 5998/7
6001/23 6010/22
6013/23 6015/16
6015/20 6018/7
6018/14 6018/21
6019/2 6021/6 6023/5
6034/9 6034/12
6044/14 6047/4
6051/19 6051/22
6052/14 6052/20
6053/1 6053/5 6053/11
6053/13 6053/15
6054/18 6054/20
6055/13 6055/16
6056/4 6056/7 6056/17
6056/20 6057/18
6058/7 6058/9
**THE WITNESS: [4]**
5930/15 6015/23
6044/16 6053/4

**$**
**$408.82 [1]** 6012/1

**,**

**'21 [8]** 5974/10 5978/10
5996/7 6002/17
6003/14 6016/8 6025/3
6032/16
**'bout [1]** 5956/3
**'but [1]** 6045/14
**'em [3]** 5938/10 5940/1
5958/17
**'freedom.' [1]** 5955/6
**'over.' [1]** 6026/9
**'they [1]** 6014/12
**'We're [1]** 6041/21

**-**

**-61 [1]** 5990/1

**.**

**.1 [1]** 6022/21
**.T [1]** 5918/22

**0**

**08077 [1]** 5899/9
**0826 [1]** 5899/14

**1**

**1/15 [1]** 5958/24
**1/15/2021 [1]** 5957/19
**1/21/21 [1]** 6009/3
**1/6 [1]** 5923/25
**10 [4]** 5903/9 5905/12
5993/12 6018/10
**10-19 [1]** 6010/8
**100 [2]** 5938/22 6039/9
**1051.1 [1]** 6049/17
**1081 [1]** 5984/1
**1081.1 [2]** 5984/1
5984/2
**1081.A [2]** 5984/10

---

**10:26 [2]** 6048/11
6050/12
**10:31 [1]** 6050/15
**10th [1]** 5921/9
**11 [2]** 5920/21 5949/18
**1101.2 [1]** 5979/3
**1103.1 [1]** 5979/12
**1103.2 [1]** 5980/11
**1105 [3]** 6047/1 6047/4
6047/5
**111 [1]** 5990/15
**1110 [3]** 5986/2 5986/6
5986/7
**1112 [1]** 6020/4
**1112.2 [5]** 5949/10
5949/16 5949/19
5950/5 5950/7
**1179 [1]** 5977/15
**11:01 [1]** 6043/16
**11:01 p.m [1]** 5923/25
**11:18 [1]** 6003/22
**11:20 [2]** 6016/7
6016/15
**11:20:42 [1]** 6016/20
**11:23 [1]** 6017/1
**11:31 p.m [1]** 6017/12
**11:35 [1]** 6018/9
**11:37 a.m [1]** 6018/18
**11:38 p.m [1]** 6017/17
**11:55 a.m [1]** 6018/18
**11th [4]** 5920/25
5921/8 5921/8 5921/12
**12 [2]** 5991/10 6042/22
**12:00 [1]** 6018/10
**12:30 [1]** 6052/21
**12:41 [2]** 5935/20
5936/1
**12:41 p.m [1]** 6059/9
**12:43 [1]** 5936/6
**12:44 [1]** 5936/8
**12:47 [1]** 5936/11
**12:50 [1]** 6032/14
**12:54 [1]** 5936/21
**12:56 [1]** 5936/24
**12th [1]** 5931/3
**13 [2]** 5987/19 6037/23
**13th [1]** 5931/4
**14 [1]** 5985/2
**1460 [1]** 5898/12
**14th [1]** 6015/8
**15 [7]** 5897/4 5903/6
5958/24 5988/21
6002/22 6005/9
6049/24
**15 seconds [1]** 6050/2
**1500 [1]** 5943/5
**1530 [7]** 5931/18
5933/25 5935/16
5973/14 5981/21
5988/2 6027/19
**1530.1 [2]** 6045/20
6049/2
**1532 [1]** 6015/22
**17 [2]** 5923/7 6034/8
**17110 [1]** 5898/15
**17th [2]** 6014/2 6015/2
**18 [1]** 6012/24

**1**

**19 [2]** 5985/8 6010/8
**192 [1]** 6036/4
**1:00 [1]** 6059/2
**1:15 [1]** 6058/24
**1:15 p.m [1]** 6059/9
**1:18 [1]** 5937/1
**1:21 [2]** 5937/4 5937/7
**1:30 [1]** 6052/22
**1:34 [1]** 5937/11
**1:38 [1]** 5938/4
**1:39 [1]** 5938/5
**1:40 [1]** 5938/11
**1:42 [1]** 5938/21
**1:43 [1]** 5939/1
**1:44 [4]** 5939/8
  5939/13 5939/14
  5939/23
**1:45 [1]** 5939/25
**1:48 [2]** 5940/3 5940/6

**2**

**20 [4]** 5905/19 5991/5
  5991/17 6030/17
**20-plus [1]** 5905/24
**200 [1]** 5976/6
**20001 [1]** 5900/5
**20001.T.129 [1]**
  5934/13
**20002.T.61 [1]** 5918/18
**2001.T.129 [3]** 5934/20
  5934/23 5951/9
**2001.T.129.041 [1]**
  5954/22
**2001.T.129.1 [2]**
  5934/22 5972/21
**2002 [2]** 6007/21
  6039/19
**2002.T.61 [1]** 5918/18
**2002T.61 [1]** 5918/22
**20036 [1]** 5899/5
**2006 [1]** 5899/4
**2010.2 [1]** 6011/11
**202 [3]** 5897/18 5899/5
  5900/5
**2020 [3]** 6012/18
  6012/25 6014/2
**2021 [16]** 5934/10
  5957/19 5973/15
  5977/16 6009/11
  6019/15 6019/23
  6020/6 6020/15
  6021/12 6022/8
  6023/13 6037/3
  6044/22 6048/10
  6049/5
**2022 [2]** 5897/5 6060/7
**20579 [1]** 5897/17
**20:19 [1]** 5977/16
**20th [1]** 6009/11
**21 [11]** 5897/7 5987/22
  5988/14 5992/16
  6005/2 6006/9 6008/15
  6009/3 6012/6 6021/11
  6025/11
**210 [3]** 6022/10
  6022/13 6022/18
**210.P [1]** 6022/21

**2105 [1]** 6023/5
  6023/5 6023/6
**21061-3065 [1]**
  5899/14
**2127 [1]** 5993/23
**214 [2]** 5898/5 5898/9
**2187 [4]** 5993/3 5993/7
  5993/9 5993/13
**22 [1]** 6011/5
**22-15 [2]** 5897/4
  5903/6
**22.P.2 [1]** 5943/10
**22.T.27.2883 [1]**
  5941/17
**22182 [1]** 6010/4
**23:08 [1]** 5910/22
**2410.1 [3]** 6010/13
  6010/20 6010/23
**2411.1 [1]** 5977/11
**25 [4]** 5905/19 5988/7
  5988/13 5989/11
**252-7277 [1]** 5897/18
**252-9900 [1]** 5898/5
**2615 [1]** 5899/5
**28 [2]** 5945/24 5946/14
**2:06 [1]** 5940/12
**2:08 [1]** 5940/16
**2:09 [1]** 5940/17
**2:10 [1]** 5940/19
**2:11 [1]** 5940/21
**2:12 [2]** 5941/1 5941/3
**2:19 [7]** 5909/14
  5909/15 5943/17
  5943/21 5943/24
  5945/20 5946/3
**2:24 [3]** 5994/18
  6046/18 6047/10
**2:38 [1]** 5995/2
**2:42 [1]** 5936/3
**2:45 p.m [1]** 6045/3
**2:48 [3]** 5941/5 5941/9
  5954/25
**2:49 [2]** 5955/4 5955/5
**2:50:58 [1]** 5946/15
**2:52 [2]** 5909/16
  5955/24
**2:52:57 [1]** 5909/21
**2:53 [2]** 5909/21
  5910/2
**2:53 p.m [1]** 5912/14
**2:53:08 [4]** 5904/12
  5904/13 5904/22
  5911/3
**2:53:35 [1]** 5904/7
**2:54 [1]** 5908/25

**3**

**30 [6]** 5917/17 5948/5
  5985/16 5995/11
  5998/12 5998/15
**30 days [1]** 6005/21
**300 [2]** 5899/13 5910/9
**3000H [1]** 6022/2
**3024 [1]** 6019/18
**3025 [1]** 6019/5
**3026 [1]** 6020/1
**3065 [1]** 5899/14
**31 [1]** 5908/6

**318 [1]** 5898/12
**31:40 [1]** 5908/11
**31:55 [1]** 5908/11
**31st [1]** 6024/9
**3249 [1]** 5900/5
**3300 [2]** 5898/3 5898/7
**333 [1]** 5900/4
**34 seconds [1]** 5947/8
**35 [5]** 5908/12 5940/12
  5941/5 5994/17
  6009/14
**352-2615 [1]** 5899/5
**354-3249 [1]** 5900/5
**36 [2]** 5994/6 5994/9
**37 [1]** 5910/3
**37-second [1]** 5908/21
**3:05 [1]** 5956/8
**3:06 [1]** 5956/12
**3:07 [2]** 5956/18
  5957/1
**3:08 [1]** 5956/20
**3:09 [1]** 5956/23
**3:12 [1]** 5957/2
**3:16 [1]** 5957/4
**3:18 [2]** 5957/10
  5957/12
**3:19 [3]** 5957/15
  5977/2 5977/6
**3:20 [3]** 5957/21
  5958/2 5958/6
**3:21 [2]** 5958/8
  5958/11
**3:22 [1]** 5958/22
**3:23 [2]** 5959/1 5959/3
**3:25 [4]** 5959/7
  5959/11 5959/14
  5974/9
**3:26 [2]** 5959/17
  5959/20
**3:28 [1]** 5975/13
**3:30 [3]** 5976/2
  5976/12 5978/9
**3:31 [1]** 5987/20
**3:44 [1]** 5987/21

**4**

**4 minutes [1]** 5977/7
**40 [2]** 5908/12 5992/17
**40 Virginia [1]** 6025/14
**403 [3]** 5962/25
  5965/15 5970/25
**4031 [1]** 5898/15
**410 [1]** 5899/14
**412-4676 [1]** 5898/16
**43 [1]** 5954/25
**44 [2]** 5994/24 5995/1
**45 [2]** 5936/13 5936/18
**45 seconds [1]** 5992/3
**4676 [1]** 5898/16
**487-1460 [1]** 5898/12
**4:09 [1]** 5988/13
**4:26 [2]** 5989/7
  5992/10
**4:50 [2]** 5989/11
  5992/11
**4:57 [1]** 5992/14
**4:58 [1]** 5992/21

**5**

**50 [2]** 5936/9 5958/2
**50P [1]** 5998/2
**50V [4]** 5998/4 5998/6
  5998/7 5998/8
**51 [1]** 5998/17
**52 [2]** 5977/7 5977/20
**5306 [1]** 6019/21
**5306.1 [4]** 5980/24
  5981/6 5981/7 5981/8
**56 [1]** 5981/5
**5707 [3]** 5933/6
  5933/10 5933/11
**5708 [1]** 5899/9
**586 [1]** 6011/2
**5:06 [1]** 6032/22
**5:09 p.m [1]** 5993/13
**5:11 [1]** 5993/17
**5:12 [1]** 5993/21
**5:21 [3]** 5994/3
  5994/14 5995/9
**5:43 [1]** 6024/19
**5:44 [2]** 6021/11
  6024/6
**5:45 [2]** 5943/7 5943/8
**5:46 a.m [1]** 6024/15
**5:54 [2]** 6035/7
  6035/14
**5:56 [1]** 5995/11
**5:58 [1]** 6036/15
**5th [1]** 6023/13

**6**

**60 [1]** 5992/17
**601 [2]** 5897/17 5899/3
**607-5708 [1]** 5899/9
**61 [1]** 5990/1
**6615A [1]** 6012/15
**6615B [1]** 6012/23
**67 [1]** 5922/2
**6730 [1]** 6003/19
**6731 [2]** 5994/17
  5995/1
**6732 [15]** 5960/2
  5973/10 5973/18
  5974/3 5974/5 5974/6
  5977/25 5987/17
  5992/8 5995/7 6000/4
  6004/6 6012/2 6015/25
  6018/5
**6733 [6]** 6020/13
  6020/18 6021/5 6021/6
  6021/7 6024/3
**6734 [13]** 5923/7
  5927/3 5927/15 5928/3
  6033/22 6034/4
  6034/13 6034/16
  6048/7 6050/10
  6053/14 6053/15
  6054/2
**6740 [1]** 5976/25
**6757 [6]** 5909/7
  5917/10 5944/6
  5944/15 5944/20
  5944/21
**6759 [4]** 6013/12

**6013/18** 6013/23
  6013/24
**6760 [6]** 5989/20
  5989/23 5990/1 5990/4
  5990/7 6019/11
**6761 [4]** 5989/23
  5990/4 5990/25
  6019/11
**6843 [1]** 6022/11
**6:00 [2]** 6005/18
  6024/13
**6:00 p.m [1]** 5955/23
**6:05 [2]** 5996/6
  5996/15
**6:13 [3]** 5997/12
  5997/16 6000/7
**6:19 [4]** 6001/2
  6001/14 6002/4
  6002/15
**6:22 [1]** 6002/15
**6:36 [1]** 6003/4
**6:40 [2]** 6003/13
  6004/9
**6th [40]** 5919/2
  5919/15 5919/16
  5921/4 5921/22
  5923/4 5934/9 5937/17
  5941/14 5954/12
  5966/12 5966/19
  5970/18 5973/14
  5977/6 5977/16
  6000/15 6011/9
  6011/22 6012/5
  6015/12 6017/18
  6019/15 6019/23
  6020/6 6033/15
  6033/20 6034/17
  6035/7 6035/15 6037/3
  6039/4 6040/7 6041/3
  6042/15 6043/7
  6044/22 6045/16
  6055/11 6055/12

**7**

**7 minutes [1]** 6017/18
**7 p.m [1]** 6005/4
**700 [2]** 5898/4 5898/8
**7083 [1]** 5931/21
**71301 [1]** 5898/11
**717 [1]** 5898/16
**720-7777 [1]** 5898/9
**720p [1]** 6003/24
**7277 [1]** 5897/18
**73.V.3 [1]** 5998/22
**7310 [1]** 5899/13
**75219 [2]** 5898/4
  5898/8
**7777 [1]** 5898/9
**787-0826 [1]** 5899/14
**7:05 p.m [2]** 6036/19
  6037/3
**7:08 [2]** 6004/10
  6004/17
**7:08 p.m [1]** 6004/23
**7:09 p.m [1]** 6037/8
**7:15 [1]** 6005/1
**7:22 p.m [1]** 6038/10
**7:30 p.m [1]** 6005/10

**7:32 [1]** 6005/17
**7:33 [1]** 6025/11
**7:34 a.m [2]** 6025/21
6025/23
**7:36 a.m [1]** 6026/6
**7:38 [1]** 5941/24
**7:41 p.m [1]** 6006/8
**7:46 p.m [1]** 6039/4
**7:49 p.m [2]** 6039/16
6040/7
**7:52 p.m [1]** 6007/18
**7th [10]** 5921/2
6012/25 6020/15
6021/12 6021/20
6027/21 6032/14
6045/2 6045/3 6045/9

**8**

**8 minutes [1]** 6005/1
**8 seconds [1]** 5932/6
**801 [1]** 5924/15
**8133 Leesburg [1]**
6010/4
**819 [1]** 5898/11
**856 [1]** 5899/9
**89 [5]** 5918/16 5918/18
5918/21 5918/24
5919/12
**8:00 a.m [1]** 6026/15
**8:02 [1]** 6026/11
**8:02 a.m [1]** 6026/15
**8:40 [1]** 6009/18
**8:45 [1]** 6010/1
**8:48 [1]** 6010/6
**8:55 [3]** 6027/21
6028/7 6028/19
**8:56 [1]** 6028/21
**8:57 [1]** 6029/8
**8th [6]** 5921/1 5921/10
6011/24 6046/13
6048/10 6049/5

**9**

**90-degree [1]** 5917/23
**900 [1]** 5899/4
**9900 [1]** 5898/5
**9:00 [3]** 6011/9 6027/8
6027/9
**9:03 [1]** 6026/17
**9:08 [1]** 6016/3
**9:08 p.m [1]** 6012/5
**9:12 [3]** 6030/1
6030/15 6031/3
**9:15 [1]** 5897/6
**9:18 p.m [2]** 6041/2
6041/13
**9:35 [2]** 6030/16
6031/20
**9:46 p.m [1]** 6042/14
**9:58 p.m [2]** 6042/22
6043/6
**9th [3]** 6022/8 6051/2
6051/15

**A**

**a.m [30]** 5897/6
6003/22 6005/18

6021/11 6024/6
6024/13 6024/15
6024/19 6025/11
6025/21 6025/23
6026/6 6026/11
6026/15 6026/15
6026/17 6027/8 6027/9
6027/21 6028/7
6028/19 6028/21
6029/8 6030/1 6030/15
6030/16 6031/3
6031/20
**Aaron [4]** 5996/23
5997/1 5997/24 5999/7
**Aaron Stone's [4]**
5996/23 5997/1
5997/24 5999/7
**able [10]** 5907/23
5908/2 5909/5 5909/17
5909/24 5915/6 5916/4
5925/2 5997/3 6000/16
**about [130]** 5904/24
5905/11 5905/18
5905/19 5905/24
5907/6 5908/1 5908/4
5908/11 5908/12
5908/21 5909/13
5909/16 5909/18
5909/21 5910/3 5910/9
5910/11 5911/20
5913/4 5916/17 5917/3
5921/8 5921/21
5923/23 5926/22
5927/5 5928/16 5932/5
5932/8 5939/8 5941/4
5941/5 5941/14
5943/24 5944/9
5945/23 5946/14
5948/5 5950/14
5951/11 5959/20
5961/9 5961/20 5962/7
5966/19 5975/1 5975/4
5975/13 5980/9
5985/16 5987/19
5988/5 5988/13
5988/21 5989/7
5989/11 5990/17
5991/5 5992/14
5993/12 5993/17
5994/3 5994/22 5995/4
5995/11 5995/18
5996/6 5998/12
5998/15 5998/18
6001/4 6001/4 6001/5
6001/16 6002/16
6002/22 6003/13
6003/17 6004/25
6005/9 6005/22 6006/7
6007/12 6007/18
6008/14 6009/1
6009/14 6009/21
6010/9 6011/4 6013/7
6014/2 6014/22 6016/7
6016/19 6016/25
6017/12 6017/17
6022/6 6024/10
6024/18 6025/2 6025/9

6030/7 6032/13
6032/22 6033/19
6036/18 6037/23
6038/14 6038/18
6039/12 6040/16
6041/2 6042/5 6042/9
6042/22 6044/24
6045/11 6049/24
6050/1 6053/10
6054/14 6057/14
6058/18 6058/21
**above [5]** 5947/13
5950/19 5980/20
5983/11 6060/4
**above-titled [1]** 6060/4
**absolutely [3]** 5906/16
5922/10 5956/6
**abundantly [1]**
5915/15
**accept [1]** 6013/3
**according [3]** 5920/24
5946/15 6015/2
**account [5]** 5934/9
5934/16 5962/1
5970/21 6007/25
6008/3 6039/20
6039/24
**accounts [4]** 5970/15
5973/23 5973/23
6033/19
**accuracy [1]** 5917/3
**accurate [2]** 5934/15
5973/25
**accurately [1]** 6020/25
**accused [1]** 5962/11
**accusing [1]** 5915/4
**acknowledge [2]**
5976/14 6013/4
**ACP [2]** 5936/13
5936/18
**acquainted [1]**
5932/15
**acquisition [1]**
6022/15
**across [4]** 5974/24
5975/22 6023/19
6033/8
**act [8]** 5921/3 5962/10
5963/14 5965/8
5971/18 5973/4
5995/20 6018/1
**action [5]** 5995/21
6006/21 6009/3 6009/5
6009/7
**actions [5]** 5921/21
5923/17 5960/24
5961/9 6033/20
**activities [1]** 5905/23
**activity [3]** 5905/23
5926/14 5961/24
**acts [3]** 5961/1 5961/3
5965/2
**actual [3]** 5961/18
5961/19 5977/8
**actually [10]** 5904/13
5911/17 5916/16
5952/19 5953/8 5991/8

6055/18 6057/21
**addition [2]** 5963/16
6045/17
**additional [2]** 5944/11
6027/19
**address [3]** 5924/16
6026/25 6033/5
**addressing [1]** 5942/2
**adjective [1]** 5923/23
**admissibility [3]**
5926/17 5962/4
5962/25
**admissible [12]**
5926/25 5962/12
5963/15 5964/1
5968/12 5971/16
5972/25 5973/2
6052/10 6058/16
6058/17 6058/17
**admission [13]** 5933/7
5934/19 5944/14
5974/2 5980/25 5984/3
5986/3 5989/23 5998/6
6022/22 6023/2 6047/2
6057/14
**admissions [6]** 5927/5
5927/8 5927/18
5927/21 5928/4 6054/4
**admit [3]** 6057/23
6057/25 6058/1
**admitted [23]** 5902/3
5925/20 5929/11
5929/19 5933/10
5934/22 5944/20
5950/6 5964/24
5964/25 5974/5 5981/7
5984/3 5984/10 5986/6
5990/2 5998/7 6010/22
6013/23 6021/6 6023/5
6047/4 6057/10
**Adrian [25]** 5919/14
5935/13 5935/14
5936/6 5936/12
5936/22 5937/11
5938/8 5938/21
5938/23 5939/12
5940/1 5940/6 5940/11
5940/15 5940/19
5941/2 5955/3 5955/24
5956/2 5956/12
5956/20 5957/1 5959/1
5959/11
**Adrian Grimes [21]**
5935/13 5936/12
5936/22 5937/11
5938/8 5938/21
5938/23 5939/12
5940/1 5940/6 5940/11
5940/15 5940/19
5941/2 5955/3 5956/2
5956/12 5956/20
5957/1 5959/1 5959/11
**advise [1]** 6013/1
**aerial [1]** 5945/1
**afar [1]** 5954/6
**after [41]** 5909/4
5923/3 5927/12

5941/5 5942/15 5950/3
5950/15 5955/2
5957/23 5958/1 5958/7
5971/3 5978/17
5988/21 5995/9
6001/11 6001/16
6003/13 6004/9 6005/6
6008/14 6009/2 6009/3
6009/5 6009/7 6012/25
6013/7 6014/2 6016/25
6024/5 6024/10
6029/12 6029/20
6030/6 6031/3 6039/5
6041/25 6050/11
6056/11
**afternoon [8]** 5922/6
5925/16 5937/16
5954/12 5973/14
6033/6 6034/17 6045/24
**again [15]** 5906/11
5908/18 5911/11
5915/8 5920/8 5930/25
5957/19 5958/9
5958/24 5959/18
5963/19 5980/15
6005/18 6027/19
6047/24
**against [36]** 5925/20
5926/25 5927/6 5929/8
5929/10 5929/19
5951/15 5951/22
5952/1 5952/15
5960/23 5961/8
5962/12 5962/16
5962/24 5963/15
5964/2 5972/25 5973/3
6009/20 6009/24
6014/14 6034/1 6052/9
6052/10 6052/12
6052/13 6053/7
6053/23 6054/22
6055/2 6057/2 6057/4
6057/10 6057/11
6058/17
**age [1]** 5961/24
**agent [64]** 5907/22
5909/24 5912/13
5913/3 5916/4 5916/10
5916/23 5916/25
5922/7 5927/4 5927/7
5930/9 5930/14 5931/2
5931/2 5931/6 5931/9
5931/10 5931/20
5931/25 5933/6
5934/13 5936/14
5937/15 5939/17
5941/17 5941/23
5942/21 5944/24
5948/11 5950/12
5955/11 5960/2
5960/15 5962/7 5973/8
5973/12 5979/16
5980/24 5984/20
5986/11 5990/8
5991/19 5994/13
6000/1 6006/4 6007/3
6010/13 6011/3

6064

**agent... [15]** 6013/12
6015/14 6016/2 6018/4
6018/14 6018/22
6020/12 6021/15
6023/10 6037/11
6037/16 6045/2 6047/1
6051/17 6053/1
**Agent Harris [44]**
5930/14 5931/2 5931/2
5931/20 5931/25
5933/6 5934/13
5937/15 5939/17
5941/17 5941/23
5944/24 5948/11
5950/12 5955/11
5960/2 5973/8 5973/12
5979/16 5980/24
5984/20 5986/11
5990/8 5991/19
5994/13 6006/4 6007/3
6010/13 6011/3
6013/12 6015/14
6016/2 6018/4 6018/14
6018/22 6020/12
6021/15 6023/10
6037/11 6037/16
6045/2 6047/1 6051/17
6053/1
**Agent Harris' [1]**
5927/4
**ago [2]** 5904/25 6042/9
**agree [13]** 5914/5
5926/8 5938/21
5938/22 5940/7
5963/12 5963/18
5965/8 6019/9 6019/20
6020/3 6022/3 6022/16
**agreed [1]** 5931/14
**agreement [1]** 5926/20
**Ahab [8]** 6030/7 6030/9
6030/10 6030/12
6030/17 6030/20
6030/25 6031/4
**ahead [9]** 5921/18
5925/18 5949/22
5954/15 5964/21
5992/14 6001/25
6015/12 6045/25
**aided [1]** 5900/7
**aims [1]** 5954/11
**ain't [4]** 5940/4 5956/6
5993/22 6005/14
**air [3]** 5908/6 5948/2
5950/16
**Airport [1]** 5955/7
**AL [4]** 5897/6 5983/5
6025/24 6026/1
**Alabama [4]** 5919/1
5920/1 5920/9 5920/20
**albeit [1]** 5918/7
**AlCon [1]** 6010/3
**Alexandra [2]** 5897/15
5903/12
**Alexandra Hughes [1]**
5903/12
**Alexandria [1]** 5898/11
**all [111]** 5903/2

5904/6 5906/3 5906/20
5909/8 5913/23 5914/6
5914/24 5915/2
5917/15 5918/11
5920/1 5920/9 5920/13
5920/18 5922/4
5924/12 5925/10
5926/12 5926/20
5926/25 5927/13
5927/25 5928/6
5928/14 5928/18
5929/23 5930/1
5933/24 5938/17
5941/8 5941/22 5945/4
5946/2 5951/11
5951/14 5951/22
5952/2 5954/12
5954/13 5955/8
5956/18 5960/3 5960/5
5960/11 5960/13
5960/17 5960/18
5960/22 5961/21
5961/24 5962/7
5967/14 5969/10
5969/21 5970/3
5971/13 5971/20
5972/13 5981/2 5981/5
5981/7 5984/5 5984/10
5984/19 5990/1 5994/7
5995/22 5998/7
6000/20 6001/25
6003/10 6007/16
6009/24 6014/10
6014/18 6014/23
6018/1 6018/11
6018/12 6018/14
6018/17 6020/12
6021/6 6022/5 6023/9
6025/22 6030/3 6032/9
6034/12 6039/6
6040/19 6045/10
6047/4 6051/19
6052/13 6052/14
6052/20 6052/23
6052/24 6053/7
6053/11 6053/12
6053/16 6054/2
6056/17 6056/19
6058/2 6058/18
**All right [4]** 5914/6
5918/11 5984/5
6056/19
**allegation [1]** 5919/25
**allegations [1]** 5967/17
**alleged [3]** 5970/1
5973/4 6054/9
**allegedly [2]** 5920/21
5963/23
**alleging [1]** 5920/8
**allow [1]** 5911/11
**allowed [3]** 5906/25
6025/13 6025/16
**almost [1]** 5964/8
**along [2]** 5914/3
6041/22
**already [20]** 5906/25
5907/3 5928/20

5941/17 5941/21
5943/6 5977/1 5977/12
5979/4 5979/13
5980/11 5984/2
5994/17 6011/11
6012/15 6012/24
6028/6 6049/18
**already,' [1]** 6045/14
**also [38]** 5907/8
5914/15 5914/19
5915/7 5937/7 5939/14
5939/23 5940/6 5940/9
5940/11 5941/3 5954/6
5955/5 5957/12
5958/11 5958/16
5959/3 5959/11
5959/14 5959/20
5962/13 5978/9 5982/8
5983/14 5984/21
5987/10 6000/9
6001/17 6006/12
6010/1 6016/24
6025/23 6031/25
6033/18 6039/23
**although [1]** 6053/19
**am [13]** 5927/17
5931/5 5937/18
5939/15 5951/14
5976/24 5989/15
6010/11 6019/19
6019/23 6040/9
6041/16 6043/8
**ambulance [1]** 5994/11
**Amen [1]** 5938/23
**AMERICA [7]** 5897/3
5903/7 5938/22 5939/1
6011/11 6014/23
6033/11
**American [2]** 5942/9
6041/19
**Americans [1]** 6042/18
**AMIT [2]** 5897/9 5903/3
**Amit P [1]** 5903/3
**ammo [1]** 5938/12
**among [1]** 5962/21
**amongst [1]** 5973/13
**analysis [3]** 5964/9
5964/12 5971/1
**angle [2]** 5917/23
5946/21 5946/24
5947/23 5991/2
**angles [2]** 5916/3
5916/6
**annotations [1]** 5984/4
**another [20]** 5905/19
5919/19 5926/11
5937/8 5937/13
5946/16 5957/24
5959/8 5960/1 5980/13
5991/1 6001/12 6002/4
6021/25 6025/10
6040/20 6040/23
6045/25 6048/24
6051/2
**answer [5]** 5938/9
5968/19 6013/3

**answers [1]** 5968/2
**anticipate [1]** 5927/23
**Antifa [2]** 6002/19
6044/23
**any [28]** 5907/6
5911/13 5912/3
5912/24 5917/3
5919/25 5921/13
5927/10 5929/19
5935/7 5935/15
5951/21 5963/5
5965/22 5981/2 5988/1
5999/17 5999/23
6010/9 6011/13 6013/4
6014/24 6045/16
6050/4 6051/24 6057/7
**anybody [3]** 5922/13
5922/15 6047/13
**anymore [1]** 5967/10
**anyone [9]** 5920/14
5978/12 5987/23
5994/6 5994/7 6003/25
6010/4 6014/21
6018/16
**anything [11]** 5907/5
5924/12 5961/13
5969/13 5994/22
5995/4 6009/10
6009/19 6009/23
6014/13 6059/4
**anywhere [1]** 6025/17
**apart [2]** 5967/6
5967/17
**app [1]** 6010/10
**apparently [3]** 5904/7
5905/13 5914/22
**appear [11]** 5906/10
5907/10 5908/17
5916/5 5934/2 5945/5
5947/12 5973/25
5975/1 6046/17
6050/18
**APPEARANCES [4]**
5897/13 5897/20
5898/17 5899/16
**appears [9]** 5904/7
5906/2 5908/22
5909/25 5914/21
5918/2 5918/6 5951/1
5987/12
**applicability [1]**
5928/15
**applicable [1]** 5970/11
**application [1]**
5928/18
**apply [1]** 5963/7
**appreciate [1]** 5972/18
**approached [1]** 6014/8
**appropriate [6]** 5911/9
5912/7 5913/17
5929/13 5929/14
5929/17
**approximate [6]**
5943/13 5943/24
5946/11 5974/20
5974/21 6023/15

**approximately [7]**
5943/19 5950/17
5977/6 5978/24
5979/15 5981/15
6047/20
**architecture [1]**
5955/12
**are [132]** 5903/20
5905/13 5905/15
5906/7 5908/9 5910/25
5911/1 5915/11 5921/5
5921/15 5925/19
5925/19 5926/1 5926/5
5926/6 5926/24 5927/6
5927/7 5927/8 5927/19
5929/15 5930/5 5931/2
5932/15 5933/24
5934/1 5935/8 5935/14
5935/15 5935/23
5936/12 5937/15
5939/17 5940/14
5941/7 5941/12
5951/14 5951/22
5953/7 5953/13
5953/19 5953/24
5954/5 5955/9 5955/11
5955/14 5955/15
5955/16 5956/19
5960/24 5960/24
5962/21 5963/6
5964/12 5964/23
5964/24 5965/2 5965/2
5966/10 5966/11
5966/14 5966/14
5966/18 5966/18
5970/16 5970/20
5971/16 5972/24
5973/1 5973/3 5973/4
5973/12 5973/13
5974/17 5975/6
5976/21 5979/6
5981/17 5981/24
5981/25 5982/2
5982/25 5983/3
5989/11 5990/19
5993/14 6003/1 6003/2
6004/24 6006/2 6009/5
6010/5 6010/9 6011/13
6012/12 6013/7
6014/14 6014/16
6014/17 6014/20
6014/22 6014/25
6019/11 6020/14
6025/8 6026/13
6026/17 6028/20
6036/1 6038/2 6040/22
6042/5 6042/18
6048/11 6052/9
6052/21 6053/7
6053/16 6053/20
6054/3 6054/5 6054/7
6054/8 6054/10
6057/19 6057/22
6058/2 6058/3 6058/12
6058/16
**area [9]** 5917/13
5944/2 5944/12 5945/9

6065

**Column 1 (A)**

area... [5] 5980/13
5984/19 6010/5 6014/7
6037/21
aren't [5] 5960/23
6006/2 6014/13
6053/23 6056/25
arguably [4] 5960/25
6056/21 6057/1 6058/2
argue [2] 5923/22
5970/8
arguing [1] 5923/14
argument [16] 5920/10
5923/13 5924/1
5926/16 5926/17
5961/12 5962/6
5962/24 5966/13
5969/1 5969/15 5970/3
5970/6 5971/5 5971/7
6056/21
Arizona [1] 5994/5
arm [8] 5908/5 5908/8
5917/22 5918/8 5947/12
5948/2 5980/19 6048/4
armor [1] 5990/20
armored [1] 5955/7
arms [1] 5925/10
around [20] 5908/10
5908/10 5908/25
5916/14 5921/22
5925/10 5933/3 5942/2
5947/20 5970/12
5974/17 5976/22
5978/21 5987/20
5989/11 5992/11
5992/25 6003/22
6027/8 6027/9
arrested [1] 5919/1
arrow [1] 5997/20
article [3] 5918/25
5920/20 5921/1
as [93] 5907/8 5907/9
5914/17 5915/5
5917/14 5919/11
5919/17 5923/8
5924/20 5924/20
5925/12 5926/9
5926/10 5927/10
5927/11 5928/6
5928/15 5928/18
5928/19 5928/19
5929/10 5930/18
5932/17 5934/16
5935/22 5939/4 5939/4
5942/8 5946/12
5951/22 5952/10
5959/22 5961/12
5961/15 5963/3 5963/4
5963/8 5963/20
5963/24 5964/4 5964/5
5964/12 5964/25
5965/8 5966/4 5971/16
5972/24 5972/24
5978/9 5982/6 5982/6
5995/16 5995/20
6000/1 6005/23 6012/6
6014/7 6014/12
6020/19 6021/1

