IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       CR No. 22-15
                                    )       Washington, D.C.
        vs.                         )       November 2, 2022
                                    )       9:30 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )       Day 22
            Defendants.             )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           Kathryn L. Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              Troy Edwards
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              kathryn.rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW
                               1808 Park Road NW
                               Washington, D.C. 20010
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com

                               Juli Zsuzsa Haller
                               LAW OFFICES OF JULIA HALLER
                               601 Pennsylvania Avenue, NW
                               Suite 900
                               S. Building
                               Washington, D.C. 20036
                               (202) 352-2615
                               Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:             Bradford L. Geyer
                               FormerFeds LLC
                               2006 Berwick Drive
                               Cinnaminson, NJ 08077
                               (856) 607-5708
                               Email:
                               Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:            David William Fischer, Sr.
                               FISCHER & PUTZI, P.A.
                               7310 Governor Ritchie Highway
                               Empire Towers, Suite 300
                               Glen Burnie, MD 21061-3065
                               (410) 787-0826
                               Email:
                               fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| SA KELSEY HARRIS | | 6327 | 6350 | |
| JASON ALPERS | 6362 | 6387 | 6400 | |
| JASON ALPERS | | 6395 | | |
| SA JENNIFER BANKS | 6405 | | | |
| SA JOHN MOORE | 6433 | 6568 | | |
| SA JOHN MOORE | | 6584 | | |

– – –

INDEX OF EXHIBITS

– – –

| PARTY | IDENTIFIED | ADMITTED |
|---|---|---|
| WATKINS 31 | | 6331 |
| WATKINS 22, 23, 24 | | 6333 |
| WATKINS 25 and 26 | | 6333 |
| WATKINS 30 | | 6343 |
| WATKINS 27 AND 28 | | 6347 |
| KM62 | | 6593 |

– – –

```
                        INDEX OF EXHIBITS

                              - - -

PARTY                    IDENTIFIED       ADMITTED

                              - - -

                              - - -

22.P.4                                    6355

1202.1 THRU 1202.5                        6372

1204                                      6379

9001                                      6406

9060                                      6439

9061                                      6445

9066                                      6454

3005                                      6456

9064                                      6461

9065                                      6464

9067 THRU 9070                            6471

94                                        6476

9071                                      6480

9072                                      6483

9073                                      6487

9073.1                                    6489

2010.2.1                                  6493

2010.3.1                                  6494

1540                                      6498

151, 152                                  6504
```

| | |
|---|---|
| 156, 157 | 6504 |
| 9075 | 6510 |
| 9075.1 | 6512 |
| 9080 | 6521 |
| 9078 | 6524 |
| 9079.1 | 6526 |
| 9079 | 6529 |
| 9077 | 6543 |
| 9082 | 6558 |
| 9085 | 6561 |
| 9086 | 6565 |

```
1                      P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.
3              This Court is now in session.  The Honorable
4    Amit P. Mehta presiding.
5              THE COURT:  Please be seated, everyone.
6    Good morning.
7              COURTROOM DEPUTY:  Good morning, Your Honor.
8              This is Criminal Case No. 22-15, the United States
9    of America versus Defendant No. 1, Elmer Stewart Rhodes III;
10   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
11   Defendant 4, Jessica Watkins; and Defendant 10, Thomas
12   Edward Caldwell.
13             Kathryn Rakoczy, Jeffrey Nestler, Alexandra
14   Hughes, Troy Edwards, and Louis Manzo for the government.
15             Phillip Linder, James Lee Bright, and Edward
16   Tarpley for Defendant Rhodes.
17             Juli Haller for Defendant Meggs.
18             Bradford Geyer for Defendant Harrelson.
19             Jonathan Crisp for Defendant Watkins.
20             And David Fischer for Defendant Caldwell.
21             All five named defendants are present in the
22   courtroom for these proceedings.
23             THE COURT:  All right.  Good morning, everyone.
24   I hope everybody is doing well.
25             All right.  I want to just rule on the legal
```

```
1    issues that we left open at the end of the day yesterday.
2    The first concerned exhibit number -- Mr. Nestler, with all
3    of the --
4            MR. NESTLER:  6734, Your Honor.
5            THE COURT:  Thank you.
6            All right.  So this is Exhibit 6734, which was the
7    compilation of statements made by various defendants and
8    co-defendants -- or co-conspirators that the government
9    believed were statements against penal interest.
10           So I've reviewed them once more, the entire
11   exhibit, as well as looked at the cases that Mr. Crisp had
12   cited and so I'm prepared to rule as follows:
13           The statement is against penal interest if at the
14   time of its making, it is so far tended to subject the
15   declarant to civil or criminal liability, that a reasonable
16   person in the declarant's position would not have made the
17   statements unless believing it to be true.
18           If it is offered in a criminal case as one that
19   tends to expose the declarant to criminal liability, it is
20   supported -- it must be supported by corroborating
21   circumstances that clearly indicate its trustworthiness.
22           According to the Supreme Court's decision in
23   Williamson, 512 U.S. 594 from 1994, "Whether a statement is,
24   in fact, against interest must be determined from the
25   circumstances of each case."
```

1           And "Whether a statement is self-inculpatory or

2    not can only be determined by reviewing it in context."

3           The Court also says that "even statements that are

4    on their face neutral may actually be against a declarant's

5    interest."

6           So having looked at all of these statements, I do

7    think they are, with perhaps one exception, statements

8    against penal interest for a number of reasons:  One, all of

9    the statements, with one exception, the timing of them

10   suggest that they occur at a time when the defendants would

11   have been aware that their conduct could have potentially

12   exposed them to criminal liability.  The only exception

13   is -- arguably the only exception is Mr. Caldwell's

14   statement which comes at 3:38 p.m. to Diann Tomblin, but

15   even that one, I think, probably is made at a time where he

16   understands the potential criminal liability might have

17   followed from his conduct.

18          And specifically what I mean by that is, you know,

19   Mr. Caldwell, for example, and others, would have seen

20   tear gas, the police deployed that day to prevent people

21   from approaching the Capitol building.  Those who, in fact,

22   entered the Capitol building, including Ms. Watkins, would

23   have seen and Mr. Meggs himself, would have seen, and

24   Ms. Meggs, would have seen police officers in the Rotunda,

25   would have seen police officers --

1          Mr. Rhodes, could I -- Mr. Rhodes -- that's okay.

2    Sorry.

3          -- would have seen police officers --

4    confrontations with police officers, police officers

5    preventing people from entering further into the Capitol

6    complex and police officers, in fact, escorting people out

7    of the Capitol complex.

8          There's some indication in some of these messages,

9    there's a later message from Mr. Caldwell, for example, at

10   9:58, in which he says he had been watching TV or at least

11   had seen media reports of those on Capitol Hill being called

12   U.S. terrorists.  One can agree or disagree with that

13   characterization, but the bottom line is that I think it is

14   indicative of what would have been in the defendants' minds

15   at the time they made these statements and they would have

16   understood that acknowledging their presence at the Capitol

17   at the time on that day would have potentially led to

18   civil -- excuse me, criminal liability; at a minimum, for

19   trespassing on the Capitol Grounds.

20         Some of the statements even go further than that,

21   and they include statements such as Ms. Watkins' statement

22   that, this is at 5:54 to Montana, that we stormed the --

23   I think she just said "storm the Capitol, forced our way

24   into the Senate and House, got tear-gassed and muscled the

25   cops back like Spartans," those are statements that clearly

1    establish confrontation with police officers, so it would

2    suggest criminal liability.

3            And importantly, in terms of relevance, at least

4    for purposes of Ms. Watkins, establishes a presence of mind

5    potentially that she knew where she was, where others were

6    within the Capitol complex.  There's been a suggestion that

7    people might not have known where they were precisely, but

8    that statement would suggest otherwise.

9            The same is true with respect to Mr. Meggs'

10   statement to Mr. Baker at 7:05 p.m. in which he says, "We

11   busted in," suggesting a forcible entry.  And then Mr. Baker

12   references "Nancy's head rolling down the front of the

13   steps," Mr. Meggs says, "We looked for her."  That is --

14   sort of supports the government's theory that Mr. Meggs knew

15   precisely where he was in the House complex at the time he

16   was in that small Rotunda area in front of Nancy Pelosi's

17   office.  He may or may not have been.  I know the sign was

18   down, but ultimately that's a question of fact for the jury.

19   But any statement in which somebody says that they looked

20   for the Speaker of the House, it seems to me clearly

21   somebody would have understood that that would have

22   subjected them to potential criminal liability and is not a

23   statement they would have made if they did not believe it to

24   have been true.

25           Now, the defendants may argue that these were

1    statements of puffery, et cetera.  That's an argument that

2    can be made to the jury and if the defendants choose to take

3    the stand, they can explain that that's what some of these

4    statements, in fact, are.

5            Ms. Watkins, similarly, in her Parler post at 7:22

6    says they pushed their way into the Rotunda, made it into

7    the Senate even, which is precisely the hallway that she and

8    others tried to make their way down.

9            You know, other of Mr. Caldwell's statements to

10   Mr. Crowl establish, you know, again, that he was present

11   and was able to observe the altercations between police

12   officers and others.

13           Also at 9:18, for example, Mr. Caldwell references

14   construction and scaffolding that was "meant to stop us."

15   Again, I think he's acknowledging in there that he

16   understood at the time that he probably shouldn't have been

17   where he was.

18           And then there's Ms. Meggs' statement at 11:01

19   p.m. to Patty Gee.  "Antifa went up there dressed as

20   Trumpers, but Trumpers heard about Mike Pence being an"

21   expletive or pejorative term, "and everyone went to the

22   Capitol, stop the vote and police."

23           So, you know, again, that is a statement that

24   clearly is one of exposing -- that does tend to subject the

25   declarant to criminal liability, not a statement somebody

```
 1   likely would have made unless they believed it to be true,
 2   including her own actions.
 3           Ms. Haller, I don't know why you're trying to
 4   interrupt me right now.
 5           And clearly is one that there is, as I said, tends
 6   to expose her to criminal liability.
 7           The statements that Ms. Watkins makes to the OK
 8   Florida D.C. Op on January 6th at 2 -- excuse me at 1 --
 9   I'm sorry, on January 7th at 2:45 to the "OK Florida
10   D.C. Op Jan. 6" chat, "Proud to go in with you all, I'd say
11   I'll follow you into the gates of hell but we did that
12   already," you know, arguably, you know, those are -- they
13   certainly establish her presence and the presence of others
14   in the Capitol building, so I suppose in that respect, their
15   statements against penal interest.  They also arguably could
16   be co-conspirator statements in furtherance of what the
17   government contends is an ongoing conspiracy, and this is a
18   statement made by Ms. Watkins in furtherance of encouraging
19   further collective conduct among the group of people who she
20   went into the Capitol with.
21           There is evidence, obviously, to corroborate the
22   truthfulness of the various statements that were made.
23   That's established based upon the video.  I mean, it
24   establishes where Mr. Caldwell was on that day and then
25   obviously the video establishes that Ms. Watkins,
```

6316

1    Ms. Meggs -- Mr. Meggs establishes precisely where they were

2    inside the Capitol building and therefore corroborates the

3    truthfulness and trustworthiness, I should say, of those

4    statements.

5         The only statement that I think is not -- and

6    maybe I don't quite understand its significance, is the last

7    one between Doug Smith and Mr. Caldwell on January 9th of

8    2021 at 11:08 a.m.  Mr. Smith says, "Sounds good, I'll get

9    back with you soon, Tig Tiegen, the hero of Benghazi, had

10   his men get up with me this morning, they want me to leave

11   Stewart and bring the Oath Keepers with me and join them.

12   If Stewart doesn't show his face today, I believe we will be

13   leaving," which I take it to mean leaving the Oath Keepers

14   or maybe even leaving Washington, D.C., I don't know, "I'll

15   talk to you soon."  And Mr. Caldwell simply says, "Roger."

16        So I'm not quite sure how that one is a statement

17   against penal interest, Mr. Nestler.

18        MR. NESTLER:  Yes, Your Honor, sorry, we're not

19   contending that that statement is a statement against penal

20   interest.  That's a statement in furtherance of the

21   conspiracy.  This is a statement from Doug Smith, the leader

22   of the North Carolina Oath Keepers, to Thomas Caldwell,

23   another member of the conspiracy, about Stewart Rhodes and

24   future plans for how they're going to interact with one

25   another.  And so we do not believe this is a statement

```
 1   against penal interest but, rather, amongst co-conspirators
 2   during the time of the charged conspiracy.
 3               THE COURT:  Okay.
 4               Yeah, I'm not sure.  I mean, the statement says,
 5   "They want me to leave Stewart and bring the Oath Keepers
 6   with me and join them."  If anything, it seems to me to be a
 7   statement contemplating leaving the Oath Keepers and joining
 8   another group.
 9               MR. NESTLER:  Correct, in the future.
10               THE COURT:  Right.
11               MR. NESTLER:  So the point is as of January 9th of
12   2021, Doug Smith is with the Oath Keepers, with Stewart,
13   with Thomas Caldwell.
14               THE COURT:  Agree.
15               MR. NESTLER:  That's the importance of why we --
16               THE COURT:  I agree it may stand for that
17   proposition in terms of an adoptive admission by
18   Mr. Caldwell, but it's not in furtherance of the alleged
19   conspiracy; in other words, this is a statement, it seems,
20   by Mr. Smith, suggesting I want to leave Mr. Rhodes and the
21   Oath Keepers and join someone else.
22               MR. NESTLER:  Sorry, evidence of the conspiracy.
23   So not necessarily in furtherance but as we talked about,
24   I think, last week or the week before, under the
25   co-conspirator statement exception, this is -- this
```

 1  statement here is evidence of the existence of the

 2  conspiracy.

 3         THE COURT:  We're splitting hairs here.  I think

 4  I'll instruct the jury this last statement is only

 5  admissible against Mr. Caldwell, because it's not clear to

 6  me that he is actually -- because I mean, again, it has to

 7  be in furtherance of the conspiracy in order to qualify as a

 8  co-conspirator statement.  That's an essential element.

 9  I just don't read this to be in furtherance of a conspiracy,

10  at least the one that's been alleged.  So we'll bring this

11  up and I'll just let the jury know.

12         MR. NESTLER:  Well, two additional points on that,

13  Your Honor.

14         One is, it references Stewart, and so leaving

15  Stewart, and so that's evidence against Mr. Rhodes as well

16  directly by name.

17         And, two, we do believe that underlings in a

18  conspiracy, potentially revolting or leaving the leader of

19  the conspiracy and trying to have a change in direction, is

20  still evidence of furtherance of the conspiracy.  It's, how

21  are we going to achieve our aims even if we don't like the

22  person who's currently leading us or if he has gone absent,

23  so it is still further in furtherance of the conspiracy.

24  They're looking for how they're going to accomplish things,

25  even potentially without Rhodes.

1          THE COURT:  Well, I think you are right in the

2     sense that a co-conspirator statement doesn't need to be in

3     furtherance of the conspiracy that's charged, it only needs

4     to be in furtherance of collective action.

5          That said, I don't think a statement in which

6     somebody is contemplating joining another group commits that

7     person to collective action with that group.  It simply is

8     potentially formative of the conspiracy and sort of

9     pre-conspiracy, if anything, pre-collective action.  And,

10    frankly, I don't know who these other people are, and so I

11    am, you know -- would have to infer a fair amount that the

12    kind of collection act -- collective action here is the same

13    type of collective action that's the subject of the

14    indictment.  So I think that statement will only come in

15    against Mr. Caldwell and we'll inform the jury of that.

16          Insofar as the 801 statements.  So I'll just refer

17    the parties again to the -- Judge Huvelle's decision in

18    *Bagcho*, 151 F.Supp.3d 60 from 2015, which I think nicely

19    lays out what she believes, and I think is accurately

20    stating what the state of the law is and continues to be the

21    state of the law in the Circuit.

22          And she makes the point ultimately that in this

23    area where we're talking about government statements and

24    whether government statements can be admitted as admissions

25    that align between an adoptive admission and something that

```
 1   is within the scope of the agent's testimony tends to kind
 2   of bleed together insofar as the Circuit Courts,
 3   particularly in D.C., have required that there be some
 4   manifestation of adoption by the government of the statement
 5   in order for the Court to admit it.
 6           And so with respect to Agent Esposito, I'm going
 7   to exclude the statement, and it's for the reasons that I
 8   stated yesterday.  I mean, I recognize the probative value
 9   of it.  I recognize that it -- even if it is an adoptive
10   admission or a statement within the scope of the agent's
11   agency for the government, you know, as I said yesterday,
12   the statement provided to the jury, naked of the rest of the
13   testimony before the grand jury, I think substantially
14   outweighs the potential probative value insofar as it can
15   confuse the jury and mislead the jury.
16           Absent context that the agent's testimony only
17   related to two individuals and that the testimony concerned
18   those two individuals and how they performed security
19   details on those days, that was Mr. Minuta and Mr. James, no
20   explanation of the scope of the agent's investigation.  And
21   so I think absent that context, it really has the potential
22   to mislead, substantially mislead.
23           Now, that said, that doesn't mean the defense
24   can't call Agent Esposito in its case-in-chief and ask him,
25   "Isn't it true that you're not aware of any evidence of X?"
```

```
 1   And if he denies it, you can cross-examine him with -- I
 2   mean, he can then be impeached with his grand jury
 3   testimony.  But at least in that circumstance, there's an
 4   opportunity to contextualize the statement, both through
 5   direct examination and through cross-examination, which
 6   I think would provide a fairer and more complete
 7   understanding of that testimony to the jury.
 8           Finally as to Mr. Manzo's statement, look, it's a
 9   closer call in terms of what the kinds of statements the
10   Circuit has approved of that could be admissions, but
11   ultimately I'm going to exclude it because it is not a
12   statement of facts.  It is simply a statement of theory, the
13   government's theory about the purpose of the QRX -- QRF, and
14   ultimately it's the jury's determination as to what the
15   theory -- excuse me, the actual purpose of that QRF is.
16           Mr. Manzo's statement is made in the context of an
17   evidentiary discussion.  It's not an assertion of fact.  If
18   you compare the cases in which the Circuit has approved
19   statements out of court -- although this one, I guess, is in
20   court, but the point is the same, it involves statements of
21   discrete assertions of fact.
22           So, for example, in Morgan, the statement was
23   about whether somebody lived in a particular residence.  In
24   Harris, the statement was about whether somebody leased an
25   apartment, and those kind of statements of discrete facts
```

 1    are verifiable.  These are statements that the government

 2    has made or sponsored after having time to deliberate about

 3    the statements; whereas I think this statement is not one

 4    that is, in fact, an assertion of fact.  It is simply an

 5    assertion of a theory of a collection of facts which

 6    ultimately is the jury's determination to make here.

 7            I also think that, to the extent it has any

 8    probative value, it's only to sort of raise any conflict

 9    amongst the government's view of its own case.  I don't

10    think Mr. Fisher or anybody else would stand up and say, at

11    least appropriately that, "You know, that the QRF was not

12    used for this purpose," because Mr. Manzo actually knew it

13    wasn't used for that purpose.  Mr. Manzo has no personal

14    knowledge of that one way or the other.

15            And I think given the context of it in which it

16    was made, it has the potential to confuse the jury and

17    mislead them.  Given the number of bench conferences that

18    we've had, it may cause them to wonder what else has been

19    said during these bench conferences that they're not being

20    told.  And so for all those reasons, I'm going to exclude

21    that statement as well.

22            So those are the Court's rulings on those matters.

23    So the first thing we'll do is that we'll just bring up

24    Government Exhibit 6734, I'll just give them the limiting

25    instruction about that last slide, and then we will take it

6323

```
 1   from there.
 2            Anything else, Counsel, before we bring the jury
 3   in?
 4            MR. NESTLER:  Not from the government, Your Honor.
 5            MS. HALLER:  Your Honor, just a quick side note.
 6   I didn't want to interrupt the Court.
 7            I would just point out that Connie Meggs' message
 8   under the completeness rule, there's just a word that was
 9   left off that text message.  I sent it to the government so
10   that it comes in with its full text, just the word
11   "attacked" was left off.
12            THE COURT:  I'm sorry, the word what?
13            MS. HALLER:  "Attacked."  So "police attacked" was
14   the last word of that message.
15            THE COURT:  All right.  So is the message
16   incomplete?  In other words, is there a word missing from
17   the actual exhibit that's in -- appears in the text message
18   itself?
19            MS. HALLER:  Yes, Your Honor, one word is messing.
20   I believe counsel is double-checking it, but it's on the
21   exhibit they sent me yesterday.
22            MS. RAKOCZY:  Sorry, it just came in my inbox.
23            It's going to take a minute.
24            MS. HALLER:  Thank you, Your Honor.
25            THE COURT:  Thank you.
```

1          COURTROOM DEPUTY:  Jury panel.

2          (Jury entered the courtroom.)

3          THE COURT:  Hang on, JC, I'm sorry, one second.

4          MR. NESTLER:  We pulled it up.  It's -- the next

5   message one second later has the single word "attacked."  So

6   the message that we introduced is the message, and then one

7   second later the word "attack" is there.

8          THE COURT:  Okay.

9          MR. NESTLER:  I suppose someone could read it as

10  sending two messages a second apart that all -- or one

11  whole --

12          THE COURT:  No, it's appropriate under the rule of

13  completeness.  Can we show that second text message when the

14  jury comes in this morning?  Is it possible for the

15  government to bring it up and show it, even in its raw form?

16          MR. NESTLER:  Sure.  We can -- we don't want to

17  show the raw form, Your Honor, there's a lot of other stuff

18  that Ms. Meggs says that I don't think the defense wants the

19  jury to see.

20          THE COURT:  Right.  I mean, just, in other words,

21  zoom in on that particular message and show that message as

22  for the rule of completeness purposes.

23          MR. NESTLER:  Yes, Your Honor, that's fine.

24          THE COURT:  Okay.

25          Ms. Rakoczy, are you able to do that?  Okay.

```
 1     Let's bring them in.
 2                COURTROOM DEPUTY:  Jury panel.
 3                (Jury entered the courtroom.)
 4                THE COURT:  Okay.  Good morning, everyone.  Please
 5     be seated.
 6                Thank you for your patience again this morning.
 7     There were some legal rulings I needed to make, and that's
 8     the reason for the delay.
 9                So before we get started, I'm going to ask the
10     government to bring up an exhibit that was shown yesterday
11     to you all, it's Government Exhibit 6734.
12                All right.  So the statement that is on your
13     screen right now, which I think is the last -- or the last
14     two slides of that exhibits, I'm just going to provide you a
15     limiting instruction that that statement is admissible only
16     against Mr. Caldwell.
17                And then if you would back up to the other
18     statement that we've discussed.
19                MR. NESTLER:  Oh, I'm sorry.
20                One second, Your Honor.
21                THE COURT:  Sure.
22                (Slide displayed.)
23                MR. NESTLER:  And, for the record, Your Honor,
24     this is Government Exhibit 6734, this is slide 17, a message
25     from Connie Meggs to Patty G. at 11:01 and 29 seconds p.m.,
```

6326

1    "Antifa went up there dressed as Trumpers but Trumpettes

2    heard about Mike Pence being an "F" word and everyone went

3    to the Capitol to stop the vote and police."

4            The next message at 11:01:30, one second later,

5    has the word "attacked."

6            THE COURT:  Okay.  All right.  Thank you,

7    Mr. Nestler.

8            All right.  So with that, are we ready for our

9    next witness?

10           MR. CRISP:  We are still on the cross of the

11    earlier witness.

12           THE COURT:  Oh, you're right, I'm sorry, I jumped

13    ahead.

14           Special Agent Harris, why don't you come on back

15    up.

16           MR. CRISP:  May I?  Thank you.

17           THE COURT:  Thanks, Mr. Crisp.  Thank you for

18    reminding me.

19           Ready when you are, Mr. Crisp.  Thank you.

20           MR. CRISP:  Thank you, sir.

21

22

23

24

25

```
 1                         - - -

 2    SA KELSEY HARRIS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

 3    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 4    FOLLOWS:

 5                    CROSS-EXAMINATION (CONTINUED)

 6                         - - -

 7    BY MR. CRISP:

 8        Q    Good morning.

 9        A    Good morning, sir.

10        Q    I want to kind of go into two areas with you this

11    morning; one is the "Old Leadership" chat group that you

12    talked about on direct, I'm kind of losing track, I guess it

13    was yesterday.

14             So as part of your investigation, you obviously

15    did look at certain of the leadership chats -- "Old

16    Leadership" chats on the Signal?

17        A    Yes, sir.

18        Q    Okay.  And there were -- you reviewed them to

19    ensure -- you reviewed certain of the chats to ensure that

20    the government exhibits that reference those chats were

21    accurate?

22        A    Yes, sir.

23        Q    And did you look at the entire chat group

24    globally?

25        A    Not the entire chat group, no, sir.
```

1    Q    Okay.

2         So select areas?

3    A    Yes.

4         The chats that matched the exhibits and then some

5    of the chats around those to get context for those chats

6    that were in the exhibits.

7    Q    And part of that would obviously be familiarizing

8    yourself with who is on those leadership chats and at what

9    time, right?

10   A    Somewhat.  I don't -- I couldn't tell you off the

11   top of my head every single person that was in the chat

12   group.  There's lots of people in all of the chats.

13   Q    Certainly people involved in this trial here

14   today, the defendants, you know, who we have sitting at

15   defense counsel table, correct?

16   A    If they were involved in the chats that we

17   introduced.

18   Q    Okay.

19        And the range that you discussed on direct was in

20   November '20 time frame and the January of '21 time frame,

21   right?

22   A    I believe so.

23   Q    All right.

24        And at that point in the November time frame,

25   I think you talked about Government Exhibit 6759, which was

1    a Meggs' Signal chat that was put in a PDF, right?

2         A    I wouldn't know specifically without you showing

3    it to me.  I don't know which chats correspond to the

4    exhibit numbers without looking at them.

5         Q    Are you able to see what's on the screen, sir?

6         A    Yes, sir.

7         Q    Okay.

8              And do you remember testifying about these

9    particular chats on direct?

10        A    Yes, sir, I do.

11        Q    So this was from Mr. Meggs, yes?

12        A    Yes, it is.

13        Q    All right.  And you may take that down.

14             And so at that point, you knew that Mr. Meggs was

15   in the leadership chat, right?

16        A    Yes, sir.

17        Q    Mr. Rhodes?

18        A    Yes.

19        Q    And you're aware then obviously that Ms. Watkins

20   as was not in the "Old Leadership" chat in the November time

21   frame, right?

22        A    Yeah, I don't recall seeing any messages from

23   Ms. Watkins in the messages I reviewed.

24        Q    And, in fact, she didn't become added to that chat

25   until the 5th of December?

1    A    I don't know that to be a fact.  I don't know

2   exactly when she joined that chat but...

3    Q    Okay.

4        And if I can show you what is now marked as

5   Watkins 31, please.

6        And just show the witness, please.

7        So if you can please read that quietly to yourself

8   and when you're done, please look up.

9    A    (Witness complied.)

10        I'm done.

11    Q    Okay.  And is that something that you're familiar

12   with having seen at some point in time during your review of

13   the leadership chats?

14    A    I believe I have seen this message before.

15    Q    Okay.

16        And so for the jury's understanding, that chat

17   that we're talking about is Mr. Rhodes indicating when he

18   added Jessica to the leadership chat?

19    A    Yes, sir, that's correct.

20    Q    And that would have been around the 5 December

21   time frame?

22    A    Yes.

23    Q    And you may remove that.

24        THE COURT:  Do you want that admitted, Mr. Crisp?

25        MR. CRISP:  Yes, sir, I'm sorry.  Thank you,

```
 1   Your Honor.

 2             THE COURT:  Okay.  I'm just asking.  Any

 3   objection?

 4             MR. CRISP:  Watkins 31 again.

 5             MR. NESTLER:  No objection.

 6             THE COURT:  Watkins 31, can we bring it back up

 7   because I don't think they saw it before you took it down.

 8             MR. CRISP:  Okay.

 9             Republish it now.  Thank you.

10                           (Defendant Watkins Exhibit 31

11                              received into evidence.)

12             MR. CRISP:  Or I should say publish, sorry.

13   BY MR. CRISP:

14       Q    While the jury is looking at that, just in case

15   there's any questions, again, we talked about UTC and the

16   different time frames.

17             Mr. Rhodes was in the Texas area at the time in

18   December of 2020; is that your understanding?

19       A    Yes, sir, I believe so.

20       Q    Okay.

21             Which would be Central Time?

22       A    Yes.

23       Q    Which is six hours, excuse me, earlier than UTC or

24   GMT time?

25       A    That's correct.
```

6332

1    Q    Okay.

2         If we can take that down, please.

3         Now, Government's Exhibits, I believe it was

4    5306.1, that would be the Silent Sam I Am, which had a

5    number of individuals with circles over their heads

6    identifying them.  Do you remember that picture?

7    A    Yes, sir.

8    Q    And I think there was even a dog labeled in there.

9         You would agree with me that Ms. Watkins is not in

10   that picture, right?

11   A    Yes, I don't recall her being in that photograph.

12   Q    And Mr. Crowl was not in that picture?

13   A    That's correct.

14   Q    So the Parkers were also not in that picture?

15   A    Yes, I believe the four of them were together.

16   Q    So they were not in that grouping, you never saw

17   any pictures in that relevant time frame of them joining

18   that group or having any discussions to your knowledge,

19   correct?

20   A    Yeah, not at that time with that photograph.

21   Q    Okay.

22        Now, if we can bring up Watkins 22, please.

23        MR. CRISP:  And, your Honor, at this point,

24   I would ask to publish the videos that I'm going to show.

25   The government has agreed to stipulate to the admissibility

```
 1   of these documents or these videos.

 2              THE COURT:  Okay.

 3              Do you want to just read off those exhibit numbers

 4   if there's more than one?

 5              MR. CRISP:  Yes, Your Honor.  It would be Watkins

 6   22, 23, 24, 25, and 26 at this point.  There will be two

 7   others subsequent, but for the purposes of this section,

 8   these are the numbers.

 9              So 22 through 26.

10              THE COURT:  Okay.  Those will all be admitted.

11              MR. NESTLER:  We have no objection, Your Honor.

12              (Defendant Watkins Exhibits 22, 23, 24, 25 and 26
                                    received into evidence.)
13

14              MR. NESTLER:  We have no objection, Your Honor.

15   BY MR. CRISP:

16      Q    So, sir, what I would like to do now is on the

17   screen in front of you, what you're seeing now is the east

18   stairs at the back of the Senate or the Capitol area, is

19   that accurate?

20      A    I see the description of the camera at the bottom

21   here that says it's the northeast roof, northeast roof.  So

22   I assume it's from the northeast corner of the Capitol.

23      Q    Have you seen imagery of this area of the Capitol

24   in the past?

25      A    I have not seen video from this angle, no, sir.
```

1     Q     Okay.

2          Do you recognize this area of the Capitol having

3   walked around it?

4     A     I've been to the Capitol once.  Most of our tour

5   was just from the inside.

6     Q     Okay.

7     A     We didn't tour the perimeter of the Capitol on the

8   tour that I was a part of.  It consisted of just going

9   throughout the Capitol to learn the inner parts and then out

10   into the landings where protesters came through the doors.

11   I don't recall ever going to this, this side here, but based

12   off the description of the camera here, I can see it's the

13   northeast side.

14     Q     And that's CCTV footage, to your understanding,

15   right?

16     A     Yes, this looks like it's from the official U.S.

17   Capitol Police footage.

18     Q     And this is -- well, you're not aware of what

19   angle this is looking at, whether it's looking at -- facing

20   south but the northeast area.  Are you aware of whether

21   that's accurate or not?

22          In other words, what angle is the camera pointing

23   at, to your knowledge?

24     A     Based off the description here of the northeast

25   roof, I would assume this camera is on the northeast side.

6335

So it's most likely facing south, if I had to guess.

Q    Okay.

And if we can play time back 15:43.

(Video played)

MR. CRISP:  If we can stop the camera at that point, please.

BY MR. CRISP:

Q    On the left-hand corner in this area, do you see a group of individuals?

A    Yes.

Q    Okay.

And do you recognize those individuals?

A    I do not.

Q    Okay.

Are you aware whether or not the Oath Keepers were in that area at any point in time?

A    I'm not aware if they were or weren't.

Q    Okay.

MR. CRISP:  Please continue through the 16:17 mark.

(Video played)

BY MR. CRISP:

Q    There are three individuals who are -- they're breaking away, or excuse me, there are a number of individuals breaking way there.  Do you recognize any of

1    those individuals now?

2         A     Are you referring to the ones that just went off

3    frame here?

4         Q     Yes, sir:

5         A     That looked -- it appeared to be Ms. Watkins at

6    the front of that group.

7         Q     All right.

8               And to your knowledge, Ms. Watkins left or is

9    leaving the Capitol area that 15:30 time frame, or 3:30 in

10   the afternoon; is that your understanding?

11        A     I'm not sure when she left.  I do know I reviewed

12   the video, I think we introduced it yesterday, of the

13   body-worn camera footage.  I believe that was within an hour

14   or so --

15        Q     Okay.

16        A     -- of them leaving.  I don't know specifically

17   when she left the Capitol, but I did review the body cam

18   footage of the two officers that contacted them on 14th and

19   F Street.

20              MR. CRISP:  So then, Your Honor, the government

21   has also concurred and would stipulate for the purposes of

22   these videos that Ms. Watkins was leaving the area of the

23   Capitol Grounds at approximately 15:30 on the 6th of

24   January.

25              Government counsel, any objections to stipulating

1    to that?

2              MR. NESTLER:  That's an approximate time frame and

3    the government agrees.

4              MR. CRISP:  If we could pull up Watkins 23,

5    please.

6              THE COURT:  So, Mr. Crisp, just to be clear, you

7    said 15:30, so you meant 3:30 in the afternoon?

8              MR. CRISP:  Yes, sir.

9              THE COURT:  Okay.  Just to be clear.

10   BY MR. CRISP:

11        Q    Sir, what I'm going to show you now is

12   public-source video footage as well.  Have you seen

13   something akin to this?

14        A    I have not, sir.

15        Q    Okay.

16             You would agree that pictured in this still frame

17   is the Capitol?

18        A    Yes.

19        Q    And it appears to be the east side of the Capitol

20   as well, right?

21        A    Yes, sir.

22        Q    All right.

23             If we could play from 00 to 0:10, please.

24             (Video played)

25

```
 1   BY MR. CRISP:
 2        Q     The three individuals walking towards you,
 3   do you recognize them?
 4        A     Yes, sir, I do.
 5        Q     Who are they?
 6        A     It appears to be Ms. Watkins, Mr. Crowl, and Sandy
 7   Parker.
 8        Q     Okay.
 9              And they're walking in what you would consider to
10   be a northeasterly direction, fair to say?
11        A     I think that's fair to say.
12        Q     Okay.
13              MR. CRISP:  Watkins 24, please.
14              Your Honor, may I approach the witness with one of
15   the government's exhibit, 1653?
16              THE COURT:  Sure.
17              MR. CRISP:  Thank you.
18   BY MR. CRISP:
19        Q     I put up in front of you what's been marked as
20   Government's Exhibit 1653, and I'm going to direct your
21   attention to the video we just saw.  This shows Ms. Watkins,
22   and I'm pointing to the lower right-hand corner of Exhibit
23   1653, walking in this direction down towards the lower
24   right-hand corner; is that accurate?
25        A     I believe that's correct.
```

6339

1        Q    Thank you, sir.

2             And this is an area near the upper Senate door,

3   also CCTV; is that correct?

4        A    Yes, sir.

5        Q    Okay.

6             And, again, this is for the Court's understanding,

7   this is Watkins 24.

8             If we can go from the 35-second to the 47-second

9   mark as well, please.

10            (Video played)

11  BY MR. CRISP:

12       Q    And you can see in the center mass area, you see

13  three individuals walking and similarly attired as the

14  earlier video we just saw; is that correct?

15       A    Yes, sir, I do.

16       Q    Does that appear to be the same three individuals

17  we saw earlier?

18       A    It does.

19       Q    And, again, walking in a northeasterly direction.

20       A    That's correct.

21       Q    And from orienting yourself there as well, they're

22  continuing to walk past the Capitol area, accurate?

23       A    It appears so.

24       Q    Okay.

25            Watkins 25, please.

1          And this, you would agree, is the Senate Plaza

2    outbound area?

3          A    Yes, according to the description of the camera

4    there, yes, sir.

5          Q    And, again, we're talking on the, what would

6    otherwise be the northeast area of the Capitol building,

7    yes?

8          A    Yes, that's the Senate side.

9          Q    Okay.

10              MR. CRISP:  And if we can play at the 5:50 to 6:16

11   minute mark, please.

12              (Video played)

13   BY MR. CRISP:

14         Q    Same three individuals from the earlier video as

15   well, right?

16         A    Yes, sir.

17         Q    Okay.

18              And if I can freeze it there, please, and

19   I'm going to approach again.

20              On 16:53, the area that they're walking in again

21   is what I'm -- again, to the upper lower right-hand corner

22   as well, right, of the exhibit?

23         A    I'm not an expert on the whole setup of the

24   Capitol, but according to the description of the camera and

25   the Senate Plaza outbound, the northeast side here is the

1    Senate side.

2         Q    Okay.

3         A    So I don't doubt that that's the area that they're

4    in.

5              MR. CRISP:  And if we could have Watkins 26,

6    please.

7    BY MR. CRISP:

8         Q    And while we're waiting for that, the video we

9    just showed was also CCTV, yes?

10        A    Yes, sir.

11        Q    Okay.

12             Now, you're aware that Mr. Crowl's phone was

13   seized during the course of the investigation?

14        A    Yes, sir.

15        Q    And they did a forensic evaluation of his phone?

16        A    I believe so.

17        Q    And videos, text messages, things of that nature

18   with also taken from his phone?

19        A    I would assume an extraction was done on the phone

20   to get everything that was on it.

21        Q    All right.

22             What I'd like to do right now is, if we can just

23   kind of pause it right there and not go anywhere, the

24   individual who's partially framed in the lower left is

25   Ms. Watkins, to your understanding?  Does that appear to be?

1    We'll just play it forward for a little bit.

2              (Video played)

3    BY MR. CRISP:

4        Q    Do you recognize the building that is directly in

5    front as it --

6              Freeze right there.

7              That's the courthouse that we're sitting in right

8    now, would you agree, that's facing Constitution Avenue?

9        A    I wouldn't doubt it, but...

10       Q    Not 100 percent?

11       A    Yeah, I'm not 100 percent to say if it is or

12   isn't.

13       Q    No reason to question that we have now progressed

14   further away from the Capitol and they're closer to

15   Constitution Avenue and, as you know, as you walk out of

16   this building we're sitting in now, you can look over to

17   your left and see the Capitol?

18       A    I've seen the Capitol from down in the cafeteria

19   from the windows there so it appears to be the same

20   directions.

21       Q    All right.

22             Please continue.

23             (Video played)

24   BY MR. CRISP:

25       Q    And the back of that helmet is consistent with the

6343

1    helmet that Ms. Watkins was wearing, yes?

2        A    That's correct.

3        Q    All right.  For all intents and purposes --

4            MR. CRISP:  If we can go to Watkins 30, please.

5            I'll show the witness, please.  Thank you.

6            And without government objection, if we can also

7    publish to the jury.

8            THE COURT:  Watkins 30 will be admitted.

9                            (Defendant Watkins Exhibit 30
                             received into evidence.)

10

11   BY MR. CRISP:

12       Q    And, sir, are you able to see that?

13       A    Yes, sir.

14       Q    All right and so obviously this is a blank aerial

15   map of the Capitol area and an area that would also include

16   the courthouse in which we are sitting.  Would you agree?

17       A    Yes.  If you could help orient me, are you

18   referring to this building here as being the courthouse?

19       Q    No, sir, that would be 101 Constitution.

20           I'm talking a little to your left from that

21   straight down.

22       A    Here?

23       Q    There you go.

24       A    Okay.

25       Q    So there's a circular projection on the building

 1   there that's consistent with the image that we saw in the

 2   earlier camera video, would you agree?

 3        A    Yes, sir.

 4        Q    Okay.

 5             So where we have them walking is, again, if you

 6   orient yourself on the Supreme Court side, they're walking

 7   northeast in this direction and wrapping around, would you

 8   agree with me?

 9        A    Yes, according to the videos we just reviewed.

10        Q    Okay.

11             And if we can remove Watkins 30, and Watkins 27,

12   please.

13             I want to show you, there were approximately three

14   officers who conducted a stop of Ms. Watkins, Mr. Crowl, and

15   Mr. and Mrs. Parker, is that your understanding?

16        A    Yes, sir.

17        Q    So I'm going to show you, beginning at the 1:48

18   minute mark, one of the body-worn cameras of the officers in

19   full.

20             If we can begin at 1:48 and begin playing to 6:45,

21   please.

22             And is there audio?  I'm sorry.

23             I'm sorry, pause one moment.

24             (Pause)

25             (Video played)

1    BY MR. CRISP:

2       Q    Front and center right there was Ms. Parker?

3       A    Yes, sir.

4            (Video played)

5    BY MR. CRISP:

6       Q    And that's obviously Ms. Watkins who's being

7    patted down at that point?

8       A    I couldn't hear you, sir.

9       Q    That's Ms. Watkins who's being patted down by the

10   officer now?

11      A    Yes, it is.

12           (Video played)

13           MR. CRISP:  If we can pause it there, please.

14   BY MR. CRISP:

15      Q    So during the course of that interaction with law

16   enforcement, they were asking for identification and/or

17   addresses, is that your understanding?

18      A    Yes, sir.

19      Q    And to your knowledge, the only individual who had

20   it was Ms. Parker, right?

21      A    Yes, sir.

22      Q    And Ms. Watkins provided an address during the

23   course of that stop?

24      A    Yes, she provided her information.

25      Q    Okay.

1          And no reason to question the accuracy of that

2    information based on your investigation?

3          A    No, not that I know of.

4          Q    Okay.

5                And are you aware of what address she provided?

6          A    Not without watching the video for a little more.

7          Q    I can represent you're not going to see it, you're

8    just going to hear discussions about where she is.

9          A    Okay.

10         Q    So that's fine.

11               If we can go to Watkins 28 as well, please.

12               And while we're doing that, during the course

13   of -- you had shown a similar video from another body cam

14   yesterday through government counsel or they showed it to

15   you, I should say.

16               The area in which they were located, were you able

17   to identify where that was?

18         A    This was near 14th and F Street.

19         Q    Okay.

20               And in a minute, we'll talk about a map and

21   distance.  It would be from, walking certainly, some

22   distance away from the Capitol, is that accurate?

23         A    Yes, sir.

24         Q    And the time on the body cam, to your

25   understanding, is 16:49.  Any reason to question that time

1    frame?

2        A    No, sir.

3        Q    Okay.

4            MR. CRISP:  I'm sorry, if I weren't clear, Your

5    Honor, I'm moving Watkins 27 and 28 into evidence as well.

6                        (Defendant Watkins Exhibits 27 and 28

7                              received into evidence.)

8            (Video played)

9    BY MR. CRISP:

10       Q    So this is just Mr. Crowl being searched.

11           Each individual was searched during the course of

12   this stop, is that accurate?

13       A    Yes, sir.

14           MR. CRISP:  And we can stop it here.

15           And if we can, please, bring up Government's

16   Exhibit 6761 and play that in its entirety.

17           (Video played)

18   BY MR. CRISP:

19       Q    So, sir, that obviously is not the end of the

20   encounter.  There's additional interactions between

21   Ms. Watkins and the police during the course of that stop.

22   Would you agree?

23       A    Yes, sir.

24       Q    Okay.

25           And during the course of that stop, they were

6348

1    polite and respectful from all appearances?

2        A    Yes, they cooperated with the officers.

3            MR. CRISP:  And if we can pull up Watkins 29,

4    please.

5            Just for the witness.

6            And also for the panel, please, sir.

7    BY MR. CRISP:

8        Q    So do you see what's on the video screen now, sir?

9        A    Yes, sir, I do.

10       Q    All right.

11           And so this is a progression from the Capitol area

12   near the Library of Congress.  And you're looking at

13   approximately a one-and-a-half-mile walk from that time

14   frame, from the Capitol to where that stop occurred, would

15   you agree?

16       A    It appears so according to this.

17       Q    Okay.

18           And so at 16:49, thereabouts, is when the stop

19   occurred.  Yes?

20       A    Yes.

21       Q    The three individuals who were walking away, to be

22   clear, that we saw in the Capitol area, were Parker, Crowl,

23   and Watkins, yes?

24       A    That's correct.

25       Q    And then at some point in the interim, they picked

1    up Mr. Parker as well, right?

2        A    That's correct.

3        Q    To your understanding, Mr. Parker was not on the

4    Capitol Grounds for any extended period of time on the 6th?

5        A    I'm not sure where he was.

6        Q    Okay.

7             And you have no -- certainly you have no evidence

8    to indicate that he went in the building?

9        A    Not to my knowledge.  I don't know if he did or he

10   didn't.

11       Q    All right.

12            And no indications or evidence to indicate that

13   they, Ms. Watkins or any of the others in that group, ever

14   walked back to the Capitol area on the 6th?

15       A    Are you referring to after the stop with the

16   police officers?

17       Q    Yes, sir.

18       A    No, sir, I don't believe they did.  Not to my

19   knowledge.

20            MR. CRISP:  Sir, I don't have any additional

21   questions.  Thank you.

22            THE WITNESS:  Thank you.

23            THE COURT:  All right.  Thank you, Mr. Crisp.

24            MR. LINDER:  Mr. Geyer indicated earlier that he

25   didn't have any questions for this witness, or he told me.

1          THE COURT:  Okay.

2          All right.  So I think that's everybody then if

3   Mr. Geyer is not examining on behalf of Mr. Harrelson.

4   All right.

5          MR. LINDER:  Yes, sir.

6          THE COURT:  So any redirect examination?

7          MR. NESTLER:  I'm sorry, I want to wait for

8   Mr. Geyer.  He showed me a video this morning he wanted to

9   show on cross-examination.  I just want to confirm.

10         THE COURT:  Here he is.

11         Mr. Geyer, welcome.

12         MR. GEYER:  No cross, Your Honor.

13         THE COURT:  Okay.

14         MR. GEYER:  Thank you.

15         THE COURT:  Thank you.

16         Any redirect?

17         MR. NESTLER:  Yes, Your Honor.  Thank you.

18                        -  -  -

19                 REDIRECT EXAMINATION

20   BY MR. NESTLER:

21     Q    Good morning again, Agent Harris.

22     A    Good morning, sir.

23     Q    Let's start with the examination that Mr. Crisp

24   just did on behalf of Ms. Watkins.

25          When she and Bennie Parker and Sandra Parker and

6351

1    Donovan Crowl were stopped, did she have bear spray on her?

2        A    I believe she did.

3        Q    Did Donovan Crowl have bear spray on him?

4        A    He did, or it was OC, spray I believe it was.

5        Q    OC spray.  Is there a difference that you know?

6        A    I don't know if the chemical difference between

7    the two.  I don't know if the bear spray is less or more

8    lethal than OC spray.

9        Q    What are they both used for?

10        A    It's a nonlethal weapon.

11        Q    Did Ms. Watkins have plates in her plate carrier?

12        A    It appears she did.

13        Q    Did Donovan Crowl have plates in his plate

14    carrier?

15        A    Yes, I remember him mentioning the plates, yes.

16        Q    Did Jessica Watkins have any ID on her?

17        A    She did not.

18        Q    Did Donovan Crowl have any ID on him?

19        A    He did not.

20        Q    Now, let's go back to yesterday.

21            You were asked some questions by

22    Defendant Caldwell's lawyer.  Do you remember that?

23        A    Yes, sir.

24        Q    And, specifically, you were asked about whether --

25    he showed you a picture and asked whether Caldwell and his

 1    wife appear to be wearing any military gear.  Do you

 2    remember that?

 3         A    Yes, sir.

 4              MR. NESTLER:  If we could pull up Government's

 5    Exhibit 6730, please, Ms. Rohde.  It's already in evidence,

 6    and go to Slide 6.

 7    BY MR. NESTLER:

 8         Q    This is a message already in evidence from 9:51

 9    a.m. on the 6th from Thomas Caldwell.

10              Could you read the sentence starting with "Sharon

11    and I"?

12         A    "Sharon and I have gone back to the car to kit up

13    and go back out on the streets."

14         Q    In your world, the law enforcement profession,

15    what does it mean to "kit up"?

16         A    We refer to our armor as kits.  So when we say

17    we're going to kit up, that's putting on your armor.

18         Q    Thank you.

19              Mr. Caldwell's lawyer also asked you questions

20    about whether Mr. Caldwell sort of told fantastical stories.

21    Do you remember that kind of question?

22         A    Yes, sir.

23              MR. NESTLER:  Let's go to 6757, already in

24    evidence, please, Ms. Rohde.

25              And so if we could just pause for a second.

6353

```
 1   BY MR. NESTLER:
 2        Q    At 2:19 p.m., you had indicated yesterday that
 3   Mr. Caldwell was somewhere near the Peace Monument;
 4   is that correct?
 5        A    Yes, sir.
 6        Q    So is that fair to say somewhere in the back of
 7   this crowd?
 8        A    Yes, sir.
 9             MR. NESTLER:  And if we could then play this
10   forward for about 30 seconds, time lapse 30 minutes.
11             (Video played)
12             MR. NESTLER:  If we can pause it there, please,
13   Ms. Rohde.
14   BY MR. NESTLER:
15        Q    So now it's at 2:50 p.m., so about a half hour
16   later.  Do you see that?
17        A    Yes, sir.
18        Q    Where has Mr. Caldwell gone from the back of the
19   crowd at the Peace Monument to where he is now?
20        A    He is all the way up to the front on the stage.
21        Q    Are there still people down below the inaugural
22   stage?
23        A    Yes, sir.
24        Q    How many?
25        A    Looks to be thousands if I had to estimate.
```

1              MR. NESTLER:  Now, let's go to Government's

2    Exhibit, please, Ms. Rohde, 27 -- sorry, 22.T.27.28.83, a

3    text message exchange from the evening of January 6th.

4    BY MR. NESTLER:

5        Q    Mr. Caldwell's lawyer asked you a few questions

6    about this text message change yesterday.  Do you remember

7    that?

8        A    Yes, sir.

9        Q    I want to ask you a couple of questions about

10   that.

11             So first starting with this sentence here,

12   starting with "Sharon," can you read that sentence?

13       A    "Sharon and I rolled up with the Oath Keepers and

14   some other militia."

15             MR. NESTLER:  Now can we please go split screen,

16   Ms. Rohde, to 29.P.3.

17             It's already in evidence.

18   BY MR. NESTLER:

19       Q    What T-shirt is Mr. Caldwell wearing on the date

20   of January 6th of 2021?

21       A    He has on an Oath Keepers T-shirt.

22             MR. NESTLER:  And if we could go to slide 2 on the

23   text message exchange, Ms. Rohde.

24   BY MR. NESTLER:

25       Q    And do you see here -- can you read the sentence

6355

1    or the part starting with "might as well"?

2        A    "Might as well do it, so I grabbed up my American

3    flag."

4        Q    And if we could go on the right side of the screen

5    please, Exhibit 2001.T.1 already in evidence, the Facebook

6    return, and go to page 130.

7            Do you see what Sharon Caldwell was holding when

8    she's at the Peace Monument?

9        A    She's holding an American flag.

10        Q    And if we could now go back to the bottom here,

11   starting with the word "climbing," can you read that?

12        A    "Climbing the scaffolding."

13        Q    If we could go to the next page.  There you go.

14            "Climbing the scaffolding."

15        A    "Outside so I said let's storm the place and hang

16   the traitors."

17        Q    Thank you, Agent Harris.

18            MR. NESTLER:  So if we could now pull up

19   Government's Exhibit 22.P.4, and I'll move that admission of

20   photograph from Mr. Caldwell's phone.

21            THE COURT:  Any objection, Mr. Fischer?

22            MR. FISCHER:  No objection.

23            THE COURT:  Okay.  22.P.4 will be admitted.

24                              (Government's Exhibit 22.P.4
                                     received into evidence.)
25

```
 1    BY MR. NESTLER:
 2        Q    And, Agent Harris, could you please tell us what
 3    this structure with all of the metal and white tarp is on
 4    the left side in the center of the frame?
 5        A    It is a scaffolding.
 6            MR. NESTLER:  And then let's go back to that text
 7    message, please, Ms. Rohde.
 8            And if we could go to slide 4.
 9    BY MR. NESTLER:
10        Q    And can you read the highlighted portion, please,
11    Agent Harris?
12        A    "Then we started stealing the cops' riot shields."
13            MR. NESTLER:  And if we could go now to
14    Government's Exhibit 1112.2, please, Ms. Rohde, on the split
15    screen, or it's fine on that screen.
16    BY MR. NESTLER:
17        Q    What is -- well, what do you see in the center of
18    the screen there?
19        A    It's a police riot shield being held over the
20    heads of some of the rioters.
21        Q    And who had been holding that riot shield before
22    the rioters got custody of it?
23        A    A police officer.
24            MR. NESTLER:  And then finally, Ms. Rohde, if we
25    can go back to that text message exchange on -- and go to
```

1    Slide 3.

2    BY MR. NESTLER:

3        Q    And can you read this sentence, please, or this

4    part?

5        A    "I said let's storm the place and hang the

6    traitors."

7        Q    And remind us, Agent Harris, what were the other

8    members of the conspiracy part of Stack 1, Kelly Meggs,

9    Kenneth Harrelson, Jessica Watkins doing at 2:40 p.m. with

10   respect to the Capitol?

11       A    They were inside.

12       Q    Okay.

13            Now, let's --

14            MR. NESTLER:  We can take that down, please,

15   Ms. Rohde.

16   BY MR. NESTLER:

17       Q    Let's go to questions that Mr. Rhodes' lawyer had

18   asked you yesterday.

19            He had asked you and showed you some pictures

20   about Rhodes and others being on the northeast corner of the

21   Capitol starting around 3:30 p.m.  Do you remember that?

22       A    Yes, sir.

23       Q    He showed you some text messages and asked you

24   about whether he was gathering other Oath Keepers around

25   him.  Did you remember that?

1      A     Yes, sir.

2      Q     If we could go to 6731, please, Slide 12, already

3  in evidence.

4           At 1:38 p.m., what was it that Rhodes told other

5  members of the group on "D.C. Op Jan. 6, '21"?

6      A     "All I see Trump doing is complaining.  I see no

7  intent by him to do anything.  So the patriots are taking it

8  into their own hands.  They've had enough."

9      Q     And then Mr. Rhodes' lawyer also asked you several

10  questions about whether there was any message in which

11  Rhodes ordered other people to go into the Capitol building.

12  Do you remember that?

13      A     Yes, sir.

14      Q     And if we could go to Slide 13 on this exhibit,

15  what was it that Rhodes told this group at 1:41 p.m.?

16      A     "Hey, the founding generation stormed the

17  governor's mansion in MA and tarred and feathered his tax

18  collectors.  And they seized and dumped tea in water.  They

19  didn't fire on them, but they street fought.  That's where

20  we are now."

21      Q     This phrase "stormed the governor's mansion,"

22  is there any parallel in your mind between storming the

23  governor's mansion on what happened later on January 6th?

24           MR. FISCHER:  Objection.

25           THE COURT:  Sustained.

BY MR. NESTLER:

Q    And at the bottom here, there's a reference here to "didn't fire on them."  Do you see that?

A    Yes, sir.

Q    Are you aware of whether any members of this group fired on anybody on the afternoon of January 6th?

A    I'm not.

Q    And what about this phrase here, "but they street fought."  Are you aware of any physical altercations with law enforcement on the afternoon of January 6th?

A    I am.

Q    Now, Mr. Rhodes' lawyer also asked you several questions about Rhodes calling out his location on the afternoon of January 6th.  Do you remember that?

A    Yes, sir.

Q    And now, I want to pull up slide 43 on the same exhibit, 6731.

At 2:30 p.m., what was it that Rhodes said to this same group around the time that he was calling out this location?

A    "Pounding on the doors."

MR. NESTLER:  If we could go to slide 49, please, Ms. Rohde.

BY MR. NESTLER:

Q    At 2:41 p.m., in addition to calling out his

 1    location, what else did he say?

 2         A    "South side of U.S. Capitol.  Patriots pounding on

 3    doors."

 4         Q    And around 2:40 p.m., after all that pounding on

 5    those doors, what happened to those doors?

 6         A    They were broken into and the rioters were inside.

 7         Q    Finally, Agent Harris, let's go to, Kelly Meggs'

 8    lawyer asked you some questions yesterday.  Do you remember

 9    that?

10         A    Yes, sir.

11         Q    Let's go to slide -- or Government's Exhibit 6732,

12    Slide 3.

13              And she asked you specifically on this exhibit

14    whether Mr. Rhodes could have been referring to

15    Kellye SoRelle and not Kelly Meggs.  Do you remember that?

16         A    Yes, sir.

17         Q    When Rhodes wrote "Kelly come to northeast corner

18    of building.  On steps."

19              And your answer yesterday was, you thought that he

20    was referring to Kelly Meggs, right?

21         A    Yes, sir.

22              MR. NESTLER:  Now, if we can go to 6731, please,

23    Ms. Rohde, slide 58.

24    BY MR. NESTLER:

25         Q    About a half hour earlier, at 2:53 p.m., what had

```
1    Rhodes written to the "D.C. Op Jan. 6, 21" chat?
2        A    "They started spraying pepper spray.  I moved
3    Kellye SoRelle to the left edge of back of U.S. Capitol."
4        Q    So how did Rhodes refer to Ms. SoRelle about a
5    half hour earlier on a Signal thread?
6        A    He spelled her name correctly with an E.
7        Q    And did he indicate that they were together?
8        A    Yes.
9        Q    Okay.
10            MR. NESTLER:  Thank you, Agent Harris.  No further
11   questions.
12            THE COURT:  Okay.  Agent Harris, thanks so much
13   for your time and your testimony.  You may step down, sir.
14            Ms. Rakoczy.
15            MS. RAKOCZY:  Thank you, Your Honor.
16            The government now calls Jason Alpers.
17            COURTROOM DEPUTY:  Please raise your right hand.
18            (Witness is placed under oath.)
19            COURTROOM DEPUTY:  Thank you.
20            THE COURT:  Hi, Mr. Alpers.  Welcome.
21            THE WITNESS:  Thank you.
22            THE COURT:  Have a seat.  And feel free to remove
23   your mask.
24            THE WITNESS:  I'd prefer to wear one.
25            THE COURT:  If you'd like to wear a mask,
```

```
 1    I'm going to ask Mr. Douyon to give you a clear mask.

 2              THE WITNESS:  Okay.

 3                        - - -

 4    JASON ALPERS, WITNESS FOR THE GOVERNMENT, SWORN

 5                    DIRECT EXAMINATION

 6                        - - -

 7    BY MS. RAKOCZY:

 8        Q    Thank you very much, sir.

 9              Sir, in a loud and clear voice, could you please

10    introduce yourself to the jury and spell your name?

11        A    My name is Jason Alpers.  J-a-s-o-n.  Last name

12    A-l-p-e-r-s.

13        Q    And, sir, without telling us your precise address,

14    where roughly do you live?

15        A    In the Dallas area.

16        Q    Okay.

17              What kind of work do you do for a living?

18        A    I own a software development company and a data

19    analytics company.

20        Q    Okay.

21              Have you ever served in the military?

22        A    I have.

23        Q    Could you tell the jury a little bit about your

24    service?

25        A    Yeah, I spent six and a half years in the special
```

1    operations community and did psychological operations and

2    then shifted to being a contractor deployed to Iraq,

3    Afghanistan twice, and Qatar once.

4        Q    Okay.

5            Mr. Alpers, I want to direct your attention to the

6    time period of January of 2021.  Do you recall that time

7    period?

8        A    I do.

9        Q    During that time period, did you have an

10   opportunity to meet someone named Stewart Rhodes?

11       A    I did.

12       Q    Okay.

13            Could you tell us a little bit about how you came

14   to meet Mr. Rhodes?

15       A    An acquaintance of mine named Chad Rodgers

16   indicated that Stewart Rhodes wanted to meet and I agreed to

17   meet with him.

18       Q    Do you recall exactly when this meeting took

19   place?

20       A    It would have been towards the middle of January.

21       Q    Okay.

22       A    Yep.

23       Q    Where did you go to have this meeting?

24       A    It was in a Fry's parking lot.

25       Q    For those who might not know, how do you spell

6364

```
 1   Fry's?
 2        A    F-r-y's, I believe.
 3        Q    Okay.
 4             And what is Fry's?
 5        A    It's an electronics store.
 6        Q    How did that come to be decided as the meeting
 7   place?
 8        A    I think that was -- Chad Rodgers was the one that
 9   decided that that would be a good spot.
10        Q    Okay.
11        A    Yeah.
12        Q    And do you recall roughly what time of day you
13   participated in this meeting?
14        A    It was going to be -- it was in the evening time.
15        Q    Okay.
16             How did you get to meeting?
17        A    I drove there.
18        Q    And when you got there, did you park your car?
19        A    I did.
20        Q    Where did you park your car?
21        A    I parked my car away from the group that was in
22   the parking lot and walked up to them.
23        Q    Now, you said there was a group in the parking
24   lot.  Can you explain what you mean by that?
25        A    There was more than one person that was gathered
```

1    together.  It was after-hours of the Fry's location, so I

2    assumed that that was who I was going to meet.

3         Q    As you were pulling in, did you recognize anyone

4    in the group?

5         A    Chad.

6         Q    Okay.

7              And without getting into too much detail, what was

8    you're relationship with Mr. Rodgers?  How did you know that

9    person?

10        A    I met Mr. Rodgers, he was pulling security for

11   Allied Special Operations Group, and that's where we met.

12        Q    Okay.

13             And do you have some affiliation with this

14   organization called the Allied Special Operations Group?

15        A    I do.  Actually I'm one of the former founders of

16   the organization prior to leaving.

17        Q    Okay.

18             And you said you met Mr. Rodgers when he did

19   security for that company?

20        A    Uh-huh.

21        Q    Okay.

22             Is that a yes?

23        A    Yes.

24        Q    Sorry.  Just for the court reporter we have to say

25   yes and no.

1          Okay.  So you pull into this parking lot in the

2     evening time, you see a group, and you park your car; is

3     that right?

4     A     Yes.

5     Q     Now, what do you do next?

6     A     I turned on a recording device and walked up to

7     the meeting.

8     Q     Okay.

9          Help us understand, why did you have a recording

10    device that day?

11    A     Well, the reason I had the recording device was

12    because the intent behind the meeting was to provide the

13    information to President Trump.  And as a result of that,

14    I wanted an accurate representation of what was being said,

15    I didn't want to add to or take away anything from what was

16    being said.

17    Q     Let's unpack that a little bit.

18         You said the purpose of the meeting was to decide

19    whether to provide information to President Trump; is that

20    right?

21    A     That is correct.

22    Q     Okay.

23         Where did your understanding of that purpose of

24    the meeting come from?

25    A     Chad was the one that indicated that Mr. Rhodes

had a message that he wanted to provide to the President.

Q    Did you have the type of relationship with President Trump where you could get on a phone or request a meeting and pass along information to him at that time?

A    Not direct, but indirectly, yes.

Q    Okay.

So you went to this meeting and you brought a recording device and you said you turned it on before walking up to the group?

A    I did.

Q    Okay.

What happened as you approached the group?

A    As I approached the group, one of the individuals approached me somewhat aggressively just trying to figure out why I was there, who I was, and that's pretty much the initial contact with the group.

Q    At the time that this person approached you, did you know who this person was?

A    I did not.

Q    Did you later come to learn who this person was?

A    I did.

Q    And how did you come to learn that?

A    Looking through different members of the Oath Keepers who had been arrested, I realized that this individual was one of those people.

1     Q     And is that like in news or the Internet?

2     A     Yes.

3     Q     And based on photographs that you saw, who

4  do you believe now that person was who came up to you and

5  approached you?

6     A     I believe his name is James.

7     Q     Okay.

8           And is that a first name or a last name?

9     A     I don't remember.

10    Q     Okay.

11          So a person who you now believe had a first or

12  last name of James is that person who came up to you?

13    A     Uh-huh.

14    Q     Is that a yes?

15    A     Yes.

16    Q     Okay.

17          So did this person let you pass and join the

18  group?

19    A     He did after Mr. Rodgers indicated that he knew

20  me.

21    Q     Did you then proceed to have a conversation with

22  the group?

23    A     I did.

24    Q     Did anyone in the group introduce themselves to

25  you as Stewart Rhodes?

1        A    Yes.

2        Q    And did you then have a conversation with that

3   person?

4        A    Yes.

5        Q    Did you ever see Mr. Rhodes after that day?

6        A    I did not.

7        Q    And if you saw him again, would you recognize him?

8        A    Yes.

9        Q    If you could look around the courtroom here today,

10  could you let us know if you see Mr. Rhodes here?

11       A    Yep, I do.

12       Q    Do you describe where he's seated and what he's

13  wearing?

14       A    He is seated over on my left with an eye patch on.

15            MS. RAKOCZY:  Your Honor, may the record reflect

16  the in-court identification of Defendant Stewart Rhodes.

17            MR. LINDER:  No objection.

18            THE COURT:  All right.  The record will reflect an

19  in-court identification of Mr. Rhodes by the witness.

20            MS. RAKOCZY:  Okay.

21  BY MS. RAKOCZY:

22       Q    Mr. Alpers, at some point after that meeting,

23  did you check to see if your recording device did, in fact,

24  record the meeting?

25       A    Yes.

1     Q     And did it record the meeting?

2     A     Yes.

3     Q     Did you provide a copy of that recording to the

4  FBI?

5     A     Yes.

6     Q     Okay.

7           And yesterday, did you listen to a copy of a

8  recording?

9     A     Yes.

10    Q     Did that recording appear to you to be a fair and

11 accurate copy of several clips from that recording that you

12 made during this interaction?

13    A     Yes.

14    Q     Okay.

15          If we could bring up on the screen now just for

16 the witness Government's Exhibit 1201.1.

17          If we could just hit pause before we start

18 playing.

19          Mr. Alpers, when you first turned on your

20 recording device, what did the recording device first

21 capture?

22    A     Me getting out of my vehicle.

23    Q     Okay.

24          MS. RAKOCZY:  If we could pause once the sound is

25 on.

1           If we could hit play right now.

2           (Audio played)

3           MS. RAKOCZY:  And if you should pause again.

4    BY MS. RAKOCZY:

5       Q    Do you recognize the sound of that audio

6    recording?

7       A    Yes.

8       Q    And could you describe what that is.?

9       A    That's me exiting my vehicle.

10      Q    Okay.

11          MS. RAKOCZY:  For the record, Your Honor, the

12   government would move government's exhibit -- and for the

13   record, this is Government's Exhibit 1201, sorry 1202.1, and

14   we would seek to move this clip into evidence.

15          MR. LINDER:  We have no objection to the video and

16   the audio, Your Honor, except for like the previous videos

17   we have the transcript, we do object to the transcript going

18   back into evidence.

19          THE COURT:  Okay.  Just a reminder, ladies and

20   gentlemen, about the nature of the transcript and that it's

21   the audio and the video that's the evidence.  The transcript

22   is being provided to you as assistance to understand what is

23   on the video.

24          MS. RAKOCZY:  Okay.  Thank you, Your Honor.

25   So 1202.1 --

1                Just for the record we are seeking to admit 1202.1

2      through 1202.5, so it may be easier to move all of those

3      into admission right now, if there's no objection.

4                MR. LINDER:  Ms. Rakoczy, is that the screenshots?

5                Judge, same objection, just screenshots from the

6      transcript.  I don't object to them being played here.

7                THE COURT:  Understood.

8                MS. RAKOCZY:  Will those be admitted, Your Honor?

9                THE COURT:  Yes.  Well, subject to the objection,

10     but, yes.

11               MS. RAKOCZY:  Thank you, Your Honor.

12                         (Government's Exhibit 1202.1 through 1202.5
                                             received into evidence.)

13

14               MS. RAKOCZY:  If we could continue playing this

15     clip, 1202.1.

16               (Audio played)

17     BY MS. RAKOCZY:

18          Q    And the clip is now over.  Is that roughly the

19     first 30 seconds of the recording that you made that day?

20          A    Yes.

21          Q    We hear sort of some rustling sound.  Were you

22     wearing the recording device somewhere on your person?

23          A    I had it in my pocket.

24          Q    When you walked up to the group, did you let

25     anyone know that you were wearing a recording device?

1    A    I did not.

2    Q    Why not?

3    A    Well, I didn't -- I was really using it for my

4  protection to make sure that I had that accurate account of

5  it.  And in the state of Texas, it's not against the law in

6  order to record a conversation.

7    Q    If we could bring up now Government's Exhibit

8  1202.2.TR, the transcript version.

9         Mr. Alpers, when you listened to these clips

10  yesterday, did you also read the transcript on here?

11    A    Yes.

12    Q    Did this appear to you, based on having lived the

13  recording, to accurately portray what was exchanged in that

14  recording?

15    A    Yes.

16    Q    Okay.

17         Let's play through this first slide of 1202.2,

18  please.

19         (Audio played)

20  BY MS. RAKOCZY:

21    Q    So we've now just played the first slide of

22  Exhibit 1202.2.

23         Mr. Alpers, can you describe for us what you were

24  seeing as that interaction was happening?

25    A    So initially I was approached by James, and he

6374

```
 1    wanted to know exactly why I was there.
 2              And, you know, Stewart's asking whether or not
 3    Chad knew me or not.  He said he did.
 4              I jokingly am like, hey, tough world we live in,
 5    you know.
 6              And then we started the conversation after this.
 7        Q    You've mentioned, I think, three people who were
 8    in the group as you approached them, this person James who
 9    first came up to you, Mr. Rhodes, and your acquaintance,
10    Mr. Rodgers; is that right?
11        A    Correct.
12        Q    Was there anyone else in the group as you
13    approached?
14        A    Kellye SoRelle was also there.
15        Q    And did you know Kellye SoRelle before that day?
16        A    No.
17        Q    Then how do you know that was Kellye SoRelle?
18        A    Just after the fact of figuring out who she was.
19        Q    Okay.
20              And do you have any understanding -- did you have
21    any understanding at that time of who Ms. SoRelle was?
22        A    The only thing that I knew was that one of Rhodes'
23    attorneys was going to be there and Kellye was that person.
24        Q    Okay.
25              Was there anyone else in the group?
```

```
 1        A    There was, but I do not remember their names.

 2        Q    Okay.

 3             About how many other people were there in that

 4   group?

 5        A    At least one or two other people.

 6        Q    Okay.

 7             Could we advance to next slide please and play it.

 8             (Audio played)

 9   BY MS. RAKOCZY:

10        Q    What's going on at that moment, Mr. Alpers?

11        A    At this point, there is a clear indication that

12   all the phones that were there were going to get put into a

13   vehicle in order to, I guess, make the meeting more secure.

14        Q    Okay.

15             If we could advance to the next slide, please, and

16   play it.

17             (Audio played)

18   BY MS. RAKOCZY:

19        Q    We've now finished the third slide of this

20   exhibit.

21             And if we could proceed to the next one.

22             (Audio played)

23             MS. RAKOCZY:  Pause there, please.

24             That's fine, we'll keep playing.

25             (Audio played)
```

1  BY MS. RAKOCZY:

2      Q    Mr. Alpers, at the beginning of this audio clip

3  that we just listened to, do you say something like "I've

4  still got my phone on me"?

5      A    I did.

6      Q    And what happened next?

7      A    At that point, they took my phone and put it in

8  the vehicle.

9      Q    Okay.

10     A    Yep.

11     Q    Did you then hear Mr. Rhodes say something like,

12  "I mean, we heard he dropped the Insurrection Act, now we're

13  hearing he didn't drop it"?

14     A    Yes.

15     Q    Did you know what he was talking about?

16     A    I did.

17     Q    What did you understand him to be talking about?

18     A    He was talking about an Act that allows militia

19  members to go into, basically get called up for action.

20  That's really all I know about it.

21     Q    And had you been hearing information about whether

22  the President would or would not invoke this Act?

23     A    Yes.

24     Q    Okay.

25          And do you respond to Mr. Rhodes when he says that

1    he heard the President did drop the Insurrection Act and

2    then he heard he didn't?

3        A    Yes.

4        Q    How did you respond?

5        A    That he had not and he was not going to.

6        Q    Okay.

7             If we could advance to the next slide and play

8    that.

9             (Audio played)

10            MS. RAKOCZY:  If we could play the last slide.

11            (Audio played)

12            MS. RAKOCZY:  And if you could just -- is that the

13   last slide?  I think it is.

14            It we could play the last slide, please,

15   thank you.

16            (Audio played)

17   BY MS. RAKOCZY:

18       Q    Okay.  Mr. Alpers, let me ask you a few questions

19   of what we just listened to.

20            You responded that you did not think the President

21   was going to invoke the Insurrection Act; is that right?

22       A    That is correct.

23       Q    And why did you say that?

24       A    Just different things that I was hearing that it

25   wasn't going to happen.

1      Q    You then said words to the effect of "but that

2  doesn't mean I'm not going to deliver this to the head

3  person or the chief person," something like that.

4  Do you remember saying that?

5      A    I do.

6      Q    Why did you say that?  What did you mean?

7      A    I meant providing the message to President Trump.

8      Q    Okay.

9      A    Yep.

10     Q    And during this meeting with Mr. Rhodes, did

11  Mr. Rhodes somehow provide you with a message to give to

12  President Trump?

13     A    Yes.

14     Q    And how did that happen?

15     A    So, again, this is me wanting to make sure that

16  I have an accurate representation of what's being stated in

17  order to provide to the President.

18        So I asked him to write down the message on a

19  phone that I had.

20     Q    Okay.

21        Did you provide that phone to Mr. Rhodes?

22     A    I did.

23     Q    Did he type something on the phone?

24     A    Yes.

25     Q    Did he give it pack to you?

6379

```
 1        A    Yes.

 2        Q    Did you then provide a copy of that message to the

 3   FBI?

 4        A    Yes.

 5        Q    Could we bring up on the screen just for the

 6   witness, please, Government's Exhibit 1204.

 7             And if we could just page through so the witness

 8   could see, please.

 9             Do you recognize what's on the screen here,

10   Mr. Alpers?

11        A    Yes, ma'am.

12        Q    What is this?

13        A    This is the message that Stewart Rhodes typed on

14   to the notes section of the phone.

15        Q    And does this appear to be a fair and accurate

16   copy of the screenshots taken from your phone of that note?

17        A    Yes.

18             MS. RAKOCZY:  Your Honor, at this point in time,

19   the government would seek to admit Government's Exhibit 1204

20   into evidence.

21             MR. LINDER:  No objection.

22             THE COURT:  1204 will be admitted.

23                              (Government's Exhibit 1204
                                   received into evidence.)
24

25             MS. RAKOCZY:  May we publish to the jury, please?
```

1              THE COURT:  You may.

2    BY MS. RAKOCZY:

3        Q    And, sir, we're now all looking at the first page

4    of this exhibit.  Can you orient us and explain what we're

5    looking at?

6        A    Yes, this is the written message that Stewart

7    Rhodes wrote into the cell phone in the notes section and

8    provided to me to provide to President Trump.

9        Q    Could you please read the message?

10       A    Yep.

11            "This is Stewart Rhodes, founder of Oath Keepers,

12   Army airborne veteran and Yale law graduate.

13   President Trump, you can save the republic by doing your

14   duty as Commander in Chief.

15            "Biden is an illegitimate Chi-Com puppet.  He is

16   about to get his hands on nuclear codes and command all of

17   our Armed Forces.

18            "You must use the Insurrection Act and use the

19   power of the presidency to stop him.  And all us veterans

20   will support you and so will a vast majority of military.

21            "If you don't then Biden/Kamala will turn all the

22   power on you, your family, and all of us.

23            "You and your family will be imprisoned and

24   killed.  Just like the Romanovs in Russia.  The Czar and his

25   family were promised safety if he stepped down.  He did, and

1    they were all murdered.

2            "You and your children will die in prison."

3    Q    If we could proceed to the next page.

4            Mr. Alpers, did the message then continue?

5    A    It did.

6    Q    Can you read this page, please.

7    A    "And us veterans will die in combat on U.S. soil

8    fighting against traitors who you turned over all the power

9    of the presidency to.

10            "You must do as Lincoln did.  He arrested

11    Congressmen, state legislators, and issued a warrant for

12    SCOTUS Chief Justice Taney.

13            "Take command like Washington would.

14            "Be a Churchill, not a Chamberlain (the British

15    Prime Minister who wanted to appease Hitler).

16            "Go down in history as a savior of the republic,

17    not a man who surrendered to a deadly traitor and enemies,

18    who then enslaved and murdered millions of Americans.

19            "We wrote you two long letters on the Oath Keepers

20    site.  Please read them for a solid game plan to save our

21    republic."

22    Q    If we could advance to next page, is there one

23    more page to this message?

24    A    Yes.

25    Q    Could you read the end of it, please?

1      A      "Here they are," which was a link.

2             And then, "I am here for you, so are all of my

3      men.  We will come help you if you need us.  Military and

4      police.  And so will your millions of supporters.

5             "Stewart Rhodes.

6             "(406) 291-6558".

7      Q      Thank you, Mr. Alpers.

8             Let's go back now to the conversation you were

9      having with Mr. Rhodes.

10            If we could bring up on the screen Government's

11     Exhibit 1202.3.TR, please.

12            If we could play from the first slide, please.

13            (Audio played)

14     BY MS. RAKOCZY:

15     Q      Is Mr. Rhodes there saying to you something pretty

16     similar to what he had said in that written message to the

17     President.

18     A      Yes, ma'am.

19            MS. RAKOCZY:  If we could advance to the next

20     slide, please.

21            (Audio played)

22     BY MS. RAKOCZY:

23     Q      Mr. Alpers, you say in response to Mr. Rhodes

24     there, "Most people don't have a clue what war is like, they

25     don't have a freakin' clue.  I've been to war multiple

1    times, you know."  Is that what you said?

2        A    Yes.

3        Q    Why did you say that in response to what

4    Mr. Rhodes was saying?

5        A    I mean, the reality is it was at this point in the

6    meeting where I was like, okay, this conversation is really

7    one-sided and the ideology of what's being presented really

8    kind of made me step back a little bit.

9            Asking for Civil War to be on American ground and

10   understanding, you know, the inner person that's gone to

11   war, right, like, that means blood is going to get shed on

12   the streets where your family are; that that's -- I mean,

13   that's not a distant land, that's right there.

14           And it was at that point, where I kind of stepped

15   back and I'm really kind of questioning whether or not

16   pushing those to President Trump is in the best interest.

17       Q    Why?  Why not?

18       A    Because, you know, everything is built upon

19   relationships and credibility.  And providing this

20   information forward, with it being very far one-sided, could

21   have unintended consequences, negative unintended

22   consequences for trust and relationships with folks that are

23   in the network.

24           MS. RAKOCZY:  Can we please advance to the next

25   slide.

```
 1              (Audio played)

 2              MS. RAKOCZY:  And could we advance to the next

 3    side, please.

 4              (Audio played)

 5              MS. RAKOCZY:  Can we to move next slide, please.

 6              (Audio played)

 7              MS. RAKOCZY:  If we could play the last slide,

 8    please.

 9              (Audio played)

10    BY MS. RAKOCZY:

11       Q    So that's the end of the last slide of this

12    Exhibit 1202.3.

13              What are you thinking at this point, Mr. Alpers?

14       A    You know, at this point I'm sitting here thinking,

15    why in the world am I here, first of all.

16              And second of all, I'm thinking, you know, let's

17    figure out how the meeting actually is going to -- how to

18    terminate the meeting, like, let's figure out how to move,

19    move down the road, break contact, and keep going down the

20    road.

21              MS. RAKOCZY:  Can we bring up Government's Exhibit

22    1202.4.TR, please.

23              (Audio played)

24              MS. RAKOCZY:  If we can move to the next slide and

25    play that, please.
```

```
 1              (Audio played)

 2              MS. RAKOCZY:  If we could play the next slide,

 3   please.

 4              (Audio played)

 5              MS. RAKOCZY:  And can we play the last slide,

 6   please.

 7              (Audio played)

 8              MS. RAKOCZY:  Can we please bring up Exhibit

 9   1202.5.TR.

10              And if we could play the first slide, please.

11              (Audio played)

12   BY MS. RAKOCZY:

13       Q    Mr. Alpers, did you hear yourself say "the

14   evidence is so clear"?

15       A    Yes.

16       Q    Do you know what you were talking about there?

17       A    I believe -- I think that I was talking about

18   election-related stuff, but I don't remember,

19   I don't recall.

20       Q    Okay.

21              If we could advance to next slide.

22              (Audio played)

23   BY MS. RAKOCZY:

24       Q    Mr. Alpers, why did you say you don't condone what

25   happened at the Capitol?
```

1      A      Well, the reality is that, you know, people were

2   injured, people were hurt.  And, you know, law and order and

3   rule of law is needed.

4            I didn't agree with what happened on January the

5   6th.

6      Q      Did Mr. Rhodes then give you an opportunity to

7   finish your thought?

8      A      Yes.

9            MS. RAKOCZY:  Could we advance to the next slide,

10  please.

11           (Audio played)

12           MS. RAKOCZY:  Could we play the next slide.

13           (Audio played)

14  BY MS. RAKOCZY:

15     Q      Mr. Alpers, did you hear yourself say, no, in

16  response to that last comment from Mr. Rhodes?

17     A      Yes.

18     Q      Why did you say that?

19     A      Because I didn't agree with his statement.

20     Q      Why not?

21     A      I thought that it was very one-sided.  I thought

22  that the ideology that was being pushed in that moment was

23  way off base and definitely extremist ideology.

24     Q      Did you ever deliver that message that Mr. Rhodes

25  typed out on your phone to President Trump or anyone with

1   connections who might be able to give the letter to

2   President Trump?

3        A    I did not.

4        Q    Why not?

5        A    Because I believed that the information that was

6   provided during that meeting was one-sided and I think that

7   it was -- there was extremist ideologies that was wrapped

8   throughout it.  And in the event that I were to have pushed

9   that information to President Trump, it would have wrapped

10  me into agreeing with that ideology in some way, which I did

11  not.

12            MS. RAKOCZY:  Thank you.  I have no further

13  questions.

14            THE COURT:  Mr. Linder.

15                        - - -

16                  CROSS-EXAMINATION

17  BY MR. LINDER:

18       Q    Mr. Alpers, how are you?

19       A    I'm doing well.  And yourself?

20       Q    Good.  Good.

21            My name is Phillip Linder and I represent

22  Mr. Rhodes, who's seated over here.

23            After your meeting with him, you turned over, I

24  guess, the phone and the recording to the FBI;

25  is that correct?

1        A    Yes.

2        Q    And did you already have -- without getting into

3    specifics, did you already have a contact or a connection

4    with the FBI that you could turn to and make that call?

5        A    The initial meeting that I had with them is when I

6    talked to them about the recording.

7        Q    So how long after this meeting took place did you

8    then have this meeting with the FBI?

9        A    Oh, it would have been months afterwards.

10       Q    So you have the meeting, he types the stuff on

11   your phone, you have the recording, and you sat on it for

12   months?

13       A    Yes.

14       Q    You didn't notify anybody right away?  Hey, this

15   guy is crazy or anything like that, you just -- you waited

16   for a while.

17       A    That is correct.

18       Q    And can you tell us my?

19       A    I didn't want to get involved.

20       Q    Okay.

21            What prompted you to then get involved?

22       A    The -- yeah, I mean --

23       Q    Let me withdraw that question and ask another one.

24       A    Yeah.

25       Q    So you said this meeting was in January.

```
 1        A    Uh-huh.

 2        Q    And would it be safe to say that you met with the

 3   FBI in May?

 4        A    It may have been after that but...

 5        Q    Okay.

 6             MR. LINDER:  May I approach the witness,

 7   Your Honor?

 8             THE WITNESS:  Okay.

 9   BY MR. LINDER:

10        Q    Have you had a chance to look at that?

11        A    I mean, just briefly but...

12        Q    Does it have a date on there?

13        A    Yes.

14        Q    Okay.

15             If the FBI said you interviewed with them in May,

16   would that probably be correct?

17        A    Yes.

18        Q    And when you interviewed with them, did you use a

19   word in that interview to describe Mr. Rhodes' speech to you

20   that day?

21        A    Can I see the statement again?

22        Q    Yep.  It's on page 2.

23        A    Okay.

24        Q    How did you describe his speech that day?

25        A    It states "rhetoric."
```

1        Q    You used the word "rhetoric" in his speech.

2             Now, were you familiar with the Oath Keepers

3    before that meeting?

4        A    Only in passing.  I really didn't have a clear

5    understanding of who they were as an organization.

6        Q    You had met -- isn't it true that you had met them

7    or a group of them several years before working a hurricane

8    disaster relief?

9        A    Yes.

10       Q    Hurricane Harvey?

11       A    Yes.

12       Q    That was down in Houston, Louisiana?

13       A    Yes.

14       Q    Gulf coast?

15       A    Yep.

16       Q    So that was -- did you meet Stewart at that relief

17   effort or just met some Oath Keepers?

18       A    No, just some Oath Keepers?

19       Q    Okay.  Did you ever go to any other events that

20   the Oath Keepers were at or any other disaster relief stuff

21   that they did?

22       A    Not that I recall.

23       Q    Okay.

24            When did you first become aware of the name

25   Stewart Rhodes?

6391

```
 1       A    When Chad talked to me about him.

 2       Q    Okay.

 3            And when that came up, let's see, the meeting was

 4   in January of 2021.  So how long before that January 10th

 5   meeting did Chad bring up Stewart Rhodes' name and ask you

 6   to meet with him?  Was it the day before, two weeks before?

 7       A    Say that again.  I didn't quite understand the

 8   question.

 9       Q    How long before the January 10th meeting, I guess,

10   when did Chad mention Mr. Rhodes' name in relation to that

11   January 10th meeting?  Was it a week before, a day before, a

12   month before?

13       A    It would have been a couple of days before.

14       Q    A couple of days?

15       A    Yeah.

16       Q    And how long had you known Chad at that time?

17       A    I've only known Chad for maybe a month, maybe a

18   month or two.

19       Q    Okay.

20       A    Yeah.

21       Q    He worked security at your company at the time?

22       A    Well, that was not my company at the time, it was

23   a former company, but that's where I actually ran into him.

24       Q    Okay.

25            So did Chad reach out to you and say, "Hey, I have
```

```
 1    a friend you need to meet with"?
 2         A    Yes.
 3         Q    And did he tell you that it was Stewart Rhodes?
 4         A    Yes.
 5         Q    And at that point, did you research who he was or
 6    did you decide to go to the meeting?
 7         A    I did a little bit of research but not much.
 8         Q    Okay.
 9              Did you read -- did you come across any open
10    letters that he had published to Trump on the Internet?
11         A    No.
12         Q    Okay.
13              Were you aware or you've become aware since that
14    timely that he published two open letters to
15    President Trump?
16         A    Only with what he stated in the -- when we met
17    with him.  I never actually bent back and read the letters.
18         Q    Okay.
19              Would it -- if I told you that the open letters
20    that he refers to in the text are very similar to the text
21    and what he's telling it you, would you have any reason to
22    agree with me?
23              MS. RAKOCZY:  Objection.
24              THE COURT:  Sustained.
25
```

BY MR. LINDER:

Q    So you've never read the open letters, but he does refer to him in his texts?

A    Uh-huh.

Q    And you haven't gone back and read them and compared them to the speech that he's written?

A    No.

Q    Now, when Chad set up this meeting with you, he told you that Mr. Rhodes' lawyer was going to be present?

A    That is correct.

Q    And you understood Ms. SoRelle to be his lawyer at that meeting?

A    That is correct.

Q    What was Ms. SoRelle's condition at that time?

A    She was under the influence of alcohol, like a very high level of alcohol, which at that point definitely lessened my confidence level of her as an attorney because she was slurring and wasn't holding herself up in a professional manner, especially for a meeting.

Q    Okay.

Did you know -- other than Chad, or Mr. Rodgers, telling you that he wanted you to meet with Mr. Rhodes, did you know anything about Chad Rodgers' relationship with Mr. Rhodes?

A    Only that they had known each other for a while.

1          Q    Okay.

2               Did you know anything about what Chad Rodgers

3    might have been telling Stewart Rhodes about you?

4          A    No.

5          Q    You weren't privy to any of those conversations?

6          A    No.

7          Q    But somehow Mr. Rhodes had the belief that you had

8    the connection to President Trump or the inner circle

9    somehow?

10         A    Yep.

11         Q    Okay.

12              Now, at this meeting, Mr. Rhodes, it's pretty

13   clear he believes that, because he asks you, isn't it true

14   that he asks you, "Hey, we've heard that Trump is not going

15   to invoke the Insurrection Act now, what do you know about

16   that," and you go on to answer that question?

17         A    Yep.

18         Q    Now, when you go on to answer that question, are

19   you answering that question because you truly know, you've

20   talked to Trump's inner circle about it, or you just kind of

21   BSing to him to see what he'll say?

22         A    So that is what I was told.

23         Q    Okay.

24              So you were actually told by the inner circle

25   these things you were relaying to Mr. Rhodes that day?

1     A    Yes.

2     Q    And was it pretty clear to you based on the texts,

3  based on a conversation with Mr. Rhodes, based on, I guess

4  the reference to two of the letters but you haven't read

5  those, that he was wanting President Trump to invoke the

6  Insurrection Act?

7     A    Yes.

8          MR. LINDER:  Thank you.  I'll pass the witness.

9          THE COURT:  Okay.  Any other counsel have

10  examination?

11          MS. HALLER:  No, excuse me, no cross.

12          MR. GEYER:  No cross, Your Honor.  Thank you.

13          MR. CRISP:  No, Your Honor.

14                         - - -

15                    CROSS-EXAMINATION

16  BY MR. FISCHER:

17     Q    Mr. Alpers, I just want to get this straight.

18          You show up to this meeting with a recording

19  device; is that correct?

20     A    Yes.

21     Q    What kind of recording device was it?

22     A    It was a thumb drive type recording device.

23     Q    Well, what's a -- can you describe in more detail,

24  what's a thumb drive recording device?

25     A    It appears to be a thumb drive but it is a

6396

```
 1   recording device.  It's a fully functional thumb drive, but
 2   it also is a recording dieses.
 3        Q    And who gave you that thumb drive?
 4        A    I purchased it.
 5        Q    Where did you purchase it from?
 6        A    Micro Center.
 7        Q    Who?
 8        A    Micro Center.
 9        Q    What's Micro Center?
10        A    It is a hardware, like, computer-related store.
11        Q    Okay.
12             Have you used that recording device prior to this
13   meeting?
14        A    Yes.
15        Q    Okay.
16             And so you also at some point -- at some point,
17   you have Mr. Rhodes type something into your phone, is that
18   what I understand?
19        A    Yes.
20        Q    Okay.
21             And I mean, what prompted you to do that, to have
22   him type into your phone instead of just taking notes and
23   passing a message along?
24        A    I wanted to make sure that there was a fair and
25   accurate representation of what he stated, and that in
```

6397

1    itself was another way that he could clearly put his

2    thoughts down on a, you know, on a document, as opposed to

3    everything else that was going on around us from the

4    conversation.  So it was clearly his thoughts and his direct

5    message to the President.

6         Q    Did anybody give you instructions to do that?

7         A    No.

8         Q    Okay.

9              Did you meet with somebody after this meeting to

10    give him it debrief of what happened?

11         A    Like directly after?

12         Q    Sure.  Or, you know, after this meeting occurred,

13    did you go and talk with somebody and give them a debrief as

14    to what happened?

15         A    No, the only time that I did that was when I

16    talked to the Bureau in May.

17         Q    You talked to who?

18         A    To the Bureau.

19         Q    To the Bureau.

20              And those were the first people you went to is the

21    Bureau?

22         A    Uh-huh.

23         Q    Okay.

24              Sir, are you sure that you weren't, like, working

25    for a federal law enforcement or some type of federal agency

6398

```
 1    doing their bidding when you were doing this?
 2            MS. RAKOCZY:  Objection, Your Honor.  No basis in
 3    fact.
 4            THE COURT:  You can answer.
 5            THE WITNESS:  No.
 6    BY MR. FISCHER:
 7       Q    Okay.
 8            And I understand that when you went to this
 9    meeting, you indicated you were familiar with the
10    Insurrection Act; is that correct?
11       A    To a degree, yes.
12       Q    And just out of curiosity, because it would seem
13    to be a fairly obscure law, how did you just happen to know
14    about the Insurrection Act before you went to this meeting?
15       A    I mean, it was being talked about within several
16    different circles.
17       Q    Okay.
18            And what circles were those?
19       A    The election fraud related circles.  It was being
20    talked about.  And also -- I mean, that's one of the primary
21    circles.
22       Q    You indicated, I think you talked about one of
23    your concerns was the rule of law; is that correct?
24       A    That is correct.
25       Q    And certainly you are aware that it's not a
```

6399

```
 1    violation of the law to advocate that an election official
 2    take an action in conformity with the law?
 3         A    I don't understand what you're saying.
 4         Q    Well, sir, certainly it's not a violation of the
 5    law for an American citizen to advocate that their elected
 6    official -- that an elected official take an action?
 7         A    It depends on what that action is.
 8         Q    Okay.
 9              These inner circles you were dealing with, were
10    you getting intelligence from them of some sort?
11              MS. RAKOCZY:  Objection, Your Honor.
12              THE COURT:  He can answer if he understands the
13    question.
14              THE WITNESS:  I don't know if -- I mean, what your
15    definition of intelligence?
16    BY MR. FISCHER:
17         Q    Well, sir, was somebody giving you information
18    about the Insurrection Act for you to it consider or use
19    during your meeting with Mr. Rhodes?
20         A    No.
21              MR. FISCHER:  Your Honor, I have no other
22    questions.  Thank you.
23
24
25
```

```
 1                             - - -

 2                    REDIRECT EXAMINATION

 3   BY MS. RAKOCZY:

 4        Q    Mr. Alpers, Mr. Fischer was just asking you

 5   about -- some questions about whether the President could

 6   take steps to invoke the Insurrection Act and whether public

 7   officials could take certain steps.  Do you remember those

 8   questions?

 9        A    Yes.

10        Q    You said it depends; is that right?

11        A    Sure.

12        Q    It depends on what?

13        A    I think it depends on what the ideology and the

14   actions of how a person interprets what that rule of law is,

15   right?

16             And choosing to do something that although at face

17   value may appear to be okay for some, may not be legal to

18   others.  So I think a broad statement is -- I mean, I can't

19   agree to a broad statement.

20        Q    When you heard Mr. Rhodes talking about what he

21   wanted President Trump to do, did that appear to you to be

22   something that the President should be doing?

23             MR. CRISP:  Objection.

24             THE COURT:  Sustained.

25
```

6401

```
1    BY MS. RAKOCZY:
2         Q    Did you pass along this message to the President?
3         A    No.
4         Q    Why not?
5         A    Because I didn't agree with the message.
6         Q    And Mr. Linder was asking you at the beginning
7    some questions about the Insurrection Act.  Prior to your
8    meeting with Mr. Rhodes, had the President invoked the
9    Insurrection Act to do something about the election?
10        A    No.
11        Q    And at the time that you spoke to Mr. Rhodes, what
12   did you tell him about whether you heard that the President
13   would invoke the Insurrection Act?
14        A    That I was hearing that he was not going to.
15             MS. RAKOCZY:  Thank you, Your Honor.  No further
16   questions.
17             THE COURT:  All right.  Mr. Alpers, sir, thank you
18   for your time and your testimony.  You may step down.
19             THE WITNESS:  Thank you.
20             THE COURT:  Safe travels home.
21             I'll ask everybody to get on to the phone, please.
22             (Bench conference)
23             THE COURT:  Go ahead, Mr. Nestler.
24             MR. NESTLER:  I just wanted to ask if you wanted
25   to take a break or have us start our next witness.
```

1           THE COURT:  I guess I should take a break.  Yeah.

2           (Open court)

3           THE COURT:  All right.  Ladies and gentlemen, we

4    are at the 11:30 hour, the morning has gone by quite

5    quickly.  Let's take our break.

6           We will resume a little bet after 11:45.  We'll

7    see you all shortly.  Thank you.

8           COURTROOM DEPUTY:  All rise.

9           (Jury exited the courtroom.)

10          THE COURT:  Mr. Nestler, one more witness?

11          MR. NESTLER:  Two more witnesses, Your Honor.  Two

12   FBI officials; one, Special Agent Jenny Banks, and then

13   Special Agent Jack Moore.

14          THE COURT:  Do you have a sense of how long each

15   will be?

16          MR. MANZO:  35 minutes for Special Agent Banks.

17          MR. NESTLER:  And then Jack Moore will probably

18   take about two hours or so for our direct.

19          THE COURT:  All right.  So we've got a little ways

20   to go.  All right.  Thank you, all.

21          (Recess from 11:32 a.m. to 11:47 a.m.)

22          THE COURT:  Please remain seated, everyone.

23   Thank you.

24          (Pause)

25          THE COURT:  Counsel, do we have an update on

```
 1   Mr. Woodward's status?
 2              MR. BRIGHT:  He's going to be here this afternoon.
 3              (Discussion held off the record.)
 4              MR. NESTLER:  While we have a second, did Your
 5   Honor want us to file anything that was part of the joint
 6   pretrial statement?  I think I messaged chambers last night
 7   if there was direction for us, it's fine.
 8              THE COURT:  Yes.
 9              I'd have to go back and look at all the
10   attachments, but I think all the attachments other than the
11   witness lists, if you could just put that on the record.
12              MR. NESTLER:  No problem.
13              THE COURT:  If there's something I'm missing that
14   otherwise shouldn't be, then let me know.  But other than
15   that, I think everybody else can be filed publicly.
16              MR. NESTLER:  Okay.  And Your Honor like for us to
17   file the revised instructions we sent last week after our
18   in-court conference.
19              THE COURT:  Yes.
20              MR. NESTLER:  Understood.
21              THE COURT:  I haven't looked at those.  Is that --
22   that's just your proposed revisions, right?
23              MR. NESTLER:  Not proposed revisions.  That was
24   after we had court.  That was --
25              THE COURT:  Oh, oh.
```

1          MR. NESTLER:  -- was basically adopting all of the

2    rulings Your Honor made --

3          THE COURT:  All right.

4          MR. NESTLER:  -- narrowing the area of

5    disagreement.

6          THE COURT:  There's still the open issues that we

7    need to deal with.

8          MR. NESTLER:  Correct, which we've left in, but we

9    got rid of all the other stuff which we can move forward to

10   hopefully final resolution.

11         THE COURT:  Got you.  Baby steps.

12         COURTROOM DEPUTY:  Jury panel.

13         (Jury entered the courtroom.)

14         THE COURT:  Okay.  Welcome back.  Please be

15   seated, everyone.

16         Mr. Nestler, your next witness, or Mr. Manzo.

17         MR. MANZO:  The government calls Jenny Banks,

18   Special Agent.

19         COURTROOM DEPUTY:  Before you have a seat, could

20   you please raise your right hand.

21         (Witness is placed under oath.)

22         COURTROOM DEPUTY:  Thank you.

23         THE COURT:  All right.  Special Agent Banks,

24   welcome.

25         THE WITNESS:  Thank you.

```
 1                        - - -

 2   SA JENNIFER BANKS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

 3   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 4   FOLLOWS:

 5                   DIRECT EXAMINATION

 6                        - - -

 7   BY MR. MANZO:

 8       Q    Ma'am, could you please reintroduce yourself to

 9   the jury by stating and spelling your name.

10       A    Jennifer Banks, J-e-n-n-i-f-e-r.  Last name is

11   B-a-n-k-s.

12       Q    What do you do for a living again?

13       A    I'm a Special Agent with the FBI.

14       Q    Two weeks ago you were qualified as a cell site

15   expert in this courtroom.  Do you remember that?

16       A    I do.

17       Q    And since then, have you worked on other

18   investigations involving cell site analysis?

19       A    Yes.

20       Q    Briefly, can you tell the jury what you have done?

21       A    In addition to the regular course of reviewing

22   cell site records, I've responded to an exigent situation on

23   our Indian reservation where we had an active shooter, and

24   also oversaw the response to the St. Louis active shooting

25   as well.
```

6406

```
 1      Q    Did those investigations involve cell site

 2   analysis?

 3      A    They do.

 4           MR. MANZO:  Your Honor, I'd once again seek to

 5   qualify Jenny Banks as an expert in cell site analysis.

 6           MR. FISCHER:  No objection.

 7           THE COURT:  All right.  She's already qualified

 8   and will remain qualified.

 9           Ladies and gentlemen, just a reminder, you will

10   remember I gave you an instruction about expert testimony

11   previously when Agent Banks testified.  That applies here as

12   well.

13   BY MR. MANZO:

14      Q    Agent, can we pull up and look at Government's

15   Exhibit 9001.

16           Do you recognize what's on the screen in front of

17   you?

18      A    Yes.

19      Q    What is it?

20      A    This is a second summary of my report, report 2.

21           MR. MANZO:  I would seek to move Government's

22   Exhibit 9001 into evidence.

23           MR. LINDER:  No objection.

24           THE COURT:  All right.  9001 will be admitted.

25                                  (Government's Exhibit 9001

                                      received into evidence.)
```

6407

BY MR. MANZO:

Q     What is your report based on again?

A     It's based on cell site data.  So call detail
records and tower lists.

Q     Can we go to page 2.

What are we looking at here on page 2?

A     So this is an overview of the cell-site activity
for the phone number ending in 6558, which is the phone
believed to be used by Stewart Rhodes, from the time period
of January 7th to January 11th.

Q     What is the call-out box in the bottom right mean.

A     So a review of the cell-site activity on this
phone, as well as the voice, SMS, and data sessions show --
I was able to determine that the last voice call on this
phone was on January 6th at 8:52 p.m., and then any activity
after that in this time period were data sessions.

Q     Were you able to determine the subscriber of that
phone call that Mr. Rhodes had?

A     Yes, the phone call that happened at 8:52 p.m. was
with a phone number that I was able to observe the
subscriber response from the phone company, and it showed a
Michael Simmons.

Q     And were you able to observe that response by
reviewing Government's Exhibit 2425, which I'm marking for
identification?

6408

1        A     Yeah, I don't know if that's the number of the

2   exhibit but it's T-Mobile response.

3        Q     Can you tell the jury what we're looking at in

4   terms of the red dots on this map if the final voice call

5   was on 1/6 at 8:52 p.m.?

6        A     So because I was asked to determine where this

7   phone went after -- during this time frame, and when I

8   reviewed those records, I saw that there was no voice or

9   SMS.  I then had to turn to the data sessions.

10            If you remember my previous testimony, I explained

11   that because they're so voluminous and we have to -- they're

12   little bit more difficult to review as far as determining

13   which data sessions are serving cells or handoffs, I don't

14   typically plot all of them, I just make sure they're all

15   consistent with the voice and text.

16            In this scenario, because there were no voice and

17   texts after this time frame, I had to look at those data

18   sessions at that occurred.

19            After reviewing those, I was able to determine the

20   phone was still in the greater D.C. area, to include

21   Virginia, in the 5:00 a.m. hour on the 7th and then it

22   appeared to begin moving away from that area later that

23   morning.

24        Q     And then why have you notated 1/7/21 at 7:19 p.m.

25   on page 2 of your exhibit here?

6409

1          A     So that is the time of the last active data

2    session that begins on that date.

3               And then I didn't see any activity to include

4    voice or SMS or data sessions after that time until January

5    11th in the afternoon.

6          Q     Were you able to make any opinions on whether the

7    phone was operational from 1/7 to 1/11?

8          A     Yeah, because of the lack of activity and the

9    prior pattern of consistent activity and the lack of cell

10   site registrations, it's my opinion that phone was likely

11   turned off or in an area of no service for that long.

12         Q     Just to be clear here, the red dots on this map

13   that equates to data sessions; is that correct?

14         A     Correct.

15         Q     Can we now turn to the next page on page 3.

16               What are we looking at here on page 3?

17         A     Page 3 is another overview of the cell tower

18   activations for a phone number ending in 2416, believed to

19   be used by Kellye SoRelle.  During the time frame of

20   January 6th to January 8th.  And during that time frame,

21   I was able to determine that this phone moved from the

22   greater D.C. area on the 6th in the evening hours and moved

23   down to Alabama by the 8th.

24         Q     And in the call-out box in the top right where it

25   says "Washington, D.C.," is that the greater Washington,

1    D.C., area?

2        A    Yes.

3        Q    And what would that include?

4        A    So Virginia, as well as the District.

5        Q    And what's the time of that last -- that you've

6    included in that call-out box?

7        A    11:51 p.m.

8        Q    Then what's the time of the destination here in

9    the Huntsville, Alabama, area?

10        A    5:48 p.m.

11        Q    Were you able to make any conclusions about where

12    the phone stayed overnight on the night of 1/7?

13        A    Yes.  So as I reviewed the activity during that

14    span, I did see that on January 7th, at around 7, in the

15    7:00 p.m. hour, the phone arrives in the area of Bristol,

16    Tennessee, and appears to begin to leave that area at about

17    2:00 a.m., the cell-site activity indicates that.

18        Q    And can you circle the Bristol, Tennessee, area on

19    the map.

20        A    (Witness complied.)

21            MR. MANZO:  And just for the record, the witness

22    circled the multiple red dots near Johnson City and

23    Kingsport on the Tennessee border.

24    BY MR. MANZO:

25        Q    And, Agent Banks, do you see Interstate 81 on this

1    map?

2         A    Yes.

3         Q    Can you just trace where Interstate 81 is.

4         A    (Witness complied.)

5         Q    Thank you.

6              And the witness has traced Interstate 81 through

7    Virginia and through Tennessee.

8              Okay.  Turning now to page 4, what are we looking

9    at here on page 4?

10        A    So this is a continuation of the number ending in

11   2416 on -- to the 9th into January 10th.

12             The cell site activations indicate that phone

13   moved from the Alabama area over to the -- to Texas by the

14   10th -- by the 9th and 10th, excuse me.

15        Q    And what was the final cell tower activation in

16   the Huntsville, Alabama, area on 1/9?

17        A    So that was at -- so this map, because it's AT&T,

18   I'm only showing the SMS and the voice cell site data.  The

19   data sessions, again, similar to before, they're quite

20   voluminous so I did not plot every single one of those.  And

21   so these red dots in the Huntsville/Decatur area, show an

22   SMS or a voice at 12:52 a.m. on the 9th.

23        Q    And then were you also able to look at the data

24   sessions that you did not plot on this map?

25        A    Yes, I'll always look at the data sessions along

6412

1    with it just make sure it's consistent with the movement of

2    the voice and SMS.  And I did that with this number.

3        Q    And were you able to see any data sessions along

4    the route from Huntsville, Alabama, to the Texarkana area?

5        A    Yes, the cell site -- the cell towers the phone

6    uses during those data sessions is consistent with a phone

7    moving from Huntsville, Alabama, towards Memphis, down into

8    Little Rock and down south towards Texarkana.

9        Q    And can you trace that on the screen with your

10   finger.

11       A    (Witness complied.)

12       Q    Just for the record, the witness traced a path

13   that she just dictated.

14            Okay.  Can we turn to page 5, please.

15            And just briefly, let's go back to page 4 for one

16   second here.

17            When -- where did Ms. SoRelle's phone appear to be

18   going to on 1/9?

19       A    The phone travels through Dallas down into Austin

20   and then stays for a period of time in Austin, Texas.

21       Q    And then where does the phone go after leaving

22   Austin, Texas?

23       A    We see movement up towards Dallas on the 10th and

24   is in the Dallas area.

25            I looked it and stays there until the 11th.

1    Q    Can we go to the next page, please.

2         What are we looking at here on page 5?

3    A    This is another overview of the phone number

4    ending in 4304 used by Joshua James.

5         This phone, this is an AT&T phone again, showing

6    voice and the red dot show the voice and text cell site

7    registrations.

8         This phone is using resources in the D.C. area on

9    the 7th, in the greater D.C. area, and then moves away from

10   the D.C. area down in North Carolina and then west towards

11   Tennessee, down into Alabama by the evening hours of the

12   7th.

13   Q    And what city is just north of Arab, Alabama,

14   there, if we zoom in on that call-out box?

15   A    Yes, it's Huntsville.

16   Q    And that's what's hidden behind the yellow box?

17   A    Yes.

18   Q    Okay.  Can we go to the next slide, please.

19        What are we looking at here on page 6?

20   A    So this is now continuing from the time that

21   phone's in Arab, Alabama, until the phone moves down to

22   Texas.

23        So we see activity in Arab, Alabama, in the

24   morning of the 8th, and then the phone begins to move

25   towards Memphis, down into Texarkana, and then ultimately in

1    Austin, Texas, in the afternoon of the 9th.

2        Q    And then where does it go after the 9th?

3        A    This phone also moves up towards Dallas, Texas, on

4    the 10th.  And I also -- that phone -- I looked up until the

5    11th, and the phone is also in Texas on the 11th.

6        Q    Can we go back to focus your attention on the top

7    right to the Arab, Alabama, call-out box here.

8            Were you able to look at any data sessions from

9    the period when the Joshua James' phone was in Arab,

10   Alabama?

11       A    Yes.

12       Q    And what was the last data session that you saw

13   before the phone started moving west toward Memphis and

14   along that route that you previously traced?

15       A    Can you go back one, just so I can recall.

16            Can I see page 5, 748.

17            Okay, go back, sorry, to that.

18            So at I believe it was in like the 12:00 a.m. hour

19   of the night, that phone begins to depart the Huntsville,

20   Alabama, area and then move towards Memphis.

21       Q    And is that movement consistent with -- when I say

22   that movement, I mean, Joshua James' cell phone movement, is

23   that consistent with Kelly SoRelle's movement?

24       A    Yes, it appears to take -- the phones appear to

25   take the same route of travel, yes.

6415

1       Q    And when you say "route of travel," can you

2   describe that entire route?

3       A    Can I trace it again and describe it?

4       Q    Yes.

5       A    So this phone also leaves Alabama, goes towards

6   Memphis, comes toward Little Rock, and then down toward

7   Texas, Arkansas, Texarkana, Texas.

8       Q    And then do both phones end up moving toward the

9   Austin, Texas, area?

10      A    Yes.

11      Q    And then where do both phones move after that?

12      A    To Dallas on the 10th and 11th.

13      Q    Turning back now to page 2, can you remind the

14  jury what we're looking at here on page 2 of Government's

15  Exhibit 9001?

16      A    This is the cell tower activations for the phone

17  believed to be used by Rhodes on the 7th through 11th of

18  January.

19      Q    When does the phone begin operating again?

20      A    On January 11th.

21      Q    Where is the phone operating?

22      A    In Dallas, Texas.

23      Q    So what other phones are in Dallas, Texas, on the

24  time of 1/11/21?

25      A    The phone used by -- believed to be used by

6416

1    SoRelle, as well as James, and there's another phone too

2    that is in Texas.

3         Q    Okay.  Let's look at slide 7 here of 9001.  What

4    are we looking at here in slide 7 of 9001?

5         A    This is the cell tower activations.  Again,

6    another overview of those cell site registrations of the

7    phone ending in 6843, a phone used by Ed Vallejo, from

8    January 8th to January 13th.  That overview of movement

9    shows is that phone moves from the greater D.C. area to

10   Arizona from the 8th to the 13th.

11        Q    And zooming in now on the Dallas, Texas, area,

12   what are these -- what do these red dots mean on this map?

13        A    Those are voice or SMS cell site registrations of

14   this cell phone.

15        Q    And what is -- were you able to determine the time

16   and date of the registrations around Dallas, Texas?

17        A    Yes, this one was at 5:00 p.m. on the 11th.

18        Q    Can you zoom out now.

19             Okay.  Let's turn back now to Government's Exhibit

20   9000, which is what you testified about last week.  Do you

21   remember that?

22        A    Yes.

23        Q    Can we go to page 8.

24             Can you tell the jury what's going on here in

25   page 8?

1      A    This is the phone used by Ed Vallejo, showing the

2  overview of movement from Arizona to the D.C. area.

3           MR. MANZO:  And, Ms. Rohde, can we zoom in now on

4  the space just to the left of Albuquerque and horizontally

5  over to include Nashville.

6  BY MR. MANZO:

7      Q    Do you recognize the path that that phone is

8  moving on is consistent with Interstate 40?

9      A    Yes.

10     Q    Now, turning back to -- can you just trace that on

11 your screen.

12     A    (Witness complied.)

13          MR. MANZO:  And just for the record, the witness

14 traced the path along the center of the country known as

15 Interstate 40.

16          Now, turning back to Government's Exhibit 9001 and

17 going to the final page here.  Ms. Rohde, can you zoom in on

18 approximately the same area showing Albuquerque over to

19 Nashville.

20 BY MR. MANZO:

21     Q    Okay.

22          And can you -- Agent, can you determine whether

23 Mr. Vallejo's phone is moving along back west along

24 Interstate 40?

25     A    No.  It -- well, it appears to move down south

```
 1   on -- I can't remember -- I think that's Interstate 81, but
 2   it's a different interstate.
 3        Q    So is the a path back west different than the path
 4   that he took east?
 5        A    Yes.
 6             MR. MANZO:  No further questions.
 7             MR. LINDER:  No questions on behalf of Mr. Rhodes.
 8             MS. HALLER:  No questions, Your Honor.
 9             MR. GEYER:  No questions, Your Honor.
10             MR. CRISP:  No questions, Your Honor.
11             MR. FISCHER:  No cross.
12             THE COURT:  All right.  Special Agent, thank you
13   very much for your time and testimony.
14             THE WITNESS:  Thank you.
15             MS. RAKOCZY:  Your Honor, can we get on the phone?
16             (Bench conference)
17             MS. RAKOCZY:  The government is prepared to
18   proceed with its next witness but I understood that
19   Mr. Bright had an objection to an exhibit that we will be
20   using pretty early on.
21             THE COURT:  Okay.  We can take an early lunch.
22   This is the last government witness?
23             MS. RAKOCZY:  Yes, Your Honor.
24             THE COURT:  Do you think with cross we'll finish
25   this person?
```

1          MS. RAKOCZY:  I am very optimistic, but it depends

2     on the length of cross.

3          THE COURT:  Why don't we take lunch now.

4          MS. RAKOCZY:  Thank you.

5          (Open court)

6          THE COURT:  All right.  Ladies and gentlemen, we

7     are going to take our lunch break, a little bit earlier than

8     usual, but it makes sense given the sequencing of things.

9     So it's now 12:10.  We'll resume at 1:15.  We look forward

10    to seeing you after the lunch break.

11         Thank you, all, very much.

12         COURTROOM DEPUTY:  All rise.

13         (Jury exited the courtroom.)

14         THE COURT:  Have a seat everyone, please.

15         All right.  What is the exhibit?

16         MR. LINDER:  Mr. Bright is on the phone in the

17    hall right now.

18         There's --

19         THE COURT:  He's back now if you need him.

20         MR. LINDER:  There he is.  He snuck in behind me.

21         MR. BRIGHT:  Good morning, Your Honor.

22         THE COURT:  Good morning.

23         MR. BRIGHT:  I had brought to the attention -- and

24    we can take it up now or before the government tries to

25    admit Exhibit 9061 in their direct of Agent Moore.

1          In that exhibit, it's a series of five slides that

2    were all procured from Kellye SoRelle, her phone, and they

3    purport, without any other interaction, to be speaking on

4    behalf of Mr. Rhodes.

5          THE COURT:  In other words, that the content

6    suggests that she's speaking on behalf of Mr. Rhodes.

7          MR. BRIGHT:  That's correct, sir.

8          THE COURT:  Okay.

9          MR. BRIGHT:  Yeah.

10          And it goes through -- I don't have the slides

11    pulled up right now.  Did you want me to pull them up or

12    just have a discussion regarding them, Your Honor?

13          THE COURT:  It's always helpful to have them

14    pulled up.

15          MR. BRIGHT:  Yeah, here we go, Your Honor.  So

16    here's the first one.  It's from Ms. SoRelle.

17          She kind of goes through a litany of different

18    things here.  It's a total of 12 slides, just, I guess, the

19    Court let me know when you want to see the next one,

20    Your Honor.

21          THE COURT:  I don't need to see it.  If it's more

22    of the same, I take it.

23          MR. BRIGHT:  I'm so sorry, sir.

24          THE COURT:  It's more of the same I take it.

25          MR. BRIGHT:  It's a little bit more than just the

1    same.  I think she goes through here talking about erasing

2    things and getting rid of stuff.

3            Obviously, I've spoken with my client and he says

4    that he never directed her in any way to do this.  I get the

5    government would expect nothing less.

6            But I think we're objecting to this.  I don't

7    think that -- one, I think there might be a foundation issue

8    moving forward here.  I don't think that -- and correct me

9    if I am wrong, please -- has this agent ever interviewed her

10   regarding this and whether or not she did do something on

11   behalf of Mr. Rhodes.

12           MS. RAKOCZY:  No, Your Honor, but I don't think

13   we'll need that since we just introduced --

14           THE COURT:  I didn't hear what Mr. Bright said

15   because he turned away from the mic so can you repeat what

16   he said.

17           MR. BRIGHT:  I don't think there's going to be the

18   foundation regarding these in terms of their knowledge of

19   whether she did these on behalf of Mr. Rhodes, was

20   Mr. Rhodes even there.

21           I mean, I have an inability -- I know it's not

22   going to be a hearsay within hearsay because it doesn't meet

23   the elements to keep that from being admissible, but I do

24   think that there are aspects of this also that these are not

25   necessarily in furtherance of the conspiracy, these are two

```
 1   days after the January 6th events.

 2           And if I recall correctly, if you want to just

 3   scroll through them, we could look at them, I don't think

 4   they're indicative of the theoretical future actions of any

 5   type of active planning or any type of specificity that

 6   would be in furtherance of a greater conspiracy.

 7           THE COURT:  Okay.

 8           So what's the objection?

 9           MR. BRIGHT:  Well, Your Honor --

10           THE COURT:  Precisely.  I mean, is it a hearsay

11   objection?  Is it a relevance objection?  What is it?

12           MR. BRIGHT:  One, I think there's a substantial

13   relevance objection here.

14           Two, whether the Court agrees or not, I think

15   I have a confrontation clause issue here.  I have no basis

16   upon which to question Ms. SoRelle, and now apparently the

17   agent or whether or not it was actually Ms. SoRelle sending

18   these, nobody has interviewed anybody, they don't have the

19   basis to have any of that independent knowledge.  So I think

20   there are several bases upon which to object.

21           THE COURT:  Well, in reverse order, there's no

22   confrontation issue because it's not a testimonial

23   statement, right.  So there's no right to confront when

24   there's not a testimonial statement.

25           In terms of relevancy, I mean, I don't have to
```

```
 1    read the whole thing to know that it's relevant, right, it
 2    is suggesting not only what Mr. Rhodes' state of mind is in
 3    the aftermath of this, but it's also arguably directions in
 4    terms of, maybe not concrete and specific, but general
 5    preparedness for next steps, and so it's certainly relevant.
 6            MR. BRIGHT:  All right.
 7            THE COURT:  Any other objections?
 8            MR. BRIGHT:  No.  I mean --
 9            THE COURT:  Or any other basis to object?
10            MR. BRIGHT:  I don't think so, Your Honor.
11            THE COURT:  Okay.
12            MR. BRIGHT:  Assuming they can lay the proper
13    foundation for it, I don't think I have other rationale.
14            THE COURT:  Anything else, folks?
15            MS. RAKOCZY:  Your Honor, at the -- when we
16    commence again, I might seek to do some housekeeping with
17    some items of evidence that either we thought had been moved
18    in, but the transcripts suggest either an incorrect --
19    different number or that they weren't admitted.  I sent to
20    counsel and the Court last night the list that we've been
21    keeping that we think are a number of things where we either
22    inadvertently did not move something in but the foundation
23    was laid, or we did move it on but it's just not 100 percent
24    clear on the record.  I wanted to take care of that before
25    we get to our final witness.
```

6424

1          I think most of that is without issue.

2          THE COURT:  Right.

3          MS. RAKOCZY:  There is the one issue that I think

4    we have at least one objection from the defense on which is

5    the issue of the transcripts that accompanied a number of

6    exhibits.

7          THE COURT:  Right.

8          MS. RAKOCZY:  We provided those in realtime to the

9    defense or prior to their use at trial.  We provided them

10   all in one place a couple days ago to the defense, and we

11   have not heard any objections to the accuracy of the

12   exhibits.

13         THE COURT:  Yeah.

14         MS. RAKOCZY:  And we understand based both on the

15   Court's perspective and case law in this circuit that they

16   would go back absent a problem with accuracy.

17         So we'll be seeking to move in the transcript

18   versions of those maybe dozen to 22 exhibits that have

19   transcripts.

20         THE COURT:  So let's break that into two issues.

21         Ms. Rakoczy sent an email, it's not in UTC time so

22   it was a regular at a very late hour last evening, to

23   everyone and I don't know whether everybody has had a chance

24   to look at it, but to have a number of government exhibits

25   moved into evidence that either were not inadvertently or

1    the government wishes to have admitted.

2            Are there any objections as to that list?

3            MR. LINDER:  Not on behalf of Mr. Rhodes except

4    for this transcript issue.

5            THE COURT:  Okay.  Well, hold the transcript issue

6    for a moment.

7            MS. HALLER:  I would only request some time,

8    Your Honor, because my co-counsel will be making an

9    appearance, from what I understand, and we haven't had a

10    chance to go over if we can double-check the transcripts

11    against the exhibits the government is citing.

12            THE COURT:  Okay.  But -- go ahead.

13            MS. HALLER:  I'm sorry, Your Honor, but if I may

14    address the Court on the issue of the transcripts.

15            THE COURT:  Not yet, not yet.

16            What about everybody else?  Does anybody else have

17    an objection or want more time?

18            MR. CRISP:  No, Your Honor.

19            THE COURT:  All right.

20            So I'll give you time.  Do you think you need --

21            Ms. Rakoczy, do you intend to want to show any of

22    this to the jury before you rest?

23            MS. RAKOCZY:  No, Your Honor, it's purely for the

24    record.

25            THE COURT:  Okay.

1          MS. RAKOCZY:  I think clearing up the record is

2     probably not essential to do in front of the jury, but to

3     the extent anything wasn't moved in, I think we need to do

4     that in front of the jury so I'd like to just briefly read

5     through the list so it's clear for the record.

6          THE COURT:  All right.

7          Well, I'll ask you, Ms. Haller, before we begin,

8     whether you've had enough time to look at these and are in a

9     position to lodge any objection or not.  If you think you

10    still then need time, then, you know, I'll ask everybody for

11    their consent to allow the government -- to have this moved

12    in even after the government's rested formally.

13         MS. HALLER:  Yes, Your Honor.  Thank you.

14         THE COURT:  So we'll take that up right before we

15    begin again.

16         In terms of the transcripts, I'm going to reserve

17    on that.  I need to look at the D.C. Circuit case law once

18    more.  I know I've been consistently telling the jury that

19    the transcripts are not the evidence.

20         It does remind me of an issue I'd like to raise

21    with you all, and I'm not asking for a response, which is,

22    you know, the typical practice here, and I think most

23    places, is not to send the actual trial transcripts back and

24    typically that's just a function of the fact that they don't

25    exist.  We have had daily transcripts made here for this

 1    trial so I want you all to think about whether we send the

 2    transcripts back or, or, tell the jury that if they wish to

 3    have portion of the transcripts read back to them they can

 4    make that request during their deliberations.

 5              MR. LINDER:  I can tell you my position right now

 6    is the latter.

 7              MR. CRISP:  Concur.

 8              MS. RAKOCZY:  The government's position would be

 9    that we should just wait, we should not tell -- we should

10    not offer it, we should not send them back both because --

11              THE COURT:  Well, I can't wait in the sense that

12    my instructions, the way they are typically written say, we

13    don't have transcripts, you're not going to get them so

14    don't ask for them.

15              MS. RAKOCZY:  Right.

16              We'll look to see if there is any applicable case

17    law.  We think there's sound for the fact that the

18    transcripts typically do not go back, that the jury's

19    recollection is best to control.

20              THE COURT:  Right.

21              MS. RAKOCZY:  It can be time consuming and a

22    distraction to pore through what is already 5,000 plus pages

23    of transcripts.  And so the government's perspective is that

24    you should stick to the instructions as they are written.

25              THE COURT:  Okay.  Well, what I'm hearing is that

```
 1   we shouldn't send everything back and that makes perfect
 2   sense, but whether we leave open the issue of at least
 3   signaling to them that if they want specific portions read
 4   back, to have the option to ask.  And I suspect it won't
 5   come up that often.
 6            MR. LINDER:  Your Honor, to weigh in on that, as
 7   going as we've all been through the transcripts during this
 8   trial, I have noticed a couple places where there's a word
 9   that didn't appear right or something like that.  We have to
10   all go through -- if we're going to send all it back, we
11   have to all go through and sign off on them.
12            THE COURT:  Fair enough.  If you want to read
13   something, we have to agree it's accurate.  It makes sense
14   no sense to send everything back.
15            All right.  We'll see everybody after lunch.
16            Thank you.
17            COURTROOM DEPUTY:  All rise.
18            The Court stands in recess.
19            (Recess taken from 12:23 p.m. to 1:15 p.m.)
20            COURTROOM DEPUTY:  All rise.
21            THE COURT:  Please be seated, everyone.
22            (Pause)
23            THE COURT:  All right.  We've got everybody back.
24            Okay.  Ms. Haller, any view on the transcript --
25   I'm sorry, not the transcripts, the exhibits that
```

1    Ms. Rakoczy had flagged last evening?

2              MS. HALLER:  Thank you, Your Honor.  I'm sorry to

3    say I'm not prepared yet to address the exhibits.

4              THE COURT:  Okay.

5              Ms. Rakoczy, are any of the exhibits -- I think I

6    asked, but are there any exhibits ones that you --

7              MS. RAKOCZY:  No, Your Honor.

8              THE COURT:  None that you wish to --

9              MS. RAKOCZY:  No, Your Honor.  We can do this --

10   we probably can do this by just filing something on the

11   record.  We probably don't need to do it in the presence of

12   the jury.

13             THE COURT:  Okay.

14             MS. RAKOCZY:  We'll be giving them an exhibit list

15   that will make clear what's admitted, and so I hope that

16   should clear up any issues if they have a difference of

17   recollection in their notes.

18             THE COURT:  Okay.

19             All right.  And then there's the issue of the

20   stipulation concerning the date of the grand jury.

21             MS. RAKOCZY:  Yes, Your Honor, there's a proposed

22   stipulation about the date the grand jury was impaneled, the

23   grand jury that investigated this matter and has returned

24   all of the indictments, I think four of the five defendants

25   have signed off on it, I just was waiting to hear back from

```
1    Ms. Haller.  I only raised the issue over the lunch break
2    because if the defense doesn't stipulate, we may be asking
3    for judicial notice of the date.
4              MS. HALLER:  Your Honor, my co-counsel objected
5    and I stand with my co-counsel, but he arrives at 3:00 p.m.
6    if we can address it or no?
7              THE COURT:  No.
8              MS. HALLER:  Okay.
9              Well, we do not oppose judicial notice of the
10   date.
11             And if the stipulation is just the date, we don't
12   object to that.
13             THE COURT:  Ms. Haller, the stipulation reads, "On
14   January 8th, the Federal Grand Jury in the
15   District of Columbia was impaneled and sworn in to
16   investigate the events that occurred on January 6th, 2021."
17             MS. HALLER:  I think the challenge is that the
18   grand jury -- for us to agree that they did investigate it
19   according to the allegations is in dispute.  There were
20   facts brought up at grand jury that are not currently part
21   of the case.
22             THE COURT:  The issue is when they were impaneled.
23             MS. HALLER:  Well, right, that's why I said we
24   don't dispute the date that they were impaneled.
25             THE COURT:  Okay.  So that -- and that's all the
```

1    stipulation is stating, they were impaneled and sworn to

2    investigate the events as of January 8th.  So is there any

3    objection or disagreement with that representation?

4              MS. HALLER:  So the superseding indictment was

5    issued January 12th, correct?

6              THE COURT:  That's 2022.  We're talking about when

7    the grand jury --

8              MS. HALLER:  Oh, was initially impaneled, I'm

9    sorry, Your Honor.

10             THE COURT:  Correct, January 8th of 2021.

11             MS. HALLER:  I guess -- I can't state an objection

12   at this time.

13             THE COURT:  Okay.  All right.

14             So you'll agree to the stipulation then?

15             MS. HALLER:  I have to, yes, Your Honor.

16             THE COURT:  Okay.  All right.

17             So we have a stipulation then.

18             MS. RAKOCZY:  Thank you, Your Honor.

19             THE COURT:  All right.  Anything else before we

20   bring our jurors in?

21             MS. RAKOCZY:  Not for the government, Your Honor.

22             MR. FISCHER:  No, Your Honor.

23             MR. LINDER:  No, sir.

24             (Pause)

25             COURTROOM DEPUTY:  Jury panel.

6432

```
 1                    (Jury entered the courtroom.)
 2               THE COURT:  All right.  Please be seated,
 3     everyone.  Welcome back, ladies and gentlemen, I hope you
 4     had a nice lunch break.
 5               Ms. Rakoczy.
 6               MS. RAKOCZY:  Thank you, Your Honor.  The
 7     government calls Special Agent John Moore.
 8               COURTROOM DEPUTY:  Please raise your right hand.
 9               (Witness is placed under oath.)
10               COURTROOM DEPUTY:   Thank you.
11               THE COURT:  All right.  Special Agent Moore,
12     welcome.
13               THE WITNESS:  Thank you, sir.
14               THE COURT:  Ms. Rakoczy, ready when you are.
15               MS. RAKOCZY:  Thank you, Your Honor.
16
17
18
19
20
21
22
23
24
25
```

```
 1                             - - -

 2    SA JOHN MOORE, WITNESS FOR THE GOVERNMENT, SWORN

 3                       DIRECT EXAMINATION

 4                             - - -

 5    BY MS. RAKOCZY:

 6         Q    Good afternoon, sir.

 7         A    Good afternoon, ma'am.

 8         Q    In a loud and clear voice, could you please

 9    introduce yourself to the ladies and gentlemen of the jury.

10         A    My name is Special Agent John Moore.

11         Q    And could you spell your name for the record.

12         A    J-o-h-n, M-o-o-r-e.

13         Q    Sir, where are you employed?

14         A    With the Federal Bureau of Investigation.

15         Q    How long have you worked there?

16         A    I've worked with the FBI for over six years.

17         Q    And what did you do before that?

18         A    Before the FBI, I was an active duty Army officer

19    for a little over six years.  I had about a four-year

20    private sector manufacturing management career while my FBI

21    application was processing, and then I've been working with

22    the FBI ever since.

23         Q    And as of January of 2021, what was your

24    assignment in the Bureau?

25         A    I worked for a domestic -- I worked on a domestic
```

1    terrorism squad in Dallas, Texas.

2        Q    And is that where you live most of the time

3    currently, absent this trial, Dallas, Texas?

4        A    I live in the Dallas area, yes.

5        Q    Okay.

6            Special Agent Moore, before we go too far into

7    your testimony here today, I am going to read a stipulation

8    into the record that the parties have reached.

9            And if we could just bring up on the screen

10   Government's Exhibit -- actually, you know what, we'll

11   just -- I'll just read into the record Government's

12   Exhibit 3005.

13           MS. RAKOCZY:  Could I have the Court's indulgence

14   for one moment, please.

15           (Pause)

16           MS. RAKOCZY:  Thank you for the Court's

17   indulgence.

18           And I misspoke.  I'm going to read into the record

19   Government's Exhibit 3004.

20           Ladies and gentlemen, this is a stipulation

21   regarding prior military service of certain individuals who

22   you've heard about during this trial.

23           "The parties agree and stipulate that Defendant

24   Elmer Stewart Rhodes served in the United States Army as a

25   paratrooper from June 1983 through November of 1989.

1              "Defendant Kenneth Harrelson served in the

2    United States Army as an allied trades specialist from

3    February of 2007 through December of 2011.

4              "Defendant Jessica Watkins served in the

5    United States Army as a paratrooper from April 2001 through

6    December of 2003.

7              "Defendant Thomas Caldwell served in the United

8    States Navy from May 1976 through August 1995.

9              "Edward Vallejo served in the United States Army

10   as a voice field radio operator from January 1977 to

11   February 1978.

12             "Joshua James served in the United States Army as

13   an infantryman from November 2005 to June 2008.

14             "William Todd Wilson served in the United States

15   Army as a cavalry scout from February 2004 through January

16   2009.

17             "And Jason Dolan served in the United States

18   Marine Corps from August 1995 to August 2014."

19   BY MS. RAKOCZY:

20        Q    Special Agent Moore, you mentioned that you are

21   assigned to the Dallas field office of the FBI;

22   is that correct?

23        A    That's correct.

24        Q    In the course of the last 18 months, at some point

25   did you become assigned to investigate certain cases

1   involved in the events at the Capitol on January 6th of

2   2021?

3        A    I did.

4        Q    Can you explain to the jury how did it come to be

5   that an agent based in Dallas was investigating some of the

6   cases coming out of what happened here in D.C. at the

7   Capitol?

8        A    It was kind of a unique situation.

9             The venue for the crime was Washington, D.C.;

10  however, several of the people that participated in that

11  crime lived all over the country.

12            So the way the Justice Department and FBI handled

13  that was the individuals were investigated by the FBI field

14  offices in the areas in which they lived, and -- while the

15  venue for the crimes and the people from the Washington

16  field office in the Justice Department in D.C. were also

17  involved in those cases.

18       Q    Were you assigned to investigate any particular

19  subjects connected to this investigation?

20       A    I was.

21       Q    Which ones?

22       A    Mr. Stewart Rhodes and then Ms. Kellye SoRelle.

23            THE COURT:  Special Agent Moore, can you just

24  bring your microphone a little bit closer to you.

25            THE WITNESS:  Yes, sir.

 1             THE COURT:  Thank you.

 2   BY MS. RAKOCZY:

 3        Q    Special Agent Moore, I'd like to focus your

 4   testimony here today on evidence that you gathered with

 5   respect to events after January 6th of 2021, okay?

 6        A    Okay.

 7        Q    In the course of your investigation, have you seen

 8   any evidence to suggest that Mr. Rhodes stopped using his

 9   cellular telephone in the days after January 6th of 2021?

10        A    I have.

11        Q    Let's talk about some of that evidence.  Have you

12   reviewed the data extracted from Stewart Rhodes' cellular

13   telephone?

14        A    I have.

15        Q    And specifically, have you looked at the Signal

16   messages and Signal group chats that were extracted from

17   that phone?

18        A    I have.

19        Q    And in the period of, say, around January 7th of

20   2021, did you notice any differences in the Signal message

21   usage of -- in Mr. Rhodes' phone?

22        A    Yes, I did.

23        Q    Can you explain that.

24        A    Yes, there was -- basically that he stopped using

25   Signal for a few days after January 7th.

1    Q    Have you reviewed cell site data from the data

2    associated with Mr. Rhodes' cellular telephone?

3    A    I have.

4    Q    And does that cell site data indicate anything

5    about whether there was a period of time where Mr. Rhodes

6    was not using his phone or his phone was not being actively

7    used?

8    A    It does.

9    Q    Could you explain that.

10    A    It -- kind of like Special Agent Banks told us

11    previously, there was a period of time where the phone

12    appeared to be turned off.

13    Q    Have you reviewed in the course of your

14    investigation any messages where other people discuss having

15    trouble getting in touch with Mr. Rhodes during this time

16    period?

17    A    I have.

18    Q    If we could bring up now just for the Special

19    Agent Government's Exhibit 9060, please.

20    Special Agent, do you see what is on the screen

21    here?

22    A    I do.

23    Q    If we could just page through the exhibit quickly

24    for the Special Agent.

25    Do you recognize these messages?

1       A    I do.

2       Q    Are these messages extracted from a cellular

3  telephone of one of the defendants in this case?

4       A    They are.

5       Q    Whose phone?

6       A    Jessica Watkins.

7       Q    Have you reviewed the data extracted from

8  Ms. Watkins' cellular telephone?

9       A    I have.

10       Q    And, now, that data doesn't look exactly like it

11  does in this exhibit, does it?

12       A    No, but the content is the same.

13       Q    Do these all appear to be fair and accurate

14  depictions of messages that you found in the extraction from

15  Ms. Watkins' cell phone?

16       A    Yes, they do.

17            MS. RAKOCZY:  At this point in time, Your Honor,

18  the government would seek to admit Exhibit 9060 into

19  evidence.

20            MR. BRIGHT:  No objection, Your Honor.

21            THE COURT:  Mr. Crisp?

22            MR. LINDER:  No objection.

23            MR. CRISP:  No, Your Honor.

24            THE COURT:  Okay.  9060 is admitted.

25                         (Government's Exhibit 9060
                               received into evidence.)

1              MS. RAKOCZY:  Thank you, Your Honor.

2              May we publish to the jury, please?

3              THE COURT:  You may.

4    BY MS. RAKOCZY:

5         Q    Special Agent Moore, who are the two parties who

6    we see exchanging messages in this exhibit?

7         A    It's Ms. Watkins and then -- so an Oath Keeper

8    named Holden Haney, who goes -- who is known to go by the

9    screen name Oath Keepers Dozer.

10        Q    And so when we see here this first message, it

11   says, "From Oath Keepers Dozer," did you write that, or did

12   that information come from somewhere else?

13        A    No.  That's how it showed up in the phone.

14        Q    Okay.

15             What date and time is this message from?

16        A    January 7th, 2021, at 4:29 Eastern -- p.m. Eastern

17   Time.

18        Q    Okay.

19             So on that date and at that time, what did

20   Oath Keepers Dozer say to Ms. Watkins?

21        A    He said, "What number do you have for Stewerie?"

22        Q    If we go to the next slide, what does he continue

23   to say?

24        A    "I've called for 2 days.  I want to talk to him to

25   make sure he has not been picked up."

1    Q    And if we can go to the next slide, what does he

2  say next?

3    A    "The number I have has been off for 2 days."

4    Q    Now, if we could continue to the next message, how

5  does Ms. Watkins respond?

6    A    She writes, "He hasn't been picked up.  He just

7  posted on Signal.  He's screening us."

8    Q    And in the next message, what else does she say?

9    A    "Or burner phone, in which case I have no number

10  for him."

11    Q    Are you familiar with what a burner phone is?

12    A    I am.

13    Q    Generally, what is it?

14    A    Generally it's a not attributable cellular

15  telephone that people purchase to have a number that's not

16  normally associated with them.

17    Q    In the course of your investigation, have you

18  found any evidence that suggests that Mr. Rhodes sometimes

19  utilized a burner phone?

20    A    Yes.

21    Q    Could you describe that, please.

22    A    In the course of the investigation looking at

23  multiple Signal chats, especially around this time, there is

24  evidence that Mr. Rhodes and others texted or Signal

25  messaged a burner phone number to other people, other

6442

```
 1   Oath Keepers.
 2             Also, they reference different burner phone
 3   numbers that he had at different cities at past
 4   Oath Keepers' events.
 5      Q    And on this message that we're looking at here,
 6   the fifth slide in Exhibit 9060, does Ms. Watkins suggest
 7   that there could be the possibility that Mr. Rhodes is using
 8   a burner phone?
 9      A    Yes.
10      Q    If we could go to the next slide, please.
11           How does Oath Keepers Dozer respond?
12      A    He says, "I need to verify he is okay.  I also
13   need to find out what our orders are next."
14      Q    Okay.  On the next slide, what does Mr. Dozer
15   continue?
16      A    He says, "Screening us, what do you mean?"
17      Q    And if we could look at the next page, does
18   Jess Watkins respond, "Not answering:  ..sending to voice
19   mail"?
20      A    She does.
21      Q    On the next message, how does Mr. Haney or
22   Oath Keepers Dozer respond?
23      A    "I called both the Louisville burner phone and the
24   number I have had for him for the past 5 months, no answer
25   to both."
```

6443

1      Q     And on the next message, what does Ms. Watkins

2    say?

3      A     "Must have a new number."

4      Q     And on the next message, how does Holden Haney

5    respond?

6      A     "It's been going to voice mail for 2 days."

7      Q     And on the next one, what does Mr. Haney ask of

8    Ms. Watkins here?

9      A     "Get me on the Signal chat."

10     Q     Okay.

11           And in the next message, what information has he

12    sent to Ms. Watkins?

13     A     It appears to be the contact information he has

14    for Mr. Rhodes and his phone.  It says, "3 percent founder

15    Stewart Oath Keeper."  And then the mobile phone number,

16    "1-406-291-6558".

17     Q     And on the next message, does Mr. Dozer ask

18    Ms. Watkins, "Is this still his number?"

19     A     He does.

20     Q     And on the next message, how does Ms. Watkins

21    respond?

22     A     "That's the number I have.  No response either."

23     Q     Okay.

24           Have you seen additional messages that suggest

25    some information about whether Mr. Rhodes was out of

1    communication during this time period?

2        A    I have.

3        Q    Before we get to that next series of exhibits, I'm

4    going to read another stipulation into the record.

5            MS. RAKOCZY:  And, Your Honor, at this point in

6    time, the government would move Government's Exhibit 3000.G,

7    this stipulation regarding physical evidence, into evidence.

8    And we would read it to the jury.

9            "Ladies and gentlemen, the parties agree that on

10   September 7th of 2021, the FBI collected the following item

11   of evidence from Kellye SoRelle:  Exhibit No. 54, for a

12   subject named Kellye SoRelle, one Apple iPhone model A2161

13   with an IMEI number," that is listed on the stipulation.

14           "And the parties agree that forensic examiners

15   from FBI CART connected the cellular telephone labeled

16   Government's Exhibit 54 to an exam machine and used data

17   extraction tools to extract data from the phone," in a way

18   that you have been read in similar stipulations.

19           If we could now put on the screen just for Special

20   Agent Moore Government's Exhibit 9061.

21   BY MS. RAKOCZY:

22       Q    Special Agent -- and if we could page through the

23   exhibit briefly.

24           Do you recognize this exhibit?

25       A    I do.

1      Q     And what is this?

2      A     It is a Signal message posted by Kellye SoRelle to

3  the Oath Keepers "Old Leadership" chat.

4      Q     Okay.

5            And have you reviewed the data that was extracted

6  from Kellye SoRelle's cellular telephone?

7      A     I have.

8      Q     And do these messages represented here appear to

9  be fair and accurate copies of messages extracted from

10 Ms. SoRelle's cellular telephone?

11     A     They do.

12           MS. RAKOCZY:  At this point in time, Your Honor,

13 the government would seek to move Exhibit 9061 into

14 evidence.

15           MR. BRIGHT:  Subject to prior objection.

16           THE COURT:  9061 is admitted.

17           MS. RAKOCZY:  Thank you.

18                                    (Government's Exhibit 9061
                                        received into evidence.)
19

20           MS. RAKOCZY:  If we could publish the first page

21 of this exhibit now to the jury.

22 BY MS. RAKOCZY:

23     Q     Special Agent Moore, could you tell us what we're

24 looking at here.

25     A     We're looking at a message Ms. SoRelle posted to

```
 1    the "Old Leadership" chat on Signal that we've extracted
 2    from her phone.
 3        Q    Okay.
 4             And could you tell us the date and time of this
 5    message?
 6        A    January 8th, 2021, at 11:16 a.m., Eastern Time.
 7        Q    And could you read the message sent from
 8    Ms. SoRelle's phone, please?
 9        A    "Message from Stewart:  My cell is down.  Will be
10    back up soon.  Can't be avoided for now.  Stand firm.  Do
11    not go off half-cocked.  There is still a chance Trump will
12    act as Commander in Chief.  I am working with others to make
13    that a reality.  It does zero good for anyone to initiate
14    force at this time.  So sit tight.
15             "Do prepare yourselves, your gear, your teams, and
16    above all your community.  Whatever Trump decides to do, you
17    will need to be ready."
18        Q    Now, this message was sent to something called the
19    "Old Leadership" chat; is that correct?
20        A    That's correct.
21        Q    If we could bring up what's been previously
22    admitted into evidence as Government's Exhibit 1555 and go
23    to the third page of this slide.
24             Special Agent Moore, are you familiar with whether
25    the "Old Leadership" chat previously went by another name?
```

1       A     I am.

2       Q     What was that name?

3       A     The "Leadership Intel Sharing Secured" chat.

4       Q     Okay.

5             And at least as of January 6th of 2021, does this

6   exhibit here fairly and accurately depict some of the

7   participants who were in that chat?

8       A     It does.

9       Q     And could you remind us or read to us who some of

10  those participants were?

11      A     Stewart Rhodes, Kelly Meggs, Jessica Watkins,

12  Kellye SoRelle, Joshua James, Paul Stamey, and Doug Smith.

13      Q     Thank you.  We can take that exhibit down, please.

14            And if we could go back to 9061, the first page of

15  that exhibit.

16            Can you remind us again when Ms. SoRelle is

17  sending this message?

18      A     On January 8th, 2021.

19      Q     Okay.  If we could go back now to 9060, I believe

20  we left off on slide 15.

21            Going to the next slide here, slide 16, on the

22  afternoon of the 7th, the day before that message from

23  Ms. SoRelle, what does Mr. Haney go on to say?

24      A     "Fuck, I'm on the national chat now."

25      Q     And in the next slide, what does he say next?

```
 1      A     "I have a couple people working on locating him.
 2  When is the last time you talked to him?"
 3      Q     How does Ms. Watkins respond?
 4      A     "He posted recently.  Stand by."
 5      Q     What does Mr. Haney or Mr. Dozer say next?
 6      A     "10-4."
 7      Q     And then how does Ms. Watkins respond after that?
 8      A     "Last night at 8:00 p.m. might need to check in on
 9  him."
10      Q     Okay.
11            So here it seems like the last time Ms. Watkins
12  has heard from him is 8:00 on the 6th; is that fair to say?
13      A     That's fair.
14      Q     Okay.
15            If we could go back to 9061, please.
16            And go to page 3 of this exhibit.
17            Continuing now on these messages from the morning
18  of January 8, does Ms. SoRelle's phone send another message?
19      A     It does.
20      Q     What is that message?
21      A     "ALLCON from Stewart.  Stop chatter and listen."
22      Q     And have you any information from your
23  investigation about whether Ms. SoRelle is with Mr. Rhodes
24  at this time?
25      A     I do.
```

6449

```
 1        Q    And if we could talk specifically about some of

 2   the cell site data reviewed, is there anything from that

 3   cell site data that suggests that the two were together?

 4        A    It does.

 5        Q    Could we bring up on the screen, please, what was

 6   admitted this morning as Exhibit 9001.

 7             Do you recognize what we are looking at here,

 8   Special Agent Moore?

 9        A    I do.

10        Q    And on January 7th of 2021, in the evening around

11   7:19 p.m., is there information on this exhibit to suggest

12   where Mr. Rhodes' phone was pinged?

13        A    There is.

14        Q    Could you circle that spot, please.

15        A    (Witness complied.)

16        Q    And for the record, you've just circled the

17   location that is -- a location that is sort of near the

18   border between Tennessee and Kentucky; is that correct?

19        A    That's correct.

20        Q    A little bit northeast of Knoxville, a little bit

21   north of Asheville, North Carolina, is that about right?

22        A    That's right.

23        Q    Okay.

24             And if we can now go to the next page of this

25   exhibit, does this suggest some information about where
```

6450

1    Ms. SoRelle's phone was passing through?

2         A    It does.

3         Q    And could you circle where Ms. SoRelle's phone was

4    pinging off of towers around that time period of the evening

5    of the 7th into the morning of the 8th of 2021?

6         A    (Witness complied.)

7         Q    And, for the record, you've circled here an area

8    again near hat border between Tennessee and Kentucky; is

9    that right?

10        A    Yes, ma'am.

11        Q    Okay.

12             Thank you.  If we could take that exhibit down

13   now.

14             Could we please go back to Government's Exhibit

15   9061.

16             All right.  If we could continue to the next page,

17   please, do we see another message on Ms. SoRelle's phone?

18        A    We do.

19        Q    What does this one say?

20        A    "This is Stewart.  So you see this message."

21        Q    Okay.

22             If we could go to the next message, please.

23             What does this message say?

24        A    "From Stewart part 2.  Do not chatter about any OK

25   members doing anything at capital.  Stop the chatter.

6451

```
1    I told you before that anything you say can and will be used
2    against you.  Apparently that wasn't strongly worded enough
3    for some to get the message."
4        Q    Can you continue reading on the next slide.
5        A    "So let me say it like this:  Clam up.  Do not say
6    a damn thing."
7        Q    If we can continue to the next message, please.
8             And now, this is still in the 11:00 hour on
9    January 8th; is that right?
10       A    That's correct.
11       Q    Okay.
12            Is there another message that says "From Stewart"?
13       A    There is.
14       Q    What does this message say?
15       A    "From Stewart:  We are still in the twilight
16   before open conflict.  In this environment 'law fare' by the
17   black hats is a very real threat.  They will be coming after
18   anyone they can identify as being in the building.  Do not
19   make it easier for them.  Make them do their own work."
20       Q    And if we continue to next page, now here a few
21   minutes later, is there another message that says
22   "Stewart:"?
23       A    There is.
24       Q    What does this message say?
25       A    "Stewart:  Let me finish this point:  Do not chat
```

1    about Oath Keepers members allegedly doing anything at the

2    Capitol.  Go dark on that.  Do not discuss.  That's what I

3    would advise any criminal defense client to anyone who is at

4    risk of being accused and indicted."

5         Q    Does the message continue?

6         A    It does.

7         Q    If you could keep reading, please.

8         A    "Let me put it in infantry speak:  Shut the fuck

9    up.  Do not discuss who did what.  Go silent.  Coms

10   discipline.  Don't write AARs, don't do verbal AARs, don't

11   chat with your buddies.  Or your team.  Clam up."

12        Q    And on the next message, please, at 11:51 a.m. on

13   the 8th is there another message that says "Stewart:"?

14        A    There is.

15        Q    What does this message say?

16        A    "Stewart:  You all need to delete any of your

17   comments regarding who did what.  You are under zero

18   obligation to leave them up.  You/we have not yet gotten a

19   preservation order instructing us to retain those chat

20   comments.  So delete them."

21        Q    And if we continue to the next page, please, does

22   the message continue here?

23        A    It does.

24        Q    What does it say?

25        A    "I can't delete them because this is a legacy

6453

```
 1    Signal chat that doesn't let me delete comments.  Only the
 2    comment author can delete a comment.  So get busy.
 3              "Delete your self-incriminating comments or those
 4    that can incriminate others."
 5         Q    And finally on the next page, what does this
 6    message say?
 7         A    "Start now.  Each of you go back to before the
 8    event and scroll forward and hunt down any comment you made
 9    that can be used against you, other Oath Keepers, or the org
10    and delete them.  And especially AARs and war stories.  Kill
11    them.  Do it now."
12         Q    Special Agent Moore, did you find any evidence in
13    the course of your investigation that suggested that others
14    saw and took action in response to those messages?
15         A    I did.
16         Q    If we could bring up on the screen now just for
17    the Special Agent, Government's Exhibit 9066, please.
18              And page through for the Special Agent, please.
19              Do you recognize this exhibit?
20         A    I do.
21         Q    Are these additional Signal messages?
22         A    They are.
23         Q    Whose cellular telephone were these messages
24    extracted from?
25         A    Joshua James' phone.
```

1    Q    Have you reviewed the data extracted from Joshua

2  James' phone?

3    A    I have.

4    Q    Does this exhibit fairly and accurately depict

5  messages extracted from his phone?

6    A    It does.

7         MS. RAKOCZY:  At this point in time, Your Honor,

8  the government would seek to admit Government's Exhibit 9066

9  into evidence.

10         MR. BRIGHT:  No objection.

11         THE COURT:  9066 will be admitted.

12                              (Government's Exhibit 9066
                                 received into evidence.)
13

14  BY MS. RAKOCZY:

15    Q    And my colleague, Mr. Nestler, is going to help us

16  put back on to the easel there Government's Exhibit 1530

17  just for the record.

18         So, Special Agent Moore, these messages are

19  between someone named Joshua James and Mark Grods;

20  is that correct?

21    A    That's correct.

22    Q    And were those messages extracted from Mr. James'

23  cellular telephone?

24    A    They were.

25    Q    Okay.

1          And when these messages were extracted, was there

2     an issue that required the Signal messages to be screenshot

3     rather than pulled out like some other messages?

4          A    There was.

5          Q    Okay.

6          And so what we're seeing here in the first message

7     here on the screen is this such a screenshot that was taken

8     of the Signal messages from Mr. James' phone?

9          A    That's right.

10         Q    Okay.

11         Before we talk about the content of this message,

12     can you remind us who Joshua James was?

13         A    Joshua James was an Oath Keeper from Alabama, the

14     leader of the Alabama contingent.

15         Q    And if you could look at the board here,

16     Government's Exhibit 1530 and you can stand to look, can you

17     point out if you see where Joshua James is on this exhibit.

18         A    (Witness complied.)

19         Q    And you've pointed to the first person listed

20     under the purple column that says "Stack 2";

21     is that correct?

22         A    That's correct.

23         Q    Okay.

24         Are you aware of who Mark Grods it is?

25         A    I am.

1      Q      Who is Mark Grods?

2      A      He is also an Alabama Oath Keepers.

3      Q      And was he also part of Stack 2?

4      A      He was.

5      Q      Could you point him out on the chart, please.

6      A      (Witness complied.)

7      Q      And you just pointed to somebody also in that

8  Stack 2 column at the bottom left of that column;

9  is that correct?

10     A      That's correct.

11     Q      Okay.  Thank you, sir.  You can sit down.

12            MS. RAKOCZY:  At this point in time before we

13  proceed with these messages, the government would like to

14  move into evidence Government's Exhibit 3005.  This is a

15  stipulation among the parties about the Signal monikers and

16  phone numbers that were utilized by certain defendants and

17  subjects of this investigation during the course of the time

18  period November of 2020 through December of -- I'm sorry,

19  through January of 2021.

20            And so we would move that into evidence.

21            THE COURT:  Sure.

22            3000 what, sorry?

23            MS. RAKOCZY:  3005.

24            THE COURT:  Okay.

25                              (Government's Exhibit 3005
                                received into evidence.)

6457

1          MS. RAKOCZY:  And we're not going to read this

2    entire thing, but this will be in evidence for the jury.

3    BY MS. RAKOCZY:

4        Q    Okay.  Turning back now to Government's Exhibit

5    9066, if we could zoom in on this message --

6              Actually, could we first, and I apologize,

7    Ms. Rohde, could we zoom in on the top there, the header.

8              Special Agent Moore, what group chat was this

9    Signal message from?

10       A    The "Leadership Intel Sharing Secured" chat.

11       Q    And remind us, what was the other name that this

12    chat went by?

13       A    The "Old Leadership" chat.

14       Q    Okay.  If we could take that down then.

15              Could we now, please, zoom in on the message.

16              And if you look at this message, you don't have to

17    read it again, but does this seem familiar to you from

18    something that you read out loud a few minutes ago?

19       A    It does.  It appears to be the same message.

20       Q    Okay.

21              If you could take that down.

22              What time is on this message here on Mr. James'

23    phone?

24       A    11:29 a.m. on January 8th, 2021.

25       Q    And the prior messages that we were reading

6458

1    Ms. SoRelle was sending these messages to the

2    "Old Leadership" chat or "Leadership Intel Sharing Secured,"

3    was that also in generally the 11:00 to 12:00 hour on the

4    morning of January 8th?

5        A    It was.

6        Q    What does it appear that Mr. James is doing here

7    with this message towards Mr. Grods?

8        A    It appears he's sharing it with Mr. Grods.

9        Q    If we could turn to the next slide, please.

10            Does Mr. James then send to message to Mr. Grods?

11       A    He does.

12       Q    What does he say?

13       A    "We need to make sure that all Signal comms about

14   the op has been deleted and burned."

15       Q    And on the next slide, how does Mr. Grods respond?

16       A    "Does leaving the group delete them?"

17       Q    And on the next page, does Mr. James say, "No,

18   just press and hold to get trash bin icon and delete

19   messages .. just taking all necessary precautions is all"?

20       A    He does.

21       Q    If we could turn to the next message, please, what

22   does Mr. Grods say next?

23       A    "I will be drunk for the couple of days for sure.

24   Above .. done."

25       Q    And on the next message, now on January 8th at

1    5:43 p.m., does Mr. James send another message to Mr. Grods?

2        A    He does.

3        Q    What does he say?

4        A    "I'm with SR, he's in bama."

5        Q    Okay.  And have you reviewed the cellular cell

6    site data from Ms. SoRelle's phone around this time?

7        A    I have.

8        Q    And have you also reviewed the cell site data for

9    Mr. Rhodes' phone around this time?

10       A    I have.

11       Q    Now, Mr. Rhodes' phone, is that showing cell site

12   data around January 8th?

13       A    No.

14       Q    How about Ms. SoRelle's phone, does that show cell

15   site data?

16       A    It does.

17       Q    And is that data consistent with her being

18   anywhere near Alabama?

19       A    It does.

20       Q    Okay.

21            What does -- so in the next message, if we could,

22   please, does Mr. Grods respond?

23       A    He does but the content was deleted.

24       Q    Okay.

25            Could we look at the next message, please.

1          What does Mr. James say next?

2     A    "I need to call you."

3     Q    And what does he say in the next message?

4     A    "I have to go to Texas .. another national call to

5     action."

6     Q    Okay.

7          And in the message after that, what does he say

8     next?

9     A    "Taking all available weapons.  Can I use your

10    Mossberg?"

11    Q    Special Agent Moore, are you familiar with what a

12    Mossberg is?

13    A    I am.

14    Q    What is it?

15    A    It's a firearms manufacturer.  It specializes in

16    shotguns, but they also make rifles, and I believe now some

17    pistols.

18    Q    Thank you.  Could we take that exhibit down,

19    please.

20         Special Agent Moore, in the course of your

21    investigation, have you seen any Signal or text messages to

22    suggest that anyone else was called to Texas during this

23    time period?

24    A    I have.

25    Q    If we could show just the Special Agent Exhibit

1    9064, please.

2                Do you recognize this exhibit?

3       A    I do.

4       Q    And is this a Signal message?

5       A    It is.

6       Q    Whose cell phone does this come from?

7       A    Ms. SoRelle's.

8       Q    Is this a fair and accurate depiction of a message

9    extracted from Ms. SoRelle's phone?

10      A    It is.

11              MS. RAKOCZY:  Your Honor, we would seek to move

12   into evidence Government's Exhibit 9064, just one page.

13              MR. BRIGHT:  No objection, Your Honor.

14              THE COURT:  9064 is admitted.

15                              (Government's Exhibit 9064
                                    received into evidence.)
16

17              MS. RAKOCZY:  Thank you, Your Honor.

18   BY MS. RAKOCZY:

19      Q    Special Agent Moore -- if we could now publish to

20   jury, please, as well -- when is this message sent?

21      A    On January 7th, 2021, at 7:27 p.m. Eastern Time.

22      Q    And who is it from?

23      A    It's from Kellye SoRelle.

24      Q    Who is it to?

25      A    It's to Michael Greene.

6462

1      Q    And how is Michael Greene saved in Ms. SoRelle's
2  phone?
3      A    Whip.
4      Q    Are you aware of Mr. Greene using or people
5  calling him by that nickname?
6      A    I am.
7      Q    Okay.  On January 7th at about 7:30 p.m., what
8  does Ms. SoRelle say to Whip or Michael Greene?
9      A    "May need to come to Texas."
10      Q    Okay.
11           While we were talking about Mr. Greene or Whip,
12  are you aware of whether Michael Greene has gone by any
13  other names?
14      A    I am.
15      Q    And could you tell us what that is?
16      A    I --
17      Q    Let me ask you this.
18      A    -- yes.
19      Q    Earlier today, did you hear the testimony of
20  Special Agent Jenny Banks?
21      A    I did.
22      Q    Did you hear her discuss a phone call that was
23  last made by Mr. Rhodes' phone to somebody named Michael
24  Simmons?
25      A    I did.

6463

1          Q     And have you reviewed or discussed with others on

2    this case the cell site returns for that phone number for

3    Michael Simmons?

4          A     I have.

5          Q     And are you aware of whether Michael Simmons goes

6    by any other names?

7          A     I am.  He goes by Michael Greene.

8          Q     If we could take this exhibit down now, I'd like

9    to bring up next for just the Special Agent, Government's

10   Exhibit 9065, please.

11              And if we could page through this exhibit for the

12   Special Agent.

13              Do you recognize what we're seeing in Exhibit

14   9065?

15         A     I do.

16         Q     And what are these?

17         A     These are Signal messages between Mr. Rhodes,

18   Mr. Vallejo, Mr. Ed Vallejo, and Mr. Todd Kandaris.

19         Q     Okay.

20              Could you remind us on the board who Ed Vallejo

21   and Todd Kandaris are?

22         A     They are members of the Arizona Oath Keepers.

23         Q     Do we see them on Exhibit 1530?

24         A     We do.

25         Q     Can you point them out, please.

6464

```
 1        A    (Witness complied.)

 2             This is Mr. Vallejo and Mr. Kandaris.

 3        Q    Thank you, Special Agent Moore.

 4             And just for the record, you just pointed under

 5   the column that's labeled "Quick Reaction Force," is that

 6   what it says at the top?

 7        A    That's correct.

 8        Q    Okay.  Thank you very much.  You can have a seat

 9   again.

10             These messages that we see here in 9065, whose

11   cell phone were they extracted from?

12        A    From Mr. Rhodes'.

13        Q    Are they fair and accurate depictions of messages

14   that were extracted from Mr. Rhodes' phone?

15        A    They are.

16             MS. RAKOCZY:  At this point in time, Your Honor,

17   the government would seek to move into evidence Government's

18   Exhibit 9065.

19             MR. BRIGHT:  No objection.

20             THE COURT:  All right.  9065 is admitted.

21                                  (Government's Exhibit 9065
                                        received into evidence.)
22

23             MS. RAKOCZY:  If we could publish for the jury,

24   please, beginning with the first page of the exhibit.

25
```

```
 1   BY MS. RAKOCZY:
 2        Q    Now, on January 11th of 2021, does it appear that
 3   Mr. Rhodes is using his cell phone again?
 4        A    It does.
 5        Q    Okay.
 6             And this is about 3:00 in the afternoon; is that
 7   right?
 8        A    That's correct.
 9        Q    Now, what does he say on January 11th at that time
10   to Mr. Edward Vallejo?
11        A    "Ed, what's your 20?"
12        Q    Could we look at the next message, please.
13             Does he ask another question?
14        A    He does.
15        Q    What does he ask?
16        A    "You in Texas?"
17        Q    Could we look at the next message, please.
18             What does Mr. Vallejo respond?
19        A    "Just departed Texarkana."
20        Q    Where is Texarkana?
21        A    It is a city on the Texas and Arkansas border,
22   also very close to Louisiana, hence the name borrowing from
23   all three states, Texarkana.
24        Q    Okay.  If we could go to the next slide, please.
25             Does Mr. Vallejo write something else to
```

6466

Mr. Rhodes?

A    He does.

Q    What does he say?

A    "Got held up there waiting for a trailer tire."

Q    And in the next message, what does Mr. Vallejo
send next?

A    "SB on 30."

Q    And do you know whether there's any roads that
relate to this slide?

A    Yes, he's likely referring to Interstate 30.

Q    Is that a road that travels near Texarkana?

A    It is, it's an east/west road coming out of that
area.

Q    Okay.  If we could look at the next message,
please.

How does Mr. Rhodes respond to Mr. Vallejo?

A    "No sweat.  I'm delayed as well.  Won't be there
till tomorrow."

Q    Could we turn to the next message, please.

Does Mr. Rhodes describe his location?

A    He does.

Q    What does he say?

A    "I'm up in Fort Worth area."

Q    And in the next message, how does Mr. Vallejo
respond?

```
1        A    "CU there."

2        Q    Could we turn to the next message, please.

3             Does Mr. Vallejo offer some other information?

4        A    He does.

5        Q    What does he say?

6        A    "Godspeed sir," with the praying hands emoji.

7        Q    And in the next message, what does Mr. Vallejo

8    then say a little bit later?

9        A    "We're on CB 19."

10       Q    Are you aware of what CB 19 is?

11       A    I believe it's referring to a CB radio frequency.

12       Q    What's a CB radio?

13       A    It is a point-to-point communications platform

14   traditionally used by over-the-road truckers.

15       Q    If we could look at the next message, please.

16            How does Mr. Rhodes respond?

17       A    With a thumbs-up emoji.

18       Q    Okay.

19            In the next message at about 2:45 a.m. on

20   January 12th, what does Mr. Vallejo say to Mr. Rhodes?

21       A    "We have arrived at the courthouse."

22       Q    Okay.  Do you know which courthouse he is talking

23   about?

24       A    I believe he's referring to the courthouse in

25   Junction, Texas.
```

1    Q    What is that based on?

2    A    Based on cell site data for where Mr. Vallejo was

3  at that time.

4    Q    Okay.

5         Could you turn to the next slide, please.

6         Now, the next morning, 9:55 a.m. on the 12th, what

7  does Mr. Vallejo say next?

8    A    He says, "Good morning.  Are we pitching tent on

9  courthouse lawn or do you have a bivouac location for us

10  yet, sir?"

11    Q    In the next message, who is this message from?

12    A    Todd Kandaris.

13    Q    And is this also the morning or early afternoon of

14  January 12th?

15    A    It is.

16    Q    How does -- what does Mr. Kandaris say to

17  Mr. Rhodes?

18    A    "Hi, Stewart.  I'm sure you're busy but wanted to

19  let you know that Ed and I are here at Isaacks Restaurant in

20  Junction.  We are excited to learn next steps and would like

21  to know what we should be doing right now."

22    Q    So does Mr. Kandaris also reference here something

23  about being in Junction?

24    A    He does.

25    Q    In the next message, what do we see?

1      A     We see Mr. Vallejo messaging Mr. Rhodes saying,

2  "Arizona is home safe."

3      Q     Okay.

4            So based on these messages, does it appear that

5  Mr. Vallejo and Mr. Kandaris were able to meet up with

6  Mr. Rhodes?

7      A     It appears they did not meet up.

8      Q     Okay.

9            Are you aware of whether there were other means

10  that they could have used to communicate around this time?

11      A     Yes.

12      Q     Okay.  But you don't see any Signal messages --

13  any further Signal messages among those parties; is that

14  right?

15      A     That's correct.

16      Q     Okay.

17            Let's go back to discussing Mr. Joshua James.  We

18  were just reading -- and we could take that exhibit down

19  please -- we were just reading some messages where Mr. James

20  was indicating that he was going to Texas, that's what he

21  told Mr. Grods.  Do you recall those messages?

22      A     I do.

23      Q     Have you seen any evidence in your investigation

24  that Mr. James did, in fact, go to Texas?

25      A     I have.

1    Q    Can you describe that evidence?

2    A    I've seen cell site data that shows Mr. James

3    drove to Texas.

4         I've also seen from the extraction of his phone

5    that he had done multiple Waze searches or navigational

6    searches for addresses in Texas.

7    Q    Have you also seen any photographs that suggest

8    that Mr. James went to Texas?

9    A    I have.

10   Q    Could we bring up just for the Special Agent,

11   please, Government's Exhibits 9067, 9068, 9069, and 9070.

12        We've just shown you those four photographs,

13   Special Agent Moore.  Do you recognize these photographs?

14   A    I do.

15   Q    And do you know where they came from?

16   A    They came from Mr. James' phone.

17   Q    Do these appear to be fair and accurate copies of

18   photographs extracted from Mr. Joshua James' cell phone?

19   A    They do.

20        MS. RAKOCZY:  At this point in time, Your Honor,

21   the government would seek to admit Government's Exhibits

22   9067 through 9070 into evidence.

23        THE COURT:  All right.  So 9067 to 70 are

24   admitted.

25        MS. RAKOCZY:  Thank you, Your Honor.

1                       (Government's Exhibits 9067 through 9070
                                received into evidence.)

2

3    BY MS. RAKOCZY:

4        Q    Could we please publish 9067 first to the jury.

5             Special Agent Moore, do you recognize the people

6    in this photograph?

7        A    I do.

8        Q    Could you describe them.

9        A    The bald man on the left side of the photograph as

10   you're looking at it is Mr. Steve Vanderbol.  And then the

11   gentleman with the dark hair and beard on the right side of

12   the photograph is Mr. Joshua James.

13       Q    You mentioned a name Steve Vanderbol; is that

14   right?

15       A    That's correct.

16       Q    How would you spell that?

17       A    First name Steve, S-t-e-v-e, and I believe that is

18   it, it's not Steven.  Last name Vanderbol,

19   V-a-n-d-e-r-b-o-l.

20       Q    Have you ever met Mr. Vanderbol?

21       A    I have.

22       Q    And have you ever been to his home?

23       A    I have.

24       Q    Have you been inside of it?

25       A    I have.

1      Q     In this photograph, can you tell anything about

2  where these individuals are located?

3      A     They appear to be in the kitchen/living room of

4  Mr. Vanderbol's townhome.

5      Q     Without giving us a precise address, where roughly

6  does Mr. Vanderbol live?

7      A     In a North Texas suburb.

8      Q     And these photographs, this Exhibit 9067 and the

9  other three that we're about to look at, did you review any

10  metadata from these photographs that were extracted from

11  Mr. James' phone?

12      A     I did.

13      Q     Did that metadata tell you anything about when the

14  photographs were created on the phone?

15      A     It did.

16      Q     What did that tell you?

17      A     They were created between January 11th and January

18  20th, which is the time that we know Mr. James to have been

19  in Texas based on his cell site data.

20      Q     And is that in the year 2021?

21      A     Yes.

22      Q     Let's turn to 9068, please.

23          Do you recognize who's in this photograph?

24      A     I do.

25      Q     Who's that?

1        A     That's Joshua James.

2        Q     These are fairly nondescript walls, but does this

3   room look familiar to you at all?

4        A     It, definitely, in my memory, fits the decor of

5   Mr. Vanderbol's townhome.

6        Q     Could we bring up 9070, please.

7              I'm sorry, 9069, actually.

8              Do you recognize the individuals depicted in this

9   photograph?

10       A     I recognize two of the individuals.

11       Q     Who do you recognize?

12       A     The gentleman on the left as you're facing the

13   picture with the black ball cap and beard is Joshua James.

14   The gentleman in the middle with the eye patch is

15   Mr. Stewart Rhodes.  And I do not recognize the shirtless

16   man on the right.

17       Q     Okay.

18             If we could turn now to 9070, do you recognize

19   what's depicted in this photograph?

20       A     I do.

21       Q     What do you see here?

22       A     The gentleman in the picture appears to be

23   Mr. Stewart Rhodes and appears to be a room full of gun

24   cases, guns, and suitcases.

25       Q     Could you circle on the screen what appears to you

```
 1    to be gun cases?

 2         A    Yes, ma'am.

 3              (Witness complied.)

 4         Q    And just for the record, you've circled on the bed

 5    a black or gray case.  And then on the floor towards the

 6    right side of the picture, a tannish colored case; is that

 7    right?

 8         A    That's correct.

 9         Q    Have you seen gun cases in your life?

10         A    I have.

11         Q    Have you seen them in your professional capacity?

12         A    I have.

13         Q    Have you seen them in your personal capacity?

14         A    I have.

15         Q    If we could go back to Government's Exhibit 9067,

16    please.  Actually, sorry, before that, 9068, please.

17              Do you see any gun cases in this photograph?

18         A    I do.

19         Q    Could you circle what you see as a gun case?

20         A    (Witness complied.)

21         Q    For the record, you've just circled a tannish or

22    light brown gun case that appears to be stacked vertically

23    in the corner in sort of the direct center of the

24    photograph; is that right?

25         A    That's correct.
```

1        Q        Okay.

2                 And now if we could turn to 9067, please.

3                 Do you see any guns or what appears to be a gun in

4    this exhibit?

5        A        I do.

6        Q        Could you circle it, please.

7        A        (Witness complied.)

8        Q        For the record, you've just circled what appears

9    to be a gun inside of a case on the kitchen island in this

10   photograph; is that right?

11       A        That's correct.

12       Q        Okay.

13                Special Agent Moore, in the course of this

14   investigation, did the FBI recover any firearms that look

15   very similar to this firearm depicted here on the kitchen

16   island?

17       A        We did.

18       Q        From where?

19       A        From Joshua James' storage unit in Alabama.

20                MS. RAKOCZY:  At this point in time, Your Honor,

21   the government would like to continue to read from a

22   stipulation that the parties have entered into, which

23   I believe has been moved into evidence, although if it

24   hasn't, I will move it in again as Government's Exhibit

25   3000.G, a stipulation regarding physical evidence.

6476

1              "Ladies and gentlemen, on October 13th of 2021,

2    the FBI collected the following item of evidence from a

3    storage unit belonging to Joshua James.

4              "Government's Exhibit 94, one Aero Precision

5    AR-15, Model X15, with serial number AR-34102."

6              At this point in time Your Honor, the government

7    would move Government's Exhibit 94 into evidence, which we

8    have in court and will also publish to the defense now so

9    that they can see it.

10             THE COURT:  Any objections to government 94?

11             MR. LINDER:  No objection.

12             THE COURT:  All right.  Government 94 will be

13   admitted and can be shown to the jury.

14                                  (Government's Exhibit 94
                                       received into evidence.)
15

16             MS. RAKOCZY:  If the defense would like to see it,

17   the agency brought it over.

18             Now we will bring it up to Special Agent Moore.

19   May we publish to the jury?

20             THE COURT:  You may.  It's already admitted.

21   BY MS. RAKOCZY:

22       Q    Special Agent Moore, is there anything on this

23   firearm in particular that is similar to the firearm that we

24   also see on the screen in 907 -- 9067?

25       A    There is.

6477

1        Q    Could you describe that for the jury, please.

2        A    Yes, the tan bipod on the bottom of the rifle

3   looks similar, as does the optic that Agent Palian is

4   holding, but that in the picture is mounted on the top rail.

5        Q    Okay.

6             And just for the record, there are two agents

7   holding -- one holding the weapon and one holding what you

8   described as a bipod; is that right?

9        A    That's correct.

10       Q    Okay.

11            I'm sorry, not a bipod?

12       A    I'm sorry.

13       Q    What is Special Agent Palian holding?

14       A    Palian is holding an optic or a scope that is

15   similar to the one in the depicted firearm and then --

16       Q    Could you point to what you're referring to when

17   you say the bipod?

18       A    Absolutely.

19       Q    Okay.  And you've just pointed to something under

20   the front of the barrel; is that fair to say?

21       A    That's correct.

22       Q    Okay.

23            Thank you very much.  We can take those exhibits

24   back, please.

25            Special Agent Moore, have you done any

6478

```
1    investigating into the serial number on that weapon that we
2    just looked at, Government's Exhibit 94, to learn about who
3    the original purchaser of that gun is?
4         A    I have.
5         Q    Was?
6              Can you tell us, is there a way to look up
7    anything about the manufacturing or original ownership of
8    firearms in this country?
9         A    There is.
10        Q    Is there a government agency that stores such
11   data?
12        A    There is.
13        Q    What is the name of that agency?
14        A    The Bureau of Alcohol Tobacco and Firearms, or
15   ATF.
16        Q    And what kind of records do they maintain?
17        A    They maintain trace records, or what is commonly
18   referred to as a trace, of firearms by serial number based
19   on when and to whom the firearm was sold.  So once the
20   firearm was produced and goes from the manufacturer to a
21   distributor, that distributor, that storefront, is listed on
22   the trace, and then the first purchaser of the firearm is
23   also listed on the trace.
24        Q    And these, are these records kept in the ordinary
25   course of the ATF's work?
```

6479

1      A      They are.

2      Q      And did you obtain from the ATF a trace document

3   or certificate for the weapon that has the serial number on

4   Government's Exhibit 94?

5      A      I did.

6      Q      Did those come back to you in hard copy with a

7   certificate and a stamp and ribbon on them?

8      A      They do.

9      Q      And is that to certify that they're authentic

10  records kept by the ATF in the ordinary course of its work?

11     A      That's correct.

12     Q      If we could show on the screen now just for the

13  witness Government's Exhibit 9071.

14         What do we see here, Special Agent?

15     A      We see an ATF trace for this Aero Precision X15

16  rifle.

17     Q      And has this exhibit been redacted to take out

18  some of the identifying information for the person who first

19  purchased that weapon?

20     A      It has.

21     Q      Is this a fair and accurate copy of the more

22  formal official version that you obtained or the FBI

23  obtained in the course of this investigation?

24     A      It is.

25         MS. RAKOCZY:  At this point in time, Your Honor,

1    the government would seek to move Government's Exhibit 9071

2    into evidence pursuant to Rule 8038 regarding public

3    records.

4            THE COURT:  Any objection, Counsel?

5            MR. LINDER:  No objection.

6            THE COURT:  All right.  9071 will be admitted.

7                            (Government's Exhibit 9071

8                             received into evidence.)

9            MS. RAKOCZY:  If we could show it to the jury very

10   quickly.

11   BY MS. RAKOCZY:

12       Q    Now, if we could zoom in on the top right corner

13   where it says "Firearm Information."

14            What weapon is this a trace document for?

15       A    For an Aero Precision X15 rifle with serial number

16   of AR34102.

17       Q    Is that serial number the serial number on the

18   firearm that your colleagues were just holding up for the

19   jury?

20       A    It is.

21       Q    If we could zoom back out now, please.

22            And if we could zoom in on the purchaser

23   information, please.

24            I know this is largely redacted but was the

25   original person who purchased this weapon someone who went

     1    by the first name Andrew with a last name beginning with a

     2    Y?

     3         A    That's correct.

     4         Q    Okay.

     5              If we could take this exhibit down, please.

     6              Could we bring up on to the screen what has

     7    already been moved into evidence as Government's Exhibit --

     8    the Court's indulgence -- 6901.4.

     9              And this is already in evidence so we'd ask to

    10    show it to the jury.

    11              Special Agent Moore, do you recognize these

    12    messages?

    13         A    I do.

    14         Q    Are these messages exchanged between Mr. Rhodes

    15    and someone whose phone number ends in 1141?

    16         A    They are.

    17         Q    And are these from the date of December 31st of

    18    2021?

    19         A    December 31st, 2020.

    20         Q    20.  Thank you.

    21         A    Leading into.

    22         Q    Could we zoom in on the top three messages,

    23    please.  The top right.  Just the top right corner of the

    24    messages, please.

    25              Okay.  So does the person with the phone number

1    ending in 1141 say, at the start, "Stewart, I just got your

2    message regarding the AR I have listed on Guntrader,

3    Andrew"?

4        A    It does.

5        Q    How does Mr. Rhodes respond?

6        A    "Which one was yours?"

7        Q    And does Andrew respond, "It's the Aero Precision

8    with the black hole weapons barrel"?

9        A    He does.

10       Q    Now, this phone number ending in 1141, did the

11   government -- did the FBI look into the data regarding the

12   owner of that phone number?

13       A    We did.

14       Q    And does someone with the first name Andrew and a

15   last name beginning with Y, consistent with the name that's

16   on that firearm's trace certificate --

17       A    It --

18       Q    -- is there information to suggest that that's the

19   person who owns this phone number?

20       A    There is.

21       Q    Okay.

22            Thank you.  We could take that exhibit down,

23   please.

24            Special Agent Moore, I would like to talk now

25   about whether you reviewed any messages that Mr. Meggs --

1    I'm sorry, Mr. James may have sent while he was in Texas

2    during this period of mid to late January of 2021.  Have you

3    reviewed his messages during that time period?

4         A    I did.

5         Q    At least some of the messages; is that right?

6         A    That's correct.

7         Q    If we could bring up on the screen just for the

8    Special Agent now, Government's Exhibit 9072, please.

9              And page through the exhibit for the

10   Special Agent, please.

11             Do you recognize these messages?

12        A    I do.

13        Q    And whose phone were these messages extracted

14   from?

15        A    Mr. James.

16        Q    And do these appear to be fair and accurate

17   depictions of messages extracted from Mr. James' cell phone?

18        A    They are.

19             MS. RAKOCZY:  At this time, Your Honor, the

20   government would seek to admit Exhibit 9072 into evidence.

21             MR. LINDER:  No objection.

22             THE COURT:  All right.  9072 is admitted.

23             MS. RAKOCZY:  Yes, Your Honor.  Thank you.

24                              (Government's Exhibit 9072
                                   received into evidence.)
25

1          MS. RAKOCZY:  And if we could publish to the jury

2    now, please.

3    BY MS. RAKOCZY:

4          Q    Special Agent Moore, who are these messages

5    between?

6          A    They're between Mr. Kelly Meggs and

7    Mr. Joshua James.

8          Q    And is Mr. Meggs saved under a particular name in

9    Mr. James' phone?

10         A    He is, he's saved as OK Gator 1.

11         Q    Okay.

12              When are these messages from?

13         A    January 10th of 2021 at 10:15 p.m. Eastern Time.

14         Q    What does OK Gator 1 or Mr. Meggs say to Mr. James

15    on that date?

16         A    He says, "Insurrection Act appears to be signed

17    and we shall see what tomorrow brings."

18         Q    How does Mr. James respond?

19         A    "Yes."

20         Q    In the next message, what does Mr. Meggs say?

21         A    "Stay safe."

22         Q    And how does Mr. James -- what does Mr. James say

23    after that?

24         A    He says, "You to.  Are you coming to Texas?"

25         Q    Based on the messages you reviewed and the cell

1    site data you've seen, where is Mr. James at this time?

2        A    He's in Texas.

3        Q    And how does Mr. Meggs respond to this request?

4        A    "Nope.  Florida stays home until shots fired."

5        Q    Special Agent Moore, these messages are from

6    January 10th; is that right?

7        A    That's correct.

8        Q    In the course of your investigation, have you ever

9    met someone named Jason Alpers?

10       A    I have.

11       Q    Did he provide you or the FBI with a recording?

12       A    He did.

13       Q    Have you listened to that recording?

14       A    I have.

15       Q    And have you heard the voice of any of the

16   defendants in this case on that recording?

17       A    I have.

18       Q    Whose voice have you heard?

19       A    Mr. Stewart Rhodes.

20       Q    Have you met Mr. Rhodes?

21       A    I have.

22       Q    And have you spoken with him?

23       A    I have.

24       Q    So would you recognize his voice?

25       A    I would.

1     Q     That recording that was given to the FBI, are you
2  aware of when that recording was made?
3     A     It was made on January 10th, 2021.
4     Q     And in that recording, do Mr. Rhodes and Jason
5  Alpers discuss whether the Insurrection Act has been
6  invoked?
7     A     They do.
8     Q     The same day that Mr. Meggs and Mr. James are
9  discussing that same question?
10     A     That's correct.
11     Q     Thank you.  We could take down this exhibit,
12  please.
13           I think we saw in the messages exchanged between
14  Mr. Rhodes and Mr. Vallejo that at least by about
15  January 11th of 2021, Mr. Rhodes was utilizing his phone
16  again; is that right?
17     A     That's correct.
18     Q     Have you reviewed other messages sent by
19  Mr. Rhodes around this time period of January 11th to the
20  end of the month of 2021?
21     A     I have.
22     Q     If we could bring up on the screen just for the
23  Special Agent, Government's Exhibit 9073, please.
24           Do you recognize this exhibit?
25     A     I do.

6487

1      Q    Is this a Signal message?

2      A    It is.

3      Q    Was it extracted from -- whose phone was it

4  extracted from?

5      A    Mr. Rhodes' phone.

6      Q    Is this a fair and accurate depiction of the first

7  screen of a message recovered from Mr. Rhodes' phone?

8      A    It is.

9           MS. RAKOCZY:  At this point in time, the

10 government would seek to admit Exhibit 9073 into evidence.

11          MR. BRIGHT:  No objection.

12          THE COURT:  It will be admitted.

13                              (Government's Exhibit 9073
                                   received into evidence.)
14

15 BY MS. RAKOCZY:

16     Q    Could we publish to the jury, please.

17          Special Agent Moore, what date was this message

18 sent?

19     A    January 14th, 2021.

20     Q    At what time?

21     A    At 1:08 a.m. Eastern Time.

22     Q    Who was it from?

23     A    It was from Mr. Rhodes.

24     Q    And where did he send this message to?

25     A    He sent it on Signal to the "Old Leadership" chat.

1       Q    What is the title of this message?

2       A    "Final version."

3       Q    And what is the subtitle?

4       A    "Critical message for Oath Keepers and patriots

5  part 1."

6       Q    Is this a very long message?

7       A    It is very long.

8       Q    Is this just the first screen of that message?

9       A    It is.

10      Q    Is there another version of this message that's in

11  more of a page format that's a little bit easier to read in

12  its entirety?

13      A    There is.

14      Q    Can we bring up on the screen, please,

15  Exhibit 9073.1.

16           And if you could just page through this.

17           Do you recognize this?

18      A    I do.

19      Q    What is this?

20      A    This is the same Signal message that we were

21  looking at previously in a Word document form.

22           MS. RAKOCZY:  At this point in time, the

23  government would seek to admit Exhibit 9073.1 into evidence.

24           MR. LINDER:  No objection.

25           THE COURT:  9073.1 is admitted.

1                              (Government's Exhibit 9073.1

                               received into evidence.)

2

3            MS. RAKOCZY:  Thank you, Your Honor.

4    BY MS. RAKOCZY:

5        Q    If we could publish this to the jury, please.

6            Could we zoom in on just the top -- the title on

7    the top paragraph, the first paragraph, please.

8    BY MS. RAKOCZY:

9        Q    Special Agent Moore, do we see here that same

10   title and subtitle that you just read to the jury?

11       A    We do.

12       Q    Could you read the first paragraph of this message

13   to the jury, please.

14       A    Okay.

15            "As always, Oath Keepers stands in defense of the

16   Constitution against all enemies, foreign and domestic.

17   What is now being installed is not a constitutional

18   government.  It's an illegitimate regime that has unjustly

19   taken power through massive vote fraud to install a Chi-Com

20   puppet who will do the bidding of a mortal enemy of this

21   nation, as well as the bidding of international elites who

22   are in allegiance and alliance with the CCP as they pursue a

23   common goal of destroying our republic and enslaving the

24   American people."

25       Q    Do you know what the CCP stands for?

6490

1        A    I believe he's referring to the Chinese Communist

2   Party.

3        Q    Okay.

4             If we could take that down.

5             Does Mr. Rhodes go on to have an executive summary

6   part of this message?

7        A    He does.

8        Q    Could we highlight the first few paragraphs of the

9   executive summary, please.

10            Could you read these to the jury, Special Agent

11  Moore?

12       A    I will.

13            "Executive summary:

14            "President Trump still can and should use the

15  insurrection Act, but it is unlikely.  Regardless, patriots

16  should prepare for a comms down/blackout environment.

17  Obtain CB and Ham radios, fuel, food et cetera.  Muster now

18  in their country seat.  Meet face to face and sort out grid

19  down comms and who will be the 'home guard' and part of a

20  'family safe program' to stay back and protect families,

21  while also determining who can project out to protect and

22  assist others.  Do it now before comms go down."

23       Q    If we could take that down.  Could we then zoom in

24  on the final three paragraphs of the executive summary.

25            Could you read these, please, Special Agent Moore?

1     A     "Muster ASAP at the state level not at the state

2     Capitol.  The newly formed county units must muster in a

3     friendly red county to establish comms and leadership

4     connections for future.  Establish protocols in case of

5     lights out/comms down.

6          "Beware of false flags and traps that are now

7     being set.  Be careful who you listen to and what events you

8     attend.  Expect attempts to lure you on to enemy controlled

9     ground where they have time to set up false fags.

10          "Prepare to walk the same path as the Founding

11    Fathers of condemnation of an illegitimate regime,

12    nullification/mass non-compliance, defiance, mutual defense,

13    and resistance.  See part 2 for more."

14     Q     You can take that down, please.

15          If we can just scroll through, does the message

16    then go on for about seven more pages?

17     A     It does.

18     Q     And does the message proceed in a fashion as

19    outlined in that executive summary?

20     A     It does.

21     Q     If it we could go back to the bottom then of page

22    7, could we zoom in on the closing paragraph.

23          Special Agent Moore, could you read the closing

24    paragraph of the message to the jury, please?

25     A     "Now that it is regretfully becoming clear that

6492

```
 1    President Trump will not be taking the decisive action we

 2    urged him to take, using the Insurrection Act and a

 3    declass/data dump, let's follow the founders' game plan,

 4    using their strategies and methods, which focused first on

 5    declarations of illegitimacy, nullification, declaring

 6    unconstitutional acts to be null and void from inception,

 7    (and refusing to obey them), unified mass non-compliance

 8    with unconstitutional and oppressive actions, and then on

 9    self-defense, mutual defense, and resistance when the

10    domestic enemies of the Constitution come before us.  That's

11    how the founders did it, and it worked.  There is nothing

12    new under the sun.  Let us adapt their game plan to our

13    current situation.

14            "See part 2 for more on that."

15       Q    Thank you, Special Agent Moore.

16            And thank you, Ms. Rohde, we can take that down.

17            Special Agent Moore, in the course of your

18    investigation, have you seen any evidence to suggest that

19    Mr. Rhodes purchased any firearms-related equipment or

20    accessories in the period after January 6th of 2020?

21       A    Yes, I have.

22       Q    Did you look at records regarding the time period

23    specifically January 6th through January 20th of 2021?

24       A    I did.

25       Q    What kind of records did you review?
```

6493

1      A    Mostly subpoena returns from banks and credit

2   cards statements, as well as purchase receipts from

3   different outdoor and firearm stores.

4      Q    If we could show on the screen just for the

5   Special Agent what will be marked for identification first

6   as Government's Exhibit 2010.2.1.

7           Is this a Bank of America bank statement?

8      A    It is.

9      Q    Is this for an account in the name of the

10  Oath Keepers?

11     A    It is.

12     Q    If we could just page through it.

13          Are there highlights in green that reflect some of

14  the purchases that you were talking about?

15     A    There are.

16          MS. RAKOCZY:  At this point in time, Your Honor,

17  pursuant to a 902(11) certificate, the government would seek

18  to move Exhibit 2010.2.1 which is a similar copy to what has

19  already been moved into evidence as 2010.2 into evidence.

20          MR. LINDER:  No objection.

21          THE COURT:  Okay.  It will be admitted.

22                              (Government's Exhibit 2010.2.1
                                     received into evidence.)
23

24          MS. RAKOCZY:  We can take that exhibit down.

25

6494

```
 1   BY MS. RAKOCZY:

 2       Q    If we could bring up Government's Exhibit

 3   2010.3.1, and is this another Bank of America statement for

 4   an account in the name of the Oath Keepers?

 5       A    It is.

 6       Q    And if we could page through this exhibit, are

 7   there also some highlights in green here of some of the

 8   purchases that you're talking about?

 9       A    There are.

10            MS. RAKOCZY:  At this point in time, Your Honor,

11   pursuant to 902(11) business records certificate and the

12   testimony already laid to move into evidence the companion

13   exhibit 2010.3, the government would seek to move into

14   evidence Government's Exhibit 2010.3.1.

15            MR. LINDER:  No objection.

16            THE COURT:  All right.  2010.3.1 is admitted.

17                              (Government's Exhibit 2010.3.1
                                     received into evidence.)
18

19            MS. RAKOCZY:  Could we now just show for the

20   Special Agent Government's Exhibit 2011.2 and 2011.3 and

21   2011.4.

22   BY MS. RAKOCZY:

23       Q    Are these receipts?

24       A    They are.

25       Q    And were they obtained from a store?
```

1        A    They were.

2        Q    What store?

3        A    Cabela's in Allen, Texas.

4        Q    Could we bring up on the screen just for the

5   Special Agent Exhibit 2014, 2014.

6             Is this a receipt?

7        A    It is.

8        Q    Was it obtained from a store?

9        A    It was.

10       Q    What's had the name of the store?

11       A    Rifle Gear.

12       Q    And if we could put on the screen Government's

13   Exhibit 2016, just for the Special Agent.

14            Is this another receipt from a store?

15       A    It is.

16       Q    What store?

17       A    Atheris.

18       Q    What does Atheris make?

19       A    They make rifles.

20       Q    And if we could put on the screen now Government's

21   Exhibit 2765.4.

22            And if you could look specifically at the bottom

23   across the screen, the sort of web address there, is this

24   another receipt from a store?

25       A    It is.

1    Q    What store?

2    A    This is from Academy.

3    Q    Is academy Sports another outdoor and

4  firearms-related shop?

5    A    It is.

6    Q    Does this also contain receipts related to some of

7  the purchases that you're talking about here today?

8    A    It does.

9    Q    And same for Government's Exhibit 2765.5, if we

10  could show that to the special agent.

11        MR. LINDER:  No objection.

12  BY MS. RAKOCZY:

13    Q    Is this another receipt from Academy Sports?

14    A    It is.

15    Q    And 2765.6, is this another record from Academy

16  Sports?

17    A    It is.

18    Q    Are these records, all the receipts, and bank or

19  credit card transaction statements that you looked at when

20  you say that you found evidence of certain purchases of

21  firearms-related equipment from this time period of

22  January 6th through the 20th of 2021?

23    A    Yes, we looked at these.

24    Q    Are there many rows and purchase information data

25  on these exhibits?

6497

```
 1        A    There is.

 2        Q    Did you assist in creating a summary exhibit that

 3   summarizes this data into a more easy-to-read format?

 4        A    I did.

 5        Q    Could we please put up on the screen Government's

 6   Exhibit 1540, please, for the jury.

 7             I'm sorry, for the witness.

 8             And if we could just page through.

 9             Special Agent Moore, do you recognize Government's

10   Exhibit 1540?

11        A    I do.

12        Q    What is this?

13        A    This is a visual depiction of Mr. Rhodes' firearms

14   purchases using a map showing where each of the stores is

15   located and how much he purchased at each store and

16   generally what he bought at each store.

17        Q    Does this exhibit fairly and accurately summarize

18   the voluminous receipts and bank statements that we just

19   looked at?

20        A    It does.

21             MS. RAKOCZY:  At the point in time, Your Honor,

22   the government would seek to admit Exhibit 1540 into

23   evidence.

24             MR. LINDER:  No objection.

25
```

1           THE COURT:  All right.  1540 will be admitted.

2                           (Government's Exhibit 1540

3                           received into evidence.)

4           MS. RAKOCZY:  All right.  If we could publish for

5    the jury now.

6    BY MS. RAKOCZY:

7       Q    Special Agent Moore, the slides in this exhibit

8    are entitled "Rhodes' purchase activity January 6th through

9    20th of 2021," but the first information we see here is from

10   the date January 10th.  Do you see that?

11      A    I do.

12      Q    Why is there no data before that?

13      A    I don't have record of him purchasing -- or

14   it's -- well, while he may have purchased things that have

15   been discussed previously in these proceedings, I'm focusing

16   in explicitly after January 6th.

17      Q    And did you see any records of firearms-related

18   purchases from the 6th to the 10th of 2021 of January?

19      A    No.

20      Q    Okay.

21           So beginning now on January 10th of 2021, can you

22   explain to us what data you saw in the receipts and bank or

23   credit card statements about any purchases made on that

24   date?

25      A    Okay.  He purchased $6,273 worth of firearms and

1    associated equipment from an Academy Sports and Outdoors in

2    Cedar Park, Texas, which is just north of Austin.

3            He purchased, as we broke it down, 17 gun parts or

4    accessories, one magazine, and a magazine pouch, binoculars,

5    ear protection, gun maintenance supplies, backpacks and

6    associated camping food, outdoor supplies, and some

7    non-tactical camping apparel.

8    Q    Okay.  If we could proceed to the next slide,

9    please.

10           On January 11th of 2021, did you see receipts or

11   bank statements that suggested additional purchases of any

12   gun-related equipment?

13   A    I did.

14   Q    What did you see?

15   A    So on January 11th, 2021, Mr. Rhodes went to

16   Academy Sports in Plano, Texas, which is a suburb of Dallas.

17   There, he purchased or he spent $1,537 purchasing one gun

18   attachment, six magazines, and then more camping food and

19   associated outdoor supplies.

20   Q    If we could turn to the next slide, please.

21           On January 12th, did you find any receipts

22   suggesting any similar purchases?

23   A    I did.

24   Q    What did you see?

25   A    On January 20 -- on January 12th, 2021, Mr. Rhodes

1    made some purchases at Cabela's, which is a very big sports

2    and outdoor store in Allen, Texas, which is a suburb north

3    of Dallas.  He spent $6,225 on duffle bags, 12 magazines,

4    four gun parts and accessories, and two flashlights.

5         Q    Turning to the next slide.

6              On January 13th, did Mr. Rhodes make a purchase

7    that's documented here?

8         A    He did.

9         Q    And what did he purchase on the 13th?

10        A    He purchased one gun attachment from Fortress

11   Tactical, which he purchased online for $1,015.

12        Q    Okay.

13             If we could turn to next slide, please.

14             On January 14th of 2021, what did Mr. Rhodes

15   purchase on that date?

16        A    He purchased one gun part from Atheris Rifle

17   Company online to ship to his residence in Granbury, Texas,

18   for $749.

19        Q    And turning to the next slide.

20             On the 16th of January, did you find any receipts

21   suggesting similar purchases?

22        A    I did.

23        Q    What did you find on the 16th?

24        A    So on the 16th of 2021, Mr. Rhodes was again at

25   the Cabela's in Allen, Texas.  He spent $364 on four gun

1    parts, two magazines, one gun light, gun maintenance

2    supplies, and food.

3        Q    Turning to the next slide.

4             On January 18th, did you see any purchases made

5    from similar stores?

6        A    I did.

7        Q    What did you see?

8        A    On January 18th, 2021, Mr. Rhodes spent $383 at

9    RifleGear in The Colony, Texas, which is a north Dallas

10   suburb.  He purchased three gun parts, 100 rounds of

11   ammunition, and then paid for range fees and targets

12   presumably when shooting there.

13       Q    Turning to the next slide.

14            On January 19th, were there any purchases made by

15   Mr. Rhodes at a similar store?

16       A    There were.

17       Q    Can you describe those.

18       A    On January 19th, he spent $825 at Academy Sports

19   in Plano, Texas, which is also a north Dallas suburb.  He

20   bought a gun part, two holsters, two gun cases, ear

21   protection, and gun maintenance and camping supplies.

22       Q    And turning to the next slide.

23            Special Agent Moore, what do we see depicted here

24   on the last page of this exhibit?

25       A    This is a total of all the purchases and then a --

6502

1   again, the physical depiction on the map of Texas where

2   these purchases were made in north Texas and then the one

3   down by Austin.

4       Q    What was the total amount of money spent on these

5   purchases between the 10th and 19th of January 2021?

6       A    $17,371.

7       Q    Thank you.  We could take that exhibit down,

8   please.

9            Special Agent Moore, was Mr. Rhodes arrested on

10  January 13th of 2022?

11      A    He was.

12      Q    Did you participate in that arrest?

13      A    I did.

14      Q    Without going into detail, was Mr. Rhodes staying

15  in his own residence or someone else's residence at the time

16  of his arrest?

17      A    He was staying with an associate.

18      Q    And at the time of his arrest, did you execute a

19  search warrant on that home?

20      A    We did.

21      Q    And did you walk through the home at the time?

22      A    I did.

23      Q    Based on walking through the home, did Mr. Rhodes

24  occupy -- could you tell whether Mr. Rhodes occupied a unit

25  within the home, a bedroom, an entire wing, what type of

1    space was he living in?

2        A    He appeared to be living in a bedroom on the

3    second floor of the residence.

4        Q    What makes you say that?

5        A    His firearms that we've discussed previously were

6    found there as were, I believe, the shoes that he asked us

7    to take him to jail in came out of that bedroom and --

8        Q    Were -- I think you just said this but were there

9    some firearms -- any firearms or related parts recovered

10   from that bedroom?

11       A    There were.

12           MS. RAKOCZY:  At the point in time, the government

13   would seek to read into the record another part of that

14   Exhibit 3000.G, a stipulation reached by the parties

15   regarding physical evidence.

16           "Ladies and gentlemen, on January 13th of 2022,

17   the FBI collected the following items of evidence belonging

18   to Mr. Rhodes:

19           "Government's Exhibit 151, one P as in Peter, W as

20   in Walter, S as in Sam, multi-caliber rifle model MK2, M as

21   in Mary, K as in kangaroo, 2, serial number J01643 with an

22   ACSS Raptor sight and a ProTac screen light attached.

23           "Government's Exhibit 152, one Suns of Liberty Gun

24   Works multi-caliber rifle model M as in Mary, 4, serial

25   number 1776.01465, with two gun sights and a rifle strap

1    attached.

2              "Government's Exhibit 156, which contains a

3    buttstock tube and spring, carbine stock, 300 blackout

4    caliber magazine, three knives, one pistol barrel, one

5    EOTECH optic sight rail accessory, and an Aimpoint sight.

6              "And Government's Exhibit 157, two holsters, one

7    stock, three magazine pouches, one tactical pouch, heavy

8    duty swivel, hand stop kit, flash suppressing compensator,

9    Mepro sight, and Pegasus bag with accessories."

10             With that, Your Honor, the government would seek

11   to admit into evidence at this time Government's Exhibit

12   151, 152, 156, and 157.

13             THE COURT:  All right.  Those exhibits will be

14   admitted.

15             MR. LINDER:  No objection.

16                  (Government's Exhibits 151, 152, 156, and 157

17                                     received into evidence.)

18             MS. RAKOCZY:  And we would ask to publish to the

19   defense and then to the jury.

20   BY MS. RAKOCZY:

21     Q    So first, Special Agent Moore, we are showing for

22   the jury Government's Exhibits 151 and 152.  Do you

23   recognize these items?

24     A    I do.

25     Q    Were these recovered from that bedroom that

6505

1    Mr. Rhodes was occupying at the time of his arrest?

2        A    They were.

3        Q    Thank you very much.  We can bring those back,

4    please.

5            And if we could bring Government's Exhibit 156 and

6    157 up for the witness.

7            Which -- there should be an exhibit label on the

8    top of that box.  Which one are we looking at now?

9            Special Agent Moore, if you could just look at the

10   top of the box.

11       A    This one is 157.

12       Q    Okay.

13           And if you could look inside the box,

14   Special Agent Moore, you don't have to show us every single

15   item but if you could sort of just hold up generally some of

16   the things that are in there and describe for us what they

17   are.

18       A    This is a -- part of an AR platform buttstock.

19       Q    What's a buttstock?

20       A    It's a part of the rifle that you put up to your

21   shoulder when you fire it.

22           It's a magazine holder.

23           Holster.

24           Couple of holsters.

25           More magazine pouches.

1                AR platform ear sight.

2                Sling, lug.

3        Q      These may be obvious questions, Special Agent

4    Moore, but what are magazine pouches used for?

5        A      To affix magazines to one's person.

6        Q      And how about sights, what are those used for?

7        A      To accurately fire, in this case, a rifle.

8        Q      Okay.

9                What else, if anything, is in that exhibit?

10       A      Appears to be -- appears to be scope rings to

11   mount a scope to a rifle --

12       Q      And what do you use a scope for?

13       A      It's an optic or an aiming device to accurately

14   fire a rifle.

15               This is a flash suppresser to an AR platform

16   rifle.

17       Q      What does a flash suppresser do?

18       A      It reduces the amount of flash that comes out of

19   the barrel to make it less obvious from where the projectile

20   was shot.

21               Another flash suppresser.

22       Q      Is that all of the items in Government's Exhibit

23   157, more or less?

24       A      Oh, sorry.  It's like an AR platform magazine --

25   pouch magazine holder.

1        A hand stop kit.  This is also an AR platform

2   foregrip used to put on the upper receiver -- correction,

3   the lower receiver of the rifle to hold the rifle when

4   shooting it.

5        Q    Thank you, Special Agent Moore.  If you could just

6   give that box back to Special Agent Palian.

7             With respect to the next box, Government's Exhibit

8   156, could you do the same thing and just roughly show us

9   what was in that bag.

10       A    I could.

11            This is an AR platform magazine, rifle magazine.

12            This is an EOTECH style optic, rifle optic.

13            This is a -- part of an AR platform buttstock,

14   which we covered with the last exhibit.

15            This is an AR platform buffer spring.

16       Q    What does a buffer spring do?

17       A    It goes into the butt or the buttstock on the

18   rifle.  The bolt upon recoil, recoils back into the buffer

19   spring, this absorbs some of the recoil so it doesn't put as

20   much pressure into the weapon system and affect subsequent

21   shots.  It also helps put the gun back into battery to fire

22   more rounds.

23            This is an aim point style red dot AR platform

24   sight optic.

25       Q    Does it also help you to shoot the gun?

6508

1    A    It does.

2         This is a rail adaptor for AR platform rifle.

3    This allows you -- this mounts onto the foregrips of the

4    rifle, allows you to put various attachments to your rifle

5    such as lights, such as the rifle lights we mentioned in the

6    financial analysis.

7         This, I believe, is part of the buttstock for an

8    AR platform rifle.

9         This is an AR platform magazine with an

10   Oath Keepers logo painted on it.

11   Q    Thank you.

12        Anything else in there?

13   A    There is.

14        This is appears to be a pistol, the barrel of a

15   pistol.

16        Appears to be a boot knife.

17   Q    A what knife?

18   A    A boot knife or a concealable knife.

19        Appears to be another concealable knife.

20        And, finally, another concealable knife.

21   Q    Thank you, Special Agent Moore.  If you could put

22   those items just generally back in the box, we'll have

23   Special Agent Harris take those away.

24        Thank you, Special Agent Harris, and thank you,

25   Special Agent Moore.

6509

1            Those two rifles and those various parts that you

2    just showed the jury, were those all recovered from the

3    bedroom that Mr. Rhodes appeared to be staying in at the

4    time of his arrest?

5        A    They were.

6        Q    I'd like to ask you a question now about one of

7    those rifles.  You said that one of those rifles was a -- we

8    have stipulated that one of those rifles was a PWS or a

9    primary weapons system model MK4 rifle.  Was that right?

10       A    That's correct.

11       Q    And the parties have stipulated that the serial

12   number on that weapon is J01643.

13            Did you do any similar research with the Alcohol,

14   Tobacco, and Firearms Bureau into that serial number?

15       A    I did.

16       Q    If we could show just the Special Agent

17   Government's Exhibit 9075.

18            Special Agent, do you see on your screen an

19   exhibit?

20       A    I do.

21       Q    What is this?

22       A    This is another ATF trace form.

23       Q    And is this for that weapon that we just talked

24   about, the PWS model, serial number J01643?

25       A    It is.

6510

```
 1         Q    Is this also a certificate or a document of
 2   records kept in the course of the ATF's business for all the
 3   purposes you described earlier?
 4         A    It is.
 5         Q    And is this a copy of a record that we also
 6   received back with a red seal or ribbon indicating it to be
 7   an official ATF record?
 8         A    It is.
 9              MS. RAKOCZY:  At this time, Your Honor, the
10   government would also seek to move into evidence
11   Government's Exhibit 9075 pursuant to the public records
12   provision of the Rules of Evidence.
13              MR. BRIGHT:  One moment, Your Honor, please.
14              No objection.
15              THE COURT:  All right.  9075 is admitted.
16                              (Government's Exhibit 9075
17                                 received into evidence.)
18              MS. RAKOCZY:  Could we please publish to the jury.
19              And, Ms. Rohde, if you wouldn't mind zooming on
20   the top right firearm information section, please.
21   BY MS. RAKOCZY:
22         Q    Special Agent Moore, is this the information for
23   that, for one of those two rifles recovered from Mr. Rhodes'
24   bedroom at the time of his arrest?
25         A    It is.
```

1     Q     If we could zoom out, please, and then zoom back

2     in on the purchaser information in the center left.

3           This exhibit appears to be redacted; is that

4     right?

5     A     That's correct.

6     Q     Okay.

7           Underneath these redactions, does it give the

8     information for the person who originally purchased this

9     weapon on or about May 19th of 2016?

10    A     It does.

11    Q     And is it a person whose first name is Joshua and

12    the last name beginning with the letter Y?

13    A     That's correct.

14    Q     And did that person live in Fayetteville,

15    North Carolina?

16    A     They did.

17    Q     In the course of looking at Mr. Rhodes' phone,

18    have you uncovered or found any messages suggesting that

19    Mr. Rhodes may have purchased this weapon from somebody with

20    the name Joshua who lived in Fayetteville, North Carolina?

21    A     I have.

22    Q     If we could take this exhibit down now and please

23    just show the Special Agent Government's Exhibit 9075.1.

24          Special Agent Moore, do you recognize these

25    things?

1    A    I do.

2    Q    Where did they come from?

3    A    They came from Mr. Rhodes' phone.

4    Q    Is this a fair and accurate depiction of messages

5  recovered from Mr. Rhodes' phone?

6    A    It is.

7         MS. RAKOCZY:  At this point in time, Your Honor,

8  the government would seek to move into evidence Government's

9  Exhibit 9075.1.

10        MR. BRIGHT:  No objection.

11        THE COURT:  9075.1 is admitted.

12                              (Government's Exhibit 9075.1
                                   received into evidence.)
13

14        MS. RAKOCZY:  If we could show the jury, please,

15  this exhibit.

16  BY MS. RAKOCZY:

17    Q    Special Agent Moore, are these a handful of

18  messages exchanged between Mr. Rhodes and the cell phone

19  number ending 8481?

20    A    They are.

21    Q    And are these from the time period of November 6th

22  to 7th of 2020?

23    A    They are.

24    Q    Okay.

25         If we could zoom in on the first two messages,

1  please.

2          What does that phone number say to Mr. Rhodes on

3  the morning of January 6th of 2020?

4      A    "Hey, Stewart, this is Joshua with the PWS.

5  I have another guy who was wanting to meet this afternoon.

6  Let me check with him and make sure he still on.  If he's

7  not, let's get a time together.  I could be free this

8  afternoon/evening."

9      Q    What does he say in the next message?

10      A    "The other guy isn't sure he can make it today so

11  let's go ahead and meet up.

12          "When/where are you thinking?  I'm on the north

13  side of Fayetteville, but somewhere in the middle is fine

14  with me."

15      Q    If you could take this zoom-in down, please.

16          This phone number ending in 8481, the person who

17  sends that message first identifies himself as Joshua; is

18  that right?

19      A    That's correct.

20      Q    And have you done some investigation into this

21  phone number?

22      A    I have.

23      Q    And is it associated with someone with a first

24  name Joshua, a last name beginning with Y, that last name

25  being the same as the unredacted last name on the trace

1  certificate we just looked at?

2      A    It is.

3      Q    In the messages that follow -- and if we could

4  just sort of page down to the next page, and the next page,

5  and one more page -- does it appear that in these messages,

6  that Mr. Rhodes meets up with this person Joshua to purchase

7  a weapon?

8      A    It does.

9      Q    Okay.

10          If we could zoom in on message 42 and 43 now.

11          On the 6th, does Joshua send another message then?

12     A    He does.

13     Q    Could you read those messages.  That first

14  message.

15     A    "Hey, Stewart, this is a bit embarrassing but

16  apparently I'm not up on firearms law like I should be.

17  I was doing research on North Carolina law, and private

18  sales of long guns may only be made to other North Carolina

19  residents.  Would it be possible to meet up so I can buy it

20  back?  I'll throw in $40 for your gas and trouble."

21     Q    How does Mr. Rhodes respond?

22     A    "I see no such statute.  Send me a link to it

23  please.  I only see one that says no pistol purchases

24  without a permit to purchase."

25     Q    If you could take that down.

1          And zoom in on the next two or three messages,

2    please.

3          Does Mr. Rhodes go on to show this Joshua person a

4    link to a website?

5    A    He does.

6    Q    What does he say next?

7    A    "This is what I found."

8    Q    And does he send the link?

9    A    He does.  He posts a URL.

10   Q    And what does he say next?

11   A    "Looks to me like they mean handguns.  Sloppy

12   article.  Here's the actual statute."

13   Q    Does he then send a link to another website?

14   A    He does.

15   Q    If we could zoom out and go to the next page and

16   zoom in on the first two messages.

17         Does Mr. Rhodes go on to say that he has a friend

18   who owns a gun shop in North Carolina and he'll call in the

19   morning and ask that person?

20   A    He does.

21   Q    What does he go on to say?

22   A    "I have a friend who owns a gun shop here in

23   North Carolina.  I'll call him in the morning and ask him.

24   But I see no statute that says anything about nonresidents

25   being prohibited from buying long guns.  Only pistols."

6516

1      Q   What does he say next?

2      A   "And I just jumped on USCCA (I'm a member) and

3 asked their chat.  They could only find that statute I just

4 texted you."

5      Q   Could you zoom out, please, and zoom in on the

6 final few messages, the next four messages.

7         Thank you.

8         Does Mr. Rhodes go on to say, again, he'll call

9 the Oath Keepers member and ask him?

10     A   He does.

11     Q   Does Joshua write back to say he's basically

12 hoping also that that's not the case of the law?

13     A   He does.

14     Q   What is the last message that's sent in the

15 exchange?

16     A   The last message Joshua sends says, "Morning.

17 After some thought, how's a hundred bucks sound.  With there

18 being any question in my mind about a firearm transaction,

19 it would be well worth it to me.  And that would knock the

20 cost down on your next rifle.  No hard feelings, I'm sorry

21 for jamming you up."

22     Q   Does Mr. Rhodes respond so far as you can see from

23 looking at the data in his phone?

24     A   He does not.

25     Q   If we could zoom -- take that down, please.

1              These messages were sent on November 6th and 7th

2     of 2020, is that right?

3         A    That's correct.

4         Q    I'd like to bring up on the screen what's already

5     in evidence as Government's Exhibit 6923, page 2 of that

6     exhibit.

7              Special Agent Moore, do you recognize this

8     message?

9         A    I do.

10        Q    Who was it from?

11        A    It's from -- I believe it's from Doug Smith, going

12    by Ranger Smith here.

13        Q    Where was this message recovered from?

14        A    From Mr. Rhodes' phone.

15        Q    And when is this message sent?

16        A    November 8, 2020.

17        Q    Is that a day after the message series we were

18    just looking at?

19        A    It is.

20        Q    What does Mr. Smith say in this message?

21        A    "Stewart and I are in Virginia at a Stop the Steal

22    campaign.  These campaigns will be springing up nationwide.

23    President Trump will not step down.  Oath Keepers will stand

24    behind the President at every level, state and national.

25    We will be bringing the battle to the enemy.  Highly trained

6518

```
 1   soldiers will be asked to step forward and be --"
 2        Q    Can we continue to next page, please.
 3             What does he continue to say?
 4        A    "-- prepared to travel to Washington, D.C., all
 5   others will support these operations until we have secured
 6   our Constitution.  God bless America and God bless the
 7   American patriots."
 8        Q    Thank you.  We can take that message down.
 9             MS. RAKOCZY:  Your Honor, we're going to
10   transition to a different topic at this time.
11             THE COURT:  Okay.  Let's take our afternoon break.
12   It's almost 3:05.  We'll resume at 3:20.  Thank you,
13   everyone.
14             COURTROOM DEPUTY:  All rise.
15             (Jury exited the courtroom.)
16             THE COURT:  All right.  Special Agent Moore, you
17   can step down.  I'll just ask you not to discuss your
18   testimony during the break with anyone.
19             THE WITNESS:  Yes, sir.
20             THE COURT:  Thank you, sir.
21             All right.  Mr. Woodward.
22             MR. WOODWARD:  Your Honor.
23             THE COURT:  Phoenix rising.  It's good to see you.
24   How are you feeling?  And congratulations.
25             MR. WOODWARD:  Thank you, sir.
```

1    THE COURT:  How's that baby girl of yours?

2    (Applause)

3    I'm not sure whether we're clapping for your

4  newborn or having survived a scooter accident.  It's good to

5  have you back.

6    Ms. Rakoczy, how much longer?

7    MS. RAKOCZY:  I hope less than an hour, but it

8  might be an hour.

9    THE COURT:  All right.  So we may not finish --

10  well, we'll see.  Okay.  All right.  We'll see everybody

11  shortly.

12    (Recess from 3:06 p.m. to 3:23 p.m.)

13    THE COURT:  Please remain seated, everyone.

14  Thank you.

15    MS. RAKOCZY:  Your Honor, should I have the

16  witness re-take the stand?

17    THE COURT:  If you would please.  Thank you.

18    COURTROOM DEPUTY:  Jury panel.

19    (Jury entered the courtroom.)

20    THE COURT:  All right.  Please have a seat,

21  everyone.  Welcome back, ladies and gentlemen.

22    So we'll continue with Agent Moore's examination.

23  Ms. Rakoczy.

24    MS. RAKOCZY:  Thank you, Your Honor.

25

6520

```
1   BY MS. RAKOCZY:
2        Q    Special Agent Moore, I'd like to switch gears now
3   a little bit and talk about whether your investigation found
4   any evidence regarding things Mr. Caldwell, Mr. Meggs,
5   Mr. Harrelson, and Ms. Watkins may have said or done in the
6   January 6th period and beyond, okay?
7        A    Okay.
8        Q    Special Agent Moore, have you reviewed any
9   statements or comments that Defendant Jessica Watkins made
10  to a website called Parler in the time period after
11  January 6th of 2021?
12       A    I have.
13       Q    If we could show Special Agent just Government's
14  Exhibit 9080, please.  And browse through this exhibit,
15  please.
16            Special Agent Moore, do you recognize these
17  messages?
18       A    I do.
19       Q    Where do they come from?
20       A    They come from a search warrant return from the
21  social media company Parler.
22       Q    Okay.
23            And are these for an account associated with
24  Defendant Jessica Watkins?
25       A    They are.
```

1        Q    Does this exhibit fairly and accurately depict

2   certain comments Ms. Watkins posted to the Parler social

3   media website in the period of the days and weeks after

4   January 6th of 2021?

5        A    It does.

6             MS. RAKOCZY:  At this point in time, the

7   government would seek to admit Exhibit 9080 into evidence.

8             MR. CRISP:  No objection.

9             THE COURT:  All right.  9080 is admitted.

10                          (Government's Exhibit 9080
                                received into evidence.)

11

12   BY MS. RAKOCZY:

13        Q    Thank you.

14             If we could publish this to the jury, please.

15             Turning to the first slide of the exhibit, is this

16   a comment that Ms. Watkins posted to Parler on January 7th

17   of 2021?

18        A    It is.

19        Q    What did she say?

20        A    "Pence did.  Word that he turned on America spread

21   through the million plus sized crowd like wildfire.  We as

22   Americans did that.  Don't give Antifa fags that much

23   credit.  I was there.  I did it.  We patriots took the

24   Capitol.  Antifa highjacked the movement (classic move) as a

25   way to make patriots look bad."

```
 1        Q    If we could turn to the next page.

 2             Is this another comment that Ms. Watkins made to

 3   Parler later on the day of January 7th of 2021?

 4        A    It is.

 5        Q    What did she say in this comment?

 6        A    "Indeed.  They treated us with total disrespect,

 7   as well as gaslighting, slandering, and demonizing us.  The

 8   media calls me a traitor, the left calls me a racist, and

 9   now the right calls me a thug.  Why?  Because I stormed into

10   the Capitol building in full battle rattle to speak my mind.

11   Stop the Steal."

12        Q    Turning to the next page of this exhibit, around

13   the same time on January 7th, did Ms. Watkins make an

14   additional comment or post an additional comment to Parler?

15        A    She did.

16        Q    What did she say in this comment?

17        A    "Antifa didn't do that.  We patriots did.  We were

18   all at the White House Ellipse for the Trump rally.  Maybe

19   30 minutes to an hour after Trump finished, word spread

20   through the crowd that Pence turned on us like wildfire.

21   Then we took the Capitol.  Sure Antifa tried to hijack our

22   movement and destroy shit.  They always do.  It's their

23   M.O."

24        Q    Does this comment continue on the next page?

25        A    It does.
```

6523

1      Q    What does she continue to say?

2      A    "Don't be distracted.  This was a patriot

3  movement."

4      Q    And finally on the last page of this exhibit,

5  Special Agent Moore, on January 8th of 2021, at 8:47 a.m.,

6  what did Ms. Watkins say in a comment posted to Parler?

7      A    She said, "We made it into the Senate halls and

8  were met with tear gas and riot police.  We never had a

9  chance at getting into the chambers to speak (what we

10  wanted)."

11      Q    Okay.  Special Agent Moore, I would like to now

12  bring on the screen for you and just for you, what's been

13  labeled Government's Exhibit 9078, please.

14          And if we could just page through.

15          Do you recognize these messages?

16      A    I do.

17      Q    Were these extracted from the cell phone and

18  Facebook account of Defendant Thomas Caldwell?

19      A    They were.

20      Q    At this point -- and do these appear to be fair

21  and accurate depictions of messages extracted from those

22  devices and accounts?

23      A    They do.

24          MS. RAKOCZY:  At this point in time, Your Honor,

25  the government would seek to admit Government's Exhibit 9078

6524

```
 1    into evidence.

 2              MR. FISCHER:  No objection.

 3              THE COURT:  All right.  9708 [sic] is admitted.

 4                            (Government's Exhibit 9078
                               received into evidence.)
 5

 6              MS. RAKOCZY:  9078, Your Honor.

 7              THE COURT:  I'm sorry.  9078.  I misspoke.

 8              MS. RAKOCZY:  Thank you.

 9    BY MS. RAKOCZY:

10        Q    If we could show this to the jury.

11             Special Agent Moore, is this a message extracted

12    from Mr. Caldwell's cell phone?

13        A    It is.

14        Q    And who did he send this message to?

15        A    Rob Picco.

16        Q    When did he send it?

17        A    On January 7th, 2021, at 8:32 p.m. Eastern Time.

18        Q    What did Mr. Caldwell say?

19        A    "So true.  I have to say it was exhilarating being

20    up there on the parapet with so many real Americans.  Most

21    people talk a lot of shit, few are up for the moment.  We

22    were there, man.  So it begins."

23        Q    And on the next page, is this a message or a

24    comment that Mr. Caldwell posted to his Facebook account?

25        A    It is.
```

1      Q    When did he post this comment?

2      A    On January 9th, 2021, at 2:57 p.m. Eastern Time.

3      Q    What did he say in this comment?

4      A    "Sharon and I were in D.C. as you must know.  And

5  while not in the very thick of it, we were in the middle of

6  some heavy stuff.  We are, of course, both O.K. and we are

7  planning for the worst and have been for a while.  More on

8  that through secure columns.  We are patriots and we are

9  aligned with others.  Welcome to the fight.  Keep the faith.

10  Strength and honor.  Tom."

11      Q    If we could take that down.  Thank you very much.

12      Have you seen in the course of your investigation

13  any messages exchanged between Mr. Caldwell and Defendant

14  Jessica Watkins in this time period of the weeks after

15  January 6th?

16      A    I have.

17      Q    And have you seen any messages that Mr. Caldwell

18  exchanged with Donovan Crowl during the time period of a few

19  weeks after January 6th?

20      A    I have.

21      Q    Could we bring up on the screen now for the

22  Special Agent, Government's Exhibit 9079.

23      And up on the screen now just for the Special

24  Agent is Government's Exhibit 9079.1.

25      Do you recognize the messages in this exhibit,

```
 1   Special Agent?

 2        A    I do.

 3        Q    Now, these are from before January 6th; is that

 4   right?

 5        A    That's correct.

 6        Q    Okay.

 7             Were these extracted from Mr. Caldwell's

 8   cell phone?

 9        A    They were.

10        Q    And what did he -- I'm sorry.  Are these fair and

11   accurate depictions of messages extracted from his cell

12   phone?

13        A    They are.

14        Q    Special Agent --

15             MS. RAKOCZY:  Your Honor, at this point in time,

16   the government would seek to admit to Government's

17   Exhibit 9079.1 into evidence.

18             MR. FISCHER:  No objection.

19             THE COURT:  9079 is admitted.

20                              (Government's Exhibit 9079.1

21                                received into evidence.)

22             MS. RAKOCZY:  And before we publish those to the

23   jury, actually if we could take that down.

24             (Pause)

25             MS. RAKOCZY:  Thank you, Your Honor, for the
```

1    Court's indulgence.

2            THE COURT:  Ms. Rakoczy, do we have what we need

3    queued up?  Otherwise, can we move forward.

4            MS. RAKOCZY:  Yes, Your Honor, I apologize.

5            Thank you so much for your assistance, Ms. Rohde.

6    BY MS. RAKOCZY:

7        Q    Showing you now again Government's Exhibit 9079.1.

8            Could you show the -- could we publish to the

9    jury.

10           And please, Special Agent Moore, can you explain

11   who this message is from.

12       A    This is a Signal message from Matthew Truong to

13   Mr. Caldwell.

14       Q    What date was it sent?

15       A    December 22nd, 2020.

16       Q    Could you read the message to the jury.

17       A    "Like the Oath Keepers letter, you active with

18   them?  I'm not qualified but friends said I could be vouched

19   maybe 8."

20       Q    Is that an 8 or maybe an emoji of some kind?

21       A    Could be a smiley face, bootleg emoji.

22       Q    If we could go to the next page of the exhibit,

23   please.  It's 9079.1.

24           Looking now at the next page of the exhibit, a

25   little while later on December 22nd, did Mr. Caldwell

1    respond?

2         A    He did.

3         Q    What did he say?

4         A    "I have not joined officially according to the

5    national organization but I am very tight with the

6    North Carolina and Ohio contingents and provided materiel

7    and intel support to them during the million MAGA March."

8         Q    Special Agent Moore, you pronounced the word

9    "m-a-t-e-r-i-e-l" a little differently than I might have

10   pronounced that word.  I think you said materiel?

11        A    I did.

12        Q    Why did you pronounce it that way?

13        A    That is a very old military term for military

14   material support to operations.

15        Q    Is it spelled that way?

16        A    It is spelled as depicted.

17             MS. RAKOCZY:  Okay.

18             And we can take that exhibit down now.  Thank you

19   very much, Ms. Rohde, for your help with that.

20   BY MS. RAKOCZY:

21        Q    If we could pull up now just 9079, please, and

22   just for the Special Agent.

23             Paging through this exhibit, Special Agent Moore,

24   do you recognize the messages in this exhibit?

25        A    I do.

6529

1        Q     Are these messages exchanged among

2   Thomas Caldwell, Jessica Watkins, and Donovan Crowl in the

3   days and weeks after January 6th, 2021?

4        A     They are.

5        Q     Are these extracted from a few different devices

6   and social media accounts?

7        A     They are.

8        Q     And have you reviewed the devices -- the device

9   extractions and the social media account records that they

10  were drawn from?

11       A     I have.

12       Q     Does this exhibit fairly and accurately depict the

13  messages drawn from the phones of Mr. Caldwell, Ms. Watkins,

14  and Mr. Crowl and the Facebook accounts of those three

15  individuals as well?

16       A     They do.

17            MS. RAKOCZY:  At this point in time, Your Honor,

18  the government would seek to admit Government's Exhibit 9079

19  into evidence.

20            MR. FISCHER:  No objection.

21            THE COURT:  Okay.  It will be admitted.

22                              (Government's Exhibit 9079

                                    received into evidence.)

23

24

25

```
1    BY MS. RAKOCZY:
2         Q     If we could publish to the jury now.
3               Beginning on January 7th of 2021, what are we
4    seeing here?
5         A     This is Mr. Caldwell sending a Facebook message to
6    Mr. Crowl.
7         Q     Does the message reflect that he sent an
8    attachment?
9         A     It does.
10        Q     Okay.  Going to the next slide, does Mr. Caldwell
11   follow that attachment with a message?
12        A     He does.
13        Q     What did he say?
14        A     "You and Jess appear at about 3:21 -- at about the
15   3:21 mark of this great video.  That's as far as I've
16   gotten."
17        Q     And if we could turn to the next slide, what does
18   he say next about the attachment?
19        A     "It starts out with early happenings on our side
20   of the building then moves to yours."
21        Q     In the next slide, does Mr. Crowl respond?
22        A     He does.
23        Q     What does he say?
24        A     "That's sweet."
25        Q     And on the next message, what does Mr. Crowl say
```

1    on January 7th at 8:46 p.m.?

2        A    "Hey, brother, we are just about to Ben and

3    Sandi's.  Have a good trip.  We're going to have dinner and

4    then bunk there tonight.  Can you send me that last video

5    again in a text message?  I'm having trouble sharing it

6    already."

7        Q    Special Agent Moore, can you remind us, were there

8    any people named Ben and Sandi who were with Mr. Crowl

9    around the time of January 6th and 7th of 2021?

10       A    There were, I believe he's referring to Ben and

11   Sandi Parker.

12       Q    And can you remind us who they were?

13       A    They were Ohio Oath Keepers.

14       Q    Did they come to D.C. for January 6th with

15   Mr. Crowl and Ms. Watkins?

16       A    They did.

17       Q    If we could turn now to the next message, does

18   Mr. Caldwell send a link to Mr. Crowl?

19       A    He does.

20       Q    And have you looked at this link?

21       A    I have.

22       Q    And what does it show?

23       A    It's footage from January 6th, the insurrection at

24   the Capitol, and it shows, among other things, Mr. Crowl and

25   Ms. Watkins going up the steps to the Capitol.

1    Q    If we could show what's already in evidence as

2  Government's Exhibit 1051.1.

3         Pausing now here at the beginning of this video,

4  does this video look in any way like the video that that

5  link led to?

6    A    It does.

7    Q    Okay.

8         If we could just continue playing through this for

9  a moment.

10        (Video played)

11  BY MS. RAKOCZY:

12   Q    We can just pause at 28 seconds, 29 seconds into

13  the video.

14        Off to the left side of the screen, did we just

15  see two people and then the camera panned away for a second?

16   A    We did.

17   Q    And who were those two people who we saw just

18  before the cutaway?

19   A    Ms. Watkins and Mr. Crowl.

20   Q    Okay.

21        Thank you.  We could take that video down.

22        If we could go back now to 9077 in the next

23  message.

24        After sending this link in the next message, what

25  does Mr. Caldwell say?

1        A      "I just sent it as a message to your phone.  Hope

2   it works.  You will be world famous.  Already No. 1 in my

3   heart."

4        Q      And in the next message, does Mr. Crowl respond?

5        A      He does.

6        Q      What does he say?

7        A      "Thank you, sir.  Love the hell out of you, Tom."

8        Q      If we could go to the next slide, how does

9   Mr. Caldwell respond?

10       A      "You, too, my dear friend.  We stormed the gates

11  of corruption together (although on opposite sides of the

12  building) so between that and our first meeting and getting

13  to know you since I can say we will always be brothers."

14       Q      If you could turn to the next message, please.

15  Are we now looking at messages from a different source?

16       A      We are.  These are messages from Ms. Watkins'

17  phone.

18       Q      Okay.  So the next day, January 8th, in the

19  afternoon, did Mr. Caldwell and Ms. Watkins exchange some

20  messages?

21       A      They did.

22       Q      What did Mr. -- so, first of all, this message is

23  from someone named "Tom Commander."  Do you see that?

24       A      I do.

25       Q      Is that a name that the FBI came up with here?

1       A       No.

2       Q       Where did that name Tom Commander come from?

3       A       That's how he was saved in Ms. Watkins' phone.

4       Q       The phone number associated with this name in

5  Ms. Watkins' phone, who does that come back to?

6       A       Thomas Caldwell.

7       Q       So on the afternoon of January 8th, what did

8  Mr. Caldwell say to Ms. Watkins?

9       A       "Do you remember the email account I told you?  If

10 yes, say yes, don't write it out in a reply to this.  If no,

11 say no, and I will get it to you in pieces."

12      Q       If you go to the next message, what does

13 Ms. Watkins respond?

14      A       "God dammit.  Why is my face associated with dead

15 cops?  I was nice to them.  Yes, I remember the email."

16      Q       If we go to the next message, what did

17 Mr. Caldwell respond?

18      A       "I think you should download and photoshop out the

19 headline.  Or I will.  It's a nice pic otherwise.  Look,

20 they will try to vilify us all.  Those lying bas- --"

21      Q       Does it continue?

22      A       It does, "bastards.  But their day will come."

23      Q       Does it appear that Mr. Caldwell and Ms. Watkins

24 are talking about some news article?

25      A       It does.

6535

1      Q    Do you know what they're talking about?

2      A    I assume they are talking --

3      Q    I don't want you to assume.

4      A    Okay.

5      Q    Did you see anything in their messages that lets

6  you know for sure what messages?

7      A    No.

8      Q    What article they were talking about?

9      A    No.

10     Q    Okay.

11          If we could turn to the next message, please, what

12  does Mr. Caldwell go on to say to Ms. Watkins?

13     A    "The PW is 3 words together in a string.  First is

14  strike."

15     Q    Okay.  In the next message, what does Ms. Watkins

16  say?

17     A    "I know, I'm just verified that I'll be wanted

18  after a title like that."

19     Q    In the next message, how does Mr. Caldwell

20  respond?

21     A    "Fear not.  One asshole had that on a blog, I

22  copied it.  Can't even find the blog today but it was just a

23  thumbnail crested by the prick most likely."

24     Q    Does the message continue?

25     A    It does.

1        Q    What does it say next?

2        A    "Wish I had written his name down.  Anyway

3   probably very few others saw it and it is nowhere on the

4   news2share site from which it is taken.  If any shit --"

5        Q    How does it continue?

6        A    -- "should ever come down, you were with me all

7   the time and I'll swear to it."

8        Q    Does Ms. Watkins respond to that message from

9   Mr. Caldwell?  What does she say?

10       A    She does.

11            "There's too much evidence contrary.  Perjury bad,

12   LOL.  I won't worry then ..."

13       Q    On the next slide, do we see another message from

14   Mr. Caldwell on January 9th at about 9:41 a.m.?

15       A    We do.

16       Q    How does Mr. Caldwell respond to Ms. Watkins?

17       A    "Please don't.  What we did was righteous.  Are

18   you on Signal?  Paul in North Carolina says we should switch

19   to Telegraph.  I have heard Signal has been hacked."

20       Q    Does the message continue?

21       A    It does.

22       Q    What's he continue to say?

23       A    "That's why Paul suggested we have a backup."

24       Q    And in the next message, does Mr. Caldwell correct

25   himself?

6537

```
 1        A     He does.

 2        Q     What does he say?

 3        A     "Turns out its Telegram, not Telegraph."

 4        Q     Okay.  In the slide after this, do we now see that

 5   we've shifted to a conversation between Ms. Watkins and

 6   Mr. Crowl?

 7        A     We do.

 8        Q     And where was this taken from?  Was this taken

 9   from Mr. Crowl's Facebook account or Ms. Watkins' Facebook

10   account?

11        A     Yes, Ms. Watkins' -- I believe this is from a

12   Facebook return from that encompasses both individuals.

13        Q     Okay.

14              When are these messages exchanged?

15        A     January 11th, 2021.

16        Q     So now, a couple days after the exchange we just

17   saw between Ms. Watkins and Mr. Caldwell?

18        A     That's correct.

19        Q     And at 2:55 p.m. on the 11th of January, what did

20   Ms. Watkins say to Mr. Crowl?

21        A     "Apparently the video you took was on the news as

22   is."

23        Q     Are you aware -- have you seen certain videos that

24   Ms. Watkins and Mr. Crowl took on January 6th at and around

25   the Capitol building?
```

1      A    I am aware.

2      Q    Have you seen videos or are you aware of videos

3 that were extracted from their phones that show such things?

4      A    Yes.

5      Q    Were any such videos then passed around on the

6 Internet in the days and weeks after January 6th?

7      A    Yes.

8      Q    If we could go to the next slide, how did

9 Mr. Crowl respond?

10      A    "Hindsight is 20/20."

11      Q    And going to the next message, what else did

12 Mr. Crowl say?

13      A    "All will be fine."

14      Q    If we could go to the next slide, what did

15 Ms. Watkins say in response?

16      A    "I mean, will it?  For us, sure, but America just

17 took one up the pooper.  Not sure how fine it will be

18 though."

19      Q    And in the next message, how does Mr. Crowl

20 respond to Ms. Watkins?

21      A    "I'm with you, Cap.  Keep the faith.  We will have

22 our answers by the 20th."

23      Q    Now, in the next message, what does Ms. Watkins

24 say?

25      A    "Aye-aye, that we will.  We've been organizing a

1   bug-out plan if the usurper is installed."

2      Q   Does she go on in the next message to -- or does

3   Mr. Crowl respond to that?

4      A   He does.

5      Q   And in the next message, does Ms. Watkins go on to

6   elaborate about this plan?

7      A   She does.

8      Q   What does he shy?

9      A   "Something like 20 plus Oath Keepers going to

10  Kentucky mountains on hundreds of acres apparently.  Solar

11  power, clean mountain spring, the whole 9.  About 2 hours

12  south of Ben and Sandi's place, which is convenient."

13      Q   In the next message, what does Mr. Crowl say in

14  response?

15      A   "Hell, yeah."

16      Q   And in the next message, what does Ms. Watkins

17  explain next?

18      A   "They are leaving Illinois.  They said the state

19  would be one of the first overrun and most heavily

20  controlled."

21      Q   Will you go to the next slide, please.  How does

22  Mr. Crowl respond?

23      A   "True story."

24      Q   And then the next message, what does Ms. Watkins

25  say about this location?

6540

```
 1        A     "Tons of tree cover too they said.  Good defense
 2   against pesky drone surveillance."
 3        Q     What is the response, or what does she say next
 4   about this plan?
 5        A     "Col Bucket's place, good dude.  He's up a
 6   mountain."
 7        Q     Do you know who she's talking about when she says
 8   Col Bucket?
 9        A     I believe she's referring to Mr. Michael Cole, who
10   is an Oath Keeper in Kentucky.
11        Q     In the next message, how does Mr. Crowl respond?
12        A     "Right on."
13        Q     And in the next message a little later on January
14   11th, what does Ms. Watkins continue to say about this plan?
15        A     "Gives us the high ground, and makes tunneling out
16   fighting positions great (above the water line).  Be like
17   the NVA and network tunnels."
18        Q     Special Agent Moore, are you familiar with the
19   acronym NVA?
20        A     I am.
21        Q     What does it stand for?
22        A     North Vietnamese Army.
23        Q     Who were the North Vietnamese Army?
24        A     They were the regular and irregular soldiers that
25   opposed the United States in the Vietnam War and used
```

1    guerilla tactics similar to what Ms. Watkins is describing

2    here.

3         Q    If we could go to the next message, is this a

4    message now from Mr. Caldwell's phone?

5         A    It is.

6         Q    What's the date of this message?

7         A    January 13th, 2021.

8         Q    What time?

9         A    9:14 a.m. Eastern time.

10        Q    Who's the message to?

11        A    To Mr. Rob Picco.

12        Q    Do you know who that is?

13        A    It is an associate of Mr. Caldwell's that was also

14   at the Capitol on January 6th.

15        Q    What does Mr. Caldwell say in this message?

16        A    "Hey, brother.  Tom here in Virginia.  Don't know

17   how hard it is for you to get those uppers.  Do you think

18   you could build me one or two fully working?  I have what

19   you need and would gladly bring to you.  We had talked about

20   a trade.  Maybe you could use something else I have or just

21   more.  Let me know if it's doable on your end first."

22        Q    Does the message continue?

23        A    It does.

24        Q    Could you read the end of the message, please.

25        A    "Looks like things will get hairy."

6542

1    Q    If we could go back to the previous slide,

2  Special Agent Moore, Mr. Caldwell asked Rob Picco how hard

3  it is to get uppers.  Do you know what uppers are?

4    A    I believe he's referring to the upper receiver of

5  an AR platform rifle.

6    Q    Are those sometimes called uppers?

7    A    Yes.

8    Q    If we could go two messages forward now.

9         These messages are from January 14th; is that

10 right?

11   A    That's correct.

12   Q    Okay.

13        Before I get here, let me actually put on the

14 screen just for the Special Agent, Government's Exhibit

15 9077.

16        And if we could just page through this for

17 Special Agent Moore.

18        Special Agent Moore, are these messages going back

19 a few days from January 7th of 2021?

20   A    They are.

21   Q    And are they messages that were extracted from

22 Mr. Caldwell's phone and Mr. Crowl's phone?

23   A    They are.

24   Q    Are they fair and accurate copies of messages

25 extracted from those two device?

6543

1        A    They are.

2             MS. RAKOCZY:  At this point in time, Your Honor,

3    the government would seek to move Exhibit 9077 into

4    evidence.

5             MR. CRISP:  No objection.

6             THE COURT:  All right.  9077 is admitted.

7                            (Government's Exhibit 9077

8                               received into evidence.)

9             MS. RAKOCZY:  If we could publish to the jury and

10   show the first page of this exhibit.

11   BY MS. RAKOCZY:

12        Q    So going back a week earlier from the messages we

13   were just looking at, the night of January 7th, did

14   Mr. Caldwell send a message to someone saved in his phone as

15   Trees Shawn Pugh?

16        A    He did.

17        Q    What did he say?

18        A    "Yeah, just got back from D.C. just now.  Had

19   after-action meeting with Ohio Oath Keepers in Arlington

20   after late check-out."

21        Q    And on the next slide, do we see in this and the

22   next few messages, some messages exchanged between

23   Paul Stamey and Donovan Crowl also on the night of January

24   7th?

25        A    We do.

6544

1    Q    Were these extracted from Mr. Crowl's phone?

2    A    They were.

3    Q    Can you remind us who Paul Stamey is?

4    A    He was a North Carolina Oath Keeper.

5    Q    Was he at the QRF hotel on January 6th?

6    A    I believe so.

7    Q    Could you read this message from Paul Stamey to

8  Mr. Crowl.

9    A    "Hey, brother, y'all out there."

10   Q    And in the next message, how did Mr. Crowl

11  respond?

12   A    "Yes, sir, we are back in Ohio.  Just got to Ben

13  and Sandi's about an hour ago.  We're currently getting

14  drunk in Ben's bar on expensive whiskey.  LOL.  I have a

15  shit ton of video footage and pics to share with you.  Take

16  it y'all got home safely."

17   Q    And we could go to the next message please, how

18  does Mr. Stamey respond?

19   A    "Roger that.  Wheels down 0400".

20   Q    Thank you very much.  If we can take that down and

21  if we can go back to 9079, please.

22        So now the next week, January 14th, at 9:10 in the

23  morning, does Ms. Watkins send a message to Oath Keepers

24  Dozer?

25   A    She does.

1      Q      Remind us who that is.

2      A      His actual name is Holden Haney.  He's an

3  Oath Keeper from Illinois.

4      Q      Did Ms. Watkins have any communications with

5  Holden Haney on January 6th?

6      A      I believe she did.

7      Q      Were any of those communications on an application

8  called Zello?

9      A      They were.

10      Q      Could you read the message that she sent to

11  Mr. Haney on the 14th at 9:00 a.m.?

12      A      *"The Washington Post* re-posted the *Guardian's*

13  story about Zello."

14      Q      If we could turn now to the next message in this

15  exhibit, a little bit later that morning on January 14th, do

16  we now see some messages that Ms. Watkins sent to Mr. Crowl?

17      A      We do.

18      Q      So after she sent this message to Mr. Haney about

19  the news article, what does she say to Mr. Crowl?

20      A      "I have half a mind to spend a week with Commander

21  Tom until the media vultures find a new carcass to pick

22  clean."

23      Q      And if we could go to the next message, is this

24  now from Mr. Crowl's phone?

25      A      It is.

6546

1     Q     And who is he sending this message to?

2     A     He's sending it to Thomas Caldwell, who he has

3  saved at Tom Commander.

4     Q     So about an hour after the message with

5  Ms. Watkins, what does Mr. Crowl say to Tom Commander?

6     A     "We will be leaving at 1430, that will put us at

7  your place between 2030 and 2100."

8     Q     In the next message, how does Mr. Caldwell

9  respond?

10     A     "Any way to log in to read my message before you

11  leave?  You may be able to bring something I need with you.

12  Damn selfish of me, I apologize.  I neat to delete that

13  account as soon as you see it."

14     Q     Will you go to the next page.  How does Mr. Crowl

15  respond?

16     A     He says, "We will try."

17     Q     In the next message, what does Thomas Caldwell say

18  to Mr. Crowl?

19     A     "We will expect you.  Bring full battle rattle to

20  stash here if you want."

21     Q     And in the next message, how does

22  Thomas Caldwell -- what does Thomas Caldwell say next?

23     A     "No need to call me again.  We'll expect you even

24  if you are running late.  Don't forget to double back an

25  exit or two at least twice to make sure not followed."

1    Q    If we could go to the next message, how does

2    Mr. Crowl respond?

3    A    "Yes, sir."

4    Q    Going to the next message, what else does

5    Mr. Crowl say?

6    A    "Will do.  Again, thank you, brother."

7    Q    And on the next message, now at 2:13 p.m., does

8    Mr. Crowl send a message to Ms. Watkins?

9    A    He does.

10   Q    What does he say?

11   A    "OMW.  Be in there 5."

12   Q    Do you know what OMW often stands for?

13   A    I believe it stands for "on my way."

14   Q    In the next message, what else does -- or how does

15   Ms. Watkins respond?

16   A    "AYE.  Leave the phone."

17   Q    Going to the next message, what date and time was

18   this message sent?

19   A    January 14th, 2021, at 8:35 p.m., Eastern Time.

20   Q    Who is it from?

21   A    It's from Donovan Crowl.

22   Q    Who is it to?

23   A    To Thomas Caldwell.

24   Q    And what does he say?

25   A    "Here."

1      Q     Special Agent Moore, if we could go back to the
2   previous message, six hours earlier, after Mr. Crowl said he
3   was on his way, Ms. Watkins said, "AYE.  Leave the phone."
4   Are you aware of whether Ms. Watkins brought her cellular
5   telephone to Mr. Caldwell's residence on January 14th?
6      A     I know that she did not bring her primary personal
7   cell phone.  She left that at her residence in Ohio.
8      Q     How do you know that there?
9      A     The FBI conducted a search warrant on her
10   residence while she was at Mr. Caldwell's place and
11   recovered the phone.
12      Q     Do you remember what date that was?
13      A     It was January 17th, 2021.
14      Q     When Ms. Watkins -- was Ms. Watkins' phone --
15   obviously we're looking at the messages.  Was Ms. Watkins'
16   phone searched?
17      A     Yes.
18      Q     And when the phone was searched by the FBI, was
19   the Signal application still installed on her phone?
20      A     It was not.
21      Q     So those messages -- if you could go to the just
22   the last slide here, please, Ms. Rohde.
23           So as 8:45 p.m. on the 14th, Mr. Crowl tells
24   Thomas Caldwell, "Here"; is that right?
25      A     That's correct.

1    Q    I'd like bring up now on the screen what's already

2    in evidence as Government's Exhibit 2001.T.1.

3         Special Agent Moore, have you reviewed the

4    Facebook records for an account associated with defendant

5    Thomas Caldwell?

6    A    I have.

7    Q    And within these records that are already in

8    evidence as Government's Exhibit 2001.T.1, do we see a

9    number of records that suggest -- that say the message was

10   unsent by user?

11   A    We do.

12   Q    For example, if we could go down to page 3 --

13   sorry, if we could scroll down a couple more pages.

14        Special Agent Moore, we've gone through the

15   exhibit down to page 187.  Do you see on this page a number

16   of messages where the body says, "You unsent a message"?

17   A    I do.

18   Q    And what are the time stamps, just generally, what

19   time of day on most of these?

20   A    Let's see.

21   Q    What is the timestamp for where it says, "Removed

22   by sender"?

23   A    So you unsent a message at 0:58 UTC, so that's

24   five hours ahead of Eastern Time so that would be 7:58 p.m.

25   Eastern Time.

6550

1        Q    And can you remind us, so that would be on the
2   14th of November?
3        A    Well, the one I was just looking at was on the --
4   yeah, you're right, the 15th, 14th.
5        Q    I know that UTC is terrible but if we could just
6   explain it for a moment.  If it says the 15th at a little
7   after midnight UTC, you go back five hours, that gets you
8   into the evening of the 14th; is that fair to say?
9        A    Yes, ma'am.
10       Q    And on the night of January 14th, was anyone
11  arriving to visit Mr. Caldwell?
12       A    They were.
13       Q    Who was arriving?
14       A    Ms. Watkins and Mr. Crowl.
15            MS. RAKOCZY:  Could we bring up, please, on the
16  screen what's already been admitted into evidence as
17  Government's Exhibit 2002.T.84.
18            And if we could just look at the first page here
19  of the exhibit.
20            Could you just -- if we could just zoom in on the
21  first three messages, please, Ms. Rohde.
22  BY MS. RAKOCZY:
23       Q    When are these messages being sent roughly,
24  originally sent?
25       A    Not -- so the first one is January 7th at

6551

1    9:46 a.m. Eastern Time.

2            It says, "Be down in a minute."

3        Q    And then in the very next message, is that a

4    message that was unsent?

5        A    It was.

6        Q    Was it originally sent on the 7th at -- if it's

7    9:24 UTC, is that about 4:24 p.m. Eastern Time?

8        A    That's correct.

9        Q    And then the later messages are sort of a similar

10   time, around 4:30 in the afternoon on the 7th?

11       A    That's correct.

12       Q    Okay.

13           And these records are messages that are in

14   Defendant Caldwell's Facebook account; is that right?

15       A    That's correct.

16       Q    I'm sorry, Defendant Crowl's Facebook account; is

17   that right?

18       A    The content of these messages is only on the

19   Facebook records extracted from Mr. Crowl's phone.  They

20   were nonexistent on Mr. Caldwell's phone and in this return.

21       Q    Thank you for explaining that.

22           So as we see this in the records that came back

23   from Facebook, we just see unsent messages for the bottom

24   three messages, right?

25       A    That's correct.

1      Q    Now, you were talking about Mr. Crowl's phone.

2  Did the FBI search through the data extracted from that

3  phone?

4      A    They did.

5      Q    Did it appear that prior to the phone being

6  seized, Mr. Crowl was accessing Facebook by using the

7  Facebook Messenger app?

8      A    It did.

9      Q    And did that phone download some content and store

10 it to the phone?

11     A    It did.

12     Q    If it is possible, could we please try to split

13 screen this Exhibit 2002.T.84 with Government's

14 Exhibit 9079, just the first page of that exhibit.

15          It might not be possible.

16          Okay.  So is it possible to zoom in while we're

17 split screening, or is that just asking for way too much?

18          So if we could split screen on the left side of

19 the screen that first message that says Tom sent -- unsent

20 an attachment -- a message.  Thank you.  Okay.

21          So I know it's hard with the different time

22 stamps, but in the Facebook records, this first unsent

23 message was at 21:24 UTC.  What time is that in Eastern

24 Standard?

25     A    4:24 p.m. Eastern Standard.

1      Q    So does this then appear to link up to what in

2  Mr. Crowl's phone says, "Tom sent an attachment"?

3      A    It does.

4      Q    Okay.  If we could undo the zoom and then on the

5  right exhibit advance one page.

6           Now we zoom in on the left side to the next

7  message from the Facebook records.  Do the time stamps

8  generally match up, 21:25:27 for the Facebook records and

9  4:25:27 on the right for Mr. Crowl's phone?

10      A    They do.

11      Q    And was this an unsent message in

12  Mr. Caldwell's -- that Mr. Caldwell unsent?

13      A    That's correct.

14      Q    Did the content get preserved to Mr. Crowl's phone

15  before it was unsent?

16      A    It did.

17      Q    So what did that message actually say?

18      A    "You and Jess appear at about the 3:21 mark of

19  this great video.  That's as far as I've gotten."

20      Q    And can you remind us, when we were going through

21  these messages earlier, did Mr. Caldwell subsequently send a

22  link to that video that we then watched?

23      A    He did.

24      Q    And did that -- what did that video show

25  generally?

6554

1      A     It showed Ms. Watkins and Mr. Crowl going up the

2  steps of the Capitol on January 6th.

3      Q     If we could take this message, zoom down and

4  advance one more page, could we please then zoom in on the

5  next unsent message.

6           And so, again, do the time stamps generally match

7  up of 21:26:07 UTC on the left and 4:26:07 p.m. Eastern on

8  the right?

9      A     They do.

10     Q     So in the Facebook records, does it appear that

11 Mr. Caldwell unsent a message?

12     A     It does.

13     Q     On the right side, does it appear that Mr. Crowl's

14 Facebook Messenger app on his phone stored the data before

15 it got unsent?

16     A     It does.

17     Q     So what did the message actually say?

18     A     "It starts out with the early happenings on our

19 side of the building, then moves to yours."

20     Q     And then in the next message, if we could take the

21 zoom down, do we see that -- if we could advance the slide

22 on the right, we don't need to necessarily zoom in, but the

23 "That's sweet," was not unsent by -- well, that was sent by

24 Mr. Crowl, right?

25     A     That's correct.

6555

1       Q    And is that both on both the Facebook records and

2  in the phone?

3       A    It's reflected on both.

4       Q    And if we could advance the slide on the right one

5  page, same with the message from Mr. Crowl, "Hey brother, we

6  are just about to Ben and Sandi's."

7            Is that in both the Facebook records and the

8  phone?

9       A    It is.

10      Q    Now, if we could advance the slides on the right

11 one page and go back to the left.

12           On the 8th at 1:53 a.m. UTC, is that the same as

13 the 7th at 8:53 p.m. Eastern?

14      A    It is.

15      Q    So is this another message that Mr. Caldwell

16 unsent?

17      A    It is.

18      Q    But on the right, do we see what the actual link

19 was that Mr. Caldwell sent to Mr. Crowl's phone?

20      A    We do.

21      Q    If we could take that down zoom, please.

22           And just one more if we could advance the one on

23 the right, please.

24           And then go on the left right there, yes.  Thank

25 you so much.

6556

BY MS. RAKOCZY:

Q    So 108 -- on January 8th at 1:55 a.m., is that the same as January 7th, 8:55 p.m. Eastern?

A    It is.

Q    So in the Facebook records does this message just show up as an unsent message by Mr. Caldwell?

A    It does.

Q    In Mr. Crowl's phone, what did the actual message content show the message was?

A    "I just sent it as a message to your phone.  Hope it works.  You will be world famous.  Already No. 1 in my heart."

        MS. RAKOCZY:  Thank you very, very much, Ms. Rohde, for that exercise.  If we could take that down, please.

BY MS. RAKOCZY:

Q    So remind us what date was Mr. Caldwell unsending these messages?

A    January 14th, 2021.

Q    What date did Ms. Watkins and Mr. Crowl arrive at his home?

A    January 14th, 2021.

Q    Are you aware of when Defendant Jessica Watkins was arrested in this case?

A    I am.

6557

1          Q    When was that?

2          A    January 17th, 2021.

3          Q    Was Mr. Crowl arrested at the same time?

4          A    He was.

5          Q    Have you seen in this investigation any messages

6     that any defendants sent to each other on the date of

7     January 17th of 2021?

8          A    I have.

9          Q    If we could bring up just for the Special Agent

10    now, Government's Exhibit 9082.

11              Special Agent Moore, if you could just look at

12    these three or so messages.  Do you recognize these

13    messages?

14         A    I do.

15         Q    Where did these messages come from?

16         A    Mr. Rhodes' cell phone, Signal application.

17         Q    Are these fair and accurate depictions of messages

18    extracted from Mr. Rhodes' cell phone?

19         A    They are.

20              MS. RAKOCZY:  At this point in time, Your Honor,

21    the government would seek to admit Government's Exhibit 9082

22    into evidence.

23              MS. HALLER:  Can we pick up for a moment?

24              (Bench conference)

25              MS. HALLER:  Counsel or Kate?

```
 1              THE COURT:  Hang on for a second.  I don't think
 2    she's -- okay, now she's on.
 3              MS. HALLER:  Okay.
 4              I'm sorry, can you just scroll ahead because there
 5    was a message that had not been sent by Kelly but I think
 6    was given his name.  So if the technical corrections are
 7    made, then I would not have an objection.  I just want to
 8    make sure before it's published -- this one, I think this is
 9    reversed, I think it's -- no, it's correct -- I'm sorry.
10    I strike or withdraw my objection.
11              THE COURT:  Okay.
12              MS. RAKOCZY:  Thank you.
13              (Open court)
14              MS. RAKOCZY:  At this time, we would move the
15    exhibit into evidence, 9082.
16              THE COURT:  9082 is admitted.
17                                  (Government's Exhibit 9082
                                       received into evidence.)
18
19    BY MS. RAKOCZY:
20         Q    If we could publish to the jury, please.
21              Special Agent Moore, who sent this message?
22         A    Mr. Rhodes.
23         Q    Who did he send it to?
24         A    Mr. Kelly Meggs.
25         Q    What on what date?
```

1        A       January 17th, 2021.

2        Q       At what time?

3        A       5:21 p.m. Eastern Time.

4        Q       What does he say to Kelly Meggs?

5        A       "Call me please."

6        Q       Does he then give an abbreviation?

7        A       Oh, sorry.  "ASAP."  As soon as possible.

8        Q       In the next message a few minutes later at

9   5:36 p.m., does Mr. Rhodes send another message?

10       A       He does.

11       Q       What does that message say?

12       A       It says, "Ed MacMahon, criminal defense attorney

13  from Virginia who is also admitted to practice in D.C.

14  Comes highly recommended by Bill Olson, who is a Virginia

15  gun rights attorney I have known for years."

16       Q       On the next slide, three days later on January

17  20th, does Mr. Meggs send a message to Mr. Rhodes?

18       A       He does.

19       Q       What does he say?

20       A       "I am going totally dark.  I will stay in touch.

21  There are a few others as well who will be pulling out of

22  chats, et cetera, as well.  I am leaving John in Flagler who

23  has been leading Florida vetting in charge of the hangout.

24  Talk to you soon.  Stay safe."

25       Q       Special Agent Moore, are you aware of when

1    Defendant Thomas Caldwell was arrested?

2        A    He was arrested on January 19th, 2021.

3        Q    Thank you.  If we could take this exhibit down.

4            MS. RAKOCZY:  I am going to read now a stipulation

5    that the parties have agreed to, Your Honor, and we would

6    move into evidence and then seek to publish or read

7    Government's Exhibit 3012, a stipulation that the parties

8    have entered regarding the grand jury investigation in this

9    matter.

10            THE COURT:  Okay.

11            MS. RAKOCZY:  "Ladies and gentlemen, on January

12    8th of 2021, a Federal Grand Jury in the District of

13    Columbia was impaneled and sworn in to it investigate the

14    events that occurred on January 6th of 2021."

15    BY MS. RAKOCZY:

16        Q    Special Agent Moore, are you aware of whether,

17    following their arrest or following the arrest of defendants

18    Jessica Watkins and Mr. Caldwell, whether the -- whether a

19    grand jury of this court issued an indictment in this case?

20        A    I am.

21        Q    What date was that?

22        A    January 27th, 2021.

23        Q    I'd like to now show just the Special Agent

24    Government's Exhibit 9085.

25            If we could page through this exhibit for the

6561

1    Special Agent.

2            Do you recognize these messages?

3      A    I do.

4      Q    Whose phone were these messages extracted from?

5      A    Mr. Kelly Meggs.

6      Q    And have you reviewed the data extracted from

7    Mr. Meggs' phone?

8      A    I have.

9      Q    Does this exhibit fairly and accurately depict

10   messages extracted from Defendant Kelly Meggs' cell phone?

11     A    It does.

12           MS. RAKOCZY:  At this point in time, Your Honor,

13   the government would seek to admit Exhibit 9085 into

14   evidence.

15           MS. HALLER:  No objection.

16           THE COURT:  9085 will be admitted.

17                            (Government's Exhibit 9085
                                received into evidence.)
18

19           MS. RAKOCZY:  If we could publish to the jury,

20   please.

21   BY MS. RAKOCZY:

22     Q    One day after the Grand Jury indictment, on

23   January 28th of 2021, is this a message from Mr. Meggs to

24   Gator 6?

25     A    It is.

1    Q    Did we put Gator 6 on there or is that the way

2    that this contact is saved in Mr. Meggs' phone?

3    A    That's the way it was saved in the phone.

4    Q    Who is Gator 6?

5    A    Mr. Kenneth Harrelson.

6    Q    So on the 28th at 7:16 a.m. did Mr. Meggs send a

7    photo to Mr. Harrelson?

8    A    He did.

9    Q    Do you recognize that photo?

10    A    I do.

11    Q    What is depicted in the photo?

12    A    It appears to be several Oath Keepers on

13    January 6th, 2021.

14    Q    If we could go to next slide, how did Mr. -- how

15    did Mr. Harrelson respond?

16    A    "Really now."

17    Q    And in the next message, what else did he say?

18    A    "How about that."

19    Q    If we could go to the next message, what did

20    Mr. Harrelson say to Mr. Meggs next?

21    A    "Have you heard anything from RD."

22    Q    Do you know who he's talking about when he says

23    "RD"?

24    A    I believe he's talking about Doug Smith who

25    regularly is referred to as Ranger Doug in the Oath Keepers

6563

circles.

Q    Is that belief informed at all by the messages that follow?

A    It is.

Q    If we could go to the next message.

So Mr. Meggs had been asked by Mr. Harrelson, "Have you heard from RD?"  How does Mr. Meggs respond?

A    "No, not a word, we were talking everyday."

Q    In the next message, what does Mr. Meggs say?

A    "Been 10 days at lest."

Q    In the next message, what does he say on January 28th?

A    "They talk about the training camp in North Carolina."

Q    Have you reviewed the indictment that was first issued in this case on January 27th of 2021.

A    I have.

Q    Does it reference a training camp in North Carolina?

A    It does.

Q    I'd like bring up on the screen now what's already in evidence as Government's Exhibit 6923, particularly a message ending in 3336.

Special Agent Moore, do we see on the screen here a message from Ranger Smith?

1    A    We do.

2    Q    And is this Doug Smith?

3    A    It is.

4    Q    Does this message discuss a training camp?

5    A    It does.

6    Q    If we could take this message down and go back to

7    9085, please.

8         So after Mr. Meggs said they talk about the

9    training camp in NC, is that one of the messages that you

10   were referring to that you said caused you to believe that

11   the RD, two messages back, was Ranger Doug?

12   A    It is.

13   Q    If we could go to the next message, please.  How

14   does Mr. Harrelson respond?

15   A    "That's what I was about to say.  I wonder if

16   that's him, I sure hope not."

17   Q    And in the next message, what does Mr. Harrelson

18   say?

19   A    "For his sake."

20   Q    If we could go to the next message, please, how

21   does Mr. Meggs respond?

22   A    "I'll reach out today."

23   Q    And in the next message --

24        No more messages.  Sorry.

25        Okay.  Special Agent Moore, I'd like to bring up

6565

```
 1   now for you Government's Exhibit 9086.
 2           If you could look through the messages in this
 3   exhibit, do you recognize these messages?
 4      A    I do.
 5      Q    Where were these messages extracted from?
 6      A    Mr. Meggs' phone.
 7      Q    Are these fair and accurate depictions of messages
 8   extracted from Defendant Kelly Meggs' cell phone?
 9      A    They are.
10           MS. RAKOCZY:  At this point in time, the
11   government would seek to admit Government's Exhibit 9086.
12           MS. HALLER:  No objection.
13           THE COURT:  9086 is admitted.
14                              (Government's Exhibit 9086
15                                received into evidence.)
16           MS. RAKOCZY:  Thank you, Your Honor.
17           If we could publish for the jury.
18   BY MS. RAKOCZY:
19      Q    Are these messages now from February 4th of 2021,
20   a week or so after those messages from the 28th of January?
21      A    They are.
22      Q    And who are they between?
23      A    Between Mr. Harrelson and Mr. Meggs.
24      Q    So on the 4th, at about 11:22 a.m., what does
25   Mr. Harrelson say to Mr. Meggs?
```

6566

1    A    "Is there any way we can clear out the messages in

2  our chats?  I don't think it would be a bad idea.  Clear out

3  all the talk of hiding the tools and shit."

4    Q    If we could go to next message, please, what does

5  Mr. Meggs respond?

6    A    "We can delete the old and start a b."

7    Q    In the next slide, does he correct himself?

8    A    He does.  He says "new."

9    Q    In the next message, what does Mr. Harrelson say?

10    A    "Let's do that as long as you think it deletes

11  everything.  I don't want the boys to have anything to look

12  at, if you know what I mean.  I'll run through, let me

13  delete our DMs real quick.  Send one in like 2 minutes.  If

14  that works on my end then we'll just repeat the process."

15    Q    In the next message, what does Mr. Harrelson say?

16    A    "Yep, cleared it right out."

17    Q    And then the message after that --

18         Okay.  We could take that down.

19         Special Agent Moore, are you aware of when

20  Defendant Kelly Meggs was arrested?

21    A    I am.

22    Q    And at the time of his arrest, was his cell phone

23  seized?

24    A    It was.

25    Q    Was it searched?

6567

1     A     It was.

2     Q     Was there Signal application data on his phone?

3     A     There was -- sorry, there was Signal -- the Signal

4  app was on his phone, however, there were not Signal

5  messages prior to January of 2021.

6     Q     Was there -- do you recall whether there was a

7  particular date in January when the data -- before which

8  there was no data?

9     A     I don't recall the exact date but it was the

10 latter half of January.

11     Q     Is there anything in particular that would refresh

12 your recollection as to whether -- what the particular date

13 was?

14     A     I mean, excerpts from that chat or excerpts from

15 the phone would refresh that.

16     Q     Okay.  I'll move on.

17           Special Agent Moore, are you aware of when

18 Defendant Kenneth Harrelson was arrested?

19     A     I am.

20     Q     When was he arrested?

21     A     March 10th, 2021.

22     Q     And at the time of his arrest, was his phone also

23 seized?

24     A     It was.

25     Q     Was it searched?

6568

1      A     It was.

2      Q     Was there any Signal application data on his

3  phone?

4      A     There was.

5      Q     And were there any limitations to that data that

6  was extracted from his phone?

7      A     There was.  There was no Signal messages prior to

8  some date in March of 2021.

9            MS. RAKOCZY:  Thank you, Your Honor.  I have no

10  further questions.

11           THE COURT:  Mr. Bright.

12           MR. BRIGHT:  Yes, sir.

13                          -  -  -

14                     CROSS-EXAMINATION

15  BY MR. BRIGHT:

16     Q     Good afternoon, Agent Moore.  How are you doing?

17     A     I'm well, sir.  How are you?

18     Q     Good.  Good to see you again.

19           Probably surprising, I'm going to ask a relatively

20  few number of questions, so bear with me today.

21           I'd like to start out, if I may, kind of the one

22  subject matter at a time.

23     A     Okay.

24     Q     I'd like to start out with what's been talked

25  about on direct today and that has to do with the guns

1    involved in this case, the guns, the other things that were

2    purchased, the components, right?  You're familiar with all

3    those, right?

4         A    Yes.

5         Q    Okay.

6              When we talk about the manner in which Mr. Rhodes

7    was buying these guns, this was all done in plain sight,

8    correct?

9         A    To the best of my knowledge.

10        Q    Well, the two ARs that you were able to track, you

11   were able to do it because he made legal purchases, correct?

12        A    That's correct.

13        Q    Okay.

14             Now, if he purchases a gun in a firearms store, an

15   FFL, and it's for him and him only, he has to sign off on a

16   1043 form, correct?

17        A    I believe the form is 1043 but, yes, an ATF form.

18        Q    Okay.

19             But when you sign one of those, when you buy a gun

20   from a federal firearms licensed dealer, that actually

21   requires that you sign off what your intent is, whether

22   you're buying it as a gift for somebody, whether you're

23   going to keep it for yourself, correct?

24        A    I don't know that.

25        Q    Okay.  Would you agree with me that that most

```
 1   likely is correct?
 2        A    That could be correct.
 3        Q    Okay.
 4             And so you're bound by the decision you make when
 5   you sign that and you file that federal form, the 1043,
 6   correct?
 7        A    Yes.
 8        Q    Okay.
 9             But if I was to buy in Texas where Mr. Rhodes was
10   or in North Carolina where he was and he made a hand-to-hand
11   secondary purchase of a firearm, that doesn't require a 1043
12   form, correct?
13        A    That's correct.
14        Q    However, there are federal laws that prohibit
15   Mr. Rhodes from purchasing one of those and then knowingly
16   giving it to a felon or somebody that's a prohibited person
17   from owning a firearm, correct?
18        A    That's correct.
19        Q    And to your knowledge, in your investigation of
20   this, Joshua James was neither of those, correct?
21        A    I don't know if Joshua James was a felon or not.
22        Q    Okay.
23             But one of the ARs that you tracked ended up back
24   in Arab, Alabama, where he was from, correct?
25        A    That's correct.
```

6571

1    Q    Okay.  And that was a gun that per the tracing of

2    the serial number, you were able to trace that back to a

3    legal purchase, correct?

4    A    That's correct.

5    Q    All right.

6         So the specter of gun, the fact that he had that

7    in the house in north Dallas, there's nothing untoward or

8    improper about the ownership of that firearm, correct?

9    A    Well, if you're going to use the firearm to bring

10   Civil War to every state capital in the country, it's pretty

11   untoward.

12   Q    That gun was purchased by Mr. Rhodes, correct?

13   A    It was purchased by Mr. Rhodes.

14   Q    Okay.

15        And it was legally taken back to Alabama, correct?

16   A    Assuming Mr. James was not a felon, yes, that

17   would be legal.

18   Q    And you found it legally stored in a facility,

19   correct?

20   A    I didn't personally find it but, yes, the FBI

21   recovered it from a storage unit in Alabama.

22   Q    And that was the first of two, what are known as

23   ARs.  Are you familiar with what the real name of an AR is,

24   an ArmaLite rifle?

25   A    That sounds very familiar.

6572

1      Q    Okay.  But it's not -- its legal name, its real

2  name is not an assault rifle.  It's an AR, an ArmaLite

3  rifle, correct?

4      A    That's correct.

5      Q    Okay.  And those are actually relatively common,

6  one of the more purchased guns right now in this country,

7  correct?

8      A    That is correct.

9      Q    Okay.

10          So we have one, two, three, four, five, six,

11  seven, eight purchasing of visits, if I will, to various

12  dealerships, Cabela's, stuff like that, between the 10th of

13  January and the 19th of January, correct?

14      A    That sounds familiar.

15          MR. BRIGHT:  Ms. Rohde, if you could be so kind as

16  to pull up what's been marked previously as Government

17  Exhibit 1540.

18  BY MR. BRIGHT:

19      Q    Okay.  Do you recognize this exhibit that we just

20  walked through on direct by Ms. Rakoczy?

21      A    I do.

22      Q    Okay.  Can you scroll to the bottom, please,

23  ma'am.

24          Okay.  So refresh your memory here and you can

25  tell me that's the number of purchases of things that he

 1    took care of on those dates, correct?

 2        A    That's correct.

 3        Q    Now, those items, when broken down, varied from

 4    everything from gun cases, correct?

 5        A    Correct.

 6        Q    Duffel bags?

 7        A    Correct.

 8        Q    Sights?

 9        A    That's correct.

10        Q    Camping chairs.

11             As a matter of fact, you would agree with me that

12    out of those purchases, only one, on Exhibit 2016, was

13    actually a gun, it was an upper or what we would call a

14    receiver, correct?

15        A    That's correct.

16        Q    That's not even a full gun, is it?

17        A    Well, in conjunction with a lower receiver it

18    makes a full gun.

19        Q    A receiver unto itself, the top, what we call an

20    upper is not a gun, correct?

21        A    It's not a -- no, it's not.

22        Q    Okay.  It's not a functional firearm, it's a

23    component?

24        A    It is a component when married with another

25    component is a very lethal firearm.

1              MR. BRIGHT:  Objection; nonresponsive.

2    BY MR. BRIGHT:

3        Q    Standing alone, it's just a component, correct?

4        A    I believe so.

5        Q    Okay.

6              It requires a stock be added.  It requires what

7    most people would use for this they would just call a

8    barrel, correct?  Things have to be added to it to make it a

9    functioning firearm, correct?

10       A    Things need to be added to an upper receiver to

11   make it a fully functioning firearm.

12       Q    So you're aware that for individuals that collect

13   firearms, the manner in which ARs are put together for many

14   is almost like accessorizing your car with different wheels,

15   correct?

16       A    That may be accurate for some people.

17       Q    Okay.  That's what I asked.  For some people.  Gun

18   collectors possibly?

19       A    Possibly.

20       Q    And there's nothing illegal about doing that as

21   long as you're not a prohibited person, correct?  In a hobby

22   sense, correct?

23       A    There's nothing illegal in a hobby sense but we're

24   talking about something much more extensive than a hobby

25   here.

 1          Q     I'm asking a very straight-line question.

 2                The purchasing of those firearms -- those

 3    components, that is not illegal, correct?

 4                MS. RAKOCZY:  Objection; asked and answered.

 5                THE COURT:  It's overruled.  He can answer it.

 6                It's overruled.  You can answer.

 7    BY MR. BRIGHT:

 8          Q     You can answer.

 9          A     Yes, purchasing those components is not illegal.

10          Q     Now, the second gun that was purchased in

11    North Carolina, again, the parameters of the ownership of

12    that gun, as long as you're not a prohibited person, in a

13    hand-to-hand secondary market transaction in the

14    United States, that type of purchase is not illegal,

15    correct?

16          A     I haven't fully delved into the statute cited in

17    the course of that North Carolina transaction, the seller

18    seemed to have some legal concerns, so I can't definitively

19    speak to that.

20          Q     So you don't know if that's illegal or not?

21          A     I don't know if it's illegal or not.

22          Q     To your knowledge, though, it's not?

23          A     No, to my knowledge, I don't know.

24          Q     That gun, though, also was purchased and it was

25    done so in a traceable manner.  Mr. Rhodes used digital

```
 1    communications to communicate with the individual that he
 2    was purchasing from, correct?
 3         A    That's correct.
 4         Q    And it's also been testified to that Mr. Rhodes
 5    has a GunBroker account; is that correct?
 6         A    I do not know.
 7         Q    Are you familiar with what was referenced earlier,
 8    the online site where individuals can sell, purchase
 9    firearms, ammo, all of that legally over state lines, it's
10    called GunBroker.com?
11         A    I don't recall that specific piece of testimony
12    but I'm familiar with the concept of GunBroker sites.
13         Q    Okay.
14              And you're aware that, again, not being a
15    prohibited person, you can legally purchase those guns over
16    state lines and go pick them up, have them shipped, or any
17    of that so long as it's done in a legal fashion, correct?
18         A    I believe so.
19         Q    Okay.
20              I'd like to go a bit back to the concept of the
21    people that were kind of summoned and/or brought back to
22    Texas.
23              Perhaps we could start out a little bit with
24    Ed Vallejo and Todd Kandaris.  If I pronounced that wrong,
25    I apologize.
```

1          They were traveling together based on your

2     investigation, correct?

3     A     That's correct.

4     Q     In a single car?

5     A     I don't know if it was a single car or not.

6     Q     Okay.

7          But they were both in Junction, Texas when they --

8     I guess it appears they spent the night there somehow.  Does

9     that sound right based on the text messages?

10    A     It does.

11    Q     Okay.  And you're aware that earlier the night

12    before, Stewart Rhodes, when they had indicated they would

13    be coming I-30 westbound through Dallas, he said he wouldn't

14    be able to meet up with them because he was in Fort Worth,

15    correct?

16    A     I believe he said, "I'm in Fort Worth."  He didn't

17    definitively say he couldn't meet them.

18    Q     Okay.

19         But to your knowledge, based on the text messages,

20    it doesn't appear that they ever met up, correct?

21    A     It does -- based on the text messages, it does not

22    appear.

23    Q     Okay.

24         As a matter of fact, after they tell him that

25    they're at the restaurant, the next one is from Mr. Vallejo

1    that says, "AZ safe," back in Arizona, right?

2         A    I forgot the -- I guess the exact sequence of

3    texts, but I understand what you're saying, that

4    Mr. Kandaris texted Rhodes and said, "I'm not available."

5              What I don't know is any other, you know,

6    telephone communications or other communications that could

7    have taken place between those two.

8         Q    That's fair.  I heard you testify on direct

9    regarding that.  But in reality, all you know from your

10   investigation is that Mr. Rhodes did not meet up with them

11   in Junction, Texas.  And the next communication that's been

12   presented here in this trial is that they're back safe in

13   Arizona, correct?

14        A    That's correct.

15        Q    You're aware that Junction, Texas is 248 miles

16   from Dallas.  That would have been an impossibility for

17   Mr. Stewart to meet them on that same day?

18        A    They requested guidance from him as though he was

19   a commander.

20        Q    I didn't ask that question.

21             You're aware that Junction, Texas is 248 miles

22   from Dallas, right?

23        A    I'm not aware of that.  I know roughly where it

24   is.  I could -- I don't know exactly how far it is from

25   Dallas but it's --

1    Q    Okay.  So -- but you testified earlier -- and you

2    live in Dallas, I know you do.  So you're familiar with the

3    roads, to get from Texarkana to Dallas, you go I-30,

4    correct?

5    A    That is one way you could go.

6    Q    That would be the most logical route to go since

7    it's a due east/west route from Texarkana, correct?

8    A    Yes.

9    Q    It would be country roads otherwise, correct?

10    A    Well, you could drop down to 20 but, yes.

11    Q    Okay.

12         From there, the natural route would be to drop

13    down to San Antonio and then to cross I-10 to El Paso to get

14    to Arizona, fair?

15    A    It's not fair.  We saw in the cell site analysis

16    that they took a completely different route going to

17    Washington, D.C.  I'm not sure why they chose this route

18    back, but they took a different route, they came through

19    Texas, so I can't speak to what was logical within their GPS

20    or their heads at that time.

21    Q    Okay.

22         They didn't meet with Stewart personally on that

23    trip, did they?

24    A    Not to my knowledge.

25    Q    And the next day, they were back in Arizona

1    safely, to your knowledge?

2        A    That's correct.

3            MR. BRIGHT:  Okay.

4            Government's Exhibit 9064, if you could be so kind

5    as to pull that up, Ms. Rohde.

6    BY MR. BRIGHT:

7        Q    Could you identify what this is and what format

8    this was sent in, please, sir?

9        A    In Signal from --

10       Q    And it's from whom?

11       A    From Ms. Kellye SoRelle.

12       Q    To?

13       A    Mr. Michael Greene.

14       Q    Okay.

15           Based on your analysis, based on your research and

16   the evidence that you've reviewed, did Michael Greene come

17   to Texas?

18       A    I don't know.

19       Q    Well, if he had and there were communications that

20   you had available to you that he was here, you would be

21   testifying that he did, indeed, make it to Texas, correct?

22           MS. RAKOCZY:  Objection; calls for speculation.

23           THE COURT:  It's overruled.  He can answer.

24   BY MR. BRIGHT:

25       Q    If he had come to Texas and you knew about it, you

1  would have testified about it today, correct?

2      A    I don't -- I don't know that I would have

3  testified to it if I knew that.

4      Q    Well, it was important that the government let you

5  know other people were coming through Texas, correct?

6  Joshua James, correct?

7      A    Correct, yes, I testified that Joshua James came

8  to Texas.

9      Q    Okay.  If another co-defendant in this case had

10  been summoned to Texas and actually came, you would have

11  testified to this jury about it, correct?

12      A    Likely.  But the co-defendants took --

13      Q    He didn't come to Texas based on your

14  investigation, did he?

15      A    I don't have any evidence that he made it to Texas

16  but --

17      Q    Now, we also have communications between

18  Joshua James to Kelly Meggs, correct?

19      A    Yes.

20      Q    Okay.

21           And those were presented on direct today, correct?

22      A    Yes.

23      Q    Okay.

24           And Joshua James references potentially

25  Kelly Meggs coming to Texas, right?

1      A    Correct.

2      Q    To your knowledge, Kelly Meggs never came to

3  Texas, correct?

4      A    I don't have evidence that he came to Texas.

5      Q    As a matter of fact, his text message response

6  was, "We're staying home" --

7      A    "until shots are fired."

8      Q    -- correct?

9           He stayed home, correct?

10      A    Presumably.

11      Q    Okay.

12           So of all the people that were summoned, the only

13  one you're aware of that came to Texas and actually stayed

14  with Mr. Rhodes -- excuse me -- stayed, I believe -- and if

15  I pronounce the name belong, I apologize, the Vanderbol

16  House; is that correct?

17      A    Yes.

18      Q    How long did Joshua James stay in Texas?

19      A    Approximately 10, 11 days.

20      Q    Okay.

21           Did he leave?

22      A    He did.

23      Q    Where did he go?

24      A    To Alabama.

25      Q    To your knowledge, did any of the above named

1    people, after either not coming to Texas, passing through

2    Texas without meeting Stewart, or leaving and going back to

3    Alabama, did any of them ever and come back to Texas prior

4    to the dates of their arrest, to your knowledge?

5         A    I don't know.

6              I mean, I don't know who all came to Texas.

7    There's at least one person in the picture that was at the

8    Vanderbol House I don't recognize.  There's multiple people

9    on the Alpers recording whose voices I don't recognize at

10   all and seem to be part of this conspiracy.  So I don't know

11   definitely who came to Texas, who left, and when they may

12   have come or gone.

13        Q    Post the time that all of these people leave, go

14   through Texas without meeting Stewart, and any of that,

15   do you have, to your knowledge and your evidence, any

16   further communications of Mr. Stewart or any of the

17   Oath Keepers summoning them to Texas like that?

18        A    Not that I know of.

19             MR. BRIGHT:  Thank you, sir.  I pass the witness.

20   I appreciate it.

21             THE COURT:  All right.  Thank you.

22             Ms. Haller.

23             MS. HALLER:  Yes, Your Honor.

24             The Court's indulgence.

25

```
 1                            - - -

 2                       CROSS-EXAMINATION

 3   BY MS. HALLER:

 4        Q     Hello, sir.

 5        A     Hello, ma'am.

 6        Q     I almost thought I had my glasses on.

 7              Okay.  I'm Juli Haller, I represent Kelly Meggs,

 8   and I just want to double-check a few questions with you.

 9              First of all, I believe when you addressed the

10   "Old Leadership" chat, you were asked, as of January 6th who

11   the participants were.  And an exhibit was admitted and the

12   statement was:  As of January 6th Kelly Meggs, among others,

13   were participants in the "Old Leadership" chat.

14              Do you recall that?

15        A     I would need to look at the exhibit to recall all

16   the members of that chat.

17        Q     Okay.  Without looking at the --

18              MS. HALLER:  Well, if the government, Ms. -- if

19   you can pull up the exhibit, I believe it is 9001?

20              MS. RAKOCZY:  It's either 1555 --

21              Are you asking for the exhibit showing who is in

22   the chat on January 6th?

23              MS. HALLER:  Yes.

24              MS. RAKOCZY:  1555.

25              MS. HALLER:  Thank you.
```

```
 1   BY MS. HALLER:
 2       Q    Okay.
 3            You see Kelly Meggs is known as OK Gator 1, yes?
 4       A    Yes, ma'am.
 5       Q    Okay.
 6            And you recall that this is as of January 6th and
 7   this was identified by you as correct; is that fair to say?
 8       A    Yes, I identified all the named individuals in
 9   this chat.
10       Q    Okay.
11            You do not have any evidence, though, do you, that
12   Mr. Meggs was in this chat after December 18th of 2020,
13   do you?
14       A    I don't know -- well, you're saying that he was a
15   part of the chat or that he was making posts?
16       Q    I'm saying you cannot show, can you, that
17   Mr. Meggs was in this chat after December 18th of 2020?
18            And I can let you think about it.
19       A    I can't say definitively.  I've looked at
20   thousands of lines from this chat.  I can't remember the
21   last time I saw Mr. Meggs post to this chat.  I'd have to
22   look at the phone itself to definitively answer your
23   question.
24       Q    Okay.
25            In looking at these messages in the
```

1    "Old Leadership" chat to make this determination as to the

2    participants, it's fair to say that the actual chat is in a

3    PDF format, would you be familiar with that?

4        A    No, I'm familiar with the chat on the phone itself

5    or in the Cellebrite software program.  I've seen it -- I've

6    utilized it in an Excel derivative format as well.  I'm not

7    sure what you're talking about with the PDF.

8        Q    So it's fair to say that one of those would have a

9    search function on it, would it not, such as Excel, where

10   you can check if any messages appear for an individual after

11   certain dates to confirm that they actually were in the chat

12   on January 6th of 2021?

13       A    Yes, it's a searchable chat.

14       Q    Yes.

15           So you didn't actually search to double-check if

16   Kelly Meggs was in the "Old Leadership" chat on January 6th,

17   '21, did you?

18       A    I --

19       Q    You didn't actually search for that, did you?

20       A    Well, in the course of the investigation, I was in

21   contact with a CART examiner that reviewed the phones.

22   I believe he was in the chat at that time.

23           You asked me about what --

24       Q    Agent --

25       A    -- those specific messages --

6587

1          Q    -- you believe he was in the chat at that time.

2     Do you have a specific recollection as to that?  Because the

3     chat is searchable, and I'm asking a very simple question:

4     You do not -- you are not able to show that he was in this

5     chat after December 18th of 2020, are you?

6          A    Well, I could -- I could confirm that if I had the

7     Cellebrite copy of the phone.  I can't recollect off the top

8     of my head exactly when he posted messages.  If our CART

9     examiner said that he was in the chat at this time,

10    I believe that he was.

11              MS. HALLER:  Okay.  At this time, I would like to

12    show the witness -- sorry, which cable do I plug in with?

13    This one.

14              With the Court's indulgence.

15    BY MS. HALLER:

16         Q    Sir, are you familiar with Signal as an app that

17    when someone leaves a chat, there will be a message pop up

18    from the system?  Are you familiar with Signal?

19         A    No.

20         Q    Okay.

21         A    I mean, and not the chat pop-ups that you're

22    referring to.

23         Q    So if you're not familiar with that, then it's

24    fair to say that you're not familiar with when someone does

25    leave a chat with the app itself?

1          A    I am familiar with how Signal works as a platform,

2    that it's an encrypted platform that several of these

3    Oath Keepers used it to communicate with one another.

4               I don't know what --

5          Q    Okay.  You don't know.

6          A    -- shows up in someone's Signal app when someone

7    leaves.

8          Q    Sir, I don't want you to guess.  And if you don't

9    know, you can say you don't know.

10              I just want to confirm that you do not know that

11    the system does issue a -- have you used -- strike that and

12    let me restate that.

13              As of December 18th, 2020, if I were to show you a

14    message from the leadership chat, you have -- I can ask you

15    just to look at it, just for the witness, and I will mark it

16    as Kelly Meggs 61.  Thank you, sir.

17              Okay.  Just for the witness, I'm showing you the

18    actual Cellebrite report and this is in the middle of the

19    report because you can see on the bottom of the page, the

20    page number, 3763.  So rather than show you 3,000 messages,

21    I have focused in on a particular page.  And if you go down

22    to the very last message on this -- because I can show you

23    it comes from OK Gator 1.

24              And if I make this a little larger for you, you

25    can see that this is the source extractions?

```
 1            MS. RAKOCZY:  Objection.
 2   BY MS. HALLER:
 3       Q    Would that be fair to say?
 4            MS. HALLER:  I'm sorry?
 5            MS. RAKOCZY:  You solved my objection.
 6   BY MS. HALLER:
 7       Q    Would that be fair to say that this is the
 8   source's extraction, this is from the "Old Leadership" chat?
 9   I can pull up the whole chat if that's better for you.
10            I represent to you that this is an honest excerpt
11   of that over 3,000-page document?
12            MS. RAKOCZY:  Objection.
13            MS. HALLER:  Okay.  Withdrawn.
14   BY MS. HALLER:
15       Q    Sir, can you identify this as a source extraction
16   from the "Old Leadership" chat?
17       A    I mean, it's a PDF that says "Old Leadership"
18   chat.  It's --
19       Q    Okay.
20            And can you tell me the date of it?
21       A    So, first of all, I didn't really finish answering
22   your last question.
23            I've identified this is not a product that I've
24   viewed before.  This is not the format in which I've
25   normally viewed Mr. Meggs' or anyone else's messages on
```

1    Signal.  It is a PDF that says "Old Leadership" chat.

2        Q    Okay.  Bear with me just for a moment and I'll

3    pull up --

4            THE COURT:  Ms. Rakoczy, is there any objection to

5    stipulating to what that document is and having Ms. Haller

6    show it to him?

7            MS. RAKOCZY:  No, Your Honor.

8            THE COURT:  All right.

9            MS. RAKOCZY:  Assuming the witness knows and

10   there's a foundation there.

11           No objection to authenticity.

12           THE COURT:  All right.  Can we just show --

13   go ahead and show him what you'd like to show him and see if

14   he recognizes it, maybe not in this format but maybe he's

15   read it in some other format.

16           MS. HALLER:  Okay.  I'm showing the witness in the

17   format the government showed him the messages to him today.

18   BY MS. HALLER:

19       Q    So, sir, if you can tell me that this is the

20   format that you viewed these messages in earlier today when

21   counsel asked you about the "Old Leadership" chat?

22       A    I didn't review these messages earlier today.

23   I did not testify to this message on my screen today.

24       Q    No, but you did testify to the document that said

25   Mr. Meggs was a participant on January 6th, and I am trying

```
 1   to show you the messages from this chat that you reviewed
 2   which led to your determination as to who the participants
 3   were on January 6th, right?
 4             THE COURT:  Can we get on the phone, please.
 5             (Bench conference)
 6             THE COURT:  Can we all agree -- to just make this
 7   a little easier, either by all agreeing that he needs to
 8   look at the actual documentation or whether what Ms. Haller
 9   is about to show him is a fair and accurate representation
10   of what the actual chat says.  Can we do that so we can move
11   this along?
12             MS. RAKOCZY:  Yes, Your Honor, we can do that.
13   I just think this is going now a little beyond the scope.
14   And also, I'm just not sure this is the best way to
15   accomplish this goal with this particular witness.  I really
16   think he does not exactly have a foundation to --
17             THE COURT:  All right.  Well, all you need to do
18   is if we can all agree that this is what it purports to be,
19   just ask him to read it, okay?
20             MS. HALLER:  Yes, sir, thank you, Your Honor.
21             (Open court)
22   BY MS. HALLER:
23        Q    Agent, can you please read the first slide that's
24   in front of you?
25             THE COURT:  Hang on.  Can we just say what this
```

1    is, then show it to the jury, so what is this?

2    BY MS. HALLER:

3         Q    Sir, can --

4              THE COURT:  You can tell us all what it is.

5    BY MS. HALLER:

6         Q    The "Old Leadership" chat, a text message from

7    OK Gator 1 and it's dated December 18th at 9:37:07 UTC minus

8    6 because it is from Mr. Rhodes' phone.  Do you recall that

9    you identified messages from the "Old Leadership" chat from

10   Mr. Rhodes' phone?

11             THE COURT:  Maybe I can short-circuit this.

12             Sir, this is an excerpt from the "Old Leadership"

13   chat December 18th, 2020.  Let's bring it up, have him read

14   it, and then move on, okay?

15             MS. HALLER:  Yes, sir.

16             THE COURT:  Everybody is in agreement that that's

17   what this is, he can read it, and then we will move on to

18   the next topic.

19   BY MS. HALLER:

20        Q    Can you please read for the jury what -- well,

21   we've marked this as Defendants' 62.  And can you please

22   read the message for the jury.

23             We would at this time move it in.

24             THE COURT:  Just have him read it and then

25   we'll --

1    BY MS. HALLER:

2         Q    Can you please read it?

3         A    Yes, ma'am.  "Whiskey 62 is still in Florida with

4    us.  We all left the chats of national due to issues."

5         Q    Okay.

6              And going to the next slide.

7         A    "With mole and reporters being in out chats."

8         Q    Then the date of that message?

9         A    December 18th, 2020.

10        Q    And the time?

11        A    9:34 UTC, which would be 3:34 -- correction, 4:34

12   Eastern Time, 3:34 Central.

13        Q    And the next message, December 18th?

14        A    "I left not sure how this popped back up."

15        Q    And then the next message?

16        A    Is blank.

17        Q    Yes.  Is that a system message in Signal?

18        A    I don't know.

19             MS. HALLER:  Okay.  At this time, we would seek to

20   move in Defendant's 62 for the jury.

21             THE COURT:  Okay.  KM62 is admitted.

22                              (Defendant's Exhibit KM62
                                  received into evidence.)
23             MS. HALLER:  Okay.

24

25

1    BY MS. HALLER:

2        Q    After these messages, with the system message

3    being the last slide from Mr. Meggs on December 18th, it's

4    fair to say that you didn't discuss any messages from

5    Mr. Meggs from the "Old Leadership" chat after that date

6    today, correct?

7        A    I would have to review the exhibits.

8        Q    No, sir, I'm talking about your testimony today.

9    I'm asking you a simple question.

10            Today after your discussions on the

11   "Old Leadership" chat, the direct, the questions you

12   answered, you didn't actually testify to any messages from

13   Mr. Meggs OK Gator 1 in January, would that be fair to say?

14       A    I would have to review the exhibits.  I know --

15       Q    Do you know a memory of talking about any

16   messages?

17       A    I do.  I've talked about a lot of messages.

18            THE COURT:  All right.  Let's --

19            MS. HALLER:  Okay.  Thank you, sir.

20            THE COURT:  -- the jury is going to have it.  They

21   can ultimately decide whether he -- there was a post

22   December 18th message from Mr. Meggs on the "Old Leadership"

23   chat.

24   BY MS. HALLER:

25       Q    Now, going fast-forward to the other final message

```
 1    where Mr. Meggs says, "I left not sure how this popped back
 2    up," the slide 4, are you familiar with how one does
 3    actually leave a Signal chat?
 4        A    No.
 5        Q    Okay.
 6             Before this case, you never worked with Signal,
 7    did you?
 8        A    I have Signal on a personal phone which I've used
 9    very sporadically, and I've never left a chat.
10        Q    Okay.  Thank you, sir.  That wasn't actually my
11    question.
12             Before this case, you didn't work with Signal,
13    right?
14        A    No, I did not.
15        Q    Okay.
16             So I'm going to switch gears and just end that
17    segment with the question that -- sorry -- you're not
18    actually -- well, strike that, let me move on.
19             Going to the message that you were just asked
20    about on cross-examination, "Nope.  Florida stays home until
21    shots fired."
22             Do you recall that?
23        A    I do.
24        Q    That was a message that you spoke about, correct?
25        A    I did.
```

6596

1      Q    Okay.

2           In the messages, you didn't see any plans by

3    Mr. Meggs to travel after January 6th, did you?

4      A    Well, the message you're talking about suggests

5    that he would travel to partake in violence if shots were

6    fired.

7      Q    Sir, I asked you a very simple question.  Did you

8    see any plans to travel after January 6th, after they get

9    back to Florida, correct, they returned to Florida?

10     A    The message you're talking about could be

11   considered a plan.  He has already partaken in one

12   insurrection and he's suggesting he'll take part in violence

13   at the behest of Stewart Rhodes.

14     Q    Thank you, sir, I think we've all heard the

15   message.  I'm simply asking if you're aware of any specific

16   plans of travel, when someone buys an airplane ticket, when

17   someone books a train ticket, when someone tells their

18   spouse that they're going to be traveling, any messages to

19   the effect that actually detail any plans of travel after

20   they got back to Florida after January 7th?

21     A    Most of the messages I talked about with your

22   client were in regards to his efforts --

23     Q    Sir --

24     A    -- to destroy all his communications --

25          MR. FISCHER:  Objection; nonresponsive.

```
 1                THE COURT:  Sustained.
 2                Agent Moore, this will go a lot quicker --
 3                THE WITNESS:  Okay.
 4                THE COURT:  -- if you know about specific travel
 5     plans, say yes.  If you don't, say no.
 6                THE WITNESS:  I don't.
 7                MS. HALLER:  Okay.  Thank you, sir.
 8                And that's all I have.  Thank you for your time.
 9                THE WITNESS:  Thank you, ma'am.
10                THE COURT:  Okay.  It's 5 of 5:00.  Why don't be
11     break for the day, ladies and gentlemen.  So we will return
12     tomorrow at 9:30 in the morning.  Have a good evening,
13     everybody, we'll look forward to seeing you then.
14                COURTROOM DEPUTY:  All rise.
15                (Jury exited the courtroom.)
16                THE COURT:  Agent Moore, you can step down.
17     I'm going to ask you to not discuss your testimony with
18     anyone overnight.
19                THE WITNESS:  Yes, sir.
20                THE COURT:  Thank you, sir.
21                Have a seat, everybody, please.
22                Mr. Fischer, can I just ask you for a housekeeping
23     matter so that we can keep the record straight on the
24     transcripts that I ruled on earlier this afternoon, just so
25     the record is clear on if they had a number.  So can we give
```

1    a number to Mr. Esposito's grand jury testimony?

2         MR. FISCHER:  Actually, Your Honor, I was going to

3    ask the Court the same question.  I can either give the

4    Court copies or we could just read the line numbers in.

5         THE COURT:  Well, we could put the whole thing in

6    if you want to put the line numbers in too just so the

7    transcript reflects it, but I want to make sure it has an

8    exhibit number in full.

9         MR. FISCHER:  Your Honor, I'll do that this

10   evening and bring it to the Court first thing in the

11   morning.

12        THE COURT:  Okay.  That's fine.  I just want to

13   make sure the contents are on the record and -- all right.

14   That was the only housekeeping matter I had.  Anything else

15   before we adjourn?

16        MS. RAKOCZY:  Nothing for the government,

17   Your Honor.  Thank you.

18        MR. WOODWARD:  I'm here for housekeeping,

19   Your Honor.

20        Three issues I wanted to flag and then --

21        THE COURT:  Mr. Woodward, welcome back.

22        MR. WOODWARD:  I was hoping to address with the

23   Court the issue of transcripts to accompany audio or other

24   videos that are going to go back to the jury.  We have been

25   having a number of discussions offline between the

1    government about that.  I've heard some of the Court's

2    position with respect to next steps and was hoping to talk

3    about that with the Court and share some of my views with

4    respect to the procedure involving Rule 29.

5              And there was one other thing that I'm blanking

6    on, but if we could start with those two issues in the

7    Court's order of preference.

8              THE COURT:  We could take up the transcripts

9    first.

10             MR. WOODWARD:  Okay.

11             As the Court is aware, we've objected to the

12   introduction of transcripts under the Best Evidence Rule.

13   The Court has highlighted for counsel several times the

14   precedent in this district that makes transcripts admissible

15   and returnable to the jury, that in discussions by the

16   D.C. Circuit, such transcripts are admissible, they do not

17   violate the Best Evidence Rule because the government has

18   established the independent authenticity of the transcripts

19   in those cases.

20             Respectfully, Your Honor, we would submit that the

21   cases cited by the government aren't applicable here most

22   notably because, as the Circuit recognized, those

23   transcripts have been -- the authenticity of those

24   transcripts have been stipulated by the parties.  They have

25   not -- here we have not stipulated to the authenticity of

1    the transcripts.

2            The transcripts are important in this case,

3    Your Honor, they obviously provide and the way that the

4    government has prepared them --

5            THE COURT:  Can I interrupt you.  Maybe

6    short-circuit this.

7            Look, what the case says -- this is *U.S. versus*

8    *Holton,* 116 F.3d 1536, what it says is, it's discretionary,

9    it's within the discretion of the district judge whether to

10   submit the transcripts to the jury.

11           If the party sponsoring the audio wishes to send

12   it back with a transcript, the other party has an

13   opportunity to object and specifically -- and object in one

14   of two ways; one, generally, as you've done; or, two --

15   and/or two, to specific aspects of the transcripts with

16   which you disagree.

17           If you generally object, what the Circuit then

18   says is, it's my responsibility to look at the transcripts

19   and compare them to the audio and certify their accuracy.

20   If you object to something specific, you have the

21   opportunity to provide an alternative transcript to the jury

22   and have the jury be instructed that it is for them to

23   determine what the actual content is of the audio

24   considering the two transcripts.  So that's the procedure.

25           And where we are right now, based upon all of the

1    transcripts and audio that's been admitted, is that there's

2    been no specific objection -- there's been no objection to

3    specific content; that there's been a general objection to

4    sending it back.

5           And so that's where we are.

6           MR. WOODWARD:  I agree.

7           THE COURT:  Okay.

8           And so, look, it rests with me to make a decision

9    and put you all on notice as to what I'm going to do.

10          Look, I can just tell you, I'm inclined to send it

11   back and I'll tell you why I'm inclined to send them back.

12   There's a lot of evidence in this case, and the easier we

13   make this for the jurors to digest the evidence, the better

14   off they will be; and for that reason, I'm inclined to send

15   them back with transcripts so that it can aid their

16   understanding of what the audio says.

17          Now, that means, unless you've got specific

18   objections to contents of any audio -- well, what that means

19   is, I've got to then have all of the exhibits with

20   transcripts that we've admitted for me to look at before

21   they go back to the jury and give you all an opportunity to

22   make specific objections about the contents of the

23   transcripts.

24          MR. WOODWARD:  The government has provided that to

25   defense counsel.  I think it's easy enough for them to do

1    that for the Court as well.  We understand the Court's

2    position as always.

3              THE COURT:  Okay.

4              MR. WOODWARD:  We don't want to make them

5    available to the jury generally, right.

6              THE COURT:  Okay.

7              So Rule 29 is next.

8              MR. WOODWARD:  Rule 29.

9              This is less -- this is more a semantic, I think,

10   request for the Court.

11             It's more complicated in the sense that under --

12   so Rule 29(b) obviously provides that the Court may in its

13   discretion defer ruling on -- we're familiar with that,

14   we're familiar with the practice in this district that that

15   happens not infrequently.

16             This case is unique of course, because, as you

17   know, several defendants have reserved opening in the case,

18   their openings are going to be based on the evidence that is

19   anticipated to be presented in the defense case-in-chief.

20   And in addition, this case is unique because at least two of

21   the defendants have committed to testifying.

22             There is case law in this district that says that

23   where a defendant -- where a defendant -- new sentence,

24   where the Court denies a Rule 29 motion and the defendant

25   then puts on evidence in their case-in-chief, they have

6603

```
 1    waived the opportunity to challenge the Court's denial of
 2    the Rule 29 motion.
 3              And when they renew their Rule 29 motion
 4    presumably at the conclusion of the case, then the Court may
 5    consider not just the evidence that has been presented by
 6    the government, but also the evidence that was presented in
 7    the defendants' case-in-chief, and then potentially -- the
 8    Circuit notes it's unclear but potentially as well any
 9    evidence submitted by the government in their rebuttal case.
10              THE COURT:  Right.
11              MR. WOODWARD:  And so while the Court may presume
12    that it will defer ruling on the motions, we of course do
13    not know what the Court will do until it has heard our
14    arguments.  And to the extent that the Court ultimately
15    denies any Rule 29 motions at this juncture, it puts defense
16    counsel in a bit of a, frankly, mostly appellate precarious
17    position as to what would be presented in the case-in-chief,
18    knowing that anything presented in the case-in-chief can be
19    used against the defendant in the Court's renewed
20    consideration of a Rule 29 motion.
21              And so we highlight this sort of procedural
22    technicality because in this case we do intend to make
23    obviously a Rule 29 motion.  I'm prepared to approach and
24    discuss a very specific argument that we intend to make in
25    Rule 29.  We're biased, of course, and always think that
```

1    we'll prevail on Rule -- defense counsel, I should say,

2    always believes that they'll prevail.  Very rarely they do,

3    but nevertheless, there are some eccentricities in the

4    evidence presented in this case that we intend to highlight

5    on a Rule 29 motion and would specifically impact our

6    opening in this case.

7            And so what I intend to tell the jury they can

8    expect to see in our case-in-chief might depend on how the

9    Court rules on the Rule 29 motions.  And I'm not wanting to

10   be speculative, I'm happy to approach and share the piece of

11   this that we're intending to get in so that the Court can

12   have specifics as it considers the path forward over the

13   next couple of days.

14           We are prepared to give our opening.  We've been

15   prepared for some time.  We just want to make sure that this

16   is done right, and that -- again, just to be candid, I've

17   not done this before in this format, and so we don't want to

18   inadvertently waive any right on behalf of our client.  To

19   the extent a waiver occurs, we want it to be knowing and

20   voluntary; and Mr. Meggs specifically understanding what our

21   trial strategy is and how it's going to play out over the

22   next few days and then obviously at the conclusion of the

23   trial.

24           THE COURT:  Can you tell me which case you're

25   referring to?

6605

1          MR. WOODWARD:  Yes, sir.

2          So the first -- sort of the seminal case on this

3    issue was authored by the late Justice then Judge Scalia, it

4    is *United States versus Foster,* F-o-s-t-e-r, 783 F.2d 1082

5    and *Foster* --

6          THE COURT:  Is it 1082?

7          MR. WOODWARD:  1082.

8          THE COURT:  Okay.

9          MR. WOODWARD:  In *Foster* the D.C. Circuit en banc

10   reversed the then prevailing rule in this Circuit that said

11   that no waiver did occur if a defendant put evidence in

12   their case-in-chief after the Court denied a Rule 29 motion.

13         That *Foster* was re-affirmed most recently in 2006

14   by the Circuit in *United States versus Lawrence,*

15   L-a-w-r-e-n-c-e, 471 F.3d 135.  In *Lawrence,* the Circuit had

16   the opportunity to address circumstances similar to this

17   where one co-defendant was testifying and another did not.

18         Now, in *Lawrence,* the outcome was a bit easier for

19   the Circuit because the co-defendant who did not testify put

20   on no defense in their case-in-chief, they simply rested.

21   Ultimately, the Circuit reversed *Lawrence*'s conviction

22   finding that it was improper for the District Court to rely

23   on all of the evidence that came in and --

24         THE COURT:  So can I just ask you, Mr. Woodward,

25   how do we then square the notion that I can defer, which the

1    rules allow, with what the Circuit has said about waiver?

2    And I'm not quite sure I then understand how I can both

3    waive, as the rules allow me to do, and then consider it

4    after the jury has returned but then somehow you've waived

5    my consideration of that evidence or the Rule 29 if you put

6    on a defense case?

7            MR. WOODWARD:  I've struggled with that question

8    the last day or so.

9            The best I can make out, and I as always --

10   I think the Court will see this and perhaps offer some

11   different explanation, but the best I can make out is the

12   distinction comes down to whether the Court defers or

13   denies.

14           If the Court denies the Rule 29 motion outright,

15   then defense counsel has a choice, they can put on evidence

16   in their case-in-chief and renew their Rule 29 motion at the

17   conclusion of the case, or they can simply rest and renew

18   their motion at the close.

19           THE COURT:  So if I defer, is there any waive?

20           MR. WOODWARD:  Not as I read Rule 29B; however,

21   I also have a hard time reconciling 29B with *Foster* and

22   *Lawrence*.

23           THE COURT:  It seems to me that if I defer, the

24   evidence, at least the Circuit -- I mean, the rules suggest

25   that the evidence needs to be frozen in time, says when the

```
 1    government rests, I can defer and consider the motion at the
 2    time -- I can consider the motion whenever it's appropriate
 3    to consider the motion based upon the evidence as it existed
 4    at the time the government rested.
 5              I can then also do the same and am required to do
 6    the same after the close of the defense case and then the
 7    close of the government's rebuttal.
 8              So I'm not sure I see how you all would waive any
 9    arguments on Rule 29 if I defer and you choose to put on a
10    defense case.
11              MR. WOODWARD:  I think, again, I started by saying
12    this may be semantic, but I think the question then is, can
13    the Court defer without having heard the arguments?  Which
14    is done --
15              THE COURT:  Well, let's put it this way.
16              I was contemplating that we would have the
17    arguments, but the way I considered sequencing them was that
18    you all would start your case tomorrow, and then we would
19    take some time on Friday for me to hear the Rule 29s and you
20    could make your arguments and get them on the record.
21              MR. WOODWARD:  I see.  Well, Friday is going to be
22    a busy day.
23              THE COURT:  For you and me both.
24              MR. WOODWARD:  That, again, if I'm being overly
25    semantic, I'll hear the Court on this --
```

 1          THE COURT:  I don't know that you are.  I just --

 2   you know, look, I mean, I will tell you that I have -- you

 3   know, this doesn't come up that often.  Most cases it's easy

 4   enough to hear the Rule 29, deny it, and keep going, and

 5   usually the defense doesn't put on any evidence and we're at

 6   the final instructions pretty quickly.

 7          You know, this case is obviously different, and so

 8   I want to be sensitive to any concerns you have about

 9   waiver.  But I also want to move things along.  I don't want

10   to bring these folks back for an hour tomorrow and then

11   them, you know, you've got to sit out for a few hours.

12          MR. WOODWARD:  Right.

13          And the other unique aspect for me personally is

14   the deferred opening and not wanting to assume the Court

15   will take one position or the other with respect to the

16   evidence that the government has presented.

17          THE COURT:  Well, do you wish to preview what the

18   Rule 29 is at this point?  I mean, maybe you're concerned

19   that the government might clean it up before tomorrow,

20   although all they've got left is a redirect examination of

21   this witness.

22          MR. WOODWARD:  The government has amazing means of

23   getting people to places more quickly than I've ever

24   imagined.  So I am happy to preview one particular issue

25   that we intend to present, but I would prefer to do that

1    ex parte and not to elucidate for the government some of the
2    challenges we intend to bring on the Rule 29 front.
3            THE COURT:  Okay.
4            So I guess the question is, what are you asking me
5    to do, Mr. Woodward?
6            MR. WOODWARD:  Well, I think our ask is that we
7    present the Rule 29 arguments before we provide openings so
8    that the Court can formally --
9            THE COURT:  Let me ask you, how long do you think
10   that's going to take?
11           MR. WOODWARD:  That is not -- I'm going turn to my
12   colleagues, I'm not taking lead on Rule 29.
13           I will just -- before I leave, I will just say
14   that we ask that only in the context of asking the Court to
15   sort of just give consideration to all of this and we can
16   talk about it again.
17           THE COURT:  That's why we're here.
18           MR. WOODWARD:  I'm here to flag the issue.
19           MR. FISCHER:  Your Honor, can I do Mr. Esposito's
20   testimony?  I'll go ahead and mark that now and I'll mark
21   the one with Mr. Manzo.
22           THE COURT:  So this is the full grand jury.  I
23   mean, you're going to admit the other one so we don't need
24   to mark that now.
25           MS. RAKOCZY:  May the government be heard?

1            Your Honor, the government --

2            THE COURT:  Hang on.  If you're going to be heard,

3    let's make sure they're hearing would you have to say.

4            (Pause)

5            THE COURT:  All right.  Counsel, do we have a --

6    Mr. Linder, Mr. Woodward, Mr. Crisp, what's the ask here?

7    Or I think the question that was left is, how long do you

8    think your Rule 29s will last?

9            MR. LINDER:  Cumulatively maybe an hour.

10           MR. CRISP:  Yeah, we're not going to go -- I think

11   Mr. Rhodes' counsel will take the longest at 30 minutes.

12   I will be between 10 and 20, as well as the rest of the

13   counsel.  So I think we have, you know, from the defense

14   side, an hour, and then government will probably take

15   something close to that to rebut, unless you think, you

16   know...

17           MS. RAKOCZY:  I think it depends on what the

18   argument is.  I think we'll supplement our oral position

19   with a written motion, so I don't think we'll need to spend

20   very long going through the facts.  I think we'll hit the

21   highlights factually and address any legal arguments

22   presented by the defense.  So I anticipate, I would hope we

23   could actually do the response in half an hour with a

24   supplement written for a more fulsome factual recitation.

25           THE COURT:  Okay.

1              I mean, look, it seems like that the government

2    will probably rest tomorrow about 10:30.  I don't know how

3    much longer the cross-examinations will be, but it seems

4    like we should have about another hour of evidence tomorrow.

5    You know, I can allow you all to make your motions and then

6    we'll just come back after lunch.

7              MR. LINDER:  Start the openings.

8              THE COURT:  Well, at least presumably we'll start

9    the openings right afterwards.  I don't know whether your

10   secret Rule 29 goes to all counts or just only some of them.

11             MR. LINDER:  We'll figure that out.  I think we

12   might know.

13             MS. RAKOCZY:  Just for the record, Your Honor,

14   I know you haven't asked our position but the government

15   does --

16             THE COURT:  By the way, there is venue here so

17   that's out the door, don't argue venue.

18             MS. RAKOCZY:  We have been asking ourselves

19   whether we brought out that the crime occurred in the

20   District of Columbia.  I think someone mentioned it.

21             MR. BRIGHT:  Darn Safeway guy.

22             MR. LINDER:  He said, "Darn Safeway guy."

23             THE COURT:  Right.

24             MS. RAKOCZY:  Our reading of the case law,

25   Your Honor, is similar to the Court's in that I think the

1    problems flagged by Mr. Woodward occur where there is not

2    sort of an explicit arrangement that the Court is

3    contemplating here, where the Court is stating that it will

4    exercise its judicial ability to set aside evidence before a

5    date and time versus evidence after a date and time, and

6    where that arrangement was not made, I could obviously see a

7    waiver.

8            But in a case here where the Court is explicitly

9    deferring and then promising to later consider the issues

10   based on the evidence solely from the government's

11   case-in-chief, I just don't think that that issue -- those

12   issues and concerns flagged by Mr. Woodward would apply.

13           And so this has been a long case, we will file a

14   written factual recitation to support the Court's findings.

15   We could see a world in which the Court would want to take

16   time in reaching its decision to put extensive findings on

17   the record either orally or in written format, and so it

18   seems to me the Court is probably going to defer its ruling

19   either way.

20           And so from the government's perspective, we could

21   rush to do this tomorrow, but we don't think those concerns

22   that Mr. Woodward raised would be triggered by a deferring

23   and we think that that might be where we end up anyway.

24           THE COURT:  All right.  So let's do this.  Give me

25   an opportunity to take a look at the cases tomorrow -- or

 1    excuse me, this evening.  I'll let you all know this evening

 2    what I think and then we'll proceed accordingly, okay?

 3              MR. LINDER:  We're still just half a day Friday,

 4    correct?

 5              THE COURT:  Half a day Friday.

 6              MR. LINDER:  Okay.

 7              MR. FISCHER:  Your Honor --

 8              THE COURT:  Not for Mr. Woodward.

 9              MR. FISCHER:  Your Honor, for the record, I marked

10    these -- the one regarding Mr. Manzo, I marked as Caldwell

11    123, and then the one regarding Special Agent Esposito, I

12    marked as 124.  I move to -- well, not to admit obviously.

13              THE COURT:  They're marked.

14              MR. FISCHER:  I'll sustain the Court's

15    objection --

16              THE COURT:  Don't do that.  You might waive your

17    argument.

18              MR. FISCHER:  I will give Mr. Manzo an autographed

19    copy of No. 123 for his -- for posterity.

20              THE COURT:  Okay.

21              MR. NESTLER:  So for scheduling purposes, I know

22    Your Honor had told the defense to have a witness ready

23    tomorrow, we think that we're going to get to the defense's

24    case tomorrow, make sure they have a witness ready because

25    we also have an interest in moving this case along and

 1    seeing this to conclusion as quickly as possible.

 2          They have notified us of a couple of witnesses

 3    they may call, but I just wanted to put on the record again

 4    that the defense is obligated to tell the government, much

 5    like the government had to tell the defense, at least a day

 6    in advance of the witnesses they plan to call.

 7          THE COURT:  Right.

 8          MR. NESTLER:  And also remind the defense of the

 9    reverse *Jencks* obligation to provide the government with

10    *Jencks* for any witnesses they plan to call.  We have not

11    received anything except for, I think, one page for one

12    witness.

13          MR. WOODWARD:  Mr. Nestler kindly reminded me of

14    the third issue that we wanted to make a record on for the

15    Court.

16          We are putting together our witnesses for the next

17    couple of days.  It will be much more streamlined next week.

18    We appreciate the government's indulgence with us as we

19    arrange for a few witnesses to finish out the week, and then

20    we have a much more predictable order of operations that we

21    can share with the government.

22          With respect to reverse *Jencks* we are of course

23    familiar with our obligation.  We actually believe that we

24    have provided the government with *Jencks*, that is the one

25    memorandum that was generated by our investigator at my

 1   request.  It was done for the individual whom we had

 2   originally asked the Court to permit us to take a deposition

 3   of remotely.  That unfortunately did not transpire.  We had

 4   that memorandum generated because we wanted to inform the

 5   government in full transparency of our anticipated -- our

 6   expectation as to what that witness was going to provide for

 7   purposes of the trial.

 8            As a general matter, we do not generate memoranda

 9   of witness interviews for the purpose of not creating

10   reverse *Jencks*, the government won't be familiar with that

11   concept.

12            So any other materials that were generated, I've

13   conferred with counsel in preparation for our defense, we

14   believe constitute work product.  We're happy to take that

15   up with the government and/or the Court.  But I can assure

16   the government that there are no additional memoranda of the

17   kind that the government is referring to describing or

18   summarizing the testimony of a witness or anticipated

19   testimony of a witness in the case.

20            THE COURT:  Okay.

21            Well -- okay.  You all understand what your

22   obligations are.  If there are any questions about what

23   constitutes *Jencks* or not, let me know.

24            MR. NESTLER:  Right.

25            I mean, I do know that they have at least one

1   investigator, that investigator has spoken to many of the

2   witnesses, I assume she has taken notes and has conveyed

3   those notes either in written format or faxing or emailing

4   or sending something to defense counsel.  I don't believe

5   that would constitute work product if the investigator is

6   taking notes on a conversation with the prospective witness

7   and then informing counsel as to what that witness would

8   say, especially if it's done in writing and not orally.

9           We've certainly provided our FBI 302s of witness

10  interviews to defense counsel as *Jencks* materials.

11          MR. BRIGHT:  Can't turn over my brain.

12          THE COURT:  I'm sorry?

13          MR. BRIGHT:  Can't turn over my brain.

14          MR. WOODWARD:  I mean, obviously the FBI has a

15  different standard of evidence creation.  So we're familiar

16  with that.  I think that we'll make sure that we've met all

17  our obligations both ethically and per the Court's order.

18  I'll just -- again, for the benefit of the Court and the

19  record, we are aware of reverse *Jencks* obligations, and we

20  are aware of the distinction between reverse *Jencks* and work

21  product.

22          And so there's a difference between interviewing a

23  witness and preparing a memorandum or memorialization of

24  that witness's anticipated testimony and contributing to

25  work product in whatever form that may be.  Again, the

```
 1   government won't be surprised to hear that defense counsel
 2   avoid the creation of Jencks when possible.
 3              THE COURT:  All right.  Well -- all right.  Well,
 4   look, I think transparency is the anecdote to all of this.
 5   If there are categories of materials that you -- that
 6   reflect the memorialization of witness interviews, whether
 7   they be notes, memos, emails, let me know, and then we can
 8   decide whether that constitutes Jencks material or something
 9   else.
10              MR. WOODWARD:  Sure.
11              THE COURT:  So as I said, better to -- I'm not
12   saying you have to turn it over, obviously, but if there are
13   categories of materials or there's specific materials with
14   respect to specific witnesses as to which you have a
15   question whether it's Jencks, let me know and we'll figure
16   it out.
17              MR. WOODWARD:  The work product, I think, can be
18   described -- well, I've described it as, it's a document
19   called a "Key Players List."  I believe it's in Excel.
20   It might be in Word.  It is a spreadsheet or, rather, a list
21   of key players in this investigation, including those that
22   our investigator has spoken with, but it is not just the
23   investigator's impressions or thoughts about a witness.
24   It includes attorney work product on what we anticipate a
25   witness may or may not testify to, what order we would call
```

```
 1   a witness in --

 2              THE COURT:  Okay.

 3              MR. WOODWARD:  -- how we think that that witness

 4   fills in the defense case-in-chief, so --

 5              THE COURT:  All right.

 6              MR. WOODWARD:  It's a pretty standard --

 7              THE COURT:  Well, talk to Mr. Nestler.  If that is

 8   what is in the gray area, talk to him, see what his position

 9   is.  And if there's a dispute, then --

10              MR. WOODWARD:  Understood.  Thank you.

11              THE COURT:  -- that's what I'm here to do, resolve

12   it.

13              MR. NESTLER:  Your Honor, just to be clear,

14   Mr. Woodward and I already spoke about this topic, but we

15   take the position that there are five defendants here, and

16   that if one of them possesses *Jencks* for a defense witness,

17   that it would be imputed to all of them.  In other words,

18   Mr. Woodward can't sponsor witness just because Mr. Rhodes'

19   counsel has the *Jencks* for that witness and then not turn

20   over *Jencks* material.

21              MR. WOODWARD:  We agree.

22              MR. NESTLER:  I just want to make that clear that

23   if any of them have *Jencks* for any of the witnesses, it

24   would apply.

25              MR. BRIGHT:  Absolutely.
```

1          MR. FISCHER:  Your Honor, one final thing, I think

2     10:30 ending tomorrow is optimistic where there are two

3     attorneys are going to cross-examine this witness and

4     there's going to be redirect.

5          MR. BRIGHT:  Three.

6          MR. FISCHER:  I would -- well, definitely two but

7     I would think this witness is going to go longer than 10:30.

8          THE COURT:  I was just making a prediction.  Those

9     are -- things are fluid.

10         One last thing.  In terms of the defense cases, if

11    you all -- what are you all thinking?  I think I raised this

12    previously, which is, are we going to go right down the

13    indictment and you're going to present in that fashion?

14         MR. LINDER:  We had originally thought we would go

15    right down the indictment; however, with the Court's

16    insistence of -- and I don't blame the Court -- the

17    insistence on wanting to move forward quickly, as the Court

18    is aware, I wanted to call -- the Court is aware, my client

19    was unavailable for a week, I had no contact with him for

20    six days, I wanted to prep him as a witness and haven't been

21    able to, that's why I've been printing stuff today.  So

22    I can't call him first.  So Mr. Crisp may call someone

23    before I call my witnesses but --

24         THE COURT:  Well, what I mean do -- well, if I

25    haven't been clear on this, I don't think -- if what you're

1   meaning to say is that you're going to bounce among

2   defendants to present your cases, I would -- I'm not likely

3   to allow that.  If what you mean to say is that you're going

4   to go out of order in the indictment, that's okay.  And if

5   there's an exception here or there because of witness

6   unavailability, fine, we can deal with that.  But I don't

7   want there to be a series of witnesses and each witness --

8           MR. BRIGHT:  It's the latter of the three,

9   Your Honor.

10          THE COURT:  Okay.

11          MR. LINDER:  And what we plan on doing is

12  calling -- we're going to present first outside of Mr. Crisp

13  putting on a witness before us, but our idea is to put on

14  more of the global witnesses for the defense team.  So our

15  idea is to it have more of those witnesses, thus allowing

16  the other defendants --

17          THE COURT:  Are you suggesting that Mr. Crisp is

18  going to present his entire case --

19          MR. LINDER:  No.

20          THE COURT:  -- or he's going to present a few

21  witnesses --

22          MR. CRISP:  I definitively say no.

23          THE COURT:  -- until you all are ready --

24          MR. LINDER:  Two, dos.

25          THE COURT:  And do you think one witness is going

1    to carry us till the end of the week?

2         MR. LINDER:  Well, if we spend the morning getting

3    through the cross here and then the Rule 29s and then we

4    have got opening statements and we're only going till noon

5    on Friday, that would probably get us till noon on Friday, I

6    mean, pretty close.

7         I mean, we've got two people making opening

8    statements, and that will take over an hour.

9         THE COURT:  Okay.  All right.

10        I mean, I'd urge you all to think whether we

11   can -- whether -- plot this out.  I think we're going to be

12   done by lunch tomorrow.  If I conclude that you're not

13   waiving anything by not putting your arguments on the

14   record, then my intention would be to start the defense case

15   in the afternoon with those openings, that puts us

16   midafternoon.  If you've got just one witness, that would be

17   a very long witness.

18        MR. LINDER:  I'll have a second witness ready.

19        THE COURT:  Okay.

20        MR. LINDER:  My plan is to have Mr. Rhodes ready.

21   I just couldn't be ready tomorrow.

22        THE COURT:  No.  That's fine.  That's fine.

23   I understand.

24        Okay.

25        All right.  We'll see how it shakes out.

1          MR. LINDER:  Thank you, sir.

2          THE COURT:  All right.  Anything else before we

3     adjourn?

4          All right.  Thank you, all.  See you in the

5     morning.  Don't wait for me, please.  Thank you.

6          COURTROOM DEPUTY:  This Court stands in recess.

7          (Proceedings concluded at 5:30 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 2, 2022_____     
                               William P. Zaremba, RMR, CRR

**BY MR. BRIGHT: [6]**
6568/15 6572/18
6574/2 6575/7 6580/6
6580/24
**BY MR. CRISP: [20]**
6327/7 6331/13
6333/15 6335/7
6335/22 6337/10
6337/25 6338/18
6339/11 6340/13
6341/7 6342/3 6342/24
6343/11 6345/1 6345/5
6345/14 6347/9
6347/18 6348/7
**BY MR. FISCHER: [3]**
6395/16 6398/6
6399/16
**BY MR. LINDER: [3]**
6387/17 6389/9
6392/25
**BY MR. MANZO: [6]**
6405/7 6406/13 6407/1
6410/24 6417/6
6417/20
**BY MR. NESTLER:**
**[15]** 6350/20 6352/7
6353/1 6353/14 6354/4
6354/18 6354/24
6356/1 6356/9 6356/16
6357/2 6357/16 6359/1
6359/24 6360/24
**BY MS. HALLER: [14]**
6584/3 6585/1 6587/15
6589/2 6589/6 6589/14
6590/18 6591/22
6592/2 6592/5 6592/19
6593/1 6593/24
6594/24
**BY MS. RAKOCZY:**
**[57]** 6362/7 6369/21
6371/4 6372/17
6373/20 6375/9
6375/18 6376/1
6377/17 6380/2
6382/14 6382/22
6384/10 6385/12
6385/23 6386/14
6400/3 6400/25 6433/5
6435/19 6437/2 6440/4
6444/21 6445/22
6454/14 6457/3
6461/18 6464/25
6471/3 6476/21
6480/11 6484/3
6487/15 6489/4 6489/8
6493/25 6494/22
6496/12 6498/6
6504/20 6510/21
6512/16 6519/25
6521/12 6524/9 6527/6
6528/20 6529/25
6532/11 6543/11
6550/22 6556/1
6556/16 6558/19
6560/15 6561/21
6565/18
**COURTROOM**
**DEPUTY: [20]** 6309/2

6361/17 6361/19
6402/8 6404/12
6404/19 6404/22
6419/12 6428/17
6428/20 6431/25
6432/8 6432/10
6518/14 6519/18
6597/14 6622/6
**MR. BRIGHT: [34]**
6403/2 6419/21
6419/23 6420/7 6420/9
6420/15 6420/23
6420/25 6421/17
6422/9 6422/12 6423/6
6423/8 6423/10
6423/12 6439/20
6445/15 6454/10
6461/13 6464/19
6487/11 6510/13
6512/10 6568/12
6572/15 6574/1 6580/3
6583/19 6611/21
6616/11 6616/13
6618/25 6619/5 6620/8
**MR. CRISP: [34]**
6326/10 6326/16
6326/20 6330/25
6331/4 6331/8 6331/12
6332/23 6333/5 6335/5
6335/19 6336/20
6337/4 6337/8 6338/13
6338/17 6340/10
6341/5 6343/4 6345/13
6347/4 6347/14 6348/3
6349/20 6395/13
6400/23 6418/10
6425/18 6427/7
6439/23 6521/8 6543/5
6610/10 6620/22
**MR. FISCHER: [19]**
6355/22 6358/24
6399/21 6406/6
6418/11 6431/22
6524/2 6526/18
6529/20 6596/25
6598/2 6598/9 6609/19
6613/7 6613/9 6613/14
6613/18 6619/1 6619/6
**MR. GEYER: [4]**
6350/12 6350/14
6395/12 6418/9
**MR. LINDER: [40]**
6349/24 6350/5
6369/17 6371/19
6372/4 6379/21 6389/6
6395/8 6406/23 6418/7
6419/16 6419/20
6425/3 6427/5 6428/6
6431/23 6439/22
6476/11 6480/5
6483/21 6488/24
6493/20 6494/15
6496/11 6497/24
6504/15 6610/9 6611/7
6611/11 6611/22
6613/3 6613/6 6619/14
6620/11 6620/19

6621/18 6621/20
6622/1
**MR. MANZO: [8]**
6402/16 6404/17
6406/4 6406/21
6410/21 6417/3
6417/13 6418/6
**MR. NESTLER: [51]**
6310/4 6316/18 6317/9
6317/11 6317/15
6317/22 6318/12
6323/4 6324/4 6324/9
6324/16 6324/23
6325/19 6325/23
6331/5 6333/11
6333/14 6337/2 6350/7
6350/17 6352/4
6352/23 6353/9
6353/12 6354/1
6354/15 6354/22
6355/18 6356/6
6356/13 6356/24
6357/14 6359/22
6360/22 6361/10
6401/24 6402/11
6402/17 6403/4
6403/12 6403/16
6403/20 6403/23
6404/1 6404/4 6404/8
6613/21 6614/8
6615/24 6618/13
6618/22
**MR. WOODWARD:**
**[31]** 6518/22 6518/25
6598/18 6598/22
6599/10 6601/6
6601/24 6602/4 6602/8
6603/11 6605/1 6605/7
6605/9 6606/7 6606/20
6607/11 6607/21
6607/24 6608/12
6608/22 6609/6
6609/11 6609/19
6614/13 6616/14
6617/10 6617/17
6618/3 6618/6 6618/10
6618/21
**MS. HALLER: [37]**
6323/5 6323/13
6323/19 6323/24
6395/11 6418/8 6425/7
6425/13 6426/13
6429/2 6430/4 6430/8
6430/17 6430/23
6431/4 6431/8 6431/11
6431/15 6557/23
6557/25 6558/3
6561/15 6565/12
6583/23 6584/18
6584/23 6584/25
6587/11 6589/4
6589/13 6590/16
6591/20 6592/15
6593/19 6593/23
6594/19 6597/7
**MS. RAKOCZY: [140]**
6323/22 6361/15

6370/24 6371/3
6371/11 6371/24
6372/8 6372/11
6372/14 6375/23
6377/10 6377/12
6379/18 6379/25
6382/19 6383/24
6384/2 6384/5 6384/7
6384/21 6384/24
6385/2 6385/5 6385/8
6386/9 6386/12
6387/12 6392/23
6398/2 6399/11
6401/15 6418/15
6418/17 6418/23
6419/1 6419/4 6421/12
6423/15 6424/3 6424/8
6424/14 6425/23
6426/1 6427/8 6427/15
6427/21 6429/7 6429/9
6429/14 6429/21
6431/18 6431/21
6432/6 6432/15
6434/13 6434/16
6439/17 6440/1 6444/5
6445/12 6445/17
6445/20 6454/7
6456/12 6456/23
6457/1 6461/11
6461/17 6464/16
6464/23 6470/20
6470/25 6475/20
6476/16 6479/25
6480/9 6483/19
6483/23 6484/1 6487/9
6488/22 6489/3
6493/16 6493/24
6494/10 6494/19
6497/21 6498/4
6503/12 6504/18
6510/9 6510/18 6512/7
6512/14 6518/9 6519/7
6519/15 6519/24
6521/6 6523/24 6524/6
6524/8 6526/15
6526/22 6526/25
6527/4 6528/17
6529/17 6543/2 6543/9
6550/15 6556/13
6557/20 6558/12
6558/14 6560/4
6560/11 6561/12
6561/19 6565/10
6565/16 6568/9 6575/4
6580/22 6584/20
6584/24 6589/1 6589/5
6589/12 6590/7 6590/9
6591/12 6598/16
6609/25 6610/17
6611/13 6611/18
6611/24
**THE COURT: [258]**
6309/5 6309/23 6310/5
6317/3 6317/10
6317/14 6317/16
6318/3 6319/1 6323/12
6323/15 6323/25

6324/20 6324/24
6325/4 6325/21 6326/4
6326/12 6326/17
6330/24 6331/2 6331/6
6333/2 6333/10 6337/6
6337/9 6338/16 6343/8
6349/23 6350/1 6350/6
6350/10 6350/13
6350/15 6355/21
6355/23 6358/25
6361/12 6361/20
6361/22 6361/25
6369/18 6371/19
6372/7 6372/9 6379/22
6380/1 6387/14
6392/24 6395/9 6398/4
6399/12 6400/24
6401/17 6401/20
6401/23 6402/1 6402/3
6402/10 6402/14
6402/19 6402/22
6402/25 6403/8
6403/13 6403/19
6403/21 6403/25
6404/3 6404/6 6404/11
6404/14 6404/23
6406/7 6406/24
6418/12 6418/21
6418/24 6419/3 6419/6
6419/14 6419/19
6419/22 6420/5 6420/8
6420/13 6420/21
6420/24 6421/14
6422/7 6422/10
6422/21 6423/7 6423/9
6423/11 6423/14
6424/2 6424/7 6424/13
6424/20 6425/5
6425/12 6425/15
6425/19 6425/25
6426/6 6426/14
6427/11 6427/20
6427/25 6428/12
6428/21 6428/23
6429/4 6429/8 6429/13
6429/18 6430/7
6430/13 6430/22
6430/25 6431/6
6431/10 6431/13
6431/16 6431/19
6432/2 6432/11
6432/14 6436/23
6437/1 6439/21
6439/24 6440/3
6445/16 6454/11
6456/21 6456/24
6461/14 6464/20
6470/23 6476/10
6476/12 6476/20
6480/4 6480/6 6483/22
6487/12 6488/25
6493/21 6494/16
6497/25 6504/13
6510/15 6512/11
6518/11 6518/16
6518/20 6518/23
6519/1 6519/9 6519/13

6625

**THE COURT:... [cr] [93]**
6519/17 6519/20
6521/9 6524/3 6524/7
6526/19 6527/2
6529/21 6543/6 6558/1
6558/11 6558/16
6560/10 6561/16
6565/13 6568/11
6575/5 6580/23
6583/21 6590/4 6590/8
6590/12 6591/4 6591/6
6591/17 6591/25
6592/4 6592/11
6592/16 6592/24
6593/21 6594/18
6594/20 6597/1 6597/4
6597/10 6597/16
6597/20 6598/5
6598/12 6598/21
6599/8 6600/5 6601/7
6602/3 6602/6 6603/10
6604/24 6605/6 6605/8
6605/24 6606/19
6606/23 6607/15
6607/23 6608/1
6608/17 6609/3 6609/9
6609/17 6609/22
6610/2 6610/5 6610/25
6611/8 6611/16
6611/23 6612/24
6613/5 6613/8 6613/13
6613/16 6613/20
6614/7 6615/20
6616/12 6617/3
6617/11 6618/2 6618/5
6618/7 6618/11 6619/8
6619/24 6620/10
6620/17 6620/20
6620/23 6620/25
6621/9 6621/19
6621/22 6622/2
**THE WITNESS: [17]**
6349/22 6361/21
6361/24 6362/2 6389/8
6398/5 6399/14
6401/19 6404/25
6418/14 6432/13
6436/25 6518/19
6597/3 6597/6 6597/9
6597/19

**$**
**$1,015 [1]** 6500/11
**$1,537 [1]** 6499/17
**$17,371 [1]** 6502/6
**$364 [1]** 6500/25
**$383 [1]** 6501/8
**$40 [1]** 6514/20
**$6,225 [1]** 6500/3
**$6,273 [1]** 6498/25
**$749 [1]** 6500/18
**$825 [1]** 6501/18

**'**
**'20 [1]** 6328/20
**'21 [3]** 6328/20 6358/5
6586/17

**'home [1]** 6490/19
**'law [1]** 6451/16

**.**
**..sending [1]** 6442/18

**0**
**00 [1]** 6337/23
**0400 [1]** 6544/19
**08077 [1]** 6304/13
**0826 [1]** 6304/18
**0:10 [1]** 6337/23
**0:58 [1]** 6549/23

**1**
**1-406-291-6558 [1]**
6443/16
**1/11 [1]** 6409/7
**1/11/21 [1]** 6415/24
**1/6 [1]** 6408/5
**1/7 [2]** 6409/7 6410/12
**1/7/21 [1]** 6408/24
**1/9 [2]** 6411/16
6412/18
**10 [5]** 6309/11 6563/10
6579/13 6582/19
6610/12
**10-4 [1]** 6448/6
**100 [4]** 6342/10
6342/11 6423/23
6501/10
**101 [1]** 6343/19
**1043 [4]** 6569/16
6569/17 6570/5
6570/11
**1051.1 [1]** 6532/2
**108 [1]** 6556/2
**1082 [3]** 6605/4 6605/6
6605/7
**10:15 [1]** 6484/13
**10:30 [3]** 6611/2
6619/2 6619/7
**10th [18]** 6391/4
6391/9 6391/11
6411/11 6411/14
6411/14 6412/23
6414/4 6415/12
6484/13 6485/6 6486/3
6498/10 6498/18
6498/21 6502/5
6567/21 6572/12
**11 [4]** 6409/7 6493/17
6494/11 6582/19
**1112.2 [1]** 6356/14
**1141 [3]** 6481/15
6482/1 6482/10
**116 [1]** 6600/8
**11:00 [2]** 6451/8
6458/3
**11:01 [2]** 6314/18
6325/25
**11:01:30 [1]** 6326/4
**11:08 [1]** 6316/8
**11:16 [1]** 6446/6
**11:22 [1]** 6565/24
**11:29 [1]** 6457/24
**11:30 [1]** 6402/4

**11:45 [1]** 6402/6
**11:47 [1]** 6402/21
**11:51 [2]** 6410/7
6452/12
**11th [19]** 6407/10
6409/5 6412/25 6414/5
6414/5 6415/12
6415/17 6415/20
6416/17 6465/2 6465/9
6472/17 6486/15
6486/19 6499/10
6499/15 6537/15
6537/19 6540/14
**12 [3]** 6358/2 6420/18
6500/3
**1201 [1]** 6371/13
**1201.1 [1]** 6370/16
**1202.1 [5]** 6371/13
6371/25 6372/1
6372/12 6372/15
**1202.2 [2]** 6373/17
6373/22
**1202.2.TR [1]** 6373/8
**1202.3 [1]** 6384/12
**1202.3.TR [1]** 6382/11
**1202.4.TR [1]** 6384/22
**1202.5 [2]** 6372/2
6372/12
**1202.5.TR [1]** 6385/9
**1204 [1]** 6379/6
6379/19 6379/22
6379/23
**123 [2]** 6613/11
6613/19
**124 [1]** 6613/12
**12:00 [2]** 6414/18
6458/3
**12:10 [1]** 6419/9
**12:23 [1]** 6428/19
**12:52 [1]** 6411/22
**12th [6]** 6431/5
6467/20 6468/6
6468/14 6499/21
6499/25
**13 [1]** 6358/14
**130 [1]** 6355/6
**135 [1]** 6605/15
**13th [8]** 6416/8
6416/10 6476/1 6500/6
6500/9 6502/10
6503/16 6541/7
**1430 [1]** 6546/6
**1460 [1]** 6303/12
**14th [17]** 6336/18
6346/18 6487/19
6500/14 6542/9
6544/22 6545/11
6545/15 6547/19
6548/5 6548/23 6550/2
6550/4 6550/8 6550/10
6556/19 6556/22
**15 [4]** 6302/4 6309/8
6447/20 6476/5
**151 [5]** 6319/18
6503/19 6504/12
6504/16 6504/22
**152 [4]** 6503/23

**11:45 [1]** ...
**1530 [3]** 6454/16
6455/16 6463/23
**1536 [1]** 6600/8
**1540 [6]** 6497/6
6497/10 6497/22
6498/1 6498/2 6572/17
**1555 [3]** 6446/22
6584/20 6584/24
**156 [5]** 6504/2 6504/12
6504/16 6505/5 6507/8
**157 [6]** 6504/6 6504/12
6504/16 6505/6
6505/11 6506/23
**15:30 [3]** 6336/9
6336/23 6337/7
**15:43 [1]** 6335/3
**15th [2]** 6550/4 6550/6
**16 [1]** 6447/21
**1653 [3]** 6338/15
6338/20 6338/23
**16:17 [1]** 6335/19
**16:49 [2]** 6346/25
6348/18
**16:53 [1]** 6340/20
**16th [3]** 6500/20
6500/23 6500/24
**17 [2]** 6325/24 6499/3
**17110 [1]** 6303/15
**1776.01465 [1]**
6503/25
**17th [4]** 6548/13
6557/2 6557/7 6559/1
**18 [1]** 6435/24
**1808 [1]** 6304/3
**187 [1]** 6549/15
**18th [12]** 6501/4
6501/8 6585/12
6585/17 6587/5
6588/13 6592/7
6592/13 6593/9
6593/13 6594/3
6594/22
**19 [2]** 6467/9 6467/10
**1976 [1]** 6435/8
**1977 [1]** 6435/10
**1978 [1]** 6435/11
**1983 [1]** 6434/25
**1989 [1]** 6434/25
**1994 [1]** 6310/23
**1995 [2]** 6435/8
6435/18
**19th [6]** 6501/14
6501/18 6502/5 6511/9
6560/2 6572/13
**1:08 [1]** 6487/21
**1:15 [2]** 6419/9
6428/19
**1:38 [1]** 6358/4
**1:41 [1]** 6358/15
**1:48 [2]** 6344/17
6344/20
**1:53 [1]** 6555/12
**1:55 [1]** 6556/2

**2**
**20 [7]** 6465/11 6481/20

**6538/10**
6539/9 6579/10
6610/12
**20/20 [1]** 6538/10
**20001 [1]** 6305/5
**2001 [1]** 6435/5
**2001.T.1 [3]** 6355/5
6549/2 6549/8
**20010 [1]** 6304/4
**2002.T.84 [2]** 6550/17
6552/13
**2003 [1]** 6435/6
**20036 [1]** 6304/9
**2004 [1]** 6435/15
**2005 [1]** 6435/13
**2006 [2]** 6304/12
6605/13
**2007 [1]** 6435/3
**2008 [1]** 6435/15
**2009 [1]** 6435/16
**2010.2 [1]** 6493/19
**2010.2.1 [3]** 6493/6
6493/18 6493/22
**2010.3 [1]** 6494/13
**2010.3.1 [4]** 6494/3
6494/14 6494/16
6494/17
**2011 [1]** 6435/3
**2011.2 [1]** 6494/20
**2011.3 [1]** 6494/20
**2011.4 [1]** 6494/21
**2014 [3]** 6435/18
6495/5 6495/5
**2015 [1]** 6319/18
**2016 [3]** 6495/13
6511/9 6573/12
**202 [4]** 6302/18 6304/4
6304/9 6305/5
**2020 [15]** 6331/18
6456/18 6481/19
6492/20 6512/22
6513/3 6517/2 6517/16
6527/15 6585/12
6585/17 6587/5
6588/13 6592/13
6593/9
**2021 [76]** 6316/8
6317/12 6354/20
6363/6 6391/4 6430/16
6431/10 6433/23
6436/2 6437/5 6437/9
6437/20 6440/16
6444/10 6446/6 6447/5
6447/18 6449/10
6450/5 6456/19
6457/24 6461/21
6465/2 6472/20 6476/1
6481/18 6483/2
6484/13 6486/3
6486/15 6486/20
6487/19 6492/23
6496/22 6498/9
6498/18 6498/21
6499/10 6499/15
6499/25 6500/14
6500/24 6501/8 6502/5
6520/11 6521/4
6521/17 6522/3 6523/5

**2021... [27]** 6524/17
6525/2 6529/3 6530/3
6531/9 6537/15 6541/7
6542/19 6547/19
6548/13 6556/19
6556/22 6557/2 6557/7
6559/1 6560/2 6560/12
6560/14 6560/22
6561/23 6562/13
6563/16 6565/19
6567/5 6567/21 6568/8
6586/12
**2022 [5]** 6302/5 6431/6
6502/10 6503/16
6623/7
**2030 [1]** 6546/7
**20579 [1]** 6302/17
**20th [6]** 6472/18
6492/23 6496/22
6498/9 6538/22
6559/17
**21 [3]** 6361/1 6408/24
6415/24
**2100 [1]** 6546/7
**21061-3065 [1]**
6304/18
**214 [2]** 6303/5 6303/9
**21:24 [1]** 6552/23
**21:25:27 [1]** 6553/8
**21:26:07 [1]** 6554/7
**22 [6]** 6302/7 6332/22
6333/6 6333/9 6333/12
6424/18
**22-15 [2]** 6302/4
6309/8
**22.P.4 [3]** 6355/19
6355/23 6355/24
**22.T.27.28.83 [1]**
6354/2
**22nd [2]** 6527/15
6527/25
**23 [3]** 6333/6 6333/12
6337/4
**24 [4]** 6333/6 6333/12
6338/13 6339/7
**2416 [2]** 6409/18
6411/11
**2425 [1]** 6407/24
**248 [2]** 6578/15
6578/21
**25 [3]** 6333/6 6333/12
6339/25
**252-7277 [1]** 6302/18
**252-9900 [1]** 6303/5
**26 [4]** 6333/6 6333/9
6333/12 6341/5
**2615 [1]** 6304/9
**27 [4]** 6344/11 6347/5
6347/6 6354/2
**2765.4 [1]** 6495/21
**2765.5 [1]** 6496/9
**2765.6 [1]** 6496/15
**27th [2]** 6560/22
6563/16
**28 [4]** 6346/11 6347/5
6347/6 6532/12
**28th [4]** 6561/23

**6565/20**
**29 [27]** 6325/25 6348/3
6532/12 6599/4 6602/7
6602/8 6602/12
6602/24 6603/2 6603/3
6603/15 6603/20
6603/23 6603/25
6604/5 6604/9 6605/12
6606/5 6606/14
6606/16 6607/9 6608/4
6608/18 6609/2 6609/7
6609/12 6611/10
**29.P.3 [1]** 6354/16
**291-6558 [1]** 6382/6
**29B [2]** 6606/20
6606/21
**29s [3]** 6607/19 6610/8
6621/3
**2:00 [1]** 6410/17
**2:13 [1]** 6547/7
**2:19 [1]** 6353/2
**2:30 [1]** 6359/18
**2:40 [2]** 6357/9 6360/4
**2:41 [1]** 6359/25
**2:45 [2]** 6315/9
6467/19
**2:50 [1]** 6353/15
**2:53 [1]** 6360/25
**2:55 [1]** 6537/19
**2:57 [1]** 6525/2

**3**

**3,000 [1]** 6588/20
**3,000-page [1]** 6589/11
**30 [13]** 6343/4 6343/8
6343/9 6344/11
6353/10 6353/10
6372/19 6466/7
6466/10 6522/19
6577/13 6579/3
6610/11
**300 [2]** 6304/17 6504/3
**3000 [1]** 6456/22
**3000.G [3]** 6444/6
6475/25 6503/14
**3004 [1]** 6434/19
**3005 [4]** 6434/12
6456/14 6456/23
6456/25
**3012 [1]** 6560/7
**302s [1]** 6616/9
**3065 [1]** 6304/18
**31 [4]** 6330/5 6331/4
6331/6 6331/10
**318 [1]** 6303/12
**31st [2]** 6481/17
6481/19
**3249 [1]** 6305/5
**3300 [2]** 6303/3 6303/7
**333 [1]** 6305/4
**3336 [1]** 6563/23
**34102 [1]** 6476/5
**35 [1]** 6402/16
**35-second [1]** 6339/8
**352-2615 [1]** 6304/9
**354-3249 [1]** 6305/5
**3763 [1]** 6588/20

**3:05 [1]** 6518/12
**3:06 [1]** 6519/12
**3:20 [1]** 6518/12
**3:21 [3]** 6530/14
6530/15 6553/18
**3:23 [1]** 6519/12
**3:30 [3]** 6336/9 6337/7
6357/21
**3:34 [2]** 6593/11
6593/12
**3:38 [1]** 6311/14

**4**

**40 [3]** 6417/8 6417/15
6417/24
**4031 [1]** 6303/15
**406 [1]** 6382/6
**410 [1]** 6304/18
**412-4676 [1]** 6303/16
**42 [1]** 6514/10
**43 [2]** 6359/16 6514/10
**4304 [1]** 6413/4
**4676 [1]** 6303/16
**47-second [1]** 6339/8
**471 [1]** 6605/15
**487-1460 [1]** 6303/12
**49 [1]** 6359/22
**4:24 [2]** 6551/7
6552/25
**4:25:27 [1]** 6553/9
**4:26:07 [1]** 6554/7
**4:29 [1]** 6440/16
**4:30 [1]** 6551/10
**4:34 [1]** 6593/11
**4th [2]** 6565/19
6565/24

**5**

**5,000 [1]** 6427/22
**512 [1]** 6310/23
**5306.1 [1]** 6332/4
**54 [2]** 6444/11 6444/16
**5708 [1]** 6304/13
**58 [1]** 6360/23
**594 [1]** 6310/23
**5:00 [3]** 6408/21
6416/17 6597/10
**5:21 [1]** 6559/3
**5:30 [1]** 6622/7
**5:36 p.m [1]** 6559/9
**5:43 [1]** 6459/1
**5:48 [1]** 6410/10
**5:50 [1]** 6340/10
**5:54 [1]** 6312/22
**5th [1]** 6329/25

**6**

**60 [1]** 6319/18
**601 [2]** 6302/17 6304/7
**607-5708 [1]** 6304/13
**61 [1]** 6588/16
**62 [3]** 6592/21 6593/3
6593/20
**6558 [3]** 6382/6 6407/8
6443/16
**6730 [1]** 6352/5
**6731 [3]** 6358/2

**6732 [1]** 6360/11
**6734 [5]** 6304/4 6310/6
6322/24 6325/11
6325/24
**6757 [1]** 6352/23
**6759 [1]** 6328/25
**6761 [1]** 6347/16
**6843 [1]** 6416/7
**6901.4 [1]** 6481/8
**6923 [2]** 6517/5
6563/22
**6:16 [1]** 6340/10
**6:45 [1]** 6344/20
**6th [60]** 6315/8
6336/23 6349/4
6349/14 6352/9 6354/3
6354/20 6358/23
6359/6 6359/10
6359/14 6386/5
6407/15 6409/20
6409/22 6422/1
6430/16 6436/1 6437/5
6437/9 6447/5 6448/12
6492/20 6492/23
6496/22 6498/8
6498/16 6498/18
6512/21 6513/3
6514/11 6517/1 6520/6
6520/11 6521/4
6525/15 6525/19
6526/3 6529/3 6531/9
6531/14 6531/23
6537/24 6538/6
6541/14 6544/5 6545/5
6554/2 6560/14
6562/13 6584/10
6584/12 6584/22
6585/6 6586/12
6586/16 6590/25
6591/3 6596/3 6596/8

**7**

**70 [1]** 6470/23
**700 [2]** 6303/4 6303/8
**71301 [1]** 6303/11
**717 [1]** 6303/16
**720-7777 [1]** 6303/9
**7277 [1]** 6302/18
**7310 [1]** 6304/17
**7447 [1]** 6304/4
**748 [1]** 6414/16
**75219 [2]** 6303/4
6303/8
**7777 [1]** 6303/9
**783 [1]** 6605/4
**787-0826 [1]** 6304/18
**7:00 [1]** 6410/15
**7:05 [1]** 6313/10
**7:16 [1]** 6562/6
**7:19 [2]** 6408/24
6449/11
**7:22 [1]** 6314/5
**7:27 [1]** 6461/21
**7:30 [1]** 6462/7
**7:58 [1]** 6549/24
**7th [34]** 6315/9
6407/10 6408/21

**6413/14** 6413/9
6413/12 6415/17
6437/19 6437/25
6440/16 6444/10
6447/22 6449/10
6450/5 6461/21 6462/7
6512/22 6517/1
6521/16 6522/3
6522/13 6524/17
6530/3 6531/1 6531/9
6542/19 6543/13
6543/24 6550/25
6551/6 6551/10
6555/13 6556/3
6596/20

**8**

**801 [1]** 6319/16
**8038 [1]** 6480/2
**81 [4]** 6410/25 6411/3
6411/6 6418/1
**819 [1]** 6303/11
**8481 [2]** 6512/19
6513/16
**856 [1]** 6304/13
**8:00 [2]** 6448/8
6448/12
**8:32 [1]** 6524/17
**8:35 [1]** 6547/19
**8:45 [1]** 6548/23
**8:46 [1]** 6531/1
**8:47 [1]** 6523/5
**8:52 [3]** 6407/15
6407/19 6408/5
**8:53 [1]** 6555/13
**8:55 [1]** 6556/3
**8th [23]** 6409/20
6409/23 6413/24
6416/8 6416/10
6430/14 6431/2
6431/10 6446/6
6447/18 6450/5 6451/9
6452/13 6457/24
6458/4 6458/25
6459/12 6523/5
6533/18 6534/7
6555/12 6556/2
6560/12

**9**

**900 [1]** 6304/8
**9000 [1]** 6416/20
**9001 [10]** 6406/15
6406/22 6406/24
6406/25 6415/15
6416/3 6416/4 6417/16
6449/6 6584/19
**902 [2]** 6493/17
6494/11
**9060 [6]** 6438/19
6439/18 6439/24
6439/25 6442/6
6447/19
**9061 [8]** 6419/25
6444/20 6445/13
6445/16 6445/18
6447/14 6448/15
6450/15

**9064 [5]** 6461/1
6461/12 6461/14
6461/15 6580/4
**9065 [6]** 6463/10
6463/14 6464/10
6464/18 6464/20
6464/21
**9066 [5]** 6453/17
6454/8 6454/11
6454/12 6457/5
**9067 [9]** 6470/11
6470/22 6470/23
6471/1 6471/4 6472/8
6474/15 6475/2
6476/24
**9068 [3]** 6470/11
6472/22 6474/16
**9069 [2]** 6470/11
6473/7
**907 [1]** 6476/24
**9070 [5]** 6470/11
6470/22 6471/1 6473/6
6473/18
**9071 [4]** 6479/13
6480/1 6480/6 6480/7
**9072 [4]** 6483/8
6483/20 6483/22
6483/24
**9073 [3]** 6486/23
6487/10 6487/13
**9073.1 [4]** 6488/15
6488/23 6488/25
6489/1
**9075 [4]** 6509/17
6510/11 6510/15
6510/16
**9075.1 [4]** 6511/23
6512/9 6512/11
6512/12
**9077 [5]** 6532/22
6542/15 6543/3 6543/6
6543/7
**9078 [5]** 6523/13
6523/25 6524/4 6524/6
6524/7
**9079 [7]** 6525/22
6526/19 6528/21
6529/18 6529/22
6544/21 6552/14
**9079.1 [5]** 6525/24
6526/17 6526/20
6527/7 6527/23
**9080 [4]** 6520/14
6521/7 6521/9 6521/10
**9082 [5]** 6557/10
6557/21 6558/15
6558/16 6558/17
**9085 [5]** 6560/24
6561/13 6561/16
6561/17 6564/7
**9086 [4]** 6565/1
6565/11 6565/13
6565/14
**94 [7]** 6476/4 6476/7
6476/10 6476/12
6476/14 6478/2 6479/4
**9708 [1]** 6524/3

**996-7447 [1]** 6304/4
**9:00 [1]** 6545/11
**9:10 [1]** 6544/22
**9:14 [1]** 6541/9
**9:18 [1]** 6314/13
**9:24 [1]** 6551/7
**9:30 [2]** 6302/6
6597/12
**9:34 [1]** 6593/11
**9:37:07 [1]** 6592/7
**9:41 [1]** 6536/14
**9:46 a.m [1]** 6551/1
**9:51 [1]** 6352/8
**9:55 [1]** 6468/6
**9:58 [1]** 6312/10
**9th [9]** 6316/7 6317/11
6411/11 6411/14
6411/22 6414/1 6414/2
6525/2 6536/14

**A**

**a.m [24]** 6302/6 6316/8
6352/9 6402/21
6402/21 6408/21
6410/17 6411/22
6414/18 6446/6
6452/12 6457/24
6467/19 6468/6
6487/21 6523/5
6536/14 6541/9
6545/11 6551/1
6555/12 6556/2 6562/6
6565/24
**A2161 [1]** 6444/12
**AARs [3]** 6452/10
6452/10 6453/10
**abbreviation [1]**
6559/6
**ability [1]** 6612/4
**able [26]** 6314/11
6324/25 6329/5
6343/12 6346/16
6387/1 6407/14
6407/17 6407/20
6407/23 6408/19
6409/6 6409/21
6410/11 6411/23
6412/3 6414/8 6416/15
6469/5 6546/11
6569/10 6569/11
6571/2 6577/14 6587/4
6619/21
**about [173]** 6314/20
6316/23 6317/23
6319/23 6321/13
6321/23 6321/24
6322/2 6322/25 6326/2
6327/12 6328/25
6329/8 6330/17
6331/15 6346/8
6346/20 6351/24
6352/20 6353/10
6353/15 6354/6 6354/9
6357/20 6357/24
6358/10 6359/8
6359/13 6360/25
6361/4 6362/23

6375/3 6376/15
6376/17 6376/18
6376/20 6376/21
6380/16 6385/16
6385/17 6388/6 6391/1
6393/23 6394/2 6394/3
6394/15 6394/20
6398/14 6398/15
6398/20 6398/22
6399/18 6400/5 6400/5
6400/20 6401/7 6401/9
6401/12 6402/18
6406/10 6410/11
6410/16 6416/20
6421/1 6425/16 6427/1
6429/22 6431/6
6433/19 6434/22
6437/11 6438/5
6443/25 6448/23
6449/1 6449/21
6449/25 6450/24
6452/1 6455/11
6456/15 6458/13
6459/14 6462/7
6462/11 6465/6
6467/19 6467/23
6468/23 6472/1 6472/9
6472/13 6478/2 6478/7
6482/25 6486/14
6491/16 6493/14
6494/8 6496/7 6498/23
6506/6 6509/6 6509/24
6511/9 6515/24
6516/18 6520/3
6530/14 6530/14
6530/18 6531/2
6534/24 6535/1 6535/8
6536/14 6539/6
6539/11 6539/25
6540/4 6540/7 6540/14
6541/19 6544/13
6545/13 6545/18
6546/4 6551/7 6552/1
6553/18 6555/6
6562/18 6562/22
6562/24 6563/13
6564/8 6564/15
6565/24 6568/25
6569/6 6571/8 6574/20
6574/24 6580/25
6581/4 6581/11
6585/18 6586/7
6586/23 6590/21
6591/9 6594/8 6594/15
6594/17 6595/20
6595/24 6596/4
6596/10 6596/21
6597/4 6599/1 6599/3
6601/22 6606/1 6608/8
6609/16 6611/2 6611/4
6615/22 6617/23
6618/14
**above [5]** 6446/16
6458/24 6540/16
6582/25 6623/4
**above-titled [1]** 6623/4
**absent [5]** 6318/22

6424/16 6434/3
**Absolutely [2]** 6477/18
6618/25
**absorbs [1]** 6507/19
**academy [7]** 6496/2
6496/3 6496/13
6496/15 6499/1
6499/16 6501/18
**accessing [1]** 6552/6
**accessories [4]**
6492/20 6499/4 6500/4
6504/9
**accessorizing [1]**
6574/14
**accessory [1]** 6504/5
**accident [1]** 6519/4
**accompanied [1]**
6424/5
**accompany [1]**
6598/23
**accomplish [2]**
6318/24 6591/15
**according [7]** 6310/22
6340/3 6340/24 6344/9
6348/16 6430/19
6528/4
**accordingly [1]** 6613/2
**account [15]** 6373/4
6493/9 6494/4 6520/23
6523/18 6524/24
6529/9 6534/9 6537/9
6537/10 6546/13
6549/4 6551/14
6551/16 6576/5
**accounts [3]** 6523/22
6529/6 6529/14
**accuracy [4]** 6346/1
6424/11 6424/16
6600/19
**accurate [30]** 6327/21
6333/19 6334/21
6338/24 6339/22
6346/22 6347/12
6366/14 6370/11
6373/4 6378/16
6379/15 6396/25
6428/13 6439/13
6445/9 6461/8 6464/13
6470/17 6479/21
6483/16 6487/6 6512/4
6523/21 6526/11
6542/24 6557/7
6565/7 6574/16 6591/9
**accurately [10]**
6319/19 6373/13
6447/6 6454/4 6497/17
6506/7 6506/13 6521/1
6529/12 6561/9
**accused [1]** 6452/4
**achieve [1]** 6318/21
**acknowledging [2]**
6312/16 6314/15
**acquaintance [2]**
6363/15 6374/9

**aces [1]** 6539/10
**acronym [1]** 6540/19
**across [2]** 6392/9
6495/23
**ACSS [1]** 6503/22
**act [2]** 6319/12
6376/12 6376/18
6376/22 6377/1
6377/21 6380/18
6394/15 6395/6
6398/10 6398/14
6399/18 6400/6 6401/7
6401/9 6401/13
6446/12 6484/16
6486/5 6490/15 6492/2
**action [13]** 6319/4
6319/7 6319/9 6319/12
6319/13 6376/19
6399/2 6399/6 6399/7
6453/14 6460/5 6492/1
6543/19
**actions [4]** 6315/2
6400/14 6422/4 6492/8
**activation [1]** 6411/15
**activations [4]** 6409/18
6411/12 6415/16
6416/5
**active [6]** 6405/23
6405/24 6409/1 6422/5
6433/18 6527/17
**actively [1]** 6438/6
**activity [10]** 6407/7
6407/12 6407/15
6409/3 6409/8 6409/9
6410/13 6410/17
6413/23 6498/8
**acts [1]** 6492/6
**actual [12]** 6321/15
6323/17 6426/23
6515/12 6545/2
6555/18 6556/8 6586/2
6588/18 6591/8
6591/10 6600/23
**actually [33]** 6311/4
6318/6 6322/12
6365/15 6384/17
6391/23 6392/17
6394/24 6422/17
6434/10 6457/6 6473/7
6474/16 6526/23
6542/13 6553/17
6554/17 6569/20
6572/5 6573/13
6581/10 6582/13
6586/11 6586/15
6586/19 6594/12
6595/3 6595/10
6595/18 6596/19
6598/2 6610/23
6614/23
**adapt [1]** 6492/12
**adaptor [1]** 6508/2
**add [1]** 6366/15
**added [5]** 6329/24
6330/18 6574/6 6574/8
6574/10
**addition [3]** 6359/25
6405/21 6602/20

**additional [9]** 6318/12
6347/20 6349/20
6443/24 6453/21
6499/11 6522/14
6522/14 6615/16
**address [11]** 6345/22
6346/5 6362/13
6425/14 6429/3 6430/6
6472/5 6495/23
6598/22 6605/16
6610/21
**addressed [1]** 6584/9
**addresses [2]** 6345/17
6470/6
**adjourn [2]** 6598/15
6622/3
**admissibility [1]**
6332/25
**admissible [5]** 6318/5
6325/15 6421/23
6599/14 6599/16
**admission [5]** 6317/17
6319/25 6320/10
6355/19 6372/3
**admissions [2]**
6319/24 6321/10
**admit [21]** 6320/5
6372/1 6379/19
6419/25 6439/18
6454/8 6470/21
6483/20 6487/10
6488/23 6497/22
6504/11 6521/7
6523/25 6526/16
6529/18 6557/21
6561/13 6565/11
6609/23 6613/12
**admitted [47]** 6306/12
6307/3 6319/24
6330/24 6333/10
6343/8 6355/23 6372/8
6379/22 6406/24
6423/19 6425/1
6429/15 6439/24
6445/16 6446/22
6449/6 6454/11
6461/14 6464/20
6470/24 6476/13
6476/20 6480/6
6483/22 6487/12
6488/25 6493/21
6494/16 6498/1
6504/14 6510/15
6512/11 6521/9 6524/3
6526/19 6529/21
6543/6 6550/16
6558/16 6559/13
6561/16 6565/16
6584/11 6593/21
6601/1 6601/20
**adopting [1]** 6404/1
**adoption [1]** 6320/4
**adoptive [3]** 6317/17
6319/25 6320/9
**advance [16]** 6375/7
6375/15 6377/7
6381/22 6382/19

6385/21 6386/9 6553/5
6554/4 6554/21 6555/4
6555/10 6555/22
6614/6
**advise [1]** 6452/3
**advocate [2]** 6399/1
6399/5
**aerial [1]** 6343/14
**Aero [4]** 6476/4
6479/15 6480/15
6482/7
**affect [1]** 6507/20
**affiliation [1]** 6365/13
**affirmed [1]** 6605/13
**affix [1]** 6506/5
**Afghanistan [1]** 6363/3
**after [81]** 6322/2
6349/15 6360/4 6365/1
6368/19 6369/5
6369/22 6374/6
6374/18 6387/23
6388/7 6389/4 6397/9
6397/11 6397/12
6402/6 6403/17
6403/24 6407/16
6408/7 6408/17
6408/19 6409/4
6412/21 6414/2
6415/11 6419/10
6422/1 6426/12
6428/15 6437/5 6437/9
6437/25 6448/7
6451/17 6460/7
6484/23 6492/20
6498/16 6516/17
6517/17 6520/10
6521/3 6522/19
6525/14 6525/19
6529/3 6532/24
6535/18 6537/4
6537/16 6538/6
6543/19 6543/20
6545/18 6546/4 6548/2
6550/7 6561/22 6564/8
6565/20 6566/17
6577/24 6583/1
6585/12 6585/17
6586/10 6587/5 6594/2
6594/5 6594/10 6596/3
6596/8 6596/8 6596/19
6596/20 6605/12
6606/4 6607/6 6611/6
6612/5
**after-action [1]**
6543/19
**after-hours [1]** 6365/1
**aftermath [1]** 6423/3
**afternoon [22]** 6336/10
6337/7 6359/6 6359/10
6359/14 6403/2 6409/5
6414/1 6433/6 6433/7
6447/22 6465/6
6468/13 6513/5 6513/8
6518/11 6533/19
6534/7 6551/10
6568/16 6597/24
6621/15

**afternoon/evening [1]**
6513/8
**afterwards [2]** 6388/9
6611/9
**again [56]** 6314/10
6314/15 6314/23
6318/6 6319/17 6325/6
6331/4 6331/15 6339/6
6339/19 6340/5
6340/19 6340/20
6340/21 6344/5
6350/21 6369/7 6371/3
6378/15 6389/21
6391/7 6405/12 6406/4
6407/2 6411/19 6413/5
6415/3 6415/19 6416/5
6423/16 6426/15
6447/16 6450/8
6457/17 6464/9 6465/3
6475/24 6486/16
6500/24 6502/1 6516/8
6527/7 6531/5 6546/23
6547/6 6554/6 6568/18
6575/11 6576/14
6604/16 6607/11
6607/24 6609/16
6614/3 6616/18
6616/25
**against [21]** 6310/9
6310/13 6310/24
6311/4 6311/8 6315/15
6316/17 6316/19
6317/1 6318/5 6318/15
6319/15 6325/16
6373/5 6381/8 6425/11
6451/2 6453/9 6489/16
6540/2 6603/19
**agency [5]** 6320/11
6397/25 6476/17
6478/10 6478/13
**agent [149]** 6320/6
6320/24 6326/14
6350/21 6355/17
6356/2 6356/11 6357/7
6360/7 6361/10
6361/12 6402/12
6402/13 6402/16
6404/18 6404/23
6405/13 6406/11
6406/14 6410/25
6417/22 6418/12
6419/25 6421/9
6422/17 6432/7
6432/11 6433/10
6434/6 6435/20 6436/5
6436/23 6437/3
6438/10 6438/19
6438/20 6438/24
6440/5 6444/20
6444/22 6445/23
6446/24 6449/8
6453/12 6453/17
6453/18 6454/18
6457/8 6460/11
6460/20 6460/25
6461/19 6462/20
6463/9 6463/12 6464/3
6470/10 6470/13

6476/11 6476/22
6477/3 6477/13
6477/25 6479/14
6481/11 6482/24
6483/8 6483/10 6484/4
6485/5 6486/23
6487/17 6489/9
6490/10 6490/25
6491/23 6492/15
6492/17 6493/5
6494/20 6495/5
6495/13 6496/10
6497/9 6498/7 6501/23
6502/9 6504/21 6505/9
6505/14 6506/3 6507/5
6507/6 6508/21
6508/23 6508/24
6508/25 6509/16
6509/18 6510/22
6511/23 6511/24
6512/17 6517/7
6518/16 6519/22
6520/2 6520/8 6520/13
6520/16 6523/5
6523/11 6524/11
6525/22 6525/24
6526/1 6526/14
6527/10 6528/8
6528/22 6528/23
6531/7 6540/18 6542/2
6542/14 6542/17
6542/18 6548/1 6549/3
6549/14 6557/9
6557/11 6558/21
6559/25 6560/16
6560/23 6561/1
6563/24 6564/25
6566/19 6567/17
6568/16 6586/24
6591/23 6597/2
6597/16 6613/11
**Agent Banks [2]**
6406/11 6410/25
**Agent Harris [8]**
6350/21 6355/17
6356/2 6356/11 6357/7
6360/7 6361/10
6361/12
**Agent Palian [1]**
6477/3
**agent's [4]** 6320/1
6320/10 6320/16
6320/20
**agents [1]** 6477/6
**aggressively [1]**
6367/14
**ago [4]** 6405/14
6424/10 6457/18
6544/13
**agree [29]** 6312/12
6317/14 6317/16
6332/9 6337/16 6340/1
6342/8 6343/16 6344/2
6344/8 6347/22
6348/15 6386/4
6386/19 6392/22
6400/19 6401/5

6413/13 6430/18
6431/14 6434/23
6444/9 6444/14
6569/25 6573/11
6591/6 6591/18 6601/6
6618/21
**agreed [3]** 6332/25
6363/16 6560/5
**agreeing [2]** 6387/10
6591/7
**agreement [1]** 6592/16
6422/14
**agrees [2]** 6337/3
6422/14
**ahead [8]** 6326/13
6401/23 6425/12
6513/11 6549/24
6558/4 6590/13
6609/20
**aid [1]** 6601/15
**aided [1]** 6305/7
**aim [1]** 6507/23
**aiming [1]** 6506/13
**Aimpoint [1]** 6504/5
**aims [1]** 6318/21
**airborne [1]** 6380/12
**airplane [1]** 6596/16
**akin [1]** 6337/13
**AL [1]** 6302/6
**Alabama [24]** 6409/23
6410/9 6411/13
6411/16 6412/4 6412/7
6413/11 6413/13
6413/21 6413/23
6414/7 6414/10
6414/20 6415/5
6455/13 6455/14
6456/2 6459/18
6475/19 6570/24
6571/15 6571/21
6582/24 6583/3
**Albuquerque [2]**
6417/4 6417/18
**alcohol [4]** 6393/15
6393/16 6478/14
6509/13
**Alexandra [2]** 6302/15
6309/13
**Alexandria [1]** 6303/11
**align [1]** 6319/25
**aligned [1]** 6525/9
**all [199]** 6309/2
6309/21 6309/23
6309/25 6310/2 6310/6
6311/6 6311/8 6315/10
6322/20 6323/15
6324/10 6325/15
6325/12 6326/6 6326/8
6328/12 6328/23
6329/13 6333/10
6336/7 6337/22
6341/21 6342/21
6343/3 6343/3 6343/14
6348/1 6348/10
6349/11 6349/23
6350/2 6350/4 6353/20
6356/3 6358/6 6360/4
6369/18 6372/2
6375/12 6376/20

**all... [158]** 6380/3
6380/16 6380/19
6380/21 6380/22
6381/1 6381/8 6382/2
6384/15 6384/16
6401/17 6402/3 6402/7
6402/8 6402/19
6402/20 6402/20
6403/9 6403/10 6404/1
6404/3 6404/9 6404/23
6406/7 6406/24
6408/14 6408/14
6418/12 6419/6
6419/11 6419/12
6419/15 6420/2 6423/6
6424/10 6425/19
6426/6 6426/21 6427/1
6428/7 6428/10
6428/10 6428/11
6428/15 6428/17
6428/20 6428/23
6429/19 6429/24
6430/25 6431/13
6431/16 6431/19
6432/2 6432/11
6436/11 6439/13
6446/16 6450/16
6452/16 6458/13
6458/19 6458/19
6460/9 6464/20
6465/23 6470/23
6473/3 6476/12 6480/6
6483/22 6489/16
6494/16 6496/18
6497/25 6498/4
6501/25 6504/13
6506/22 6509/2 6510/2
6510/15 6518/4
6518/14 6518/16
6518/21 6519/9
6519/10 6519/20
6521/9 6522/18 6524/3
6533/22 6534/20
6536/6 6538/13 6543/6
6563/2 6566/3 6569/2
6569/7 6571/5 6576/9
6578/9 6582/12 6583/6
6583/10 6583/13
6583/21 6584/9
6584/15 6585/8
6589/21 6590/8
6590/12 6591/6 6591/7
6591/17 6591/17
6591/18 6592/4 6593/4
6594/18 6596/14
6596/24 6597/8
6597/14 6598/13
6600/25 6601/9
6601/19 6601/21
6605/23 6607/8
6607/18 6608/20
6609/15 6610/5 6611/5
6611/10 6612/24
6613/1 6615/21
6616/16 6617/3 6617/3
6617/4 6618/5 6618/17
6619/11 6619/11

**all right [10]** 6350/4
6621/10 6621/25
6622/2 6622/4 6622/4
6404/3 6423/6 6426/6
6432/11 6498/4 6610/5
6617/3 6618/5 6621/9

**ALLCON [1]** 6480/21

**allegations [1]** 6430/19

**alleged [2]** 6317/18
6318/10

**allegedly [1]** 6452/1

**allegiance [1]** 6489/22

**Allen [3]** 6495/3 6500/2
6500/25

**alliance [1]** 6489/22

**allied [3]** 6365/11
6365/14 6435/2

**allow [5]** 6426/11
6606/1 6606/3 6611/5
6620/3

**allowing [1]** 6620/15

**allows [3]** 6376/18
6508/3 6508/4

**almost [3]** 6518/12
6574/14 6584/6

**alone [1]** 6574/3

**along [12]** 6367/4
6396/23 6401/2
6411/25 6412/3
6414/14 6417/14
6417/23 6417/23
6591/11 6608/9
6613/25

**Alpers [27]** 6361/16
6361/20 6362/4
6362/11 6363/5
6369/22 6370/19
6373/9 6373/23
6375/10 6376/2
6377/18 6379/10
6381/4 6382/7 6382/23
6384/13 6385/13
6385/24 6386/15
6387/18 6395/17
6400/4 6401/17 6485/9
6486/5 6583/9

**already [27]** 6315/12
6352/5 6352/8 6352/23
6354/17 6355/5 6358/2
6388/2 6388/3 6406/7
6427/22 6476/20
6481/7 6481/9 6493/19
6494/12 6517/4 6531/6
6532/1 6533/2 6549/1
6549/7 6550/16
6556/11 6563/21
6596/11 6618/14

**also [70]** 6311/3
6314/13 6315/15
6322/7 6332/14
6336/21 6339/3 6341/9
6341/18 6343/6
6343/15 6348/6
6352/19 6358/9
6359/12 6373/10
6374/14 6396/2
6396/16 6398/20

6414/3 6414/4 6414/5
6415/5 6421/24 6423/3
6436/16 6442/2
6442/12 6456/2 6456/3
6456/7 6458/3 6459/8
6460/16 6465/22
6468/13 6468/22
6470/4 6470/7 6476/8
6476/24 6478/23
6490/21 6494/7 6496/6
6501/19 6507/1
6507/21 6507/25
6510/1 6510/5 6510/10
6516/12 6541/13
6543/23 6559/13
6567/22 6575/24
6576/4 6581/17
6591/14 6603/6
6606/21 6607/5 6608/9
6613/25 6614/8

**altercations [2]**
6314/11 6359/9

**alternative [1]** 6600/21

**although [5]** 6321/19
6400/16 6475/23
6533/11 6608/20

**always [9]** 6411/25
6420/13 6489/15
6522/22 6533/13
6602/2 6603/25 6604/2
6606/9

**am [31]** 6319/11
6332/4 6359/11 6374/4
6382/2 6384/15 6419/1
6421/9 6434/7 6441/12
6446/12 6447/1
6455/25 6460/13
6462/6 6462/14 6463/7
6528/5 6538/1 6540/20
6556/25 6559/20
6559/22 6560/4
6560/20 6566/21
6567/19 6588/1
6590/25 6607/5
6608/24

**amazing [1]** 6608/22

**AMERICA [7]** 6302/3
6309/9 6493/7 6494/3
6518/6 6521/20
6538/16

**American [6]** 6355/2
6355/9 6383/9 6399/5
6489/24 6518/7

**Americans [3]** 6381/18
6521/22 6524/20

**AMIT [2]** 6302/9 6309/4

**Amit P [1]** 6309/4

**ammo [1]** 6576/9

**ammunition [1]**
6501/11

**among [7]** 6315/19
6456/15 6469/13
6529/1 6531/24
6584/12 6620/1

**amongst [2]** 6317/1
6322/9

**amount [3]** 6319/11

**analysis [6]** 6405/18
6406/2 6406/5 6508/6
6579/15 6580/15

**analytics [1]** 6362/19

**Andrew [4]** 6481/1
6482/3 6482/7 6482/14

**anecdote [1]** 6617/4

**angle [3]** 6333/25
6334/19 6334/22

**another [45]** 6316/23
6316/25 6317/8 6319/6
6346/13 6388/23
6397/1 6409/17 6413/3
6416/1 6416/6 6444/4
6446/25 6448/18
6450/17 6451/12
6451/21 6452/13
6459/1 6460/4 6465/13
6488/10 6494/3
6495/14 6495/24
6496/3 6496/13
6496/15 6503/13
6506/21 6508/19
6508/20 6509/22
6513/5 6514/11
6515/13 6522/2
6536/13 6555/15
6559/9 6573/24 6581/9
6588/3 6605/17 6611/4

**answer [11]** 6360/19
6394/16 6394/18
6398/4 6399/12
6442/24 6575/5 6575/6
6575/8 6580/23
6585/22

**answered [2]** 6575/4
6594/12

**answering [3]** 6394/19
6442/18 6589/21

**answers [1]** 6538/22

**anticipate [2]** 6610/22
6617/24

**anticipated [4]**
6602/19 6615/5
6615/18 6616/24

**Antifa [6]** 6314/19
6326/1 6521/22
6521/24 6522/17
6522/21

**Antonio [1]** 6579/13

**any [149]** 6313/19
6320/25 6322/7 6322/8
6329/22 6331/2
6331/15 6332/17
6332/18 6335/16
6335/25 6336/25
6346/25 6349/4
6349/13 6349/20
6349/25 6350/6
6350/16 6351/16
6351/18 6352/1
6355/21 6358/10
6358/22 6359/5 6359/9
6374/20 6374/21
6390/19 6390/20
6392/9 6392/21 6394/5
6395/9 6407/15 6409/3

6414/8 6420/3 6421/4
6422/4 6422/5 6422/19
6423/7 6423/9 6424/11
6425/2 6425/21 6426/9
6427/16 6428/24
6429/5 6429/6 6429/16
6431/2 6436/18 6437/8
6437/20 6438/14
6441/18 6448/22
6450/24 6452/3
6452/16 6453/8
6453/12 6460/21
6462/12 6463/6 6466/8
6469/12 6469/13
6469/23 6470/7 6472/9
6474/17 6475/3
6475/14 6476/10
6477/25 6480/4
6482/25 6485/15
6492/18 6492/19
6498/17 6498/23
6499/11 6499/21
6499/22 6500/20
6501/4 6501/14 6503/9
6509/13 6511/18
6516/18 6520/4 6520/8
6525/13 6525/17
6531/8 6532/4 6536/4
6538/5 6545/4 6545/7
6546/10 6557/5 6557/6
6566/1 6568/2 6568/5
6576/16 6578/5
6581/15 6582/25
6583/3 6583/14
6583/15 6583/16
6585/11 6586/10
6590/4 6594/4 6594/12
6594/15 6596/2 6596/8
6596/15 6596/18
6596/19 6601/18
6603/8 6603/15
6604/18 6606/19
6607/8 6608/5 6608/8
6610/21 6614/10
6615/12 6615/22
6618/23 6618/23

**anybody [6]** 6322/10
6359/6 6388/14 6397/6
6422/18 6425/16

**anyone [14]** 6365/3
6368/24 6372/25
6374/12 6374/25
6386/25 6446/13
6451/18 6452/3
6460/22 6518/18
6550/10 6589/25
6597/18

**anything [33]** 6317/6
6319/9 6323/2 6358/7
6366/15 6388/15
6393/23 6394/2 6403/5
6423/14 6426/3
6431/19 6438/4 6449/2
6450/25 6451/1 6452/1
6472/1 6472/13
6476/22 6478/7 6506/9
6508/12 6515/24

**anything... [9]** 6535/5
6562/21 6566/11
6567/11 6598/14
6603/18 6614/11
6621/13 6622/2
**anyway [2]** 6536/2
6612/23
**anywhere [2]** 6341/23
6459/18
**apart [1]** 6324/10
**apartment [1]** 6321/25
**apologize [5]** 6457/6
6527/4 6546/12
6576/25 6582/15
**app [6]** 6552/7 6554/14
6567/4 6587/16
6587/25 6588/6
**apparel [1]** 6499/7
**apparently [5]** 6422/16
6451/2 6514/16
6537/21 6539/10
**appear [31]** 6339/16
6341/25 6352/1
6370/10 6373/12
6379/15 6400/17
6400/21 6412/17
6414/24 6428/9
6439/13 6445/8 6458/6
6465/2 6469/4 6470/17
6472/3 6483/16 6514/5
6523/20 6530/14
6534/23 6552/5 6553/1
6553/18 6554/10
6554/13 6577/20
6577/22 6586/10
**appearance [1]** 6425/9
**appearances [5]**
6302/13 6302/20
6303/17 6304/20
6348/1
**appeared [5]** 6336/5
6408/22 6438/12
6503/2 6509/3
**appears [30]** 6323/17
6337/19 6338/6
6339/23 6342/19
6348/16 6351/12
6395/25 6410/16
6414/24 6417/25
6443/13 6457/19
6458/8 6469/7 6473/22
6473/23 6473/25
6474/22 6475/3 6475/8
6484/16 6506/10
6506/10 6508/14
6508/16 6508/19
6511/3 6562/12 6577/8
**appease [1]** 6381/15
**appellate [1]** 6603/16
**Applause [1]** 6519/2
**Apple [1]** 6444/12
**applicable [2]** 6427/16
6599/21
**application [6]**
6433/21 6545/7
6548/19 6557/16
6567/2 6568/2

**applies [1]** 6409/14
**apply [2]** 6612/12
6618/24
**appreciate [2]** 6583/20
6614/18
**approach [5]** 6338/14
6340/19 6389/6
6603/23 6604/10
**approached [8]**
6367/12 6367/13
6367/14 6367/17
6368/5 6373/25 6374/8
6374/13
**approaching [1]**
6311/21
**appropriate [2]**
6324/12 6607/2
**appropriately [1]**
6322/11
**approved [2]** 6321/10
6321/18
**approximate [1]**
6337/2
**approximately [5]**
6336/23 6344/13
6348/13 6417/18
6582/19
**April [1]** 6435/5
**AR [18]** 6476/5 6476/5
6482/2 6505/18 6506/1
6506/15 6506/24
6507/1 6507/11
6507/13 6507/15
6507/23 6508/2 6508/8
6508/9 6542/5 6571/23
6572/2
**AR-15 [1]** 6476/5
**AR-34102 [1]** 6476/5
**AR34102 [1]** 6480/16
**Arab [6]** 6413/13
6413/21 6413/23
6414/7 6414/9 6570/24
**are [247]** 6309/21
6311/3 6311/7 6312/25
6314/4 6315/12
6318/21 6319/1
6319/10 6322/1 6322/1
6322/22 6324/25
6326/8 6326/10
6326/19 6329/5 6333/8
6334/20 6335/15
6335/23 6335/23
6335/24 6336/2 6338/5
6343/12 6343/16
6343/17 6346/5
6349/15 6351/9
6353/21 6358/7
6358/20 6359/5 6359/9
6372/1 6382/1 6382/2
6383/12 6383/22
6384/13 6387/18
6392/20 6394/18
6397/24 6398/25
6402/4 6407/6 6408/13
6409/16 6411/8 6413/2
6413/19 6415/23
6416/4 6416/12
6416/13 6419/7

6421/25 6422/20
6423/21 6425/2 6426/8
6426/19 6427/12
6427/24 6429/5 6429/6
6430/20 6432/14
6433/13 6435/20
6439/2 6439/4 6440/5
6441/11 6442/13
6446/24 6449/7
6451/15 6452/17
6453/21 6453/22
6454/18 6455/24
6460/11 6462/4
6462/12 6463/5
6463/16 6463/17
6463/21 6463/22
6464/13 6464/15
6467/10 6468/8
6468/19 6468/20
6469/9 6470/23 6472/2
6473/2 6477/6 6478/24
6479/1 6481/14
6481/16 6481/17
6483/18 6484/4
6484/12 6484/24
6485/5 6486/1 6486/8
6489/22 6491/6
6493/13 6493/15
6494/6 6494/9 6494/23
6494/24 6496/18
6496/24 6498/8
6504/21 6505/8
6505/16 6505/17
6506/4 6506/6 6512/17
6512/20 6512/21
6512/23 6513/12
6517/21 6518/24
6520/23 6520/25
6524/21 6525/6 6525/6
6525/8 6525/8 6526/3
6526/10 6526/13
6529/1 6529/4 6529/5
6529/7 6530/3 6531/2
6533/15 6533/16
6533/16 6534/24
6535/2 6536/17
6537/14 6537/23
6538/2 6539/18
6540/18 6542/3 6542/6
6542/9 6542/18
6542/20 6542/21
6542/23 6542/24
6543/1 6544/12
6546/24 6548/4 6549/7
6549/18 6550/23
6551/9 6551/13
6551/13 6555/6
6556/23 6557/17
6557/19 6558/6
6559/21 6559/25
6560/16 6565/7 6565/9
6565/19 6565/21
6565/22 6566/19
6567/17 6568/16
6568/17 6570/14
6571/22 6571/23
6572/5 6574/13 6576/7

6587/5 6587/16
6587/18 6595/2
6598/13 6598/24
6599/16 6600/2
6600/25 6601/5
6602/18 6604/3
6604/14 6608/1 6609/4
6614/16 6614/22
6615/16 6615/22
6615/22 6616/19
6616/20 6617/5
6617/12 6618/15
6619/2 6619/3 6619/9
6619/9 6619/11
6619/12 6620/17
6620/23
**area [54]** 6313/16
6319/23 6331/17
6333/18 6333/23
6334/2 6334/20 6335/8
6335/16 6336/9
6336/22 6339/22
6339/12 6339/22
6340/2 6340/6 6340/20
6341/3 6343/15
6343/15 6346/16
6348/11 6348/22
6349/14 6362/15
6404/4 6408/20
6408/22 6409/11
6409/22 6410/1 6410/9
6410/15 6410/16
6410/18 6411/13
6411/16 6411/21
6412/4 6412/24 6413/8
6413/9 6413/10
6414/20 6415/9 6416/9
6416/11 6417/2
6417/18 6434/4 6450/7
6466/13 6466/23
6618/8
**areas [3]** 6327/10
6328/2 6436/14
**aren't [1]** 6599/21
**arguably [4]** 6311/13
6315/12 6315/15
6423/3
**argue [2]** 6313/25
6611/17
**argument [4]** 6314/1
6603/24 6610/18
6613/17
**arguments [8]** 6603/14
6607/9 6607/13
6607/17 6607/20
6609/7 6610/21
6621/13
**Arizona [8]** 6416/10
6417/2 6463/22 6469/2
6578/1 6578/13
6579/14 6579/25
**Arkansas [2]** 6415/7
6465/21
**Arlington [1]** 6543/19
**ArmaLite [2]** 6571/24
6572/2
**Armed [1]** 6380/17

**armor [2]** 6352/16
6352/17
**Army [10]** 6380/12
6433/18 6434/24
6435/2 6435/5 6435/9
6435/12 6435/15
6540/22 6540/23
**around [26]** 6328/5
6330/20 6334/3 6344/7
6357/21 6357/24
6359/19 6360/4 6369/9
6397/3 6410/14
6416/16 6437/19
6441/23 6449/10
6450/4 6459/6 6459/9
6459/12 6469/10
6486/19 6522/12
6531/9 6537/24 6538/5
6551/10
**arrange [1]** 6614/19
**arrangement [2]**
6612/2 6612/6
**arrest [11]** 6502/12
6502/16 6502/18
6505/1 6509/4 6510/24
6560/17 6560/17
6566/22 6567/22
6583/4
**arrested [10]** 6367/24
6381/10 6502/9
6556/24 6557/3 6560/1
6560/2 6566/20
6567/18 6567/20
**arrive [1]** 6556/20
**arrived [1]** 6467/21
**arrives [2]** 6410/15
6430/5
**arriving [2]** 6550/11
6550/13
**ARs [4]** 6569/10
6570/23 6571/23
6574/13
**article [4]** 6515/12
6534/24 6535/8
6545/19
**as [224]** 6310/11
6310/11 6310/12
6310/18 6312/21
6314/19 6315/5
6317/11 6317/23
6318/7 6318/15
6319/16 6319/24
6320/2 6320/11
6320/14 6321/8
6321/14 6322/21
6324/9 6324/21 6326/1
6327/3 6327/14
6329/20 6330/4
6337/12 6337/20
6338/19 6339/9
6339/13 6339/21
6340/14 6340/22
6342/5 6342/15
6342/15 6343/18
6346/11 6347/5 6349/1
6352/16 6355/1 6355/2
6364/6 6365/3 6366/13
6367/12 6367/13

**as... [175]** 6368/25
6371/22 6373/24
6374/8 6374/12
6380/14 6381/10
6381/16 6390/5
6393/17 6397/2
6397/13 6405/3
6405/14 6405/25
6406/5 6406/11
6407/13 6407/13
6408/12 6408/12
6410/4 6410/4 6410/13
6416/1 6416/1 6417/14
6425/2 6427/24 6428/6
6428/7 6431/2 6433/23
6434/24 6435/2 6435/5
6435/10 6435/12
6435/15 6446/12
6446/22 6447/5 6449/6
6451/18 6461/20
6466/17 6471/9
6473/12 6474/19
6475/24 6477/3 6477/8
6478/18 6481/7
6484/10 6489/15
6489/21 6489/21
6489/22 6491/10
6491/18 6493/2 6493/3
6493/6 6493/19 6499/3
6503/6 6503/19
6503/19 6503/20
6503/20 6503/21
6503/24 6507/19
6508/5 6508/5 6513/17
6513/25 6516/22
6517/5 6521/21
6521/24 6522/7 6522/7
6525/4 6528/16
6529/15 6530/15
6530/15 6532/1 6533/1
6537/21 6543/14
6546/13 6546/13
6548/23 6549/2 6549/8
6550/16 6551/22
6553/19 6553/19
6555/12 6556/3 6556/6
6556/10 6559/7 6559/7
6559/21 6559/22
6562/25 6563/22
6566/10 6566/10
6567/12 6569/22
6571/22 6572/15
6572/16 6573/11
6574/20 6574/21
6575/12 6575/12
6576/17 6577/24
6578/18 6580/5 6582/5
6584/10 6584/12
6585/3 6585/6 6585/7
6586/1 6586/6 6586/9
6587/2 6587/16 6588/1
6588/13 6588/16
6589/15 6591/2
6592/21 6599/11
6599/22 6600/14
6601/9 6602/1 6602/2
6602/16 6603/8

6606/3 6606/9 6606/20
6607/3 6610/12
6610/12 6613/10
6613/12 6614/1 6614/1
6614/18 6615/6 6615/8
6616/7 6616/10
6617/11 6617/14
6617/18 6619/17
6619/20
**ASAP [2]** 6491/1
6559/7
**Asheville [1]** 6449/21
**aside [1]** 6612/4
**ask [38]** 6320/24
6325/9 6332/24 6354/9
6362/1 6377/18
6388/23 6391/5
6401/21 6401/24
6426/7 6426/10
6427/14 6428/4 6443/7
6443/17 6462/17
6465/13 6465/15
6481/9 6504/18 6509/6
6515/19 6515/23
6516/9 6518/17
6568/19 6578/20
6588/14 6591/19
6597/17 6597/22
6598/3 6605/24 6609/6
6609/9 6609/14 6610/6
**asked [29]** 6351/21
6351/24 6351/25
6352/19 6354/5
6357/18 6357/19
6357/23 6358/9
6359/12 6360/8
6360/13 6378/18
6408/6 6429/6 6503/6
6516/3 6518/1 6542/2
6563/6 6574/17 6575/4
6584/10 6586/23
6590/21 6595/19
6596/7 6611/14 6615/2
**asking [17]** 6331/2
6345/16 6374/2 6383/9
6400/4 6401/6 6426/21
6430/2 6552/17 6575/1
6584/21 6587/3 6594/9
6596/15 6609/4
6609/14 6611/18
**asks [2]** 6394/13
6394/14
**aspect [1]** 6608/13
**aspects [2]** 6421/24
6600/15
**assault [1]** 6572/2
**assertion [3]** 6321/17
6322/4 6322/5
**assertions [1]** 6321/21
**asshole [1]** 6535/21
**assigned [3]** 6435/21
6435/25 6436/18
**assignment [1]**
6433/24
**assist [2]** 6490/22
6497/2
**assistance [2]** 6371/22

**associate [2]** 6502/17
6541/13
**associated [10]** 6438/2
6441/16 6499/1 6499/6
6499/19 6513/23
6520/23 6534/4
6534/14 6549/4
**ASSOCIATES [1]**
6303/14
**assume [7]** 6333/22
6334/25 6341/19
6535/2 6535/3 6608/14
6616/2
**assumed [1]** 6365/2
**Assuming [5]** 6423/12
6571/16 6590/9
**assure [1]** 6615/15
**ATF [7]** 6478/15 6479/2
6479/10 6479/15
6509/22 6510/7
6569/17
**ATF's [2]** 6478/25
6510/2
**Atheris [3]** 6495/17
6495/18 6500/16
**att.net [1]** 6303/12
**attached [2]** 6503/22
6504/1
**attachment [7]**
6499/18 6500/10
6530/8 6530/11
6530/18 6552/20
6553/2
**attachments [3]**
6403/10 6403/10
6508/4
**attack [1]** 6324/7
**attacked [5]** 6323/11
6323/13 6323/13
6324/5 6326/5
**attempts [1]** 6491/8
**attend [1]** 6491/8
**attention [4]** 6338/21
6363/5 6414/6 6419/23
**attired [1]** 6339/13
**attorney [6]** 6393/17
6559/12 6559/15
6617/24
**ATTORNEY'S [1]**
6302/16
**attorneys [2]** 6374/23
6619/3
**attributable [1]**
6441/14
**audio [36]** 6344/22
6371/2 6371/5 6371/16
6371/21 6372/16
6373/19 6375/8
6375/17 6375/22
6375/25 6376/2 6377/9
6377/11 6377/16
6382/13 6382/21
6384/1 6384/4 6384/6
6384/9 6384/23 6385/1
6385/4 6385/7 6385/11
6385/22 6386/11
6386/13 6598/23

6600/23 6601/1
6601/16 6601/18
**August [3]** 6435/8
6435/18 6435/18
**Austin [7]** 6412/19
6412/20 6412/22
6414/1 6415/9 6499/2
6502/3
**authentic [1]** 6479/9
**authenticity [4]**
6590/11 6599/18
6599/23 6599/25
**author [1]** 6453/2
**authored [1]** 6605/3
**autographed [1]**
6613/18
**available [4]** 6460/9
6578/4 6580/20 6602/5
**Avenue [6]** 6303/3
6303/7 6304/7 6305/4
6342/8 6342/15
**avoid [1]** 6617/2
**avoided [1]** 6446/10
**aware [44]** 6311/11
6320/25 6329/19
6334/18 6334/20
6335/15 6335/17
6341/12 6346/5 6359/5
6359/9 6390/24
6392/13 6392/13
6398/25 6455/24
6462/4 6462/12 6463/5
6467/10 6469/9 6486/2
6537/23 6538/1 6538/2
6548/4 6556/23
6559/25 6560/16
6566/19 6567/17
6574/12 6576/14
6577/11 6578/15
6578/21 6578/23
6582/13 6596/15
6599/1 6616/19
6616/20 6619/18
6619/18
**away [12]** 6335/24
6342/14 6346/22
6348/21 6364/21
6366/15 6388/14
6408/22 6413/9
6421/15 6508/23
6532/15
**aye [4]** 6538/25
6538/25 6547/16
6548/3
**Aye-aye [1]** 6538/25
**AZ [1]** 6578/1

**B**

**B-a-n-k-s [1]** 6405/11
**baby [2]** 6404/11
6519/1
**back [116]** 6312/25
6316/9 6325/17
6326/14 6331/6
6333/18 6335/3
6342/25 6349/14
6351/20 6352/12

6352/13 6353/6
6353/18 6355/10
6356/6 6356/25 6361/3
6371/18 6382/8 6383/8
6383/15 6392/17
6393/5 6403/9 6404/14
6412/15 6414/6
6414/15 6414/17
6415/13 6416/19
6417/10 6417/16
6417/23 6418/3
6419/19 6424/16
6426/23 6427/2 6427/3
6427/10 6427/18
6428/1 6428/4 6428/10
6428/14 6428/23
6429/25 6432/3
6446/10 6447/14
6447/19 6448/15
6450/14 6453/7
6454/16 6457/4
6469/17 6474/15
6477/24 6479/6
6480/21 6490/20
6491/6 6505/3 6507/6
6507/18 6507/21
6508/22 6510/6 6511/1
6514/20 6516/11
6519/5 6519/21
6532/22 6534/5 6542/1
6542/18 6543/12
6543/18 6544/12
6544/21 6546/24
6548/1 6550/7 6551/22
6555/11 6564/6
6564/11 6570/23
6571/2 6571/15
6576/20 6576/21
6578/1 6578/12
6579/18 6579/25
6583/2 6583/3 6593/14
6595/1 6596/9 6596/20
6598/21 6598/24
6600/12 6601/4
6601/11 6601/11
6601/15 6601/17
6608/10 6611/6
**backpacks [1]** 6499/5
**backup [1]** 6536/23
**bad [3]** 6521/25
6536/11 6566/2
**bag [2]** 6504/9 6507/9
**Bagcho [1]** 6319/18
**bags [2]** 6503/6 6573/6
**Baker [2]** 6313/10
6313/11
**bald [1]** 6471/9
**ball [1]** 6473/13
**bama [1]** 6569/4
**banc [1]** 6605/9
**bank [7]** 6493/7 6493/7
6494/3 6496/18
6497/18 6498/22
6499/11
**banks [12]** 6402/12
6402/16 6404/17
6404/23 6405/2
6405/10 6406/5

banks... [5] 6406/11
6410/25 6438/10
6462/20 6493/1
bar [1] 6544/14
barrel [2] 6477/20
6482/8 6504/4 6506/19
6508/14 6574/8
BARRETT [2] 6303/3
6305/4
bas [1] 6534/20
base 6386/23
based [31] 6315/23
6334/11 6334/24
6346/2 6368/3 6373/12
6395/2 6395/3 6395/3
6407/2 6407/3 6424/14
6436/5 6468/1 6468/2
6469/4 6472/19
6478/18 6484/25
6502/23 6577/1 6577/9
6577/19 6577/21
6580/15 6580/15
6581/13 6600/25
6602/18 6607/3
6612/10
bases [1] 6422/20
basically [4] 6376/19
6404/1 6437/24
6516/11
basis [4] 6398/2
6422/15 6422/19
6423/9
bastards [1] 6534/22
battery [1] 6507/21
battle [3] 6517/25
6522/10 6546/19
be [240] 6309/5
6310/17 6310/20
6310/24 6311/2 6311/4
6314/2 6315/1 6315/16
6316/12 6317/6 6318/7
6318/9 6319/2 6319/4
6319/20 6319/24
6320/3 6321/2 6321/10
6325/5 6328/7 6330/1
6331/21 6332/4 6333/5
6333/6 6333/10 6336/5
6337/6 6337/9 6337/19
6338/6 6338/10
6339/16 6340/6
6341/25 6342/19
6343/8 6343/19
6346/21 6348/21
6352/1 6353/25
6355/23 6364/6 6364/9
6364/14 6370/10
6372/2 6372/8 6374/23
6376/17 6379/15
6379/22 6380/23
6381/14 6383/9 6387/1
6389/2 6389/16 6393/9
6393/11 6395/25
6398/13 6400/17
6400/17 6400/21
6400/22 6402/15
6403/2 6403/14
6403/15 6404/14

6409/12 6409/19
6412/17 6415/17
6415/25 6418/19
6420/3 6421/7 6421/17
6421/22 6422/6
6424/17 6425/8 6427/8
6427/21 6428/21
6429/14 6430/2 6432/2
6436/4 6438/12
6439/13 6442/7
6443/13 6445/9 6446/9
6446/10 6446/17
6451/1 6451/17 6453/9
6454/11 6455/2 6457/2
6457/19 6458/23
6466/17 6468/21
6470/17 6472/3
6473/22 6473/23
6474/1 6474/22 6475/3
6475/9 6476/12
6476/13 6480/6
6483/16 6484/16
6487/12 6490/19
6491/7 6492/1 6492/6
6493/5 6493/21 6498/1
6503/2 6504/13 6505/7
6506/3 6506/10
6506/10 6508/14
6508/16 6508/19
6509/3 6510/6 6511/3
6513/7 6514/16
6514/18 6514/19
6516/19 6517/22
6517/25 6518/1 6518/1
6519/8 6523/2 6523/20
6527/18 6527/21
6529/21 6533/2
6533/13 6535/17
6538/13 6538/17
6539/19 6540/16
6546/6 6546/11
6547/11 6549/24
6550/1 6551/2 6552/15
6556/11 6559/21
6561/16 6562/12
6566/2 6570/2 6571/17
6572/15 6574/6 6574/8
6574/10 6574/16
6577/13 6577/14
6579/6 6579/9 6579/12
6580/4 6580/20
6583/10 6586/3
6587/17 6589/3 6589/7
6591/18 6593/11
6594/13 6596/10
6596/18 6597/10
6600/22 6601/14
6602/18 6602/19
6603/17 6603/18
6604/10 6604/16
6604/19 6606/25
6607/12 6607/21
6608/8 6609/25 6610/2
6610/12 6611/3
6612/22 6612/23
6614/17 6615/10
6616/25 6617/1 6617/7

6618/13 6618/17
6619/4 6620/7 6621/11
6621/14 6621/16
6621/21
bear [5] 6351/1 6351/3
6351/7 6568/20 6590/2
beard [2] 6471/11
6473/13
because [44] 6318/5
6318/6 6321/11
6322/12 6331/7
6366/12 6383/18
6386/19 6387/5
6393/17 6394/13
6394/19 6398/12
6401/5 6408/6 6408/11
6408/16 6409/8
6411/17 6421/15
6421/22 6422/22
6425/8 6427/10 6430/2
6452/25 6522/9 6558/4
6569/11 6577/14
6587/2 6588/19
6588/22 6592/8
6599/17 6599/22
6602/16 6602/20
6603/22 6605/19
6613/24 6615/4
6618/18 6620/5
become [5] 6329/24
6390/24 6392/13
6435/25
becoming [1] 6491/25
bed [1] 6474/4
bedroom [7] 6502/25
6503/2 6503/7 6503/10
6504/25 6509/3
6510/24
been [74] 6311/11
6312/10 6312/14
6313/6 6313/17
6313/24 6314/16
6318/10 6322/18
6327/2 6330/20 6334/4
6338/19 6356/21
6360/14 6363/20
6367/24 6376/21
6382/25 6388/9 6389/4
6391/13 6394/3 6405/2
6423/17 6423/20
6426/18 6428/7
6433/21 6440/25
6441/3 6441/6 6443/6
6444/18 6446/21
6458/14 6471/22
6471/24 6472/18
6475/23 6479/17
6481/7 6486/5 6493/19
6498/15 6523/12
6525/7 6536/19
6538/25 6550/16
6558/5 6559/23 6563/6
6563/10 6568/24
6572/16 6576/4
6578/11 6578/16
6581/10 6598/24
6599/23 6599/24

6601/3 6603/5 6604/14
6611/18 6612/13
6619/20 6619/21
6619/25
before [68] 6302/9
6317/24 6320/13
6323/2 6325/9 6330/14
6331/7 6356/21 6367/8
6370/17 6374/15
6390/3 6390/7 6391/4
6391/6 6391/6 6391/9
6391/11 6391/11
6391/12 6391/13
6398/14 6404/19
6411/19 6414/13
6419/24 6423/24
6425/22 6426/7
6426/14 6431/19
6433/17 6433/18
6434/6 6444/3 6447/22
6451/1 6451/16 6453/7
6455/11 6456/12
6474/16 6490/22
6492/10 6498/12
6526/3 6526/22
6532/18 6542/13
6546/10 6553/15
6554/14 6558/8 6567/7
6577/12 6589/24
6595/6 6595/12
6598/15 6601/20
6604/17 6608/19
6609/7 6609/13 6612/4
6619/23 6620/13
6622/2
begin [7] 6344/20
6344/20 6408/22
6410/16 6415/19
6426/7 6426/15
beginning [11]
6344/17 6376/2 6401/6
6464/24 6481/1
6482/15 6498/21
6511/12 6513/24
6530/3 6532/3
begins [4] 6409/2
6413/24 6414/19
6524/22
behalf [9] 6350/3
6350/24 6418/7 6420/4
6420/6 6421/11
6421/19 6425/3
6604/18
behest [1] 6596/15
behind [4] 6366/12
6413/16 6419/20
6517/24
being [40] 6312/11
6314/20 6322/19
6326/2 6332/11
6343/18 6345/6 6345/9
6347/10 6356/19
6357/20 6363/2
6366/14 6366/16
6371/22 6372/6
6378/16 6383/7
6383/20 6386/22

6415/9 6398/19
6421/23 6438/6
6451/18 6452/2
6459/17 6468/23
6489/17 6491/7
6513/25 6515/25
6516/18 6524/19
6550/23 6552/5
6576/14 6593/7 6594/3
6607/24
belief [2] 6394/7
6563/2
believe [55] 6313/23
6316/12 6316/25
6318/17 6323/20
6328/22 6330/14
6331/19 6332/3
6332/15 6336/13
6338/25 6341/16
6349/18 6351/2 6351/4
6364/2 6368/4 6368/6
6368/11 6385/17
6414/18 6447/19
6460/16 6467/11
6467/24 6471/17
6475/23 6490/1 6503/6
6508/7 6517/11
6531/10 6537/11
6540/9 6542/4 6544/6
6545/6 6547/13
6562/24 6564/10
6569/17 6574/4
6576/16 6577/16
6582/14 6584/9
6584/19 6586/22
6587/1 6587/10
6614/23 6615/14
6616/4 6617/19
believed [7] 6310/9
6315/1 6387/5 6407/9
6409/18 6415/17
6415/25
believes [3] 6319/19
6394/13 6604/2
believing [1] 6310/17
belong [1] 6582/15
belonging [2] 6476/3
6503/17
below [1] 6353/21
Ben [6] 6531/2 6531/8
6531/10 6539/12
6544/12 6555/6
Ben's [1] 6544/14
bench [6] 6322/17
6322/19 6401/22
6418/16 6557/24
6591/5
benefit [1] 6616/18
Benghazi [1] 6316/9
Bennie [1] 6350/25
Bennie Parker [1]
6350/25
bent [1] 6392/17
Berwick [1] 6304/12
best [8] 6383/16
6427/19 6569/9
6591/14 6599/12
6599/17 6606/9

**best... [1]** 6606/11
**bet [1]** 6402/6
**better [3]** 6589/9
6601/13 6617/11
**between [32]** 6314/11
6316/7 6319/25
6347/20 6351/6
6358/22 6449/18
6450/8 6454/19
6463/17 6472/17
6481/14 6484/5 6484/6
6486/13 6502/5
6512/18 6525/13
6533/12 6537/5
6537/17 6543/22
6546/7 6565/22
6565/23 6572/12
6578/7 6581/17
6598/25 6610/12
6616/20 6616/22
**Beware [1]** 6491/6
**beyond [2]** 6520/6
6591/13
**biased [1]** 6603/25
**bidding [3]** 6398/1
6489/20 6489/21
**Biden [5]** 6380/15
6380/21
**Biden/Kamala [1]**
6380/21
**big [1]** 6500/1
**Bill [1]** 6559/14
**bin [1]** 6458/18
**binoculars [1]** 6499/4
**bipod [4]** 6477/2
6477/8 6477/11
6477/17
**bit [21]** 6342/1 6362/23
6363/13 6366/17
6383/8 6392/7 6408/12
6419/7 6420/25
6436/24 6449/20
6449/20 6467/8
6488/11 6514/15
6520/3 6545/15
6576/20 6576/23
6603/16 6605/18
**bivouac [1]** 6468/9
**black [4]** 6451/17
6473/13 6474/5 6482/8
**blackout [2]** 6490/16
6504/3
**blame [1]** 6619/16
**blank [2]** 6343/14
6593/16
**blanking [1]** 6599/5
**bleed [1]** 6320/2
**bless [2]** 6518/6
6518/6
**blog [2]** 6535/21
6535/22
**blood [1]** 6383/11
**board [2]** 6455/15
6463/20
**body [6]** 6336/13
6336/17 6344/18
6346/13 6346/24

**body-worn [2]** 6336/13
6344/18
**bolt [1]** 6507/18
**books [1]** 6596/17
**boot [2]** 6508/16
6508/18
**bootleg [1]** 6527/21
**border [4]** 6410/23
6449/18 6450/8
6465/21
**borrowing [1]** 6465/22
**both [18]** 6321/4
6351/9 6415/8 6415/11
6424/14 6427/10
6442/23 6442/25
6525/6 6537/12 6555/1
6555/1 6555/3 6555/7
6577/7 6606/2 6607/23
6616/17
**bottom [12]** 6312/13
6333/20 6355/10
6359/2 6407/11 6456/8
6477/2 6491/21
6495/22 6551/23
6572/22 6588/19
**bought [2]** 6497/16
6501/20
**bounce [1]** 6620/1
**bound [1]** 6570/4
**box [12]** 6407/11
6409/24 6410/6
6413/14 6413/16
6414/7 6505/8 6505/10
6505/13 6507/6 6507/7
6508/22
**boys [1]** 6566/11
**Bradford [3]** 6304/11
6304/14 6309/18
**brain [2]** 6616/11
6616/13
**BRAND [1]** 6304/3
**brandwoodwardlaw.c
om [1]** 6304/5
**break [12]** 6384/19
6401/25 6402/1 6402/5
6419/7 6419/10
6424/20 6430/1 6432/4
6518/11 6518/18
6597/11
**breaking [2]** 6335/24
6335/25
**briefly [5]** 6389/11
6405/20 6412/15
6426/4 6444/23
**BRIGHT [7]** 6303/3
6303/7 6309/15
6418/19 6419/16
6421/14 6568/11
**bring [54]** 6316/11
6317/5 6318/10
6322/23 6323/2
6324/15 6325/1
6325/10 6331/6
6332/22 6347/15
6370/15 6373/7 6379/5
6382/10 6384/21
6385/8 6391/5 6431/20

6438/18 6446/21
6449/5 6453/16 6463/9
6470/10 6473/6
6476/18 6481/6 6483/7
6486/22 6488/14
6494/2 6495/4 6505/3
6505/5 6517/4 6523/12
6525/21 6541/19
6546/11 6546/19
6548/6 6549/1 6550/15
6557/9 6563/21
6564/25 6571/9
6592/13 6598/10
6608/10 6609/2
**bringing [1]** 6517/25
**brings [1]** 6484/17
**Bristol [2]** 6410/15
6410/18
**British [1]** 6381/14
**broad [2]** 6400/18
6400/19
**broke [1]** 6499/3
**broken [2]** 6360/6
6573/3
**brother [5]** 6531/2
6541/16 6544/9 6547/6
6555/5
**brothers [1]** 6533/13
**brought [7]** 6367/7
6419/23 6430/20
6476/17 6548/4
6576/21 6611/19
**brown [1]** 6474/22
**browse [1]** 6520/14
**BSing [1]** 6394/21
**Bucket [1]** 6540/8
**Bucket's [1]** 6540/5
**bucks [1]** 6516/17
**buddies [1]** 6452/11
**buffer [3]** 6507/15
6507/16 6507/18
**bug [1]** 6539/1
**bug-out [1]** 6539/1
**build [1]** 6541/18
**building [19]** 6304/8
6311/21 6311/22
6315/14 6316/2 6340/6
6342/4 6342/16
6343/18 6343/25
6349/8 6358/11
6360/18 6451/18
6522/10 6530/20
6533/12 6537/25
6554/19
**built [1]** 6383/18
**bunk [1]** 6531/4
**Bureau [8]** 6397/16
6397/18 6397/19
6397/21 6433/14
6433/24 6478/14
6509/14
**burned [1]** 6458/14
**burner [7]** 6441/9
6441/11 6441/19
6441/25 6442/2 6442/8
6442/23
**Burnie [1]** 6304/18

**business [2]** 6469/23
6510/2
**busted [1]** 6313/11
**busy [3]** 6453/2
6468/18 6607/22
**butt [1]** 6507/17
**buttstock [1]** 6504/3
**buy [3]** 6514/19
6569/19 6570/9
**buying [3]** 6515/25
6569/7 6569/22
**buys [1]** 6596/16

## C

**Cabela's [4]** 6495/3
6500/1 6500/25
6572/12
**cable [1]** 6587/12
**cafeteria [1]** 6342/18
**Caldwell [6]** 6304/16
6309/12 6309/20
6311/19 6312/9
6314/13 6315/24
6316/7 6316/15
6316/22 6317/13
6317/18 6318/5
6319/15 6325/16
6351/25 6352/9
6352/20 6353/3
6353/18 6354/19
6355/7 6435/7 6520/4
6523/18 6524/18
6524/24 6525/13
6525/17 6527/13
6527/25 6529/2
6529/13 6530/5
6530/10 6531/18
6532/25 6533/9
6533/19 6534/6 6534/8
6534/17 6534/23
6535/12 6535/19
6536/9 6536/14
6536/16 6536/24
6537/17 6541/15
6542/2 6543/14 6546/2
6546/8 6546/17
6546/22 6546/22
6547/23 6548/24
6549/5 6550/11
6553/12 6553/21
6554/11 6555/15
6555/19 6556/6
6556/17 6560/1
6560/18 6613/10
**Caldwell's [16]**
6311/13 6314/9
6351/22 6352/19
6354/5 6355/20
6524/12 6526/7 6541/4
6541/13 6542/22
6548/5 6548/10
6551/14 6551/20
6553/12
**caliber [3]** 6503/20
6503/24 6504/4

6321/9 6388/4 6407/3
6407/11 6407/14
6407/18 6407/19
6408/4 6409/24 6410/6
6413/14 6414/7 6460/2
6460/4 6462/22
6515/18 6515/23
6516/8 6546/23 6559/5
6573/13 6573/19
6574/7 6614/3 6614/6
6614/10 6617/25
6619/18 6619/22
6619/22 6619/23
**call-out [5]** 6407/11
6409/24 6410/6
6413/14 6414/7
**called [12]** 6312/11
6365/14 6376/19
6440/24 6442/23
6446/18 6460/22
6520/10 6542/6 6545/8
6576/10 6617/19
**calling [5]** 6359/13
6359/19 6359/25
6462/5 6620/12
**calls [1]** 6361/16
6404/17 6432/7 6522/8
6522/8 6522/9 6580/22
**cam [3]** 6336/17
6346/13 6346/24
**came [22]** 6323/22
6334/10 6363/13
6368/4 6368/12 6374/9
6391/3 6470/15
6470/16 6503/7 6512/3
6533/25 6551/22
6579/18 6581/7
6581/10 6582/2 6582/4
6582/13 6583/6
6583/11 6605/23
**camera [10]** 6333/20
6334/12 6334/22
6334/25 6335/5
6336/13 6340/3
6340/24 6344/2
6532/15
**cameras [1]** 6344/18
**camp [4]** 6563/13
6563/18 6564/4 6564/9
**campaign [1]** 6517/22
**campaigns [1]** 6517/22
**camping [5]** 6499/6
6499/7 6499/18
6501/21 6573/10
**can [231]** 6311/2
6312/12 6314/2 6314/3
6319/24 6320/14
6321/1 6321/2 6324/13
6324/16 6330/4 6330/7
6331/6 6332/2 6332/22
6334/12 6335/3 6335/5
6339/8 6339/12
6340/10 6340/18
6341/22 6342/16
6343/4 6343/6 6344/11
6344/20 6345/13
6346/7 6346/11

**C**

**can... [200]** 6347/14
6347/16 6348/3
6353/12 6354/12
6354/15 6354/25
6355/11 6356/10
6356/25 6357/3
6357/14 6360/22
6364/24 6373/23
6380/4 6380/13 6381/6
6383/24 6384/5
6384/21 6384/24
6385/5 6385/8 6388/18
6389/21 6395/23
6398/4 6399/12
6403/15 6404/9
6405/20 6406/14
6407/5 6408/3 6409/15
6410/18 6411/3 6412/9
6412/14 6413/1
6413/18 6414/6
6414/15 6414/15
6414/16 6415/1 6415/3
6415/13 6416/18
6416/23 6416/24
6417/3 6417/10
6417/17 6417/22
6417/22 6418/15
6418/21 6419/24
6421/15 6423/12
6425/10 6427/3 6427/5
6427/21 6429/9
6429/10 6430/6 6436/4
6436/23 6437/23
6441/1 6447/13
6447/16 6449/24
6451/1 6451/4 6451/7
6451/18 6453/2 6453/4
6453/9 6455/12
6455/16 6455/16
6456/11 6460/9
6463/25 6464/8 6470/1
6472/1 6476/9 6476/13
6477/23 6478/16
6488/14 6490/14
6490/21 6491/14
6491/15 6492/16
6493/24 6498/21
6501/17 6505/3
6513/10 6514/19
6516/22 6518/2 6518/8
6518/17 6527/3
6527/10 6528/18
6531/4 6531/7 6531/12
6532/12 6533/13
6544/3 6544/20
6544/21 6550/1
6553/20 6557/23
6558/4 6566/1 6566/6
6572/22 6572/24
6575/5 6575/6 6575/8
6576/8 6576/15
6580/23 6584/19
6585/16 6585/18
6586/10 6588/9
6588/14 6588/19
6588/22 6588/25
6589/9 6589/15

6590/18 6590/12
6590/19 6591/4 6591/6
6591/10 6591/10
6591/12 6591/18
6591/23 6591/25
6592/3 6592/4 6592/11
6592/17 6592/20
6592/21 6593/2
6594/21 6597/16
6597/22 6597/23
6597/25 6598/3 6600/5
6601/10 6601/15
6603/18 6604/7
6604/11 6604/24
6605/24 6605/25
6606/2 6606/9 6606/11
6606/15 6606/17
6607/1 6607/2 6607/5
6607/12 6609/8
6609/15 6609/19
6611/5 6614/21
6615/15 6617/7
6617/17 6620/6
6621/11
**can't [17]** 6320/24
6400/18 6418/1
6427/11 6431/11
6446/10 6452/25
6535/22 6575/18
6579/19 6585/19
6585/20 6587/7
6616/11 6616/17
6618/18 6619/22
**candid [1]** 6604/16
**cannot [1]** 6585/16
**cap [2]** 6473/13
6538/21
**capacity [2]** 6474/11
6474/13
**capital [2]** 6450/25
6571/10
**Capitol [58]** 6311/21
6311/22 6312/5 6312/7
6312/11 6312/16
6312/19 6312/23
6313/6 6314/22
6315/14 6315/20
6316/2 6326/3 6333/18
6333/22 6333/23
6334/2 6334/4 6334/7
6334/9 6334/17 6336/9
6336/17 6336/23
6337/17 6337/19
6339/22 6340/6
6340/24 6342/14
6342/17 6342/18
6343/15 6346/22
6348/11 6348/14
6348/22 6349/4
6349/14 6357/10
6357/21 6358/11
6360/2 6361/3 6385/25
6436/1 6436/7 6452/2
6491/2 6521/24
6522/10 6522/21
6531/24 6531/25
6537/25 6541/14
6554/2

**car [8]** 6352/12
6364/18 6364/20
6364/21 6366/2
6574/14 6577/4 6577/5
**carbine [1]** 6504/3
**carcass [1]** 6545/21
**card [2]** 6496/19
6498/23
**cards [1]** 6493/2
**care [2]** 6423/24
6573/1
**career [1]** 6433/20
**careful [1]** 6491/7
**Carolina [17]** 6316/22
6413/10 6449/21
6511/15 6511/20
6514/17 6514/18
6515/18 6515/23
6528/6 6536/18 6544/4
6563/14 6563/19
6570/10 6575/11
6575/17
**carrier [2]** 6351/11
6351/14
**carry [1]** 6621/1
**CART [3]** 6444/15
6586/21 6587/8
**case [68]** 6309/8
6310/18 6310/25
6320/24 6322/9
6331/14 6424/15
6426/17 6427/16
6430/21 6439/3 6441/9
6463/2 6474/5 6474/6
6474/19 6474/22
6475/9 6485/16 6491/4
6506/7 6516/12
6556/24 6560/19
6563/16 6569/1 6581/9
6595/6 6595/12 6600/2
6600/7 6601/12
6602/16 6602/17
6602/19 6602/20
6602/22 6602/25
6603/4 6603/7 6603/9
6603/17 6603/18
6603/22 6604/4 6604/6
6604/8 6604/24 6605/2
6605/12 6605/20
6606/6 6606/16
6606/17 6607/6
6607/10 6607/18
6608/7 6611/24 6612/8
6612/11 6612/13
6613/24 6613/25
6615/19 6618/4
6620/18 6621/14
**cases [17]** 6310/11
6321/18 6435/25
6436/6 6436/17
6473/24 6474/1 6474/9
6474/17 6501/20
6573/4 6599/19
6599/21 6608/3
6612/25 6619/10
6620/2
**categories [2]** 6617/5

**cause [1]** 6322/18
**caused [1]** 6564/10
**cavalry [1]** 6435/15
**CB [5]** 6467/9 6467/10
6467/11 6467/12
6490/17
**CCP [2]** 6489/22
6489/25
**CCTV [3]** 6334/14
6339/3 6341/9
**Cedar [1]** 6499/2
**cell [56]** 6380/7
6405/14 6405/18
6405/22 6406/1 6406/5
6407/3 6407/7 6407/12
6409/9 6409/17
6410/17 6411/12
6411/15 6411/18
6412/5 6412/5 6413/6
6414/22 6415/16
6416/5 6416/6 6416/13
6416/14 6438/1 6438/4
6439/15 6446/9 6449/2
6449/3 6459/5 6459/8
6459/11 6459/14
6461/6 6463/2 6464/11
6465/3 6468/2 6470/2
6470/18 6472/19
6483/17 6484/25
6512/18 6523/17
6524/12 6526/8
6526/11 6548/7
6557/16 6557/18
6561/10 6565/8
6566/22 6579/15
**cell phone [15]** 6380/7
6414/22 6439/15
6461/6 6464/11 6465/3
6470/18 6483/17
6523/17 6526/8 6548/7
6557/16 6557/18
6561/10 6566/22
**cell-site [3]** 6407/7
6407/12 6410/17
**Cellebrite [3]** 6586/5
6587/7 6588/18
**cells [1]** 6408/13
**cellular [13]** 6437/9
6437/12 6438/2 6439/2
6439/8 6441/14
6444/15 6445/6
6445/10 6453/23
6454/23 6459/5 6548/4
**center [10]** 6339/12
6345/2 6356/4 6356/17
6396/6 6396/8 6396/9
6417/14 6474/23
6511/2
**Central [2]** 6331/21
6593/12
**certain [10]** 6327/15
6327/19 6400/7
6434/21 6435/25
6456/16 6496/20
6521/2 6537/23
6586/11
**certainly [8]** 6315/13

6349/7 6398/25 6399/4
6423/5 6616/9
**certificate [7]** 6479/3
6479/7 6482/16
6493/17 6494/11
6510/1 6514/1
**Certified [1]** 6305/3
**certify [3]** 6479/9
6600/19 6623/2
**cetera [3]** 6314/1
6490/17 6559/22
**CH [1]** 6305/4
**Chad [1]** 6363/15
6364/8 6365/5 6366/25
6374/3 6391/1 6391/5
6391/10 6391/16
6391/17 6391/25
6393/8 6393/21
6393/23 6394/2
**chairs [1]** 6573/10
**challenge [2]** 6430/17
6603/1
**challenges [1]** 6609/2
**Chamberlain [1]**
6381/14
**chambers [2]** 6403/6
6523/9
**chance [5]** 6389/17
6424/23 6425/10
6446/11 6523/9
**change [2]** 6318/19
6354/6
**characterization [1]**
6312/13
**charge [1]** 6559/23
**charged [2]** 6317/2
6319/3
**chart [1]** 6456/5
**chat [74]** 6315/10
6327/11 6327/23
6327/25 6328/11
6329/1 6329/15
6329/20 6329/24
6330/2 6330/16
6330/18 6361/1 6443/9
6445/3 6446/1 6446/19
6446/25 6447/3 6447/7
6447/24 6451/25
6452/11 6452/19
6453/1 6457/8 6457/10
6457/12 6457/13
6458/2 6487/25 6516/3
6567/14 6584/10
6584/13 6584/16
6584/22 6585/9
6585/12 6585/15
6585/17 6585/20
6585/21 6586/1 6586/2
6586/4 6586/11
6586/13 6586/16
6586/22 6587/1 6587/3
6587/5 6587/9 6587/17
6587/21 6587/25
6588/14 6589/8 6589/9
6589/16 6589/18
6590/1 6590/21 6591/1
6591/10 6592/6 6592/7

**chat... [6]** 6592/13
6594/5 6594/11
6594/23 6595/3 6595/9

**chats [19]** 6327/15
6327/16 6327/19
6327/20 6328/4 6328/5
6328/5 6328/8 6328/12
6328/16 6329/3 6329/9
6330/13 6437/16
6441/23 6559/22
6566/2 6593/4 6593/7

**chatter [3]** 6448/21
6450/24 6450/25

**check [8]** 6369/23
6425/10 6448/8 6513/6
6543/20 6584/8
6586/10 6586/15

**check-out [1]** 6543/20

**checking [1]** 6323/20

**chemical [1]** 6351/6

**Chi [2]** 6380/15
6489/19

**Chi-Com [2]** 6380/15
6489/19

**chief [16]** 6320/24
6378/3 6380/14
6381/12 6446/12
6602/19 6602/25
6603/7 6603/17
6603/18 6604/8
6605/12 6605/20
6606/16 6612/11
6618/4

**children [1]** 6381/2

**Chinese [1]** 6490/1

**choice [1]** 6606/15

**choose [2]** 6314/2
6607/9

**choosing [1]** 6400/16

**chose [1]** 6579/17

**Churchill [1]** 6381/14

**Cinnaminson [1]**
6304/13

**circle [9]** 6394/8
6394/20 6394/24
6410/18 6449/14
6450/3 6473/25
6474/19 6475/6

**circled [6]** 6410/22
6449/16 6450/7 6474/4
6474/21 6475/8

**circles [7]** 6332/5
6398/16 6398/18
6398/19 6398/21
6399/9 6563/1

**circuit [20]** 6319/21
6320/2 6321/10
6321/18 6424/15
6426/17 6592/11
6599/16 6599/22
6600/6 6600/17 6603/8
6605/9 6605/10
6605/14 6605/15
6605/19 6605/21
6606/1 6606/24

**circular [1]** 6343/25

**circumstance [1]**

**circumstances [3]**
6310/21 6310/25
6605/16

**cited [3]** 6310/12
6575/16 6599/21

**cities [1]** 6442/3

**citing [1]** 6425/11

**citizen [1]** 6399/5

**city [3]** 6410/22
6413/13 6465/21

**civil [4]** 6310/15
6312/18 6383/9
6571/10

**Civil War [2]** 6383/9
6571/10

**CL [2]** 6306/12 6307/3

**Clam [2]** 6451/5
6452/11

**clapping [1]** 6519/3

**classic [1]** 6521/24

**clause [1]** 6422/15

**clean [3]** 6539/11
6545/22 6608/19

**clear [25]** 6318/5
6337/6 6337/9 6347/4
6348/22 6362/1 6362/9
6375/11 6385/14
6390/4 6394/13 6395/2
6409/12 6423/24
6426/5 6429/15
6429/16 6433/8
6491/25 6566/1 6566/2
6597/25 6618/13
6618/22 6619/25

**cleared [1]** 6566/16

**clearing [1]** 6426/1

**clearly [7]** 6310/21
6312/25 6313/20
6314/24 6315/5 6397/1
6397/4

**client [5]** 6421/3
6452/3 6596/22
6604/18 6619/18

**climbing [1]** 6355/11
6355/12 6355/14

**clip [4]** 6371/14
6372/15 6372/18
6376/2

**clips [2]** 6370/11
6373/9

**close [6]** 6465/22
6606/18 6607/6 6607/7
6610/15 6621/6

**closer [3]** 6321/9
6342/14 6436/24

**closing [2]** 6491/22
6491/23

**clue [2]** 6382/24
6382/25

**co [14]** 6310/8 6310/8
6315/16 6317/1
6317/25 6318/8 6319/2
6425/8 6430/4 6430/5
6581/9 6581/12
6605/17 6605/19

**co-conspirator [4]**
6315/16 6317/25

**co-conspirators [2]**
6310/8 6317/1

**co-counsel [3]** 6425/8
6430/4 6430/5

**co-defendant [3]**
6581/9 6605/17
6605/19

**co-defendants [2]**
6310/8 6581/12

**coast [1]** 6390/14

**cocked [1]** 6446/11

**codes [1]** 6380/16

**Col [2]** 6540/5 6540/8

**Cole [1]** 6540/9

**colleague [1]** 6454/15

**colleagues [2]** 6480/18
6609/12

**collect [1]** 6574/12

**collected [3]** 6444/10
6476/2 6503/17

**collection [2]** 6319/12
6322/5

**collective [6]** 6315/19
6319/4 6319/7 6319/9
6319/12 6319/13

**collectors [2]** 6358/18
6574/18

**Colony [1]** 6501/9

**colored [1]** 6474/6

**COLUMBIA [4]** 6302/1
6430/15 6560/13
6611/20

**column [4]** 6455/20
6456/8 6456/8 6464/5

**columns [1]** 6525/8

**Com [2]** 6380/15
6489/19

**combat [1]** 6381/7

**come [32]** 6319/14
6326/14 6360/17
6364/6 6366/24
6367/20 6367/22
6382/3 6392/9 6428/5
6436/4 6440/12 6461/6
6462/9 6479/6 6492/10
6512/2 6520/19
6520/20 6531/14
6534/2 6534/5 6534/22
6536/6 6557/15
6580/16 6580/25
6581/13 6583/3
6583/12 6608/3 6611/6

**comes [8]** 6311/14
6323/10 6324/14
6415/6 6506/18
6559/14 6588/23
6606/12

**coming [8]** 6436/6
6451/17 6466/12
6484/24 6577/13
6581/5 6581/25 6583/1

**command [2]** 6380/16
6381/13

**commander [8]**
6380/14 6446/12
6533/23 6534/2
6545/20 6546/3 6546/5

**commence [1]** 6423/16

**comment [15]** 6386/16
6453/2 6453/2 6453/8
6521/16 6522/2 6522/5
6522/14 6522/14
6522/16 6522/24
6523/6 6524/24 6525/1
6525/3

**comments [6]** 6452/17
6452/20 6453/1 6453/3
6520/9 6521/2

**commits [1]** 6319/6

**committed [1]** 6602/21

**common [2]** 6489/23
6572/5

**commonly [1]** 6478/17

**comms [6]** 6458/13
6490/16 6490/19
6490/22 6491/3 6491/5

**communicate [3]**
6469/10 6576/1 6588/3

**communication [2]**
6444/1 6578/11

**communications [10]**
6467/13 6545/4 6545/7
6576/1 6578/6 6578/6
6580/19 6581/17
6583/16 6596/24

**Communist [1]** 6490/1

**community [2]** 6363/1
6446/16

**companion [1]**
6494/12

**company [9]** 6362/18
6362/19 6365/19
6391/21 6391/22
6391/23 6407/21
6500/17 6520/21

**compare [2]** 6321/18
6600/19

**compared [1]** 6393/6

**compensator [1]**
6504/8

**compilation [1]** 6310/7

**complaining [1]**
6358/6

**complete [1]** 6321/6

**completely [1]** 6579/16

**completeness [3]**
6323/8 6324/13
6324/22

**complex [4]** 6312/6
6312/7 6313/6 6313/15

**compliance [2]**
6491/12 6492/7

**complicated [1]**
6602/11

**complied [13]** 6330/9
6410/20 6411/4
6412/11 6417/12
6449/15 6456/6 6464/1
6455/18 6456/6 6464/1
6474/3 6474/20 6475/7

**component [4]**
6573/23 6573/24
6573/25 6574/3

**components [3]**

**computer [2]** 6305/7
6396/10

**computer-aided [1]**
6305/7

**computer-related [1]**
6396/10

**Coms [1]** 6452/9

**concealable [3]**
6508/18 6508/19
6508/20

**concept [3]** 6576/12
6576/20 6615/11

**concerned [1]** 6310/2
6320/17 6608/18

**concerning [1]**
6429/20

**concerns [5]** 6398/23
6575/18 6608/8
6612/12 6612/21

**conclude [1]** 6621/12

**concluded [1]** 6622/7

**conclusion [4]** 6603/4
6604/22 6606/17
6614/1

**conclusions [1]**
6410/11

**concrete [1]** 6423/4

**Concur [1]** 6427/7

**concurred [1]** 6336/21

**condemnation [1]**
6491/11

**condition [1]** 6393/14

**condone [1]** 6385/24

**conduct [3]** 6311/11
6311/17 6315/19

**conducted [2]** 6344/14
6548/9

**conference [5]**
6401/22 6403/18
6418/16 6557/24
6591/5

**conferences [2]**
6322/17 6322/19

**conferred [1]** 6615/13

**confidence [1]**
6393/17

**confirm [4]** 6350/9
6586/11 6587/6
6588/10

**conflict [2]** 6322/8
6451/16

**conformity [1]** 6399/2

**confront [1]** 6422/23

**confrontation [3]**
6313/1 6422/15
6422/22

**confrontations [1]**
6312/4

**confuse [2]** 6320/15
6322/16

**congratulations [1]**
6518/24

**Congress [1]** 6348/12

**Congressmen [1]**
6381/11

**conjunction [1]**
6573/17

6336

**connected [2]**  6436/19
6444/15
**connection [2]**  6388/3
6394/8
**connections [2]**
6387/1 6491/4
**Connie [2]**  6323/7
6325/25
**Connie Meggs [1]**
6325/25
**Connie Meggs' [1]**
6323/7
**consent [1]**  6426/11
**consequences [2]**
6383/21 6383/22
**consider [8]**  6338/9
6399/18 6603/5 6606/3
6607/1 6607/2 6607/3
6612/9
**consideration [3]**
6603/20 6606/5
6609/15
**considered [2]**
6596/11 6607/17
**considering [1]**
6600/24
**considers [1]**  6604/12
**consisted [1]**  6334/8
**consistent [11]**
6342/25 6344/1
6408/15 6409/9 6412/1
6412/6 6414/21
6414/23 6417/8
6459/17 6482/15
**consistently [1]**
6426/18
**conspiracy [20]**
6315/17 6316/21
6316/23 6317/2
6317/19 6317/22
6318/2 6318/7 6318/9
6318/18 6318/19
6318/20 6318/23
6319/3 6319/8 6319/9
6357/8 6421/25 6422/6
6583/10
**conspirator [4]**
6315/16 6317/25
6318/8 6319/2
**conspirators [2]**
6310/8 6317/1
**constitute [2]**  6615/14
6616/5
**constitutes [2]**
6615/23 6617/8
**Constitution [7]**
6305/4 6342/8 6342/15
6343/19 6489/16
6492/10 6518/6
**constitutional [1]**
6489/17
**construction [1]**
6314/14
**consuming [1]**
6427/21
**contact [7]**  6367/16
6384/19 6388/3

**contacted [1]**  6336/18
**contain [1]**  6496/6
**contains [1]**  6504/2
**contemplating [4]**
6317/7 6319/6 6607/16
6612/3
**contending [1]**
6316/19
**contends [1]**  6315/17
**content [10]**  6420/5
6439/12 6455/11
6459/23 6551/18
6552/9 6553/14 6556/9
6600/23 6601/23
**contents [3]**  6598/13
6601/18 6601/22
**context [7]**  6311/2
6320/16 6320/21
6321/16 6322/15
6328/5 6609/14
**contextualize [1]**
6321/4
**contingent [1]**  6455/14
**contingents [1]**  6528/6
**continuation [1]**
6411/10
**continue [28]**  6335/19
6342/22 6372/14
6381/4 6440/22 6441/4
6442/15 6450/16
6451/4 6451/7 6451/20
6452/5 6452/21
6452/22 6475/21
6518/2 6518/3 6519/22
6522/24 6523/1 6532/8
6534/21 6535/24
6536/5 6536/20
6536/22 6540/14
6541/22
**CONTINUED [4]**
6303/1 6304/1 6305/1
6327/5
**continues [1]**  6319/20
**continuing [3]**  6339/22
6413/20 6448/17
**contractor [1]**  6363/2
**contrary [1]**  6536/11
**contributing [1]**
6616/24
**control [1]**  6427/19
**controlled [2]**  6491/8
6539/20
**convenient [1]**
6539/12
**conversation [10]**
6368/21 6369/2 6373/6
6374/6 6382/8 6383/6
6395/3 6397/4 6537/5
6616/6
**conversations [1]**
6394/5
**conveyed [1]**  6616/2
**conviction [1]**  6605/21
**cooperated [1]**  6348/2
**copied [1]**  6535/22
**copies [4]**  6445/9

6598/4
**cops [2]**  6312/25
6534/15
**cops' [1]**  6356/12
**copy [11]**  6370/3
6370/7 6370/11 6379/2
6379/16 6479/6
6479/21 6493/18
6510/5 6587/7 6613/19
**corner [10]**  6333/22
6335/8 6338/22
6338/24 6340/21
6357/20 6360/17
6474/23 6480/12
6481/23
**Corps [1]**  6435/18
**correct [155]**  6317/9
6328/15 6330/19
6331/25 6332/13
6332/19 6338/25
6339/3 6339/14
6339/20 6343/2
6348/24 6349/2 6353/4
6366/21 6374/11
6377/22 6387/25
6388/17 6389/16
6393/10 6393/13
6395/19 6398/10
6398/23 6398/24
6404/8 6409/13
6409/14 6420/7 6421/8
6431/5 6431/10
6435/22 6435/23
6446/19 6446/20
6449/18 6449/19
6451/10 6454/20
6454/21 6455/21
6455/22 6456/9
6456/10 6464/7 6465/8
6469/15 6471/15
6474/8 6474/25
6475/11 6477/9
6477/21 6479/11
6481/3 6483/6 6485/7
6486/10 6486/17
6509/10 6511/5
6511/13 6513/19
6517/3 6526/5 6536/24
6537/18 6542/11
6548/25 6551/8
6551/11 6551/15
6551/25 6553/13
6554/25 6558/9 6566/7
6569/8 6569/11
6569/12 6569/16
6569/23 6570/1 6570/2
6570/6 6570/12
6570/13 6570/17
6570/18 6570/20
6570/24 6570/25
6571/3 6571/4 6571/8
6571/12 6571/15
6571/19 6572/3 6572/4
6572/7 6572/8 6572/13
6573/1 6573/2 6573/4
6573/5 6573/7 6573/9
6573/14 6573/15

6574/9 6574/15
6574/21 6574/22
6575/3 6575/15 6576/2
6576/3 6576/5 6576/17
6577/2 6577/3 6577/15
6577/20 6578/13
6578/14 6579/4 6579/7
6579/9 6580/2 6580/21
6581/1 6581/5 6581/6
6581/7 6581/11
6581/18 6581/21
6582/1 6582/3 6582/8
6582/9 6582/16 6585/7
6594/6 6595/24 6596/9
6613/4 6623/3
**correction [2]**  6507/2
6593/11
**corrections [1]**  6558/6
**correctly [2]**  6361/6
6422/2
**correspond [1]**  6329/3
**corroborate [1]**
6315/21
**corroborates [1]**
6316/2
**corroborating [1]**
6310/20
**corruption [1]**  6533/11
**cost [1]**  6516/20
**could [314]**  6311/11
6312/1 6315/15
6321/10 6324/9 6337/4
6337/23 6341/5
6343/17 6352/4
6352/10 6352/25
6353/9 6354/22 6355/4
6355/10 6355/13
6355/18 6356/2 6356/8
6356/13 6358/2
6358/14 6359/22
6360/14 6362/9
6362/23 6363/13
6367/3 6369/9 6369/10
6370/15 6370/17
6370/24 6371/1 6371/8
6372/14 6373/7 6375/7
6375/15 6375/21
6377/7 6377/10
6377/12 6377/14
6379/5 6379/7 6379/8
6380/9 6381/3 6381/22
6381/25 6382/10
6382/12 6382/19
6383/20 6384/2 6384/7
6385/2 6385/10
6385/21 6386/9
6386/12 6388/4 6397/1
6400/5 6400/7 6403/11
6404/19 6405/8 6422/3
6433/8 6433/11 6434/9
6434/13 6438/9
6438/18 6438/23
6441/4 6441/21 6442/7
6442/10 6442/17
6444/19 6444/22
6445/20 6445/23
6446/4 6446/7 6446/21

6447/19 6448/15
6449/1 6449/5 6449/14
6450/3 6450/12
6450/14 6450/16
6450/22 6452/7
6453/16 6455/15
6456/5 6457/5 6457/6
6457/7 6457/12
6457/15 6457/21
6458/9 6458/21
6459/21 6459/25
6460/18 6460/25
6461/19 6462/15
6463/8 6463/11
6463/20 6464/23
6465/12 6465/17
6465/24 6466/14
6466/19 6467/2
6467/15 6468/5
6469/10 6469/18
6470/10 6471/4 6471/8
6473/6 6473/18
6473/25 6474/15
6474/19 6475/2 6475/6
6477/1 6477/16
6479/12 6480/9
6480/12 6480/21
6480/22 6481/5 6481/6
6481/22 6482/22
6483/7 6484/1 6486/11
6486/22 6487/16
6488/16 6489/5 6489/6
6489/12 6490/4 6490/8
6490/10 6490/23
6490/23 6490/25
6491/21 6491/22
6491/23 6493/4
6493/12 6494/2 6494/6
6494/19 6495/4
6495/12 6495/20
6495/22 6496/10
6497/5 6497/8 6498/4
6499/8 6499/20
6500/13 6502/7
6502/24 6505/5 6505/9
6505/13 6505/15
6507/5 6507/8 6507/10
6508/21 6509/16
6510/18 6511/1
6511/22 6512/14
6512/25 6513/7
6513/15 6514/3
6514/10 6514/13
6514/25 6515/15
6516/3 6516/5 6516/25
6520/13 6521/14
6522/1 6523/14
6524/10 6525/11
6525/21 6526/23
6527/8 6527/8 6527/16
6527/18 6527/21
6527/22 6528/21
6530/2 6530/17
6531/17 6532/1 6532/8
6532/21 6532/22
6533/8 6533/14
6535/11 6538/8

6637

**C**

**could... [73]** 6538/14
6541/3 6541/18
6541/20 6541/24
6542/1 6542/8 6542/16
6543/9 6544/7 6544/17
6545/10 6545/14
6545/23 6547/1 6548/1
6548/21 6549/12
6549/13 6550/5
6550/15 6550/18
6550/20 6550/20
6552/12 6552/18
6553/4 6554/3 6554/4
6554/20 6554/21
6555/4 6555/10
6555/21 6555/22
6556/14 6557/9
6557/11 6558/20
6560/3 6560/25
6561/19 6562/14
6562/19 6563/5 6564/6
6564/13 6564/20
6565/2 6565/17 6566/4
6566/18 6570/2
6572/15 6576/23
6578/6 6578/24 6579/5
6579/10 6580/4 6580/7
6587/6 6587/6 6596/10
6598/4 6598/5 6599/6
6599/8 6607/20
6610/23 6612/6
6612/15 6612/20
**Could you [1]** 6516/5
**couldn't [4]** 6328/10
6345/8 6577/17
6621/21
**counsel [28]** 6323/2
6323/20 6328/15
6336/25 6346/14
6395/9 6402/25
6423/20 6425/8 6430/4
6430/5 6480/4 6557/25
6590/21 6599/13
6601/25 6603/16
6604/1 6606/15 6610/5
6610/11 6610/13
6615/13 6616/4 6616/7
6616/10 6617/1
6618/19
**country [7]** 6417/14
6436/11 6478/8
6490/18 6571/10
6572/6 6579/9
**counts [1]** 6611/10
**county [2]** 6491/2
6491/3
**couple [13]** 6354/9
6391/13 6391/14
6424/10 6428/8 6448/1
6458/23 6505/24
6537/16 6549/13
6604/14 6614/2
6614/17
**course [32]** 6341/13
6345/15 6345/23
6346/12 6347/11
6347/21 6347/25

6437/7 6438/13
6441/17 6441/22
6453/13 6456/17
6460/20 6475/13
6478/25 6479/10
6479/23 6485/8
6492/17 6510/2
6511/17 6525/6
6525/12 6575/17
6586/20 6602/16
6603/12 6603/25
6614/22
**court [66]** 6302/1
6305/2 6305/3 6309/3
6311/3 6320/5 6321/19
6321/20 6323/6 6344/6
6365/24 6369/16
6369/19 6402/2
6403/18 6403/24
6419/5 6420/19
6422/14 6423/20
6425/14 6428/18
6476/8 6558/13
6560/19 6591/21
6598/3 6598/4 6598/10
6598/23 6599/3
6599/11 6599/13
6602/1 6602/10
6602/12 6602/24
6603/4 6603/11
6603/13 6603/14
6604/9 6604/11
6605/12 6605/22
6606/10 6606/12
6606/14 6607/13
6607/25 6608/14
6609/8 6609/14 6612/2
6612/3 6612/8 6612/15
6612/18 6614/15
6615/2 6615/15
6616/18 6619/16
6619/17 6619/18
6622/6
**Court's [20]** 6310/22
6322/22 6339/6
6424/15 6434/13
6434/16 6481/8 6527/1
6583/24 6587/14
6599/1 6599/7 6602/1
6603/1 6603/19
6611/25 6612/14
6613/14 6616/17
6619/15
**courthouse [7]** 6342/7
6343/16 6343/18
6467/21 6467/22
6467/24 6468/9
**courtroom [12]**
6309/22 6324/2 6325/3
6369/9 6402/9 6404/13
6405/15 6419/13
6432/1 6518/15
6519/19 6597/15
**Courts [1]** 6320/2
**cover [1]** 6540/1
**covered [1]** 6507/14
**CR [1]** 6302/4

**crazy [1]** 6386/14
**created [2]** 6472/14
6472/17
**creating [2]** 6497/2
6615/9
**creation [2]** 6616/15
6617/2
**credibility [1]** 6383/19
**credit [4]** 6493/1
6496/19 6498/23
6521/23
**crested [1]** 6535/23
**crime [3]** 6436/9
6436/11 6611/19
**crimes [1]** 6436/15
**criminal [13]** 6309/8
6310/15 6310/18
6310/19 6311/12
6311/16 6312/18
6313/2 6313/22
6314/25 6315/6 6452/3
6559/12
**Crisp [15]** 6303/14
6303/14 6309/19
6310/11 6326/17
6326/19 6330/24
6337/6 6349/23
6350/23 6439/21
6610/6 6619/22
6620/12 6620/17
**crisplegal.com [1]**
6303/16
**Critical [1]** 6488/4
**cross [21]** 6306/4
6321/1 6321/5 6326/10
6327/5 6350/9 6350/12
6387/16 6395/11
6395/12 6395/15
6418/11 6418/24
6419/2 6568/14
6579/13 6584/2
6595/20 6611/3 6619/3
6621/3
**cross-examination [8]**
6321/5 6327/5 6350/9
6387/16 6395/15
6568/14 6584/2
6595/20
**cross-examinations [1]**
6611/3
**cross-examine [2]**
6321/1 6619/3
**crowd [4]** 6353/7
6353/19 6521/21
6522/20
**Crowl [53]** 6314/10
6332/12 6338/6
6344/14 6347/10
6348/22 6351/1 6351/3
6351/13 6351/18
6525/18 6529/2
6529/14 6530/6
6530/21 6530/25
6531/8 6531/15
6531/18 6531/24
6532/19 6533/4 6537/6
6537/20 6537/24
6538/9 6538/12

6539/13 6539/22
6540/11 6543/23
6544/8 6544/10
6545/16 6545/19
6546/5 6546/14
6546/18 6547/2 6547/5
6547/8 6547/21 6548/2
6548/23 6550/14
6552/6 6554/1 6554/24
6555/5 6556/20 6557/3
6557/6 6557/11
**Crowl's [14]** 6341/12
6537/9 6542/22 6544/1
6545/24 6551/16
6551/19 6552/1 6553/2
6553/9 6553/14
6554/13 6555/19
6556/8
**CRR [2]** 6623/2 6623/8
**CU [1]** 6467/1
**Cumulatively [1]**
6610/9
**curiosity [1]** 6398/12
**current [1]** 6492/13
**currently [4]** 6318/22
6430/20 6434/3
6544/13
**custody [1]** 6356/22
**cutaway [1]** 6532/18
**Czar [1]** 6380/24

**D**

**D.C [26]** 6302/5
6302/17 6304/4 6304/9
6305/5 6315/8 6316/14
6320/3 6408/20
6409/22 6409/25
6410/1 6413/8 6413/9
6413/10 6416/9 6417/2
6436/6 6436/9 6436/16
6518/4 6525/4 6531/14
6543/18 6559/13
6579/17
**D.C. [6]** 6315/10
6358/5 6361/1 6426/17
6599/16 6605/9
**D.C. Circuit [3]**
6426/17 6599/16
6605/9
**D.C. Op Jan. 6 [1]**
6315/10
**D.C. Op Jan. 6, '21 [1]**
6358/5
**D.C. Op Jan. 6, 21 [1]**
6361/1
**daily [1]** 6426/25
**Dallas [28]** 6303/4
6303/8 6362/15
6412/19 6412/23
6412/24 6414/3
6415/12 6415/22
6415/23 6416/11
6416/16 6434/1 6434/3
6434/4 6435/21 6436/5
6499/16 6500/3 6501/9
6501/19 6571/7
6577/13 6578/16
6578/22 6578/25

**dammit [1]** 6534/14
**damn [2]** 6451/6
6546/12
**dark [3]** 6452/2
6471/11 6559/22
**Darn [2]** 6611/21
6611/22
**data [55]** 6362/18
6407/3 6407/13
6407/16 6408/9
6408/13 6408/17
6409/1 6409/4 6409/13
6411/18 6411/19
6411/23 6411/25
6412/3 6412/6 6414/8
6414/12 6437/12
6438/1 6438/1 6438/4
6439/7 6439/10
6444/16 6444/17
6445/5 6449/2 6449/3
6454/1 6459/6 6459/8
6459/12 6459/15
6459/17 6468/2 6470/2
6472/19 6478/11
6482/11 6485/1 6492/3
6496/24 6497/3
6498/12 6498/22
6516/23 6552/2
6554/14 6561/6 6567/2
6567/7 6567/8 6568/2
6568/5
**date [38]** 6354/19
6389/12 6409/2
6416/16 6429/20
6429/22 6430/3
6430/10 6430/11
6430/24 6440/15
6440/19 6446/4
6481/17 6484/15
6487/17 6498/10
6498/24 6500/15
6527/14 6541/6
6547/17 6548/12
6556/17 6556/20
6557/6 6558/25
6560/21 6567/7 6567/9
6567/12 6568/8
6589/20 6593/8 6594/5
6612/5 6612/5 6623/7
**dated [1]** 6592/7
**dates [3]** 6573/1
6583/4 6586/11
**David [2]** 6304/16
6309/20
**day [31]** 6302/7 6310/1
6311/20 6312/17
6315/24 6364/12
6366/10 6369/5
6372/19 6374/15
6389/20 6389/24
6391/6 6391/11
6394/25 6447/22
6486/8 6517/17 6522/3
6533/18 6534/22
6549/19 6561/22
6578/17 6579/25
6597/11 6606/8

day... [4] 6607/22
6613/3 6613/5 6614/5
days [23] 6320/19
6391/13 6391/14
6422/1 6424/10 6437/9
6437/25 6440/24
6441/3 6443/6 6458/23
6521/3 6529/3 6537/16
6538/6 6542/19
6559/16 6563/10
6582/19 6604/13
6604/22 6614/17
6619/20
dead [1] 6534/14
deadly [1] 6381/17
deal [2] 6404/7 6620/6
dealer [1] 6569/20
dealerships [1]
6572/12
dealing [1] 6399/9
dear [1] 6533/10
debrief [2] 6397/10
6397/13
Decatur [1] 6411/21
December [20]
6329/25 6330/20
6331/18 6435/3 6435/6
6456/18 6481/17
6481/19 6527/15
6527/25 6585/12
6585/17 6587/5
6588/13 6592/7
6592/13 6593/9
6593/13 6594/3
6594/22
December 22nd [1]
6527/25
December 31st [2]
6481/17 6481/19
decide [4] 6366/18
6392/6 6594/21 6617/8
decided [2] 6364/6
6364/9
decides [1] 6446/16
decision [5] 6310/22
6319/17 6570/4 6601/8
6612/16
decisive [1] 6492/1
declarant [3] 6310/15
6310/19 6314/25
declarant's [2] 6310/16
6311/4
declarations [1]
6492/5
declaring [1] 6492/5
declass [1] 6492/3
declass/data [1]
6492/3
decor [1] 6473/4
defendant [46] 6303/2
6303/13 6304/2
6304/11 6304/15
6309/9 6309/10
6309/10 6309/11
6309/11 6309/16
6309/17 6309/18
6309/19 6309/20

6343/9 6347/6 6351/22
6369/16 6434/23
6435/1 6435/4 6435/7
6520/9 6520/24
6523/18 6525/13
6549/4 6551/14
6551/16 6556/23
6560/1 6561/10 6565/8
6566/20 6567/18
6581/9 6602/23
6602/23 6602/24
6603/19 6605/11
6605/17 6605/19
Defendant Caldwell's
[2] 6351/22 6551/14
Defendant's [2]
6593/20 6593/22
defendants [20]
6302/7 6309/21 6310/7
6310/8 6311/10
6313/25 6314/2
6328/14 6429/24
6439/3 6456/16
6485/16 6557/16
6560/17 6581/12
6602/17 6602/21
6618/15 6620/2
6620/16
defendants' [3]
6312/14 6592/21
6603/7
defense [42] 6320/23
6324/18 6328/15
6424/4 6424/9 6424/10
6430/2 6452/3 6476/8
6476/16 6489/15
6491/12 6492/9 6492/9
6504/19 6540/1
6559/12 6601/25
6602/19 6603/15
6604/1 6605/20 6606/6
6606/15 6607/6
6607/10 6608/5
6610/13 6610/22
6613/22 6614/4 6614/5
6614/8 6615/13 6616/4
6616/10 6617/1 6618/4
6618/16 6619/10
6620/14 6621/14
defense's [1] 6613/23
defer [9] 6602/13
6603/12 6605/25
6606/19 6606/23
6607/1 6607/9 6607/13
6612/18
deferred [1] 6608/14
deferring [2] 6612/9
6612/22
defers [1] 6606/12
defiance [1] 6491/12
definitely [5] 6386/23
6393/16 6473/4
6583/11 6619/6
definition [1] 6399/15
definitively [5] 6575/18
6577/17 6585/19
6585/22 6620/22

degree [1] 6325/8
delay [1] 6325/8
delayed [1] 6466/17
delete [12] 6452/16
6452/20 6452/25
6453/1 6453/2 6453/3
6453/10 6458/16
6458/18 6546/12
6566/6 6566/13
deleted [2] 6458/14
6459/23
deletes [1] 6566/10
deliberate [1] 6322/2
deliberations [1]
6427/4
deliver [2] 6378/2
6386/24
delved [1] 6575/16
demonizing [1] 6522/7
denial [1] 6603/1
denied [1] 6605/12
denies [5] 6321/1
6602/24 6603/15
6606/13 6606/14
deny [1] 6608/4
depart [1] 6414/19
departed [1] 6465/19
Department [2]
6436/12 6436/16
depend [1] 6604/8
depends [6] 6399/7
6400/10 6400/12
6400/13 6419/1
6610/17
depict [5] 6447/6
6454/4 6521/1 6529/12
6561/9
depicted [7] 6473/8
6473/19 6475/15
6477/15 6501/23
6528/16 6562/17
depiction [5] 6461/8
6487/6 6497/13 6502/1
6512/4
depictions [7] 6439/14
6464/13 6483/17
6523/21 6526/11
6557/17 6565/7
deployed [2] 6311/20
6363/2
deposition [1] 6443/16
derivative [1] 6586/6
describe [15] 6369/12
6371/8 6373/23
6389/19 6389/24
6395/23 6415/2 6415/3
6441/21 6466/20
6470/1 6471/8 6477/1
6501/17 6505/16
described [4] 6477/8
6510/3 6617/18
6617/18
describing [2] 6541/1
6615/17
description [5]
6333/20 6334/12
6334/24 6340/3
6340/24

destroy [2] 6522/22
6596/24
destroying [1] 6489/23
detail [5] 6365/7
6395/23 6407/3
6502/14 6596/19
details [1] 6320/19
determination [4]
6321/14 6322/6 6586/1
6591/2
determine [8] 6407/14
6407/17 6408/6
6408/19 6409/21
6416/15 6417/22
6600/23
determined [2]
6310/24 6311/2
determining [2]
6408/12 6490/21
development [1]
6362/18
device [18] 6366/6
6366/10 6366/11
6367/8 6369/23
6370/20 6370/20
6372/22 6372/25
6395/19 6395/21
6395/22 6395/24
6396/1 6396/12
6506/13 6529/8
6542/25
devices [3] 6523/22
6529/5 6529/8
Diann [1] 6311/14
Diann Tomblin [1]
6311/14
dictated [1] 6412/13
did [306] 6313/23
6315/11 6327/15
6327/23 6336/17
6341/15 6349/9
6349/18 6350/24
6351/1 6351/2 6351/3
6351/4 6351/11
6351/12 6351/13
6351/16 6351/17
6351/18 6351/19
6357/25 6360/1 6361/4
6361/7 6363/1 6363/9
6363/11 6363/23
6364/6 6364/16
6364/18 6364/19
6364/20 6365/3 6365/8
6365/18 6366/9
6366/23 6367/2
6367/10 6367/17
6367/19 6367/20
6367/21 6367/22
6368/17 6368/19
6368/21 6368/23
6368/24 6369/2 6369/5
6369/6 6369/23
6369/23 6370/1 6370/3
6370/7 6370/10
6370/20 6372/24
6373/1 6373/10
6373/12 6374/3

6376/5 6376/11
6376/15 6376/16
6376/17 6377/1 6377/4
6377/20 6377/23
6378/6 6378/6 6378/10
6378/14 6378/21
6378/22 6378/23
6378/25 6379/2
6380/25 6381/4 6381/5
6381/10 6383/3
6385/13 6385/24
6386/6 6386/15
6386/18 6386/24
6387/3 6387/10 6388/2
6388/3 6388/7 6389/18
6389/24 6390/16
6390/19 6390/21
6390/24 6391/5
6391/10 6391/25
6392/3 6392/5 6392/6
6392/7 6392/9 6392/9
6393/21 6393/22
6394/2 6396/5 6397/6
6397/9 6397/13
6397/15 6398/13
6400/21 6401/2
6401/12 6403/4 6406/1
6410/14 6411/20
6411/24 6412/2
6412/17 6420/11
6421/10 6421/19
6423/22 6423/23
6430/18 6433/17
6435/25 6436/3 6436/4
6437/20 6437/22
6440/11 6440/11
6440/19 6452/9
6452/17 6453/12
6453/15 6462/19
6462/21 6462/22
6462/25 6469/7
6469/24 6472/9
6472/12 6472/13
6472/15 6472/16
6475/14 6475/17
6479/2 6479/5 6479/6
6482/10 6482/11
6482/13 6483/4
6485/11 6485/12
6487/24 6492/17
6492/22 6492/24
6492/25 6497/2 6497/4
6498/17 6499/10
6499/13 6499/14
6499/21 6499/23
6499/24 6500/6 6500/8
6500/9 6500/14
6500/20 6500/22
6500/23 6501/4 6501/6
6501/7 6502/12
6502/13 6502/18
6502/20 6502/21
6502/22 6502/23
6509/13 6509/15
6511/14 6511/16
6512/2 6521/19
6521/20 6521/22

**did... [91]** 6521/23
6522/5 6522/13
6522/15 6522/16
6522/17 6523/6
6524/14 6524/16
6524/18 6525/1 6525/3
6526/10 6527/25
6528/2 6528/3 6528/11
6528/12 6530/13
6531/14 6531/16
6532/14 6532/16
6533/19 6533/21
6533/22 6534/2 6534/7
6534/16 6535/5
6536/17 6537/19
6538/8 6538/11
6538/14 6543/13
6543/16 6543/17
6544/10 6545/4 6545/6
6548/6 6552/2 6552/4
6552/5 6552/8 6552/9
6552/11 6553/14
6553/16 6553/17
6553/21 6553/23
6553/24 6553/25
6554/17 6556/8
6556/20 6557/15
6558/23 6562/1 6562/6
6562/8 6562/14
6562/15 6562/17
6562/19 6578/10
6579/23 6580/16
6580/21 6581/14
6582/18 6582/21
6582/22 6582/23
6582/25 6583/3
6586/17 6586/19
6590/23 6590/24
6595/7 6595/14
6595/25 6596/3 6596/7
6605/11 6605/17
6605/19 6615/3
**did you [37]** 6364/18
6364/20 6365/3
6367/22 6369/2
6369/23 6370/7
6372/24 6373/10
6378/21 6388/2 6388/3
6388/7 6389/18
6390/16 6390/19
6390/24 6392/5 6392/6
6392/9 6392/9 6396/5
6397/9 6398/13
6435/25 6437/20
6440/11 6472/9 6479/2
6492/25 6502/18
6502/21 6528/12
6586/17 6586/19
6595/7 6596/3
**did you see [1]**
6498/17
**didn't [35]** 6323/6
6329/24 6334/7
6349/10 6349/25
6358/19 6359/3
6366/15 6373/3
6376/13 6377/2 6386/4

6388/19 6390/4 6391/7
6401/5 6409/3 6421/14
6428/9 6522/17
6571/20 6577/16
6578/20 6579/22
6581/13 6586/15
6586/19 6589/21
6590/22 6594/4
6594/12 6595/12
6596/2
**die [2]** 6381/2 6381/7
**dieses [1]** 6396/2
**difference [4]** 6351/5
6351/6 6429/16
6616/22
**differences [1]**
6437/20
**different [21]** 6331/16
6367/23 6377/24
6398/16 6418/2 6418/3
6420/17 6423/19
6442/2 6442/3 6493/3
6518/10 6529/5
6533/15 6552/21
6574/14 6579/16
6579/18 6606/11
6608/7 6616/15
**differently [1]** 6528/9
**difficult [1]** 6408/12
**digest [1]** 6601/13
**digital [1]** 6575/25
**dinner [1]** 6531/3
**direct [20]** 6306/4
6321/5 6327/12
6328/19 6329/9
6338/20 6362/5 6363/5
6367/5 6397/4 6402/18
6405/5 6419/25 6433/3
6474/23 6568/25
6572/20 6578/8
6581/21 6594/11
**directed [1]** 6421/4
**direction [6]** 6318/19
6338/10 6338/23
6339/19 6344/7 6403/7
**directions [2]** 6342/20
6423/3
**directly [3]** 6318/16
6342/4 6397/11
**disagree [2]** 6312/12
6600/16
**disagreement [2]**
6404/5 6431/3
**disaster [2]** 6390/8
6390/20
**discipline [1]** 6452/10
**discrete [2]** 6321/21
6321/25
**discretion [2]** 6600/9
6602/13
**discretionary [1]**
6600/8
**discuss [10]** 6438/14
6452/2 6452/9 6462/22
6486/5 6518/17 6564/4
6594/4 6597/17
6603/24

discussed [5] 6325/8
6328/19 6463/1
6498/15 6503/5
**discussing [2]** 6469/17
6486/9
**discussion [3]** 6321/17
6403/3 6420/12
**discussions [5]**
6332/18 6346/8
6594/10 6598/25
**displayed [1]** 6325/22
**dispute [3]** 6430/19
6430/24 6618/9
**disrespect [1]** 6522/6
**distance [2]** 6346/21
6346/22
**distant [1]** 6383/13
**distinction [2]** 6606/12
6616/20
**distracted [1]** 6523/2
**distraction [1]** 6427/22
**distributor [2]** 6478/21
6478/21
**district [12]** 6302/1
6302/1 6302/10 6410/4
6430/15 6560/12
6599/14 6600/9
6602/14 6602/22
6605/22 6611/20
**District Court [1]**
6605/22
**DMs [1]** 6566/13
**do [312]** 6311/6
6316/25 6318/17
6322/23 6324/25
6329/8 6329/10
6330/24 6332/6 6333/3
6333/16 6334/2 6335/8
6335/12 6335/13
6335/25 6336/11
6338/3 6338/4 6339/15
6341/22 6342/4 6348/8
6348/9 6351/22 6352/1
6352/21 6353/16
6354/6 6354/25 6355/2
6355/7 6356/17
6357/21 6358/7
6358/12 6359/3
6359/14 6360/8
6360/15 6362/14
6362/17 6362/17
6363/6 6363/8 6363/18
6363/25 6364/12
6365/13 6365/15
6366/5 6366/5 6368/4
6369/11 6369/12
6371/5 6371/17
6374/17 6374/20
6375/1 6376/3 6376/25
6378/4 6378/5 6379/9
6381/10 6385/16
6394/15 6396/21
6397/6 6400/7 6400/16
6400/21 6401/9
6402/14 6402/25
6405/12 6405/12
6405/15 6405/16

6410/25 6415/8
6415/11 6416/12
6416/20 6417/7
6418/24 6421/4
6421/10 6421/23
6423/16 6425/20
6425/21 6426/2 6426/3
6427/18 6429/9
6429/10 6429/11
6430/9 6433/17
6438/20 6438/22
6438/25 6439/1
6439/13 6439/16
6440/21 6442/16
6444/24 6444/25
6445/8 6445/11
6446/10 6446/15
6446/16 6448/25
6449/7 6449/9 6450/17
6450/18 6450/24
6451/5 6451/18
6451/19 6451/25
6452/2 6452/9 6452/10
6453/11 6453/19
6453/20 6461/2 6461/3
6463/13 6463/15
6463/23 6463/24
6466/8 6467/22 6468/9
6468/25 6469/21
6469/22 6470/13
6470/14 6470/15
6470/17 6470/19
6471/5 6471/7 6472/23
6472/24 6473/8
6473/11 6473/15
6473/18 6473/20
6473/21 6474/17
6474/18 6475/3 6475/5
6478/16 6479/8
6479/14 6481/11
6481/13 6483/11
6483/12 6483/16
6486/4 6486/7 6486/24
6486/25 6488/17
6488/18 6489/9
6489/11 6489/20
6489/25 6490/22
6497/9 6497/11
6498/10 6498/11
6501/23 6504/22
6504/24 6506/12
6506/17 6507/8
6507/16 6509/13
6509/18 6509/20
6511/24 6512/1 6517/7
6517/9 6520/16
6520/18 6520/19
6522/17 6522/22
6523/15 6523/16
6523/20 6523/23
6525/25 6526/2 6527/2
6528/24 6528/25
6529/16 6533/23
6533/24 6534/9 6535/1
6536/13 6536/15
6537/4 6537/7 6540/7
6541/12 6541/17

6543/25 6545/15
6545/17 6547/6
6547/12 6548/8
6548/12 6549/8
6549/11 6549/15
6549/17 6553/7
6553/10 6554/6 6554/9
6554/21 6555/18
6555/20 6557/12
6557/14 6561/2 6561/3
6562/9 6562/10
6562/22 6563/24
6564/1 6565/3 6565/4
6566/10 6567/6
6568/25 6569/11
6572/19 6572/21
6576/6 6579/2 6583/15
6584/14 6585/11
6585/11 6585/13
6587/2 6587/4 6587/12
6588/10 6591/10
6591/12 6591/17
6592/8 6594/15
6594/17 6595/22
6595/23 6598/9
6599/16 6601/9
6601/25 6603/12
6603/13 6603/22
6604/2 6605/25 6606/3
6607/5 6607/5 6608/17
6608/25 6609/5 6609/9
6609/19 6610/5 6610/7
6610/23 6612/21
6612/24 6613/16
6615/8 6615/25
6618/11 6619/24
6620/25
**do you [27]** 6332/6
6351/22 6352/1
6352/21 6354/6
6357/21 6358/12
6360/15 6363/6
6363/18 6363/25
6364/12 6369/12
6376/25 6405/15
6416/20 6425/21
6461/2 6469/21
6506/12 6567/6
6584/14 6585/11
6585/13 6592/8
6595/22 6608/17
**do you believe [1]**
6368/4
**do you have [7]**
6365/13 6374/20
6402/14 6440/21
6468/9 6583/15 6587/2
**do you know [6]**
6394/15 6466/8
6470/15 6540/7 6542/3
6548/8
**do you recognize [35]**
6334/2 6335/12
6335/25 6338/3 6342/4
6371/5 6379/9 6406/16
6417/7 6438/25
6444/24 6449/7

**D**

**do you recognize...**
**[23]** 6453/19 6463/13
6470/13 6472/23
6473/8 6473/11
6473/18 6481/11
6483/11 6486/24
6488/17 6497/9
6511/24 6517/7
6520/16 6523/15
6525/25 6528/24
6557/12 6561/2 6562/9
6565/3 6572/19
**do you remember [5]**
6329/8 6378/4 6400/7
6534/9 6548/12
**do you see [16]** 6335/8
6348/8 6353/16
6354/25 6355/7
6356/17 6359/3
6410/25 6438/20
6473/21 6474/17
6475/3 6498/10
6509/18 6533/23
6549/15
**doable [1]** 6541/21
**document [9]** 6397/2
6479/2 6480/14
6488/21 6510/1
6589/11 6590/5
6590/24 6617/18
**documentation [1]**
6591/8
**documented [1]**
6500/7
**documents [1]** 6333/1
**does [298]** 6314/24
6339/16 6339/18
6341/25 6352/15
6379/15 6389/12
6393/2 6412/21 6414/2
6415/19 6425/16
6426/20 6438/4 6438/8
6439/11 6439/11
6440/22 6441/1 6441/5
6441/8 6442/6 6442/11
6442/14 6442/17
6442/20 6442/21
6443/1 6443/4 6443/7
6443/17 6443/19
6443/20 6446/13
6447/5 6447/8 6447/23
6447/25 6448/3 6448/5
6448/7 6448/18
6448/19 6449/4
6449/25 6450/2
6450/19 6450/23
6451/14 6451/24
6452/5 6452/6 6452/15
6452/21 6452/23
6452/24 6453/5 6454/4
6454/6 6457/17
6457/19 6458/6
6458/10 6458/11
6458/12 6458/15
6458/16 6458/17
6458/20 6458/22
6459/1 6459/2 6459/3

6459/19 6459/21
6459/22 6459/23
6460/1 6460/3 6460/7
6461/6 6462/8 6465/2
6465/4 6465/9 6465/13
6465/14 6465/15
6465/18 6465/25
6466/2 6466/3 6466/5
6466/16 6466/20
6466/21 6466/22
6466/24 6467/3 6467/4
6467/5 6467/7 6467/16
6467/20 6468/7
6468/16 6468/16
6468/22 6468/24
6469/4 6472/6 6473/2
6477/3 6481/25 6482/4
6482/5 6482/7 6482/9
6482/14 6484/14
6484/18 6484/20
6484/22 6484/22
6485/3 6490/5 6490/7
6491/15 6491/17
6491/18 6491/20
6495/18 6496/6 6496/8
6497/17 6497/20
6506/17 6507/16
6507/25 6508/1 6511/7
6511/10 6513/2 6513/9
6514/5 6514/8 6514/11
6514/12 6514/21
6515/3 6515/5 6515/6
6515/8 6515/9 6515/10
6515/13 6515/14
6515/17 6515/20
6515/21 6516/1 6516/8
6516/10 6516/11
6516/13 6516/22
6516/24 6517/20
6518/3 6521/1 6521/5
6522/24 6522/25
6523/1 6529/12 6530/7
6530/9 6530/10
6530/12 6530/17
6530/21 6530/22
6530/23 6530/25
6531/17 6531/19
6531/22 6532/4 6532/6
6532/25 6533/4 6533/5
6533/6 6533/8 6534/5
6534/12 6534/21
6534/22 6534/23
6534/25 6535/12
6535/15 6535/19
6535/24 6535/25
6536/1 6536/5 6536/8
6536/9 6536/10
6536/16 6536/20
6536/21 6536/24
6537/1 6537/2 6538/19
6538/23 6539/2 6539/2
6539/4 6539/5 6539/7
6539/8 6539/13
6539/16 6539/21
6539/24 6540/3
6540/11 6540/14
6540/21 6541/15

6544/18 6544/23
6544/25 6545/19
6546/5 6546/8 6546/14
6546/17 6546/21
6546/22 6547/1 6547/4
6547/7 6547/9 6547/10
6547/14 6547/14
6547/24 6553/1 6553/3
6554/10 6554/12
6554/13 6554/16
6556/5 6556/7 6559/4
6559/6 6559/9 6559/10
6559/11 6559/17
6559/18 6559/19
6561/9 6561/11 6563/7
6563/9 6563/11
6563/18 6563/20
6564/4 6564/5 6564/14
6564/17 6564/21
6565/24 6566/4 6566/7
6566/8 6566/9 6566/15
6577/8 6577/10
6577/21 6577/21
6587/24 6588/11
6591/16 6595/2
6611/15
**doesn't [13]** 6316/12
6319/2 6320/23 6378/2
6421/22 6430/2
6439/10 6453/1
6507/19 6570/11
6577/20 6608/3 6608/5
**dog [1]** 6332/8
**doing [17]** 6309/24
6346/12 6357/9 6358/6
6380/13 6387/19
6398/1 6398/1 6400/22
6450/25 6452/1 6458/6
6468/21 6514/17
6568/16 6574/20
6620/11
**Dolan [1]** 6435/17
**domestic [4]** 6433/25
6433/25 6489/16
6492/10
**don't [122]** 6315/3
6316/6 6316/14 6318/9
6318/21 6319/5
6319/10 6322/9
6324/16 6324/18
6326/14 6328/10
6329/3 6329/22 6330/1
6330/1 6331/7 6332/11
6334/11 6336/16
6341/3 6349/9 6349/18
6349/20 6351/6 6351/7
6368/9 6372/6 6380/21
6382/24 6382/25
6385/18 6385/19
6385/24 6399/3
6399/14 6408/1
6408/13 6419/3
6420/10 6420/21
6421/6 6421/8 6421/12
6421/17 6422/3
6422/18 6422/25
6423/10 6423/13

6427/13 6427/14
6429/11 6430/11
6430/24 6452/10
6452/10 6452/10
6457/16 6469/12
6498/13 6505/14
6521/22 6523/2
6534/10 6535/3
6536/17 6541/16
6546/24 6554/22
6558/1 6566/2 6566/11
6567/9 6569/24
6570/21 6575/20
6575/21 6575/23
6576/11 6577/5 6578/5
6578/24 6580/18
6581/2 6581/2 6581/11
6582/4 6583/5 6583/6
6583/8 6583/9 6583/10
6585/14 6588/4 6588/5
6588/8 6588/8 6588/9
6593/18 6597/5 6597/6
6597/10 6602/4
6604/17 6608/1 6608/9
6609/23 6610/19
6611/2 6611/9 6611/17
6612/11 6612/21
6613/16 6616/4
6619/16 6619/25
6620/6 6622/5
**done [19]** 6330/8
6330/10 6341/19
6405/20 6458/24
6470/5 6477/25
6513/20 6520/5 6569/7
6575/25 6576/17
6600/14 6604/16
6604/17 6607/14
6615/1 6616/8 6621/12
**Donovan [8]** 6351/1
6351/3 6351/13
6351/18 6525/18
6529/2 6543/23
6547/21
**Donovan Crowl [5]**
6351/3 6351/13
6351/18 6543/23
6547/21
**door [2]** 6339/2
6611/17
**doors [5]** 6334/10
6359/21 6360/3 6360/5
6360/5
**dos [1]** 6620/24
**dot [2]** 6413/6 6507/23
**dots [5]** 6408/4
6409/12 6410/22
6411/21 6416/12
**double [5]** 6323/20
6425/10 6546/24
6584/8 6586/15
**double-check [3]**
6425/10 6584/8
6586/15
**double-checking [1]**
6323/20
**doubt [2]** 6341/3

**Doug [9]** 6316/7
6316/21 6317/12
6447/12 6517/11
6562/24 6562/25
6564/2 6564/11
**Doug Smith [7]** 6316/7
6316/21 6317/12
6447/12 6517/11
6562/24 6564/2
**Douyon [1]** 6362/1
**down [93]** 6313/12
6313/18 6314/8
6329/13 6331/7 6332/2
6338/23 6342/18
6343/21 6345/7 6345/9
6353/21 6357/14
6361/13 6378/18
6380/25 6381/16
6384/19 6384/19
6390/12 6397/2
6401/18 6409/23
6412/7 6412/8 6412/19
6413/10 6413/11
6413/21 6413/25
6415/6 6417/25 6446/9
6447/13 6450/12
6453/8 6456/11
6457/14 6457/21
6460/18 6463/8
6469/18 6481/5
6482/22 6486/11
6490/4 6490/16
6490/19 6490/22
6490/23 6491/5
6491/14 6492/16
6493/24 6499/3 6502/3
6502/7 6511/22
6513/15 6514/4
6514/25 6516/20
6516/25 6517/23
6518/8 6518/17
6525/11 6526/23
6528/18 6532/21
6536/2 6536/6 6544/19
6544/20 6549/12
6549/13 6549/15
6551/2 6554/3 6554/21
6555/21 6556/14
6560/3 6564/6 6566/18
6573/3 6579/10
6579/13 6588/21
6597/16 6606/12
6619/12 6619/15
**down/blackout [1]**
6490/16
**download [2]** 6534/18
6552/9
**dozen [1]** 6424/18
**Dozer [9]** 6440/9
6440/11 6440/20
6442/11 6442/14
6442/22 6443/17
6448/5 6544/24
**drawn [2]** 6529/10
6529/13
**dressed [2]** 6314/19
6326/1

**D**

drive [6] 6304/12
6395/22 6395/24
6395/25 6396/1 6396/3
drone [1] 6540/2
drop [4] 6376/13
6377/1 6579/10
6579/12
dropped [1] 6376/12
drove [2] 6364/17
6470/3
drunk [2] 6458/23
6544/14
dude [1] 6540/5
due [2] 6579/7 6593/4
Duffel [1] 6573/6
duffle [1] 6500/3
dump [1] 6492/3
dumped [1] 6358/18
during [32] 6317/2
6322/19 6330/12
6341/13 6345/15
6345/22 6346/12
6347/11 6347/21
6347/25 6363/9
6370/12 6378/10
6387/6 6399/19 6408/7
6409/14 6409/20
6410/13 6412/6 6427/4
6428/7 6434/22
6438/15 6444/1
6456/17 6460/22
6483/2 6483/3 6518/18
6525/18 6528/7
duty [3] 6380/14
6433/18 6504/8

**E**

each [10] 6310/25
6347/11 6393/25
6402/14 6453/7
6497/14 6497/15
6497/16 6557/6 6620/7
ear [3] 6499/5 6501/20
6506/1
earlier [21] 6326/11
6331/23 6339/14
6339/17 6340/14
6344/2 6349/24
6360/25 6361/5 6419/7
6462/19 6510/3
6543/12 6548/2
6553/21 6576/7
6577/11 6579/1
6590/20 6590/22
6597/24
early [5] 6418/20
6418/21 6468/13
6530/19 6554/18
easel [1] 6454/16
easier [6] 6372/2
6451/19 6488/11
6591/7 6601/12
6605/18
east [5] 6333/17
6337/19 6418/4
6466/12 6579/7
east/west [2] 6466/12

Eastern [21] 6440/16
6440/16 6446/6
6461/21 6484/13
6487/21 6524/17
6525/2 6541/9 6547/19
6549/24 6549/25
6551/1 6551/7 6552/23
6552/25 6554/7
6555/13 6556/3 6559/3
6593/12
easy [3] 6497/3
6601/25 6608/3
eccentricities [1]
6604/3
Ed [8] 6416/7 6417/1
6463/18 6463/20
6465/11 6468/19
6559/12 6576/24
Ed Vallejo [4] 6416/7
6417/1 6463/20
6576/24
edge [1] 6361/3
Edmund [1] 6304/2
Edward [5] 6303/10
6309/12 6309/15
6435/9 6465/10
Edwards [2] 6302/16
6309/14
edwardtarpley [1]
6303/12
effect [2] 6378/1
6596/19
effort [1] 6390/17
efforts [1] 6596/22
eight [1] 6572/11
either [12] 6423/17
6423/18 6423/21
6424/25 6443/22
6583/1 6584/20 6591/7
6598/3 6612/17
6612/19 6616/3
El [1] 6579/13
elaborate [1] 6539/6
elected [2] 6399/5
6399/6
election [4] 6385/18
6398/19 6399/1 6401/9
election-related [1]
6385/18
electronics [1] 6364/5
element [1] 6318/8
elements [1] 6421/23
elites [1] 6489/21
Ellipse [1] 6522/18
ELMER [4] 6302/6
6303/2 6309/9 6434/24
else [27] 6317/21
6322/10 6322/18
6323/2 6360/1 6374/12
6374/25 6397/3
6403/15 6423/14
6425/16 6425/16
6431/19 6440/12
6441/8 6460/22
6465/25 6506/9
6508/12 6538/11
6541/20 6547/4

6598/14 6617/9 6622/2
else's [2] 6502/15
6589/25
elucidate [1] 6609/1
email [13] 6302/18
6302/19 6303/5 6303/9
6303/12 6303/16
6304/5 6304/10
6304/14 6304/19
6424/21 6534/9
6534/15
emailing [1] 6616/3
emails [1] 6617/7
embarrassing [1]
6514/15
emoji [4] 6467/6
6467/17 6527/20
6527/21
Empire [1] 6304/17
employed [1] 6433/13
en [1] 6605/9
encompasses [1]
6537/12
encounter [1] 6347/20
encouraging [1]
6315/18
encrypted [1] 6588/2
end [12] 6310/1
6347/19 6381/25
6384/11 6415/8
6486/20 6541/21
6541/24 6566/14
6595/16 6612/23
6621/1
ended [1] 6570/23
ending [11] 6407/8
6409/18 6411/10
6413/4 6416/7 6482/1
6482/10 6512/19
6513/16 6563/23
6619/2
ends [1] 6481/15
enemies [3] 6381/17
6489/16 6492/10
enemy [3] 6489/20
6491/8 6517/25
enforcement [4]
6345/16 6352/14
6359/10 6397/25
enough [6] 6358/8
6426/8 6428/12 6451/2
6601/25 6608/4
enslaved [1] 6381/18
enslaving [1] 6489/23
ensure [2] 6327/19
6327/19
entered [8] 6311/22
6324/2 6325/3 6404/13
6432/1 6475/22
6519/19 6560/8
entering [1] 6312/5
entire [7] 6310/10
6327/23 6327/25
6415/2 6457/2 6502/25
6620/18
entirety [2] 6347/16
6488/12

entitled [1] 6488/24
entry [1] 6313/11
environment [2]
6451/16 6490/16
EOTECH [2] 6504/5
6507/12
equates [1] 6409/13
equipment [4] 6492/19
6496/21 6499/1
6499/12
erasing [1] 6421/1
escorting [1] 6312/6
especially [4] 6393/19
6441/23 6453/10
6616/8
Esposito [3] 6320/6
6320/24 6613/11
Esposito's [2] 6598/1
6609/19
essential [2] 6318/8
6426/2
establish [5] 6313/1
6314/10 6315/13
6491/3 6491/4
established [2]
6315/23 6599/18
establishes [4] 6313/4
6315/24 6315/25
6316/1
estimate [1] 6353/25
et [4] 6302/6 6314/1
6490/17 6559/22
et cetera [1] 6314/1
6559/22
ethically [1] 6616/17
evaluation [1] 6341/15
even [15] 6311/3
6311/15 6312/20
6314/7 6316/14
6318/21 6318/25
6320/9 6324/15 6332/8
6421/20 6426/12
6535/22 6546/23
6573/16
evening [15] 6354/3
6364/14 6366/2
6409/22 6413/11
6424/22 6429/1
6449/10 6450/4 6513/8
6550/8 6597/12
6598/10 6613/1 6613/1
event [2] 6387/8
6453/8
events [9] 6390/19
6422/1 6430/16 6431/2
6436/1 6437/5 6442/4
6491/7 6560/14
ever [15] 6334/11
6349/13 6362/21
6369/5 6386/24
6390/19 6421/9
6433/22 6471/20
6471/22 6485/8 6536/6
6577/20 6583/3
6608/23
every [5] 6328/11
6411/20 6505/14
6517/24 6571/10

everybody [13]
6309/24 6350/2
6401/21 6403/15
6424/23 6425/16
6426/10 6428/15
6428/23 6519/10
6592/16 6597/13
6597/21
everyday [1] 6563/8
everyone [14] 6309/5
6309/23 6314/21
6325/4 6326/2 6402/22
6404/15 6419/14
6424/23 6428/21
6432/3 6518/13
6519/13 6519/21
everything [7] 6341/20
6383/18 6397/3 6428/1
6428/14 6566/11
6573/4
evidence [149]
6315/21 6317/22
6318/1 6318/15
6318/20 6320/25
6331/10 6333/12
6343/9 6347/5 6347/6
6349/7 6349/12 6352/5
6352/8 6352/24
6354/17 6355/5
6355/24 6358/3
6371/14 6371/18
6371/21 6372/12
6379/20 6379/23
6385/14 6406/22
6406/25 6423/17
6424/25 6426/19
6437/4 6437/8 6437/11
6439/19 6439/25
6441/18 6441/24
6444/7 6444/7 6444/11
6445/14 6445/18
6446/22 6453/12
6454/9 6454/12
6456/14 6456/20
6456/25 6457/2
6461/12 6461/15
6464/17 6464/21
6469/23 6470/1
6470/22 6471/1
6475/23 6475/25
6476/2 6476/7 6476/14
6480/2 6480/7 6481/7
6481/9 6483/20
6483/24 6487/10
6487/13 6488/23
6489/1 6492/18
6493/19 6493/19
6493/22 6494/12
6494/14 6494/17
6496/20 6497/23
6498/2 6503/15
6503/17 6504/11
6504/16 6510/10
6510/12 6510/16
6512/8 6512/12 6517/5
6520/4 6521/7 6521/10
6524/1 6524/4 6526/17
6526/20 6529/19

**evidence... [46]**
6529/22 6532/1
6536/11 6543/4 6543/7
6549/2 6549/8 6550/16
6557/22 6558/15
6558/17 6560/6
6561/14 6561/17
6563/22 6565/14
6580/16 6581/15
6582/4 6583/15
6585/11 6593/22
6599/12 6599/17
6601/12 6601/13
6602/18 6602/25
6603/5 6603/6 6603/9
6604/4 6605/11
6605/23 6606/5
6606/15 6606/24
6606/25 6607/3 6608/5
6608/16 6611/4 6612/4
6612/5 6612/10
6616/15
**evidentiary [1]** 6321/17
**ex [1]** 6609/1
**ex parte [1]** 6609/1
**exact [2]** 6567/9
6578/2
**exactly [7]** 6330/2
6363/18 6374/1
6439/10 6578/24
6587/8 6591/16
**exam [1]** 6444/16
**examination [19]**
6321/5 6321/8 6327/5
6350/6 6350/9 6350/19
6350/23 6362/5
6387/16 6395/10
6395/15 6400/2 6405/5
6433/3 6519/22
6568/14 6584/2
6595/20 6608/20
**examinations [1]**
6611/3
**examine [2]** 6321/1
6619/3
**examiner [2]** 6586/21
6587/9
**examiners [1]** 6444/14
**examining [1]** 6350/3
**example [5]** 6311/19
6312/9 6314/13
6321/22 6549/12
**Excel [3]** 6586/6
6586/9 6617/19
**except [3]** 6371/16
6425/3 6614/11
**exception [6]** 6311/7
6311/9 6311/12
6311/13 6317/25
6620/5
**excerpt [2]** 6589/10
6592/12
**excerpts [2]** 6567/14
6567/14
**exchange [6]** 6354/3
6354/23 6356/25
6516/15 6533/19

**exchanged [9]** 6373/13
6481/14 6486/13
6512/18 6525/13
6525/18 6529/1
6537/14 6543/22
**exchanging [1]** 6440/6
**excited [1]** 6468/20
**exclude [3]** 6320/7
6321/11 6322/20
**excuse [9]** 6312/18
6315/8 6321/15
6331/23 6335/24
6395/11 6411/14
6582/14 6613/1
**execute [1]** 6502/18
**executive [5]** 6490/5
6490/9 6490/13
6490/24 6491/19
**exercise [2]** 6556/14
6612/4
**exhibit [253]** 6310/2
6310/6 6310/11
6322/24 6323/17
6323/21 6325/10
6325/11 6325/24
6328/25 6329/4
6331/10 6333/3
6338/15 6338/20
6338/22 6340/22
6343/9 6347/16 6352/5
6354/2 6355/5 6355/19
6355/24 6356/14
6358/14 6359/17
6360/11 6360/13
6370/16 6371/12
6371/13 6372/12
6373/7 6373/22
6375/20 6379/6
6379/19 6379/23
6380/4 6382/11
6384/12 6384/21
6385/8 6406/15
6406/22 6406/25
6407/24 6408/2
6408/25 6415/15
6416/19 6417/16
6418/19 6419/15
6419/25 6420/1
6429/14 6434/10
6434/12 6434/19
6438/19 6438/23
6439/11 6439/18
6439/25 6440/6 6442/6
6444/6 6444/11
6444/16 6444/20
6444/23 6444/24
6445/13 6445/18
6445/21 6446/22
6447/6 6447/13
6447/15 6448/16
6449/6 6449/11
6449/25 6450/12
6450/14 6453/17
6453/19 6454/4 6454/8
6454/12 6454/16
6455/16 6455/17
6456/14 6456/25

6460/25 6461/2
6461/12 6461/15
6463/8 6463/10
6463/11 6463/13
6463/23 6464/18
6464/21 6464/24
6469/18 6472/8
6474/15 6475/4
6475/24 6476/4 6476/7
6476/14 6478/2 6479/4
6479/13 6479/17
6480/1 6480/7 6481/5
6481/7 6482/22 6483/8
6483/9 6483/20
6483/24 6486/11
6486/23 6486/24
6487/10 6487/13
6488/15 6488/23
6489/1 6493/6 6493/18
6493/22 6493/24
6494/2 6494/6 6494/13
6494/14 6494/17
6494/20 6495/5
6495/13 6495/21
6496/9 6497/2 6497/6
6497/10 6497/17
6497/22 6498/2 6498/7
6501/24 6502/7
6503/14 6503/19
6503/23 6504/2 6504/6
6504/11 6505/5 6505/7
6506/9 6506/22 6507/7
6507/14 6509/17
6509/19 6510/11
6510/16 6511/3
6511/22 6511/23
6512/9 6512/12
6512/15 6517/5 6517/6
6520/14 6520/14
6521/1 6521/7 6521/10
6521/15 6522/12
6523/4 6523/13
6523/25 6524/4
6525/22 6525/24
6525/25 6526/17
6526/20 6527/7
6527/22 6527/24
6528/18 6528/23
6528/24 6529/12
6529/18 6529/22
6532/2 6542/14 6543/3
6543/7 6543/10
6545/15 6549/2 6549/8
6549/15 6550/17
6550/19 6552/13
6552/14 6552/14
6553/5 6557/10
6557/21 6558/15
6558/17 6560/3 6560/7
6560/24 6560/25
6561/9 6561/13
6561/17 6563/22
6565/1 6565/3 6565/11
6565/14 6572/17
6572/19 6573/12
6580/4 6584/11
6584/15 6584/19

6598/8
**Exhibit 2002.T.84 [1]**
6550/17
**Exhibit 3000.G [1]**
6444/6
**Exhibit 3004 [1]**
6434/19
**Exhibit 3005 [2]**
6434/12 6456/14
**Exhibit 6761 [1]**
6347/16
**Exhibit 6923 [1]**
6517/5
**Exhibit 9064 [1]**
6461/12
**Exhibit 9073.1 [1]**
6488/15
**Exhibit 9079 [1]**
6552/14
**Exhibit 9079.1 [1]**
6526/17
**exhibits [30]** 6306/10
6307/1 6325/14
6327/20 6328/4 6328/6
6332/3 6333/12 6347/6
6424/6 6424/12
6424/18 6424/24
6425/11 6428/25
6429/3 6429/5 6429/6
6444/3 6470/11
6470/21 6471/1
6477/23 6496/25
6504/13 6504/16
6504/22 6594/7
6594/14 6601/19
**exhilarating [1]**
6524/19
**exigent [1]** 6405/22
**exist [1]** 6426/25
**existed [1]** 6607/3
**existence [1]** 6318/1
**exit [1]** 6546/25
**exited [4]** 6402/9
6419/13 6518/15
6597/15
**exiting [1]** 6371/9
**expect [5]** 6421/5
6491/8 6546/19
6546/23 6604/8
**expectation [1]** 6615/6
**expensive [1]** 6544/14
**expert [4]** 6340/23
6405/15 6406/5
6406/10
**explain [10]** 6314/3
6364/24 6380/4 6436/4
6437/23 6438/9
6498/22 6527/10
6539/17 6550/6
**explained [1]** 6408/10
**explaining [1]** 6551/21
**explanation [2]**
6320/20 6606/11
**expletive [1]** 6314/21
**explicit [1]** 6612/2
**explicitly [2]** 6498/16
6612/8

**expose [2]** 6310/19
6315/6
**exposed [1]** 6311/12
**exposing [1]** 6314/24
**extended [1]** 6349/4
**extensive [1]** 6574/24
6612/16
**extent [4]** 6322/7
6426/3 6603/14
6604/19
**extract [1]** 6444/17
**extracted [40]** 6437/12
6437/16 6439/2 6439/7
6445/5 6445/9 6446/1
6453/24 6454/1 6454/5
6454/22 6455/1 6461/9
6464/11 6464/14
6470/18 6472/10
6483/13 6483/17
6487/3 6487/4 6523/17
6523/21 6524/11
6526/7 6526/11 6529/5
6538/3 6542/21
6542/25 6544/1
6551/19 6552/2
6557/18 6561/4 6561/6
6561/10 6565/5 6565/8
6568/6
**extraction [6]** 6341/19
6439/14 6444/17
6470/4 6589/8 6589/15
**extractions [2]** 6529/9
6588/25
**extremist [2]** 6386/23
6387/7
**eye [2]** 6369/14
6473/14

**F**

**F-o-s-t-e-r [1]** 6605/4
**F-r-y's [1]** 6364/2
**F.2d [1]** 6605/4
**F.3d [2]** 6600/8
6605/15
**F.Supp.3d [1]** 6319/18
**face [1]** 6311/4
6316/12 6400/16
6490/18 6490/18
6527/21 6534/14
**Facebook [23]** 6355/5
6523/18 6524/24
6529/14 6530/5 6537/9
6537/9 6537/12 6549/4
6551/14 6551/16
6551/19 6551/23
6552/6 6552/7 6552/22
6553/7 6553/8 6554/10
6554/14 6555/1 6555/7
6556/5
**facility [1]** 6571/18
**facing [4]** 6334/19
6335/1 6342/8 6473/12
**fact [21]** 6310/24
6311/21 6312/6
6313/18 6314/4
6321/17 6321/21
6322/4 6322/4 6329/24
6330/1 6369/23

**F**

**fact... [9]** 6374/18
6398/3 6426/24
6427/17 6469/24
6571/6 6573/11
6577/24 6582/5
**facts [5]** 6321/12
6321/25 6322/5
6430/20 6610/20
**factual [2]** 6610/24
6612/14
**factually [1]** 6610/21
**fags [2]** 6491/9
6521/22
**fair [38]** 6319/11
6338/10 6338/11
6353/6 6370/10
6379/15 6396/24
6428/12 6439/13
6445/9 6448/12
6448/13 6461/8
6464/13 6470/17
6477/20 6479/21
6483/16 6487/6 6512/4
6523/20 6526/10
6542/24 6550/8
6557/17 6565/7 6578/8
6579/14 6579/15
6585/7 6586/2 6586/8
6587/24 6589/3 6589/7
6591/9 6594/4 6594/13
**fairer [1]** 6321/6
**fairly [8]** 6398/13
6447/6 6454/4 6473/2
6497/17 6521/1
6529/12 6561/9
**faith [2]** 6525/9
6538/21
**false [6]** 6491/6 6491/9
**familiar [29]** 6330/11
6390/2 6398/9 6441/11
6446/24 6457/17
6460/11 6473/3
6540/18 6569/2
6571/23 6571/25
6572/14 6576/7
6576/12 6579/2 6586/3
6586/4 6587/16
6587/18 6587/23
6587/24 6588/1 6595/2
6602/13 6602/14
6614/23 6615/10
6616/15
**familiarizing [1]**
6328/7
**families [1]** 6490/20
**family [4]** 6380/22
6380/23 6380/25
6383/12
**famous [2]** 6533/2
6556/11
**fantastical [1]** 6352/20
**far [8]** 6310/14 6383/20
6408/12 6434/6
6516/22 6530/15
6553/19 6578/24
**fare' [1]** 6451/16
**fashion [3]** 6491/18

**fast [1]** 6594/25
**fast-forward [1]**
6594/25
**Fathers [1]** 6491/11
**faxing [1]** 6616/3
**Fayetteville [3]**
6511/14 6511/20
6513/13
**FBI [32]** 6370/4 6379/3
6387/24 6388/4 6388/8
6389/3 6389/15
6402/12 6405/13
6433/16 6433/18
6433/20 6433/22
6435/21 6436/12
6436/13 6444/16
6444/15 6475/14
6476/2 6479/22
6482/11 6485/11
6486/1 6503/17
6533/25 6548/9
6548/18 6552/2
6571/20 6616/9
6616/14
**Fear [1]** 6535/21
**feathered [1]** 6358/17
**February [4]** 6435/3
6435/11 6435/15
6565/19
**federal [8]** 6397/25
6397/25 6430/14
6433/14 6560/12
6569/20 6570/5
6570/14
**feel [1]** 6361/22
**feeling [1]** 6518/24
**feelings [1]** 6516/20
**fees [1]** 6501/11
**felon [3]** 6570/16
6570/21 6571/16
**few [21]** 6354/5
6377/18 6437/25
6451/20 6457/17
6490/8 6516/6 6524/21
6525/18 6529/5 6536/3
6542/19 6543/22
6559/8 6559/21
6568/20 6584/8
6604/22 6608/11
6614/19 6620/20
**FFL [1]** 6569/15
**field [4]** 6435/10
6435/21 6436/13
6436/16
**fifth [1]** 6442/6
**fight [1]** 6525/9
**fighting [2]** 6381/8
6540/16
**figure [5]** 6367/14
6384/17 6384/18
6611/11 6617/15
**figuring [1]** 6374/18
**file [4]** 6403/5 6403/17
6570/5 6612/13
**filed [1]** 6403/15
**filing [1]** 6429/10
**fills [1]** 6618/4

**final [4]** 6408/4 6411/15
6408/4 6411/15
6417/17 6423/25
6488/2 6490/24 6516/6
6594/25 6608/6 6619/1
**finally [6]** 6321/8
6356/24 6360/7 6453/5
6508/20 6523/4
**financial [1]** 6508/6
**find [9]** 6442/13
6453/12 6499/21
6500/20 6500/23
6516/3 6535/22
6545/21 6571/20
**finding [1]** 6605/22
**findings [2]** 6612/14
6612/16
**fine [12]** 6324/23
6346/10 6356/15
6375/24 6403/7
6513/13 6538/13
6538/17 6598/12
6620/6 6621/22
6621/22
**finger [1]** 6412/10
**finish [6]** 6386/7
6418/24 6451/25
6519/9 6589/21
6614/19
**finished [2]** 6375/19
6522/19
**fire [6]** 6358/19 6359/3
6505/21 6506/7
6506/14 6507/21
**firearm [20]** 6475/15
6476/23 6476/23
6477/15 6478/19
6478/20 6478/22
6480/13 6480/18
6493/3 6510/20
6516/18 6570/11
6570/17 6571/8 6571/9
6573/22 6573/25
6574/9 6574/11
**firearm's [1]** 6482/16
**firearms [21]** 6460/15
6475/14 6478/8
6478/14 6478/18
6492/19 6496/4
6496/21 6497/13
6498/17 6498/25
6503/5 6503/9 6503/9
6509/14 6514/16
6569/14 6569/20
6574/13 6575/2 6576/9
**firearms-related [4]**
6492/19 6496/4
6496/21 6498/17
**fired [5]** 6359/6 6485/4
6582/7 6595/21 6596/6
**firm [1]** 6446/10
**first [69]** 6310/2
6322/23 6354/11
6368/8 6368/11
6370/19 6370/20
6372/19 6373/17
6373/21 6374/9 6380/3
6382/12 6384/15

**final [4]** 6397/20 6420/16
6440/10 6445/20
6447/14 6455/6
6455/19 6457/6
6464/24 6471/4
6471/17 6478/22
6479/18 6481/1
6482/14 6487/6 6488/8
6489/7 6489/12 6490/8
6492/4 6493/5 6498/9
6504/21 6511/11
6512/25 6513/17
6513/23 6514/13
6515/16 6521/15
6533/12 6533/22
6535/13 6539/19
6541/21 6543/10
6550/18 6550/21
6550/25 6552/14
6552/19 6552/22
6563/15 6571/22
6584/9 6589/21
6591/23 6598/10
6599/9 6605/2 6619/22
6620/12
**Fischer [6]** 6304/16
6304/16 6309/20
6355/21 6400/4
6597/22
**fischerandputzi [1]**
6304/19
**Fisher [1]** 6322/10
**fits [1]** 6473/4
**five [7]** 6309/21 6420/1
6429/24 6549/24
6550/7 6572/10
6618/15
**flag [4]** 6355/3 6355/9
6598/20 6609/18
**flagged [3]** 6429/1
6612/1 6612/12
**Flagler [1]** 6559/22
**flags [1]** 6491/6
**flash [5]** 6504/8
6506/15 6506/17
6506/18 6506/21
**flashlights [1]** 6500/4
**floor [2]** 6474/5 6503/3
**Florida [9]** 6315/8
6315/9 6485/4 6559/23
6593/3 6595/20 6596/9
6596/9 6596/20
**fluid [1]** 6619/9
**focus [2]** 6414/6
6437/3
**focused [2]** 6492/4
6588/21
**focusing [1]** 6498/15
**folks [3]** 6383/22
6423/14 6608/10
**follow [5]** 6315/11
6492/3 6514/3 6530/11
6563/3
**followed [2]** 6311/17
6546/25
**following [5]** 6444/10
6476/2 6503/17

**follows [3]** 6310/12
6327/4 6405/4
**food [4]** 6490/17
6499/6 6499/18 6501/2
**footage [7]** 6334/14
6334/17 6336/13
6336/18 6337/12
6531/23 6544/15
**force [2]** 6446/14
6464/5
**forced [1]** 6312/20
**Forces [1]** 6380/17
**forcible [1]** 6313/11
**foregoing [1]** 6623/3
**foregrip [1]** 6507/2
**foregrips [1]** 6508/3
**foreign [1]** 6489/16
**forensic [2]** 6341/15
6444/14
**forget [1]** 6546/24
**forgot [1]** 6578/2
**form [10]** 6324/15
6324/17 6488/21
6509/22 6569/16
6569/17 6569/17
6570/5 6570/12
6616/25
**formal [1]** 6479/22
**formally [2]** 6426/12
6609/8
**format [13]** 6488/11
6497/3 6580/7 6586/3
6586/6 6589/24
6590/14 6590/15
6590/17 6590/20
6604/17 6612/17
6616/3
**formative [1]** 6319/8
**formed [1]** 6491/2
**former [2]** 6365/15
6391/23
**FormerFeds [1]**
6304/12
**formerfedsgroup.com
[1]** 6304/14
**Fort [3]** 6466/23
6577/14 6577/16
**Fortress [1]** 6500/10
**forward [14]** 6342/1
6353/10 6383/20
6404/9 6419/9 6421/8
6453/8 6518/1 6527/3
6542/8 6594/25
6597/13 6604/12
6619/17
**Foster [5]** 6605/4
6605/5 6605/9 6605/13
6606/21
**fought [2]** 6358/19
6359/9
**found [8]** 6439/14
6441/18 6496/20
6503/6 6511/18 6515/7
6520/3 6571/18
**foundation [6]** 6421/7
6421/18 6423/13
6423/22 6590/10

**foundation... [1]** 6591/16
**founder [2]** 6380/11 6443/14
**founders [2]** 6365/15 6492/11
**founders' [1]** 6492/3
**founding [2]** 6358/16 6491/10
**four [8]** 6332/15 6429/24 6433/19 6470/12 6500/4 6500/25 6516/6 6572/10
**four-year [1]** 6433/19
**frame [17]** 6328/20 6328/20 6328/24 6329/21 6330/21 6332/17 6336/3 6336/9 6337/2 6337/16 6347/1 6348/14 6356/4 6408/7 6408/17 6409/19 6409/20
**framed [1]** 6341/24
**frames [1]** 6331/16
**frankly [2]** 6319/10 6603/16
**fraud [2]** 6398/19 6489/19
**freakin' [1]** 6382/25
**free [2]** 6361/22 6513/7
**freeze [2]** 6340/18 6342/6
**frequency [1]** 6467/11
**Friday [6]** 6607/19 6607/21 6613/3 6613/5 6621/5 6621/5
**friend [4]** 6392/1 6515/17 6515/22 6533/10
**friendly [1]** 6491/3
**friends [1]** 6527/18
**front [15]** 6303/15 6313/12 6313/16 6333/17 6336/6 6338/19 6342/5 6345/2 6353/20 6406/16 6426/2 6426/4 6477/20 6591/24 6609/22
**frozen [1]** 6606/25
**Fry's [4]** 6363/24 6364/1 6364/4 6365/1
**fuck [2]** 6447/24 6452/8
**fuel [1]** 6490/17
**full [10]** 6323/10 6344/19 6473/23 6522/10 6546/19 6573/16 6573/18 6598/8 6609/22 6615/5
**fully [4]** 6396/1 6541/18 6574/11 6575/18
**fulsome [1]** 6610/24
**function [2]** 6426/24 6586/9
**functional [2]** 6396/1

**functioning [2]** 6574/9 6574/11
**further [14]** 6312/5 6312/20 6315/19 6318/23 6327/3 6342/14 6361/10 6387/12 6401/15 6405/3 6418/6 6469/13 6568/10 6583/16
**furtherance [13]** 6315/16 6315/18 6316/20 6317/18 6317/23 6318/7 6318/9 6318/20 6318/23 6319/3 6319/4 6421/25 6422/6
**future [4]** 6316/24 6317/9 6422/4 6491/4

**G**

**game [3]** 6381/20 6492/3 6492/12
**gas [3]** 6311/20 6514/20 6523/8
**gaslighting [1]** 6522/7
**gassed [1]** 6312/24
**gates [2]** 6315/11 6533/10
**gathered [2]** 6364/25 6437/4
**gathering [1]** 6357/24
**Gator [9]** 6484/10 6484/14 6561/24 6562/1 6562/4 6585/3 6588/23 6592/7 6594/13
**Gator 1 [2]** 6588/23 6594/13
**Gator 6 [2]** 6561/24 6562/4
**gave [2]** 6396/3 6406/10
**gear [3]** 6352/1 6446/15 6495/11
**gears [2]** 6520/2 6595/16
**Gee [1]** 6314/19
**general [3]** 6423/4 6601/3 6615/8
**generally [13]** 6441/13 6441/14 6458/3 6497/16 6505/15 6508/22 6549/18 6553/8 6553/25 6554/6 6600/14 6600/17 6602/5
**generate [1]** 6615/8
**generated [2]** 6614/25 6615/4 6615/12
**generation [1]** 6358/16
**gentleman [4]** 6471/11 6473/12 6473/14 6473/22
**gentlemen [13]** 6371/20 6402/3 6406/9 6419/6 6432/3 6433/9 6434/20 6444/9 6476/1

6560/11 6597/11
**get [39]** 6316/8 6316/10 6325/9 6328/5 6341/20 6364/16 6367/3 6375/12 6376/19 6380/16 6383/11 6388/19 6388/21 6395/17 6401/21 6418/15 6421/4 6423/25 6427/13 6443/9 6444/3 6451/3 6453/2 6458/18 6513/7 6534/11 6541/17 6541/25 6542/3 6542/13 6553/14 6579/3 6579/13 6591/4 6596/8 6604/11 6607/20 6613/23 6621/5
**gets [1]** 6550/7
**getting [11]** 6365/7 6370/22 6388/2 6399/10 6421/2 6438/15 6523/9 6533/12 6544/13 6608/23 6621/2
**Geyer [6]** 6304/11 6309/18 6349/24 6350/3 6350/8 6350/11
**gift [1]** 6569/22
**girl [1]** 6519/1
**give [21]** 6322/24 6362/1 6378/11 6378/25 6386/6 6387/1 6397/6 6397/10 6397/13 6425/20 6507/6 6511/7 6521/22 6559/6 6597/25 6598/3 6601/21 6604/14 6609/15 6612/24 6613/18
**given [5]** 6322/15 6322/17 6419/8 6486/1 6558/6
**Gives [1]** 6540/15
**giving [4]** 6399/17 6429/14 6472/5 6570/16
**gladly [1]** 6541/19
**glasses [1]** 6584/6
**Glen [1]** 6304/18
**global [1]** 6620/14
**globally [1]** 6327/24
**gmail.com [1]** 6303/9
**GMT [1]** 6331/24
**go [145]** 6312/20 6315/10 6327/10 6339/8 6341/23 6343/4 6343/23 6346/11 6350/26 6352/6 6352/13 6352/23 6354/1 6354/15 6354/22 6355/4 6355/6 6355/10 6355/13 6356/6 6356/8 6356/13 6356/25 6356/25 6357/17

6358/14 6359/22 6360/7 6360/11 6360/22 6363/23 6376/19 6381/16 6382/8 6390/19 6392/6 6394/16 6394/18 6397/13 6401/23 6402/20 6403/9 6407/5 6412/15 6412/21 6413/1 6413/18 6414/2 6414/6 6414/15 6414/17 6416/23 6420/15 6424/16 6425/10 6425/12 6427/18 6428/10 6428/11 6434/6 6440/8 6440/22 6441/1 6442/10 6446/11 6446/22 6447/14 6447/19 6447/23 6448/15 6448/16 6449/24 6450/14 6450/22 6452/2 6452/9 6453/7 6460/4 6465/24 6469/17 6469/24 6474/15 6490/5 6491/21 6513/11 6515/3 6515/15 6515/17 6515/21 6516/8 6527/22 6532/22 6533/8 6534/12 6534/16 6535/12 6538/8 6538/14 6539/2 6539/5 6539/21 6541/3 6542/1 6542/8 6544/17 6544/21 6545/23 6546/14 6547/1 6548/1 6548/21 6549/12 6550/7 6555/11 6555/24 6562/14 6562/19 6563/5 6564/6 6564/13 6564/20 6566/4 6576/6 6576/20 6579/3 6579/5 6579/6 6582/23 6583/13 6588/21 6590/13 6597/2 6598/24 6601/21 6609/20 6610/10 6619/7 6619/12 6619/14 6620/10 **go ahead [3]** 6401/23 6513/11 6590/13 **goal [2]** 6489/23 6591/15 **God [3]** 6518/6 6518/6 6534/14 **Godspeed [1]** 6467/6 **goes [10]** 6415/5 6420/10 6420/17 6421/1 6440/8 6463/5 6463/7 6478/20 6507/17 6611/10 **going [114]** 6316/24 6318/21 6318/24

6322/20 6323/23
6325/9 6325/14
6332/24 6334/8
6334/11 6337/11
6338/20 6340/19
6344/17 6346/7 6346/8
6352/17 6362/1
6364/14 6365/2
6371/17 6374/23
6375/10 6375/12
6377/5 6377/21
6377/25 6378/2
6383/11 6384/17
6384/19 6393/9
6394/14 6397/3
6401/14 6403/2
6412/18 6416/24
6417/17 6419/7
6421/17 6421/22
6426/16 6427/13
6428/7 6428/10 6434/7
6434/18 6443/6 6444/4
6447/21 6454/15
6457/1 6469/20
6502/14 6517/11
6518/9 6530/10 6531/3
6531/25 6538/11
6539/9 6542/18
6543/12 6547/4
6547/17 6553/20
6554/1 6559/20 6560/4
6568/19 6569/23
6571/9 6579/16 6583/2
6591/13 6593/6
6594/20 6594/23
6595/16 6595/19
6596/16 6597/17
6598/2 6598/24 6601/9
6602/18 6604/21
6607/21 6608/4
6609/10 6609/11
6609/23 6610/2
6610/10 6610/20
6612/18 6613/23
6615/6 6619/3 6619/4
6619/7 6619/12
6619/13 6620/1 6620/3
6620/12 6620/18
6620/20 6620/25
6621/4 6621/11
**gone [9]** 6318/22
6352/12 6353/18
6383/10 6393/5 6402/4
6462/12 6549/14
6583/12
**good [27]** 6309/6
6309/7 6309/23 6316/8
6325/4 6327/8 6327/9
6350/21 6350/22
6364/9 6387/20
6387/20 6419/21
6419/22 6433/6 6433/7
6446/13 6468/8
6518/23 6519/4 6531/3
6540/1 6540/5 6568/16
6568/18 6568/18
6597/12

**Good afternoon [1]**
6433/7
**Good morning [10]**
6309/6 6309/7 6309/23
6325/4 6327/8 6327/9
6350/21 6350/22
6419/22 6468/8
**got [22]** 6312/24
6356/22 6364/18
6376/4 6402/19 6404/9
6404/11 6428/23
6466/4 6482/1 6543/18
6544/12 6544/16
6554/15 6596/20
6601/17 6601/19
6608/11 6608/20
6621/4 6621/7 6621/16
**gotten [3]** 6452/18
6530/16 6553/19
**government [109]**
6302/14 6309/14
6310/8 6315/17
6319/23 6319/24
6320/4 6320/11 6322/1
6322/24 6323/4 6323/9
6324/15 6325/10
6325/11 6325/24
6327/2 6327/20
6328/25 6332/25
6336/20 6336/25
6337/3 6343/6 6346/14
6361/6 6362/4
6371/12 6379/19
6404/17 6405/2
6418/17 6418/22
6419/24 6421/5
6424/24 6425/1
6425/11 6426/11
6431/21 6432/7 6433/22
6439/18 6444/6
6445/13 6454/8
6456/13 6464/17
6470/21 6475/21
6476/6 6476/10
6476/12 6478/10
6480/1 6482/11
6483/20 6487/10
6488/23 6489/18
6493/17 6494/13
6497/22 6503/12
6504/10 6510/10
6512/8 6521/7 6523/25
6526/16 6529/18
6543/3 6557/21
6561/13 6565/11
6572/16 6581/4
6584/18 6590/17
6598/16 6599/1
6599/17 6599/21
6600/4 6601/24 6603/6
6603/9 6607/1 6607/4
6608/16 6608/19
6608/22 6609/1
6609/25 6610/1
6610/14 6611/1
6611/14 6614/4 6614/5
6614/9 6614/21

6615/10 6615/15
6615/16 6615/17
6617/1
**government's [140]**
6306/5 6313/14
6321/13 6322/9 6332/3
6338/15 6338/20
6347/15 6352/4 6354/1
6355/19 6355/24
6356/14 6360/11
6370/16 6371/12
6371/13 6372/12
6373/7 6379/6 6379/19
6379/23 6382/10
6384/21 6406/14
6406/21 6406/25
6407/24 6415/14
6416/19 6417/16
6426/12 6427/8
6427/23 6434/10
6434/11 6434/19
6438/19 6439/25
6444/6 6444/16
6444/20 6445/18
6446/22 6450/14
6453/17 6454/8
6454/12 6454/16
6455/16 6456/14
6456/25 6457/4
6461/12 6461/15
6463/9 6464/17
6464/21 6470/11
6470/21 6471/1
6474/15 6475/24
6476/4 6476/7 6476/14
6478/2 6479/4 6479/13
6480/1 6480/7 6481/7
6483/8 6483/24
6486/23 6487/13
6489/1 6493/6 6493/22
6494/2 6494/14
6494/17 6494/20
6495/12 6495/20
6496/9 6497/5 6497/9
6498/2 6503/19
6503/23 6504/2 6504/6
6504/11 6504/16
6504/22 6505/5
6506/22 6507/7
6509/17 6510/11
6510/16 6511/23
6512/8 6512/12 6517/5
6520/13 6521/10
6523/13 6523/25
6524/4 6525/22
6525/24 6526/16
6526/20 6527/7
6529/18 6529/22
6532/2 6542/14 6543/7
6549/2 6549/8 6550/17
6552/13 6557/10
6557/21 6558/17
6560/7 6560/24
6561/17 6563/22
6565/1 6565/11
6565/14 6580/4 6607/7
6612/10 6612/20

**Governor [1]** 6304/17
**governor's [3]** 6358/17
6358/21 6358/23
**GPS [1]** 6579/19
**grabbed [1]** 6355/2
**graduate [1]** 6380/12
**Granbury [1]** 6500/17
**grand [15]** 6320/13
6321/2 6429/20
6429/22 6429/23
6430/14 6430/18
6430/20 6431/7 6560/8
6560/12 6560/19
6561/22 6598/1
6609/22
**gray [2]** 6474/5 6618/8
**great [1]** 6530/15
6540/16 6553/19
**greater [6]** 6408/20
6409/22 6409/25
6413/9 6416/9 6422/6
**green [2]** 6493/13
6494/7
**Greene [9]** 6461/25
6462/1 6462/4 6462/8
6462/11 6462/12
6463/7 6580/13
6580/16
**grid [1]** 6490/18
**Grods [11]** 6454/19
6455/24 6456/1 6458/7
6458/8 6458/10
6458/15 6458/22
6459/1 6459/22
6469/21
**ground [3]** 6383/9
6491/9 6540/15
**Grounds [3]** 6312/19
6336/23 6349/4
**group [38]** 6315/19
6317/8 6319/6 6319/7
6327/11 6327/23
6327/25 6328/12
6332/18 6335/9 6336/6
6349/13 6358/5
6358/15 6359/5
6359/19 6364/21
6364/23 6365/4
6365/11 6365/14
6366/2 6367/9 6367/12
6367/13 6367/16
6368/18 6368/22
6368/24 6372/24
6374/8 6374/12
6374/25 6375/4 6390/7
6437/16 6457/8
6458/16
**grouping [1]** 6332/16
**guard' [1]** 6490/19
**Guardian's [1]** 6545/12
**guerilla [1]** 6541/1
**guess [14]** 6321/19
6327/12 6335/1
6375/13 6387/24
6391/9 6395/3 6402/1
6420/18 6431/11
6577/8 6578/2 6588/8

**guidance [1]** 6578/18
**Gulf [1]** 6390/14
**gun [44]** 6473/23
6474/1 6474/9 6474/17
6474/19 6474/22
6475/3 6475/9 6478/3
6499/3 6499/5 6499/12
6499/17 6500/4
6500/10 6500/16
6500/25 6501/1 6501/1
6501/10 6501/20
6501/20 6501/21
6503/23 6503/25
6507/21 6507/25
6515/18 6515/22
6559/15 6569/14
6569/19 6571/1 6571/6
6571/12 6573/4
6573/13 6573/16
6573/18 6573/20
6574/17 6575/10
6575/12 6575/24
**gun-related [1]**
6499/12
**GunBroker [2]** 6576/5
6576/12
**GunBroker.com [1]**
6576/10
**guns [9]** 6473/24
6475/3 6514/18
6515/25 6568/25
6569/1 6569/7 6572/6
6576/15
**Guntrader [1]** 6482/2
**guy [5]** 6388/15 6513/5
6513/10 6611/21
6611/22

**H**

**hacked [1]** 6536/19
**had [79]** 6310/11
6312/10 6312/11
6316/9 6322/18 6332/4
6335/1 6345/19
6346/13 6353/2
6353/25 6356/21
6357/17 6357/19
6358/8 6360/25
6366/11 6367/1
6367/24 6368/11
6372/23 6373/4
6376/21 6377/5
6378/19 6382/16
6388/5 6389/10 6390/6
6390/6 6391/16
6392/10 6393/25
6394/7 6394/7 6401/8
6403/24 6405/23
6407/18 6408/9
6408/17 6418/19
6419/23 6423/17
6424/23 6425/9 6426/8
6426/25 6429/1 6432/4
6433/19 6442/3
6442/24 6470/5
6495/10 6523/8
6535/21 6536/2

6558/5 6563/6 6571/6
6577/12 6580/19
6580/20 6580/25
6581/9 6584/6 6587/6
6597/25 6598/14
6605/15 6613/22
6614/5 6615/1 6615/3
6619/14 6619/19
**hair [1]** 6471/11
**hairs [1]** 6318/3
**hairy [1]** 6541/25
**half [11]** 6348/13
6353/15 6360/25
6361/5 6362/25
6446/11 6545/20
6567/10 6610/23
6613/3 6613/5
**half-cocked [1]**
6446/11
**hall [1]** 6419/17
**Haller [12]** 6304/6
6304/7 6309/17 6315/3
6426/7 6428/24 6430/1
6430/13 6583/22
6584/7 6590/5 6591/8
**hallerjulia [1]** 6304/10
**halls [1]** 6523/7
**hallway [1]** 6314/7
**Ham [1]** 6490/17
**hand [13]** 6335/8
6338/22 6338/24
6340/21 6361/17
6404/20 6432/8 6504/8
6507/1 6570/10
6570/10 6575/13
6575/13
**handful [1]** 6512/17
**handguns [1]** 6515/11
**handled [1]** 6436/12
**handoffs [1]** 6408/13
**hands [3]** 6358/8
6380/16 6467/6
**Haney [10]** 6440/8
6442/21 6443/4 6443/7
6447/23 6448/5 6545/2
6545/5 6545/11
6545/18
**hang [6]** 6324/3
6355/15 6357/5 6558/1
6591/25 6610/2
**hangout [1]** 6559/23
**happen [3]** 6377/25
6378/14 6398/13
**happened [10]**
6358/23 6360/5
6367/12 6376/6
6385/25 6386/4
6397/10 6397/14
6407/19 6436/6
**happening [1]** 6373/24
**happenings [2]**
6530/19 6554/18
**happens [1]** 6602/15
**happy [3]** 6604/10
6608/24 6615/14
**hard [6]** 6479/6
6516/20 6541/17

**hard... [3]** 6542/2
6552/21 6606/21
**hardware [1]** 6396/10
**Harrelson [19]** 6304/11
6309/10 6309/18
6350/3 6357/9 6435/1
6520/5 6562/5 6562/7
6562/15 6562/20
6563/6 6564/14
6564/17 6565/23
6565/25 6566/9
6566/15 6567/18
**Harris [13]** 6321/24
6326/14 6327/2
6350/21 6355/17
6356/2 6356/11 6357/7
6360/7 6361/10
6361/12 6508/23
6508/24
**Harrisburg [1]** 6303/15
**Harvey [1]** 6390/10
**has [65]** 6318/6
6318/22 6320/21
6321/10 6321/18
6322/2 6322/7 6322/13
6322/16 6322/18
6324/5 6326/5 6332/25
6336/21 6353/18
6354/21 6402/4 6411/6
6421/9 6422/18
6424/23 6429/23
6440/25 6441/3
6443/11 6443/13
6448/12 6458/14
6462/12 6475/23
6479/3 6479/17
6479/20 6481/6 6486/5
6489/18 6493/18
6515/17 6536/19
6546/2 6559/23
6568/25 6569/13
6576/5 6596/11 6598/7
6599/13 6599/17
6600/4 6600/12
6601/24 6603/5
6603/13 6606/1 6606/4
6606/15 6608/16
6608/22 6612/13
6616/1 6616/2 6616/2
6616/14 6617/22
6618/19
**hasn't [2]** 6441/6
6475/24
**hat [1]** 6450/8
**hats [1]** 6451/17
**have [347]**
**haven't [8]** 6393/5
6395/4 6403/21 6425/9
6575/16 6611/14
6619/20 6619/25
**having [15]** 6311/6
6322/2 6327/2 6330/12
6332/18 6334/2
6373/12 6382/9 6405/2
6438/14 6519/4 6531/5
6590/5 6598/25
6607/13

6312/10 6312/10
6313/10 6313/15
6313/15 6313/17
6314/10 6314/15
6314/16 6314/17
6318/6 6318/22 6321/1
6321/2 6330/17 6349/5
6349/8 6349/9 6349/9
6349/24 6349/25
6350/8 6350/8 6350/10
6351/4 6351/19
6351/25 6353/19
6353/20 6354/21
6357/19 6357/23
6357/24 6359/19
6360/1 6360/19 6361/6
6361/7 6365/10
6365/18 6367/1
6368/19 6368/19
6369/14 6373/25
6374/3 6374/3 6376/12
6376/13 6376/15
6376/18 6376/25
6377/1 6377/2 6377/2
6377/5 6377/5 6378/23
6378/25 6380/15
6380/25 6380/25
6381/10 6382/16
6388/10 6391/21
6392/3 6392/5 6392/10
6392/14 6392/16
6392/20 6393/2 6393/8
6393/22 6394/13
6394/13 6394/14
6395/5 6396/25 6397/1
6399/12 6399/12
6400/20 6401/14
6418/4 6419/20
6419/20 6421/3 6421/4
6421/15 6421/16
6430/5 6437/24
6440/21 6440/22
6440/25 6441/1 6441/6
6441/6 6442/3 6442/12
6442/12 6442/16
6443/11 6443/13
6443/19 6447/25
6448/4 6456/2 6456/3
6456/4 6458/11
6458/12 6458/20
6459/2 6459/3 6459/23
6460/3 6460/7 6463/7
6465/9 6465/13
6465/14 6465/15
6466/2 6466/3 6466/21
6466/22 6467/4 6467/5
6467/22 6468/8
6468/24 6469/20
6469/20 6470/5 6482/9
6483/1 6484/10
6484/16 6484/24
6485/11 6485/12
6487/24 6487/25
6490/7 6497/15
6497/16 6498/14
6498/25 6499/3
6499/17 6499/17

6500/14 6500/11
6500/16 6500/25
6501/10 6501/18
6501/19 6502/11
6502/17 6503/1 6503/2
6503/6 6513/6 6513/9
6513/10 6514/12
6515/5 6515/6 6515/8
6515/9 6515/9 6515/10
6515/13 6515/14
6515/17 6515/20
6515/21 6516/11
6516/10 6516/13
6516/24 6518/3
6521/20 6524/14
6524/16 6525/1 6525/3
6526/10 6528/2 6528/3
6530/7 6530/12
6530/13 6530/18
6530/22 6530/23
6531/19 6533/5 6533/6
6534/3 6536/22 6537/1
6537/2 6539/4 6539/8
6543/16 6543/17
6544/4 6544/5 6546/1
6546/2 6546/16 6547/9
6547/10 6547/24
6548/2 6553/23 6557/4
6558/23 6559/4 6559/6
6559/10 6559/18
6559/19 6560/2 6562/8
6562/17 6562/22
6563/11 6566/7 6566/8
6566/8 6567/20
6569/11 6569/14
6569/15 6570/10
6570/10 6570/24
6571/6 6572/25 6575/5
6576/1 6577/13
6577/13 6577/14
6577/16 6577/16
6577/17 6578/18
6580/19 6580/20
6580/21 6580/23
6580/25 6581/13
6581/14 6581/15
6582/4 6582/9 6582/21
6582/22 6582/23
6585/14 6585/15
6586/22 6587/1 6587/4
6587/8 6587/9 6587/10
6590/14 6591/7
6591/16 6592/17
6594/21 6596/5
6596/11 6611/2
**he didn't [2]** 6377/2
6577/16
**he said [5]** 6374/3
6440/21 6577/13
6577/16 6611/22
**he'll [4]** 6394/21
6515/18 6516/8
6596/12
**he's [27]** 6314/15
6369/12 6369/12
6392/21 6393/6 6403/2
6419/19 6441/7 6458/8

6467/24 6484/10
6485/2 6490/1 6513/6
6516/11 6531/10
6540/5 6542/4 6545/2
6546/2 6562/22
6562/24 6590/14
6596/12 6620/20
**head [4]** 6313/12
6328/11 6378/2 6587/8
**header [1]** 6457/7
**headline [1]** 6534/19
**heads [3]** 6332/5
6356/20 6579/20
**hear [14]** 6345/8
6346/8 6372/21
6376/11 6385/13
6386/15 6421/14
6429/25 6462/19
6462/22 6607/19
6607/25 6608/4 6617/1
**heard [23]** 6314/20
6326/2 6376/12 6377/1
6377/2 6394/14
6400/20 6401/12
6424/11 6434/22
6448/12 6485/15
6485/18 6536/19
6562/21 6563/7 6578/8
6596/14 6599/1
6603/13 6607/13
6609/25 6610/2
**hearing [6]** 6376/13
6376/21 6377/24
6401/14 6427/25
6610/3
**hearsay [3]** 6421/22
6421/22 6422/10
**heart [2]** 6533/3
6556/12
**heavily [1]** 6539/19
**heavy [2]** 6504/7
6525/6
**held [3]** 6356/19
6403/3 6466/4
**hell [3]** 6315/11 6533/7
6539/15
**Hello [2]** 6584/4 6584/5
**helmet [2]** 6342/25
6343/1
**help [6]** 6343/17
6366/9 6382/3 6454/15
6507/25 6528/19
**helpful [1]** 6420/13
**helps [1]** 6507/21
**hence [1]** 6465/22
**her [23]** 6313/13
6314/5 6315/2 6315/6
6315/13 6332/11
6345/24 6351/1
6351/11 6351/16
6361/6 6393/17 6420/2
6421/4 6421/9 6446/2
6459/17 6462/22
6548/4 6548/6 6548/7
6548/9 6548/19
**here [120]** 6318/1
6318/3 6319/12 6322/6

6334/11 6334/12
6334/24 6336/3
6340/25 6343/18
6343/22 6347/14
6350/10 6354/11
6354/25 6355/10
6359/2 6359/2 6359/8
6369/9 6369/10 6372/6
6373/10 6379/9 6382/1
6382/2 6384/14
6384/15 6387/22
6403/2 6406/11 6407/6
6408/25 6409/12
6409/16 6410/8 6411/9
6412/16 6413/2
6413/19 6414/7
6415/14 6416/3 6416/4
6416/24 6417/17
6420/15 6420/18
6421/1 6421/8 6422/13
6422/15 6426/22
6426/25 6434/7 6436/6
6437/4 6438/21
6440/10 6442/5 6443/8
6445/8 6445/24 6447/6
6447/21 6448/11
6449/7 6450/7 6451/20
6452/22 6455/6 6455/7
6455/15 6457/22
6458/6 6464/10
6468/19 6468/22
6473/21 6475/15
6479/14 6489/9 6494/7
6496/7 6498/9 6500/7
6501/23 6515/22
6517/12 6530/4 6532/3
6533/25 6541/2
6541/16 6542/13
6546/20 6547/25
6548/22 6548/24
6550/18 6563/24
6572/24 6574/25
6578/12 6580/20
6598/18 6599/21
6599/25 6609/17
6609/18 6610/6
6611/16 6612/3 6612/8
6618/11 6618/15
6620/5 6621/3
**here's [2]** 6420/16
6515/12
**hero [1]** 6316/9
**herself [1]** 6393/18
**hey [11]** 6358/16
6374/4 6388/14
6391/25 6394/14
6513/4 6514/15 6531/2
6541/16 6544/9 6555/5
**Hi [2]** 6361/20 6468/18
**hidden [1]** 6413/16
**hiding [1]** 6566/3
**high [2]** 6393/16
6540/15
**highjacked [1]** 6521/24
**highlight [3]** 6490/8
6603/21 6604/4
**highlighted [2]**

highlighted... [2] 6356/10 6599/13
highlights [3] 6493/13 6494/7 6610/21
highly [2] 6517/25 6559/14
Highway [1] 6304/17
hijack [1] 6522/21
Hill [1] 6312/11
him [60] 6320/24 6321/1 6351/3 6351/15 6351/18 6357/25 6358/7 6363/17 6367/4 6369/7 6369/7 6376/17 6378/18 6380/19 6387/23 6391/1 6391/6 6391/23 6392/17 6393/3 6394/21 6396/22 6397/10 6401/12 6419/19 6440/24 6441/10 6442/24 6448/1 6448/2 6448/9 6448/12 6456/5 6462/5 6485/22 6492/2 6498/13 6503/7 6513/6 6515/23 6515/23 6516/9 6564/16 6569/15 6569/15 6577/24 6578/18 6590/6 6590/13 6590/13 6590/17 6590/17 6591/9 6591/19 6592/13 6592/24 6618/8 6619/19 6619/20 6619/22
himself [4] 6311/23 6513/17 6536/25 6566/7
Hindsight [1] 6538/10
his [69] 6311/17 6316/10 6316/12 6321/2 6341/15 6341/18 6351/13 6351/25 6358/17 6359/13 6359/25 6368/6 6380/16 6380/24 6386/19 6389/24 6390/1 6393/3 6393/11 6397/1 6397/4 6397/4 6437/8 6438/6 6438/6 6443/14 6443/18 6454/5 6465/3 6466/20 6470/4 6471/22 6472/19 6483/3 6485/24 6486/15 6500/17 6502/15 6502/16 6502/18 6503/5 6505/1 6509/4 6510/24 6516/23 6524/24 6526/11 6536/2 6543/14 6545/2 6548/3 6554/14 6556/21 6558/6 6564/19 6566/22 6566/22 6567/2 6567/4 6567/22

6582/5 6596/22 6596/24 6613/19 6618/8 6620/18
history [1] 6381/16
hit [3] 6370/17 6371/1 6610/20
Hitler [1] 6381/15
hobby [3] 6574/21 6574/23 6574/24
hold [4] 6425/5 6458/18 6505/15 6507/3
Holden [4] 6440/8 6443/4 6545/2 6545/5
Holden Haney [4] 6440/8 6443/4 6545/2 6545/5
holder [2] 6505/22 6506/25
holding [11] 6355/7 6355/9 6356/21 6393/18 6477/4 6477/7 6477/7 6477/7 6477/13 6477/14 6480/18
hole [1] 6482/8
Holster [1] 6505/23
holsters [3] 6501/20 6504/6 6505/24
Holton [1] 6600/8
home [13] 6401/20 6469/2 6471/22 6485/4 6502/19 6502/21 6502/23 6502/25 6544/16 6556/21 6582/6 6582/9 6595/20
honest [1] 6589/10
honor [136] 6309/7 6310/4 6316/18 6318/13 6323/4 6323/5 6323/19 6323/24 6324/17 6324/23 6325/20 6325/23 6331/1 6332/23 6333/5 6333/11 6333/14 6336/20 6338/14 6347/5 6350/12 6350/17 6361/15 6369/15 6371/11 6371/16 6371/24 6372/8 6372/11 6379/18 6389/7 6395/12 6395/13 6398/2 6399/11 6399/21 6401/15 6402/11 6403/5 6403/16 6404/2 6406/4 6418/8 6418/9 6418/10 6418/15 6418/23 6419/21 6420/12 6420/15 6420/20 6421/12 6422/9 6423/10 6423/15 6425/8 6425/13 6425/18 6425/23 6426/13 6428/6 6429/2 6429/7 6429/9 6429/21 6430/4 6431/9 6431/15

6431/22 6432/6 6432/15 6439/17 6439/20 6439/23 6440/1 6444/5 6445/12 6454/7 6461/11 6461/13 6461/17 6464/16 6470/20 6470/25 6475/20 6476/6 6479/25 6483/19 6483/23 6489/3 6493/16 6494/10 6497/21 6504/10 6510/9 6510/13 6512/7 6518/9 6518/22 6519/15 6519/24 6523/24 6524/6 6525/10 6526/15 6526/25 6527/4 6529/17 6543/2 6557/20 6560/5 6561/12 6565/16 6568/9 6583/23 6590/7 6591/12 6591/20 6598/2 6598/9 6598/17 6598/19 6599/20 6600/3 6609/19 6610/1 6611/13 6611/25 6613/7 6613/9 6613/22 6618/13 6619/1 6620/9
HONORABLE [2] 6302/9 6309/3
hope [8] 6309/24 6429/15 6432/3 6519/7 6533/1 6556/10 6564/16 6610/22
hopefully [1] 6404/10
hoping [3] 6516/12 6598/22 6599/2
horizontally [1] 6417/4
hotel [1] 6544/5
hotmail.com [1] 6304/19
hour [22] 6336/13 6353/15 6360/25 6361/5 6402/4 6408/21 6410/15 6414/18 6424/22 6451/8 6458/3 6519/7 6519/8 6522/19 6544/13 6546/4 6608/10 6610/9 6610/14 6610/23 6611/4 6621/8
hours [10] 6331/23 6365/1 6402/18 6409/22 6413/11 6539/11 6548/2 6549/24 6550/7 6608/11
house [7] 6312/24 6313/15 6313/20 6522/18 6571/7 6582/16 6583/8
housekeeping [2] 6423/16 6597/22 6598/14 6598/18
Houston [1] 6390/12
how [101] 6316/16

6318/24 6320/18 6353/24 6361/11 6363/13 6363/25 6364/6 6364/16 6365/8 6367/22 6374/17 6375/3 6377/4 6378/14 6384/17 6384/11 6384/18 6387/18 6388/7 6389/24 6391/4 6391/9 6391/16 6398/13 6400/14 6402/14 6433/15 6436/4 6440/13 6441/4 6442/11 6442/21 6443/4 6443/20 6448/3 6448/7 6458/15 6459/14 6462/1 6466/16 6466/24 6467/16 6468/16 6471/16 6482/5 6484/18 6484/22 6485/3 6492/11 6497/15 6506/6 6514/21 6518/24 6519/6 6533/8 6534/3 6535/19 6536/5 6536/16 6538/8 6538/17 6538/19 6539/21 6540/11 6541/17 6542/2 6544/10 6544/17 6546/8 6546/14 6546/21 6547/1 6547/14 6548/8 6562/14 6562/14 6562/13 6563/7 6564/13 6564/20 6568/16 6568/17 6578/24 6582/18 6588/1 6593/14 6595/1 6595/2 6604/8 6604/21 6605/25 6606/2 6607/8 6609/9 6610/7 6611/2 6618/3 6621/25
how's [2] 6516/17 6519/1
however [5] 6436/10 6567/4 6570/14 6606/20 6619/15
Hughes [2] 6302/15 6309/14
huh [5] 6365/20 6368/13 6389/1 6393/4 6397/22
hundred [1] 6516/17
hundreds [1] 6539/10
hunt [1] 6453/8
Huntsville [7] 6410/9 6411/16 6411/21 6412/4 6412/7 6413/15 6414/19
Huntsville/Decatur [1] 6411/21
hurricane [2] 6390/7 6390/10
hurt [1] 6386/2
Huvelle's [1] 6319/17

I also [4] 6322/7 6442/12 6606/21 6608/9
I am [24] 6359/11 6382/2 6419/1 6434/7 6441/12 6446/12 6447/1 6455/25 6460/13 6462/6 6462/14 6463/7 6528/5 6538/1 6540/20 6556/25 6559/20 6560/4 6560/20 6566/21 6567/19 6588/1 6590/25 6608/24
I apologize [3] 6527/4 6546/12 6576/25
I assume [2] 6535/2 6616/2
I believe [36] 6316/12 6323/20 6330/14 6332/3 6332/15 6336/13 6338/25 6351/2 6351/4 6364/2 6368/6 6385/17 6414/18 6447/19 6467/11 6467/24 6471/17 6475/23 6490/1 6503/6 6508/7 6537/11 6540/9 6542/4 6547/13 6562/24 6569/17 6574/4 6576/18 6577/16 6582/14 6584/9 6584/19 6586/22 6587/10 6617/19
I can [22] 6334/12 6346/7 6414/15 6427/5 6514/19 6533/13 6585/18 6588/14 6588/22 6589/9 6592/11 6598/3 6601/10 6605/25 6606/2 6606/9 6606/11 6607/1 6607/2 6607/5 6611/5 6615/15
I can't [8] 6400/18 6427/11 6431/11 6452/25 6575/16 6579/19 6587/7 6619/22
I couldn't [1] 6345/8
I did [35] 6336/17 6363/11 6364/19 6367/10 6367/11 6367/21 6368/23 6369/6 6373/1 6376/5 6376/16 6378/22 6387/3 6387/10 6392/7 6397/15 6410/14 6411/20 6412/2 6453/15 6462/21 6462/25 6472/12 6479/5 6492/24 6497/4 6499/13 6500/22 6501/6 6502/13 6502/22 6509/15

**I did... [3]** 6521/23
6590/23 6595/25

**I didn't [5]** 6373/3
6386/19 6421/14
6589/21 6590/22

**I didn't see [1]** 6409/3

**I don't [23]** 6316/6
6322/9 6324/18 6331/7
6341/3 6349/18 6368/9
6372/6 6408/13
6420/21 6421/6 6421/8
6421/12 6421/17
6422/3 6566/2 6583/8
6583/9 6597/6 6610/19
6616/4 6619/16
6619/25

**I don't have [4]**
6349/20 6422/25
6498/13 6582/4

**I don't recall [6]**
6329/22 6332/11
6334/11 6385/19
6567/9 6576/11

**I gave [1]** 6406/10

**I guess [7]** 6375/13
6391/9 6395/3 6402/1
6577/8 6578/2 6609/4

**I have [73]** 6330/14
6333/25 6337/14
6352/12 6362/22
6378/16 6387/12
6391/25 6399/21
6422/15 6422/15
6428/8 6431/15
6437/10 6437/14
6437/18 6438/3
6438/17 6439/9 6441/3
6441/9 6442/24
6443/22 6444/2 6445/7
6448/1 6454/3 6459/7
6459/10 6460/4
6460/24 6463/4
6469/25 6470/9
6471/21 6471/23
6471/25 6474/10
6474/12 6474/14
6478/4 6482/2 6485/10
6485/14 6485/17
6485/21 6485/23
6486/21 6511/21
6513/5 6513/22
6515/22 6519/15
6520/12 6525/16
6525/20 6528/4
6529/11 6531/21
6536/19 6541/18
6541/20 6544/14
6549/6 6557/8 6559/15
6561/8 6563/17 6568/9
6588/21 6595/8 6597/8
6608/2

**I haven't [1]** 6575/16

**I hope [4]** 6309/24
6429/15 6432/3 6519/7

**I just [17]** 6318/9
6350/9 6408/14
6429/25 6516/2 6533/1

**I'd [58]** 6588/7 6588/8
6588/10 6591/13
6598/12 6608/1
6612/11 6614/3
6618/22 6621/21

**I know [14]** 6313/17
6346/3 6376/20
6421/21 6426/18
6480/24 6535/17
6548/6 6550/5 6552/21
6578/23 6579/2
6594/14 6611/14

**I mean [31]** 6311/18
6315/23 6317/4 6318/6
6320/8 6376/12 6383/5
6383/12 6389/11
6396/21 6398/15
6399/14 6400/18
6414/22 6421/21
6422/10 6422/25
6423/8 6538/16
6566/12 6567/14
6583/6 6589/17
6606/24 6608/18
6611/1 6615/25
6616/14 6619/24
6621/7 6621/10

**I misspoke [1]** 6524/7

**I recall [1]** 6390/22

**I should [6]** 6316/3
6331/12 6346/15
6402/1 6514/16 6604/1

**I strike [1]** 6558/10

**I think [72]** 6311/15
6312/13 6312/23
6314/15 6316/5
6317/24 6318/3 6319/1
6319/18 6319/19
6320/13 6320/21
6321/6 6322/3 6325/13
6328/25 6332/8
6336/12 6338/11
6364/8 6374/7 6385/17
6387/6 6398/22
6400/13 6400/18
6403/6 6403/15 6418/1
6421/1 6421/6 6421/7
6422/12 6422/14
6424/1 6424/3 6426/1
6426/3 6426/22 6429/5
6429/24 6430/17
6486/13 6503/8
6558/5 6558/8 6558/9
6596/14 6601/25
6602/9 6606/10
6607/11 6607/12
6609/6 6610/7 6610/10
6610/17 6610/18
6610/20 6611/11
6611/20 6611/25
6613/2 6614/11
6616/16 6617/4
6617/17 6619/1
6619/11 6621/11

**I thought [2]** 6386/21
6386/21

**I told [2]** 6451/1 6534/9

**I understand [5]**
6396/18 6398/8 6425/9
6578/3 6621/23

**I want [11]** 6309/25
6317/20 6327/10
6344/13 6350/7 6354/9
6359/16 6363/5
6440/24 6598/7 6608/8

**I wanted [2]** 6366/14
6396/24

**I was [23]** 6334/8
6365/2 6367/15
6367/15 6373/25
6377/24 6383/6
6385/17 6394/22
6407/14 6407/20
6408/6 6408/19
6409/21 6436/20
6514/17 6521/23
6534/15 6550/3
6564/15 6586/20
6598/2 6598/22

**I will [10]** 6458/23
6475/24 6490/12
6534/11 6534/19
6559/20 6588/15
6609/13 6610/12
6613/18

**I worked [2]** 6433/25
6433/25

**I would [3]** 6332/24
6333/16 6523/11

**I wouldn't [2]** 6329/2
6542/9

**I'd [21]** 6315/10
6341/22 6361/24
6403/9 6406/4 6426/4
6426/20 6437/3 6463/8
6509/6 6517/4 6520/2
6549/1 6560/23
6563/21 6564/25
6568/21 6568/24
6576/20 6585/21
6621/10

**I'll [34]** 6315/11 6316/8
6316/14 6318/4
6318/11 6319/16
6322/24 6343/5
6355/19 6395/8
6401/21 6411/25
6425/20 6426/7
6426/10 6434/11
6514/20 6515/23
6518/17 6535/17
6536/7 6564/22
6566/12 6567/16
6590/2 6598/9 6601/11
6607/25 6609/20
6609/20 6613/1
6613/14 6616/18
6621/18

**I'm [125]** 6310/12
6315/9 6316/16 6317/4
6320/6 6321/11
6322/20 6323/12
6324/3 6325/9 6325/14
6325/19 6326/12
6327/12 6330/10

**I'm [continued]**
6332/24 6335/17
6336/11 6337/11
6338/20 6338/22
6340/19 6340/21
6340/23 6342/11
6343/20 6344/17
6344/22 6344/23
6347/4 6347/5 6349/5
6350/7 6359/7 6362/1
6365/15 6378/2
6383/15 6384/14
6384/16 6387/19
6403/13 6405/13
6407/24 6411/18
6420/23 6425/13
6426/16 6426/21
6427/25 6428/25
6429/2 6429/3 6431/8
6434/18 6444/3
6447/24 6456/18
6459/4 6466/17
6466/23 6468/18
6473/7 6477/11
6477/12 6483/1 6497/7
6498/15 6513/12
6514/16 6516/2
6516/20 6519/3 6524/7
6526/10 6527/18
6531/5 6535/17
6538/21 6551/16
6558/4 6558/9 6568/17
6568/19 6575/1
6576/12 6577/16
6578/4 6578/23
6579/17 6584/7
6585/16 6586/4 6586/6
6587/3 6588/17 6589/4
6590/16 6591/14
6594/8 6594/9 6595/16
6596/15 6597/17
6598/18 6599/5 6601/9
6601/10 6601/11
6601/14 6603/23
6604/9 6604/10 6606/2
6607/8 6607/24
6609/11 6609/12
6609/18 6616/12
6617/11 6618/11
6620/2

**I'm going [10]** 6322/20
6338/20 6340/19
6362/1 6426/16
6434/18 6568/19
6597/17 6601/9
6609/11

**I'm just [3]** 6331/2
6535/17 6591/14

**I'm not [16]** 6316/16
6335/17 6340/23
6342/11 6359/7 6378/2
6429/3 6514/16
6527/18 6578/4 6586/6
6604/9 6606/2 6609/12
6617/11 6620/2

**I'm not sure [5]** 6317/4
6336/11 6349/5
6579/17 6607/8

**I'm sorry [23]** 6315/9
6324/3 6325/19
6330/25 6344/22
6344/23 6347/4 6350/7
6425/13 6428/25
6429/2 6456/18 6473/7
6477/11 6477/12
6483/1 6497/7 6516/20
6524/7 6526/10
6551/16 6558/4 6558/9

**I've [33]** 6310/10
6334/4 6342/18 6376/3
6382/25 6391/17
6405/22 6421/3
6426/18 6433/16
6433/21 6440/24
6470/2 6470/4 6530/15
6553/19 6585/19
6586/5 6586/5 6589/23
6589/23 6589/24
6594/17 6595/8 6595/9
6599/1 6601/19
6604/16 6606/7
6608/23 6615/12
6617/18 6619/21

**I-10 [1]** 6579/13

**I-30 [2]** 6577/13 6579/3

**icon [1]** 6458/18

**ID [2]** 6351/16 6351/18

**idea [3]** 6566/2
6620/13 6620/15

**identification [5]**
6345/16 6369/16
6369/19 6407/25
6493/5

**identified [6]** 6306/12
6307/3 6585/7 6585/8
6589/23 6592/9

**identifies [1]** 6513/17

**identify [4]** 6346/17
6451/18 6580/7
6589/15

**identifying [2]** 6332/6
6479/18

**ideologies [1]** 6387/7

**ideology [5]** 6383/7
6386/22 6386/23
6387/10 6400/13

**III [3]** 6302/6 6303/2
6309/9

**illegal [7]** 6574/20
6574/23 6575/3 6575/9
6575/14 6575/20
6575/21

**illegitimacy [1]** 6492/5

**illegitimate [3]** 6380/15
6489/18 6491/11

**Illinois [2]** 6539/18
6545/3

**image [1]** 6344/1

**imagery [1]** 6333/23

**imagined [1]** 6608/24

**IMEI [1]** 6444/13

**impact [1]** 6604/5

**impaneled [7]** 6429/22
6430/15 6430/22
6430/24 6431/1 6431/8
6560/13

6649

**impeached [1]** 6321/2
**importance [1]**
6317/15
**important [2]** 6581/4
6600/2
**importantly [1]** 6313/3
**impossibility [1]**
6578/16
**impressions [1]**
6617/23
**imprisoned [1]**
6380/23
**improper [2]** 6571/8
6605/22
**imputed [1]** 6618/17
**inability [1]** 6421/21
**inadvertently [3]**
6423/22 6424/25
6604/18
**inaugural [1]** 6353/21
**inbox [1]** 6323/22
**inception [1]** 6492/6
**inclined [3]** 6601/10
6601/11 6601/14
**include [6]** 6312/21
6343/15 6408/20
6409/3 6410/3 6417/5
**included [1]** 6410/6
**includes [1]** 6617/24
**including [3]** 6311/22
6315/2 6617/21
**incomplete [1]**
6323/16
**incorrect [1]** 6423/18
**incriminate [1]** 6453/4
**incriminating [1]**
6453/3
**inculpatory [1]** 6311/1
**indeed [2]** 6522/6
6580/21
**independent [2]**
6422/19 6599/18
**INDEX [3]** 6306/2
6306/10 6306/20
**Indian [1]** 6405/23
**indicate [6]** 6310/21
6349/8 6349/12 6361/7
6411/12 6438/4
**indicated [8]** 6349/24
6353/2 6363/16
6366/25 6368/19
6398/9 6398/22
6577/12
**indicates [1]** 6410/17
**indicating [3]** 6330/17
6469/20 6510/6
**indication [2]** 6312/8
6375/11
**indications [1]**
6349/12
**indicative [2]** 6312/14
6422/4
**indicted [1]** 6452/4
**indictment [8]** 6319/14
6431/4 6560/19
6561/22 6563/15
6619/13 6619/15

**indictments [1]**
6429/24
**indirectly [1]** 6367/5
**individual [7]** 6341/24
6345/19 6347/11
6367/25 6576/1
6586/10 6615/1
**individuals [24]**
6320/17 6320/18
6332/5 6335/9 6335/12
6335/23 6335/25
6336/1 6338/2 6339/13
6339/16 6340/14
6348/21 6367/13
6434/21 6436/13
6472/2 6473/8 6473/10
6529/15 6537/12
6574/12 6576/8 6585/8
**indulgence [7]**
6434/13 6434/17
6481/8 6527/1 6583/24
6587/14 6614/18
**infantry [1]** 6452/8
**infantryman [1]**
6435/13
**infer [1]** 6319/11
**influence [1]** 6393/15
**inform [2]** 6319/15
6615/4
**information [28]**
6345/24 6346/2
6366/13 6366/19
6367/4 6376/21
6383/20 6387/5 6387/9
6399/17 6440/12
6443/11 6443/13
6443/25 6448/22
6449/11 6449/25
6467/3 6479/18
6480/13 6480/23
6482/18 6496/24
6498/9 6510/20
6510/22 6511/2 6511/8
**informed [1]** 6563/2
**informing [1]** 6616/7
**infrequently [1]**
6602/15
**initial [2]** 6367/16
6388/5
**initially [2]** 6373/25
6431/8
**initiate [1]** 6446/13
**injured [1]** 6386/2
**inner [6]** 6334/9
6383/10 6394/8
6394/20 6394/24
6399/9
**inside [7]** 6316/2
6334/5 6357/11 6360/6
6471/24 6475/9
6505/13
**insistence [2]** 6619/16
6619/17
**insofar [3]** 6319/16
6320/2 6320/14
**install [1]** 6489/19
**installed [1]** 6489/17

**instead [1]** 6396/22
**instruct [1]** 6318/4
**instructed [1]** 6600/22
**instructing [1]** 6452/19
**instruction [3]** 6322/25
6325/15 6406/10
**instructions [5]** 6397/6
6403/17 6427/12
6427/24 6608/6
**insurrection [19]**
6376/12 6377/1
6377/21 6380/18
6394/15 6395/6
6398/10 6398/14
6399/18 6400/6 6401/7
6401/9 6401/13
6484/16 6486/5
6490/15 6492/2
6531/23 6596/12
**insurrection Act [15]**
6376/12 6377/1
6377/21 6380/18
6398/10 6398/14
6399/18 6400/6 6401/7
6401/9 6401/13
6484/16 6486/5
6490/15 6492/2
**intel [4]** 6447/3
6457/10 6458/2 6528/7
**intelligence [2]**
6399/10 6399/15
**intend [7]** 6425/21
6603/22 6603/24
6604/4 6604/7 6608/25
6609/2
**intending [1]** 6604/11
**intent [3]** 6358/7
6366/12 6569/21
**intention [1]** 6621/14
**intents [1]** 6343/3
**interact [1]** 6316/24
**interaction [4]** 6345/15
6370/12 6373/24
6420/3
**interactions [1]**
6347/20
**interest [11]** 6310/9
6310/13 6310/24
6311/5 6311/8 6315/15
6316/17 6316/20
6317/1 6383/16
6613/25
**interim [1]** 6348/25
**international [1]**
6489/21
**Internet [3]** 6368/1
6392/10 6538/6
**interprets [1]** 6400/14
**interrupt [3]** 6315/4
6323/6 6600/5
**interstate [9]** 6410/25
6411/3 6411/6 6417/8
6417/15 6417/24
6418/1 6418/2 6466/10
**interview [1]** 6389/19
**interviewed [4]**
6389/15 6389/18

**interviewing [1]**
6616/22
**interviews [3]** 6615/9
6616/10 6617/6
**introduce [3]** 6362/10
6368/24 6433/9
**introduced [4]** 6324/6
6328/17 6336/12
6421/13
**introduction [1]**
6599/12
**investigate [6]** 6430/16
6430/18 6431/2
6435/25 6436/18
6560/13
**investigated [2]**
6429/23 6436/13
**investigating [2]**
6436/5 6478/1
**investigation [30]**
6320/20 6327/14
6341/13 6346/2
6433/14 6436/19
6437/7 6438/14
6441/17 6441/22
6448/23 6453/13
6456/17 6460/21
6469/23 6475/14
6479/23 6485/8
6492/18 6513/20
6520/3 6525/12 6557/5
6560/8 6570/19 6577/2
6578/10 6581/14
6586/20 6617/21
**investigations [2]**
6405/18 6406/1
**investigator [5]**
6614/25 6616/1 6616/1
6616/5 6617/22
**investigator's [1]**
6617/23
**invoke [6]** 6376/22
6377/21 6394/15
6395/5 6400/6 6401/13
**invoked [2]** 6401/8
6486/6
**involve [1]** 6406/1
**involved [7]** 6328/13
6328/16 6388/19
6388/21 6436/1
6436/17 6569/1
**involves [1]** 6321/20
**involving [2]** 6405/18
6599/4
**iPhone [1]** 6444/12
**Iraq [1]** 6363/2
**irregular [1]** 6540/24
**is [737]**
**is that correct [16]**
6339/3 6339/14 6353/4
6387/25 6395/19
6398/10 6398/23
6409/13 6435/22
6446/19 6449/18
6454/20 6455/21
6456/9 6576/5 6582/16
**is that fair [1]** 6477/20

is that right [2]
6377/21 6400/10
**is there [20]** 6323/16
6344/22 6351/5
6358/22 6381/22
6431/2 6449/2 6449/11
6451/12 6451/21
6452/13 6478/6
6478/10 6482/18
6488/10 6498/12
6566/1 6567/11 6590/4
6606/19
**Isaacks [1]** 6468/19
**island [2]** 6475/9
6475/16
**isn't [5]** 6320/25
6342/12 6390/6
6394/13 6513/10
**issue [22]** 6421/7
6422/15 6422/22
6424/1 6424/3 6424/5
6425/4 6425/5 6425/14
6426/20 6428/2
6429/19 6430/1
6430/22 6455/2
6588/11 6598/23
6605/3 6608/24
6609/18 6612/11
6614/14
**issued [4]** 6381/11
6431/5 6560/19
6563/16
**issues [9]** 6310/1
6404/6 6424/20
6429/16 6593/4
6598/20 6599/6 6612/9
6612/12
**it [559]**
**It includes [1]** 6617/24
**It might [1]** 6617/20
**it would be [4]** 6333/5
6346/21 6566/2 6579/9
**it's [140]** 6317/18
6318/5 6318/20 6320/7
6321/8 6321/14
6321/17 6322/8
6323/20 6323/23
6324/4 6324/12
6325/11 6333/21
6333/22 6334/12
6334/16 6334/19
6335/1 6351/10 6352/5
6353/15 6354/17
6356/15 6356/19
6364/5 6371/20 6373/5
6389/22 6394/12
6396/1 6398/25 6399/4
6403/7 6407/3 6408/2
6409/10 6411/17
6412/1 6413/15 6418/2
6419/9 6420/1 6420/13
6420/16 6420/18
6420/21 6420/24
6420/25 6421/21
6422/22 6423/1 6423/3
6423/5 6423/23
6424/21 6425/23
6426/5 6428/13 6440/7

**it's... [80]** 6441/14
6443/6 6460/15
6461/23 6461/25
6466/23 6467/11
6471/18 6476/20
6482/7 6489/18
6498/14 6505/20
6505/22 6506/13
6506/24 6517/11
6517/11 6518/12
6518/23 6519/4
6522/22 6527/23
6531/23 6534/19
6541/21 6547/21
6551/6 6552/21 6555/3
6558/8 6558/9 6558/9
6569/15 6571/10
6572/1 6572/2 6573/21
6573/21 6573/22
6573/22 6574/3 6575/5
6575/6 6575/21
6575/22 6576/4 6576/9
6576/17 6578/25
6579/7 6579/15
6580/10 6580/23
6584/20 6586/2 6586/8
6586/13 6587/23
6588/2 6589/17
6589/18 6592/7 6594/3
6597/10 6600/8 6600/9
6600/18 6601/25
6602/11 6603/8
6604/21 6607/2 6608/3
6616/8 6617/15
6617/18 6617/19
6618/6 6620/8
**item [3]** 6444/10
6476/2 6505/15
**items [6]** 6423/17
6503/17 6504/23
6506/22 6508/22
6573/3
**its [18]** 6310/14
6310/21 6316/6
6320/24 6322/9
6323/10 6324/15
6347/16 6418/18
6479/10 6488/12
6537/3 6572/1 6572/1
6602/12 6612/4
6612/16 6612/18
**itself [6]** 6323/18
6397/1 6573/19
6585/22 6586/4
6587/25

**J**

**J-a-s-o-n [1]** 6362/11
**J-e-n-n-i-f-e-r [1]**
6405/10
**J-o-h-n [1]** 6433/12
**J01643 [3]** 6503/21
6509/12 6509/24
**Jack [2]** 6402/13
6402/17
**jail [1]** 6503/7
**James [47]** 6303/7

6368/8 6368/12
6373/25 6374/8 6413/4
6416/1 6435/12
6447/12 6454/19
6455/12 6455/13
6455/17 6458/6
6458/10 6458/17
6459/1 6460/1 6469/17
6469/19 6469/24
6470/2 6470/8 6471/12
6472/18 6473/1
6473/13 6476/3 6483/1
6483/15 6484/7
6484/14 6484/18
6484/22 6484/22
6485/1 6486/8 6570/20
6570/21 6571/16
6581/6 6581/7 6581/18
6581/24 6582/18
**James' [13]** 6414/9
6414/22 6453/25
6454/2 6454/22 6455/8
6457/22 6470/16
6470/18 6472/11
6475/19 6483/17
6484/9
**jamming [1]** 6516/21
**Jan. [3]** 6315/10
6358/5 6361/1
**January [174]** 6315/8
6315/9 6316/7 6317/11
6328/20 6336/24
6354/3 6354/20
6358/23 6359/6
6359/10 6359/14
6363/6 6363/20 6386/4
6388/25 6391/4 6391/4
6391/9 6391/11
6407/10 6407/10
6407/15 6409/4
6409/20 6409/20
6410/14 6411/11
6415/18 6415/20
6416/8 6416/8 6422/1
6430/14 6430/16
6431/2 6431/5 6431/10
6433/23 6435/10
6435/15 6436/1 6437/5
6437/9 6437/19
6437/25 6440/16
6446/6 6447/5 6447/18
6448/18 6449/10
6451/9 6456/19
6457/24 6458/4
6458/25 6459/12
6461/21 6462/7 6465/2
6465/9 6467/20
6468/14 6472/17
6472/17 6483/2
6484/13 6485/6 6486/3
6486/15 6486/19
6487/19 6492/20
6492/23 6492/23
6496/22 6498/8
6498/10 6498/16
6498/18 6498/21
6499/10 6499/15

6499/25 6500/6
6500/14 6500/20
6501/4 6501/8 6501/14
6501/18 6502/5
6502/10 6503/16
6513/3 6520/6 6520/11
6521/4 6521/16 6522/3
6522/13 6523/5
6524/17 6525/2
6525/15 6525/19
6526/3 6529/3 6530/3
6531/1 6531/9 6531/14
6531/23 6533/18
6534/7 6536/14
6537/15 6537/19
6537/24 6538/6
6540/13 6541/7
6541/14 6542/9
6542/19 6543/13
6543/23 6544/5
6544/22 6545/5
6545/15 6547/19
6548/5 6548/13
6550/10 6550/25
6554/2 6556/2 6556/3
6556/19 6556/22
6557/2 6557/7 6559/1
6559/16 6560/2
6560/11 6560/14
6560/22 6561/23
6562/13 6563/11
6563/16 6565/20
6567/5 6567/7 6567/10
6572/13 6572/13
6584/10 6584/12
6584/22 6585/6
6586/12 6586/16
6590/25 6591/3
6594/13 6596/3 6596/8
6596/20
**January 11th [1]**
6486/15
**January 12th [1]**
6467/20
**January 6th [42]**
6315/8 6354/3 6358/23
6359/6 6359/10
6409/20 6422/1
6430/16 6437/5 6437/9
6447/5 6492/20
6492/23 6496/22
6498/8 6498/16 6513/3
6520/6 6520/11 6521/4
6525/15 6525/19
6526/3 6531/9 6531/14
6531/23 6537/24
6538/6 6544/5 6545/5
6554/2 6560/14
6562/13 6584/12
6584/22 6585/6
6586/12 6586/16
6590/25 6591/3 6596/3
6596/8
**January 7th [16]**
6315/9 6407/10
6410/14 6437/19
6437/25 6440/16

6521/12 6522/13
6530/3 6531/1 6543/13
6550/25 6556/3
6596/20
**Jason [6]** 6361/16
6362/4 6362/11
6435/17 6485/9 6486/4
**JC [1]** 6324/3
**jcrisp [1]** 6303/16
**Jeffrey [2]** 6302/14
6309/13
**jeffrey.nestler [1]**
6302/20
**Jencks [16]** 6614/9
6614/10 6614/22
6614/24 6615/10
6615/23 6616/10
6616/19 6616/20
6617/2 6617/8 6617/15
6618/16 6618/19
6618/20 6618/23
**JENNIFER [2]** 6405/2
6405/10
**Jenny [4]** 6402/12
6404/17 6406/5
6462/20
**Jess [3]** 6442/18
6530/14 6553/18
**Jess Watkins [1]**
6442/18
**Jessica [14]** 6303/14
6309/11 6330/18
6351/16 6357/9 6435/4
6439/6 6447/11 6520/9
6520/24 6525/14
6529/2 6556/23
6560/18
**Jessica Watkins [10]**
6357/9 6435/4 6439/6
6447/11 6520/9
6520/24 6525/14
6529/2 6556/23
6560/18
**jlbrightlaw [1]** 6303/9
**John [4]** 6432/7 6433/2
6433/10 6559/22
**Johnson [1]** 6410/22
**Johnston [1]** 6303/11
**join [4]** 6316/11 6317/6
6317/21 6368/17
**joined [2]** 6330/2
6528/4
**joining [3]** 6317/7
6319/6 6332/17
**joint [1]** 6403/5
**jokingly [1]** 6374/4
**Jonathan [2]** 6303/14
6309/19
**Joshua [36]** 6413/4
6414/9 6414/22
6435/12 6447/12
6453/25 6454/1
6454/19 6455/12
6455/13 6455/17
6469/17 6470/18
6471/12 6473/1
6473/13 6475/19

6511/20 6513/4
6513/17 6513/24
6514/6 6514/11 6515/3
6516/11 6516/16
6570/20 6570/21
6581/6 6581/7 6581/18
6581/24 6582/18
**Joshua James [16]**
6413/4 6435/12
6447/12 6454/19
6455/13 6455/17
6473/1 6473/13 6476/3
6570/20 6570/21
6581/6 6581/7 6581/18
6581/24 6582/18
**Joshua James' [3]**
6414/9 6453/25
6475/19
**Jr [2]** 6303/10 6304/2
**judge [5]** 6302/10
6319/17 6372/5 6600/9
6605/3
**judicial [3]** 6430/3
6430/9 6612/4
**Juli [3]** 6304/6 6309/17
6584/7
**JULIA [1]** 6304/7
**jumped [2]** 6326/12
6516/2
**Junction [7]** 6467/25
6468/20 6468/23
6577/7 6578/11
6578/15 6578/21
**juncture [1]** 6603/15
**June [2]** 6434/25
6435/13
**jurors [2]** 6431/20
6601/13
**jury [113]** 6302/9
6313/18 6314/2 6318/4
6318/11 6319/15
6320/12 6320/13
6320/15 6320/15
6321/2 6321/7 6322/16
6323/2 6324/1 6324/2
6324/14 6324/19
6325/2 6325/3 6331/14
6343/7 6362/10
6362/23 6379/25
6402/9 6404/12
6404/13 6405/9
6405/20 6408/3
6415/14 6416/24
6419/13 6425/22
6426/2 6426/4 6426/18
6427/2 6429/12
6429/20 6429/22
6429/23 6430/14
6430/18 6430/20
6431/7 6431/25 6432/1
6433/9 6436/4 6440/2
6444/8 6445/21 6457/2
6461/20 6464/23
6471/4 6476/13
6476/19 6477/1 6480/9
6480/19 6481/10
6484/1 6487/16 6489/5

**jury... [46]** 6489/10
6489/13 6490/10
6491/24 6497/6 6498/5
6504/19 6504/22
6509/2 6510/18
6512/14 6518/15
6519/18 6519/19
6521/14 6524/10
6526/23 6527/9
6527/16 6530/2 6543/9
6558/20 6560/8
6560/12 6560/19
6561/19 6561/22
6565/17 6581/11
6592/1 6592/20
6592/22 6593/20
6594/20 6597/15
6598/1 6598/24
6599/15 6600/10
6600/21 6600/22
6601/21 6602/5 6604/7
6606/4 6609/22
**jury's [4]** 6321/14
6322/6 6330/16
6427/18
**just [244]** 6309/25
6312/23 6318/9
6318/11 6319/16
6322/23 6322/24
6323/5 6323/7 6323/8
6323/10 6323/22
6324/20 6325/14
6330/6 6331/2 6331/14
6333/3 6334/5 6334/8
6336/2 6337/6 6337/9
6338/21 6339/14
6341/9 6341/22 6342/1
6344/9 6346/8 6347/10
6348/5 6350/9 6350/24
6352/25 6365/24
6367/14 6370/15
6370/17 6371/19
6372/1 6372/5 6373/21
6374/18 6376/3
6377/12 6377/19
6377/24 6379/5 6379/7
6380/24 6388/15
6389/11 6390/17
6390/18 6394/20
6395/17 6396/22
6398/12 6398/13
6400/4 6401/24
6403/11 6403/22
6406/9 6408/14
6409/12 6410/21
6411/3 6412/1 6412/12
6412/14 6412/15
6413/13 6414/15
6417/4 6417/10
6417/13 6420/12
6420/18 6420/25
6421/13 6422/2
6423/23 6426/4
6426/24 6427/9
6429/10 6429/25
6430/11 6434/9
6434/11 6434/11

6438/23 6441/6
6444/19 6449/16
6453/16 6454/17
6456/7 6458/18
6458/19 6460/25
6461/12 6463/9 6464/4
6464/4 6465/19
6469/18 6469/19
6470/10 6470/12
6474/4 6474/21 6475/8
6477/6 6477/19 6478/2
6479/12 6480/18
6481/23 6482/1 6483/7
6486/22 6488/8
6488/16 6489/6
6489/10 6491/15
6493/4 6493/12
6494/19 6495/4
6495/13 6497/8
6497/18 6499/2 6503/8
6505/9 6505/15 6507/5
6507/8 6508/22 6509/2
6509/16 6509/23
6511/23 6514/1 6514/4
6516/2 6516/3 6517/18
6518/17 6520/13
6523/12 6523/14
6525/23 6528/21
6528/22 6531/2 6532/8
6532/12 6532/14
6532/17 6533/1
6535/17 6535/22
6537/16 6538/16
6541/20 6542/14
6542/16 6543/13
6543/18 6543/18
6544/12 6548/21
6549/18 6550/3 6550/5
6550/18 6550/20
6550/20 6551/23
6552/14 6552/17
6555/6 6555/22 6556/5
6556/10 6557/9
6557/11 6558/4 6558/7
6560/23 6566/14
6572/19 6574/3 6574/7
6584/8 6588/10
6588/15 6588/15
6588/17 6590/2
6590/12 6591/6
6591/13 6591/14
6591/19 6591/25
6592/24 6595/16
6595/19 6597/22
6597/24 6598/4 6598/6
6598/12 6601/10
6603/5 6604/15
6604/16 6605/24
6608/1 6609/13
6609/13 6609/15
6611/6 6611/10
6611/13 6612/11
6613/3 6614/3 6616/18
6617/22 6618/13
6618/18 6618/22
6619/8 6621/16
6621/21

**K**

6436/12 6436/16
6605/3

**Kamala [1]** 6380/21
**Kandaris [9]** 6463/18
6463/21 6464/2
6468/12 6468/16
6468/22 6469/5
6576/24 6578/4
**kangaroo [1]** 6503/21
**Kate [1]** 6557/25
**Kathryn [2]** 6302/14
6309/13
**kathryn.rakoczy [1]**
6302/19
**keep [9]** 6375/24
6384/19 6421/23
6452/7 6525/9 6538/21
6569/23 6577/23
6608/4
**Keeper [6]** 6440/7
6443/15 6455/13
6540/10 6544/4 6545/3
**Keepers [45]** 6316/11
6316/13 6316/22
6317/5 6317/7 6317/12
6317/21 6335/15
6354/13 6354/21
6357/24 6367/24
6380/11 6381/19
6390/2 6390/17
6390/18 6390/20
6440/9 6440/11
6440/20 6442/1
6442/11 6442/22
6445/3 6452/1 6453/9
6456/2 6463/22 6488/4
6489/15 6493/10
6494/4 6508/10 6516/9
6517/23 6527/17
6531/13 6539/9
6543/19 6544/23
6562/12 6562/25
6583/17 6588/3
**Keepers' [1]** 6442/4
**keeping [1]** 6423/21
**Kelly [25]** 6304/2
6309/10 6357/8 6360/7
6360/15 6360/17
6360/20 6414/23
6447/11 6484/6 6558/5
6558/24 6559/4 6561/5
6561/10 6565/8
6566/20 6581/18
6581/25 6582/2 6584/7
6584/12 6585/3
6586/16 6588/16
**Kelly Meggs [14]**
6357/8 6360/15
6360/20 6447/11
6559/4 6566/20
6581/18 6581/25
6582/2 6584/7 6584/12
6585/3 6586/16
6588/16
**Kelly Meggs' [3]**

**Kellye [16]** 6360/15
6361/3 6374/14
6374/15 6374/17
6374/23 6409/19
6420/2 6436/22
6444/11 6444/12
6445/2 6445/6 6447/12
6461/23 6580/11
**Kellye SoRelle [11]**
6360/15 6361/3
6374/14 6374/15
6374/17 6409/19
6420/2 6444/11
6444/12 6447/12
6461/23
**Kellye SoRelle's [1]**
6445/6
**KELSEY [1]** 6327/2
**Kenneth [6]** 6304/11
6309/10 6357/9 6435/1
6562/5 6567/18
**Kenneth Harrelson [3]**
6357/9 6435/1 6567/18
**Kentucky [4]** 6449/18
6450/8 6539/10
6540/10
**kept [3]** 6478/24
6479/10 6510/2
**key [2]** 6617/19
6617/21
**Kill [1]** 6453/10
**killed [1]** 6380/24
**kind [24]** 6319/12
6320/1 6321/25
6327/10 6327/12
6341/23 6352/21
6362/17 6383/8
6383/14 6383/15
6394/20 6395/21
6420/17 6436/8
6438/10 6478/16
6492/25 6527/20
6568/21 6572/15
6576/21 6580/4
6615/17
**kindly [1]** 6614/13
**kinds [1]** 6321/9
**Kingsport [1]** 6410/23
**kit [5]** 6352/12 6352/15
6352/17 6504/8 6507/1
**kitchen [3]** 6472/3
6475/9 6475/15
**kitchen/living [1]**
6472/3
**kits [1]** 6352/16
**KM62 [2]** 6593/21
6593/22
**knew [9]** 6313/5
6313/14 6322/12
6329/14 6368/19
6374/3 6374/22
6580/25 6581/3
**knife [6]** 6508/16
6508/17 6508/18
6508/18 6508/19
6508/20
**knives [1]** 6504/4

**knock [1]** 6516/19
**know [141]** 6311/18
6313/17 6314/9
6314/10 6314/23
6315/3 6315/12
6315/12 6316/14
6318/11 6319/10
6319/11 6320/11
6322/11 6328/14
6329/2 6329/3 6330/1
6330/1 6336/11
6336/16 6342/15
6346/3 6349/9 6351/5
6351/6 6351/7 6363/25
6365/8 6367/18
6369/10 6372/25
6374/1 6374/2 6374/5
6374/15 6374/17
6376/15 6376/20
6383/1 6383/10
6383/18 6384/14
6384/16 6385/16
6386/1 6386/2 6393/21
6393/23 6394/2
6394/15 6394/19
6397/2 6397/12
6398/13 6399/14
6403/14 6408/1
6420/19 6421/21
6423/1 6424/23
6426/10 6426/18
6426/22 6434/10
6466/8 6467/22
6468/19 6468/21
6470/15 6472/18
6480/24 6489/25
6525/4 6533/13 6535/1
6535/6 6535/17 6540/7
6541/12 6541/16
6541/21 6542/3
6547/12 6548/6 6548/8
6550/5 6552/21
6562/22 6566/12
6569/24 6570/21
6575/20 6575/21
6575/23 6576/6 6577/5
6578/5 6578/5 6578/9
6578/23 6578/24
6579/2 6580/18 6581/2
6581/5 6583/5 6583/6
6583/10 6583/13
6585/14 6588/4 6588/5
6588/9 6588/9 6588/10
6593/18 6594/14
6594/15 6597/4
6602/17 6603/13
6608/1 6608/2 6608/3
6608/7 6608/11
6610/13 6610/16
6611/2 6611/5 6611/9
6611/12 6611/14
6613/1 6613/21
6615/23 6615/25
6617/7 6617/15
**knowing [2]** 6603/18
6604/19
**knowingly [1]** 6570/15
**knowledge [20]**

**knowledge... [20]**
6322/14 6332/18
6334/23 6336/8
6345/19 6349/9
6349/19 6421/18
6422/19 6569/9
6570/19 6575/22
6575/23 6577/19
6579/24 6580/1 6582/2
6582/25 6583/4
6583/15
**known [9]** 6313/7
6391/16 6391/17
6393/25 6417/14
6440/8 6559/15
6571/22 6585/3
**knows [1]** 6590/9
**Knoxville [1]** 6449/20

**L**

**L-a-w-r-e-n-c-e [1]**
6605/15
**LA [1]** 6303/11
**label [1]** 6505/7
**labeled [4]** 6332/8
6444/15 6464/5
6523/13
**lack [2]** 6409/8 6409/9
**ladies [13]** 6371/19
6402/3 6406/9 6419/6
6432/3 6433/9 6434/20
6444/9 6476/1 6503/16
6519/21 6560/11
6597/11
**laid [2]** 6423/23
6494/12
**land [1]** 6383/13
**landings [1]** 6334/10
**lapse [1]** 6353/10
**largely [1]** 6480/24
**larger [1]** 6588/24
**LASSITER [1]** 6303/3
**last [55]** 6316/6
6317/24 6318/4
6322/25 6323/14
6325/13 6325/13
6362/11 6368/8
6368/12 6377/10
6377/13 6377/14
6384/7 6384/11 6385/5
6386/16 6403/6
6403/7 6405/10
6407/14 6409/1 6410/5
6414/12 6416/20
6418/22 6423/20
6424/22 6429/1
6435/24 6448/2 6448/8
6448/11 6462/23
6471/18 6481/1
6482/15 6501/24
6507/14 6511/12
6513/24 6513/24
6513/25 6516/14
6516/16 6523/4 6531/4
6548/22 6585/21
6588/22 6589/22
6594/3 6606/8 6610/8

**late [5]** 6424/22 6483/2
6543/20 6546/24
6605/3
**later [18]** 6312/9
6324/5 6324/7 6326/4
6353/16 6358/23
6367/20 6408/22
6451/21 6467/8 6522/3
6527/25 6540/13
6545/15 6551/9 6559/8
6559/16 6612/9
**latter [3]** 6427/6
6567/10 6620/8
**law [26]** 6304/3 6304/7
6319/20 6319/21
6345/15 6352/14
6359/10 6373/5
6380/12 6386/2 6386/3
6397/25 6398/13
6398/23 6399/1 6399/2
6399/5 6400/14
6424/15 6426/17
6427/17 6514/16
6514/17 6516/12
6602/22 6611/24
**lawn [3]** 6303/3 6303/7
6468/9
**Lawrence [4]** 6605/14
6605/15 6605/18
6606/22
**Lawrence's [1]**
6605/21
**laws [1]** 6570/14
**lawyer [9]** 6351/22
6352/19 6354/5
6357/17 6358/9
6359/12 6360/8 6393/9
6393/11
**lay [1]** 6423/12
**lays [1]** 6319/19
**lead [1]** 6609/12
**leader [3]** 6316/21
6318/18 6455/14
**leadership [35]**
6327/11 6327/15
6327/16 6328/8
6329/15 6329/20
6330/13 6330/18
6445/3 6446/1 6446/19
6446/25 6447/3
6457/10 6457/13
6458/2 6458/2 6487/25
6491/3 6584/10
6584/13 6586/1
6586/16 6588/14
6589/8 6589/16
6589/17 6590/1
6590/21 6592/6 6592/9
6592/12 6594/5
6594/11 6594/22
**leading [3]** 6318/22
6481/21 6559/23
**learn [5]** 6334/9
6367/20 6367/22
6468/20 6478/2
**leased [1]** 6321/24
**least [18]** 6312/10

6322/11 6375/5 6424/4
6428/2 6447/5 6483/5
6486/14 6546/25
6583/7 6602/20
6606/24 6611/8 6614/5
6615/25
**leave [14]** 6316/10
6317/5 6317/20
6410/16 6428/2
6452/18 6546/11
6547/16 6548/3
6582/21 6583/13
6587/25 6595/3
6609/13
**leaves [3]** 6415/5
6587/17 6588/7
**leaving [16]** 6316/13
6316/13 6316/14
6317/7 6318/14
6318/18 6336/9
6336/16 6336/22
6365/16 6412/21
6458/16 6539/18
6546/6 6559/22 6583/2
**led [3]** 6312/17 6532/5
6591/2
**Lee [2]** 6303/7 6309/15
**left [35]** 6310/1 6323/9
6323/11 6335/8 6336/8
6336/11 6336/17
6341/24 6342/17
6343/20 6356/4 6361/3
6369/14 6404/8 6417/4
6447/20 6456/8 6471/9
6473/12 6511/2 6522/8
6532/14 6548/7
6552/18 6553/6 6554/7
6555/11 6555/24
6583/11 6593/4
6593/14 6595/1 6595/9
6608/20 6610/7
**left-hand [1]** 6335/8
**legacy [1]** 6452/25
**legal [10]** 6309/25
6325/7 6400/17
6569/11 6571/3
6571/17 6572/1
6575/18 6576/17
6610/21
**legally [4]** 6571/15
6571/18 6576/9
6576/15
**legislators [1]** 6381/11
**length [1]** 6419/2
**less [6]** 6351/7 6421/5
6506/19 6506/23
6519/7 6602/9
**lessened [1]** 6393/17
**lest [1]** 6563/10
**let [28]** 6318/11
6368/17 6369/10
6372/24 6377/18
6388/23 6403/14
6420/19 6451/5
6451/25 6452/8 6453/1
6462/17 6468/19
6492/12 6513/6

6566/12 6581/4
6585/18 6588/12
6595/18 6609/9 6613/1
6615/23 6617/7
6617/15
**let's [37]** 6325/1
6350/23 6351/20
6352/23 6354/1
6355/15 6356/6 6357/5
6357/13 6357/17
6360/7 6360/11
6366/17 6373/17
6382/8 6384/16
6384/18 6391/3 6402/5
6412/15 6416/3
6416/19 6424/20
6437/11 6469/17
6472/22 6492/3 6513/7
6513/11 6518/11
6549/20 6566/10
6592/13 6594/18
6607/15 6610/3
6612/24
**let's see [2]** 6391/3
6549/20
**lethal [2]** 6351/8
6573/25
**lets [1]** 6535/5
**letter [3]** 6387/1
6511/12 6527/17
**letters [7]** 6381/19
6392/10 6392/14
6392/17 6392/19
6393/2 6395/4
**level [4]** 6393/16
6393/17 6491/1
6517/24
**liability [9]** 6310/15
6310/19 6311/12
6311/16 6312/18
6313/2 6313/22
6314/25 6315/6
**Liberty [1]** 6503/23
**Library [1]** 6348/12
**licensed [1]** 6569/20
**life [1]** 6474/9
**light [3]** 6474/22
6501/1 6503/22
**lights [3]** 6491/5
6508/5 6508/5
**like [71]** 6312/25
6318/21 6333/16
6334/16 6341/22
6361/25 6368/1
6371/16 6374/4 6376/3
6376/11 6378/3
6380/24 6381/13
6382/24 6383/6
6383/11 6384/18
6388/15 6393/15
6396/10 6397/11
6397/24 6403/16
6414/18 6426/4
6426/20 6428/9 6437/3
6438/10 6439/10
6448/11 6451/5 6455/3
6456/13 6463/8

6475/21
6476/16 6482/24
6506/24 6509/6
6514/16 6515/11
6517/4 6520/2 6521/21
6522/20 6523/11
6527/17 6532/4
6535/18 6539/19
6540/16 6541/25
6549/1 6560/23
6563/21 6564/25
6566/13 6568/21
6568/24 6572/12
6574/14 6576/20
6583/17 6587/11
6590/13 6611/1 6611/4
6614/5
**likely [8]** 6315/1
6335/1 6420/17
6466/10 6535/23
6570/1 6581/12 6620/2
**limitations [1]** 6568/5
**limiting [2]** 6322/24
6325/15
**Lincoln [1]** 6381/10
**Linder [7]** 6303/2
6303/3 6309/15
6387/14 6387/21
6401/6 6610/6
**line [5]** 6312/13
6540/16 6575/1 6598/4
6598/6
**lines [3]** 6576/9
6576/16 6585/20
**link [12]** 6382/1
6514/22 6515/4 6515/8
6515/13 6531/18
6531/20 6532/5
6532/24 6553/1
6553/22 6555/18
**list [6]** 6423/20 6425/2
6426/5 6429/14
6617/19 6617/20
**listed [5]** 6444/13
6455/19 6478/21
6478/23 6482/2
**listen [3]** 6370/7
6448/21 6491/7
**listened [4]** 6373/9
6376/3 6377/19
6485/13
**lists [2]** 6403/11
6407/4
**litany [1]** 6420/17
**little [31]** 6342/1
6343/20 6346/6
6362/23 6363/13
6366/17 6383/8 6392/7
6402/6 6402/19
6408/12 6412/8 6415/6
6419/7 6420/25
6433/19 6436/24
6449/20 6449/20
6467/8 6488/11 6520/3
6527/25 6528/9
6540/13 6545/15
6550/6 6576/23
6588/24 6591/7

**little... [1]** 6591/13
**live [7]** 6362/14 6374/4
6434/2 6434/4 6472/6
6511/14 6579/2
**lived [5]** 6321/23
6373/12 6436/11
6436/14 6511/20
**living [5]** 6362/17
6405/12 6472/3 6503/1
6503/2
**LLC [2]** 6303/14
6304/12
**located [3]** 6346/16
6472/2 6497/15
**locating [1]** 6448/1
**location [9]** 6359/13
6359/20 6360/1 6365/1
6449/17 6449/17
6466/20 6468/9
6539/25
**lodge [1]** 6426/9
**log [1]** 6546/10
**logical [2]** 6579/6
6579/19
**logo [1]** 6508/10
**LOL [2]** 6536/12
6544/14
**long [22]** 6381/19
6388/7 6391/4 6391/9
6391/16 6402/14
6409/11 6433/15
6488/6 6488/7 6514/18
6515/25 6566/10
6574/21 6575/12
6576/17 6582/18
6609/9 6610/7 6610/20
6612/13 6621/17
**longer [3]** 6519/6
6611/3 6619/7
**longest [1]** 6610/11
**look [60]** 6321/8
6327/15 6327/23
6330/8 6342/16 6369/9
6389/10 6403/9
6406/14 6408/17
6411/23 6411/25
6414/8 6416/3 6419/9
6422/3 6424/24 6426/8
6426/17 6427/16
6439/10 6442/17
6455/15 6455/16
6457/16 6459/25
6465/12 6465/15
6466/14 6467/15
6472/9 6473/3 6475/14
6478/6 6482/11
6492/22 6495/22
6505/9 6505/13
6521/25 6532/4
6534/19 6550/18
6557/11 6565/2
6566/11 6584/15
6585/22 6588/15
6591/8 6597/13 6600/7
6600/18 6601/8
6601/10 6601/20
6608/2 6611/1 6612/25

**looked [16]** 6310/11
6311/6 6313/13
6313/19 6336/5
6403/21 6412/25
6414/4 6437/15 6478/2
6496/19 6496/23
6497/19 6514/1
6531/20 6585/19
**looking [35]** 6318/24
6329/4 6331/14
6334/19 6334/19
6348/12 6367/23
6380/3 6380/5 6407/6
6408/3 6409/16 6411/8
6413/2 6413/19
6415/14 6416/4
6441/22 6442/5
6445/24 6445/25
6449/7 6471/10
6488/21 6505/8
6511/17 6516/23
6517/18 6527/24
6533/15 6543/13
6548/15 6550/3
6584/17 6585/25
**looks [5]** 6334/16
6353/25 6477/3
6515/11 6541/25
**losing [1]** 6327/12
**lot [9]** 6324/17 6363/24
6364/22 6364/24
6366/1 6524/21
6594/17 6597/2
6601/12
**lots [1]** 6328/12
**loud [3]** 6362/9 6433/8
6457/18
**Louis [3]** 6302/15
6309/14 6405/24
**Louisiana [2]** 6390/12
6465/22
**Louisville [1]** 6442/23
**Love [1]** 6533/7
**lower [6]** 6338/22
6338/23 6340/21
6341/24 6507/3
6573/17
**lug [1]** 6506/2
**lunch [9]** 6418/21
6419/3 6419/7 6419/10
6428/15 6430/1 6432/4
6611/6 6621/12
**lure [1]** 6491/8
**lying [1]** 6534/20

**M**

**m-a-t-e-r-i-e-l [1]**
6528/9
**M-o-o-r-e [1]** 6433/12
**M.O [1]** 6522/23
**MA [1]** 6358/17
**ma'am [12]** 6379/11
6382/18 6405/8 6433/7
6450/10 6474/2 6550/9
6572/23 6584/5 6585/4
6593/3 6597/9
**machine [1]** 6444/16

**made [36]** 6310/7
6310/16 6311/15
6312/15 6313/23
6314/2 6314/6 6315/1
6315/18 6315/22
6321/16 6322/2
6322/16 6370/12
6372/19 6383/8 6404/2
6426/25 6453/8
6462/23 6486/2 6486/3
6498/23 6500/1 6501/4
6501/14 6502/2
6514/18 6520/9 6522/2
6523/7 6558/7 6569/11
6570/10 6581/15
6612/6
**MAGA [1]** 6528/7
**magazine [12]** 6499/4
6499/4 6504/4 6504/7
6505/22 6505/25
6506/4 6506/24
6506/25 6507/11
6507/11 6508/9
**magazines [4]** 6499/18
6500/3 6501/1 6506/5
**mail [2]** 6442/19
6443/6
**maintain [2]** 6478/16
6478/17
**maintenance [3]**
6499/5 6501/1 6501/21
**majority [1]** 6380/20
**make [55]** 6314/8
6322/6 6325/7 6373/4
6375/13 6378/15
6388/4 6396/24
6408/14 6409/6
6410/11 6412/1 6427/4
6429/15 6440/25
6446/12 6451/19
6451/19 6458/13
6460/16 6495/18
6495/19 6500/6
6506/19 6513/6
6513/10 6521/25
6522/13 6546/25
6558/8 6570/4 6574/8
6574/11 6580/21
6586/1 6588/24 6591/6
6598/7 6598/13 6601/8
6601/13 6601/22
6602/4 6603/22
6603/24 6604/15
6606/9 6606/11
6607/20 6610/3 6611/5
6613/24 6614/14
6616/16 6618/22
**makes [9]** 6315/7
6319/22 6419/8 6428/1
6428/13 6503/4
6540/15 6573/18
6599/14
**making [5]** 6310/14
6425/8 6585/15 6619/8
6621/7
**man [4]** 6381/17
6471/9 6473/16

**management [1]**
6433/20
**manifestation [1]**
6320/4
**manner [4]** 6393/19
6569/6 6574/13
6575/25
**mansion [3]** 6358/17
6358/21 6358/23
**manufacturer [2]**
6460/15 6478/20
**manufacturing [2]**
6433/20 6478/7
**many [6]** 6353/24
6375/3 6496/24
6524/20 6574/13
6616/1
**Manzo [8]** 6302/15
6309/14 6322/12
6322/13 6404/16
6609/21 6613/10
6613/18
**Manzo's [2]** 6321/8
6321/16
**map [11]** 6343/15
6346/20 6408/4
6409/12 6410/19
6411/1 6411/17
6411/24 6416/12
6497/14 6502/1
**March [3]** 6528/7
6567/21 6568/8
**Marine [1]** 6435/18
**mark [13]** 6335/20
6339/9 6340/11
6344/18 6454/19
6455/24 6456/1
6530/15 6553/18
6588/15 6609/20
6609/20 6609/24
**Mark Grods [3]**
6454/19 6455/24
6456/1
**marked [9]** 6330/4
6338/19 6493/5
6572/16 6592/21
6613/9 6613/10
6613/12 6613/13
**market [1]** 6575/13
**marking [1]** 6407/24
**married [2]** 6573/24
**Mary [2]** 6503/21
6503/24
**mask [3]** 6361/23
6361/25 6362/1
**mass [2]** 6339/12
6491/12 6492/7
**massive [1]** 6489/19
**match [2]** 6553/8
6554/6
**matched [1]** 6328/4
**material [3]** 6528/14
6617/8 6618/20
**materials [5]** 6615/12
6616/10 6617/5
6617/13 6617/13
**materiel [2]** 6528/6

**matter [10]** 6429/23
6560/9 6568/22
6573/11 6577/24
6582/5 6597/23
6598/14 6615/8 6623/4
**matters [1]** 6322/22
**Matthew [1]** 6527/12
**may [53]** 6311/4
6313/17 6313/17
6313/25 6317/16
6322/18 6326/16
6329/13 6330/23
6338/14 6361/13
6369/15 6372/2
6379/25 6380/1 6389/3
6389/4 6389/6 6389/15
6397/16 6400/17
6400/17 6401/18
6425/13 6430/2 6435/8
6440/2 6440/3 6462/9
6476/19 6476/20
6483/1 6498/14 6506/3
6511/9 6511/19
6514/18 6519/9 6520/5
6546/11 6568/21
6574/16 6583/11
6602/12 6603/4
6603/11 6607/12
6609/25 6614/3
6616/25 6617/25
6617/25 6619/22
**maybe [16]** 6316/6
6316/14 6391/17
6391/17 6423/4
6424/18 6522/18
6527/19 6527/20
6541/20 6590/14
6590/14 6592/11
6600/5 6608/18 6610/9
**MD [1]** 6304/18
**me [96]** 6312/18
6313/20 6315/4 6315/8
6316/10 6316/10
6316/11 6317/5 6317/6
6317/6 6318/6 6321/15
6323/21 6326/18
6329/3 6331/23 6332/9
6335/24 6343/17
6344/8 6349/25 6350/8
6367/14 6368/20
6370/22 6371/9 6374/3
6376/4 6377/18
6378/15 6380/8 6383/8
6387/10 6388/23
6391/1 6392/22
6395/11 6403/14
6411/14 6419/20
6420/11 6420/19
6421/8 6426/20 6443/9
6451/5 6451/25 6452/8
6453/1 6462/17 6513/6
6513/14 6514/22
6515/11 6516/19
6522/8 6522/8 6522/9
6531/4 6536/6 6541/18
6541/21 6542/13
6546/12 6546/23

me... [31]  6559/5
6566/12 6568/20
6569/25 6572/25
6573/11 6582/14
6586/23 6588/12
6589/20 6590/2
6590/19 6595/18
6601/8 6601/20
6604/24 6606/3
6606/23 6607/19
6607/23 6608/13
6609/4 6609/9 6612/18
6612/24 6613/1
6614/13 6615/23
6617/7 6617/15 6622/5
mean [50]  6311/18
6315/23 6316/13
6317/4 6318/6 6320/8
6320/23 6321/2
6324/20 6352/15
6364/24 6376/12
6378/2 6378/6 6383/5
6383/12 6388/22
6389/11 6396/21
6398/15 6398/20
6399/14 6400/18
6407/11 6414/22
6416/12 6421/21
6422/10 6422/25
6423/8 6442/16
6515/11 6538/16
6566/12 6567/14
6583/6 6587/21
6589/17 6606/24
6608/2 6608/18
6609/23 6611/1
6615/25 6616/14
6619/24 6620/3 6621/6
6621/7 6621/10
meaning [1]  6620/1
means [5]  6383/11
6469/9 6601/17
6601/18 6608/22
meant [3]  6314/14
6337/7 6378/7
mechanical [1]  6305/6
media [7]  6312/11
6520/21 6521/3 6522/8
6529/6 6529/9 6545/21
meet [22]  6363/10
6363/14 6363/16
6363/17 6365/2
6390/16 6391/6 6392/1
6393/22 6397/9
6421/22 6469/5 6469/7
6490/18 6513/5
6513/11 6514/19
6577/14 6577/17
6578/10 6578/17
6579/22
meeting [48]  6363/18
6363/23 6364/6
6364/13 6364/16
6366/7 6366/12
6366/18 6366/24
6367/4 6367/7 6369/22
6369/24 6370/1

6383/6 6384/17
6384/18 6387/6
6387/23 6388/5 6388/7
6388/8 6388/10
6388/25 6390/3 6391/3
6391/5 6391/9 6391/11
6392/6 6393/8 6393/12
6393/19 6394/12
6395/18 6396/13
6397/9 6397/12 6398/9
6398/14 6399/19
6401/8 6533/12
6543/19 6583/2
6583/14
meets [1]  6514/6
Meggs [60]  6304/2
6309/10 6309/17
6311/23 6311/24
6313/13 6313/14
6316/1 6316/1 6324/18
6325/25 6329/11
6329/14 6357/8
6360/15 6360/20
6447/11 6482/25
6484/6 6484/8 6484/14
6484/20 6485/3 6486/8
6520/4 6558/24 6559/4
6559/17 6561/5
6561/23 6562/6
6562/20 6563/6 6563/7
6563/9 6564/8 6564/21
6565/23 6565/25
6566/5 6566/20
6581/18 6581/25
6582/2 6584/7 6584/12
6585/3 6585/12
6585/17 6585/21
6586/16 6588/16
6590/25 6594/3 6594/5
6594/13 6594/22
6595/1 6596/3 6604/20
Meggs' [11]  6313/9
6314/18 6323/7 6329/1
6360/7 6561/7 6561/10
6562/2 6565/6 6565/8
6589/25
MEHTA [2]  6302/9
6309/4
member [3]  6316/23
6516/2 6516/9
members [9]  6357/8
6358/5 6359/5 6367/23
6376/19 6450/25
6452/1 6463/22
6584/16
memoranda [2]  6615/8
6615/16
memorandum [3]
6614/25 6615/4
6616/23
memorialization [2]
6616/23 6617/6
memory [6]  6473/4
6572/24 6594/15
memos [1]  6617/7
Memphis [5]  6412/7
6413/25 6414/13

men [2]  6316/10
6382/3
mention [1]  6391/10
mentioned [5]  6374/7
6435/20 6471/13
6508/5 6611/20
mentioning [1]
6351/15
Mepro [1]  6504/9
Merit [1]  6305/2
message [273]  6312/9
6323/7 6323/9 6323/14
6323/15 6323/17
6324/5 6324/6 6324/6
6324/13 6324/21
6324/21 6325/24
6326/4 6330/14 6352/8
6354/3 6354/6 6354/23
6356/7 6356/25
6358/10 6367/1 6378/7
6378/11 6378/18
6379/2 6379/13 6380/6
6380/9 6381/4 6381/23
6382/16 6386/24
6396/23 6397/5 6401/2
6401/5 6437/20
6440/10 6440/15
6441/4 6441/8 6442/5
6442/21 6443/1 6443/4
6443/11 6443/17
6443/20 6445/2
6445/25 6446/5 6446/7
6446/9 6446/18
6447/17 6447/22
6448/18 6448/20
6450/17 6450/20
6450/22 6450/23
6451/3 6451/7 6451/12
6451/14 6451/21
6451/24 6452/5
6452/12 6452/13
6452/15 6452/22
6453/6 6455/6 6455/11
6457/5 6457/9 6457/15
6457/16 6457/19
6457/22 6458/7
6458/10 6458/21
6458/25 6459/1
6459/21 6459/25
6460/3 6460/7 6461/4
6461/8 6461/20
6465/12 6465/17
6466/5 6466/14
6466/19 6466/24
6467/2 6467/7 6467/15
6467/19 6468/11
6468/11 6468/25
6482/2 6484/20 6487/1
6487/7 6487/17
6487/24 6488/1 6488/4
6488/6 6488/8 6488/10
6488/20 6489/12
6490/6 6491/15
6491/18 6491/24
6513/9 6513/17
6514/10 6514/11
6514/14 6516/14

6517/13 6517/15
6517/17 6517/20
6518/8 6524/11
6524/14 6524/23
6527/11 6527/12
6527/16 6530/5 6530/7
6530/11 6530/25
6531/5 6531/17
6532/23 6532/24
6533/1 6533/4 6533/14
6533/22 6534/12
6534/16 6535/11
6535/15 6535/19
6535/24 6536/8
6536/13 6536/20
6536/24 6538/11
6538/19 6538/23
6539/2 6539/5 6539/13
6539/16 6539/24
6540/11 6540/13
6541/3 6541/4 6541/6
6541/10 6541/15
6541/22 6541/24
6543/14 6544/7
6544/10 6544/17
6544/23 6545/10
6545/14 6545/18
6545/23 6546/1 6546/4
6546/8 6546/10
6546/17 6546/21
6547/1 6547/4 6547/7
6547/8 6547/14
6547/17 6547/18
6548/2 6549/9 6549/16
6549/23 6551/3 6551/4
6552/19 6552/20
6552/23 6553/7
6553/11 6553/17
6554/3 6554/5 6554/11
6554/17 6554/20
6555/5 6555/15 6556/5
6556/6 6556/8 6556/9
6556/10 6558/5
6558/21 6559/8 6559/9
6559/11 6559/17
6561/23 6562/17
6562/19 6563/5 6563/9
6563/11 6563/23
6563/25 6564/4 6564/6
6564/13 6564/17
6564/20 6564/23
6566/4 6566/9 6566/15
6566/17 6582/5
6587/17 6588/14
6588/22 6590/23
6592/6 6592/22 6593/8
6593/13 6593/15
6593/17 6594/2
6594/22 6594/25
6595/19 6595/24
6596/4 6596/10
6596/15
messaged [2]  6403/6
6441/25
messages [147]
6312/8 6324/10
6329/22 6329/23

6437/16 6438/14
6438/25 6439/2
6439/14 6440/6
6443/24 6445/8 6445/9
6448/17 6453/14
6453/21 6453/23
6454/5 6454/18
6454/22 6455/1 6455/2
6455/3 6455/8 6456/13
6457/25 6458/1
6458/19 6460/21
6463/17 6464/10
6464/13 6469/4
6469/12 6469/13
6469/19 6469/21
6481/12 6481/14
6481/22 6481/24
6482/25 6483/3 6483/5
6483/11 6483/13
6483/17 6484/4
6484/12 6484/25
6485/5 6486/13
6486/18 6511/18
6512/4 6512/18
6512/25 6514/3 6514/5
6514/13 6515/1
6515/16 6516/6 6516/6
6517/1 6520/17
6523/15 6523/21
6525/13 6525/17
6525/25 6526/11
6528/24 6529/1
6529/13 6533/15
6533/16 6533/20
6535/5 6535/6 6537/14
6542/8 6542/9 6542/18
6542/21 6542/24
6543/12 6543/22
6543/22 6545/16
6548/15 6548/21
6549/16 6550/21
6550/23 6551/9
6551/13 6551/18
6551/23 6551/24
6553/21 6556/18
6557/5 6557/12
6557/13 6557/15
6557/17 6561/2 6561/4
6561/10 6563/2 6564/9
6564/11 6564/24
6565/2 6565/3 6565/5
6565/7 6565/19
6565/20 6566/1 6567/5
6568/7 6577/9 6577/19
6577/21 6585/25
6586/10 6586/25
6587/8 6588/20
6589/25 6590/17
6590/20 6590/22
6591/1 6592/9 6594/2
6594/4 6594/12
6594/16 6594/17
6596/2 6596/18
6596/21
messaging [1]  6469/1
Messenger [2]  6552/7
6554/14

**messing [1]** 6323/19
**met [14]** 6365/10
6365/11 6365/18
6389/2 6390/6 6390/6
6390/17 6392/16
6471/20 6485/9
6485/20 6523/8
6577/20 6616/16
**metadata [2]** 6472/10
6472/13
**metal [1]** 6356/3
**methods [1]** 6492/4
**mic [1]** 6421/15
**Michael [12]** 6407/22
6461/25 6462/1 6462/8
6462/12 6462/23
6463/3 6463/5 6463/7
6540/9 6580/13
6580/16
**Michael Greene [6]**
6461/25 6462/1 6462/8
6462/12 6463/7
6580/16
**Micro [3]** 6396/6
6396/8 6396/9
**microphone [1]**
6436/24
**mid [1]** 6483/2
**midafternoon [1]**
6621/16
**middle [5]** 6363/20
6473/14 6513/13
6525/5 6588/18
**midnight [1]** 6550/7
**might [19]** 6311/16
6313/7 6355/1 6355/2
6363/25 6387/1 6394/3
6421/7 6423/16 6448/8
6519/8 6528/9 6552/15
6604/8 6608/19
6611/12 6612/23
6613/16 6617/20
**Mike [2]** 6314/20
6326/2
**Mike Pence [1]**
6314/20
**mile [1]** 6348/13
**miles [2]** 6578/15
6578/21
**military [7]** 6352/1
6362/21 6380/20
6382/3 6434/21
6528/13 6528/13
**militia [2]** 6354/14
6376/18
**million [2]** 6521/21
6528/7
**millions [2]** 6381/18
6382/4
**mind [7]** 6313/4
6358/22 6423/2
6510/19 6516/18
6522/10 6545/20
**minds [1]** 6312/14
**mine [1]** 6363/15
**minimum [1]** 6312/16
**Minister [1]** 6381/15

**Minuta [1]** 6320/19
**minute [5]** 6323/23
6340/11 6344/18
6346/20 6551/2
**minutes [8]** 6353/10
6402/16 6451/21
6457/18 6522/19
6559/8 6566/13
6610/11
**mislead [4]** 6320/15
6320/22 6320/22
6322/17
**missing [2]** 6323/16
6403/13
**misspoke [2]** 6434/18
6524/7
**MK2 [1]** 6503/20
**MK4 [1]** 6509/9
**mobile [2]** 6408/2
6443/15
**model [6]** 6444/12
6476/5 6503/20
6503/24 6509/9
6509/24
**mole [1]** 6593/7
**moment [11]** 6344/23
6375/10 6386/22
6425/6 6434/14
6510/13 6524/21
6532/9 6550/6 6557/23
6590/2
**money [1]** 6502/4
**monikers [1]** 6456/15
**Montana [1]** 6312/22
**month [4]** 6391/12
6391/17 6391/18
6486/20
**months [4]** 6388/9
6388/12 6435/24
6442/24
**Monument [3]** 6353/3
6353/19 6355/8
**Moore [84]** 6402/13
6402/17 6419/25
6432/7 6432/11 6433/2
6433/10 6434/6
6435/20 6436/23
6437/3 6440/5 6444/20
6445/23 6446/24
6449/8 6453/12
6454/18 6457/8
6460/11 6460/20
6461/19 6464/3
6470/13 6471/5
6475/13 6476/18
6476/22 6477/25
6481/11 6482/24
6484/4 6485/5 6487/17
6489/9 6490/11
6490/25 6491/23
6492/15 6492/17
6497/9 6498/7 6501/23
6502/9 6504/21 6505/9
6505/14 6506/4 6507/5
6508/21 6508/25
6510/22 6511/24
6512/17 6517/7

6520/16 6523/5
6523/11 6524/11
6527/10 6528/8
6528/23 6531/7
6540/18 6542/2
6542/17 6542/18
6548/1 6549/3 6549/14
6557/11 6558/21
6559/25 6560/16
6563/24 6564/25
6566/19 6567/17
6568/16 6597/2
6597/16
**Moore's [1]** 6519/22
**more [44]** 6310/10
6321/6 6333/4 6346/6
6351/7 6364/25
6375/13 6381/23
6395/23 6402/10
6402/11 6408/12
6420/21 6420/24
6420/25 6425/17
6426/18 6479/21
6488/11 6491/13
6491/16 6492/14
6497/3 6499/18
6505/25 6506/23
6507/22 6514/5 6525/7
6541/21 6549/13
6554/4 6555/22
6564/24 6572/6
6574/24 6602/9
6602/11 6608/23
6610/24 6614/17
6620/15
**Morgan [1]** 6321/22
**morning [35]** 6309/6
6309/7 6309/23
6316/10 6324/14
6325/4 6325/6 6327/8
6327/9 6327/11 6350/8
6350/21 6350/22
6402/4 6408/23
6413/24 6419/21
6419/22 6448/17
6449/6 6450/5 6458/4
6468/6 6468/8 6468/13
6513/3 6515/19
6515/23 6516/16
6544/23 6545/15
6597/12 6598/11
6621/2 6622/5
**mortal [1]** 6489/20
**Mossberg [2]** 6460/10
6460/12
**most [17]** 6334/4
6335/1 6382/24 6424/1
6426/22 6434/2
6524/20 6535/23
6539/19 6549/19
6569/25 6574/7 6579/6
6596/21 6599/21
6605/13 6608/3
**mostly [2]** 6493/1
6603/16
**motion [14]** 6602/24

6603/23 6604/5
6605/12 6606/14
6606/16 6606/18
6607/1 6607/2 6607/3
6610/19
**motions [4]** 6603/12
6603/15 6604/9 6611/5
**mount [1]** 6506/11
**mountain [2]** 6539/11
6540/6
**mountains [1]** 6539/10
**mounted [1]** 6477/4
**mounts [1]** 6508/3
**move [46]** 6355/19
6371/12 6371/14
6372/2 6384/5 6384/18
6384/19 6384/24
6404/9 6406/21
6413/24 6414/20
6415/11 6417/25
6423/22 6423/23
6424/17 6444/6
6445/13 6456/14
6456/20 6461/11
6464/17 6475/24
6476/7 6480/1 6493/18
6494/12 6494/13
6510/10 6512/8
6521/24 6527/3 6543/3
6558/14 6560/6
6567/16 6591/10
6592/14 6592/17
6592/23 6593/20
6595/18 6608/9
6613/12 6619/17
**moved [11]** 6361/2
6409/21 6409/22
6411/13 6423/17
6424/25 6426/3
6426/11 6475/23
6481/7 6493/19
**movement [11]** 6412/1
6412/23 6414/21
6414/22 6414/22
6414/23 6416/8 6417/2
6521/24 6522/22
6523/3
**moves [6]** 6413/9
6413/21 6414/3 6416/9
6530/20 6554/19
**moving [9]** 6347/5
6408/22 6412/7
6414/13 6415/8 6417/8
6417/23 6421/8
6613/25
**Mr [10]** 6311/23
6320/19 6320/19
6326/17 6442/14
6533/22 6545/18
6553/9 6553/12
6562/14
**Mr. [496]**
**Mr. Alpers [21]**
6361/20 6363/5
6369/22 6370/19
6373/9 6373/23
6375/10 6376/2

6381/4 6382/7 6382/23
6384/13 6385/13
6385/24 6386/15
6387/18 6395/17
6400/4 6401/17
**Mr. and Mrs. Parker [1]**
6344/15
**Mr. Baker [2]** 6313/10
6313/11
**Mr. Bright [4]** 6418/19
6419/16 6421/14
6568/11
**Mr. Caldwell [50]**
6311/19 6312/9
6314/13 6315/24
6316/7 6316/15
6317/18 6318/5
6319/15 6325/16
6352/20 6353/3
6353/18 6354/19
6520/4 6524/18
6524/24 6525/13
6525/17 6527/13
6527/25 6529/13
6530/5 6530/10
6531/18 6532/25
6533/9 6533/19 6534/8
6534/17 6534/23
6535/12 6535/19
6536/9 6536/14
6536/16 6536/24
6537/17 6541/15
6542/2 6543/14 6546/8
6550/11 6553/21
6554/11 6555/15
6555/19 6556/6
6556/17 6560/18
**Mr. Caldwell's [14]**
6311/13 6314/9
6352/19 6354/5
6355/20 6524/12
6526/7 6541/4 6541/13
6542/22 6548/5
6548/10 6551/20
6553/12
**Mr. Crisp [11]** 6310/11
6326/19 6330/24
6337/6 6349/23
6350/23 6439/21
6610/6 6619/22
6620/12 6620/17
**Mr. Crowl [44]** 6314/10
6332/12 6338/16
6344/14 6347/10
6529/14 6530/6
6530/21 6530/25
6531/8 6531/15
6531/18 6531/24
6532/19 6533/4 6537/6
6537/20 6537/24
6538/9 6538/12
6538/19 6539/3
6539/13 6539/22
6540/1 6544/8
6544/10 6545/16
6545/19 6546/5
6546/14 6546/18

Mr. Crowl... [12]
6547/2 6547/5 6547/8
6548/2 6548/23
6550/14 6552/6 6554/1
6554/24 6555/5
6556/20 6557/3

Mr. Crowl's [12]
6341/12 6537/9
6542/22 6544/1
6545/24 6551/19
6552/1 6553/2 6553/14
6554/13 6555/19
6556/8

Mr. Douyon [1] 6362/1
Mr. Dozer [2] 6443/17
6448/5

Mr. Ed Vallejo [1]
6463/18

Mr. Edward Vallejo [1]
6465/10

Mr. Esposito's [2]
6598/1 6609/19

Mr. Fischer [3]
6355/21 6400/4
6597/22

Mr. Fisher [1] 6322/10
Mr. Geyer [4] 6349/24
6350/3 6350/8 6350/11

Mr. Greene [2] 6462/4
6462/11

Mr. Grods [8] 6458/7
6458/8 6458/10
6458/15 6458/22
6459/1 6459/22
6469/21

Mr. Haney [5] 6442/21
6443/7 6447/23 6448/5
6545/11

Mr. Harrelson [12]
6350/3 6520/5 6562/7
6562/15 6562/20
6563/6 6564/14
6564/17 6565/23
6565/25 6566/9
6566/15

Mr. James [19] 6458/6
6458/10 6458/17
6459/1 6460/1 6469/19
6469/24 6470/2 6470/8
6472/18 6483/1
6483/15 6484/14
6484/18 6484/22
6484/22 6485/1 6486/8
6571/16

Mr. James' [7] 6454/22
6455/8 6457/22
6470/16 6472/11
6483/17 6484/9

Mr. Joshua James [3]
6469/17 6471/12
6484/7

Mr. Joshua James' [1]
6470/18

Mr. Kandaris [5]
6464/2 6468/16
6468/22 6469/5 6578/4

Mr. Kelly Meggs [3]

Mr. Kenneth Harrelson
[1] 6562/5
Mr. Linder [3] 6387/14
6401/6 6610/6
Mr. Manzo [6] 6322/12
6322/13 6404/10
6609/21 6613/10
6613/18

Mr. Manzo's [2] 6321/8
6321/16

Mr. Meggs [35]
6313/13 6313/14
6316/1 6329/11
6329/14 6482/25
6484/8 6484/14
6484/20 6485/3 6486/8
6520/4 6559/17
6561/23 6562/6
6562/20 6563/6 6563/7
6563/9 6564/8 6564/21
6565/23 6565/25
6566/5 6585/12
6585/17 6585/21
6590/25 6594/3 6594/5
6594/13 6594/22
6595/1 6596/3 6604/20

Mr. Meggs' [5] 6313/9
6561/7 6562/2 6565/6
6589/25

Mr. Michael [1] 6540/9
Mr. Michael Greene [1]
6580/13
Mr. Nestler [9] 6310/2
6316/17 6326/7
6401/23 6402/10
6404/16 6454/15
6614/13 6618/7

Mr. Parker [2] 6349/1
6349/3

Mr. Rhodes [111]
6312/1 6312/1 6317/20
6318/15 6329/17
6330/17 6331/17
6360/14 6363/14
6366/25 6369/5
6369/10 6369/19
6374/9 6376/11
6376/25 6378/10
6378/11 6378/21
6382/9 6382/15
6382/23 6383/4 6386/6
6386/16 6386/24
6387/22 6393/22
6393/24 6394/7
6394/12 6394/25
6395/3 6396/17
6399/19 6400/20
6401/8 6401/11
6407/18 6418/7 6420/4
6420/6 6421/11
6421/19 6421/20
6425/3 6437/8 6438/5
6438/15 6441/18
6441/24 6442/7
6443/14 6443/25
6448/23 6463/17
6465/3 6466/1 6466/16

6467/20 6468/17
6469/1 6469/6 6481/14
6482/5 6485/20 6486/4
6486/14 6486/15
6486/19 6487/23
6490/5 6492/19
6499/15 6499/25
6500/6 6500/14
6500/24 6501/8
6501/15 6502/9
6502/14 6502/23
6502/24 6503/18
6505/1 6509/3 6511/19
6512/18 6513/2 6514/6
6514/21 6515/3
6515/17 6516/8
6516/22 6558/22
6559/9 6559/17 6569/6
6570/9 6570/15
6571/12 6571/13
6575/25 6576/4
6578/10 6582/14
6621/20

Mr. Rhodes' [29]
6357/17 6358/9
6359/12 6389/19
6391/10 6393/9 6423/2
6437/21 6438/2
6449/12 6459/9
6459/11 6462/23
6464/12 6464/14
6487/5 6487/7 6497/13
6510/23 6511/17
6512/3 6512/5 6517/14
6557/16 6557/18
6592/8 6592/10
6610/11 6618/18

Mr. Rob [1] 6541/11
Mr. Rodgers [6]
6365/8 6365/10
6365/18 6368/19
6374/10 6393/21
Mr. Smith [3] 6316/8
6317/20 6517/20
Mr. Stamey [1]
6544/18
Mr. Steve [1] 6471/10
Mr. Stewart [6]
6436/22 6473/15
6473/23 6485/19
6578/17 6583/16
Mr. Todd [1] 6463/18
Mr. Vallejo [16]
6463/18 6464/2
6465/18 6465/25
6466/5 6466/16
6466/24 6467/3 6467/7
6467/20 6468/2 6468/7
6469/1 6469/5 6486/14
6577/25
Mr. Vallejo's [1]
6417/23
Mr. Vanderbol [2]
6471/20 6472/6
Mr. Vanderbol's [2]
6472/4 6473/5
Mr. Woodward [11]

6605/24 6609/5 6610/6
6612/1 6612/12
6612/22 6613/8
6618/14 6618/18
Mr. Woodward's [1]
6403/1
Mrs. [1] 6344/15
Ms [4] 6338/6 6353/13
6361/14 6584/18
Ms. [164] 6311/22
6311/24 6312/21
6313/4 6314/5 6314/18
6315/3 6315/7 6315/18
6315/25 6316/1
6324/18 6324/25
6329/19 6329/23
6332/9 6336/5 6336/8
6336/22 6338/21
6341/25 6343/1
6344/14 6345/2 6345/6
6345/9 6345/20
6345/22 6347/21
6349/13 6350/24
6351/11 6352/5
6352/24 6354/2
6354/16 6354/23
6356/7 6356/14
6356/24 6357/15
6359/23 6360/23
6361/4 6372/4 6374/21
6393/11 6393/14
6412/17 6417/3
6417/17 6420/16
6422/16 6422/17
6424/21 6425/21
6426/7 6428/24 6429/1
6429/5 6430/1 6430/13
6432/5 6432/14
6436/22 6439/8
6439/15 6440/7
6440/20 6441/5 6442/6
6443/1 6443/8 6443/12
6443/18 6443/20
6445/10 6445/25
6446/8 6447/16
6447/23 6448/3 6448/7
6448/11 6448/18
6448/23 6450/1 6450/3
6450/17 6457/7 6458/1
6459/6 6459/14 6461/7
6461/9 6462/1 6462/8
6492/16 6510/19
6519/6 6519/23 6520/5
6521/2 6521/16 6522/2
6522/13 6523/6 6527/2
6527/5 6528/19
6529/13 6531/15
6531/25 6532/19
6533/16 6533/19
6534/3 6534/5 6534/8
6534/13 6534/23
6535/12 6535/15
6536/8 6536/16 6537/5
6537/9 6537/11
6537/17 6537/20
6537/24 6538/15
6538/20 6538/23

6539/24 6540/14
6541/1 6544/23 6545/4
6545/16 6546/5 6547/8
6547/15 6548/3 6548/4
6548/14 6548/14
6548/15 6548/22
6550/14 6550/21
6554/1 6556/14
6556/20 6572/15
6572/20 6580/5
6580/11 6583/22
6590/4 6590/5 6591/8
Ms. Haller [8] 6315/3
6426/7 6428/24 6430/1
6430/13 6583/22
6590/5 6591/8
Ms. Kellye [1] 6436/22
Ms. Kellye SoRelle [1]
6580/11
Ms. Meggs [3] 6311/24
6316/1 6324/18
Ms. Meggs' [1]
6314/18
Ms. Parker [2] 6345/2
6345/20
Ms. Rakoczy [13]
6324/25 6372/4
6424/21 6425/21
6429/1 6429/5 6432/5
6432/14 6519/6
6519/23 6527/2
6572/20 6590/4
Ms. Rohde [23] 6352/5
6352/24 6354/2
6354/16 6354/23
6356/7 6356/14
6356/24 6357/15
6359/23 6360/23
6417/3 6417/17 6457/7
6492/16 6510/19
6527/5 6528/19
6548/22 6550/21
6556/14 6572/15
6580/5
Ms. SoRelle [12]
6361/4 6374/21
6393/11 6420/16
6422/16 6422/17
6445/25 6447/16
6447/23 6448/23
6458/1 6462/8
Ms. SoRelle's [13]
6393/14 6412/17
6445/10 6446/8
6448/18 6450/1 6450/3
6450/17 6459/6
6459/14 6461/7 6461/9
6462/1
Ms. Watkins [77]
6311/22 6313/4 6314/5
6315/7 6315/18
6315/25 6329/19
6329/23 6332/9 6336/5
6336/8 6336/22
6338/21 6341/25
6343/1 6344/14 6345/6
6345/9 6345/22

**Ms. Watkins... [58]**
6347/21 6349/13
6350/24 6351/11
6440/7 6440/20 6441/5
6442/6 6443/1 6443/8
6443/12 6443/18
6443/20 6448/3 6448/7
6448/11 6520/5 6521/2
6521/16 6522/2
6522/13 6523/6
6529/13 6531/15
6531/25 6532/19
6533/19 6534/8
6534/13 6534/23
6535/12 6535/15
6536/8 6536/16 6537/5
6537/17 6537/20
6537/24 6538/15
6538/20 6538/23
6539/5 6539/16
6539/24 6540/14
6541/1 6544/23 6545/4
6545/16 6546/5 6547/8
6547/15 6548/3 6548/4
6548/14 6550/14
6554/1 6556/20

**Ms. Watkins' [10]**
6312/21 6439/8
6439/15 6533/16
6534/3 6534/5 6537/9
6537/11 6548/14
6548/15

**much [27]** 6361/12
6362/8 6365/7 6367/15
6392/7 6418/13
6419/11 6464/8
6477/23 6497/15
6505/3 6507/20 6519/6
6521/22 6525/11
6527/5 6528/19
6536/11 6544/20
6552/17 6555/25
6556/13 6574/24
6611/3 6614/4 6614/17
6614/20

**multi [2]** 6503/20
6503/24

**multi-caliber [2]**
6503/20 6503/24

**multiple [5]** 6382/25
6410/22 6441/23
6470/5 6583/8

**murdered [2]** 6381/1
6381/18

**muscled [1]** 6312/24

**must [7]** 6310/20
6310/24 6380/18
6381/10 6443/3 6491/2
6525/4

**muster [3]** 6490/17
6491/1 6491/2

**mutual [2]** 6491/12
6492/9

**my [62]** 6323/22
6328/11 6349/9
6349/18 6355/2
6362/11 6364/21

6371/9 6372/23 6373/3
6376/4 6376/7 6382/2
6387/21 6388/18
6391/22 6393/17
6406/20 6408/10
6409/10 6421/3 6425/8
6427/5 6427/12 6430/4
6430/5 6433/10
6433/20 6446/9
6454/15 6473/4
6516/18 6522/10
6533/2 6533/10
6534/14 6546/10
6547/13 6556/11
6558/10 6566/14
6569/9 6575/23
6579/24 6584/6 6587/8
6589/5 6590/23
6595/10 6599/3
6600/18 6606/5
6609/11 6614/25
6616/11 6616/13
6619/18 6619/23
6621/14 6621/20

**N**

**naked [1]** 6320/12
**name [52]** 6318/16
6361/6 6362/10
6362/11 6362/11
6368/6 6368/8 6368/8
6368/12 6387/21
6390/24 6391/5
6391/10 6405/9
6405/10 6433/10
6433/11 6440/9
6446/25 6447/2
6457/11 6465/22
6471/13 6471/17
6471/18 6478/13
6481/1 6481/1 6482/14
6482/15 6482/15
6484/8 6493/9 6494/4
6495/10 6511/11
6511/12 6511/20
6513/24 6513/24
6513/24 6513/25
6533/25 6534/2 6534/4
6536/2 6545/2 6558/6
6571/23 6572/1 6572/2
6582/15

**named [12]** 6309/21
6363/10 6363/15
6440/8 6444/12
6454/19 6462/23
6485/9 6531/8 6533/23
6582/25 6585/8

**names [3]** 6375/1
6462/13 6463/6

**Nancy [1]** 6313/16

**Nancy's [1]** 6313/12

**narrowing [1]** 6404/4

**Nashville [2]** 6417/5
6417/19

**nation [1]** 6489/21

**national [5]** 6447/24
6460/4 6517/24 6528/5

**nationwide [1]**
6517/22

**natural [1]** 6579/12

**nature [2]** 6341/17
6371/20

**navigational [1]**
6470/5

**Navy [1]** 6435/8

**NC [1]** 6564/9

**near [9]** 6339/2
6346/18 6348/12
6353/3 6410/22
6449/17 6450/8
6459/18 6466/11

**neat [1]** 6546/12

**necessarily [3]**
6317/23 6421/25
6554/22

**necessary [1]** 6458/19

**need [30]** 6319/2
6382/3 6392/1 6404/7
6419/19 6420/21
6421/13 6425/20
6426/3 6426/10
6426/17 6429/11
6442/12 6442/13
6446/17 6448/8
6452/16 6458/13
6460/2 6462/9 6527/2
6541/19 6546/5
6546/23 6554/22
6574/10 6584/15
6591/17 6609/23
6610/19

**needed [2]** 6325/7
6386/3

**needs [3]** 6319/3
6591/7 6606/25

**negative [1]** 6383/21

**neither [1]** 6570/20

**Nestler [11]** 6302/14
6309/13 6310/2
6316/17 6326/7
6401/23 6402/10
6404/16 6454/15
6614/13 6618/7

**network [2]** 6383/23
6540/17

**neutral [1]** 6311/4

**never [8]** 6332/16
6392/17 6393/2 6421/4
6523/8 6582/2 6595/6
6595/9

**nevertheless [1]**
6604/3

**new [5]** 6443/3
6492/12 6545/21
6566/8 6602/23

**newborn [1]** 6519/4

**newly [1]** 6491/2

**news [4]** 6368/1
6534/24 6537/21
6545/19

**news2share [1]** 6536/4

**next [203]** 6324/4
6326/4 6326/9 6355/13
6366/5 6375/7 6375/15

6381/3 6381/22
6382/19 6383/24
6384/2 6384/5 6384/24
6385/2 6385/21 6386/9
6386/12 6401/25
6404/16 6409/15
6413/1 6413/18
6418/18 6420/19
6423/5 6440/22 6441/1
6441/2 6441/4 6441/8
6442/10 6442/13
6442/14 6442/17
6442/21 6443/1 6443/4
6443/7 6443/11
6443/17 6443/20
6444/3 6447/21
6447/25 6447/25
6448/5 6449/24
6450/16 6450/22
6451/4 6451/7 6451/20
6452/12 6452/21
6453/5 6458/9 6458/15
6458/17 6458/21
6458/22 6458/25
6459/21 6459/25
6460/1 6460/3 6460/8
6463/9 6465/12
6465/17 6465/24
6466/5 6466/6 6466/14
6466/19 6466/24
6467/2 6467/7 6467/15
6467/19 6468/5 6468/6
6468/7 6468/11
6468/20 6468/25
6484/20 6499/8
6499/20 6500/5
6500/13 6500/19
6501/3 6501/13
6501/22 6507/7 6513/9
6514/4 6514/4 6515/1
6515/6 6515/10
6515/15 6516/1 6516/6
6516/20 6518/2 6522/1
6522/12 6522/24
6524/23 6527/2
6527/24 6530/10
6530/17 6530/18
6530/21 6530/25
6531/17 6532/22
6532/24 6533/4 6533/8
6533/14 6533/18
6534/12 6534/16
6535/11 6535/15
6535/19 6536/1
6536/13 6536/24
6538/8 6538/11
6538/14 6538/19
6538/23 6539/2 6539/5
6539/13 6539/16
6539/17 6539/21
6539/24 6540/3
6540/11 6540/13
6541/3 6543/21
6543/22 6544/10
6544/17 6544/22
6545/14 6545/23
6546/8 6546/14

6546/22 6547/1 6547/4
6547/7 6547/14
6547/17 6551/3 6553/6
6554/5 6554/20 6559/8
6559/16 6562/14
6562/17 6562/19
6562/20 6563/5 6563/9
6563/11 6564/13
6564/17 6564/20
6564/23 6566/4 6566/7
6566/9 6566/15
6577/25 6578/11
6579/25 6592/18
6593/6 6593/13
6593/15 6599/2 6602/7
6604/13 6604/22
6614/16 6614/17

**nice [3]** 6432/4
6534/15 6534/19

**nicely [1]** 6319/18

**nickname [1]** 6462/5

**night [10]** 6403/6
6410/12 6414/19
6423/20 6448/8
6543/13 6543/23
6550/10 6577/8
6577/11

**NJ [1]** 6304/13

**no [152]** 6302/4 6309/8
6309/9 6320/19
6322/13 6324/12
6327/25 6331/5
6333/11 6333/14
6333/25 6342/13
6343/19 6346/1 6346/3
6347/2 6349/7 6349/7
6349/12 6349/18
6350/12 6355/22
6358/6 6361/10
6365/25 6369/17
6371/15 6372/3
6374/16 6379/21
6386/15 6387/12
6390/18 6392/11
6393/7 6394/4 6394/6
6395/11 6395/11
6395/12 6395/13
6397/7 6397/15 6398/2
6398/5 6399/20
6399/21 6401/3
6401/10 6401/15
6403/12 6406/6
6406/23 6408/8
6408/16 6409/11
6417/25 6418/6 6418/7
6418/8 6418/9 6418/10
6418/11 6421/12
6422/15 6422/21
6422/23 6423/8
6425/18 6425/23
6428/14 6429/7 6429/9
6430/6 6430/7 6431/22
6431/23 6439/12
6439/20 6439/22
6439/23 6440/13
6441/9 6442/24
6443/22 6444/11

**N**

**no... [66]** 6454/10
6458/17 6459/13
6461/13 6464/19
6466/17 6476/11
6480/5 6483/21
6487/11 6488/24
6493/20 6494/15
6496/11 6497/24
6498/12 6498/19
6504/15 6510/14
6512/10 6514/22
6514/23 6515/24
6516/20 6521/8 6524/2
6526/18 6529/20
6533/2 6534/1 6534/10
6534/11 6535/7 6535/9
6543/5 6546/23
6556/11 6558/9
6561/15 6563/8
6564/24 6565/12
6567/8 6568/7 6568/9
6573/21 6575/23
6586/4 6587/19 6590/7
6590/11 6590/24
6594/8 6595/4 6595/14
6597/5 6601/2 6601/2
6605/11 6605/20
6613/19 6615/16
6619/19 6620/19
6620/22 6621/22
**nobody [1]** 6422/18
**non [3]** 6491/12 6492/7
6499/7
**non-compliance [2]**
6491/12 6492/7
**non-tactical [1]** 6499/7
**nondescript [1]** 6473/2
**None [1]** 6429/8
**nonexistent [1]**
6551/20
**nonlethal [1]** 6351/10
**nonresidents [1]**
6515/24
**nonresponsive [2]**
6574/1 6596/25
**noon [2]** 6621/4 6621/5
**Nope [1]** 6485/4
6595/20
**normally [2]** 6441/16
6589/25
**north [30]** 6303/15
6316/22 6413/10
6413/13 6449/21
6449/21 6472/7 6499/2
6500/2 6501/9 6501/19
6502/2 6511/15
6511/20 6513/12
6514/17 6514/18
6515/18 6515/23
6528/6 6536/18
6540/22 6540/23
6544/4 6563/14
6563/19 6570/10
6571/7 6575/11
6575/17
**North Carolina [17]**
6316/22 6413/10

6459/2 6511/11
6511/20 6514/17
6514/18 6515/18
6515/23 6528/6
6536/18 6544/4
6563/14 6563/19
6570/10 6575/11
6575/17
**northeast [13]** 6333/21
6333/21 6332/22
6334/13 6334/20
6334/24 6334/25
6340/6 6340/25 6344/7
6357/20 6360/17
6449/20
**northeasterly [2]**
6338/10 6339/19
**not [253]** 6310/16
6311/2 6313/7 6313/17
6313/22 6313/23
6314/25 6316/5
6316/16 6316/18
6316/25 6317/4
6317/18 6317/23
6318/5 6320/25
6321/11 6321/17
6322/3 6322/11
6322/19 6323/4
6327/25 6329/20
6332/9 6332/12
6332/14 6332/16
6332/20 6333/25
6334/18 6334/21
6335/13 6335/15
6335/17 6336/11
6337/14 6340/23
6341/23 6342/10
6342/11 6346/3 6346/6
6346/7 6347/19 6349/3
6349/5 6349/9 6349/18
6350/3 6351/17
6351/19 6359/7
6360/15 6363/25
6367/5 6367/19 6369/6
6373/1 6373/2 6373/5
6374/2 6374/3 6375/1
6376/22 6377/5 6377/5
6377/20 6378/2
6381/14 6381/17
6383/13 6383/15
6383/17 6386/20
6387/3 6387/4 6387/11
6390/22 6391/22
6392/7 6394/14
6398/25 6399/4
6400/17 6401/4
6401/14 6403/23
6411/20 6411/24
6421/10 6421/21
6421/24 6422/14
6422/17 6422/22
6422/24 6423/2 6423/4
6423/22 6423/23
6424/11 6424/21
6424/25 6425/3
6425/15 6425/15
6426/2 6426/9 6426/19
6426/21 6426/23

6427/10 6427/13
6427/18 6428/25
6429/3 6430/9 6430/20
6431/21 6438/6 6438/6
6440/25 6441/14
6441/15 6442/18
6446/11 6450/24
6451/5 6451/18
6451/18 6452/2 6452/9
6452/18 6457/1 6469/7
6471/11 6473/15
6477/11 6489/17
6491/7 6492/1 6513/7
6514/16 6516/12
6516/24 6517/23
6518/17 6519/3 6519/9
6525/5 6527/18 6528/4
6535/21 6537/3
6538/17 6546/25
6548/6 6548/20
6550/25 6552/15
6554/23 6558/5 6558/7
6563/8 6564/16 6567/4
6570/21 6571/16
6572/1 6572/2 6573/16
6573/20 6573/21
6573/21 6573/22
6574/21 6575/3 6575/9
6575/12 6575/14
6575/20 6575/21
6575/22 6576/6
6576/14 6577/5
6577/21 6578/4
6578/10 6578/23
6579/15 6579/17
6579/24 6583/1
6583/18 6585/11
6586/6 6586/9 6587/4
6587/4 6587/21
6587/23 6587/24
6588/10 6589/23
6589/24 6590/14
6590/23 6591/14
6591/16 6593/14
6595/1 6595/14
6595/17 6597/17
6599/16 6599/25
6599/25 6602/15
6603/5 6603/13 6604/9
6604/17 6605/17
6605/19 6606/2
6606/20 6607/8
6608/14 6609/1
6609/11 6609/12
6610/10 6612/1 6612/6
6613/8 6613/12
6614/10 6615/3 6615/8
6615/9 6615/23 6616/8
6617/11 6617/22
6617/25 6618/19
6620/2 6621/12
6621/13
**notably [1]** 6599/22
**notated [1]** 6408/24
**note [2]** 6323/5
6379/16
**notes [9]** 6379/14

6429/17 6603/8 6616/2
6616/3 6616/6 6617/7
**nothing [6]** 6421/5
6492/11 6571/7
6574/20 6574/23
6598/16
**notice [4]** 6430/3
6430/9 6437/20 6601/9
**noticed [1]** 6428/8
**notified [1]** 6614/2
**notify [1]** 6388/12
**notion [1]** 6605/25
**November [12]** 6302/5
6328/20 6328/24
6329/20 6434/25
6435/13 6456/18
6512/21 6517/1
6517/16 6550/2 6623/7
**November 8 [1]**
6517/16
**now [173]** 6309/3
6313/25 6315/4
6320/23 6325/13
6330/4 6331/9 6332/3
6332/22 6333/16
6333/17 6336/1
6337/11 6341/12
6341/22 6342/8
6342/13 6342/16
6345/10 6348/8
6351/20 6353/15
6353/19 6354/1
6354/15 6355/10
6355/18 6356/13
6357/13 6358/20
6359/12 6359/16
6360/22 6361/16
6364/23 6366/5 6368/4
6368/11 6370/15
6371/1 6372/3 6372/18
6373/7 6373/21
6375/19 6376/12
6380/3 6382/8 6390/2
6393/8 6394/12
6394/15 6394/18
6409/15 6411/8
6413/20 6415/13
6416/11 6416/18
6416/19 6417/3
6417/10 6417/16
6419/3 6419/9 6419/17
6419/19 6419/24
6420/11 6422/16
6427/5 6438/18
6439/10 6441/4
6444/19 6445/21
6446/10 6446/18
6447/19 6447/24
6448/17 6449/24
6450/13 6451/8
6451/20 6453/7
6453/11 6453/16
6457/4 6457/15
6458/25 6459/11
6460/16 6461/19
6463/8 6465/2 6465/9
6468/6 6468/21

6476/18 6479/12
6476/18 6479/12
6480/12 6480/21
6482/10 6482/24
6483/8 6484/2 6489/17
6490/17 6490/22
6491/6 6491/25
6494/19 6495/20
6498/5 6498/21 6505/8
6509/6 6511/22
6514/10 6520/2 6522/9
6523/11 6525/21
6525/23 6526/3 6527/7
6527/24 6528/18
6528/21 6530/2
6531/17 6532/3
6532/22 6533/15
6537/4 6537/16
6538/23 6541/4 6542/8
6543/18 6544/22
6545/14 6545/16
6545/24 6547/7 6549/1
6552/1 6553/6 6555/10
6557/10 6558/2 6560/4
6560/23 6562/16
6563/21 6565/1
6565/19 6569/14
6572/6 6573/3 6575/10
6581/17 6591/13
6594/25 6600/25
6601/17 6605/18
6609/20 6609/24
**nowhere [1]** 6536/3
**nuclear [1]** 6380/16
**null [1]** 6492/6
**nullification [2]**
6491/12 6492/5
**nullification/mass [1]**
6491/12
**number [60]** 6310/2
6311/8 6322/17 6332/5
6335/24 6407/8
6407/20 6408/1
6409/18 6411/10
6412/2 6413/3 6423/19
6423/21 6424/5
6424/24 6440/21
6441/3 6441/9 6441/15
6441/25 6442/24
6443/3 6443/15
6443/18 6443/22
6444/13 6463/2 6476/5
6478/1 6478/18 6479/3
6480/15 6480/17
6480/19 6481/15
6481/25 6482/12
6482/12 6482/19
6503/21 6503/25
6509/12 6509/14
6509/24 6512/19
6513/2 6513/16
6513/21 6534/4 6549/7
6549/15 6568/20
6571/2 6572/25
6588/20 6597/25
6598/1 6598/8 6598/25
**numbers [7]** 6329/4
6333/3 6333/8 6442/3

**N**

numbers... [3] 6456/16
6598/4 6598/6
**NVA [2]** 6540/17
6540/19
**NW [4]** 6302/17 6304/3
6304/7 6305/4

**O**

**O.K [1]** 6525/6
**Oak [2]** 6303/3 6303/7
**oath [55]** 6316/11
6316/13 6316/22
6317/5 6317/7 6317/12
6317/21 6335/15
6354/13 6354/21
6357/24 6361/18
6367/24 6380/11
6381/19 6390/2
6390/17 6390/18
6390/20 6404/21
6432/9 6440/7 6440/9
6440/11 6440/20
6442/1 6442/4 6442/11
6442/22 6443/15
6445/3 6452/1 6453/9
6455/13 6456/2
6463/22 6488/4
6489/15 6493/10
6494/4 6508/10 6516/9
6517/23 6527/17
6531/13 6539/9
6540/10 6543/19
6544/4 6544/23 6545/3
6562/12 6562/25
6583/17 6588/3
**Oath Keeper [6]**
6440/7 6443/15
6455/13 6540/10
6544/4 6545/3
**Oath Keepers [44]**
6316/11 6316/13
6316/22 6317/5 6317/7
6317/12 6317/21
6335/15 6354/13
6354/21 6357/24
6367/24 6380/11
6381/19 6390/17
6390/18 6390/20
6440/9 6440/11
6440/20 6442/1
6442/11 6442/22
6445/3 6452/1 6453/9
6456/2 6463/22 6488/4
6489/15 6493/10
6494/4 6508/10 6516/9
6517/23 6527/17
6531/13 6539/9
6543/19 6544/23
6562/12 6562/25
6583/17 6588/3
**Oath Keepers' [1]**
6442/4
**obey [1]** 6492/7
**object [9]** 6371/17
6372/6 6422/20 6423/9
6430/12 6600/13
6600/13 6600/17

**objected [2]** 6430/4
6599/11
**objecting [1]** 6421/6
**objection [71]** 6331/3
6331/5 6333/11
6333/14 6343/6
6355/21 6355/22
6358/24 6369/17
6371/15 6372/3 6372/5
6372/9 6379/21
6392/23 6398/2
6399/11 6400/23
6406/6 6406/23
6418/19 6422/8
6422/11 6422/11
6422/13 6424/4
6425/17 6426/9 6431/3
6431/11 6439/20
6439/22 6445/15
6454/10 6461/13
6464/19 6476/11
6480/4 6480/5 6483/21
6487/11 6488/24
6493/20 6494/15
6496/11 6497/24
6504/15 6510/14
6512/10 6521/8 6524/2
6526/18 6529/20
6543/5 6558/7 6558/10
6561/15 6565/12
6574/1 6575/4 6580/22
6589/1 6589/5 6589/12
6590/4 6590/11
6596/25 6601/2 6601/2
6601/3 6613/15
**objections [7]** 6336/25
6423/7 6424/11 6425/2
6476/10 6601/18
6601/22
**obligated [1]** 6614/4
**obligation [3]** 6452/18
6614/9 6614/23
**obligations [3]**
6615/22 6616/17
6616/19
**obscure [1]** 6398/13
**observe [3]** 6314/11
6407/20 6407/23
**obtain [2]** 6479/2
6490/17
**obtained [4]** 6479/22
6479/23 6494/25
6495/8
**obvious [2]** 6506/3
6506/19
**obviously [19]** 6315/21
6315/25 6327/14
6328/7 6329/19
6343/14 6345/6
6347/19 6421/3
6548/15 6600/3
6602/12 6603/23
6604/22 6608/7 6612/6
6613/12 6616/14
6617/12
**OC [3]** 6351/4 6351/5
6351/8

occupied [1] 6504/25
**occupy [1]** 6502/24
**occupying [1]** 6505/1
**occur [3]** 6311/10
6605/11 6612/1
**occurred [7]** 6348/14
6348/19 6397/12
6408/18 6430/16
6560/14 6611/19
**occurs [1]** 6604/19
**October [1]** 6476/1
**off [22]** 6323/9 6323/11
6328/10 6333/3
6334/12 6334/24
6336/2 6386/23 6403/3
6409/11 6428/11
6429/25 6438/12
6441/3 6446/11
6447/20 6450/4
6532/14 6569/15
6569/21 6587/7
6601/14
**offer [3]** 6427/10
6467/3 6606/10
**offered [1]** 6310/18
**office [4]** 6302/16
6313/17 6435/21
6436/16
**officer [3]** 6345/10
6356/23 6433/18
**officers [13]** 6311/24
6311/25 6312/3 6312/4
6312/4 6312/6 6313/1
6314/12 6336/18
6344/14 6344/18
6348/2 6349/16
**offices [2]** 6304/7
6436/14
**official [7]** 6305/3
6334/16 6399/1 6399/6
6399/6 6479/22 6510/7
**officially [1]** 6528/4
**officials [2]** 6400/7
6402/12
**offline [1]** 6598/25
**often [3]** 6428/5
6547/12 6608/3
**oh [8]** 6325/19 6326/12
6388/9 6403/25
6403/25 6431/8
6506/24 6559/7
**Ohio [5]** 6528/6
6531/13 6543/19
6542/12 6548/7
**OK [9]** 6315/7 6315/9
6450/24 6484/10
6484/14 6585/3
6588/23 6592/7
6594/13
**OK Gator 1 [4]**
6484/10 6484/14
6585/3 6592/7
**okay [331]**
**old [27]** 6327/11
6327/15 6329/20
6445/3 6446/1 6446/19
6446/25 6457/13
6458/2 6487/25

6584/10 6584/13
6586/1 6586/16 6589/8
6589/16 6589/17
6590/1 6590/21 6592/6
6592/9 6592/12 6594/5
6594/11 6594/22
**Old Leadership [21]**
6327/11 6329/20
6445/3 6446/1 6446/19
6446/25 6457/13
6458/2 6487/25
6584/10 6584/13
6586/1 6589/8 6589/17
6590/1 6590/21 6592/6
6592/12 6594/5
6594/11 6594/22
**Olson [1]** 6559/14
**OMW [2]** 6547/11
6547/12
**once [7]** 6310/10
6334/4 6363/3 6370/24
6406/4 6426/17
6478/19
**one [143]** 6310/18
6311/7 6311/8 6311/9
6311/15 6312/12
6314/24 6315/5 6316/7
6316/16 6316/24
6318/10 6318/14
6321/19 6322/3
6322/14 6323/19
6324/3 6324/5 6324/6
6324/10 6325/20
6326/4 6327/11 6333/4
6338/14 6344/18
6344/23 6348/13
6361/24 6364/8
6364/25 6365/15
6366/25 6367/13
6367/25 6374/22
6375/5 6375/21
6381/22 6383/7
6383/20 6386/21
6387/6 6388/23
6398/20 6398/22
6402/10 6402/12
6411/20 6412/15
6414/15 6416/17
6420/16 6420/19
6421/7 6422/12 6424/3
6424/4 6424/10
6434/14 6439/3 6443/7
6444/12 6450/19
6461/12 6476/4 6477/7
6477/7 6477/15 6482/6
6499/4 6499/17
6500/10 6500/16
6501/1 6502/2 6503/19
6503/23 6504/4 6504/4
6504/6 6504/7 6505/8
6505/11 6506/9 6509/7
6509/8 6510/13
6510/23 6514/5
6514/23 6535/21
6538/17 6539/19
6541/18 6550/3
6550/25 6553/5 6554/4

6555/22 6555/22
6558/8 6561/22 6564/9
6566/13 6568/21
6569/19 6570/15
6570/23 6572/6
6572/10 6573/12
6577/25 6579/5
6582/13 6583/7 6586/8
6587/10 6588/3 6595/2
6596/11 6599/5
6600/13 6600/14
6605/17 6608/15
6608/24 6609/21
6609/23 6613/10
6613/11 6614/11
6614/11 6614/24
6615/25 6618/16
6619/1 6619/10
6620/25 6621/16
**one's [1]** 6506/5
**one-and-a-half-mile [1]**
6348/13
**one-sided [4]** 6383/7
6383/20 6386/21
6386/21
**ones [3]** 6336/2 6429/6
6436/21
**ongoing [1]** 6315/17
**online [3]** 6500/11
6500/17 6576/4
**only [34]** 6311/2
6311/12 6311/13
6316/5 6318/4 6319/3
6319/14 6320/16
6322/8 6325/15
6345/19 6374/22
6390/4 6391/17
6392/16 6393/25
6397/15 6411/18
6423/2 6425/7 6430/1
6453/1 6514/18
6514/23 6515/25
6516/3 6551/18
6569/15 6573/12
6582/12 6598/14
6609/14 6611/10
6621/4
**op [5]** 6315/8 6315/10
6358/5 6361/1 6458/14
**op has [1]** 6458/14
**open [12]** 6310/1
6392/9 6392/14
6392/19 6393/2 6402/2
6404/6 6419/5 6428/2
6451/16 6558/13
6591/21
**opening [6]** 6602/17
6604/6 6604/14
6608/14 6621/4 6621/7
**openings [5]** 6602/18
6609/7 6611/7 6611/9
6621/15
**operating [2]** 6415/19
6415/21
**operational [1]** 6409/7
**operations [7]** 6363/1
6363/1 6365/11

**operations...** [4]
6365/14 6518/5
6528/14 6614/20
**operator** [1] 6435/10
**opinion** [1] 6409/10
**opinions** [1] 6409/6
**opportunity** [9] 6321/4
6363/10 6386/6
6600/13 6600/21
6601/21 6603/1
6605/16 6612/25
**oppose** [1] 6430/9
**opposed** [2] 6397/2
6540/25
**opposite** [1] 6533/11
**oppressive** [1] 6492/8
**optic** [7] 6477/3
6477/14 6504/5
6506/13 6507/12
6507/12 6507/24
**optimistic** [2] 6419/11
6619/2
**option** [1] 6428/4
**oral** [1] 6610/18
**orally** [2] 6612/17
6616/8
**order** [13] 6318/7
6320/5 6373/6 6375/13
6378/17 6386/2
6422/21 6452/19
6599/7 6614/20
6616/17 6617/25
6620/4
**ordered** [1] 6358/11
**orders** [1] 6442/13
**ordinary** [2] 6478/24
6479/10
**org** [1] 6453/9
**organization** [4]
6365/14 6365/16
6390/5 6528/5
**organizing** [1] 6538/25
**orient** [3] 6343/17
6344/6 6380/4
**orienting** [1] 6339/21
**original** [3] 6478/3
6478/7 6480/25
**originally** [5] 6511/8
6550/24 6551/6 6615/2
6619/14
**other** [63] 6314/9
6317/16 6319/10
6322/14 6323/16
6324/17 6324/20
6325/17 6334/22
6354/14 6357/7
6357/24 6358/4
6358/11 6375/3 6375/5
6390/19 6390/20
6393/21 6393/25
6395/9 6399/21
6403/10 6403/14
6404/9 6405/17
6415/23 6420/3 6420/5
6423/7 6423/9 6423/13
6438/14 6441/25
6441/25 6453/9 6455/3

6463/6 6467/3 6469/9
6472/9 6486/18
6513/10 6514/18
6531/24 6557/6 6569/1
6578/5 6578/6 6581/5
6590/15 6594/25
6598/23 6599/5
6600/12 6608/13
6608/15 6609/23
6615/12 6618/17
6620/16
**others** [20] 6311/19
6313/5 6314/8 6314/12
6315/13 6333/7
6349/13 6357/20
6400/18 6441/24
6446/12 6453/4
6453/13 6463/1
6490/22 6518/5 6525/9
6536/3 6559/21
6584/12
**otherwise** [6] 6313/8
6340/6 6403/14 6527/3
6534/19 6579/9
**our** [49] 6312/23
6318/21 6326/8 6334/4
6352/16 6380/17
6381/20 6401/25
6402/5 6402/18
6403/17 6405/23
6419/7 6423/25
6431/20 6442/13
6489/23 6492/12
6518/6 6518/11
6522/21 6530/19
6533/12 6538/22
6554/18 6566/2
6566/13 6587/8
6603/13 6604/5 6604/8
6604/14 6604/18
6604/20 6609/6
6610/18 6611/14
6611/24 6614/16
6614/23 6614/25
6615/5 6615/5 6615/13
6616/9 6616/17
6617/22 6620/13
6620/14
**ourselves** [1] 6611/18
**out** [75] 6312/6
6319/19 6321/8
6323/7 6334/9 6342/15
6352/13 6359/13
6359/19 6359/25
6367/15 6370/22
6374/18 6384/17
6384/18 6386/25
6391/25 6398/12
6407/11 6409/24
6410/6 6413/14 6414/7
6416/18 6436/6
6442/13 6443/25
6455/3 6455/17 6456/5
6457/18 6463/25
6466/12 6479/17
6480/21 6490/18
6490/21 6491/5 6503/7

6515/15 6516/5
6530/19 6533/7
6534/10 6534/18
6537/3 6539/1 6540/15
6543/20 6544/9
6554/18 6559/21
6564/22 6566/1 6566/2
6566/16 6568/21
6568/24 6573/12
6576/23 6593/7
6604/21 6606/9
6606/11 6608/11
6611/11 6611/17
6611/19 6614/19
6617/16 6620/4
6621/11 6621/25
**out/comms** [1] 6491/5
**outbound** [2] 6340/2
6340/25
**outcome** [1] 6605/18
**outdoor** [5] 6493/3
6496/3 6499/6 6499/19
6500/2
**Outdoors** [1] 6499/1
**outlined** [1] 6491/19
**outlook.com** [1]
6304/10
**outright** [1] 6606/14
**outside** [2] 6355/15
6620/12
**outweighs** [1] 6320/14
**over** [28] 6332/5
6342/16 6356/19
6369/14 6372/18
6381/8 6387/22
6387/23 6411/13
6417/5 6417/18
6425/10 6430/1
6433/16 6433/19
6436/11 6467/14
6476/17 6576/9
6576/15 6589/11
6604/12 6604/21
6616/11 6616/13
6617/12 6618/20
6621/8
**overly** [1] 6607/24
**overnight** [2] 6410/12
6597/18
**overruled** [3] 6575/5
6575/6 6580/23
**overrun** [1] 6539/19
**oversaw** [1] 6405/24
**overview** [6] 6407/7
6409/17 6413/3 6416/6
6416/8 6417/2
**own** [6] 6315/2 6322/9
6358/8 6362/18
6451/19 6502/15
**owner** [1] 6482/12
**ownership** [3] 6478/7
6571/8 6575/11
**owning** [1] 6570/17
**owns** [3] 6482/19
6515/18 6515/22

**P.A** [1] 6304/16
**p.m** [50] 6311/14
6313/10 6314/19
6325/25 6353/2
6353/15 6357/9
6357/21 6358/4
6358/15 6359/18
6359/25 6360/4
6360/25 6407/15
6407/19 6408/5
6408/24 6410/7
6410/10 6410/15
6416/17 6428/19
6428/19 6430/5
6440/16 6448/8
6449/11 6459/1
6461/21 6462/7
6484/13 6519/12
6519/12 6524/17
6525/2 6531/1 6537/19
6547/7 6547/19
6548/23 6549/24
6551/7 6552/25 6554/7
6555/13 6556/3 6559/3
6559/9 6622/7
**PA** [1] 6303/15
**pack** [1] 6378/25
**page** [87] 6355/6
6355/13 6379/7 6380/3
6381/3 6381/6 6381/22
6381/23 6389/22
6407/5 6407/6 6408/25
6409/15 6409/15
6409/16 6409/17
6411/8 6411/9 6412/14
6412/15 6413/1 6413/2
6413/19 6414/16
6415/13 6415/14
6416/23 6416/25
6417/17 6438/23
6442/17 6444/22
6445/20 6446/23
6447/14 6448/16
6449/24 6450/16
6451/20 6452/21
6453/5 6453/18
6458/17 6461/12
6463/11 6464/24
6483/9 6488/11
6488/16 6491/21
6493/12 6494/6 6497/8
6501/24 6514/4 6514/4
6514/4 6514/5 6515/15
6517/5 6518/2 6522/1
6522/12 6522/24
6523/4 6523/14
6524/23 6527/22
6527/24 6542/16
6543/10 6546/14
6549/12 6549/15
6549/15 6550/18
6552/14 6553/5 6554/4
6555/5 6555/11
6560/25 6588/19
6588/20 6588/21
6589/11 6614/11
**page 3** [4] 6409/15

6449/16 6448/16
6549/12
**page 8** [1] 6416/25
**pages** [3] 6427/22
6491/16 6549/13
**Paging** [1] 6528/23
**paid** [1] 6501/11
**painted** [1] 6508/10
**Palian** [4] 6477/3
6477/13 6477/14
6507/6
**panel** [6] 6324/1
6325/2 6348/6 6404/12
6431/25 6519/18
**panned** [1] 6532/15
**paragraph** [5] 6489/7
6489/7 6489/12
6491/22 6491/24
**paragraphs** [2] 6490/8
6490/24
**parallel** [1] 6358/22
**parameters** [1]
6575/11
**parapet** [1] 6524/20
**paratrooper** [2]
6434/25 6435/5
**park** [5] 6304/3
6364/18 6364/20
6366/2 6499/2
**parked** [1] 6364/21
**Parker** [10] 6338/7
6344/15 6345/2
6345/20 6348/22
6349/1 6349/3 6350/25
6350/25 6531/11
**Parkers** [1] 6332/14
**parking** [4] 6363/24
6364/22 6364/23
6366/1
**Parler** [8] 6314/5
6520/10 6520/21
6521/2 6521/16 6522/3
6522/14 6523/6
**part** [25] 6327/14
6328/7 6334/8 6355/1
6357/4 6357/8 6403/5
6430/20 6450/24
6456/3 6488/5 6490/6
6490/19 6491/13
6492/14 6500/16
6501/20 6503/13
6505/18 6505/20
6507/13 6508/7
6583/10 6585/15
6596/12
**partake** [1] 6596/5
**partaken** [1] 6596/11
**parte** [1] 6609/1
**partially** [1] 6341/24
**participant** [1] 6590/25
**participants** [6] 6447/7
6447/10 6584/11
6584/13 6586/2 6591/2
**participate** [1] 6502/12
**participated** [2]
6364/13 6436/10
**particular** [12] 6321/1
6324/21 6329/9

particular... [9]
6436/18 6476/23
6484/8 6567/7 6567/11
6567/12 6588/21
6591/15 6608/24
particularly [2] 6320/3
6563/22
parties [14] 6319/17
6434/8 6434/23 6440/5
6444/9 6444/14
6456/15 6469/13
6475/22 6503/14
6509/11 6560/5 6560/7
6599/24
parts [7] 6334/9 6499/3
6500/4 6501/1 6501/10
6503/9 6509/1
party [5] 6306/12
6307/3 6490/2 6600/11
6600/12
Paso [1] 6579/13
pass [5] 6367/4
6368/17 6395/8 6401/2
6583/19
passed [1] 6538/5
passing [4] 6390/4
6396/23 6450/1 6583/1
past [4] 6333/24
6339/22 6442/3
6442/24
patch [2] 6369/14
6473/14
path [7] 6412/12
6417/7 6417/14 6418/3
6418/3 6491/10
6604/12
patience [1] 6325/6
patriot [1] 6523/2
patriots [9] 6358/7
6360/2 6488/4 6490/15
6518/7 6521/23
6521/25 6522/17
6525/8
patted [2] 6345/7
6345/9
pattern [1] 6409/9
Patty [2] 6314/19
6325/25
Patty G [1] 6325/25
Paul [6] 6447/12
6536/18 6536/23
6543/23 6544/3 6544/7
Paul Stamey [4]
6447/12 6543/23
6544/3 6544/7
pause [17] 6341/23
6344/23 6344/24
6345/13 6352/25
6353/12 6370/17
6370/24 6371/3
6375/23 6402/24
6428/22 6431/24
6434/15 6526/24
6532/12 6610/4
Pausing [1] 6532/3
PDF [5] 6329/1 6586/3
6586/7 6589/17 6590/1

place [13] 6353/2
6353/19 6355/8
Pegasus [1] 6504/9
pejorative [1] 6314/21
Pelosi's [1] 6313/16
penal [7] 6310/9
6310/13 6311/8
6315/15 6316/17
6316/19 6317/1
Pence [4] 6314/20
6326/2 6521/20
6522/20
Pennsylvania [1]
6304/7
people [42] 6311/20
6312/5 6312/6 6313/7
6315/19 6319/10
6328/12 6328/13
6353/21 6358/11
6367/25 6374/7 6375/3
6375/5 6382/24 6386/1
6386/2 6397/20
6436/10 6436/15
6438/14 6441/15
6441/25 6448/1 6462/4
6471/5 6489/24
6524/21 6531/8
6532/15 6532/17
6574/7 6574/16
6574/17 6576/21
6581/5 6582/12 6583/1
6583/8 6583/13
6608/23 6621/7
pepper [1] 6361/2
per [2] 6571/1 6616/17
percent [4] 6342/10
6342/11 6423/23
6443/14
perfect [1] 6428/1
performed [1] 6320/18
perhaps [3] 6311/7
6576/23 6606/10
perimeter [1] 6334/7
period [28] 6349/4
6363/6 6363/7 6363/9
6407/9 6407/16
6412/20 6414/9
6437/19 6438/5
6438/11 6438/16
6444/1 6450/4 6456/18
6460/23 6483/2 6483/3
6486/19 6492/20
6492/22 6496/21
6512/21 6520/6
6520/10 6521/3
6525/14 6525/18
Perjury [1] 6536/11
permit [2] 6514/24
6615/2
person [40] 6310/16
6318/22 6319/7
6328/11 6364/25
6365/9 6367/17
6367/18 6367/20
6368/4 6368/11
6368/12 6368/17
6369/3 6372/22 6374/8
6374/23 6378/3 6378/3

6418/25 6455/19
6479/18 6480/25
6481/25 6482/19
6506/5 6511/8 6511/11
6511/14 6513/16
6514/6 6515/3 6515/19
6570/16 6574/21
6575/12 6576/15
6583/7
personal [4] 6322/13
6474/13 6548/6 6595/8
personally [3] 6571/20
6579/22 6608/13
perspective [3]
6424/15 6427/23
6612/20
pesky [1] 6540/2
Peter [1] 6503/19
phillip [4] 6303/2
6303/6 6309/15
6387/21
Phoenix [1] 6518/23
phone [203] 6341/12
6341/15 6341/18
6341/19 6355/20
6367/3 6376/4 6376/7
6378/19 6378/21
6378/23 6379/14
6379/16 6380/7
6386/25 6387/24
6388/11 6396/17
6396/22 6401/21
6407/8 6407/8 6407/13
6407/15 6407/18
6407/19 6407/20
6407/21 6408/7
6408/20 6409/7
6409/10 6409/18
6409/21 6410/12
6410/15 6411/12
6412/5 6412/6 6412/17
6412/19 6412/21
6413/3 6413/5 6413/5
6413/8 6413/21
6413/24 6414/3 6414/4
6414/5 6414/9 6414/13
6414/19 6414/22
6415/5 6415/16
6415/19 6415/21
6415/25 6416/1 6416/7
6416/7 6416/9 6416/14
6417/1 6417/7 6417/23
6418/15 6419/16
6420/2 6437/17
6437/21 6438/6 6438/6
6438/11 6439/5
6439/15 6440/13
6441/9 6441/11
6441/19 6441/25
6442/2 6442/8 6442/23
6443/14 6443/15
6444/17 6446/2 6446/8
6448/18 6449/12
6450/1 6450/3 6450/17
6453/25 6454/2 6454/5
6455/8 6456/16
6457/22 6459/6 6459/9

6461/6 6461/9 6462/2
6462/22 6462/23
6463/2 6464/11
6464/14 6465/3 6470/4
6470/16 6470/18
6472/11 6472/14
6481/15 6481/25
6482/10 6482/12
6482/19 6483/13
6483/17 6484/9
6486/15 6487/3 6487/5
6487/7 6511/17 6512/3
6512/5 6512/18 6513/2
6513/16 6513/21
6516/23 6517/14
6523/17 6524/12
6526/8 6526/12 6533/1
6533/17 6534/3 6534/4
6534/5 6541/4 6542/22
6542/22 6543/14
6544/1 6545/24
6547/16 6548/3 6548/7
6548/11 6548/14
6548/16 6548/18
6548/19 6551/19
6551/20 6552/1 6552/3
6552/5 6552/9 6552/10
6553/2 6553/9 6553/14
6554/14 6555/2 6555/8
6555/19 6556/8
6556/10 6557/16
6557/18 6561/4 6561/7
6561/10 6562/2 6562/3
6565/6 6565/8 6566/22
6567/2 6567/4 6567/15
6567/22 6568/3 6568/6
6585/22 6586/4 6587/7
6591/4 6592/8 6592/10
6595/8
phone's [1] 6413/21
phones [8] 6375/12
6414/24 6415/8
6415/11 6415/23
6529/13 6538/3
6586/21
photo [3] 6562/7
6562/9 6562/11
photograph [13]
6332/11 6332/20
6355/20 6471/6 6471/9
6471/12 6472/1
6472/23 6473/9
6473/19 6474/7
6474/24 6475/10
photographs [8]
6368/3 6470/7 6470/12
6470/13 6470/18
6472/8 6472/10
6472/14
photoshop [1] 6534/18
phrase [2] 6358/21
6359/8
physical [5] 6359/9
6444/7 6475/25 6502/1
6503/15
pic [1] 6534/19
Picco [3] 6524/15

pick [3] 6545/21
6557/23 6576/16
picked [3] 6348/25
6440/25 6441/6
pics [1] 6544/15
picture [10] 6332/6
6332/10 6332/12
6332/14 6351/25
6473/13 6473/22
6474/6 6477/4 6583/7
pictured [1] 6337/16
pictures [2] 6332/17
6357/19
piece [2] 6576/11
6604/10
pieces [1] 6534/11
pinged [1] 6449/12
pinging [1] 6450/4
pistol [4] 6504/4
6508/14 6508/15
6514/23
pistols [2] 6460/17
6515/25
pitching [1] 6468/8
place [11] 6355/15
6357/5 6363/19 6364/7
6388/7 6424/10
6539/12 6540/5 6546/7
6548/10 6578/7
placed [3] 6361/18
6404/21 6432/9
places [3] 6426/23
6428/8 6608/23
plain [1] 6569/7
Plaintiff [1] 6302/4
plan [12] 6381/20
6492/3 6492/12 6539/1
6539/6 6540/4 6540/14
6596/11 6614/6
6614/10 6620/11
6621/20
planning [2] 6422/5
6525/7
Plano [2] 6499/16
6501/19
plans [6] 6316/24
6596/2 6596/8 6596/16
6596/19 6597/5
plate [2] 6351/11
6351/13
plates [3] 6351/11
6351/13 6351/15
platform [16] 6467/13
6505/18 6506/1
6506/15 6506/24
6507/1 6507/11
6507/13 6507/15
6507/23 6508/2 6508/8
6508/9 6542/5 6588/1
6588/2
play [21] 6335/3
6337/23 6340/10
6342/1 6347/16 6353/9
6371/1 6373/17 6375/7
6375/16 6377/7
6377/10 6377/14
6382/12 6384/7

**play... [6]** 6384/25
6385/2 6385/5 6385/10
6386/12 6404/21 6604/21
**played [40]** 6335/4
6335/21 6337/24
6339/10 6340/12
6342/2 6342/23
6344/25 6345/4
6345/12 6347/8
6347/17 6353/11
6371/2 6372/6 6372/16
6373/19 6373/21
6375/8 6375/17
6375/22 6375/25
6377/9 6377/11
6377/16 6382/13
6382/21 6384/1 6384/4
6384/6 6384/9 6384/23
6385/1 6385/4 6385/7
6385/11 6385/22
6386/11 6386/13
6532/10
**players [2]** 6617/19
6617/21
**playing [5]** 6344/20
6370/18 6372/14
6375/24 6532/8
**Plaza [2]** 6340/1
6340/25
**please [216]** 6309/5
6325/4 6330/5 6330/6
6330/7 6330/8 6332/2
6332/22 6335/6
6335/19 6337/5
6337/23 6338/13
6339/9 6339/25
6340/11 6340/18
6341/6 6342/22 6343/4
6343/5 6344/12
6344/21 6345/13
6346/11 6347/15
6348/4 6348/6 6352/5
6352/24 6353/12
6354/2 6354/15 6355/5
6356/2 6356/7 6356/10
6356/14 6357/3
6357/14 6358/2
6359/22 6360/22
6361/17 6362/9
6373/18 6375/7
6375/15 6375/23
6377/14 6379/6 6379/8
6379/25 6380/9 6381/6
6381/20 6381/25
6382/11 6382/12
6382/20 6383/24
6384/3 6384/5 6384/8
6384/22 6384/25
6385/3 6385/6 6385/8
6385/10 6386/10
6401/21 6402/22
6404/14 6404/20
6405/8 6412/14 6413/1
6413/18 6419/14
6421/9 6428/21 6432/2
6432/8 6433/8 6434/14
6438/19 6440/2

6446/8 6447/13
6448/15 6449/5
6449/14 6450/14
6450/17 6450/22
6451/7 6452/7 6452/12
6452/21 6453/17
6453/18 6456/5
6457/15 6458/9
6458/21 6459/22
6459/25 6460/19
6461/1 6461/20
6463/10 6463/25
6464/24 6465/12
6465/17 6465/24
6466/15 6466/19
6467/2 6467/15 6468/5
6469/19 6470/11
6471/4 6472/22 6473/6
6474/16 6474/16
6475/2 6475/6 6477/1
6477/24 6480/21
6480/23 6481/5
6481/23 6483/8
6483/10 6484/2
6486/12 6486/23
6487/16 6488/14
6489/5 6489/7 6489/13
6490/9 6490/25
6491/14 6491/24
6497/5 6497/6 6499/9
6499/20 6500/13
6502/8 6505/4 6510/13
6510/18 6510/20
6511/1 6511/22
6512/14 6513/1
6513/15 6514/23
6515/2 6516/5 6516/25
6518/2 6519/13
6519/17 6519/20
6520/14 6520/15
6521/14 6523/13
6527/10 6527/23
6528/21 6533/14
6535/11 6536/17
6539/21 6541/24
6544/17 6544/21
6548/22 6550/15
6550/21 6552/12
6554/4 6555/21
6555/23 6556/15
6558/20 6559/5
6561/20 6564/7
6564/13 6564/20
6566/4 6572/22 6580/8
6591/4 6591/23
6592/20 6592/21
6593/2 6597/21 6622/5
**plot [4]** 6408/14
6411/20 6411/24
6621/11
**plug [1]** 6587/12
**plus [8]** 6427/22
6521/21 6539/9
**pocket [1]** 6372/23
**point [61]** 6317/11
6319/22 6321/20

6329/14 6330/12
6332/23 6333/6 6335/6
6335/16 6345/7
6348/25 6369/22
6375/11 6376/7
6379/18 6383/5
6383/14 6384/13
6384/14 6392/5
6393/16 6396/16
6396/16 6435/24
6439/17 6444/5
6445/12 6451/25
6454/7 6455/17 6456/5
6456/12 6463/25
6464/16 6467/13
6467/13 6470/20
6475/20 6476/6
6477/16 6479/25
6487/9 6488/22
6493/16 6494/10
6497/21 6503/12
6507/23 6512/7 6521/6
6523/20 6523/24
6526/15 6529/17
6543/2 6557/20
6561/12 6565/10
6608/18
**pointed [4]** 6455/19
6456/7 6464/4 6477/19
**pointing [2]** 6334/22
6338/22
**points [1]** 6318/12
**police [19]** 6311/20
6311/24 6311/25
6312/3 6312/4 6312/4
6312/6 6313/1 6314/11
6314/22 6323/13
6326/3 6334/17
6347/21 6349/16
6356/19 6356/23
6382/4 6523/8
**polite [1]** 6348/1
**pooper [1]** 6538/17
**pop [2]** 6587/17
6587/21
**pop-ups [1]** 6587/21
**popped [2]** 6593/14
6595/1
**pore [1]** 6427/22
**portion [2]** 6356/10
6427/3
**portions [1]** 6428/3
**portray [1]** 6373/13
**position [12]** 6310/16
6426/9 6427/5 6427/8
6599/2 6602/2 6603/17
6608/15 6610/18
6611/14 6618/8
6618/15
**positions [1]** 6540/16
**possesses [1]** 6618/16
**possibility [1]** 6442/7
**possible [8]** 6324/14
6514/19 6552/12
6552/15 6552/16
6559/7 6614/1 6617/2
**possibly [1]** 6574/18

**post [7]** 6314/5
6522/14 6525/1
6545/12 6583/13
6585/21 6594/21
**posted [10]** 6441/7
6445/2 6445/25 6448/4
6521/2 6521/16 6523/6
6524/24 6545/12
6587/8
**posterity [1]** 6613/19
**posts [2]** 6515/9
6585/15
**potential [5]** 6311/16
6313/22 6320/14
6320/21 6322/16
**potentially [9]** 6311/11
6312/17 6313/5
6318/18 6318/25
6319/8 6581/24 6603/7
6603/8
**pouch [3]** 6499/4
6504/7 6506/25
**pouches [2]** 6504/7
6505/25 6506/4
**pounding [3]** 6359/21
6360/2 6360/4
**power [5]** 6380/19
6380/22 6381/8
6489/19 6539/11
**practice [3]** 6426/22
6559/13 6602/14
**praying [1]** 6467/6
**pre [2]** 6319/9 6319/9
**pre-collective [1]**
6319/9
**pre-conspiracy [1]**
6319/9
**precarious [1]** 6603/16
**precautions [1]**
6458/19
**precedent [1]** 6599/14
**precise [2]** 6362/13
6472/5
**precisely [5]** 6313/7
6313/15 6314/7 6316/1
6422/10
**Precision [4]** 6476/4
6479/15 6480/15
6482/7
**predictable [1]**
6614/20
**prediction [1]** 6619/8
**prefer [2]** 6361/24
6608/25
**preference [1]** 6599/7
**prep [1]** 6619/20
**preparation [1]**
6615/13
**prepare [3]** 6446/15
6490/16 6491/10
**prepared [5]** 6310/12
6418/17 6429/3 6518/4
6600/4 6603/23
6604/14 6604/15
**preparedness [1]**
6423/5
**preparing [1]** 6616/23

**presence [5]** 6312/16
6313/4 6315/13
6315/13 6429/11
**present [10]** 6309/21
6314/10 6393/9
6608/25 6609/7
6619/13 6620/2
6620/12 6620/18
6620/20
**presented [11]** 6383/7
6578/12 6581/21
6602/19 6603/5 6603/6
6603/17 6603/18
6604/4 6608/16
6610/22
**preservation [1]**
6452/19
**preserved [1]** 6553/14
**presidency [2]**
6380/19 6381/9
**President [31]** 6366/13
6366/19 6367/1 6367/3
6376/2 6377/1
6377/20 6378/7
6378/12 6378/17
6380/8 6380/13
6382/17 6383/16
6386/25 6387/2 6387/9
6392/15 6394/8 6395/5
6397/5 6400/5 6400/21
6400/22 6401/2 6401/8
6401/12 6490/14
6492/1 6517/23
6517/24
**President Trump [18]**
6366/13 6366/19
6367/3 6378/7 6378/12
6380/8 6380/13
6383/16 6386/25
6387/2 6387/9 6392/15
6394/8 6395/5 6400/21
6490/14 6492/1
6517/23
**presiding [1]** 6309/4
**press [1]** 6458/18
**pressure [1]** 6507/20
**presumably [4]**
6501/12 6582/10
6603/4 6611/8
**presume [1]** 6603/11
**pretrial [1]** 6403/6
**pretty [9]** 6367/15
6382/15 6394/12
6395/2 6418/20
6571/10 6608/6 6618/6
6621/6
**Prettyman [1]** 6305/4
**prevail [2]** 6604/1
6604/2
**prevailing [1]** 6605/10
**prevent [1]** 6311/20
**preventing [1]** 6312/5
**preview [2]** 6608/17
6608/24
**previous [4]** 6371/16
6408/10 6542/1 6548/2
**previously [12]** 6327/3
6405/3 6406/11

**P**

**previously... [9]**
6414/14 6438/11
6446/21 6446/25
6488/21 6498/15
6503/5 6572/16
6619/12
**prick [1]** 6535/23
**primary [3]** 6398/20
6509/9 6548/6
**Prime [1]** 6381/15
**printing [1]** 6619/21
**prior [12]** 6365/16
6396/12 6401/7 6409/9
6424/9 6434/21
6445/15 6457/25
6552/5 6567/5 6568/7
6583/3
**prison [1]** 6381/2
**private [2]** 6433/20
6514/17
**privy [1]** 6394/5
**probably [13]** 6311/15
6314/16 6389/16
6402/17 6426/2
6429/10 6429/11
6536/3 6568/19
6610/14 6611/2
6612/18 6621/5
**probative [3]** 6320/8
6320/14 6322/8
**problem [2]** 6403/12
6424/16
**problems [1]** 6612/1
**procedural [1]** 6603/21
**procedure [2]** 6599/4
6600/24
**proceed [8]** 6368/21
6375/21 6381/3
6418/18 6456/13
6491/18 6499/8 6613/2
**proceedings [6]**
6302/9 6305/6 6309/22
6498/15 6622/7 6623/4
**process [1]** 6566/14
**processing [1]**
6433/21
**procured [1]** 6420/2
**produced [2]** 6305/7
6478/20
**product [7]** 6589/23
6615/14 6616/5
6616/21 6616/25
6617/17 6617/24
**profession [1]** 6352/14
**professional [2]**
6393/19 6474/11
**program [1]** 6586/5
**program' [1]** 6490/20
**progressed [1]**
6342/13
**progression [1]**
6348/11
**prohibit [1]** 6570/14
**prohibited [5]** 6515/25
6570/16 6574/21
6575/12 6576/15
**project [1]** 6490/21

**project [1]** 6490/21
**projection [1]** 6343/25
**promised [1]** 6380/25
**promising [1]** 6612/9
**prompted [2]** 6388/21
6396/21
**pronounce [2]** 6528/12
6582/15
**pronounced [3]**
6528/8 6528/10
6576/24
**proper [1]** 6423/12
**proposed [3]** 6403/22
6403/23 6429/21
**proposition [1]**
6317/17
**prospective [1]** 6616/6
**ProTac [1]** 6503/22
**protect [2]** 6490/20
6490/21
**protection [3]** 6373/4
6499/5 6501/21
**protesters [1]** 6334/10
**protocols [1]** 6491/4
**Proud [1]** 6315/10
**provide [17]** 6321/6
6325/14 6366/12
6366/19 6367/1 6370/3
6378/11 6378/17
6378/21 6379/2 6380/8
6485/11 6600/3
6600/21 6609/7 6614/9
6615/6
**provided [13]** 6320/12
6345/22 6345/24
6346/5 6371/22 6380/8
6387/6 6424/8 6424/9
6528/6 6601/24
6614/24 6616/9
**provides [1]** 6602/12
**providing [2]** 6378/7
6383/19
**provision [1]** 6510/12
**psychological [1]**
6363/1
**public [4]** 6337/12
6400/6 6480/2 6510/11
**public-source [1]**
6337/12
**publicly [1]** 6403/15
**publish [26]** 6331/12
6332/24 6343/7
6379/25 6440/2
6445/20 6461/19
6464/23 6471/4 6476/8
6476/19 6484/1
6487/16 6489/5 6498/4
6504/18 6510/18
6521/14 6526/22
6527/8 6530/2 6543/9
6558/20 6560/6
6561/19 6565/17
**published [3]** 6392/10
6392/14 6558/8
**puffery [1]** 6314/1
**Pugh [1]** 6543/15
**pull [14]** 6337/4 6348/3
6352/4 6355/18

**projected [1]** 6509/19
**projection [1]** 6357/4
**pulled [4]** 6324/4
6420/11 6420/14
6455/3
**pulling [2]** 6365/3
6365/10 6559/21
**puppet [2]** 6380/15
6489/20
**purchase [15]** 6396/5
6441/15 6493/2
6496/24 6498/8 6500/6
6500/9 6500/15 6514/6
6514/24 6570/11
6571/3 6575/14 6576/8
6576/15
**purchased [21]** 6396/4
6479/19 6480/25
6492/19 6497/15
6498/14 6498/25
6499/3 6499/17
6500/10 6500/11
6500/16 6501/10
6511/8 6511/19 6569/22
6571/12 6571/13
6572/6 6575/10
6575/24
**purchaser [4]** 6478/3
6478/22 6480/22
6511/2
**purchases [21]**
6493/14 6494/8 6496/7
6496/20 6497/14
6498/18 6498/23
6499/11 6499/22
6500/1 6500/21 6501/4
6501/14 6501/25
6502/2 6502/5 6514/23
6569/11 6569/14
6572/25 6573/12
**purchasing [7]**
6498/13 6499/17
6570/15 6572/11
6575/2 6575/9 6576/2
**purely [1]** 6425/23
**purple [1]** 6455/20
**purport [1]** 6420/3
**purports [1]** 6591/18
**purpose [7]** 6321/13
6321/15 6322/12
6322/13 6366/18
6366/23 6615/9
**purposes [6]** 6313/4
6324/22 6333/7
6336/21 6343/3 6510/3
6613/21 6615/7
**pursuant [4]** 6480/2
6493/17 6494/11
6510/11
**pursue [1]** 6489/22
**pushed [1]** 6314/6
6386/22 6387/8
**pushing [1]** 6383/16
**put [35]** 6329/1
6338/19 6375/12

**project... [11]** 6300/19
6357/16 6366/7
6387/21 6389/19
6394/16 6402/25
6406/14 6420/11
6528/21 6572/16
6580/5 6584/19 6589/9
6590/3
6444/19 6452/8
6454/16 6495/12
6495/20 6497/5
6505/20 6507/2
6507/19 6507/21
6508/4 6508/21
6542/13 6546/6 6562/1
6574/13 6598/5 6598/6
6601/9 6605/11
6605/19 6606/5
6606/15 6607/9
6607/15 6608/5
6612/16 6614/3
6620/13
**puts [3]** 6602/25
6603/15 6621/15
**putting [4]** 6352/17
6614/16 6620/13
6621/13
**PUTZI [1]** 6304/16
**PW [1]** 6535/13
**PWS [3]** 6509/8
6509/24 6513/4

**Q**

**Qatar [1]** 6363/3
**QRF [4]** 6321/13
6321/15 6322/11
6544/5
**QRX [1]** 6321/13
**qualified [4]** 6405/14
6406/7 6406/8 6527/18
**qualify [2]** 6318/7
6406/5
**question [31]** 6313/18
6342/13 6346/1
6346/25 6352/21
6388/23 6391/8
6394/16 6394/18
6394/19 6399/13
6422/16 6465/13
6486/9 6509/6 6516/18
6575/1 6578/20
6585/23 6587/3
6589/22 6594/9
6595/11 6595/17
6596/7 6598/3 6606/7
6607/12 6609/4 6610/7
6617/15
**questioning [1]**
6383/15
**questions [30]**
6331/15 6349/21
6349/25 6351/21
6352/19 6354/5 6354/9
6357/17 6358/10
6359/13 6360/8
6361/11 6377/18
6387/13 6399/22
6400/5 6400/8 6401/7
6401/16 6418/6 6418/7
6418/8 6418/9 6418/10
6506/3 6568/10
6568/20 6584/8
6594/11 6615/22
**queued [1]** 6527/3
**quick [3]** 6323/5

**quicker [1]** 6597/2
**quickly [7]** 6402/5
6438/23 6480/10
6608/6 6608/23 6614/1
6619/17
**quietly [1]** 6330/7
**quite [6]** 6316/6
6316/16 6391/7 6402/4
6411/19 6606/2

**R**

**racist [1]** 6522/8
**radio [3]** 6435/10
6467/11 6467/12
**radios [1]** 6490/17
**rail [3]** 6477/4 6504/5
6508/2
**raise [5]** 6322/8
6361/17 6404/20
6426/20 6432/8
**raised [3]** 6430/1
6612/22 6619/11
**Rakoczy [16]** 6302/14
6309/13 6324/25
6361/14 6372/4
6424/21 6425/21
6429/1 6429/5 6432/5
6432/14 6519/6
6519/23 6527/2
6572/20 6590/4
**rally [1]** 6522/18
**ran [1]** 6391/23
**range [2]** 6328/19
6501/11
**Ranger [4]** 6517/12
6562/25 6563/25
6564/11
**Ranger Doug [2]**
6562/25 6564/11
**Ranger Smith [1]**
6563/25
**Raptor [1]** 6503/22
**rarely [1]** 6604/2
**rather [4]** 6317/1
6455/3 6588/20
6617/20
**rationale [1]** 6423/13
**rattle [2]** 6522/10
6546/19
**raw [2]** 6324/15
6324/17
**RD [4]** 6562/21
6562/23 6563/7
6564/11
**re [3]** 6519/16 6545/12
6605/13
**re-affirmed [1]** 6605/13
**re-posted [1]** 6545/12
**re-take [1]** 6519/16
**reach [2]** 6391/25
6564/22
**reached [2]** 6434/8
6503/14
**reaching [1]** 6612/16
**Reaction [1]** 6464/5
**read [64]** 6318/9
6324/9 6330/7 6333/2

**read... [60]** 6352/10
6354/12 6354/25
6355/11 6356/10
6357/3 6373/10 6380/9
6381/6 6381/20
6381/25 6392/9
6392/17 6393/2 6393/5
6395/4 6423/1 6426/4
6427/3 6428/3 6428/12
6434/7 6434/11
6434/18 6444/4 6444/8
6444/18 6446/7 6447/9
6457/1 6457/17
6457/18 6475/21
6488/11 6489/10
6489/12 6490/10
6490/25 6491/23
6497/3 6503/13
6514/13 6527/16
6541/24 6544/7
6545/10 6546/10
6560/4 6560/6 6590/15
6591/19 6591/23
6592/13 6592/17
6592/20 6592/22
6592/24 6593/2 6598/4
6606/20

**reading [6]** 6451/4
6452/7 6457/25
6469/18 6469/19
6611/24

**reads [1]** 6430/13

**ready [10]** 6326/8
6326/19 6432/14
6446/17 6613/22
6613/24 6620/23
6621/18 6621/20
6621/21

**real [5]** 6451/17
6524/20 6566/13
6571/23 6572/1

**reality [4]** 6383/5
6386/1 6446/13 6578/9

**realized [1]** 6367/24

**really [10]** 6320/21
6373/3 6376/20 6383/6
6383/7 6383/15 6390/4
6562/16 6589/21
6591/15

**realtime [2]** 6305/3
6424/8

**reason [7]** 6325/8
6342/13 6346/1
6346/25 6366/11
6392/21 6601/14

**reasonable [1]**
6310/15

**reasons [3]** 6311/8
6320/7 6322/20

**rebut [1]** 6610/15

**rebuttal [2]** 6603/9
6607/7

**recall [19]** 6329/22
6332/11 6334/11
6363/6 6363/18
6364/12 6385/19
6390/22 6414/15

6567/9 6576/11
6584/14 6584/15
6585/6 6592/8 6595/22

**receipt [4]** 6495/6
6495/14 6495/24
6496/13

**receipts [9]** 6493/2
6494/23 6496/6
6496/18 6497/18
6498/22 6499/10
6499/21 6500/20

**received [37]** 6331/10
6333/12 6343/9 6347/6
6355/24 6372/12
6379/23 6406/25
6439/25 6445/18
6454/12 6456/25
6461/15 6464/21
6471/1 6476/14 6480/7
6483/24 6487/13
6489/1 6493/22
6494/17 6498/2
6504/16 6510/6
6510/16 6512/12
6521/10 6524/4
6526/20 6529/22
6543/7 6558/17
6561/17 6565/14
6593/22 6614/11

**receiver [7]** 6507/2
6507/3 6542/4 6573/14
6573/17 6573/19
6574/10

**recently [2]** 6448/4
6605/13

**recess [5]** 6402/21
6428/18 6428/19
6519/12 6622/6

**recitation [2]** 6610/24
6612/14

**recognize [47]** 6320/8
6320/9 6334/2 6335/12
6335/25 6338/3 6342/4
6365/3 6369/7 6371/5
6379/9 6406/16 6417/7
6438/25 6444/24
6449/7 6453/19 6461/2
6463/13 6470/13
6471/5 6472/23 6473/8
6473/10 6473/11
6473/15 6473/18
6481/11 6483/21
6485/24 6486/24
6488/17 6497/9
6504/23 6511/24
6517/7 6520/16
6523/15 6525/25
6528/24 6557/12
6561/2 6562/9 6565/3
6572/19 6583/8 6583/9

**recognized [1]**
6599/22

**recognizes [1]** 6590/14

**recoil [2]** 6507/18
6507/19

**recoils [1]** 6507/18

**recollect [1]** 6587/7

6427/19 6429/17
6567/12 6587/2

**recommended [1]**
6559/14

**reconciling [1]**
6606/21

**record [49]** 6325/23
6369/15 6369/18
6369/24 6370/1
6371/11 6371/13
6372/1 6373/6 6403/3
6403/11 6410/21
6412/12 6417/13
6423/24 6425/24
6426/1 6426/5 6429/11
6433/11 6434/8
6434/11 6434/18
6444/4 6449/16 6450/7
6454/17 6464/4 6474/4
6474/21 6475/8 6477/6
6496/15 6498/13
6503/13 6510/5 6510/7
6597/23 6597/25
6598/13 6607/20
6611/13 6612/17
6613/9 6614/3 6614/14
6616/19 6621/14
6623/3

**recorded [1]** 6305/6

**recording [34]** 6366/6
6366/9 6366/11 6367/8
6369/23 6370/3 6370/8
6370/10 6370/11
6370/20 6370/20
6371/6 6372/19
6372/22 6372/25
6373/13 6373/14
6387/24 6388/6
6388/11 6395/18
6395/21 6395/22
6395/24 6396/1 6396/2
6396/12 6485/11
6485/13 6485/16
6486/1 6486/2 6486/4
6583/9

**records [29]** 6405/22
6407/4 6408/8 6478/16
6478/17 6478/24
6479/10 6480/3
6492/22 6492/25
6494/11 6496/18
6498/17 6510/2
6510/11 6529/9 6549/4
6549/7 6549/9 6551/13
6551/19 6551/22
6552/22 6553/7 6553/8
6554/10 6555/1 6555/7
6556/5

**recover [1]** 6475/14

**recovered [9]** 6487/7
6503/9 6504/25 6509/2
6510/23 6512/5
6517/13 6548/11
6571/21

**RECROSS [1]** 6306/4

**red [9]** 6408/4 6409/12
6410/22 6411/21

6507/23 6510/6
6507/12 6587/2

**redacted [5]** 6479/17
6480/24 6511/3

**redactions [1]** 6511/7

**redirect [7]** 6306/4
6350/6 6350/16
6350/19 6400/2
6608/20 6619/4

**reduces [1]** 6506/18

**refer [4]** 6319/16
6352/16 6361/4 6393/3

**reference [6]** 6327/20
6359/2 6395/4 6442/2
6468/22 6563/18

**referenced [1]** 6576/7

**references [4]** 6313/12
6314/13 6318/14
6581/24

**referred [2]** 6478/18
6562/25

**referring [17]** 6336/2
6343/18 6349/15
6360/14 6360/20
6466/10 6467/11
6467/24 6477/16
6490/1 6531/10 6540/9
6542/4 6564/10
6587/22 6604/25
6615/17

**refers [1]** 6392/20

**reflect [5]** 6369/15
6369/18 6493/13
6530/7 6617/6

**reflected [1]** 6555/3

**reflects [1]** 6598/7

**refresh [3]** 6567/11
6567/15 6572/24

**refusing [1]** 6492/7

**regarding [17]** 6420/12
6421/10 6421/18
6434/21 6444/7
6452/17 6475/25
6480/2 6482/2 6482/11
6492/22 6503/15
6520/4 6560/8 6578/9
6613/10 6613/11

**Regardless [1]**
6490/15

**regards [1]** 6596/22

**regime [2]** 6489/18
6491/11

**Registered [1]** 6305/2

**registrations [5]**
6409/10 6413/7 6416/6
6416/13 6416/16

**regretfully [1]** 6491/25

**regular [3]** 6405/21
6424/22 6540/24

**regularly [1]** 6562/25

**reintroduce [1]** 6405/8

**relate [1]** 6466/9

**related [11]** 6320/17
6385/18 6396/10
6398/19 6492/19
6496/4 6496/6 6496/21
6498/17 6499/12
6503/9

**relation [1]** 6391/10

**relationship [3]** 6365/8
6367/2 6393/23

**relationships [2]**
6383/19 6383/22

**relatively [1]** 6568/19
6572/5

**relaying [1]** 6394/25

**relevance [3]** 6313/3
6422/11 6422/13

**relevancy [1]** 6422/25

**relevant [3]** 6332/17
6423/1 6423/5

**relief [3]** 6390/8
6390/16 6390/20

**rely [1]** 6605/22

**remain [1]** 6402/22
6406/8 6519/13

**remember [27]** 6329/8
6332/6 6351/15
6351/22 6352/2
6352/21 6354/6
6357/21 6357/25
6358/12 6359/14
6360/8 6360/15 6368/9
6375/1 6378/4 6385/18
6400/7 6405/15
6406/10 6408/10
6416/21 6418/1 6534/7
6534/15 6548/12
6585/20

**remind [16]** 6357/7
6415/13 6426/20
6447/9 6447/16
6455/12 6457/11
6463/20 6531/7
6531/12 6544/3 6545/1
6550/1 6553/20
6556/17 6614/8

**reminded [1]** 6614/13

**reminder [2]** 6371/19
6406/9

**reminding [1]** 6326/18

**remotely [1]** 6615/3

**remove [3]** 6330/23
6344/11 6361/22

**Removed [1]** 6549/21

**renew [3]** 6603/3
6606/16 6606/17

**renewed [1]** 6603/19

**repeat [2]** 6421/15
6566/14

**reply [1]** 6534/10

**report [5]** 6406/20
6406/20 6407/2
6588/18 6588/19

**reporter [5]** 6305/2
6305/2 6305/3 6305/3
6365/24

**reporters [1]** 6593/7

**reports [1]** 6312/11

**represent [4]** 6346/7
6387/21 6584/7
6589/10

**representation [5]**
6366/14 6378/16
6396/25 6431/3 6591/9

**represented [1]** 6445/8

6665

**republic [4]** 6380/12
6381/16 6381/21
6489/23
**Republish [1]** 6331/9
**request [6]** 6367/3
6425/7 6427/4 6485/3
6602/10 6615/1
**requested [1]** 6578/18
**require [1]** 6570/11
**required [3]** 6320/3
6455/2 6607/5
**requires [3]** 6569/21
6574/6 6574/6
**research [5]** 6392/5
6392/7 6509/13
6514/17 6580/15
**reservation [1]**
6405/23
**reserve [1]** 6426/16
**reserved [1]** 6602/17
**residence [8]** 6321/23
6500/17 6502/15
6502/15 6503/3 6548/5
6548/7 6548/10
**residents [1]** 6514/19
**resistance [2]** 6491/13
6492/9
**resolution [1]** 6404/10
**resolve [1]** 6618/11
**resources [1]** 6413/8
**respect [11]** 6313/9
6315/14 6320/6
6357/10 6437/5 6507/7
6599/2 6599/4 6608/15
6614/22 6617/14
**respectful [1]** 6348/1
**Respectfully [1]**
6599/20
**respond [47]** 6376/25
6377/4 6441/5 6442/11
6442/18 6442/22
6443/5 6443/21 6448/3
6448/7 6458/15
6459/22 6465/18
6466/16 6466/25
6467/16 6482/5 6482/7
6484/18 6485/3
6514/21 6516/22
6528/1 6530/21 6533/4
6533/9 6534/13
6534/17 6535/20
6536/8 6536/16 6538/9
6538/20 6539/3
6539/22 6540/11
6544/11 6544/18
6546/9 6546/15 6547/2
6547/15 6562/15
6563/7 6564/14
6564/21 6566/5
**responded [2]** 6377/20
6405/22
**response [15]** 6382/23
6383/3 6386/16
6405/24 6407/21
6407/23 6408/2
6426/21 6443/22
6453/14 6538/15

6610/23
**responsibility [1]**
6600/18
**rest [5]** 6320/12
6425/22 6606/17
6610/12 6611/2
**restate [1]** 6588/12
**restaurant [2]** 6468/19
6577/25
**rested [3]** 6426/12
6605/20 6607/4
**rests [2]** 6601/8 6607/1
**result [1]** 6366/13
**resume [3]** 6402/6
6419/9 6518/12
**RESUMED [2]** 6327/3
6405/3
**retain [1]** 6452/19
**return [5]** 6355/6
6520/20 6537/12
6551/20 6597/11
**returnable [1]** 6599/15
**returned [3]** 6429/23
6596/9 6606/4
**returns [2]** 6463/2
6493/1
**reverse [6]** 6422/21
6614/9 6614/22
6615/10 6616/19
6616/20
**reversed [3]** 6558/9
6605/10 6605/21
**review [9]** 6330/12
6336/17 6407/12
6408/12 6472/9
6492/25 6590/22
6594/7 6594/14
**reviewed [30]** 6310/10
6327/18 6327/19
6329/23 6336/11
6344/9 6408/8 6410/13
6437/12 6438/1
6438/13 6439/7 6445/5
6449/2 6454/1 6459/5
6459/8 6463/1 6482/25
6483/3 6484/25
6486/18 6520/8 6529/8
6549/3 6561/6 6563/15
6580/16 6586/21
6591/1
**reviewing [4]** 6311/2
6405/21 6407/24
6408/19
**revised [1]** 6403/17
**revisions [2]** 6403/22
6403/23
**revolting [1]** 6318/18
**rhetoric [2]** 6389/25
6390/1
**RHODES [148]** 6302/6
6303/2 6309/9 6309/16
6312/1 6312/1 6316/23
6317/20 6318/15
6318/25 6329/17
6330/17 6331/17
6357/20 6358/4
6358/11 6358/15

6360/14 6360/17
6361/1 6361/4 6363/10
6363/14 6363/16
6366/25 6368/25
6369/5 6369/10
6369/16 6369/19
6374/9 6376/11
6376/25 6378/10
6378/11 6378/21
6379/13 6380/7
6380/11 6382/5 6382/9
6382/15 6382/23
6383/4 6386/6 6386/16
6386/24 6387/22
6390/25 6392/3
6393/22 6393/24
6394/3 6394/7 6394/12
6394/25 6395/3
6396/17 6399/19
6400/20 6401/8
6401/11 6407/9
6407/18 6415/17
6418/7 6420/4 6420/6
6421/11 6421/19
6421/20 6425/3
6434/24 6436/22
6437/8 6438/5 6438/15
6441/18 6441/24
6442/7 6443/14
6443/25 6447/11
6448/23 6463/17
6465/3 6466/1 6466/16
6466/20 6467/16
6467/20 6468/17
6469/1 6469/6 6473/15
6473/23 6481/14
6482/5 6485/19
6485/20 6486/4
6486/14 6486/15
6486/19 6487/23
6490/5 6492/19
6499/15 6499/25
6500/6 6500/14
6500/24 6501/8
6501/15 6502/9
6502/14 6502/23
6502/24 6503/18
6505/1 6509/3 6511/19
6512/18 6513/2 6514/6
6514/21 6515/3
6515/17 6516/8
6516/22 6558/22
6559/9 6559/17 6569/6
6570/9 6570/15
6571/12 6571/13
6575/25 6576/4
6577/12 6578/4
6578/10 6582/14
6596/13 6621/20
**Rhodes' [33]** 6357/17
6358/9 6359/12
6374/22 6389/19
6391/5 6391/10 6393/9
6423/2 6437/12
6437/21 6438/2
6449/12 6459/9
6459/14 6462/23

6487/5 6487/7 6497/13
6498/8 6510/23
6511/17 6512/3 6512/5
6517/14 6557/16
6557/18 6592/8
6592/10 6610/11
6618/18
**ribbon [2]** 6479/7
6510/6
**rid [2]** 6404/9 6421/2
**rifle [29]** 6477/2
6479/16 6480/15
6495/11 6500/16
6503/20 6503/24
6503/25 6505/20
6506/7 6506/11
6506/14 6506/16
6507/3 6507/3 6507/11
6507/12 6507/18
6508/2 6508/4 6508/4
6508/5 6508/8 6509/9
6516/20 6542/5
6571/24 6572/2 6572/3
**RifleGear [1]** 6501/9
**rifles [7]** 6460/16
6495/19 6509/1 6509/7
6509/7 6509/8 6510/23
**right [206]** 6309/23
6309/25 6310/6 6315/4
6317/10 6319/1
6323/15 6324/20
6325/12 6325/13
6326/6 6326/8 6326/12
6328/9 6328/21
6328/23 6329/1
6329/13 6329/15
6329/21 6332/10
6334/15 6336/7
6337/20 6337/22
6338/22 6338/24
6340/15 6340/21
6340/22 6341/21
6341/22 6341/23
6342/6 6342/7 6342/21
6343/3 6343/14 6345/2
6345/20 6348/10
6349/1 6349/11
6349/23 6350/2 6350/4
6355/4 6360/20
6361/17 6366/3
6366/20 6369/18
6371/1 6372/3 6374/10
6377/21 6383/11
6383/13 6388/14
6400/10 6400/15
6401/17 6402/3
6402/19 6402/20
6403/22 6404/3
6404/20 6404/23
6406/7 6406/24
6407/11 6409/24
6414/7 6418/12 6419/6
6419/15 6419/17
6420/11 6422/23
6422/23 6423/1 6423/6
6424/2 6424/7 6425/19
6426/6 6426/14 6427/5

6428/9 6428/15
6428/23 6429/19
6430/23 6431/13
6431/16 6431/19
6432/2 6432/8 6432/11
6449/21 6449/22
6450/9 6450/16 6451/9
6455/9 6464/20 6465/7
6468/21 6469/14
6470/23 6471/11
6471/14 6473/16
6474/6 6474/7 6474/24
6475/10 6476/12
6477/8 6480/6 6480/12
6481/23 6481/23
6483/5 6483/22 6485/6
6486/16 6494/16
6498/1 6498/4 6504/13
6509/9 6510/15
6510/20 6511/4
6513/18 6517/2
6518/16 6518/21
6519/9 6519/10
6519/20 6521/9 6522/9
6524/3 6526/4 6540/12
6542/10 6543/6
6548/24 6550/4
6551/14 6551/17
6551/24 6553/5 6553/9
6554/8 6554/13
6554/22 6554/24
6555/4 6555/10
6555/18 6555/23
6555/24 6566/16
6569/2 6569/3 6571/5
6572/6 6577/9 6578/1
6578/22 6581/25
6583/21 6590/8
6590/12 6591/3
6591/17 6594/18
6595/13 6598/13
6600/25 6602/5
6603/10 6604/16
6604/18 6608/12
6610/5 6611/9 6611/23
6612/24 6614/7
6615/24 6617/3 6617/3
6618/5 6619/12
6619/15 6621/9
6621/25 6622/2 6622/4
**right-hand [3]** 6338/22
6338/24 6340/21
**righteous [1]** 6536/17
**rights [1]** 6559/15
**rings [1]** 6506/10
**riot [4]** 6356/12
6356/19 6356/21
6523/8
**rioters [3]** 6356/20
6356/22 6360/6
**rise [7]** 6309/2 6402/8
6419/12 6428/17
6428/20 6518/14
6597/14
**rising [1]** 6518/23
**risk [1]** 6452/4
**Ritchie [1]** 6304/17

**RMR [2]** 6623/2 6623/8
**road [6]** 6304/3
6384/19 6384/20
6466/11 6466/12
6467/14
**roads [3]** 6466/8
6579/3 6579/9
**Rob [3]** 6524/15
6541/11 6542/2
**Rock [2]** 6412/8 6415/6
**Rodgers [9]** 6363/15
6364/8 6365/8 6365/10
6365/18 6368/19
6374/10 6393/21
6394/2
**Rodgers' [1]** 6393/23
**Roger [2]** 6316/15
6544/19
**Rohde [24]** 6352/5
6352/24 6353/13
6354/2 6354/16
6354/23 6356/7
6356/14 6356/24
6357/15 6359/23
6360/23 6417/3
6417/17 6457/7
6492/16 6510/19
6527/5 6528/19
6548/22 6550/21
6556/14 6572/15
6580/5
**rolled [1]** 6354/13
**rolling [1]** 6313/12
**Romanovs [1]** 6380/24
**roof [3]** 6333/21
6333/21 6334/25
**room [3]** 6472/3
6473/3 6473/23
**Rotunda [3]** 6311/24
6313/16 6314/6
**roughly [7]** 6362/14
6364/12 6372/18
6472/5 6507/8 6550/23
6578/23
**rounds [2]** 6501/10
6507/22
**route [11]** 6412/4
6414/14 6414/25
6415/1 6415/2 6579/6
6579/7 6579/12
6579/16 6579/17
6579/18
**rows [1]** 6496/24
**rule [41]** 6309/25
6310/12 6323/8
6324/12 6324/22
6386/3 6398/23
6400/14 6480/2 6599/4
6599/12 6599/17
6602/7 6602/8 6602/12
6602/24 6603/2 6603/3
6603/15 6603/20
6603/23 6603/25
6604/1 6604/5 6604/9
6605/10 6605/12
6606/5 6606/14
6606/16 6606/20

6608/18 6609/2 6609/7
6609/12 6610/8
6611/10 6621/3
**Rule 29s [2]** 6610/8
6621/3
**ruled [1]** 6597/24
**rules [5]** 6510/12
6604/9 6606/1 6606/3
6606/24
**ruling [3]** 6602/13
6603/12 6612/18
**rulings [3]** 6322/22
6325/7 6404/2
**run [1]** 6566/12
**running [1]** 6546/24
**rush [1]** 6612/21
**Russia [1]** 6380/24
**rustling [1]** 6372/21

**S**
**S-t-e-v-e [1]** 6471/17
**SA [3]** 6327/2 6405/2
6433/2
**safe [8]** 6389/2
6401/20 6469/2
6484/21 6490/20
6559/24 6578/1
6578/12
**safely [2]** 6544/16
6580/1
**safety [1]** 6380/25
**Safeway [2]** 6611/21
6611/22
**said [48]** 6312/23
6315/5 6319/5 6320/11
6320/23 6322/19
6337/7 6355/15 6357/5
6359/18 6364/23
6365/18 6366/14
6366/16 6366/18
6367/8 6374/3 6378/1
6382/16 6383/1
6388/25 6389/15
6400/10 6421/14
6421/16 6430/23
6440/21 6503/8 6509/7
6520/5 6523/7 6527/18
6528/10 6539/18
6540/1 6548/2 6548/3
6564/8 6564/10
6577/13 6577/16
6578/4 6587/9 6590/24
6605/10 6606/1
6611/22 6617/11
**sake [1]** 6564/19
**sales [1]** 6514/18
**Sam [2]** 6332/4
6503/20
**same [33]** 6313/9
6319/12 6321/20
6339/16 6340/14
6342/19 6359/16
6359/19 6372/5
6414/25 6417/18
6420/22 6420/24
6421/1 6439/12
6457/19 6486/8 6486/9

6491/10 6496/9 6507/8
6513/25 6522/13
6555/5 6555/12 6556/3
6557/3 6578/17 6598/3
6607/5 6607/6
**San [1]** 6579/13
**Sandi [2]** 6531/8
6531/11
**Sandi's [4]** 6531/3
6539/12 6544/13
6555/6
**Sandra [1]** 6350/25
**Sandra Parker [1]**
6350/25
**Sandy [1]** 6338/6
**sat [1]** 6388/11
**save [2]** 6380/13
6381/20
**saved [8]** 6462/1
6484/8 6484/10 6534/3
6543/14 6546/3 6562/2
6562/3
**savior [1]** 6381/16
**saw [19]** 6331/7
6332/16 6338/21
6339/14 6339/17
6344/1 6348/22 6368/3
6369/7 6408/8 6414/12
6453/14 6486/13
6498/22 6532/17
6536/3 6537/17
6579/15 6585/21
**say [164]** 6315/10
6316/3 6322/10
6331/12 6338/10
6338/11 6342/11
6346/15 6352/16
6353/6 6360/1 6365/24
6376/3 6376/11
6377/23 6378/6
6382/23 6383/3
6385/13 6385/24
6386/15 6386/18
6389/2 6391/7 6391/25
6394/21 6414/21
6415/1 6427/12 6429/3
6437/19 6440/20
6440/23 6441/2 6441/8
6443/2 6447/23
6447/25 6448/5
6448/12 6450/19
6450/23 6451/1 6451/5
6451/5 6451/14
6451/24 6452/15
6452/24 6453/6
6458/12 6458/17
6458/22 6459/3 6460/1
6460/3 6460/7 6462/8
6465/9 6466/3 6466/22
6467/5 6467/8 6467/20
6468/7 6468/16
6477/17 6477/20
6482/1 6484/14
6484/20 6484/22
6496/20 6503/4 6513/2
6513/9 6515/6 6515/10
6515/17 6515/21

6517/20 6518/3
6521/19 6522/5
6522/16 6523/1 6523/6
6524/18 6524/19
6525/3 6528/3 6530/13
6530/18 6530/23
6530/25 6532/25
6533/6 6533/13 6534/8
6534/10 6534/11
6535/12 6535/16
6536/1 6536/9 6536/22
6537/2 6537/20
6538/12 6538/15
6538/24 6539/13
6539/25 6540/3
6540/14 6541/15
6543/17 6545/19
6546/5 6546/17
6546/22 6547/5
6547/10 6547/24
6549/9 6550/8 6553/17
6554/17 6559/4
6559/11 6559/19
6562/17 6562/20
6563/9 6563/11
6564/15 6564/18
6565/25 6566/9
6566/15 6577/17
6585/7 6585/19 6586/2
6586/8 6587/24 6588/9
6589/3 6589/7 6591/25
6594/4 6594/13 6597/5
6597/5 6604/1 6609/13
6610/3 6616/8 6620/1
6620/3 6620/22
**saying [10]** 6378/4
6382/15 6383/4 6399/3
6469/1 6578/3 6585/14
6585/16 6607/11
6617/12
**says [53]** 6311/3
6312/10 6313/10
6313/13 6313/19
6314/6 6316/8 6316/15
6317/4 6324/18
6333/21 6376/25
6409/25 6421/3
6440/11 6442/12
6442/16 6443/14
6451/12 6451/21
6452/13 6455/20
6464/6 6468/8 6480/13
6484/16 6484/24
6514/23 6515/24
6516/16 6536/18
6540/7 6546/16
6549/16 6549/21
6550/6 6551/2 6552/19
6553/2 6559/12
6562/22 6566/8 6578/1
6589/17 6590/1
6591/10 6595/1 6600/7
6600/8 6600/18
6601/16 6602/22
6606/25
**SB [1]** 6466/7
**scaffolding [4]**

6355/14 6356/5
**Scalia [1]** 6605/3
**scenario [1]** 6408/16
**scheduling [1]**
6613/21
**scooter [1]** 6519/4
**scope [8]** 6320/1
6320/10 6320/20
6477/14 6506/10
6506/11 6506/12
6591/13
**SCOTUS [1]** 6381/12
**scout [1]** 6435/15
**screen [54]** 6325/13
6329/5 6333/17 6348/8
6354/15 6355/4
6356/15 6356/15
6356/18 6370/15
6379/5 6379/9 6382/10
6406/16 6412/9
6417/11 6434/9
6438/20 6440/9
6444/19 6449/5
6453/16 6455/7
6473/25 6476/24
6479/12 6481/6 6483/7
6486/22 6487/7 6488/8
6488/14 6493/4 6495/4
6495/12 6495/20
6495/23 6497/5
6503/22 6509/18
6517/4 6523/12
6525/21 6525/23
6532/14 6542/14
6549/1 6550/16
6552/13 6552/18
6552/19 6563/21
6563/24 6590/23
**screening [3]** 6441/7
6442/16 6552/17
**screenshot [2]** 6455/2
6455/7
**screenshots [3]**
6372/4 6372/5 6379/16
**scroll [6]** 6422/3
6453/8 6491/15
6549/13 6558/4
6572/22
**seal [1]** 6510/6
**search [7]** 6502/19
6520/20 6548/9 6552/2
6586/9 6586/15
6586/19
**searchable [2]** 6586/13
6587/3
**searched [6]** 6347/10
6347/11 6548/16
6548/18 6566/25
6567/25
**searches [2]** 6470/5
6470/6
**seat [7]** 6361/22
6404/19 6419/14
6464/8 6490/18
6519/20 6597/21
**seated [10]** 6309/5
6325/5 6369/12

seated... [7] 6369/14
6387/22 6402/22
6404/15 6428/21
6432/2 6519/13
second [19] 6324/3
6324/5 6324/7 6324/10
6324/13 6325/20
6326/4 6339/8 6339/8
6352/25 6384/16
6403/4 6406/20
6412/16 6503/3
6532/15 6558/1
6575/10 6621/18
secondary [2] 6570/11
6575/13
seconds [5] 6325/25
6353/10 6372/19
6532/12 6532/12
secret [1] 6611/10
section [4] 6333/7
6379/14 6380/7
6510/20
sector [1] 6433/20
secure [2] 6375/13
6525/8
secured [4] 6447/3
6457/10 6458/2 6518/5
security [4] 6320/18
6365/10 6365/19
6391/21
see [111] 6324/19
6329/5 6333/20
6334/12 6335/8
6339/12 6339/12
6342/17 6343/12
6346/7 6348/8 6353/16
6354/25 6355/7
6356/17 6358/6 6358/6
6359/3 6366/2 6369/5
6369/10 6369/23
6379/8 6389/21 6391/3
6394/21 6402/7 6409/3
6410/14 6410/25
6412/3 6412/23
6413/23 6414/16
6420/19 6420/21
6427/16 6428/15
6438/20 6440/6
6440/10 6450/17
6450/20 6455/17
6463/23 6464/10
6468/25 6469/1
6469/12 6473/21
6474/17 6474/19
6475/3 6476/9 6476/16
6476/24 6479/14
6479/15 6484/17
6489/9 6491/13
6492/14 6498/9
6498/10 6498/17
6499/10 6499/14
6499/24 6501/4 6501/7
6501/23 6509/18
6514/22 6514/23
6515/24 6516/22
6518/23 6519/10
6519/10 6532/15

6536/13 6537/4
6543/21 6545/16
6546/13 6549/8
6549/15 6549/20
6551/22 6551/23
6554/21 6555/18
6563/24 6568/18
6585/3 6588/19
6588/25 6590/13
6596/2 6596/8 6604/8
6606/10 6607/8
6607/21 6612/6
6612/15 6618/8
6621/25 6622/4
seeing [9] 6329/22
6333/17 6373/24
6419/10 6455/6
6463/13 6530/4
6597/13 6614/1
seek [32] 6371/14
6379/19 6406/4
6406/21 6423/16
6439/18 6445/13
6454/8 6461/11
6464/17 6470/21
6480/1 6483/20
6487/10 6488/23
6493/17 6494/13
6497/22 6503/13
6504/10 6510/10
6512/8 6521/7 6523/25
6526/16 6529/18
6543/3 6557/21 6560/6
6561/13 6565/11
6593/19
seeking [2] 6372/1
6424/17
seem [3] 6398/12
6457/17 6583/10
seemed [1] 6575/18
seems [8] 6313/20
6317/6 6317/19
6448/11 6606/23
6611/1 6611/3 6612/18
seen [31] 6311/19
6311/23 6311/23
6311/24 6311/25
6312/3 6312/11
6330/12 6330/14
6333/23 6333/25
6337/12 6342/18
6437/7 6443/24
6460/21 6469/23
6470/2 6470/4 6470/7
6474/9 6474/11
6474/13 6485/1
6492/18 6525/12
6525/17 6537/23
6538/2 6557/5 6586/5
segment [1] 6595/17
seized [5] 6341/13
6358/18 6552/6
6566/23 6567/23
select [1] 6328/2
self [3] 6311/1 6453/3
6492/9
self-defense [1]

self-incriminating [1]
6453/3
self-inculpatory [1]
6311/1
selfish [1] 6546/12
sell [1] 6576/8
seller [1] 6575/17
semantic [3] 6602/9
6607/12 6607/25
seminal [1] 6605/2
Senate [9] 6312/24
6314/7 6333/18 6333/2
6340/1 6340/8 6340/25
6341/1 6523/7
send [32] 6426/23
6427/1 6427/10 6428/1
6428/10 6428/14
6448/18 6458/10
6459/1 6466/6 6487/24
6514/11 6514/22
6515/8 6515/13
6524/14 6524/16
6531/4 6531/18
6543/14 6544/23
6547/8 6553/21
6558/23 6559/9
6559/17 6562/6
6566/13 6600/11
6601/10 6601/11
6601/14
sender [1] 6549/22
sending [10] 6324/10
6422/17 6447/17
6458/1 6530/5 6532/24
6546/1 6546/2 6601/4
6616/4
sends [2] 6513/17
6516/16
sense [10] 6319/2
6402/14 6419/8
6427/11 6428/2
6428/13 6428/14
6574/22 6574/23
6602/11
sensitive [1] 6608/8
sent [35] 6323/9
6323/21 6403/17
6423/19 6424/21
6443/12 6446/7
6446/18 6461/20
6483/1 6486/18
6487/18 6487/25
6516/14 6517/1
6517/15 6527/14
6530/7 6533/1 6545/10
6545/16 6545/18
6547/18 6550/23
6550/24 6551/6
6552/19 6553/2
6554/23 6555/19
6556/10 6557/6 6558/5
6558/21 6580/8
sentence [6] 6352/10
6354/11 6354/12
6354/25 6357/3
6602/23
September [1] 6444/10

sequencing [2] 6419/8
6607/17
serial [13] 6476/5
6478/1 6478/18 6479/3
6480/15 6480/17
6480/17 6503/21
6503/24 6509/11
6509/14 6509/24
6571/2
series [4] 6420/1
6444/3 6517/17 6620/7
served [9] 6362/21
6434/24 6435/1 6435/4
6435/7 6435/9 6435/12
6435/14 6435/17
service [3] 6362/24
6409/11 6434/21
serving [1] 6408/13
session [3] 6309/3
6409/2 6414/12
sessions [13] 6407/13
6407/16 6408/9
6408/13 6408/18
6409/4 6409/13
6411/19 6411/24
6411/25 6412/3 6412/6
6414/8
set [4] 6393/8 6491/7
6491/9 6612/4
setup [1] 6340/23
seven [2] 6491/16
6572/11
several [11] 6358/9
6359/12 6370/11
6390/7 6398/15
6422/20 6436/10
6562/12 6588/2
6599/13 6602/17
shakes [1] 6621/25
shall [1] 6484/17
share [4] 6544/15
6599/3 6604/10
6614/21
sharing [5] 6447/3
6457/10 6458/2 6458/8
6531/5
Sharon [6] 6352/10
6352/12 6354/12
6354/13 6355/7 6525/4
Sharon Caldwell [1]
6355/7
Shawn [1] 6543/15
she [52] 6312/23
6313/5 6313/5 6314/7
6315/19 6319/19
6319/22 6329/24
6330/2 6336/11
6336/17 6345/24
6346/5 6346/8 6350/25
6351/1 6351/2 6351/12
6351/17 6360/13
6374/18 6393/15
6393/18 6412/13
6420/17 6421/1
6421/10 6421/19
6441/6 6441/8 6442/20
6521/19 6522/5

6523/1 6523/7 6536/9
6536/10 6539/2 6539/7
6540/3 6540/7 6544/25
6545/6 6545/10
6545/18 6545/19
6548/6 6548/7 6548/10
6616/2
she's [8] 6355/8
6355/9 6406/7 6420/6
6540/7 6540/9 6558/2
6558/2
shed [1] 6383/11
shield [2] 6356/19
6356/21
shields [1] 6356/12
shifted [2] 6363/2
6537/5
ship [1] 6500/17
shipped [1] 6576/16
shirt [2] 6354/19
6354/21
shirtless [1] 6473/15
shit [5] 6522/22
6524/21 6536/4
6544/15 6566/3
shoes [1] 6503/6
shoot [1] 6507/25
shooter [1] 6405/23
shooting [3] 6405/24
6501/12 6507/4
shop [3] 6496/4
6515/18 6515/22
short [2] 6592/11
6600/6
short-circuit [2]
6592/11 6600/6
shortly [2] 6402/7
6519/11
shot [1] 6506/20
shotguns [1] 6460/16
shots [5] 6485/4
6507/21 6582/7
6595/21 6596/5
should [23] 6316/3
6331/12 6346/15
6371/3 6400/22 6402/1
6427/9 6427/9 6427/9
6427/10 6427/24
6429/16 6468/21
6490/14 6490/16
6505/7 6514/16
6519/15 6534/18
6536/6 6536/18 6604/1
6611/4
shoulder [1] 6505/21
shouldn't [3] 6314/16
6403/14 6428/1
show [56] 6316/12
6324/13 6324/15
6324/17 6324/21
6330/4 6330/6 6332/24
6337/11 6343/5
6344/13 6344/17
6350/9 6395/18
6407/13 6411/21
6413/6 6425/21
6459/14 6460/25

**show... [36]** 6479/12
6480/9 6481/10 6493/4
6494/19 6496/10
6505/14 6507/8
6509/16 6511/23
6512/14 6515/3
6520/13 6524/10
6527/8 6531/22 6532/1
6538/3 6543/10
6553/24 6556/6 6556/9
6560/23 6585/16
6587/4 6587/12
6588/13 6588/20
6588/22 6590/6
6590/12 6590/13
6590/13 6591/1 6591/9
6592/1

**showed [11]** 6341/9
6346/14 6350/8
6351/25 6357/19
6357/23 6407/21
6440/13 6509/2 6554/1
6590/17

**showing [12]** 6329/2
6411/18 6413/5 6417/1
6417/18 6459/11
6497/14 6504/21
6527/7 6584/21
6588/17 6590/16

**shown [4]** 6325/10
6346/13 6470/12
6476/13

**shows [5]** 6338/21
6416/9 6470/2 6531/24
6588/6

**Shut [1]** 6452/8

**shy [1]** 6539/8

**sic [1]** 6524/3

**side [24]** 6323/5
6334/11 6334/13
6334/25 6337/19
6340/8 6340/25 6341/1
6344/6 6355/4 6356/4
6360/2 6384/3 6471/9
6471/11 6474/6
6513/13 6530/19
6532/14 6552/18
6553/6 6554/13
6554/19 6610/14

**sided [4]** 6383/7
6383/20 6386/21
6387/6

**sides [1]** 6533/11

**sight [7]** 6503/22
6504/5 6504/5 6504/9
6506/1 6507/24 6569/7

**sights [3]** 6503/25
6506/6 6573/8

**sign [6]** 6313/17
6428/11 6569/15
6569/19 6569/21
6570/5

**Signal [50]** 6327/16
6329/1 6361/5 6437/15
6437/16 6437/20
6437/25 6441/7
6441/23 6441/24

6453/1 6453/21 6455/2
6455/8 6456/15 6457/9
6458/13 6460/21
6461/4 6463/17
6469/12 6469/13
6487/1 6487/25
6488/20 6527/12
6536/18 6536/19
6548/19 6557/16
6567/2 6567/3 6567/3
6567/4 6568/2 6568/7
6580/9 6587/16
6587/18 6588/1 6588/6
6590/1 6593/17 6595/3
6595/6 6595/8 6595/12

**signaling [1]** 6428/3

**signed [2]** 6429/25
6484/16

**significance [1]** 6316/6

**silent [2]** 6332/4
6452/9

**Silent Sam I Am [1]**
6332/4

**similar [19]** 6346/13
6382/16 6392/20
6411/19 6444/18
6475/15 6476/23
6477/3 6477/15
6493/18 6499/22
6500/21 6501/5
6501/15 6509/13
6541/1 6551/9 6605/16
6611/25

**similarly [2]** 6314/5
6339/13

**Simmons [4]** 6407/22
6462/24 6463/3 6463/5

**simple [3]** 6587/3
6594/9 6596/7

**simply [7]** 6316/15
6319/7 6321/12 6322/4
6596/15 6605/20
6606/17

**since [6]** 6392/13
6405/17 6421/13
6433/22 6533/13
6579/6

**single [6]** 6324/5
6328/11 6411/20
6505/14 6577/4 6577/5

**sir [116]** 6326/20
6327/9 6327/17
6327/22 6327/25
6329/5 6329/6 6329/10
6329/16 6330/19
6330/25 6331/19
6332/7 6333/16
6333/25 6336/4 6337/8
6337/11 6337/14
6337/21 6338/4 6339/1
6339/4 6339/15 6340/4
6340/16 6341/10
6341/14 6343/12
6343/13 6343/19
6344/3 6344/16 6345/3
6345/8 6345/18
6345/21 6346/23

6347/19 6347/23
6348/6 6348/8 6348/9
6349/17 6349/18
6349/20 6350/5
6350/22 6351/23
6352/3 6352/22 6353/5
6353/8 6353/17
6353/23 6354/8
6357/22 6358/1
6358/13 6359/4
6359/15 6360/10
6360/16 6360/21
6361/13 6362/8 6362/9
6362/13 6380/3
6397/24 6399/4
6399/17 6401/17
6420/7 6420/23
6431/23 6432/13
6433/6 6433/13
6436/25 6456/11
6467/6 6468/10
6518/19 6518/20
6518/25 6533/7
6544/12 6547/3
6568/12 6568/7
6580/8 6583/19 6584/4
6587/16 6588/8
6588/16 6589/15
6590/19 6591/20
6592/3 6592/12
6592/15 6594/8
6594/19 6595/10
6596/7 6596/14
6596/23 6597/7
6597/19 6597/20
6605/1 6622/1

**sit [3]** 6446/14 6456/11
6608/11

**site [33]** 6381/20
6405/14 6405/18
6405/22 6406/1 6406/5
6407/3 6407/7 6407/12
6409/10 6410/17
6411/12 6411/18
6412/5 6413/6 6416/6
6416/13 6438/1 6438/4
6449/2 6449/3 6459/6
6459/8 6459/11
6459/15 6463/2 6468/2
6470/2 6472/19 6485/1
6536/4 6576/8 6579/15

**sites [1]** 6576/12

**sitting [5]** 6328/14
6342/7 6342/16
6343/16 6384/14

**situation [3]** 6405/22
6436/8 6492/13

**six [8]** 6331/23
6362/25 6433/16
6433/19 6499/18
6548/2 6572/10
6619/20

**sized [1]** 6521/21

**slandering [1]** 6522/7

**slide [85]** 6322/25
6325/22 6325/24
6352/6 6354/22 6356/8

6359/6 6359/22
6360/11 6360/12
6360/23 6373/17
6373/21 6375/7
6375/15 6375/19
6377/7 6377/10
6377/13 6377/14
6382/12 6382/20
6383/25 6384/5 6384/7
6384/11 6384/24
6385/2 6385/5 6385/10
6385/21 6386/9
6386/12 6413/18
6416/3 6416/4 6440/22
6441/1 6442/6 6442/10
6442/14 6446/23
6447/20 6447/21
6447/21 6447/25
6451/4 6458/9 6458/15
6465/24 6466/9 6468/5
6499/8 6499/20 6500/5
6500/13 6500/19
6501/3 6501/13
6501/22 6521/15
6530/10 6530/17
6530/21 6533/8
6536/13 6537/4 6538/8
6538/14 6539/21
6542/1 6543/21
6548/22 6554/21
6555/4 6559/16
6562/14 6566/7
6591/23 6593/6 6594/3
6595/2

**slide 17 [1]** 6325/24

**Slide 3 [2]** 6357/1
6360/12

**Slide 6 [1]** 6352/6

**slide 7 [1]** 6416/3

**slides [6]** 6325/14
6420/1 6420/10
6420/18 6498/7
6555/10

**Sling [1]** 6506/2

**Sloppy [1]** 6515/11

**slurring [1]** 6393/18

**small [1]** 6313/16

**smiley [1]** 6527/21

**Smith [12]** 6316/7
6316/8 6316/21
6317/12 6317/20
6447/12 6517/11
6517/12 6517/20
6562/24 6563/25
6564/2

**SMS [7]** 6407/13
6408/9 6409/4 6411/18
6411/22 6412/2
6416/13

**snuck [1]** 6419/20

**so [302]** 6310/6
6310/10 6310/12
6310/14 6311/6 6313/1
6314/23 6315/14
6316/16 6316/25
6317/11 6317/23
6318/10 6318/14

6319/10 6319/14
6319/16 6320/6
6320/21 6321/22
6322/20 6322/22
6322/23 6323/9
6323/13 6323/15
6324/5 6325/9 6325/12
6326/8 6327/14 6328/2
6328/22 6329/11
6329/14 6330/7
6330/16 6331/19
6332/14 6332/16
6333/9 6333/16
6333/21 6335/1
6336/14 6336/20
6337/6 6337/7 6339/23
6341/3 6341/16
6342/19 6343/14
6343/25 6344/5
6344/17 6345/15
6346/10 6347/10
6347/19 6348/8
6348/11 6348/16
6348/18 6350/2 6350/6
6352/16 6352/25
6353/6 6353/15
6353/15 6354/11
6355/2 6355/15
6355/18 6358/7 6361/4
6361/12 6365/1 6366/1
6367/7 6368/11
6368/17 6371/25
6372/2 6373/21
6373/25 6378/15
6378/18 6379/7
6380/20 6382/2 6382/4
6384/11 6385/14
6388/7 6388/10
6388/25 6390/16
6391/4 6391/25 6393/2
6394/22 6394/24
6396/16 6397/4
6400/18 6402/18
6402/19 6407/3 6407/7
6407/12 6408/6
6408/11 6409/1 6410/4
6410/13 6411/10
6411/17 6411/17
6411/20 6411/21
6413/20 6413/23
6414/15 6414/18
6415/5 6415/23 6418/3
6419/9 6420/15
6420/23 6421/15
6422/8 6422/19
6422/23 6423/5
6423/10 6424/17
6424/20 6424/21
6425/20 6426/4 6426/5
6426/14 6427/1
6427/13 6427/23
6429/15 6430/25
6431/2 6431/4 6431/14
6431/17 6436/12
6440/7 6440/10
6440/19 6446/14
6448/11 6450/20

**so... [139]** 6451/5
6452/20 6453/2
6454/18 6455/6
6456/20 6459/21
6468/22 6469/4
6470/23 6476/8
6478/19 6481/9
6481/25 6485/24
6498/21 6499/15
6500/24 6504/21
6507/19 6513/10
6514/19 6516/22
6519/9 6519/22
6524/19 6524/20
6524/22 6527/5
6533/12 6533/18
6533/22 6534/7
6537/16 6543/12
6544/6 6544/22
6545/18 6546/4
6548/21 6548/23
6549/23 6549/23
6549/24 6550/1
6550/25 6551/22
6552/16 6552/18
6552/21 6553/1
6553/17 6554/6
6554/10 6554/17
6555/15 6555/25
6556/2 6556/5 6556/17
6557/12 6558/6 6562/6
6563/6 6564/8 6565/20
6565/24 6568/20
6570/4 6571/6 6572/10
6572/15 6572/24
6574/4 6574/12
6575/18 6575/20
6575/25 6576/17
6576/18 6579/1 6579/2
6579/19 6580/4
6582/12 6583/10
6586/8 6586/15
6587/23 6588/20
6589/21 6590/19
6591/10 6592/1
6595/16 6597/11
6597/23 6597/24
6597/25 6598/6
6600/24 6601/5 6601/8
6601/15 6602/7
6602/12 6603/11
6603/21 6604/7
6604/11 6604/17
6605/2 6605/24 6606/8
6606/19 6607/8 6608/7
6608/24 6609/4 6609/7
6609/22 6609/23
6610/13 6610/19
6610/22 6611/16
6612/13 6612/17
6612/20 6612/24
6613/21 6615/12
6616/15 6616/22
6617/11 6618/4
6619/21 6619/22
6620/14
**So 1202.1 [1]** 6371/25

**so's [1]** 6451/14
6350/2 6422/19
6610/13
**So is [1]** 6418/3
**so it's [3]** 6423/5
6426/5 6586/8
**so this is [6]** 6310/6
6347/10 6348/11
6407/7 6411/10
6413/20
**so this map [1]**
6411/17
**So this phone [1]**
6415/5
**social [4]** 6520/21
6521/2 6529/6 6529/9
**software [2]** 6362/18
6586/5
**soil [1]** 6381/7
**Solar [1]** 6539/10
**sold [1]** 6478/19
**soldiers [2]** 6518/1
6540/24
**solely [1]** 6612/10
**solid [1]** 6381/20
**solved [1]** 6589/5
**some [78]** 6312/8
6312/8 6312/20 6314/3
6320/3 6325/7 6328/4
6330/12 6346/21
6348/25 6351/21
6354/14 6356/20
6357/19 6357/23
6360/8 6365/13
6369/22 6372/21
6387/10 6390/17
6390/18 6396/16
6396/16 6397/25
6399/10 6400/5
6400/17 6401/7
6423/16 6423/17
6425/7 6435/24 6436/5
6437/11 6443/25
6447/6 6447/9 6449/1
6449/25 6451/3 6455/3
6460/16 6467/3
6469/19 6479/18
6483/5 6493/13 6494/7
6494/7 6496/6 6499/6
6500/1 6503/9 6505/15
6507/19 6513/20
6516/17 6525/6
6527/20 6533/19
6534/24 6543/22
6545/16 6552/9 6568/8
6574/16 6574/17
6575/18 6590/15
6599/1 6599/3 6604/3
6604/15 6606/10
6607/19 6609/1
6611/10
**somebody [14]**
6313/19 6313/21
6314/25 6319/6
6321/23 6321/24
6397/9 6397/13
6399/17 6456/7
6462/23 6511/19

**somehow [5]** 6378/11
6394/7 6394/9 6577/8
6606/4
**someone [20]** 6317/21
6324/9 6363/10
6454/19 6480/25
6481/15 6482/14
6485/9 6502/15
6513/23 6533/23
6543/14 6587/17
6587/24 6588/6
6596/16 6596/17
6596/17 6611/20
6619/22
**someone's [1]** 6588/6
**something [31]**
6319/25 6330/11
6337/13 6376/3
6376/11 6378/3
6378/23 6382/15
6396/17 6400/16
6400/22 6401/9
6403/13 6421/10
6423/22 6428/9
6428/13 6429/10
6446/18 6457/18
6465/25 6468/22
6477/19 6539/9
6541/20 6546/11
6574/24 6600/20
6610/15 6616/4 6617/8
**sometimes [2]** 6441/18
6542/6
**somewhat [2]** 6328/10
6367/14
**somewhere [5]** 6353/3
6353/6 6372/22
6440/12 6513/13
**soon [6]** 6316/9
6316/15 6446/10
6546/13 6559/7
6559/24
**SoRelle [27]** 6360/15
6361/3 6361/4 6374/14
6374/15 6374/17
6374/21 6393/11
6409/19 6416/1 6420/2
6420/16 6422/16
6422/17 6436/22
6444/11 6444/12
6445/2 6445/25
6447/12 6447/16
6447/23 6448/23
6458/1 6461/23 6462/8
6580/11
**SoRelle's [15]** 6393/14
6412/17 6414/23
6445/6 6445/10 6446/8
6448/18 6450/1 6450/3
6450/17 6459/6
6459/14 6461/7 6461/9
6462/1
**sorry [47]** 6312/2
6315/9 6316/18
6317/22 6323/12
6323/22 6324/3
6325/19 6326/12

6344/6 6344/23
6347/4 6350/7 6354/2
6365/24 6371/13
6414/17 6420/23
6425/13 6428/25
6429/2 6431/9 6456/18
6456/22 6473/7
6474/16 6477/11
6477/12 6483/1 6497/7
6506/24 6516/20
6524/7 6526/10
6524/13 6551/16
6558/4 6558/9 6559/7
6564/24 6567/3
6587/12 6589/4
6595/17 6616/12
**sort [17]** 6313/14
6319/8 6322/8 6352/20
6372/21 6399/10
6449/17 6474/23
6490/18 6495/23
6505/15 6514/4 6551/9
6603/21 6605/2
6609/15 6612/2
**sound [6]** 6370/24
6371/5 6372/21
6427/17 6516/17
6577/9
**sounds [3]** 6316/8
6571/25 6572/14
**source [4]** 6337/12
6533/15 6588/25
6589/15
**source's [1]** 6589/8
**south [6]** 6334/20
6335/1 6360/2 6412/8
6417/25 6539/12
**space [2]** 6417/4
6503/1
**span [1]** 6410/14
**Spartans [1]** 6312/25
**speak [5]** 6452/8
6522/10 6523/9
6575/19 6579/19
**Speaker [1]** 6313/20
**speaking [2]** 6420/3
6420/6
**special [127]** 6326/14
6362/25 6365/11
6365/14 6402/12
6402/13 6402/16
6404/18 6404/23
6405/13 6418/12
6432/7 6432/11
6433/10 6434/6
6435/20 6436/23
6437/3 6438/10
6438/18 6438/20
6438/24 6440/5
6444/19 6444/22
6445/23 6446/24
6449/8 6453/12
6453/17 6453/18
6454/14 6457/8
6460/11 6460/20
6460/25 6461/19
6462/20 6463/9

6442/15 6464/3
6470/10 6470/13
6471/5 6475/13
6476/18 6476/22
6477/13 6477/25
6479/14 6481/11
6482/24 6483/8
6483/10 6484/4 6485/5
6486/23 6487/17
6489/9 6490/10
6490/25 6491/23
6492/15 6492/17
6493/5 6494/20 6495/5
6495/13 6496/10
6497/9 6498/7 6501/23
6502/9 6504/21 6505/9
6505/14 6506/3 6507/5
6507/6 6508/21
6508/23 6508/24
6508/25 6509/16
6509/18 6510/22
6511/23 6511/24
6512/17 6517/7
6518/16 6520/2 6520/8
6520/13 6520/16
6523/5 6523/11
6524/11 6525/22
6525/23 6526/1
6526/14 6527/10
6528/8 6528/22
6528/23 6531/7
6540/18 6542/2
6542/16 6542/17
6542/18 6548/1 6549/3
6549/14 6557/9
6557/11 6558/21
6559/25 6560/16
6560/23 6561/1
6563/24 6564/25
6566/19 6567/17
6613/10
**Special Agent [73]**
6326/14 6402/12
6402/16 6418/12
6432/7 6432/11
6433/10 6434/6
6435/20 6438/10
6438/20 6438/24
6440/5 6446/24
6453/12 6453/17
6454/18 6460/20
6460/25 6463/9
6463/12 6470/10
6470/13 6471/5
6475/13 6476/18
6477/25 6479/14
6482/24 6483/10
6484/4 6486/23
6487/17 6490/10
6492/17 6493/5
6494/20 6495/5
6495/13 6497/9 6498/7
6501/23 6505/9
6505/14 6506/3
6508/25 6510/22
6511/23 6512/17
6517/7 6520/13 6523/5
6523/11 6525/22

**Special Agent... [19]**
6526/1 6526/14
6527/10 6528/8
6528/22 6528/23
6531/7 6540/18 6542/2
6542/17 6548/1
6549/14 6557/9
6557/11 6559/25
6560/23 6561/1
6563/24 6564/25
**Special Agent Moore [4]** 6449/8 6489/9
6490/25 6518/16
**Special Agent Palian [1]** 6507/6
**specialist [1]** 6435/2
**specializes [1]**
6460/15
**specific [16]** 6423/4
6428/3 6576/11
6586/25 6587/2
6596/15 6597/4
6600/15 6600/20
6601/2 6601/3 6601/17
6601/22 6603/24
6617/13 6617/14
**specifically [12]**
6311/18 6329/2
6336/16 6351/24
6360/13 6437/15
6449/1 6492/23
6495/22 6600/13
6604/5 6604/20
**specificity [1]** 6422/5
**specifics [2]** 6388/3
6604/12
**specter [1]** 6571/6
**speculation [1]**
6580/22
**speculative [1]**
6604/10
**speech [4]** 6389/19
6389/24 6390/1 6393/6
**spell [4]** 6362/10
6363/25 6433/11
6471/16
**spelled [3]** 6361/6
6528/15 6528/16
**spelling [1]** 6405/9
**spend [3]** 6545/20
6610/19 6621/2
**spent [8]** 6362/25
6499/17 6500/3
6500/25 6501/4
6501/18 6502/4 6577/8
**split [5]** 6354/15
6356/14 6552/12
6552/17 6552/18
**splitting [1]** 6318/3
**spoke [3]** 6401/11
6595/24 6618/14
**spoken [4]** 6421/3
6485/22 6616/1
6617/22
**sponsor [1]** 6618/18
**sponsored [1]** 6322/2
**sponsoring [1]**

**sporadically [1]**
6595/9
**sports [7]** 6496/3
6496/13 6496/16
6499/1 6499/16 6500/1
6501/18
**spot [2]** 6364/9
6449/14
**spouse [1]** 6596/18
**spray [7]** 6351/1
6351/3 6351/4 6351/5
6351/7 6351/8 6361/2
**spraying [1]** 6361/2
**spread [2]** 6521/20
6522/19
**spreadsheet [1]**
6617/20
**spring [5]** 6504/3
6507/15 6507/16
6507/19 6539/11
**springing [1]** 6517/22
**squad [1]** 6434/1
**square [1]** 6605/25
**Sr [2]** 6304/16 6459/4
**St [1]** 6405/24
**Stack [4]** 6357/8
6455/20 6456/3 6456/8
**Stack 1 [1]** 6357/8
**Stack 2 [3]** 6455/20
6456/3 6456/8
**stacked [1]** 6474/22
**stage [2]** 6353/20
6353/22
**stairs [1]** 6333/18
**Stamey [5]** 6447/12
6543/23 6544/3 6544/7
6544/18
**stamp [1]** 6479/7
**stamps [4]** 6549/18
6552/22 6553/7 6554/6
**stand [12]** 6314/3
6317/16 6322/10
6327/3 6405/3 6430/5
6446/10 6448/4
6455/16 6517/23
6519/16 6540/21
**standard [4]** 6552/24
6552/25 6616/15
6618/6
**Standing [1]** 6574/3
**stands [6]** 6428/18
6489/15 6489/25
6547/12 6547/13
6622/6
**stanley [2]** 6304/2
6304/5
**start [14]** 6350/23
6370/17 6401/25
6453/7 6482/1 6566/6
6568/21 6568/24
6576/23 6599/6
6607/18 6611/7 6611/8
6621/14
**started [6]** 6325/9
6356/12 6361/2 6374/6
6414/13 6607/11
**starting [6]** 6352/10

**status [1]** 6403/1
**statute [5]** 6514/22
6515/12 6515/24
6516/3 6575/16
**stay [5]** 6484/21
6490/20 6559/20
6559/24 6582/18
**stayed [4]** 6410/12
6582/9 6582/13
6582/14
**staying [4]** 6502/14
6502/17 6509/3 6582/6
**stays [4]** 6412/20
6412/25 6485/4
6595/20
**Steal [2]** 6517/21
6522/11
**stealing [1]** 6356/12
**stenography [1]**
6305/6
**step [7]** 6361/13
6383/8 6401/18
6517/23 6518/1
6518/17 6597/16
**stepped [2]** 6380/25
6383/14
**steps [10]** 6313/13
6360/18 6400/6 6400/7
6404/11 6423/5
6468/20 6531/25
6554/2 6599/2
**Steve [3]** 6471/10
6471/13 6471/17
**Steven [1]** 6471/18
**STEWART [54]** 6302/6
6303/2 6309/9 6316/11
6316/12 6316/23
6317/5 6317/12
6318/14 6318/15
6363/10 6363/16
6368/25 6369/16
6379/13 6380/6
6380/11 6382/5
6390/16 6390/25
6391/5 6392/3 6394/3
6407/9 6434/24
6436/22 6437/12
6443/15 6446/9
6447/11 6448/21
6450/20 6450/24
6451/12 6451/15
6451/22 6451/25
6452/13 6452/16
6468/18 6473/15
6473/23 6482/1
6485/19 6513/4
6514/15 6517/21
6577/12 6578/17
6579/22 6583/2
6583/14 6583/16
6596/13
**Stewart Rhodes [15]**
6316/23 6363/10
6363/16 6368/25
6369/16 6379/13
6380/11 6382/5
6390/25 6392/3 6394/3

**status [1]** 6403/1
**Stewart Rhodes' [2]**
6391/5 6437/12
**Stewart's [1]** 6374/2
**Stewerie [1]** 6440/21
**stick [1]** 6427/24
**still [18]** 6318/20
6318/23 6326/10
6337/16 6353/21
6376/4 6404/6 6408/20
6426/10 6443/18
6446/11 6451/8
6451/15 6490/14
6513/6 6548/19 6593/3
6613/3
**stipulate [3]** 6332/25
6336/21 6430/2
6434/23
**stipulated [4]** 6509/8
6509/11 6599/24
6599/25
**stipulating [2]** 6336/25
6590/5
**stipulation [18]**
6429/20 6429/22
6430/11 6430/13
6431/1 6431/14
6431/17 6434/7
6434/20 6444/4 6444/7
6444/13 6456/15
6475/22 6475/25
6503/14 6560/4 6560/7
**stipulations [1]**
6444/18
**stock [3]** 6504/3
6504/7 6574/6
**stop [20]** 6314/14
6314/22 6326/3 6335/5
6344/14 6345/23
6347/12 6347/14
6347/21 6347/25
6348/14 6348/18
6349/15 6380/19
6448/21 6450/25
6504/8 6507/1 6517/21
6522/11
**stopped [3]** 6351/1
6437/8 6437/24
**storage [3]** 6475/19
6476/3 6571/21
**store [16]** 6364/5
6396/10 6494/25
6495/2 6495/8 6495/10
6495/14 6495/16
6495/24 6496/1
6497/15 6497/16
6500/2 6501/15 6552/9
6569/14
**stored [2]** 6554/14
6571/18
**storefront [1]** 6478/21
**stores [4]** 6478/10
6493/3 6497/14 6501/5
**stories [2]** 6352/20
6453/10
**storm [3]** 6312/23
6355/15 6357/5

**stormed [5]** 6312/22
6358/16 6358/21
6522/9 6533/10
**storming [1]** 6358/22
**story [2]** 6539/23
6545/13
**straight [4]** 6343/21
6395/17 6575/1
6597/23
**straight-line [1]** 6575/1
**strap [1]** 6503/25
**strategies [1]** 6492/4
**strategy [1]** 6604/21
**streamlined [1]**
6614/17
**street [7]** 6302/17
6303/11 6303/15
6336/19 6346/18
6358/19 6359/8
**streets [2]** 6352/13
6383/12
**Strength [1]** 6525/10
**strike [4]** 6535/14
6558/10 6588/11
6595/18
**string [1]** 6535/13
**strongly [1]** 6451/2
**structure [1]** 6356/3
**struggled [1]** 6606/7
**stuff [9]** 6324/17
6385/18 6388/10
6390/20 6404/9 6421/2
6525/6 6572/12
6619/21
**style [2]** 6507/12
6507/23
**subject [7]** 6310/14
6314/24 6319/13
6372/9 6444/12
6445/15 6568/22
**subjected [1]** 6313/22
**subjects [2]** 6436/19
6456/17
**submit [2]** 6599/20
6600/10
**submitted [1]** 6603/9
**subpoena [1]** 6493/1
**subscriber [2]** 6407/17
6407/21
**subsequent [2]** 6333/7
6507/20
**subsequently [1]**
6553/21
**substantial [1]**
6422/12
**substantially [2]**
6320/13 6320/22
**subtitle [2]** 6488/3
6489/10
**suburb [5]** 6472/7
6499/16 6500/2
6501/10 6501/19
**such [10]** 6312/21
6455/7 6478/10 6508/5
6508/5 6514/22 6538/3
6538/5 6586/9 6599/16
**suggest [15]** 6311/10

6437/8 6442/6 6443/24
6449/11 6449/25
6460/22 6470/7
6482/18 6492/18
6549/9 6606/24
**suggested [3]** 6453/13
6499/11 6536/23
**suggesting [8]**
6313/11 6317/20
6423/2 6499/22
6500/21 6511/18
6596/12 6620/17
**suggestion [1]** 6313/6
**suggests [4]** 6420/6
6441/18 6449/3 6596/4
**suitcases [1]** 6473/24
**Suite [4]** 6303/4 6303/8
6304/8 6304/17
**summarize [1]** 6497/17
**summarizes [1]** 6497/3
**summarizing [1]**
6615/18
**summary [7]** 6406/20
6490/5 6490/9 6490/13
6490/24 6491/19
6497/2
**summoned [3]**
6576/21 6581/10
6582/12
**summoning [1]**
6583/17
**sun [1]** 6492/12
**Suns [1]** 6503/23
**superseding [1]**
6431/4
**supplement [2]**
6610/18 6610/24
**supplies [5]** 6499/5
6499/6 6499/19 6501/2
6501/21
**support [5]** 6380/20
6518/5 6528/7 6528/14
6612/14
**supported [2]** 6310/20
6310/20
**supporters [1]** 6382/4
**supports [1]** 6313/14
**suppose [2]** 6315/14
6324/9
**suppresser [3]**
6506/15 6506/17
6506/21
**suppressing [1]**
6504/8
**Supreme [2]** 6310/22
6344/6
**Supreme Court [1]**
6344/6
**Supreme Court's [1]**
6310/22
**sure [44]** 6316/16
6317/4 6324/16
6325/21 6336/11
6338/16 6349/5 6373/4
6378/15 6396/24
6397/12 6397/24
6400/11 6408/14

6456/21 6458/13
6458/23 6468/18
6513/6 6513/10 6519/3
6522/21 6535/6
6538/16 6538/17
6546/25 6558/8
6564/16 6579/17
6586/7 6591/14
6593/14 6595/1 6598/7
6598/13 6604/15
6606/2 6607/8 6610/3
6613/24 6616/16
6617/10
**surprised [1]** 6617/1
**surprising [1]** 6568/19
**surrendered [1]**
6381/17
**surveillance [1]** 6540/2
**survived [1]** 6519/4
**suspect [1]** 6428/4
**sustain [1]** 6613/14
**Sustained [4]** 6358/25
6392/24 6400/24
6597/1
**swear [1]** 6536/7
**sweat [1]** 6466/17
**sweet [2]** 6530/24
6554/23
**switch [3]** 6520/2
6536/18 6595/16
**swivel [1]** 6504/8
**sworn [7]** 6327/3
6362/4 6405/3 6430/15
6431/1 6433/2 6560/13
**system [6]** 6507/20
6509/9 6587/18
6588/11 6593/17
6594/2

**T**

**T-Mobile [1]** 6408/2
**T-shirt [2]** 6354/19
6354/21
**table [1]** 6328/15
**tactical [3]** 6499/7
6500/11 6504/7
**tactics [1]** 6541/1
**take [81]** 6314/2
6316/13 6322/25
6323/23 6329/13
6332/2 6357/14
6366/15 6381/13
6399/2 6399/6 6400/6
6400/7 6401/25 6402/1
6402/5 6402/18
6414/24 6414/25
6418/21 6419/3 6419/7
6419/24 6420/22
6420/24 6423/24
6426/14 6447/13
6450/12 6457/14
6457/21 6460/18
6463/8 6469/18
6477/23 6479/17
6481/5 6482/22
6486/11 6490/4
6490/23 6491/14

6493/24 6502/7 6503/7
6508/23 6511/22
6513/15 6514/25
6516/25 6518/8
6518/11 6519/16
6525/11 6526/23
6528/18 6532/21
6544/15 6544/20
6554/3 6554/20
6555/21 6556/14
6560/3 6564/6 6566/18
6596/12 6599/8
6607/19 6608/15
6609/10 6610/11
6610/14 6612/15
6612/25 6615/2
6615/14 6618/15
6621/8
**taken [11]** 6341/18
6379/16 6428/19
6455/7 6489/19 6536/4
6537/8 6537/8 6571/15
6578/7 6616/2
**taking [7]** 6358/7
6396/22 6458/19
6460/9 6492/1 6609/12
6616/6
**talk [19]** 6316/15
6346/20 6397/13
6437/11 6440/24
6449/1 6455/11
6482/24 6520/3
6524/21 6559/24
6563/13 6564/8 6566/3
6569/6 6599/2 6609/16
6618/7 6618/8
**talked [18]** 6317/23
6327/12 6328/25
6331/15 6388/6 6391/1
6394/20 6397/16
6397/17 6398/15
6398/20 6398/22
6448/2 6509/23
6541/19 6568/24
6594/17 6596/21
**talking [32]** 6319/23
6330/17 6340/5
6343/20 6376/15
6376/17 6376/18
6385/16 6385/17
6400/20 6421/1 6431/6
6462/11 6467/22
6493/14 6494/8 6496/7
6534/24 6535/1 6535/2
6535/8 6540/7 6552/1
6562/22 6562/24
6563/8 6574/24 6586/7
6594/8 6594/15 6596/4
6596/10
**tan [1]** 6477/2
**Taney [1]** 6381/12
**tannish [2]** 6474/6
6474/21
**targets [1]** 6501/11
**tarp [1]** 6356/3
**Tarpley [2]** 6303/10
6309/16

**tarred [1]** 6358/17
**tax [1]** 6358/17
**tea [1]** 6358/17
**team [2]** 6452/11
6620/14
**teams [1]** 6446/15
**tear [3]** 6311/20
6312/24 6523/8
**tear gas [1]** 6311/20
6523/8
**tear-gassed [1]**
6312/24
**technical [1]** 6558/6
**technicality [1]**
6603/22
**Telegram [1]** 6537/3
**Telegraph [2]** 6536/19
6537/3
**telephone [13]** 6437/7
6437/13 6438/2 6439/3
6439/8 6441/15
6444/15 6445/6
6445/10 6453/23
6454/23 6548/5 6578/6
**tell [33]** 6328/10
6356/2 6362/23
6363/13 6388/18
6392/3 6401/12
6405/20 6408/3
6416/24 6427/2 6427/5
6427/9 6445/23 6446/4
6462/15 6472/1
6472/13 6472/16
6478/6 6502/24
6572/25 6577/24
6589/20 6590/19
6592/4 6601/10
6601/11 6604/7
6604/24 6608/2 6614/4
6614/5
**telling [5]** 6362/13
6392/21 6393/22
6394/3 6426/18
**tells [2]** 6548/23
6596/17
**tend [1]** 6314/24
**tended [1]** 6310/14
**tends [3]** 6310/19
6315/5 6320/1
**Tennessee [7]** 6410/16
6410/18 6410/23
6411/7 6413/11
6449/18 6450/8
**tent [1]** 6468/8
**term [2]** 6314/21
6528/13
**terminate [1]** 6384/18
**terms [9]** 6313/3
6317/17 6321/9 6408/4
6421/18 6422/25
6423/4 6426/16
6619/10
**terrible [1]** 6550/5
**terrorism [1]** 6434/1
**terrorists [1]** 6312/12
**testified [10]** 6327/3
6405/3 6406/11
6416/20 6576/4 6579/1

| | | |
|---|---|---|
| **testified... [4]** 6581/1 | 6516/4 6578/4 | 6597/20 6598/17 |
| 6581/3 6581/7 6581/11 | **texts [4]** 6393/3 6395/2 | 6618/10 6622/1 6622/4 |
| **testify [6]** 6578/8 | 6408/17 6578/3 | 6622/5 |
| 6590/23 6590/24 | **than [18]** 6312/20 | **thank you [95]** 6310/5 |
| 6594/12 6605/19 | 6331/23 6333/4 6351/8 | 6323/24 6323/25 |
| 6617/25 | 6364/25 6393/21 | 6325/6 6326/6 6326/17 |
| **testifying [4]** 6329/8 | 6403/10 6403/14 | 6331/9 6338/17 |
| 6580/21 6602/21 | 6418/3 6419/7 6420/25 | 6349/21 6349/22 |
| 6605/17 | 6455/3 6519/7 6528/9 | 6349/23 6350/14 |
| **testimonial [2]** | 6574/24 6588/20 | 6350/15 6352/18 |
| 6422/22 6422/24 | 6608/23 6619/7 | 6355/17 6361/10 |
| **testimony [24]** 6320/1 | **thank [126]** 6310/5 | 6362/8 6371/24 |
| 6320/13 6320/16 | 6323/24 6323/25 | 6377/15 6382/7 |
| 6320/17 6321/3 6321/7 | 6325/6 6326/6 6326/16 | 6387/12 6395/8 |
| 6361/13 6401/18 | 6326/17 6326/19 | 6395/12 6399/22 |
| 6406/10 6408/10 | 6326/20 6330/25 | 6401/15 6401/17 |
| 6418/13 6434/7 6437/4 | 6331/9 6338/17 6339/1 | 6401/19 6402/7 |
| 6462/19 6494/12 | 6343/5 6349/21 | 6402/20 6402/23 |
| 6518/18 6576/11 | 6349/22 6349/23 | 6404/22 6404/25 |
| 6594/8 6597/17 6598/1 | 6350/14 6350/15 | 6411/5 6418/12 |
| 6609/20 6615/18 | 6350/17 6352/18 | 6418/14 6419/4 6429/2 |
| 6615/19 6616/24 | 6355/17 6361/10 | 6431/18 6432/6 |
| **Texarkana [10]** 6412/4 | 6361/15 6361/19 | 6432/10 6432/15 |
| 6412/8 6413/25 6415/7 | 6361/21 6362/8 | 6434/16 6437/1 6440/1 |
| 6465/19 6465/20 | 6371/24 6372/11 | 6445/17 6450/12 |
| 6465/23 6466/11 | 6377/15 6382/7 | 6456/11 6460/18 |
| 6579/3 6579/7 | 6387/12 6395/8 | 6461/17 6464/3 6464/8 |
| **Texas [72]** 6331/17 | 6395/12 6399/22 | 6470/25 6477/23 |
| 6373/5 6411/13 | 6401/15 6401/17 | 6481/20 6482/22 |
| 6412/20 6412/22 | 6401/19 6402/7 | 6486/11 6489/3 |
| 6413/22 6414/1 6414/3 | 6402/20 6402/23 | 6492/15 6492/16 |
| 6414/5 6415/7 6415/7 | 6404/22 6404/25 | 6502/7 6505/3 6507/5 |
| 6415/9 6415/22 | 6411/5 6418/12 | 6508/11 6508/24 |
| 6415/23 6416/2 | 6418/14 6419/4 | 6518/8 6518/12 |
| 6416/11 6416/16 | 6419/11 6426/13 | 6518/20 6519/14 |
| 6434/1 6434/3 6460/4 | 6428/16 6429/2 | 6519/24 6521/13 |
| 6460/22 6462/9 | 6431/18 6432/6 | 6524/8 6525/11 6527/5 |
| 6465/16 6465/21 | 6432/10 6432/13 | 6528/18 6532/21 |
| 6467/25 6469/20 | 6432/15 6434/16 | 6544/20 6547/6 |
| 6469/24 6470/3 6470/6 | 6437/1 6440/1 6445/17 | 6551/21 6552/20 |
| 6470/8 6472/7 6472/19 | 6447/13 6450/12 | 6556/13 6558/12 |
| 6483/1 6484/24 6485/2 | 6456/11 6460/18 | 6560/3 6568/9 6583/21 |
| 6495/3 6499/2 6499/16 | 6461/17 6464/3 6464/8 | 6584/25 6588/16 |
| 6500/2 6500/17 | 6470/25 6477/23 | 6591/20 6595/10 |
| 6500/25 6501/9 | 6481/20 6482/22 | 6596/14 6597/7 6597/8 |
| 6501/19 6502/1 6502/2 | 6483/23 6486/11 | 6597/9 6597/20 |
| 6570/9 6576/22 6577/7 | 6489/3 6492/15 | 6598/17 6622/4 |
| 6578/11 6578/15 | 6492/16 6502/7 6505/3 | **thanks [2]** 6326/17 |
| 6578/21 6579/19 | 6507/5 6508/11 | 6361/12 |
| 6580/17 6580/21 | 6508/21 6508/24 | **that [1285]** |
| 6580/25 6581/5 6581/8 | 6508/24 6516/7 6518/8 | **that's [161]** 6312/1 |
| 6581/10 6581/13 | 6518/12 6518/20 | 6313/18 6314/1 6314/3 |
| 6581/15 6581/25 | 6518/25 6519/14 | 6315/23 6316/20 |
| 6582/3 6582/4 6582/13 | 6519/17 6519/24 | 6317/15 6318/8 |
| 6582/18 6583/1 6583/2 | 6521/13 6524/8 | 6318/10 6318/15 |
| 6583/3 6583/6 6583/11 | 6525/11 6526/25 | 6319/3 6319/13 |
| 6583/14 6583/17 | 6527/5 6528/18 | 6323/17 6324/23 |
| **text [22]** 6323/9 | 6532/21 6533/7 | 6325/7 6330/19 |
| 6323/10 6323/17 | 6544/20 6547/6 | 6331/25 6332/13 |
| 6324/13 6341/17 | 6551/21 6552/20 | 6334/14 6334/21 |
| 6354/3 6354/6 6354/23 | 6555/24 6556/13 | 6337/2 6338/11 |
| 6356/6 6356/25 | 6558/12 6560/3 | 6338/25 6339/20 |
| 6357/23 6392/20 | 6565/16 6568/9 | 6340/8 6341/3 6342/7 |
| 6392/20 6408/15 | 6583/19 6583/21 | 6342/8 6343/2 6344/1 |
| 6413/6 6460/21 6531/5 | 6584/25 6588/16 | 6345/6 6345/9 6346/10 |
| 6577/9 6577/19 | 6591/20 6594/19 | 6348/24 6349/2 6350/2 |
| 6577/21 6582/5 6592/6 | 6595/10 6596/14 | 6352/17 6358/19 |

| | | |
|---|---|---|
| 6371/9 6371/21 | 6583/4 6596/17 | |
| 6375/24 6376/20 | 6600/19 6601/15 | |
| 6383/10 6383/12 | 6602/18 6602/25 | |
| 6383/13 6383/13 | 6603/3 6603/9 6605/12 | |
| 6384/11 6391/23 | 6605/20 6606/16 | |
| 6398/20 6403/22 | 6606/16 6606/18 | |
| 6408/1 6413/16 6418/1 | **thelinderfirm.com [1]** | |
| 6420/7 6426/24 | 6303/6 | |
| 6430/23 6430/25 | **them [90]** 6310/10 | |
| 6431/6 6435/23 | 6311/9 6311/12 | |
| 6440/13 6441/15 | 6313/22 6316/11 | |
| 6443/22 6446/20 | 6317/6 6322/17 | |
| 6448/13 6449/19 | 6322/18 6322/24 | |
| 6449/22 6451/10 | 6325/1 6327/18 6329/4 | |
| 6452/2 6454/21 6455/9 | 6332/6 6332/15 | |
| 6455/22 6456/10 | 6332/17 6336/16 | |
| 6464/5 6464/7 6465/8 | 6336/18 6338/3 6344/5 | |
| 6469/15 6469/20 | 6358/19 6359/3 | |
| 6471/15 6473/1 6474/8 | 6364/22 6372/6 6374/8 | |
| 6474/25 6475/11 | 6381/20 6388/5 6388/6 | |
| 6477/9 6477/21 | 6389/15 6389/18 | |
| 6479/11 6481/3 | 6390/6 6390/7 6393/5 | |
| 6482/15 6482/18 | 6393/6 6397/13 | |
| 6483/6 6485/7 6486/10 | 6399/10 6408/14 | |
| 6486/17 6488/10 | 6420/11 6420/12 | |
| 6488/11 6492/10 | 6420/13 6422/3 6422/3 | |
| 6500/7 6509/10 6511/5 | 6424/9 6427/3 6427/10 | |
| 6511/13 6513/19 | 6427/13 6427/14 | |
| 6516/12 6516/14 | 6428/3 6428/11 | |
| 6517/3 6526/5 6530/15 | 6429/14 6441/16 | |
| 6530/24 6534/3 | 6451/19 6451/19 | |
| 6536/23 6537/18 | 6452/18 6452/20 | |
| 6542/11 6548/25 | 6452/25 6453/10 | |
| 6549/23 6551/8 | 6453/11 6458/16 | |
| 6551/11 6551/15 | 6463/23 6463/25 | |
| 6551/25 6553/13 | 6471/8 6474/11 | |
| 6553/19 6554/23 | 6474/13 6479/7 6492/7 | |
| 6554/25 6562/3 | 6527/18 6528/7 | |
| 6564/15 6564/16 | 6534/15 6576/16 | |
| 6569/12 6570/13 | 6576/16 6577/14 | |
| 6570/16 6570/18 | 6577/17 6578/10 | |
| 6570/25 6571/4 6572/4 | 6578/17 6583/3 | |
| 6572/25 6573/2 6573/9 | 6583/17 6600/4 | |
| 6573/15 6573/16 | 6600/19 6600/22 | |
| 6574/17 6575/20 | 6601/11 6601/15 | |
| 6576/3 6577/3 6578/8 | 6601/25 6602/4 | |
| 6578/11 6578/14 | 6607/17 6607/20 | |
| 6580/2 6589/9 6591/23 | 6608/11 6611/10 | |
| 6592/16 6597/8 | 6618/16 6618/17 | |
| 6598/12 6600/24 | 6618/23 | |
| 6601/1 6601/5 6609/10 | **themselves [1]** | |
| 6609/17 6611/17 | 6368/24 | |
| 6618/11 6619/21 | **then [148]** 6313/11 | |
| 6620/4 6621/22 | 6314/18 6315/24 | |
| 6621/22 | 6321/2 6322/25 6324/6 | |
| **their [42]** 6311/4 | 6325/17 6328/4 | |
| 6311/11 6312/16 | 6329/19 6334/9 | |
| 6314/6 6314/8 6315/14 | 6336/20 6348/25 | |
| 6332/5 6358/8 6375/1 | 6350/2 6353/9 6356/6 | |
| 6398/1 6399/5 6419/25 | 6356/12 6356/24 | |
| 6421/18 6424/9 | 6358/9 6363/2 6368/21 | |
| 6426/11 6427/4 | 6369/2 6374/6 6374/17 | |
| 6429/17 6451/19 | 6376/11 6377/2 6378/1 | |
| 6490/18 6492/4 | 6379/2 6380/21 6381/4 | |
| 6492/12 6516/3 | 6381/18 6382/2 6386/6 | |
| 6522/22 6534/22 | 6388/8 6388/21 | |
| 6535/5 6538/3 6560/17 | 6402/12 6402/17 | |

then... [112] 6403/14
6405/17 6407/15
6408/9 6408/21
6408/24 6409/3 6410/8
6411/23 6412/20
6412/21 6413/9
6413/10 6413/24
6413/25 6414/2
6414/20 6415/6 6415/8
6415/11 6426/10
6426/10 6429/19
6431/14 6431/17
6433/21 6436/22
6440/7 6443/15 6448/7
6457/14 6458/10
6467/8 6471/10 6474/5
6477/15 6478/22
6490/23 6491/16
6491/21 6492/8
6499/18 6501/11
6501/25 6502/2
6504/19 6511/1
6514/11 6515/13
6522/21 6530/20
6531/4 6532/15
6536/12 6538/5
6539/24 6551/3 6551/9
6553/1 6553/4 6553/22
6554/4 6554/19
6554/20 6555/24
6558/7 6559/6 6560/6
6566/14 6566/17
6570/15 6579/13
6587/23 6592/1
6592/14 6592/17
6592/24 6593/8
6593/15 6597/13
6598/20 6600/17
6601/19 6602/25
6603/4 6603/7 6604/22
6605/3 6605/10
6605/25 6606/2 6606/3
6606/4 6606/15 6607/5
6607/6 6607/12
6607/18 6608/10
6610/14 6611/5 6612/9
6613/2 6613/11
6614/19 6616/7 6617/7
6618/9 6618/19 6621/3
6621/3 6621/14

theoretical [1] 6422/4
theory [5] 6313/14
6321/12 6321/13
6321/15 6322/5
there [180] 6314/15
6314/19 6315/5
6315/21 6320/3 6323/1
6323/16 6324/7 6325/7
6326/1 6327/18 6332/8
6332/8 6333/6 6335/23
6335/24 6335/25
6339/21 6340/4
6340/18 6341/23
6342/6 6342/19
6343/23 6344/1
6344/13 6344/22
6345/2 6345/13 6351/5

6355/13 6356/18
6358/10 6358/22
6364/17 6364/18
6364/23 6364/25
6367/15 6374/1
6374/12 6374/14
6374/23 6374/25
6375/1 6375/3 6375/11
6375/12 6375/23
6381/22 6382/15
6382/24 6383/13
6385/16 6387/7
6389/12 6396/24
6403/7 6408/8 6408/16
6412/25 6413/14
6419/20 6421/7
6421/20 6421/24
6422/20 6424/3 6425/2
6427/16 6429/6
6430/19 6431/2
6433/15 6437/24
6438/5 6438/11
6441/23 6442/7
6446/11 6449/2
6449/11 6449/13
6451/12 6451/13
6451/21 6451/23
6452/13 6452/14
6454/16 6455/1 6455/4
6457/7 6466/4 6466/17
6467/1 6469/9 6476/22
6476/25 6477/6 6478/6
6478/9 6478/10
6478/12 6482/18
6482/20 6488/10
6488/13 6492/11
6493/13 6493/15
6494/7 6494/9 6495/23
6496/24 6497/1
6498/12 6499/17
6501/12 6501/14
6501/16 6503/6 6503/8
6503/11 6505/7
6505/16 6508/12
6508/13 6516/17
6521/23 6524/20
6524/22 6531/4 6531/7
6531/10 6544/9
6547/11 6548/8
6555/24 6558/4
6559/21 6562/1 6566/1
6567/2 6567/3 6567/3
6567/4 6567/6 6567/6
6567/8 6567/11 6568/2
6568/4 6568/5 6568/7
6568/7 6570/14 6577/8
6579/12 6580/19
6587/17 6590/4
6590/10 6594/21
6599/5 6602/22 6604/3
6606/19 6611/16
6612/1 6615/16
6615/22 6617/5
6617/12 6618/15
6619/2 6620/5 6620/7
there's [44] 6312/8
6312/9 6313/6 6314/18

6328/12 6331/15
6333/4 6343/25
6347/20 6359/2 6372/3
6403/13 6404/6 6416/1
6419/18 6421/17
6422/12 6422/21
6422/23 6422/24
6427/17 6428/8
6429/19 6429/21
6466/8 6536/11 6571/7
6574/20 6574/23
6583/7 6583/8 6590/10
6601/1 6601/2 6601/3
6601/12 6616/22
6617/13 6618/9 6619/4
6620/5

thereabouts [1]
6348/18

therefore [1] 6316/2
these [119] 6309/22
6311/6 6312/8 6312/15
6313/25 6314/3
6319/10 6322/1
6322/19 6329/8 6333/1
6333/1 6333/8 6336/22
6373/9 6394/25 6399/9
6411/21 6416/12
6416/12 6421/18
6421/19 6421/24
6421/25 6422/18
6426/8 6438/25 6439/2
6439/13 6445/8
6448/17 6453/21
6453/23 6454/18
6455/1 6456/13 6458/1
6463/16 6463/17
6464/10 6469/4
6470/13 6470/17
6472/2 6472/8 6472/10
6473/2 6478/24
6478/24 6481/11
6481/14 6481/17
6483/11 6483/13
6483/16 6484/4
6484/12 6485/5
6490/10 6490/25
6494/23 6496/18
6496/23 6496/25
6498/15 6502/2 6502/4
6504/23 6504/25
6506/3 6511/7 6511/24
6512/17 6512/21
6514/5 6517/1 6517/22
6518/5 6520/16
6520/23 6523/15
6523/17 6523/20
6526/3 6526/7 6526/10
6529/1 6529/5 6533/16
6537/14 6542/9
6542/18 6544/1 6549/7
6549/19 6550/23
6551/13 6551/18
6553/21 6556/18
6557/12 6557/12
6557/15 6557/17
6561/2 6561/4 6565/3
6565/5 6565/7 6565/19

6585/25 6588/2
6590/20 6590/22
6594/2 6608/10
6613/10

they [197] 6311/7
6311/10 6312/15
6312/15 6312/21
6313/7 6313/19
6313/23 6313/23
6314/3 6314/6 6315/1
6315/12 6315/15
6316/1 6316/10 6317/5
6320/18 6323/21
6328/16 6331/7
6332/16 6335/17
6338/5 6341/15
6345/16 6346/14
6346/16 6347/25
6348/2 6348/25
6349/13 6349/18
6351/9 6357/11
6358/18 6358/18
6358/19 6359/8 6360/6
6361/2 6361/7 6376/7
6381/1 6382/1 6382/24
6390/5 6390/21
6393/25 6406/3 6420/2
6422/18 6423/12
6423/19 6424/15
6426/24 6427/2 6427/3
6427/12 6427/24
6428/3 6429/16
6430/18 6430/22
6430/24 6431/1
6436/14 6439/4
6439/16 6442/2
6445/11 6451/17
6451/18 6453/22
6454/24 6460/16
6463/22 6464/1
6464/13 6464/15
6469/7 6469/10
6470/15 6470/16
6470/19 6472/3
6472/17 6476/9
6478/16 6478/17
6479/1 6479/8 6481/16
6483/18 6486/7
6489/22 6491/9
6494/24 6494/25
6495/1 6495/19 6505/2
6505/16 6509/5
6511/16 6512/2 6512/3
6512/20 6512/23
6515/11 6516/3
6520/19 6520/20
6520/25 6522/6
6522/22 6523/19
6523/23 6526/9
6526/13 6529/4 6529/7
6529/9 6529/16
6531/12 6531/13
6531/14 6531/16
6533/21 6534/20
6535/2 6535/8 6539/18
6539/18 6540/1
6540/24 6542/20

6542/24 6543/1 6544/2
6545/9 6550/12
6551/19 6552/4
6553/10 6554/9
6557/19 6563/13
6564/8 6565/9 6565/21
6565/22 6574/7 6577/1
6577/7 6577/7 6577/8
6577/12 6577/12
6577/20 6577/24
6578/18 6579/16
6579/17 6579/18
6579/18 6579/22
6579/23 6579/25
6583/11 6586/11
6594/20 6596/8 6596/9
6596/20 6597/25
6599/16 6599/24
6600/3 6601/14
6601/21 6602/25
6603/3 6604/2 6604/7
6605/20 6606/15
6606/17 6613/24
6614/2 6614/3 6614/6
6614/10 6615/25
6617/7

they'll [1] 6604/2
they're [24] 6316/24
6318/24 6318/24
6322/19 6335/23
6338/9 6339/21
6340/20 6341/3
6342/14 6344/6
6408/11 6408/11
6408/14 6411/19
6422/4 6479/9 6484/6
6535/1 6577/25
6578/12 6596/18
6610/3 6613/13

they've [2] 6358/8
6608/20

thick [1] 6525/5
thing [11] 6322/23
6374/22 6423/1 6451/6
6457/2 6507/8 6598/5
6598/10 6599/5 6619/1
6619/10

things [21] 6318/24
6341/17 6377/24
6394/25 6419/8
6420/18 6421/2
6423/21 6498/14
6505/16 6511/25
6520/4 6531/24 6538/3
6541/25 6569/1
6572/25 6574/8
6574/10 6608/9 6619/9

think [121] 6311/7
6311/15 6312/13
6312/23 6314/15
6316/5 6317/24 6318/3
6319/1 6319/5 6319/14
6319/18 6319/19
6320/13 6320/21
6321/6 6322/3 6322/7
6322/10 6322/15
6324/18 6325/13

think... [99] 6328/25
6331/7 6332/8 6336/12
6338/11 6350/2 6364/8
6374/7 6377/13
6377/20 6385/17
6387/6 6398/22
6400/13 6400/18
6403/6 6403/10
6403/15 6418/1
6418/24 6421/1 6421/6
6421/7 6421/7 6421/8
6421/12 6421/17
6421/24 6422/3
6422/12 6422/14
6422/19 6423/10
6423/13 6423/21
6424/1 6424/3 6425/20
6426/1 6426/3 6426/9
6426/22 6427/1
6427/17 6429/5
6429/24 6430/17
6486/13 6503/8
6528/10 6534/18
6541/17 6558/1 6558/5
6558/8 6558/9 6566/2
6566/10 6585/18
6591/13 6591/16
6596/14 6601/25
6602/9 6603/25
6606/10 6607/11
6607/12 6609/6 6609/9
6610/7 6610/8 6610/10
6610/13 6610/15
6610/17 6610/18
6610/19 6610/20
6611/11 6611/20
6611/25 6612/11
6612/21 6612/23
6613/2 6613/23
6614/11 6616/16
6617/4 6617/17 6618/3
6619/1 6619/7 6619/11
6619/25 6620/25
6621/10 6621/11
**thinking [5]** 6384/13
6384/14 6384/16
6513/12 6619/11
**third [3]** 6375/19
6446/23 6614/14
**this [591]**
**this another [1]**
6555/15
**Thomas [17]** 6304/14
6309/11 6316/22
6317/13 6352/9 6435/7
6523/18 6529/2 6534/6
6546/2 6546/17
6546/22 6546/22
6547/23 6548/24
6549/5 6560/1
**Thomas Caldwell [15]**
6316/22 6317/13
6352/9 6435/7 6523/18
6529/2 6534/6 6546/2
6546/17 6546/22
6546/22 6547/23
6548/24 6549/5 6560/1

those [10] 6312/3
6312/11 6312/25
6315/12 6316/3
6320/18 6320/19
6321/25 6322/20
6322/22 6322/22
6327/20 6328/5 6328/5
6328/8 6333/3 6333/10
6335/12 6336/1 6360/5
6360/5 6363/25
6367/25 6372/2 6372/8
6383/16 6394/5 6395/5
6397/20 6398/18
6400/7 6403/21 6406/1
6408/8 6408/17
6408/19 6411/20
6412/6 6416/6 6416/13
6424/8 6424/18
6436/17 6447/10
6452/19 6453/3
6453/14 6454/22
6469/13 6469/21
6470/12 6477/23
6479/6 6501/17
6504/13 6505/3 6506/6
6508/22 6508/23
6509/1 6509/1 6509/2
6509/7 6509/7 6509/8
6510/23 6514/13
6523/21 6526/22
6529/14 6532/17
6534/20 6541/17
6542/6 6542/25 6545/7
6548/21 6565/20
6569/3 6569/19
6570/15 6570/20
6572/5 6573/1 6573/3
6573/12 6575/2 6575/2
6575/9 6576/15 6578/7
6581/21 6586/8
6586/25 6599/6
6599/19 6599/22
6599/23 6612/11
6612/21 6616/9
6617/21 6619/8
6620/15 6621/15
**though [5]** 6538/18
6575/22 6575/24
6578/18 6585/11
**thought [8]** 6360/19
6386/7 6386/21
6386/21 6423/17
6516/17 6584/6
6619/14
**thoughts [3]** 6397/2
6397/4 6617/23
**thousands [2]** 6353/25
6585/20
**thread [1]** 6361/5
**threat [1]** 6451/17
**three [25]** 6335/23
6338/2 6339/13
6339/16 6340/14
6344/13 6348/21
6374/7 6465/23 6472/9
6481/22 6490/24
6501/10 6504/4 6504/7
6515/1 6529/14

63 Document 155-6
6557/12 6559/16
6572/10 6598/20
6619/5 6620/8
**through [72]** 6321/4
6321/5 6333/9 6334/10
6335/19 6346/14
6367/23 6372/2
6372/12 6373/17
6379/7 6411/6 6411/7
6412/19 6415/17
6420/10 6420/17
6421/1 6422/3 6426/5
6427/22 6428/7
6428/10 6428/11
6434/25 6435/3 6435/5
6435/8 6435/15
6438/23 6444/22
6450/1 6453/18
6456/18 6456/19
6463/11 6470/22
6471/1 6483/9 6488/16
6489/19 6491/15
6492/23 6493/12
6494/6 6496/22 6497/8
6498/8 6502/21
6502/23 6520/14
6521/21 6522/20
6523/14 6525/8
6528/23 6532/8
6542/16 6549/14
6552/2 6553/20
6560/25 6565/2
6566/12 6572/20
6577/13 6579/18
6581/5 6583/1 6583/14
6610/20 6621/3
**throughout [2]** 6334/9
6387/8
**throw [1]** 6514/20
**thug [1]** 6522/9
**thumb [5]** 6395/22
6395/24 6395/25
6396/1 6396/3
**thumbnail [1]** 6535/23
**thumbs [1]** 6467/17
**thumbs-up [1]** 6467/17
**thus [1]** 6620/15
**ticket [2]** 6596/16
6596/17
**Tiegen [1]** 6316/9
**Tig [1]** 6316/9
**tight [2]** 6446/14
6528/5
**till [4]** 6466/18 6621/1
6621/4 6621/5
**time [196]** 6310/14
6311/10 6311/15
6312/15 6312/17
6313/15 6314/16
6317/2 6322/2 6328/9
6328/20 6328/25
6328/24 6329/20
6330/12 6330/21
6331/16 6331/17
6331/21 6331/24
6332/17 6332/20
6335/3 6335/16 6336/9

50742 6655 Filed
6346/25 6348/13
6349/4 6353/10
6359/19 6361/13
6363/6 6363/6 6363/9
6364/12 6364/14
6366/2 6367/4 6367/17
6374/21 6379/18
6391/16 6391/21
6391/22 6393/14
6397/15 6401/11
6401/18 6407/9
6407/16 6408/7
6408/17 6409/1 6409/4
6409/19 6409/20
6410/5 6410/8 6412/20
6413/20 6415/24
6416/15 6418/13
6424/21 6425/7
6425/17 6425/20
6426/8 6426/10
6427/21 6431/12
6434/2 6438/5 6438/11
6438/15 6439/17
6440/15 6440/17
6440/19 6441/23
6444/1 6444/6 6445/12
6446/4 6446/6 6446/14
6448/2 6448/11
6448/24 6450/4 6454/7
6456/12 6456/17
6457/22 6459/6 6459/9
6460/23 6461/21
6464/16 6465/9 6468/3
6469/10 6470/20
6472/18 6475/20
6476/6 6479/25 6483/3
6483/19 6484/13
6485/1 6486/19 6487/9
6487/20 6487/21
6488/22 6491/9
6492/22 6493/16
6494/10 6496/21
6497/21 6502/15
6502/18 6502/21
6503/12 6504/11
6505/1 6509/4 6510/9
6510/24 6512/7
6512/21 6513/7
6518/10 6520/10
6521/6 6522/13
6523/24 6524/17
6525/2 6525/14
6525/18 6526/15
6529/17 6531/9 6536/7
6541/8 6541/9 6543/2
6547/17 6547/19
6549/18 6549/19
6549/24 6549/25
6551/1 6551/7 6551/10
6552/21 6552/23
6553/7 6554/6 6557/3
6557/20 6558/14
6559/2 6559/3 6561/12
6565/10 6566/22
6567/22 6568/22
6579/20 6583/13
6585/21 6586/22

05742 63 Page 373 of 6579/1 6587/9 6587/11
6592/23 6593/10
6593/12 6593/19
6597/8 6604/15
6606/21 6606/25
6607/2 6607/4 6607/19
6612/5 6612/5 6612/16
**timely [1]** 6392/14
**times [2]** 6383/1
6599/13
**timestamp [1]** 6549/21
**timing [1]** 6311/9
**tire [1]** 6466/4
**title [4]** 6488/1 6489/6
6489/10 6535/18
**titled [1]** 6623/4
**Tobacco [2]** 6478/14
6509/14
**today [22]** 6316/12
6328/14 6369/9 6434/7
6437/4 6462/19 6496/7
6513/10 6535/22
6564/22 6568/22
6568/25 6581/1
6581/21 6590/17
6590/20 6590/22
6590/23 6594/6 6594/8
6594/10 6619/21
**Todd [5]** 6435/14
6463/18 6463/21
6468/12 6576/24
**Todd Kandaris [3]**
6463/21 6468/12
6576/24
**together [11]** 6320/2
6332/15 6361/7 6365/1
6449/3 6513/7 6533/11
6535/13 6574/13
6577/1 6614/16
**told [14]** 6322/20
6349/25 6352/20
6358/4 6358/15
6392/19 6393/9
6394/22 6394/24
6438/10 6451/1
6469/21 6534/9
6613/22
**Tom [10]** 6525/10
6533/7 6533/23 6534/2
6541/16 6545/21
6546/3 6546/5 6552/19
6553/2
**Tomblin [1]** 6311/14
**tomorrow [15]** 6466/18
6484/17 6597/12
6607/18 6608/10
6608/19 6611/2 6611/4
6612/21 6612/25
6613/23 6613/24
6619/2 6621/12
6621/21
**ton [1]** 6544/15
**tonight [1]** 6531/4
**Tons [1]** 6540/1
**too [8]** 6365/7 6416/1
6434/6 6533/10
6536/11 6540/1
6552/17 6598/6

**T**

**took [15]** 6331/7
6363/18 6376/7 6388/7
6418/4 6453/14
6521/23 6522/21
6537/21 6537/24
6538/17 6573/1
6579/16 6579/18
6581/12
**tools [2]** 6444/17
6566/3
**top [17]** 6328/11
6409/24 6414/6 6457/7
6464/6 6477/4 6480/12
6481/22 6481/23
6481/23 6489/6 6489/7
6505/8 6505/10
6510/20 6573/19
6587/7
**topic [3]** 6518/10
6592/18 6618/14
**total [4]** 6420/18
6501/25 6502/4 6522/6
**totally [1]** 6559/20
**touch [2]** 6438/15
6559/20
**tough [1]** 6374/4
**tour [3]** 6334/4 6334/7
6334/8
**toward [4]** 6414/13
6415/6 6415/6 6415/8
**towards [13]** 6338/2
6338/23 6363/20
6412/7 6412/8 6412/23
6413/10 6413/25
6414/3 6414/20 6415/5
6458/7 6474/5
**tower [5]** 6407/4
6409/17 6411/15
6415/16 6416/5
**towers [3]** 6304/17
6412/5 6450/14
**townhome [2]** 6472/4
6473/5
**trace [15]** 6411/3
6412/9 6415/3 6417/10
6478/17 6478/18
6478/22 6478/23
6479/2 6479/15
6480/14 6482/16
6509/22 6513/25
6571/2
**traceable [1]** 6575/25
**traced [1]** 6411/6
6412/12 6414/14
6417/14
**tracing [1]** 6571/1
**track [2]** 6327/12
6569/10
**tracked [1]** 6570/23
**trade [1]** 6541/20
**trades [1]** 6435/2
**traditionally [1]**
6467/14
**trailer [1]** 6466/4
**train [1]** 6596/17
**trained [1]** 6517/25
**training [4]** 6563/13

**traitor [2]** 6381/17
6522/8
**traitors [3]** 6355/16
6357/6 6381/8
**transaction [4]**
6496/19 6516/18
6575/13 6575/17
**transcript [17]** 6302/9
6305/6 6371/17
6371/17 6371/20
6371/21 6372/6 6373/8
6373/10 6424/17
6425/4 6425/5 6428/24
6598/7 6600/12
6600/21 6623/3
**transcription [1]**
6305/7
**transcripts [35]**
6423/18 6424/5
6424/19 6425/10
6425/14 6426/16
6426/19 6426/23
6426/25 6427/2 6427/3
6427/13 6427/18
6427/23 6428/7
6428/25 6597/24
6598/23 6599/8
6599/12 6599/16
6599/16 6599/18
6599/23 6599/24
6600/1 6600/2 6600/10
6600/15 6600/18
6600/24 6601/1
6601/15 6601/20
6601/23
**transition [1]** 6518/10
**transparency [2]**
6615/5 6617/4
**transpire [1]** 6615/3
**traps [1]** 6491/6
**trash [1]** 6458/18
**travel [9]** 6414/25
6415/1 6518/4 6596/3
6596/5 6596/8 6596/16
6596/19 6597/4
**traveling [2]** 6577/1
6596/18
**travels [3]** 6401/20
6412/19 6466/11
**treated [1]** 6522/6
**tree [1]** 6540/1
**Trees [1]** 6543/15
**trespassing [1]**
6312/19
**trial [12]** 6302/9
6328/13 6424/9
6426/23 6427/1 6428/8
6434/3 6434/22
6578/12 6604/21
6604/23 6615/7
**tried [2]** 6314/8
6522/21
**tries [1]** 6419/24
**triggered [1]** 6612/22
**trip [2]** 6531/3 6579/23
**trouble [3]** 6438/15
6514/20 6531/5

**truly [2]** 6633/23
6309/14
**truckers [1]** 6467/14
**true [9]** 6310/17 6313/9
6313/24 6315/1
6320/25 6390/6
6394/13 6524/19
6539/23
**truly [1]** 6394/19
**Trump [25]** 6358/6
6366/13 6366/19
6367/3 6378/7 6378/12
6380/8 6380/13
6383/16 6386/25
6387/2 6387/9 6392/10
6392/15 6394/8
6394/14 6395/5
6400/21 6446/11
6446/16 6490/14
6492/1 6517/23
6522/18 6522/19
**Trump's [1]** 6394/20
**Trumpers [2]** 6314/20
6326/1
**Trumpers, [1]** 6314/20
**Trumpers, but [1]**
6314/20
**Trumpettes [1]** 6326/1
**Truong [1]** 6527/12
**trust [1]** 6383/22
**trustworthiness [2]**
6310/21 6316/3
**truthfulness [2]**
6315/22 6316/3
**try [3]** 6534/20 6546/16
6552/12
**trying [4]** 6315/3
6318/19 6367/14
6590/25
**tube [1]** 6504/3
**tunneling [1]** 6540/15
**tunnels [1]** 6540/17
**turn [27]** 6380/21
6388/4 6408/9 6409/15
6412/14 6416/19
6458/9 6458/21
6466/19 6467/2 6468/5
6472/22 6473/18
6475/2 6499/20
6500/13 6522/1
6530/17 6531/17
6533/14 6535/11
6545/14 6609/11
6616/11 6616/13
6617/12 6618/19
**turned [10]** 6366/6
6367/8 6370/19 6381/8
6387/23 6409/11
6421/15 6438/12
6521/20 6522/20
**turning [12]** 6411/8
6415/13 6417/10
6417/16 6457/4 6500/5
6500/19 6501/3
6501/13 6501/22
6521/15 6522/12
**Turns [1]** 6537/3
**TV [1]** 6312/10

**twilight [1]** 6451/15
**two [59]** 6318/12
6318/17 6320/17
6320/18 6324/10
6325/14 6327/10
6333/6 6336/18 6351/7
6375/5 6381/19 6391/6
6391/18 6392/14
6395/4 6402/11
6402/11 6402/18
6405/14 6421/25
6422/14 6424/20
6440/5 6449/3 6473/10
6477/6 6500/4 6501/1
6501/20 6501/20
6503/25 6504/6 6509/1
6510/23 6512/25
6515/1 6515/16
6532/15 6532/17
6541/18 6542/8
6542/25 6546/25
6564/1 6569/10
6571/22 6572/10
6578/7 6599/6 6600/14
6600/14 6600/15
6600/24 6602/20
6619/2 6619/6 6620/24
6621/7
**TX [2]** 6303/4 6303/8
**type [11]** 6319/13
6367/2 6378/23
6395/22 6396/17
6396/22 6397/25
6422/5 6422/5 6502/25
6575/14
**typed [2]** 6379/13
6386/25
**types [1]** 6388/10
**typical [1]** 6426/22
**typically [4]** 6408/14
6426/24 6427/12
6427/18

**U**

**U.S [8]** 6302/16
6310/23 6312/12
6334/16 6360/2 6361/3
6381/7 6600/7
**Uh [5]** 6365/20 6368/13
6389/1 6393/4 6397/22
**Uh-huh [5]** 6365/20
6368/13 6389/1 6393/4
6397/22
**ultimately [9]** 6313/18
6319/22 6321/11
6321/14 6322/6
6413/25 6594/21
6603/14 6605/21
**unavailability [1]**
6620/6
**unavailable [1]**
6619/19
**unclear [1]** 6603/8
**unconstitutional [2]**
6492/6 6492/8
**uncovered [1]** 6511/18

**unclear [15]** 6317/24
6323/8 6324/12
6361/18 6393/15
6404/21 6432/9
6452/17 6455/20
6464/4 6477/19 6484/8
6492/12 6599/12
6602/11
**underlings [1]** 6318/17
**Underneath [1]** 6511/7
**understand [15]**
6316/6 6366/9 6371/22
6376/17 6391/7
6396/18 6398/8 6399/3
6424/14 6425/9 6578/3
6602/1 6606/2 6615/21
6621/23
**understanding [18]**
6321/7 6330/16
6331/18 6334/14
6336/10 6339/6
6341/25 6344/15
6345/17 6346/25
6349/3 6366/23
6374/20 6374/21
6383/10 6390/5
6601/16 6604/20
**understands [2]**
6311/16 6399/12
**understood [8]**
6312/16 6313/21
6314/16 6372/7
6393/11 6403/20
6418/18 6618/10
**undo [1]** 6553/4
**unfortunately [1]**
6615/3
**unified [1]** 6492/7
**unintended [2]**
6383/21 6383/21
**unique [4]** 6436/8
6602/16 6602/20
6608/13
**unit [4]** 6475/19 6476/3
6502/24 6571/21
**UNITED [6]** 6302/1
6302/3 6302/10 6309/8
6434/24 6435/2 6435/5
6435/7 6435/9 6435/12
6435/14 6435/17
6540/25 6575/14
6605/4 6605/14
**United States [11]**
6434/24 6435/2 6435/5
6435/9 6435/12
6435/14 6435/17
6540/25 6575/14
6605/4 6605/14
**units [1]** 6491/2
**unjustly [1]** 6489/18
**unless [4]** 6310/17
6315/1 6601/17
6610/15
**unlikely [1]** 6490/15
**unpack [1]** 6366/17
**unredacted [1]**
6513/25
**unsending [1]** 6556/17

**U**

unsent [16] 6549/10
6549/16 6549/23
6551/4 6551/23
6552/19 6552/22
6553/11 6553/12
6553/15 6554/5
6554/11 6554/15
6554/23 6555/16
6556/6
until [12] 6329/25
6409/4 6412/25
6413/21 6414/4 6485/4
6518/5 6545/21 6582/7
6595/20 6603/13
6620/23
unto [1] 6573/19
untoward [2] 6571/7
6571/11
up [144] 6314/19
6316/10 6318/11
6322/10 6322/23
6324/4 6324/15
6325/10 6325/17
6326/1 6326/15 6330/8
6331/6 6332/22 6337/4
6338/19 6347/15
6348/3 6349/1 6352/4
6352/12 6352/15
6352/17 6353/20
6354/13 6355/2
6355/18 6359/16
6364/22 6366/6 6367/9
6368/4 6368/12
6370/15 6372/24
6373/7 6374/9 6376/19
6379/5 6382/10
6384/21 6385/8 6391/3
6391/5 6393/8 6393/18
6395/18 6406/14
6412/23 6414/3 6414/4
6415/8 6419/24
6420/11 6420/11
6420/14 6426/1
6426/14 6428/5
6429/16 6430/20
6434/9 6438/18
6440/13 6440/25
6441/6 6446/10
6446/21 6449/5 6451/5
6452/9 6452/11
6452/18 6453/16
6463/9 6466/4 6466/23
6467/17 6469/5 6469/7
6470/10 6473/6
6476/18 6478/6
6480/18 6481/6 6483/7
6486/22 6488/14
6491/9 6494/2 6495/4
6497/5 6505/6 6505/15
6505/20 6513/11
6514/6 6514/16
6514/19 6516/21
6517/4 6517/22
6524/20 6524/21
6525/21 6525/23
6527/3 6528/21
6531/25 6533/25
6550/15 6553/1 6553/8
6554/1 6554/7 6556/6
6557/9 6557/23
6563/21 6564/25
6570/23 6572/16
6576/16 6577/14
6577/20 6578/10
6580/5 6584/19
6587/17 6588/6 6589/9
6590/3 6592/13
6593/14 6595/2 6599/8
6608/3 6608/19
6612/23 6615/15
update [1] 6402/25
upon [7] 6315/23
6383/18 6422/16
6422/20 6507/18
6600/25 6607/3
upper [7] 6339/2
6340/21 6507/2 6542/4
6573/13 6573/20
6574/10
uppers [4] 6541/17
6542/3 6542/3 6542/6
ups [1] 6587/21
urge [1] 6621/10
urged [1] 6492/2
URL [1] 6515/9
us [68] 6314/14
6318/22 6356/2 6357/7
6362/13 6363/13
6366/9 6369/10
6373/23 6380/4
6380/19 6380/22
6381/7 6382/3 6388/18
6397/3 6401/25 6403/5
6403/7 6403/16
6430/18 6438/10
6441/7 6442/16
6445/23 6446/4 6447/9
6447/9 6447/16
6452/19 6454/15
6455/12 6457/11
6462/15 6463/20
6468/9 6472/5 6478/6
6492/10 6492/12
6498/22 6503/6
6505/14 6505/16
6507/8 6522/6 6522/7
6522/20 6531/7
6531/12 6534/20
6538/16 6540/15
6544/3 6545/1 6546/6
6550/1 6553/20
6556/17 6592/4 6593/4
6614/2 6614/18 6615/2
6620/13 6621/1 6621/5
6621/15
usage [1] 6437/21
USCCA [1] 6516/2
usdoj.gov [2] 6302/19
6302/20
use [11] 6380/18
6380/18 6389/18
6399/18 6424/9 6460/9
6490/14 6506/12
6541/20 6571/9 6574/7
6322/13 6351/9 6390/1
6396/12 6407/9
6409/19 6413/4
6415/17 6415/25
6415/25 6416/7 6417/1
6438/7 6444/16 6451/1
6453/9 6467/14
6469/10 6506/4 6506/6
6507/2 6540/25
6575/25 6588/3
6588/11 6595/8
6603/19
user [1] 6549/10
uses [1] 6412/6
using [13] 6373/3
6413/8 6418/20 6437/8
6437/24 6438/6 6442/7
6462/4 6465/3 6492/2
6492/4 6497/14 6552/6
usual [1] 6419/8
usually [1] 6608/5
usurper [1] 6539/1
UTC [12] 6331/15
6331/23 6424/21
6549/23 6550/5 6550/7
6551/7 6552/23 6554/7
6555/12 6592/7
6593/11
utilized [3] 6441/19
6456/16 6586/6
utilizing [1] 6486/15

**V**

V-a-n-d-e-r-b-o-l [1]
6471/19
Vallejo [23] 6416/7
6417/1 6435/9 6463/18
6463/18 6463/20
6464/2 6465/10
6465/18 6465/25
6466/5 6466/16
6466/24 6467/3 6467/7
6467/20 6468/2 6468/7
6469/1 6469/5 6486/14
6576/24 6577/25
Vallejo's [1] 6417/23
value [4] 6320/8
6320/14 6322/8
6400/17
Vanderbol [7] 6471/10
6471/13 6471/18
6471/20 6472/6
6582/15 6583/8
Vanderbol's [2] 6472/4
6473/5
varied [1] 6573/3
various [5] 6310/7
6315/22 6508/4 6509/1
6572/11
vast [1] 6380/20
vehicle [4] 6370/22
6371/9 6375/13 6376/8
venue [1] 6436/9
6436/15 6611/16
6611/17
verbal [1] 6452/10
verifiable [1] 6322/1
verify [1] 6442/12
version [4] 6373/8
6479/22 6488/2
6488/10
versions [1] 6424/18
versus [5] 6309/9
6600/7 6605/4 6605/14
6612/5
vertically [1] 6474/22
very [40] 6362/9
6383/20 6386/21
6392/20 6393/16
6418/13 6419/1
6419/11 6424/22
6451/17 6464/8
6465/22 6475/15
6477/23 6480/9 6488/6
6488/7 6500/1 6505/3
6525/5 6525/11 6528/5
6528/13 6528/19
6536/3 6544/20 6551/3
6556/13 6556/13
6571/25 6573/25
6575/1 6587/3 6588/22
6595/9 6596/7 6603/24
6604/2 6610/20
6621/17
veteran [1] 6380/12
veterans [2] 6380/19
6381/7
vetting [1] 6559/23
video [43] 6315/23
6315/25 6333/25
6335/4 6335/21
6336/12 6337/12
6337/24 6338/21
6339/10 6339/14
6340/12 6340/14
6341/8 6342/2 6342/23
6344/2 6344/25 6345/4
6345/12 6346/6
6346/13 6347/8
6347/17 6348/8 6350/8
6353/11 6371/15
6371/21 6371/23
6530/15 6531/4 6532/3
6532/4 6532/4 6532/10
6532/13 6532/21
6537/21 6544/15
6553/19 6553/22
6553/24
videos [11] 6332/24
6333/1 6336/22
6341/17 6344/9
6371/16 6537/23
6538/2 6538/2 6538/5
6598/24
Vietnam [1] 6540/25
Vietnamese [2]
6540/22 6540/23
view [2] 6322/9
6428/24
viewed [3] 6589/24
6589/25 6590/20
views [1] 6599/3
vilify [1] 6534/20
violate [1] 6599/17
verification [2] 6399/1
6399/4
violence [2] 6596/5
6596/12
Virginia [7] 6408/21
6410/4 6411/7 6517/21
6541/16 6559/13
6559/24
visit [1] 6550/11
visits [1] 6572/11
visual [1] 6497/13
voice [21] 6362/9
6407/13 6407/14
6408/4 6408/8 6408/15
6408/16 6409/4
6411/18 6411/22
6412/2 6413/6 6413/6
6416/13 6433/8
6435/10 6442/18
6443/6 6485/15
6485/18 6485/24
voices [1] 6583/9
void [1] 6492/6
voluminous [3]
6408/11 6411/20
6497/18
voluntary [1] 6604/20
vote [3] 6314/22
6326/3 6489/19
vouched [1] 6527/18
vs [1] 6302/5
vultures [1] 6545/21

**W**

wait [4] 6350/7 6427/9
6427/11 6622/5
waited [1] 6388/15
waiting [3] 6341/8
6429/25 6466/14
waive [5] 6604/10
6606/3 6606/19 6607/8
6613/16
waived [2] 6603/1
6606/4
waiver [5] 6604/19
6605/11 6606/1 6608/9
6612/7
waiving [1] 6621/13
walk [5] 6339/22
6342/15 6348/13
6491/10 6502/21
walked [6] 6334/3
6349/14 6364/22
6366/6 6372/24
6572/20
walking [12] 6338/2
6338/9 6338/23
6339/13 6339/19
6340/20 6344/5 6344/6
6346/21 6348/21
6367/9 6502/23
walls [1] 6473/2
Walter [1] 6503/20
want [48] 6309/25
6316/10 6317/5
6317/20 6323/6
6324/16 6327/10
6330/24 6333/3

**W**

**want... [39]** 6344/13
6350/7 6350/9 6354/9
6359/16 6363/5
6366/16 6388/19
6395/17 6403/5
6420/11 6420/19
6422/2 6425/17
6425/21 6427/1 6428/3
6428/12 6440/24
6535/3 6546/20 6558/7
6566/11 6584/8 6588/8
6588/10 6598/6 6598/7
6598/12 6602/4
6604/15 6604/17
6604/19 6608/8 6608/9
6608/9 6612/15
6618/22 6620/7
**wanted [21]** 6350/8
6363/16 6366/14
6367/1 6374/1 6381/15
6393/22 6396/24
6400/21 6401/24
6401/24 6423/24
6468/18 6523/10
6535/17 6598/20
6614/3 6614/14 6615/4
6619/18 6619/20
**wanting [6]** 6378/15
6395/5 6513/5 6604/9
6608/14 6619/17
**wants [1]** 6324/18
**war [7]** 6382/24
6382/25 6383/9
6383/11 6453/10
6540/25 6571/10
**warrant [4]** 6381/11
6502/19 6520/20
6548/9
**was [403]**
**Washington [14]**
6302/5 6302/17 6304/4
6304/9 6305/5 6316/14
6381/13 6409/25
6409/25 6436/9
6436/15 6518/4
6545/12 6579/17
**wasn't [6]** 6322/13
6377/25 6393/18
6426/3 6451/2 6595/10
**watched [1]** 6553/22
**watching [2]** 6312/10
6346/6
**water [2]** 6358/18
6540/16
**Watkins [115]** 6303/14
6309/11 6309/19
6311/22 6313/4 6314/5
6315/7 6315/18
6315/25 6329/19
6329/23 6330/5 6331/4
6331/6 6331/10 6332/9
6332/22 6333/5
6333/12 6336/5 6336/8
6336/22 6337/4 6338/4
6338/13 6338/21
6339/7 6339/25 6341/5
6341/25 6343/1 6343/4
6344/11 6344/14
6345/6 6345/9 6345/22
6346/11 6347/5 6347/6
6347/21 6348/3
6348/23 6349/13
6350/24 6351/11
6351/16 6357/9 6435/4
6439/6 6440/7 6440/20
6441/5 6442/6 6442/18
6443/1 6443/8 6443/12
6443/18 6443/20
6447/11 6448/3 6448/7
6448/11 6520/5 6520/9
6520/24 6521/2
6521/16 6522/2
6522/13 6523/6
6525/14 6529/2
6529/13 6531/15
6531/25 6532/19
6533/19 6534/8
6534/13 6534/23
6535/12 6535/15
6536/8 6536/16 6537/5
6537/17 6537/20
6537/24 6538/15
6538/20 6538/23
6539/5 6539/16
6539/24 6540/14
6541/1 6544/23 6545/4
6545/16 6546/5 6547/8
6547/15 6548/3 6548/4
6548/14 6550/14
6554/1 6556/20
6556/23 6560/18
**Watkins' [10]** 6312/21
6439/8 6439/15
6533/16 6534/3 6534/5
6537/9 6537/11
6548/14 6548/15
**way [32]** 6312/23
6314/6 6314/8 6322/14
6335/25 6353/20
6386/23 6387/10
6397/1 6421/4 6427/12
6436/12 6444/17
6478/6 6521/25
6528/12 6528/15
6532/4 6546/10
6547/13 6548/3
6552/17 6562/1 6562/3
6566/1 6579/5 6591/14
6600/3 6607/15
6607/17 6611/16
6612/19
**ways [2]** 6402/19
6600/14
**Waze [1]** 6470/5
**we [626]**
**we will [13]** 6316/12
6322/25 6382/3 6402/6
6476/18 6517/25
6538/21 6538/25
6546/6 6546/16
6546/19 6592/17
6612/13
**we'd [1]** 6481/9
**we'll [37]** 6318/10
6322/23 6342/1
6346/20 6375/24
6402/6 6418/24 6419/9
6421/13 6424/17
6426/14 6427/16
6428/15 6429/14
6434/10 6508/22
6518/12 6519/10
6519/10 6519/22
6546/23 6566/14
6592/25 6597/13
6604/1 6610/18
6610/19 6610/20
6611/6 6611/8 6611/11
6613/2 6616/16
6617/15 6621/25
**we're [48]** 6316/18
6318/3 6319/23
6330/17 6340/5 6341/8
6342/7 6342/16
6346/12 6352/17
6376/12 6380/3 6380/4
6408/3 6415/14 6421/6
6428/10 6431/6 6442/5
6445/23 6445/25
6455/6 6457/1 6463/13
6467/9 6472/9 6518/9
6519/3 6531/3 6544/13
6548/15 6552/16
6574/23 6582/6
6602/13 6602/14
6603/25 6604/11
6608/5 6609/17
6610/10 6613/3
6613/23 6615/14
6616/15 6620/12
6621/4 6621/11
**we've [24]** 6322/18
6325/14 6373/21
6375/19 6394/14
6402/19 6404/8
6423/20 6428/7
6428/23 6446/1
6470/12 6503/5 6537/5
6538/25 6549/14
6592/21 6596/14
6599/11 6601/20
6604/14 6616/9
6616/16 6621/7
**weapon [13]** 6351/10
6477/7 6478/1 6479/3
6479/19 6480/14
6480/25 6507/20
6509/12 6509/23
6511/9 6511/19 6514/7
**weapons [3]** 6460/9
6482/8 6509/9
**wear [2]** 6361/24
6361/25
**wearing [6]** 6343/1
6352/1 6354/19
6369/13 6372/22
6372/25
**web [1]** 6495/23
**website [4]** 6515/4
6515/13 6520/10
6521/3
6317/24 6391/11
6403/17 6416/20
6543/12 6544/22
6545/20 6565/20
6614/17 6614/19
6619/19 6621/1
**weeks [7]** 6391/6
6405/14 6521/3
6525/14 6525/19
6529/3 6538/6
**weigh [1]** 6428/6
**welcome [9]** 6350/11
6361/20 6404/14
6404/24 6432/3
6432/12 6519/21
6525/9 6598/21
**well [91]** 6309/24
6310/11 6318/12
6318/15 6319/1
6322/21 6334/18
6337/12 6337/20
6339/9 6339/21
6340/15 6340/22
6346/11 6347/5 6349/1
6355/1 6355/2 6356/17
6366/11 6372/9 6373/3
6386/1 6387/19
6391/22 6395/23
6399/4 6399/17
6405/25 6406/12
6407/13 6410/4 6416/1
6417/25 6422/9
6422/21 6425/5 6426/7
6427/11 6427/25
6430/9 6430/23
6461/20 6466/17
6489/21 6493/2
6498/14 6516/19
6519/10 6522/7
6529/15 6553/9
6554/23 6559/21
6559/22 6568/17
6569/10 6571/9
6573/17 6579/10
6580/19 6581/4
6584/18 6585/14
6586/6 6586/20 6587/6
6591/17 6592/20
6595/18 6596/4 6598/5
6601/18 6602/1 6603/8
6607/15 6607/21
6608/17 6609/6
6610/12 6611/8
6613/12 6615/21
6617/3 6617/3 6617/18
6618/7 6619/6 6619/24
6619/24 6621/2
**went [17]** 6314/19
6314/21 6315/20
6326/1 6326/2 6336/2
6349/8 6367/7 6397/20
6398/8 6398/14 6408/7
6446/25 6457/12
6470/8 6480/25
6499/15
**were [178]** 6310/9
6313/5 6313/7 6313/25
6327/18 6327/20
6328/6 6328/16
6332/14 6332/15
6332/16 6335/15
6335/17 6344/13
6345/16 6346/16
6346/16 6347/25
6348/21 6348/22
6351/1 6351/21
6351/24 6357/7
6357/11 6360/6 6360/6
6361/7 6365/3 6372/21
6372/25 6373/23
6374/7 6375/3 6375/12
6375/12 6380/25
6381/1 6382/8 6385/16
6386/1 6386/2 6387/8
6390/2 6390/5 6390/20
6392/13 6394/24
6394/25 6397/20
6398/1 6398/9 6398/18
6399/9 6399/9 6405/14
6407/16 6407/17
6407/23 6408/16
6409/6 6410/11
6411/23 6412/3 6414/8
6416/15 6420/2
6424/25 6430/19
6430/22 6430/24
6431/1 6436/13
6436/16 6436/18
6437/16 6447/7
6447/10 6449/3
6453/23 6454/22
6454/24 6455/1
6456/16 6457/25
6462/11 6464/11
6464/14 6469/5 6469/9
6469/18 6469/19
6472/10 6472/14
6472/17 6480/18
6483/13 6488/20
6493/14 6494/25
6495/1 6501/14
6501/16 6502/2 6503/5
6503/6 6503/8 6503/8
6503/11 6504/25
6505/2 6509/2 6509/5
6517/1 6517/17
6522/17 6523/8
6523/17 6523/19
6524/22 6525/4 6525/5
6526/7 6526/9 6529/10
6531/7 6531/8 6531/10
6531/12 6531/13
6532/17 6535/8 6536/6
6538/3 6538/5 6540/23
6540/24 6542/21
6543/13 6544/1 6544/2
6545/7 6545/9 6550/12
6551/20 6552/1
6553/20 6561/4 6563/8
6564/10 6565/5 6567/4
6568/5 6569/1 6569/10
6569/11 6571/2
6576/21 6577/1 6577/7
6579/25 6580/19

were... [13] 6581/5
6581/21 6582/12
6584/10 6584/11
6584/13 6586/11
6588/13 6591/3
6595/19 6596/5
6596/22 6615/12
weren't [5] 6335/17
6347/4 6394/5 6397/24
6423/19
west [6] 6413/10
6414/13 6417/23
6418/3 6466/12 6579/7
westbound [1]
6577/13
what [413]
what's [34] 6329/5
6338/19 6348/8
6375/10 6378/16
6379/9 6383/7 6395/23
6395/24 6396/9
6406/16 6410/5 6410/8
6413/16 6416/24
6422/8 6429/15
6446/21 6465/11
6467/12 6473/19
6495/10 6505/19
6517/4 6523/12 6532/1
6536/22 6541/6 6549/1
6550/16 6563/21
6568/24 6572/16
6610/6
whatever [2] 6446/16
6616/25
wheels [2] 6544/19
6574/14
when [100] 6311/10
6324/13 6326/19
6330/2 6330/8 6330/17
6336/11 6336/17
6348/18 6350/25
6352/16 6355/7
6360/17 6363/18
6364/18 6365/18
6370/19 6372/24
6373/9 6376/25 6388/5
6389/18 6390/24
6391/1 6391/3 6391/10
6392/16 6393/8
6394/18 6397/15
6398/1 6398/8 6400/20
6406/11 6408/7
6412/17 6414/9
6414/21 6415/1
6415/19 6420/19
6422/23 6423/15
6430/22 6431/6
6432/14 6440/10
6447/16 6448/2 6455/1
6461/20 6472/13
6477/16 6478/19
6484/12 6486/2 6492/9
6496/19 6501/12
6505/21 6507/3
6513/12 6517/15
6524/16 6525/1
6537/14 6540/7

6558/APM 6548/1Documents
6550/23 6553/20
6556/23 6557/1
6559/25 6562/22
6566/19 6567/7
6567/17 6567/20
6569/6 6569/19
6569/19 6570/4 6573/3
6573/24 6577/7
6577/12 6583/11
6584/9 6587/8 6587/17
6587/24 6588/6
6590/20 6596/16
6596/16 6596/17
6603/3 6606/25 6617/2
When/where [1]
6513/12
whenever [1] 6607/2
where [95] 6311/15
6313/5 6313/5 6313/7
6313/15 6314/17
6315/24 6316/1
6319/23 6334/10
6344/5 6346/8 6346/17
6348/14 6349/5
6353/18 6353/19
6358/19 6362/14
6363/23 6364/20
6365/11 6366/23
6367/3 6369/12 6383/6
6383/12 6383/14
6391/23 6396/5
6405/23 6408/6
6409/24 6410/11
6411/3 6412/17
6412/21 6414/2
6415/11 6415/21
6423/21 6428/8
6433/13 6434/2 6438/5
6438/11 6438/14
6449/12 6449/25
6450/3 6455/17
6469/19 6470/15
6472/2 6472/5 6475/18
6480/13 6485/1
6487/24 6491/9
6497/14 6502/1
6506/19 6512/2
6513/12 6517/13
6520/19 6534/2 6537/8
6549/16 6549/21
6557/15 6565/5 6570/9
6570/10 6570/24
6576/8 6578/23
6582/23 6586/9 6595/1
6600/25 6601/5
6602/23 6602/23
6602/24 6605/17
6612/1 6612/3 6612/6
6612/8 6612/23 6619/12
whereas [1] 6322/3
whether [64] 6310/23
6311/1 6319/24
6321/23 6321/24
6334/19 6334/20
6335/15 6351/24
6351/25 6352/20

6357/16 6358/7 Filed
6359/5 6360/14
6366/19 6374/2
6376/21 6383/15
6400/5 6400/6 6401/12
6409/6 6417/22
6421/10 6421/19
6422/14 6422/17
6424/23 6426/8 6427/1
6428/2 6438/5 6443/25
6446/24 6448/23
6462/12 6463/5 6466/8
6469/9 6482/25 6486/5
6502/24 6519/3 6520/3
6548/4 6560/16
6560/18 6560/18
6567/6 6567/12
6569/21 6569/22
6591/8 6594/21 6600/9
6606/12 6611/9
6611/19 6617/6 6617/8
6617/15 6621/10
6621/11
which [73] 6310/6
6311/14 6312/10
6313/10 6313/19
6314/7 6316/13 6319/5
6319/18 6321/5
6321/18 6322/5
6322/15 6325/13
6328/25 6329/3
6331/21 6331/23
6332/4 6343/16
6346/16 6358/10
6382/11 6387/10
6393/16 6404/8 6404/9
6407/8 6407/24
6408/13 6416/20
6422/16 6422/20
6424/4 6426/21
6436/14 6436/21
6441/9 6467/22
6472/18 6475/22
6476/7 6482/6 6492/4
6493/18 6499/2
6499/16 6500/1 6500/2
6500/11 6501/9
6501/19 6504/2 6505/7
6505/8 6507/14 6536/4
6539/12 6567/7 6569/6
6574/13 6587/12
6589/24 6591/2
6593/11 6595/8
6600/16 6604/24
6605/25 6607/13
6612/15 6617/14
6619/12
while [18] 6331/14
6341/8 6346/12
6388/16 6393/25
6403/4 6433/20
6436/14 6462/11
6483/1 6490/21
6498/14 6525/5 6525/7
6527/25 6548/10
6552/16 6603/11
Whip [3] 6462/3 6462/8
6462/11

01/04/24 Whiskey [2] 6504/7
6593/3
white [2] 6356/3
6522/18
White House [1]
6522/18
who [107] 6311/21
6315/19 6319/10
6328/8 6328/14
6335/23 6338/5
6344/14 6345/19
6348/21 6356/21
6363/25 6365/2
6367/15 6367/18
6367/20 6367/24
6368/3 6368/4 6368/11
6368/12 6374/7 6374/8
6374/18 6374/21
6381/8 6381/15
6381/17 6381/18
6387/1 6390/5 6392/5
6396/3 6396/7 6397/17
6434/21 6440/5 6440/5
6440/8 6440/8 6447/7
6447/9 6452/3 6452/9
6452/17 6455/12
6455/24 6456/1
6461/22 6461/24
6463/20 6468/11
6473/11 6478/2
6479/18 6480/25
6480/25 6482/19
6484/4 6487/22
6489/20 6489/21
6490/19 6490/21
6491/7 6511/8 6511/20
6513/5 6513/16
6515/18 6515/22
6517/10 6524/14
6527/11 6531/8
6531/12 6532/17
6532/17 6534/5 6540/7
6540/9 6540/23
6541/12 6544/3 6545/1
6546/1 6546/2 6547/20
6547/22 6550/13
6558/21 6558/23
6559/13 6559/14
6559/21 6559/22
6562/4 6562/22
6562/24 6565/22
6583/6 6583/11
6583/11 6584/10
6584/21 6591/2
6605/19
who's [8] 6318/22
6341/24 6345/6 6345/9
6387/22 6472/23
6472/25 6541/10
whole [6] 6324/11
6340/23 6423/1
6539/11 6589/9 6598/5
whom [3] 6478/19
6580/10 6615/1
whose [11] 6439/5
6453/23 6461/6
6464/10 6481/15
6483/13 6485/18

6593/3 6504/7 6379/3
6583/9
why [31] 6315/3
6317/15 6326/14
6366/9 6367/15 6373/2
6374/1 6377/23 6378/6
6383/3 6383/17
6383/17 6384/15
6385/24 6386/18
6386/20 6387/4 6401/4
6408/24 6419/3
6430/23 6498/12
6522/9 6528/12
6534/14 6536/23
6579/17 6597/10
6601/11 6609/17
6619/21
wife [1] 6352/1
wildfire [2] 6521/21
6522/20
will [104] 6316/12
6319/14 6322/25
6333/6 6333/10 6343/8
6355/23 6369/18
6372/8 6379/22
6380/20 6380/20
6380/21 6380/23
6381/2 6381/7 6382/13
6382/4 6402/6 6402/15
6402/17 6406/8 6406/9
6406/24 6418/19
6425/8 6429/15 6446/9
6446/11 6446/17
6451/1 6451/17
6454/11 6457/2
6458/23 6475/24
6476/8 6476/12
6476/18 6480/6
6487/12 6489/20
6490/12 6490/19
6492/1 6493/5 6493/21
6498/1 6504/13
6517/22 6517/23
6517/23 6517/25
6518/1 6518/5 6529/21
6533/2 6533/13
6534/11 6534/19
6534/20 6534/22
6538/13 6538/16
6538/17 6538/21
6538/25 6539/21
6541/25 6546/6 6546/6
6546/14 6546/16
6546/19 6547/6
6556/11 6559/20
6559/21 6561/16
6572/11 6587/17
6588/15 6592/17
6597/2 6597/11
6601/14 6603/12
6603/13 6606/10
6608/2 6608/15
6609/13 6609/13
6610/8 6610/11
6610/12 6610/14
6611/2 6611/3 6612/3
6612/13 6613/18
6614/17 6621/8

**William [5]** 6304/16 6305/2 6435/14 6623/2 6623/8

**William Todd Wilson [1]** 6435/14

**Williamson [1]** 6310/23

**Wilson [1]** 6435/14

**windows [1]** 6342/19

**wing [1]** 6502/25

**wish [4]** 6427/2 6429/8 6536/2 6608/17

**wishes [2]** 6425/1 6600/11

**withdraw [2]** 6388/23 6558/10

**Withdrawn [1]** 6589/13

**within [10]** 6313/6 6320/1 6320/10 6336/13 6398/15 6421/22 6502/25 6549/7 6579/19 6600/9

**without [17]** 6318/25 6329/2 6329/4 6343/6 6346/6 6362/13 6365/7 6388/2 6420/3 6424/1 6472/5 6502/14 6514/24 6583/2 6583/14 6584/17 6607/13

**witness [86]** 6306/2 6326/9 6326/11 6327/2 6330/6 6330/9 6338/14 6343/5 6348/5 6349/25 6361/18 6362/4 6369/19 6370/16 6379/6 6379/7 6389/6 6395/8 6401/25 6402/10 6403/11 6404/16 6404/21 6405/2 6410/20 6410/21 6411/4 6411/6 6412/11 6412/12 6417/12 6417/13 6418/18 6418/22 6423/25 6432/9 6433/2 6449/15 6450/6 6455/18 6456/6 6464/1 6474/3 6474/20 6475/7 6479/13 6497/7 6505/6 6519/16 6583/19 6587/12 6588/15 6588/17 6590/9 6590/16 6591/15 6608/21 6613/22 6613/24 6614/12 6615/6 6615/9 6615/18 6615/19 6616/6 6616/7 6616/9 6616/23 6617/6 6617/23 6617/25 6618/1 6618/3 6618/16 6618/18 6618/19 6619/3 6619/7 6619/20 6620/5 6620/7 6620/13 6620/25 6621/16 6621/17 6621/18

**witness's [1]** 6616/24

**witnesses [15]** 6304/4 6402/11 6614/2 6614/6 6614/10 6614/16 6614/19 6616/2 6617/14 6618/23 6619/23 6620/7 6620/14 6620/15 6620/21

**won't [5]** 6428/4 6466/17 6536/15 6615/10 6617/1

**wonder [6]** 6322/18 6564/15

**Woodward [13]** 6304/2 6304/3 6518/21 6598/21 6605/24 6609/5 6610/6 6612/1 6612/12 6612/22 6613/8 6618/14 6618/18

**Woodward's [1]** 6403/1

**word [21]** 6323/8 6323/10 6323/12 6323/14 6323/16 6323/19 6324/5 6324/7 6326/2 6326/5 6355/11 6389/19 6390/1 6428/8 6488/21 6521/20 6522/19 6528/8 6528/10 6563/8 6617/20

**worded [1]** 6451/2

**words [8]** 6317/19 6323/16 6324/20 6334/22 6378/1 6420/5 6535/13 6618/17

**work [11]** 6362/17 6451/19 6478/25 6479/10 6595/12 6615/14 6616/5 6616/20 6616/25 6617/17 6617/24

**worked [8]** 6391/21 6405/17 6433/15 6433/16 6433/25 6433/25 6492/11 6595/6

**working [6]** 6390/7 6397/24 6433/21 6446/12 6448/1 6541/18

**works [5]** 6503/24 6533/2 6556/11 6566/14 6588/1

**world [6]** 6352/14 6374/4 6384/15 6533/2 6556/11 6612/15

**worn [2]** 6336/13 6344/18

**worry [1]** 6536/12

**worst [1]** 6525/7

**worth [5]** 6466/23 6498/25 6516/19 6577/14 6577/16

**would [179]** 6310/16 6311/10 6311/19 6311/22 6311/23

**Witnesses [15]** 6311/7 6311/8 6311/11 6311/14 6311/17 6312/3 6312/14 6312/15 6312/17 6313/1 6313/8 6313/21 6313/21 6313/23 6315/1 6319/11 6321/6 6322/10 6323/7 6325/17 6328/7 6330/20 6331/21 6332/4 6332/9 6332/24 6333/5 6333/16 6334/25 6336/21 6337/16 6338/9 6340/1 6340/5 6341/19 6342/8 6343/15 6343/16 6343/19 6344/2 6344/7 6346/21 6347/22 6348/14 6363/20 6364/9 6369/7 6371/12 6371/14 6376/22 6376/22 6379/19 6381/13 6387/9 6388/9 6389/2 6389/16 6391/13 6392/19 6392/21 6398/12 6401/13 6406/21 6410/3 6421/5 6422/6 6424/16 6425/7 6427/8 6439/18 6444/6 6444/8 6445/13 6452/3 6454/8 6456/13 6456/20 6461/11 6464/17 6468/20 6470/21 6471/16 6475/21 6476/7 6476/16 6480/1 6482/24 6483/20 6485/24 6485/25 6487/10 6488/23 6493/17 6494/13 6497/22 6503/13 6504/10 6504/18 6510/10 6512/8 6514/19 6516/19 6516/19 6519/17 6521/7 6523/11 6523/25 6526/16 6529/18 6539/19 6541/19 6543/3 6549/24 6550/1 6557/21 6558/7 6558/14 6560/5 6561/13 6565/11 6566/2 6567/11 6567/15 6569/25 6571/17 6573/11 6573/13 6574/7 6574/7 6577/12 6578/16 6579/6 6579/9 6579/12 6580/20 6581/1 6581/2 6581/10 6584/15 6586/3 6586/8 6586/9 6587/11 6589/3 6589/7 6592/23 6593/11 6593/19 6594/7 6594/13 6594/14 6596/5 6599/20 6603/17 6604/5 6607/8 6607/16 6607/18

**Witnesses [15]** 6610/3 6610/22 6612/12 6612/15 6612/22 6616/5 6616/7 6617/25 6618/17 6618/24 6619/6 6619/7 6619/14 6620/2 6621/5 6621/14 6621/16

**wouldn't [4]** 6329/2 6342/9 6510/19 6577/13

**wrapped [2]** 6387/7 6387/9

**wrapping [1]** 6344/7

**write [6]** 6378/18 6440/11 6452/10 6465/25 6516/11 6534/10

**writes [1]** 6441/6

**writing [1]** 6616/8

**written [12]** 6361/1 6380/6 6382/16 6393/6 6427/12 6427/24 6536/2 6610/19 6610/24 6612/14 6612/17 6616/3

**wrong [6]** 6421/9 6576/24

**wrote [3]** 6360/17 6380/7 6381/19

**X**

**X15 [3]** 6476/5 6479/15 6480/15

**Y**

**y'all [2]** 6544/9 6544/16

**y's [1]** 6364/2

**Yale [1]** 6380/12

**yeah [20]** 6317/4 6329/22 6332/20 6342/11 6362/25 6364/11 6388/22 6388/24 6391/15 6391/20 6402/1 6408/1 6409/8 6420/9 6420/15 6424/13 6539/15 6543/18 6550/4 6610/10

**year [2]** 6433/19 6472/20

**years [5]** 6362/25 6390/7 6433/16 6433/19 6559/15

**yellow [1]** 6413/16

**Yep [10]** 6363/22 6369/11 6376/10 6378/9 6380/10 6389/22 6390/15 6394/10 6394/17 6566/16

**yes [218]** 6316/18 6323/19 6324/23 6327/17 6327/22 6328/3 6329/6 6329/10 6329/11 6329/12 6329/16 6329/18 6330/19 6330/22

**Witnesses [15]** 6331/22 6332/7 6332/11 6332/15 6333/5 6334/16 6335/10 6336/4 6337/8 6337/18 6337/21 6338/4 6339/4 6339/15 6340/3 6340/4 6340/7 6340/8 6340/16 6341/9 6341/10 6341/14 6343/1 6343/13 6343/17 6344/3 6344/9 6344/16 6345/3 6345/11 6345/18 6345/21 6345/24 6346/23 6347/13 6347/23 6348/2 6348/9 6348/19 6348/20 6348/23 6349/17 6350/5 6350/17 6351/15 6351/15 6351/23 6352/3 6352/22 6353/5 6353/8 6353/17 6353/23 6354/8 6357/22 6358/1 6358/13 6359/4 6359/15 6360/10 6360/16 6360/21 6361/8 6365/22 6365/23 6365/25 6366/4 6367/5 6368/2 6368/14 6368/15 6369/1 6369/4 6369/8 6369/25 6370/2 6370/5 6370/9 6370/13 6371/7 6372/9 6372/10 6372/20 6373/11 6373/15 6376/14 6376/23 6377/3 6378/13 6378/24 6379/1 6379/4 6379/11 6379/17 6380/6 6381/24 6382/18 6383/2 6385/15 6386/8 6386/17 6388/1 6388/13 6389/13 6389/17 6390/9 6390/11 6390/13 6392/2 6392/4 6395/1 6395/7 6395/20 6396/14 6396/19 6398/11 6400/9 6403/8 6403/19 6405/19 6406/18 6407/19 6410/2 6410/13 6411/2 6411/25 6412/5 6413/15 6413/17 6414/11 6414/24 6414/25 6415/4 6415/10 6416/17 6416/22 6417/9 6418/5 6418/23 6426/13 6429/21 6431/15 6434/4 6436/25 6437/22 6437/24 6439/16 6441/20 6442/9 6450/10 6462/18 6466/10

**yes... [50]** 6469/11
6472/21 6474/2 6477/2
6483/23 6484/19
6492/21 6496/23
6518/19 6527/4
6534/10 6534/10
6534/15 6537/11
6538/4 6538/7 6542/7
6544/12 6547/3
6548/17 6550/9
6555/24 6568/12
6569/4 6569/17 6570/7
6571/16 6571/20
6575/9 6579/8 6579/10
6581/7 6581/19
6581/22 6582/17
6583/23 6584/23
6585/3 6585/4 6585/8
6586/13 6586/14
6591/12 6591/20
6592/15 6593/3
6593/17 6597/5
6597/19 6605/1

**yesterday [16]** 6310/1
6320/8 6320/11
6323/21 6325/10
6327/13 6336/12
6346/14 6351/20
6353/2 6354/6 6357/18
6360/8 6360/19 6370/7
6373/10

**yet [5]** 6425/15
6425/15 6429/3
6452/18 6468/10

**you [1147]**

**you know [1]** 6315/12

**you'd [2]** 6361/25
6590/13

**you'll [1]** 6431/14

**you're [55]** 6315/3
6320/25 6326/12
6329/19 6330/8
6330/11 6333/17
6334/18 6341/12
6346/7 6346/7 6348/12
6365/8 6399/3 6427/13
6468/18 6471/10
6473/12 6477/16
6494/8 6496/7 6550/4
6569/2 6569/22
6569/22 6570/4 6571/9
6574/12 6574/21
6575/12 6576/14
6577/11 6578/3
6578/15 6578/21
6579/2 6582/13
6585/14 6586/7
6587/21 6587/23
6587/24 6595/17
6596/4 6596/10
6596/15 6604/24
6608/18 6609/23
6610/2 6619/13
6619/25 6620/1 6620/3
6621/12

**you've [21]** 6374/7
6392/13 6393/2

6434/22 6449/16
6450/7 6455/19 6474/4
6474/21 6475/8
6477/19 6485/1
6580/16 6600/14
6601/17 6606/4
6608/11 6621/16
**You/we [1]** 6452/18
**your [285]** 6309/7
6310/4 6316/18
6318/13 6323/4 6323/5
6323/19 6323/24
6324/17 6324/23
6325/6 6325/12
6325/20 6325/23
6327/14 6330/12
6331/1 6331/18
6332/18 6332/23
6333/5 6333/11
6333/14 6334/14
6334/23 6336/8
6336/10 6336/20
6338/14 6338/20
6341/25 6342/17
6343/20 6344/15
6345/17 6345/19
6346/2 6346/24 6347/4
6349/3 6350/12
6350/17 6352/14
6352/17 6358/22
6360/19 6361/13
6361/13 6361/15
6361/17 6361/23
6362/10 6362/13
6362/23 6363/5
6364/18 6364/20
6366/2 6366/23
6369/15 6369/23
6370/19 6371/11
6371/16 6371/24
6372/8 6372/11
6372/22 6374/9
6379/16 6379/18
6380/13 6380/22
6380/23 6381/2 6382/4
6383/12 6386/7
6386/25 6387/23
6388/11 6389/7
6391/21 6395/12
6395/13 6396/17
6396/22 6398/2
6398/23 6399/11
6399/14 6399/19
6399/21 6401/7
6401/15 6401/18
6401/18 6402/11
6403/4 6403/16
6403/22 6404/2
6404/16 6404/20
6405/9 6406/4 6407/2
6408/25 6412/9 6414/6
6417/11 6418/8 6418/9
6418/10 6418/13
6418/15 6418/23
6419/21 6420/12
6420/15 6420/20
6421/12 6422/9

6425/8 6425/13
6425/18 6425/23
6426/13 6428/6 6429/2
6429/7 6429/9 6429/21
6430/4 6431/9 6431/15
6431/18 6431/21
6431/22 6432/6 6432/8
6432/15 6433/11
6433/23 6434/7
6436/24 6437/3 6437/7
6438/13 6439/17
6439/20 6439/23
6440/1 6441/17 6444/5
6445/12 6446/15
6446/15 6446/16
6448/22 6452/11
6452/11 6452/16
6453/3 6453/13 6454/7
6460/9 6460/20
6461/11 6461/13
6461/17 6464/16
6465/11 6469/23
6470/20 6470/25
6474/9 6474/11
6474/13 6475/20
6476/6 6479/25
6480/18 6482/1
6483/19 6483/23
6485/8 6489/3 6492/17
6493/16 6494/10
6497/21 6504/10
6505/20 6508/4
6509/18 6510/9
6510/13 6512/7
6514/20 6516/20
6518/9 6518/17
6518/22 6519/3
6519/15 6519/24
6520/3 6523/24 6524/6
6525/12 6526/15
6526/25 6527/4 6527/5
6528/19 6529/17
6533/1 6541/21 6543/2
6546/7 6556/10
6557/20 6560/5
6561/12 6565/16
6567/12 6568/9
6569/21 6570/19
6570/19 6572/24
6574/14 6575/22
6577/1 6577/19 6578/9
6580/1 6580/15
6580/15 6581/13
6582/2 6582/25 6583/4
6583/15 6583/15
6583/23 6585/22
6589/22 6590/7 6591/2
6591/12 6591/20
6594/8 6594/10
6596/21 6597/8
6597/17 6598/2 6598/9
6598/17 6598/19
6599/20 6600/3
6607/18 6607/20
6609/19 6610/1 6610/8
6611/5 6611/9 6611/13
6611/25 6613/7 6613/9

6615/21 6618/13
6619/1 6620/2 6620/9
6621/13
**your Honor [126]**
6309/7 6310/4 6316/18
6318/13 6323/4 6323/5
6323/19 6323/24
6324/17 6324/23
6325/20 6325/23
6331/1 6332/23 6333/5
6333/11 6333/14
6336/20 6338/14
6350/12 6350/17
6369/15 6371/11
6371/16 6371/24
6372/8 6379/18 6389/7
6395/12 6395/13
6398/2 6399/11
6399/21 6401/15
6402/11 6403/16
6404/2 6406/4 6418/8
6418/9 6418/10
6418/15 6418/23
6419/21 6420/12
6420/15 6420/20
6421/12 6422/9
6423/10 6423/15
6425/8 6425/13
6425/18 6425/23
6426/13 6428/6 6429/2
6429/7 6430/4 6431/9
6431/15 6431/18
6431/21 6431/22
6432/6 6432/15
6439/17 6439/20
6439/23 6440/1 6444/5
6445/12 6454/7
6461/11 6461/13
6461/17 6464/16
6470/20 6470/25
6475/20 6476/6
6479/25 6483/19
6483/23 6489/3
6493/16 6494/10
6497/21 6504/10
6510/9 6510/13 6512/7
6518/9 6518/22
6519/15 6519/24
6523/24 6524/6
6526/15 6527/4
6529/17 6543/2
6557/20 6560/5
6561/12 6568/9
6583/23 6590/7
6591/12 6591/20
6598/2 6598/9 6598/17
6598/19 6599/20
6600/3 6609/19 6610/1
6611/13 6611/25
6613/7 6613/9 6613/22
6619/1 6620/9
**yours [4]** 6482/6
6519/1 6530/20
6554/19
**yourself [11]** 6328/8
6330/7 6339/21 6344/6
6362/10 6385/13

6405/8 6433/9 6569/23
**yourselves [1]** 6446/15

**Z**

**Zaremba [3]** 6305/2
6623/2 6623/8
**Zello [2]** 6545/8
6545/13
**zero [2]** 6446/13
6452/17
**zoom [35]** 6324/21
6413/14 6416/18
6417/3 6417/17 6457/5
6457/7 6457/15
6480/12 6480/21
6480/22 6481/22
6489/6 6490/23
6491/22 6511/1 6511/1
6512/25 6513/15
6514/10 6515/11
6515/15 6515/16
6516/5 6516/5 6516/25
6550/20 6552/16
6553/4 6553/6 6554/3
6554/4 6554/21
6554/22 6555/21
**zoom-in [1]** 6513/15
**zooming [2]** 6416/11
6510/19
**zPARTYS [2]** 6306/12
6307/3
**Zsuzsa [1]** 6304/6