IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )        CR No. 22-15
                                    )        Washington, D.C.
          vs.                       )        November 4, 2022
                                    )        8:30 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )        Day 24
          Defendants.               )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:              Kathryn L. Rakoczy
                                 Jeffrey S. Nestler
                                 Alexandra Hughes
                                 Louis Manzo
                                 Troy Edwards
                                 U.S. ATTORNEY'S OFFICE
                                 601 D Street, NW
                                 Washington, D.C. 20579
                                 (202) 252-7277
                                 Email:
                                 kathryn.rakoczy@usdoj.gov
                                 Email:
                                 jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

                                    Juli Zsuzsa Haller
                                    LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, NW
                                    Suite 900
                                    S. Building
                                    Washington, D.C. 20036
                                    (202) 352-2615
                                    Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

6984

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|

DEFENDANT'S:

| MONTANA SINIFF | 7015 | | | |
| E. STEWART RHODES III | 7032 | | | |

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|------------|----------|
| 44 | 7022 |
| RHODES SR-2 | 7102 |
| RHODES SR-7 | 7083 |

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  The court is in session; the
3    Honorable Amit P. Mehta presiding.
4              THE COURT:  Please be seated, everyone.
5              COURTROOM DEPUTY:  Good morning, Your Honor.
6              This is Criminal Case No. 22-15, the United States
7    of America versus Defendant No. 1, Elmer Stewart Rhodes III;
8    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
9    Defendant 4, Jessica Watkins; and Defendant 10,
10   Thomas Edward Caldwell.
11             Kathryn Rakoczy, Jeffrey Nestler,
12   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
13   government.
14             Phillip Linder, James Lee Bright, and
15   Edward Tarpley for Defendant Rhodes.
16             Stanley Woodward and Juli Haller for
17   Defendant Meggs.
18             Bradford Geyer for Defendant Harrelson.
19             Jonathan Crisp for Defendant Watkins.
20             And David Fischer for Defendant Caldwell.
21             The defendants are not yet present in the
22   courtroom.
23             THE COURT:  Okay.  Good morning, everyone.
24             Are we ready to proceed even though everyone --
25   Mr. Caldwell is still -- oh, here we go.
```

```
 1              I guess we're still waiting on Ms. Watkins.
 2              Okay.  Mr. Crisp, are you ready to proceed?
 3              MR. CRISP:  Yes.  May we?
 4              He's staying further away than what he realized.
 5    He didn't know that -- I don't know -- he was about 30 miles
 6    outside the city, didn't realize how far it is.
 7              THE COURT:  I'm sorry.  You're talking about?
 8              MR. CRISP:  He is staying 30 miles outside of the
 9    city and didn't realize at the time how long it would
10    actually take to get in.  I think he's on Constitution right
11    now.  So he should be here any minute.
12              THE COURT:  Okay.  Just in terms of proceeding
13    without your client.
14              MR. CRISP:  I'm sorry.  I misunderstood.
15    I thought you meant --
16              THE COURT:  That's okay.  All right.
17              MR. CRISP:  I'm ready to proceed.
18              THE COURT:  Every time I ask a question, it's...
19              All right.  So we've got all the defendants here.
20              So there are a few outstanding issues from
21    yesterday.  The first concerned the video that you want to
22    play, Mr. Crisp.  Is that --
23              MR. CRISP:  I went back and looked at it.  I'm
24    only going to play about a 30-second clip.  So it's a
25    30-second clip from that same video that I think is more
```

```
 1   consistent.  So it's about 1:30 to the 2-minute mark is what
 2   I'm looking at.  So I don't know if the government has any
 3   issue with that.
 4              MS. HUGHES:  We can review it.  We may have an
 5   additional rule of completeness perhaps, depending on what
 6   clip he's intending to show.
 7              THE COURT:  Okay.  Ms. Hughes, have you seen the
 8   portion that Mr. Crisp wants to play?
 9              MS. HUGHES:  I've not seen the portion.  I've seen
10   the full video.
11              THE COURT:  All right.
12              All right.  So maybe we can take care of that.
13   That shouldn't take too long.
14              And then Mr. Nestler had sent an email last
15   evening concerning the issue of the agents being present,
16   and it's essentially asking me to revisit the issue a
17   little bit.
18              MR. NESTLER:  Can I just clarify one point on what
19   we're asking for?
20              THE COURT:  Sure.
21              MR. NESTLER:  I just want to make clear.
22              What we're asking for is that we have one case
23   agent sitting at a table, depending on which witness
24   testifies.  We don't know, of course, which of the witnesses
25   the defense are going to call.
```

1          So depending on the witness they're calling, we

2     want an opportunity to have a case agent at a table who's

3     most familiar with the witness or topic area.  And it could

4     be the case that we would want to then call that case agent

5     who sits at our counsel table in rebuttal to a complete an

6     impeachment.  That was the point we were trying to

7     get across.

8               THE COURT:  All right.

9               Well, let me ask.  Is there any objection to that

10    concept?  Mr. Fischer, you had raised the issue.

11              MR. FISCHER:  No objection, Your Honor.

12              THE COURT:  Okay.  All right.

13              So, I mean -- all right.  We'll just leave it

14    at that.

15              So the government can have a case agent at the

16    table who's sort of most familiar with the particular

17    witness who may be testifying.  I think that's appropriate

18    even though it may not be the lead case agent.  I think

19    certainly the case law suggests that that's acceptable.  And

20    I didn't mean to sort of foreclose that yesterday.

21              All right.  And then the final issue is concerning

22    cross-examination and scope of cross-examination by defense

23    counsel of any defense witnesses.  Any further thought on

24    that issue, Counsel?

25              MR. WOODWARD:  We appreciate the government's

```
 1   diligent research on the issue.  We think it's really a
 2   non-issue in the sense that, as we saw yesterday, if a
 3   witness isn't testifying about any of our clients, then it's
 4   unlikely that we would be crossing them for the sake of
 5   crossing them.
 6          With respect to other witnesses, say, for example,
 7   co-defendants in the case, we think it's unlikely that that
 8   co-defendant would not testify in a way that inculpates our
 9   clients just by virtue of the basis that this case has
10   worked out.  Merely testifying that Mr. Meggs was on
11   Capitol Grounds is inculpating him.  So that's going to open
12   the door to some questioning.
13          We are working together, as the Court has seen
14   over the course over the last weeks and months.  And so it's
15   not the case that when a co-defendant testifies, we do not
16   work with their counsel to assure that the issues that we
17   believe pertinent to our individual client's defenses aren't
18   coming out.  But some things, A, may get missed, but more
19   importantly, there are some questions that a defendant's
20   counsel may not be able to impose to their client that, by
21   definition -- or necessarily I would or we would need to
22   pose to that individual.
23          So there will be some necessary cross of
24   co-defendants.  I think the issue will be somewhat less
25   significant with respect to non-co-defendant testifying
```

1    witnesses; however, it won't be completely moot.

2            And so what we can do is either do this on a

3    witness-by-witness basis, because the other just observation

4    we would make is even if the Court is not inclined to allow

5    cross-examination of a particular witness, a

6    non-co-defendant witness, obviously the Court would agree

7    that we could call that witness in our own case-in-chief.

8    And so some of this is just trying to streamline this.

9            THE COURT:  Right.

10           MR. WOODWARD:  So as Mr. Rhodes presents his

11   case-in-chief in the next few days, as we previewed for the

12   Court the last -- a few weeks ago, some of Mr. Rhodes'

13   witnesses overlapped with Mr. Meggs' witnesses, Ms. Watkins'

14   witnesses, et cetera.  And although we're doing our best to

15   provide -- to work with each other in making sure that the

16   examinations overlap, it just may be necessary that one or

17   more of us has to elicit specific testimony with respect to

18   our clients that --

19           THE COURT:  Would you propose to do so through

20   open-ended questioning or through cross-examination?

21           MR. WOODWARD:  Well, I think the Court has been

22   relatively lenient on -- there's a leading question, there's

23   a partially leading question, and then there's an open-ended

24   question.

25           We're not trying to take advantage of the Court or

```
 1    the process here.  Obviously, our perspective has been that
 2    the Court's preference has been for expediency, which is why
 3    the Court has allowed some of the more leading type of
 4    questions.
 5             So I think it would be a hybrid.  If the Court
 6    comes to the conclusion that it believes that counsel is
 7    taking advantage of this process, we've been nothing but
 8    amenable to hearing from the Court about that.  I don't
 9    expect us to take advantage of the process.  I expect us to
10    want to finish this trial as quickly as we can.
11             THE COURT:  Okay.
12             I guess I still -- I'm not sure to what extent the
13    line gets -- where the line gets crossed over from something
14    that's inculpatory versus not.  And, I mean, I agree with
15    you that, to some extent, just placing somebody at the
16    scene, arguably, could be inculpatory.  But I'm not sure
17    that -- I don't know that any of the cases speak to that
18    question, where the line is, and maybe it's just
19    discretionary for the trial court.  But does anybody have
20    any sense of what courts have said about that question?
21             MR. WOODWARD:  Well, I think --
22             THE COURT:  I mean, clearly, if somebody is silent
23    about an issue or even if, frankly -- you know, say a
24    defendant -- say a defendant gets up and testifies,
25    implicates a co-defendant as being at the scene, but
```

1    testifies in a way that doesn't inculpate the defendant's

2    presence and essentially that person's testimony is not only

3    inculpatory of their own testimony -- excuse me, exculpatory

4    of their own conduct but also exculpatory of the

5    co-defendant's conduct, it's not clear to me that you get to

6    cross-examine in that situation.

7                MR. WOODWARD:  I understand.

8                I think but then the framing of the question is:

9    Are we leading a witness, or are we asking open-ended

10   questions of the witness?  Because, again, if the Court

11   agrees that we could call that witness in our case in chief,

12   then really all the Court has to determine is the type of

13   question that can be proffered to the witness.

14               And if the difference is between whether it's a

15   leading question or an open-ended question, you know,

16   respectfully, I'm not sure that this case should be the one

17   that decides the issue in this Circuit.  It's somewhat,

18   actually, interesting that there is not case in this Circuit

19   that talks about this phenomenon.

20               I've looked at a number of cases that acknowledge

21   the right to cross-examine a co-defendant when he or she

22   testifies, but that's really it; and, otherwise, of course,

23   this Circuit has said you're the gatekeeper, and the Court

24   gets to decide what comes in or doesn't come in.

25               And so on the issue of whether Mr. Rhodes or any

 1    other co-defendant is inculpating or exculpating his

 2    co-defendants, respectfully, we would submit that really

 3    it's a distinction without a difference if we don't abuse

 4    the cross-examination process, in our understanding.

 5            And the Court has seen how we have examined

 6    witnesses, and so we're just trying to put our theory of the

 7    case on the record --

 8            THE COURT:  Sure.

 9            MR. WOODWARD:  -- for summation, and we can do

10    that in a number of ways.

11            THE COURT:  Okay.

12            Well, look, I think the bottom line is -- well, I

13    guess we'll need to do this on a witness-by-witness basis

14    and see how it shakes out.

15            I mean, the only slight area I disagree with you

16    is that there is a constitutional interest at stake if I

17    deny the opportunity to examine, whether it's through

18    open-ended questions or cross, you know, through true

19    cross-examination, you know, that's a little bit more

20    consequential than a mere evidentiary ruling.  So I want to

21    be mindful of where the line is only my point.

22            MR. WOODWARD:  We don't want -- we're not asking

23    the Court to rule, basically, right?  If the Court

24    permits --

25            THE COURT:  Of course, I can't rule right now

1    because I don't want to rule in a vacuum.

2            MR. WOODWARD:  Yes.  If the Court permits us to

3    examine the witness in the way we have been doing before, we

4    haven't asked the Court for anything and the Court hasn't

5    denied us anything.  I guess that's the point that I was

6    trying to make, is let's not create an issue of that

7    caliber, because it is an important one --

8            THE COURT:  Okay.  Well --

9            MR. WOODWARD:  -- if it can be avoided.

10           THE COURT:  It doesn't become an issue until the

11   government objects on a particular witness.

12           MR. NESTLER:  Right.

13           And maybe I should sort of clarify.  I think it's

14   also somewhat of a procedural issue.  Let's say

15   Stewart Rhodes testifies.  If Your Honor then -- we believe

16   Your Honor should then decide -- if any other counsel want

17   to cross-examine, Your Honor should then decide whether

18   Mr. Rhodes' testimony inculpated that lawyer's client; and

19   if so, then that lawyer can cross only on the limited area

20   in which that -- which Mr. Rhodes inculpated their client.

21   It's not a broad-based sort of cross-examination.  It's only

22   limited to that one topic or that one area.

23           What I hear Mr. Woodward saying is that there

24   could be opportunities or circumstances in which, for

25   instance, Mr. Woodward wants to examine Mr. Rhodes on direct

1   and talk about some other topic that Mr. Rhodes' lawyers

2   didn't get into with him on direct on behalf of Mr. Meggs.

3   That could be appropriate if Mr. Woodward were sponsoring

4   Stewart Rhodes to call him as a witness.

5          And I think what some of the cases we sent to the

6   Court indicated was in that situation, Rhodes would have to

7   waive his right and allow himself to be called as a witness

8   by Mr. Woodward.  So, in other words, if Rhodes inculpates

9   Meggs, Meggs has a constitutional right to cross-examine

10  Rhodes --

11          THE COURT:  Right.

12          MR. NESTLER:  -- no question.

13          If Rhodes does not inculpate Meggs but Meggs wants

14  to ask Rhodes questions that Meggs thinks Rhodes will say

15  that will exculpate Meggs, then Rhodes needs to agree to

16  submit to those kinds of questions.

17          Of course, that can all be done.  The question,

18  I think, now is more of a procedural one, which is, is that

19  all going to happen at the time Rhodes is on the stand the

20  first time, or are we going to go through this during each

21  of the defendants' cases-in-chief, and when it's time for

22  Mr. Woodward to put on his case, is he going to then seek to

23  call Stewart Rhodes as a witness on behalf of Mr. Meggs?

24          I can't really -- I'm not saying we take a

25  position on that right now.  I'm just flagging that as an

 1   issue because it does affect the nature of our

 2   cross-examination depending on how many directs go in front

 3   of us.

 4           THE COURT:  Sure.

 5           So, look, I think the only real way to handle this

 6   is as it comes up.  And if, for example, after Mr. Rhodes

 7   testifies, Mr. Woodward says, "I'd like to ask him some

 8   questions," you know, the issue will have to be put to me as

 9   to whether this is a -- whether the testimony was one that

10   gives rise to a confrontation right or it doesn't.

11           And if I conclude that it doesn't, then the

12   question then becomes, well, in the interest of efficiency,

13   are we simply going to let Mr. Woodward examine him through

14   a more open-ended fashion on the assumption and on the

15   theory at least, which I think is fairly clear, I think, so

16   once Mr. Rhodes takes the stand, to the extent he's got a

17   Fifth Amendment right, he's waived it; and I don't know that

18   he can, you know, selectively decide who he's going to

19   testify on behalf of once he's decided to testify.

20           MR. NESTLER:  I think we might disagree with that

21   based on some of the cases that we sent.

22           THE COURT:  Okay.

23           MR. NESTLER:  I think there's a Fourth Circuit

24   case talking about how the two different co-defendants did

25   not waive their rights to agree to be examined by each

 1    other.  And so we need to think about that some more.

 2             We agree that if Mr. Rhodes testifies, the subject

 3    matter of his cross --

 4             THE COURT:  Does defense counsel disagree with

 5    what I've just said, which is that if a defendant gets up on

 6    the stand, they've effectively waived their right to assert

 7    Fifth Amendment privilege as to examination by a different

 8    lawyer on direct examination in their case?

 9             MR. WOODWARD:  With my utmost respect to my

10    colleague, usually the government is telling me the

11    opposite, right?  If my client waives the Fifth Amendment in

12    the grand jury, for example, that they've waived it for all

13    purposes.  So, no, my understanding was that if he waives

14    the Fifth Amendment -- if a defendant testifies, they have

15    waived their Fifth Amendment right and not doing it --

16             THE COURT:  It's typically a subject matter

17    waiver.  It's not that you necessarily waive for all

18    purposes but it is a subject matter --

19             MR. BRIGHT:  I can clarify this based on the

20    discussion I've had with Mr. Rhodes, Your Honor.

21             THE COURT:  Okay.

22             MR. BRIGHT:  To Mr. Nestler's point about

23    narrowing the scope of a cross based on the inculpatory

24    testimony that, let's say, Mr. Rhodes might give; therefore,

25    that, or for the efficiency purposes of what he had

 1   suggested of waiving, I can tell you right now, at least in
 2   terms of the first witness that we'll be calling, Mr. Rhodes
 3   has agreed to waive for all purposes and allow people to ask
 4   him questions across the scope.
 5              THE COURT:  Okay.
 6              MR. BRIGHT:  So it seems that that question for
 7   him is solved.
 8              MR. NESTLER:  Sure.
 9              And maybe that is the most efficient way to do it.
10   If all the defendants are going to waive their -- whatever
11   right exists, if it does exist, we think that's a great
12   idea.
13              MR. BRIGHT:  Yeah, I mean, I can't speak for the
14   other defendants.
15              THE COURT:  Sure.  Of course.
16              MR. BRIGHT:  I can only speak for Mr. Rhodes, and
17   that is something that he's agreed to do.
18              THE COURT:  Okay.  Well, that certainly solves the
19   issue for him.
20              MR. NESTLER:  Yes, that's fantastic.  Thank you,
21   Your Honor.
22              THE COURT:  Okay.  Good.  Great.
23              Should anybody else testify, then we'll take it up
24   with that particular defendant.
25              Okay.  Is there anything else we need to take up

```
 1   before we get started?  I don't know whether our jurors are
 2   here or not, and, frankly, I don't know whether Mr. Siniff
 3   is back in the courthouse or not.  But we can take a couple
 4   minutes.
 5            MR. CRISP:  I can go check to see if he is here,
 6   if I may?
 7            THE COURT:  Oh, yeah, of course.
 8            MR. CRISP:  Thank you.
 9            (Pause)
10            THE COURT:  Ms. Hughes, have you looked at the
11   video that Mr. Crisp wants to -- have you all had a chance
12   to do that?
13            MS. HUGHES:  Yes, Your Honor, I relayed to
14   Mr. Crisp, the government would object -- if that portion of
15   the video is played, we would request that the entire video
16   is played.  The clip that he's proposed is in isolation on
17   Ms. Watkins and Mr. Siniff, and I'm not sure if he's going
18   to request that -- that only that portion be played or what
19   he plans to do, given the government's objection.
20            THE COURT:  So if he wants to play 30 seconds, you
21   want ten minutes?
22            MS. HUGHES:  Correct, Your Honor.
23            THE COURT:  Okay.
24            MS. HUGHES:  And I have further argument as to why
25   but I'll save it depending on what he would like to do.
```

1          (Pause)

2          MR. NESTLER:  Your Honor, can we please clarify

3     one point about our FBI colleagues, which is, we do plan to

4     have a case agent sitting at a counsel table depending on

5     the witness, as we just discussed.  We would also like other

6     FBI agents to be able to be present in the courtroom here or

7     in the overflow courtroom in order to watch witnesses'

8     testimony as it impacts our case and our discussions with

9     them about our case strategy.

10          And so I didn't understand Your Honor to be saying

11    that that was impermissible, but we wanted to make sure we

12    got a firm ruling from Your Honor before we told the agents

13    that they could be present in the courtroom.

14          THE COURT:  Look, I think the issue is that -- you

15    know, it may hinge on the likelihood of that FBI agent being

16    recalled in your case, which may be difficult to predict at

17    this point, I can understand.  But I think the one thing the

18    rule certainly contemplates is that you can't have a stable

19    of agents in the courtroom watching testimony in

20    anticipation of potential need or -- obviously they can if

21    they're not going to be called to testify.

22          MR. NESTLER:  We are not currently anticipating

23    calling any of these agents in our rebuttal case, though, if

24    anything comes up in the defense case, then this may

25    change --

1           THE COURT:  Sure.  Of course.

2           MR. NESTLER:  -- but we don't have a plan for a

3      rebuttal right now that would involve necessarily an agent.

4           THE COURT:  Okay.

5           MR. NESTLER:  So -- and -- so I say that -- and

6      also, each one of these agents may be sitting at counsel

7      table during the defense case depending on the witness.

8           THE COURT:  Right.

9           MR. NESTLER:  And then may testify on rebuttal to

10     complete an impeachment.

11          So I say that.  We're not currently planning on

12     having any witnesses in the courtroom who we plan to call as

13     witnesses later, but that may change depending on how the

14     defense case comes out.

15          THE COURT:  Well, Mr. Fischer, you raised the

16     objection.  So if based on the representation that there's

17     no expectation at this point that any agent will be called

18     in the government's rebuttal case, is there any objection to

19     having other agents present to watch?

20          MR. FISCHER:  Your Honor, there is an objection,

21     because the government is basically saying they may testify.

22     And I don't believe it's fair that the government can have a

23     stable of potential witnesses in watching testimony and the

24     defense can't do the same thing, because a lot of defense

25     witnesses would like to hear -- would have liked to have

```
1    heard what the FBI agents testified to because maybe they
2    would have had some information.
3           Your Honor, the rule about the case agent is
4    basically -- the purpose of it is to allow them to
5    facilitate the government's case and it's not to, you
6    know -- we have -- I mean, I don't know how many case agents
7    we have in this case, usually it's one but --
8           THE COURT:  All right.  That's what makes it
9    unusual.
10          I mean, look, I think Mr. Fischer is right in the
11   sense that -- I think what I would put to you, Mr. Nestler,
12   is, if there's a prospect -- and I won't put sort of a
13   percentage on it, if there's a prospect that you're going to
14   recall an agent other than your case agent in the case,
15   I think it is appropriate to not have that agent present for
16   that particular witness' testimony.
17          Now, it seems to me if, for example, there's a
18   witness on the stand as to which there's no prospect that a
19   particular agent is going to be called, then that may be a
20   different situation.  But that's sort of hard to predict, it
21   seems to me, and you're the one that has the knowledge and
22   no one else does.
23          MR. NESTLER:  Right.
24          So the odd point about that, Your Honor, is let's
25   say Mr. Rhodes is testifying and Agent Palian is here at our
```

1    table, then Agent Palian is serving the role as case agent

2    during Rhodes' testimony, and we may call Agent Palian in

3    our rebuttal case to complete an impeachment or say

4    something about what Mr. Rhodes' -- some topic Mr. Rhodes

5    raised.

6           If Agent Palian then goes and sits in the gallery

7    or in the overflow courtroom and Agent Hilgeman is here for

8    the next witness, Agent Palian is still potentially a

9    rebuttal witness.  I guess at any given point depending on

10   which witness is testifying, we're going to have a different

11   case agent here, and that case agent is going to testify

12   potentially about what this particular witness says.  That's

13   how the case agent rule works.

14          THE COURT:  Yes, but that's typically the case

15   when there's only one or two case agents.

16          MR. NESTLER:  We agree.

17          And due to the nature of this case, five

18   defendants and many more subjects and many more indicted

19   subjects and the geographic limitations, we have many case

20   agents.

21          THE COURT:  I guess this is how I would put it to

22   you, which is that, I think presumptively I am okay with the

23   notion that there's a case agent and a case agent who is

24   particular to a witness who is observing that witness'

25   testimony.  If there's an agent who is completely unrelated

1    to a witness as to whom the prospect of calling that person

2    in rebuttal to rebut that particular witness' testimony is

3    remote, then I think I'm okay with it.

4           I mean, the basis of the rule is that the person

5    who's present is neither influenced by somebody's testimony,

6    nor is able to sort of anticipate how they might testify.

7    And so that's the main concern.  I mean, I just don't want,

8    you know, a half dozen FBI agents being able to sit in here

9    and listen to every single witness come in and then be able

10   to think about how they might shape their testimony,

11   particularly if that agent is somebody other than a case

12   agent and the person who is particular to that person's

13   investigation.

14          MR. NESTLER:  That makes sense.

15          In that situation, we don't believe it's a problem

16   having any of the agents here in the courtroom.

17          If Agent Palian is sitting here as case agent

18   while Rhodes testifies, if we put on a rebutting case about

19   something that Rhodes said, it will be through Agent Palian.

20          THE COURT:  Sure.

21          MR. NESTLER:  And so in that situation, the other

22   agents who are witnessing Rhodes' testimony, if they got

23   called in rebuttal, wouldn't be focusing on anything that

24   Rhodes said.

25          THE COURT:  Right.

1          MR. NESTLER:  So I think we've -- I think that

2    addresses the issue.  So we -- in other words, if an agent

3    is sitting in the audience, we're not going to have them

4    testify in rebuttal about some topic that Mr. Rhodes brought

5    up.  The only agent who could potentially do that then would

6    be Agent Palian.

7          THE COURT:  Right.

8          MR. NESTLER:  Understood.

9          THE COURT:  All right.  Mr. Crisp, do we have

10   Mr. Siniff in the building?

11         MR. CRISP:  I asked Ms. -- the investigator to

12   come in when he was here.  So she hasn't come in yet, so I

13   would assume not, no.  I'm sorry.

14         THE COURT:  That's all right.  Do we have a sense

15   of where he might be?

16         MR. CRISP:  I will double-check again.

17         (Pause)

18         MR. CRISP:  He is in the building, Judge.

19         THE COURT:  Okay.  We'll get our jurors lined, and

20   then we can get started.

21         Counsel, just one thing Mr. Douyon has raised.

22         The jurors have been asking about Thanksgiving

23   schedule, which I'm sure is not only an interest to them but

24   all of you.  I've simply just asked Mr. Douyon to informally

25   poll them about what they are presently hoping for and

1    thinking.  I mean, if none of them, for example, are

2    planning to leave town --

3                MR. CRISP:  Right.

4                THE COURT:  -- that may dictate one direction for

5    a schedule.  If some number of them would like to leave on

6    the 23rd, the 22nd, what have you, that'll dictate a

7    different issue.

8                MR. CRISP:  And I don't have an issue with that,

9    Judge.  I don't think the rest of the counsel would either.

10   I also don't think any of us think we are going to be here

11   through that point.  But I know, prospectively, we should be

12   thinking about all that.

13               THE COURT:  Your lips to God's ears.

14               MR. BRIGHT:  Does the CJA panel provide family law

15   attorneys?

16               THE COURT:  You know, I don't know whether we've

17   got a bunch on call, but we may need to as a result of this

18   case.

19               Now, the question is --

20               MR. BRIGHT:  I need someone in Dallas.

21               THE COURT:  Here's the problem.  That's what I was

22   about to say.  I don't know that we have anybody that

23   specializes in Texas law.

24               MR. CRISP:  Real quick, Judge.

25               So I spoke with government counsel.  They've

```
 1   indicated they want to waste the Court's and the jury's time
 2   and play the entire ten-minute video.
 3           I'm only willing to play 20, 30 seconds, but they
 4   have a position that, from a rule of completeness, they want
 5   to play the entire video.  So, you know, unless the Court
 6   has a position on that, I don't know if I have a reason or
 7   ability to object.
 8           THE COURT:  Let's put it this way:  If for me to
 9   rule on whether that's required for completeness request me
10   to watch ten minutes of a video, we might as well all just
11   watch ten minutes of the video.
12           MR. CRISP:  That's fine.
13           She's only in it for a very short period of time,
14   so I would say that -- I don't know -- if I'm going to take
15   an argument and oppose it, I don't know if it's relevant to
16   have the entire section played because I don't think it's
17   pertaining to either Montana or my client.
18           You know, obviously Mr. Rhodes is in various
19   snippets of it.  I'm not -- I can't say that.  I don't
20   recognize maybe but one other.
21           THE COURT:  But what are you proposing?  Are you
22   proposing that you would not play the whole ten minutes or
23   you'd just play a portion and the government would have to
24   play it in their rebuttal case?  Or I'm not following?
25           MR. CRISP:  Well, if Your Honor's position is
```

1  going to be they can play it in rebuttal in its entirety,

2  then let's just play the whole thing now.

3           THE COURT:  Now, I think, as I said, if what this

4  means is I've got to take ten minutes to review it to

5  determine how much is needed for completeness, then let's

6  just play the whole thing unless there's an objection to

7  doing that.

8           MR. CRISP:  No.  That's fine.  Okay.

9           (Pause)

10          MR. CRISP:  Is JC going down to try and grab him.

11          THE COURT:  He has, yes, to line them up.  Do you

12  need something?

13          MR. CRISP:  No.  We weren't sure if that was

14  explicit, and that's what we were trying to do.  So I just

15  wanted to make sure.

16          I wasn't sure where he was.  I was going to ask

17  him if he could do that to expedite the process, but it

18  looks like Your Honor is already --

19          THE COURT:  You mean to get the jurors?

20          MR. CRISP:  To get my witness.

21          Siniff is at security --

22          THE COURT:  Oh, that I don't know.

23          MR. CRISP:  -- in the line.

24          THE COURT:  Oh.  That I don't know.  Did you ask

25  him to do that?  I just asked him to line the jurors up.

```
 1              MR. CRISP:  Okay.  I did not.  I'm sorry.
 2              COURTROOM DEPUTY:  Do you know what entrance he is
 3   using?
 4              MR. CRISP:  Marissa would know.  I would assume
 5   the Third Street one, but I can double-check.
 6              (Pause)
 7              THE COURT:  Why don't you just follow
 8   Mr. Crisp down.
 9              (Pause)
10              MR. CRISP:  I don't know if it was said to
11   Your Honor, but he is here, Your Honor.
12              THE COURT:  Okay.  Terrific.  Thank you.
13              (Pause).
14              THE COURT:  Mr. Crisp, is Mr. Siniff outside?
15              MR. CRISP:  He is.
16              THE COURT:  Okay.
17              MR. LINDER:  How long did you say you're going
18   today, 11:30?
19              THE COURT:  I mean, given the length of the
20   writings on the Rule 29, is there much to be said still?
21              MR. LINDER:  We're actually going to...
22              MR. WOODWARD:  No, there's not that much.
23              THE COURT:  Okay.
24              MR. WOODWARD:  Obviously, the government filed a
25   brief last night.
```

```
1              MR. LINDER:  We're going to supplement --

2              THE COURT:  I know.  I saw.

3              MR. WOODWARD:  That is the best.

4              THE COURT:  And that's all I can say.  I can't say

5    I've read it, but I saw it.

6              MR. WOODWARD:  I don't think that we're in a

7    position to rebut 55 pages either.

8              THE COURT:  I didn't know whether Mr. Fischer's

9    brief was speaking on behalf of everyone and there were

10   additional arguments to be made.

11             MR. WOODWARD:  We will be making additional

12   arguments.  We want to preserve the record.  But I don't

13   expect we'll be arguing for two hours about this.

14             I have not read the government's brief.

15             THE COURT:  Okay.  How long do you think you'll

16   be, then, just so...

17             MR. LINDER:  To argue it, I think we should defer

18   till we do the brief.

19             THE COURT:  Well, let me put this differently.

20             What I have contemplated setting time aside for

21   today is just making your record.

22             MR. WOODWARD:  Yes.

23             THE COURT:  Not something that is genuine

24   argument.

25             If you want to put something in writing, then
```

1    getting up to today and just spending time putting things on

2    the record seems to me to be a pointless exercise, and a

3    better use of our time would be to continue on with the

4    evidence.

5              But if there's someone that's contemplating simply

6    making their argument by making it orally and putting it on

7    the record without any supplement by writing, then let's do

8    that.

9              But if you intend to file something to supplement

10   what Mr. Fischer's written and then something to respond to

11   the government and, undoubtedly, the government wants to

12   respond to what Mr. Fischer's written, I'm not sure there's

13   any point in just summarizing what's already been said or

14   putting on the record what's already going to be written, if

15   you're following me.

16             MR. WOODWARD:  I apologize for not having a more

17   definitive answer for the Court about how much time we need,

18   but I think what Your Honor is saying makes sense.

19             I think that -- just if I may speak freely,

20   I haven't read the 55-page brief.  I don't know what's in

21   it, and I wouldn't want to commit our client to a position

22   on the record without having read that brief and responded

23   to all the arguments in it.

24             And so we are prepared to go through the elements

25   of the offenses and make -- and, as the Court says, make a

 1   record on our objection.

 2          We don't take lightly Rule 29, but we appreciate

 3   that the Court is likely to defer ruling on it until the end

 4   of the case, regardless, at this point.

 5          THE COURT:  Right.

 6          Well, I will say this.  It was unexpected to get

 7   both briefs last night.  It's not that I don't appreciate

 8   them, but it was a little surprising, which is fine.

 9          MR. FISCHER:  Well, Your Honor, I do apologize.

10   I was too busy researching the case agent case law that the

11   government came up with.

12          THE COURT:  Nobody has to apologize.

13          My point is simply that it seems like we're

14   leaning toward moving in a direction where this is more

15   about putting things in writing.  If that's what you all

16   want to do, let's do it that way rather than wasting time

17   putting things on the record you're going to put in writing.

18          And we can set a briefing schedule, too, because I

19   wasn't expecting the government's brief either.

20          MR. LINDER:  Yeah.  We would prefer time to read

21   their brief and respond to it in writing, then do our

22   arguments with our submissions.

23          THE COURT:  Okay.

24          MR. WOODWARD:  Yeah, that's okay with us, too.

25          THE COURT:  All right.  Well, then we'll go today

1    as long as we can.

2              MS. RAKOCZY:  I think we'd ask for an opportunity

3    to respond.

4              We were responding to the oral motion; but

5    obviously, if there are more nuanced arguments that are

6    made -- I think the Court can appreciate that, given the

7    magnitude of the evidence, we felt it was useful and

8    potentially helpful to the Court to provide citations to the

9    evidence.

10             THE COURT:  Yeah, no.  I got that.

11             MS. RAKOCZY:  So I guess in terms of just a

12   briefing schedule, I wanted to make clear the government

13   will probably file a supplemental in response to any defense

14   filing.

15             THE COURT:  All right.  Well, let's talk about a

16   briefing schedule after we conclude today, and we'll take it

17   from there.

18             MS. RAKOCZY:  Thank you, Your Honor.

19             THE COURT:  Okay.

20             COURTROOM DEPUTY:  Counsel, masks.

21             Jury panel.

22             (Jury entered the courtroom.)

23             THE COURT:  Okay.  Please be seated, everyone.

24             Ladies and gentlemen, welcome back and happy

25   Friday morning.  Thank you for being on time.  And we are

1    ready to continue with Mr. Siniff's testimony.

2            Mr. Crisp.

3            MR. CRISP:  Thank you, Your Honor.

4            THE COURT:  All right.  Mr. Siniff, welcome back.

5    Have a seat.

6            MR. CRISP:  Your Honor based on discussions with

7    the government in terms of just snipping it, they would like

8    to play the entire video.  So we'll play the entire video

9    for the government's -- from the prospective rule of

10   completeness.  So the video in question yesterday was...

11           Your Honor, for the record, we will mark this as

12   Watkins 51.

13                       - - -

14   MONTANA SINIFF, WITNESS FOR DEFENDANT WATKINS, HAVING BEEN

15   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

16   FOLLOWS:

17                       - - -

18              DIRECT EXAMINATION (CONTINUED)

19                       - - -

20   BY MR. CRISP:

21       Q    Now, Mr. Siniff, I'm going to show you a video.

22   This was -- is it your understanding that this was a video

23   that was taken by someone other than an Oath Keeper in

24   Louisville at one of the protests?

25              Are you able to see what's on the screen right

1    now?

2        A    I do look to see the screen.  It looks familiar

3    and looks as you describe it.

4        Q    Okay.

5             And I'm going to stop it at the 1 minute 30 second

6    mark for you to see if you can identify some individuals

7    in -- at that point.

8             So if we can hit play, please.

9             (Video played)

10   BY MR. CRISP:

11       Q    So at this point, who do you see in the video that

12   you recognize, if anyone?

13       A    I recognize myself and Jessica Watkins.

14       Q    Okay.

15            And are you on the left and she is on the right?

16       A    Yes.

17       Q    Okay.  Please continue.

18            (Video played)

19            THE COURT:  Mr. Crisp, may I ask you to pause it

20   and ask you all to get on the phone for a moment.

21            MR. CRISP:  I'm sorry.

22            (Bench conference)

23            THE COURT:  Is there anything about the audio on

24   this video that is relevant?

25            MR. CRISP:  I don't believe that there is, Judge,

 1   no.

 2         MS. HUGHES:  We would say it is relevant.

 3         So what comes out later in the video is that they

 4   perceive -- this narrator and the protesters who are in this

 5   parking lot perceive the militia members as being

 6   threatening, as not being assisting, and as being

 7   intimidating.

 8         And the fact that there are multiple individuals

 9   with long guns visibly in view and they say to them at one

10   point, "You are ratcheting this up, you are making this

11   situation worse," and that is why the entirety of the video

12   is important and why the perception by the protesters about

13   these individuals parked in this parking lot with all of

14   these guns is important.

15         They have maintained that they are there doing

16   this protective detail and that they are assisting

17   communities, and their response is incredibly relevant to

18   the effect that this type of display of weaponry has on a

19   community that is protesting.

20         MR. CRISP:  So my position, Judge, is we never

21   said protecting communities.  We said protesters and

22   businesses.  They have always said they were there to

23   protect businesses from being burned and looted.

24         And, two, the assertion by the -- it's the person

25   who is conducting the video who says, and I think his quote

1    is, you're -- and Ms. Hughes is accurate, "You're ratcheting

2    it up, your presence here makes this worse," or words to

3    that effect, and I don't believe that's an appropriate thing

4    for the jury to hear but --

5                THE COURT:  So --

6                MS. HUGHES:  And, in fact, if we may, Your Honor,

7    we would argue that is not hearsay, and that the effect on

8    the listener is incredibly relevant to why we're -- why we

9    seek to introduce the entirety of the video.

10               THE COURT:  No, I would agree that it's arguably

11   not hearsay.  I mean, it's not being offered for that

12   purpose, and to the extent the person is describing

13   anything, it's arguably present-sense impressions.

14               But, look, I think the question is how -- you

15   know, this person isn't simply just narrating what he's

16   seeing.  He's also opining on a fair number of things.  We

17   have no idea who this person is.  This is one person's

18   opinion, and it seems to me while that may reflect the

19   sentiment of the larger population, it's also not clear to

20   me that it does.

21               MS. HUGHES:  But, Your Honor, in the entirety of

22   the video, it's pretty apparent that this is the common

23   sentiment.  The video then pans and there are multiple

24   individuals engaging with the Oath Keepers, multiple

25   individuals, not just the narrator.  And he, in fact, does

```
1   not narrate for most of the video, it is, in fact, only at

2   the end.  But it is the general crowd that he's capturing

3   and it is the entire sentiment of the protesters that is

4   important, and it's captured in the audio.

5           MR. CRISP:  I don't know if I agree that that's

6   what the entire -- I think they were there to antagonize

7   them and say, you know, "What are you going to say?  What

8   are you going to say?"  I don't know if I would agree that

9   it was -- that sentiment.

10          THE COURT:  Some might think just merely showing

11  up with a bunch of long guns in public in and of itself is

12  intimidating and antagonizing.

13          All right.  Unless there's any objection to

14  running the whole thing, I'll run the whole thing.

15          MS. HUGHES:  Yes, that's the government's

16  position.

17          THE COURT:  All right.  Let's run it.

18          (Open court)

19          MR. CRISP:  Continue on as is, correct, Judge?

20          Thank you.

21          (Video played)

22  BY MR. CRISP:

23      Q   So, Mr. Siniff -- or, Montana, I'm sorry, the

24  boards on the windows, do you know why they were there?

25      A   To either prevent them from being knocked out
```

1    because they were previously knocked out.

2        Q    Okay.  Thank you.

3            (Video played)

4    BY MR. CRISP:

5        Q    You just heard a comment about nighttime

6    activities.  What was going on at night while you were

7    there?

8        A    While I was there, I can only talk about things

9    I can -- I've heard some things and -- but on the roof of

10   the business I was protecting, all I witnessed was a street

11   race.

12       Q    So we witnessed some videos earlier about

13   buildings burning and such.  Were fires and was destruction

14   of property ongoing during the course of the evenings?

15       A    I cannot confirm if it was ongoing on that

16   evening.  I can say that it was happening prior to our

17   arrival.

18           MR. CRISP:  Okay.

19           And if we can bring up Watkins 44, Judge.

20   BY MR. CRISP:

21       Q    You heard there was discussion about your role

22   there and the fact that you were heightening tensions

23   potentially.

24           What did you do and what was your intention and

25   your role in Columbus [sic] on that day?

1      A     In Columbus?

2      Q     I'm sorry, in Louisville in that video?

3      A     Our goal was to protect businesses that had

4  invited us there.

5      Q     And was the goal also to render medical aid if

6  necessary?

7      A     Yes.

8      Q     And was that also a goal in Columbus?

9      A     Yes.

10     Q     I'm showing you what's been marked as Watkins 44.

11           What are we seeing there?

12     A     It appears to be a street of the -- showcasing the

13  BLM protest of June.

14           MR. CRISP:  If we could play that video.  Just --

15  I'm sorry.  Is this -- if we could please play the video,

16  Your Honor?

17           THE COURT:  I think it's in.

18           Sorry, this is, Mr. Crisp?

19           MR. CRISP:  This was Watkins 44.

20  BY MR. CRISP:

21     Q     And this was Columbus, correct?

22     A     Yes.

23     Q     And is that you?

24     A     Yes.

25     Q     And is that Ms. Watkins?

1      A     That is Ms. Watkins.

2      Q     And do we just witness a police line?

3      A     Yes.

4      Q     Was there anyone injured during the course of the

5  rioting in this particular instance?

6      A     There were people injured in response to the

7  police attempting to clear the street that day, yes.

8      Q     And what, if anything, did you and Ms. Watkins do

9  to the injured parties in that particular riot?

10     A     We treated them based on what injuries they

11  received.

12     Q     And were they participants in the riot?  Were they

13  members of BLM, to your knowledge?

14     A     To my knowledge, they were members of BLM.

15            MR. CRISP:  Okay.  I'm sorry, I move to admit

16  this, Your Honor.  I apologize if this was already admitted.

17            MS. HUGHES:  No objection.

18            THE COURT:  Watkins 44 will be admitted.

19                              (Defendant Exhibit Watkins 44
                                       received into evidence.)
20

21            MR. CRISP:  If we can play it from the beginning

22  again, please.

23            (Video played)

24  BY MR. CRISP:

25     Q     And, again, that's you and Ms. Watkins, left and

 1  right, correct?

 2      A    Yes.

 3      Q    Okay.

 4           And there was discussion about whether or not you

 5  arrived armed to every protest?  Were you armed at every

 6  protest?

 7      A    To my knowledge, every protest prior to the

 8  Million MAGA March, yes.

 9      Q    Okay.  So did you have your weapon on you in

10  Columbus?

11      A    Yes.

12      Q    Did y'all ever use your weapons?

13      A    Absolutely not.

14      Q    Okay.

15           And the purpose of having your weapons with you

16  was why?

17      A    Self-defense.

18      Q    Okay.

19           So you were asked on cross-examination about why

20  you didn't go to D.C., during your testimony.

21           You indicated there was a question about money and

22  you had concerns about money; is that correct?

23      A    That is absolutely correct.

24      Q    All right.

25           And I want to understand, where was -- what was

1    the financial status of your business at that time?

2         A    Precarious.

3         Q    Okay.

4         A    We were not necessarily able to -- if that week

5    was a dead one, then we might not have been able to both

6    restock and get -- have a month ready for the 20th of that

7    month.

8         Q    If your business had been flourishing and you had

9    had tens of thousands of dollars in the bank, would you have

10   gone to D.C.?

11        A    I would have been more tempted, but I would have

12   still been very hesitant.  It would have seemed, again, like

13   the same mission.

14        Q    All right.

15             And by that you mean what?

16        A    Of -- it was proffered as protecting VIP speakers

17   in Million MAGA March, which we were in the center of a

18   large crowd that -- and it seemed like a peaceful crowd with

19   virtually nothing to be done for anybody there.

20        Q    Did you have conversations with Ms. Watkins about

21   what you were -- what you believed you were going to be

22   doing in terms of protecting Mr. Stone, Roger Stone?

23        A    I did not discuss Roger Stone with Jessica.  I was

24   not aware that we had that conversation.

25        Q    Okay.

1          So your understanding was you were just going to
2    protect VIPs is all you knew at that point?
3          A    Yes.
4          Q    And so that -- you didn't have enough faith that
5    that would actually occur this time?
6          A    I did have a lack of faith that that would occur
7    as well, yes.
8          Q    Okay.
9          You were also asked about what Ms. Watkins
10   allegedly told you about what she did or her reasons for
11   going into the building.
12         Now, again, I want to back up.  We talked earlier
13   that the 302 is an FBI document, to your understanding?
14         A    Yes.
15         Q    And it's not something you have any input in,
16   right?
17         A    Correct.
18         Q    So your understanding is that these interviews
19   with FBI were recorded, right?
20         A    I would assume so, yes.
21         Q    Okay.
22         Do you also -- you recall being asked something to
23   the effect of, "What else did she do or what did she say she
24   did when she went in the building," words to that effect?
25         A    Yes.

```
 1              MS. HUGHES:  Objection.

 2              THE COURT:  It's overruled.

 3   BY MR. CRISP:

 4       Q    Do you remember telling law enforcement that she

 5   also mentioned being in different hallways and looking at

 6   paintings?

 7       A    I recall her mentioning that she enjoyed looking

 8   at the paintings while she was in there.  I also recall that

 9   she was in at least some form of hallway.  I did not believe

10   I -- I'm sorry.

11              I knew that she was in some kind of hallway at

12   some point.

13       Q    Do you ever recall Ms. Watkins saying her only

14   reason for going in was to look at paintings or anything

15   like that?

16       A    No.

17       Q    Okay.

18              What was -- what do you remember actually saying

19   to law enforcement, the FBI, during that interview as

20   to what --

21              MS. HUGHES:  Objection.

22              MR. CRISP:  It's to rebut the prior statement,

23   Your Honor.

24              THE COURT:  I think it's appropriate.

25              It's overruled.
```

```
1    BY MR. CRISP:
2         Q    What do you recall actually saying to law
3    enforcement as to why she went in and what her reasons for
4    going in or what she did when she got in to the Capitol?
5         A    She had relayed the understanding to me that she
6    went in there to help people.
7              MS. HUGHES:  Objection.
8              THE COURT:  That's sustained.
9    BY MR. CRISP:
10        Q    Not the specific quote.  What was your
11   understanding as to why she went in?  Do you remember saying
12   that she --
13             THE COURT:  Mr. Crisp, I'm sorry.  The question
14   is:  What did you tell the FBI about the reason she went in?
15   Not what she told him.
16             MR. CRISP:  Right.
17   BY MR. CRISP:
18        Q    What do you recall telling the FBI as to what she
19   did or why she went in?
20             MS. HUGHES:  Objection.
21             THE COURT:  That's appropriate given what the
22   cross-examination was.
23             THE WITNESS:  I'm sorry.  Can you repeat the
24   question?
25
```

1    BY MR. CRISP:

2        Q    Sure.  What do you recall telling the FBI as to

3    why she went in when asked?

4        A    It was my understanding that she went in to

5    provide assistance to anyone that needed it.  She had

6    relayed that she had just heard about someone getting --

7    about shots fired in the Capitol prior to it.

8        Q    Do you recall saying she only went into particular

9    locations?  Do you recall saying she went into multiple

10   locations?  To the FBI.

11       A    I don't fully recall.

12            I remember mentioning the Rotunda expressly, and I

13   remember mentioning an incident a hallway.

14       Q    Okay.  Thank you.

15            There's also questions asked about whether you

16   knew Jessica was going to take weapons to D.C. on the 6th of

17   January.

18            Do you remember that line of questioning?

19       A    I don't fully remember that line of questioning.

20       Q    Okay.

21            Well, you were asked:  Did Ms. Watkins tell you

22   she was taking certain weapons to the D.C. area on that

23   particular date of January 6th?

24       A    To my understanding at the time of the interview,

25   I did not believe Jessica had taken firearms with her

1    to D.C.

2        Q    Okay.

3            Did you ever ask on other occasions what was being

4    taken?  Did you ever have a detailed knowledge of what she

5    took?

6        A    I did, following her arrest, have a knowledge that

7    she took firearms with her to Virginia.

8        Q    I'm sorry.  My question was poorly phrased.

9            Regarding other protests, did you ever have a

10   detailed knowledge of what she took at other protests?

11       A    Yes.

12       Q    Why?

13       A    Because I was helping her pack the car to drive

14   with her to them.

15       Q    Okay.

16           Did you know whether or not Ms. Watkins took her

17   medic bag with her on the 6th of January?

18       A    Yes.

19       Q    Did you know what was in that medic bag?

20       A    Yes, generally.

21       Q    On the 6th of January?

22       A    Generally, yes.

23       Q    Generally.

24           So you can't say with specificity what was in that

25   bag, right?

7030

```
 1        A    Correct.

 2        Q    All right.

 3             You didn't help pack the car on that day that she

 4   left for D.C. on the January 6th event, right?

 5        A    She had packed Donovan's car, and I had noticed

 6   especially the medic bag was missing.

 7        Q    Okay.

 8             Did you do an inventory of her weapons after she

 9   left?

10        A    I did not.

11        Q    Would it have been unusual for her to take weapons

12   to a protest or to a march?

13        A    It would not have been.

14        Q    Why?

15        A    Because she has done so to every other march

16   prior.

17        Q    Okay.  The demeanor that you had and Ms. Watkins

18   had in particular in the video we watched, is that how she

19   generally comported herself in all of the protests in which

20   you were involved with her?

21        A    Yes.

22        Q    Okay.

23             Were there instances in which people would accost

24   her and say nasty things to her?

25        A    Yes.
```

1        Q    Would she respond angrily?  Or would she respond

2    peacefully?  Or would she make any response whatsoever?

3             MS. HUGHES:  Objection.

4             THE COURT:  Sustained.  I think we're moving

5    beyond the areas we discussed previously.

6             MR. CRISP:  And the Court's indulgence, if I may,

7    Your Honor.

8    BY MR. CRISP:

9        Q    At those other events when she was being accosted,

10   what was her general demeanor?

11       A    Friendly.

12       Q    Okay.

13            MR. CRISP:  Your Honor, nothing further.

14   Thank you.

15            THE COURT:  Okay.  Mr. Siniff, thank you for your

16   time and testimony, sir.  You may step down.  And safe

17   travels home.

18            Okay.  Mr. Linder.

19            MR. LINDER:  Yes, Your Honor.  I'd like to call my

20   client, Mr. Stewart Rhodes.

21            THE COURT:  Okay.  Mr. Rhodes, come on up.

22            COURTROOM DEPUTY:  Please raise your right hand.

23            (Witness is placed under oath.)

24            THE COURT:  All right.  Mr. Rhodes, I'll ask you

25   to remove your mask, please, sir.  Thank you.

1            MR. LINDER:  Your Honor, may I give him a bottle

2    of water?

3            THE COURT:  Sure.

4                        - - -

5    ELMER STEWART RHODES III, WITNESS FOR THE DEFENDANT, SWORN

6                      DIRECT EXAMINATION

7                        - - -

8    BY MR. LINDER:

9        Q    Mr. Rhodes, if you could please introduce yourself

10   to the ladies and gentlemen of the jury.  Spell your first

11   and last -- first, middle, and last name for the

12   court reporter.

13       A    Yes.  My name is Elmer Stewart Rhodes III.  And

14   that's E-l-m-e-r, S-t-e-w-a-r-t, R-h-o-d-e-s, III.  I go by

15   Stewart, middle name, for obvious reasons.

16       Q    Okay.  I'm going to go through a few admonishments

17   with you to get that out of the way before we kind of get

18   into your testimony.

19       A    Okay.

20       Q    You understand you're an indicted defendant in

21   this case?

22       A    Yes.

23       Q    You understand that, as an indicted defendant in

24   this case, you do not have to testify?

25       A    Yes.  I understand.

1    Q    And you understand that if you do not testify, the

2    judge would instruct this jury that they could not take your

3    silence and hold it against you when they deliberate?

4    A    Yes.

5    Q    Okay.

6         You understand that by testifying here today, you

7    waive that right and the government is going to get to

8    cross-examine you?

9    A    Yes.

10   Q    Okay.

11        And in addition -- and there may be some confusion

12   of this, but I want to clear it up on the record so that

13   everybody is clear.  You've additionally waived your right

14   to be either directed or cross-examined by co-defendants'

15   counsel if that comes up?

16   A    You mean my right to not be?

17   Q    Your Fifth Amendment right to remain silent.

18   A    Yes, I've waived that.

19   Q    So you have agreed to testify in your defense,

20   which opens you up to cross-examination by the government.

21   You've also agreed to be either directed or crossed by

22   counsel for your co-defendants?

23   A    Yes, that's correct.

24   Q    Do you have any questions for me or the Court

25   about that before we begin?

```
 1        A     No.  I'm good to go.

 2        Q     Okay.

 3              Tell the jury when and where you were born.

 4        A     Yeah.  I was born in 1965 in Fresno, California.

 5        Q     And would it be safe to say that you grew up in a

 6   poor family?

 7        A     Yes.

 8        Q     Migrant farm workers?

 9        A     Yes.  My mom was a Mexican American migrant farm

10   worker family, and she grew up in dirt-floor shacks.

11        Q     Do you consider yourself to be Mexican American?

12        A     I'm a quarter Mexican.  My mom was half Mexican.

13        Q     Okay.

14        A     Yeah.

15        Q     Now, would it be safe to say you're a very patriot

16   person?

17        A     Definitely.

18        Q     You love this country?

19        A     Absolutely.

20        Q     Let's talk about where that came from.

21              Did you grow up in a family of people that served

22   in the military?

23        A     Yes.  Both sides of my family.

24        Q     Briefly describe that.

25        A     Well, my great-grandfather worked with
```

7035

```
 1   Pancho Villa in Mexico.  That turned into a military
 2   dictatorship.  They came north for freedom.  And when
 3   World War II hit, all his sons served in the Pacific.
 4            On my dad's side of the family, my grandpa fought
 5   in the Battle of the Bulge.
 6            My mother's side of the family, her grandfather --
 7   my grandfather, her father, was a B-17 ball turret gunner in
 8   World War II.
 9            Did not survive the war.
10       Q    Okay.
11            So growing up poor --
12       A    My dad was a Marine, too, also, in the '60s and --
13   I'm sorry.  I didn't mean to cut you off.
14       Q    No.  That's fine.
15       A    And I had another uncle on the Mexican side that
16   was a paratrooper in the '50s.
17       Q    Okay.
18            So growing up in the financial condition that you
19   were in and being in a family that a lot of people served in
20   the military, is that what you always wanted to do growing
21   up?
22       A    Finance has nothing to do with it.  It's family
23   heritage and my commitment to my country.
24       Q    So growing up, then, before you joined the
25   military, did you move around a lot?
```

1          A     Oh, yeah.  My mom's pattern from, you know, moving

2     from crop to crop.  She just carried that forward in her

3     life, and so I went to five high schools.  That's okay.

4          Q     So where did you eventually graduate high school?

5          A     Las Vegas, Nevada.  Clark High School.

6          Q     And then it's at that time when you decided to

7     join the military?

8          A     I already knew I was going to be in the military,

9     but I did the flight entry program, so 17 years old.  And as

10    soon as you graduate, you're off to Fort Benning.

11         Q     Okay.

12              So did you consider other branches of

13    service also?

14         A     Well, yeah.  I wanted to be Force Recon Marine,

15    but Marine Corps, being the Marine Corps, wasn't going to

16    guarantee you anything.  So you go be a Marine first and

17    maybe you get a shot.

18              But the Army at the time, 1983, was trying to

19    build back up Special Forces, and so they offered me a shot

20    and a contract to go SF so I took that shot.  And I had an

21    uncle that was airborne so that was pretty cool.

22         Q     So what year did you graduate high school and

23    start in the military?

24         A     1983.

25         Q     Okay.  And --

1       A       During the Cold War.

2       Q       Fun time to be in the military?

3       A       Right.  Yeah.

4       Q       So did you make it through the Special Forces

5    training?

6       A       No.  I went through airborne AIT and an SF first

7    phase.

8               Second phase, I was slotted to be weapons expert

9    but they changed me to COMMO against my will.  And I was

10   just too immature to learn morse code at 19 and I just kept

11   making too many errors and so I washed out unfortunately.

12      Q       So when you are walked out of the Special Forces

13   program, where did they put you?

14      A       I wound up in a long range -- airborne long-range

15   reconnaissance company at Fort Lewis, Washington.  It was

16   the idea that I was getting another shot at SF or go in

17   rangers.  That was the intent.

18      Q       Okay.  And did part of that detail require you

19   parachute jumping?

20      A       Oh, yeah, lots of parachute jumping.

21      Q       Okay.  And is that how you were injured?

22      A       Yes, it was.  We're doing rough terrain

23   parachuting, which is like the smoke jumpers do where they

24   would parachute into trees on purpose, which works pretty

25   good in daylight when you can see what you're doing but not

 1   so good at night.

 2       Q    Yeah.

 3       A    And my CO decided to do a night job, so.

 4       Q    Okay.  So that's about six years in the military?

 5       A    Total, yes.

 6       Q    So left about 1989?

 7       A    Yes, I was finally discharged -- I was on, you

 8   know, the disability board review for a couple years, so my

 9   active duty ended in '86.

10       Q    Okay.

11       A    So -- but then you're kind of in limbo while

12   you're waiting to get out.

13       Q    Okay.  So you were honorably discharged and you're

14   a disabled veteran?

15       A    That's correct.

16       Q    Okay.  So in '90 or so when you got out, where did

17   you go?

18       A    Back to Las Vegas.

19       Q    Okay.

20       A    Yeah.

21       Q    And you still had family there at the time?

22       A    Yes, I did.

23       Q    Okay.  So what did you do for work?

24       A    Well, at night I parked cars.  And during the day,

25   I applied my military training to a job as a Nevada state

```
 1   certified security instructor training the security guards
 2   in the hotels and all the clubs and whatnot how to properly
 3   use firearms legally and safely.
 4        Q    And did part of your training allow you to train
 5   groups of women, college students, different things like
 6   that?
 7        A    Well, actually what I did, as part of my community
 8   service I did that for free.  When I began UNLV in 1995, I
 9   became a volunteer instructor for the Jean Nidetch Women's
10   Center, and I taught rape prevention and self-defense to
11   women's groups and also to LGBT youth groups, too, because
12   they were very vulnerable to assault.
13        Q    And that's when you started at University of
14   Las Vegas, UNLV, in '95?
15        A    Right.  I went to community college first in '94
16   and then transferred to UNLV, this is under the VA Voc Rehab
17   program and they paid for my college.
18        Q    Okay.
19             And what year do you remember graduating from
20   UNLV?
21        A    '98.
22        Q    '98?
23        A    Right.
24        Q    And did you have a 4.0?
25        A    Yes, I did.
```

1    Q    Summa cum laude?

2    A    Yep.

3    Q    So did you go to law school right away?

4    A    No, I did not.

5    Q    What did you -- well, first of all, what was your

6    major in undergrad?

7    A    Political science, yeah.

8    Q    So does that kind of fit into the patriotic side

9    of your being?

10   A    Yes.

11        Well, initially I had wanted to be a history

12   major, I'm a history buff and considered being a teacher,

13   but then I decided to go to law school and I figured if

14   I want to be political science, you're going to go to law

15   school.

16   Q    Okay.  So after getting out of undergraduate, what

17   did you do next?

18   A    I worked for Congressman Ron Paul from Texas --

19   Q    Okay.

20   A    -- in his -- in D.C. on his D.C. staff.  You all

21   seen my ID already.

22   Q    That's the ID that they admitted on the other part

23   of their case?

24   A    Yeah, that's right.

25   Q    So how long did you work for Ron Paul?

1          A    Just one year.

2          Q    Okay.

3               And did you pick -- is he one of the people you

4    picked because he's a liber -- kind of a libertarian, he's

5    kind of middle of the road?

6          A    Right.

7               Well, my political rotation is libertarian and I

8    picked him because of that.  He had run for president as a

9    libertarian and he was a -- definitely a libertarian-minded

10   republican; definitely anti-war, anti-corruption, and also

11   not a big fan of the prison-industrial complex.

12         Q    Okay.

13         A    Yeah.

14         Q    So that was '98, '99?

15         A    Yes, sir.

16         Q    So what did you do after that one-year staffer

17   job?

18         A    Back to Las Vegas and studied for the LSAT to

19   apply for law schools.

20         Q    So you obviously did pretty well on the LSAT?

21         A    I did okay, yeah.

22         Q    Got into Yale Law School?

23         A    I did.  The admissions counselor there, she said

24   that what mattered to her is what she called the party

25   model.  If you're going to have an interesting party and

1    have interesting guests, who would you invite?  So she

2    wanted people like military veterans, folks from out west,

3    people with different backgrounds.

4        Q    Okay.

5        A    Yeah.

6        Q    So while at Yale, did you win an award?

7        A    Yes, I did.

8        Q    And what was that award for?

9        A    That was the Judge William E. Miller prize for the

10   best paper on the Bill of Rights for the -- for school-wide

11   for Yale in 2004.

12       Q    And what was the gist of your paper on the Bill of

13   Rights?

14       A    Well, I was in law school when 9/11 hit, I was in

15   first year torts in Guido Calabresi's classroom when the

16   first plane hit the towers.  And that was a rough event for

17   all of us.  A lot of my classmates, they were from New York

18   City and they had family in the towers.  And when the second

19   plane hit, they took all of the students to the auditorium

20   and put the news on the big screen, and so we were all

21   watching.

22            And when the powers -- when the towers collapsed,

23   a lot of my fellow students collapsed and just -- were just

24   in heartrending grief.  It was rough.  It was tough.

25       Q    There's tissue behind you.

1    A    I'm good.  I'm good.  I'm all right.

2         But it just was a rough experience.  And, of

3    course, you know, after the grief came the anger, and, you

4    know, Americans were wanting to strike back at the bad guys.

5    Q    Okay.

6    A    One thing that was good out of all that is that

7    for a couple months, nobody cared what party you were in.

8    No one cared if you were Democrat, Republican, left, right,

9    no one cared.  But what I saw that disturbed me is the Bush

10   Administration very rapidly doing things that I knew were

11   unconstitutional.

12   Q    And would that be stuff like the War Powers Act?

13   A    Not so much the War Powers Act.  More of the

14   authorization of use of force, which was just wide open.

15   And then what Bush did with that is began, like,

16   extraordinary rendition and torturing people across the

17   world.

18        The big one that bothered me the most was enemy

19   combatant status to claim that he could declare anyone on

20   the planet to be an enemy combatant and strip their civil

21   right from them, including American citizens.  And that's

22   what I wrote about in my paper was the application of this

23   doctrine enemy combatant status to American citizens.

24        And there were two American citizens, Yaser

25   Hamdi -- two Muslim Americans, Yaser Hamdi and Jose Padilla,

```
 1    who were detained for I think at least a year and a half or
 2    two years in a military brig in South Carolina with no
 3    access to a lawyer, no due process, no rights whatsoever.
 4    And I thought that was a gross violation of Article III of
 5    the Constitution, and of course, the Fourth and Fifth and
 6    Sixth Amendments.
 7         Q    So would it be safe to say -- and I think Agent
 8    Palian referred to you as a constitutional expert.  You've
 9    studied this stuff?
10         A    On that topic I'd say yes, yes.
11         Q    Okay.
12              Getting back to your patriotic beliefs.
13         A    Right.
14              In fact -- I didn't mean to cut you off.
15         Q    Yeah.
16         A    But after I won the award, Yale designated me a
17    research scholar on that topic, and I did more further
18    research digging into that topic.
19         Q    So what are your -- we'll keep it brief, but what
20    are your beliefs, your patriotic beliefs?  What do you think
21    about America and then what do you think about our
22    Constitution?
23         A    Well, I mean, it's not a perfect country, but like
24    Churchill said of democracy, "It's the worst form of
25    government except for all the rest."  And I think America is
```

by far the best version of democracy.  That's because of our

Constitution.

            Unlike in England where the legislature can pass

any law it wants to at any given moment on a moment of

passion and anger and strip away your rights, here in the

United States it's slowed down by the presence of a

Constitution that's above the will of the majority of the

moment.  I think that's incredibly important.

            And I consider our Bill of Rights our crown jewel

in our Constitution.

    Q    Okay.  Thank you.

    A    Yep.

    Q    So you graduated from law school in 2004?

    A    Yes, sir.

    Q    And what did you do after that?

    A    Then I clerked for a year for the Arizona

Supreme Court for Justice Michael D. Ryan, who was a

wheelchair bound Vietnam vet.

    Q    Then after that year, where did you go?

    A    After that, moved to Montana and practiced

criminal law in Montana and was also a contract Public

Defender.

    Q    Okay.

    A    So if the Public Defender's office had a conflict

in the case, he would come to our firm and I would take care

1    of it.

2        Q    And so that was the years of kind of 2005, 2006?

3        A    That's correct.

4             And I was also a volunteer firefighter in Montana.

5        Q    All right.

6             And in 2007, were you drawn back to Las Vegas?

7        A    Yes.

8        Q    What was the situation for that?

9        A    My mom got cancer, so I went home to take care of

10   her till she passed away in 2010.

11       Q    Okay.

12       A    Yeah.

13       Q    So what kind of work were you doing when you went?

14       A    Well, I was admitted to practice in Montana, not

15   in Nevada.  So I wound up doing the appellate briefs for an

16   attorney who specialized -- based here in D.C., who

17   specialized in military appeals.  So it was to -- appellate

18   briefs to military courts of appeals.  I would be his

19   ghostwriter for his briefs.

20       Q    Very good.

21       A    Right.

22       Q    You started Oath Keepers in 2009; is that correct?

23       A    Yes, sir.

24       Q    And what gave you the idea to start this group?

25       A    Well, a big impetus is what I had learned during

```
 1    the Bush years of enemy-combatant status.  And the troubling

 2    thing about that was, is that was codified.

 3              Fortunately, the Supreme Court upheld the

 4    detention of Yaser Hamdi in military detention.  And the

 5    idea that he could be tried by military tribunal I still

 6    think is unconstitutional.  I think the Supreme Court has

 7    made a serious error, almost as bad as Korematsu, the

 8    detention of Japanese Americans, World War II.  I still

 9    found that very disturbing.

10              This creates a second track in our system that

11    most Americans don't even know thought that if any president

12    wants to declare any of you enemy combatants, the

13    Supreme Court has said it's okay.

14              And then unfortunately, after that, the Congress

15    in the National Defense Authorization Act of 2012 also

16    confirmed or affirmed that everything Bush had done under

17    his claimed authority from the authorization of use of

18    military force, that all of that was, in fact, approved by

19    Congress.

20              So you had all three branches saying it's okay.

21    I think that's very dangerous.

22         Q    So you started -- when you started Oath Keepers,

23    was it mainly to educate people?  Did the community

24    service --

25         A    I'm sorry.  I got kind of sidetracked.
```

1      Q    No.  That's fine.

2      A    So in addition to that concern, I saw

3  Hurricane Katrina.  And there, you saw a police officer

4  shooting people just for stealing TVs.  They were later

5  tried for murder, which was appropriate, which you saw

6  excessive force being used on the public.  And you also saw

7  being people being told to go into Superdome for shelter

8  and, once they were in there, not allowed to leave.  And

9  that was, I think, a gross violation of their rights.

10     Q    Okay.

11     A    Then you also saw house-to-house gun confiscation,

12 which was later determined to be unconstitutional.  But,

13 unfortunately, you had a bunch of police officers brought

14 from all over the country who obeyed those unlawful orders.

15         So my concern was that law enforcement officers --

16 you know, in the military, we're taught about lawful orders,

17 unlawful orders, and our duty and obligation to say no to

18 unlawful orders.

19         And when I was in, it was the My Lai massacre was

20 the big example of an unlawful order that you should refuse.

21 Of course, they updated that after the Abu Ghraib incident

22 in Iraq with torture and abuse of prisoners.

23         So if you're taught that, hey, there are some

24 situations where you have to say no, no matter who it is

25 giving you the order, if it violates the laws of war, you

1    must say no.

2          The problem is, if you're domestically at the

3    National Guard or law enforcement that's used in an

4    emergency, we did not see sufficient training on our rules

5    here in the bill of rights.  So I wanted to make sure they

6    knew where the lines were and about their duty to say no.

7    Q    Okay.

8          Mr. Nestler mentioned it some in his opening, but

9    what does the term "Oath Keepers" mean?

10   A    That refers to the oath we all swore.  I swore an

11   oath as a paratrooper.

12         So we focused on the guys who would be given the

13   orders and not violate your rights.  So I was concerned

14   about military, law enforcement, fire, EMS, people at the

15   tip of the spear, the first responders.

16   Q    Okay.

17         And did you recruit current and former military,

18   first responders, retired police officers, and things like

19   that?

20   A    Yes, but the main mission is not so much about

21   recruiting people into Oath Keepers.  It's about what we

22   call reach, teach, and aspire.  Reaching out to the current

23   serving -- whether they're law enforcement or military in

24   particular, but also EMS and fire -- and saying, you know,

25   you need to be aware of what the Constitution says, aware

1    what the rights of the people are, and understand your first

2    duty -- because they all swear an oath, same as military,

3    law enforcement do the same thing.  "I swear I'll support

4    and defend the Constitution of the United States against all

5    enemies, foreign and domestic."

6            And if they're law enforcement in the state, they

7    also swear an oath to uphold and defend the state

8    Constitution.

9            So we tell the, Look, guys, you have to make sure

10   that what you're doing is in compliance with the state

11   Constitution and the federal Constitution.  And if it's not,

12   you have to say no.  You have to stand down.

13           So, for example, when George Floyd was murdered,

14   the officers around that man, even though he was their

15   training officer, even though he was their superior, they

16   should have stopped him.  They should have pushed him off.

17           MR. LINDER:  Can we publish Rhodes SR-1.

18   I believe this has previously been admitted.  It was

19   admitted under Sergei earlier.

20   BY MR. LINDER:

21       Q    Can you see that, Mr. Rhodes?

22       A    Yes, sir, yeah.

23       Q    Is this the bylaws of the Oath Keepers?

24       A    They are.

25       Q    Did you create this when you set up the

1    Oath Keepers in 2009?

2         A    Yes; with help from our legal counsel, yeah.

3         Q    So is there requirements for membership there and

4    then restrictions to membership?

5         A    Yes, absolutely.

6         Q    And without forcing the jurors to read it all,

7    what are some of the requirements and restrictions to

8    membership?

9         A    Well, no person that advocates or associates with

10   any organization that advocates to overthrow the government

11   of the United States or violation of the Constitution

12   thereof and no person advocates or has been a member of any

13   organization that advocates discrimination, violence, or

14   hatred towards any person based upon their race,

15   nationality, creed, or color shall be entitled to be a

16   member or associate member.

17        Q    Okay.

18             You've heard your organization has been called

19   racist and white nationalists and all of that, correct?

20        A    I've heard that from the media and also,

21   unfortunately, from some members of Congress who have

22   committed gross defamation against us, yes.

23        Q    Do you have members of all races?

24        A    Absolutely.

25        Q    Okay.

1          A    My board of directors has been a Native American,

2    a Filipino American, black Americans.  Here's the thing,

3    though.  When I was in the Army, we were all green.  You

4    could be dark green, medium green, or light green.  But

5    there's no distinction to color.

6          And in Oath Keepers, I would never tolerate, if we

7    found someone that wormed their way in that lied on their

8    application, because they all check off they agree with the

9    membership application requirements, that they meet them,

10   not a felon.  But if we found someone that was a racist --

11   and we found a few -- we'd kick them right out.

12         So that's why it's disgusting to me to have

13   anybody accuse me -- most of my family is half Filipino and

14   half Mexican in California.  I think it's greatly disturbing

15   to have that accusation against me.

16         Q    So if somebody joins the Oath Keepers, they go

17   online like some of these people have talked about, like the

18   people that have testified and talked about, and find the

19   Oath Keepers website, there's a form and an application you

20   fill out -- or they fill out?

21         A    That's right.

22         Q    And is that then vetted by someone?

23         A    Yes.

24         So they fill that out.

25         And we rely on our local chapters to do the

1   vetting.  National will help them with background checks

2   because we made sure we do a background check on somebody.

3              And especially before they went out on an

4   operation.  We want to make sure they're not a felon, make

5   sure there's no sex offender charges, things like that.

6   That's why I know that one guy was never a legitimate

7   member.

8        Q    And occasionally y'all would find that out when

9   you did a background check and kick someone out?

10       A    You have to, right.

11       Q    Okay.

12       A    And, you know, if I found out that someone, like I

13  said, was a neo-Nazi or a communist -- both of them want to

14  destroy the country -- they would be an absolute no-go as a

15  member.

16       Q    Now, did you write these -- you could take it

17  down.

18              Did you write these in 2009 or before when you

19  founded Oath Keepers?

20       A    Yes, that's correct.

21       Q    And then y'all have membership applications and

22  forms people fill out and do all that?

23       A    Right.

24       Q    What was the dues situation?

25       A    General membership started out at, like, $30 a

1    month -- or $30 a year, I mean, and then went to 50 because

2    of inflation, because of the way the world is.

3         Q    Yeah.

4         A    So $50 a year.

5         Q    Okay.  And do you remember the date -- of course,

6    you do, but we'll tell the jury -- the date that you founded

7    or started Oath Keepers?

8         A    Actually, I launched the website in March of 2009

9    but did our formal -- our formal founding on April 19th,

10   2009.

11        Q    And what's significant about April 19th?

12        A    Well, we were invited to a rally at

13   Lexington Green.  And it's interesting history.  But during

14   the Adams administration, there was the quasi-war with

15   France.  And it began quite a bit of rancor between the

16   Jeffersonians and the federalists, the two different --

17   first political parties in the United States.

18             And a group of veterans who had fought at

19   Lexington came together again at Lexington and brought their

20   sons with them, who were also in the militia.  And, of

21   course, the militia back then was like the National Guard

22   today.  Everybody was in the militia, but it's much like the

23   National Guard is.

24             They all came together and stood on the green and

25   said, We're going to renew our oaths to the Constitution and

1    make it clear to President Adams that we put the

2    Constitution and the country first above political parties

3    and sent a proclamation to President Adams about what they

4    did and why.

5              And in response to that -- he sent back the

6    response that's often quoted where he says that this

7    Constitution is made for a righteous people only.  It was

8    unfit for any others.  That was a response he gave to them.

9        Q    Okay.

10       A    So they were going to go ahead and follow in their

11   footsteps and do the same thing they did.  We have a

12   situation in our country of great division.  We're going to

13   come together and say the same thing.  It's above party.

14       Q    Right.

15             So when you started this group -- and we've talked

16   about not so much recruitment, but a lot of people that join

17   your organization, current/former military, paramedics,

18   firefighters, police, that swore an oath --

19       A    Right.

20       Q    -- at one point, did you find this group of people

21   like yourself to tend to be patriotic?

22       A    Of course.

23       Q    They've served their country or community.

24       A    Still do.  Right.

25       Q    Did they tend to be family oriented?

1        A     Well, yeah, of course.

2        Q     Okay.

3              And what about public service as a first responder

4    or military makes it significant for them joining your

5    organization?  Do they have schedule flexibility and things

6    like that?

7        A     Well, some do.

8              I mean, if a guy is a full-time firefighter or

9    police officer, he might have to take leave.  But they

10   oftentimes do that to come do an operation with us.

11             But the biggest point -- I'm sorry.  I didn't mean

12   to cut you off.

13       Q     Oh, go ahead.

14       A     The biggest point we wanted to make, though, is

15   that all of us have an obligation to do volunteer activities

16   in our community.  It's like volunteer fire, EMS.

17             So the main point was, is that if you can, you

18   should volunteer.  You should all be volunteers doing

19   something to help out.

20       Q     Did you find that there were retired government

21   service people in these industries, you know, military,

22   police, and fire, that either retired because they were

23   injured or they aged out -- a lot of those jobs have age-out

24   requirements --

25       A     Yeah, right.

1    Q    -- that wanted to belong to an organization like

2    Oath Keepers?

3    A    Yes.  A lot of people who served in the military,

4    for example, still want to serve their country, yeah.

5    Q    And you've heard Dolan and other people come in

6    here and testify that Oath Keepers gave them a sense of

7    purpose.

8    A    Yes.  And I thought that was very important,

9    because all too many veterans -- you know, the suicide rate

10   is so high.  And they come home and they have -- feel like

11   they have no purpose and that their country doesn't care

12   about them anymore.  And I don't think the military does

13   enough to help them transfer from military life to civilian

14   life.

15   Q    Okay.

16   A    And so that's why we want to give them a mission,

17   to let them know that they're still of value.

18   Q    Okay.

19   A    In particular, disaster relief has been great for

20   veterans because everyone is happy to see you, unlike if

21   you're overseas in Iraq or in Afghanistan.  Some folks like

22   you there; some don't.  But if you're doing disaster relief,

23   everyone loves you.  That's a very positive experience for

24   them.

25   Q    So from 2009 up to current, up to J6 --

1        A    Right.

2        Q    -- so 12, 13 years, how many disaster relief

3   efforts did y'all work in nationally?

4        A    14 hurricane relief missions, I believe, is the

5   number and then several tornado relief missions and a bunch

6   of different fire missions like in Colorado, last big fire

7   they had.  In fact, in 2021, was a big one.

8        Q    Okay.

9        A    We had folks out there.

10       Q    Did you go Puerto Rico?

11       A    For hurricane relief, yes.  Yes.

12       Q    Okay.

13            And when y'all do that --

14       A    For three weeks.

15       Q    -- you're doing that as volunteers.  No one's

16   paying y'all to do that?

17       A    That's right.

18       Q    So you've got dues money, I guess, that you can

19   use to pay for travel for these people?

20       A    Well, donations come in to fund -- we have a

21   fundraiser for that effort.

22       Q    Right.

23       A    Yeah.

24       Q    But if you go to work, you know, Hurricane Harvey

25   or Katrina relief, there's not some government --

1      A    We weren't there for Katrina -- pardon.

2   I'm sorry.

3      Q    Yeah.  Go ahead.

4      A    Yeah, Katrina was before our time.  But

5   Hurricane Harvey, we were there for about three weeks also.

6      Q    And no one is paying for your time?

7      A    No, not at all.  I do a salary with Oath Keepers,

8   but full-time job, all our volunteers are unpaid.

9      Q    You set it up as a national organization, but you

10  designed it to have state and local groups, too; isn't that

11  correct?

12     A    Yes, that's correct.

13     Q    What's the purpose for that?

14     A    Because, once again, most important community is

15  your local community.  And I wanted folks to have maximum

16  buy-in and flexibility to work the mission in their local

17  community.  And number one is to reach out to the current

18  serving it and teach them about the Constitution.

19         But, also, number two is to foster that ethos of

20  community involvement and volunteerism, teaching people to

21  go and get involved.  Everyone can become a volunteer

22  firefighter, volunteer EMT, or a volunteer search and rescue

23  or a volunteer radio operator, local ham club.  Whatever

24  your physical limits, you can find something you can do.

25     Q    Okay.

1          Now, in addition to the disaster relief efforts,

2    did you also -- did your group also do security for

3    different events or speakers and things like that?

4        A    Yes.

5        Q    How did that come about?

6        A    Well, the first big security operation we did was

7    Ferguson, Missouri.

8        Q    In 2014?

9        A    2014 when there was the Michael Brown shooting in

10   Ferguson.

11       Q    Is that the video -- the video that we saw?

12       A    No, it's not.  That's from Louisville from 2020,

13   the video you showed.  Yeah.

14           So Ferguson was the first experience we had.

15   Local guys went and talked to -- the first person we helped

16   protect was Natalie Dubose.  She owned Natalie's Cakes and

17   More.  It's a black lady that owned a bakery.  And they had

18   broken out her windows, and then they'd also swore they were

19   going to come back and burn down the entire block of

20   buildings.

21       Q    Okay.

22       A    And there was apartments above the shops with

23   families in them.

24       Q    Right.

25       A    So we decided to go ahead -- and she gave us

1    permission and her neighbors did, too, different minority

2    businesses -- and they gave us consent, and we were on the

3    rooftops and stopped them from burning the building down.

4        Q    Now, did that -- did your efforts there result in

5    a lawsuit?

6        A    No, not a lawsuit.

7            What happened was, as we were on the rooftop --

8    and, frankly, we kind of embarrassed the police department

9    in some ways because one of the things -- the local police

10   were okay with us, but the sheriff was not happy because we

11   were showing how to do it right.  We were actually

12   protecting businesses and stopping them from being burned

13   down while also respecting the rights of the protesters.

14   And, in fact, we criticized the police for their

15   heavy-handed response that violated the rights of the

16   protesters.

17           And I think the sheriff kind of had it out for us

18   after that.

19           So he said we had to get off the rooftop, that

20   we're not licensed security; we don't have a license to do

21   that or insurance.

22           And I hired two attorneys, and they looked at the

23   case law and the state law and said, Sheriff, they don't

24   have to be.  They're unpaid volunteers.  They don't need to

25   be licensed and insured and bonded.  So you really can't

```
 1   stop them.
 2            So the Sheriff's Department backed off and we went
 3   back to the rooftops.
 4       Q    So there's a big distinction between security
 5   guards or security companies, whether you're paid or your
 6   you're volunteer?
 7       A    That's correct.  As far as the law goes, that's
 8   correct.  Yeah.
 9       Q    So if you're paid, if you have a security company
10   and that's what you're paid to do and people hire you,
11   you've got to be licensed a certain way, correct?
12       A    Right, yes.
13            Like, the statutes in Missouri that they looked up
14   were about paid security guards.  They wanted to make sure
15   that they were licensed and insured.
16            And that's perfectly reasonable.
17            But when you're looking at someone like Natalie,
18   she can't afford to pay a professional security company and
19   bring a bunch -- 12 guys to stand on a rooftop.  She can't
20   afford to do that.
21       Q    Right.
22       A    So, you know --
23       Q    So you guys, as a volunteer organization, it would
24   be much like me defending my home or my block if there's
25   some riot on my street?
```

1          MS. RAKOCZY:  Objection as to leading, Your Honor.

2          THE COURT:  It's overruled.

3          You can answer.

4          THE WITNESS:  Yeah, similar to that, except -- and

5     that's actually a good point, because the real point to the

6     community of Ferguson was, Look, gentlemen, the veterans in

7     Ferguson, Missouri, all you black veterans, you need to get

8     up and take care of your own neighborhoods.  Keep this

9     peaceful.  You take care of it.

10         If you police your own neighborhoods, you give the

11    police less of a reason to come into your neighborhoods and

12    be heavy-handed.  So that was a real mission for us, was to

13    reach out -- we did talk to some veterans and encouraged

14    them to do that.  So we wanted to set the example of how to

15    do it right.

16         Like I said, we supported their right to protest.

17    In fact, like I said, we actually criticized the police

18    because they were tear-gassing everybody.  We said the

19    curfew was unconstitutional.  They shouldn't do that.

20         They were pointing sniper rifles at people.  I

21    said, You can't point rifles at people like that.  You need

22    to be using your binoculars, not your rifle scopes.  So we

23    just gave them a pretty sharp criticism and then told them

24    how to do it right.

25         You put undercover officers in the crowd to find

1    the actual troublemakers, the few that are violating the law

2    by throwing rocks or Molotov cocktails, and those are the

3    ones you arrest.  You don't try to shut down the entire

4    protest.  You try to get the actual criminals.

5         Q    So the video that Mr. Crisp showed a minute ago,

6    that's from Louisville, Kentucky?

7         A    Yes; 2020.

8         Q    And was that in the fall kind of leading up

9    towards the election cycle?

10        A    Yes, it was.

11        Q    Okay.

12             Now, during those intervening years, 2014 to 2020,

13   did y'all work numerous security events?

14        A    Many, yes.  Yes.

15        Q    All around the country?

16        A    Yes.

17        Q    And on some of those security events, were you

18   armed and some of them you weren't armed?  Is that correct?

19        A    That's correct.  Depending upon the rules where we

20   were, that's right.

21        Q    Okay.

22        A    We did nine security operations total in

23   Washington, D.C., and the only people who ever carried guns

24   there were our current serving law enforcement officers who

25   were legally authorized to carry in D.C.  Nobody else did.

1     Q     So you have served in D.C. and other places with

2   law enforcement officers?

3     A     Yes, we have -- we have about 30 percent of our

4   membership were law enforcement officers.  Some current

5   serving; others retired.  But even the retired ones can get

6   LEOSA credentials, Law Enforcement Officer Safety Act, which

7   allows them to carry nationwide.

8     Q     And when you would go throughout the years to this

9   disaster relief or security events, would you notify law

10  enforcement that you were coming?

11    A     Yes.

12    Q     How did that work?

13    A     Well, so a good example is Berkeley, California.

14  After an event there, there was a bad situation where in

15  March of 20 -- no, 2017, after Trump was elected, there was

16  a Trump supporter/libertarian event in Martin Luther King

17  Park in downtown Berkeley.  It turned into an absolute --

18  I'm trying to use clean language -- just a disaster.

19          The police stood back, let Antifa attack these

20  people, and just -- it was a melee of Antifa beating up --

21  even one was an LGBTQ trans Trump supporter, and they beat

22  her up, too.  They're assaulting people and shutting down

23  their free speech.  We saw that and said, This is not

24  acceptable.

25          So we went there.  I had 14 law enforcement

1    officers, most of them current serving California law

2    enforcement off duty; others, retired, mostly California.

3        Q    So when you were in Berkeley, were you guys

4    allowed to carry?

5        A    They were.  The Berkeley PD, we met with them the

6    night before.  And their captain said, I'm not going to tell

7    any other police officer he can't carry in this park.

8            So the police officers who were Oath Keepers were

9    allowed to carry in the park, and 14 of them did.  All of us

10   military veterans were not, and so we were unarmed.

11       Q    Okay.  And was that common at other events, too,

12   where you would have to go --

13       A    Absolutely.

14       Q    -- unarmed and there would be law enforcement that

15   was armed?

16       A    Yes.

17           Where we -- where we could, we like to have --

18   first of all, I always want to put law enforcement in

19   command.  I flew in two.  One was retired D.C. Metro, in

20   fact, police officer, he was one of our commanders for that

21   event.  And the other one was a current serving police

22   academy instructor who's on my national board of directors,

23   John Karriman.  And they flew in and were the leadership on

24   the ground in -- in Berkeley.

25           And then they had a couple other guys who were

```
 1   local law -- local law enforcement veterans underneath them
 2   as team leaders.
 3       Q    In fact --
 4       A    So it's good to have law enforcement as
 5   leadership.  That way the law enforcement knows that these
 6   people understand the rules, what you can and cannot do,
 7   understand what law enforcement has to do, and knows how to
 8   keep us from getting in their way or causing problems
 9   unnecessarily.
10       Q    Okay.
11            And the three events that you came to in D.C. that
12   have been referenced so far, November 14th, December 12th,
13   and January 5, 6, did y'all notify law enforcement before
14   you came to those events?
15       A    Yes.  We always do that.  We always reach out in
16   advance and liaison with them, preferably face to fact, but
17   definitely over the phone.
18            And then once we get there, I've told my guys,
19   "Make sure that you go and meet the people on the ground,
20   too, because it might be that you can talk to the sheriff
21   but his deputies don't know who you are.  So always walk up
22   and introduce yourself."  Which we did in Louisville by the
23   way.
24       Q    Okay.
25            So I want you to talk a little bit about that
```

1    Louisville video, what the jury saw.

2        A    Okay.

3        Q    What is going on there?

4        A    That's where we were getting ready -- because we

5    were guarding a gas station and convenience store owned by

6    Laura Bader, a lady that owned the gas station there.  And

7    some protesters -- one of her employees unfortunately had to

8    shoot someone that was attacking him, and then some of the

9    agitators in Louisville threatened to burn her place to the

10   ground.  Once again, swore they were going to burn it to the

11   ground.  So she asked us if we could protect her business,

12   and so that's what we were doing there.

13           And also a pawn shop right across the street.  And

14   also another business that had a residence above it where

15   the family lived, I don't want to say the name of it because

16   I don't want to make them a target, but they lived above

17   their business.  So we had three places pretty close

18   together.

19       Q    So we see on the video that the Oath Keepers are

20   standing there calmly?

21       A    Well, we were getting ready -- this is a hotel

22   parking lot across from the gas station, and we were getting

23   ready to go across the street to the gas station and on the

24   rooftop of the gas station and on the rooftop of the pawn

25   shop and just post up.

1        Q     Okay.  But you guys are being taunted by the

2   crowd?

3        A     Well, yes.

4              So what happened is, as we were getting ready and

5   they just came rushing in the parking lot and I just told

6   everyone, "Just stay calm," and that's what we did.  So we

7   just stayed calm.

8        Q     Is that y'all's general M.O. when you go to these

9   places?

10       A     Absolutely.  Our M.O. is to act professional and

11  stay calm.

12       Q     Right.

13       A     Yeah.

14       Q     Is there something to be said for that strength in

15  numbers?  You just --

16       A     Well, it's not about that.  It's just, if you're

17  staying calm, it doesn't -- you're not feeding off of each

18  other's energy.  If someone is yelling, it's -- I'm not

19  taking it personal.  I've had plenty of people yell in my

20  face in the streets and it's like, I'm not here to argue

21  with these people.

22             I mean, I've got strong political -- as you know,

23  I've got strong political opinions, and there's times when I

24  voice them.  But when we're on operation, that's not what

25  it's about.  It's about taking care of the people you're

1    supposed to be protecting and not making it worse than it --

2    than it is.  So you don't want to yell back.  Unlike the

3    Proud Boys, who want to go and street fight and want to yell

4    at people, you don't yell at anybody.  I would never

5    tolerate an Oath Keeper ever doing that on a mission.

6        Q    And just guestimating, how many security events

7    have you guys worked from 2009 up until the election cycle

8    of 2020?

9        A    I mean, hundreds.

10       Q    Okay.

11       A    It's hard to say.  Just hundreds across the

12   country.

13       Q    Do you have thousands -- at the time when you're

14   doing all that, you have thousands of members?

15       A    Our peak, we had 40,000 members in Oath Keepers,

16   that's right.

17       Q    Was there ever a security event worked by any --

18   where any Oath Keeper was ever arrested or charged with a

19   crime?

20       A    No.

21           And, in fact, I don't know of any security event

22   where any Oath Keeper ever had to use force.  No Oath Keeper

23   that I know of has ever pepper sprayed anybody or punched

24   anybody, never hit anybody with a baton, neither have I, or

25   has ever pointed their weapon at anybody.  Oh, except one

1    exception in Ferguson.

2        Q    Okay.

3        A    There was a situation in Ferguson where our guys

4    saw two males in an alleyway dragging a lady to a car at

5    night trying to shove her in the car against her will, and

6    they pointed the rifles at them and hit the spotlights on

7    them and said, "You need to stop doing that."

8        Q    Okay.

9        A    And they let her go.

10       Q    In the hundreds of events with thousands --

11       A    That's it.

12       Q    -- of people, there's never been an incident that

13   required a criminal investigation or charges filed or

14   anything against an Oath Keeper?

15       A    No, no event we've ever done has resulted in any

16   charge whatsoever until -- until now.

17       Q    Okay.

18       A    Yeah.

19       Q    So working our way up to the current election

20   cycle, or 2020, did you notice after Trump got elected just

21   the political rhetoric changing in the country?

22       A    Well, in his campaign, it ratcheted it up bigtime.

23       Q    But did you notice --

24       A    Yes.

25       Q    -- people becoming more hostile?

1    A    Well, sure, on both sides, yeah.

2    Q    Yeah, not to point a finger but it was both sides

3  of the aisle?

4    A    Right.

5    Q    And did you --

6    A    I mean, don't forget, I'm a libertarian, so, you

7  know.

8    Q    True.

9         And we even saw there was a big news story where

10  Senator Rand Paul got accosted?

11    A    Yes, that's right.

12         It's an accost of Rand Paul's son.  And he's as

13  libertarian as his dad is.  And he is not a Nazi, he's not a

14  racist, and yet people were screaming at him and calling him

15  a Nazi and a racist.  And, yeah, he was accosted in the

16  street while he was walking with his wife in Washington,

17  D.C.

18    Q    And so you guys weren't working that event, I

19  assume?

20    A    Unfortunately not.

21    Q    But would those be the kinds of events that you

22  would work and were working on January 5, 6?

23    A    Yes.

24         Like, for example, we escorted -- when Trump was

25  elected, we escorted some women that wanted to attend what

1    they called the Deplora-Ball, and they were afraid to go

2    unless they had protection.  And so there were protesters in

3    the streets, mostly Antifa, which tend to be little skinny

4    white kids with -- you know, dressed in black.  And they

5    were worried about being assaulted, so we escorted them in,

6    myself and another retired Navy gentleman.

7         Q    In the video we saw you guys with helmets and

8    vests and goggles and things like that?

9         A    Right.

10        Q    Is that typical for you guys working an event?

11        A    Well, it depends on what we're doing.  Like, when

12   I was -- if you're doing, like, escorting the ladies, no,

13   not at all.  In fact, I would not want a helmet on my head

14   or body armor because then you're just drawing more

15   attention to yourself.  You want to be very low profile.

16             But when you're doing a high profile, like in

17   Ferguson, where you're trying to deter -- they know you're

18   there and you're just trying to deter unlawful activity,

19   that's when you want to have a higher profile.

20             And also, of course, if you're dealing with rifle

21   threats, you want to have body armor that will stop rifle

22   bullets.  That's just the reality of the life we live in.

23        Q    And let's explain to the ladies and gentlemen of

24   the jury, because I've never been in one of -- a riot

25   either.

1        A      Right.

2        Q      But for people that are in riots, what kind of

3   weapons do rioters use?

4        A      Well, a big problem is thrown projectiles like

5   rocks and bottles, they'll throw like frozen water bottles

6   or they'll throw bottles with concrete, you know, they'll

7   pour concrete in it and let it harden.  So they are throwing

8   things, you know, they are -- you do stuff to the police,

9   too.  You wind up with police officers being injured all

10  over the country because they get hit in the head with a

11  very hard object and so you have to wear a helmet.

12           So we tell people that it's up to them if they

13  want to wear a helmet.  I always bring one but I very rarely

14  put it on my head because for the most part our events have

15  been pretty, pretty chill.  But it's always good to have it

16  and not need it than to need it and not have it.

17           So, yes, they could have the option of wearing a

18  helmet if they need one.  And like I've told them before,

19  even just a bat or something from Walmart is pretty much

20  good enough, yeah.

21           And body armor, I think it's important to have

22  that option, and I leave it to up them because unfortunately

23  Antifa has stabbed people even here in the streets of D.C.

24  They stabbed a black lady who was being escorted by -- a

25  Trump supporter who was being escorted by Proud Boys.  That

1    was in December of 2020 she was stabbed in the streets.

2         Q    So along with -- and along with the kit, as you've

3    heard it say -- that's a military term, correct, kitting up

4    or wearing a kit?

5         A    Yeah, military and law enforcement, they all use

6    the same terminology, yeah.

7         Q    I'm a road bike cyclist and we call it kit, too --

8         A    There you go.

9         Q    -- when we put road stuff on.  So everybody has

10   got their lingo.

11        A    Right.

12        Q    But kit is a term used for kitting up and putting

13   on all that stuff?

14        A    Yes.  Sure.

15        Q    In your texts, the hundreds and hundreds of texts

16   that were shown to the jury, is there military lingo in some

17   of those texts?

18        A    Oh, yeah, I mean, you know, if you're in a

19   particular group, you're going to use the lingo of the

20   group.  So a lot of guys are veterans, they'll use military

21   lingo.

22        Q    Okay.  So that's pretty common?

23        A    Oh, yeah.  Yeah.

24             I'm sorry, yes, that's common.

25        Q    The other examples of weapons that can be used in

1    a crowd, have you seen where people used chains?

2        A    Yes.

3        Q    Hit people with -- like, a chain, almost like a

4    bat, hit them with a chain?

5        A    Yeah, we've seen chains, bike locks, things that

6    people can have an excuse to carry in the street, which they

7    have every right to carry but they'll use them as weapons.

8    Bike lock is a big one or padlocks in a sock, things like

9    that.  Once again, if you get hit in the head with a hard

10   object, it's not a good day.

11       Q    Okay.  So let's work our way up to the fall of

12   2020.

13            In the months just preceding the election, and we

14   heard, I think it was Mike Adams or Zimmerman testified

15   about it, did you go to a few events around the country --

16   in either August or September and October kind of before the

17   November election, did the Oath Keepers go to some events?

18       A    Before the election, yeah, there were a couple of

19   them.  There were -- there was an event in Lafayette.  There

20   was -- let me think here.

21            So there was Louisville.  There were other events

22   around the country that our local chapters did.

23            Because here's the problem, was that all through

24   2020 there was a lot of riots after the killing of George

25   Floyd, the murder of George Floyd, a lot of riots.  And I

1    support the right to riot and actually agreed -- not riot, I

2    support the right to protest, but I actually agreed with

3    them that that was an unlawful killing, it was a murder.

4              But I don't agree with arson.  Arson is deadly

5    force.  If you burn a building down and you don't know

6    someone is sleeping inside -- and that happened, there were

7    folks who were killed because no one knew they were in the

8    building.  And also as a former firefighter I can tell you,

9    when you're responding to a fire, a structure fire, the

10   firefighters are in danger and then the buildings next to

11   it.  So it's lethal force.  So it's just not appropriate to

12   be using arson as a protest tool.

13        Q     So the events that you were working in the

14   preceding months to the election, were those events where

15   people were speaking, where you guys thought there might be

16   some violence or Antifa or whatever?

17        A     All through 2020 in Texas, we were doing both.  We

18   were doing speaking events, and we were also protecting,

19   like, Shelley Luther's salon in Dallas that had been

20   threatened with being burned to the ground, but also

21   speaking events.

22        Q     Okay.

23        A     And in one event in Tyler, Texas, our guys

24   actually protected a Black Lives Matter rally.  So there

25   were actual Nazis there, white supremacists that wanted to

1    stop the rally.  And our guys stepped in and said, No.  She

2    has a right to march through the streets.

3         Q    Okay.  The jury's heard a lot about QRFs --

4         A    Right.

5         Q    -- Quick Reaction Forces.  What is a QRF?

6         A    Well, a QRF is -- you said Quick Reaction Force.

7              In the military, usually it's either guys on a

8    helicopter ready to go or guys in a vehicle ready to go,

9    ready to respond in case you get in trouble.

10             In our context, it's broader.  Like,

11   Michael Greene, Whip, we'll refer to it also for medical

12   response, for coming to get somebody out who's injured or

13   tired and can't hang out anymore.  So if gets used too

14   often, frankly, and it becomes confusing.

15             But it depends on the context.  But a QRF, like in

16   Louisville, I was on a roving QRF in a vehicle.  And we had

17   a vehicle with a medic in it and his gear and myself and the

18   driver and one other person that could respond in case there

19   was an emergency.

20        Q    The QRF -- well.  Did you have QRFs at the first

21   Million MAGA Rally --

22        A    Yes.

23        Q    -- November 14th event?

24        A    Yes, we did.

25        Q    Okay.

```
 1              And there's talk of it on the text --

 2       A    A QRF, one.

 3       Q    So what was the setup of that QRF?  Since you

 4   couldn't bring firearms into D.C. --

 5       A    Right.

 6       Q    -- what was the nature of that QRF?

 7       A    Well, my concern was -- this is what I said on the

 8   public call to action and also on our GoToMeeting call.  My

 9   concern was, is that over the summer, Antifa had attacked

10   the White House and they had actually driven

11   President Trump -- Secret Service took him down into the

12   bunker, and there were a lot of Secret Service agents

13   injured and a lot of D.C. metro injured.

14              So my concern was there would be another attack on

15   the White House.  And there was a threat to do so.  Leading

16   up to the election, Antifa declared that if Trump did not

17   concede immediately, they were going to assault or lay siege

18   to the White House and drag him out.

19              And so I wanted to make it clear to them that even

20   if they managed to get a stand-down order -- and we had seen

21   stand-down orders throughout 2020, like in Minneapolis where

22   the police stood down and let the rioters take over the

23   police precinct and burn it to the ground.  There had been

24   periods of stand-down orders given and obeyed,

25   unfortunately.
```

7080

1      Q      Okay.

2      A      So we wanted to make sure they understood that if

3  that happened, that would not necessarily mean they could

4  take the White House because President Trump would have the

5  option of declaring -- using the Insurrection Act to declare

6  them an insurrection and then, if he had to, rely on us and

7  other veterans to protect the White House.

8           But mostly a deterrent against Antifa.  I was

9  concerned about it, but my main point was to kind of give

10 them a mind F of, Hey, we might not be able to get away with

11 this and deter it.  They didn't even try it.  We didn't have

12 to use anything.  Of course, president Trump did not invoke

13 the Insurrection Act.

14     Q      So your QRF on November 14th, was that a

15 mobile QRF?

16     A      Yes.  That's the one in the van that Mr. Zimmerman

17 testified to.

18     Q      Right.

19          And what's the difference -- it's been alleged

20 that you had hotel room QRFs for J6, and we'll get to that

21 in a minute.

22     A      Well, that's the problem with that terminology.

23     Q      That's why I want to explain it.

24     A      Right.

25     Q      So why the mobile QRF?  What's advantageous about

1  that?

2      A     Well, at that point, I was concerned that this

3  might actually happen.  And if there's an assault happening

4  on the White House and there's a stand-down order given to

5  D.C. metro and Secret Service is being overwhelmed, which

6  they almost were the first time in the summer, if the

7  President jumped up and did a press conference saying, I'm

8  invoking the Insurrection Act.  You must disperse, and I'm

9  calling on any veterans in the community that can be here to

10  come now and assist in defense of the White House, then we

11  would have been ready to do so and actually able to do so in

12  a rapid fashion --

13  BY THE COURT:

14      Q     Right.

15      A     -- as opposed to having your stuff in a hotel room

16  that's about an hour away.

17      Q     We'll get to that.

18          So if you had 15 guns in a hotel room with one

19  65-year-old guy in a hotel room, how long would it take him

20  to load those guns?

21      A     A day.

22      Q     And then D.C. traffic, a couple hours to get --

23      A     About half a day.

24      Q     So that's not really -- and we'll talk about that

25  more later.

7082

1        A        Yeah.

2        Q        But the mobile QRF that you had on November 14th

3    was much more designed to respond quickly.

4        A        I made sure it was actually ready to go.

5        Q        Okay.

6        A        Like I said, I was very concerned about that, and

7    I wanted to make sure that we had a real capacity in case

8    President Trump did need our help and did call us up.

9        Q        Okay.

10               So let's talk about the election.

11               Were you happy with the election?

12       A        No.

13       Q        I think we can see in your texts that you were not

14   happy.

15       A        No, yeah, you can see, yeah.

16       Q        And did you believe the election had been stolen?

17       A        I believed the election was unconstitutional

18   because it did not comply with Article II of the

19   Constitution and its clear requirements.  That made it

20   invalid.  That's before we even get to fraud or discussions

21   about who was stolen from whom, it's just not

22   constitutional.

23               You really can't have a winner of an

24   unconstitutional election.  That would have meant that Trump

25   was also not the winner.

```
 1              MR. LINDER:  I'd like to offer Stewart Rhodes or

 2    SR-7 into evidence at this time.

 3              MS. RAKOCZY:  No objection.

 4              MR. LINDER:  Permission to publish, Your Honor?

 5              THE COURT:  You may.

 6                             (Defendant Rhodes Exhibit SR-7
                                    received into evidence.)
 7

 8    BY MR. LINDER:

 9         Q    Mr. Rhodes, can you see that in front of you?

10         A    Yes, I can.

11         Q    And what is that?

12         A    That's Article II, Section 1.

13         Q    What does Article II cover?

14         A    It covers the presidency.

15         Q    And in what fashion?  Does it cover elections and

16    electors?

17         A    Sure.  It starts out with his powers, and then it

18    talks about how he's elected.

19         Q    Okay.

20         A    Or -- yeah.

21         Q    Now, did you have concerns, based on your

22    knowledge of the Constitution, that because of COVID, things

23    had happened across the country with elections?

24         A    I had concerns about what was going on with COVID

25    before the election because of like the shutdown of
```

1    ma-and-pa stores while leaving the big-box stores opened.

2    Why is Walmart opened and why is Costco open, making plenty

3    of money, and yet your local businesses are all shut down?

4    It's a massive transfer of wealth to the super-wealthy

5    corporations from the middle America.  Made no sense.  To me

6    that was a violation of their rights.

7        Q    So how do you feel the Constitution was -- or the

8    election was stolen based on the --

9        A    Well, as I said, first of all, I would say it's

10   unconstitutional.  So invalid from, it's just -- anything

11   contrary to the Constitution is null and void from the

12   inception.

13       Q    How so?

14       A    Okay.  Well, Article II says, "Each State shall

15   appoint, in such Manner as the Legislature thereof may

16   direct, a Number of Electors."

17            So it says nothing about an Executive Branch

18   official, whether that be the Secretary of State,

19   Attorney General, Governor, some election official deciding

20   to change the law and do something different.  It doesn't

21   say anything about the judiciary either.  It's says "the

22   Legislature."

23       Q    So did you see some of these laws being changed

24   leading up to --

25       A    No.  That change violated.

7085

```
 1        Q    Violated?

 2        A    Yes, sir.

 3        Q    Leading up to the election?

 4        A    That's correct.

 5             Multiple states, especially in the swing states,

 6   you had -- under the excuse of COVID, you had them putting

 7   in new rules, which were direct violations of state law.

 8             And that made it in violation of Article II

 9   because it was not something decided by the legislature.

10             They could have had the legislature come in for a

11   special session and change the rules.  They did not do that.

12   Instead, they just did it by executive fiat.

13        Q    You said this happened in several states?

14        A    It happened in all the swing states.  I believe

15   Wisconsin, Michigan, Pennsylvania, Georgia, and Arizona in

16   particular.  But other states as well.

17        Q    Okay.

18        A    Yeah.

19             And the State of Texas sued about this and was

20   joined in the lawsuit -- they sued Pennsylvania, and they

21   were joined in the lawsuit by other states.

22        Q    So you believe, because of the way states changed

23   their laws without following the proper procedure, that the

24   election was basically invalid?

25        A    They violated their laws, right, yes.
```

1     Q    And you expressed opinions about that in your

2  Signal chats?

3     A    Absolutely.

4     Q    Right.

5     A    Right.

6     Q    You did open letter, and we'll get into those in a

7  minute.

8     A    Yes.

9     Q    You reached out to people, trying to tell

10  people --

11     A    That was part of my open letter to

12  President Trump.  It's was frustrating for me.  It was kind

13  of "Horton Hears a Who!"  Right?

14     Q    Yeah.

15     A    I'm trying to get the -- not just the President,

16  but everyone to understand there's a constitutional issue

17  here.  Everyone kept focusing on computers and handlers and

18  all that kind of stuff and trying to find the fraud.

19          It's like, Hey, there's a constitutional problem

20  right here.  This is because a big one.  This is where you

21  have to fix this first before you even start talking about

22  whether there was fraud on the ground.

23     Q    Okay.

24          So in the government's case-in-chief, they began

25  with a lot of your Signal chats from kind of November 3rd

1    through the Million MAGA Rally, November 14th?

2        A    Right.

3        Q    Do you remember all that?

4        A    Yeah.

5        Q    Well, first of all, let's back up.  Let's talk

6    about Signal.

7             Signal is just an encrypted texting app, correct?

8             THE COURT:  Mr. Linder, let me interrupt you,

9    sorry.  I'm going to take our break.  It sounds like you're

10   transitioning a little bit to a different topic.

11            MR. LINDER:  Sure.

12            THE COURT:  It's a little after 11:45 -- excuse

13   me, 10:45.  We will resume a little bit after 11:00.  Thank

14   you all very much.

15            COURTROOM DEPUTY:  All rise.

16            (Jury exited the courtroom.)

17            THE COURT:  I think I told the jury yesterday

18   11:00 or so, 11:30.  I'm going to ask them if they can stay

19   till noon if that works?

20            MR. LINDER:  Okay.

21            THE COURT:  All right.  Thanks, everyone.

22            (Recess from 10:47 a.m. to 11:05 a.m.)

23            COURTROOM DEPUTY:  All rise.

24            THE COURT:  Please remain seated, everybody.

25   Thank you.

1          So we're going to have to do a close to hard stop

2     at 11:30.  One of the jurors --

3          MR. LINDER:  That's fine.

4          THE COURT:  -- understandably relied on

5     yesterday's representation, and so I'll honor that, and so

6     we'll get about another half hour in and then call it a day.

7          MR. LINDER:  Sure.

8          MR. BRIGHT:  Presumably then 9:00, 9:30 on start

9     on Monday?

10         THE COURT:  Yes.

11         COURTROOM DEPUTY:  Jury panel.

12         (Jury entered the courtroom.)

13         THE COURT:  All right.  Please be seated,

14    everyone.  So just sort of consistent with what I said

15    yesterday, we'll wrap up around 11:30 for the day.

16         So, Mr. Linder.

17         MR. LINDER:  Thank you, sir.

18    BY MR. LINDER:

19    Q    Mr. Rhodes, you understand you're still under oath

20    after coming back after the break?

21    A    Yes.

22    Q    Now, I am going to ask you to -- I had some

23    suggestions from the audience to talk a little slower.  You

24    and I both tend to talk fast.

25    A    Yeah, I do, I'm sorry.

7089

1    Q    I do, too, so we're going to slow it down just a
2  little bit.
3    A    Got it.
4    Q    I want to go back a little bit into 2020 before I
5  go back into the Signal chats.
6         Adams, Dolan, Zimmerman, all testified they either
7  joined or in Mike Adams' case rejoined Oath Keepers in 2020
8  because of what was going on in America?
9    A    Yes.
10    Q    You heard that?
11    A    Yes.
12    Q    In addition to the political discourse that we
13  heard since Trump got elected, both sides becoming more
14  angry with one another, were there a lot of standdowns
15  around the country?
16    A    From the police officers, you mean?
17    Q    Yes.
18    A    Yes.
19    Q    And explain to the jury what a standdown is.
20    A    Well, like, for example, in Berkeley we weren't
21  there but we saw it live-stream, where the police just stood
22  back on the perimeter of the park and let both sides just
23  fight, and you had people that were just there to speak
24  being assaulted.  You'd have some bad apples on both sides
25  that wanted to street fight, and that's also not good.  So

1    that's not what the police should be doing.

2            So after we went there, when we were there in the

3    park, it was very different.  The police were much more

4    proactive about doing their job.  I think the presence of

5    other officers in some ways kind of shamed them a little

6    bit, it's, like, "Hey, you're not doing your job so we've

7    got to come in here and do it for you for free," and it made

8    them step up their game.

9            And they also knew brother officers were in the

10    park and they didn't want to see another officer get hurt.

11    So I think it made them do a better job.

12        Q    What happened to the Oath Keeper membership in

13    2019 and '20?

14        A    What do you mean?

15        Q    Did it grow?

16        A    I wouldn't say that so much.  I mean, yeah, a bit.

17        Q    When was the peak?

18        A    The peak was during the Obama Administration.

19    This is how it goes.  If you're running an organization

20    that's mostly conservative or a lot of conservatives, you're

21    going to get more members doing a Democrat administration.

22    If you're running a liberal organization during a

23    conservative presidency, you're going to get more

24    membership.  It's just the way people are.  So you get

25    cycles of activity.

1    Q    Okay.

2    A    And so when Trump got elected, a lot of the

3    conservative folks, you know, they're like, "Oh, our guy is

4    in office, things are cool."  And so you tend to have less

5    members.  And it's the same thing for liberal groups, too.

6    When you get a liberal president, they drop the membership

7    also.  It's the way it is.

8    Q    Okay.

9         But you still had a healthy Oath Keeper membership

10   in 2020?

11   A    Yeah, it did.

12        And it did go back in 2020 somewhat.

13   Q    Okay.

14   A    But I'm not in this for the money.  That's not the

15   point.

16   Q    I'm not talking about that, but it's having people

17   around the country that can --

18   A    Who can --

19   Q    -- show up and react when they need to react?

20   A    -- serve.  That's correct, yes.

21   Q    And we heard one of the witnesses, I think it is

22   Mike Adams, was it him or Zimmerman, that had to kind of

23   re-start the Florida chapter?

24   A    Yes, it was because when Trump came in, a lot of

25   the chapters just kind of went dormant because, you know,

```
1    like, once again, they think that everything is fine because
2    their guy is in office.  Very shortsighted, but this is the
3    way human nature is.
4              So, yeah, when things start happening again in
5    2020 and there was increasing rioting going on, there was
6    legitimate concern, I believe, for the safety of the
7    communities.  I mean, you saw not just the violence --
8    I mean, you saw like the CHAZ in Portland where they claim
9    this is sovereign territory, this is no longer the
10   United States, and you had people being killed inside that
11   area.
12             And you had one in Atlanta doing the same thing,
13   they declared that several blocs were now on the sovereign
14   state of whatever, and you had a lady -- a local lady just
15   trying to get just get home and she was stopped from going
16   down a street, tried to do a U-turn in a parking lot, and
17   one of the protesters opened fire on a car and killed her
18   12-year-old daughter, 12-year-old black girl.
19             So it was all that kind of stuff going on.
20        Q    And just the same thing that happened in Portland?
21        A    Yes, it did, yes.
22        Q    And they burned the courthouse or burned buildings
23   there, didn't they?
24        A    Yes, they did.  They took over the precinct in the
25   CHAZ and then had guys with AKs patrolling the perimeter.
```

1    You had, you know -- you had Soviet flags flying, things

2    like that, and declaring that this is no longer the

3    United States.  And you had actually a higher murder rate

4    inside that area than the rest of the country.  So it wasn't

5    a good example for them.

6        Q    Okay.  So let's get back up towards the election,

7    November time frame.  And I want to talk about the Signal

8    app.  Is the Signal app basically a texting like anybody has

9    on their iPhone, other than it's encrypted end to end?

10       A    Well, no, we had used other platforms like Discord

11   was the last one we used that was like a third-party

12   platform.  Greg McWhirter, my vice president at the time,

13   swore up and down this was a free speech platform that's not

14   going to kick us off for political reasons.  We had been

15   kicked off of Facebook by that point I believe.

16            So we were using Discord, and of course Discord

17   just shut us down with no notice, nothing, no hearing, just

18   destroyed all of our chats.

19            So I said, "Okay, I'm done with this.  Let me find

20   something that I know is not going to delete us."  That's

21   why I chose Signal.

22       Q    So when did you start using the Signal app?

23       A    When that happened.  So it was about -- I believe

24   it was -- when was that?  I believe it was 2018 or '19, not

25   sure though.

```
 1        Q     Okay.

 2        A     But if Gregory McWhirter testifies, you'll have to

 3   ask him.  He'll tell you.

 4        Q     That's fine.

 5        A     Okay.

 6        Q     But Signal is a texting app like you can see your

 7   text app on your iPhone?

 8        A     And you can use it like a -- like a Facebook.  You

 9   can use it as an alternate forum that, like I said, will not

10   be shut down because as far as I know Signal does not do

11   that.

12        Q     Right.

13              And you can add -- you can text someone through

14   Signal individually like you and I could text one to one?

15        A     Yes.  Right.

16        Q     Or you could create Signal groups, just like you

17   can on your text -- regular texting app?

18        A     That's correct.

19              And Telegram is another one that does the same

20   kind of thing.

21        Q     Okay.

22              And those groups you could have two people on them

23   or 200 people on them?

24        A     And that's a problem, even -- to talk to more than

25   one person, you've got to create a whole new group.
```

1    Q    True.

2    A    Right.

3    Q    But it is -- it allows you to communicate with

4    different people that are on a team, per se?

5    A    Yes, sir, that's right.

6         So, yeah, we do -- we do a Signal chat for each

7    operation, whether it's Louisville or a Trump rally in

8    Dallas or whatever we're doing, we would create a chat for

9    that operation.

10        Last one we did, I believe, was 2021 was the Blue

11   Lives Matter rally in Denver, one of the last ones we did as

12   a national organization.

13   Q    And is that why -- setting them up individually

14   for operations, is that why the jurors saw the chat called

15   Jan 5, 6, '21?

16   A    Yeah, right.

17   Q    That was for the January 6th operation Signal

18   chat?

19   A    That's correct.

20   Q    Do you remember when you set that chat up?

21   A    Not quite sure.  I could go back and look and see.

22   Q    But you didn't set it up in October, did you?

23   A    No.  No.

24   Q    You would have probably set it up in December?

25   A    If that.  Like, right at the very -- I believe we

1    set up a VIP chat with all the event organizers that were --

2    that wanted protection, and then I set up the January 6th

3    one.  I'm not sure what date it was.

4        Q    Okay.  But did you have some other chats that were

5    kind of general chats like "Old Leadership" chat and

6    different things like that?

7        A    Yes, we did.

8        Q    And who were in those chats?

9        A    Well, they'd be state leaders and local leaders.

10       We had a problem with journalists and activists

11   hostile to us infiltrating the organization, so we had to

12   every now and again shut down a chat because we thought it

13   had been compromised.

14       They would join and pretend that they were of

15   like-mind, and then infiltrate and want to do an expose.  It

16   happened several times, so we would have to sometimes just

17   stop using a chat.  But Signal wouldn't allow me to delete a

18   whole chat until they changed their format, so you have

19   these dormant chats just kind of sitting there.

20       Q    Okay.

21       And would it be safe to say that you had hundreds

22   and hundreds of chat groups on your phone?

23       A    Right.  Because I couldn't delete them.

24       Q    Right.

25       A    So, like, after the Louisville operation, we

1    really didn't need the operational chat anymore but it's
2    still there.
3        Q    Okay.
4            So you would create one in advance of an operation
5    and invite -- who would you invite to that chat when you
6    signed up?
7        A    Well, so what we usually did is we -- like
8    Louisville, we found someone local.  Like, I found a
9    10th Army -- 10th Mountain Division local veteran, Jonathan.
10   He was our local guy.  I always try to find someone local
11   that lives in the community, that has skin in the game in
12   the community.
13           He's our local contact.
14           Then I sent Whip, Michael Greene to go in.  And he
15   was the one who did the assessment for the -- it was a Cuban
16   restaurant business.
17       Q    Michael Greene is one of the people we've seen on
18   the board that the government --
19       A    Yes.  Yes, he is.
20       Q    -- put up?
21       A    He goes by Whip.  Right.
22       Q    How long have you known Michael Greene?
23       A    Since Hurricane Harvey, so 2017.
24       Q    Okay.
25       A    He was a friend of my vice president,

7098

1    Greg McWhirter, and also one of his instructors at his

2    Western Montana Tactical Shooting Institute.

3        Q    Okay.

4            So you met him at the hurricane disaster relief?

5        A    Yes.  He came down to Hurricane Harvey.  He was an

6    unpaid volunteer for that one.

7        Q    Did he come down to be with Oath Keepers, or did

8    he come down on his own?

9        A    He came down to, at the invitation -- at the

10   invitation of Greg McWhirter, he came to himself with

11   disaster relief.  Greg was with me there in Houston doing

12   disaster relief.

13           MR. LINDER:  Your Honor, may I republish

14   Government's Exhibit 1530?

15           THE COURT:  Yes, of course.  Sorry.

16   BY MR. LINDER:

17       Q    Could you step down and point to Michael Greene?

18       A    Yes, I can.

19       Q    On -- if you can get around that board.  Sorry.

20       A    Yeah.  This is Michael Greene right here.

21       Q    Michael Greene?

22       A    Yeah.

23       Q    Okay.

24           And I cut you off a minute ago, but was he, did he

25   come down in 2017 to the hurricane to be part of the

1    Oath Keepers?

2         A    He came down to be part of our relief mission.  He

3    never joined.  But we accept people that want to volunteer,

4    whether they're members or not, if they're qualified.

5         Q    What was his background, if you know?

6         A    He was an Army veteran.  He had been a sapper in

7    the Army, which is an explosive expert for breaching, actual

8    breaching, not Hollywood breaching.

9              But he was an explosives expert who had fought in

10   Iraq and I believe also Afghanistan.  And then afterwards as

11   a military contractor for Blackwater and Triple Canopy and

12   went all over the world.

13             And he's also a professionally trained executive

14   protection expert, does bodyguard for a lot of rap stars, in

15   fact, and also works -- at the time was working at a club

16   in -- he was from -- oh, I'm drawing a blank.

17             It was a club in Indiana where he lived.

18        Q    Okay.  So he lives in --

19        A    Indianapolis.  I'm sorry.

20        Q    So he lives in Indiana?

21        A    Yeah.  He lives in Indianapolis.

22        Q    But does he travel to different --

23        A    He travels all over the world for his work.

24             But he would -- he came down for hurricane relief,

25   and he had a really good experience and did a fantastic job

```
 1   and we became friends.
 2        Q    What did you think of his abilities?
 3        A    Fantastic.
 4        Q    Smart?
 5        A    Smart, calm.  If you see him in that altercation
 6   in the parking lot, he's chill.
 7             His motto is "Boring is best."
 8        Q    Yeah.
 9        A    And I'm the same way, yeah.
10        Q    Did you rely on him for various operations
11   throughout from 2017 up to current?
12        A    I did, yes.
13        Q    Okay.
14             And did he eventually, and I'll jump ahead and
15   I'll go back.
16             Did he eventually become one of the op leaders for
17   J5, 6?
18        A    He did.
19        Q    Okay.
20        A    I want to clarify something if I can.
21        Q    Yes.
22        A    Okay.
23             So he was an unpaid volunteer in Hurricane Harvey,
24   which is fantastic.  But the man has to make a living.  And
25   so I would pay him after that to come and be a team leader.
```

```
 1    And he would only charge us half of what he normally made
 2    per day for being what he is.
 3         Q    And you said he's an actual licensed security
 4    officer?
 5         A    Yeah.  He's like one of the best.  You're not
 6    going to find someone better than him as far as both a
 7    bodyguard.  He's really good.
 8         Q    Okay.  So he can be hired out, like you said, by
 9    rap stars or politicians?
10         A    All over the country.  Yeah.  He's been
11    everywhere.
12         Q    Okay.
13              You mentioned Greg McWhirter a minute ago.  Is he
14    on that board?
15         A    No, he is not.
16         Q    He's not on the board.
17              How do you know Greg McWhirter?
18         A    Greg McWhirter has been on my Board of Directors,
19    wow, I believe since at least for the 2014.  He helped me to
20    do the analysis of what the Ferguson cops were doing wrong
21    and right and then write, not to start criticism, but a
22    recommendation to try to do it better.  He took a big role
23    in that.
24         Q    And does he live in and run a business in Montana?
25         A    Yes, he does.  He was my vice president.  I'm
```

7102

```
 1    sorry.
 2         Q    Is that where you guys met?
 3         A    Well, no.  He had been part of our Indianapolis,
 4    Indiana chapter.  He was a sheriff deputy in Marion,
 5    Indiana, was part of our Indiana chapter, but then he moved
 6    to Montana.  That's where we met in person, right.
 7         Q    Okay.
 8              All right.  So I want to go to November, to the
 9    election.  We've already talked about your beliefs it was an
10    invalid election.
11              And was there an event scheduled in D.C. shortly
12    thereafter?
13         A    Yes, there was.
14         Q    Okay.
15              And did you put out, like, an open letter or a
16    call to action about the Million MAGA March?
17         A    Yes.
18              MR. LINDER:  Your Honor, if I could publish
19    Stewart Rhodes SR-2 or if I could admit SR-2 first.
20              MS. RAKOCZY:  No objection.
21              MR. LINDER:  Thank you.
22              Permission to publish.
23              THE COURT:  You may plaintiff.
24                                  (Defendant Rhodes Exhibit SR-2
25                                   received into evidence.)
```

1   BY MR. LINDER:

2       Q    Now, can you see that?

3       A    Yes.

4       Q    Is this something that you put out?

5       A    Yes.

6       Q    And did you put that out in advance -- it looks

7   like November 10th, so about four days preceding that

8   November 14th march?

9       A    Yes.

10      Q    And what was the purpose of this?

11      A    Two purposes.

12           Primarily, to announce that we are going to be

13   there and why.

14           And I had some educational interest in what I was

15   writing in there as well.

16           And to try to reach out to the President about the

17   Insurrection Act and what I believed he should do.

18           And also, like I said, to send a message to Antifa

19   that you're not going to be able to get away with this

20   necessarily, so don't even try it as a deterrent.

21           And then we also had an appeal for additional

22   volunteers.  It's a little bit late.  I like to get a call

23   out to action out earlier than this, but we did get some

24   good volunteers that showed up.

25      Q    And how many volunteers do you think you had in

1  D.C. for that event?

2      A    We had two separate teams.  One team was escorting

3  four female speakers who were coming into D.C. to speak at

4  Freedom Plaza and then again in front of the Supreme Court

5  who were afraid to even come into D.C. unless they had

6  protection.  So that was one detail that was led by

7  John Shirley who was a current serving police officer -- or

8  a constable, retired Houston PD, current serving constable

9  from Texas, who was a team leader overall for the operation.

10  He walked them along with Michael Greene, Whip.

11      Q    Okay.

12      A    And he had a team, I think, of about seven,

13  altogether, of Oath Keepers.

14          And then we had another team.  That's the one

15  request part of, with Ranger Doug, and that probably had 15.

16      Q    And what was your -- who was your team guarding,

17  if anybody?

18      A    Our team because the general escort team meant to

19  go out and escort Trump supporters, vulnerable people,

20  especially elderly, disabled veterans, women, families, back

21  to their -- if they wanted our help, we would say, Do you

22  want an escort back to the metro stop, back to -- you'll go

23  find them a taxi, back to their hotel, whatever they needed,

24  because the pattern, unfortunately, across the country is

25  that Trump supporters would go to an event and then,

7105

1    especially after the event, especially after dark, then

2    Antifa would come out and try to attack them.

3        Q    So how would you make your presence known at an

4    event to people that needed your services, that you would

5    walk them back to their cars?  How does that come about?

6        A    In advance, you mean?  Oh, at an event?

7        Q    Yeah, at an event.

8        A    Well, what we do is we would -- and we did a lot

9    of Trump rallies, too, because the Trump rallies, what

10   happens is you're going through Secret Service; so you're

11   attending the rally, you're going to be disarmed.  You're

12   not going to get in there with a weapon.

13           So when you leave there, if you're in Dallas,

14   Texas, or frickin' Arizona where a person might carry a gun

15   or a knife or something or pepper spray, when they walk out

16   of that Trump rally, they have nothing on them.

17           So Antifa knows that, and they will then target

18   them because they know they're unarmed and they'll attack

19   them with pepper spray or clubs and things like that.

20       Q    That's what happened with Senator Paul leaving a

21   Trump event?

22       A    Right.

23       Q    Okay.

24       A    So what we would do is we would have our guys stay

25   outside the venue.  We would coordinate with Secret Service,

7106

1    let them know we were there, and local police, and tell

2    them, Hey, where is the line?

3            Each venue is different.  Some venues, it's like,

4    You guys can't even be in the parking lot.  Other venues is,

5    Go ahead and be in the parking lot.

6            But wherever the line was around them of no

7    firearms, we'd stay outside that line and have our armed,

8    retired police officers in particular ready to go to escort

9    folks back to their cars.

10           And I know it might sound like it's excessive, but

11   you have people being attacked.  They're being walked to

12   their -- they're having to go to their cars in the dark, and

13   they're being -- we had one veteran in Texas who was knocked

14   unconscious, hit in the head with a led pipe and

15   hospitalized, and so that's why we did that.

16   Q     When someone asks for your services, do you ask

17   them what their political affiliation is?

18   A     No.  I don't care.

19   Q     If they need your help, you're going to offer it?

20   A     Right.  That's how we are in hurricane relief,

21   too.

22           No one -- I mean, of course, at a Trump rally,

23   it's probably a Trump supporter.

24   Q     True.

25   A     But in hurricane relief, no one cares what

7107

 1    political party you're in.  We don't ask them.  We don't

 2    care.  And they don't ask us when we're helping them out, if

 3    we're delivering food or medicine or whatever we're

 4    doing, yeah.

 5         Q    Okay.

 6              So the November 3rd election comes and goes on

 7    the 3rd.

 8              Do you remember when the Million MAGA March got

 9    planned for the 14th?

10         A    A couple days before I put this notice up.

11              We got -- like, the ladies who wanted an escort,

12    they contacted us and said, you know, "Can you help us out?"

13              Because, you know, unless you're willing to pay a

14    lot of money, if you pay a lot of money, you can get a

15    retired D.C. or a current sort of D.C. metro guy to come off

16    duty and protect you, but that takes a lot of money.

17         Q    Right.

18         A    So if you don't have that kind of money, then

19    you're kind of stuck.

20              So I would assign like John Shirley, he did carry

21    in D.C. but he's a law enforcement officer, he can.

22         Q    So when you see the term -- the jurors see the

23    term "LEO" that can carry or military, that's law

24    enforcement officers?

25         A     Right.  Or LEOSA.  Right.

7108

1      Q     Okay.  Which is -- is that retired?

2      A     Yes, retired.

3            If you're current serving law enforcement, you can

4     carry around the country.  So as a law enforcement in Texas

5     he could carry in D.C.

6      Q     So how would these women that needed protection,

7     these four women, how would they get in touch with you guys?

8      A     Usually through prior events that they know us or

9     know about us, they would contact us.

10           We put frequently -- once in a while we put a

11    message out saying, "If you're someone who needs protection,

12    let us know.  If you can't afford private protection and

13    want us to help you, let us know."

14     Q     And before your website was shut down after all of

15    these events, could people reach out to you guys through

16    your website?

17     A     Yes, they could.

18     Q     Okay.

19     A     Yeah.  And the event organizers, we would

20    coordinate with them and they would let folks know, their

21    speakers know that if you need an escort, we can do it.

22     Q     Okay.

23           So if there's an event in Boise, Idaho and someone

24    emails you guys and says, "Hey, we've got a speaker, we need

25    some protection"?

1        A       Right.

2        Q       Is that -- who would you reach out to?

3        A       Well, a good example is the Multnomah County

4   Republican Party Chair, this is where Portland is, he was

5   invited to go speak at a patriot prayer rally at the federal

6   courthouse, they got a permit to use the federal courthouse

7   grounds.  And he reached out to us because he's afraid to

8   go, he had gotten death threats, and so he said, "I'm not

9   going to be able to go speak unless I have protection.  Can

10  you protect me?"  And I did.

11       Q       Okay.

12       A       So I went there with a four-man team, had a

13  retired recon Marine, the D.C. Metro police officer retired,

14  Brian Krogmann, and then also one other gentleman, I forgot

15  what his background was, and then myself.

16       Q       But if you were -- say, for instance, you were

17  tied up doing another event, would you have people around

18  the country --

19       A       Oh, yes, yes.

20               We always encourage our local chapter to take care

21  of it if they can, but oftentimes they would ask us to send

22  in people that are more experienced with events, and we send

23  in a leadership team.

24       Q       Okay.

25       A       And then we'd also have -- online we'd have an

1    intel support team that would do open source intelligence

2    like watch live-streams of Antifa or whatever is going on in

3    the streets, and they could watch the live-stream and let

4    them know what they see on the live-streams.

5        Q    Okay.

6             So do you remember who coordinated y'all's

7    presence at the November 14th Million MAGA rally?

8        A    Who was the leadership?

9        Q    And who they coordinated with in D.C.?

10       A    Well, the event organizers.

11       Q    Yes.

12       A    So there was a Freedom Plaza event and then there

13   was a Supreme Court event.

14       Q    Okay.

15       A    And so the ladies who were going to be speaking --

16   let me be clear about that.  I wouldn't necessarily say it

17   was event organizers.  It was the ladies who reached out to

18   us through the grapevine and said, "We're going to be

19   speaking here and then walking, you know, from the Freedom

20   Plaza all the way to the Supreme Court, can you help us with

21   escorts into town and then, you know -- from start to

22   finish?"  And we said yes.

23       Q    So how would you communicate your presence ahead

24   of time with D.C. law enforcement or Secret Service --

25       A    So the team leader, like John Shirley, for

```
 1    example.  In that one it was John Shirley, No. 2 was Whip,

 2    Michael Greene, and they would call in advance and let the

 3    D.C. Metro know that they're there and what they're going to

 4    be doing.  And also if there's Secret Service in the area,

 5    then let the Secret Service know, too.

 6         Q    Okay.  So y'all did that for all three of these

 7    D.C. events?

 8         A    Right.  That's our standard operating procedure.

 9         Q    Now, when you're there --

10              THE COURT:  Mr. Linder, I'm sorry, it's almost

11    11:30.  So if you want to come to a natural ending point in

12    a few minutes, that would be great.  Thank you.

13              MR. LINDER:  Sure.

14    BY MR. LINDER:

15         Q    So while you're at these events, do you guys wear

16    a uniform per se?

17         A    Well, we generally wear like an Oath Keeper cap or

18    a shirt, and our standard colors are black and gold, and

19    that came from my founding Vice President, who was an Army

20    Ranger and Special Forces Major Rex Betier, and he picked

21    the colors black and gold because he was a Ranger.

22         Q    So basically if you looked -- if the jurors were

23    to see a Ranger emblem, it's the same, it's the same gold --

24         A    Identical.  Right.

25         Q    -- same letters, pretty cool looking?
```

1    A    Yeah, exactly the same, yeah.

2    Q    So --

3    A    And anyone -- and sometimes Ranger Betier was

4    like, "Why are you using our colors," and I would tell them,

5    "Well, because Ranger Betier, one of your guys, he's a

6    triple campy guy, he had SF, Ranger, and airborne on his

7    sleeve, he picked the colors."  And they said okay.

8    Q    So people at these events, if they were leaving an

9    event and saw you guys, they could -- that would know who

10   you were?

11   A    A lot of times they did.

12        We would also have signs we would hold up and say,

13   "If you need an escort, let us know."

14   Q    Okay.

15   A    Okay.  Like security escort, volunteer security

16   escort, just ask.

17        MR. LINDER:  Perfect.  Thank you.

18        THE COURT:  Okay.  Ladies and gentlemen, we've

19   come to the end of our day and the end of the week.

20   Thank you again for all of your time and attention this

21   week.

22        We will continue with Mr. Rhodes' testimony on

23   Monday.  Just another reminder to please avoid any media

24   coverage concerning the case, no discussions about the case,

25   no communications about the case.  We look forward to seeing

 1    you on Monday, have a nice weekend, everybody.  Thank you

 2    very much.

 3              COURTROOM DEPUTY:  All rise.

 4              (Jury exited the courtroom.)

 5              THE COURT:  Mr. Rhodes, you can step down and take

 6    your seat.

 7              Have a seat, everybody.

 8              All right.  Mr. Linder, what's your expectations

 9    in terms of scheduling the next few days?

10              MR. LINDER:  I mean, I think I will wrap up with

11    him Monday morning because we're almost to December,

12    January, so an hour, hour and a half max on direct.

13              THE COURT:  Okay.

14              MR. LINDER:  And then we'll -- I think my

15    co-counsel has given Ms. Rakoczy our next couple of

16    witnesses we have.  And I don't know -- I assume if I wrap

17    up with him by the morning break or between that and lunch,

18    she's going to be on cross for a while, but we'll have a

19    couple more witnesses ready.

20              THE COURT:  Okay.

21              All right.  So we'll forge ahead and we'll see

22    where we are.

23              MR. BRIGHT:  In terms of cross by other counsel,

24    is there a preferred order by the Court, or is it just based

25    on who is ready and able to go?

```
 1              THE COURT:  You mean of your client?

 2              MR. BRIGHT:  Yes, sir, since he's waived and is

 3   willing to testify for all.

 4              THE COURT:  Do we know whether there will be other

 5   questioning done?

 6              MR. BRIGHT:  I'm sorry?

 7              THE COURT:  Do we know whether there will be other

 8   questioning at this point?

 9              MR. LINDER:  I assume there will be.

10              MR. BRIGHT:  I'm sure there will be, Your Honor.

11              MR. LINDER:  Once we get to January 6th, I assume

12   so.

13              THE COURT:  Mr. Woodward is shaking his head.

14              MR. WOODWARD:  We don't know anything until we

15   know it.

16              THE COURT:  Look, I think the preferred order is

17   the usual one, just down the list.

18              And then if there is a request to question by

19   defense counsel, obviously government cross-examination will

20   come after that, so I'll turn to defense counsel first.

21              MR. LINDER:  Okay.

22              Did you give us a deadline for the Rule 29 brief?

23              THE COURT:  I have not.

24              MR. LINDER:  Okay.  Do we need to address that at

25   all today other than just --
```

1          THE COURT:  Look, I think -- what do you want?

2     Just tell me what you all think you need in terms of --

3     let's back up.

4          We've got one filing from Mr. -- on behalf of

5     Mr. Caldwell.  I assume there will be some supplemental in

6     addition to what Mr. Fischer has done.

7          I don't want anything from the government yet in

8     addition to what you've filed until we get more from them.

9     I mean, we should just sequence this as we would any

10    ordinary motion.

11         So the question is to you all first how much time

12    you think you need to get something on file, any

13    supplementation on file?

14         MR. LINDER:  If we could get about ten days out of

15    it, that would be --

16         THE COURT:  All right.  So if that's what you all

17    are contemplating, then this is not a motion I'm going to

18    address until after the jury comes back one way or another.

19         MR. LINDER:  Okay.

20         THE COURT:  I mean, that's the way it's lining up.

21         So you want until November 15?

22         MR. LINDER:  Yes, sir.

23         THE COURT:  Okay.

24         All right.  Well, then, whatever you file on the

25    15th should not only just supplement whatever you want to

1  add on behalf of your clients but should be responsive to

2  what the government has filed, so that whatever the

3  government then files in response, the briefing is done.

4          MR. LINDER:  That's our intention.

5          THE COURT:  Okay.

6          All right.

7          And then once we get whatever we get from them,

8  then we can figure out how long the government thinks it's

9  going to need depending upon the volume of the briefing.

10         MR. LINDER:  You can blame this on L.T.  He had to

11 file a 56 --

12         THE COURT:  I've been wondering what he is doing

13 over there in the corner.  Now I know.

14         MR. WOODWARD:  Your Honor, you said briefing is

15 done, but we'll renew motions presumably at the close of the

16 trial --

17         THE COURT:  I'm sure there will be, but I would

18 hope we don't need any additional briefing after that.

19         MR. WOODWARD:  Understood.

20         THE COURT:  I mean, maybe there's something that

21 comes up in the course of the defense case that might alter

22 that, but I would think whatever you're going to argue is

23 most likely going to be in these initial briefs.  Now,

24 obviously I'll give you an opportunity to supplement

25 whatever you want to.

1           MR. LINDER:  Sure.

2           THE COURT:  Okay.  Anything else, Counsel?

3           MR. LINDER:  I think we're good.

4           Okay.

5           MS. RAKOCZY:  Nothing for the government,

6    Your Honor.  Thank you.

7           THE COURT:  Have a nice weekend, everybody.  We'll

8    see you Monday morning.

9           COURTROOM DEPUTY:  All rise.

10          This Honorable Court will stand in recess until

11   the return of court.

12          (Proceedings concluded at 11:37 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 5, 2022_____  

                 William P. Zaremba, RMR, CRR

BY MR. CRISP: [13]
7015/20 7016/10
7019/22 7020/4
7020/20 7021/20
7022/24 7026/3 7027/1
7027/9 7027/17
7027/25 7031/8
BY MR. LINDER: [7]
7032/8 7050/20 7083/8
7088/18 7098/16
7103/1 7111/14
BY THE COURT: [1]
7081/13
COURTROOM
DEPUTY: [10] 6986/2
6986/5 7010/2 7014/20
7031/22 7087/15
7087/23 7088/11
7113/3 7117/9
MR. BRIGHT: [12]
6998/19 6998/22
6999/6 6999/13
6999/16 7007/14
7007/20 7088/8
7113/23 7114/2 7114/6
7114/10
MR. CRISP: [40]
6987/3 6987/8 6987/14
6987/17 6987/23
7000/5 7000/8 7006/11
7006/16 7006/18
7007/3 7007/8 7007/24
7008/12 7008/25
7009/8 7009/10
7009/13 7009/20
7009/23 7010/1 7010/4
7010/10 7010/15
7015/3 7015/6 7016/21
7016/25 7017/20
7019/5 7019/19
7020/18 7021/14
7021/19 7022/15
7022/21 7026/22
7027/16 7031/6
7031/13
MR. FISCHER: [3]
6989/11 7002/20
7013/9
MR. LINDER: [33]
7010/17 7010/21
7011/1 7011/17
7013/20 7031/19
7032/1 7050/17 7083/1
7083/4 7087/11
7087/20 7088/3 7088/7
7088/17 7098/13
7102/18 7102/21
7111/13 7112/17
7113/10 7113/14
7114/9 7114/11
7114/21 7114/24
7115/14 7115/19
7115/22 7116/4
7116/10 7117/1 7117/3
MR. NESTLER: [19]
6988/18 6988/21
6995/12 6996/12

6997/25 6997/2
6999/8 6999/20 7001/2
7001/22 7002/2 7002/5
7002/9 7003/23
7004/16 7005/14
7005/21 7006/1 7006/8
MR. WOODWARD:
[21] 6989/25 6991/10
6991/21 6992/21
6993/7 6994/9 6994/22
6995/2 6995/9 6998/9
7010/22 7010/24
7011/3 7011/6 7011/11
7011/22 7012/16
7013/24 7114/14
7116/14 7116/19
MS. HUGHES: [15]
6988/4 6988/9 7000/13
7000/22 7000/24
7017/2 7018/6 7018/21
7019/15 7022/17
7026/1 7026/21 7027/7
7027/20 7031/3
MS. RAKOCZY: [7]
7014/2 7014/11
7014/18 7063/1 7083/3
7102/20 7117/5
THE COURT: [131]
6986/4 6986/23 6987/7
6987/12 6987/16
6987/18 6988/7
6988/11 6988/20
6989/8 6989/12 6991/9
6991/19 6992/11
6992/22 6994/8
6994/11 6994/25
6995/8 6995/10
6996/11 6997/4
6997/22 6998/4
6998/16 6998/21
6999/5 6999/15
6999/18 6999/22
7000/7 7000/10
7000/20 7000/23
7001/14 7002/1 7002/4
7002/8 7002/15 7003/8
7004/14 7004/21
7005/20 7005/25
7006/7 7006/9 7006/14
7006/19 7007/4
7007/13 7007/16
7007/21 7008/8
7008/21 7009/3
7009/11 7009/19
7009/22 7009/24
7010/7 7010/12
7010/14 7010/16
7010/19 7010/23
7011/2 7011/4 7011/8
7011/15 7011/19
7011/23 7013/5
7013/12 7013/23
7013/25 7014/10
7014/15 7014/19
7014/23 7015/4
7016/19 7016/23
7018/5 7018/10
7019/10 7019/17

7026/2 7026/24 7027/8
7027/13 7027/21
7031/4 7031/15
7031/21 7031/24
7032/3 7063/2 7083/5
7087/8 7087/12
7087/17 7087/21
7087/24 7088/4
7088/10 7088/13
7098/15 7102/23
7111/10 7112/18
7113/5 7113/13
7113/20 7114/1 7114/4
7114/7 7114/13
7114/16 7114/23
7115/1 7115/16
7115/20 7115/23
7116/5 7116/12
7116/17 7116/20
7117/2 7117/7
THE WITNESS: [2]
7027/23 7063/4

$
$30 [2] 7053/25 7054/1
$50 [1] 7054/4

,
'19 [1] 7093/24
'20 [1] 7090/13
'21 [1] 7095/15
'50s [1] 7035/16
'60s [1] 7035/12
'86 [1] 7038/9
'90 [1] 7038/16
'94 [1] 7039/15
'95 [1] 7039/8
'98 [3] 7039/21 7039/22
7041/14
'99 [1] 7041/14

0
08077 [1] 6983/13
0826 [1] 6983/18

1
10 [1] 6986/9
10:45 [1] 7087/13
10:47 [1] 7087/22
10th [2] 7097/9 7103/7
10th Army [1] 7097/9
11 [1] 7042/14
11:00 [2] 7087/13
7087/18
11:05 [1] 7087/22
11:30 [5] 7010/18
7087/18 7088/2
7088/15 7111/11
11:37 [1] 7117/12
11:45 [1] 7087/12
12 [1] 7058/2 7062/19
12-year-old [2]
7092/18 7092/18
12th [1] 7067/12
13 [1] 7058/2
14 [3] 7058/4 7065/25
7066/9
1460 [1] 6982/12

7078/23 7080/14
7082/2 7087/1 7103/8
7107/9 7110/7
15 [5] 6981/4 6986/6
7081/18 7104/15
7115/21
1530 [1] 7098/14
15th [1] 7115/25
17 [2] 7035/7 7036/9
17110 [1] 6982/15
1808 [1] 6983/3
19 [1] 7037/10
1965 [1] 7034/4
1983 [1] 7036/18
7036/24
1989 [1] 7038/6
1995 [1] 7039/8
19th [2] 7054/9
7054/11
1:30 [1] 6988/1

2
2-minute [1] 6988/1
20 [2] 7008/3 7065/15
200 [1] 7094/23
20001 [1] 6984/5
20010 [1] 6983/4
20036 [1] 6983/9
2004 [2] 7042/11
7045/13
2005 [1] 7046/2
2006 [2] 6983/12
7046/2
2007 [1] 7046/6
2009 [7] 7046/22
7051/1 7053/18 7054/8
7054/10 7057/25
7070/7
2010 [1] 7046/10
2012 [1] 7047/15
2014 [4] 7060/8 7060/9
7064/12 7101/19
2017 [4] 7065/15
7097/23 7098/25
7100/11
2018 [1] 7093/24
2019 [1] 7090/13
202 [4] 6981/18 6983/4
6983/9 6984/5
2020 [15] 7060/12
7064/7 7064/12 7070/8
7071/20 7075/1
7076/12 7076/24
7077/17 7079/21
7089/4 7089/7 7091/10
7091/12 7092/5
2021 [2] 7058/7
7095/10
2022 [2] 6981/5 7118/7
20579 [1] 6981/17
20th [1] 7024/6
21061-3065 [1]
6983/18
214 [2] 6982/5 6982/9
22-15 [2] 6981/4
6986/6
22nd [1] 7007/6

7007/6
24 [1] 6981/7
252-7277 [1] 6981/18
252-9900 [1] 6982/5
2615 [1] 6983/9
29 [3] 7010/20 7013/2
7114/22

3
30 [6] 6987/5 6987/8
7000/20 7008/3 7016/5
7065/3
30-second [2] 6987/24
6987/25
300 [1] 6983/17
302 [1] 7025/13
3065 [1] 6983/18
318 [1] 6982/12
3249 [1] 6984/5
3300 [2] 6982/3 6982/3
333 [1] 6984/4
352-2615 [1] 6983/9
354-3249 [1] 6984/5
3rd [3] 7086/25 7107/6
7107/7

4
4.0 [1] 7039/24
40,000 [1] 7070/15
4031 [1] 6982/15
410 [1] 6983/18
412-4676 [1] 6982/16
44 [5] 7020/19 7021/10
7021/19 7022/18
7022/19
4676 [1] 6982/16
487-1460 [1] 6982/12

5
50 [1] 7054/1
51 [1] 7015/12
55 [1] 7011/7
55-page [1] 7012/20
56 [1] 7116/11
5708 [1] 6983/13

6
601 [2] 6981/17 6983/7
607-5708 [1] 6983/13
65-year-old [1]
7081/19
6th [8] 7028/16
7028/23 7029/17
7029/21 7030/4
7095/17 7096/2
7114/11

7
700 [2] 6982/4 6982/8
71301 [1] 6982/11
717 [1] 6982/16
720-7777 [1] 6982/9
7277 [1] 6981/18
7310 [1] 6983/17
7447 [1] 6983/4
75219 [2] 6982/4
6982/8
7777 [1] 6982/9
787-0826 [1] 6983/18

**8**
**819 [1]** 6982/11
**856 [1]** 6983/13
**8:30 [1]** 6981/6

**9**
**9/11 [1]** 7042/14
**900 [1]** 6983/8
**9900 [1]** 6982/5
**996-7447 [1]** 6983/4
**9:00 [1]** 7088/8
**9:30 [1]** 7088/8

**A**
**a.m [4]** 6981/6 7087/22
7087/22 7117/12
**abilities [1]** 7100/2
**ability [1]** 7008/7
**able [13]** 6990/20
7001/6 7005/6 7005/8
7005/9 7015/25 7024/4
7024/5 7080/10
7081/11 7103/19
7109/9 7113/25
**about [111]** 6987/5
6987/7 6987/24 6988/1
6990/3 6992/8 6992/20
6992/23 6993/19
6996/1 6997/24 6998/1
6998/22 7001/3 7001/9
7003/3 7003/24 7004/4
7004/12 7005/10
7005/18 7006/4
7006/22 7006/25
7007/12 7007/22
7011/13 7012/17
7013/15 7014/15
7016/23 7017/12
7020/5 7020/8 7020/12
7020/21 7023/4
7023/22 7024/20
7025/9 7025/10
7027/14 7028/6 7028/7
7028/15 7033/25
7034/20 7038/4 7038/6
7043/22 7044/21
7044/21 7047/2
7048/16 7049/6
7049/14 7049/20
7049/21 7052/17
7052/18 7054/11
7055/3 7055/16 7056/3
7057/12 7059/5
7059/18 7060/5
7062/14 7065/3
7067/25 7069/16
7069/25 7069/25
7073/5 7076/15 7078/3
7080/9 7080/25
7081/16 7081/23
7081/24 7082/6
7082/10 7082/21
7083/18 7083/24
7084/17 7084/21
7085/19 7086/1
7086/21 7087/6 7088/6
7090/4 7091/16 7093/7

7102/16 7103/7
7103/16 7104/12
7105/5 7108/9 7110/16
7112/24 7112/25
7115/14
**above [7]** 7045/7
7055/2 7055/13
7060/22 7068/14
7068/16 7118/4
**above-titled [1]** 7118/4
**absolute [2]** 7053/14
7065/17
**absolutely [8]** 7023/13
7023/23 7034/19
7051/5 7051/24
7066/13 7069/10
7086/3
**Abu [1]** 7048/21
**Abu Ghraib [1]**
7048/21
**abuse [2]** 6994/3
7048/22
**academy [1]** 7066/22
**accept [1]** 7099/3
**acceptable [2]** 6989/19
7065/24
**access [1]** 7044/3
**accost [2]** 7030/23
7072/12
**accosted [3]** 7031/9
7072/10 7072/15
**accurate [1]** 7018/1
**accusation [1]** 7052/15
**accuse [1]** 7052/13
**acknowledge [1]**
6993/20
**across [9]** 6989/7
6999/4 7043/16
7068/13 7068/22
7068/23 7070/11
7083/23 7104/24
**act [9]** 7043/12
7043/13 7047/15
7065/6 7069/10 7080/5
7080/13 7081/8
7103/17
**action [3]** 7079/8
7102/16 7103/23
**active [1]** 7038/9
**activists [1]** 7096/10
**activities [2]** 7020/6
7056/15
**activity [2]** 7073/18
7090/25
**actual [5]** 7064/1
7064/4 7077/25 7099/7
7101/3
**actually [19]** 6987/10
6993/18 7010/21
7025/5 7026/18 7027/2
7039/7 7054/8 7061/11
7063/5 7063/17 7077/1
7077/2 7077/24
7079/10 7081/3
7081/11 7082/4 7093/3
**Adams [6]** 7054/14
7055/1 7055/3 7076/14

**Adams' [1]** 7089/7
**add [2]** 7094/13 7116/1
**addition [6]** 7033/11
7048/2 7060/1 7089/12
7115/6 7115/8
**additional [5]** 6988/5
7011/10 7011/11
7103/21 7116/18
**additionally [1]**
7033/13
**address [2]** 7114/24
7115/18
**addresses [1]** 7006/2
**administration [4]**
7043/10 7054/14
7090/18 7090/21
**admissions [1]**
7041/23
**admit [2]** 7022/15
7102/19
**admitted [7]** 6985/10
7022/16 7022/18
7040/22 7046/14
7050/18 7050/19
**admonishments [1]**
7032/16
**advance [5]** 7067/16
7097/4 7103/6 7105/6
7111/2
**advantage [3]** 6991/25
6992/7 6992/9
**advantageous [1]**
7080/25
**advocates [4]** 7051/9
7051/10 7051/12
7051/13
**affect [1]** 6997/1
**affiliation [1]** 7106/17
**affirmed [1]** 7047/16
**afford [3]** 7062/18
7062/20 7108/12
**Afghanistan [2]**
7057/21 7099/10
**afraid [3]** 7073/1
7104/5 7109/7
**after [30]** 6997/6
7014/16 7030/8
7040/16 7041/16
7043/3 7044/16
7045/15 7045/19
7045/20 7047/14
7048/21 7061/18
7065/14 7065/15
7071/20 7076/24
7087/12 7087/13
7088/20 7088/20
7090/2 7096/25
7100/25 7105/1 7105/1
7108/14 7114/20
7115/18 7116/18
**afterwards [1]** 7099/10
**again [15]** 6993/10
7006/16 7022/22
7022/25 7024/12
7025/12 7054/19
7059/14 7068/1
7076/9 7092/1 7092/4

7112/20
**against [8]** 7033/3
7037/9 7050/4 7051/22
7052/15 7071/5
7071/14 7080/8
**age [1]** 7056/23
**age-out [1]** 7056/23
**aged [1]** 7056/23
**agent [37]** 6988/23
6989/2 6989/4 6989/15
6989/18 7001/4
7001/15 7002/3
7002/17 7003/3
7003/14 7003/14
7003/15 7003/19
7003/25 7004/1 7004/1
7004/2 7004/6 7004/7
7004/8 7004/11
7004/11 7004/13
7004/23 7004/23
7004/25 7005/11
7005/12 7005/17
7005/17 7005/19
7006/2 7006/5 7006/6
7013/10 7044/7
**Agent Hilgeman [1]**
7004/7
**Agent Palian [5]**
7004/1 7004/2 7004/8
7005/5 7005/17 7005/19
**agents [15]** 6988/15
7001/6 7001/12
7001/19 7001/23
7002/6 7002/19 7003/1
7003/6 7004/15
7004/20 7005/8
7005/16 7005/22
7079/12
**agitators [1]** 7068/9
**ago [4]** 6991/12 7064/5
7098/24 7101/13
**agree [11]** 6991/6
6992/14 6996/15
6997/25 6998/2
7004/16 7018/10
7019/5 7019/8 7052/8
7077/4
**agreed [6]** 6999/3
6999/17 7033/19
7033/21 7077/1 7077/2
**agrees [1]** 6993/11
**ahead [8]** 7055/10
7056/13 7059/3
7060/25 7100/14
7106/5 7110/23
7113/21
**aid [1]** 7021/5
**aided [1]** 6984/7
**airborne [4]** 7036/21
7037/6 7037/14 7112/6
**aisle [1]** 7072/3
**AIT [1]** 7037/6
**AKs [1]** 7092/25
**AL [1]** 6981/6
**Alexandra [2]** 6981/15
6986/12
**Alexandra Hughes [1]**

7112/20
**Alexandria [1]** 6982/11
**all [115]** 6987/16
6987/19 6987/19
6988/11 6988/12
6989/8 6989/12
6989/13 6989/21
6993/12 6996/17
6996/19 6998/12
6998/17 6999/3
6999/10 7000/11
7003/8 7006/9 7006/14
7006/24 7007/12
7008/10 7011/4
7012/23 7013/15
7013/25 7014/15
7015/4 7016/20
7017/13 7019/13
7019/17 7020/10
7023/24 7024/14
7025/2 7030/2 7030/19
7031/24 7035/3 7039/2
7040/5 7040/20
7042/17 7042/19
7042/20 7043/1 7043/6
7044/25 7046/5
7047/18 7047/20
7048/14 7049/10
7050/2 7050/4 7051/6
7051/19 7051/23
7052/3 7052/8 7053/22
7054/24 7056/15
7056/18 7057/9 7059/7
7059/8 7063/7 7064/15
7066/9 7066/18
7070/14 7073/13
7074/9 7075/5 7075/13
7076/23 7077/17
7084/3 7084/9 7085/14
7086/18 7087/3 7087/5
7087/14 7087/15
7087/21 7087/23
7088/13 7089/6
7092/19 7093/18
7096/1 7099/12
7099/23 7101/10
7102/8 7108/14
7110/20 7111/6
7112/20 7113/3 7113/8
7113/21 7114/3
7114/25 7115/2
7115/11 7115/16
7115/16 7115/24
7116/6 7117/9
**all right [5]** 6989/12
7024/14 7031/24
7043/1 7115/24
**alleged [1]** 7080/19
**allegedly [1]** 7025/10
**alleyway [1]** 7071/4
**allow [6]** 6991/4
6996/7 6999/3 7003/4
7039/4 7096/17
**allowed [6]** 6992/3
7048/8 7066/4 7066/9
**allows [2]** 7065/7
7095/3
**almost [5]** 7047/7

**almost... [4]** 7076/3
7081/6 7111/10
7113/11
**along [3]** 7075/2
7075/2 7104/10
**already [7]** 7009/18
7012/13 7012/14
7022/16 7036/8
7040/21 7102/9
**also [56]** 6993/4
6995/14 7001/5 7002/6
7007/10 7018/16
7018/19 7021/5 7021/8
7025/9 7025/22 7026/5
7026/8 7028/15
7033/21 7035/12
7036/13 7039/11
7041/10 7045/21
7046/4 7047/15 7048/6
7048/11 7049/24
7050/7 7051/20
7054/20 7059/5
7059/19 7060/2 7060/2
7060/18 7061/13
7068/13 7068/14
7073/20 7077/8
7077/18 7077/20
7078/11 7079/8
7082/25 7089/25
7090/9 7091/7 7098/1
7099/10 7099/13
7099/15 7103/18
7103/21 7109/14
7109/25 7111/4
7112/12
**alter [1]** 7116/21
**altercation [1]** 7100/5
**alternate [1]** 7094/9
**although [1]** 6991/14
**altogether [1]** 7104/13
**always [10]** 7017/22
7035/20 7066/18
7067/15 7067/15
7067/21 7074/13
7074/15 7097/10
7109/20
**am [2]** 7004/22
7088/22
**amenable [1]** 6992/8
**Amendment [6]**
6997/17 6998/7
6998/11 6998/14
6998/15 7033/17
**Amendments [1]**
7044/6
**AMERICA [6]** 6981/3
6986/7 7044/21
7044/25 7084/5 7089/8
**American [7]** 7034/9
7034/11 7043/21
7043/23 7043/24
7052/1 7052/2
**Americans [5]** 7043/4
7043/25 7047/8
7047/11 7052/2
**AMIT [2]** 6981/9 6986/3
**analysis [1]** 7101/20

**anger [2]** 7043/3
7045/5
**angrily [1]** 7031/1
**angry [1]** 7089/14
**announce [1]** 7103/12
**another [13]** 7035/15
7037/16 7068/14
7073/6 7079/14 7088/6
7089/14 7090/10
7094/19 7104/14
7109/17 7112/23
7115/18
**answer [2]** 7012/17
7063/3
**antagonize [1]** 7019/6
**antagonizing [1]**
7019/12
**anti [2]** 7041/10
7041/10
**anti-corruption [1]**
7041/10
**anti-war [1]** 7041/10
**anticipate [1]** 7005/6
**anticipating [1]**
7001/22
**anticipation [1]**
7001/20
**Antifa [12]** 7065/19
7065/20 7073/3
7074/23 7077/16
7079/9 7079/16 7080/8
7103/18 7105/2
7105/17 7110/2
**any [43]** 6987/11
6988/2 6989/9 6989/23
6989/23 6990/3
6992/17 6992/20
6993/25 6995/16
7001/23 7002/12
7002/17 7002/18
7004/9 7005/16
7007/10 7012/7
7012/13 7014/13
7019/13 7025/15
7031/2 7033/24 7045/4
7045/4 7047/11
7047/12 7051/10
7051/12 7051/14
7055/8 7066/7 7070/17
7070/18 7070/21
7070/22 7071/15
7081/9 7112/23 7115/9
7115/12 7116/18
**anybody [12]** 6992/19
6999/23 7007/22
7024/19 7052/13
7070/4 7070/23
7070/24 7070/24
7070/25 7093/8
7104/17
**anymore [3]** 7057/12
7078/13 7097/1
**anyone [5]** 7016/12
7022/4 7028/5 7043/19
7112/3
**anything [17]** 6995/4
6995/5 6999/25
7001/24 7005/23

**7016/7 7017/18
7022/8 7026/14
7036/16 7071/14
7080/12 7084/10
7084/21 7114/14
7115/7 7117/2
**apartments [1]**
7060/22
**apologize [4]** 7012/16
7013/9 7013/12
7022/16
**app [7]** 7087/7 7093/8
7093/8 7093/22 7094/6
7094/7 7094/17
**apparent [1]** 7018/22
**appeal [1]** 7103/21
**appeals [2]** 7046/17
7046/18
**APPEARANCES [4]**
6981/13 6981/20
6982/17 6983/20
**appears [1]** 7021/12
**appellate [2]** 7046/15
7046/17
**apples [1]** 7089/24
**application [4]**
7043/22 7052/8 7052/9
7052/19
**applications [1]**
7053/21
**applied [1]** 7038/25
**apply [1]** 7041/19
**appoint [1]** 7084/15
**appreciate [4]** 6989/25
7013/2 7013/7 7014/6
**appropriate [8]**
6989/17 6996/3
7003/15 7018/3
7026/24 7027/21
7048/5 7077/11
**approved [1]** 7047/18
**April [2]** 7054/9
7054/11
**are [65]** 6986/21
6986/24 6987/2
6987/20 6988/25
6990/13 6990/19
6993/9 6993/9 6996/20
6997/13 6999/10
7000/1 7001/22
7005/22 7006/25
7007/1 7007/10
7008/21 7008/21
7012/24 7014/5 7014/5
7014/25 7015/25
7016/15 7017/4 7017/8
7017/10 7017/10
7017/15 7017/16
7018/23 7019/7 7019/8
7021/11 7037/12
7044/19 7044/20
7048/23 7050/1
7050/24 7051/7 7059/8
7064/1 7064/2 7067/21
7068/19 7069/1 7074/2
7074/7 7074/8 7075/20
7077/10 7084/3
7090/24 7091/4 7095/4

**7109/22 7111/18
7112/4 7113/22
7115/17
**area [8]** 6989/3
6994/15 6995/19
6995/22 7028/22
7092/11 7093/4 7111/4
**areas [1]** 7031/5
**aren't [1]** 6990/17
**arguably [3]** 6992/16
7018/10 7018/13
**argue [4]** 7011/17
7018/7 7069/20
7116/22
**arguing [1]** 7011/13
**argument [4]** 7000/24
7008/15 7011/24
7012/6
**arguments [5]** 7011/10
7011/12 7012/23
7013/22 7014/5
**Arizona [3]** 7045/16
7085/15 7105/14
**armed [6]** 7023/5
7023/5 7064/18
7064/18 7066/15
7106/7
**armor [3]** 7073/14
7073/21 7074/21
**Army [6]** 7036/18
7052/3 7097/9 7099/6
7099/7 7111/19
**around [12]** 7035/25
7050/14 7064/15
7076/15 7076/22
7088/15 7089/15
7091/17 7098/19
7106/6 7108/4 7109/17
**arrest [7]** 7029/6
7064/3
**arrested [1]** 7070/18
**arrival [1]** 7020/17
**arrived [1]** 7023/5
**arson [3]** 7077/4
7077/4 7077/12
**Article [6]** 7044/4
7082/18 7083/12
7083/13 7084/14
7085/8
**Article II [3]** 7083/13
7084/14 7085/8
**Article III [1]** 7044/4
**as [88]** 6990/2 6990/13
6991/10 6991/11
6992/10 6992/10
6992/25 6996/4 6996/7
6996/23 6996/25
6997/6 6997/8 6998/7
7000/24 7001/5 7001/8
7002/12 7003/18
7004/1 7005/1 7005/17
7007/17 7008/10
7009/3 7012/25 7014/1
7014/1 7015/11
7015/15 7016/3 7017/5
7017/6 7017/6 7019/19
7021/10 7024/16

**7026/19 7027/3
7027/11 7027/18
7028/2 7032/23 7036/9
7036/10 7038/25
7039/7 7041/8 7044/8
7047/7 7047/7 7049/11
7050/2 7053/14 7056/3
7058/15 7059/9 7061/7
7062/7 7062/7 7062/23
7063/1 7067/2 7067/4
7069/4 7069/22
7072/12 7072/13
7075/2 7076/7 7077/8
7077/12 7081/15
7084/9 7084/15
7085/16 7094/9
7094/10 7094/10
7095/11 7099/10
7101/6 7101/6 7103/15
7103/20 7108/4 7115/9
**aside [1]** 7011/20
**ask [20]** 6987/18
6989/9 6996/14 6997/7
6999/3 7009/16
7009/24 7014/2
7016/19 7016/20
7029/3 7031/24
7087/18 7088/22
7094/3 7106/16 7107/1
7107/2 7109/21
7112/16
**asked [11]** 6995/4
7006/11 7006/24
7009/25 7023/19
7025/9 7025/22 7028/3
7028/15 7028/21
7068/11
**asking [6]** 6988/16
6988/19 6988/22
6993/9 6994/22
7006/22
**asks [1]** 7106/16
**aspire [1]** 7049/22
**assault [3]** 7039/12
7079/17 7081/3
**assaulted [2]** 7073/5
7089/24
**assaulting [1]** 7065/22
**assert [1]** 6998/6
**assertion [2]** 7017/24
**assessment [1]**
7097/15
**assign [1]** 7107/20
**assist [1]** 7081/10
**assistance [1]** 7028/5
**assisting [2]** 7017/6
7017/16
**associate [1]** 7051/16
**associates [2]** 6982/14
7051/9
**assume [8]** 7006/13
7010/4 7025/20
7072/19 7113/16
7114/9 7114/11 7115/5
**assumption [1]**
6997/14
**assure [1]** 6990/16
**Atlanta [1]** 7092/12

**A**

att.net [1] 6982/12
attack [4] 7065/19
7079/14 7105/2
7105/18
attacked [2] 7079/9
7106/11
attacking [1] 7068/8
attempting [1] 7022/7
attend [1] 7072/25
attending [1] 7105/11
attention [2] 7073/15
7112/20
attorney [2] 7046/16
7084/19
Attorney General [1]
7084/19
ATTORNEY'S [1]
6981/16
attorneys [2] 7007/15
7061/22
audience [2] 7006/3
7088/23
audio [2] 7016/23
7019/4
auditorium [1] 7042/19
August [1] 7076/16
authority [1] 7047/17
authorization [3]
7043/14 7047/15
7047/17
authorized [1] 7064/25
Avenue [4] 6982/3
6982/7 6983/7 6984/4
avoid [1] 7112/23
avoided [1] 6995/9
award [3] 7042/6
7042/8 7044/16
aware [3] 7024/24
7049/25 7049/25
away [7] 6987/4 7040/3
7045/5 7046/10
7080/10 7081/16
7103/19

**B**

B-17 [1] 7035/7
back [34] 6987/23
7000/3 7014/24 7015/4
7025/12 7036/19
7038/18 7041/18
7043/4 7044/12 7046/6
7054/21 7055/5
7060/19 7062/3
7065/19 7070/2 7087/5
7088/20 7089/4 7089/5
7089/22 7091/12
7093/6 7095/21
7100/15 7104/20
7104/22 7104/22
7104/23 7105/5 7106/9
7115/3 7115/18
backed [1] 7062/2
background [5] 7053/1
7053/2 7053/9 7099/5
7109/15
backgrounds [1]
7042/3

6015/4 7043/4 7064/1
7065/14 7089/24
Bader [1] 7068/6
bag [4] 7029/17
7029/19 7029/25
7030/6
bakery [1] 7060/17
ball [2] 7035/7 7073/1
bank [1] 7024/9
BARRETT [2] 6982/3
6984/4
based [12] 6995/21
6997/21 6998/19
6998/23 7002/16
7015/6 7022/10
7046/16 7051/14
7083/21 7084/8
7113/24
basically [6] 6994/23
7002/21 7003/4
7085/24 7093/8
7111/22
basis [4] 6990/9
6991/3 6994/13 7005/4
bat [2] 7074/19 7076/4
baton [1] 7070/24
Battle [1] 7035/5
be [136] 6986/4
6987/11 6989/4
6989/17 6989/18
6990/4 6990/20
6990/23 6990/24
6991/1 6991/16 6992/5
6992/16 6993/13
6993/16 6994/21
6995/9 6995/24 6996/3
6996/7 6996/17 6997/8
6997/25 6999/2
7000/18 7001/6 7001/6
7001/10 7001/13
7001/16 7001/21
7002/6 7002/17
7003/19 7003/19
7005/9 7005/19
7005/23 7006/6
7006/15 7007/10
7007/11 7009/1
7010/20 7011/10
7011/11 7011/13
7011/16 7012/2 7012/3
7012/14 7014/23
7021/12 7022/18
7024/19 7024/21
7033/11 7033/14
7033/16 7033/21
7034/5 7034/11
7034/15 7036/8
7036/14 7036/16
7037/2 7037/8 7040/11
7040/14 7043/12
7043/20 7044/7
7046/18 7047/5
7048/12 7049/12
7049/25 7051/15
7051/15 7052/4
7053/14 7055/21
7055/25 7056/18
7061/24 7061/25

7063/12 7063/22
7066/14 7067/20
7069/14 7070/1
7072/21 7073/3
7073/15 7075/25
7077/12 7077/15
7079/14 7080/10
7081/9 7084/18
7088/13 7090/1
7094/10 7096/9
7096/21 7098/7
7098/25 7099/2
7100/25 7101/8
7103/12 7103/19
7105/11 7106/4 7106/5
7109/9 7110/15
7110/16 7110/18
7111/4 7111/12
7113/18 7114/4 7114/7
7114/9 7114/10 7115/5
7115/15 7116/1
7116/17 7116/23
beat [1] 7065/21
beating [1] 7065/20
became [2] 7039/9
7100/1
because [4] 6991/3
6993/10 6995/1 6995/7
6997/1 7002/21
7002/24 7003/1
7008/16 7013/18
7020/1 7029/13
7030/15 7039/11
7041/4 7041/8 7045/1
7050/2 7052/8 7053/2
7054/1 7054/2 7056/22
7057/9 7057/20
7059/14 7061/9
7061/10 7063/5
7063/18 7067/20
7068/4 7068/15
7073/14 7073/24
7074/10 7074/14
7074/22 7076/23
7077/7 7080/4 7082/18
7083/22 7083/25
7085/9 7085/22
7086/20 7089/8
7091/24 7091/25
7092/1 7094/10
7096/12 7096/23
7104/18 7104/24
7105/9 7105/18
7107/13 7109/7
7111/21 7112/5
7113/11
become [3] 6995/10
7059/21 7100/16
becomes [2] 6997/12
7078/14
becoming [2] 7071/25
7089/13
been [36] 6991/21
6992/1 6992/2 6992/7
6995/3 7006/22
7012/13 7015/14
7021/10 7024/5 7024/8

7030/11 7030/13
7050/18 7051/12
7051/18 7052/1
7057/19 7067/12
7071/12 7073/24
7074/15 7077/19
7079/23 7080/19
7081/11 7082/16
7093/14 7096/13
7099/6 7101/10
7101/18 7102/3
7116/12
before [21] 6981/9
6995/3 7000/1 7001/12
7032/17 7033/25
7035/24 7053/3
7053/18 7059/4 7066/6
7067/13 7074/18
7076/16 7076/18
7082/20 7083/25
7086/21 7089/4
7107/10 7108/14
began [4] 7039/8
7043/15 7054/15
7086/24
begin [1] 7033/25
beginning [1] 7022/21
behalf [6] 6996/2
6996/23 6997/19
7011/9 7115/4 7116/1
behind [1] 7042/25
being [37] 6988/15
6992/25 7001/15
7005/8 7014/25 7017/5
7017/6 7017/6 7017/23
7018/11 7019/25
7025/22 7026/5 7029/3
7031/9 7035/19
7036/15 7040/9
7040/12 7048/6 7048/7
7048/7 7061/12 7069/1
7073/5 7074/9 7074/24
7074/25 7077/20
7081/5 7084/23
7089/24 7092/10
7101/2 7106/11
7106/11 7106/13
beliefs [4] 7044/12
7044/20 7044/20
7102/9
believe [21] 6990/17
6995/15 7002/22
7005/15 7016/25
7018/3 7026/9 7028/25
7050/18 7058/4
7082/16 7085/14
7085/22 7092/6
7093/15 7093/23
7093/24 7095/10
7095/25 7099/10
7101/19
believed [3] 7024/21
7082/17 7103/17
believes [1] 6992/6
belong [1] 7057/1
Bench [1] 7016/22
Benning [1] 7036/10

Berkeley [6] 7065/13
7065/17 7066/3 7066/5
7066/24 7089/20
Berwick [1] 6983/12
best [6] 6991/14
7011/3 7042/10 7045/1
7100/7 7101/5
Betier [3] 7111/20
7112/3 7112/5
better [4] 7012/3
7090/11 7101/6
7101/22
between [4] 6993/14
7054/15 7062/4
7113/17
beyond [1] 7031/5
big [15] 7041/11
7042/20 7043/18
7046/25 7048/20
7058/6 7058/7 7060/6
7062/4 7072/9 7076/4
7076/8 7084/1 7086/20
7101/22
big-box [1] 7084/1
biggest [2] 7056/15
7056/14
bigtime [1] 7071/22
bike [3] 7075/7 7076/5
7076/8
bill [4] 7042/10
7042/12 7045/9 7049/5
binoculars [1] 7063/22
bit [11] 6988/17
6994/19 7054/15
7067/25 7087/10
7087/13 7089/2 7089/4
7090/6 7090/16
7103/22
black [9] 7052/2
7060/17 7063/7 7073/4
7074/24 7077/24
7092/18 7111/18
7111/21
Black Lives Matter [1]
7077/24
Blackwater [1]
7099/11
blame [1] 7116/10
blank [1] 7099/16
BLM [3] 7021/13
7022/13 7022/14
block [2] 7060/19
7062/24
blocs [1] 7092/13
Blue [1] 7095/10
board [8] 7038/8
7052/1 7066/22
7097/18 7098/19
7101/14 7101/16
7101/18
boards [1] 7019/24
body [3] 7073/14
7073/21 7074/21
bodyguard [2] 7099/14
7101/7
Boise [1] 7108/23
bonded [1] 7061/25
Boring [1] 7100/7

**B**

**born [2]** 7034/3 7034/4

**both [12]** 7013/7
7024/5 7034/23
7053/13 7072/1 7072/2
7077/17 7088/24
7089/13 7089/22
7089/24 7101/6

**bothered [1]** 7043/18

**bottle [1]** 7032/1

**bottles [3]** 7074/5
7074/5 7074/6

**bottom [1]** 6994/12

**bound [1]** 7045/18

**box [1]** 7084/1

**Boys [2]** 7070/3
7074/25

**Bradford [3]** 6983/11
6983/14 6986/18

**Branch [2]** 7084/17

**branches [2]** 7036/12
7047/20

**BRAND [1]** 6983/3

**brandwoodwardlaw.c
om [1]** 6983/5

**breaching [1]** 7099/7
7099/8 7099/8

**break [3]** 7087/9
7088/20 7113/17

**Brian [1]** 7109/14

**brief [10]** 7010/25
7011/9 7011/14
7011/18 7012/20
7012/22 7013/19
7013/21 7044/19
7114/22

**briefing [7]** 7013/18
7014/12 7014/16
7116/3 7116/9 7116/14
7116/18

**Briefly [1]** 7034/24

**briefs [5]** 7013/7
7046/15 7046/18
7046/19 7116/23

**brig [1]** 7044/2

**BRIGHT [3]** 6982/3
6982/7 6986/14

**bring [4]** 7020/19
7062/19 7074/13
7079/4

**broad [1]** 6995/21

**broad-based [1]**
6995/21

**broader [1]** 7078/10

**broken [1]** 7060/24

**brother [1]** 7090/9

**brought [3]** 7006/4
7048/13 7054/19

**Brown [1]** 7060/9

**buff [1]** 7040/12

**build [1]** 7036/19

**building [8]** 6983/8
7006/10 7006/18
7025/11 7025/24
7061/3 7077/5 7077/8

**buildings [4]** 7020/13
7060/20 7077/10
7092/22

**bullets [1]** 7073/22

**bunch [5]** 7007/17
7019/11 7048/13
7058/5 7062/19

**bunker [1]** 7079/12

**burn [5]** 7060/19
7068/9 7068/10 7077/5
7079/23

**burned [5]** 7017/23
7061/12 7077/20
7092/22 7092/22

**Burnie [1]** 6983/18

**burning [2]** 7020/13
7061/3

**Bush [4]** 7043/9
7043/15 7047/1
7047/16

**business [8]** 7020/10
7024/1 7024/8 7068/11
7068/14 7068/17
7097/16 7101/24

**businesses [6]**
7017/22 7017/23
7021/3 7061/2 7061/12
7084/3

**busy [1]** 7013/10

**buy [1]** 7059/16

**buy-in [1]** 7059/16

**bylaws [1]** 7050/23

**C**

**Cakes [1]** 7060/16

**Calabresi's [1]**
7042/15

**Caldwell [5]** 6983/16
6986/10 6986/20
6986/25 7115/5

**caliber [1]** 6995/7

**California [5]** 7034/4
7052/14 7065/13
7066/1 7066/2

**call [19]** 6988/25
6989/4 6991/7 6993/11
6996/4 6996/23
7002/12 7004/2
7007/17 7031/19
7049/22 7075/7 7079/8
7079/8 7082/8 7088/6
7102/16 7103/22
7111/2

**called [9]** 6996/7
7001/21 7002/17
7003/19 7005/23
7041/24 7051/18
7073/1 7095/14

**calling [6]** 6989/1
6999/2 7001/23 7005/1
7072/14 7081/9

**calm [5]** 7069/6 7069/7
7069/11 7069/17
7100/5

**calmly [1]** 7068/20

**came [16]** 7013/11
7034/20 7035/2 7043/3
7054/19 7054/24
7067/11 7067/14
7069/5 7091/24 7098/5

**bullets** 7073/22 ...

**can't [17]** 6994/25
6996/24 6999/13
7001/18 7002/24
7008/19 7011/4
7029/24 7061/25
7062/18 7062/19
7063/21 7066/7
7078/13 7082/23
7106/4 7108/12

**cancer [1]** 7046/9

**cannot [2]** 7020/15
7067/6

**Canopy [1]** 7099/11

**cap [1]** 7111/17

**capacity [1]** 7082/7

**Capitol [3]** 6990/11
7027/4 7028/7

**Capitol Grounds [1]**
6990/11

**captain [1]** 7066/6

**captured [1]** 7019/4

**capturing [1]** 7019/2

**car [6]** 7029/13 7030/3
7030/5 7071/4 7071/5
7092/17

**care [10]** 6988/12
7045/25 7046/9
7057/11 7063/8 7063/9

**bullets** — 7099/24 7111/19

**campaign [1]** 7071/22

**campy [1]** 7112/6

**can [83]** 6988/4
6988/12 6988/18
6989/15 6991/2
6992/10 6993/13
6994/9 6995/9 6995/19
6996/17 6997/18
6998/19 6999/1
6999/16 7000/3 7000/5
7001/2 7001/17
7001/20 7002/22
7006/20 7009/1 7010/5
7011/4 7013/18 7014/1
7014/6 7016/6 7016/8
7020/8 7020/9 7020/16
7020/19 7022/21
7027/23 7037/25
7045/3 7050/17
7050/21 7056/17
7058/18 7059/21
7059/24 7059/24
7063/3 7065/5 7067/6
7067/20 7075/25
7076/6 7077/8 7081/9
7082/13 7082/15
7083/9 7083/10
7087/18 7091/17
7091/18 7094/6 7094/8
7094/9 7094/13
7094/13 7094/17
7098/18 7098/19
7100/20 7101/8 7103/2
7107/12 7107/14
7107/21 7107/23
7108/3 7108/21 7109/9
7109/21 7110/20
7113/5 7116/8 7116/10

**Carolina [1]** 7044/2

**carried [2]** 7036/2
7064/23

**carry [12]** 7064/25
7065/7 7066/4 7066/7
7066/9 7076/6 7076/7
7105/14 7107/20
7107/23 7108/4 7108/5

**cars [4]** 7038/24
7105/5 7106/9 7106/12

**case [68]** 6986/6
6988/22 6989/2 6989/4
6989/4 6989/15
6989/18 6989/19
6990/7 6990/9 6990/15
6991/7 6991/11
6993/11 6993/16
6993/18 6994/7
6996/22 6997/24
6998/8 7001/4 7001/8
7001/9 7001/16
7001/23 7001/24
7002/7 7002/14
7002/18 7003/3 7003/5
7003/6 7003/7 7003/14
7003/14 7004/1 7004/3
7004/11 7004/11
7004/13 7004/14
7004/15 7004/17
7004/19 7004/23
7004/23 7005/11
7005/17 7005/18
7007/18 7008/24
7013/4 7013/10
7013/10 7032/21
7032/24 7040/23
7045/25 7061/23
7078/9 7078/18 7082/7
7086/24 7089/7
7112/24 7112/24
7112/25 7116/21

**cases [5]** 6992/17
6993/20 6996/5
6996/21 6997/21

**causing [1]** 7067/8

**center [2]** 7024/17
7039/10

**certain [2]** 7028/22
7062/11

**certainly [3]** 6989/19
6999/18 7001/18

**certified [2]** 6984/3
7039/1

**certify [1]** 7118/2

**cetera [1]** 6991/14

**CH [1]** 6984/4

**chain [2]** 7076/3
7076/4

**chains [2]** 7076/1
7076/5

**Chair [1]** 7109/4

**chance [1]** 7000/11

**change [5]** 7001/25

**cared [3]** 7043/7
7043/8 7043/9

**cares [1]** 7106/25

... 7107/2 7109/20

**changed [4]** 7037/9
7084/23 7085/22
7096/18

**changing [1]** 7071/21

**chapter [4]** 7091/23
7102/4 7102/5 7109/20

**chapters [3]** 7052/25
7076/22 7091/25

**charge [2]** 7071/16
7101/1

**charged [1]** 7070/18

**charges [2]** 7053/5
7071/13

**chat [13]** 7095/6
7095/8 7095/14
7095/18 7095/20
7096/1 7096/6 7096/12
7096/17 7096/18
7096/22 7097/1 7097/5

**chats [8]** 7086/2
7086/25 7089/5
7093/18 7096/4 7096/5
7096/8 7096/19

**CHAZ [2]** 7092/8
7092/25

**check [6]** 7000/5
7006/16 7010/5 7052/8
7053/2 7053/9

**checks [1]** 7053/1

**chief [5]** 6991/7
6991/11 6993/11
6996/21 7086/24

**chill [2]** 7074/15
7100/6

**chose [1]** 7093/21

**Churchill [1]** 7044/24

**Cinnaminson [1]**
6983/13

**Circuit [4]** 6993/17
6993/18 6993/23
6997/23

**circumstances [1]**
6995/24

**citations [1]** 7014/8

**citizens [3]** 7043/21
7043/23 7043/24

**city [3]** 6987/6 6987/9
7042/18

**civil [1]** 7043/20

**civilian [1]** 7057/13

**CJA [1]** 7007/14

**claim [2]** 7043/19
7092/8

**claimed [1]** 7047/17

**clarify [5]** 6988/18
6995/13 6998/19
7001/2 7100/20

**Clark [1]** 7036/5

**classmates [1]**
7042/17

**classroom [1]** 7042/15

**clean [1]** 7065/18

**clear [12]** 6988/21
6993/5 6997/15
7014/12 7018/19
7022/7 7033/12

**clear... [5]** 7033/13
7055/1 7079/19
7082/19 7110/16
**clearly [1]** 6992/22
**clerked [1]** 7045/16
**client [9]** 6987/13
6990/20 6995/18
6995/20 6998/11
7008/17 7012/21
7031/20 7114/1
**client's [1]** 6990/17
**clients [4]** 6990/3
6990/9 6991/18 7116/1
**clip [4]** 6987/24
6987/25 6988/6
7000/16
**close [3]** 7068/17
7088/1 7116/15
**club [3]** 7059/23
7099/15 7099/17
**clubs [2]** 7039/2
7105/19
**co [16]** 6990/7 6990/8
6990/15 6990/24
6990/25 6991/6
6992/25 6993/5
6993/21 6994/1 6994/2
6997/24 7033/14
7033/22 7038/3
7113/15
**CO-COUNSEL [1]**
7113/15
**co-defendant [5]**
6990/8 6990/15
6992/25 6993/21
6994/1
**co-defendant's [1]**
6993/5
**co-defendants [5]**
6990/7 6990/24 6994/2
6997/24 7033/22
**co-defendants' [1]**
7033/14
**cocktails [1]** 7064/2
**code [1]** 7037/10
**codified [1]** 7047/2
**Cold [1]** 7037/1
**collapsed [2]** 7042/22
7042/23
**colleague [1]** 6998/10
**colleagues [1]** 7001/3
**college [3]** 7039/5
7039/15 7039/17
**color [2]** 7051/15
7052/5
**Colorado [1]** 7058/6
**colors [4]** 7111/18
7111/21 7112/4 7112/7
**COLUMBIA [1]** 6981/1
**Columbus [5]** 7020/25
7021/1 7021/8 7021/21
7023/10
**combatant [4]** 7043/19
7043/20 7043/23
7047/1
**combatants [1]**
7047/12

**come [28]** 6993/23
7005/9 7006/12
7006/12 7031/21
7045/25 7055/13
7056/10 7057/5
7057/10 7058/20
7060/5 7060/19
7063/11 7081/10
7085/10 7090/7 7098/7
7098/8 7098/25
7100/25 7104/5 7105/2
7105/5 7107/15
7111/11 7112/19
7114/20
**comes [10]** 6992/6
6993/24 6997/6
7001/24 7002/14
7017/3 7033/15 7107/6
7115/18 7116/21
**coming [5]** 6990/18
7065/10 7078/12
7088/20 7104/3
**command [1]** 7066/19
**commanders [1]**
7066/20
**comment [1]** 7020/5
**commit [1]** 7012/21
**commitment [1]**
7035/23
**committed [1]** 7051/22
**COMMO [1]** 7037/9
**common [4]** 7018/22
7066/11 7075/22
7075/24
**communicate [2]**
7095/3 7110/23
**communications [1]**
7112/25
**communist [1]**
7053/13
**communities [3]**
7017/17 7017/21
7092/7
**community [14]**
7017/19 7039/7
7039/15 7047/23
7055/23 7056/16
7059/14 7059/15
7059/17 7059/20
7063/6 7081/9 7097/11
7097/12
**companies [1]** 7062/5
**company [3]** 7037/15
7062/9 7062/18
**complete [3]** 6989/5
7002/10 7004/3
**completely [2]** 6991/1
7004/25
**completeness [5]**
6988/5 7008/4 7008/9
7009/5 7015/10
**complex [1]** 7041/11
**compliance [1]**
7050/10
**comply [1]** 7082/18
**comported [1]** 7030/19
**compromised [1]**
7096/13

**computer [1]** 6984/7
**computer-aided [1]**
6984/7
**computers [1]** 7086/11
**concede [1]** 7079/17
**concept [1]** 6989/10
**concern [7]** 7005/7
7048/2 7048/15 7079/7
7079/9 7079/14 7092/6
**concerned [5]** 6987/21
7049/13 7080/9 7081/2
7082/6
**concerning [3]**
6988/15 6989/21
7112/24
**concerns [3]** 7023/22
7083/21 7083/24
**conclude [2]** 6997/11
7014/16
**concluded [1]** 7117/12
**conclusion [1]** 6992/6
**concrete [2]** 7074/6
7074/7
**condition [1]** 7035/18
**conduct [2]** 6993/4
6993/5
**conducting [1]**
7017/25
**conference [2]**
7016/22 7081/7
**confirm [1]** 7020/15
**confirmed [1]** 7047/16
**confiscation [1]**
7048/11
**conflict [1]** 7045/24
**confrontation [1]**
6997/10
**confusing [1]** 7078/14
**confusion [1]** 7033/11
**Congress [3]** 7047/14
7047/19 7051/1
**Congressman [1]**
7040/18
**consent [1]** 7061/2
**consequential [1]**
6994/20
**conservative [3]**
7090/20 7090/23
7091/3
**conservatives [1]**
7090/20
**consider [3]** 7034/11
7036/12 7045/9
**considered [1]**
7040/12
**consistent [2]** 6988/1
7088/14
**constable [2]** 7104/8
7104/8
**Constitution [21]**
6984/4 6987/10 7044/5
7044/22 7045/2 7045/7
7045/10 7049/25
7050/4 7050/8 7050/11
7050/11 7051/11
7054/25 7055/2 7055/7
7059/18 7082/19
7083/22 7084/7

**constitutional [6]**
6994/16 6996/9 7044/8
7082/22 7086/16
7086/19
**contact [2]** 7097/13
7108/9
**contacted [1]** 7107/12
**contemplated [1]**
7011/20
**contemplates [1]**
7001/18
**contemplating [2]**
7012/5 7115/17
**context [2]** 7078/10
7078/15
**continue [5]** 7012/3
7015/1 7016/17
7019/19 7112/22
**CONTINUED [4]**
6982/1 6983/1 6984/1
7015/18
**contract [2]** 7036/20
7045/21
**contractor [1]** 7099/11
**contrary [1]** 7084/11
**convenience [1]**
7068/5
**conversation [1]**
7024/24
**conversations [1]**
7024/20
**cool [3]** 7036/21
7091/4 7111/25
**coordinate [2]** 7105/25
7108/20
**coordinated [2]** 7110/6
7110/9
**cops [1]** 7101/20
**corner [1]** 7116/13
**corporations [1]**
7084/5
**Corps [2]** 7036/15
7036/15
**correct [28]** 7000/22
7019/19 7021/21
7023/1 7023/22
7023/23 7025/17
7030/1 7033/23
7038/15 7046/3
7046/22 7051/19
7053/20 7059/11
7059/12 7062/7 7062/8
7062/11 7064/18
7064/19 7075/3 7085/4
7087/7 7091/20
7094/18 7095/19
7118/3
**corruption [1]** 7041/10
**Costco [1]** 7084/2
**could [36]** 6989/3
6991/7 6992/16
6993/11 6995/24
6996/3 7001/13 7006/5
7009/17 7021/14
7021/15 7032/9 7033/2
7043/19 7047/5 7052/4
7053/16 7066/17

**7084/7 [1]** 7074/17
7078/18 7080/3
7085/10 7094/14
7094/16 7094/22
7095/21 7098/17
7102/18 7102/19
7108/5 7108/15
7108/17 7110/3 7112/9
7115/14
**couldn't [2]** 7079/4
7096/23
**counsel [22]** 6989/5
6989/23 6989/24
6990/16 6990/20
6992/6 6995/16 6998/4
7001/4 7002/6 7006/21
7007/9 7007/25
7014/20 7033/15
7033/22 7051/2
7113/15 7113/23
7114/19 7114/20
7117/2
**counselor [1]** 7041/23
**country [24]** 7034/18
7035/23 7044/23
7048/14 7053/14
7055/2 7055/12
7055/23 7057/4
7057/11 7064/15
7070/12 7071/21
7074/10 7076/15
7076/22 7083/23
7089/15 7091/17
7093/4 7101/10
7104/24 7108/4
7109/18
**County [1]** 7109/3
**couple [9]** 7000/3
7038/8 7043/7 7066/25
7076/18 7081/22
7107/10 7113/15
7113/19
**course [23]** 6988/24
6990/14 6993/22
6994/25 6996/17
6999/15 7000/7 7002/1
7020/14 7022/4 7043/3
7044/5 7048/21 7054/5
7054/21 7055/22
7056/1 7073/20
7080/12 7093/16
7098/15 7106/22
7116/21
**court [43]** 6981/1
6984/2 6984/3 6986/2
6990/13 6991/4 6991/6
6991/12 6991/21
6991/25 6992/3 6992/5
6992/8 6992/19
6993/10 6993/12
6993/23 6994/5
6994/23 6994/23
6995/2 6995/4 6995/4
6996/6 7008/5 7012/17
7012/25 7013/3 7014/6
7014/8 7019/18
7032/12 7033/24
7045/17 7047/3 7047/6

court... [7] 7047/13
7104/4 7110/13
7110/20 7113/24
7117/10 7117/11
court reporter [1]
7032/12
Court's [3] 6992/2
7008/1 7031/6
courthouse [4] 7000/3
7092/22 7109/6 7109/6
courtroom [12]
6986/22 7001/6 7001/7
7001/13 7001/19
7002/12 7004/7
7005/16 7014/22
7087/16 7088/12
7113/4
courts [2] 6992/20
7046/18
cover [2] 7083/13
7083/15
coverage [1] 7112/24
covers [1] 7083/14
COVID [3] 7083/22
7083/24 7085/6
CR [1] 6981/4
create [6] 6995/6
7050/25 7094/16
7094/25 7095/8 7097/4
creates [1] 7047/10
credentials [1] 7065/6
creed [1] 7051/15
crime [1] 7070/19
criminal [3] 6986/6
7045/21 7071/13
criminals [1] 7064/4
Crisp [16] 6982/14
6982/14 6986/19
6987/2 6987/22 6988/8
7000/11 7000/14
7006/9 7010/8 7010/14
7015/2 7016/19
7021/18 7027/13
7064/5
crisplegal.com [1]
6982/16
criticism [2] 7063/23
7101/21
criticized [2] 7061/14
7063/17
crop [2] 7036/2 7036/2
cross [26] 6985/4
6989/22 6989/22
6990/23 6991/5
6991/20 6993/6
6993/21 6994/4
6994/18 6994/19
6995/17 6995/19
6995/21 6996/9 6997/2
6998/3 6998/23
7023/19 7027/22
7033/8 7033/14
7033/20 7113/18
7113/23 7114/19
cross-examination [12]
6989/22 6989/22
6991/5 6991/20 6994/4

6997/2 7023/19
7027/22 7033/20
7114/19
cross-examine [5]
6993/6 6993/21
6995/17 6996/9 7033/8
cross-examined [1]
7033/14
crossed [2] 6992/13
7033/21
crossing [1] 6990/4
6990/5
crowd [6] 7019/2
7024/18 7024/18
7063/25 7069/2 7076/1
crown [1] 7045/9
CRR [2] 7118/2 7118/8
Cuban [1] 7097/15
cum [1] 7040/1
curfew [1] 7063/19
current [15] 7049/17
7049/22 7055/17
7057/25 7059/17
7064/24 7065/4 7066/1
7066/21 7071/19
7100/11 7104/7 7104/8
7107/15 7108/3
current/former [1]
7055/17
currently [2] 7001/22
7002/11
cut [4] 7035/13
7044/14 7056/12
7098/24
cycle [3] 7064/9
7070/7 7071/20
cycles [1] 7090/25
cyclist [1] 7075/7

**D**

D.C [38] 6981/5
6981/17 6983/4 6983/9
6984/5 7023/20
7024/10 7028/16
7028/22 7029/1 7030/4
7040/20 7040/20
7046/16 7064/23
7064/25 7065/1
7066/19 7067/11
7072/17 7074/23
7079/4 7079/13 7081/5
7081/22 7102/11
7104/1 7104/3 7104/5
7107/15 7107/15
7107/21 7108/5
7109/13 7110/9
7110/24 7111/3 7111/7
dad [2] 7035/12
7072/13
dad's [1] 7035/4
Dallas [6] 6982/4
6982/8 7007/20
7077/19 7095/8
7105/13
danger [1] 7077/10
dangerous [1] 7047/21
dark [3] 7052/4 7105/11

date [5] 7028/23
7054/5 7054/6 7096/3
7118/7
daughter [1] 7092/18
David [2] 6983/16
6986/20
David Fischer [1]
6986/20
day [12] 6981/7
7020/25 7022/7 7030/3
7038/24 7076/10
7081/21 7081/23
7088/6 7088/15 7101/2
7112/19
daylight [1] 7037/25
days [5] 6991/11
7103/7 7107/10 7113/9
7115/14
dead [1] 7024/5
deadline [1] 7114/22
deadly [1] 7077/4
dealing [1] 7073/20
death [1] 7109/8
December [4] 7067/12
7075/1 7095/24
7113/11
decide [4] 6993/24
6995/16 6995/17
6997/18
decided [6] 6997/19
7036/6 7038/3 7040/13
7060/25 7085/9
decides [1] 6993/17
deciding [1] 7084/19
declare [3] 7043/19
7047/12 7080/5
declared [2] 7079/16
7092/13
declaring [2] 7080/5
7093/2
defamation [1]
7051/22
defend [2] 7050/4
7050/7
defendant [34] 6982/2
6982/13 6983/2
6983/11 6983/15
6986/7 6986/8 6986/8
6986/9 6986/9 6986/15
6986/17 6986/18
6986/19 6986/20
6990/8 6990/15
6990/25 6991/6
6992/24 6992/24
6992/25 6993/21
6994/1 6998/5 6998/14
6999/24 7015/14
7022/19 7032/5
7032/20 7032/23
7083/6 7102/24
Defendant 10 [1]
6986/9
Defendant 2 [1] 6986/8
Defendant 3 [1] 6986/8
Defendant 4 [1] 6986/9
Defendant Caldwell [1]
6986/20

[1] 6986/18
Defendant Meggs [1]
6986/17
Defendant No. 1 [1]
6986/7
Defendant Watkins [2]
6986/19 7015/14
defendant's [5] 6985/5
6985/10 6990/19
6993/1 6993/5
defendants [11]
6981/7 6986/21
6987/19 6990/7
6990/24 6994/2
6997/24 6999/10
6999/14 7004/18
7033/22
defendants' [2]
6996/21 7033/14
Defender [1] 7045/22
Defender's [1] 7045/24
defending [1] 7062/24
defense [18] 6988/25
6989/22 6989/23
6998/4 7001/24 7002/7
7002/14 7002/24
7002/24 7014/13
7023/17 7033/19
7039/10 7047/15
7081/10 7114/19
7114/20 7116/21
defenses [1] 6990/17
defer [2] 7011/17
7013/3
definitely [4] 7034/17
7041/9 7041/10
7067/17
definition [1] 6990/21
definitive [1] 7012/17
delete [3] 7093/20
7096/17 7096/23
deliberate [1] 7033/3
delivering [1] 7107/3
demeanor [2] 7030/17
7031/10
democracy [2]
7044/24 7045/1
Democrat [2] 7043/8
7090/21
denied [1] 6995/5
Denver [1] 7095/11
deny [1] 6994/17
department [2] 7061/8
7062/2
depending [11] 6988/5
6988/23 6989/1 6997/2
7000/25 7001/4 7002/7
7002/13 7004/9
7064/19 7116/9
depends [2] 7073/11
7075/15
Deplora [1] 7073/1
Deplora-Ball [1]
7073/1
deputies [1] 7067/21
deputy [1] 7102/4
describe [2] 7016/3

describing [1] 7018/12
designated [1]
7044/16
designed [2] 7059/10
7082/3
destroy [1] 7053/14
destroyed [1] 7093/18
destruction [1]
7020/13
detail [1] 7017/16
7037/18 7104/6
detailed [2] 7029/4
7029/10
detained [1] 7044/1
detention [2] 7047/4
7047/4 7047/8
deter [3] 7073/17
7073/18 7080/11
determine [2] 6993/12
7009/5
determined [1]
7048/12
deterrent [2] 7080/8
7103/20
dictate [2] 7007/4
7007/6
dictatorship [1] 7035/2
did [147]
did you [10] 7022/8
7036/22 7037/4
7040/25 7041/3 7042/6
7071/20 7071/23
7095/22 7114/22
didn't [19] 6987/5
6987/6 6987/9 6989/20
6996/2 7001/10 7011/8
7023/20 7025/4 7030/3
7035/13 7044/14
7056/11 7080/11
7080/11 7090/10
7092/23 7095/22
7097/1
difference [3] 6993/14
6994/3 7080/19
different [19] 6997/24
6998/7 7003/20
7004/10 7007/7 7026/5
7039/5 7042/3 7054/16
7058/6 7060/3 7061/1
7084/20 7087/10
7090/3 7095/4 7096/6
7099/22 7106/3
differently [1] 7011/19
difficult [1] 7001/16
digging [1] 7044/18
diligent [1] 6990/1
direct [9] 6985/4
6995/25 6996/2 6998/8
7015/18 7032/6
7084/16 7085/7
7113/12
directed [2] 7033/14
7033/21
direction [2] 7007/4
7013/14
directors [3] 7052/1
7066/22 7101/18

**directs** [1] 6997/2
**dirt** [1] 7034/10
**dirt-floor** [1] 7034/10
**disability** [1] 7038/8
**disabled** [2] 7038/14 7104/20
**disagree** [3] 6994/15 6997/20 6998/4
**disarmed** [1] 7105/11
**disaster** [9] 7057/19 7057/22 7058/2 7060/1 7065/9 7065/18 7098/4 7098/11 7098/12
**discharged** [2] 7038/7 7038/13
**Discord** [3] 7093/10 7093/16 7093/16
**discourse** [1] 7089/12
**discretionary** [1] 6992/19
**discrimination** [1] 7051/13
**discuss** [1] 7024/23
**discussed** [2] 7001/5 7031/5
**discussion** [3] 6998/20 7020/21 7023/4
**discussions** [4] 7001/8 7015/6 7082/20 7112/24
**disgusting** [1] 7052/12
**disperse** [1] 7081/8
**display** [1] 7017/18
**distinction** [3] 6994/3 7052/5 7062/4
**DISTRICT** [3] 6981/1 6981/1 6981/10
**disturbed** [1] 7043/9
**disturbing** [5] 7047/9 7052/14
**division** [2] 7055/12 7097/9
**do** [132] 6990/15 6991/2 6991/2 6991/19 6994/9 6994/13 6999/9 6999/17 7000/12 7000/19 7000/25 7001/3 7002/24 7006/5 7006/9 7006/14 7009/11 7009/14 7009/17 7009/25 7010/2 7011/15 7011/18 7012/7 7013/9 7013/16 7013/16 7013/21 7016/2 7016/11 7019/24 7020/24 7022/2 7022/8 7025/22 7025/23 7026/4 7026/13 7026/18 7027/2 7027/11 7027/18 7028/2 7028/8 7028/9 7028/18 7030/8 7032/24 7033/1 7033/24 7034/11 7035/20 7035/22 7037/23 7038/3
7040/17 7041/16
7044/20 7044/21
7045/15 7050/3
7051/23 7052/25
7053/2 7053/22 7054/5
7054/6 7055/11
7055/24 7056/5 7056/7
7056/10 7056/10
7056/15 7058/13
7058/16 7059/7
7059/24 7060/2
7061/11 7061/20
7062/10 7062/20
7063/14 7063/15
7063/19 7063/24
7067/6 7067/7 7067/15
7070/13 7074/3 7074/8
7079/15 7081/11
7081/11 7084/7
7084/20 7085/11
7087/3 7088/1 7088/25
7089/1 7090/7 7090/11
7090/14 7092/16
7094/10 7095/6 7095/6
7095/20 7096/15
7101/17 7101/20
7101/22 7103/17
7103/25 7104/21
7105/8 7105/24
7106/16 7107/8
7108/21 7110/1 7110/6
7111/15 7114/4 7114/7
7114/24 7115/1
**do you** [3] 7025/22 7034/11 7111/15
**Do you have** [1] 7070/13
**do you know** [1] 7101/17
**do you remember** [5] 7026/4 7039/19 7087/3 7095/20 7110/6
**do you see** [1] 7016/11
**doctrine** [1] 7043/23
**document** [1] 7025/13
**does** [21] 6992/19 6996/13 6997/1 6998/4 6999/11 7003/22 7007/14 7018/20 7018/25 7040/8 7049/9 7057/12 7083/13 7083/15 7094/10 7094/19 7099/14 7099/22 7101/24 7101/25 7105/5
**doesn't** [8] 6993/1 6993/24 6995/10 6997/10 6997/11 7057/11 7069/17 7084/20
**doing** [35] 6991/14 6995/3 6998/15 7009/7 7017/15 7024/22 7037/22 7037/25 7043/10 7046/13 7046/15 7050/10 7056/18 7057/22
7070/5 7070/14 7071/7
7073/11 7073/12
7073/16 7077/17
7077/18 7090/1 7090/4
7090/6 7090/21
7092/12 7095/8
7098/11 7101/20
7109/17 7111/4
7116/12
**doing, [1]** 7107/4
**doing, yeah** [1] 7107/4
**Dolan** [2] 7057/5 7089/6
**dollars** [1] 7024/9
**domestic** [1] 7050/5
**domestically** [1] 7049/2
**don't** [67] 6987/5 6988/2 6988/24 6992/8 6992/17 6994/3 6994/22 6995/1 6997/17 7000/1 7000/2 7002/2 7002/22 7003/6 7005/7 7005/15 7007/8 7007/9 7007/10 7007/16 7007/22 7008/6 7008/14 7008/15 7008/16 7008/19 7009/22 7009/24 7010/7 7010/10 7011/6 7011/12 7012/20 7013/2 7013/7 7016/25 7018/3 7019/5 7019/8 7028/11 7028/19 7047/11 7057/12 7057/22 7061/20 7061/23 7061/24 7064/3 7067/21 7068/15 7068/16 7070/2 7070/4 7070/21 7072/6 7077/4 7077/5 7103/20 7106/18 7107/1 7107/1 7107/17 7107/18 7113/16 7114/14 7115/7 7116/18
**donations** [1] 7058/20
**done** [10] 6996/17 7024/19 7030/15 7047/16 7071/15 7093/19 7114/5 7115/6 7116/3 7116/15
**Donovan's** [1] 7030/5
**door** [1] 6990/12
**dormant** [2] 7091/25 7096/19
**double** [2] 7006/16 7010/5
**double-check** [2] 7006/16 7010/5
**Doug** [1] 7104/15
**Douyon** [2] 7006/21 7006/24
**down** [36] 7009/10 7010/8 7031/16 7045/6 7050/12 7053/17
7061/13 7064/3
7065/22 7077/5
7079/11 7079/20
7079/21 7079/22
7079/24 7081/4 7084/3
7089/1 7092/16
7093/13 7093/17
7094/10 7096/12
7098/5 7098/7 7098/8
7098/9 7098/17
7098/25 7099/2
7099/24 7108/14
7113/5 7114/17
**downtown** [1] 7065/17
**dozen** [1] 7005/8
**drag** [1] 7079/18
**dragging** [1] 7071/4
**drawing** [2] 7073/14 7099/16
**drawn** [1] 7046/6
**dressed** [1] 7073/4
**drive** [2] 6983/12 7029/13
**driven** [1] 7079/10
**driver** [1] 7078/18
**drop** [1] 7091/6
**Dubose** [1] 7060/16
**due** [2] 7004/17 7044/3
**dues** [2] 7053/24 7058/18
**during** [14] 6996/20 7002/7 7004/2 7020/14 7022/4 7023/20 7026/19 7037/1 7038/24 7046/25 7054/13 7064/12 7090/18 7090/22
**duty** [6] 7038/9 7048/17 7049/6 7050/2 7066/2 7107/16

**E**

**E-l-m-e-r** [1] 7032/14
**each** [8] 6991/15 6996/20 6997/25 7002/6 7069/17 7084/14 7095/6 7106/3
**earlier** [4] 7020/12 7025/12 7050/19 7103/23
**ears** [1] 7007/13
**Edmund** [1] 6983/2
**educate** [1] 7047/23
**educational** [1] 7103/14
**Edward** [3] 6982/10 6986/10 6986/15
**Edward Tarpley** [1] 6986/15
**Edwards** [2] 6981/16 6986/12
**edwardtarpley** [1] 6982/12
**effect** [5] 7017/18 7018/3 7018/7 7025/23 7025/24
**effectively** [1] 6998/6
**efficiency** [2] 6997/12 6998/25
**efficient** [1] 6999/9
**effort** [1] 7058/21
**efforts** [3] 7058/3 7060/1 7061/14
**either** [14] 6991/2 7007/9 7008/17 7011/7 7013/19 7019/25 7033/14 7033/21 7056/22 7073/25 7076/16 7078/7 7084/21 7089/6
**elderly** [1] 7104/20
**elected** [6] 7065/15 7071/20 7072/25 7083/18 7089/13 7091/2
**election** [22] 7064/9 7070/7 7071/19 7076/13 7076/17 7076/18 7077/14 7079/16 7082/10 7082/11 7082/16 7082/17 7082/24 7083/25 7084/8 7084/19 7085/3 7085/24 7093/6 7102/9 7102/10 7107/6
**elections** [2] 7083/15 7083/23
**electors** [2] 7083/16 7084/16
**elements** [1] 7012/24
**elicit** [1] 6991/17
**ELMER** [5] 6981/6 6982/2 6986/7 7032/5 7032/13
**Elmer Stewart Rhodes III** [2] 6986/7 7032/13
**else** [6] 6999/23 6999/25 7003/22 7025/23 7064/25 7117/2
**email** [11] 6981/18 6981/19 6982/5 6982/9 6982/12 6982/16 6983/5 6983/10 6983/14 6983/19 6988/14
**emails** [1] 7108/24
**embarrassed** [1] 7061/8
**emblem** [1] 7111/23
**emergency** [2] 7049/4 7078/19
**Empire** [1] 6983/17
**employees** [1] 7068/7
**EMS** [3] 7049/14 7049/24 7056/16
**EMT** [1] 7059/22
**encourage** [1] 7109/20
**encouraged** [1] 7063/13
**encrypted** [2] 7087/7 7093/9
**end** [6] 7013/3 7019/2 7093/9 7093/9 7112/19

# E

**end... [1]** 7112/19
**ended [7]** 6991/20
6991/23 6993/9
6993/15 6994/18
6997/14 7038/9
**ending [1]** 7111/11
**enemies [1]** 7050/5
**enemy [5]** 7043/18
7043/20 7043/23
7047/1 7047/12
**enemy-combatant [1]**
7047/1
**energy [1]** 7069/18
**enforcement [29]**
7026/4 7026/19 7027/3
7048/15 7049/3
7049/14 7049/23
7050/3 7050/6 7064/24
7065/2 7065/4 7065/6
7065/10 7065/25
7066/2 7066/14
7066/18 7067/1 7067/4
7067/5 7067/7 7067/13
7075/5 7107/21
7107/24 7108/3 7108/4
7110/24
**engaging [1]** 7018/24
**England [1]** 7045/3
**enjoyed [1]** 7026/7
**enough [3]** 7025/4
7057/13 7074/20
**entered [2]** 7014/22
7088/12
**entire [10]** 7000/15
7008/2 7008/5 7008/16
7015/8 7015/8 7019/3
7019/6 7060/19 7064/3
**entirety [4]** 7009/1
7017/11 7018/9
7018/21
**entitled [1]** 7051/15
**entrance [1]** 7010/2
**entry [1]** 7036/9
**error [1]** 7047/7
**errors [1]** 7037/11
**escort [9]** 7104/18
7104/19 7104/22
7106/8 7107/11
7108/21 7112/13
7112/15 7112/16
**escorted [5]** 7072/24
7072/25 7073/5
7074/24 7074/25
**escorting [2]** 7073/12
7104/2
**escorts [1]** 7110/21
**especially [6]** 7030/6
7053/3 7085/5 7104/20
7105/1 7105/1
**essentially [2]** 6988/16
6993/2
**et [2]** 6981/6 6991/14
**et cetera [1]** 6991/14
**ethos [1]** 7059/19
**even [20]** 6986/24
6989/18 6991/4
6992/23 7047/11

7065/5 7065/21 7072/9
7074/19 7074/23
7079/19 7080/11
7082/20 7086/21
7094/24 7103/20
7104/5 7106/4
**evening [2]** 6988/15
7020/16
**evenings [1]** 7020/14
**event [30]** 7030/4
7042/16 7065/14
7065/16 7066/21
7070/17 7070/21
7071/15 7072/18
7073/10 7076/19
7077/23 7078/23
7096/1 7102/11 7104/1
7104/25 7105/11 7105/4
7105/6 7105/7 7105/21
7108/19 7108/23
7109/17 7110/10
7110/12 7110/13
7110/17 7112/9
**events [25]** 7031/9
7060/3 7064/13
7064/17 7065/9
7066/11 7067/11
7067/14 7070/6
7071/10 7072/21
7074/14 7076/15
7076/17 7076/21
7077/13 7077/14
7077/18 7077/21
7108/8 7108/15
7109/22 7111/7
7111/15 7112/8
**eventually [3]** 7036/4
7100/14 7100/16
**ever [13]** 7023/12
7026/13 7029/3 7029/4
7029/9 7064/23 7070/5
7070/17 7070/18
7070/22 7070/23
7070/25 7071/15
**every [8]** 6987/18
7005/9 7023/5 7023/5
7023/7 7030/15 7076/7
7096/12
**everybody [8]** 7033/13
7054/22 7063/18
7075/9 7087/24 7113/1
7113/7 7117/7
**everyone [13]** 6986/4
6986/23 6986/24
7011/9 7014/23
7057/20 7057/23
7059/21 7069/6
7086/16 7086/17
7087/21 7088/14
**everything [2]** 7047/16
7092/1
**everywhere [1]**
7101/11
**evidence [7]** 7012/4
7014/7 7014/9 7022/19
7083/2 7083/6 7102/24
**evidentiary [1]** 6994/20

**exactly [2]** 7014/9
**examination [16]**
6989/22 6989/22
6991/5 6991/20 6994/4
6994/19 6995/21
6997/2 6998/7 6998/8
7015/18 7023/19
7027/22 7032/6
7033/20 7114/19
**examinations [1]**
6991/16
**examine [9]** 6993/6
6993/21 6994/17
6995/3 6995/17
6995/25 6996/9
6997/13 7033/8
**examined [3]** 6994/5
6997/25 7033/14
**example [15]** 6990/6
6997/6 6998/12
7003/17 7007/1
7048/20 7050/13
7057/4 7063/14
7065/13 7072/24
7089/20 7093/5 7109/3
7111/1
**examples [1]** 7075/25
**except [3]** 7044/25
7063/4 7070/25
**exception [1]** 7071/1
**excessive [2]** 7048/6
7106/10
**exculpate [1]** 6996/15
**exculpating [1]** 6994/1
**exculpatory [2]** 6993/3
6993/4
**excuse [4]** 6993/3
7076/6 7085/6 7087/12
**executive [3]** 7084/17
7085/12 7099/13
**exercise [1]** 7012/2
**Exhibit [4]** 7022/19
7083/6 7098/14
7102/24
**Exhibit 1530 [1]**
7098/14
**EXHIBITS [1]** 6985/8
**exist [1]** 6999/11
**exists [1]** 6999/11
**exited [2]** 7087/16
7113/4
**expect [3]** 6992/9
6992/9 7011/13
**expectation [1]**
7002/17
**expectations [1]**
7113/8
**expecting [1]** 7013/19
**expediency [1]** 6992/2
**expedite [1]** 7009/17
**experience [4]** 7043/2
7057/23 7060/14
7099/25
**experienced [1]**
7109/22
**expert [5]** 7037/8
7044/8 7099/7 7099/9
7099/14

7080/23 7089/19
**explicit [1]** 7009/14
**explosive [1]** 7099/7
**explosives [1]** 7099/9
**expose [1]** 7096/15
**expressed [1]** 7086/1
**expressly [1]** 7028/12
**extent [4]** 6992/12
6992/15 6997/16
7018/12
**extraordinary [1]**
7043/16

# F

**face [2]** 7067/16
7069/20
**Facebook [2]** 7093/15
7094/8
**facilitate [1]** 7003/5
**fact [16]** 7017/8 7018/6
7018/25 7019/1
7020/22 7044/14
7047/18 7058/7
7061/14 7063/17
7066/20 7067/3
7067/16 7070/21
7073/13 7099/19
**fair [2]** 7002/22
7018/16
**fairly [1]** 6997/15
**faith [2]** 7025/4 7025/6
**fall [2]** 7064/8 7076/11
**familiar [3]** 6989/3
6989/16 7016/2
**families [2]** 7060/23
7104/20
**family [14]** 7007/14
7034/6 7034/10
7034/21 7034/23
7035/4 7035/6 7035/19
7035/22 7038/21
7042/18 7052/13
7055/25 7068/15
**fan [1]** 7041/11
**fantastic [4]** 6999/20
7099/25 7100/3
7100/24
**far [6]** 6987/6 7045/1
7062/7 7067/12
7094/10 7101/6
**farm [2]** 7034/8 7034/9
**fashion [3]** 6997/14
7081/12 7083/15
**fast [1]** 7088/24
**father [1]** 7035/7
**FBI [12]** 7001/3 7001/6
7001/15 7003/1 7005/8
7025/13 7025/19
7026/19 7027/14
7027/18 7028/2
7028/10
**federal [3]** 7050/11
7109/5 7109/6
**federalists [1]** 7054/16
**feeding [1]** 7069/17
**feel [2]** 7057/10 7084/7
**fellow [1]** 7042/23

**felon [2]** 7052/10
7053/4
**felt [1]** 7014/7
**female [1]** 7104/3
**Ferguson [9]** 7060/7
7060/10 7060/14
7063/6 7063/7 7071/1
7071/3 7073/17
7101/20
**few [9]** 6987/20
6991/11 6991/12
7032/16 7052/11
7064/1 7076/15
7111/12 7113/9
**fiat [1]** 7085/12
**Fifth [7]** 6997/17
6998/7 6998/11
6998/14 6998/15
7033/17 7044/5
**fight [3]** 7070/3
7089/23 7089/25
**figure [1]** 7116/8
**figured [1]** 7040/13
**file [6]** 7012/9 7014/13
7115/12 7115/13
7115/24 7116/11
**filed [4]** 7010/24
7071/13 7115/8 7116/2
**files [1]** 7116/3
**filing [2]** 7014/14
7115/4
**Filipino [2]** 7052/2
7052/13
**fill [4]** 7052/20 7052/20
7052/24 7053/22
**final [1]** 6989/21
**finally [1]** 7038/7
**Finance [1]** 7035/22
**financial [2]** 7024/1
7035/18
**find [11]** 7052/18
7053/8 7055/20
7056/20 7059/24
7063/25 7086/18
7093/19 7097/10
7106/1 7104/23
**fine [8]** 7008/12 7009/6
7013/8 7035/14 7048/1
7088/3 7092/1 7094/4
**finger [1]** 7072/2
**finish [2]** 6992/10
7110/22
**fire [9]** 7049/14
7049/24 7056/16
7056/22 7058/6 7058/6
7077/9 7077/9 7092/17
**firearms [5]** 7028/25
7029/7 7039/3 7079/4
7106/7
**fired [1]** 7028/7
**firefighter [4]** 7046/4
7056/8 7059/22 7077/8
**firefighters [2]** 7055/18
7077/10
**fires [1]** 7020/13
**firm [2]** 7001/12
7045/25
**first [29]** 6987/21

**F**

**first... [28]** 6996/20
6999/2 7032/10
7032/11 7036/16
7037/6 7039/15 7040/5
7042/15 7042/16
7049/15 7049/18
7050/1 7054/17 7055/2
7056/3 7060/6 7060/14
7060/15 7066/18
7078/20 7081/6 7084/9
7086/21 7087/5
7102/19 7114/20
7115/11
**Fischer [7]** 6983/16
6983/16 6986/20
6989/10 7002/15
7003/10 7115/6
**Fischer's [3]** 7011/8
7012/10 7012/12
**fischerandputzi [1]**
6983/19
**fit [1]** 7040/8
**five [2]** 7004/17 7036/3
**fix [1]** 7086/21
**flagging [1]** 6996/25
**flags [1]** 7093/1
**flew [2]** 7066/19
7066/23
**flexibility [2]** 7056/5
7059/16
**flight [1]** 7036/9
**floor [1]** 7034/10
**Florida [1]** 7091/23
**flourishing [1]** 7024/8
**Floyd [3]** 7050/13
7076/25 7076/25
**flying [1]** 7093/1
**focused [1]** 7049/12
**focusing [2]** 7005/23
7086/17
**folks [8]** 7042/2
7057/21 7058/9
7059/15 7077/7 7091/3
7106/9 7108/20
**follow [2]** 7010/7
7055/10
**following [4]** 7008/24
7012/15 7029/6
7085/23
**FOLLOWS [1]** 7015/16
**food [1]** 7107/3
**footsteps [1]** 7055/11
**force [8]** 7036/14
7043/14 7047/18
7048/6 7070/22 7077/5
7077/11 7078/6
**Forces [5]** 7036/19
7037/4 7037/12 7078/5
7111/20
**forcing [1]** 7051/6
**foreclose [1]** 6989/20
**foregoing [1]** 7118/3
**foreign [1]** 7050/5
**forge [1]** 7113/21
**forget [1]** 7072/6
**forgot [1]** 7109/14
**form [3]** 7026/9

**formal [2]** 7054/9
7054/9
**format [1]** 7096/18
**former [3]** 7049/17
7055/17 7077/8
**FormerFeds [1]**
6983/12
**formerfedsgroup.com**
**[1]** 6983/14
**forms [1]** 7053/22
**Fort [2]** 7036/10
7037/15
**Fort Benning [1]**
7036/10
**Fortunately [1]** 7047/3
**forum [1]** 7094/9
**forward [2]** 7036/2
7112/25
**foster [1]** 7059/19
**fought [3]** 7035/4
7054/18 7099/9
**found [7]** 7047/9
7052/7 7052/10
7052/11 7053/12
7097/8 7097/8
**founded [2]** 7053/19
7054/6
**founding [2]** 7054/9
7111/19
**four [4]** 7103/7 7104/3
7108/7 7109/12
**four-man [1]** 7109/12
**Fourth [2]** 6997/23
7044/5
**frame [1]** 7093/7
**framing [1]** 6993/8
**France [1]** 7054/15
**frankly [4]** 6992/23
7000/2 7061/8 7078/14
**fraud [3]** 7082/20
7086/18 7086/22
**free [4]** 7039/8 7065/23
7090/7 7093/13
**freedom [4]** 7035/2
7104/4 7110/12
7110/19
**freely [1]** 7012/19
**frequently [1]** 7108/10
**Fresno [1]** 7034/4
**frickin' [1]** 7105/14
**Friday [1]** 7014/25
**friend [1]** 7097/25
**Friendly [1]** 7031/11
**friends [1]** 7100/1
**front [4]** 6982/15
6997/2 7083/9 7104/4
**frozen [1]** 7074/5
**frustrating [1]** 7086/12
**full [3]** 6988/10 7056/8
7059/8
**full-time [2]** 7056/8
7059/8
**fully [2]** 7028/11
7028/19
**Fun [1]** 7037/2
**fund [1]** 7058/20
**fundraiser [1]** 7058/21

**G**

**gallery [1]** 7004/6
**game [2]** 7090/8
7097/11
**gas [5]** 7068/5 7068/6
7068/22 7068/23
7068/24
**gassing [1]** 7063/18
**gatekeeper [1]**
6993/23
**gave [6]** 7046/24
7055/8 7057/6 7060/25
7061/2 7063/23
**gear [1]** 7078/17
**general [7]** 7019/2
7031/10 7053/25
7069/8 7084/19 7096/5
7104/18
**generally [5]** 7029/20
7029/22 7029/23
7030/19 7111/17
**gentleman [2]** 7073/6
7109/14
**gentlemen [5]** 7014/24
7032/10 7063/6
7073/23 7112/18
**genuine [1]** 7011/23
**geographic [1]**
7004/19
**George [3]** 7050/13
7076/24 7076/25
**George Floyd [1]**
7050/13
**Georgia [1]** 7085/15
**get [58]** 6987/10
6989/7 6990/18 6993/5
6996/2 7000/1 7006/19
7006/20 7009/19
7009/20 7013/6
7016/20 7024/6
7032/17 7032/17
7033/7 7036/17
7038/12 7059/21
7061/19 7063/7 7064/4
7065/5 7067/18
7074/10 7076/9 7078/9
7078/12 7079/20
7080/10 7080/20
7081/17 7081/22
7082/20 7086/6
7086/15 7088/6
7090/10 7090/21
7090/23 7090/24
7091/6 7092/15
7092/15 7093/6
7098/19 7103/19
7103/22 7103/23
7105/12 7107/14
7108/7 7114/11 7115/8
7115/12 7115/14
7116/7 7116/7
**get across [1]** 6989/7
**gets [6]** 6992/13

6989/23 7000/24
7015/15 7031/13
7044/17

6993/24 6998/5
7078/13
**getting [10]** 7012/1
7028/6 7037/16
7040/16 7044/12
7067/8 7068/4 7068/21
7068/22 7069/4
**Geyer [2]** 6983/11
6986/18
**ghostwriter [1]**
7046/19
**Ghraib [1]** 7048/21
**girl [1]** 7092/18
**gist [1]** 7042/12
**give [7]** 6998/24
7032/1 7057/16
7063/10 7080/9
7114/22 7116/24
**given [10]** 7000/19
7004/9 7010/19 7014/6
7027/21 7045/4
7049/12 7079/24
7081/4 7113/15
**gives [1]** 6997/10
**giving [1]** 7048/25
**Glen [1]** 6983/18
**gmail.com [1]** 6982/9
**go [59]** 6986/25
6996/20 6997/2 7000/5
7012/24 7013/25
7023/20 7032/14
7032/16 7034/1
7036/16 7036/20
7037/16 7038/17
7040/3 7040/13
7040/14 7045/19
7048/7 7052/16
7053/14 7055/10
7056/13 7058/10
7058/24 7059/3
7059/21 7060/25
7065/8 7066/12
7067/19 7068/23
7069/8 7070/3 7071/9
7073/1 7075/8 7076/15
7076/17 7078/8 7078/8
7082/4 7089/4 7089/5
7091/12 7095/21
7097/14 7100/15
7102/8 7104/19
7104/22 7104/25
7106/5 7106/8 7106/12
7109/5 7109/8 7109/9
7113/25
**go ahead [2]** 7056/13
7059/3
**goal [3]** 7021/3 7021/5
7021/8
**God's [1]** 7007/13
**goes [5]** 7004/6 7062/7
7090/19 7097/21
7107/6
**goggles [1]** 7073/8
**going [83]** 6987/24
6988/25 6990/11
6996/19 6996/20
6996/22 6997/13

6993/24 6998/5
7078/13
**getting [10]** 7012/1 ...
**go ahead [2]** 7056/13
7000/17 7001/21
7003/13 7003/19
7004/10 7004/11
7006/3 7007/10
7008/14 7009/1
7009/10 7009/16
7010/17 7010/21
7011/1 7012/14
7013/17 7015/21
7016/5 7019/7 7019/8
7020/6 7024/21 7025/1
7025/11 7026/14
7027/4 7028/16
7032/16 7033/7 7036/8
7036/15 7040/14
7041/25 7054/25
7055/10 7055/12
7060/19 7066/6 7068/3
7068/10 7075/19
7079/17 7083/24
7087/9 7087/18 7088/1
7088/22 7089/1 7089/8
7090/21 7090/23
7092/5 7092/15
7092/19 7093/14
7093/20 7101/6
7103/12 7103/19
7105/10 7105/11
7105/12 7106/19
7109/9 7110/2 7110/15
7110/18 7111/3
7113/18 7115/17
7116/9 7116/22
7116/23
**gold [3]** 7111/18
7111/21 7111/23
**gone [1]** 7024/10
**good [23]** 6986/5
6986/23 6999/22
7034/1 7037/25 7038/1
7043/1 7043/1 7043/6
7046/20 7063/5
7065/13 7067/4
7074/15 7074/20
7076/10 7089/25
7093/5 7099/25 7101/7
7103/24 7109/3 7117/3
**Good morning [2]**
6986/5 6986/23
**got [29]** 6987/19
6997/16 7001/12
7005/22 7007/17
7009/4 7014/10 7027/4
7038/16 7041/22
7046/9 7047/25
7058/18 7062/11
7069/22 7069/23
7071/20 7072/10
7075/10 7089/3
7089/13 7090/7 7091/2
7094/25 7107/8
7107/11 7108/24
7109/6 7115/4
**GoToMeeting [1]**
7079/8
**gotten [1]** 7109/8
**government [30]**

**G**

**government... [30]**
6981/14 6986/13
6988/2 6989/15
6995/11 6998/10
7000/14 7002/21
7002/22 7007/25
7008/23 7010/24
7012/11 7012/11
7013/11 7014/12
7015/7 7033/7 7033/20
7044/25 7051/10
7056/20 7058/25
7097/18 7114/19
7115/7 7116/2 7116/3
7116/8 7117/5
**government's [10]**
6989/25 7000/19
7002/18 7003/5
7011/14 7013/19
7015/9 7019/15
7086/24 7098/14
**Governor [2]** 6983/17
7084/19
**grab [1]** 7009/10
**graduate [3]** 7036/4
7036/10 7036/22
**graduated [1]** 7045/13
**graduating [1]** 7039/19
**grand [1]** 6998/12
**grandfather [3]**
7034/25 7035/6 7035/7
**grandpa [1]** 7035/4
**grapevine [1]** 7110/18
**great [6]** 6999/11
6999/22 7034/25
7055/12 7057/19
7111/12
**great-grandfather [1]**
7034/25
**greatly [1]** 7052/14
**green [6]** 7052/2
7052/4 7052/4 7052/4
7054/13 7054/24
**Greene [9]** 7078/11
7097/14 7097/17
7097/22 7098/17
7098/20 7098/21
7104/10 7111/2
**Greg [7]** 7093/12
7098/1 7098/10
7098/11 7101/13
7101/17 7101/18
**Greg McWhirter [4]**
7098/1 7098/10
7101/17 7101/18
**Gregory [1]** 7094/2
**grew [2]** 7034/5
7034/10
**grief [2]** 7042/24
7043/3
**gross [3]** 7044/4
7048/9 7051/22
**ground [7]** 7066/24
7067/19 7068/10
7068/11 7077/20
7079/23 7086/22
**grounds [2]** 6990/11

**group [8]** 7046/24
7054/18 7055/15
7055/20 7060/2
7075/19 7075/20
7094/25
**groups [8]** 7039/5
7039/11 7039/11
7059/10 7091/5
7094/16 7094/22
7096/22
**grow [2]** 7034/21
7090/15
**growing [4]** 7035/11
7035/18 7035/20
7035/24
**guarantee [1]** 7036/16
**Guard [3]** 7049/3
7054/21 7054/23
**guarding [2]** 7068/5
7104/16
**guards [3]** 7039/1
7062/5 7062/14
**guess [6]** 6987/1
6992/12 6994/13
6995/5 7004/9 7004/21
7014/11 7058/18
**guestimating [1]**
7070/6
**guests [1]** 7042/1
**Guido [1]** 7042/15
**gun [2]** 7048/11
7105/14
**gunner [1]** 7035/7
**guns [6]** 7017/9
7017/14 7019/11
7064/23 7081/18
7081/20
**guy [8]** 7053/6 7056/8
7081/19 7091/3 7092/2
7097/10 7107/15
7112/6
**guys [31]** 7043/4
7049/12 7050/9
7060/15 7062/19
7062/23 7066/3
7066/25 7067/18
7069/1 7070/7 7071/3
7072/18 7073/7
7073/10 7075/20
7077/15 7077/23
7078/1 7078/7 7078/8
7092/25 7102/2
7105/24 7106/4 7108/7
7108/15 7108/24
7111/15 7112/5 7112/9

**H**

**had [98]** 6988/14
6989/10 6998/20
6998/25 7000/11
7003/2 7021/3 7023/22
7024/8 7024/8 7024/9
7024/24 7027/5 7028/5
7028/6 7028/25 7030/5
7030/5 7030/17
7030/18 7035/15
7036/20 7038/21

7042/18 7045/24
7046/25 7047/16
7047/20 7048/13
7054/18 7058/7 7058/9
7060/14 7060/17
7061/17 7061/19
7065/25 7066/25
7068/7 7068/14
7068/17 7069/19
7070/15 7070/22
7073/2 7077/19
7078/16 7079/9
7079/10 7079/20
7079/23 7080/6
7082/2 7082/7 7082/16
7083/23 7083/24
7085/6 7085/6 7085/10
7088/22 7089/23
7091/9 7091/22
7092/10 7092/12
7092/14 7092/25
7093/1 7093/1 7093/3
7093/10 7093/14
7096/10 7096/11
7096/13 7096/21
7099/6 7099/9 7099/25
7102/3 7103/14
7103/21 7103/25
7104/2 7104/5 7104/12
7104/14 7104/15
7106/13 7109/8
7109/12 7112/6
7116/10
**half [9]** 7005/8 7034/12
7044/1 7052/13
7052/14 7081/23
7088/6 7101/7 7113/12
**Haller [3]** 6983/6
6983/7 6986/16
**hallerjulia [1]** 6983/10
**hallway [3]** 7026/9
7026/11 7028/13
**hallways [1]** 7026/5
**ham [1]** 7059/23
**Hamdi [3]** 7043/25
7043/25 7047/4
**hand [1]** 7031/22
**handed [2]** 7061/15
7063/12
**handle [1]** 6997/5
**handlers [1]** 7086/17
**hang [1]** 7078/13
**happen [2]** 6996/19
7081/3
**happened [12]** 7061/7
7069/4 7077/6 7080/3
7083/23 7085/13
7085/14 7090/12
7092/20 7093/23
7096/16 7105/20
**happening [3]** 7020/16
7081/3 7092/4
**happens [1]** 7105/10
**happy [5]** 7014/24
7050/20 7061/10
7082/11 7082/14

7070/11 7074/11
7076/9 7088/1
**harden [1]** 7074/7
**Harrelson [3]** 6983/11
6986/8 6986/18
**Harrisburg [1]** 6982/15
**Harvey [5]** 7058/24
7059/5 7097/23 7098/5
7100/23
**has [42]** 6988/2 6990/9
6990/13 6991/17
6991/21 6992/1 6992/2
6992/3 6993/12
6993/23 6994/5 6996/9
6999/3 7003/21
7006/21 7008/6
7009/11 7013/12
7017/18 7030/15
7035/22 7047/6
7047/13 7050/18
7051/12 7051/18
7052/1 7057/19 7067/7
7070/23 7070/25
7071/15 7074/23
7075/9 7078/2 7093/8
7097/11 7100/24
7101/18 7113/15
7115/6 7116/2
**hasn't [2]** 6995/4
7006/12
**hatred [1]** 7051/14
**have [150]**
**haven't [2]** 6995/4
7012/20
**having [10]** 7002/12
7002/19 7005/16
7012/16 7012/22
7015/14 7023/15
7081/15 7091/16
7106/12
**he [105]** 6987/4 6987/5
6987/5 6987/8 6987/11
6993/21 6996/22
6997/18 6998/13
6998/25 7000/5
7000/19 7000/20
7000/25 7006/12
7006/15 7006/18
7009/11 7009/16
7009/17 7010/2
7010/11 7010/15
7018/25 7041/3 7041/8
7041/9 7043/19
7045/25 7047/5
7050/14 7050/15
7055/5 7055/6 7055/8
7056/9 7061/19 7066/7
7066/20 7072/13
7072/15 7072/16
7080/6 7097/10
7097/14 7097/19
7097/21 7097/25
7098/5 7098/5 7098/7
7098/8 7098/9 7098/10
7098/24 7098/24
7099/2 7099/2 7099/6
7099/6 7099/9 7099/16

7099/20 7099/21
7099/22 7099/23
7099/24 7099/24
7099/25 7100/14
7100/16 7100/18
7100/23 7101/1 7101/1
7101/2 7101/8 7101/13
7101/15 7101/19
7101/22 7101/24
7101/25 7101/25
7102/3 7102/4 7102/5
7103/17 7104/10
7104/12 7107/20
7107/21 7108/5 7109/4
7109/7 7109/8 7109/8
7111/20 7111/21
7112/6 7112/7 7116/10
7116/12
**he had [1]** 7109/8
**he said [1]** 7109/8
**He'll [1]** 7094/3
**he's [30]** 6987/4
6987/10 6988/6
6997/16 6997/17
6997/18 6997/14
6999/17 7000/16
7000/17 7018/15
7018/16 7019/2 7041/4
7041/4 7072/12
7072/13 7083/18
7097/13 7099/13
7100/6 7101/3 7101/5
7101/7 7101/10
7101/16 7107/21
7109/7 7112/5 7114/2
**head [6]** 7073/13
7074/10 7074/14
7076/9 7106/14
7114/13
**healthy [1]** 7091/9
**hear [3]** 6995/23
7002/25 7018/4
**heard [14]** 7003/1
7020/5 7020/9 7020/21
7028/6 7051/18
7051/20 7057/5 7075/3
7076/14 7078/3
7089/10 7089/13
7091/21
**hearing [2]** 6992/8
7093/17
**Hears [1]** 7086/13
**hearsay [2]** 7018/7
7018/11
**heartrending [1]**
7042/24
**heavy [2]** 7061/15
7063/12
**heavy-handed [2]**
7061/15 7063/12
**heightening [1]**
7020/22
**helicopter [1]** 7078/8
**helmet [4]** 7073/13
7074/11 7074/13
7074/18
**helmets [1]** 7073/7

**help [12]** 7027/6
7030/3 7051/2 7053/1
7056/19 7057/13
7082/8 7104/21
7106/19 7107/12
7108/13 7110/20
**helped [2]** 7060/15
7101/19
**helpful [1]** 7014/8
**helping [2]** 7029/13
7107/2
**her [32]** 7025/10
7026/7 7026/13 7027/3
7028/25 7029/6 7029/7
7029/13 7029/14
7029/16 7029/17
7030/8 7030/11
7030/20 7030/24
7030/24 7031/10
7035/6 7035/7 7036/2
7041/24 7046/10
7060/18 7061/1
7065/22 7068/7 7068/9
7068/11 7071/5 7071/5
7071/9 7092/17
**here [31]** 6986/25
6987/11 6987/19
6992/1 7000/2 7000/5
7001/6 7003/25 7004/7
7004/11 7005/8
7005/16 7005/17
7006/12 7007/10
7010/11 7018/2 7033/6
7045/5 7046/16 7049/5
7057/6 7069/20
7074/23 7076/20
7081/9 7086/17
7086/20 7090/7
7098/20 7110/19
**here's [3]** 7007/21
7052/2 7076/23
**heritage [1]** 7035/23
**herself [1]** 7030/19
**hesitant [1]** 7024/12
**hey [6]** 7048/23
7080/10 7086/19
7090/6 7106/2 7108/24
**high [6]** 7036/3 7036/4
7036/5 7036/22
7057/10 7073/16
**higher [1]** 7073/19
7093/3
**Highway [1]** 6983/17
**Hilgeman [1]** 7004/7
**him [32]** 6990/11
6996/2 6996/4 6997/7
6997/13 6999/4 6999/7
6999/19 7009/10
7009/17 7009/25
7009/25 7027/15
7032/1 7041/8 7050/16
7050/16 7068/8
7072/14 7072/14
7079/11 7079/18
7081/19 7091/22
7094/3 7098/4 7100/5
7100/10 7100/25

7113/17
**himself [2]** 6996/7
7098/10
**hinge [1]** 7001/15
**hire [1]** 7062/10
**hired [2]** 7061/22
7101/8
**his [29]** 6991/10
6994/1 6996/7 6996/22
6998/3 7017/25 7035/3
7040/20 7040/20
7046/18 7046/19
7047/17 7049/8
7067/21 7071/22
7072/13 7072/16
7078/17 7083/17
7098/1 7098/1 7098/8
7099/5 7099/23 7100/2
7100/7 7109/15 7112/6
7114/13
**history [3]** 7040/11
7040/12 7054/13
**hit [12]** 7016/8 7035/3
7042/14 7042/16
7042/19 7070/24
7071/6 7074/10 7076/3
7076/4 7076/9 7106/14
**hold [2]** 7033/3
7112/12
**Hollywood [1]** 7099/8
**home [5]** 7031/17
7046/9 7057/10
7062/24 7092/15
**honor [41]** 6986/5
6989/11 6995/15
6995/16 6995/17
6998/20 6999/21
7000/13 7000/22
7001/2 7001/10
7001/12 7002/20
7003/3 7003/24
7009/18 7010/11
7010/11 7012/18
7013/9 7014/18 7015/3
7015/6 7015/11 7018/6
7018/21 7021/16
7022/16 7026/23
7031/7 7031/13
7031/19 7032/1 7063/1
7083/4 7088/5 7098/13
7102/18 7114/10
7116/14 7117/6
**Honor's [1]** 7008/25
**HONORABLE [3]**
6981/9 6986/3 7117/10
**honorably [1]** 7038/13
**hope [1]** 7116/18
**hoping [1]** 7006/25
**Horton [1]** 7086/13
**hospitalized [1]**
7106/15
**hostile [2]** 7071/25
7096/11
**hotel [6]** 7068/21
7080/20 7081/15
7081/18 7081/19
7104/23

**hotmail.com [1]**
6983/19
**hour [4]** 7081/16
7088/6 7113/12
7113/12
**hours [2]** 7011/13
7081/22
**house [9]** 7048/11
7048/11 7079/10
7079/15 7079/18
7080/4 7080/7 7081/4
7081/10
**Houston [2]** 7098/11
7104/8
**how [45]** 6987/6
6987/9 6994/5 6994/14
6997/2 6997/24
7002/13 7003/6
7004/13 7004/21
7005/6 7005/10 7009/5
7010/17 7011/15
7012/17 7018/14
7030/18 7037/21
7039/2 7040/25 7058/2
7060/5 7061/11
7063/14 7063/24
7065/12 7067/7 7070/6
7081/19 7083/18
7084/7 7084/13
7090/19 7097/22
7101/17 7103/25
7105/3 7105/5 7106/20
7108/6 7108/7 7110/23
7115/11 7116/8
**however [1]** 6991/1
**Hughes [5]** 6981/15
6986/12 6988/7
7000/10 7018/1
**human [1]** 7092/3
**hundreds [7]** 7070/9
7070/11 7071/10
7075/15 7075/15
7096/21 7096/22
**hurricane [13]** 7048/3
7058/4 7058/11
7058/24 7059/5
7097/23 7098/4 7098/5
7098/25 7099/24
7100/23 7106/20
7106/25
**Hurricane Harvey [3]**
7059/5 7097/23
7100/23
**Hurricane Katrina [1]**
7048/3
**hurt [1]** 7090/10
**hybrid [1]** 6992/5

**I**

**I am [1]** 7088/22
**I apologize [1]** 7022/16
**I assume [3]** 7113/16
7114/9 7115/5
**I believe [9]** 7050/18
7058/4 7092/6 7093/15
7093/24 7095/10
7095/25 7099/10

**I can [10]** 6998/19
6999/1 6999/16 7000/5
7001/17 7011/4 7020/8
7020/9 7020/16 7077/8
**I can't [1]** 6999/13
**I cannot [1]** 7020/15
**I did [10]** 7010/1
7024/23 7025/6 7026/9
7039/7 7039/8 7040/4
7041/21 7100/12
7109/10
**I don't [8]** 6992/8
7002/22 7008/19
7013/7 7016/25 7018/3
7057/12 7077/4
**I guess [1]** 7004/9
7004/21
**I have [3]** 7000/24
7011/20 7114/23
**I haven't [1]** 7012/20
**I just [2]** 7005/7 7069/5
**I know [4]** 7011/2
7070/23 7094/10
7116/13
**I mean [16]** 6989/13
7003/10 7005/4 7005/7
7010/19 7018/11
7044/23 7054/1 7056/8
7069/22 7070/9 7092/7
7092/8 7106/22
7113/10 7116/20
**I recall [1]** 7026/7
**I say [2]** 7002/5
7002/11
**I should [1]** 6995/13
**I think [39]** 6991/21
6992/21 6996/5
6996/18 6997/5
6997/15 6997/15
6997/20 6997/23
7001/14 7001/17
7003/10 7003/11
7003/15 7004/22
7005/3 7009/3 7012/18
7012/19 7014/6
7017/25 7018/14
7019/6 7021/17
7026/24 7044/7
7044/25 7045/8
7047/21 7074/21
7076/14 7087/17
7090/4 7091/21
7113/10 7113/14
7114/16 7115/1 7117/3
**I thought [2]** 6987/15
7044/4
**I want [8]** 7023/25
7025/12 7040/14
7080/23 7089/4 7093/7
7100/20 7102/8
**I was [13]** 7013/10
7020/8 7020/10
7024/23 7029/13
7037/8 7037/9 7038/7
7042/14 7042/14
7046/4 7078/16
7103/14

**I went [2]** 7037/6
7046/9
**I will [2]** 7006/16
7113/10
**I worked [1]** 7040/18
**I would [2]** 7025/20
7045/25
**I wouldn't [2]** 7012/21
7110/16
**I'd [4]** 6997/7 7031/19
7044/10 7083/1
**I'll [9]** 7000/25 7019/14
7031/24 7050/3 7088/5
7100/14 7100/15
7114/20 7116/24
**I'm [70]** 6987/7
6987/14 6987/17
6987/23 6988/2
6992/12 6992/16
6993/16 6996/24
6996/25 7000/17
7005/3 7006/13
7006/23 7008/3
7008/14 7008/19
7008/24 7010/1
7012/12 7015/21
7016/5 7016/21
7019/23 7021/2
7021/10 7021/15
7022/15 7026/10
7027/13 7027/23
7029/8 7032/16 7034/1
7034/12 7035/13
7040/12 7043/1 7043/1
7043/1 7047/25
7056/11 7059/2
7065/18 7066/6
7069/18 7069/20
7072/6 7075/7 7075/24
7081/7 7081/8 7086/15
7087/9 7087/18
7088/25 7091/14
7091/16 7093/19
7096/3 7099/16
7099/19 7100/9
7101/25 7109/8
7111/10 7114/6
7114/10 7115/17
7116/17
**I'm going [5]** 7016/5
7032/16 7087/9
7087/18 7115/17
**I'm not [5]** 6996/24
7066/6 7069/18
7069/20 7109/8
**I'm not sure [3]**
6993/16 7000/17
7096/3
**I'm sorry [15]** 7006/13
7010/1 7019/23 7021/2
7022/6 7026/10
7027/13 7027/23
7029/8 7035/13
7047/25 7056/11
7059/2 7088/25
7099/19
**I'm sure [1]** 7116/17
**I've [18]** 6988/9 6988/9

**I**

**I've... [16]** 6993/20
6998/5 6998/20
7006/24 7009/4 7011/5
7020/9 7033/18
7051/20 7067/18
7069/19 7069/22
7069/23 7073/24
7074/18 7116/12
**ID [2]** 7040/21 7040/22
**Idaho [1]** 7108/23
**idea [5]** 6999/12
7018/17 7037/16
7046/24 7047/5
**Identical [1]** 7111/24
**identify [1]** 7016/6
**II [8]** 7035/3 7035/8
7047/8 7082/18
7083/12 7083/13
7084/14 7085/8
**III [7]** 6981/6 6982/2
6986/7 7032/5 7032/13
7032/14 7044/4
**immature [1]** 7037/10
**immediately [1]**
7079/17
**impacts [1]** 7001/8
**impeachment [3]**
6989/6 7002/10 7004/3
**impermissible [1]**
7001/11
**impetus [1]** 7046/25
**implicates [1]** 6992/25
**important [8]** 6995/7
7017/12 7017/14
7019/4 7045/8 7057/8
7059/14 7074/21
**importantly [1]**
6990/19
**impose [1]** 6990/20
**impressions [1]**
7018/13
**inception [1]** 7084/12
**incident [3]** 7028/13
7048/21 7071/12
**inclined [1]** 6991/4
**including [1]** 7043/21
**increasing [1]** 7092/5
**incredibly [3]** 7017/17
7018/8 7045/8
**inculpate [2]** 6993/1
6996/13
**inculpated [2]** 6995/18
6995/20
**inculpates [2]** 6990/8
6996/8
**inculpating [2]**
6990/11 6994/1
**inculpatory [4]**
6992/14 6992/16
6993/3 6998/23
**INDEX [2]** 6985/2
6985/8
**Indiana [5]** 7099/17
7099/20 7102/4 7102/5
7102/5
**Indianapolis [3]**
7099/19 7099/21

**indicated [3]** 6996/6
7008/1 7023/21
**indicted [3]** 7004/18
7032/20 7032/23
**individual [2]** 6990/17
6990/22
**individually [2]**
7094/14 7095/13
**individuals [5]** 7016/6
7017/8 7017/13
7018/24 7018/25
**indulgence [1]** 7031/6
**industrial [1]** 7041/11
**industries [1]** 7056/21
**infiltrate [1]** 7096/15
**infiltrating [1]** 7096/11
**inflation [1]** 7054/2
**influenced [1]** 7005/5
**informally [1]** 7006/24
**information [1]** 7003/2
**initial [1]** 7116/23
**initially [1]** 7040/11
**injured [9]** 7022/4
7022/6 7022/9 7037/21
7056/23 7074/9
7078/12 7079/13
7079/13
**injuries [1]** 7022/10
**injury [1]** 7022/10
**input [1]** 7025/15
**inside [3]** 7077/6
7092/10 7093/4
**instance [3]** 6995/25
7022/5 7109/16
**instances [1]** 7030/23
**Instead [1]** 7085/12
**Institute [1]** 7098/2
**instruct [1]** 7033/2
**instructor [3]** 7039/1
7039/9 7066/22
**instructors [1]** 7098/1
**insurance [1]** 7061/21
**insured [2]** 7061/25
7062/15
**insurrection [5]** 7080/5
7080/6 7080/13 7081/8
7103/17
**Insurrection Act [4]**
7080/5 7080/13 7081/8
7103/17
**intel [1]** 7110/1
**intelligence [1]** 7110/1
**intend [1]** 7012/9
**intending [1]** 6988/6
**intent [1]** 7037/17
**intention [2]** 7020/24
7116/4
**interest [4]** 6994/16
6997/12 7006/23
7103/14
**interesting [4]** 6993/18
7041/25 7042/1
7054/13
**interrupt [1]** 7087/8
**intervening [1]**
7064/12
**interview [2]** 7026/19
7028/24

**interviews [1]** 7026/19
**intimidating [2]** 7017/7
7019/12
**introduce [3]** 7018/9
7032/9 7067/22
**invalid [4]** 7082/20
7084/10 7085/24
7102/10
**inventory [1]** 7030/8
**investigation [2]**
7005/13 7071/13
**investigator [1]**
7006/11
**invitation [2]** 7098/9
7098/10
**invite [3]** 7042/1
7097/5 7097/5
**invited [3]** 7021/4
7054/12 7109/5
**invoke [1]** 7080/12
**invoking [1]** 7081/8
**involve [1]** 7002/3
**involved [2]** 7030/20
7059/21
**involvement [1]**
7059/20
**iPhone [2]** 7093/9
7094/7
**Iraq [3]** 7048/22
7057/21 7099/10
**is [285]**
**is that correct [2]**
7023/22 7046/22
**is there [6]** 6999/25
7002/18 7016/23
7069/14 7075/16
7113/24
**isn't [3]** 6990/3
7018/15 7059/10
**isolation [1]** 7000/16
**issue [23]** 6988/3
6988/15 6988/16
6989/10 6989/21
6989/24 6991/1 6990/2
6990/24 6992/23
6993/17 6993/25
6995/6 6995/10
6995/14 6997/1 6997/8
6999/19 7001/14
7006/2 7007/7 7007/8
7086/16
**issues [1]** 6987/20
6990/16
**it [234]**
**It happened [1]**
7085/14
**it's [101]** 6987/18
6987/24 6988/1
6988/16 6990/1 6990/3
6990/7 6990/14
6992/18 6993/5
6993/14 6993/17
6994/3 6994/17
6995/13 6995/21
6995/21 6996/21
6998/16 6998/17
7002/22 7003/5 7003/7
7005/15 7008/15

7017/24 7018/10
7018/11 7018/13
7018/19 7018/22
7019/4 7021/17
7025/15 7026/2
7026/22 7026/24
7026/25 7035/22
7036/6 7044/23
7044/24 7045/6
7047/13 7047/20
7049/21 7050/11
7052/12 7052/14
7054/13 7054/22
7055/13 7056/16
7060/12 7060/17
7063/2 7067/4 7069/16
7069/16 7069/18
7069/20 7069/25
7069/25 7070/11
7072/12 7074/12
7074/15 7074/21
7076/10 7077/11
7077/11 7078/7
7078/10 7080/19
7082/21 7084/4 7084/9
7084/10 7084/21
7086/12 7086/19
7087/12 7090/6
7090/24 7091/5 7091/7
7091/16 7093/9 7095/2
7097/1 7103/22 7106/3
7106/10 7106/23
7111/10 7111/23
7111/23 7115/20
7116/8
**its [2]** 7009/1 7082/19
**itself [1]** 7019/11

**J**

**J5 [1]** 7100/17
**J6 [2]** 7057/25 7080/20
**James [2]** 6982/7
6986/14
**James Lee Bright [1]**
6986/14
**Jan [1]** 7095/15
**January [11]** 7028/17
7028/23 7029/17
7029/21 7030/4
7067/13 7072/22
7095/17 7096/2
7113/12 7114/11
**January 6th [3]**
7028/23 7030/4
7095/17
**Japanese [1]** 7047/8
**JC [1]** 7009/10
**jcrisp [1]** 6982/16
**Jean [1]** 7039/9
**Jeffersonians [1]**
7054/16
**Jeffrey [2]** 6981/14
6986/11
**Jeffrey Nestler [1]**
6986/11
**jeffrey.nestler [1]**
6981/20

**Jessica [6]** 6982/14
6986/9 7016/13
7024/23 7028/16
7028/25
**Jessica Watkins [2]**
6986/9 7016/13
**jewel [1]** 7045/9
**jlbrightlaw [1]** 6982/9
**job [8]** 7038/3 7038/25
7041/17 7059/8 7090/4
7090/6 7090/11
7099/25
**jobs [1]** 7056/23
**John [5]** 7066/23
7104/7 7107/20
7110/25 7111/1
**John Shirley [1]**
7104/7
**Johnston [1]** 6982/11
**join [3]** 7036/7 7055/16
7096/14
**joined [5]** 7035/24
7085/20 7085/21
7089/7 7099/3
**joining [1]** 7056/4
**joins [1]** 7052/16
**Jonathan [3]** 6982/14
6986/19 7097/9
**Jonathan Crisp [1]**
6986/19
**Jose [1]** 7043/25
**Jose Padilla [1]**
7043/25
**journalists [1]** 7096/10
**Jr [2]** 6982/10 6983/2
**judge [10]** 6981/10
7006/18 7007/9
7007/24 7016/25
7017/20 7019/19
7020/19 7033/2 7042/9
**judiciary [1]** 7043/21
**Juli [2]** 6983/6 6986/16
**Juli Haller [1]** 6986/16
**JULIA [1]** 6983/7
**jump [1]** 7100/14
**jumped [1]** 7081/7
**jumpers [1]** 7037/23
**jumping [2]** 7037/19
7037/20
**June [1]** 7021/13
**jurors [10]** 7000/1
7006/19 7006/22
7009/19 7009/25
7051/6 7088/2 7095/14
7107/22 7111/22
**jury [19]** 6981/9
6998/12 7014/21
7014/22 7018/4
7032/10 7033/2 7034/3
7054/6 7068/1 7073/24
7075/16 7087/16
7087/17 7088/11
7088/12 7089/19
7113/4 7115/18
**jury's [2]** 7008/1
7078/3
**just [96]** 6987/12
6988/18 6988/21

**J**

just... [93] 6989/13
6990/9 6991/3 6991/8
6991/16 6992/15
6992/18 6994/6
6996/25 6998/5 7001/5
7005/7 7006/21
7006/24 7008/10
7008/23 7009/2 7009/6
7009/14 7009/25
7010/7 7011/16
7011/21 7012/1
7012/13 7012/19
7014/11 7015/7
7018/15 7018/25
7019/10 7020/5
7021/14 7022/2 7025/1
7028/6 7036/2 7037/10
7037/10 7041/1
7042/23 7042/23
7043/2 7043/14 7048/4
7063/23 7065/18
7065/20 7068/25
7069/5 7069/5 7069/6
7069/7 7069/15
7069/16 7070/6
7070/11 7071/20
7073/14 7073/18
7073/22 7074/19
7076/13 7077/11
7082/21 7084/10
7085/12 7086/15
7087/7 7088/14 7089/1
7089/21 7089/22
7089/23 7090/24
7091/25 7092/7
7092/14 7092/15
7092/20 7093/17
7093/17 7094/16
7096/16 7096/19
7112/16 7112/23
7113/24 7114/17
7114/25 7115/2 7115/9
7115/25
**Justice [1]** 7045/17

**K**

**Karriman [1]** 7066/23
**Kathryn [2]** 6981/14
6986/11
**Kathryn Rakoczy [1]**
6986/11
**kathryn.rakoczy [1]**
6981/19
**Katrina [4]** 7048/3
7058/25 7059/1 7059/4
**keep [3]** 7044/19
7063/8 7067/8
**Keeper [9]** 7015/23
7070/5 7070/18
7070/22 7070/22
7071/14 7090/12
7091/9 7111/17
**Keepers [23]** 7018/24
7046/22 7047/22
7049/9 7049/21
7050/23 7051/1 7052/6
7052/16 7052/19

7057/6 7059/7 7066/8
7068/19 7070/15
7076/17 7089/7 7098/7
7099/1 7104/13
**Kelly [2]** 6983/2 6986/8
**Kelly Meggs [1]**
6986/8
**Kenneth [2]** 6983/11
6986/8
**Kenneth Harrelson [1]**
6986/8
**Kentucky [1]** 7064/6
**kept [2]** 7037/10
7086/17
**kick [3]** 7052/11
7053/9 7093/14
**kicked [1]** 7093/15
**kids [1]** 7073/4
**killed [3]** 7077/7
7092/10 7092/17
**killing [2]** 7076/24
7077/3
**kind [27]** 7026/11
7032/17 7038/11
7040/8 7041/4 7041/5
7046/2 7046/13
7047/25 7061/8
7061/17 7064/8 7074/2
7076/16 7080/9
7086/12 7086/18
7086/25 7090/5
7091/22 7091/25
7092/19 7094/20
7096/5 7096/19
7107/18 7107/19
**kinds [2]** 6996/16
7072/21
**King [1]** 7065/16
**kit [4]** 7075/2 7075/4
7075/7 7075/12
**kitting [2]** 7075/3
7075/12
**knew [8]** 7025/2
7026/11 7028/16
7036/8 7043/10 7049/6
7077/7 7090/9
**knife [1]** 7105/15
**knocked [3]** 7019/25
7020/1 7106/13
**know [98]** 6987/5
6987/5 6988/2 6988/24
6992/17 6992/23
6993/15 6994/18
6994/19 6997/8
6997/17 6997/18
7000/1 7000/2 7001/15
7003/6 7003/6 7005/8
7007/11 7007/16
7007/16 7007/22
7008/5 7008/6 7008/14
7008/15 7008/18
7009/22 7009/24
7010/2 7010/4 7010/10
7011/2 7011/8 7012/20
7018/15 7019/5 7019/7
7019/8 7019/24
7029/16 7029/19

7043/4 7047/11
7048/16 7049/24
7053/6 7053/12
7056/21 7057/9
7057/17 7058/24
7062/22 7067/21
7069/22 7070/21
7070/23 7072/7 7073/4
7073/17 7074/6 7074/8
7075/18 7077/5 7091/3
7091/25 7093/1
7093/20 7094/10
7099/5 7101/17
7105/18 7106/1
7106/10 7107/12
7107/13 7108/8 7108/9
7108/12 7108/13
7108/20 7108/21
7110/4 7110/19
7110/21 7111/3 7111/5
7112/9 7112/13
7113/16 7114/4 7114/7
7114/14 7114/15
7116/13
**knowledge [8]** 7003/21
7022/13 7022/14
7023/7 7029/4 7029/6
7029/10 7083/22
**known [2]** 7097/22
7105/3
**knows [3]** 7067/5
7067/7 7105/17
**Korematsu [1]** 7047/7
**Krogmann [1]** 7109/14

**L**

**L.T [1]** 7116/10
**LA [1]** 6982/11
**lack [1]** 7025/6
**ladies [8]** 7014/24
7032/10 7073/12
7073/23 7107/11
7110/15 7110/17
7112/18
**lady [6]** 7060/17
7068/6 7071/4 7074/24
7092/14 7092/14
**Lafayette [1]** 7076/19
**Lai [1]** 7048/19
**language [1]** 7065/18
**large [1]** 7024/18
**larger [1]** 7018/19
**Las [5]** 7036/5 7038/18
7039/14 7041/18
7046/6
**Las Vegas [4]** 7036/5
7038/18 7039/14
7046/6
**LASSITER [1]** 6982/3
**last [11]** 6988/14
6990/14 6991/12
7010/25 7013/7
7032/11 7032/11
7058/6 7093/11
7095/10 7095/11
**late [1]** 7103/22
**later [5]** 7002/13

7081/25
**laude [1]** 7040/1
**launched [1]** 7054/4
**Laura [1]** 7068/6
**law [51]** 6983/3 6983/7
6989/19 7007/14
7007/23 7013/10
7026/4 7026/19 7027/2
7040/3 7040/13
7040/14 7041/19
7041/22 7042/14
7045/4 7045/13
7045/21 7048/15
7049/3 7049/14
7049/23 7050/3 7050/6
7061/23 7061/23
7062/7 7064/1 7064/24
7065/2 7065/4 7065/6
7065/7 7065/25 7066/1
7066/14 7066/18
7067/1 7067/1 7067/4
7067/5 7067/7 7067/13
7075/5 7084/20 7085/7
7107/21 7107/23
7108/3 7108/4 7110/24
**lawful [1]** 7048/16
**Lawn [2]** 6982/3
6982/7
**laws [4]** 7048/25
7084/23 7085/23
7085/25
**lawsuit [4]** 7061/5
7061/6 7085/20
7085/21
**lawyer [3]** 6995/19
6998/8 7044/3
**lawyer's [1]** 6995/18
**lawyers [1]** 6996/1
**lay [1]** 7079/17
**lead [1]** 6989/18
**leader [3]** 7100/25
7104/9 7110/25
**leaders [4]** 7067/2
7096/9 7096/9 7100/16
**leadership [5]** 7066/23
7067/5 7096/5 7109/23
7110/8
**leading [10]** 6991/22
6991/23 6992/3 6993/9
6993/15 7063/1 7064/8
7079/15 7084/24
7085/3
**leaning [1]** 7013/14
**learn [1]** 7037/10
**learned [1]** 7046/25
**least [5]** 6997/15
6999/1 7026/9 7044/1
7101/19
**leave [7]** 6989/13
7007/2 7007/5 7048/8
7056/9 7074/22
7105/13
**leaving [3]** 7084/1
7105/20 7112/8
**led [2]** 7104/6 7106/14
**Lee [2]** 6982/7 6986/14
**left [6]** 7016/15

7038/6 7043/8
**legal [1]** 7051/2
**legally [2]** 7039/3
7064/25
**legislature [5]** 7045/3
7084/15 7084/22
7085/9 7085/10
**legitimate [2]** 7053/6
7092/6
**length [1]** 7010/19
**lenient [1]** 6991/22
**LEO [1]** 7107/23
**LEOSA [2]** 7065/6
7107/25
**less [5]** 6990/24
7063/11 7091/4
**let [21]** 6989/9 6997/13
7011/19 7057/17
7065/19 7071/9 7074/7
7076/20 7079/22
7087/8 7089/22
7093/19 7106/1
7108/12 7108/13
7108/20 7110/3
7110/16 7111/2 7111/5
7112/13
**let's [19]** 6995/6
6995/14 6998/24 7002/4
7003/24 7008/8 7009/2
7009/5 7012/7 7013/16
7014/15 7019/17
7034/20 7073/23
7076/11 7082/10
7087/5 7087/5 7093/6
7115/3
**lethal [1]** 7077/11
**letter [3]** 7086/6
7086/11 7102/15
**letters [1]** 7111/25
**Lewis [1]** 7037/15
**Lexington [5]** 7054/13
7054/19 7054/19
**Lexington Green [1]**
7054/13
**LGBT [1]** 7039/11
**LGBTQ [1]** 7065/21
**liaison [1]** 7067/16
**liber [1]** 7041/4
**liberal [3]** 7090/22
7091/5 7091/6
**libertarian [7]** 7041/4
7041/7 7041/9 7041/9
7065/16 7072/6
7072/13
**libertarian-minded [1]**
7041/9
**license [1]** 7061/20
**licensed [5]** 7061/20
7061/25 7062/11
7062/15 7101/3
**lied [1]** 7052/7
**life [4]** 7036/3 7057/13
7057/14 7073/22
**light [1]** 7052/4
**lightly [1]** 7013/2
**like [100]** 6997/7
7000/25 7001/5

**like... [97]** 7002/25
7007/5 7009/18
7013/13 7015/7
7024/12 7024/18
7026/15 7031/19
7037/23 7039/5 7042/2
7043/12 7043/15
7044/23 7049/18
7052/17 7052/17
7053/5 7053/12
7053/25 7054/21
7054/22 7055/21
7056/6 7056/16 7057/1
7057/10 7057/21
7058/6 7060/3 7062/13
7062/17 7062/24
7063/16 7063/17
7063/21 7066/17
7069/20 7072/24
7073/8 7073/11
7073/12 7073/16
7074/4 7074/5 7074/18
7076/3 7076/3 7076/8
7077/19 7078/10
7078/15 7079/21
7082/6 7083/1 7083/25
7086/19 7087/9
7089/20 7090/6 7091/3
7092/1 7092/8 7093/2
7093/8 7093/10
7093/11 7094/6 7094/8
7094/8 7094/9 7094/14
7094/16 7095/25
7096/5 7096/6 7096/15
7096/25 7097/7 7097/8
7101/5 7101/8 7102/15
7103/7 7103/18
7103/22 7105/19
7106/3 7106/10
7107/11 7107/20
7110/2 7110/25
7111/17 7112/4
7112/15
**like-mind [1]** 7096/15
**liked [1]** 7002/25
**likelihood [1]** 7001/15
**likely [2]** 7013/3
7116/23
**limbo [1]** 7038/11
**limitations [1]** 7004/19
**limited [2]** 6995/19
6995/22
**limits [1]** 7059/24
**Linder [8]** 6982/2
6982/3 6986/14
7031/18 7087/8
7088/16 7111/10
7113/8
**line [14]** 6992/13
6992/13 6992/18
6994/12 6994/21
7009/11 7009/23
7009/25 7022/2
7028/18 7028/19
7106/2 7106/6 7106/7
**lined [1]** 7006/19
**lines [1]** 7049/6

**lingo [1]** 7075/2
7075/16 7075/19
7075/21
**lining [1]** 7115/20
**lips [1]** 7007/13
**list [1]** 7114/17
**listen [1]** 7005/9
**listener [1]** 7018/8
**little [13]** 6988/17
6994/19 7013/8
7067/25 7073/3
7087/10 7087/12
7087/13 7088/23
7089/2 7089/4 7090/5
7103/22
**little bit [1]** 6988/17
**live [6]** 7073/22
7089/21 7101/24
7110/2 7110/3 7110/4
7110/25 7111/16
7110/3
**live-stream [2]** 7089/21
7110/3
**live-streams [2]** 7110/2
7110/4
**lived [3]** 7068/15
7068/16 7099/17
**lives [6]** 7077/24
7095/11 7097/11
7099/18 7099/20
7099/21
**living [1]** 7100/24
**LLC [2]** 6982/14
6983/12
**load [1]** 7081/20
**local [20]** 7052/25
7059/10 7059/15
7059/16 7059/23
7060/15 7061/9 7067/1
7067/1 7076/22 7084/3
7092/14 7096/9 7097/8
7097/9 7097/10
7097/10 7097/13
7106/1 7109/20
**locations [2]** 7028/9
7028/10
**lock [1]** 7076/8
**locks [1]** 7076/5
**long [13]** 6987/9
6988/13 7010/17
7011/15 7014/1 7017/9
7019/11 7037/14
7037/14 7040/25
7081/19 7097/22
7116/8
**long-range [1]** 7037/14
**longer [2]** 7092/9
7093/2
**look [13]** 6994/12
6997/5 7001/14
7003/10 7016/2
7018/14 7026/14
7050/9 7063/6 7095/21
7112/25 7114/16
7115/1
**looked [6]** 6987/23
6993/20 7000/10
7061/22 7062/13
7111/22
**looking [5]** 6988/2

7111/25
**looks [4]** 7009/18
7016/2 7016/3 7103/6
**looted [1]** 7017/23
**lot [33]** 7002/24 7017/5
7017/13 7035/19
7035/25 7042/17
7042/23 7055/16
7056/23 7057/3
7068/22 7069/5
7075/20 7076/24
7076/25 7078/3
7079/12 7079/13
7086/25 7089/14
7090/20 7091/2
7091/24 7092/16
7099/14 7100/6 7105/8
7106/4 7106/5 7107/14
7107/14 7107/16
7112/11
**lots [1]** 7037/20
**Louis [2]** 6981/15
6986/12
**Louis Manzo [1]**
6986/12
**Louisville [12]** 7015/24
7021/2 7060/12 7064/6
7067/22 7068/1 7068/9
7076/21 7078/16
7095/7 7096/25 7097/8
**love [1]** 7034/18
**loves [1]** 7057/23
**low [1]** 7073/15
**LSAT [2]** 7041/18
7041/20
**lunch [1]** 7113/17
**Luther [1]** 7065/16
**Luther's [1]** 7077/19

**M**

**M.O [2]** 7069/8 7069/10
**ma [1]** 7084/1
**ma-and-pa stores [1]**
7084/1
**made [12]** 7011/10
7014/6 7047/7 7053/2
7055/7 7082/4 7082/19
7084/5 7085/8 7090/7
7090/11 7101/1
**MAGA [7]** 7023/8
7024/17 7078/21
7087/1 7102/16 7107/8
7110/7
**magnitude [1]** 7014/7
**main [4]** 7005/7
7049/20 7056/17
7080/9
**mainly [1]** 7047/23
**maintained [1]**
7017/15
**major [3]** 7040/6
7040/12 7111/20
**majority [1]** 7045/7
**make [24]** 6988/21
6991/4 6995/6 7001/11
7009/15 7012/25
7012/25 7014/12

7050/9 7053/4 7053/4
7055/1 7056/14
7062/14 7067/19
7068/16 7079/19
7080/2 7082/7 7100/24
7105/3
**makes [5]** 7003/8
7005/14 7012/18
7018/2 7056/4
**making [9]** 6991/15
7011/11 7011/21
7012/6 7012/6 7017/10
7037/11 7070/1 7084/2
**males [1]** 7071/4
**man [3]** 7050/14
7100/24 7109/12
**managed [1]** 7079/20
**Manner [1]** 7084/15
**many [11]** 6997/2
7003/6 7004/18
7004/18 7004/19
7037/11 7057/9 7058/2
7064/14 7070/6
7103/25
**Manzo [2]** 6981/15
6986/12
**march [10]** 7023/8
7024/17 7030/12
7030/15 7054/8
7065/15 7078/2
7102/16 7103/8 7107/8
**Marine [6]** 7035/12
7036/14 7036/15
7036/15 7036/16
7109/13
**Marion [1]** 7102/4
**Marissa [1]** 7010/4
**mark [3]** 6988/1
7015/11 7016/6
**marked [1]** 7021/10
**Martin [1]** 7065/16
**mask [1]** 7031/25
**masks [1]** 7014/20
**massacre [1]** 7048/19
**massive [1]** 7084/4
**matter [7]** 6998/3
6998/16 6998/18
7048/24 7077/24
7095/11 7118/4
**mattered [1]** 7041/24
**max [1]** 7113/12
**maximum [1]** 7059/15
**may [31]** 6987/3
6988/4 6989/17
6989/18 6990/16
6990/20 6991/16
7000/6 7001/15
7001/16 7001/24
7002/6 7002/9 7002/13
7002/21 7003/19
7004/2 7007/4 7007/17
7012/19 7016/19
7018/6 7018/18 7031/6
7031/16 7032/1
7033/11 7083/5
7084/15 7098/13
7102/23

**maybe [8]** 6988/12
6992/18 6995/13
6999/9 7003/1 7008/20
7036/17 7116/20
**McWhirter [7]** 7093/12
7094/2 7098/1 7098/10
7101/13 7101/17
7101/18
**MD [1]** 6983/18
**me [38]** 6988/16
6989/9 6993/3 6993/5
6997/8 6998/10
7003/17 7003/21
7008/8 7008/9 7011/19
7012/2 7012/15
7018/18 7018/20
7027/5 7033/24
7036/19 7037/9 7043/9
7043/18 7044/16
7052/12 7052/13
7052/15 7062/24
7076/20 7084/5
7086/12 7087/8
7087/13 7093/19
7096/17 7098/11
7101/19 7109/10
7110/16 7115/2
**mean [40]** 6989/13
6989/20 6992/14
6992/22 6994/15
6999/13 7003/6
7003/10 7005/4 7005/7
7007/1 7009/19
7010/19 7018/11
7024/15 7033/16
7035/13 7044/14
7044/23 7049/9 7054/1
7056/8 7056/11
7069/22 7070/9 7072/6
7075/18 7080/3
7089/16 7090/14
7090/16 7092/7 7092/8
7105/6 7106/22
7113/10 7114/1 7115/9
7115/20 7116/20
**means [1]** 7009/4
**meant [3]** 6987/15
7082/24 7104/18
**mechanical [1]** 6984/6
**media [2]** 7051/20
7112/23
**medic [4]** 7029/17
7029/19 7030/6
7078/17
**medical [2]** 7021/5
7078/11
**medicine [1]** 7107/3
**medium [1]** 7052/4
**meet [2]** 7052/9
7067/19
**Meggs [12]** 6983/2
6986/8 6986/17
6990/10 6996/2 6996/9
6996/9 6996/13
6996/13 6996/14
6996/15 6996/23
**Meggs' [1]** 6991/13
**MEHTA [2]** 6981/9

**MEHTA... [1]** 6986/3
**melee [1]** 7065/20
**member [5]** 7051/12
7051/16 7051/16
7053/7 7053/15
**members [10]** 7017/5
7022/13 7022/14
7051/21 7051/23
7070/14 7070/15
7090/21 7091/5 7099/4
**membership [11]**
7051/3 7051/4 7051/8
7052/9 7053/21
7053/25 7065/4
7090/12 7090/24
7091/6 7091/9
**mentioned [3]** 7026/5
7049/8 7101/13
**mentioning [3]** 7026/7
7028/12 7028/13
**mere [1]** 6994/20
**merely [2]** 6990/10
7019/10
**Merit [1]** 6984/2
**message [2]** 7103/18
7108/11
**met [4]** 7066/5 7098/4
7102/2 7102/6
**metro [7]** 7066/19
7079/13 7081/5
7104/22 7107/15
7109/13 7111/3
**Mexican [6]** 7034/9
7034/11 7034/12
7034/12 7035/15
7052/14
**Mexico [1]** 7035/1
**Michael [11]** 7045/17
7060/9 7078/11
7097/14 7097/17
7097/22 7098/17
7098/20 7098/21
7104/10 7111/2
**Michael Brown [1]**
7060/9
**Michael Greene [9]**
7078/11 7097/14
7097/17 7097/22
7098/17 7098/20
7098/21 7104/10
7111/2
**Michigan [1]** 7085/15
**middle [4]** 7032/11
7032/15 7041/5 7084/5
**might [16]** 6997/20
6998/24 7005/6
7005/10 7006/15
7008/10 7019/10
7024/5 7056/9 7067/20
7077/15 7080/10
7081/3 7105/14
7106/10 7116/21
**migrant [2]** 7034/8
7034/9
**Mike [3]** 7076/14
7089/7 7091/22
**miles [2]** 6987/5

**military [36]** 7034/22
7035/1 7035/20
7035/25 7036/7 7036/8
7036/23 7037/2 7038/4
7038/25 7042/2 7044/2
7046/17 7046/18
7047/4 7047/5 7047/18
7048/16 7049/14
7049/17 7049/23
7050/2 7055/17 7056/4
7056/21 7057/3
7057/12 7057/13
7066/10 7075/3 7075/5
7075/16 7075/20
7078/7 7099/11
7107/23
**militia [4]** 7017/5
7054/20 7054/21
7054/22
**Miller [1]** 7042/9
**Million [7]** 7023/8
7024/17 7078/21
7087/1 7102/16 7107/8
7110/7
**Million MAGA March
[2]** 7023/8 7107/8
**Million MAGA Rally [1]**
7087/1
**mind [2]** 7080/10
7096/15
**minded [1]** 7041/9
**mindful [1]** 6994/21
**Minneapolis [1]**
7079/21
**minority [1]** 7061/1
**minute [9]** 6987/11
6988/1 7008/2 7016/5
7064/5 7080/21 7086/7
7098/24 7101/13
**minutes [7]** 7000/4
7000/21 7008/10
7008/11 7008/22
7009/4 7111/12
**missed [1]** 6990/18
**missing [1]** 7030/6
**mission [7]** 7024/13
7049/20 7057/16
7059/16 7063/12
7070/5 7099/2
**missions [3]** 7058/4
7058/5 7058/6
**Missouri [3]** 7060/7
7062/13 7063/7
**misunderstood [1]**
6987/14
**mobile [3]** 7080/15
7080/25 7082/2
**mobile QRF [1]**
7080/15
**model [1]** 7041/25
**Molotov [1]** 7064/2
**mom [3]** 7034/9
7034/12 7046/9
**mom's [1]** 7036/1
**moment [4]** 7016/20
7045/4 7045/4 7045/8
**Monday [5]** 7088/9

**money [9]** 7023/21
7023/22 7058/18
7084/3 7091/14
7107/14 7107/14
7107/16 7107/18
**Montana [10]** 7008/17
7015/14 7019/23
7045/20 7045/21
7046/4 7046/14 7098/2
7101/24 7102/6
**month [3]** 7024/6
7024/7 7054/1
**months [4]** 6990/14
7043/7 7076/13
7077/14
**moot [1]** 6991/1
**more [29]** 6987/25
6990/18 6991/17
6992/3 6994/19
6996/18 6997/14
6998/1 7004/18
7004/18 7012/16
7013/14 7014/5
7024/11 7043/13
7044/17 7060/17
7071/25 7073/14
7081/25 7082/3
7089/13 7090/3
7090/21 7090/23
7094/24 7109/22
7113/19 7115/18
**morning [6]** 6986/5
6986/23 7014/25
7113/11 7113/17
7117/8
**morse [1]** 7037/10
**most [11]** 6989/3
6989/16 6999/9 7019/1
7043/18 7047/11
7052/13 7059/14
7066/1 7074/14
7116/23
**mostly [4]** 7066/2
7073/3 7080/8 7090/20
**mother's [1]** 7035/6
**motion [3]** 7014/4
7115/10 7115/17
**motions [1]** 7116/15
**motto [1]** 7100/7
**Mountain [1]** 7097/9
**move [2]** 7022/15
7035/25
**moved [2]** 7045/20
7102/5
**moving [3]** 7013/14
7031/4 7036/1
**Mr [3]** 6998/2 7024/22
7115/4
**Mr. [82]** 6986/25
6987/2 6987/22 6988/8
6988/14 6989/10
6990/10 6991/10
6991/12 6991/13
6993/25 6995/18
6995/20 6995/23
6995/25 6995/25

6996/8 6996/22
6996/23 6997/6 6997/7
6997/13 6997/16
6998/20 6998/22
6998/24 6999/2
6999/16 7000/2
7000/11 7000/14
7000/17 7002/15
7003/10 7003/11
7003/25 7004/4 7004/4
7006/4 7006/9 7006/10
7006/21 7006/24
7008/18 7010/8
7010/14 7010/14
7011/8 7012/10
7012/12 7015/1 7015/2
7015/4 7015/21
7016/19 7019/23
7021/18 7027/13
7031/15 7031/18
7031/20 7031/21
7031/24 7032/9 7049/8
7050/21 7064/5
7080/16 7083/9 7087/8
7088/16 7088/19
7111/10 7112/22
7113/5 7113/8 7114/13
7115/5 7115/6
**Mr. Caldwell [2]**
6986/25 7115/5
**Mr. Crisp [12]** 6987/2
6987/22 6988/8
7000/11 7000/14
7006/9 7010/14 7015/2
7016/19 7021/18
7027/13 7064/5
**Mr. Crisp down [1]**
7010/8
**Mr. Douyon [2]**
7006/21 7006/24
**Mr. Fischer [4]**
6989/10 7002/15
7003/10 7115/6
**Mr. Fischer's [3]**
7011/8 7012/10
7012/12
**Mr. Linder [5]** 7031/18
7087/8 7088/16
7111/10 7113/8
**Mr. Meggs [3]** 6990/10
6996/2 6996/23
**Mr. Meggs' [1]** 6991/13
**Mr. Nestler [3]** 6988/14
7003/11 7049/8
**Mr. Nestler's [1]**
6998/22
**Mr. Rhodes [21]**
6991/10 6993/25
6995/20 6995/25
6997/6 6997/16
6998/20 6998/24
6999/2 6999/16
7003/25 7004/4 7006/4
7008/18 7031/21
7031/24 7032/9
7031/20 7083/9
7088/19 7113/5

**Mr. Rhodes' [5]**
6991/12 6995/18
6996/1 7004/4 7112/22
**Mr. Siniff [8]** 7000/2
7000/17 7006/10
7010/14 7015/4
7015/21 7019/23
7031/15
**Mr. Siniff's [1]** 7015/1
**Mr. Stewart [1]**
7031/20
**Mr. Woodward [8]**
6995/23 6995/25
6996/3 6996/8 6996/22
6997/7 6997/13
7114/13
**Mr. Zimmerman [1]**
7080/16
**Ms [5]** 7000/10
7006/11 7018/1
7021/25 7024/20
**Ms. [13]** 6987/1 6988/7
6991/13 7000/17
7022/1 7022/8 7022/25
7025/9 7026/13
7028/21 7029/16
7030/17 7113/15
**Ms. Hughes [1]** 6988/7
**Ms. Rakoczy [1]**
7113/15
**Ms. Watkins [10]**
6987/1 7000/17 7022/1
7022/8 7022/25 7025/9
7026/13 7028/21
7029/16 7030/17
**Ms. Watkins' [1]**
6991/13
**much [16]** 7009/5
7010/20 7010/22
7012/17 7043/13
7049/20 7054/22
7055/16 7062/24
7074/19 7082/3
7087/14 7090/3
7090/16 7113/2
7115/11
**multiple [5]** 7017/8
7018/23 7018/24
7028/9 7085/5
**Multnomah [1]** 7109/3
**murder [4]** 7048/5
7076/25 7077/3 7093/3
**murdered [1]** 7050/13
**Muslim [1]** 7043/25
**must [2]** 7049/1 7081/8
**my [64]** 6994/21
6998/9 6998/9 6998/11
6998/13 7008/17
7009/20 7013/13
7017/20 7022/14
7023/7 7028/4 7028/24
7029/8 7031/19
7032/13 7033/16
7034/9 7034/12
7034/23 7034/25
7035/4 7035/4 7035/6
7035/7 7035/12
7035/23 7035/23

**M**

**my... [36]** 7036/1
7037/9 7038/3 7038/8
7038/25 7039/7
7039/17 7040/21
7041/7 7042/17
7042/23 7043/22
7046/9 7048/15
7048/19 7052/1
7052/13 7062/24
7062/24 7062/25
7066/22 7067/18
7069/19 7073/13
7074/14 7079/7 7079/8
7079/14 7080/9
7086/11 7093/12
7097/25 7101/18
7101/25 7111/19
7113/14
**My Lai [1]** 7048/19
**myself [4]** 7016/13
7073/6 7078/17
7109/15

**N**

**name [4]** 7032/11
7032/13 7032/15
7068/15
**narrate [1]** 7019/1
**narrating [1]** 7018/15
**narrator [2]** 7017/4
7018/25
**narrowing [1]** 6998/23
**nasty [1]** 7030/24
**Natalie [2]** 7060/16
7062/17
**Natalie Dubose [1]**
7060/16
**Natalie's [1]** 7060/16
**national [8]** 7047/15
7049/3 7053/1 7054/21
7054/23 7059/9
7066/22 7095/12
**National Guard [3]**
7049/3 7054/21
7054/23
**nationalists [1]**
7051/19
**nationality [1]** 7051/15
**nationally [1]** 7058/3
**nationwide [1]** 7065/7
**Native [1]** 7052/1
**natural [3]** 7111/11
7064/9 6997/1
7004/17 7079/6 7092/3
**Navy [1]** 7073/6
**Nazi [3]** 7053/13
7072/13 7072/15
**Nazis [1]** 7077/25
**necessarily [7]**
6990/21 6998/17
7002/3 7024/4 7080/3
7103/20 7110/16
**necessary [3]** 6990/23
6991/16 7021/6
**need [29]** 6990/21
6994/13 6998/1
6999/25 7001/20

7009/12 7012/17
7049/25 7061/24
7063/7 7063/21 7071/7
7074/16 7074/16
7074/18 7082/8
7091/19 7097/1
7106/19 7108/21
7108/24 7112/13
7114/24 7115/2
7115/12 7116/9
7116/18
**needed [5]** 7009/5
7028/5 7104/23 7105/4
7108/6
**needs [2]** 6996/15
7108/11
**neighborhoods [3]**
7063/8 7063/10
7063/11
**neighbors [1]** 7061/1
**neither [2]** 7005/5
7070/24
**neo [1]** 7053/10
**neo-Nazi [1]** 7053/13
**Nestler [5]** 6981/14
6986/11 6988/14
7003/11 7049/8
**Nestler's [1]** 6998/22
**Nevada [3]** 7036/5
7038/25 7046/15
**never [8]** 7017/20
7052/6 7053/6 7070/4
7070/24 7071/12
7073/24 7099/3
**new [3]** 7042/17
7085/7 7094/25
**New York [1]** 7042/17
**news [2]** 7042/20
7072/9
**next [6]** 6991/11
7004/8 7040/17
7077/10 7113/9
7113/15
**nice [2]** 7113/1 7117/7
**Nidetch [1]** 7039/9
**night [8]** 7010/25
7013/7 7020/6 7038/1
7038/3 7038/24 7066/6
7071/5
**nighttime [1]** 7020/5
**nine [1]** 7064/22
**NJ [1]** 6983/13
**no [75]** 6981/4 6986/6
6989/11 6996/12
6998/13 7002/17
7003/18 7003/22
7006/13 7009/8
7009/13 7010/22
7014/10 7017/1
7018/10 7018/17
7022/17 7026/16
7034/1 7035/14 7037/6
7040/4 7043/8 7043/9
7044/2 7044/3 7044/3
7048/1 7048/17
7048/24 7048/24
7049/1 7049/6 7050/12

7053/5 7053/14
7057/11 7058/15
7059/6 7059/7 7060/12
7061/6 7065/15
7070/20 7070/22
7071/15 7071/15
7073/12 7077/7 7078/1
7082/12 7082/15
7083/3 7084/5 7084/25
7092/9 7093/2 7093/10
7093/17 7093/17
7095/23 7095/23
7101/15 7102/3
7102/20 7106/6
7106/18 7106/22
7106/25 7111/1
7112/24 7112/25
**no-go [1]** 7053/14
**No. [1]** 6986/7
**nobody [2]** 7013/12
7043/7 7064/25
**non [3]** 6990/2 6990/25
6991/6
**non-co-defendant [2]**
6990/25 6991/6
**non-issue [1]** 6990/2
**none [1]** 7007/1
**noon [1]** 7087/19
**normally [1]** 7101/1
**north [2]** 6982/15
7035/2
**not [150]**
**nothing [8]** 6992/7
7024/19 7031/13
7035/22 7084/17
7093/17 7105/16
7117/5
**notice [4]** 7071/20
7071/23 7093/17
7107/10
**noticed [1]** 7030/5
**notify [2]** 7065/9
7067/13
**notion [1]** 7004/23
**November [16]** 6981/5
7067/12 7076/17
7078/23 7080/14
7082/2 7086/25 7087/1
7093/7 7102/8 7103/7
7103/8 7107/6 7110/7
7115/21 7118/7
**November 14th [5]**
7067/12 7078/23
7082/2 7087/1 7110/7
7116/23
**now [28]** 6987/11
6994/25 6996/18
6996/25 6999/1 7002/3
7003/17 7007/19
7009/2 7009/3 7015/21
7016/1 7025/12
7034/15 7053/16
7060/1 7061/4 7064/12
7071/16 7081/10
7083/21 7088/22
7092/13 7096/12
7103/2 7111/9 7116/13
7116/23

**null [1]** 7084/11
**number [8]** 6993/20
6994/10 7007/5
7018/16 7058/5
7059/17 7059/19
7084/16
**numbers [1]** 7069/15
**numerous [1]** 7064/13
**NW [4]** 6981/17 6983/3
6983/7 6984/4

**O**

**Oak [2]** 6982/3 6982/7
**oath [39]** 7015/23
7018/24 7031/23
7046/22 7047/22
7049/9 7049/10
7049/11 7049/21
7050/2 7050/7 7050/23
7051/1 7052/6 7052/16
7052/19 7053/19
7054/7 7055/18 7057/2
7057/6 7059/7 7066/8
7068/19 7070/5
7070/15 7070/18
7070/22 7070/24
7071/14 7076/17
7088/19 7089/7
7090/12 7091/9 7098/7
7099/1 7104/13
7111/17
**Oath Keeper [9]**
7015/23 7070/5
7070/18 7070/22
7070/22 7071/14
7090/12 7091/9
7111/17
**Oath Keepers [23]**
7018/24 7046/22
7047/22 7049/9
7049/21 7050/23
7051/1 7052/6 7052/16
7052/19 7053/19
7054/7 7057/2 7057/6
7059/7 7066/8 7068/19
7070/15 7076/17
7089/7 7098/7 7099/1
7104/13
**oaths [1]** 7054/25
**Obama [1]** 7090/18
**obeyed [2]** 7048/14
7079/24
**object [4]** 7000/14
7008/7 7074/11
7076/10
**objection [18]** 6989/9
6989/11 7000/19
7002/16 7002/18
7002/20 7009/6 7013/1
7019/13 7022/17
7026/1 7026/21 7027/7
7027/20 7031/3 7063/1
7083/3 7102/20
**objects [1]** 6995/11
**obligation [2]** 7048/17
7056/15
**observation [1]** 6991/3

**observing [1]** 7004/24
**obvious [1]** 7032/15
**obviously [9]** 6991/6
6992/17 7001/20
7008/18 7010/24
7014/5 7041/20
7114/19 7116/24
**occasionally [1]**
7053/8
**occasions [1]** 7029/3
**occur [2]** 7025/5
7025/6
**October [2]** 7076/16
7095/22
**odd [1]** 7003/24
**off [14]** 7035/13
7036/10 7044/14
7050/16 7052/8
7056/12 7061/19
7062/2 7066/2 7069/17
7093/14 7093/15
7098/24 7107/15
**offender [1]** 7053/5
**offenses [1]** 7012/26
**offer [2]** 7083/1
7106/19
**offered [2]** 7018/11
7036/19
**office [4]** 6981/16
7045/24 7091/4 7092/2
**officer [11]** 7048/3
7050/15 7056/9 7065/6
7066/7 7066/20
7090/10 7101/4 7104/7
7107/21 7109/13
**officers [16]** 7048/13
7048/15 7049/18
7050/14 7063/25
7064/24 7065/2 7065/4
7066/1 7066/8 7074/9
7089/16 7090/5 7090/9
7106/8 7107/24
**OFFICES [1]** 6983/7
**official [3]** 6984/3
7084/18 7084/19
**often [2]** 7055/6
7078/14
**oftentimes [2]** 7056/10
7109/21
**oh [14]** 6986/25 7000/7
7009/22 7009/24
7036/1 7037/20
7056/13 7070/25
7075/18 7075/23
7091/3 7099/16 7105/6
7109/19
**okay [175]**
**old [5]** 7036/9 7081/19
7092/18 7092/18
7096/5
**once [11]** 6997/16
6997/19 7048/8
7059/14 7067/18
7068/10 7076/9 7092/1
7108/10 7114/11
7116/7
**one [86]** 6988/18
6988/22 6991/16

**O**

one... [83] 6993/16
6995/7 6995/22
6995/22 6996/18
6997/9 7001/3 7001/17
7002/6 7003/7 7003/21
7003/22 7004/15
7006/21 7007/4
7008/20 7010/5
7015/24 7017/9
7018/17 7024/5 7041/1
7041/3 7041/16 7043/6
7043/8 7043/9 7043/18
7053/6 7055/20 7058/7
7059/6 7059/17 7061/9
7065/21 7066/19
7066/20 7066/21
7068/7 7070/25
7073/24 7074/13
7074/18 7076/8 7077/7
7077/23 7078/18
7079/2 7080/16
7081/18 7086/20
7088/2 7089/14
7091/21 7092/12
7092/17 7093/11
7094/14 7094/14
7094/19 7094/25
7095/10 7095/11
7096/3 7097/4 7097/15
7097/17 7098/1 7098/6
7100/16 7101/5 7104/2
7104/6 7104/14
7106/13 7106/22
7106/25 7109/14
7111/1 7112/5 7114/17
7115/4 7115/18
one's [1] 7058/15
one-year [1] 7041/16
ones [3] 7064/3 7065/5
7095/11
ongoing [2] 7020/14
7020/15
online [2] 7052/17
7109/25
only [22] 6987/24
6993/2 6994/15
6994/21 6995/19
6995/21 6997/5
6999/16 7000/18
7004/15 7006/5
7006/23 7008/3
7008/13 7019/1 7020/8
7026/13 7028/8 7055/7
7064/23 7101/1
7115/25
op [1] 7100/16
op leaders [1] 7100/16
open [14] 6990/11
6991/20 6991/23
6993/9 6993/15
6994/18 6997/14
7019/18 7043/14
7084/2 7086/6 7086/11
7102/15 7110/1
open-ended [6]
6991/20 6991/23
6993/9 6993/15

opened [3] 7084/1
7084/2 7092/17
opening [1] 7049/8
opens [1] 7033/20
operating [1] 7111/8
operation [10] 7053/4
7056/10 7060/6
7069/24 7095/7 7095/9
7095/17 7096/25
7097/4 7104/9
operational [1] 7097/1
operations [3] 7064/22
7095/14 7100/10
operator [1] 7059/23
opining [1] 7018/16
opinion [1] 7018/18
opinions [2] 7069/23
7086/1
opportunities [1]
6995/24
opportunity [4] 6989/2
6994/17 7014/2
7116/24
oppose [1] 7008/15
opposed [1] 7081/15
opposite [1] 6998/11
option [3] 7074/17
7074/22 7080/5
oral [1] 7014/4
orally [1] 7012/6
order [7] 7001/7
7048/20 7048/25
7079/20 7081/4
7113/24 7114/16
orders [7] 7048/14
7048/16 7048/17
7048/18 7049/13
7079/21 7079/24
ordinary [1] 7115/10
organization [12]
7051/10 7051/13
7051/18 7055/17
7056/5 7057/1 7059/9
7062/23 7090/19
7090/22 7095/12
7096/11
organizers [4] 7096/1
7108/19 7110/10
7110/17
oriented [1] 7055/25
other [46] 6990/6
6991/3 6991/15 6994/1
6995/16 6996/1 6996/8
6998/1 6999/14 7001/5
7002/19 7003/14
7005/11 7005/21
7006/2 7008/20
7015/23 7029/3 7029/9
7029/10 7030/15
7031/9 7036/12
7040/22 7057/5 7065/1
7066/7 7066/11
7066/21 7066/25
7075/25 7076/21
7078/18 7080/7
7085/16 7085/21
7090/5 7093/9 7093/10

7096/24 7106/4 7114/7 7114/7
7114/25
other's [1] 7069/18
others [3] 7055/8
7065/5 7066/2
otherwise [1] 6993/22
our [80] 6989/5 6990/3
6990/8 6990/17 6991/7
6992/1 6993/11 6994/4
6994/6 6997/1 7000/1
7001/3 7001/8 7001/8
7001/9 7001/23
7003/25 7004/3
7006/19 7012/3
7012/21 7013/1
7013/21 7013/22
7020/16 7021/3
7044/21 7045/1 7045/9
7045/9 7045/10
7045/25 7047/10
7048/17 7049/4 7051/2
7052/25 7054/9 7054/9
7054/25 7055/12
7056/16 7059/4 7059/8
7064/24 7065/3
7066/20 7069/10
7070/15 7071/3
7071/19 7074/14
7076/11 7076/22
7077/23 7078/1
7078/10 7079/8 7082/8
7087/9 7091/3 7093/18
7097/10 7097/13
7099/2 7102/3 7102/5
7104/18 7104/21
7105/24 7106/7
7109/20 7111/8
7111/18 7112/4
7112/19 7113/15
7116/4
out [59] 6990/10
6990/18 6994/14
7002/14 7017/3
7019/25 7020/1
7032/17 7037/11
7037/12 7038/12
7038/16 7040/16
7042/2 7043/6 7049/22
7052/11 7052/20
7052/20 7052/24
7053/3 7053/8 7053/9
7053/12 7053/22
7053/25 7056/19
7056/23 7056/23
7058/9 7059/17
7060/18 7061/17
7063/13 7067/15
7078/12 7078/13
7079/18 7083/17
7086/9 7101/8 7102/15
7103/4 7103/6 7103/16
7103/23 7103/23
7104/19 7105/2
7105/15 7107/2
7107/12 7108/11
7108/15 7109/2 7109/7

7116/8
outlook.com [1]
6983/10
outside [5] 6987/6
6987/8 7010/14
7105/25 7106/7
outstanding [1]
6987/20
over [13] 6990/14
6990/14 6992/13
7048/14 7067/17
7074/10 7079/9
7079/22 7092/24
7099/12 7099/23
7101/10 7116/13
overall [1] 7104/9
overflow [2] 7001/7
7004/7
overlap [1] 6991/16
overlapped [1]
6991/13
overruled [3] 7026/2
7026/25 7063/2
overseas [1] 7057/21
overthrow [1] 7051/10
overwhelmed [1]
7081/5
own [6] 6991/7 6993/3
6993/4 7063/8 7063/10
7098/8
owned [4] 7060/16
7060/17 7068/5 7068/6

**P**

P.A [1] 6983/16
pa [2] 6982/15 7084/1
Pacific [1] 7035/3
pack [2] 7029/13
7030/3
packed [1] 7030/5
Padilla [1] 7043/25
padlocks [1] 7076/8
page [1] 7012/20
pages [1] 7011/7
paid [5] 7039/17
7062/5 7062/9 7062/10
7062/14
paintings [3] 7026/6
7026/8 7026/14
Palian [9] 7003/25
7004/1 7004/2 7004/6
7004/8 7005/17
7005/19 7006/6 7044/8
Pancho [1] 7035/1
Pancho Villa [1]
7035/1
panel [3] 7007/14
7014/21 7088/11
pans [1] 7018/23
paper [3] 7042/10
7042/12 7043/22
parachute [3] 7037/19
7037/20 7037/24
parachuting [1]
7037/23
paramedics [1]
7055/17

paratrooper [2]
7035/16 7049/11
pardon [1] 7059/1
park [7] 6983/3
7065/17 7066/7 7066/9
7089/22 7090/3
7090/10
parked [2] 7017/13
7038/24
parking [8] 7017/5
7017/13 7068/22
7069/5 7092/16 7100/6
7106/4 7106/5
part [11] 7037/18
7039/4 7039/7 7040/22
7074/14 7086/11
7098/25 7099/2 7102/3
7102/5 7104/15
partially [1] 6991/23
participants [1]
7022/12
particular [20] 6989/16
6991/5 6995/11
6999/24 7003/16
7003/19 7004/12
7004/24 7005/2
7005/12 7022/5 7022/9
7028/8 7028/23
7030/18 7049/24
7057/19 7075/19
7085/16 7106/8
particularly [1]
7005/11
parties [3] 7022/9
7054/17 7055/2
party [7] 7041/24
7041/25 7043/7
7055/13 7093/11
7107/1 7109/4
pass [1] 7045/3
passed [1] 7046/10
passion [1] 7045/5
patriot [2] 7034/15
7109/5
patriotic [1] 7040/8
7044/12 7044/20
7055/21
patrolling [1] 7092/25
pattern [2] 7036/1
7104/24
Paul [4] 7040/18
7040/25 7072/10
7105/20
Paul's [1] 7072/12
pause [8] 7000/9
7001/1 7006/17 7009/9
7010/6 7010/9 7010/13
7016/19
pawn [2] 7068/13
7068/24
pay [5] 7058/19
7062/18 7100/25
7107/13 7107/14
paying [2] 7058/16
7059/6
PD [2] 7066/5 7104/8
peaceful [2] 7024/18
7063/9

**P**

**peacefully** [1] 7031/2
**peak** [3] 7070/15
7090/17 7090/18
**Pennsylvania** [3]
6983/7 7085/15
7085/20
**people** [67] 6999/3
7022/6 7027/6 7030/23
7034/21 7035/19
7041/3 7042/2 7042/3
7043/16 7047/23
7048/4 7048/7 7049/14
7049/21 7050/1
7052/17 7052/18
7053/22 7055/7
7055/16 7055/20
7056/21 7057/3 7057/5
7058/19 7059/20
7062/10 7063/20
7063/21 7064/23
7065/20 7065/22
7067/6 7067/19
7069/19 7069/21
7069/25 7070/4
7071/12 7071/25
7072/14 7074/2
7074/12 7074/23
7076/1 7076/3 7076/6
7077/15 7086/9
7090/24 7091/16
7092/10 7094/22
7094/23 7095/4
7097/17 7099/3
7106/11 7108/15
7109/17 7109/22
7112/8
**pepper** [3] 7070/23
7105/15 7105/19
**per** [3] 7095/4 7101/2
7111/16
**perceive** [2] 7017/4
7017/5
**percent** [1] 7065/3
**percentage** [1]
7003/13
**perception** [1] 7017/12
**perfect** [2] 7044/23
7112/17
**perfectly** [1] 7062/16
**perhaps** [1] 6988/5
**perimeter** [2] 7089/22
7092/25
**period** [1] 7008/13
**periods** [1] 7079/24
**permission** [3] 7061/1
7083/4 7102/22
**permit** [1] 7109/6
**permits** [2] 6994/24
6995/2
**person** [16] 7005/1
7005/4 7005/12
7017/24 7018/12
7018/15 7018/17
7034/16 7051/9
7051/12 7051/14

7094/25 7102/6
7105/14
**person's** [3] 6993/2
7005/12 7018/17
**personal** [1] 7069/19
**perspective** [1] 6992/1
**pertaining** [1] 7008/17
**pertinent** [1] 6990/17
**phase** [2] 7037/7
7037/8
**phenomenon** [1]
6993/19
**phillip** [3] 6982/2
6982/6 6986/14
**Phillip Linder** [1]
6986/14
**phone** [3] 7016/20
7067/17 7096/22
**phrased** [1] 7029/8
**physical** [1] 7059/24
**pick** [1] 7041/3
**picked** [4] 7041/4
7041/8 7111/20 7112/7
**pipe** [1] 7106/14
**place** [1] 7068/9
**placed** [1] 7031/23
**places** [3] 7065/1
7068/17 7069/19
**placing** [1] 6992/15
**plaintiff** [2] 6981/4
7102/23
**plan** [3] 7001/3 7002/2
7002/12
**plane** [2] 7042/16
7042/19
**planet** [1] 7043/20
**planned** [1] 7107/9
**planning** [2] 7002/11
7007/2
**plans** [1] 7000/19
**platform** [2] 7093/12
7093/13
**platforms** [1] 7093/10
**play** [19] 6987/22
6987/24 6988/8
7000/20 7008/2 7008/3
7008/5 7008/22
7008/23 7008/24
7009/1 7009/2 7009/6
7015/8 7015/8 7016/8
7021/14 7021/15
7022/21
**played** [9] 7000/15
7000/16 7000/18
7008/16 7016/9
7016/18 7019/21
7020/3 7022/23
**Plaza** [3] 7104/4
7110/12 7110/20
**please** [13] 6986/4
7001/2 7014/23 7016/8
7016/17 7021/15
7022/22 7031/22
7031/25 7032/9
7087/24 7088/13
7112/23
**plenty** [1] 7069/19

**point** [34] 6988/18
6989/6 6994/21 6995/5
6998/22 7001/3
7001/17 7002/17
7003/24 7004/9
7007/11 7012/13
7013/4 7013/13 7016/7
7016/11 7017/10
7025/2 7026/12
7055/20 7056/11
7056/14 7056/17
7063/5 7063/5 7063/21
7072/2 7080/9 7081/2
7091/15 7093/15
7098/17 7111/11
7114/8
**pointed** [2] 7070/25
7071/6
**pointing** [1] 7063/20
**pointless** [1] 7012/2
**police** [31] 7022/2
7022/7 7048/3 7048/13
7049/18 7055/18
7056/9 7056/22 7061/8
7061/9 7061/14
7063/10 7063/11
7063/17 7065/19
7066/7 7066/8 7066/20
7066/21 7074/8 7074/9
7079/22 7079/23
7089/16 7089/21
7090/1 7090/3 7104/7
7106/1 7106/8 7109/13
**political** [12] 7040/7
7040/14 7041/7
7054/17 7055/2
7069/22 7069/23
7071/21 7089/12
7093/14 7106/17
7107/1
**politicians** [1] 7101/9
**poll** [1] 7006/25
**poor** [2] 7034/6
7035/11
**poorly** [1] 7029/8
**population** [1] 7018/19
**portion** [5] 6988/8
6988/9 7000/14
7000/18 7008/23
**Portland** [3] 7092/8
7092/20 7109/4
**pose** [1] 6990/22
**position** [8] 6996/25
7008/4 7008/6 7008/25
7011/7 7012/21
7017/20 7019/16
**positive** [1] 7057/23
**post** [1] 7068/25
**potential** [2] 7001/20
7002/23
**potentially** [5] 7004/8
7004/12 7006/5 7014/8
7020/23
**pour** [1] 7074/7
**powers** [4] 7042/22
7043/12 7043/13
7083/17

**practice** [1] 7046/19
**practiced** [1] 7045/20
**prayer** [1] 7109/5
**Precarious** [1] 7024/2
**preceding** [3] 7076/13
7077/14 7103/7
**precinct** [2] 7079/23
7092/24
**predict** [2] 7001/16
7003/20
**prefer** [1] 7013/20
**preferably** [1] 7067/16
**preference** [1] 6992/2
**preferred** [2] 7113/24
7114/16
**prepared** [1] 7012/24
**presence** [7] 6993/2
7018/2 7045/6 7090/4
7105/3 7110/7 7110/23
**present** [8] 6986/21
6988/15 7001/6
7001/13 7002/19
7003/15 7005/5
7018/13
**present-sense** [1]
7018/13
**presently** [1] 7006/25
**presents** [1] 6991/10
**preserve** [1] 7011/12
**presidency** [2]
7083/14 7090/23
**president** [17] 7041/8
7047/11 7055/1 7055/3
7079/11 7080/4
7080/12 7081/7 7082/8
7086/12 7086/15
7091/6 7093/12
7097/25 7101/25
7103/16 7111/19
**President Adams** [2]
7055/1 7055/3
**president Trump** [5]
7079/11 7080/4
7080/12 7082/8
7086/12
**presiding** [1] 6986/3
**press** [1] 7081/7
**presumably** [2] 7088/8
7116/15
**presumptively** [1]
7004/22
**pretend** [1] 7096/14
**pretty** [11] 7018/22
7036/21 7037/24
7041/20 7063/23
7068/17 7074/15
7074/15 7074/19
7075/22 7111/25
**Prettyman** [1] 6984/4
**prevent** [1] 7019/25
**prevention** [1] 7039/10
**reviewed** [1] 6991/11
**previously** [4] 7015/15
7020/1 7031/5 7050/18
**Primarily** [1] 7103/12
**prior** [6] 7020/16
7023/7 7026/22 7028/7
7030/16 7108/8

**orison** [1] 7041/11
**prison-industrial** [1]
7041/11
**prisoners** [1] 7048/22
**private** [1] 7108/12
**privilege** [1] 6998/7
**prize** [1] 7042/9
**proactive** [1] 7090/4
**probably** [4] 7014/13
7095/24 7104/15
7106/23
**problem** [9] 7005/15
7007/21 7049/2 7074/4
7076/23 7080/22
7086/19 7094/24
7096/10
**problems** [1] 7067/8
**procedural** [2] 6995/14
6996/18
**procedure** [2] 7085/23
7111/8
**proceed** [3] 6986/24
6987/2 6987/17
**proceeding** [1]
6987/12
**proceedings** [4]
6981/9 6984/6 7117/12
7118/4
**process** [6] 6992/1
6992/7 6992/9 6994/4
7009/17 7044/3
**proclamation** [1]
7055/3
**produced** [1] 6984/7
**professional** [2]
7062/18 7069/10
**professionally** [1]
7099/13
**proffered** [2] 6993/13
7024/16
**profile** [3] 7073/15
7073/16 7073/19
**program** [3] 7036/9
7037/13 7039/17
**projectiles** [1] 7074/4
**proper** [1] 7085/23
**properly** [1] 7039/2
**property** [1] 7020/14
**propose** [1] 6991/19
**proposed** [1] 7000/16
**proposing** [2] 7008/21
7008/22
**prospect** [4] 7003/12
7003/13 7003/18
7005/1
**prospective** [1] 7015/9
**prospectively** [1]
7007/11
**protect** [8] 7017/23
7021/3 7025/2 7060/16
7068/11 7080/7
7107/16 7109/10
**protected** [1] 7077/24
**protecting** [1] 7017/21
7020/10 7024/16
7024/22 7061/12
7070/1 7077/18
**protection** [9] 7073/2

**P**

**protection...** [8] 7096/2
7099/14 7104/6 7108/6
7108/11 7108/12
7108/25 7109/9
**protective** [1] 7017/16
**protest** [9] 7021/13
7023/5 7023/6 7023/7
7030/12 7063/16
7064/4 7077/2 7077/12
7092/17
**protesters** [9] 7017/4
7017/12 7017/21
7019/3 7061/13
7061/16 7068/7 7073/2
7092/17
**protesting** [1] 7017/19
**protests** [4] 7015/24
7029/9 7029/10
7030/19
**Proud** [2] 7070/3
7074/25
**provide** [4] 6991/15
7007/14 7014/8 7028/5
**public** [6] 7019/11
7045/21 7045/24
7048/6 7056/3 7079/8
**publish** [4] 7050/17
7083/4 7102/18
7102/22
**Puerto** [1] 7058/10
**Puerto Rico** [1]
7058/10
**punched** [1] 7070/23
**purpose** [8] 7003/4
7018/12 7023/15
7037/24 7057/7
7057/11 7059/13
7103/10
**purposes** [5] 6998/13
6998/18 6998/25
6999/3 7103/11
**pushed** [1] 7050/16
**put** [25] 6994/6
6996/22 6997/8
7003/11 7003/12
7004/21 7005/18
7008/8 7011/19
7011/25 7013/17
7037/13 7042/20
7055/1 7063/25
7066/18 7074/14
7075/9 7097/20
7102/15 7103/4 7103/6
7107/10 7108/10
7108/10
**putting** [7] 7012/1
7012/6 7012/14
7013/15 7013/17
7075/12 7085/6
**PUTZI** [1] 6983/16

**Q**

**QRF** [12] 7078/5
7078/6 7078/15
7078/16 7078/20
7079/2 7079/3 7079/6
7080/14 7080/15
7080/25 7082/2

7078/20 7080/20
7078/20 7080/2
**qualified** [1] 7099/4
**quarter** [1] 7034/12
**quasi** [1] 7054/14
**quasi-war** [1] 7054/14
**question** [23] 6987/18
6991/22 6991/23
6991/24 6992/18
6992/20 6993/8
6993/13 6993/15
6993/15 6996/12
6996/17 6997/12
6999/6 7007/19
7015/10 7018/14
7023/21 7027/13
7027/24 7029/8
7114/18 7115/11
**questioning** [6]
6990/12 6991/20
7028/18 7028/19
7114/5 7114/8
**questions** [10]
6990/19 6992/4
6993/10 6994/18
6996/14 6996/16
6997/8 6999/4 7028/15
7033/24
**quick** [3] 7007/24
7078/5 7078/6
**Quick Reaction Force**
[1] 7078/6
**Quick Reaction Forces**
[1] 7078/5
**quickly** [2] 6992/10
7082/3
**quite** [2] 7054/15
7095/21
**quote** [2] 7017/25
7027/10
**quoted** [1] 7055/6

**R**

**R-h-o-d-e-s** [1]
7032/14
**race** [2] 7020/11
7051/14
**races** [1] 7051/23
**racist** [4] 7051/19
7052/10 7072/14
7072/15
**radio** [1] 7059/23
**raise** [1] 7031/22
**raised** [4] 6989/10
7002/15 7004/5
7006/21
**Rakoczy** [3] 6981/14
6986/11 7113/15
**rallies** [2] 7105/9
7105/9
**rally** [12] 7054/12
7077/24 7078/1
7078/21 7087/1 7095/7
7095/11 7105/11
7105/16 7106/22
7109/5 7110/7
**rancor** [1] 7054/15
**Rand** [1] 7072/10

**range** [2] 7037/14
7037/14
**Ranger** [7] 7104/15
7111/20 7111/21
7111/23 7112/3 7112/5
7112/6
**Ranger Doug** [1]
7104/15
**rangers** [1] 7037/17
**rap** [2] 7099/14 7101/9
**rape** [1] 7039/10
**rapid** [1] 7081/12
**rapidly** [1] 7043/10
**rarely** [1] 7074/13
**ratcheted** [1] 7071/22
**ratcheting** [2] 7017/10
7018/1
**rate** [2] 7057/9 7093/3
**rather** [1] 7013/16
**re** [1] 7091/23
**re-start** [1] 7091/23
**reach** [7] 7049/22
7059/17 7063/13
7067/15 7103/16
7108/15 7109/2
**reached** [5] 7086/9
7109/7 7110/17
**Reaching** [1] 7049/22
**react** [2] 7091/19
7091/19
**Reaction** [2] 7078/5
7078/6
**read** [6] 7011/5
7011/14 7012/20
7012/22 7013/20
7051/6
**ready** [17] 6986/24
6987/2 6987/17 7015/1
7024/6 7068/4 7068/21
7068/23 7069/4 7078/8
7078/8 7078/9 7081/11
7082/4 7106/8 7113/19
7113/25
**real** [5] 6997/5 7007/24
7063/5 7063/12 7082/7
**reality** [1] 7073/22
**realize** [2] 6987/6
6987/9
**realized** [1] 6987/4
**really** [11] 6990/1
6993/12 6993/22
6994/2 6996/24
7061/25 7081/24
7082/23 7097/1
7099/25 7101/7
**Realtime** [1] 6984/3
**reason** [4] 7008/6
7026/14 7027/14
7063/11
**reasonable** [1]
7062/16
**reasons** [4] 7025/10
7027/3 7032/15
7093/14
**rebut** [3] 7005/2
7011/7 7026/22
**rebuttal** [12] 6989/5

7002/18 7004/3 7004/9
7005/2 7005/23 7006/4
7008/24 7009/1
**rebutting** [1] 7005/18
**recall** [11] 7003/14
7025/22 7026/7 7026/8
7026/13 7027/2
7027/18 7028/2 7028/8
7028/9 7028/11
**recalled** [1] 7001/16
**received** [4] 7022/11
7022/19 7083/6
7102/24
**recess** [2] 7087/22
7117/10
**recognize** [3] 7008/20
7016/12 7016/13
**recommendation** [1]
7101/22
**recon** [2] 7036/14
7109/13
**reconnaissance** [1]
7037/15
**record** [12] 6994/7
7011/12 7011/21
7012/2 7012/7 7012/14
7012/22 7013/1
7013/17 7015/11
7033/12 7118/3
**recorded** [2] 6984/6
7025/19
**RECROSS** [1] 6985/4
**recruit** [1] 7049/17
**recruiting** [1] 7049/21
**recruitment** [1]
7055/16
**REDIRECT** [1] 6985/4
**refer** [1] 7078/11
**referenced** [1] 7067/12
**referred** [1] 7044/8
**refers** [1] 7049/10
**reflect** [1] 7018/18
**refuse** [1] 7048/20
**Regarding** [1] 7029/9
**regardless** [1] 7013/4
**Registered** [1] 6984/2
**regular** [1] 7094/17
**Rehab** [1] 7039/16
**rejoined** [1] 7089/7
**relatively** [1] 6991/22
**relayed** [3] 7000/13
7027/5 7028/6
**relevant** [5] 7008/15
7016/24 7017/2
7017/17 7018/8
**relied** [1] 7088/4
**relief** [16] 7057/19
7057/22 7058/2 7058/4
7058/5 7058/11
7058/25 7060/1 7065/9
7098/4 7098/11
7098/12 7099/2
7099/24 7106/20
7106/25
**rely** [3] 7052/25 7080/6
7100/10
**remain** [1] 7033/17

**remember** [13] 7026/4
7026/18 7027/11
7028/12 7028/13
7028/18 7028/19
7039/19 7054/5 7087/3
7095/20 7107/8 7110/6
**reminder** [1] 7112/23
**remote** [1] 7005/3
**remove** [1] 7031/25
**render** [1] 7021/5
**rendition** [1] 7043/16
**renew** [1] 7054/25
7116/15
**repeat** [1] 7027/23
**reporter** [5] 6984/2
6984/2 6984/3 6984/3
7032/12
**representation** [2]
7002/16 7088/5
**republican** [3] 7041/10
7043/8 7109/4
**republish** [1] 7098/13
**request** [5] 7000/15
7000/18 7008/9
7104/15 7114/18
**require** [1] 7037/18
**required** [2] 7008/9
7071/13
**requirements** [5]
7051/3 7051/7 7052/9
7056/24 7082/19
**rescue** [1] 7059/22
**research** [3] 6990/1
7044/17 7044/18
**researching** [1]
7013/10
**residence** [1] 7068/14
**respect** [4] 6990/6
6990/25 6991/17
6998/9
**respectfully** [2]
6993/16 6994/2
**respecting** [1] 7061/13
**respond** [9] 7012/10
7012/12 7013/21
7014/3 7031/1 7031/1
7078/9 7078/18 7082/3
**responded** [1] 7012/22
**responder** [1] 7056/3
**responders** [2]
7049/15 7049/18
**responding** [2] 7014/4
7077/9
**response** [10] 7014/13
7017/17 7022/6 7031/2
7055/5 7055/6 7055/8
7061/15 7078/12
7116/3
**responsive** [1] 7116/1
**rest** [3] 7007/9 7044/25
7093/4
**restaurant** [1] 7097/16
**restock** [1] 7024/6
**restrictions** [2] 7051/4
7051/7
**result** [2] 7007/17
7061/4

**R**

**resulted [1]** 7071/15
**resume [1]** 7087/13
**RESUMED [1]** 7015/15
**retired [15]** 7049/18
7056/20 7056/22
7065/5 7065/5 7066/2
7066/19 7073/6 7104/8
7106/8 7107/15 7108/1
7108/2 7109/13
7109/13
**return [1]** 7117/11
**review [3]** 6988/4
7009/4 7038/8
**revisit [1]** 6988/16
**Rex [1]** 7111/20
**rhetoric [1]** 7071/21
**RHODES [48]** 6981/6
6982/2 6986/7 6986/15
6991/10 6993/25
6995/15 6995/20
6995/25 6996/4 6996/6
6996/8 6996/10
6996/13 6996/14
6996/14 6996/15
6996/19 6996/23
6997/6 6997/16 6998/2
6998/20 6998/24
6999/2 6999/16
7003/25 7004/4
7005/18 7005/19
7005/24 7006/4
7008/18 7031/20
7031/21 7031/24
7032/5 7032/9 7032/13
7050/17 7050/21
7083/1 7083/6 7083/9
7088/19 7102/19
7102/24 7113/5
**Rhodes' [7]** 6991/12
6995/18 6996/1 7004/2
7004/4 7005/22
7112/22
**Rico [1]** 7058/10
**rifle [3]** 7063/22
7073/20 7073/21
**rifles [3]** 7063/20
7063/21 7071/6
**right [140]**
**righteous [1]** 7055/7
**rights [13]** 6997/25
7042/10 7042/13
7044/3 7045/5 7045/9
7048/9 7049/5 7049/13
7050/1 7061/13
7061/15 7084/6
**riot [6]** 7022/9 7022/12
7062/25 7073/24
7077/1 7077/1
**rioters [2]** 7074/3
7079/22
**rioting [2]** 7022/5
7092/5
**riots [3]** 7074/2
7076/24 7076/25
**rise [5]** 6997/10
7087/15 7087/23
7113/3 7117/9

**RMR [2]** 7118/2 7118/8
**road [4]** 6983/3 7041/5
7075/7 7075/9
**rocks [2]** 7064/2
7074/5
**Roger [2]** 7024/22
7024/23
**Roger Stone [2]**
7024/22 7024/23
**role [4]** 7004/1 7020/21
7020/25 7101/22
**Ron [2]** 7040/18
7040/25
**Ron Paul [2]** 7040/18
7040/25
**roof [1]** 7020/9
**rooftop [5]** 7061/7
7061/19 7062/14
7068/24 7068/24
**rooftops [2]** 7061/3
7062/3
**room [4]** 7080/20
7081/15 7081/18
7081/19
**rotation [1]** 7041/7
**Rotunda [1]** 7028/12
**rough [4]** 7037/22
7042/16 7042/24
7043/2
**roving [1]** 7078/16
**rule [14]** 6988/5
6994/23 6994/25
6995/1 7001/18 7003/3
7004/13 7005/4 7008/4
7008/9 7010/20 7013/2
7015/9 7114/22
**Rule 29 [3]** 7010/20
7013/2 7114/22
**rules [5]** 7049/4
7064/19 7067/6 7085/7
7085/11
**ruling [3]** 6994/20
7001/12 7013/3
**run [4]** 7019/14
7019/17 7041/8
7101/24
**running [3]** 7019/14
7090/19 7090/22
**rushing [1]** 7069/5
**Ryan [1]** 7045/17

**S**

**S-t-e-w-a-r-t [1]**
7032/14
**safe [5]** 7031/16
7034/5 7034/15 7044/7
7096/21
**safely [1]** 7039/3
**safety [2]** 7065/6
7092/6
**said [45]** 6992/20
6993/23 6998/5
7005/19 7005/24
7009/3 7010/10
7010/20 7012/13
7017/21 7017/21
7017/22 7041/23

7053/13 7054/25
7061/19 7061/23
7063/16 7063/17
7063/18 7063/21
7065/23 7066/6
7069/14 7071/7 7078/1
7078/6 7079/7 7082/6
7084/9 7085/13
7088/14 7093/19
7094/9 7101/3 7101/8
7103/18 7107/12
7109/8 7110/18
7110/22 7112/7
7116/14
**sake [1]** 6990/4
**salary [1]** 7059/7
**salon [1]** 7077/19
**same [17]** 6987/25
7002/24 7024/13
7050/2 7050/3 7055/11
7055/13 7075/6 7091/5
7092/12 7092/20
7094/19 7100/9
7111/23 7111/23
7111/25 7112/1
**sapper [1]** 7099/6
**save [1]** 7000/25
**saw [20]** 6990/2
7011/2 7011/5 7043/9
7048/2 7048/3 7048/5
7048/6 7048/11
7060/11 7065/23
7068/1 7071/4 7072/9
7073/7 7089/21 7092/7
7092/8 7095/14 7112/9
**say [47]** 6990/6
6992/23 6992/24
6995/14 6996/14
6998/24 7002/5
7002/11 7003/25
7004/3 7007/22
7008/14 7008/19
7010/17 7011/4 7011/4
7013/6 7017/2 7017/9
7019/7 7019/7 7019/8
7020/16 7025/23
7029/24 7030/24
7034/5 7034/15 7044/7
7044/10 7048/17
7048/24 7049/1 7049/6
7050/12 7055/13
7068/15 7070/11
7075/3 7084/9 7084/21
7090/16 7096/21
7104/21 7109/16
7110/16 7112/12
**saying [15]** 6995/23
6996/24 7001/10
7002/21 7012/18
7026/13 7026/18
7027/2 7027/11 7028/8
7028/9 7047/20
7049/24 7081/7
7108/11
**says [10]** 6997/7
7004/12 7012/25
7017/25 7049/25

7084/17 7084/21
7108/24
**scene [2]** 6992/16
6992/25
**schedule [6]** 7006/23
7007/5 7013/18
7014/12 7014/16
7056/5
**scheduled [1]** 7102/11
**scheduling [1]** 7113/9
**scholar [1]** 7044/17
**school [10]** 7036/4
7036/5 7036/22 7040/3
7040/13 7040/15
7041/22 7042/10
7042/14 7045/13
**school-wide [1]**
7042/10
**schools [3]** 7036/3
7041/19
**science [2]** 7040/7
7040/14
**scope [3]** 6989/22
6998/23 6999/4
**scopes [1]** 7063/22
**screaming [1]** 7072/14
**screen [3]** 7015/25
7016/2 7042/20
**se [2]** 7095/4 7111/16
**search [1]** 7059/22
**seat [3]** 7015/5 7113/6
7113/7
**seated [4]** 6986/4
7014/23 7087/24
7088/13
**second [6]** 6987/24
6987/25 7016/5 7037/8
7042/18 7047/10
**seconds [2]** 7000/20
7008/3
**Secret [8]** 7079/11
7079/12 7081/5
7105/10 7105/25
7110/24 7111/4 7111/5
**Secret Service [1]**
7105/10
**Secretary [1]** 7084/18
**section [2]** 7008/16
7083/12
**Section 1 [1]** 7083/12
**security [21]** 7009/21
7039/1 7039/1 7060/2
7060/6 7061/20 7062/4
7062/5 7062/9 7062/14
7062/18 7064/13
7064/17 7064/22
7065/9 7070/6 7070/17
7070/21 7101/3
7112/15 7112/15
**see [26]** 6994/14
7000/5 7015/25 7016/2
7016/6 7016/11
7037/25 7049/4
7050/21 7057/20
7068/19 7082/13
7082/15 7083/9
7084/23 7090/10

7084/24
**scene [2]** 6992/16

7084/24 7084/21
7108/24
**seeing [3]** 7018/16
7021/11 7112/25
**seek [2]** 6996/22
7018/9
**seemed [2]** 7024/12
7024/18
**seems [6]** 6999/6
7003/17 7003/21
7012/2 7013/13
7018/18
**seen [10]** 6988/7
6988/9 6988/9 6990/13
6994/5 7040/21 7076/1
7076/5 7079/20
7097/17
**selectively [1]** 6997/18
**self [2]** 7023/17
7039/10
**self-defense [2]**
7023/17 7039/10
**Senator [2]** 7072/10
7105/20
**Senator Paul [1]**
7105/20
**send [3]** 7103/18
7109/21 7109/22
**sense [9]** 6990/2
6992/20 7003/11
7005/14 7006/14
7012/18 7018/13
7057/6 7084/5
**sent [6]** 6988/14
6996/5 6997/21 7055/3
7055/5 7097/14
**sentiment [4]** 7018/19
7018/23 7019/3 7019/9
**separate [1]** 7104/2
**September [1]** 7076/16
**sequence [1]** 7115/9
**Sergei [1]** 7050/19
**serious [1]** 7047/7
**serve [2]** 7057/4
7091/20
**served [6]** 7034/21
7035/3 7035/19
7055/23 7057/3 7065/1
7055/5 7097/14
**service [13]** 7036/13
7039/8 7047/24 7056/3
7056/21 7079/11
7079/12 7081/5
7105/10 7105/25
7110/24 7111/4 7111/5
**service also [1]**
7036/13
**services [2]** 7105/4
7106/16
**serving [10]** 7004/1
7049/23 7059/18
7064/24 7065/5 7066/1
7066/21 7104/7 7104/8
7108/3
**session [2]** 6986/2
7085/11

**set [9]** 7013/18
7050/25 7059/9
7063/14 7095/20
7095/22 7095/24
7096/1 7096/2
**setting [2]** 7011/20
7095/13
**setup [1]** 7079/3
**seven [1]** 7104/12
**several [4]** 7058/5
7085/13 7092/13
7096/16
**sex [1]** 7053/5
**SF [4]** 7036/20 7037/6
7037/16 7112/6
**shacks [1]** 7034/10
**shakes [1]** 6994/14
**shaking [1]** 7114/13
**shall [2]** 7051/15
7084/14
**shamed [1]** 7090/5
**shape [1]** 7005/10
**sharp [1]** 7063/23
**she [57]** 6993/21
7006/12 7016/15
7025/10 7025/23
7025/23 7025/23
7025/24 7026/4 7026/7
7026/8 7026/9 7026/11
7027/3 7027/4 7027/4
7027/5 7027/5 7027/11
7027/12 7027/14
7027/15 7027/18
7027/19 7028/3 7028/4
7028/5 7028/6 7028/8
7028/9 7028/22 7029/4
7029/7 7029/10 7030/3
7030/5 7030/8 7030/15
7030/18 7031/1 7031/1
7031/2 7031/9 7034/10
7036/2 7041/23
7041/24 7042/1
7046/10 7060/16
7060/25 7062/18
7062/19 7068/11
7075/1 7078/1 7092/15
**she's [2]** 7008/13
7113/18
**Shelley [1]** 7077/19
**Shelley Luther's [1]**
7077/19
**shelter [1]** 7048/7
**sheriff [5]** 7061/10
7061/17 7061/23
7067/20 7102/4
**Sheriff's [1]** 7062/2
**Shirley [4]** 7104/7
7107/20 7110/25
7111/1
**shirt [1]** 7111/18
**shoot [1]** 7068/8
**shooting [3]** 7048/4
7060/9 7098/2
**shop [2]** 7068/13
7068/25
**shops [1]** 7060/22
**short [1]** 7008/13

**shortsighted [1]**
7092/2
**shot [4]** 7036/15
7036/19 7036/20
7037/16
**shots [1]** 7028/7
**should [18]** 6987/11
6993/16 6995/13
6995/16 6995/17
6999/23 7007/11
7011/17 7048/20
7050/16 7050/16
7056/18 7056/18
7090/1 7103/17 7115/9
7115/25 7116/1
**shouldn't [2]** 6988/13
7063/19
**shove [1]** 7071/5
**show [3]** 6988/6
7015/21 7091/19
**showcasing [1]**
7021/12
**showed [3]** 7060/13
7064/5 7103/24
**showing [3]** 7019/10
7021/10 7061/11
**shown [1]** 7075/16
**shut [6]** 7064/3 7084/3
7093/17 7094/10
7096/12 7108/14
**shutdown [1]** 7083/25
**shutting [1]** 7065/22
**sic [1]** 7020/25
**side [4]** 7035/4 7035/6
7035/15 7040/8
**sides [6]** 7034/23
7072/1 7072/2 7089/13
7089/22 7089/24
**sidetracked [1]**
7047/25
**siege [1]** 7079/17
**Signal [16]** 7086/2
7086/25 7087/6 7087/7
7089/5 7093/7 7093/8
7093/21 7093/22
7094/6 7094/10
7094/14 7094/16
7095/6 7095/17
7096/17
**signed [1]** 7097/6
**significant [3]** 6990/25
7054/11 7056/4
**signs [1]** 7112/12
**silence [1]** 7033/3
**silent [2]** 6992/22
7033/17
**similar [1]** 7063/4
**simply [5]** 6997/13
7006/24 7012/5
7013/13 7018/15
**since [5]** 7079/3
7089/13 7097/23
7101/19 7114/2
**single [1]** 7005/9
**Siniff [10]** 7000/2
7000/17 7006/10
7009/21 7010/14

7015/21 7019/23
7031/15
**Siniff's [1]** 7015/1
**sir [11]** 7031/16
7031/25 7041/15
7045/14 7046/23
7050/22 7085/2
7088/17 7095/5 7114/2
7115/22
**sit [1]** 7005/8
**sits [2]** 6989/5 7004/6
**sitting [6]** 6988/23
7001/4 7002/6 7005/17
7006/3 7096/19
**situation [11]** 6993/6
6996/6 7003/20
7005/15 7005/21
7017/11 7046/8
7053/24 7055/12
7065/14 7071/3
**situations [1]** 7048/24
**six [1]** 7038/4
**Sixth [1]** 7044/6
**skin [1]** 7097/11
**skinny [1]** 7073/3
**sleeping [1]** 7077/6
**sleeve [1]** 7112/7
**slight [1]** 6994/15
**slotted [1]** 7037/8
**slow [1]** 7089/1
**slowed [1]** 7045/6
**slower [1]** 7088/23
**Smart [2]** 7100/4
7100/5
**smoke [1]** 7037/23
**sniper [1]** 7063/20
**snippets [1]** 7008/19
**snipping [1]** 7015/7
**so [281]**
**So it's [2]** 7067/4
7077/11
**sock [1]** 7076/8
**solved [1]** 6999/7
**solves [1]** 6999/18
**some [57]** 6990/12
6990/18 6990/19
6990/23 6991/8
6991/12 6992/3
6992/15 6996/1 6996/5
6997/7 6997/21 6998/1
7003/2 7004/4 7006/4
7007/5 7016/6 7019/10
7020/9 7020/12 7026/9
7026/11 7026/12
7033/11 7048/23
7049/8 7051/7 7051/21
7052/17 7056/7
7057/21 7057/22
7058/25 7061/9
7062/25 7063/13
7064/17 7064/18
7065/4 7068/7 7068/8
7072/25 7075/16
7076/17 7077/16
7084/19 7084/23
7088/22 7089/24
7090/5 7096/4 7103/14

7108/25 7115/5
**somebody [6]** 6992/15
6992/22 7005/11
7052/16 7053/2
7078/12
**somebody's [1]** 7005/5
**someone [20]** 7007/20
7012/5 7015/23 7028/6
7052/7 7052/10
7052/22 7053/9
7053/12 7062/17
7068/8 7069/18 7077/6
7094/13 7097/8
7097/10 7101/6
7106/16 7108/11
7108/23
**something [23]**
6992/13 6999/17
7004/4 7005/19
7009/12 7011/23
7011/25 7012/9
7012/10 7025/15
7025/22 7056/19
7059/24 7069/14
7074/19 7084/20
7085/9 7093/20
7100/20 7103/4
7105/15 7115/12
7116/20
**sometimes [2]** 7096/16
7112/3
**somewhat [4]** 6990/24
6993/17 6995/14
7091/12
**son [1]** 7072/12
**sons [2]** 7035/3
7054/20
**soon [1]** 7036/10
**sorry [27]** 6987/7
6987/14 7006/13
7010/1 7016/21
7019/23 7021/2
7021/15 7021/18
7022/15 7026/10
7027/13 7027/23
7029/8 7035/13
7047/25 7056/11
7059/2 7075/24 7087/9
7088/25 7098/15
7098/19 7099/19
7102/1 7111/10 7114/6
**sort [9]** 6989/16
6989/20 6995/13
6995/21 7003/12
7003/20 7005/6
7088/14 7107/15
**sound [1]** 7106/10
**sounds [1]** 7087/9
**source [1]** 7110/1
**South [1]** 7044/2
**sovereign [2]** 7092/9
7092/13
**Soviet [1]** 7093/1
**speak [8]** 6992/17
6999/13 6999/16
7012/19 7089/23
7104/3 7109/5 7109/9

**speakers [4]** 7024/16
7060/3 7104/3 7108/21
**speaking [6]** 7011/9
7077/15 7077/18
7077/21 7110/15
7110/19
**spear [1]** 7049/15
**special [5]** 7036/19
7037/4 7037/12
7085/11 7111/20
**specialized [2]**
7046/16 7046/17
**specializes [1]**
7007/23
**specific [1]** 6991/17
7027/10
**specificity [1]** 7029/24
**speech [2]** 7065/23
7093/13
**Spell [1]** 7032/10
**spending [1]** 7012/1
**spoke [1]** 7007/25
**sponsoring [1]** 6996/3
**spotlights [1]** 7071/6
**spray [2]** 7105/15
7105/19
**sprayed [1]** 7070/23
**Sr [7]** 6983/16 7050/17
7083/2 7083/6 7102/19
7102/19 7102/24
**SR-1 [1]** 7050/17
**SR-2 [3]** 7102/19
7102/19 7102/24
**SR-7 [2]** 7083/2 7083/6
**stabbed [3]** 7074/23
7074/24 7075/1
**stable [2]** 7001/18
7002/23
**staff [1]** 7040/20
**staffer [1]** 7041/16
**stake [1]** 6994/16
**stand [12]** 6996/19
6997/16 6998/6
7003/18 7015/15
7050/12 7062/19
7079/20 7079/21
7079/24 7081/4
7117/10
**stand-down [4]**
7079/20 7079/21
7079/24 7081/4
**standard [2]** 7111/8
7111/18
**standdown [1]**
7089/19
**standdowns [1]**
7089/14
**standing [1]** 7068/20
**stanley [3]** 6983/2
6983/5 6986/16
**stars [2]** 7099/14
7101/9
**start [5]** 7036/23
7046/24 7086/21
7088/8 7091/23 7092/4
7093/22 7101/21
7110/21

**started [9]** 7000/1
7006/20 7039/13
7046/22 7047/22
7047/22 7053/25
7054/7 7055/15
**starts [1]** 7083/17
**state [12]** 7038/25
7050/6 7050/7 7050/10
7059/10 7061/23
7084/14 7084/18
7085/7 7085/19
7092/14 7096/9
**statement [1]** 7026/22
**states [17]** 6981/1
6981/3 6981/10 6986/6
7045/6 7050/4 7051/11
7054/17 7085/5 7085/5
7085/13 7085/14
7085/16 7085/21
7085/22 7092/10
7093/3
**station [5]** 7068/5
7068/6 7068/22
7068/23 7068/24
**status [4]** 7024/1
7043/19 7043/23
7047/1
**statutes [1]** 7062/13
**stay [5]** 7069/6
7069/11 7087/18
7105/24 7106/7
**stayed [1]** 7069/7
**staying [3]** 6987/4
6987/8 7069/17
**stealing [1]** 7048/4
**stenography [1]**
6984/6
**step [4]** 7031/16
7090/8 7098/17 7113/5
**stepped [1]** 7078/1
**STEWART [12]** 6981/6
6982/2 6986/7 6995/15
6996/4 6996/23
7031/20 7032/5
7032/13 7032/15
7083/1 7102/19
**Stewart Rhodes [5]**
6995/15 6996/4
6996/23 7083/1
7102/19
**still [15]** 6986/25
6987/1 6992/12 7004/8
7010/20 7024/12
7038/21 7047/5 7047/8
7055/24 7057/4
7057/17 7088/19
7091/9 7097/2
**stolen [3]** 7082/16
7082/21 7084/8
**Stone [3]** 7024/22
7024/22 7024/23
**stood [4]** 7054/24
7065/19 7079/22
7089/21
**stop [8]** 7016/5 7062/1
7071/7 7073/21 7078/1
7088/1 7096/17

**stopped [3]** 7050/16
7061/3 7092/15
**stopping [1]** 7061/12
**store [1]** 7068/5
**stores [2]** 7084/1
7084/1
**story [1]** 7072/9
**strategy [1]** 7001/9
**stream [2]** 7089/21
7110/3
**streamline [1]** 6991/8
**streams [2]** 7110/2
7110/4
**street [15]** 6981/17
6982/11 6982/15
7010/5 7020/10
7021/12 7022/7
7062/25 7068/13
7068/23 7070/3
7072/16 7076/6
7089/25 7092/16
**streets [6]** 7069/20
7073/3 7074/23 7075/1
7078/2 7110/3
**strength [1]** 7069/14
**strike [1]** 7043/4
**strip [2]** 7043/20
7045/5
**strong [1]** 7069/22
7069/23
**structure [1]** 7077/9
**stuck [1]** 7107/19
**students [3]** 7039/5
7042/19 7042/23
**studied [2]** 7041/18
7044/9
**stuff [8]** 7043/12
7044/9 7074/8 7075/9
7075/13 7081/15
7086/18 7092/19
**subject [3]** 6998/2
6998/16 6998/18
**subjects [2]** 7004/18
7004/19
**submissions [1]**
7013/22
**submit [2]** 6994/2
6996/16
**such [2]** 7020/13
7084/15
**sued [2]** 7085/19
7085/20
**sufficient [1]** 7049/4
**suggested [1]** 6999/1
**suggestions [1]**
7088/23
**suggests [1]** 6989/19
**suicide [1]** 7057/9
**Suite [4]** 6982/4 6982/8
6983/8 6983/17
**Summa [1]** 7040/1
**summarizing [1]**
7012/13
**summation [1]** 6994/9
**summer [2]** 7079/9
7081/6
**super [1]** 7084/4

**super-wealthy [1]**
7084/4
**Superdome [1]** 7048/7
**superior [1]** 7050/15
**supplement [5]** 7011/1
7012/7 7012/9 7115/25
7116/24
**supplemental [2]**
7014/13 7115/5
**supplementation [1]**
7115/13
**support [4]** 7050/3
7077/1 7077/2 7110/1
**supported [1]** 7063/16
**supporter [4]** 7065/16
7065/21 7074/25
7106/23
**supporter/libertarian
[1]** 7065/16
**supporters [2]** 7104/19
7104/25
**supposed [1]** 7070/1
**supremacists [1]**
7077/25
**Supreme [7]** 7045/17
7047/3 7047/6 7047/13
7104/4 7110/13
7110/20
**Supreme Court [7]**
7045/17 7047/3 7047/6
7047/13 7104/4
7110/13 7110/20
**sure [42]** 6988/20
6991/15 6992/12
6992/16 6993/16
6994/8 6997/4 6999/8
6999/15 7000/17
7001/11 7002/1
7005/20 7006/23
7009/13 7009/15
7009/16 7012/12
7028/2 7032/3 7049/5
7050/9 7053/2 7053/4
7053/5 7062/14
7067/19 7072/1
7075/14 7080/2 7082/4
7082/7 7083/17
7087/11 7088/7
7093/25 7095/21
7096/3 7111/13
7114/10 7116/17
7117/1
**surprising [1]** 7013/8
**survive [1]** 7035/9
**sustained [2]** 7027/8
7031/4
**swear [3]** 7050/2
7050/3 7050/7
**swing [2]** 7085/5
7085/14
**swore [6]** 7049/10
7049/10 7055/18
7060/18 7068/10
7093/13
**SWORN [2]** 7015/15
7032/5
**system [1]** 7047/10

**table [7]** 6988/23
6989/2 6989/5 6989/16
7001/4 7002/7 7004/1
**Tactical [1]** 7098/2
**take [28]** 6987/10
6988/12 6988/13
6991/25 6992/9
6996/24 6999/23
6999/25 7000/3
7008/14 7009/4 7013/2
7014/16 7028/16
7030/11 7033/2
7045/25 7046/9
7053/16 7056/9 7063/8
7063/9 7079/22 7080/4
7081/19 7087/9
7109/20 7113/5
**taken [3]** 7015/23
7028/25 7029/4
**takes [2]** 6997/16
7107/16
**taking [4]** 6992/7
7028/22 7069/19
7069/25
**talk [15]** 6996/1
7014/15 7020/8
7034/20 7063/13
7067/20 7067/25
7079/1 7081/24
7082/10 7087/5
7088/23 7088/24
7093/7 7094/24
**talked [6]** 7025/12
7052/17 7052/18
7055/15 7060/15
7102/9
**talking [4]** 6987/7
6997/24 7086/21
7091/16
**talks [2]** 6993/19
7083/18
**target [2]** 7068/16
7105/17
**Tarpley [2]** 6982/10
6986/15
**taught [3]** 7039/10
7048/16 7048/23
**taunted [1]** 7069/1
**taxi [1]** 7104/23
**teach [2]** 7049/22
7059/18
**teacher [1]** 7040/12
**teaching [1]** 7059/20
**team [14]** 7067/2
7095/4 7100/25 7104/2
7104/9 7104/12
7104/14 7104/16
7104/18 7104/18
7109/12 7110/25
7110/1 7110/25
**teams [1]** 7104/2
**tear [1]** 7063/18
**tear-gassing [1]**
7063/18
**Telegram [1]** 7094/19
**tell [14]** 6999/1
7027/14 7028/21

7141
7050/9 7054/6
7066/6 7074/12 7077/8
7086/9 7094/3 7106/1
7112/4 7115/2
**telling [4]** 6998/10
7026/4 7027/18 7028/2
**tempted [1]** 7024/11
**ten [7]** 7000/21 7008/2
7008/10 7008/11
7008/22 7009/4
7115/14
**ten-minute [1]** 7008/2
**tend [5]** 7055/21
7055/25 7073/3
7088/24 7091/4
**tens [1]** 7024/9
**tensions [1]** 7020/22
**term [5]** 7049/9 7075/3
7075/12 7107/22
7107/23
**terminology [2]** 7075/6
7080/22
**terms [8]** 6987/12
6999/2 7014/11 7015/7
7024/22 7113/9
7113/23 7115/2
**terrain [1]** 7037/22
**Terrific [1]** 7010/12
**territory [1]** 7092/9
**testified [6]** 7003/1
7015/15 7052/18
7076/14 7080/17
7089/6
**testifies [11]** 6988/24
6990/15 6992/24
6993/1 6993/22
6995/15 6997/7 6998/2
6998/14 7005/18
7094/2
**testify [15]** 6990/8
6997/19 6997/19
6999/23 7001/21
7002/9 7002/21
7004/11 7005/6 7006/4
7032/24 7033/1
7033/19 7057/6 7114/3
**testifying [7]** 6989/17
6990/3 6990/10
6990/25 7003/25
7004/10 7033/6
**testimony [21]**
6991/17 6993/2 6993/3
6995/18 6997/9
6998/24 7001/8
7001/19 7002/23
7003/16 7004/2
7004/25 7005/2 7005/5
7005/10 7005/22
7015/1 7023/20
7031/16 7032/18
7112/22
**Texas [9]** 7007/23
7040/18 7077/17
7077/23 7085/19
7104/9 7105/14
7106/13 7108/4
**text [5]** 7079/1 7094/7
7094/13 7094/14

**text... [1]** 7094/17
**texting [4]** 7087/7
7093/8 7094/6 7094/17
**texts [4]** 7075/15
7075/15 7075/17
7082/13
**than [15]** 6987/4
6994/20 7003/14
7005/11 7013/16
7015/23 7070/1 7070/2
7074/16 7093/4 7093/9
7094/24 7101/6
7103/23 7114/25
**thank [22]** 6999/20
7000/8 7010/12
7014/18 7014/25
7015/3 7019/20 7020/2
7028/14 7031/14
7031/15 7031/25
7045/11 7087/13
7087/25 7088/17
7102/21 7111/12
7112/17 7112/20
7113/1 7117/6
**thank you [17]**
7010/12 7014/18
7015/3 7019/20 7020/2
7028/14 7031/14
7031/15 7031/25
7045/11 7087/25
7102/21 7111/12
7112/17 7112/20
7113/1 7117/6
**Thanks [1]** 7087/21
**Thanksgiving [1]**
7006/22
**that [586]**
**that'll [1]** 7007/6
**that's [109]** 6987/16
6989/17 6989/19
6990/11 6992/14
6993/22 6994/19
6995/5 6999/11
6999/20 7003/8
7003/20 7004/12
7004/14 7005/7
7006/14 7007/21
7008/9 7008/12 7009/8
7009/14 7011/4 7012/5
7013/15 7013/24
7018/3 7019/5 7019/15
7022/25 7027/8
7027/21 7032/14
7033/23 7035/14
7036/3 7038/4 7038/15
7039/13 7040/22
7040/24 7043/21
7045/1 7045/7 7045/8
7046/3 7047/21 7048/1
7049/3 7052/12
7052/21 7053/6
7053/20 7055/6
7057/16 7057/23
7058/17 7059/12
7060/12 7062/7 7062/7
7062/10 7062/16
7063/5 7064/6 7064/19

7068/12 7069/6
7069/24 7070/16
7071/11 7072/11
7073/19 7073/22
7075/3 7075/22
7075/24 7080/16
7080/22 7080/23
7081/16 7081/24
7082/20 7083/12
7085/4 7088/3 7089/25
7090/1 7090/20
7091/14 7091/20
7093/13 7093/20
7094/4 7094/18
7094/24 7095/5
7095/19 7102/6
7104/14 7105/20
7106/15 7106/20
7107/23 7111/8
7115/16 7115/20
7116/4
**their [54]** 6990/16
6990/20 6993/3 6993/4
6995/20 6997/25
6998/6 6998/8 6998/15
6999/10 7005/10
7008/24 7012/6
7013/21 7017/17
7040/23 7043/20
7048/9 7049/6 7050/14
7050/15 7051/14
7052/7 7052/7 7054/19
7055/10 7055/23
7057/4 7057/11
7059/16 7061/14
7063/16 7065/23
7066/6 7067/8 7068/17
7070/25 7075/10
7084/6 7085/23
7085/25 7090/4 7090/8
7092/2 7093/9 7096/18
7104/21 7104/23
7105/5 7106/9 7106/12
7106/12 7106/17
7108/20
**thelinderfirm.com [1]**
6982/6
**them [88]** 6990/4
6990/5 7001/9 7003/4
7006/3 7006/23
7006/25 7007/1 7007/5
7009/11 7013/8 7017/9
7019/7 7019/25
7022/10 7029/14
7043/21 7052/9
7052/11 7053/1
7053/13 7054/20
7055/8 7056/4 7057/6
7057/12 7057/13
7057/16 7057/17
7057/24 7059/18
7060/23 7061/3
7061/12 7062/1
7063/14 7063/23
7063/23 7064/18
7065/7 7066/1 7066/5
7066/9 7067/1 7067/16

7071/6 7071/7 7073/5
7074/12 7074/18
7074/22 7076/4 7076/7
7076/19 7077/3
7079/19 7080/6
7080/10 7085/6
7087/18 7090/5 7090/8
7090/11 7093/5
7094/22 7094/23
7095/13 7096/23
7104/10 7104/23
7105/2 7105/5 7105/16
7105/18 7105/19
7106/1 7106/2 7106/6
7106/17 7107/1 7107/2
7108/20 7110/4 7112/4
7115/8 7116/7
**then [93]** 6988/14
6989/4 6989/21 6990/3
6991/23 6993/8
6993/12 6995/15
6995/16 6995/17
6995/19 6996/15
6996/22 6997/11
6997/12 6999/24
7001/24 7002/9
7003/19 7004/1 7004/6
7005/3 7005/9 7006/5
7006/20 7009/2 7009/5
7011/16 7011/25
7012/7 7012/10
7013/21 7013/25
7018/23 7024/5
7035/24 7036/6
7038/11 7039/16
7040/13 7043/15
7044/21 7045/16
7045/19 7047/14
7048/11 7051/4
7052/22 7053/21
7054/1 7054/21 7058/5
7060/18 7063/23
7066/25 7067/14
7068/8 7073/14
7077/10 7080/6
7081/10 7081/22
7083/17 7088/6 7088/8
7092/25 7096/2
7096/15 7097/14
7099/10 7101/21
7102/5 7103/21 7104/4
7104/14 7104/25
7105/1 7105/17
7107/18 7109/14
7109/15 7109/25
7110/12 7110/19
7110/21 7111/5
7113/14 7114/18
7115/17 7115/24
7116/3 7116/7 7116/8
**theory [2]** 6994/6
6997/15
**there [122]** 6987/20
6989/9 6990/19
6990/23 6993/18
6994/16 6995/23
6999/25 7002/18

7011/9 7014/5 7014/17
7016/23 7016/25
7017/8 7017/15
7017/22 7018/23
7019/6 7019/24 7020/7
7020/8 7020/21
7020/22 7021/4
7021/11 7022/4 7022/6
7023/4 7023/21
7024/19 7026/8 7027/6
7030/23 7033/11
7038/21 7041/23
7043/24 7048/3 7048/8
7048/23 7051/3 7051/3
7054/14 7056/20
7057/22 7058/9 7059/1
7059/5 7060/9 7060/22
7061/4 7064/24
7065/14 7065/14
7065/15 7065/25
7066/14 7067/18
7068/3 7068/6 7068/12
7068/20 7069/14
7070/17 7071/3 7072/9
7073/2 7073/18 7075/8
7075/16 7076/18
7076/19 7076/19
7076/19 7076/21
7076/21 7076/24
7077/6 7077/15
7077/24 7077/25
7078/18 7079/12
7079/14 7079/15
7079/23 7086/22
7089/14 7089/21
7089/23 7090/2 7090/2
7092/5 7092/5 7092/23
7096/19 7097/2
7098/11 7102/11
7102/13 7103/13
7103/15 7105/12
7105/13 7106/1
7109/12 7110/12
7110/12 7111/3 7111/9
7113/24 7114/4 7114/7
7114/9 7114/10
7114/18 7115/5
7116/13 7116/17
**there's [35]** 6991/22
6991/22 6991/23
6997/23 7002/16
7003/12 7003/13
7003/17 7003/18
7004/15 7004/23
7004/25 7009/6
7010/22 7012/5
7012/12 7019/13
7028/15 7042/25
7052/5 7052/19 7053/5
7058/25 7062/4
7062/24 7069/23
7071/12 7079/1 7081/3
7081/4 7086/16
7086/19 7108/23
7111/4 7116/20
**thereafter [1]** 7102/12
**therefore [1]** 6998/24

**hereof [2]** 7051/12
7084/15
**these [23]** 7001/23
7002/6 7017/13
7017/14 7025/18
7052/17 7053/16
7053/18 7056/21
7058/19 7065/19
7067/5 7069/8 7069/21
7084/23 7096/19
7108/6 7108/7 7108/15
7111/6 7111/15 7112/8
7116/23
**they [163]**
**they'd [2]** 7060/18
7096/9
**they'll [6]** 7074/5
7074/6 7074/6 7075/20
7076/7 7105/18
**they're [17]** 6989/1
7001/21 7049/23
7050/6 7053/4 7057/17
7061/24 7065/22
7091/3 7099/4 7099/4
7105/18 7106/11
7106/12 7106/13
7111/3 7111/3
**they've [4]** 6998/6
6998/12 7007/25
7055/23
**thing [18]** 7001/17
7002/24 7006/21
7009/2 7009/6 7018/3
7019/14 7019/14
7043/6 7047/2 7050/3
7052/2 7055/11
7055/13 7091/5
7092/12 7092/20
7094/20
**things [25]** 6990/18
7012/1 7013/15
7013/17 7018/16
7020/8 7020/9 7030/24
7039/5 7043/10
7049/18 7053/5 7056/5
7060/3 7061/9 7073/8
7074/8 7076/5 7076/8
7083/22 7091/4 7092/4
7093/1 7096/6 7105/19
**think [84]** 6987/10
6987/25 6989/17
6989/18 6990/1 6990/7
6990/24 6991/21
6992/5 6992/21 6993/8
6994/12 6995/13
6996/5 6996/18 6997/5
6997/15 6997/15
6997/20 6997/23
6998/1 6999/11
7001/14 7001/17
7003/10 7003/11
7003/15 7004/22
7005/3 7005/10 7006/1
7006/1 7007/9 7007/10
7007/10 7008/16
7009/3 7011/6 7011/15
7011/17 7012/18
7012/19 7014/2 7014/6

**T**
think... [40] 7017/25
7018/14 7019/6
7019/10 7021/17
7026/24 7031/4 7044/1
7044/7 7044/20
7044/21 7044/25
7045/8 7047/6 7047/6
7047/21 7048/9
7052/14 7057/12
7061/17 7074/21
7076/14 7076/20
7082/13 7087/17
7090/4 7090/11
7091/21 7092/1 7100/2
7103/25 7104/12
7113/10 7113/14
7114/16 7115/1 7115/2
7115/12 7116/22
7117/3
thinking [2] 7007/1
7007/12
thinks [2] 6996/14
7116/8
third [2] 7010/5
7093/11
Third Street [1] 7010/5
third-party [1] 7093/11
this [108] 6986/6
6990/9 6991/2 6991/8
6991/8 6992/7 6992/10
6993/16 6993/17
6993/18 6993/19
6993/23 6994/13
6996/20 6997/5 6997/9
6998/19 7001/17
7001/24 7002/17
7003/7 7004/12
7004/17 7004/21
7007/17 7008/8 7009/3
7011/13 7011/19
7013/4 7013/6 7013/14
7015/11 7015/22
7015/22 7016/11
7016/24 7017/4 7017/4
7017/10 7017/10
7017/13 7017/16
7017/18 7018/2
7018/15 7018/17
7017/18 7018/22
7021/15 7021/18
7021/19 7021/21
7022/5 7022/16
7022/16 7025/5
7032/21 7032/24
7033/2 7033/12
7034/18 7039/16
7043/22 7044/9
7046/24 7047/10
7050/18 7050/23
7050/25 7055/6
7055/15 7055/20
7063/8 7065/8 7065/23
7066/7 7068/21 7079/7
7080/11 7081/2 7083/2
7085/13 7085/19
7086/20 7086/20
7086/21 7090/19

7092/9 7093/2 7093/13
7093/19 7098/20
7103/4 7103/10
7103/19 7103/23
7107/10 7109/4
7112/20 7114/8 7115/9
7115/17 7116/10
7117/10
Thomas [2] 6983/16
6986/10
Thomas Edward
Caldwell [1] 6986/10
those [15] 6996/16
7031/9 7048/14
7056/23 7064/2
7064/12 7064/17
7067/14 7072/21
7075/17 7077/14
7081/20 7086/6
7094/22 7096/8
though [8] 6986/24
6989/18 7001/23
7050/14 7050/15
7052/3 7056/14
7093/25
thought [7] 6987/15
6989/23 7044/4
7047/11 7057/8
7077/15 7096/12
thousands [4] 7024/9
7070/13 7070/14
7071/10
threat [1] 7079/15
threatened [2] 7068/9
7077/20
threatening [1] 7017/6
threats [2] 7073/21
7109/8
three [6] 7047/20
7058/14 7059/5
7067/11 7068/17
7111/6
through [21] 6991/19
6991/20 6994/17
6994/18 6996/20
6997/13 7005/19
7007/11 7012/24
7032/16 7037/4 7037/6
7076/23 7077/17
7078/2 7087/1 7094/13
7105/10 7108/8
7108/15 7110/18
throughout [3] 7065/8
7079/21 7100/11
throw [2] 7074/5
7074/6
throwing [2] 7064/2
7074/7
thrown [1] 7074/4
tied [1] 7109/17
till [3] 7011/18 7046/10
7087/19
time [35] 6987/9
6987/18 6996/19
6996/20 6996/21
7008/1 7008/13
7011/20 7012/1 7012/3

7013/20 7014/25
7024/1 7025/5 7028/24
7031/16 7036/6
7036/18 7037/2
7038/21 7056/8 7059/4
7059/6 7059/8 7070/13
7081/6 7083/2 7093/7
7093/12 7099/15
7110/24 7112/20
7115/11
times [3] 7069/23
7096/16 7112/11
tip [1] 7049/15
tired [1] 7078/13
tissue [1] 7042/25
titled [1] 7118/4
today [8] 7010/18
7011/21 7012/1
7013/25 7014/16
7033/6 7054/22
7114/25
together [5] 6990/13
7054/19 7054/24
7055/13 7068/18
told [9] 7001/12
7025/10 7027/15
7048/7 7063/23
7067/18 7069/5
7074/18 7087/17
tolerate [2] 7052/6
7070/5
too [22] 6988/13
7013/10 7013/18
7013/24 7035/12
7037/10 7037/11
7039/11 7057/9
7059/10 7061/1
7065/22 7066/11
7067/20 7074/9 7075/7
7078/13 7089/1 7091/5
7105/9 7106/21 7111/5
took [9] 7029/5 7029/7
7029/10 7029/16
7036/20 7042/19
7079/11 7092/24
7101/22
tool [1] 7077/12
topic [9] 6989/3
6995/22 6996/1 7004/4
7006/4 7044/10
7044/17 7044/18
7087/10
tornado [1] 7058/5
torts [1] 7042/15
torture [1] 7048/22
torturing [1] 7043/16
total [2] 7038/5
7064/22
touch [1] 7108/7
tough [1] 7042/24
toward [1] 7013/14
towards [3] 7051/14
7064/9 7093/6
towers [4] 6983/17
7042/16 7042/18
7042/22
town [1] 7007/2

track [1] 7047/10
traffic [1] 7081/22
train [1] 7039/4
trained [1] 7099/13
training [6] 7037/5
7038/25 7039/1 7039/4
7049/4 7050/15
trans [1] 7065/21
transcript [3] 6981/9
6984/6 7118/3
transcription [1]
6984/7
transfer [2] 7057/13
7084/4
transferred [1]
7039/16
transitioning [1]
7087/10
travel [2] 7058/19
7099/22
travels [2] 7031/17
7099/23
treated [1] 7022/10
trees [1] 7037/24
trial [4] 6981/9 6992/10
6992/19 7116/16
tribunal [1] 7047/5
tried [3] 7047/5 7048/5
7092/16
triple [2] 7099/11
7112/6
Triple Canopy [1]
7099/11
trouble [1] 7078/9
troublemakers [1]
7064/1
troubling [1] 7047/1
Troy [2] 6981/16
6986/12
Troy Edwards [1]
6986/12
true [4] 6994/18 7072/8
7095/1 7106/24
Trump [25] 7065/15
7065/16 7065/21
7071/20 7072/24
7074/25 7079/11
7079/16 7080/4
7080/12 7082/8
7082/24 7086/12
7089/13 7091/2
7091/24 7095/7
7104/19 7104/25
7105/9 7105/9 7105/16
7105/21 7106/22
7106/23
try [9] 7009/10 7064/3
7064/4 7080/11
7097/10 7101/22
7103/16 7103/20
7105/2
trying [15] 6989/6
6991/8 6991/25 6994/6
6995/6 7009/14
7036/18 7065/18
7071/5 7073/17
7073/18 7086/9

7092/15
turn [2] 7092/16
7114/20
turned [2] 7035/1
7065/17
turret [1] 7035/7
TVs [1] 7048/4
two [15] 6997/24
7004/15 7011/13
7017/24 7043/24
7043/25 7044/2
7054/16 7059/19
7061/22 7066/19
7071/4 7094/22
7103/11 7104/2
TX [2] 6982/4 6982/8
Tyler [1] 7077/23
type [3] 6992/3
6993/12 7017/18
typical [1] 7073/10
typically [2] 6998/16
7004/14

**U**
U-turn [1] 7092/16
U.S [1] 6981/16
unarmed [2] 7066/10
7066/14 7105/18
uncle [2] 7035/15
7036/21
unconscious [1]
7106/14
unconstitutional [7]
7043/11 7047/6
7048/12 7063/19
7082/17 7082/24
7084/10
under [6] 7031/23
7039/16 7047/16
7050/19 7085/6
7088/19
undercover [1]
7063/25
undergrad [1] 7040/6
undergraduate [1]
7040/16
underneath [1] 7067/1
understand [14]
6993/7 7001/10
7001/17 7023/25
7032/20 7032/23
7032/25 7033/1 7033/6
7050/1 7067/6 7067/7
7086/16 7088/19
understandably [1]
7088/4
understanding [10]
6994/4 6998/13
7015/22 7025/1
7025/13 7025/18
7027/5 7027/11 7028/4
7028/24
understood [3] 7006/8
7080/2 7116/19
undoubtedly [1]
7012/11
unexpected [1] 7013/6

**U**

unfit [1] 7055/8
unfortunately [9]
7037/11 7047/14
7048/13 7051/21
7068/7 7072/20
7074/22 7079/25
7104/24
uniform [1] 7111/16
UNITED [10] 6981/1
6981/3 6981/10 6986/6
7045/6 7050/4 7051/11
7054/17 7092/10
7093/3
United States [4]
7050/4 7054/17
7092/10 7093/3
University [1] 7039/13
unlawful [6] 7048/14
7048/17 7048/18
7048/20 7073/18
7077/3
unless [7] 7008/5
7009/6 7019/13 7073/2
7104/5 7107/13 7109/9
unlike [3] 7045/3
7057/20 7070/2
unlikely [2] 6990/4
6990/7
UNLV [4] 7039/8
7039/14 7039/16
7039/20
unnecessarily [1]
7067/9
unpaid [4] 7059/8
7061/24 7098/6
7100/23
unrelated [1] 7004/25
until [11] 6995/10
7013/3 7070/7 7071/16
7071/16 7096/18
7114/14 7115/8
7115/18 7115/21
7117/10
unusual [2] 7003/9
7030/11
up [79] 6992/24 6997/6
6998/5 6999/23
6999/25 7001/24
7006/5 7009/11
7009/25 7012/1
7013/11 7017/10
7018/2 7019/11
7020/19 7025/12
7031/21 7033/12
7033/15 7033/20
7034/5 7034/10
7034/21 7035/11
7035/18 7035/21
7035/24 7036/19
7037/14 7046/15
7050/25 7057/25
7057/25 7059/9
7062/13 7063/8 7064/8
7065/20 7065/22
7067/21 7068/25
7070/7 7071/19
7071/22 7074/9

7075/3 7075/12
7076/11 7079/16
7081/7 7082/8 7084/24
7085/3 7087/5 7088/15
7090/8 7091/19 7093/6
7093/13 7095/13
7095/20 7095/22
7095/24 7096/1 7096/2
7097/6 7097/20
7100/11 7103/24
7107/10 7109/17
7112/12 7113/10
7113/17 7115/3
7115/20 7116/21
updated [1] 7048/21
upheld [1] 7047/3
uphold [1] 7050/7
upon [3] 7051/14
7064/19 7116/9
us [43] 6991/17 6992/9
6992/9 6995/2 6995/5
6997/3 7007/10
7013/24 7021/4
7042/17 7051/22
7056/10 7056/15
7060/25 7061/2
7061/10 7061/17
7063/12 7066/9 7067/8
7068/11 7080/6 7082/8
7093/14 7093/17
7093/20 7096/11
7101/1 7107/2 7107/12
7107/12 7108/8 7108/9
7108/9 7108/12
7108/13 7108/13
7109/7 7109/21
7110/18 7110/20
7112/13 7114/22
usdoj.gov [2] 6981/19
6981/20
use [17] 7012/3
7023/12 7039/3
7043/14 7047/17
7058/19 7065/18
7070/22 7074/3 7075/5
7075/19 7075/20
7076/7 7080/12 7094/8
7094/9 7109/6
used [8] 7048/6 7049/3
7075/12 7075/25
7076/1 7078/13
7093/10 7093/11
useful [1] 7014/7
using [8] 7010/3
7063/22 7077/12
7080/5 7093/16
7093/22 7096/17
7112/4
usual [1] 7114/17
usually [5] 6998/10
7003/7 7078/7 7097/7
7108/8
utmost [1] 6998/9

**V**

VA [1] 7039/16
vacuum [1] 6995/1

value [1] 7057/17
van [1] 7080/16
various [2] 7008/18
7100/10
Vegas [5] 7036/5
7038/18 7039/14
7041/18 7046/6
vehicle [3] 7078/8
7078/16 7078/17
venue [2] 7105/25
7106/3
venues [2] 7106/3
7106/4
version [1] 7045/1
versus [2] 6986/7
6992/14
very [19] 7008/13
7024/12 7034/15
7039/12 7043/10
7046/20 7047/9
7047/21 7057/8
7057/23 7073/15
7074/11 7074/13
7082/6 7087/14 7090/3
7092/2 7095/25 7113/2
vests [1] 7073/8
vet [1] 7045/18
veteran [4] 7038/14
7097/9 7099/6 7106/13
veterans [13] 7042/2
7054/18 7057/9
7057/20 7063/6 7063/7
7063/13 7066/10
7067/1 7075/20 7080/7
7081/9 7104/20
vetted [1] 7052/22
vetting [1] 7053/1
vice [4] 7093/12
7097/25 7101/25
7111/19
video [40] 6987/21
6987/25 6988/10
7000/11 7000/15
7000/15 7008/2 7008/5
7008/10 7008/11
7015/8 7015/8 7015/10
7015/21 7015/22
7016/9 7016/11
7016/18 7016/24
7017/3 7017/11
7017/25 7018/9
7018/22 7018/23
7019/1 7019/21 7020/3
7021/2 7021/14
7021/15 7022/23
7030/18 7060/11
7060/11 7060/13
7064/5 7068/1 7068/19
7073/7
videos [1] 7020/12
Vietnam [1] 7045/18
view [1] 7017/9
Villa [1] 7035/1
violate [1] 7049/13
violated [4] 7061/15
7084/25 7085/1
7085/25
violates [1] 7048/25

violation [5] 7044/4
7048/9 7051/11 7084/6
7085/8
violations [1] 7085/7
violence [3] 7051/13
7077/16 7092/7
VIP [2] 7024/16 7096/1
VIPs [1] 7025/2
Virginia [1] 7029/7
virtually [1] 7024/19
virtue [1] 6990/9
visibly [1] 7017/9
Voc [1] 7039/16
voice [1] 7069/24
void [1] 7084/11
volume [1] 7116/9
volunteer [15] 7039/9
7046/4 7056/15
7056/16 7056/18
7059/21 7059/22
7059/22 7059/23
7062/6 7062/23 7098/6
7099/3 7100/23
7112/15
volunteerism [1]
7059/20
volunteers [7] 7056/18
7058/15 7059/8
7061/24 7103/22
7103/24 7103/25
vs [1] 6981/5
vulnerable [2] 7039/12
7104/19

**W**

waiting [2] 6987/1
7038/12
waive [6] 6996/7
6997/25 6998/17
6999/3 6999/10 7033/7
waived [7] 6997/17
6998/6 6998/12
6998/15 7033/13
7033/18 7114/2
waiver [1] 6998/17
waives [2] 6998/11
6998/13
waiving [1] 6999/1
walk [3] 7067/21
7105/5 7105/15
walked [3] 7037/12
7104/10 7106/11
walking [2] 7072/16
7110/19
Walmart [2] 7074/19
7084/2
want [53] 6987/21
6988/21 6989/2 6989/4
6992/10 6994/20
6994/22 6995/1
6995/16 7000/21
7005/7 7008/1 7008/4
7011/12 7011/25
7012/21 7013/16
7023/25 7025/12
7033/12 7040/14
7053/4 7053/13 7057/4

7067/25 7068/15
7067/25 7068/15
7068/16 7070/2 7070/3
7070/3 7073/13
7073/15 7073/19
7073/21 7074/13
7080/23 7089/4
7090/10 7093/7
7096/15 7099/3
7100/20 7102/8
7104/22 7108/13
7111/11 7115/1 7115/7
7115/21 7115/25
7116/25
wanted [22] 7001/11
7009/15 7014/12
7035/20 7036/14
7040/11 7042/2 7049/5
7056/14 7057/1
7059/15 7062/14
7063/14 7072/25
7077/25 7079/19
7080/2 7082/7 7089/26
7096/2 7104/21
7107/11
wanting [1] 7043/4
wants [8] 6988/8
6995/25 6996/13
7000/11 7000/20
7012/11 7045/4
7047/12
war [10] 7035/3 7035/6
7035/9 7037/1 7041/10
7043/12 7043/13
7047/8 7048/25
7054/14
was [278]
washed [1] 7037/11
Washington [8] 6981/5
6981/17 6983/4 6983/9
6984/5 7037/15
7064/23 7072/16
wasn't [4] 7009/16
7013/19 7036/15
7093/4
waste [1] 7008/1
wasting [1] 7013/16
watch [6] 7001/7
7002/19 7008/10
7008/11 7110/2 7110/3
watched [1] 7030/18
watching [3] 7001/7
7002/23 7042/21
water [2] 7032/2
7074/5
Watkins [23] 6982/14
6986/9 6986/19 6987/1
7000/17 7015/12
7015/14 7016/13
7020/19 7021/10
7021/19 7021/25
7022/1 7022/8 7022/18
7022/19 7022/25
7024/20 7025/9
7026/13 7028/21
7029/16 7030/17
Watkins 51 [1] 7015/12
Watkins' [1] 6991/13

**way [24]** 6990/8 6993/1
6995/3 6997/5 6999/9
7008/8 7013/16
7032/17 7052/7 7054/2
7062/11 7067/5 7067/8
7067/23 7071/19
7076/11 7085/22
7090/24 7091/7 7092/3
7100/9 7110/20
7115/18 7115/20
**ways [3]** 6994/10
7061/9 7090/5
**we [289]**
**we believe [1]** 6995/15
**we will [3]** 7015/11
7087/13 7112/22
**we'd [5]** 7014/2
7052/11 7106/7
7109/25 7109/25
**we'll [24]** 6989/13
6994/13 6999/2
6999/23 7006/19
7011/13 7013/25
7014/16 7015/8
7044/19 7054/6
7078/11 7080/20
7081/17 7081/24
7086/6 7088/6 7088/15
7113/14 7113/18
7113/21 7113/21
7116/15 7117/7
**we're [32]** 6987/1
6988/19 6988/22
6991/14 6991/25
6994/6 6994/22
7002/11 7004/10
7006/3 7010/21 7011/1
7011/6 7013/13 7018/8
7031/4 7037/22
7048/16 7054/25
7055/12 7061/20
7069/24 7073/11
7088/1 7089/1 7095/8
7107/2 7107/3 7107/3
7110/18 7113/11
7117/3
**we've [13]** 6987/19
6992/7 7006/1 7007/16
7055/15 7071/15
7076/5 7090/6 7097/17
7102/9 7108/24
7112/18 7115/4
**wealth [1]** 7084/4
**wealthy [1]** 7084/4
**weapon [3]** 7023/9
7070/25 7105/12
**weaponry [1]** 7017/18
**weapons [10]** 7023/12
7023/15 7028/16
7028/22 7030/8
7030/11 7037/8 7074/3
7075/25 7076/7
**wear [4]** 7074/11
7074/13 7111/15
7111/17
**wearing [2]** 7074/17
7075/4

**website [1]** 7052/10
7054/8 7108/14
7108/16
**week [3]** 7024/4
7112/19 7112/21
**weekend [2]** 7113/1
7117/7
**weeks [4]** 6990/14
6991/12 7058/14
7059/5
**welcome [2]** 7014/24
7015/4
**well [65]** 6989/9
6991/21 6992/21
6994/12 6994/10
6995/8 6997/12
6999/18 7002/15
7008/10 7008/25
7011/19 7013/6 7013/9
7013/25 7014/15
7025/7 7028/21
7034/25 7036/14
7038/24 7039/7 7040/5
7040/11 7041/7
7041/20 7042/14
7044/23 7046/14
7046/25 7051/9
7054/12 7056/1 7056/7
7058/20 7060/6
7065/13 7068/21
7069/3 7069/16
7071/22 7072/1
7073/11 7074/4 7078/6
7078/20 7079/7
7080/22 7081/2 7084/9
7084/14 7085/16
7087/5 7089/20
7093/10 7096/9 7097/7
7102/3 7103/15 7105/8
7109/3 7110/10
7111/17 7112/5
7115/24
**went [25]** 6987/23
7025/24 7027/3 7027/6
7027/11 7027/14
7027/19 7028/3 7028/4
7028/8 7028/9 7036/3
7037/6 7039/15 7046/9
7046/13 7053/3 7054/1
7060/15 7062/2
7065/25 7090/2
7091/25 7099/12
7109/12
**were [133]** 6989/6
6996/3 7009/14 7011/9
7014/4 7017/22 7019/6
7019/24 7020/1 7020/6
7020/13 7020/22
7022/6 7022/12
7022/12 7022/14
7023/5 7023/19 7024/4
7024/17 7024/21
7024/21 7025/1 7025/9
7025/19 7028/21
7030/20 7030/23
7034/3 7035/19
7037/21 7038/13
7039/12 7042/17

7043/4 7043/7 7043/8
7043/10 7043/24
7044/1 7046/6 7046/13
7048/4 7048/8 7049/6
7052/3 7054/12
7054/20 7055/10
7056/20 7056/22
7059/5 7060/18 7061/2
7061/7 7061/10
7061/11 7061/11
7062/14 7062/15
7063/18 7063/20
7064/17 7064/20
7064/24 7064/25
7065/4 7065/10 7066/3
7066/3 7066/5 7066/8
7066/8 7066/10
7066/10 7066/23
7066/25 7068/4 7068/5
7068/10 7068/12
7068/21 7068/22
7069/4 7072/14
7072/22 7073/1 7073/2
7073/5 7075/16
7076/18 7076/19
7076/21 7077/6 7077/7
7077/7 7077/13
7077/14 7077/15
7077/17 7077/18
7077/18 7077/25
7079/12 7079/17
7081/6 7082/11
7082/13 7085/7
7085/21 7089/14
7089/23 7090/2 7090/3
7090/9 7092/13
7093/16 7096/1 7096/4
7096/8 7096/14
7101/20 7104/3 7104/5
7106/1 7109/16
7109/16 7110/15
7111/22 7112/8
7112/10
**weren't [5]** 7009/13
7059/1 7064/18
7072/18 7089/20
**west [1]** 7042/2
**Western [1]** 7098/2
**what [160]**
**what's [10]** 7012/13
7012/14 7012/20
7015/25 7021/10
7054/11 7059/13
7080/19 7080/25
7113/8
**whatever [14]** 6999/10
7059/23 7077/16
7092/14 7095/8
7104/23 7107/3 7110/2
7115/24 7115/25
7116/2 7116/7 7116/22
7116/25
**whatnot [1]** 7039/2
**whatsoever [3]** 7031/2
7044/3 7071/16
**wheelchair [1]** 7045/18
**when [66]** 6990/15

7004/15 7006/12
7025/24 7027/4 7028/3
7031/9 7033/3 7034/3
7035/7 7036/6 7037/12
7037/25 7038/16
7039/8 7039/13
7042/14 7042/15
7042/18 7042/22
7042/22 7046/13
7047/22 7048/19
7050/13 7050/25
7052/3 7053/8 7053/18
7055/15 7058/13
7060/9 7062/17 7065/8
7066/3 7069/8 7069/23
7069/24 7070/13
7072/24 7073/11
7073/16 7073/19
7075/9 7077/9 7090/2
7090/17 7091/2 7091/6
7091/19 7091/24
7092/4 7093/22
7093/23 7093/24
7095/20 7097/5
7105/13 7105/15
7106/16 7107/2 7107/8
7107/22 7111/9
**where [44]** 6992/13
6992/18 6994/21
7006/15 7009/16
7013/14 7023/25
7034/3 7034/20 7036/4
7037/13 7037/23
7038/16 7045/3
7045/19 7048/24
7049/6 7055/6 7064/19
7065/14 7066/12
7066/17 7066/17
7068/4 7068/14
7070/18 7070/22
7071/3 7072/9 7073/17
7076/1 7077/14
7077/15 7079/21
7086/20 7089/21
7092/8 7099/17 7102/2
7102/6 7105/14 7106/2
7109/4 7113/22
**wherever [1]** 7106/6
**whether [22]** 6993/14
6993/25 6994/17
6995/17 6997/9 6997/9
7000/1 7000/2 7007/16
7008/9 7011/8 7023/4
7028/15 7029/16
7049/23 7062/5
7084/18 7086/22
7095/7 7099/4 7114/4
7114/7
**which [35]** 6988/23
6988/24 6992/2
6995/20 6995/20
6995/24 6996/18
6997/15 6998/5 7001/3
7001/16 7003/18
7004/10 7004/22
7006/23 7013/8
7024/17 7030/19

7037/23 7037/24
7043/14 7048/5 7048/5
7048/12 7065/6
7067/22 7073/3 7076/6
7081/5 7085/7 7099/7
7100/24 7108/1
**while [13]** 7005/18
7018/18 7020/6 7020/8
7026/8 7038/11 7042/6
7061/13 7072/16
7084/1 7108/10
7111/15 7111/18
**Whip [5]** 7078/11
7097/14 7097/21
7104/10 7111/1
**white [10]** 7051/10
7073/4 7077/25
7079/10 7079/15
7079/18 7080/4 7080/7
7081/4 7081/10
**White House [5]**
7079/10 7079/15
7080/7 7081/4 7081/10
**who [60]** 6989/5
6989/17 6997/18
7002/12 7004/23
7004/24 7004/25
7005/12 7005/22
7006/5 7016/11 7017/4
7017/25 7017/25
7018/17 7042/1 7044/1
7045/17 7046/16
7046/16 7048/14
7048/24 7049/12
7051/21 7054/18
7054/20 7057/3
7064/23 7064/24
7066/8 7066/25
7067/21 7070/3
7074/24 7074/25
7077/7 7082/21
7086/13 7091/18
7096/8 7097/5 7097/15
7099/9 7104/3 7104/5
7104/7 7104/9 7104/16
7106/13 7107/11
7108/11 7109/2 7110/6
7110/8 7110/9 7110/15
7110/17 7111/19
7112/9 7113/25
**who's [5]** 6989/2
6989/16 7005/5
7066/22 7078/12
**whole [7]** 7008/22
7009/2 7009/6 7019/14
7019/14 7094/25
7096/18
**whom [2]** 7005/1
7082/21
**why [30]** 6992/2
7000/24 7010/7
7017/11 7017/12
7018/8 7018/8 7019/24
7023/16 7023/19
7027/3 7027/11
7027/19 7028/23
7029/12 7030/14

**why...** [14] 7052/12
7053/6 7055/4 7057/16
7080/23 7080/25
7084/2 7084/2 7093/21
7095/13 7095/14
7103/13 7106/15
7112/4
**wide** [2] 7042/10
7043/14
**wife** [1] 7072/16
**will** [31] 6990/23
6990/24 6996/14
6996/15 6997/8
7002/17 7005/19
7006/16 7011/11
7013/6 7014/13
7015/11 7022/18
7037/9 7045/7 7053/1
7071/5 7073/21
7087/13 7094/9
7105/17 7112/22
7113/10 7114/4 7114/7
7114/9 7114/10
7114/19 7115/5
7116/17 7117/10
**William** [5] 6983/16
6984/2 7042/9 7118/2
7118/8
**willing** [3] 7008/3
7107/13 7114/3
**win** [1] 7042/6
**wind** [1] 7074/9
**windows** [2] 7019/24
7060/18
**winner** [2] 7082/23
7082/25
**Wisconsin** [1] 7085/15
**without** [6] 6987/13
6994/3 7012/7 7012/22
7051/6 7085/23
**witness** [38] 6985/2
6988/23 6989/1 6989/3
6989/17 6990/3 6991/3
6991/3 6991/5 6991/6
6991/7 6993/9 6993/10
6993/11 6993/13
6994/13 6994/13
6995/3 6995/11 6996/4
6996/7 6996/23 6999/2
7001/5 7002/7 7003/18
7004/8 7004/9 7004/10
7004/12 7004/24
7005/1 7005/9 7009/20
7015/14 7022/2
7031/23 7032/5
**witness'** [3] 7003/16
7004/24 7005/2
**witnessed** [2] 7020/10
7020/12
**witnesses** [16] 6985/4
6988/24 6989/23
6990/6 6991/1 6991/13
6991/13 6991/14
6994/6 7002/12
7002/13 7002/23
7002/25 7091/21
7113/16 7113/19

**witnesses** [1] 7005/22
**witnessing** [1] 7005/22
**women** [5] 7039/5
7072/25 7104/20
7108/6 7108/7
**women's** [2] 7039/9
7039/11
**won** [1] 7044/16
**won't** [2] 6991/1
7003/12
**wondering** [1] 7116/12
**Woodward** [11] 6983/2
6983/6 6986/16
6995/23 6995/25
6996/3 6996/8 6996/22
6997/7 6997/13
7114/13
**words** [4] 6996/8
7006/2 7018/2 7025/24
**work** [13] 6990/16
6991/15 7038/23
7040/25 7046/13
7058/3 7058/24
7059/16 7064/13
7065/12 7072/22
7076/11 7099/23
**worked** [5] 6990/10
7034/25 7040/18
7070/7 7070/17
**worker** [1] 7034/10
**workers** [1] 7034/8
**working** [7] 6990/13
7071/19 7072/18
7072/22 7073/10
7077/13 7099/15
**works** [4] 7004/13
7037/24 7087/19
7099/15
**world** [7] 7035/3
7035/8 7043/17 7047/8
7054/2 7099/12
7099/23
**World War II** [3]
7035/3 7035/8 7047/8
**wormed** [1] 7052/7
**worried** [1] 7073/5
**worse** [3] 7017/11
7018/2 7070/1
**worst** [1] 7044/24
**would** [121] 6987/9
6989/4 6990/4 6990/8
6990/21 6990/21
6991/4 6991/6 6991/19
6992/5 6994/2 6996/6
7000/14 7000/15
7000/25 7001/5 7002/3
7002/25 7002/25
7003/2 7003/11
7004/21 7006/5
7006/13 7007/5 7007/9
7008/14 7008/22
7008/23 7010/4 7010/4
7012/3 7013/20 7015/7
7017/2 7018/7 7018/10
7019/8 7024/9 7024/11
7024/11 7024/12
7025/5 7025/6 7025/20
7030/11 7030/13

7031/2 7033/2 7034/5
7034/15 7037/24
7042/1 7043/12 7044/7
7045/25 7045/25
7046/18 7049/12
7052/6 7053/8 7053/14
7062/23 7065/8 7065/9
7066/12 7066/14
7070/4 7072/21
7072/22 7073/13
7079/14 7080/3 7080/4
7081/11 7081/19
7082/24 7084/9 7095/8
7095/24 7096/14
7096/16 7096/21
7097/4 7097/5 7099/24
7100/25 7101/1
7104/21 7104/25
7105/2 7105/3 7105/4
7105/8 7105/24
7105/24 7105/25
7107/20 7108/6 7108/7
7108/9 7108/19
7108/20 7109/2
7109/17 7109/21
7110/1 7110/23 7111/2
7111/12 7112/4 7112/9
7112/12 7112/12
7115/9 7115/15
7116/17 7116/22
**wouldn't** [5] 7005/23
7012/21 7090/16
7096/17 7110/16
**wound** [2] 7037/14
7046/15
**wow** [1] 7101/19
**wrap** [3] 7088/15
7113/10 7113/14
**write** [3] 7053/16
7053/18 7101/21
**writing** [6] 7011/25
7012/7 7013/15
7013/17 7013/21
7103/15
**writings** [1] 7010/20
**written** [3] 7012/10
7012/12 7012/14
**wrong** [1] 7101/20
**wrote** [1] 7043/22

**Y**

**y'all** [9] 7023/12 7053/8
7053/21 7058/3
7058/13 7058/16
7064/13 7067/13
7111/6
**y'all's** [2] 7069/8
7110/6
**Yale** [4] 7041/22
7042/6 7042/11
7044/16
**Yaser** [3] 7043/24
7043/25 7047/4
**yeah** [70] 6999/13
7000/7 7013/20
7013/24 7014/10
7034/4 7034/14 7036/1

7037/20 7038/2
7038/20 7040/7
7040/24 7041/13
7041/21 7042/5
7044/15 7046/12
7050/22 7051/2 7054/3
7056/1 7056/25 7057/4
7058/23 7059/3 7059/4
7060/13 7062/8 7063/4
7069/13 7071/18
7072/1 7072/2 7072/15
7074/20 7075/5 7075/6
7075/18 7075/23
7075/23 7076/5
7076/18 7082/1
7082/15 7082/15
7083/20 7085/18
7086/14 7087/4
7088/25 7090/16
7091/11 7092/4 7095/6
7095/16 7098/20
7098/22 7099/21
7100/8 7100/9 7101/5
7101/10 7105/7 7107/4
7108/19 7111/2 7112/1
**year** [13] 7036/22
7039/19 7041/1
7041/16 7042/15
7044/1 7045/16
7045/19 7054/1 7054/4
7081/19 7092/18
7092/18
**years** [9] 7036/9
7038/4 7038/8 7044/2
7046/2 7047/1 7058/2
7064/12 7065/8
**yell** [4] 7069/19 7070/2
7070/3 7070/4
**yelling** [1] 7069/18
**Yep** [2] 7040/2 7045/12
**yes** [126] 6987/3
6995/2 6999/20
7000/13 7004/14
7009/11 7011/22
7016/16 7019/15
7021/7 7021/9 7021/22
7021/24 7022/3 7022/7
7023/2 7023/8 7023/11
7025/3 7025/7 7025/14
7025/20 7025/25
7029/11 7029/18
7029/20 7029/22
7030/21 7030/25
7031/19 7032/13
7032/22 7032/25
7033/4 7033/9 7033/18
7033/23 7034/7 7034/9
7034/23 7037/22
7038/5 7038/7 7038/22
7039/25 7040/10
7041/15 7042/7
7044/10 7044/10
7045/14 7046/7
7046/23 7049/20
7050/22 7051/2 7051/5
7051/22 7052/23
7053/20 7057/3 7057/8

7059/12 7060/4
7062/12 7064/7
7064/10 7064/14
7064/14 7064/16
7065/3 7065/11
7066/16 7067/15
7069/3 7071/24
7072/11 7072/23
7074/17 7075/14
7075/24 7076/2
7078/22 7078/24
7080/16 7083/10
7085/2 7085/25 7086/8
7088/10 7088/21
7089/9 7089/11
7089/17 7089/18
7091/20 7091/24
7092/21 7092/21
7092/24 7094/15
7095/5 7096/7 7097/19
7097/19 7098/5
7098/15 7098/18
7100/12 7100/21
7101/25 7102/13
7102/17 7103/3 7103/5
7103/9 7108/2 7108/17
7109/19 7109/19
7110/11 7110/22
7114/2 7115/22
**yesterday** [6] 6987/21
6989/20 6990/2
7015/10 7087/17
7087/17
**yesterday's** [1] 7088/5
**yet** [5] 6986/21
7006/12 7072/14
7084/3 7115/7
**York** [1] 7042/17
**you** [507]
**you have** [1] 7070/14
**you know** [1] 6992/13
**you'd** [2] 7008/23
7089/24
**you'll** [3] 7011/15
7094/2 7104/22
**you're** [66] 6987/7
6993/23 7003/13
7003/21 7010/17
7012/15 7013/17
7018/1 7018/1 7032/20
7034/15 7036/10
7037/25 7038/11
7038/12 7038/13
7040/14 7041/25
7048/23 7049/2
7050/10 7057/21
7057/22 7058/15
7062/5 7062/6 7062/9
7062/10 7062/17
7069/16 7069/17
7069/25 7070/13
7073/12 7073/14
7073/16 7073/17
7073/17 7073/18
7073/20 7075/18
7075/19 7077/9 7087/9
7088/19 7090/6

**Y**

**you're... [20]**  7090/19
7090/20 7090/22
7090/23 7101/5
7103/19 7105/10
7105/10 7105/11
7105/11 7105/13
7106/19 7107/1
7107/13 7107/19
7108/3 7108/11 7111/9
7111/15 7116/22
**you've [10]**  7033/13
7033/21 7044/8
7051/18 7057/5
7058/18 7062/11
7075/2 7094/25 7115/8
**your [126]**  6986/5
6987/13 6989/11
6995/15 6995/16
6995/17 6998/20
6999/21 7000/13
7000/22 7001/2
7001/10 7001/12
7001/16 7002/20
7003/3 7003/14
7003/24 7007/13
7008/25 7009/18
7010/11 7010/11
7011/21 7012/18
7013/9 7014/18 7015/3
7015/6 7015/11
7015/22 7018/2 7018/6
7018/21 7020/21
7020/24 7020/25
7021/16 7022/13
7022/16 7023/9
7023/12 7023/15
7023/20 7024/1 7024/8
7025/1 7025/13
7025/18 7026/23
7027/10 7031/7
7031/13 7031/15
7031/19 7031/22
7031/25 7032/1
7032/10 7032/18
7033/2 7033/13
7033/17 7033/19
7033/22 7039/4 7040/5
7040/9 7042/12
7044/12 7044/19
7044/20 7044/20
7045/5 7049/13 7050/1
7051/18 7055/17
7056/4 7059/6 7059/15
7059/24 7060/2 7061/4
7062/5 7063/1 7063/8
7063/10 7063/11
7063/22 7063/22
7075/15 7080/14
7081/15 7082/13
7083/4 7083/21 7084/3
7086/1 7086/25 7090/6
7094/6 7094/7 7094/17
7096/22 7098/13
7102/9 7102/18
7104/16 7104/16
7105/3 7105/4 7106/16
7106/19 7108/14

7112/5 7112/20 7113/6
7113/8 7114/1 7114/10
7116/1 7116/14 7117/6
**Your Honor [37]**
6986/5 6989/11
6995/15 6995/16
6995/17 6998/20
6999/21 7000/13
7000/22 7001/2
7001/10 7001/12
7002/20 7003/3
7003/24 7010/11
7010/11 7012/18
7013/9 7014/18 7015/3
7015/6 7015/11 7018/6
7018/21 7021/16
7026/23 7031/7
7031/13 7031/19
7032/1 7063/1 7083/4
7098/13 7102/18
7116/14 7117/6
**Your Honor's [1]**
7008/25
**yourself [5]**  7032/9
7034/11 7055/21
7067/22 7073/15
**youth [1]**  7039/11

**Z**

**Zaremba [3]**  6984/2
7118/2 7118/8
**Zimmerman [4]**
7076/14 7080/16
7089/6 7091/22
**Zsuzsa [1]**  6983/6