6027/19 6028/2
6028/14 6028/14
6028/15 6029/4
6029/20 6030/1
6030/25 6034/8
6036/15 6041/18
6041/22 6041/23
6041/25 6042/1
6044/23 6046/14
6049/6 6052/4 6053/9
6053/16 6054/4
6054/16 6054/22
6055/6 6055/9 6055/9
6057/10 6058/3
6058/24
ascends [1] 5909/15
ask [21] 5912/10
5912/12 5913/4
5919/14 5922/3 5927/9
5928/3 5935/23 5960/8
5962/7 5962/8 5963/10
5965/14 5967/19
5968/19 5999/12
6018/15 6024/24
6051/19 6057/16
6058/23
asked [2] 5992/6
6029/6
asking [6] 5923/4
5924/2 5963/2 5965/6
5965/11 5966/22
asks [2] 5989/1
6014/21
ass [1] 5940/20
assault [2] 5920/22
6046/18
assaulted [1] 6035/2
assembled [1] 6041/18
Assholes [1] 6043/10
assist [1] 5994/21
associate [1] 5907/14
associated [2] 5929/18
5952/9
ASSOCIATES [1]
5898/14
assure [1] 5994/5
atop [2] 5916/7 5917/7
att.net [1] 5898/12
attached [2] 5943/11
5972/3
attacked [1] 6041/17
attempt [1] 5996/25
attempting [1] 5949/2
ATTORNEY'S [1]
5897/16
attributable [1]
5961/19
attributed [1] 6011/5
audience [1] 6006/23
audio [4] 5916/2
5947/1 5990/9 6047/25
aunt [9] 6001/8 6028/8
6028/10 6028/12
6028/15 6029/21
6030/4 6030/15 6031/3
authentic [8] 6019/3
6019/12 6019/16

6020/4 6020/8 6022/17
authorities [1] 5920/23
authorized [1] 6022/5
available [1] 5994/21
Avenue [4] 5898/3
5898/7 5899/3 5900/4
avoid [1] 5928/7
awaiting [1] 6026/24
6027/6
aware [12] 5937/15
5941/12 5970/23
5973/12 5976/21
5989/12 6009/5 6010/9
6011/13 6012/12
6013/8 6020/14
away [5] 5918/8 5945/3
6013/5 6039/10 6052/2
awesome [1] 5941/4
5955/3
Ayodeji [1] 6019/13

**B**

B-a-i-g [1] 6019/14
back [50] 5909/6
5919/14 5921/1
5925/16 5930/3
5930/14 5948/4 5951/9
5953/15 5955/18
5956/24 5960/9 5961/6
5973/8 5976/19
5977/25 5978/2
5979/20 5980/6
5987/17 5991/20
5992/8 5993/25
5994/20 5995/7 6000/3
6002/15 6004/6
6004/24 6005/3
6005/18 6006/24
6012/2 6015/24
6017/10 6024/2
6035/18 6035/25
6037/14 6042/17
6047/7 6048/6 6050/8
6050/9 6051/3 6051/4
6051/14 6054/3
6058/23 6058/25
background [2]
5943/20 6023/18
backing [2] 5954/8
5993/25
backpack [1] 5991/18
backside [1] 5904/10
backup [2] 5997/1
5997/5
backward [2] 5926/21
6056/24
backward-looking [2]
5926/21 6056/24
bad [2] 6014/15 6058/5
Bag [1] 5939/23
Baig [1] 6019/14
Baker [5] 6036/25
6037/1 6037/4 6037/7
6037/14
balance [1] 5912/7
balcony [4] 5905/2
5906/8 6039/5 6042/1

ballistic [1] 5990/20
balls [1] 6003/10
Ballston [2] 6021/17
6033/13
bang [1] 5942/3
bangs [2] 5914/23
6043/9
bank [2] 5954/2
6011/11
banning [1] 5970/13
bans [1] 5970/13
BARRETT [2] 5898/3
5900/4
barricades [2] 5942/7
5942/15
barricading [1]
5987/24
baseball [1] 5986/24
based [3] 5916/13
6029/1 6047/18
basically [8] 5904/22
5906/9 5910/23
5917/23 5919/3
5919/20 5970/14
6009/8
basis [6] 5937/20
5961/25 5962/25
5965/11 6057/17
6058/10
battery [2] 5987/12
5987/13
Battle [1] 6049/8
battling [2] 5913/12
5913/21
be [111] 5903/4
5907/10 5907/22
5909/24 5909/25
5910/8 5911/12
5911/21 5915/10
5915/15 5915/17
5916/4 5916/5 5916/17
5917/12 5917/21
5918/2 5918/8 5918/21
5920/10 5922/6
5924/20 5925/2
5925/20 5925/21
5925/22 5926/6
5926/23 5927/3
5927/12 5927/16
5928/12 5929/6 5930/1
5933/10 5934/2
5934/22 5936/1 5936/6
5938/6 5939/10
5940/18 5940/20
5944/20 5945/6
5947/12 5950/5
5951/18 5952/22
5953/5 5953/7 5956/17
5957/14 5960/2
5961/19 5962/25
5964/1 5965/1 5966/13
5966/25 5967/10
5968/19 5970/9 5972/5
5973/25 5974/5
5974/23 5975/1 5981/7
5986/6 5987/12 5990/1
5994/8 5998/7 6003/2

6009/18 6009/3
6009/19 6009/20
6009/23 6009/24
6010/22 6013/3
6013/23 6014/16
6018/1 6018/2 6018/3
6018/21 6018/23
6019/17 6019/25
6020/8 6021/6 6023/5
6023/20 6023/20
6025/5 6025/5 6029/18
6033/10 6047/4 6051/8
6052/3 6052/10 6054/4
6054/25 6056/8
6056/14 6057/4 6057/9
bear [1] 5953/20
because [30] 5905/2
5906/19 5909/5
5909/23 5912/2
5914/18 5914/24
5917/22 5920/4 5923/1
5923/5 5923/19 5924/3
5928/24 5928/24
5929/17 5960/23
5962/25 5963/2
5964/23 5965/24
5968/17 6036/11
6041/7 6054/4 6054/19
6054/25 6055/16
6056/3 6057/9
become [1] 6014/11
Beeks [2] 5985/13
5986/18
been [30] 5905/11
5906/17 5908/2 5909/5
5909/17 5926/19
5930/17 5936/15
5941/21 5943/11
5955/6 5965/12 5967/4
5967/5 5967/6 5967/16
5967/24 5969/11
5969/12 5969/12
5969/14 5969/18
5969/18 5969/18
5969/19 6014/16
6024/8 6029/2 6033/7
6038/8
been posted [1]
6038/8
before [19] 5897/9
5909/14 5920/23
5924/5 5924/12
5925/14 5925/15
5928/12 5931/25
5944/17 5944/23
5954/24 5961/12
5964/9 5986/10
6020/23 6027/9
6046/18 6058/24
began [1] 6017/15
begin [2] 5904/20
6008/23
beginning [6] 5905/1
5909/9 6006/24 6007/5
6047/7 6047/25
Begun [1] 6008/25
behalf [1] 5967/3
behavior [2] 5961/18

behavior... [1] 5961/18
behind [9] 5916/16
5943/20 5979/8
5984/24 5986/19
6023/18 6023/21
6047/19 6050/8
being [21] 5910/5
5910/13 5912/1
5912/14 5915/4
5915/20 5915/22
5925/24 5928/24
5951/19 5954/8
5961/11 5962/19
5964/23 5964/24
5966/11 5970/16
6008/19 6014/12
6044/24 6054/13
believe [31] 5904/2
5904/3 5904/7 5907/8
5907/9 5907/22
5908/19 5918/25
5921/10 5922/16
5923/13 5928/11
5929/12 5929/14
5931/5 5936/15
5951/21 5952/18
5952/23 5953/11
5953/23 5955/17
5965/21 6001/9 6017/9
6023/17 6044/5
6047/21 6051/8
6056/15 6057/9
believed [2] 5965/25
6054/24
bell [1] 5924/6
belongings [1] 5956/7
below [3] 5909/12
5985/13 6022/7
Bench [2] 5951/13
6051/21
Benghazi [1] 6051/5
Bennie [1] 5989/14
Bennie Parker [1]
5989/14
Berry [2] 5982/8
5985/5
Berryville [1] 5956/5
Berwick [1] 5899/8
better [3] 5999/2
5999/4 6009/9
between [16] 5908/22
5911/8 5919/13
5943/23 5952/4
5955/18 5960/19
5961/6 5971/15
5972/22 5976/22
5980/5 5983/21
6004/11 6030/14
6030/15
beyond [2] 5913/21
5968/10
big [2] 6014/9 6043/13
bird's [1] 5906/11
bird's-eye [1] 5906/11
bit [5] 5908/16 5914/10
5919/14 5952/12
5996/16

bitches [1] 5940/4
Bittner [5] 6028/25
6029/2 6029/5 6030/16
6032/8
black [2] 5945/4
6022/10
blame [1] 6002/19
blamed [1] 5942/8
blasting [1] 6041/20
bless [3] 6009/23
6033/11 6033/11
blocks [1] 5920/22
bloviating [1] 6054/11
blow [1] 5956/16
blue [1] 5916/15
5984/25 6017/7 6017/8
bluster [3] 5912/2
5923/10 6054/14
board [23] 5931/17
5933/25 5935/15
5973/13 5975/9
5981/21 5982/6
5982/15 5982/24
5983/5 5988/1 5993/7
6004/14 6006/12
6027/19 6030/22
6031/25 6034/22
6037/1 6038/25 6041/9
6045/20 6049/2
Bob [4] 6036/25
6037/1 6037/4 6037/14
Bob Baker [4] 6036/25
6037/1 6037/4 6037/14
body [7] 5921/19
5989/16 5989/24
5991/1 5992/11 6019/5
6019/12
body-worn [6] 5989/16
5989/24 5991/1
5992/11 6019/5
6019/12
bombs [2] 5920/22
5936/17
both [5] 5906/24
5909/18 5938/15
5953/11 6030/25
bottom [20] 5909/23
5912/6 5916/22 5917/7
5917/13 5919/22
5921/15 5945/5
5945/10 5947/16
5956/22 5976/5
5977/13 5982/16
5983/9 6007/21
6039/19 6044/1
6048/15 6057/18
Bowser [1] 5955/23
box [2] 5947/19
5947/20
boy [2] 6001/6 6005/7
boys [3] 5939/15
6040/18 6040/22
Bradford [3] 5899/7
5899/10 5903/17
Bradford Geyer [1]
5903/17
breached [2] 5941/7

break [8] 5927/12
5928/12 6018/7
6018/16 6052/15
6052/21 6053/3
6058/23
breaking [3] 5914/22
5942/7 5942/15
breath [1] 5938/12
Brian [1] 5983/12
briefly [2] 5935/6
6046/17
BRIGHT [3] 5898/3
5898/7 5903/14
bring [9] 5918/20
5920/3 5922/9 5924/13
5929/23 5965/17
6004/5 6051/6 6058/12
bro [1] 5959/1
broad [1] 5928/17
broke [4] 5942/16
5942/18 6039/6
6046/15
brother [4] 5940/18
5956/15 5976/13
6009/23
brought [2] 5951/19
6003/24
buckets [1] 5960/18
building [26] 5899/4
5908/8 5909/11
5909/22 5910/1
5912/18 5916/2
5917/22 5920/23
5933/14 5943/20
5949/3 5955/19
5975/15 5978/19
5978/25 5979/1
5988/11 6002/12
6023/17 6023/20
6025/16 6050/23
6050/24 6058/1 6058/2
bullet [2] 5936/19
5937/24
bullets [3] 5910/15
5910/16 5990/20
bullshit [1] 5937/13
bunch [1] 6017/4
buried [2] 5964/7
5964/8
Buries [1] 5963/23
Burnie [1] 5899/14
burying [2] 5964/1
5966/4
business [3] 5933/8
5986/4 6047/3
busted [1] 6037/5
butt [1] 6005/7
button [1] 5997/22

C

Cag [3] 5976/13
5976/15 5976/22
Caldwell [130] 5899/12
5903/10 5903/19
5904/10 5904/14
5904/22 5904/25
5905/18 5905/21

5907/16 5907/19
5908/5 5908/7 5908/17
5909/1 5909/14
5909/21 5909/25
5910/5 5910/9 5910/20
5910/22 5911/8
5911/13 5912/1 5915/6
5916/1 5916/11
5916/16 5917/1
5917/12 5917/18
5917/19 5918/1 5918/7
5918/25 5919/13
5919/18 5920/4 5920/8
5925/25 5928/16
5929/8 5929/10
5929/10 5929/19
5935/11 5935/12
5935/23 5936/3 5937/1
5937/4 5937/5 5939/9
5939/14 5940/13
5940/22 5941/6
5941/13 5941/14
5941/24 5945/21
5946/8 5947/11
5947/21 5947/22
5950/15 5951/16
5952/1 5952/4 5952/10
5952/15 5953/18
5954/10 5955/2 5956/8
5957/4 5957/16 5958/5
5958/8 5958/19
5958/22 5959/3 5959/7
5959/16 5959/21
5960/19 5960/24
5961/7 5961/12 5962/2
5964/15 5965/23
5967/5 5969/8 5971/15
5972/22 5972/25
5973/3 5976/16
5976/22 5977/5
6007/19 6008/7 6019/9
6034/19 6034/25
6038/22 6039/3 6040/6
6040/16 6041/3
6041/12 6043/2 6043/6
6046/2 6046/12
6047/14 6048/3
6048/13 6049/4 6051/3
6051/14 6053/17
6053/21 6054/12
6057/21
Caldwell's [22]
5929/18 5934/9
5934/16 5935/23
5943/3 5943/11
5943/20 5961/9
5962/10 5967/8 5977/9
6008/2 6035/5 6039/23
6040/1 6041/8 6043/4
6046/7 6048/10
6048/20 6050/11
6050/14
Caleb [1] 5985/5
calendar [4] 6015/2
6015/7 6015/11
6015/22
caliber [1] 5936/19

5907/5 5907/19
5908/5 5908/7 5908/17
5909/1 5909/14
5909/21 5909/25
5910/5 5910/9 5910/20
5910/22 5911/8
5911/13 5912/1 5915/6
5916/1 5916/11
5916/16 5917/1
5917/12 5917/18
5917/19 5918/1 5918/7
5918/25 5919/13
5919/18 5920/4 5920/8
5925/25 5928/16
5929/8 5929/10
5929/10 5929/19
5935/11 5935/12
5935/23 5936/3 5937/1
5937/4 5937/5 5939/9
5939/14 5940/13
5940/22 5941/6
5941/13 5941/14
5941/24 5945/21
5946/8 5947/11
5947/21 5947/22
5950/15 5951/16
5952/1 5952/4 5952/10
5952/15 5953/18
5954/10 5955/2 5956/8
5957/4 5957/16 5958/5
5958/8 5958/19
5958/22 5959/3 5959/7
5959/16 5959/21
5960/19 5960/24
5961/7 5961/12 5962/2
5964/15 5965/23
5967/5 5969/8 5971/15
5972/22 5972/25
5973/3 5976/16
5976/22 5977/5

5977/5 5977/18
5977/19 6011/4 6011/8
6024/20 6024/24
called [1] 5996/11
calling [4] 5925/3
5976/14 6014/20
6043/11
calls [2] 5923/6 5930/9
cam [1] 6003/24
came [7] 5913/7
5996/22 6007/22
6007/24 6036/11
6039/7 6044/2
camera [13] 5917/21
5945/3 5946/22
5979/21 5980/6
5980/10 5989/16
5989/24 5991/1
5992/11 6014/10
6019/5 6019/12
camouflage [1]
5932/11
can [175]
can't [7] 5906/5 5907/5
5924/6 5966/13 5971/7
6005/14 6055/18
candid [1] 5915/10
cannot [1] 5905/16
cap [2] 5932/11
5986/25
cap on [1] 5986/25
capacity [2] 5963/7
5963/8
capital [2] 5957/13
6044/25
Capitol [75] 5908/3
5908/8 5909/10 5913/8
5914/1 5915/22 5916/8
5920/23 5932/24
5937/9 5940/2 5940/23
5942/1 5942/9 5943/22
5945/2 5945/3 5945/13
5946/23 5946/24
5947/15 5948/14
5948/21 5949/3
5950/16 5950/20
5952/20 5955/9
5955/12 5955/14
5955/19 5957/3
5974/15 5974/18
5974/22 5974/24
5974/25 5978/13
5978/16 5978/19
5979/1 5979/16
5981/16 5984/20
5987/23 5993/1
5997/18 6002/12
6005/3 6005/12
6006/19 6008/10
6019/24 6020/7
6023/21 6025/12
6035/3 6035/16
6035/20 6036/16
6037/17 6037/20
6038/11 6039/13
6040/8 6041/14
6041/19 6042/16

**Capitol... [7]** 6043/8
6046/15 6048/5 6049/9
6049/16 6050/23
6057/24

**Capitol Police [1]**
5950/20

**caption [1]** 5997/17

**capture [3]** 6000/18
6020/25 6047/25

**captured [2]** 5918/7
5989/16

**captures [1]** 5917/18

**capturing [2]** 5916/5
5916/12

**card [1]** 6011/14

**care [1]** 5930/5

**careful [2]** 5936/7
6009/19

**Carolina [1]** 5967/9

**carrier [1]** 6056/12

**carrying [2]** 5948/24
6006/13

**cars [1]** 6025/14

**cart [2]** 5964/9 6022/12

**case [9]** 5903/6
5911/25 5924/22
5931/3 5951/25
5961/25 5963/13
5967/22 6055/6

**cases [4]** 5953/6
6057/20 6057/25
6058/1

**castle [2]** 6040/13
6043/14

**Cattle [1]** 5936/8

**CCTV [16]** 5908/2
5909/18 5909/25
5910/4 5915/22 5916/3
5916/4 5916/7 5916/12
5916/19 5917/8
5917/10 5917/21
5917/22 5918/7
5946/22

**cell [9]** 5905/8 5905/16
5973/22 5979/11
5987/6 5987/11
5987/13 6044/8
6044/11

**cell phone [2]** 6044/8
6044/11

**cellular [2]** 6022/10
6022/12

**center [7]** 5932/10
5979/7 5983/4 5985/12
5985/20 5991/10
6023/9

**certain [6]** 5906/5
5939/6 5963/6 5981/24
5982/25 6056/12

**certainly [5]** 5915/10
5918/2 5925/24
5953/20 5963/8

**certification [5]** 5933/8
5937/21 5986/4
6015/13 6047/3

**Certified [1]** 5900/3

**certify [1]** 6060/2

5913/23 6014/21

**CH [1]** 5900/4

**chain [4]** 5935/11
5960/20 6000/15
6024/3

**challenge [5]** 6054/1
6054/9 6054/16 6056/6
6058/4

**Chamber [2]** 5956/24
6035/21

**chambers [1]** 5957/11

**chance [3]** 5904/5
5924/21 6006/18

**changed [4]** 6030/10
6030/12 6030/18
6031/4

**chanting [2]** 5908/8
5955/6

**charge [5]** 5963/7
6011/14 6011/16
6011/20 6011/25

**charged [3]** 5957/14
5967/6 5968/9

**charger [1]** 5987/15

**charges [2]** 6011/13
6058/3

**chat [53]** 5926/14
5952/5 5961/11 5969/5
5972/23 5974/10
5974/11 5978/11
5988/14 5992/16
5995/12 5995/14
5996/7 5997/9 5997/16
6000/7 6002/9 6002/17
6003/5 6003/14
6003/23 6005/2
6005/10 6005/17
6006/9 6008/15
6009/15 6013/2 6013/8
6013/14 6014/4 6014/5
6016/8 6016/14
6016/21 6017/2 6017/3
6017/13 6017/19
6021/11 6025/3
6025/11 6026/12
6027/12 6028/3
6032/16 6032/16
6033/4 6045/7 6045/8
6045/17 6045/18
6053/22

**chemical [1]** 5936/16

**chest [1]** 5990/17

**Chi [1]** 6005/13

**Chi-Com [1]** 6005/13

**chief [3]** 5988/23
5995/20 6018/1

**children [3]** 5940/24
6017/24 6043/10

**choosing [2]** 5920/5
5920/17

**Cinnaminson [1]**
5899/9

**circle [6]** 5932/10
5979/22 5980/2
5980/17 5984/23
5997/19

**circled [1]** 5980/22

5981/20 5982/21
5983/20 5985/17

**circling [1]** 6007/2

**Circuit [1]** 5953/5

**circumstances [3]**
5916/14 6047/19
6055/4

**civil [1]** 6055/3

**claim [1]** 6055/2

**clapped [1]** 5936/23

**clarify [2]** 5989/5
6040/11

**clarifying [1]** 5912/10

**cleaning [1]** 5920/17

**clear [13]** 5910/8
5915/15 5915/16
5915/17 5915/20
5917/16 5920/6 5929/1
5966/23 5967/4
5967/16 5968/13
6014/11

**cleared [1]** 6025/4

**clearing [1]** 5920/5

**clearly [2]** 5906/14
6055/5

**clicked [2]** 6046/19
6049/10

**client [1]** 5963/8

**clients [1]** 6058/13

**climb [1]** 6041/23

**climbed [1]** 5942/14

**climbing [2]** 5908/10
5942/10

**clip [1]** 5917/17

**close [1]** 5915/11

**closeness [1]** 5911/8

**closer [1]** 5983/8

**closing [2]** 5970/6
6043/12

**CNN [1]** 5919/1

**co [12]** 5926/20
5926/22 5927/7
5963/13 5963/16
5963/16 5963/21
5964/2 5964/25 5969/5
6053/20 6056/23

**co-conspirator [7]**
5926/20 5926/22
5927/7 5963/16
5963/21 5964/25
6056/23

**co-conspirators [4]**
5963/13 5963/16
5964/2 6053/20

**co-defendants [1]**
5969/5

**Cobra [2]** 6001/10
6028/18

**coincident [1]** 5911/20

**cold [1]** 6058/5

**collected [3]** 6022/8
6022/12 6022/19

**College [1]** 6015/14

**color [1]** 5964/12

**colored [1]** 5981/17

**COLUMBIA [1]** 5897/1

**column [2]** 5982/16

**Com [1]** 6005/13

**come [22]** 5911/7
5917/4 5925/16
5927/11 5928/7 5928/9
5939/3 5951/22 5952/1
5955/25 5967/21
5968/18 5975/15
5978/13 5978/16
5994/11 6014/19
6017/24 6052/13
6055/16 6055/19
6058/23

**comeback [1]** 5939/7

**comes [8]** 5923/22
5928/23 5952/15
5960/23 5961/8 5971/3
6033/8 6058/25

**Comfort [7]** 6021/16
6021/21 6027/4 6029/4
6029/7 6033/13
6033/16

**Comfort Inn [1]**
6033/16

**comfortable [1]** 5913/3

**coming [15]** 5904/4
5914/25 5915/1
5922/21 5925/19
5928/21 5929/8
5929/10 5938/14
5944/1 5945/13
5951/15 5958/17
5959/2 6006/20

**commander [4]**
5988/23 5995/20
6018/1 6025/4

**comment [6]** 5995/9
6038/7 6042/7 6042/10
6042/12 6042/14

**commented [1]**
6042/13

**Comments [1]** 5988/24

**communicated [1]**
5970/25

**communicating [1]**
6033/10

**communication [4]**
5912/6 5926/3 5960/19
5976/21

**communications [7]**
5953/6 5966/19 5967/8
5972/22 5972/24
5973/2 5973/12

**communist [1]**
6014/14

**communists [1]**
6017/23

**compare [2]** 5994/13
5998/25

**compared [6]** 5973/21
5998/21 6006/20
6020/20 6021/1 6034/1

**complete [1]** 6058/11

**completely [3]** 5921/20
5965/13 5969/11

**complicated [1]**
5952/13

**complied [5]** 5979/23

6015/15 6015/23

**computer [1]** 5900/7

**computer-aided [1]**
5900/7

**conceal [1]** 5961/3

**concealing [1]** 5961/1

**conceded [1]** 6025/25

**concept [1]** 6012/13

**concern [2]** 5924/4
5928/16

**conclude [1]** 5968/10

**concludes [1]** 6018/5

**conduct [8]** 5920/8
5920/11 5961/19
5962/11 5962/14
5970/24 6053/18
6057/1

**conducts [1]** 5927/6

**conference [2]**
5951/13 6051/21

**conferring [1]** 5922/18

**confirm [1]** 6057/23

**conflicts [1]** 5931/12

**Congress [2]** 5937/12
6005/3

**Congress's [1]**
6015/13

**Congressmen [1]**
5955/17

**connecting [1]**
6035/20

**connection [1]** 5970/4

**Connie [12]** 5982/5
5982/13 5982/15
5982/18 5985/4
6043/17 6043/20
6043/21 6044/7
6044/10 6044/20
6052/12

**Connie Meggs [5]**
5982/13 5982/18
6043/17 6043/21
6044/20

**Connie Meggs' [2]**
6044/7 6052/12

**Connie Meggs's [1]**
6044/10

**consciousness [1]**
5970/10

**consent [1]** 6022/6

**consider [1]** 5952/9

**consistent [9]** 5917/20
5918/6 5918/9 5943/2
5949/21 5951/18
5952/16 5961/18
5979/18

**conspiracies [2]**
5967/5 5967/19

**conspiracy [35]**
5923/17 5951/23
5952/19 5952/22
5953/1 5953/2 5953/3
5953/8 5953/17
5953/19 5953/22
5953/25 5954/4
5954/10 5961/1 5961/2
5961/3 5962/14

**conspiracy... [17]**
5962/17 5963/4
5963/20 5963/22
5964/4 5964/16
5964/24 5965/1
5967/11 5967/13
5968/9 5968/17 5970/5
6054/9 6054/17
6054/21 6055/22
**conspirator [9]**
5926/20 5926/22
5927/7 5953/18
5962/15 5963/16
5963/21 5964/25
6056/23
**conspirators [6]**
5927/5 5953/24
5963/13 5963/16
5964/2 6053/20
**conspired [1]** 5970/2
**Constitution [2]**
5900/4 6014/23
**construction [3]**
6039/6 6041/23
6043/12
**construed [1]** 6054/4
**contact [1]** 6036/12
**contacting [1]** 6010/10
**contacts [1]** 6028/15
**contain [4]** 5947/1
5973/19 6020/19
6033/23
**contained [1]** 6022/18
**contains [1]** 6022/17
**content [7]** 5934/8
6021/1 6038/7 6044/3
6044/6 6046/7 6056/1
**context [8]** 5923/14
5923/20 5963/13
5966/12 5966/18
6054/2 6057/15
6058/12
**continually [1]**
5987/24
**continue [17]** 5956/11
5985/1 5985/7 5985/15
5988/9 5988/22
5993/13 5995/19
6003/8 6005/20
6009/22 6017/25
6017/25 6025/21
6026/4 6032/19
6040/16
**CONTINUED [4]**
5898/1 5899/1 5900/1
5930/20
**contrary [2]** 6014/17
6054/25
**control [1]** 6014/15
**conversation [1]**
5960/4
**conversations [2]**
5964/11 5971/15
**convert [1]** 6011/7
**converting [1]** 5977/21
**conveys [1]** 5923/20
**convoy [1]** 5955/7

**cops [6]** 5942/3
5942/18 6035/18
6035/24 6040/18
6041/17
**cops' [3]** 5907/15
5907/17 5910/6
**copy [5]** 6019/21
6020/4 6022/14
6022/17 6030/5
**cordoned [1]** 6025/12
**corner [7]** 5974/15
5974/22 5975/15
5978/19 5978/25
5988/10 6049/1
**corps [1]** 5956/21
**correct [50]** 5906/5
5908/24 5908/25
5917/9 5918/15 5921/4
5926/6 5927/17
5927/19 5927/20
5929/1 5931/14
5941/10 5949/5
5950/11 5950/14
5951/14 5963/25
5975/1 5976/11
5977/16 5977/17
5981/18 5982/14
5996/22 5997/7
5998/16 5999/10
5999/11 6001/18
6003/15 6004/19
6005/24 6008/1
6008/24 6015/3
6023/14 6026/16
6027/10 6030/19
6031/2 6035/8 6037/25
6038/19 6039/13
6040/5 6043/5 6044/9
6053/15 6060/3
**correct-drone [1]**
6003/15
**correctly [2]** 5927/14
5964/11
**corrects [1]** 5992/19
**corresponding [1]**
5981/21
**corroborating [1]**
6055/4
**corrupt [2]** 5938/14
6006/11
**could [112]** 5905/21
5906/19 5907/24
5911/14 5911/15
5911/17 5911/19
5913/4 5916/19
5924/20 5925/7
5930/24 5931/17
5931/22 5932/2 5932/5
5933/5 5936/2 5936/20
5937/10 5939/11
5941/16 5941/19
5943/5 5944/5 5947/4
5947/7 5948/4 5948/7
5956/11 5957/9
5965/12 5967/10
5968/7 5969/11
5969/12 5969/12

5969/18 5969/18
5969/18 5975/3
5976/25 5977/2
5977/11 5977/13
5979/2 5979/12
5979/22 5980/11
5984/14 5984/18
5985/1 5985/2 5985/7
5985/15 5985/16
5985/24 5987/7
5988/20 5990/10
5990/12 5990/21
5991/4 5991/7 5991/13
5991/17 5991/25
5992/2 5992/20 5993/2
5994/16 5998/11
6004/25 6009/1 6009/9
6009/13 6010/14
6011/2 6011/10
6011/16 6012/16
6012/23 6013/11
6013/17 6015/14
6017/11 6021/15
6023/22 6024/18
6025/1 6025/6 6025/9
6025/20 6027/7 6035/6
6036/3 6036/18
6037/23 6039/15
6040/15 6041/1
6043/15 6045/11
6047/22 6048/3
6049/17 6049/23
6050/1 6050/9 6055/16
**Counsel [1]** 6059/2
**counter [4]** 5943/7
5945/24 5946/14
5947/8
**country [3]** 6003/10
6014/19 6018/3
**couple [9]** 5909/1
5910/2 5917/9 5948/4
5958/4 5968/18 5976/2
5991/20 6018/25
**courage [1]** 6017/20
**course [5]** 5905/22
5909/13 5917/15
5925/5 5995/21
**court [21]** 5897/1
5900/2 5900/3 5905/10
5905/10 5923/7
5923/19 5924/16
5924/25 5926/3
5954/20 5965/6
5972/17 5974/16
5974/24 5975/22
5978/13 6018/8 6022/5
6023/17 6052/19
**Court's [2]** 5919/11
6013/19
**court-authorized [1]**
6022/5
**courtroom [7]** 5903/20
5929/25 5960/12
5972/12 6018/13
6018/20 6052/25
**cover [4]** 5962/14
5963/14 5963/21

**covering [2]** 5963/15
5963/17
**cowboy [1]** 5979/21
**CR [1]** 5897/4
**crazier [1]** 5956/17
**crazy [1]** 5941/4
**create [1]** 6022/14
**created [1]** 6038/14
**credence [1]** 5967/22
**credit [1]** 6011/14
**criminal [6]** 5903/6
6043/13 6055/3 6055/6
6055/7 6057/1
**Crisp [6]** 5898/14
5898/14 5903/18
5928/14 5962/23
5968/24
**crisplegal.com [1]**
5898/16
**cross [4]** 5901/4
5911/24 5915/18
5917/4
**cross-examination [1]**
5911/24
**crowd [12]** 5909/12
5910/11 5914/24
5914/24 5915/1 5937/8
5946/5 5946/12
5946/23 5946/24
5961/16 6043/9
**Crowl [16]** 5939/18
5976/9 5976/12
5989/13 5990/16
5992/5 6007/20 6008/7
6008/11 6039/22
6040/6 6040/17 6046/4
6046/12 6050/21
6053/21
**Crowl's [3]** 6007/24
6040/4 6046/6
**CRR [2]** 6060/2 6060/8
**Cummings [1]** 5985/10
**curfew [3]** 5955/23
5955/25 5994/8
**current [1]** 5961/20
**currently [1]** 6032/20
**custodian [2]** 5919/19
5922/7
**custody [1]** 6059/3
**cut [2]** 5922/11 6033/2

**D**

**D.C [13]** 5897/5
5897/17 5899/5 5900/5
5919/2 5978/10
5978/12 6003/14
6010/5 6014/8 6019/16
6021/11 6028/4
**D.C. [19]** 5974/10
5987/22 5988/14
5992/16 5996/7
6000/15 6002/17
6005/2 6006/9 6008/15
6012/6 6016/8 6025/3
6025/11 6027/13
6032/16 6045/7
6045/16 6053/22

**I 0.196** **op [2]** 6025/11
6053/22
**D.C. Op Jan. 6 [2]**
6027/13 6045/7
**D.C. Op Jan. 6, '21 [6]**
5974/10 5996/7
6002/17 6016/8 6025/3
6032/16
**D.C. Op Jan. 6, 21 [7]**
5987/22 5988/14
5992/16 6005/2 6006/9
6008/15 6012/6
**Dallas [2]** 5898/4
5898/8
**damaging [1]** 5970/25
**damn [1]** 5942/9
5994/8 6002/24
**data [4]** 5914/20
6022/13 6022/15
6022/17
**date [8]** 5920/25
5921/2 5934/9 6009/12
6011/20 6011/23
6015/13 6060/7
**dated [2]** 5921/7
6009/3
**dates [1]** 6022/6
**David [3]** 5899/12
5903/19 6032/2
**David Fischer [1]**
5903/19
**David Moerschel [1]**
6032/2
**day [19]** 5897/7 5914/8
5921/22 5931/12
5941/13 5941/14
5961/10 5961/24
5994/15 6003/17
6017/14 6017/14
6017/24 6026/23
6045/2 6045/25
6049/15 6051/2
6053/19
**days [5]** 5921/1
6005/21 6012/25
6013/7 6014/2
**dead [1]** 6005/7
**deadly [1]** 6006/14
**deal [5]** 5920/19
5922/12 5925/14
5925/15 5927/20
**decision [3]** 5911/1
5954/14 5954/16
**decisions [1]** 6003/1
**decisive [1]** 6006/21
**declarant [5]** 5927/1
6052/11 6055/3 6055/6
6057/20
**declarant's [3]** 6054/23
6055/1 6055/2
**Declaration [2]**
6012/11 6016/4
**declare [1]** 6005/7
**declared [1]** 5988/18
**declaring [1]** 5996/11
**deep [1]** 6017/23
**defend [1]** 5993/15
**defendant [30]** 5898/2

6069

**defendant... [29]**
5898/13 5899/2 5899/7
5899/11 5903/7 5903/8
5903/8 5903/9 5903/9
5903/15 5903/16
5903/17 5903/18
5903/19 5920/1
5932/16 5932/24
5933/3 5933/14 5934/8
5934/16 5939/18
5946/8 5975/17
5976/17 5979/24
5980/4 5980/15
5998/22

**Defendant 10 [1]**
5903/9

**Defendant 2 [1]** 5903/8
**Defendant 3 [1]** 5903/8
**Defendant 4 [1]** 5903/9
**Defendant Caldwell [2]**
5903/19 5946/8

**Defendant Caldwell's**
**[1]** 5934/16

**Defendant Harrelson**
**[6]** 5903/17 5932/16
5932/24 5933/3
5933/14 5980/15

**Defendant Meggs [1]**
5903/16

**Defendant Meggs' [1]**
5975/17

**Defendant No. 1 [1]**
5903/7

**Defendant Watkins [3]**
5903/18 5939/18
5976/17

**defendants [24]**
5897/7 5903/20
5910/10 5925/20
5927/1 5928/4 5928/18
5951/22 5963/6 5969/5
5969/7 6019/7 6019/20
6020/3 6022/3 6045/16
6050/4 6050/6 6051/10
6052/5 6052/13 6054/8
6058/13 6059/3

**Defendants Rhodes'**
**[1]** 6051/10

**defending [1]** 6014/22
**defense [6]** 5919/22
5925/1 5927/9 5967/19
6024/12 6053/6

**defense's [1]** 5923/12
**defined [1]** 6054/22
**degree [1]** 5917/23
**delay [1]** 5930/4
**delete [3]** 5962/7
5969/21 6055/20
**deleted [14]** 5963/5
5969/22 6000/2
6001/15 6001/17
6016/18 6016/24
6044/19 6044/21
6055/17 6055/23
6055/25 6056/7 6056/8
**deleting [7]** 5920/11
5920/17 5921/17

5962/13 5970/4
**deletion [6]** 5919/20
5965/3 5965/18
5965/23 5969/1 5969/4
**deletions [8]** 5960/20
5960/21 5960/24
5960/25 5967/13
5970/9 5970/16
5971/17
**demon [2]** 5936/23
6009/4
**Dennis [27]** 5935/12
5935/14 5936/1 5936/8
5936/10 5936/21
5936/24 5938/4
5938/11 5938/18
5938/21 5938/23
5939/5 5939/23 5940/3
5940/9 5955/8 5955/22
5955/25 5956/4
5956/18 5956/23
5957/2 5957/10
5957/12 5958/11
5959/14
**depart [1]** 6025/4
**Departing [1]** 6024/20
**Department [2]**
5989/12 6019/13
**depending [2]** 5921/2
6056/12
**depiction [2]** 5934/15
6002/4
**deployment [1]** 6004/2
**describe [2]** 6035/23
6057/1
**describing [2]** 5953/1
5953/3
**description [2]**
5912/25 5943/3
**descriptions [2]**
6053/18 6056/24
**deserted [1]** 6026/13
**destiny [1]** 6017/23
**detail [2]** 5913/16
5978/13
**device [3]** 6036/4
6036/19 6036/22
**devices [1]** 6033/19
**diagram [1]** 5944/24
**diamond [1]** 5997/20
**Diann [3]** 6034/21
6034/22 6035/1
**Diann Tomblin [3]**
6034/21 6034/22
6035/1
**did [113]** 5905/5
5920/10 5923/15
5925/12 5926/22
5937/19 5942/13
5943/11 5943/13
5949/6 5950/23 5957/14
5957/15 5957/21
5957/24 5958/4 5958/8
5958/22 5959/4 5959/8
5959/16 5959/21
5965/9 5969/8 5971/11
5992/5 5994/22 5995/4

5997/15 5999/12
6000/18 6001/2
6001/11 6001/13
6002/8 6003/16
6003/18 6004/3
6004/16 6004/19
6004/23 6005/1 6005/6
6005/10 6005/16
6005/20 6007/5
6007/12 6008/2 6008/4
6008/7 6012/6 6012/20
6013/1 6015/16
6016/20 6017/5
6017/12 6017/18
6021/13 6023/12
6029/5 6029/7 6029/9
6029/17 6029/24
6030/1 6030/4 6030/9
6031/19 6032/2
6032/15 6032/19
6033/5 6034/25
6035/14 6036/8
6036/14 6037/3 6037/7
6037/13 6037/19
6039/23 6039/25
6040/6 6040/16
6041/12 6041/14
6042/14 6043/6 6043/9
6044/3 6044/7 6045/8
6045/12 6045/14
6046/7 6046/9 6047/10
6047/13 6049/12
6049/14 6050/4 6050/5
6050/7 6051/14
6052/4 6055/10
6055/18 6056/15
6058/1
**Did you [1]** 6029/7
**didn't [11]** 5939/2
5962/1 5969/21 5992/7
6003/9 6003/10 6017/3
6031/11 6040/10
6052/14 6055/20
**difference [4]** 5908/22
5964/19 5964/22
6057/3
**different [22]** 5914/10
5916/3 5916/6 5923/9
5926/12 5927/21
5934/7 5935/9 5947/23
5951/20 5970/4 5976/3
5981/17 5991/2 5991/2
5996/18 6027/15
6036/19 6037/24
6038/18 6055/17
6058/11
**difficult [2]** 5906/13
5906/18
**direct [14]** 5901/4
5915/18 5930/20
5935/5 5935/7 5935/10
5952/3 5952/18
6007/20 6008/8
6026/18 6026/22
6032/6 6042/24
**direct-message [1]**
5952/18

5974/25
**directions [1]** 5953/12
**directly [2]** 5988/6
6026/21
**disagree [4]** 5907/19
5918/2 5953/10
5993/24
**discoloration [2]**
5950/21 5951/1
**discuss [4]** 5960/6
6009/8 6018/15 6053/2
**discussed [3]** 5925/25
5928/20 5949/24
**discussing [1]** 5919/15
**discussion [3]** 5926/19
5960/9 5972/17
**displayed [1]** 5923/19
**displaying [1]** 5916/18
**dispositive [1]** 5965/7
**dispute [1]** 5915/9
**disputing [1]** 6054/3
**distance [1]** 5918/8
**distinction [2]** 5965/5
5966/21
**distinguish [1]**
5965/22
**district [4]** 5897/1
5897/1 5897/10 5935/4
**DM [2]** 6032/4 6032/5
**do [116]** 5904/14
5907/5 5916/19 5917/5
5918/12 5920/15
5921/17 5922/4
5923/16 5926/21
5932/10 5932/13
5936/14 5936/18
5937/24 5942/8
5942/22 5942/25
5943/19 5943/23
5945/5 5945/10 5946/3
5946/3 5946/10
5946/17 5948/10
5948/13 5949/25
5950/2 5956/21
5956/21 5958/13
5958/18 5958/20
5960/4 5963/14
5964/15 5966/10
5966/14 5967/16
5972/15 5973/25
5974/1 5975/7 5976/19
5978/4 5979/18
5979/24 5980/1
5980/15 5980/16
5982/8 5983/14
5983/20 5987/14
5989/2 5989/8 5990/9
5991/21 5991/23
5991/24 5992/23
5993/5 5994/9 5996/8
5998/25 5999/17
6000/16 6001/7
6003/11 6003/25
6004/1 6005/18
6006/18 6007/22
6008/9 6009/16
6012/17 6013/2

5974/25
6017/21 6017/21
6024/22 6025/18
6026/1 6028/8 6028/10
6028/22 6028/24
6029/13 6029/21
6030/12 6030/20
6030/23 6031/6 6031/8
6031/15 6031/16
6032/5 6035/12 6036/1
6036/6 6036/20
6037/11 6039/20
6040/22 6040/24
6050/6 6056/15 6057/1
6057/1 6057/8 6057/9
6057/11
**Do like [1]** 5956/21
**do you [1]** 5980/15
**do you know [12]**
5936/14 5936/18
5937/24 5942/25
5945/10 5958/18
5975/7 5978/4 5992/23
6030/20 6039/20
6040/24
**do you see [20]**
5932/10 5942/22
5958/13 5979/18
5979/24 5989/2
5991/21 5993/5 5996/8
5999/17 6007/22
6009/16 6028/8
6029/13 6029/21
6030/23 6031/6
6031/15 6036/20
6050/6
**docketing [1]** 5972/1
**does [125]** 5906/4
5906/10 5907/9
5908/17 5915/9 5916/3
5922/13 5924/25
5934/2 5935/6 5936/3
5937/1 5937/4 5937/7
5939/9 5939/12
5939/14 5940/13
5940/21 5941/6 5944/8
5944/11 5944/24
5947/1 5947/2 5947/12
5951/19 5956/8 5963/7
5963/16 5963/21
5973/19 5974/14
5975/1 5975/2 5975/4
5975/13 5975/17
5975/21 5976/5
5976/12 5977/4
5978/10 5978/14
5978/17 5979/10
5981/21 5982/21
5987/13 5987/21
5988/5 5988/8 5988/17
5988/21 5989/4
5990/17 5992/15
5992/21 5993/9
5993/13 5993/14
5993/17 5993/20
5993/23 5994/3
5995/15 5995/19
5995/23 5996/10

**does... [56]** 5996/18
5997/21 5999/2 6000/1
6002/16 6002/22
6003/4 6003/8 6003/14
6006/1 6006/8 6007/18
6007/24 6008/16
6008/21 6008/24
6009/2 6009/18
6009/22 6010/1 6010/6
6012/9 6017/25
6020/19 6020/25
6023/25 6024/7
6024/11 6024/15
6024/19 6024/24
6025/2 6025/7 6025/10
6025/21 6025/23
6026/3 6026/8 6026/11
6026/21 6026/25
6027/5 6028/2 6028/12
6028/14 6028/19
6030/6 6030/9 6033/23
6033/25 6039/3
6044/18 6046/21
6048/17 6049/13
6056/4
**doesn't [11]** 5920/7
5953/3 5961/10
5962/15 5962/16
5970/7 6002/25
6006/21 6015/21
6051/7 6056/1
**dog [1]** 5983/14
**dog's [1]** 5983/17
**doin' [1]** 6024/16
**doing [25]** 5910/1
5920/16 5934/2
5947/12 5952/21
5953/9 5953/10
5953/13 5953/13
5953/13 5953/20
5953/21 5953/24
5953/25 5954/7
5954/10 5964/16
5964/16 5965/23
5967/12 5969/21
5980/19 6014/13
6027/5 6048/3
**Dolan [2]** 5982/8
5985/6
**domestic [1]** 6006/15
**don't [60]** 5907/9
5908/19 5911/12
5911/16 5912/4
5915/11 5915/19
5921/18 5922/15
5923/18 5924/16
5924/17 5925/8 5925/9
5929/9 5929/12
5929/13 5938/18
5941/22 5945/19
5952/23 5952/25
5953/16 5953/21
5954/13 5957/6
5957/17 5957/22
5957/25 5958/6 5958/9
5958/24 5959/5 5959/9
5959/18 5959/22

5962/25 5963/4 5964/8
5965/11 5966/1 5966/9
5967/13 5968/13
5968/18 5969/6 6001/3
6002/19 6012/21
6015/11 6016/16
6016/22 6018/7
6030/14 6034/10
6052/15 6056/11
6058/22
**done [5]** 5929/11
5952/7 5967/22
5993/25 6058/24
**Donovan [9]** 5939/18
5976/9 5989/13
5990/16 6007/20
6007/24 6008/7
6008/11 6050/21
**Donovan Crowl [7]**
5939/18 5976/9
5989/13 6007/20
6008/7 6008/11
6050/21
**door [2]** 5913/22
6005/14
**doorknob [2]** 5904/11
5910/21
**doors [8]** 5932/23
5932/25 5933/13
5941/7 5942/17
5942/17 5956/24
6040/19
**dose [1]** 6001/6
**doubt [1]** 5968/10
**doubting [1]** 5924/23
**Doug [7]** 6048/13
6048/23 6048/24
6049/5 6050/14 6051/3
6051/14
**Doug Smith [6]**
6048/13 6048/23
6049/5 6050/14 6051/3
6051/14
**Douyon [2]** 5907/24
5960/8
**dovetail [1]** 5968/23
**down [30]** 5904/25
5905/1 5906/14 5909/2
5914/23 5919/21
5932/20 5934/5
5938/10 5956/19
5956/19 5956/24
5956/24 5959/24
5960/15 5968/19
5976/5 5993/25
5993/25 5996/15
6015/4 6018/15
6029/11 6033/9
6037/10 6039/19
6042/17 6043/25
6053/2 6056/13
**dozen [2]** 5919/18
6025/15
**drag [1]** 5940/4
**dress [1]** 5965/21
**dressed [1]** 6044/23
**Drew [1]** 5931/10

**drive [1]** 5895/18
**drone [3]** 6003/15
6003/17 6003/24
**drove [1]** 6040/18
**duking [1]** 5942/17
**Dulles [1]** 5955/7
**dumped [1]** 6006/13
**duration [1]** 5977/18
**during [8]** 5922/11
5924/22 5929/15
5931/20 5946/10
5953/2 6029/3 6053/3
**dust [3]** 5994/6 5994/9
5994/10
**duty [3]** 6006/18
6017/21 6019/15

---

**E**

---

**each [2]** 6054/6
6057/19
**ear [1]** 5934/4
**earlier [13]** 5921/4
5949/12 5949/13
5949/21 5949/24
5950/11 5987/20
5994/15 6003/17
6034/8 6039/12 6052/4
6053/19
**early [1]** 6050/18
**easier [2]** 5919/23
5972/16
**east [4]** 5992/22
6006/13 6050/17
6050/25
**Eastern [2]** 5977/22
6011/7
**eat [1]** 6010/3
**ECA [1]** 6055/11
**Ed [22]** 5988/13
5988/17 5989/4
5992/15 5992/21
5993/18 5994/3
5994/14 5996/6
6003/14 6003/16
6005/16 6005/20
6008/14 6010/10
6020/15 6021/11
6021/19 6023/11
6025/10 6026/8
6032/15
**Ed Vallejo [19]**
5988/13 5988/17
5989/4 5992/21
5993/18 5994/14
5996/6 6003/14
6003/16 6005/16
6005/20 6008/14
6010/10 6020/15
6021/11 6021/19
6025/10 6026/8
6032/15
**Edward [4]** 5898/10
5903/10 5903/15
6022/9
**Edward Tarpley [1]**
5903/15
**Edwards [2]** 5897/16
5903/12

**forward [1]** 5898/12
5898/12
**effect [1]** 5961/22
**efficient [2]** 5908/16
5909/12 5916/17
**efforts [1]** 5970/10
**eight [1]** 6017/12
**either [5]** 5911/24
5915/18 5921/21
5967/9 6057/21
**elect [1]** 5988/18
**electoral [2]** 6005/4
6015/13
**element [1]** 5965/1
**elevated [1]** 5905/15
**ELMER [4]** 5897/6
5898/2 5903/7 6019/8
**Elmer Stewart Rhodes**
**[1]** 6019/8
**Elmer Stewart Rhodes**
**III [1]** 5903/7
**else [8]** 5918/12
5922/13 5922/16
5924/12 6036/5
6042/13 6044/21
6055/3
**else's [2]** 5919/3
5921/21
**em [1]** 6035/2
**Email [9]** 5897/18
5897/19 5898/5 5898/9
5898/12 5898/16
5899/6 5899/10
5899/15
**emails [1]** 5971/18
5971/18
**Embrace [1]** 6017/23
**emerge [2]** 5908/23
5911/19
**emergency [1]** 6024/8
**emerges [4]** 5906/1
5910/3 5911/9 5912/21
**emerging [2]** 5908/12
5913/18
**emoji [8]** 5936/25
5940/8 5940/10
5940/11 5957/1
5993/19 6009/4
6045/14
**Empire [1]** 5899/13
**en [2]** 5915/1 5915/1
**end [4]** 5927/4 5948/6
5949/25 5950/3
**ended [2]** 5954/24
6016/3
**endemic [1]** 5926/15
**ending [1]** 6022/11
**enemies [1]** 6006/15
**enemy [1]** 6003/2
**engage [1]** 5961/24
**engaged [3]** 5967/5
5970/13 5970/24
**engaging [1]** 5964/10
**enjoy [1]** 5956/16
**enough [1]** 5925/17
**enter [2]** 6002/12
6050/4
**entered [4]** 5929/25

**forward [1]** 6018/20
6050/24
**entering [1]** 5913/11
6006/19
**entire [5]** 5951/15
5952/3 5952/23
5998/16 6053/14
**entitled [1]** 5907/16
**entrance [4]** 5912/17
5948/11 5948/21
6037/21
**equally [1]** 5969/20
**escape [2]** 5905/2
5906/15
**escape-type [1]**
5906/15
**essentially [2]** 5936/17
5963/14
**establish [7]** 5911/23
5912/15 5912/21
5914/9 5964/3 5968/11
6057/20
**establishing [1]**
5920/11
**et [4]** 5897/6 5913/22
5913/22 6014/21
**et cetera [2]** 5913/22
6014/21
**evacuate [1]** 5978/6
**evacuated [1]** 5954/8
**evacuation [2]** 5994/22
5995/4
**even [9]** 5908/5 5908/6
5909/21 5939/2
5970/23 6008/18
6038/13 6038/13
6040/10
**evening [5]** 5952/15
6044/21 6046/13
6048/10 6049/5
**event [3]** 5918/9
5921/13 6057/7
**events [6]** 5919/15
5921/8 5921/13
5921/15 5966/19
6038/14
**ever [3]** 5906/10
5920/24 6014/16
**every [5]** 5920/5
5928/9 5972/15
6006/16 6056/20
**everybody [7]** 5903/22
5903/23 5931/20
5942/12 5960/23
6053/5 6058/23
**everybody's [1]**
6058/23
**everyone [12]** 5903/4
5930/2 5930/3 5960/13
5963/2 5970/11
5972/13 6014/18
6018/21 6044/25
6059/1 6059/7
**everyone's [1]** 6028/5
**everything [6]** 5904/15
5914/19 5923/21
5925/14 5993/25
6042/17

**evidence [57]** 5904/9
5907/3 5912/2 5920/14
5931/22 5933/11
5934/23 5941/18
5941/21 5943/6
5944/21 5949/15
5950/7 5965/16 5967/4
5967/10 5967/16
5967/21 5967/24
5968/6 5968/8 5968/12
5968/17 5969/7 5970/8
5970/9 5970/10
5970/22 5974/6 5977/1
5977/12 5979/4
5979/13 5980/12
5981/8 5984/3 5984/11
5986/7 5990/4 5994/17
5998/8 6010/19
6010/23 6011/11
6012/15 6012/24
6013/17 6013/24
6021/5 6021/7 6022/4
6022/9 6023/6 6034/4
6034/13 6047/5
6049/18
**evidentiary [1]** 5968/2
**exact [4]** 5915/11
5964/14 6030/12
6030/14
**exam [1]** 6022/13
**examination [3]**
5911/24 5915/17
5930/20
**examine [2]** 6039/23
6044/7
**examiners [1]** 6022/11
**example [4]** 5914/21
5953/9 5963/24
6052/11
**except [1]** 5964/16
**exception [1]** 6057/2
**exchange [6]** 5935/4
5941/9 5941/12
5952/18 5952/23
6004/11
**exchanged [2]** 5966/11
5972/22
**excuse [3]** 5921/11
5960/8 6053/18
**exfil [4]** 5976/14
5978/4 5978/5 5978/6
**exfiltrate [1]** 5978/6
**exhausted [1]** 6041/15
**exhibit [102]** 5904/5
5909/7 5918/24 5927/3
5931/18 5931/21
5933/6 5933/11
5933/25 5934/13
5934/23 5943/5
5943/10 5944/6
5944/15 5944/21
5949/10 5949/16
5950/3 5950/7 5951/8
5951/15 5952/3 5952/7
5952/9 5954/16
5954/22 5960/1
5960/17 5961/21

5972/20 5973/10
5973/14 5973/18
5973/22 5974/6
5976/25 5977/11
5979/3 5980/24 5981/8
5984/1 5984/2 5984/11
5986/2 5986/7 5987/17
5989/20 5989/23
5990/7 5990/25 5992/8
5994/16 5994/25
5995/1 5998/2 5998/3
5998/6 5998/8 5998/22
6000/4 6007/22
6010/23 6011/11
6012/23 6013/12
6013/24 6015/17
6015/18 6015/25
6018/5 6019/5 6019/18
6019/21 6020/1 6020/4
6020/13 6020/18
6020/19 6020/23
6021/7 6022/2 6022/10
6022/18 6022/21
6023/6 6027/18
6033/22 6033/23
6034/13 6034/16
6036/4 6043/25 6047/1
6047/2 6047/5 6048/7
6048/15 6051/23
6053/14
**Exhibit 1112 [1]**
6020/4
**Exhibit 1112.2 [2]**
5949/10 5949/16
**Exhibit 1530 [2]**
5931/18 5933/25
**Exhibit 192 [1]** 6036/4
**Exhibit 2010.2 [1]**
6011/11
**Exhibit 3000H [1]**
6022/2
**Exhibit 3025 [1]**
6019/5
**Exhibit 6734 [4]**
5927/3 6034/16 6048/7
6053/14
**Exhibit 6757 [3]**
5909/7 5944/6 5944/15
**Exhibit 6759 [1]**
6013/12
**Exhibit 6760 [2]**
5989/23 5990/7
**exhibits [7]** 5902/1
5903/25 5972/3 5990/4
6019/11 6022/13
6058/20
**exist [1]** 5997/5
**exit [2]** 5906/8 5906/14
**exited [3]** 5960/12
6018/13 6052/25
**expect [2]** 5922/4
6009/20
**explain [2]** 5912/13
6058/14
**explaining [1]** 5953/12
**explosives [1]** 5919/2
**expose [2]** 6055/3

**expressing [1]** 5912/1
**extended [2]** 6024/8
6026/23
**extensive [2]** 5926/11
5927/22
**extent [1]** 6052/6
**external [2]** 5987/12
5987/13
**extinguishers [1]**
5942/19
**extracted [1]** 6044/1
**extraction [11]** 5976/3
5977/8 5996/21 5997/1
5997/6 5999/14
5999/20 6000/16
6013/15 6022/14
6022/25
**extractions [4]**
5973/22 6020/20
6021/1 6034/2
**extraneous [1]**
5926/12
**extremists [1]** 6014/16
**eye [3]** 5906/11
5961/13 5961/17
**eyes [2]** 5986/16
6039/8

**F**

**face [1]** 6051/8
**Facebook [37]** 5918/13
5919/4 5919/19 5922/7
5926/13 5926/14
5934/9 5934/16
5934/17 5935/5 5940/2
5941/8 5952/5 5952/18
5952/23 5962/1 5962/9
5962/18 5969/6
5970/12 5970/21
5972/23 5973/22
6007/19 6007/25
6008/3 6038/6 6039/18
6039/20 6039/24
6040/2 6040/7 6046/6
6046/8 6046/13
6048/12 6049/10
**Facebook Messenger
[1]** 6040/7
**faces [1]** 5931/19
**facing [10]** 5909/10
5945/2 5945/3 5946/24
5947/14 5947/15
5956/24 5974/25
5980/4 5980/10
**fact [8]** 5905/5 5911/1
5912/21 5915/16
5962/14 6006/15
6054/14 6057/11
**factfully [1]** 6054/11
**fagot [1]** 6044/24
**fair [4]** 5925/17
5934/14 5948/19
5973/25
**fairly [4]** 5943/2
5961/17 6020/25
6050/18
**Faith [4]** 6030/11

**falcons [2]** 6017/7
6017/8
**fall [1]** 6057/2
**falling [1]** 5960/18
**familiar [1]** 5955/11
**family [2]** 5956/6
6017/22
**far [10]** 5933/17
5948/10 5969/7
5983/10 5985/14
5985/22 6006/14
6030/23 6045/21
6055/9
**fashion [1]** 5970/13
**fast [1]** 6031/11
**Fathers [1]** 5995/17
**favor [1]** 5925/1
**FBI [11]** 5930/9
5996/25 5997/3
5999/12 6001/1
6000/14 6000/18
6022/8 6022/12 6044/3
6044/7
**fear [1]** 6042/17
**federal [1]** 5920/24
**feel [3]** 5913/2 5938/13
5956/16
**feet [3]** 5905/12
5905/19 5905/24
**few [11]** 5907/14
5910/5 5957/23 5958/1
5960/5 5960/8 5960/16
5975/20 6005/19
6016/19 6058/18
**fifth [1]** 5980/9
**fight [4]** 5938/24
5939/3 6008/23 6013/6
**fighting [1]** 6035/24
**figure [3]** 5919/9
6052/16 6058/18
**file [2]** 5917/17
5971/24
**filed [2]** 5972/4 5972/5
**filmed [3]** 6019/12
6019/14 6020/5
**final [3]** 5959/20
6006/17 6007/10
**finally [1]** 6020/1
**find [1]** 6029/18
**fine [5]** 5914/5 5925/7
5927/2 5967/20
6058/19
**finish [3]** 5954/16
5990/21 6005/4
**fire [4]** 5905/2 5906/15
5942/19 6008/17
**fired [1]** 6043/9
**first [23]** 5904/3 5904/6
5906/3 5909/8 5915/2
5916/1 5917/19 5922/5
5922/7 5927/12
5935/18 5941/23
5946/2 5946/22
5975/17 5976/17
5984/19 6001/6
6002/10 6002/11
6023/9 6041/16

**Fischer [17]** 5899/12
5899/12 5903/19
5907/13 5907/19
5908/25 5911/23
5912/24 5913/16
5918/1 5918/13 5920/3
5921/7 5921/25
5922/13 5925/10
6058/21
**fischerandputzi [1]**
5899/15
**fist [2]** 5917/20
5980/20
**fists [1]** 5909/22
**five [7]** 5960/7 5962/22
5996/6 6008/14
6009/21 6032/22
6050/12
**FL [7]** 5997/10 6000/7
6000/15 6003/5
6027/13 6045/7
6045/16
**flag [6]** 5904/19
5940/23 5941/4 5942/9
5983/13 6041/19
**flags [1]** 6025/17
**flash [3]** 5914/23
5942/3 6043/9
**floor [1]** 6040/20
**floors [3]** 5956/19
5956/22 5957/11
**floppy [1]** 5986/22
**Florida [9]** 5932/18
5997/16 5997/17
6001/16 6041/4 6041/6
6041/9 6045/18
6053/22
**fluorescent [1]** 5945/5
**folk [1]** 5942/2
**folks [1]** 5922/9
**follow [6]** 5904/19
5915/19 5926/1
6014/20 6045/12
6045/13
**followed [4]** 6046/14
6046/15 6046/17
6050/8
**following [4]** 5972/19
6009/8 6022/4 6022/9
**FOLLOWS [1]** 5930/19
**food [1]** 6005/21
**foot [1]** 6025/13
**footage [5]** 5945/3
6019/6 6019/12
6019/16 6020/4 6020/8
**Forced [1]** 6035/17
**ford [1]** 6037/15
**forecloses [1]** 5970/7
**foregoing [1]** 6060/3
**foreground [2]**
5933/18 5945/9
**foreign [1]** 6006/15
**forensic [3]** 6022/11
6022/15 6022/17
**foreperson [1]** 5925/3
**forever [1]** 6017/15
**forgive [1]** 6034/9

**form [1]** 5919/19
**Former [1]** 5931/10
**FormerFeds [1]** 5899/8
**formerfedsgroup.com [1]** 5899/10
**forth [2]** 5955/18 5961/6
**forward [90]** 5908/4 5908/7 5908/11 5914/25 5915/1 5917/14 5928/1 5932/3 5936/5 5937/10 5939/11 5941/7 5942/10 5945/19 5946/5 5947/4 5948/6 5955/1 5955/3 5955/21 5957/23 5958/1 5958/7 5958/10 5958/15 5958/21 5958/25 5959/6 5959/10 5959/13 5965/17 5968/18 5984/14 5985/1 5985/7 5985/15 5985/24 5988/4 5988/8 5988/25 5989/4 5990/10 5991/4 5991/13 5991/25 5993/16 5994/2 5994/24 5998/11 6003/7 6003/12 6004/10 6004/22 6005/5 6005/19 6005/22 6006/6 6008/20 6009/1 6009/13 6009/21 6012/9 6016/6 6016/19 6016/25 6017/11 6024/6 6024/10 6024/14 6024/18 6025/1 6025/6 6025/9 6025/20 6025/23 6026/3 6026/6 6026/10 6032/13 6032/22 6036/3 6036/18 6037/13 6037/23 6041/1 6042/19 6045/2 6047/22 6049/23 6052/22
**forwarded [1]** 5918/25
**forwarding [1]** 5919/3
**fought [1]** 6050/16
**found [1]** 6055/22
**foundation [3]** 5916/23 5916/24 5918/5
**founding [2]** 5995/16 6006/10
**four [3]** 5941/22 5962/21 6015/18
**fourth [1]** 5942/22
**Fox [1]** 6038/13
**frame [8]** 5909/23 5949/12 5950/10 5950/19 5991/11 6023/10 6050/4 6050/8
**frankly [2]** 5906/16 6055/16
**fraudulent [1]** 6012/22

## G

**friend [2]** 5937/2 6057/13
**friends [1]** 5956/7
**front [7]** 5898/15 5905/1 5933/1 5933/13 5942/16 5973/18 6037/10
**Fuck [7]** 5936/23 5937/11 5938/6 5940/18 5941/4 5955/24 6043/11
**fucked [3]** 5938/22 5939/2 5942/5
**fuckers [1]** 6029/10
**fucking [1]** 5938/16
**full [3]** 5916/19 5925/12 5941/22 5941/21
**functional [1]** 6003/15
**further [4]** 5907/6 5930/18 5953/3 6051/17
**furtherance [14]** 5952/19 5952/22 5953/1 5953/7 5953/17 5953/19 5953/21 5953/25 5954/3 5960/25 5964/24 5965/1 5968/8 6056/25
**furthering [1]** 5954/10
**FYI [2]** 6003/24 6005/3
**FYI-Congress [1]** 6005/3

## G

**GAF [1]** 5938/19
**game [1]** 5939/13
**gang [1]** 6050/18
**Garden [4]** 6010/3 6010/10 6011/6 6011/14
**gas [8]** 5914/23 5942/14 5955/10 6001/6 6039/7 6040/10 6041/25 6043/10
**gassed [4]** 5942/4 6035/17 6038/12 6042/17
**gassing [2]** 5940/14 5940/24
**gates [1]** 6045/13
**Gator [25]** 5997/14 5997/15 6000/25 6000/25 6002/23 6005/23 6012/7 6014/4 6016/9 6016/12 6016/14 6016/20 6017/1 6017/6 6027/22 6027/25 6028/2 6028/22 6028/24 6029/5 6029/9 6029/12 6029/15 6029/21 6030/2
**Gator 6 [9]** 6016/9 6016/12 6016/14 6016/20 6017/1 6017/6 6027/22 6027/25

**gauntlet [1]** 6033/9
**gear [1]** 6013/5
**general [2]** 5926/9 5955/11
**generally [7]** 5937/19 5943/23 5955/16 5984/19 5996/9 6035/23 6049/14
**generation [1]** 6006/10
**generic [2]** 5912/24 5914/13
**gentlemen [1]** 5960/3 5988/23 6018/9 6052/20
**get [30]** 5912/5 5913/14 5913/16 5913/22 5915/6 5922/4 5922/9 5923/4 5924/4 5925/10 5927/4 5928/12 5930/5 5936/23 5939/2 5940/16 5942/8 5951/10 5954/9 5955/25 5956/3 5994/12 6006/18 6013/5 6031/11 6041/23 6051/4 6051/19 6058/24
**gets [2]** 5919/21 5953/16
**getting [4]** 5910/23 5913/17 5965/20 5965/21
**Geyer [3]** 5899/7 5903/17 5962/3
**give [10]** 5909/1 5938/12 5938/12 5952/8 5967/21 6012/21 6014/25 6018/7 6041/15 6051/24
**given [5]** 5911/7 5925/11 5928/11 5961/9 6006/15
**gives [5]** 5940/8 5940/9 5940/11 5957/1 6002/24
**giving [1]** 5954/6
**Glen [1]** 5899/14
**glosses [1]** 5914/19
**gmail.com [1]** 5898/9
**go [184]**
**go ahead [4]** 5925/18 5949/22 5954/15 5964/21
**go-this [1]** 6021/14
**God [5]** 5938/19 5938/24 6009/23 6033/11 6033/11
**God bless [1]** 6033/11
**Godbold [39]** 5935/12 5935/12 5935/14 5935/14 5936/1 5936/8 5936/10 5936/21 5936/24 5938/4 5938/5 5938/11 5938/13 5938/16 5938/18

5940/3 5940/8 5940/9 5940/18 5941/3 5955/5 5955/8 5955/22 5956/1 5956/4 5956/14 5956/18 5956/23 5957/2 5957/10 5957/12 5957/12 5958/2 5958/11 5958/16 5959/14 **goes [5]** 5962/3 5965/24 5983/5 6048/24 6055/9
**goggles [1]** 5986/16
**goin' [1]** 5993/22
**going [54]** 5904/4 5910/12 5911/11 5911/16 5912/5 5913/16 5917/12 5918/21 5918/24 5919/19 5920/3 5922/7 5924/21 5925/20 5927/4 5927/20 5931/18 5934/12 5936/13 5937/21 5939/15 5942/8 5945/23 5954/3 5956/17 5960/1 5960/6 5960/8 5964/13 5965/17 5967/19 5970/14 5972/3 5989/20 5998/3 6002/15 6004/24 6010/3 6010/5 6011/5 6014/6 6015/24 6021/25 6024/12 6027/18 6027/19 6031/11 6032/13 6041/21 6043/12 6045/2 6046/25 6049/15 6052/21
**gone [3]** 6002/10 6009/9 6028/5
**good [15]** 5903/5 5903/22 5930/3 5930/15 5930/24 5942/12 5956/1 5993/14 6014/19 6026/24 6033/6 6033/8 6040/21 6050/18 6051/4
**good morning [5]** 5903/5 5930/3 5930/15 5930/24 6026/24
**got [18]** 5915/21 5942/15 5945/14 5957/3 5968/4 5968/11 5968/16 5982/11 5987/6 6001/5 6005/21 6006/23 6024/16 6035/17 6042/16 6056/2 6058/10 6059/2
**government [42]** 5897/14 5903/13 5903/25 5904/24 5906/23 5912/4 5915/4 5915/7 5923/22 5924/14 5926/2

5940/3 5940/8 5940/9 5940/18 5941/3 5955/5 5955/22 5956/1 5956/4 5956/14 5956/18 5956/23 5957/2 5957/12 5958/2 5958/11 5958/16 5959/14 **goes [5]** 5940/3 5940/8 5940/9 5940/18

5933/7 5933/10 5934/19 5944/14 5949/15 5951/19 5965/17 5968/7 5970/8 5974/2 5980/25 5983/25 5986/3 5989/22 5989/23 5990/7 5998/5 6006/11 6010/13 6010/19 6019/7 6019/19 6020/2 6021/5 6022/3 6022/22 6023/2 6034/4 6047/2 **government's [76]** 5901/5 5902/3 5907/16 5909/7 5918/18 5924/1 5924/22 5927/3 5931/7 5931/18 5931/21 5933/6 5933/11 5933/25 5934/13 5934/23 5944/5 5944/15 5944/21 5949/10 5950/7 5951/8 5954/21 5973/10 5973/14 5973/18 5974/6 5976/25 5977/11 5979/2 5980/23 5981/8 5984/2 5984/11 5986/2 5986/7 5987/17 5989/20 5990/4 5990/25 5992/8 5994/16 5998/2 5998/3 5998/6 5998/8 5998/21 6000/4 6010/23 6011/10 6012/23 6013/12 6013/24 6015/25 6018/5 6019/4 6019/11 6019/18 6019/21 6020/1 6020/3 6020/13 6020/17 6021/7 6022/2 6022/13 6022/18 6022/20 6023/6 6027/18 6033/22 6034/13 6034/16 6047/1 6047/5 6048/7
**Government's Exhibit 5306 [1]** 6019/21
**Government's Exhibit 5707 [1]** 5933/6
**Government's Exhibit 6732 [1]** 5973/10
**Governor [1]** 5899/13
**grabbed [1]** 5942/8
**grainier [2]** 5947/25 5948/1
**grand [2]** 5925/3 5925/12
**Graydon [1]** 5986/23
**great [4]** 5942/20 6014/24 6050/17 6055/2
**greater [1]** 5969/15
**green [2]** 5983/19 5984/23
**Greene [5]** 5975/8 5983/22 5987/4 5988/5 5988/9

**grenades [1]** 5942/3
**grens [1]** 6041/25
**grievances [1]** 6012/8
**grime [1]** 5939/12
**Grimes [25]** 5919/14
5935/13 5935/15
5936/6 5936/12
5936/22 5937/11
5938/8 5938/21
5938/23 5939/12
5940/1 5940/6 5940/11
5940/15 5940/19
5941/2 5955/3 5955/24
5956/2 5956/12
5956/20 5957/1 5959/1
5959/11
**grins [1]** 6043/13
**grocery [1]** 5966/15
**Grods [3]** 5983/10
5983/22 5985/18
**ground [3]** 5914/8
5993/10 6058/5
**grounds [4]** 5979/16
5984/20 6025/13
6025/16
**group [48]** 5935/5
5935/8 5935/9 5935/11
5940/13 5940/24
5942/4 5953/13 5956/9
5957/5 5957/10
5957/16 5958/5
5958/12 5958/23
5960/20 5961/7 5967/9
5975/5 5975/14
5975/21 5983/12
5987/22 5994/19
6005/10 6005/17
6005/24 6008/22
6009/2 6010/2 6012/6
6012/10 6016/15
6016/21 6017/2 6017/6
6021/13 6026/12
6027/12 6028/3 6033/5
6033/7 6040/23
6043/10 6045/15
6045/17 6045/18
6045/19
**guarantee [1]** 6039/8
**guard [3]** 5948/21
5996/12 6025/19
**guess [8]** 5915/14
5915/19 5916/22
5921/2 5921/8 5921/15
5977/14 5994/10
**guidance [1]** 5961/12
**guilt [1]** 5970/10
**gun [4]** 5936/10
5936/17 5966/5 5966/6
**guns [6]** 5938/20
5938/24 5965/21
5966/3 6006/5 6039/8
**guts [2]** 5938/20
5938/24
**guy [1]** 6040/19
**guys [3]** 5993/10
5993/24 6050/17

**H-a-r-r-i-s [1]** 5931/1
**Hackett [4]** 5933/23
5985/14 6030/21
6030/22
**had [28]** 5904/3 5904/5
5906/18 5909/24
5913/1 5913/19
5924/15 5929/11
5930/4 5933/14
5941/13 5941/14
5942/5 5956/21
5964/15 5977/8
5978/20 5992/10
6003/9 6003/22
6028/15 6029/2
6034/11 6039/8 6051/5
6054/14 6055/1 6056/3
**hadn't [1]** 5971/11
**hairs [1]** 5967/13
**half [11]** 5909/13
5943/24 5946/2
5946/11 5946/25
6025/10 6026/10
6036/19 6038/18
6041/2 6042/5
**half-hour [2]** 6026/10
6038/18
**Haller [5]** 5899/2
5899/3 5903/16
5922/16 6058/7
**hallerjulia [1]** 5899/6
**hallway [2]** 5956/24
6035/19
**hand [9]** 5916/11
5924/5 5930/11
5946/16 5950/16
5980/9 5987/5 5987/10
6049/1
**handgun [1]** 5920/22
**handle [2]** 5931/7
6005/14
**hands [4]** 5910/1
5914/8 5914/10
5979/10
**hang [4]** 5940/5
5942/12 5960/14
6001/23
**hangout [2]** 5997/10
6003/5
**happen [1]** 6009/10
**happened [5]** 5921/8
5971/8 5992/11
6001/14 6056/25
**happening [10]**
5911/14 5911/17
5912/13 5913/4 5917/1
5953/2 5953/4 5954/12
5962/15 5966/12
**happens [2]** 5911/12
6004/18
**happy [1]** 5919/24
**harbor [1]** 6006/13
**hard [5]** 5909/23
5917/5 6029/18 6054/5
6054/19
**harm [1]** 6017/10
**Harrelson [31]** 5899/7

5926/10 5932/14
5932/16 5932/17
5932/24 5933/3
5933/14 5933/19
5934/3 5962/1 5979/24
5980/4 5980/5 5980/8
5980/15 5982/4
5985/12 5987/1
5999/17 5999/24
6016/13 6017/1 6019/8
6028/1 6028/2 6029/9
6045/19 6050/7
**Harrelson's [6]** 5962/8
5998/23 5999/5
5999/15 6029/6 6032/3
**Harris [50]** 5930/10
5930/14 5930/17
5931/1 5931/2 5931/2
5931/20 5931/25
5933/6 5934/13
5936/14 5937/15
5939/17 5941/17
5941/23 5942/21
5944/24 5948/11
5950/12 5955/11
5960/2 5960/15 5973/8
5973/12 5979/16
5980/24 5984/20
5986/11 5990/8
5991/19 5994/13
6006/4 6007/3 6010/13
6011/3 6013/12
6015/14 6016/2 6018/4
6018/14 6018/22
6020/12 6021/15
6023/10 6037/11
6037/16 6045/2 6047/1
6051/17 6053/1
**Harris' [1]** 5927/4
**Harrisburg [1]** 5898/15
**has [22]** 5916/2
5936/15 5936/25
5947/17 5965/1 5967/4
5967/16 5967/21
5968/18 5971/8 5984/4
5988/18 5988/23
5995/22 5996/11
5999/4 5999/7 6021/14
6024/6 6024/8 6025/12
6044/24
**hasn't [1]** 5941/21
**hat [4]** 5979/21
5986/22 6023/22
6023/25
**hate [2]** 5960/4
5967/15
**Hatsy [5]** 6031/5
6031/8 6031/18
6031/23 6032/2
**haul [1]** 5987/25
**have [142]** 5904/12
5904/14 5904/19
5905/11 5905/21
5906/4 5906/17
5906/18 5906/19
5907/10 5907/22
5909/8 5910/4 5910/22

5911/14 5911/15
5911/17 5911/19
5915/2 5915/9 5918/12
5919/24 5920/13
5922/13 5922/25
5924/21 5926/14
5926/19 5928/10
5928/13 5928/18
5929/1 5929/13
5929/20 5931/25
5932/1 5933/2 5933/4
5934/6 5934/8 5934/11
5939/3 5939/3 5940/23
5943/2 5943/11 5946/7
5946/9 5948/16
5951/9 5953/15
5960/4 5960/13 5962/1
5965/12 5967/5
5968/18 5969/11
5969/12 5969/12
5969/14 5969/17
5969/18 5969/18
5969/19 5970/2
5972/13 5972/16
5973/21 5974/19
5977/10 5979/10
5981/11 5981/13
5983/4 5986/10
5986/12 5990/9 5992/7
5994/20 5997/24
5998/19 5998/20
5998/21 5999/2
5999/14 5999/16
5999/20 5999/23
6002/10 6003/2
6003/10 6003/25
6005/7 6006/15
6006/17 6008/23
6009/7 6009/9 6013/14
6013/16 6014/11
6014/16 6014/19
6014/22 6015/3
6015/11 6015/17
6015/18 6017/20
6018/25 6020/23
6020/24 6021/15
6021/22 6021/24
6030/25 6033/12
6033/18 6034/1 6034/3
6034/9 6035/19
6035/22 6037/16
6037/18 6039/9 6044/3
6046/19 6046/20
6046/23 6049/10
6049/11 6052/2 6053/5
6054/1 6054/24 6056/2
6056/5 6058/20
**having [9]** 5913/3
5917/5 5919/1 5923/18
5925/2 5930/17
5966/14 5969/5
5989/12
**he [143]** 5904/8
5904/16 5905/7 5906/1
5906/19 5908/22
5909/14 5909/24
5910/14 5910/16

5911/15 5911/17
5911/18 5911/19
5911/20 5912/2
5916/11 5917/15
5920/9 5920/16
5920/17 5921/12
5926/13 5926/14
5929/11 5929/11
5932/17 5937/7
5937/12 5937/12
5937/12 5938/5
5946/10 5946/12
5947/14 5953/11
5953/12 5953/13
5953/24 5957/6 5957/8
5957/17 5957/19
5957/21 5957/24
5958/6 5959/4 5959/5
5959/8 5959/19
5961/14 5961/15
5961/15 5961/16
5962/1 5965/9 5965/25
5967/10 5967/16
5969/9 5969/20
5969/21 5969/22
5969/24 5969/25
5970/4 5970/5 5974/14
5974/23 5974/23
5974/25 5975/1 5975/2
5975/11 5978/14
5978/24 5980/19
5983/5 5983/9 5987/10
5988/7 5989/6 5990/17
5990/18 5992/19
5994/14 5994/22
5995/4 5995/12
5995/21 5995/23
5996/10 5997/17
6001/2 6001/3 6001/13
6003/8 6003/9 6003/9
6003/10 6003/18
6004/15 6006/22
6006/23 6007/5
6007/12 6008/24
6008/25 6009/18
6009/22 6012/8
6012/20 6014/7
6021/21 6024/24
6025/7 6025/12 6027/5
6027/5 6028/15 6029/6
6029/9 6029/17
6031/19 6031/25
6032/3 6032/19 6033/5
6033/6 6037/2 6037/21
6039/1 6046/17 6048/4
6048/5 6048/12
6048/23 6048/24
6049/1 6054/13
6054/14
**he said [6]** 5904/8
5910/14 5910/17
5959/19 5990/18
6033/6
**he's [33]** 5904/18
5908/6 5920/5 5920/11
5920/17 5947/15
5952/20 5952/21

**he's... [25]** 5952/21
5953/3 5953/9 5953/10
5953/13 5953/20
5953/21 5954/1 5954/6
5961/15 5962/11
5967/6 5967/12 5969/5
5970/1 5975/9 5979/20
5980/5 5980/21
5983/10 5984/24
5987/6 5995/24
6048/24 6048/24
**head [7]** 5943/20
5947/13 5980/20
5986/17 5988/18
6037/10 6047/20
**head-elect [1]** 5988/18
**headed [2]** 6008/18
6028/20
**heads [1]** 5950/19
**hear [4]** 5907/13
5961/21 5965/4 5992/5
**heard [4]** 5942/1
5942/5 6044/24
6055/10
**hearing [1]** 6056/21
**heart [1]** 6008/17
**helicopters [1]**
5994/11
**hell [4]** 5941/24
5956/14 6026/9
6045/14
**helmet [3]** 5916/15
5916/15 5986/16
**help [3]** 5931/19
5944/23 5954/11
**helped [2]** 6006/21
6039/7
**her [17]** 5923/13
5923/20 5923/20
5931/12 5976/17
5991/18 6028/15
6028/17 6036/14
6037/15 6038/9
6045/20 6055/9
6055/11 6055/22
6055/24 6056/8
**here [104]** 5908/4
5908/10 5909/16
5909/21 5909/23
5912/8 5917/16
5919/12 5919/13
5919/17 5919/21
5919/23 5919/25
5920/1 5923/14
5926/23 5931/11
5933/25 5935/3
5935/15 5935/18
5939/10 5941/22
5942/6 5942/22
5943/20 5945/5
5945/23 5946/14
5947/1 5948/11
5950/18 5954/15
5954/24 5956/5 5964/5
5966/9 5967/6 5967/17
5969/1 5971/10
5973/13 5973/21

5977/21 5979/6
5981/17 5981/21
5982/15 5982/16
5982/24 5983/1 5983/5
5983/11 5983/15
5983/20 5983/21
5985/8 5985/16 5988/2
5989/7 5990/9 5990/15
5994/22 5995/4
5995/23 5997/8 5999/6
6000/6 6000/21
6000/24 6002/3
6004/14 6007/2
6007/21 6008/18
6011/3 6015/3 6016/3
6021/10 6026/17
6027/10 6027/20
6028/12 6030/22
6033/2 6033/8 6034/22
6038/2 6039/19
6041/10 6042/6
6043/25 6045/17
6047/15 6048/11
6049/2 6049/6 6050/8
6053/20 6056/21
6058/3
**Here's [3]** 5911/6
5969/17 6043/11
**hereby [3]** 6019/9
6020/3 6022/3
**hero [1]** 6051/5
**hey [2]** 5954/2 5976/13
**Hi [1]** 5930/14
**hide [2]** 5969/8
6040/19
**higher [1]** 5981/11
**highlight [3]** 5977/2
5977/13 6011/16
**highly [2]** 5910/19
5963/9
**Highway [1]** 5899/13
**Hill [1]** 5942/2
**him [32]** 5906/17
5909/25 5910/25
5912/20 5913/5
5913/20 5914/13
5918/2 5918/3 5918/4
5925/25 5932/18
5933/15 5934/4
5937/20 5953/23
5954/6 5954/8 5954/11
5962/8 5971/16 5979/8
5979/22 5980/2
5980/17 5985/13
5986/19 5986/24
6006/22 6023/18
6023/21 6024/24
**himself [7]** 5912/3
5937/5 5992/19
5999/18 6002/25
6004/20 6008/24
**hindsight [1]** 6058/6
**his [70]** 5904/10
5904/14 5904/22
5908/5 5908/8 5909/22
5910/1 5910/25
5912/15 5916/1

5917/19 5917/20
5917/23 5917/24
5918/8 5920/7 5920/11
5934/4 5937/13
5947/12 5947/13
5948/2 5950/16
5952/14 5953/13
5953/20 5954/11
5961/18 5961/19
5963/21 5965/25
5967/16 5969/8 5970/1
5975/1 5979/10
5979/11 5979/20
5980/19 5980/20
5980/20 5983/7 5983/8
5983/12 5985/19
5985/21 5987/5 5987/6
5987/10 5990/17
5995/21 6000/19
6001/6 6006/18
6006/18 6014/10
6023/22 6023/25
6028/14 6028/15
6030/12 6031/4
6037/20 6047/19
6048/4 6050/8 6051/5
6051/8
**historical [1]** 6038/14
**hit [1]** 6005/14
**Hold [1]** 6020/22
**holding [2]** 5987/5
5987/10
**home [1]** 5988/24
**homemade [1]**
5920/21
**honor [72]** 5903/5
5904/2 5904/20 5906/2
5907/21 5908/14
5909/9 5910/8 5911/4
5912/9 5912/20 5913/2
5914/4 5914/15
5915/12 5915/24
5916/21 5918/3
5918/10 5918/15
5918/23 5919/11
5922/15 5922/17
5922/24 5924/14
5924/15 5924/20
5924/25 5925/7
5925/17 5925/22
5926/10 5927/2
5927/14 5927/23
5930/8 5934/25
5949/23 5950/4 5951/9
5951/25 5952/1
5954/18 5961/23
5964/9 5964/10 5967/3
5968/23 5970/12
5971/12 5971/22
5971/24 5973/6 5974/4
5984/6 5984/13 5990/3
6013/22 6017/15
6017/20 6018/6
6018/23 6031/9
6051/25 6052/4 6053/9
6053/25 6055/8
6056/10 6057/9 6058/4

5912/12
**HONORABLE [2]**
5897/9 5903/2
**hope [3]** 5903/23
5925/2 6006/23
**Hopefully [1]** 5987/23
**hoping [2]** 5927/12
6037/9
**horse [1]** 5964/9
**HorseWhisperer [1]**
6005/2
**hotel [5]** 5909/13
5995/3 6021/16
6021/21 6027/4
**hotmail.com [1]**
5899/15
**hour [13]** 5909/13
5922/12 5943/24
5946/2 5946/11
5961/25 5961/25
6025/9 6026/10
6036/18 6038/10
6041/2 6042/5
**hours [6]** 5907/14
5910/6 5920/23 6016/7
6032/14 6032/22
**house [9]** 5938/19
5938/19 5956/24
6004/18 6004/21
6035/17 6037/12
6040/20 6040/25
**housekeeping [3]**
5920/16 5971/23
6018/25
**how [41]** 5907/22
5912/4 5912/21
5913/16 5915/5
5917/20 5928/20
5932/15 5935/6 5954/1
5954/3 5959/20
5961/20 5964/13
5965/22 5988/8
5988/21 5989/4
5993/13 5993/17
5994/21 5995/19
5998/25 6000/18
6003/8 6004/3 6009/22
6011/25 6014/9
6014/10 6015/16
6017/25 6025/23
6026/25 6030/4 6033/5
6037/7 6040/16 6043/3
6045/12 6058/16
**however [2]** 5971/17
5972/25
**Hughes [2]** 5897/15
5903/12
**hundreds [1]** 6008/18
**hunt [1]** 6029/10
**hunting [2]** 5939/6
5939/15
**Hydro [3]** 5983/5
6025/24 6026/1
**Hydro AL [2]** 6025/24
6026/1

**I agree [1]** 5940/7
**I am [4]** 5939/15
5989/15 6041/16
6043/8
**I believe [1]** 5904/2
5904/3 5904/7 5907/8
5918/25 5921/10
5922/16 5936/16
5955/17 5965/21
6001/9 6017/9 6044/5
**I can [11]** 5906/3
5907/21 5909/6
5912/19 5912/20
5919/23 5922/9 5926/5
5994/21 6015/5 6055/8
**I can't [1]** 5907/5
**I did [2]** 5925/12
6050/5
**I didn't [1]** 6031/11
**I don't [14]** 5907/9
5908/19 5911/16
5915/11 5915/19
5922/15 5923/18
5938/18 5952/25
5953/16 5960/6
5961/13 5966/1
6002/19
**I don't have [2]**
5911/12 5968/18
**I don't recall [1]**
6034/10
**I feel [1]** 5938/13
**I guess [6]** 5915/14
5916/22 5921/2 5921/8
5977/14 5994/10
**I have [11]** 5933/4
5934/11 5974/19
5977/10 5998/20
5999/16 6014/22
6034/3 6035/22
6037/18 6046/20
**I hope [1]** 5903/23
**I just [3]** 5915/3 5915/4
5960/17
**I know [4]** 5910/21
5919/9 5927/17 6055/9
**I may [1]** 6018/24
**I mean [14]** 5913/21
5925/24 5926/16
5929/7 5929/16 5953/1
5953/5 5961/14 5962/4
5966/3 5969/2 6051/23
6056/22 6057/18
**I think [41]** 5904/2
5906/17 5911/9 5912/6
5912/7 5913/10
5913/17 5913/23
5914/4 5914/18 5918/5
5920/2 5921/17
5922/16 5923/9
5923/19 5923/21
5924/17 5924/24
5925/22 5925/25
5926/6 5926/18
5927/10 5928/22
5929/17 5938/6
5960/22 5963/9 5964/4

6075

I

**I think... [11]** 5964/11
5964/19 5964/22
5965/24 5966/20
5966/23 5966/24
5967/4 5969/7 6033/1
6051/25
**I thought [1]** 5928/20
**I understand [7]**
5903/24 5918/12
5921/6 5924/1 5966/20
5966/25 5972/5
**I want [5]** 5922/1
5925/13 5936/4
5961/21 5994/13
**I was [6]** 5910/21
5972/2 5994/6 6002/18
6002/18 6033/10
**I went [1]** 5904/11
**I will [7]** 5906/3
5914/13 5942/20
5956/6 6022/20
6041/22 6058/22
**I worked [1]** 5918/16
**I would [1]** 5982/5
**I'd [4]** 5924/21 5928/7
5960/21 6045/13
**I'll [18]** 5905/8 5909/8
5935/22 5935/23
5938/11 5952/2 5952/8
5954/14 5955/25
5971/19 6018/15
6018/23 6025/4
6029/10 6045/13
6051/4 6051/8 6053/2
**I'm [52]** 5911/11
5914/9 5915/3 5919/9
5921/14 5924/2 5924/2
5924/18 5924/21
5924/23 5925/8 5925/8
5927/12 5934/12
5938/12 5939/12
5939/13 5949/18
5950/5 5953/15
5953/18 5954/2
5954/15 5954/16
5956/4 5960/8 5964/19
5964/23 5965/8
5965/22 5967/9
5967/10 5968/2 5968/9
5968/20 5969/23
5971/14 5974/15
5989/20 5993/24
5998/3 5998/15
6003/25 6007/2
6008/17 6014/6
6014/21 6021/25
6033/7 6046/25
6053/13 6056/21
**I'm going [4]** 5924/21
5934/12 5960/8 6014/6
**I'm just [1]** 5924/2
**I'm not [9]** 5911/11
5924/2 5924/23 5925/8
5953/15 5954/15
5968/9 5969/23
6014/21
**I'm not sure [2]**

**I'm Paul Stamey [1]**
6033/7
**I'm sorry [7]** 5921/14
5925/8 5939/12
5949/18 5950/5
5993/24 6053/13
**I've [5]** 5904/5 5924/5
5925/13 5927/15
5932/17 5932/18
5955/5 5973/5
**icon [1]** 5946/16
**ID [1]** 5992/6
**idea [1]** 5942/12
**identified [1]** 6004/1
**identify [2]** 5923/6
6023/15
**IDs [1]** 5992/7
**III [3]** 5897/6 5898/2
5903/7
**illegal [1]** 5970/24
**illegitimacy [3]**
6012/11 6012/13
6016/4
**illegitimate [2]** 6005/13
6012/21
**image [2]** 6022/15
6022/17
**imagination [1]**
5970/18
**immediately [2]**
5932/23 5932/25
**implicates [1]** 6052/6
**import [1]** 5913/13
**important [7]** 5913/10
5914/20 5922/20
5923/13 5923/19
6006/22 6024/17
**impossible [2]** 5905/17
5906/17
**imposters [1]** 6013/4
**impression [1]** 5915/5
**impute [1]** 5965/11
**imputing [1]** 5969/4
**inadmissible [1]**
5962/16
**inaugural [7]** 5905/1
5905/5 5906/8 5909/13
5943/25 5945/12
5946/4
**inauguration [1]**
6009/12
**inclined [1]** 5971/14
**include [1]** 5926/21
**includes [1]** 5971/16
**including [1]** 6053/21
**incorrect [1]** 5906/6
**inculpatory [1]** 6058/3
**incurred [1]** 6011/21
**INDEX [2]** 5901/2
5901/8
**India [1]** 6006/13
**indicate [14]** 5913/7
5946/19 5951/2 5976/6
5977/4 5981/22
5982/22 5997/21
6007/24 6015/12
6030/6 6030/9 6048/17

**indicated [20]** 5933/14
5947/10 5978/20
5980/8 5981/24
5982/12 5982/16
5982/25 5983/7
5983/14 5983/20
5984/22 5985/3 5985/9
5985/17 5986/15
6015/7 6039/21
6045/20 6049/1
**indicating [2]** 5947/19
6011/3
**individual [14]** 5905/11
5941/13 5979/18
5979/20 5980/6
5984/24 5990/14
6019/22 6020/5 6020/6
6023/9 6041/12 6052/5
6057/17
**individual's [1]** 6041/5
**individuals [9]** 5914/21
5933/24 5954/5
5954/11 5981/24
5982/25 5988/1
6027/20 6037/1
**indulgence [2]**
5919/11 6013/19
**infer [2]** 5964/18
5966/22
**inference [5]** 5965/7
5965/10 5969/23
5969/24 6056/8
**inferrable [1]** 5969/20
**infiltrated [1]** 6006/16
**information [1]**
5962/20
**inherent [1]** 5968/25
**Inn [7]** 6021/16
6021/21 6027/4 6029/4
6029/7 6033/13
6033/16
**innocuous [2]** 5965/13
5969/11
**insert [1]** 6031/12
**inside [33]** 5905/24
5906/23 5907/1 5910/4
5911/12 5911/14
5911/16 5911/17
5912/13 5912/17
5912/25 5913/8
5913/22 5914/1
5948/17 5948/20
5950/24 5955/6
5956/10 5957/3
5987/23 5997/19
5997/20 5997/20
6025/16 6035/19
6036/16 6037/17
6037/20 6039/7
6040/19 6044/10
6054/13
**Insider [1]** 6046/15
**instance [2]** 5915/25
6057/22
**instead [2]** 5913/3
5996/20
**instigator [1]** 6040/9

**instruct [1]** 5961/22
**instruction [13]**
5919/25 5920/14
5927/10 5928/2
5928/19 5928/21
5928/23 5929/13
5929/14 5952/8
5952/24 5967/20
5972/20
**instruction's [1]**
5951/24
**instructions [3]** 5954/6
5971/25 6051/24
**insurrectionists [1]**
5988/18
**intel [1]** 6033/8
**intending [2]** 5924/19
5928/17
**intends [2]** 5903/25
5906/23
**intent [2]** 5904/23
5923/20
**interaction [2]** 5989/13
5992/11
**interest [11]** 5927/7
6052/9 6052/13 6053/8
6053/24 6054/22
6055/1 6057/2 6057/5
6057/10 6057/15
**interrupt [1]** 5964/20
**interspersed [1]**
6053/20
**introduce [4]** 5903/25
5924/19 5924/21
5925/2
**introduced [2]** 5904/9
5929/15
**intuited [1]** 5911/15
**invalidate [1]** 6055/2
**investigated [1]**
5932/17
**investigation [2]**
5970/18 5970/23
**involve [4]** 5920/7
5920/11 5967/13
5969/6
**involved [4]** 5920/1
5920/9 5920/15 5928/4
**irrelevant [1]** 5921/20
**is [456]**
**is that [1]** 6027/23
**is that correct [12]**
5927/19 5941/10
5977/16 5981/18
5999/10 6001/10
6005/24 6027/10
6035/8 6037/25
6038/19 6039/13
**is that right [2]**
5976/10 5988/15
**is there [1]** 5918/13
**Isaac's [1]** 6000/15
**Isaacs [6]** 5982/8
6001/8 6001/9 6002/8
6002/13 6028/11
**Isaacs' [2]** 6000/13
6028/13

5965/7 5966/2
6057/13
**issue [2]** 5915/19
5972/16
**it [275]**
**it would be [2]** 5926/6
6033/10
**It' [1]** 6041/21
**it's [110]** 5905/2
5905/16 5906/13
5907/9 5908/1 5908/1
5908/6 5909/11
5909/11 5909/23
5910/18 5911/9
5913/10 5913/17
5915/10 5915/11
5915/16 5915/20
5917/5 5917/23 5919/7
5920/11 5921/10
5921/16 5922/20
5922/24 5922/25
5923/3 5923/6 5923/7
5923/10 5923/10
5923/19 5924/7
5924/18 5926/15
5926/17 5929/12
5929/14 5929/17
5935/9 5936/17 5937/5
5941/17 5944/18
5945/1 5947/13
5947/20 5947/24
5947/25 5948/1
5949/18 5949/21
5951/6 5951/23
5952/12 5952/20
5953/17 5954/3 5960/6
5961/18 5963/2 5963/9
5964/8 5965/8 5965/10
5966/4 5966/5 5966/6
5966/21 5966/24
5967/1 5967/15
5968/13 5969/23
5969/24 5971/3 5971/5
5971/8 5976/6 5979/4
5987/15 5988/7
5990/20 5993/10
5994/17 5994/17
5997/22 5999/1
6002/25 6017/9
6017/21 6018/9 6024/1
6026/9 6027/14 6033/1
6033/1 6033/2 6038/5
6040/11 6042/12
6044/14 6048/20
6049/7 6052/12
6052/21 6054/5
6056/10 6056/22
**item [2]** 5950/18
6006/3
**items [2]** 6022/4
6022/9
**its [5]** 5938/7 5938/14
5956/16 6025/25
6055/5
**itself [9]** 5905/22
5919/15 5923/2 5923/9
5924/2 5929/12
5929/18 5963/4

6076

**I**

itself... [1] 5977/15

**J**

Jackson [2] 5983/9
5985/21
Jail [1] 5956/5
James [11] 5898/7
5903/14 5983/4 5983/6
5983/22 5985/13
5985/20 5986/18
5988/6 6026/2 6026/4
James Lee Bright [1]
5903/14
Jan [3] 5978/10
6003/14 6025/11
Jan. [18] 5974/10
5987/22 5988/14
5992/16 5996/7
6000/16 6002/17
6005/2 6006/9 6008/15
6012/6 6016/8 6021/11
6025/3 6027/13
6032/16 6045/7
6045/16
Jan. 6 [1] 6021/11
January [61] 5919/15
5919/16 5920/25
5921/1 5921/5 5921/7
5921/8 5921/10
5921/11 5921/12
5921/13 5921/22
5923/4 5934/9 5937/16
5941/14 5954/12
5966/12 5966/19
5970/18 5973/14
5977/16 6004/17
6009/11 6011/9
6011/22 6011/24
6012/5 6012/17
6019/15 6019/23
6020/6 6020/15
6021/12 6021/20
6023/13 6027/21
6032/14 6033/15
6033/20 6034/17
6035/7 6035/15 6037/3
6039/4 6040/7 6041/3
6042/15 6043/7
6044/22 6045/2 6045/3
6045/9 6045/25
6046/13 6048/10
6049/5 6051/2 6051/15
January 20th [1]
6009/11
January 5th [1]
6023/13
January 6 [1] 6004/17
January 6th [29]
5919/15 5919/16
5921/22 5923/4 5934/9
5941/14 5954/12
5966/12 5966/19
5970/18 5973/14
6011/22 6012/5
6015/12 6017/18
6019/15 6019/23

6033/6 6043/15
6033/20 6034/17
6035/15 6037/3 6039/4
6040/7 6041/3 6042/15
6043/7 6044/22
January 7th [3]
5921/5 6042/5 6045/3
6021/20 6043/2 6045/3
January 8th [3]
6046/13 6048/10
6049/5
January 9th [1]
6051/15
Jason [1] 5985/6
JC [1] 5925/18
jcrisp [1] 5898/16
Jeff [1] 5927/17
Jeffrey [2] 5897/14
5903/11
Jeffrey Nestler [1]
5903/11
jeffrey.nestler [1]
5897/20
Jess [1] 5976/14
Jessica [9] 5898/14
5903/9 5976/18
5989/13 5991/12
6019/9 6035/8 6036/4
6050/20
Jessica Watkins [6]
5903/9 5989/13 6019/9
6035/8 6036/4 6050/20
Jim [1] 5989/1
jlbrightlaw [1] 5898/9
job [2] 5931/12
6006/18
Joe [17] 5935/12
5935/14 5938/5
5938/13 5938/16
5938/22 5939/1 5940/8
5940/17 5941/3 5955/5
5955/25 5956/1
5956/14 5958/2
5958/16 5975/6
joggers [1] 6025/15
Johnston [1] 5898/11
join [2] 6010/5 6051/7
joint [2] 5971/24
5972/3
Jonathan [7] 5898/14
5903/18 5952/14
5983/14 6038/24
6038/25 6039/3
Jonathan Crisp [1]
5903/18
Jonathan Walden's [1]
5983/14
Joseph [2] 5933/23
5985/14
Josh [1] 5985/20
Joshua [2] 5988/6
6026/2
Joshua James [1]
5988/6
Jr [1] 5898/10
JUDGE [2] 5897/10
5966/25
Juli [2] 5899/2 5903/16
Juli Haller [1] 5903/16

JULIA [1] 5897/14
jumble [1] 5926/13
jump [1] 6032/13
jumped [1] 6006/12
June [1] 6022/8
jurors [1] 5924/13
jury [25] 5897/9
5911/22 5915/5
5915/15 5925/4
5925/12 5926/24
5929/24 5929/25
5935/24 5941/19 5952/8
5960/12 5961/22
5966/22 5970/25
5971/14 5971/25
5972/11 5972/12
6018/13 6018/19
6018/20 6052/25
6058/24
just [110] 5909/11
5909/21 5910/18
5911/20 5912/24
5914/16 5914/25
5915/3 5915/4 5916/18
5917/5 5917/9 5919/14
5920/5 5920/16
5922/17 5923/10
5924/2 5924/7 5925/10
5925/19 5927/8
5928/10 5928/15
5928/18 5931/19
5935/2 5935/7 5936/17
5937/8 5938/6 5940/1
5940/2 5941/17
5941/19 5943/8 5944/6
5944/8 5944/23
5947/22 5948/4
5949/24 5950/2
5950/10 5952/3 5953/1
5953/3 5953/9 5954/1
5955/7 5955/18 5957/3
5960/6 5960/17
5962/21 5968/17
5968/20 5970/14
5971/19 5971/23
5972/21 5973/5
5975/20 5977/13
5977/21 5979/8 5980/8
5980/24 5985/19
5986/19 5986/24
5987/2 5988/23
5990/21 5993/15
5995/3 5996/20
5998/11 6001/4 6001/5
6001/11 6002/3
6010/14 6011/2 6013/1
6013/19 6014/3
6018/15 6021/14
6024/6 6027/9 6028/4
6029/10 6033/2 6034/7
6036/11 6038/6
6040/11 6042/12
6049/15 6049/23
6050/19 6052/10
6052/15 6053/2
6053/16 6054/11
6055/9 6056/20 6059/3
justice [1] 6014/18

**K**

K-e-l-s-e-y [1] 5931/1
Kahrs [3] 6041/4
6041/6 6041/9
Kane [5] 6028/22
6028/24 6029/5 6032/4
6032/7
Kathryn [2] 5897/14
5903/11
Kathryn Rakoczy [1]
5903/11
kathryn.rakoczy [1]
5897/19
keep [10] 5921/19
5954/7 5958/17 5959/2
6009/24 6017/22
6018/2 6056/1 6056/11
6058/10
Keeper [1] 6048/25
Keepers [5] 5912/3
5941/25 6011/13
6024/1 6051/7
Kelly [34] 5899/2
5903/8 5933/21
5975/15 5975/18
5982/4 5982/19
5982/20 5985/11
5997/14 5997/15
5999/9 5999/18
5999/20 5999/23
6001/1 6002/22 6003/4
6004/12 6004/17
6004/23 6005/22
6006/1 6012/6 6013/8
6014/4 6019/8 6029/16
6029/20 6030/1 6037/4
6037/14 6037/20
6043/22
Kelly Meggs [21]
5903/8 5997/15 5999/9
5999/18 5999/23
6002/22 6003/4
6004/12 6004/17
6004/23 6005/22
6006/1 6012/6 6013/8
6014/4 6019/8 6029/20
6030/1 6037/4 6037/14
6037/20
Kelly Meggs' [1]
5999/20
Kellye [1] 5979/9
Kelsey [3] 5930/10
5930/17 5931/1
Kelsey Harris [2]
5930/10 5931/1
Kenneth [19] 5899/7
5903/8 5932/14
5979/24 5980/4 5987/1
5998/23 5999/15
5999/17 5999/24
6016/13 6017/1 6019/8
6028/1 6028/2 6028/25
6029/2 6029/5 6029/9
Kenneth Bittner [1]
6029/2
Kenneth Harrelson [7]

5999/17 5999/24
6017/1 6028/2 6029/5
Kenneth Harrelson's
[2] 5998/23 5999/15
kick [1] 5940/20
kids' [1] 5942/4
killed [1] 6039/9
kind [12] 5919/24
5926/25 5953/9
5967/16 5971/9
5994/10 6037/9
6042/22 6043/17
6048/17 6054/13
6054/14
kneel [1] 6017/15
knife [7] 5963/23
5964/1 5964/3 5964/6
5964/7 5966/4 5966/7
know [98] 5910/2
5910/21 5911/8
5911/15 5912/4
5913/18 5919/9
5919/17 5920/20
5921/21 5923/5 5923/8
5923/11 5924/16
5924/17 5926/19
5927/17 5932/13
5936/14 5936/18
5937/24 5942/25
5943/19 5943/23
5945/10 5946/10
5948/13 5950/2
5953/21 5957/6
5957/17 5957/22
5957/25 5958/6 5958/9
5958/18 5958/20
5958/24 5959/5 5959/9
5959/18 5959/22
5961/9 5962/15
5962/25 5963/4 5964/6
5964/6 5964/8 5965/11
5966/5 5966/6 5966/9
5966/10 5968/20
5970/3 5975/7 5976/19
5978/4 5991/23
5992/23 5994/9
5994/21 6001/3 6001/7
6004/2 6016/16
6016/22 6017/8
6017/24 6018/1
6024/22 6025/18
6026/1 6028/5 6028/10
6028/24 6030/12
6030/14 6030/20
6031/8 6032/5 6033/10
6035/12 6036/1
6037/11 6039/20
6040/22 6040/24
6042/13 6054/11
6055/9 6055/10
6056/23 6057/3
6057/11 6057/14
6058/9

**L**

LA [1] 5898/11
Ladies [3] 5960/3

**L**

Ladies... [2] 6018/9
6052/20
laid [3] 5918/5 5937/20
5995/21
lamestreamenemy [1]
5996/1
landing [3] 5932/25
5933/3 5933/13
Landon [1] 5975/6
language [1] 5924/7
lapse [4] 5914/17
5915/3 5915/13
5915/14
large [1] 5928/3
largely [1] 6053/19
larger [2] 6047/16
6049/20
LASSITER [1] 5898/3
last [10] 5909/14
5918/17 5927/15
5937/23 5945/20
5968/18 6027/8
6030/15 6031/12
6032/3
lasted [2] 5977/6
6011/4
late [1] 5978/14
later [107] 5907/14
5908/12 5910/3 5910/6
5910/13 5922/8
5936/11 5936/22
5936/24 5938/8
5938/13 5938/16
5938/18 5938/23
5939/5 5939/9 5939/25
5940/15 5940/17
5940/19 5940/21
5941/1 5941/13
5944/11 5952/14
5955/2 5955/8 5955/22
5956/2 5956/4 5956/12
5956/14 5957/15
5957/21 5958/4 5959/7
5959/16 5975/4
5975/13 5975/20
5976/2 5988/5 5988/8
5988/13 5989/11
5993/3 5993/12
5993/17 5993/20
5993/23 5994/3
5995/11 5995/19
5996/6 6002/16
6002/22 6003/8 6005/1
6005/9 6005/16
6005/19 6005/23
6006/7 6007/18
6008/21 6008/24
6009/14 6009/22
6010/1 6010/6 6012/9
6016/7 6017/5 6017/12
6017/18 6019/24
6020/7 6024/7 6024/19
6025/2 6025/6 6025/10
6025/20 6026/3 6026/7
6026/11 6028/21
6029/8 6032/14
6032/22 6035/7

6036/4 6037/7
6037/13 6037/24
6038/18 6040/17
6041/2 6041/15 6042/5
6042/22 6043/16
6044/21 6045/12
6048/10 6050/12
6051/2
latest [1] 5921/9
LAW [6] 5899/3 5993/3
5993/7 5993/9 5993/13
5993/23
Law 2187 [4] 5993/3
5993/7 5993/9 5993/13
lawfully [1] 6022/5
Lawn [2] 5898/3
5898/7
lawyers [1] 5960/5
lay [1] 5916/23
Lea [1] 6033/1
lead [7] 5912/20
5914/13 5937/14
5937/23 5937/25
5938/10 6014/20
leadership [7] 5983/19
5995/14 6013/2 6014/5
6017/13 6017/19
6033/4
leading [5] 5913/5
5948/14 6031/9
6037/22 6044/12
leads [1] 5905/14
least [7] 5912/19
5926/19 5960/21
5968/13 6056/7
6057/22 6058/3
leave [16] 5904/21
5904/23 5905/5 5911/1
5911/2 5911/21 5915/5
5955/7 5971/19
5993/15 5993/25
6029/7 6051/6 6055/13
6056/17 6059/3
leaves [3] 5914/20
5920/9 5961/16
leaving [9] 5905/4
5905/4 5906/9 5914/25
5932/23 5993/14
5993/19 6028/4 6051/8
Lee [2] 5898/7 5903/14
Leesburg [1] 6010/4
leeway [1] 5913/3
left [22] 5905/12
5905/19 5908/20
5933/14 5933/17
5956/24 5975/9 5980/9
5980/22 5982/2 5983/9
5983/10 5985/4
5985/10 5985/18
5986/15 5987/2
5992/10 6030/23
6044/1 6045/21
6048/15
left-hand [1] 5980/9
legacy [1] 6017/16
legal [3] 5930/4
5937/20 5972/16
legislation [1] 6013/5

legislators [1] 6012/21
legitimacy [1] 6012/21
less [1] 6014/11
let [11] 5917/15 5923/6
5928/6 5963/10 5965/3
5965/14 5994/5
5994/21 5999/12
6004/2 6024/13
let's [52] 5904/16
5904/16 5904/16
5904/18 5904/18
5910/22 5910/23
5921/18 5929/16
5929/23 5931/21
5934/6 5935/2 5935/18
5937/3 5941/8 5942/9
5942/11 5954/15
5954/21 5955/25
5963/12 5968/5 5972/6
5973/9 5974/9 5975/23
5976/19 5977/25
5978/8 5980/23
5981/20 5982/4 5986/2
5987/17 5990/7 5992/8
5992/14 5995/7 6000/8
6001/21 6004/9 6008/9
6020/12 6021/10
6024/2 6024/6 6027/21
6032/22 6055/13
6056/17 6056/20
Let's see [1] 5982/4
letter [5] 5937/12
5937/16 5937/19
5937/20 5996/2
letters [3] 5991/21
5995/21 5995/24
letting [1] 5968/20
level [2] 6006/17
6008/9
liability [2] 6055/4
6055/7
Liberty [1] 6006/10
like [31] 5904/17
5904/18 5905/2
5910/11 5910/12
5912/20 5916/15
5923/18 5923/18
5924/21 5926/11
5928/7 5935/7 5938/6
5939/6 5942/2 5956/21
5960/15 5960/21
5970/8 5971/24
5972/15 5988/7 6026/9
6028/4 6028/5 6035/18
6039/10 6050/17
6054/4 6054/12
like-minded [1] 5942/2
likely [4] 5966/14
5969/2 5969/2 6044/19
liming [1] 5952/24
limitation [2] 5929/20
5969/16
limited [4] 5971/18
5973/1 5973/4 6052/3
limiting [14] 5919/24
5920/13 5927/10
5928/2 5928/19
5928/21 5928/23

5950/1 5951/24 5952/8
5972/20 6051/24
Linder [3] 5898/2
5898/3 5903/14
line [10] 5912/6 5914/3
5914/22 5916/22
5921/16 5926/1 5953/5
5977/2 6024/12
6057/18
lined [2] 5916/25
6025/14
lines [1] 5926/3
link [8] 5995/24 5996/1
6033/8 6046/16
6046/19 6048/12
6049/6 6049/10
list [2] 5966/15 5972/6
listed [2] 6022/6
6030/25
literally [1] 5914/9
little [12] 5908/16
5909/23 5914/10
5918/16 5919/14
5952/12 5969/8
5996/16 5997/19
5997/19 6027/15
6043/16
live [3] 5939/4 6005/13
6014/24
livestreamers [1]
6014/9
LLC [2] 5898/14
5899/8
local [1] 6008/9
locate [2] 5996/25
5997/3
located [5] 6040/1
6044/10 6046/10
6055/24 6055/25
location [3] 5974/20
5975/1 6023/15
LOL [3] 5936/21
5956/1 5996/12
long [6] 5924/20
5987/25 5998/17
6017/14 6033/2
6041/15
longer [1] 5926/19
look [22] 5904/5
5905/3 5906/10
5916/20 5918/5
5921/15 5924/4 5928/1
5928/6 5953/16 5954/2
5954/13 5967/18
5968/22 5996/18
6002/18 6008/2
6052/22 6053/16
6054/2 6057/16
6057/18
looked [6] 5905/7
5946/22 5953/6
5954/24 6000/14
6037/15
looking [28] 5926/21
5935/3 5949/11
5949/13 5950/11
5956/5 5974/16

5987/18 5988/11
5996/19 5999/6
6000/21 6002/3
6026/17 6027/9
6027/14 6034/16
6037/24 6038/2 6041/9
6042/1 6042/5 6047/15
6047/18 6048/11
6056/24
Looks [1] 6050/17
lose [1] 6026/5
lot [2] 5967/8 5971/10
Lots [1] 6033/7
Louis [2] 5897/15
5903/12
Louis Manzo [1]
5903/12
love [3] 5941/2
5958/17 5959/1
Love it [1] 5958/17
lower [3] 5966/24
5983/8 5999/7
lube [1] 5939/2
luck [1] 5956/1
lunch [8] 5922/12
5925/13 6018/10
6052/15 6052/21
6053/3 6058/19
6058/23
Lupo [4] 6004/12
6004/14 6004/16
6004/19
lying [2] 5942/6
6038/13

**M**

machine [1] 6022/13
made [19] 5911/1
5915/17 5926/21
5927/5 5937/24
5962/19 5966/13
5970/16 6003/2
6014/10 6038/13
6039/6 6040/19
6042/10 6054/24
6054/25 6057/19
6057/22 6058/3
MAGA [1] 6015/9
majority [1] 6054/7
make [24] 5908/16
5909/12 5911/25
5917/25 5919/23
5921/16 5921/19
5922/1 5925/13
5951/11 5954/14
5954/16 5962/6
5962/16 5965/7
5966/21 5968/12
5970/3 5970/6 5971/5
5971/7 5993/11
6047/25 6059/5
makes [3] 5920/12
6014/15 6054/13
making [4] 5906/14
5939/7 5956/15
6054/12
Mall [1] 5940/5

**man [4]** 5919/1 5920/9 5920/20 6040/10
**man's [1]** 6047/19
**maneuvered [1]** 6014/7
**manifesting [1]** 5904/23
**manner [1]** 5934/4
**mansion [2]** 6006/11 6007/7
**many [3]** 5938/14 5970/14 6052/8
**Manzo [3]** 5897/15 5903/12 5918/16
**map [3]** 5944/24 5945/1 5945/1
**March [2]** 6015/9 6024/9
**March 31st [1]** 6024/9
**marched [2]** 5942/1 6005/12
**mark [3]** 5985/18 6046/18 6047/10
**marker [1]** 6015/21
**Marlin [2]** 5987/21 5988/1
**married [4]** 5909/8 5915/12 5915/20 5915/23
**marry [4]** 5908/2 5909/5 5909/17 5915/17
**marrying [1]** 5915/20
**Marshals [1]** 6059/5
**Massachusetts [1]** 6006/11
**masse [2]** 5915/1 5915/1
**master [2]** 6022/14 6022/17
**master-copy [2]** 6022/14 6022/17
**matching [1]** 5916/23
**matter [6]** 5926/9 5960/6 5971/23 6002/25 6014/9 6060/4
**matters [3]** 5930/4 6003/1 6019/1
**may [9]** 5926/23 5949/23 5967/5 5968/19 5968/23 6017/23 6017/24 6018/24 6053/25
**maybe [7]** 5911/15 5911/21 5925/14 5926/18 5953/16 5960/7 5970/5
**McConnell [1]** 5938/6
**MD [1]** 5899/14
**me [38]** 5904/18 5915/20 5916/25 5917/15 5917/25 5918/6 5918/8 5921/11 5923/6 5927/17 5928/6 5929/4 5938/9 5942/16 5961/10 5963/10 5963/12 5965/3 5965/5 5965/14 5967/19

5968/4 5969/2 5970/7 5975/6 5994/21 5999/12 6004/2 6008/10 6024/20 6034/9 6040/9 6043/11 6051/5 6051/6 6051/7 6053/18 6057/5
**mean [20]** 5913/21 5923/25 5925/9 5925/24 5926/16 5929/7 5929/16 5953/1 5953/5 5961/14 5962/4 5966/3 5968/22 5969/2 5969/21 5971/10 6044/18 6051/23 6056/22 6057/18
**meaning [1]** 6056/7
**means [5]** 5936/14 5978/5 5991/23 5994/9 6017/8
**meant [1]** 6041/24
**mechanical [1]** 5900/6
**media [3]** 5942/6 6014/8 6038/5
**meet [1]** 5968/13
**meets [1]** 5997/14
**Meggs [54]** 5899/2 5903/8 5903/16 5923/3 5933/21 5934/2 5980/5 5982/4 5982/5 5982/13 5982/16 5982/18 5982/19 5982/20 5985/4 5985/11 5986/20 5997/14 5997/15 5999/9 5999/18 5999/23 6001/1 6001/11 6002/22 6003/4 6004/12 6004/17 6004/23 6005/22 6006/1 6012/6 6013/8 6014/4 6019/8 6029/16 6029/20 6030/1 6036/24 6037/4 6037/14 6037/20 6043/17 6043/20 6043/21 6043/22 6044/20 6045/18 6050/7 6055/9 6055/13 6056/2 6056/2 6057/21
**Meggs' [6]** 5975/17 5999/20 6036/23 6044/7 6052/12 6056/17
**Meggs's [1]** 6044/10
**MEHTA [2]** 5897/9 5903/3
**member [1]** 6002/11
**members [5]** 5923/16 5935/10 5955/9 5981/25 6045/17
**men [2]** 5957/5 6051/5
**Merit [1]** 5900/2
**message [176]**
**message from [1]** 6039/17
**messaged [1]** 6043/17
**messages [49]**

5919/18 5920/3 5920/6 5920/10 5921/4 5934/14 5934/15 5935/24 5952/4 5958/18 5965/20 5966/11 5966/11 5966/13 5966/14 5966/18 5969/1 5969/4 5969/11 5973/1 5973/3 5973/4 5973/19 5973/21 5987/18 6000/2 6000/18 6000/20 6003/17 6007/17 6012/13 6020/14 6020/19 6020/21 6021/1 6027/15 6027/16 6033/18 6033/24 6037/24 6038/19 6044/4 6055/11 6055/22 6056/2 6056/11 6056/13
**Messenger [2]** 6040/7 6046/13
**met [2]** 5932/18 5962/1
**metadata [3]** 5943/11 5943/13 6023/12
**Metropolitan [2]** 5989/12 6019/13
**Michael [4]** 5975/8 5983/22 5987/4 5988/5
**Michael Greene [1]** 5988/5
**middle [5]** 5933/20 5950/18 5986/13 5988/10 6000/24
**might [2]** 5942/8 5961/19
**Mike [3]** 5923/15 5937/16 6044/24
**Mike Pence [2]** 5923/15 6044/24
**military [3]** 5936/16 5994/10 6017/9
**militia [2]** 5942/1 6040/23
**mill [1]** 5936/9
**million [2]** 5942/6 6015/9
**Million MAGA March [1]** 6015/9
**mind [4]** 5953/20 5965/25 6009/25 6040/10
**minded [1]** 5942/2
**mindful [2]** 6009/19 6009/23
**mindful-anything [1]** 6009/23
**mine [1]** 5956/5
**minimum [1]** 5960/18
**minor [1]** 5922/25
**Minuta [2]** 5983/6 5985/20
**minute [43]** 5936/10 5936/11 5936/22 5936/24 5938/8

5939/4 5939/25 5940/17 5940/19 5940/21 5941/1 5955/2 5955/22 5956/1 5956/2 5956/4 5956/12 5956/14 5957/15 5957/21 5958/7 5959/16 5975/13 5975/20 5978/9 5988/5 5988/25 6002/8 6003/4 6004/22 6011/4 6024/7 6024/10 6024/14 6025/6 6025/20 6028/7 6028/21 6029/8 6042/9 6045/12
**minutes [56]** 5908/6 5940/15 5941/5 5955/8 5959/7 5960/5 5960/7 5960/8 5960/16 5975/4 5976/2 5977/7 5977/20 5987/19 5988/13 5988/21 5989/11 5992/14 5993/12 5993/17 5994/3 5995/11 5995/18 5996/6 5998/16 6001/16 6002/16 6002/22 6003/8 6003/13 6005/1 6005/6 6005/9 6005/16 6005/23 6006/7 6007/18 6008/14 6009/1 6009/14 6009/21 6010/6 6015/19 6016/9 6016/18 6017/12 6017/18 6024/19 6025/2 6026/7 6030/17 6037/7 6037/23 6040/16 6042/22 6050/12 6058/18
**misleading [5]** 5910/19 5914/18 5915/3 5915/4 5915/5
**mistyped [1]** 5969/12
**mixed [1]** 5983/21
**mob [1]** 6046/14
**Mobile [7]** 5973/23 6044/2 6044/4 6044/5 6055/25 6056/3 6056/3
**Moerschel [2]** 6031/24 6032/2
**mom [5]** 6036/9 6036/10 6036/15 6054/11 6057/12
**moment [7]** 5916/12 5965/25 5966/1 6013/20 6018/23 6055/14 6056/18
**moniker [1]** 6001/9
**monikers [1]** 6014/25
**monitor [1]** 5994/6
**Montana [3]** 6035/11 6035/12 6035/14
**monument [1]** 6047/19
**more [24]** 5908/16 5909/12 5912/1 5913/2

5918/13 5919/18 5927/22 5952/12 5960/7 5964/12 5969/2 5988/25 5993/11 6006/14 6007/10 6008/18 6014/11 6015/16 6017/17 6026/6 6046/15 6058/12
**Moreover [1]** 5963/6
**morning [17]** 5897/7 5903/5 5903/22 5904/1 5922/4 5922/5 5922/22 5928/12 5930/3 5930/5 5930/15 5930/24 6021/19 6026/24 6039/12 6051/6 6051/15
**most [9]** 5911/19 5953/9 5960/7 5969/2 6006/22 6037/20 6044/19 6054/10 6057/20
**motion [1]** 5948/2
**Moto [1]** 6022/10
**Motorola [1]** 6022/10
**mouth [1]** 5987/6
**move [4]** 5934/6 5989/22 5998/5 6013/17
**movement [2]** 5910/1 6047/21
**moves [9]** 5933/7 5934/19 5944/14 5949/15 5974/2 5980/25 6010/19 6021/5 6034/4
**moving [3]** 5908/8 5976/13 5992/17
**Mr [2]** 5928/3 6001/25
**Mr. [225]**
**Mr. and Mrs. Caldwell [2]** 5904/25 5906/7
**Mr. Bittner [2]** 6030/16 6032/8
**Mr. Brian Ulrich [1]** 5983/12
**Mr. Caldwell [78]** 5904/10 5904/14 5904/22 5905/18 5905/21 5907/9 5907/14 5907/16 5907/19 5908/5 5908/7 5908/17 5909/1 5909/14 5909/21 5910/5 5910/9 5910/20 5910/22 5911/8 5911/13 5912/1 5915/6 5916/1 5916/11 5916/16 5917/1 5917/12 5918/1 5918/7 5918/25 5919/18 5920/4 5920/8 5925/25 5929/8 5929/10 5929/19 5935/12 5941/24 5945/21 5947/11

**Mr. Caldwell... [35]** 5947/21 5947/22 5950/15 5951/16 5952/1 5952/4 5952/10 5952/15 5953/18 5960/19 5960/24 5961/7 5961/12 5962/2 5964/15 5965/23 5967/5 5969/8 5971/15 5972/22 5972/25 5973/3 5976/16 5977/5 6034/19 6038/22 6043/2 6046/2 6047/14 6048/3 6048/13 6053/17 6053/21 6054/12 6057/21

**Mr. Caldwell's [13]** 5929/18 5943/20 5961/9 5962/10 5967/8 6035/5 6039/23 6040/1 6041/8 6043/4 6046/7 6048/16 6048/20

**Mr. Caleb Berry [1]** 5985/5

**Mr. Crisp [3]** 5928/14 5962/23 5968/24

**Mr. Crowl [3]** 6039/22 6046/4 6053/21

**Mr. Crowl's [1]** 6046/6

**Mr. Donovan Crowl [1]** 5990/16

**Mr. Douyon [2]** 5907/24 5960/8

**Mr. Ed Vallejo [1]** 6023/11

**Mr. Fischer [14]** 5907/13 5907/19 5908/25 5911/23 5912/24 5913/16 5918/1 5918/13 5920/3 5921/7 5921/25 5922/13 5925/10 6058/21

**Mr. Geyer [1]** 5962/3

**Mr. Graydon Young [1]** 5986/23

**Mr. Grods [2]** 5983/10 5983/22

**Mr. Hackett [2]** 6030/21 6030/22

**Mr. Harrelson [10]** 5926/10 5932/17 5933/19 5934/3 5962/1 5980/5 5982/4 5985/12 6045/19 6050/7

**Mr. Harrelson's [4]** 5962/8 5999/5 6029/6 6032/3

**Mr. Hatsy [1]** 6031/23

**Mr. James [3]** 5983/4 5983/6 5983/22

**Mr. James Beeks [2]** 5985/13 5986/18

**Mr. Jason Dolan [1]** 5985/6

**Mr. Joseph Hackett [2]** 5933/23 5985/14

**Mr. Joshua [1]** 6026/2

**Mr. Kelly Meggs [9]** 5933/21 5982/4 5982/19 5982/20 5985/11 5997/14 6001/1 6029/16 6043/22

**Mr. Kenneth Bittner [1]** 6028/25

**Mr. Kenneth Harrelson [4]** 5932/14 5987/1 6016/13 6028/1

**Mr. Manzo [1]** 5918/16

**Mr. Mark Grods [1]** 5985/18

**Mr. Meggs [7]** 5934/2 5980/5 5986/20 6045/18 6050/7 6056/2 6057/21

**Mr. Meggs' [1]** 6036/23

**Mr. Michael [1]** 5975/8

**Mr. Michael Greene [2]** 5983/22 5987/4

**Mr. Minuta [2]** 5983/6 5985/20

**Mr. Moerschel [1]** 6031/24

**Mr. Nestler [12]** 5904/3 5904/6 5905/6 5907/12 5913/4 5914/16 5926/8 5929/7 5930/7 5981/5 6001/23 6015/16

**Mr. Nestler's [1]** 5906/5

**Mr. Rhodes [10]** 5927/19 5967/3 5967/7 5967/13 5983/21 5983/23 5984/24 5986/21 6004/3 6026/19

**Mr. Rhodes' [2]** 5927/21 5987/2

**Mr. Rick Jackson [2]** 5983/9 5985/21

**Mr. Stamey [1]** 5977/5

**Mr. Stewart [2]** 5974/12 5979/7

**Mr. Stewart Rhodes [1]** 5986/14

**Mr. Terry Cummings [1]** 5985/10

**Mr. Ulrich [1]** 5985/22

**Mr. Vallejo [1]** 6026/18

**Mr. Vallejo's [2]** 6021/23 6022/25

**Mr. Walden [3]** 5983/7 5983/9 5985/19

**Mr. Watkins [1]** 6053/17

**Mr. William [1]** 6000/13

**Mr. Williams [1]** 6002/13

**Mrs. [8]** 5904/25 5906/7 5923/3 5937/5 5982/5 5985/4 6035/13 6042/8

**Mrs. Caldwell [1]** 5937/5

**Mrs. Connie Meggs [2]** 5982/5 5985/4

**Mrs. Meggs [1]** 5923/3

**Mrs. Watkins [1]** 6042/8

**Mrs. Watkins' [1]** 6035/13

**Ms. [68]** 5922/16 5931/18 5932/3 5932/21 5936/2 5938/2 5939/21 5943/6 5944/6 5945/20 5947/5 5948/5 5948/8 5949/9 5954/22 5959/25 5961/10 5973/10 5975/24 5977/3 5978/1 5979/3 5979/9 5979/13 5982/6 5984/14 5987/8 5990/22 5991/5 5991/12 5991/14 5992/9 5994/17 5996/4 5996/16 5998/12 6000/4 6001/22 6003/20 6004/7 6006/25 6007/9 6011/17 6012/3 6015/15 6023/23 6024/3 6032/11 6038/3 6042/3 6042/10 6042/20 6043/20 6045/5 6045/15 6047/8 6049/24 6050/10 6053/17 6053/21 6055/9 6055/13 6056/2 6056/17 6057/21 6058/7

**Ms. Connie Meggs [1]** 6043/20

**Ms. Haller [2]** 5922/16 6058/7

**Ms. Jessica Watkins [1]** 5991/12

**Ms. Kellye SoRelle [1]** 5979/9

**Ms. Meggs [3]** 6055/9 6055/13 6056/2

**Ms. Meggs' [1]** 6056/17

**Ms. Rakoczy [1]** 5931/18

**Ms. Rohde [49]** 5932/3 5932/21 5936/2 5938/2 5939/21 5943/6 5944/6 5945/20 5947/5 5948/5 5948/8 5949/9 5954/22 5959/25 5973/10 5975/24 5977/3 5978/1 5979/3 5979/9 5979/13 5984/14 5987/8 5990/22 5991/5 5991/14 5992/9 5994/17 5996/4 5996/16 5998/12 6000/4 6001/22 6003/20 6004/7 6011/17 6012/3 6015/25 6023/23 6024/3 6032/11 6042/3 6042/10 6043/20 6045/5 6045/17 6047/8 6049/24 6050/10 6053/17 6053/21 6055/9 6055/13 6056/2 6056/17 6057/21 6058/7

**Ms. Steele [1]** 5982/6

**Ms. Watkins [7]** 6038/3 6042/10 6045/5 6045/17 6053/17 6053/21 6057/21

**Ms. Watkins' [1]** 5961/10

**much [13]** 5909/24 5912/4 5913/16 5947/25 5948/1 5960/10 5972/14 5987/15 6011/25 6015/16 6018/11 6049/20 6058/24

**multiple [5]** 5910/10 5967/19 5968/4 5968/16 6014/8

**murder [1]** 5966/7

**muscled [1]** 6035/18

**mushroom [1]** 5970/19

**must [3]** 5939/5 6013/3 6014/12

**my [18]** 5904/19 5925/10 5937/2 5938/19 5942/9 5956/6 5956/6 5961/20 5962/24 5963/8 5966/25 5994/5 6008/17 6017/24 6017/24 6025/4 6028/5 6041/19

**N**

**N2S [1]** 6049/7

**name [21]** 5930/25 5975/17 5976/17 5983/7 5983/8 5983/13 5983/17 6028/14 6028/14 6028/17 6030/10 6030/10 6030/13 6030/18 6031/4 6036/10 6041/6 6043/3 6043/3 6049/7 6051/11

**name is [1]** 6051/11

**named [24]** 5903/20 5987/21 5989/1 5993/3 5996/23 6004/12 6005/1 6016/8 6025/24 6027/22 6028/7 6028/15 6028/21 6029/12 6030/7 6031/4 6034/21 6036/25 6038/24 6039/3 6041/4 6042/24 6043/17 6043/24

**names [3]** 5931/19 5940/20 6030/25

**Nancy [7]** 6037/11 6037/12 6037/22 6040/25 6041/4 6041/6

**Nancy Kahrs [3]** 6041/4 6041/6 6041/9

**Nancy Pelosi [2]** 6037/12 6040/25

**Nancy Pelosi's [1]** 6037/22

**Nancy's [1]** 6037/10

**narration [1]** 5984/7

**nasty [1]** 5996/12

**nation [4]** 6006/17 6014/24 6018/2 6033/9

**National [1]** 6025/19

**National Guard [1]** 6025/19

**nature [3]** 5972/15 6031/10 6044/12

**NC [1]** 6033/7

**near [4]** 5981/16 5984/21 5987/6 6037/21

**nearly [1]** 6006/16

**necessarily [4]** 5965/7 5966/1 6056/14 6057/13

**need [12]** 5912/14 5912/20 5925/10 5926/24 5926/24 5937/14 5938/24 5956/15 5960/4 6008/9 6033/8 6058/20

**needed [1]** 5930/5

**needs [5]** 5937/12 5952/23 5995/20 6024/16 6057/4

**negative [2]** 5964/18 5965/10

**Nestler [15]** 5897/14 5903/11 5904/3 5904/6 5905/6 5907/12 5913/4 5914/16 5926/8 5929/7 5930/7 5981/5 6001/23 6001/25 6015/16

**Nestler's [1]** 5906/5

**neutralizes [1]** 6057/5

**never [6]** 5905/3 5910/16 5926/14 5938/11 5962/1 6018/3

**news [6]** 5918/25 5957/13 6038/13 6046/15 6049/7 6055/10

**News2Share [3]** 6049/7 6049/12 6049/21

**Newsmax [1]** 5958/3

**next [79]** 5914/16 5924/18 5936/2 5936/20 5937/3 5937/6 5938/1 5939/8 5939/20 5943/24 5946/24 5946/25 5957/20 5975/3 5975/12 5975/19 5975/23 5978/8 5978/14 5983/13 5986/24 5987/10 5988/4 5988/12

**next...** [54] 5988/20
5992/18 5992/20
5993/2 5993/12 5994/2
5995/10 5995/18
5995/23 5996/1 5996/3
5996/13 6000/8 6000/9
6001/21 6002/7
6002/14 6002/21
6003/3 6004/3 6004/19
6004/25 6005/9 6006/7
6007/8 6007/16
6008/13 6009/13
6017/5 6017/11 6026/7
6026/14 6027/7
6029/19 6030/16
6031/15 6032/10
6032/18 6032/21
6035/6 6037/6 6038/17
6039/15 6040/15
6042/2 6043/15 6045/1
6045/11 6045/24
6048/8 6050/11
6050/14 6051/1
6051/13
**nexus** [1] 5929/1
**NG** [2] 6025/12
6025/18
**nice** [2] 6033/10
6043/13
**nickname** [1] 5976/15
**night** [7] 5918/17
5927/15 5994/7
6004/17 6005/8 6012/5
6039/4
**nine** [2] 5984/18
5984/22
**NJ** [1] 5899/9
**no** [66] 5897/4 5903/6
5905/20 5906/16
5908/18 5912/2
5913/15 5919/25
5920/8 5920/13
5920/14 5924/23
5924/3 5925/5 5925/5
5925/5 5926/9 5931/8
5933/9 5934/21
5935/17 5936/12
5936/12 5937/2
5940/25 5942/4 5943/8
5945/17 5965/4
5966/10 5970/22
5972/9 5972/9 5974/4
5981/3 5981/4 5984/6
5986/5 5988/3 5989/25
5993/8 5993/11
5993/14 5994/23
5995/5 5997/4 5998/10
5999/19 5999/25
6000/17 6005/8
6010/21 6013/22
6014/9 6014/22 6023/4
6025/13 6025/16
6029/10 6034/6
6041/17 6046/11
6051/17 6054/18
6055/21 6056/1
**No shit** [1] 5940/25

**non** [2] 5926/17
6003/25
**non-admissibility** [1]
5926/17
**non-functional** [1]
6003/15
**none** [2] 5962/3
6024/16
**Noon** [1] 6032/17
**normal** [1] 5939/4
**North** [2] 5898/15
5967/9
**North Carolina** [1]
5967/9
**northeast** [10] 5974/15
5974/22 5975/15
5978/19 5978/25
5979/17 5981/16
5984/21 5988/10
5993/1
**not** [123] 5906/4
5906/10 5906/19
5907/9 5907/20 5908/1
5908/19 5910/11
5910/18 5911/11
5914/8 5915/3 5915/9
5915/16 5915/20
5916/3 5917/5 5919/7
5920/4 5920/16
5921/13 5922/19
5923/1 5923/16 5924/2
5924/14 5924/18
5924/23 5925/5 5925/8
5926/9 5926/17
5926/21 5926/25
5927/15 5927/18
5928/21 5931/11
5935/23 5937/13
5937/20 5951/23
5951/24 5953/15
5953/18 5954/15
5956/3 5957/7 5957/18
5958/20 5962/16
5962/21 5963/7 5964/5
5965/2 5965/8 5965/16
5965/22 5966/12
5966/23 5966/24
5967/9 5967/22 5968/1
5968/2 5968/7 5968/9
5968/13 5968/25
5969/23 5969/23
5969/25 5970/11
5971/5 5971/18 5972/4
5972/5 5972/14 5973/1
5973/4 5978/12 5982/5
5982/6 5991/24 5997/4
5997/5 6002/19
6003/25 6004/15
6005/13 6008/6
6014/11 6014/16
6014/21 6016/17
6016/23 6018/15
6025/16 6034/23
6037/2 6039/1 6040/3
6041/11 6041/21
6044/16 6052/10
6053/2 6053/6 6054/3

6054/19 6054/20
6054/20 6055/10
6055/22 6055/24
6056/5 6056/10
6056/15 6056/15
6057/11 6058/10
**notable** [1] 6052/11
**note** [2] 5982/5
6047/13
**nothing** [3] 5964/15
6005/15 6006/20
**nothing yet** [1]
6005/15
**noticeable** [1] 5916/15
**noticed** [1] 5920/24
**noun** [1] 5923/23
**November** [7] 5897/5
6012/18 6012/25
6014/2 6015/2 6015/8
6060/7
**November 7th** [1]
6012/25
**now** [104] 5906/11
5909/6 5909/15
5919/13 5926/6
5932/23 5934/6
5935/14 5939/8
5946/14 5947/4
5947/17 5948/16
5949/9 5949/11 5951/8
5954/2 5954/8 5954/9
5957/11 5958/1
5959/24 5961/9
5964/16 5964/16
5968/17 5969/10
5970/3 5972/5 5973/19
5975/6 5975/23 5976/2
5978/8 5978/20
5982/12 5983/25
5984/3 5985/3 5985/7
5985/9 5985/24 5986/2
5987/19 5987/21
5988/12 5989/7
5994/13 5995/9
5995/16 5996/3
5996/18 5998/3 5999/9
6000/3 6000/14
6001/21 6002/15
6003/1 6003/2 6003/12
6003/16 6004/6
6006/21 6010/5
6011/10 6012/2
6012/12 6012/23
6013/7 6017/15 6018/1
6018/9 6020/10
6021/15 6021/25
6022/20 6024/13
6024/20 6025/9
6026/11 6026/14
6026/17 6027/9
6028/20 6030/6
6032/13 6033/12
6033/18 6034/16
6036/3 6036/18
6037/16 6037/24
6041/22 6042/9
6043/16 6045/1 6045/1

6050/12 6051/2
6052/21
**nowhere** [2] 5942/3
5993/22
**number** [5] 5920/3
6011/5 6022/11
6043/25 6048/15
**NW** [3] 5897/17 5899/3
5900/4

**O**

**O'Neal** [1] 5906/18
**Oak** [2] 5898/3 5898/7
**oath** [8] 5912/3
5930/12 5941/25
6011/13 6017/20
6024/1 6048/25 6051/7
**Oath Keeper** [1]
6048/25
**Oath Keepers** [4]
5912/3 5941/25 6024/1
6051/7
**OathKeepers** [1]
6038/15
**oaths** [1] 6017/16
**Obama** [1] 6002/25
**obey** [1] 6013/4
**object** [3] 5907/7
5914/17 5915/13
**objecting** [1] 5919/22
5921/7 5923/1 5924/2
5912/24 5914/16
5919/7 5923/1 5928/9
5933/9 5934/21
5944/16 5949/17
5951/5 5966/25 5974/4
5981/2 5981/3 5981/4
5984/6 5986/5 5989/25
5998/10 6010/21
6013/22 6023/4 6031/9
6031/12 6034/6 6034/8
6044/12
**objections** [4] 5903/24
5922/14 5925/15
5926/2
**objective** [1] 5961/2
**observation** [1] 6014/6
**observed** [1] 5941/14
**observing** [1] 5952/21
**obstruction** [1] 5963/7
**obtained** [3] 6000/20
6022/5 6027/17
**obvious** [1] 5914/4
**obviously** [10] 5905/4
5905/13 5907/5
5907/15 5909/11
5911/23 5911/25
5912/2 5914/19 6057/3
**Occam's** [1] 5968/25
**occur** [1] 5905/24
**occurred** [1] 6015/7
**occurs** [2] 5921/3
5943/23
**October** [1] 5931/3
**odd** [1] 6056/22
**off** [13] 5922/8 5925/9

5994/9 5994/10
6002/20 6005/11
6008/19 6025/13
6033/2 6039/9
**offense** [1] 5920/15
**offer** [1] 5904/4
**offered** [3] 5904/3
5927/16 6055/5
**office** [4] 5897/16
6006/17 6037/22
6040/20
**officer** [7] 5913/8
5913/10 5913/19
5932/8 5932/9 5991/2
5992/6
**Officer Salke** [1]
5932/8
**officer's** [2] 5914/8
5914/10
**officers** [15] 5912/17
5912/25 5913/12
5913/13 5913/25
5914/2 5943/1 5945/7
5948/21 5948/24
5949/3 5949/7 5989/12
5989/17 6019/13
**Officers Ayodeji** [1]
6019/13
**offices** [2] 5899/3
5955/18
**Official** [1] 5900/3
**Oh** [5] 5921/15 5956/2
6001/5 6034/12
6042/12
**Ohio** [7] 5939/16
5939/19 5967/9
6008/10 6008/12
6050/18 6050/22
**OhioMilitia** [1] 6038/16
**OK** [24] 5997/10
5997/14 5997/15
5997/16 5997/17
6000/7 6000/15
6000/24 6000/25
6001/16 6001/17
6002/23 6003/5
6005/23 6012/7 6014/4
6027/13 6029/12
6029/15 6029/21
6030/1 6045/7 6045/16
6053/22
**OK FL** [1] 5997/10
**OK F.L D.C. Op Jan.
6th** [2] 6000/15
6045/16
**OK Gator 1** [10]
5997/14 5997/15
6000/25 6002/23
6005/23 6012/7 6014/4
6029/12 6029/15
6029/21
**OK's** [1] 6033/7
**okay** [90] 5903/24
5906/21 5907/11
5909/3 5909/19 5910/7
5911/5 5911/6 5913/6
5913/25 5914/11

okay... **[79]** 5914/14
5917/25 5918/4
5918/19 5919/5
5921/23 5921/24
5924/9 5925/8 5927/13
5929/22 5931/13
5931/16 5932/2
5932/20 5935/21
5943/18 5944/18
5945/8 5945/15
5945/18 5946/6 5947/3
5948/15 5949/20
5951/7 5951/8 5954/17
5954/21 5960/10
5963/24 5967/2 5968/1
5968/1 5971/19 5972/9
5973/5 5973/17 5974/9
5974/13 5976/8
5977/24 5978/7 5980/7
5980/23 5981/14
5982/7 5985/1 5986/2
5986/6 5987/16
5989/10 5989/19
5995/6 5995/8 6000/23
6001/4 6001/20
6002/24 6013/22
6015/20 6015/21
6018/7 6018/21 6019/2
6021/4 6024/2 6026/20
6029/10 6034/15
6034/24 6039/2
6052/16 6053/6
6055/15 6057/18
6058/14 6059/5 6059/6
**Old [6]** 5995/14 6013/2
6014/5 6017/13
6017/19 6033/4
**Old Leadership [5]**
5995/14 6013/2 6014/5
6017/13 6017/19
**Olive [4]** 6010/3
6010/10 6011/6
6011/14
**Olive Garden [4]**
6010/3 6010/10 6011/6
6011/14
**once [3]** 5952/7 5960/9
5972/15
**one [63]** 5915/8 5920/7
5922/16 5922/24
5922/25 5926/11
5926/13 5927/18
5927/24 5936/11
5936/22 5936/24
5937/13 5938/9
5938/13 5938/18
5940/17 5940/19
5940/21 5941/1 5955/2
5955/22 5956/2 5956/4
5956/12 5956/14
5957/15 5957/21
5959/16 5960/18
5961/3 5967/6 5968/23
5978/2 5988/25 5993/7
5995/24 5999/2 5999/4
6001/5 6001/23
6004/14 6005/8

6011/4 6013/19
6017/17 6020/22
6022/10 6024/6
6025/20 6026/6 6037/1
6040/19 6041/22
6045/2 6052/11 6054/6
6055/6 6057/5 6057/19
6057/22
**one's [1]** 5920/8
**ongoing [1]** 5966/19
**only [28]** 5908/20
5922/13 5925/20
5925/25 5927/1 5928/4
5928/24 5929/4 5929/8
5929/9 5929/19 5935/8
5938/9 5952/1 5952/9
5952/15 5953/7
5965/16 5968/11
5969/24 5969/25
5971/16 5972/25
6008/23 6017/21
6040/4 6052/6 6054/24
**Op [22]** 5974/10
5978/10 5987/22
5988/14 5992/16
5996/7 6000/15
6002/17 6003/14
6005/2 6006/9 6008/15
6012/6 6016/8 6021/11
6025/3 6025/11
6027/13 6032/16
6045/7 6045/16
6053/22
**Op Jan [1]** 6003/14
**open [5]** 5954/20
5972/17 5995/21
6052/19 6056/21
**operation [1]** 6009/9
**operations [1]** 6009/9
**operator [1]** 6003/25
**opposed [1]** 5965/8
**opposite [1]** 6014/17
**ops [1]** 6026/23
**option [1]** 6003/9
**options [1]** 5995/22
**order [1]** 6041/17
**ordered [1]** 5988/24
**orders [2]** 6026/24
6027/6
**orient [3]** 5931/19
5935/2 5944/23
**original [3]** 5977/10
6013/15 6034/1
**originally [1]** 5931/6
**other [51]** 5909/6
5910/10 5916/13
5918/6 5920/3 5923/16
5924/4 5925/15 5935/7
5941/25 5952/4
5952/21 5953/12
5953/23 5953/24
5954/1 5954/5 5954/11
5954/25 5957/5 5961/5
5961/6 5963/5 5963/15
5964/2 5969/5 5969/6
5970/9 5970/20
5972/23 5973/2

5986/21 5992/24
5996/2 5999/2 6012/13
6014/25 6027/15
6028/17 6037/17
6038/7 6053/20 6054/8
6056/3 6056/20 6057/6
6058/20 6059/2
**others [12]** 5926/4
5960/19 5961/7 5961/8
5961/20 5962/12
5962/13 5962/16
5969/6 5970/8 5971/16
6052/11
**otherwise [4]** 5921/20
5951/25 5961/19
6056/22
**our [19]** 5909/14
5917/17 5920/10
5924/13 5928/12
5988/23 5995/21
6003/10 6014/12
6014/15 6014/19
6017/22 6018/8
6035/17 6038/12
6050/16 6052/8
6052/15 6052/21
**ours [1]** 5956/16
**out [41]** 5904/4
5910/23 5911/7 5914/9
5914/20 5917/4
5917/25 5919/9 5920/5
5920/6 5922/11 5926/2
5937/20 5937/24
5938/12 5940/4 5942/3
5942/17 5945/3
5946/3 5954/8 5956/5
5956/22 5963/13
5967/21 5990/22
5994/12 5995/21
6005/4 6011/5 6014/21
6028/20 6033/8 6039/7
6039/8 6042/1 6052/16
6054/2 6056/18
6058/10 6058/19
**outer [1]** 6025/14
**outfitted [1]** 5994/20
**outlet [1]** 6049/7
**outliers [1]** 5969/10
**outlook.com [1]**
5899/6
**outright [1]** 5970/13
**outside [11]** 5906/24
5926/3 5932/25
5942/11 5960/5
5972/17 6002/18
6037/21 6054/9
6055/21 6057/13
**over [27]** 5905/3
5905/19 5906/10
5906/14 5909/13
5914/19 5925/11
5925/13 5933/25
5938/7 5938/17 5942/5
5943/24 5946/2
5948/11 5956/13
5960/9 5981/21
5982/15 5986/16

6018/16 6025/25
6030/22 6049/2
6058/19
**overruled [3]** 5944/18
6034/12 6044/14
**overrun [1]** 5944/1
**own [6]** 5911/25
5911/25 5954/11
5967/17 5970/1
6006/19

**P**

**P.A [1]** 5899/12
**p.m [152]** 5909/14
5909/15 5909/16
5912/14 5923/25
5935/20 5936/1 5936/3
5936/6 5936/8 5936/11
5936/21 5936/24
5937/1 5937/4 5937/7
5937/11 5938/4 5938/5
5938/11 5938/21
5939/1 5939/8 5939/13
5939/14 5939/23
5939/25 5940/3 5940/6
5940/12 5940/16
5940/17 5940/19
5940/21 5941/1 5941/3
5941/5 5941/9 5941/24
5943/17 5943/21
5943/24 5945/20
5946/3 5954/25 5955/4
5955/5 5955/23
5955/24 5956/8
5956/12 5956/18
5956/20 5956/23
5957/1 5957/2 5957/4
5957/10 5957/12
5957/15 5957/21
5958/11 5958/16
5958/22 5959/1 5959/3
5959/7 5959/11
5959/14 5959/17
5959/20 5974/9
5975/13 5976/2
5976/12 5977/3 5977/6
5978/9 5987/20
5987/21 5988/13
5989/7 5989/11
5992/11 5992/14
5992/21 5993/13
5993/17 5993/21
5994/3 5994/14
5994/18 5995/2 5995/9
5995/11 5996/6
5996/15 5997/12
5997/16 6000/7 6001/2
6001/14 6002/4
6002/15 6002/16
6003/4 6003/13 6004/9
6004/10 6004/17
6004/23 6005/1 6005/4
6005/10 6005/17
6006/8 6007/18
6009/18 6010/1 6010/6
6011/9 6012/5 6016/3
6016/7 6016/15 6017/1

6032/14 6032/23
6035/7 6035/14
6036/15 6036/19
6037/3 6037/8 6038/10
6039/4 6039/16 6040/7
6041/2 6041/13
6042/14 6042/22
6043/6 6043/16 6045/3
6048/11 6050/12
6050/15 6059/9 6059/9
**PA [1]** 5898/15
**pack [2]** 5987/12
5987/13
**packed [1]** 5920/21
**page [10]** 5918/16
5918/18 5918/21
5918/24 5919/12
5922/2 5951/11
5951/15 6011/12
6038/10
**panel [3]** 5929/24
5972/11 6018/19
**pans [1]** 5908/20
**paragraph [1]** 5909/14
**parapets [1]** 5942/16
**parked [1]** 5920/21
**Parker [2]** 5989/14
5989/14
**Parler [10]** 5973/23
6038/3 6038/4 6038/5
6038/10 6042/7 6042/9
6042/10 6042/11
6042/14
**parse [1]** 5961/20
**parsing [1]** 5964/23
**part [11]** 5922/5
5951/22 5961/15
5962/14 5963/4
5963/20 5963/24
5964/4 5982/5 5982/12
6007/10
**participants [1]**
5972/23
**participating [2]**
5962/12 5970/5
**participation [1]**
5963/22
**particular [5]** 5925/20
5962/15 5962/18
5997/4 6059/4
**particularly [3]**
5961/25 5963/3 5972/6
**parties [9]** 5926/2
5938/15 5953/2 5953/7
5965/12 6022/16
6051/22 6053/19
6057/19
**partner [1]** 6035/13
**party [4]** 5926/22
5954/3 6021/14 6024/5
**past [4]** 5946/2 5949/2
6014/6 6050/7
**patch [1]** 6024/1
**path [1]** 5995/16
**patience [2]** 5972/14
5972/18
**patriots [11]** 5940/2

patriots... [10] 5940/4
5955/6 5956/15
6002/19 6005/11
6006/19 6015/1
6017/14 6017/15
6033/6
patriots' [1] 6041/20
Patty [1] 6043/24
Patty G [1] 6043/24
Paul [5] 5976/9
5976/22 6020/15
6033/7 6033/15
Paul Stamey [4]
5976/9 5976/22
6020/15 6033/15
pause [14] 5932/5
5941/8 5947/7 5948/7
5971/21 5984/18
5985/2 5985/8 5985/16
5990/12 5991/7
5991/17 5992/2
6013/21
pausing [1] 5998/15
peace [3] 6017/24
6025/5 6047/21
peaceful [2] 5940/14
6043/9
peacefully [1] 6041/18
pecuniary [1] 6055/1
Pelosi [3] 6037/12
6040/24 6040/25
Pelosi's [3] 5904/11
6037/22 6040/20
penal [9] 6052/9
6052/12 6053/7
6053/24 6054/22
6057/2 6057/4 6057/10
6057/15
Pence [6] 5923/15
5937/11 5937/16
5942/5 5954/8 6044/24
Pennsylvania [1]
5899/3
people [43] 5905/13
5905/15 5906/20
5908/10 5935/9
5935/15 5935/22
5938/14 5942/6
5942/10 5942/16
5945/4 5945/5 5946/3
5952/4 5952/21 5953/8
5953/12 5953/23
5962/6 5962/22 5969/9
5970/1 5970/20
5970/22 5971/11
5973/13 5983/19
5993/7 5993/10
5994/12 6004/14
6006/3 6007/12 6013/1
6014/15 6014/25
6017/10 6028/17
6033/19 6039/7 6054/8
6054/10
people's [3] 5931/19
5950/19 6020/21
pepper [1] 5913/23
perhaps [1] 5911/20

parameter [2] 6017/22
6025/14
period [2] 6044/5
6056/12
person [22] 5905/8
5905/17 5905/20
5916/14 5932/10
5932/13 5932/18
5933/17 5933/20
5933/22 5980/9
5980/21 5986/22
5987/2 5991/10
6023/19 6036/14
6038/25 6043/6
6054/23 6054/24
6056/3
personally [1] 6042/16
Pete [3] 5936/13
5936/14 5936/16
phillip [3] 5898/2
5898/6 5903/14
Phillip Linder [1]
5903/14
phone [48] 5905/8
5905/16 5943/11
5951/10 5977/5 5977/9
5979/11 5987/6
5987/11 5987/14
5996/20 5996/23
5997/1 5997/25
5998/23 5999/5 5999/7
5999/15 5999/21
6000/13 6000/16
6000/19 6008/17
6010/9 6010/16 6011/4
6013/15 6021/23
6022/1 6022/11
6022/15 6022/25
6028/14 6028/16
6036/11 6036/12
6036/15 6041/5 6041/8
6043/4 6044/8 6044/11
6048/16 6048/21
6051/19 6055/24
6056/4 6056/9
phones [5] 5965/21
5973/22 6020/20
6021/2 6056/11
phosphorous [1]
5936/16
photo [7] 5937/5
5937/8 5982/3 5983/5
5983/7 6022/21
6023/20
photograph [32]
5906/24 5911/10
5933/2 5933/8 5933/16
5933/18 5934/3
5943/10 5943/14
5945/20 5979/6
5979/19 5979/25
5980/13 5981/1
5981/11 5981/15
5981/25 5982/10
5983/10 5983/11
5986/10 5986/13
5998/3 6019/19
6019/22 6019/24

participate [2] 5993/4
6022/24 6023/10
6023/12
photos [1] 5978/20
phrase [5] 5978/4
6007/2 6007/5 6012/13
6017/8
physical [1] 6022/4
physically [1] 6057/23
pick [1] 5994/12
picking [2] 5920/5
5920/17
pickup [2] 5919/2
5920/21
pics [1] 6041/23
picture [1] 5904/4
pictures [2] 5940/1
5942/20
pigs [4] 5942/17
5942/22 5942/25
6043/9
Pike [1] 6010/4
pissed [2] 5938/17
6002/20
pisses [1] 5938/9
place [3] 5911/7
5942/11 6006/12
placed [1] 5930/12
Plaintiff [1] 5897/4
plan [1] 6058/22
planning [2] 5908/14
5908/15
planted [1] 5940/23
plate [1] 5990/18
plates [1] 5990/19
play [32] 5906/23
5907/6 5908/4 5908/7
5908/11 5909/8
5916/18 5917/14
5932/2 5941/19
5944/23 5945/19
5947/4 5948/1 5948/5
5953/9 5953/9 5953/11
5953/11 5964/12
5964/12 5984/14
5985/24 5990/10
5991/4 5991/13
5991/25 5997/22
5998/11 6047/22
6047/24 6049/23
played [15] 5932/4
5945/22 5947/6
5984/16 5985/25
5990/11 5990/23
5991/6 5991/15 5992/1
5998/13 6003/9
6047/23 6048/1
6049/25
playing [1] 5984/8
please [138] 5903/4
5930/1 5930/24
5931/23 5932/3
5932/21 5933/6 5934/5
5936/2 5936/5 5936/6
5936/10 5937/3 5937/6
5938/2 5939/21
5940/20 5941/17
5941/19 5943/6 5944/6

5948/7 5949/9 5954/22
5955/1 5955/21
5956/11 5957/9
5958/10 5958/21
5958/25 5959/25
5963/19 5973/10
5975/3 5975/12
5975/24 5977/2
5977/25 5978/2 5978/8
5979/3 5979/13
5979/22 5980/2
5980/17 5984/14
5985/1 5985/7 5985/15
5987/8 5988/4 5988/12
5988/20 5989/21
5990/10 5990/12
5990/22 5991/5
5991/14 5992/9
5992/20 5993/2
5994/16 5994/25
5995/7 5995/10
5996/14 5998/12
6000/4 6000/8 6001/21
6002/7 6002/14
6002/21 6003/19
6004/6 6004/25 6005/5
6006/6 6006/25 6007/9
6007/17 6008/13
6008/20 6009/1
6009/13 6009/21
6011/17 6012/3
6012/15 6013/18
6015/25 6016/6
6017/11 6018/21
6023/23 6024/3 6025/1
6026/10 6027/7
6027/14 6029/19
6032/11 6032/18
6032/21 6033/22
6034/5 6035/2 6035/6
6036/3 6037/6 6037/23
6038/17 6039/15
6040/8 6040/15 6041/1
6042/3 6042/19
6043/15 6045/1
6045/24 6047/8
6047/22 6047/24
6048/6 6048/8 6049/17
6049/24 6050/9
6050/10 6051/1
6051/13 6051/20
plenty [2] 5914/7
5967/24
plus [1] 5905/24
point [8] 5904/20
5912/1 5914/24
5921/16 5921/20
5922/4 5927/9 6058/9
pointing [5] 5916/2
5917/21 5917/21
5946/23 6048/5
points [1] 6014/11
police [19] 5912/16
5913/8 5913/10
5913/12 5913/13
5914/22 5914/25
5943/1 5945/7 5948/20

5989/12 5989/17
5992/17 6019/13
6025/14 6044/25
6049/8
politicians [1] 6039/9
Poop [1] 5988/18
pop [1] 5946/16
popping [1] 5961/17
pops [2] 5908/9 5958/3
portable [1] 5987/15
portion [3] 5931/7
5947/10 6049/20
POS [1] 5938/6
position [9] 5905/25
5907/10 5907/17
5907/20 5916/23
5967/1 6051/22 6052/8
6054/24
positions [1] 5987/25
possible [1] 5918/20
post [9] 5919/4
5995/23 6035/2 6038/3
6038/4 6038/6 6042/10
6042/12 6052/6
posted [9] 5999/9
6011/23 6019/24
6020/7 6026/23
6030/16 6038/8 6038/9
6042/7
posting [1] 5974/11
posts [2] 5926/13
5962/19
potentially [1] 5966/22
power [2] 5937/13
6006/17
precisely [1] 5916/11
prejudice [1] 5923/5
5924/3
prejudicial [6] 5913/24
5923/10 5963/2 5963/3
5963/9 5966/21
preponderance [2]
5968/8 5968/11
preposition [1] 5910/9
prepped [1] 6004/1
pres [1] 6005/7
presence [1] 5960/5
5972/17
present [3] 5903/20
5952/20 6057/23
presentation [1]
5931/7
President [3] 5937/15
5942/1 6017/20
President Trump [1]
6017/20
Presidential [1]
6009/12
presiding [1] 5903/3
presumably [2] 5917/4
5961/2
presumption [1]
5970/24
pretend [1] 6013/5
Pretrial [1] 5972/4
pretty [2] 5967/16
5987/15

**Prettyman [1]** 5900/4
**preventing [1]** 5913/11
**previous [1]** 5926/1
**previously [4]** 5930/18
5931/3 5944/19 5953/6
**primarily [4]** 5922/14
6020/14 6053/17
6053/18
**prior [8]** 5913/18
5941/6 5978/9 5987/19
5996/19 6014/3 6015/8
6055/11
**private [1]** 5935/8
**privy [1]** 5926/15
**probably [7]** 5905/11
5905/18 5905/24
5912/7 5921/10 5927/6
6015/18
**probative [2]** 5913/24
5966/23
**probe [1]** 6024/12
**problem [3]** 5920/13
5969/17 6014/22
**problematic [1]** 5971/4
**proceedings [4]**
5897/9 5900/6 5903/21
6060/4
**process [5]** 5906/9
5910/23 5910/25
5925/3 6005/4
**processing [1]**
6022/14
**prod [1]** 5936/8
**produced [1]** 5900/7
**proficient [1]** 6003/25
**profile [4]** 6030/10
6030/13 6030/18
6031/4
**promoting [1]** 5953/8
**proposed [1]** 5971/25
**proposition [1]**
5963/18
**proprietary [1]** 6055/1
**prosecutors [1]**
5920/24
**protect [1]** 5956/6
**protected [1]** 5938/19
**protecting [2]** 5912/17
5913/25
**protesters [4]** 5940/14
5944/1 6035/24
6049/15
**proud [4]** 6040/18
6040/22 6043/8
6045/10
**Proud Boys [2]**
6040/18 6040/22
**prove [2]** 5907/16
5907/23
**provide [1]** 5972/19
**proving [1]** 5938/6
**provoked [1]** 6041/17
**proximity [1]** 5911/7
**public [2]** 5962/19
5971/25
**publicly [4]** 5962/19
5972/4 5972/6 6038/6

6043/3
**pull [16]** 5919/12
5926/5 5931/22 5933/5
5934/12 5941/16
5944/5 5959/24
5977/11 5979/2
5994/16 6010/12
6013/11 6022/20
6046/25 6049/17
**pulled [1]** 5960/2
**pulling [2]** 5918/23
6020/17
**puppet [1]** 6005/13
**purple [3]** 5982/21
5982/23 5985/17
**purports [2]** 6019/17
6019/25 6020/8
**purpose [2]** 5923/9
5970/22
**purposely [1]** 5969/21
**purposes [2]** 5970/20
6059/6
**pursuant [4]** 5933/8
5986/4 6022/5 6047/2
**push [2]** 5925/9 5925/9
**Pushed [1]** 6038/12
**pushing [2]** 5908/10
6035/24
**put [15]** 5904/13
5905/8 5907/24 5922/8
5923/6 5926/12 5928/4
5929/16 5931/17
5931/18 5965/3 5968/5
6027/18 6054/5
6058/11
**putting [1]** 5950/16
**PUTZI [1]** 5899/12

## Q

**QRF [1]** 5995/3
**quality [1]** 5961/13
**question [11]** 5911/21
5912/10 5913/5
5913/15 5917/3 5922/3
5926/18 5928/22
5962/10 5968/3
6058/16
**questions [3]** 6031/10
6044/13 6051/18
**quick [3]** 5908/20
5922/3 6057/16
**quickly [4]** 5915/6
5925/19 5928/14
5951/10
**quiet [1]** 6025/22
**quite [4]** 5906/16
5915/19 5918/8
6057/10
**quitting [1]** 6006/2

## R

**rabble [1]** 6041/16
**rabble-rouser [1]**
6041/16
**race [1]** 6041/19
**raise [1]** 5930/11
6034/7

5917/20 5947/13
5980/20 6034/8
**raising [6]** 5909/22
5916/11 5917/2
5917/19 5918/8 6052/1
**Rakoczy [3]** 5897/14
5903/11 5931/18
**ran [2]** 5942/18 6039/9
**range [1]** 5938/10
**Ranger [1]** 6048/24
**Ranger Doug [1]**
6048/24
**rapidly [1]** 6031/11
**rats [2]** 5936/23
6039/10
**razor [1]** 5968/25
**reaction [1]** 5960/22
**read [10]** 5925/12
5925/14 5935/22
5935/22 5935/23
5941/22 5941/22
6014/3 6019/1 6021/25
**ready [4]** 5927/24
5930/5 6013/6 6040/10
**real [2]** 5922/3 5938/14
**realize [1]** 6017/3
**really [3]** 5938/8
5961/11 5971/7
**realtime [2]** 5900/3
5945/16
**reason [11]** 5911/13
5914/21 5920/2 5963/5
5964/14 5964/24
5966/24 5969/25
5969/25 6041/18
6055/17
**reasonable [2]**
5968/10 6054/23
**reasons [5]** 5915/2
5915/12 5944/16
5944/18 5995/17
**recall [2]** 5927/14
6034/10
**received [17]** 5933/11
5934/16 5934/23
5944/21 5950/7 5974/6
5981/8 5984/11 5986/7
5990/4 5998/8 6010/23
6013/24 6021/7 6023/6
6034/13 6047/5
**receives [1]** 5999/24
**Recess [2]** 6018/18
6059/9
**recommended [1]**
6017/21
**recon [4]** 6003/24
6024/20 6024/22
6032/17
**Reconnaissance [1]**
6024/23
**record [11]** 5933/8
5976/21 5977/4
5977/15 5980/8
5980/21 5986/4
6015/22 6019/4 6047/3
6060/3
**recorded [2]** 5900/6

records [3]** 5977/9
6010/9 6010/17
**recover [1]** 5999/12
**recovered [7]** 5964/7
5998/22 6021/22
6022/24 6036/22
6046/5 6048/14
**RECROSS [1]** 5901/4
**recruiting [1]** 5953/8
**red [3]** 5916/15
5977/21 6003/15
**redact [2]** 5921/18
5923/24
**redacted [1]** 5923/5
**redacting [1]** 5922/19
**redaction [2]** 5923/11
5924/3
**REDIRECT [1]** 5901/4
**Redress [1]** 6012/8
**referencing [1]**
5910/21
**referring [1]** 5995/25
**refers [1]** 6017/9
**reflect [1]** 6023/12
**refuse [1]** 6013/3
**regard [1]** 5943/25
**regarding [13]** 5903/25
5919/1 5925/25 5926/3
5926/4 5928/3 5969/1
6013/9 6019/5 6019/19
6020/2 6020/21 6022/1
**regardless [1]** 6014/24
**regime [2]** 6005/13
6014/14
**Registered [1]** 5900/2
**regrettable [1]** 5924/8
**regrettably [1]** 5924/6
**reinforce [1]** 5987/24
**related [2]** 6011/14
6033/19
**relating [1]** 5962/11
**relation [2]** 5962/18
5982/18
**relative [1]** 5966/22
**released [1]** 5937/16
**relevance [1]** 5919/10
5929/5
**relevant [7]** 5907/9
5919/8 5920/2 5920/4
5920/12 5920/15
5968/12
**reload [1]** 6006/3
**reloading [1]** 6006/2
**remainder [1]** 5952/3
**remember [2]** 6017/16
6055/18
**remind [28]** 5932/15
5939/17 6000/14
6000/25 6002/11
6003/16 6008/11
6021/15 6027/2
6027/14 6027/25
6028/12 6029/1
6029/15 6032/7
6033/12 6035/4
6036/10 6039/12
6039/23 6041/5 6044/3

6015 6048/23
6050/20 6050/23
6051/10 6053/2
**reminder [1]** 5972/2
**removed [2]** 5913/1
5914/2
**repeating [1]** 6055/10
**replied [1]** 6029/6
**report [4]** 6009/5
6025/12 6026/23
6032/17
**reported [1]** 5910/13
**reporter [5]** 5900/2
5900/2 5900/3 5900/3
6018/8
**reports [2]** 6009/3
6009/7
**represent [1]** 6055/8
**republic [2]** 6014/15
6017/22
**request [3]** 5923/11
5949/24 6052/3
**requested [1]** 6005/3
**research [2]** 6057/8
6057/16
**researching [1]**
5968/16
**resident [1]** 5932/18
**resolution [4]** 5981/12
5999/2 5999/4 5999/7
**respect [7]** 5905/25
5946/3 5960/21
5971/14 5972/20
6013/4 6051/23
**respectfully [1]** 6052/3
**respectively [1]**
6019/14
**respond [7]** 5993/18
6004/3 6004/23
6025/24 6030/2 6030/4
6037/7
**responded [3]** 5992/5
6029/13 6032/3
**responding [1]**
5958/18
**responds [1]** 6028/8
**rest [3]** 5908/14
5965/12 6018/8
**resume [1]** 6018/10
6020/12
**RESUMED [1]** 5930/18
**resumes [1]** 6004/18
**retaining [1]** 6044/6
**retrospective [1]**
6056/24
**return [4]** 5951/8
5954/21 6040/2
6052/22
**returns [1]** 5973/23
**review [5]** 5912/15
5992/23 6029/1
6037/19 6046/7
**reviewed [13]** 5927/15
5934/6 5934/8 5943/2
5948/16 5974/17
5999/14 5999/20
6021/16 6033/12
6033/18 6035/19

Case 1:22-cr-00015-APM Document 574 Filed 01/03/24 Page 188 of 196

reviewed... [1] 6037/16
rewind [1] 5917/9
RHODES [46] 5897/6
5898/2 5903/7 5903/15
5927/19 5967/3 5967/7
5967/13 5974/12
5975/4 5975/14
5975/21 5978/10
5978/17 5978/21
5979/7 5979/10
5979/19 5983/21
5983/23 5984/24
5986/14 5986/21
5987/5 5992/24
5995/12 5995/15
5995/19 6002/16
6004/3 6005/10 6006/8
6009/14 6010/1
6012/10 6012/12
6012/17 6013/1 6013/9
6016/4 6017/13
6017/18 6019/8
6026/19 6026/21
6026/25
Rhodes' [6] 5927/21
5928/3 5974/20 5987/2
6013/15 6051/10
Rich [3] 6004/12
6004/14 6004/16
Rich Lupo [3] 6004/12
6004/14 6004/16
Rick [2] 5983/9
5985/21
rid [2] 5965/21 5965/21
ride [1] 5956/16
riff [1] 5913/4
rifle [1] 5920/22
right [123] 5903/22
5905/10 5907/2 5907/4
5908/9 5911/3 5911/6
5913/9 5914/6 5916/1
5917/11 5917/13
5917/16 5917/24
5918/11 5920/18
5921/2 5921/3 5921/6
5921/12 5924/12
5926/6 5927/13
5927/25 5928/6
5928/14 5929/3
5929/23 5930/1
5930/11 5932/9 5933/1
5933/15 5933/22
5941/8 5944/24
5946/16 5947/12
5947/17 5948/1 5948/7
5948/10 5952/2 5954/2
5954/13 5956/5 5960/3
5960/13 5960/17
5966/8 5966/17 5969/2
5969/3 5969/21 5971/4
5971/8 5971/13
5971/20 5972/13
5975/10 5975/22
5976/3 5976/10
5977/15 5978/22
5980/19 5981/2 5981/5
5981/7 5982/2 5982/10

5983/6 5983/11
5983/23 5984/5 5984/8
5984/10 5985/4 5985/6
5985/10 5985/14
5985/18 5985/19
5985/21 5985/22
5988/10 5988/15
5990/1 5991/7 5992/12
5997/2 5998/7 5998/18
6000/10 6001/25
6002/5 6002/18 6005/8
6006/21 6007/2
6007/16 6018/14
6020/12 6021/6
6024/12 6026/15
6027/23 6031/1 6032/9
6034/12 6040/9 6047/4
6048/4 6049/1 6052/2
6052/14 6052/20
6056/4 6056/17
6056/19 6058/21
right-hand [2] 5946/16
6049/1
rinse [1] 6039/7
riot [21] 5904/4 5904/6
5907/8 5907/15
5907/17 5907/20
5910/3 5910/5 5910/6
5910/14 5911/9
5912/14 5912/16
5914/1 5914/7 5942/18
5948/24 5949/6
5950/20 5950/23
5992/19
rioters [9] 5912/16
5913/11 5913/11
5913/12 5913/21
5913/22 5914/2 5949/2
5949/7
rise [5] 5903/2 5956/15
5960/11 6018/12
6052/24
Ritchie [1] 5899/13
RMR [2] 6060/2 6060/8
road [1] 5968/20
robbery [3] 5963/24
5964/2 5966/6
robbing [1] 5954/2
Roger [2] 6010/8
6051/16
Rohde [49] 5932/3
5932/21 5936/2 5938/2
5939/21 5943/6 5944/6
5945/20 5947/5 5948/5
5948/8 5949/9 5954/22
5959/25 5973/10
5975/24 5977/3 5978/1
5979/3 5979/13
5984/14 5987/8
5990/22 5991/5
5991/14 5992/9
5994/17 5996/4
5996/16 5998/12
6000/4 6001/22
6003/20 6004/7
6006/25 6007/9
6011/17 6012/3

6024/3 6032/11 6042/3
6042/20 6047/8
6047/25 6048/6
6049/24 6050/10
role [1] 6054/15
rolled [1] 5941/25
rolling [1] 6037/10
room [2] 6026/23
6029/7
root [1] 5992/17
Rotunda [3] 6035/20
6036/17 6038/12
rouser [1] 6041/16
row [4] 5977/14
5977/15 6011/2
6012/20
rows [1] 5942/15
royal [1] 6006/11
RTO [1] 5994/6
rubber [2] 5910/15
5910/16
rule [1] 5925/1
ruled [1] 5951/25
ruling [2] 5912/12
5949/21

S

SA [1] 5930/17
safe [5] 5936/1
5940/18 5940/20
5956/16 6017/22
said [39] 5904/6
5904/8 5910/14
5910/17 5911/3 5924/5
5924/6 5925/12 5942/6
5942/7 5942/9 5942/11
5959/19 5965/9
5971/11 5973/5
5982/12 5990/18
5992/7 5994/18 5995/2
6003/22 6012/17
6014/4 6017/2 6018/2
6032/4 6033/6 6033/19
6036/16 6038/11
6042/13 6045/13
6046/12 6052/2 6054/7
6054/8 6054/10
6057/11
Salke [1] 5932/8
Sam [2] 6019/19
6019/23
same [58] 5910/1
5915/25 5915/25
5916/5 5916/6 5918/9
5921/20 5922/2
5925/15 5931/2
5936/10 5944/12
5944/12 5944/16
5947/22 5949/11
5949/12 5949/17
5950/10 5950/23
5951/11 5951/14
5956/1 5962/13
5964/14 5966/4 5975/5
5975/20 5975/21
5978/9 5980/13
5994/19 5994/25

5999/1 6002/4 6002/8
6002/9 6002/23 6003/3
6003/23 6004/22
6005/17 6005/23
6008/21 6009/2
6009/15 6012/10
6013/8 6014/4 6016/21
6017/2 6024/14
6026/11 6028/7 6034/7
6036/3
Sandra [1] 5989/14
Sandra Parker [1]
5989/14
satisfactory [1]
5916/24
Saturday [1] 6015/8
save [1] 6017/22
saved [5] 6028/15
6036/12 6036/14
6041/7 6043/4
saw [7] 5909/25
5945/20 5950/15
5955/7 5972/24 6013/1
6050/17
say [92] 5906/3 5906/5
5906/7 5909/24
5910/20 5913/17
5915/10 5916/4
5916/10 5916/11
5919/19 5929/6 5936/3
5937/1 5937/19
5938/24 5939/9
5939/14 5940/13
5948/19 5950/14
5956/8 5964/11 5967/9
5975/4 5975/14
5975/21 5978/10
5988/17 5990/17
5992/15 5992/21
5993/9 5993/11
5993/15 5993/20
5993/23 5994/4
5994/22 5995/3 5995/4
5995/15 5996/10
5997/15 6002/8
6002/16 6002/23
6004/16 6004/19
6005/2 6005/6 6005/16
6006/1 6006/8 6007/12
6008/7 6008/16 6009/2
6009/18 6009/19
6009/24 6010/2 6010/7
6012/6 6012/10
6012/20 6017/6
6021/13 6023/25
6024/7 6024/11
6024/15 6024/19
6025/2 6026/8 6026/11
6027/5 6028/2 6028/12
6028/19 6032/2
6035/14 6036/14
6037/4 6040/6 6041/12
6041/16 6043/6 6045/8
6045/13 6051/14
6054/7
saying [20] 5904/10
5904/14 5907/13

5920/14 5937/12
5954/2 5957/13 5965/4
5965/8 5968/9 5968/24
5969/9 5969/24
6014/21 6016/4
6016/20 6037/9
6046/17
says [40] 5904/16
5904/19 5915/7 5924/5
5924/5 5936/1 5936/6
5936/8 5936/10
5936/12 5936/21
5936/22 5938/4 5938/5
5938/8 5938/11
5938/13 5938/16
5938/18 5938/21
5938/23 5939/1 5939/5
5939/13 5939/23
5940/1 5940/3 5955/2
5961/15 5988/7 5989/6
5991/18 5992/19
6008/25 6012/8
6016/14 6024/5
6025/12 6057/12
6057/13
scaffolding [3]
5942/11 6041/24
6043/12
scenario [1] 5964/6
scene [1] 5916/6
Scheduling [1]
5931/12
school [1] 6043/10
screaming [1] 6041/22
screams [1] 5961/15
screen [16] 5907/24
5908/6 5931/22 5933/5
5934/12 5941/16
5946/21 5947/16
5948/10 5980/10
5990/14 5996/18
6010/12 6020/17
6031/21 6047/1
screens [1] 5996/19
screenshot [11]
5908/13 5908/15
5996/20 5996/22
6000/6 6000/9 6000/12
6000/24 6027/10
6027/16 6028/13
screenshots [1]
6000/20
screwed [1] 6003/10
scroll [2] 5996/15
6056/13
scuffle [1] 5936/4
scuffled [1] 6040/18
Seal [1] 5955/9
search [1] 6022/5
seat [3] 5960/13
5972/13 6053/5
seated [3] 5903/4
5930/1 6018/21
second [13] 5908/20
5908/21 5917/25
5941/9 5948/5 5960/14
5976/20 5977/7

6085

**second...** [5] 5982/16
6001/24 6015/4
6020/22 6045/21
**Secondly** [1] 5905/6
**seconds** [56] 5907/1
5908/4 5908/12 5909/1
5910/2 5910/3 5916/1
5917/10 5917/17
5932/6 5938/16
5938/23 5939/5
5945/24 5946/14
5946/15 5947/8 5948/5
5950/15 5957/23
5958/1 5958/2 5958/4
5975/20 5977/20
5978/14 5978/17
5984/18 5984/22
5985/2 5985/8 5985/16
5988/8 5991/5 5991/10
5991/17 5991/20
5992/3 5993/3 5993/20
5993/23 5998/12
5998/15 5998/17
6005/19 6008/21
6008/24 6010/1 6011/5
6012/9 6016/19 6017/5
6026/3 6037/13
6049/24 6050/2
**section** [1] 5919/22
**security** [1] 5978/12
**see** [78] 5905/14
5905/16 5905/17
5906/3 5906/13
5906/17 5907/17
5907/20 5908/5
5908/20 5908/23
5909/9 5909/20
5909/20 5909/23
5909/25 5915/25
5916/16 5917/16
5917/19 5919/17
5932/10 5942/22
5946/3 5946/16
5946/17 5947/22
5948/2 5948/10
5950/21 5950/23
5958/13 5960/17
5978/4 5979/18
5979/24 5980/15
5982/4 5982/8 5982/15
5983/14 5983/20
5989/2 5989/8 5991/18
5991/21 5993/5
5995/11 5996/8
5999/17 6007/2
6007/21 6007/22
6009/16 6012/17
6015/5 6016/7 6016/10
6018/17 6024/13
6028/8 6028/22
6029/13 6029/21
6030/23 6031/6
6031/15 6036/6
6036/20 6037/10
6038/7 6039/19
6041/14 6047/13
6049/6 6050/4 6050/6

**seeing** [3] 5906/18
5954/15 6052/22
**seek** [5] 5984/3 5986/3
6014/21 6022/22
6047/2
**seeking** [1] 6054/16
**seeks** [1] 6023/2
**seem** [1] 5970/7
**seems** [8] 5916/24
5918/8 5951/18 5965/5
5969/20 6028/5 6056/8
6057/5
**seen** [28] 5905/21
5906/19 5907/10
5911/14 5911/17
5911/19 5913/19
5917/5 5931/25 5933/2
5933/15 5940/1 5946/7
5950/18 5972/21
5974/19 5977/8
5977/10 5978/20
5981/11 5986/10
5997/24 5998/19
5999/23 6005/14
6013/14 6020/23
6021/22
**sees** [1] 5916/21
**selective** [2] 5969/24
5969/25
**selectively** [1] 5921/17
**Senate** [3] 6035/17
6035/21 6038/13
**send** [14] 5937/4
5937/7 5942/20 5988/5
6001/11 6003/16
6006/19 6006/22
6007/19 6016/20
6025/10 6031/19
6036/8 6041/22
**sending** [7] 5995/12
5995/13 6007/13
6033/3 6035/10
6036/24 6043/23
**sends** [9] 5959/3
5959/7 5966/3 5988/14
5993/3 5996/7 6005/23
6008/14 6009/14
**sense** [3] 5929/4
5952/20 5964/10
**sent** [17] 5905/7
5914/23 5923/25
5925/11 5994/14
5994/14 5997/11
5997/13 6005/12
6031/5 6031/17 6045/6
6048/12 6048/13
6049/4 6050/19
6056/13
**separate** [4] 5967/6
5967/11 5967/17
5969/5
**sequence** [4] 5942/20
6007/16 6026/7
6041/22
**series** [3] 5919/12
5934/14 5976/6
**session** [1] 5897/7

**set** [3] 5955/23
6037/24 6038/18
**seven** [2] 5992/14
6024/18
**several** [4] 5905/14
5935/9 5973/19
6033/23
**Shaquille** [1] 5906/18
**Shaquille O'Neal** [1]
5906/18
**share** [2] 6014/6
6040/8
**shared** [1] 5921/12
**Sharon** [8] 5941/25
6035/2 6035/4 6039/7
6040/9 6041/14 6043/8
6043/11
**Shawn** [2] 6042/25
6043/3
**she** [32] 5904/19
5923/4 5923/5 5923/9
5923/16 5924/5 5924/5
5924/7 5931/11 6001/9
6029/24 6034/23
6035/10 6036/8
6036/16 6038/11
6040/9 6041/11
6042/13 6042/14
6043/23 6045/12
6045/13 6055/10
6055/10 6055/12
6055/17 6055/20
6055/25 6056/7 6056/8
6056/15
**she's** [5] 5904/17
5923/14 5982/5 5982/6
6001/8
**Shelby** [5] 6001/5
6001/7 6001/8 6001/9
6028/18
**shield** [26] 5904/4
5904/7 5906/1 5906/4
5907/8 5908/12
5908/23 5910/3 5910/5
5911/9 5911/19 5912/3
5912/3 5912/14
5912/16 5912/21
5912/25 5913/7
5913/13 5913/18
5914/1 5914/2 5928/17
5949/7 5950/20
5950/23
**shields** [8] 5907/15
5907/18 5907/20
5910/6 5910/14 5914/7
5942/19 5948/25
**shifted** [1] 5971/8
**ship** [1] 6006/12
**shirt** [1] 5932/11
**shit** [5] 5938/9 5938/17
5940/25 5942/4
6024/16
**shitbags** [1] 6017/4
**shits** [1] 6028/5
**shooting** [1] 6041/25
**short** [3] 5914/13
5978/6 6014/8

**shorten** [1] 5923/21
**shortly** [2] 6018/17
6029/12
**shot** [2] 5905/6 5957/3
**should** [12] 5926/18
5927/12 5928/13
5929/6 5929/19
5939/10 5951/21
5952/9 5972/5 6024/13
6051/24 6052/2
**shoulder** [1] 5987/3
**shouldn't** [1] 6002/10
**show** [18] 5908/14
5908/15 5911/10
5918/24 5920/16
5923/14 5943/13
5944/8 5944/11
5944/25 5949/6 5968/7
5989/20 5993/14
5998/3 6008/19
6049/14 6051/7
**showed** [5] 5904/24
5905/6 5908/13
5914/16 6035/23
**showing** [12] 5909/12
5910/5 5911/16
5912/19 5913/19
5917/7 5918/7 5921/16
5945/2 5946/20
5946/21 5977/9
**shown** [3] 5911/12
5928/24 5971/17
**shows** [11] 5904/25
5905/23 5906/4 5920/4
5944/3 5945/1 5948/20
5961/14 5967/25
5969/7 6028/14
**sic** [2] 6024/19 6040/8
**side** [15] 5904/19
5944/25 5946/16
5978/13 5979/17
5980/9 5981/16
5982/10 5982/23
5984/21 5986/21
5993/1 6050/16
6050/23 6055/13
**Signal** [21] 5996/21
5997/1 5997/5 5997/16
6000/15 6000/16
6000/18 6002/17
6027/12 6027/17
6028/3 6028/17 6030/6
6030/9 6030/11
6032/16 6033/4
6045/15 6048/19
6048/20 6049/5
**significant** [1] 6057/11
**signs** [1] 6025/17
**silence** [1] 6014/12
**Silent** [2] 6019/19
6019/23
**Silent Sam I Am** [2]
6019/19 6019/23
**similar** [2] 5929/20
6038/5
**Simon** [2] 6020/2
6020/5
**simple** [1] 6056/10

**simply** [1] 5923/22
**simultaneous** [1]
5910/12
**since** [4] 5929/5
5961/2 6028/5 6052/5
**single** [3] 5927/15
5927/18 6006/16
**sir** [95] 5930/15 5931/8
5932/1 5932/12
5933/16 5934/1
5934/11 5934/14
5935/17 5935/25
5936/15 5937/18
5941/11 5941/15
5942/24 5943/4
5943/15 5944/10
5945/17 5946/18
5947/18 5947/24
5948/12 5948/18
5949/14 5950/13
5950/22 5955/13
5973/16 5973/24
5976/4 5976/11
5976/24 5977/23
5978/23 5982/17
5983/16 5988/3 5988/7
5988/16 5989/3 5989/6
5989/15 5991/22
5992/13 5993/6
5994/23 5995/5 5996/9
5996/24 5998/18
5998/24 5999/8
5999/19 5999/22
5999/25 6000/11
6000/17 6001/19
6002/6 6004/13
6005/25 6007/4
6007/23 6009/17
6010/11 6011/15
6012/14 6012/19
6013/16 6015/5
6016/11 6023/14
6025/4 6026/24 6027/1
6027/11 6027/24
6028/9 6028/23
6029/14 6029/23
6030/24 6033/21
6035/9 6036/7 6036/21
6039/14 6039/25
6046/11 6046/24
6047/12 6049/3
6052/17 6052/18
**site** [1] 6038/5
**sitting** [1] 6045/16
**situation** [2] 5920/1
6006/14
**six** [1] 6009/1
**sky** [1] 5961/13
**slang** [1] 5936/15
5942/25 5994/10
6017/9
**slated** [1] 5931/6
**slide** [56] 5922/24
5922/25 5923/1 5923/6
5923/7 5924/2 5927/15
5937/6 5938/1 5940/12
5941/23 5942/23
5954/25 5957/9

Case 1:22-cr-00015-APM Document 744 Filed 01/02/24 Page 190 of 196
6086

**slide... [42]** 5959/20
5992/18 5992/20
5993/12 5994/2
5994/17 5994/24
5995/1 5995/23 5996/1
5996/3 6000/8 6000/9
6001/21 6003/20
6004/3 6004/25
6006/25 6007/8
6012/16 6012/24
6017/5 6017/11 6027/7
6029/19 6032/10
6032/18 6032/21
6034/8 6034/10 6037/6
6038/17 6040/15
6042/2 6043/15 6045/1
6045/11 6045/24
6048/8 6050/11 6051/1
6051/13
**slide 17 [2]** 5923/7
6034/8
**slide 18 [1]** 6012/24
**slide 2 [1]** 6012/16
**slide 35 [2]** 5940/12
5994/17
**slide 43 [1]** 5954/25
**slide 44 [2]** 5994/24
5995/1
**slide 7 [1]** 6003/20
**slides [1]** 5941/22
**slightly [1]** 5991/1
**slur [1]** 6034/11
**small [3]** 5968/24
6014/10 6049/20
**Smith [7]** 6048/13
6048/23 6049/5
6050/12 6050/14
6051/3 6051/14
**smoke [2]** 5936/17
5936/17
**snatch [1]** 6041/19
**snipe [1]** 5939/6
**snippet [2]** 6010/16
6047/16
**snippets [1]** 5989/23
**so [180]**
**so I think [3]** 5920/19
5926/5 5964/8
**So it's [2]** 5905/16
5920/11
**So now [1]** 6027/9
**so this is [4]** 5907/25
5909/7 5920/25 6000/6
**so this message [1]**
6000/6
**so this one [1]** 5920/7
**So this photograph [1]**
5943/10
**social [1]** 6038/5
**socialist [1]** 6018/3
**solely [1]** 5965/24
**some [38]** 5903/24
5918/12 5919/24
5920/16 5922/11
5925/21 5925/23
5926/5 5926/7 5926/23
5927/6 5927/7 5927/7

5942/14 5942/20
5948/24 5961/15
5961/17 5961/18
5967/12 5969/22
5972/5 5987/17 6019/1
6019/3 6027/19 6053/6
6053/20 6054/14
6057/8 6057/16
6057/25 6058/1
6058/11 6058/20
6059/2
**somebody [9]** 5919/3
5921/21 5923/15
5963/24 5966/2 5966/3
6036/5 6044/20 6057/4
**someone [30]** 5957/3
5968/16 5987/21
5988/25 5993/3
5996/23 6004/12
6005/1 6016/8 6025/24
6027/22 6028/7
6028/21 6029/12
6030/7 6031/4 6032/24
6034/21 6036/25
6038/24 6039/3 6041/4
6042/13 6042/24
6043/16 6043/24
6055/3 6056/13
6057/12 6057/13
**something [17]**
5910/12 5914/2
5915/17 5922/21
5923/15 5927/25
5929/8 5961/11
5968/10 5968/19
5971/6 5972/15
6014/13 6030/7
6042/13 6057/12
6057/13
**sometime [1]** 6030/17
**somewhat [2]** 5915/10
5968/25
**somewhere [1]**
5917/13
**song [1]** 6041/20
**Sons [1]** 6006/10
**soon [4]** 5938/7
5938/14 6051/4 6051/9
**SoRelle [1]** 5979/9
**sorry [16]** 5912/11
5921/14 5925/8 5930/4
5939/12 5949/18
5950/5 5951/12
5952/17 5964/20
5972/8 5981/5 5982/12
5993/24 6012/17
6053/13
**sort [13]** 5911/6
5913/21 5926/21
5945/4 5945/9 5948/11
5961/1 5961/12
5986/16 5986/22
6053/18 6056/23
6057/5
**sound [4]** 5984/7
5984/9 5984/15 6058/5
**sounds [1]** 5939/6

**sources [2]** 5992/24
6014/9
**Spartans [2]** 6035/18
6036/1
**speak [1]** 6054/5
**Speaker [3]** 5904/11
6037/12 6040/25
**Speaker Pelosi's [1]**
5904/11
**speaking [4]** 5934/4
5935/11 6048/4 6054/6
**Special [3]** 5930/9
5931/10 6053/1
**Special Agent [2]**
5930/9 5931/10
**speculate [1]** 5963/3
**speculating [1]** 5964/5
**sped [1]** 5945/17
**speeded [2]** 5909/11
5917/15
**speeds [1]** 5914/19
**spell [1]** 5930/24
**spend [1]** 6037/20
**spine [1]** 5923/16
**spirited [1]** 6039/9
**split [1]** 5967/15
**spoke [2]** 6014/10
6039/12
**spontaneously [1]**
6005/11
**spray [1]** 5913/23
**squared [1]** 6013/5
**Sr [4]** 5899/12 6014/7
6014/10 6014/20
**stab [1]** 6017/10
**stabbed [1]** 5963/23
**stack [9]** 5938/10
5940/1 5981/23
5981/25 5982/5
5982/23 5982/25
6002/11 6050/24
**Stack 1 [5]** 5981/23
5981/25 5982/5
6002/11 6050/24
**Stack 2 [2]** 5982/23
5982/25
**stacked [1]** 5906/20
**stage [20]** 5904/21
5904/23 5905/3 5905/4
5905/5 5906/9 5909/13
5909/15 5911/1 5911/2
5915/6 5943/25 5944/2
5945/10 5945/11
5945/12 5946/4 5946/5
5946/13 5961/14
**staircase [2]** 5905/14
5905/15
**stairs [6]** 5905/1
5905/2 5906/15
5906/20 5909/2
6043/13
**stairway [1]** 6041/24
**Stamey [9]** 5976/9
5976/12 5976/22
5977/5 6020/15 6033/1
6033/3 6033/7 6033/15
**stamp [1]** 5906/4

**stamped [1]** 5979/13
5908/3
**stamps [1]** 5915/9
**stand [9]** 5930/14
5939/3 5964/14
5993/10 5993/11
6017/15 6017/15
6058/13 6058/14
**standing [9]** 5911/13
5911/18 5948/21
5974/15 5995/3
6014/14 6023/16
6026/24 6027/6
**stands [2]** 6025/18
6032/5
**start [13]** 5914/25
5931/21 5935/18
5938/9 5939/13
5956/21 5959/11
5962/13 5981/20
5990/7 6014/19
6021/10 6027/21
**started [12]** 5914/21
5922/9 5930/6 5940/16
5942/2 5942/3 5942/10
5942/17 5942/18
5974/9 6021/14 6024/6
**starting [7]** 5910/23
5910/25 5911/2
5941/23 5985/10
5986/15 6034/17
**starts [3]** 5909/15
5914/25 5915/1
**state [8]** 5930/24
5953/20 5963/19
5965/25 6003/2
6017/23 6025/14
6033/1
**stated [1]** 5944/19
**statement [21]**
5914/13 5926/25
5928/23 5928/25
5929/6 5929/9 5929/18
5951/23 5952/19
5953/17 5972/4 5994/5
6011/12 6052/12
6052/12 6054/23
6056/18 6056/20
6057/2 6057/4 6057/15
**statements [36]**
5924/15 5925/1
5926/20 5926/21
5926/23 5927/6 5927/7
5951/24 5953/19
5961/6 5964/23
5964/25 5965/2
6051/23 6052/6 6052/9
6052/9 6053/7 6053/7
6053/16 6053/23
6054/10 6054/12
6054/13 6054/17
6054/21 6054/22
6056/23 6057/9
6057/10 6057/17
6057/19 6057/22
6058/5 6058/11
6058/14
**STATES [11]** 5897/1

5930/9 5932/24
6014/23 6019/23
6020/7 6035/20
6037/17
**stating [1]** 5964/15
**Status [2]** 6025/12
6026/23
**Stay [2]** 5936/22
5956/16
**staying [3]** 6027/2
6029/2 6059/6
**stealing [3]** 5907/17
5912/16 5942/18
**Steele [1]** 5982/6
**stenography [1]**
5900/6
**step [8]** 5931/14
5960/15 6012/8
6012/11 6015/4 6016/5
6018/14 6053/1
**step 1 [1]** 6016/5
**steps [10]** 5933/1
5940/2 5940/23
5942/15 5945/13
5956/25 5975/16
5992/22 6037/10
6041/19
**stereos [1]** 6041/20
**STEWART [26]** 5897/6
5898/2 5903/7 5974/12
5974/20 5978/21
5979/7 5979/19
5986/14 5992/24
5995/12 6002/16
6006/8 6012/10
6012/12 6013/1 6013/9
6016/4 6017/13
6017/18 6019/8
6024/20 6024/25
6051/6 6051/7 6051/12
**Stewart Rhodes [13]**
5978/21 5979/19
5992/24 5995/12
6002/16 6006/8
6012/10 6012/12
6013/1 6013/9 6016/4
6017/13 6017/18
**Stewart Rhodes' [1]**
5974/20
**stick [1]** 5939/5
**stickers [1]** 5938/24
**still [8]** 5905/6 5949/12
5950/10 5965/6
5965/10 5995/22
6008/18 6010/4
**stipulate [5]** 6019/10
6019/20 6020/3 6022/4
6022/16
**stipulation [4]** 6019/5
6019/18 6020/2
6021/25
**stipulations [1]** 6019/1
**stole [1]** 5907/15
5910/6 5910/14
**stolen [3]** 5907/21
5915/7 5912/14
**Stone's [4]** 5996/23

**Stone's... [3]** 5997/1
5997/24 5999/2
**stop [7]** 5937/13
5937/21 5945/23
5990/20 6041/24
6044/25 6050/1
**stopping [2]** 5989/7
6025/15
**StoptheSteal [1]**
6038/15
**storm [3]** 5942/11
6008/10 6041/14
**stormed [8]** 6002/19
6006/10 6007/7
6035/16 6036/16
6038/11 6042/16
6043/8
**storming [3]** 6040/8
6040/11 6049/9
**StormtheCapitol [1]**
6038/15
**straight [1]** 5927/8
**strapped [1]** 5936/23
**streaming [1]** 6041/21
**street [4]** 5897/17
5898/11 5898/15
6023/19
**streets [1]** 6026/13
**strike [2]** 5912/8
5961/10
**strong [1]** 5923/15
**stuck [2]** 5971/9
6050/16
**stuff [1]** 5961/17
**Stun [1]** 5936/10
**Subject [1]** 5949/17
**submit [2]** 5970/17
5970/21
**submitted [2]** 5923/8
5950/3
**subpoena [1]** 6022/6
**subverted [1]** 6006/16
**such [4]** 5926/23
5968/6 5972/16 6040/9
**sudden [2]** 5914/25
5969/10
**suffice [1]** 6041/16
**suggest [2]** 6000/1
6054/14
**suggesting [1]**
6055/25
**Suite [4]** 5898/4 5898/8
5899/4 5899/13
**summary [3]** 5920/20
5921/18 5970/13
**support [1]** 5961/14
**supported [1]** 6055/4
**supporters [3]** 5942/7
6046/14 6049/9
**supporting [1]**
6025/17
**supposed [2]** 5946/19
6009/10
**supremacists [1]**
6014/17
**Supreme [5]** 5974/16
5974/24 5975/22

**Supreme Court [5]**
5974/16 5974/24
5975/22 5978/13
6023/17
**sure [20]** 5906/12
5922/1 5924/18
5925/13 5928/8
5951/11 5953/18
5963/11 5965/19
5965/22 5966/16
5967/23 5968/2
5969/14 5971/5 5972/8
6015/6 6031/13
6047/25 6059/5
**surged [1]** 5946/5
**surging [3]** 5941/7
5942/10 5955/3
**surrounding [1]**
6047/19
**surveillance [17]**
5909/9 5912/15 5944/3
5944/8 5946/7 5946/15
5947/17 5948/16
5948/19 5949/6
5950/24 5974/17
5992/23 6021/16
6029/2 6033/12
6037/16
**survive [1]** 5939/4
**suspect [1]** 5971/11
**sustained [1]** 5951/6
**SWORN [1]** 5930/18
**system [1]** 6012/22

**T**

**T-Mobile [7]** 5973/23
6044/2 6044/4 6044/5
6055/25 6056/3 6056/3
**T-shirt [1]** 5932/11
**table [1]** 6059/4
**tag [1]** 5939/24
**take [27]** 5909/11
5926/12 5927/10
5930/5 5932/20 5934/5
5940/20 5941/8 5942/9
5956/13 5956/15
5957/13 5960/6
5963/13 5967/20
5972/6 6006/21
6008/17 6014/15
6018/7 6041/21
6046/21 6049/12
6052/15 6052/21
6058/13 6058/14
**taken [13]** 5913/1
5913/20 5914/8
5943/10 5943/14
5949/7 5967/1 5981/15
6006/16 6019/22
6023/13 6028/13
6054/2
**takes [2]** 5929/4
5997/18
**taking [7]** 5905/8
5905/12 5905/20
5916/1 5928/12
5953/11 6023/20

6058/20 6059/5
**talked [2]** 5932/8
6042/9
**talking [8]** 5907/25
5909/18 5910/11
5923/22 5944/9
5990/14 6053/10
6057/14
**Tarpley [2]** 5898/10
5903/15
**tasked [1]** 5978/12
**tea [1]** 6006/13
**tear [12]** 5940/14 5940/24
5942/4 6001/6 6035/17
6038/12 6039/7
6040/10 6041/25
6042/17 6043/10
**tear gas [3]** 6039/7
6040/10 6043/10
**tear-gassed [4]** 5942/4
6035/17 6038/12
6042/17
**tearing [1]** 5956/21
**telephone [2]** 6022/10
6022/12
**tell [15]** 5926/24
5951/1 5971/14
5979/15 5982/2
5984/19 5997/8
6008/10 6011/2
6026/21 6039/3
6043/25 6047/18
6048/3 6048/14
**telling [5]** 5952/20
5953/23 5954/7 5954/7
6014/22
**tells [1]** 5907/14
**temporary [1]** 5905/3
**ten [5]** 5907/1 5960/7
6007/18 6013/7 6014/2
**tendency [1]** 6055/2
**tends [1]** 6055/6
**term [3]** 5936/16
5994/11 6017/9
**terms [7]** 5915/14
5918/13 5927/16
5928/16 5961/5 5963/8
6056/22
**terrorists [1]** 6043/11
**Terry [1]** 5985/10
**testified [2]** 5930/18
5931/3
**testify [1]** 5916/25
5922/7
**testimony [5]** 5925/13
5927/4 5931/20
6018/15 6053/2
**text [19]** 5912/5 5912/5
5923/3 5923/25
5941/12 5952/14
5952/17 5954/25
5965/20 5966/11
5976/7 5988/6 6004/11
6004/16 6043/18
6044/21 6055/22
6056/5 6056/13

5926/1
**than [8]** 5915/24
5919/18 5952/13
5960/7 5984/6 5999/2
6027/15 6058/12
**thank [48]** 5912/9
5914/12 5924/10
5924/11 5925/17
5930/8 5930/13
5932/19 5934/25
5937/22 5942/21
5943/8 5945/14 5950/4
5952/11 5954/19
5955/20 5959/23
5960/10 5968/21
5971/12 5972/10
5972/14 5973/6
5983/24 5984/13
5985/23 5986/1 5990/3
6002/1 6007/15
6011/18 6015/10
6016/2 6018/4 6018/11
6018/17 6020/9
6033/17 6045/23
6051/17 6051/25
6052/23 6053/3 6053/4
6059/1 6059/7 6059/8
**thank you [30]** 5912/9
5914/12 5924/10
5924/11 5930/8
5930/13 5932/19
5934/25 5937/22
5942/21 5943/8
5952/11 5959/23
5960/10 5971/12
5972/10 5973/6 5986/1
6002/1 6007/15
6011/18 6015/10
6016/2 6018/4 6020/9
6033/17 6051/17
6051/25 6052/23
6053/3
**Thanks [2]** 5972/2
6040/14
**that [577]**
**that up [1]** 5972/7
**that's [104]** 5904/9
5907/3 5908/9 5908/13
5909/17 5912/7
5912/21 5912/23
5913/13 5913/20
5914/4 5914/5 5915/16
5915/16 5918/2 5918/3
5918/4 5918/15
5918/21 5921/12
5922/21 5923/16
5925/7 5926/16 5927/2
5927/20 5927/25
5928/23 5929/6 5929/8
5932/14 5933/23
5936/19 5941/4
5943/22 5945/11
5945/11 5947/11
5948/14 5949/5
5950/20 5951/25
5953/1 5961/11
5961/20 5964/14

5967/20 5968/1 5968/9
5970/10 5970/24
5970/25 5971/3 5972/9
5972/14 5975/8 5976/7
5976/11 5977/17
5979/9 5981/23
5982/14 5982/20
5986/14 5986/18
5986/23 5990/16
5991/12 5997/10
5997/22 5999/11
6001/16 6008/1
6009/12 6011/4
6016/13 6022/2 6022/9
6023/11 6023/14
6023/17 6026/2
6026/16 6027/22
6028/11 6030/19
6030/21 6031/24
6032/8 6034/12
6035/13 6036/16
6037/9 6038/7 6039/20
6040/25 6043/5
6047/21 6054/19
6058/9 6058/14
6058/19
**their [28]** 5906/14
5908/10 5923/17
5927/5 5952/5 5955/18
5961/3 5963/14
5963/15 5967/22
5970/15 5970/17
5970/21 5980/6
5987/24 5992/7
6006/19 6013/5
6024/12 6030/10
6030/10 6030/18
6033/19 6039/8
6039/10 6052/6
6057/12 6059/6
**thelinderfirm.com [1]**
5898/6
**them [45]** 5913/1
5924/19 5924/21
5925/2 5926/5 5927/6
5927/7 5927/8 5927/10
5927/11 5928/5 5928/6
5929/23 5940/4 5940/5
5953/12 5954/7 5954/9
5955/9 5957/13 5959/2
5969/22 5969/22
5972/1 5972/5 5994/12
6002/19 6014/10
6014/22 6020/20
6034/1 6035/24
6040/18 6043/11
6051/7 6052/7 6053/11
6053/12 6054/6 6054/7
6054/20 6058/2
6058/10 6058/11
6058/12
**themselves [1]**
5987/24
**then [101]** 5906/22
5911/25 5915/21
5917/4 5917/14
5917/19 5919/17

**then... [94]** 5919/21
5925/7 5929/5 5936/3
5936/11 5937/1 5937/7
5937/10 5938/5 5939/1
5939/25 5940/3 5940/8
5940/12 5940/15
5940/17 5940/21
5941/1 5941/3 5941/5
5942/1 5942/4 5942/5
5942/6 5942/15
5942/18 5945/9
5947/16 5948/5
5951/25 5954/7
5954/14 5954/16
5956/8 5956/20 5957/2
5957/15 5958/4
5958/11 5959/3
5959/14 5959/16
5960/9 5960/20 5961/5
5961/16 5974/5
5977/18 5977/21
5978/17 5980/11
5982/15 5982/21
5983/11 5983/19
5983/22 5985/6
5985/14 5985/22
5986/15 5986/19
5986/21 5986/24
5987/2 5990/25
5991/13 5991/25
5992/10 5993/15
5993/20 5994/24
5995/1 5995/18
5995/23 5996/1
6004/22 6005/19
6008/24 6018/10
6020/1 6023/19
6024/10 6024/14
6024/18 6025/6
6025/20 6026/6
6028/21 6030/1 6031/4
6050/7 6052/15
6052/22 6057/1
**theory [1]** 5961/14
**there [86]** 5905/12
5905/19 5907/15
5908/6 5908/9 5908/9
5910/20 5910/24
5911/8 5912/20
5913/23 5914/7
5914/22 5917/17
5918/13 5920/10
5922/16 5925/21
5925/22 5926/1 5926/5
5926/6 5926/15
5926/23 5926/24
5927/18 5928/15
5929/2 5932/5 5937/23
5944/3 5945/11
5946/12 5946/12
5947/7 5948/6 5948/7
5948/20 5948/22
5955/14 5955/15
5959/8 5961/15 5963/1
5963/6 5964/6 5965/3
5966/5 5966/5 5968/25
5969/15 5970/9

5970/23 5974/23
5975/9 5977/13
5981/17 5981/24
5982/6 5984/18 5991/7
5991/17 5992/2
5993/15 5997/3
5998/15 6002/18
6002/24 6005/8 6008/5
6010/5 6012/20
6027/22 6031/21
6031/25 6036/10
6041/6 6041/23
6044/23 6046/10
6050/1 6053/19
6056/14 6059/6
**there's [31]** 5903/24
5905/2 5905/13
5905/13 5905/21
5906/16 5908/21
5912/2 5914/24
5916/14 5917/3
5918/12 5919/17
5919/25 5920/14
5927/15 5948/11
5960/18 5960/20
5961/13 5964/25
5967/10 5967/24
5970/22 5970/24
5971/10 5971/25
6029/8 6029/21 6036/4
6059/4
**therefor [1]** 5965/11
**therefore [2]** 5966/23
6052/10
**these [44]** 5903/21
5906/14 5910/10
5915/11 5921/15
5922/12 5926/11
5926/12 5935/22
5936/23 5945/4
5953/18 5954/5
5954/11 5962/21
5962/21 5965/2 5965/2
5966/10 5966/11
5966/14 5966/18
5967/12 5969/1
5969/10 5969/10
5970/16 5973/25
6013/4 6014/20
6020/21 6031/10
6052/8 6053/7 6053/16
6053/23 6054/8
6054/10 6054/16
6057/9 6057/16
6057/19 6057/22
6058/11
**they [71]** 5904/3
5904/20 5905/3 5905/5
5906/10 5910/11
5913/21 5915/7 5916/5
5923/8 5926/11
5926/13 5926/14
5927/11 5928/7 5928/9
5934/1 5939/6 5940/3
5940/4 5940/14
5942/14 5951/22
5952/8 5953/7 5953/19

5963/23 5968/13
5970/23 5971/11
5974/1 5982/2 5983/3
5992/6 5992/7 5992/7
5998/25 6002/20
6005/7 6005/12
6006/12 6007/12
6007/14 6014/12
6014/20 6019/15
6024/13 6039/9
6039/10 6041/24
6046/14 6050/18
6051/6 6052/9 6054/2
6054/3 6054/3 6054/5
6056/2 6057/1 6057/20
6057/22 6057/23
6057/25 6057/25
6058/1 6058/1 6058/1
6058/16
**they're [36]** 5905/4
5905/4 5906/14 5916/3
5918/23 5919/15
5921/13 5922/14
5927/22 5939/19
5940/24 5953/24
5954/7 5954/8 5954/9
5962/19 5964/16
5964/16 5966/12
5967/22 6031/11
6037/9 6040/23 6054/2
6054/4 6054/8 6054/11
6054/16 6054/18
6054/19 6054/20
6054/20 6057/11
6058/17 6058/17
6059/5
**they've [2]** 5916/25
5968/11
**thick [1]** 6035/16
**thing [8]** 5954/14
5956/6 5964/14 5966/4
5967/17 5968/17
5968/24 6056/22
**things [14]** 5909/12
5914/20 5926/12
5936/12 5961/15
5961/23 5962/7
5962/11 5962/13
5963/14 5963/21
5967/12 6014/20
6057/1
**think [71]** 5904/2
5906/17 5911/6 5911/9
5911/13 5911/16
5912/6 5912/7 5913/10
5913/17 5913/23
5914/4 5914/18 5915/3
5915/4 5915/10
5915/11 5915/15
5918/5 5920/2 5920/15
5920/19 5921/17
5922/15 5922/16
5922/19 5923/9
5923/18 5923/19
5923/21 5924/17
5924/24 5925/22
5925/25 5926/5 5926/6

5927/10 5928/2
5928/22 5929/17
5938/6 5952/25
5953/16 5960/6
5960/22 5961/13
5963/9 5964/4 5964/8
5964/9 5964/11
5964/19 5964/22
5965/6 5965/10
5965/24 5966/1
5966/20 5966/23
5966/24 5967/4
5967/18 5969/7
5969/15 5971/13
6033/1 6042/9 6051/25
6059/3
**thinking [1]** 5961/20
**third [7]** 5926/22
5953/2 5953/7 5954/2
5980/21 6053/19
6057/19
**this [313]**
**This is [1]** 5903/6
**Thomas [12]** 5899/12
5903/10 5919/13
5941/13 5957/16
5958/5 5976/22
6007/19 6008/2 6008/7
6019/9 6034/25
**Thomas Caldwell [9]**
5919/13 5941/13
5957/16 5958/5
5976/22 6007/19
6008/7 6019/9 6034/25
**Thomas Caldwell's [1]**
6008/2
**Thomas Edward
Caldwell [1]** 5903/10
**thoroughly [1]** 5904/12
**those [33]** 5915/12
5920/12 5922/9
5924/16 5927/18
5932/23 5932/25
5933/24 5945/5
5948/24 5949/3 5952/4
5955/16 5955/17
5960/23 5960/24
5960/24 5960/25
5962/19 5964/23
5964/24 5970/1
5972/23 5973/19
5987/18 5989/16
5995/22 6014/24
6030/17 6033/23
6056/25 6056/25
6058/14
**though [1]** 5971/8
**thought [4]** 5928/20
5942/12 5961/4 5961/5
**thoughts [2]** 5969/8
6053/6
**thousands [2]** 6005/11
6008/18
**thread [1]** 6002/23
**three [10]** 5916/1
5921/1 5933/24 5957/5
6002/16 6010/6

6032/13 6040/16
**threshold [1]** 5968/14
**threw [1]** 5942/14
**through [28]** 5904/11
5907/21 5907/22
5910/15 5910/16
5910/17 5911/24
5914/22 5915/17
5924/18 5925/3
5926/15 5927/21
5932/23 5935/22
5942/7 5942/16
5942/19 5948/6 5949/3
5956/23 6014/7
6027/17 6027/19
6039/6 6039/10
6041/23 6043/12
**throughout [1]** 5967/4
**throwing [3]** 5938/9
5942/3 5942/19
**thrown [1]** 6033/9
**thumbs [5]** 5936/25
5940/8 5940/9 5940/11
5957/1
**thumbs-up [4]** 5940/8
5940/9 5940/11 5957/1
**ticked [1]** 6005/11
**ticked-off [1]** 6005/11
**tidy [1]** 5970/21
**tidying [1]** 5970/15
**tied [1]** 5929/5
**Tiegen [1]** 6051/5
**Tig [1]** 6051/5
**Tig Tiegen [1]** 6051/5
**till [4]** 5908/11 5909/16
5991/5 6018/10
**time [60]** 5906/4
5906/5 5906/18 5908/1
5908/3 5909/5 5911/8
5911/20 5914/17
5915/3 5915/9 5915/11
5915/13 5915/14
5916/6 5916/10 5917/1
5922/11 5925/15
5928/9 5928/13 5933/3
5935/18 5939/3
5940/16 5942/20
5943/13 5943/16
5944/12 5953/14
5953/24 5954/12
5962/7 5964/13
5964/13 5970/12
5970/16 5974/18
5974/21 5976/23
5977/18 5977/22
5977/22 5978/21
5992/25 5993/10
5997/11 6011/7 6011/8
6014/8 6022/18 6027/3
6029/3 6030/12
6030/14 6031/19
6037/20 6040/21
6044/5 6056/12
**time-lapse [4]** 5914/17
5915/3 5915/13
5915/14
**time-stamped [2]**

6089

**T**

time-stamped... [2] 5908/1 5908/3
timeline [3] 5911/24 5926/11 5926/13
times [2] 5910/10 5910/10
timing [1] 5928/11
title [2] 5921/18 6049/8
titled [1] 6060/4
today [8] 5924/18 5931/11 5931/20 6006/23 6038/11 6038/14 6041/14 6051/8
today's [1] 5961/23
Todd [1] 5975/6
together [5] 5904/13 5915/12 5939/6 6014/19 6054/5
told [3] 5957/13 6008/17 6056/23
Tom [9] 5940/13 5956/8 5956/13 5956/18 5957/4 5958/17 5958/19 6049/4 6051/3
Tom Caldwell [6] 5940/13 5956/8 5957/4 5958/19 6049/4 6051/3
Tomblin [3] 6034/21 6034/22 6035/1
tonight [3] 5939/15 6004/18 6005/3
tons [1] 5955/6
too [3] 5938/22 6033/2 6058/15
took [7] 5910/14 5912/3 5912/3 5913/12 5917/25 5923/17 5940/2
tool.' [1] 6014/13
tools [1] 6022/14
top [20] 5909/10 5915/22 5917/22 5946/20 5946/25 5947/10 5948/10 5956/22 5975/9 5983/5 5983/7 5983/12 5985/12 5991/18 5997/8 6027/22 6032/25 6033/2 6040/11 6049/1
topic [1] 5934/7
totally [1] 5993/24
toward [6] 5915/25 5916/2 5946/23 5946/24 5947/15 5983/12
towards [10] 5905/3 5906/8 5908/8 5909/22 5910/1 5917/21 5950/16 5976/13 6038/17 6048/5
Towers [1] 5899/13
Traci [10] 6001/8 6028/8 6028/10 6028/11 6028/12

6029/21 6030/4
6030/15
Traci's [1] 6031/3
track [1] 5917/14
tracks [5] 5963/14 5963/15 5963/17 5963/21 5970/1
traction [2] 5912/4 6027/17
traffic [3] 5912/4 6025/13 6025/15
traitor [2] 5938/4 6003/6
traitors [3] 5942/12 6006/20 6007/14
transcript [4] 5897/9 5900/6 5904/13 6060/3
transcription [1] 5900/7
transmits [1] 5999/18
transport [1] 5994/7
trashed [1] 6006/12
Trees [2] 6042/25 6043/3
Trees Shawn Pugh [2] 6042/25 6043/3
trial [3] 5897/9 5929/15 5967/4
tried [2] 5967/16 5976/14
trouble [1] 6017/24
Troy [2] 5897/16 5903/12
Troy Edwards [1] 5903/12
truck [2] 5919/2 5920/21
trucks [1] 5994/21
true [8] 5908/1 5912/23 5966/2 5967/15 6019/11 6019/21 6020/4 6054/25
Trump [14] 5942/6 5957/13 5989/1 5995/20 5996/11 6003/6 6006/18 6006/21 6017/20 6025/17 6025/25 6044/24 6046/14 6049/8
Trumpers [1] 6044/23
trustworthiness [1] 6055/5
trying [6] 5913/14 5913/22 5914/9 5916/17 5919/9 6014/14
Tuesday [2] 6015/3 6015/5
tunnel [36] 5904/5 5905/3 5905/11 5905/12 5905/14 5905/16 5905/17 5905/21 5905/22 5905/24 5906/1 5906/10 5906/19 5906/19 5906/23

5908/13 5908/23
5910/4 5910/4 5911/12
5911/14 5911/17
5912/13 5912/17
5912/22 5912/25
5913/19 5914/1
5948/14 5948/17
5948/20 5949/4
5950/24
tunnels [10] 5954/9 5954/9 5955/9 5955/14 5955/15 5955/16 5955/18 5956/19 6039/10 6039/13
Turn [1] 5955/10
turning [1] 5909/1
TV [6] 5916/19 5988/19 6014/21 6029/18 6029/25 6043/10
Twitter [2] 6019/24 6038/6
two [23] 5904/24 5915/2 5915/8 5916/24 5920/12 5920/22 5940/15 5942/15 5955/8 5959/7 5960/18 5975/4 5983/19 5994/20 5995/18 5995/21 6003/8 6003/13 6005/6 6005/16 6005/22 6016/7 6026/7
TX [2] 5898/4 5898/8
type [1] 5906/15

**U**

U.S [6] 5897/16 5920/22 5945/2 5974/15 5974/18 5978/13
Ugghhh [1] 5939/2
Ulrich [2] 5983/12 5985/22
ultimately [3] 5911/21 5967/18 5971/6
unavailable [1] 6057/4
under [5] 5930/12 5955/9 5970/25 6005/13 6042/13
underground [1] 6039/10
underlying [1] 5964/4
underneath [2] 5955/14 6039/13
understand [15] 5903/24 5912/12 5913/15 5918/12 5921/6 5923/12 5924/1 5951/23 5952/15 5962/5 5966/17 5966/20 5966/25 5970/9 5972/5
understood [3] 5925/6 5948/3 5953/5
Underway [1] 6032/20
unfortunate [1] 5905/23

5897/3 5897/10 5903/6
5930/9 5932/24
6014/23 6019/23
6020/7 6035/20
6037/17
United States [6] 5930/9 5932/24 6019/23 6020/7 6035/20 6037/17
unless [3] 5965/3 5968/6 5968/6
unlike [1] 5961/10
unlikely [1] 5970/17
unreasonable [1] 5969/23
unring [1] 5924/6
unsecured [1] 6017/3
unsending [1] 5973/4
unsends [1] 5919/18
unsent [11] 5919/18 5957/8 5957/19 5958/9 5958/24 5959/18 5959/22 5971/17 5971/18 5972/25 5973/3
until [7] 5922/8 5938/12 5940/4 5952/2 5962/2 5992/24 6024/8
up [85] 5905/14 5906/20 5907/23 5907/24 5908/2 5908/9 5909/5 5909/8 5909/11 5909/17 5914/19 5915/6 5915/20 5915/20 5915/23 5916/24 5916/25 5917/15 5918/20 5918/23 5919/12 5920/4 5926/5 5926/13 5928/7 5928/10 5931/17 5931/18 5931/22 5934/12 5935/15 5938/12 5939/3 5940/8 5940/9 5940/9 5940/11 5941/16 5942/9 5944/2 5944/5 5945/13 5945/17 5946/5 5946/16 5950/16 5957/1 5960/2 5961/14 5962/14 5967/20 5970/15 5970/21 5972/7 5975/9 5977/11 5979/2 5987/6 5993/15 5994/12 5994/16 6010/12 6013/11 6014/14 6015/3 6015/11 6016/3 6020/17 6022/20 6024/21 6025/14 6027/18 6028/14 6033/8 6035/2 6041/19 6041/24 6043/12 6044/23 6045/12 6046/17 6046/25 6049/17 6050/17 6051/5

ups [1] 5936/25
upstairs [1] 6039/6
URL [1] 5921/19
us [59] 5905/7 5930/25 5931/11 5932/15 5939/17 5942/2 5942/5 5944/23 5971/24 5972/16 5979/22 5980/2 5980/17 5982/2 5984/19 5988/7 5988/18 5988/24 5994/7 6000/14 6000/25 6002/11 6003/10 6003/16 6008/11 6010/5 6011/2 6014/15 6014/25 6015/12 6021/15 6024/13 6027/2 6027/14 6027/25 6028/12 6029/1 6029/15 6029/18 6030/3 6032/7 6033/12 6035/4 6035/23 6036/10 6039/12 6039/23 6040/8 6040/11 6041/5 6041/14 6041/24 6043/11 6044/3 6045/15 6048/23 6050/20 6050/23 6051/10
usdoj.gov [2] 5897/19 5897/20
use [11] 5910/18 5923/13 5928/17 5937/13 5955/17 6003/9 6003/25 6004/1 6007/5 6014/12 6054/16
used [13] 5910/9 5910/10 5924/7 5936/17 5955/16 5961/11 5964/4 5966/6 5966/7 6001/9 6009/20 6009/24 6022/13
useless [1] 5994/1
user [2] 6030/10 6031/18
username [2] 6019/22 6020/5
users [2] 5935/8 5970/14
uses [3] 5923/4 5923/9 5929/11
using [6] 5914/1 5954/10 5997/14 5997/15 6012/12 6054/20
usually [3] 5937/25 5955/17 6009/7
UTC [2] 5977/16 6011/7

**V**

vain [1] 5994/1
valid [1] 6058/10
Vallejo [48] 5988/13

**Vallejo... [47]** 5988/17
5988/21 5989/4
5992/15 5992/21
5993/18 5993/20
5994/4 5994/14
5994/18 5994/20
5995/2 5996/6 6003/14
6003/16 6003/22
6005/6 6005/16
6005/20 6008/14
6008/16 6008/21
6009/2 6010/7 6010/10
6020/15 6021/11
6021/13 6021/19
6022/9 6023/11
6023/16 6024/5 6024/7
6024/11 6024/15
6024/19 6025/2
6025/10 6025/21
6026/8 6026/11
6026/18 6026/21
6026/25 6027/2
6032/15
**Vallejo's [5]** 5995/9
6004/9 6010/16
6021/23 6022/25
**value [2]** 5966/21
5966/23
**various [5]** 5927/5
5931/19 5973/13
6020/20 6033/18
**vehicle [3]** 5983/8
5983/11 6025/15
**vehicles [2]** 5955/7
5976/13
**Verizon [2]** 6056/1
6056/2
**version [5]** 5950/15
5981/12 5999/5 5999/6
6041/15
**versus [2]** 5903/7
5973/22
**very [13]** 5906/13
5906/13 5916/15
5929/21 5960/10
5969/8 5970/17
5970/25 5972/14
6009/19 6014/11
6018/11 6054/5
**vetted [5]** 5997/10
5997/16 6000/7
6001/17 6003/4
**Vice [1]** 5937/15
**vid [2]** 6050/18
6050/19
**video [151]** 5904/9
5904/11 5904/24
5905/7 5905/8 5905/12
5905/15 5905/20
5905/22 5906/3
5906/11 5906/22
5907/1 5907/1 5907/6
5907/25 5908/2 5908/7
5908/15 5908/17
5908/22 5909/6 5909/9
5909/18 5910/20
5910/21 5910/22

5912/19 5913/19
5914/15 5914/16
5914/17 5914/17
5914/18 5914/20
5915/3 5915/8 5915/8
5915/13 5915/15
5915/21 5915/21
5916/2 5916/4 5916/5
5916/7 5916/12
5916/19 5917/6 5917/7
5917/10 5917/20
5917/23 5918/9
5918/14 5925/24
5928/16 5928/21
5928/24 5929/5
5929/12 5929/17
5929/19 5931/25
5932/4 5943/2 5944/3
5944/8 5944/11
5944/12 5945/16
5945/22 5946/7
5946/15 5946/20
5946/21 5946/22
5946/25 5947/6
5947/10 5947/17
5948/16 5948/19
5949/6 5949/11
5949/12 5950/11
5950/24 5951/21
5951/24 5952/16
5954/24 5971/17
5974/17 5974/19
5984/16 5985/25
5990/11 5990/23
5991/6 5991/15 5992/1
5992/23 5992/24
5997/4 5997/17
5997/19 5997/22
5997/23 5997/24
5998/4 5998/13
5998/16 5998/19
5998/21 5998/22
5999/1 5999/9 5999/18
5999/24 6001/17
6019/3 6019/12
6019/16 6020/2 6020/4
6020/7 6021/16 6029/2
6033/13 6035/19
6037/17 6037/17
6037/19 6046/22
6046/23 6047/11
6047/15 6047/16
6047/23 6048/1
6048/12 6049/6 6049/8
6049/12 6049/14
6049/21 6049/25
6050/6
**videos [9]** 5907/21
5915/8 5916/24
5916/25 5929/15
5952/9 5965/20
5972/24 5978/21
**Vienna [1]** 6010/4
**view [6]** 5906/11
5947/22 5951/20
6039/5 6042/1 6043/13
**views [1]** 6053/23

6021/17 6025/14
**visible [1]** 6025/17
**vocal [1]** 6014/11
**volts [1]** 5936/9
**vote [2]** 6015/14
6044/25
**votes [1]** 5937/21
**vs [1]** 5897/5

**W**

**wait [4]** 5904/17
5904/17 5925/7 5952/2
**waiting [1]** 5971/22
**Walden [3]** 5983/7
5983/9 5985/19
**Walden's [1]** 5983/14
**walk [4]** 5905/1
5907/21 5994/6
5995/16
**walked [1]** 6050/7
**walkers [1]** 6025/15
**walkers/joggers [1]**
6025/15
**walking [4]** 5904/25
5906/7 5906/8 5909/2
**wall [1]** 5905/18
**want [20]** 5921/16
5922/1 5925/9 5925/13
5936/4 5951/11
5960/17 5961/21
5972/19 5994/13
6004/1 6014/12
6014/18 6014/18
6014/25 6051/6
6052/14 6058/13
6058/13 6058/18
**wanted [1]** 5916/18
**wants [4]** 5907/21
5923/22 5924/16
5927/9
**war [1]** 6025/8
**warrant [1]** 6022/6
**Warrior [1]** 5983/18
**Warriors [1]** 6036/2
**was [204]**
**Washington [4]** 5897/5
5897/17 5899/5 5900/5
**Washington, [1]**
6019/16
**Washington, D.C [1]**
6019/16
**wasn't [4]** 5926/14
5931/8 6027/16
6054/12
**watched [1]** 6046/23
**watching [4]** 5916/4
5954/6 5955/6 5958/3
**water [1]** 5966/3
**Watkins [25]** 5898/14
5903/9 5903/18
5939/18 5976/17
5989/13 5991/12
5992/5 6019/9 6035/8
6035/14 6036/4
6036/14 6038/3 6038/9
6042/8 6042/10 6045/5
6045/8 6045/17

6053/17 6053/21
6057/21
**Watkins' [2]** 5961/10
6035/13
**way [30]** 5905/9
5905/20 5906/14
5906/16 5908/1
5908/10 5916/18
5920/19 5929/16
5936/12 5936/12
5945/16 5951/19
5962/13 5965/3 5968/5
5968/17 5973/5
5999/13 6017/22
6035/17 6036/12
6038/12 6040/20
6041/7 6050/16 6054/3
6054/5 6057/12
6057/12
**we [408]**
**we believe [6]** 5907/22
5923/13 5951/21
5952/18 5953/11
5953/23
**we will [3]** 5939/3
5994/6 5995/16
**We would [1]** 6052/3
**we'd [1]** 6039/8
**we'll [12]** 5907/22
5922/11 5928/10
5951/8 5951/9 5960/9
6005/18 6018/9
6018/10 6024/13
6041/15 6052/15
**we're [50]** 5907/25
5909/18 5913/14
5919/24 5922/17
5922/19 5923/1
5923/22 5924/1
5926/20 5927/24
5927/20 5927/24
5931/18 5935/2 5942/8
5945/23 5951/11
5952/7 5955/3 5963/2
5964/5 5966/22 5971/9
5971/22 5976/3 5984/8
5989/7 5999/6 6000/21
6002/3 6006/14
6015/24 6024/12
6027/9 6027/18
6027/19 6028/4
6029/18 6032/13
6036/19 6036/19
6037/24 6041/9 6045/2
6045/25 6047/15
6053/25 6054/3 6056/23
**we've [7]** 5904/12
5908/2 5909/5 5909/17
5932/8 5968/16 6059/2
**wearing [2]** 5916/14
5945/4
**websites [1]** 6014/9
**Wednesday [1]**
5920/23
**week [1]** 6014/7
**weekend [3]** 5925/11
6008/19 6015/8

5968/18
**welcome [5]** 5930/3
5930/14 5973/8 6010/5
6058/12
**well [39]** 5903/23
5906/25 5907/8 5913/2
5914/17 5915/8
5922/21 5923/21
5924/18 5927/25
5928/19 5928/22
5929/16 5929/21
5942/8 5943/19
5946/12 5952/12
5954/5 5954/13
5959/22 5963/10
5964/19 5967/1 5968/4
5972/24 5976/19
5982/6 5999/12 6005/7
6009/9 6014/13
6022/24 6025/5 6029/4
6032/24 6041/5 6042/1
6052/14
**went [10]** 5904/11
5910/15 5910/16
5910/17 5946/10
6002/24 6009/8
6044/23 6044/25
6057/25
**were [60]** 5904/4
5904/23 5905/10
5905/23 5906/20
5907/20 5908/15
5910/11 5912/16
5913/11 5913/21
5913/22 5913/25
5914/7 5914/23
5916/17 5928/4 5931/6
5934/15 5935/10
5942/7 5944/8 5948/20
5948/24 5949/2
5949/11 5949/13
5950/11 5958/18
5968/6 5970/14
5970/14 5970/22
5970/23 5972/3 5972/4
5987/18 5996/19
6000/2 6000/19
6002/20 6003/15
6007/12 6007/14
6014/8 6019/15 6022/4
6035/16 6039/9
6039/11 6041/18
6041/20 6041/21
6041/25 6041/25
6045/16 6045/19
6050/16 6057/23
6058/2
**weren't [1]** 5908/14
**west [6]** 5904/5
5909/10 5945/2 5945/3
6039/5 6050/16
**Western [1]** 6033/1
**Western State Lea
Stamey [1]** 6033/1
**what [281]**
**what's [27]** 5905/25
5915/20 5915/22

**what's... [24]** 5919/6
5919/10 5935/18
5943/19 5951/4 5953/2
5953/3 5956/5 5956/15
5962/15 5963/1
5964/13 5966/12
5976/17 5980/19
5990/17 5996/1
6006/20 6015/7 6038/4
6042/10 6050/14
6051/22 6059/4
**whatever [3]** 5912/6
5923/23 6059/5
**when [33]** 5906/1
5908/22 5908/22
5909/17 5910/3
5910/11 5911/8 5911/9
5912/14 5916/12
5919/21 5921/2
5939/13 5945/20
5948/1 5956/21
5962/13 5970/21
5970/22 5974/23
5992/6 6000/14
6004/18 6005/8
6008/10 6011/7
6017/14 6018/2
6024/20 6025/4
6041/17 6048/4
6054/25
**where [45]** 5905/10
5905/18 5905/19
5906/1 5907/20 5911/6
5911/13 5911/18
5914/24 5917/15
5917/18 5926/11
5932/24 5939/17
5940/2 5946/10
5946/21 5961/25
5978/24 5979/15
5981/15 5992/24
6000/12 6003/1
6008/11 6021/19
6023/15 6023/19
6027/2 6028/5 6029/2
6033/15 6037/19
6038/6 6039/16
6041/24 6044/1 6045/6
6046/5 6047/20
6048/14 6050/20
6055/18 6055/18
6057/14
**whether [9]** 5906/5
5928/22 5937/15
5961/5 5961/7 5962/8
5964/5 5970/23 5992/5
**which [31]** 5904/25
5908/3 5909/7 5911/7
5914/10 5919/19
5919/22 5920/6 5927/3
5929/18 5931/9 5935/8
5936/16 5946/25
5960/1 5960/22 5961/3
5964/25 5969/2 5984/4
5995/12 5999/4
5999/17 5999/23
6009/8 6015/3 6049/7

6055/8 6055/23
6055/17
**while [12]** 5918/23
5952/20 5954/3
5961/17 5971/22
5972/15 6015/11
6019/15 6020/6 6033/7
6041/20 6058/1
**Whip [2]** 5975/6 5975/7
**whispering [1]** 5934/4
**white [6]** 5916/15
5936/16 5938/19
5945/9 6014/17
6043/16
**Whitney [1]** 5931/10
**Whitney Drew [1]**
5931/10
**who [75]** 5905/15
5906/20 5919/1 5931/3
5931/6 5932/13
5933/17 5933/20
5933/22 5935/10
5935/23 5937/14
5942/18 5945/5
5947/10 5966/2 5966/3
5970/8 5970/14
5973/13 5974/11
5975/7 5978/12 5979/6
5980/4 5981/25 5982/2
5982/18 5983/3 5983/4
5983/6 5983/8 5983/12
5983/20 5986/13
5986/19 5997/13
6000/25 6001/7
6002/11 6002/24
6002/24 6016/12
6024/24 6026/1
6027/25 6028/10
6028/24 6029/15
6029/25 6030/20
6031/8 6031/17 6032/7
6033/3 6033/10
6034/18 6035/4
6035/10 6035/12
6036/8 6036/24
6037/11 6038/21
6038/23 6040/22
6040/24 6043/1
6043/19 6043/21
6043/23 6046/1
6048/23 6050/8
6057/20
**who's [20]** 5905/8
5916/14 5938/19
5953/18 5979/18
5984/22 5985/2 5985/9
5985/17 5986/15
5986/21 5990/14
5990/14 5991/10
6023/9 6031/23
6032/25 6034/20
6045/3 6046/3
**whoever [1]** 6054/12
**whole [3]** 5954/14
5998/19 6038/12
**wholesale [1]** 5920/16
**whom [3]** 5963/6
6041/3 6058/17

5976/15 6036/22
6039/20
**why [29]** 5921/17
5923/16 5929/6
5931/11 5941/22
5945/19 5953/12
5953/20 5954/13
5957/7 5957/18
5964/13 5970/20
5993/14 5996/18
6015/11 6016/17
6016/23 6018/7
6021/14 6024/5
6027/14 6028/12
6036/10 6041/5 6044/3
6052/15 6053/23
6058/22
**wife [6]** 5904/14
5904/22 5910/25
5982/20 6035/5
6043/22
**wildest [1]** 5970/18
**will [50]** 5906/3
5909/24 5910/20
5911/21 5914/13
5915/15 5916/4
5917/21 5922/6
5925/21 5925/22
5927/3 5927/16
5927/18 5928/11
5933/10 5934/22
5937/13 5939/2 5939/3
5942/20 5944/20
5950/5 5956/6 5957/14
5959/15 5970/9 5974/5
5981/7 5986/6 5990/1
5994/6 5995/16 5998/7
6005/12 6008/18
6009/3 6009/20
6009/24 6010/22
6013/23 6018/3 6021/6
6022/20 6023/5
6041/22 6047/4 6051/8
6052/21 6058/22
**William [8]** 5899/12
5900/2 6000/13
6000/15 6001/9
6028/13 6060/2 6060/8
**William Isaacs [1]**
6001/9
**Williams [2]** 6002/8
6002/13
**Willie [3]** 5936/13
5936/14 5936/15
**willing [1]** 5964/10
**win [1]** 5939/6
**window [1]** 5942/19
**wiping [1]** 5904/10
**wish [2]** 5911/24
5971/11
**within [1]** 6036/12
**without [7]** 5912/19
5921/20 5925/2 5984/7
5984/9 5984/15 6054/6
**without sound [1]**
5984/9
**witness [11]** 5901/2

5930/17 5944/6 5972/6
5979/23 5980/1
5980/18 6015/15
6015/23
**WITNESSES [1]**
5901/4
**woman [2]** 5979/8
6055/21
**won't [3]** 5994/5
6029/18 6056/14
**word [13]** 5910/9
5910/18 5923/4 5923/9
5923/10 5923/13
5924/3 5929/11
5937/23 5942/22
5995/3 6018/2 6040/12
**words [5]** 5918/6
5923/18 5954/1
5960/23 5973/2
**work [4]** 5935/6
6008/19 6015/21
6050/17
**worked [2]** 5918/16
5926/2
**world [1]** 5971/8
**worn [6]** 5989/16
5989/24 5991/1
5992/11 6019/5
6019/12
**worried [1]** 5956/3
**worries [1]** 5937/2
**would [56]** 5905/11
5906/7 5906/17
5906/18 5907/6
5912/20 5913/2 5915/5
5915/10 5915/13
5918/1 5920/10
5922/25 5923/11
5923/16 5925/1 5925/2
5926/6 5926/8 5928/3
5929/5 5929/6 5951/10
5952/1 5952/22
5962/25 5963/12
5963/18 5964/1
5966/21 5966/25
5970/17 5970/18
5970/20 5971/24
5974/23 5982/5 5986/3
5989/22 5994/11
5998/5 6022/22
6023/20 6023/20
6028/4 6033/10 6034/7
6039/8 6047/2 6052/3
6052/10 6052/13
6054/7 6054/14
6054/24 6057/15
**wouldn't [2]** 5964/13
6042/17
**writ [1]** 5928/3
**write [34]** 5940/22
5941/6 5957/4 5957/16
5957/21 5957/24
5958/5 5958/8 5958/22
5959/1 5959/4 5959/8
5959/16 5959/21
5974/14 5976/12
5978/15 5978/18

6003/14 6005/10
6008/21 6017/13
6017/19 6025/7 6029/5
6029/9 6029/17
6029/24 6032/15
6034/25 6037/14
**writes [28]** 5937/11
5940/6 5940/15
5940/18 5940/19
5941/2 5941/3 5941/24
5955/3 5955/5 5955/8
5955/22 5955/24
5956/1 5956/2 5956/4
5956/13 5956/14
5956/18 5956/20
5956/23 5957/2 5958/2
5958/11 5958/16
5959/11 5959/14
6028/22
**wrong [3]** 5927/17
6014/13 6014/14
**wrote [11]** 5937/12
5957/6 5957/10
5957/13 5957/17
5958/6 5959/5 5997/17
6001/3 6044/20 6051/3

---

**Y**

**y'all [1]** 5967/10
**yanked [1]** 5914/9
**yeah [10]** 5919/9
5921/4 5938/5 5941/24
5952/25 5953/15
5968/15 5971/9
6024/16 6038/11
**yellow [2]** 5981/20
5981/21
**Yep [1]** 5958/12
**yes [161]** 5911/4
5915/24 5916/9
5916/13 5918/10
5922/17 5922/23
5931/15 5932/1
5932/12 5932/14
5933/16 5934/1
5934/11 5934/18
5935/5 5935/25
5936/15 5936/19
5937/18 5941/11
5941/15 5942/24
5943/4 5943/12
5943/15 5944/1
5944/10 5944/13
5945/11 5946/9
5946/18 5947/2
5947/18 5947/24
5948/12 5948/18
5948/23 5949/1 5949/8
5949/14 5950/4
5950/13 5950/17
5950/22 5950/25
5951/3 5951/17 5952/6
5954/18 5955/13
5956/14 5958/14
5964/4 5968/22 5971/2
5972/2 5973/16
5973/20 5973/24

**Y**

yes... **[101]**  5975/11
5976/4 5976/11
5976/24 5977/10
5977/23 5978/23
5979/20 5980/1
5980/14 5980/16
5981/13 5981/19
5982/1 5982/10
5982/17 5983/2
5983/16 5983/21
5984/21 5986/12
5988/7 5988/16 5989/3
5989/6 5989/9 5989/15
5991/3 5991/22 5992/7
5992/13 5993/6
5994/10 5996/9
5996/24 5997/10
5998/1 5998/18
5998/24 5999/3 5999/8
5999/22 6000/11
6000/22 6001/19
6002/6 6004/5 6004/13
6005/25 6007/4
6007/20 6007/23
6008/25 6009/7
6009/17 6010/11
6011/15 6012/14
6012/19 6013/10
6013/16 6015/5
6016/11 6020/16
6020/24 6021/18
6021/24 6023/1
6023/14 6025/12
6027/11 6027/24
6028/9 6028/23
6029/14 6029/23
6030/8 6030/24 6031/7
6031/22 6032/1
6033/14 6033/21
6035/9 6036/7 6036/21
6038/1 6038/20
6039/14 6039/25
6045/18 6045/22
6046/24 6047/12
6048/19 6048/22
6049/3 6049/22
6052/17 6052/18
6058/8
yesterday **[7]**  5904/3
5904/6 5904/12 5905/7
5908/14 5925/13
6033/9
yet **[5]**  5907/14
5923/10 5967/22
6005/15 6008/23
you **[343]**
you know **[1]**  5919/17
you'd **[1]**  5960/15
you'll **[3]**  5970/5
6034/9 6055/11
you're **[12]**  5913/16
5917/7 5924/19 5965/4
5965/6 5965/11
5967/18 5988/10
5993/15 6024/21
6056/4 6057/14
you've **[6]**  5913/19

5972/20 6020/19
6058/10
**Young [2]**  5982/9
5986/23
your **[101]**  5903/5
5904/2 5904/20
5905/25 5906/2
5906/25 5907/21
5908/14 5909/9 5910/8
5911/4 5911/25
5911/25 5912/9
5912/12 5912/20
5913/2 5914/4 5914/15
5915/12 5915/24
5916/21 5918/3
5918/10 5918/15
5918/23 5919/11
5922/15 5922/17
5922/24 5924/14
5924/15 5924/20
5924/25 5925/7
5925/17 5925/22
5926/10 5927/2
5927/14 5927/23
5930/8 5930/11
5930/25 5931/20
5934/25 5949/23
5950/4 5951/9 5951/25
5952/11 5954/18
5960/22 5961/23
5964/9 5964/10 5967/1
5967/3 5968/23
5970/12 5971/12
5971/22 5971/24
5972/14 5972/17
5972/18 5973/6 5974/4
5984/6 5984/13 5990/3
5992/23 5993/10
6001/5 6013/5 6013/22
6017/16 6017/16
6017/20 6017/21
6017/21 6017/22
6018/2 6018/6 6018/15
6018/23 6029/1 6031/9
6037/19 6051/25
6052/4 6053/2 6053/9
6053/25 6055/8
6056/10 6056/11
6056/12 6056/13
6057/9 6058/4
**Your Honor [68]**
5903/5 5904/2 5904/20
5906/2 5907/21
5908/14 5909/9 5910/8
5911/4 5912/9 5912/20
5913/2 5914/4 5914/15
5915/12 5915/24
5916/21 5918/3
5918/10 5918/15
5918/23 5919/11
5922/15 5922/17
5922/24 5924/14
5924/15 5924/20
5924/25 5925/7
5925/17 5925/22
5926/10 5927/2
5927/14 5927/23

5949/23 5950/4 5951/9
5951/25 5952/11
5954/18 5961/23
5964/9 5964/10 5967/3
5968/23 5970/12
5971/12 5971/22
5971/24 5973/6 5974/4
5984/6 5984/13
6013/22 6018/6
6018/23 6031/9
6051/25 6052/4
6053/25 6055/8
6056/10 6057/9 6058/4
**Your Honor's [2]**
5906/25 5912/12
yours **[2]**  5922/14
6033/11
**YouTube [17]**  5907/25
5909/18 5915/8
5915/21 5916/2 5916/5
5917/20 5917/22
5918/9 5944/12
5949/11 5949/12
5950/10 6020/7
6046/16 6046/19
6047/10

**Z**

**Zaremba [3]**  5900/2
6060/2 6060/8
**Zello [1]**  5961/11
zoom **[6]**  5909/24
5919/14 5919/23
5987/7 6010/14
6023/22
zoomed **[2]**  5947/17
5947/20
zooms **[2]**  5917/16
5917/17
**Zsuzsa [1]**  5899/2