IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       CR No. 22-15
                                    )       Washington, D.C.
        vs.                         )       November 14, 2022
                                    )       9:00 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )       Day 29
            Defendants.             )       Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

8361

APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|
| DEFENDANT'S: | | | | |
| JOHN ROEPER | 8386 | 8402 | 8417 | |
| JOSEPH GODBOLD | 8421 | 8433 | 8447 | |
| SHARON CALDWELL | 8450 | | | |

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|--------------|----------|
| 9357 | 8407 |

- - -

INDEX OF EXHIBITS

- - -

| DEFENDANT'S | ADMITTED |
|---|---|
| 97A THROUGH D | 8464 |
| 166 | 8476 |
| 96A THROUGH 96E | 8479 |
| 100A AND B | 8482 |
| 150 | 8489 |
| 41A AND 41B | 8509 |
| 81 | 8514 |
| 45 and 46 | 8517 |

8364

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  All rise.  The Court is now in
 3    session.  The Honorable Amit P. Mehta now presiding.
 4          THE COURT:  Good morning.  Please be seated,
 5    everyone.
 6          COURTROOM DEPUTY:  Good morning, Your Honor.
 7    This is Criminal Case No. 22-15, the United States of
 8    America versus Defendant No. 1, Elmer Stewart Rhodes III;
 9    Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
10    Defendant 4, Jessica Watkins; and Defendant 10, Thomas
11    Edward Caldwell.
12          Kathryn Rakoczy, Jeffrey Nestler, Alexandra
13    Hughes, Troy Edwards, and Louis Manzo for the government.
14          James Lee Bright and Edward Tarpley for Defendant
15    Rhodes.
16          Stanley Woodward and Juli Haller for Defendant
17    Meggs.
18          Bradford Geyer for Defendant Harrelson.
19          Jonathan Crisp for Defendant Watkins.
20          And David Fischer for Defendant Caldwell.
21          All five named defendants are present in the
22    courtroom for these proceedings.
23          THE COURT:  All right.  Good morning, everybody.
24    I hope everybody had a good, long weekend.
25          All right.  So we've got a handful of things that
```

1  we've got to try and resolve, although the front burner

2  issue is, I understand the government has an objection to

3  two of the witnesses that Mr. Meggs is proposing to call.

4          MR. NESTLER:  Yes, Your Honor.

5          THE COURT:  Why don't we start there?

6          MR. NESTLER:  Yes, Your Honor.

7          We understand Mr. Meggs intends to call today two

8  witnesses, one named Michael Nichols, and the other name

9  Rico LaStarza and that both of those individuals will

10  testify to an interaction that they had and observed with a

11  Capitol Police officer at around 3:30 p.m.  Neither of those

12  individuals has any connection to any of these defendants or

13  the alleged conspiracy.  And we don't see the relevance.

14          Our understanding is that one of the reasons the

15  defense intends to call these witnesses is to talk about the

16  good reputation the Oath Keepers had amongst Capitol police

17  officers and we don't believe that would be an appropriate

18  line of testimony.  We also believe that if that testimony

19  were to be elicited, that the government would call Capitol

20  police officers to talk about the bad reputation

21  Oath Keepers had amongst Capitol police officers.

22          I have some video exhibits that the defense has

23  proffered that I could show that basically at around 3:30

24  p.m., as Mr. Nichols and Capitol Police Lieutenant T. K.

25  Johnson go towards the Capitol, members of Stack 1 are

1   walking away from the Capitol, not interacting with each

2   other, and that as these individuals, Mr. Nichols, followed

3   by Rico LaStarza, the videographer, and Lieutenant Johnson

4   go into the Capitol, Mr. Minuta and other members of Stack 2

5   are walking out of the Capitol, not interacting with each

6   other but just happening at the same time to show there is

7   no connection.

8           THE COURT:  Okay.  I'm happy to -- I want to hear

9   from Mr. Woodward and then I can take a look at whatever.

10          MR. WOODWARD:  Thank you, Your Honor.

11          Well, we respectfully disagree with the government

12  and would point out first that the government subpoenaed

13  Mr. Nichols to be a witness in this case themselves.  So the

14  idea that the government says there's no relevance to

15  Mr. Nichols' testimony is a bit outlandish.

16          Mr. Nichols will testify that he was gathered with

17  a group of Oath Keepers to include Mr. Meggs and others just

18  away from the steps, don't quote me on the west, south,

19  et cetera, but that they were all gathered together.

20          Yes, it is after Mr. Meggs is alleged to have gone

21  into the building and then come out of the building that a

22  Capitol police officer approaches the Oath Keepers to

23  include, Mr. Nichols, requested Mr. Nichols -- well,

24  requested assistance from the Oath Keepers.

25          Mr. Nichols then goes back up the same steps that

1  Mr. Meggs and the -- to use the government's phase, stack

2  are alleged to have gone in and out.  And then Mr. Nichols

3  leads a group of about 6 or 10 Capitol police officers out

4  through the crowd because of the crowd that had gathered

5  outside that door, the officers could not themselves --

6           THE COURT:  Look, I'm sorry, who is this person?

7           MR. WOODWARD:  He is an Oath Keeper.  He is a

8  member of the New York group of Oath Keepers.  He will

9  testify that there was a request that the Oath Keepers come

10  to Washington.  He will testify that part of the purpose --

11           THE COURT:  I'm sorry, a request by whom?

12           MR. WOODWARD:  By Stewart Rhodes and the

13  Oath Keepers at large; that he saw a call to action,

14  I believe, on the Oath Keepers website, that he submitted

15  his own personal information to sign up for the operations,

16  I don't think he would use the word operation, he was not

17  specifically providing security detail like Mr. Meggs was,

18  but that his understanding of the purpose of the

19  Oath Keepers being called to Washington on January 6th was

20  to provide security.

21           But, really, his involvement here is somewhat

22  random in the sense that the Capitol police officer who

23  requested his assistance could have just as easily asked

24  Mr. Meggs for assistance.  They were standing in this group,

25  it happens to have been Mr. Nichols that went in and brought

8368

```
 1    the officers out.
 2            THE COURT:  Help me understand how one Capitol
 3    police officer's approach of somebody who's not a defendant
 4    or alleged to be an unindicted co-conspirator has any
 5    bearing on the issues in this case?
 6            MR. WOODWARD:  Well, let me say that I do agree
 7    with Mr. Nestler that it would be inappropriate for us to
 8    talk about the general reputation or to solicit testimony
 9    about the general reputation about the Oath Keepers
10    vis-à-vis the Capitol police officers.  That's not what
11    Mr. Nichols' testimony is intended to do.
12            On the other hand, of course, one of the
13    unanswered questions in this case, especially if Mr. Meggs
14    does not testify, is why did Mr. Meggs go into the building.
15    Of course, we have attempted, and the government has
16    objected and Your Honor has sustained our objection, we've
17    attempted to solicit testimony about the idea that Mr. Meggs
18    believed he was helping police officers.  This is in
19    furtherance of the notion that those who were gathered that
20    morning or that afternoon at this point, were there because
21    they believed they could help.
22            THE COURT:  But you'll have to help me out here
23    because -- and I'm not understanding because this person,
24    Mr. Nichols, he's the one who had the interaction with the
25    Capitol Hill police officer, correct?
```

1           MR. WOODWARD:  Yes, Your Honor.

2           THE COURT:  And that Capitol Hill police officer

3    had no interaction with Mr. Meggs, correct?

4           MR. WOODWARD:  Correct.

5           THE COURT:  So how is it at all relevant to what

6    Mr. Meggs' state of mind was that day that a Capitol police

7    officer who never interacted with Mr. Meggs and interacted

8    with someone else, what does that have to do with anything?

9           MR. WOODWARD:  If I can respond in two ways.

10          You know, Mr. Meggs had no interaction with

11   Mr. Caldwell either, yet the two of them are standing

12   together trial.

13          THE COURT:  Well, this gentleman, as I understand

14   it, maybe I'm wrong, but is he alleged to be an unindicted

15   co-conspirator?

16          MR. WOODWARD:  I believe the government just said

17   he is not alleged to have been part of the conspiracy, but

18   what the video will show is that he is, however, gathered

19   with Mr. Meggs and the other Oath Keepers.  There has been a

20   plethora of testimony about the idea that not all these

21   folks knew each other.  So we would respectfully disagree

22   that whether they knew each other is the determination for

23   relevance.

24          The question with respect to relevance --

25          THE COURT:  Hang on.

1           To be clear, it's not a question of whether they

2    knew each other.  I didn't say anything about whether they

3    knew each other or not.  I asked whether the officer had any

4    interaction with Mr. Meggs, whether Mr. Nichols -- it's not

5    clear -- I mean, so he's going to say -- is he going to

6    testify that he had interaction with Mr. Meggs before he

7    went into the building?

8           MR. WOODWARD:  He will not testify that he had

9    interaction with Mr. Meggs.  He will not identify Mr. Meggs.

10   He will testify that the purpose for his being in Washington

11   on January 6th was to assist and provide security, and that

12   that was the general mission of the Oath Keepers that day as

13   he understood it, and among other things, he was asked

14   specifically by Capitol police to provide assistance to the

15   Capitol police that would directly refute the evidence that

16   has come into this case which is that the Oath Keepers were

17   there to -- well, to stop the certification, but generally

18   to be harmful and not helpful.

19           THE COURT:  Let's be clear of two things.

20           The Oath Keepers are not on trial.

21           MR. WOODWARD:  I understand, Your Honor.

22           THE COURT:  Okay, one.

23           Two, it is a subset of the Oath Keepers that

24   government has charged with entering the building and

25   engaging in a seditious conspiracy.

```
 1              Mr. Nichols is not part of that group.
 2              MR. WOODWARD:  That is correct.  At least two
 3    officers testified, though -- and maybe more -- that there
 4    was -- the Oath Keepers, including Mr. Meggs, could not have
 5    done anything helpful for them.  And so the issue of whether
 6    the Oath Keepers could provide assistance to police has been
 7    made -- put at issue by the government.
 8              THE COURT:  I don't think that's what they
 9    testified to.  They were asked what could they have done to
10    have been helpful, and the answer was, they could have left.
11              MR. WOODWARD:  And now we have an Oath Keeper who
12    will testify that he was invited into the building by an
13    officer.
14              THE COURT:  I don't see any relevance to these
15    defendants and what's at issue and what they're alleged to
16    do and their defense.
17              The fact that a different Oath Keeper may have
18    assisted on that day is not at all relevant to what these
19    defendants were -- are alleged to have done or the defense
20    that you're putting forward.  They can't say anything about
21    Mr. Meggs' state of mind or anybody else's state of mind
22    other than the one or two -- other than Mr. Nichols himself.
23              MR. WOODWARD:  No, I don't -- perhaps I'm not
24    being clear, because I don't think the intent is for him to
25    speak to Mr. Meggs' state of mind.
```

1          THE COURT:  Right, but then what's his relevance?

2          MR. WOODWARD:  His relevance is that there was a

3    general security mission at the Capitol on January 6th and

4    that, among others, the Oath Keepers provided assistance to

5    the Capitol police officers.  And, again, the government

6    subpoenaed him.  So for the government to now claim that

7    he's not relevant to this case defies --

8          THE COURT:  Why did they -- why did the government

9    subpoena?

10          MR. NESTLER:  We subpoenaed him in an abundance of

11    caution for potential rebuttal because we thought the

12    defense was trying to elicit this interaction, and we didn't

13    know how the defense was trying to get in this interaction

14    by either calling Lieutenant Johnson from Capitol Police or

15    a videographer or Mr. Nichols himself.

16          And Mr. Nichols has been interviewed by the FBI,

17    has given public statements, says he did not come to D.C. as

18    part of an Oath Keepers mission.  He came to D.C. with his

19    wife because he wanted to see President Trump speak.  He has

20    no idea who Stewart Rhodes is and has no interaction with

21    Stewart Rhodes or Kelly Meggs.

22          MR. WOODWARD:  Well, I didn't say that he knew who

23    Mr. Rhodes was or that he had any interaction with

24    Kelly Meggs.  I disagree with the government's

25    characterization of his reason for being in Washington, D.C.

1    that day.  And he certainly will testify that the

2    Oath Keepers were providing assistance to police, which

3    directly rebuts the testimony elicited by the government in

4    their case-in-chief, and that was that the Oath Keepers

5    could not be helpful in the building on January 6th.

6             THE COURT:  Again, the testimony was, what could

7    they have done to be helpful.  Leave was the answer.

8             MR. WOODWARD:  Well --

9             THE COURT:  It wasn't, well, you know, they could

10   have done A, B, and C.  It was leave, like everybody else,

11   that's what could have been helpful.  Leaving.

12            MR. WOODWARD:  Well, he will directly rebut that

13   testimony by testifying that he was invited into the

14   building by the Capitol police.  And that is contradictory

15   Dunn's testimony, that is contradictory to Lazarus'

16   testimony, that is contradictory to anybody else's

17   testimony.

18            We don't see any real prejudicial --

19            THE COURT:  I don't think an officer who is

20   outside the building, right, he's outside the building?

21            MR. WOODWARD:  He comes outside the building.  He

22   is inside the building.

23            THE COURT:  Right.

24            MR. WOODWARD:  He comes outside the building.  He

25   says to Mr. Nichols something to the effect of, obviously

```
 1   what he says would not be coming in, but something to the
 2   effect of I've got guys inside who cannot get out.
 3              THE COURT:  So why did he approach Mr. Nichols?
 4              MR. WOODWARD:  To have Mr. Nichols come --
 5              THE COURT:  How do you know, why did he approach
 6   Mr. Nichols?
 7              MR. WOODWARD:  Why did he approach Mr. Nichols?
 8              THE COURT:  Right.
 9              MR. WOODWARD:  Because he was seeking Mr. Nichols'
10   help in getting --
11              THE COURT:  Okay.  But why Mr. Nichols as opposed
12   to somebody else?
13              MR. WOODWARD:  If you look at the group of
14   Oath Keepers that are standing in a not very good circle, he
15   is the first person that the officer encounters.
16              THE COURT:  So does the officer know that these
17   are Oath Keepers?
18              MR. WOODWARD:  Yeah, oh, most certainly.
19              THE COURT:  How do you know that?
20              MR. WOODWARD:  Because of what they're wearing.
21   I think that's -- I think there's been testimony in this
22   case that says that the uniforms that all of the
23   Oath Keepers are wearing was pretty --
24              THE COURT:  So you don't know whether the officer
25   knows these folks are Oath Keepers and what they stand for
```

 1   or who they are and for why he chose them among others?

 2               MR. WOODWARD:  I don't think it would be

 3   appropriate for Mr. Nichols to testify to that.  I don't

 4   think that's what we -- you would get into --

 5               THE COURT:  Right.

 6               And so now we're asking to jury to speculate that

 7   the reason Mr. Nichols was tapped was because this

 8   particular officer recognized these folks as Oath Keepers

 9   and he is asking specifically for their assistance.

10               MR. WOODWARD:  Well, I see Your Honor's point.

11   I was really more trying to follow the Rules of Evidence on

12   this and what it would be appropriate for Mr. Nichols to

13   testify.

14               Mr. Nichols could testify that this officer said,

15   "You're an Oath Keeper, can you please help me?  We have

16   officers inside the building that can't get through the

17   crowd that is amassed at this door."

18               I'm simply trying to -- so maybe I went too far in

19   conceding that the Rules of Evidence would put strict

20   guardrails.

21               And so he knows that information, and we can have

22   him proffer that to the Court if there's any concern about

23   what he would actually testify to if hearsay didn't apply.

24               And maybe it shouldn't because of the effect on

25   the listener and why he did follow this officer up the steps

```
 1    and into the building, grabs a bullhorn --

 2              THE COURT:  Can I see the video?

 3              MR. WOODWARD:  There is -- sure, we can show you

 4    the video.

 5              (Video played)

 6              THE COURT:  I'm sorry, who's the other person?

 7              MR. WOODWARD:  The person who took the video, he

 8    may or may not be necessary, if the Court permits and the

 9    government doesn't object to the authentication of the video

10    by Mr. Nichols.  Out of an abundance of caution, we have

11    both the videographer and Mr. Nichols here.

12              (Video played)

13              MR. WOODWARD:  All right.  This is Tarik Johnson,

14    the officer.  This man here is Mr. Nichols.

15              You're going to see the larger contingent of

16    Oath Keepers in the background behind when the camera shifts

17    view beyond him.

18              (Video played)

19              MR. WOODWARD:  There you just saw the other

20    Oath Keepers are here in the grass there on the left-hand

21    side.

22              (Video played)

23              THE COURT:  Why is he going to say he was where he

24    was when he was talking to the officer?

25              MR. WOODWARD:  I'm sorry, Your Honor?
```

1          THE COURT:  Why is he going to say where he was --

2     he was where he was when he spoke to the officer?

3          MR. WOODWARD:  My understanding is that he had

4     linked up with another New York -- or, actually, a Tennessee

5     Oath Keeper, and that the instruction was, "Everybody get to

6     this area of the Capitol building."

7          THE COURT:  Was he on the "D.C. Jan 6 Op" chat?

8          MR. WOODWARD:  No, sir, he was not.

9          He was on an Oath Keepers' Signal chat but not the

10    "D.C. Op" one.

11         THE COURT:  So he would not testify that the

12    reason he was there is because he saw that message that is

13    to --

14         MR. WOODWARD:  He would not testify that he saw

15    the message that was on the "D.C. Op" chat sent by either

16    Mr. Rhodes --

17         (Video played)

18         MR. WOODWARD:  I can feel the temperature in the

19    room figuratively and literally.  The audio is not what

20    makes the video relevant so we can play this without audio,

21    and then we can stop it at any point after what the Court is

22    about to see are the officers coming in.

23         (Video played)

24         MR. WOODWARD:  And then I want to be careful about

25    precisely this representation but my client informed me that

1    the government has shown another angle that is roughly this

2    time period that includes Mr. James.  If that tips the

3    scales one way or the other, I can identify more precisely

4    where Mr. James is at that time, but that they -- at that

5    time Mr. James, who is an alleged co-conspirator, is coming

6    out of the building as well.

7            But so we -- otherwise we would propose to stop

8    it.  This obviously is a different piece of this.  With or

9    without audio, Mr. Nichols can testify as to what he said

10   and why, and, you know, again, deference to the Court on

11   what the officer said was hearsay or not.  I think there's

12   an argument for why it's not, but I understand the Court's

13   desire to both finish this and also restrict his testimony,

14   this evidence, to the more probative value of it.

15           For what it's worth, you know, this would be the

16   last of our testimony in the case.  We don't intend to rest

17   precisely at the end of Mr. Nichols' testimony because

18   I have some other evidence that I'm hoping to get back

19   before the other defendants rest, but we have narrowed the

20   scope of our case-in-chief significantly in order to

21   expedite trial.

22           THE COURT:  So here is -- the difficulty with what

23   you are proposing to do, in my view, it starts with the

24   fundamental premise that the organization is not on trial,

25   the Oath Keepers are not on trial, one; two, Mr. Nichols is

1  not accused of being a co-conspirator; three, he's clearly

2  in this video not among the defendants who had gathered

3  outside the Capitol at around 3:30 p.m.

4         And you've told me he wasn't there because he was

5  on the "Jan 6 Op" chat and received a message to come there

6  from either Whip or Mr. Rhodes.  So he happened to be there

7  by virtue of a communication with somebody else.  When the

8  officer approaches him, this individual is -- from where I

9  can see, Mr. Nichols, he's not only not within the group of

10 Oath Keepers, he's far removed from them, he's at least 10

11 to 15 feet away from them at most if -- if not more.

12        And so the fact that an officer approaches an Oath

13 Keeper to help, doesn't say anything about Mr. Meggs' state

14 of mind, about any other defendant's state of mind.  It

15 doesn't rebut any testimony that any other officer gave

16 about what happened inside and what could have been,

17 quote/unquote, helpful once they were inside.

18        And it really is -- I mean, what it is, is sort of

19 a backdoor way of trying to bolster the reputation of the

20 group.  I mean, that's what it is.  And the fact that

21 Mr. Nichols did something helpful and beneficial that day,

22 I don't think ought to -- that's not relevant to the defense

23 you're putting forward for these gentlemen and Ms. Watkins,

24 which is what was in their state of mind and why did they go

25 in the building.  And the fact that Mr. Nichols did what he

 1   did doesn't have any relevance to that.  It just doesn't.

 2           MR. WOODWARD:  I think, respectfully, he would

 3   testify -- first, he would testify that he was in the group

 4   of Oath Keepers.  That -- the fact that he wasn't standing

 5   shoulder to shoulder with Mr. Meggs does not negate the fact

 6   that he understood that he was standing in a group of

 7   Oath Keepers to include Mr. Meggs.

 8           He would testify that there were a number of

 9   Oath Keepers.  As you've heard various accounts throughout

10   the government's case-in-chief about how many Oath Keepers

11   were there, he is one of many Oath Keepers that understood

12   where he was to be and when at the time of -- at the riot.

13   And then our defense is precisely that the Oath Keepers

14   believed that they were providing assistance.

15           Now, I understand that Officer Dunn disagrees that

16   they could do anything to help or that the only way they

17   could help was to leave the building --

18           THE COURT:  Can I --

19           MR. WOODWARD:  -- but this is -- you know, it's as

20   relevant as the Louisville operation was in which the

21   Oath Keepers were providing assistance in Louisville --

22           THE COURT:  No, it's not because these folks were

23   actually in Louisville.

24           MR. WOODWARD:  And they were at the Capitol

25   building.

8381

```
 1              THE COURT:  But they weren't going in to help, at
 2    least not with Mr. Nichols.
 3              MR. WOODWARD:  We, you know, our view --
 4              THE COURT:  I understand -- I think -- I
 5    understand you want the jury to conclude that Mr. Meggs and
 6    others went in to be helpful, I get that.  But the fact that
 7    Mr. Nichols stepped forward and did help doesn't have any
 8    bearing on what their intent was or wasn't by going in the
 9    building at all.  It just doesn't.
10              If for no other reason that they went into the
11    building, how many minutes earlier, an hour earlier?
12              MR. NESTLER:  It's about 50 minutes earlier.
13              THE COURT:  Almost an hour earlier.
14              I mean, he's not even with them at the time of the
15    initial entry.  He's there after they've long exited the
16    building.  And he's separate and apart from them when he's
17    approached by this officer, and he's the only one that goes
18    up.  He doesn't turn around and ask for other help from
19    other Oath Keepers.  It's not even clear that he even knew
20    that they were there.  And even if he did, he didn't turn
21    around and ask them for help.  So --
22              MR. WOODWARD:  Well, again, if for no other reason
23    than for purposes of a proffer, he would testify that he
24    knew they were there.  I mean, that is --
25              THE COURT:  That might be, but he didn't turn
```

```
 1    around and ask them for help.  And if he had and if they had
 2    helped him, that might be a different situation, but that's
 3    not what happened.
 4            And so, you know, there's very little probative
 5    value of his testimony, if any, and I think, you know, the
 6    jury confusion as a result of this and they're going to be
 7    asking, Why are we seeing video of somebody who is not part
 8    of this group, I'm going to exclude the testimony.  It's
 9    not -- it has no probative value.
10            I mean, even if has any, it's substantially
11    outweighed by the risk of juror confusion.  He's not part of
12    this group.  He's not charged.  He can't do or say anything
13    that bears on these defendants' state of mind, which is the
14    ultimate issue for the jury to resolve.
15            MR. WOODWARD:  Well, again, respectfully, and for
16    purposes of a clear record, the objection was relevance.
17    And so --
18            THE COURT:  Well, relevance is probative value.
19    I mean, it's not a dissimilar concept.
20            MR. WOODWARD:  Well, there is prob- -- we would
21    respectfully submit that there is probative value insofar as
22    our theory of the case is that the purpose of the
23    Oath Keepers was to provide assistance, including to assist
24    law enforcement; that Mr. Nichols' testimony would, if
25    permitted, confirm that -- that purpose.  And I can find out
```

 1    from him and make a later proffer to the Court about why

 2    he didn't -- I don't know why he didn't ask for help from

 3    other Oath Keepers.

 4            THE COURT:  Frankly, I'm not sure it matters, but

 5    the bottom line is, his conduct that day cannot say --

 6    provide any relevant information to the conduct of those who

 7    entered the building 50 minutes earlier.  It just can't.  It

 8    has nothing to do with them.  And his -- the fact that he

 9    helped afterwards says something about him but it doesn't

10    say anything about anybody else.

11            So I'll grant the motion to exclude the evidence.

12    As I said, it's just not -- to the extent it has any

13    probative value, it is minimal, if at all.  And, you know --

14    so anyway --

15            MR. WOODWARD:  Understood.

16            THE COURT:  -- I think I've ruled, so.

17            MR. WOODWARD:  Thank you, Your Honor.

18            THE COURT:  All right.  Is there anything else we

19    need to -- all right.  So then in terms of this morning,

20    Mr. Woodward, you will then -- those were your only

21    witnesses, sir?

22            MR. WOODWARD:  We had previously arranged for

23    Mr. Fischer to go out of order so he has a witness for the

24    morning.

25            THE COURT:  Okay.  So, Mr. Fischer, you will --

1          MR. FISCHER:  I have enough to fill the day.

2          THE COURT:  You do?

3          MR. FISCHER:  Yes.

4          THE COURT:  Okay.  All right.  Terrific.

5          And then let's all plan to reconvene after we're

6     done with testimony today to deal with all the other

7     outstanding issues, including the jury instruction issues

8     and a few other issues that we have.

9          (Pause)

10          MR. WOODWARD:  I'm sorry, Your Honor.

11          One housekeeping matter.  I'll have to get the

12     number from Mr. Douyon when he gets back.

13          If we can identify the video which I did not do on

14     the record and then provide a copy for purposes of the

15     record.

16          THE COURT:  Of course.

17          (Pause)

18          THE COURT:  So I just got a note from JC, says

19     "The juror in seat 6 has made plans," or made plans, I

20     shouldn't say had, "made plans to fly out of town Friday

21     afternoon and returning in time for Monday court.  She would

22     like to know plans for next week."

23          She undoubtedly did that not knowing that we may

24     be in a position to finish Friday afternoon, but we'll have

25     to --

1          MR. NESTLER:  If we could inquire as to what time

2    Friday afternoon, it might be helpful.  Thank you.

3          (Pause)

4          THE COURT:  So, Mr. Woodward, Ms. Haller, so

5    I should tell the jurors that we're essentially going out of

6    turn; in other words, we're now going to turn to

7    Mr. Fischer, you may have some additional evidence, but

8    we're now just turning to Mr. Caldwell's case, correct?

9          MR. WOODWARD:  Correct.

10         THE COURT:  Okay.

11         (Pause)

12         COURTROOM DEPUTY:  Jury panel.

13         (Jury entered the courtroom.)

14         THE COURT:  All right.  Please be seated,

15   everyone.

16         Ladies and gentlemen, welcome back, nice to see

17   all of you again.  I hope everybody had a nice last four

18   days.  We're happy to have you back.  We are ready to

19   continue.

20         We are going to move to Mr. Caldwell's case now,

21   we're going to leave open Mr. Meggs' case for the time

22   being.  And so we're now going to turn to Mr. Fischer and

23   have him call his first witness if he has one.

24         Mr. Fischer.

25         MR. FISCHER:  Thank you, Your Honor.  May it

```
 1   please the Court.
 2            Your Honor, at this time, on behalf of
 3   Mr. Caldwell, we call John Roeper.
 4            COURTROOM DEPUTY:  Please raise your right hand.
 5            (Witness is placed under oath.)
 6            COURTROOM DEPUTY:  Thank you.
 7            THE COURT:  All right.  Mr. Roeper, welcome.  I'll
 8   ask you to remove your mask if you're comfortable doing so.
 9            THE WITNESS:  Yes, Your Honor.
10            THE COURT:  Welcome, thank you.
11            Mr. Fischer.
12                            - - -
13   JOHN ROEPER, WITNESS FOR THE DEFENDANT CALDWELL, SWORN
14                      DIRECT EXAMINATION
15                            - - -
16   BY MR. FISCHER:
17       Q    Sir, will you state and spell your full name for
18   the record, please?
19       A    John Roeper, J-o-h-n, R-o-e-p-e-r.
20       Q    All right.
21            Mr. Roeper, can you tell us the city and state
22   where you reside?
23       A    I live in Leland, North Carolina.
24       Q    And, Mr. Roeper, I understand you're a retired law
25   enforcement officer; is that correct?
```

1    A    Yes.

2    Q    Okay.  Mr. Roeper, did there come a time when you

3 joined the Oath Keepers?

4    A    Yes, during the summer of 2020.

5    Q    Okay.

6         Tell the ladies and gentlemen of the jury why you

7 joined the Oath Keepers?

8    A    During that year, as most of us well remember, we

9 saw riots across the United States in major cities, such as

10 Seattle and Portland and Minneapolis.  And I became

11 concerned as to what might happen if such civil unrest came

12 to our area.  And I was concerned as to whether or not our

13 local law enforcement was equipped and had enough manpower

14 to protect the communities if that happened.

15    Q    I'm sorry, if I heard you right, did you say you

16 actually joined the Oath Keepers, was it in December of

17 2020, or was it before that?

18    A    It was in the summer of 2020.

19    Q    The summer of 2020.  Okay.

20         And, sir, you live in North Carolina, right?

21    A    Yes.

22    Q    And what branch, was that the North Carolina

23 Oath Keepers that you are joined?

24    A    Yes.

25    Q    Okay.

1          And, sir, could you tell us who was the leader of

2    the North Carolina Oath Keepers at that time?

3          A    Doug Smith.  He went by the nickname Ranger

4    because he used to be an Army Ranger.

5          Q    And, sir, to join the Oath Keepers, was there a

6    vetting process in the North Carolina Oath Keepers?

7          A    Yes, a criminal background check was run on anyone

8    who wanted to join.  And that person's social media was

9    scrutinized.

10         Q    And can you tell ladies and gentlemen of the jury

11   why was the social media scrutinized?

12         A    Because the group didn't want to accept anyone

13   that promoted violence against the government or had

14   negative views against anyone based on race, religion,

15   creed, or national origin.

16         Q    Mr. Roeper, you obviously understand there are

17   five defendants on trial today; is that correct?

18         A    Yes.

19         Q    And I'll just go down the names of the folks who

20   are on trial.

21              Prior to their arrest, were you familiar with

22   someone named Stewart Rhodes?

23         A    Yes.

24         Q    Had you ever met Stewart Rhodes?

25         A    I met him once very briefly.

8389

```
1      Q     Had you ever met a man named -- or actually a
2   woman named Jessica Watkins?
3      A     No.
4      Q     What about Kelly Meggs?
5      A     No.
6      Q     Kenneth Harrelson?
7      A     No.
8      Q     Or Thomas Caldwell?
9      A     No.
10     Q     And, sir -- and I want to just move along here.
11  Did there come a time when the North Carolina Oath Keepers
12  attended an event in Washington, D.C. called the
13  Million MAGA March in November of 2020?
14     A     Yes, there were some of the North Carolina members
15  who attended that.
16     Q     Did you attend that rally?
17     A     I did not.
18     Q     Okay.
19           Did there come a time after the November 14th
20  Million MAGA March rally in Washington, D.C. that there
21  appeared to be some friction between your organization and
22  North Carolina Oath Keepers and Stewart Rhodes and the
23  national Oath Keepers organization?
24     A     Yes.
25           After that event, Doug Smith, who had attended
```

1    that meeting, that rally, came back and met with those of us

2    in eastern North Carolina and recommended that we separate

3    from the national organization led by Stewart Rhodes.

4        Q    Were you part of that discussion?

5        A    Yes.

6        Q    Okay.

7             Did you make any recommendations yourself as to

8    whether your organization, the North Carolina group, should

9    split off from Stewart Rhodes?

10       A    It was unanimous among those of us that were there

11   in attendance that we split off, yes.

12       Q    Sir, as of January 6th, 2021, what was the

13   relationship between the North Carolina -- or I should say,

14   was the North Carolina Oath Keepers, had they officially

15   split off before January 6th, 2021, from the national?

16       A    Yes.

17       Q    Did they sever ties with Stewart Rhodes?

18       A    Yes.

19       Q    You're 100 percent sure about that?

20            MS. HUGHES:  Objection as to form.

21            THE COURT:  I'm sorry, I didn't -- what was the

22   question?  What was objected to first?

23            MR. FISCHER:  I'll just rephrase.

24            THE COURT:  Okay.  Thank you, sorry.

25

```
 1   BY MR. FISCHER:
 2        Q    Sir, are you certain that there was a split
 3   between your organization, the North Carolina group, and the
 4   national Oath Keepers and Stewart Rhodes?
 5        A    Yes, I'm certain.
 6        Q    Okay.
 7             Sir, did you attend a rally in Washington, D.C. in
 8   December?
 9        A    I did not.
10        Q    Okay.
11             But you did attend a rally on January 6th here in
12   Washington; is that correct?
13        A    Yes.
14        Q    How did you get here?
15        A    By charter bus.
16        Q    And did other Oath Keepers come up on charter bus?
17        A    Yes.  Of the 50 people on that bus, there were, in
18   my estimate, 10 to 12 Oath Keepers.  The rest of the bus
19   were local North Carolina folks, all of whom I did not know.
20   But some of them apparently knew Doug Smith and that was the
21   connection.  And we were invited to fill some seats on that
22   bus.
23        Q    Okay.
24             And what day did the bus leave?
25        A    That was the night before the rally.
```

8392

1    Q    Okay.

2         And when did the bus arrive in Washington?

3    A    It arrived the morning of January 6th, maybe 10:00

4    in the morning.  I'm not sure.  It was -- I kind of lost

5    track of time because it's hard to sleep on the bus.

6    Q    Understood.

7         All right.  Sir, were any of the Oath Keepers on

8    the bus?  Were they dressed in military uniforms?

9    A    No.

10   Q    Were you dressed in a military uniform?

11   A    No.

12   Q    And the bus, did it have an itinerary or --

13   I should say, did it have a pre-determined departure time on

14   January 6th?

15   A    To leave D.C.?

16   Q    To leave D.C., yes.

17   A    I wasn't aware of one from the start.

18        Later on, when we went towards the Capitol, then

19   Doug Smith advised as to what time we needed to go back to

20   the bus.

21   Q    Okay.  Tell the jury what, if anything, you did

22   once you arrived in Washington on this bus?

23   A    The bus arrived near the Washington Monument where

24   there was a Trump rally scheduled.  Everyone except the bus

25   driver and I got off the bus to go attend that rally.

8393

```
 1   I stayed on the bus with the driver, who then had to move
 2   the bus several times around the metropolitan area to find a
 3   good place to park.
 4           I was on the bus as matter of security for the
 5   bus.  That's all.
 6       Q   Okay.
 7           And, sir, did North Carolina, the Oath Keepers,
 8   did they have a QRF in Washington that day?
 9       A   In Washington?  No.
10       Q   Where did they have a QRF at?
11       A   They had -- at a motel in Virginia.
12       Q   Do you know a man named Paul Stamey?
13       A   I do.
14       Q   Who is Paul Stamey?
15       A   Paul Stamey is the leader of the western half of
16   North Carolina.
17       Q   Was he involved with the QRF that day for
18   North Carolina to your knowledge?
19       A   Yes, he was one of four in the motel room.
20       Q   Okay.
21           And I don't understand, were you carrying --
22   besides a cell phone, were you carrying any type of
23   communication device with you that day?
24       A   Handheld ham radio.
25       Q   And did you communicate with members of the
```

1   North Carolina QRF that day?

2       A    Sometimes by radio, sometimes by phone.

3       Q    And, sir, I understand, did you do some legal

4   research yourself regarding gun laws before you arrived in

5   Washington, D.C. on January 6th?

6       A    I did, and I found out that none of our members,

7   in spite of the fact that they may have concealed carry

8   licenses from North Carolina, are legally allowed to carry

9   guns in Washington, D.C.  I provided that information to

10  them.

11      Q    Okay.

12           And as a result of that, were some instructions

13  given to the QRF, to your knowledge?

14      A    Yes, numerous times.  Not only the QRF but

15  everybody else that no one was to come into D.C. with a gun

16  under any circumstances.

17      Q    Okay.  Did you have interactions that day with

18  members of the QRF over the radio on January 6th?

19      A    Yes.

20      Q    And, sir -- the Court's indulgence.

21           And I just want to be clear, sir.  Are you

22  suggesting that you're -- are you 100 percent certain that

23  the North Carolina QRF was given instructions not to carry

24  guns into D.C.?

25      A    Absolutely sure.

1    Q    Okay.

2         Sir, did there come a time when you exited the bus

3    and walked towards the United States Capitol?

4    A    I did.

5         After the rally at the Washington Monument

6    concluded, most of the bus riders came back to the bus to

7    warm up and to use the restroom facilities on the bus.

8         Ten or so other people decided that they were not

9    going to take the walk to the Capitol.  They were going to

10   stay on the bus.  So I realized I wasn't needed on the bus,

11   and I joined the rest of the bus passengers to march down or

12   walk down to the Capitol.

13   Q    And where did you go to?

14   A    We went from the west end of The Mall near the

15   Washington Monument to the east end of The Mall, which

16   I believe ends at 3rd Street as you're approaching the

17   Capitol, and Ranger Doug Smith ordered everyone to stop at

18   that point, not go any further forward.  There were a lot of

19   people up in front of us, and he felt we didn't need to go

20   any further forward.

21   Q    And where did you end up going after that?

22   A    Well, I didn't realize he had given those

23   instructions, and I followed several other people closer to

24   the Capitol, around -- as we were going east, then we went

25   around to the right side.  And people may recall seeing

8396

```
 1    images of the Capitol with the scaffolding that was being
 2    set up for bleachers for the upcoming inauguration.  And
 3    I was around -- almost behind the bleachers there, about
 4    200 feet from behind -- what would be behind the
 5    scaffolding.
 6        Q    And I presume when you're talking about
 7    "scaffolding," you're talking about the west side of the
 8    Capitol?
 9        A    That's correct.
10        Q    Okay.  And at some point you entered the Capitol
11    lawn; is that correct?
12        A    Well, it was -- I -- I didn't know how to
13    distinguish what was considered Capitol property or not.
14    It was just the grass and it was a slight hill going up --
15        Q    Okay.
16        A    -- but I never got off the grass.  I could see
17    that beyond the grass, as you got closer to the building,
18    there was a solid stone or concrete floor, but I wasn't
19    there.
20        Q    And how close were you to the bleachers that were
21    on the west side of the Capitol?
22        A    Well, it was only scaffolding at that time --
23        Q    Scaffolding.
24        A    -- but I believe that's where the bleachers were
25    going.  Probably 200 feet away.
```

8397

1        Q    Okay.  And just to be clear, sir, so there was --

2   do you recall, like, some sort of scaffolding for, like, a

3   television tower for the inaugural event.  Do you remember

4   that?

5        A    Yes, I think that was -- there was scaffolding on

6   either side as you're looking at the building, and I believe

7   that was more in the middle.

8        Q    Okay.

9             And, sir, while you were there, what time

10  did you -- what time were you in this area where you could

11  see the scaffolding at close to the Capitol?  What time was

12  that about?

13       A    I'm going to say 2:15 to 2:30, approximately.

14       Q    And at that time, did you observe any violence

15  against police officers?

16       A    No.

17       Q    Did you see any rioting?

18       A    No.

19       Q    Okay.

20            Were there any signs up or barriers that indicated

21  you could not be where you were at at that time?

22       A    No.

23       Q    Okay.

24            Was there a crowd that was assembled on the

25  Capitol lawn?

8398

1        A    There was a large crowd, yes.

2        Q    And when you say "large," are we talking -- why

3    don't you give us a number, approximately.

4        A    Several thousand.

5        Q    Okay.

6             Did there come a time when you eventually left

7    this area?

8        A    Yes.

9        Q    Why did you leave?

10        A    It was very cold and windy that day.  And at one

11    point, there was a strong gust of wind coming in the

12    direction of where I was standing, and there was clearly

13    pepper spray in the air and everyone reacted by closing

14    their eyes and kind of backing away and trying to clear

15    their eyes.

16             After that, I realized the guys that I had

17    followed up to that area, who were from our bus but not from

18    the Oath Keepers, I couldn't find them at that point, I

19    looked around for five minutes.  They were carrying a

20    North Carolina flag, I thought I'd identify them by that.

21    Couldn't find tell them.  And then I decide I should just go

22    back to the 3rd Street rally point.

23        Q    And, sir, when you said you smelled some pepper

24    spray, were you able to observe anything that would have led

25    you to believe why pepper spray was in the air?

1          A    No, I didn't understand why -- why or who might

2     have been using the pepper spray.

3          Q    Did you eventually make your way back to the bus

4     that you came up with from North Carolina?

5          A    Yes.  After I got back to the rally point at

6     3rd Street and met up with Doug Smith and others, that was

7     maybe 3:15, and we had already agreed that at 3:30, we would

8     be leaving the area.  So we waited until 3:30 to make sure

9     everyone else had come back to that rally point and then we

10    headed back to the bus.

11         Q    Okay.

12              And approximately -- I'm not holding you to it,

13    approximately what time did you get back to the bus?

14         A    Approximately 4:00.

15         Q    Okay.

16              When you arrived back at the bus, were you aware

17    that there had been some violence or rioting inside the

18    Capitol at that time?

19         A    No.

20         Q    Was anybody in the group in North Carolina, were

21    they aware of any -- to your knowledge, the people that you

22    were on the bus with and that you knew, was there any talk

23    about rioting or violence inside the Capitol at that time?

24         A    Not before we got on the bus.

25         Q    Okay.

1          What happened after you got on the bus, did you

2    find out that there were some unsavory things that --

3          MS. HUGHES:  Objection as to form.

4          THE COURT:  If you would just rephrase.

5          MR. FISCHER:  Yes.  Sure.

6    BY MR. FISCHER:

7      Q    Sir, after you got on the bus, what, if anything,

8    did you learn about the events on Capitol Hill?

9      A    Well, because the bus had WiFi, at that point

10   people were turning on their phones, a lot of folks were

11   receiving messages from friends back home sending links,

12   video links from news reports, which, of course, the news

13   report had close-up views of what was actually happening

14   down in front of the Capitol and up on the balcony, and it

15   was only at that time that we realized that the violence

16   against the police had happened.

17     Q    Okay.

18          Now, sir, I issued a subpoena for your attendance

19   today; is that correct?

20     A    Yes.

21     Q    Okay.  But I understand you did submit to an

22   interview with the FBI on June 2nd, 2021; is that right?

23     A    Yes.

24     Q    Okay.  And, sir, just to be clear, I mean, you

25   obviously haven't been charged with anything regarding the

1    events of January 6th; is that correct?

2        A    That's correct.

3        Q    And did the FBI ever search your house or seize

4    your cell phone?

5        A    No.

6        Q    Okay.

7            Sir, on January 6th, were you LEOSA certified to

8    carry a firearm?

9        A    Yes.

10        Q    And can you explain to the ladies and gentlemen of

11    the jury what LEOSA is.

12        A    That's a federal law that allows current and

13    retired in good standing law enforcement officers to remain

14    qualified to carry a firearm anywhere in the United States

15    with limited exceptions.

16        Q    Sure.

17            Okay.  And, sir, did you carry a firearm with you

18    all day on January 6th?

19        A    I did.

20        Q    Okay.  You carried that on your person;

21    is that correct?

22        A    Yes.

23        Q    Sir, to your knowledge, during your interactions

24    with people on the bus or with the Oath Keepers or in any

25    other way regarding the Oath Keepers, were you aware of a

```
 1   plan or some type of intention on the part of anybody in the
 2   North Carolina Oath Keepers or anybody --
 3           MS. HUGHES:  Objection as to form.
 4           MR. FISCHER:  Okay.  I'll rephrase it.
 5   BY MR. FISCHER:
 6       Q    Sir, were you aware of any plan for anybody that
 7   you were associated with that day to engage in criminal
 8   conduct?
 9       A    Absolutely not.
10       Q    Okay.
11           Sir, I know you're retired, you served 27 years;
12   is that correct?
13       A    Yes.
14       Q    Sir, could you tell the ladies and gentlemen of
15   the jury which law enforcement agency did you retire from?
16       A    I served 27 years with the FBI.
17           MR. FISCHER:  I have nothing else, Your Honor.
18           THE COURT:  All right.  Cross-examination by -- I
19   assume no questioning from other defense counsel.  Okay.
20           Cross-examination from the government.
21                       - - -
22                   CROSS-EXAMINATION
23   BY MS. HUGHES:
24       Q    Good morning, sir.  My name is Alexandra Hughes.
25   I represent the United States.
```

1       A     Good morning.

2       Q     Mr. Roeper, you were a member of the FBI for

3   27 years; is that correct?

4       A     Yes.

5       Q     And in 1995, you were suspended; is that correct?

6       A     Yes.

7       Q     And that was for misuse of a position and

8   unprofessional conduct?

9       A     Technically, I think that's what they wrote.

10      Q     And you also were on probation for a year;

11  is that correct?

12      A     Yes.

13      Q     Okay.  I want to talk about your experience with

14  the Oath Keepers.  You joined the group in mid-2020?

15      A     Yes.

16      Q     And the leader of the group was Doug Smith, also

17  known as Ranger Doug, correct?

18      A     Yes.

19      Q     And you've been to Doug Smith -- Ranger Doug's

20  residence over 10 times, 12 times as of June 2021;

21  is that correct?

22      A     Well, that was his -- his property, his rural

23  property, which is not his residence.

24      Q     Sorry.  Thank you for the clarification.

25            So you've been to his rural property at least 12

1    times as of June --

2        A    Estimated, yes.

3        Q    And when you would go to his property, you would

4    meet members but you would also shoot firearms on the

5    property; is that correct?

6        A    Yes.

7        Q    Now, I want to bring your attention more

8    specifically to the election.

9            Could we please bring up just for the witness and

10   for defense, please, Government's Exhibit 9357.

11           MS. HUGHES:   Apologies, we're having some

12   technological issues.

13           (Pause)

14           MS. HUGHES:   I can come back to that exhibit.

15   Thank you, Ms. Rohde.

16   BY MS. HUGHES:

17       Q    We'll move briefly to January 6th.

18           So you testified that you traveled to D.C. by bus

19   from North Carolina, correct?

20       A    Yes.

21       Q    And there were 50 people on the bus.

22       A    Approximately, yes.

23       Q    And some of the people wanted to carry firearms?

24       A    I'm not aware of that.  All I know is that we --

25   without surveying who wanted to and who didn't, we gave

8405

1     instructions that they simply could not.

2         Q    Now, you gave an interview to the FBI in June of

3     2021; is that correct?

4         A    Yes.

5         Q    And do you recall telling the FBI that individuals

6     wanted to carry firearms and that, in fact, there was plan

7     in place for these individuals to carry their firearms in

8     personal vehicles as opposed to the bus?

9         A    In that case, I was referring to those that were

10    going to -- only going as far as Virginia.

11        Q    So, fair clarification.

12             So those who wanted to travel with their firearms

13    to Virginia, they're individuals who wanted to travel from

14    North Carolina to the D.C. area of Virginia with their

15    firearms, correct?

16        A    Yes.

17        Q    How many people wanted to travel with their

18    firearms?

19        A    I don't know.

20        Q    More than yourself, though, correct, because you

21    had your Glock with you; is that right?

22        A    Yes.

23        Q    More than five?

24        A    I really don't know.

25             Most of the people that were Oath Keepers -- as I

```
 1   mentioned earlier on, I didn't personally know most of the
 2   people on the bus.  But those that were Oath Keepers, as far
 3   as I know, they routinely -- while in North Carolina, they
 4   routinely carry concealed for self-defense and defense of
 5   others.
 6        Q    And on the bus, there were 50 people;
 7   is that correct?
 8        A    Approximately 50, yes.
 9        Q    Have you ever heard the expression schlep weps?
10        A    No.
11        Q    And when these weapons were transport on personal
12   vehicles, did you observe where these personal vehicles went
13   with the weapons?
14        A    No.
15             MS. HUGHES:  And if we could now go back to 9757
16   just for the witness, please.
17             Sorry, my apologies, 9357.
18             And, Ms. Rohde, we can actually zoom in on this
19   portion.
20   BY MS. HUGHES:
21        Q    Mr. Roeper, are you familiar with a Signal group
22   called the "NC OK County Leaders"?
23        A    Yes.
24        Q    And is your number, phone number, if you can read
25   it, here?
```

8407

```
 1        A    Yes.

 2        Q    Is that a message that you sent on January -- or,

 3   pardon me, November 4th, 2020?

 4        A    I believe it is.

 5             MS. HUGHES:  Government seeks to admit and publish

 6   Government's Exhibit 9357.

 7             MR. FISCHER:  Could we have this blown up bigger?

 8   I can barely see it.

 9             It's just these two?

10             MS. HUGHES:  Just this one.

11             MR. FISCHER:  No objection.

12             THE COURT:  9357 will be admitted.

13                                  (Government's Exhibit 9357
                                        received into evidence.)
14

15             MS. HUGHES:  Thank you, Ms. Rohde.  If we could go

16   back, please.

17             If we could please go into -- just zoom in where

18   we were before.  That's perfect.  Thank you.

19   BY MS. HUGHES:

20        Q    So, again, so you were part of the Signal group

21   called "NC OK County Leaders," right?

22        A    Yes.

23        Q    And on November 4th at 10:18 UTC, so this would

24   have been November -- this would still be November 4th,

25   someone sent to the group a message that read, "I've already
```

8408

1    displayed my willingness to allow my country to be stolen

2    from us.  I'm an Oath Keeper.  When illegitimate politicians

3    start calling the shots, it's time to literally make our own

4    shots ring out.  It's not only the illegitimate politicians

5    who must go down, but the think-tank leaders, deep staters,

6    and financial supporters of those fraudsters.  Not on out

7    watch!"

8            Do you see that message, sir?

9        A    Yes, I do.

10           MS. HUGHES:  If we could please zoom in then on

11   the messages two together, Ms. Rohde.

12   BY MS. HUGHES:

13       Q    Then you respond on the same date, November 4th,

14   this is a little over an hour later, "Media moguls are most

15   responsible"; is that correct, sir.

16       A    Yes.

17       Q    When you met with the FBI, you told them that you

18   did not believe in any of the conspiracy theories and that

19   you were worried about individuals relying on conspiracy

20   theories; isn't that right, sir?

21       A    Yes.

22       Q    Let's go back.

23       A    Particularly about QAnon and some of the things

24   that apparently, whatever QAnon is -- was making public, I

25   didn't believe in it.

1            That was -- let me clarify that.  That was leading

2    up the election, when apparently some people were hearing

3    from QAnon, however you hear from QAnon, that the election

4    was in the bag for Trump, and I said, "Don't believe that.

5    If you want Trump as the President, you have to get out and

6    vote, it's not a done deal."

7        Q    And in this message that you're responding to,

8    sir, this poster, this Davy CONC-POC, he's calling not just

9    for theoretical shots, he says, "It's time to literally make

10   our shots ring out."  And you respond:  Media moguls are

11   most responsible."  Isn't that correct?

12       A    I'm not going to say that's a response to him.  I

13   don't know what the rest of the conversation was above that.

14   As you mentioned, this is an hour later.

15       Q    We can move on.

16       A    So I take a stand -- you know, I take a stand with

17   the statement that the media is politically biased.

18       Q    Moving on.

19            So I want to go back to what you've said about the

20   QRF specifically.

21            You testified that there was a QRF on January 6th,

22   correct?

23       A    Yes.

24       Q    And the QRF was going to be called in, at least

25   you've said previously, the QRF was going to be called in if

8410

1    there were members that were injured, members of your group

2    that were injured, right?

3        A    Yes, injured or under assault from -- what we had

4    planned and anticipated was the possibility of

5    counter-protesters being there, and, again, going back to

6    what we had seen all summer that they had a propensity for

7    violence and this was in case we came under attack and

8    needed help getting out of D.C.

9        Q    So I want to go back to that specifically getting

10   help out of D.C.  This QRF was staged in Virginia, right?

11       A    Yes.

12       Q    And they were supposed to be staged across a

13   bridge you'd mentioned previously, right?

14       A    Yes.

15       Q    And the idea was that there were injured people,

16   injured people of your group, they would go to this bridge,

17   right?  Wasn't there supposed to be a meeting point on a

18   bridge?

19       A    Yes.

20       Q    And that you, armed on the other side of the

21   bridge, would be there to meet the injured people?

22       A    The QRF people, the so-called QRF people --

23       Q    The QRF would meet these people?

24       A    -- would be, and they were under strict orders to

25   stay on the Virginia side.

8411

1      Q     So they would just be stationed on this bridge as

2    your injured members crossed the bridge to your armed QRF?

3      A     Well, theoretically, some of them could advance

4    into D.C. unarmed to help.

5      Q     Right, but they'd be armed on the other side

6    bridge and you were supposed to make your way if you're

7    injured to this bridge, and then you would cross over into

8    the waiting armed arms of the QRF; is that right?  Was that

9    the general plan?

10     A     That is correct, yes.

11     Q     Now, going back to January 6th specifically, you

12   said that after President Trump spoke, individuals came back

13   to the bus?

14     A     Yes.

15     Q     And they told you, when they came back to bus,

16   that they were going to the Capitol?

17     A     Some were and a smaller number were staying on the

18   bus because it was cold and they didn't feel they could make

19   the walk.  This was not a young group.

20     Q     So you went with the group when they went back to

21   the Capitol?

22     A     That's correct.

23     Q     And on the way there, you saw people on

24   scaffolding; is that right?

25     A     That was at the Capitol.

8412

1      Q    At the Capitol?

2      A    The scaffolding.

3      Q    Right.  The scaffolding on the Capitol, you saw

4  people climbing on the scaffolding, right?

5      A    Yes.

6      Q    You noticed at the time that was probably not

7  permissible, right?

8      A    I assumed it was not.

9      Q    And you heard flash bangs?

10     A    I heard bangs, which I didn't know at the time

11  were flash bangs.

12     Q    In fact, you told the FBI that you thought they

13  could be celebratory cannon fire; isn't that right?

14     A    Yes, I was kind of puzzled as to what -- it was at

15  irregular intervals, not often, but it didn't -- since

16  I didn't see any violence going on, it just didn't enter my

17  mind that it might be flash bang grenades.

18     Q    Are celebratory cannon fires something that you've

19  commonly experienced?

20     A    I don't know what they do in D.C.

21     Q    And also you said that you smelled pepper spray;

22  is that correct?

23     A    Yes, at one point when I was up closer and that's

24  when I ended up leaving that area.

25     Q    Sir, in your experience as an FBI agent and that's

8413

```
 1    just an ordinary person, are flash bangs, pepper spray, and
 2    people summiting scaffolding something that is consistent
 3    with a peaceful protest?
 4          A     No.
 5          Q     And you said you left D.C. around 4:00 p.m. on the
 6    bus; is that correct?
 7          A     Yes, approximately.
 8          Q     And your wife texted you, in fact, an hour into
 9    your bus ride, "Where are you?  What are you doing?"
10          A     Well, in fact, that text came as we were heading
11    back to the bus.
12          Q     Okay.
13          A     I didn't become aware of it until I got on the bus
14    and got the WiFi reception on the bus.
15          Q     She --
16          A     It was in all caps and I was puzzled as to why.
17    She's not someone to overreact like that.
18          Q     And you responded, "On 95 South, fleeing the
19    Gestapo"; isn't that right?
20          A     Yes, that's my dark sense of humor.
21          Q     I want to go back to sort of Mr. Fischer had asked
22    you that you didn't see anything that was calling for
23    violence or any sort of -- anything alarming on behalf of
24    the Oath Keepers.
25                I want to bring up government's -- what's already
```

1  been admitted into evidence Government's Exhibit 6803, page

2  10, Ms. Rohde.

3          This message, which is on December 5th, reads,

4  "I seriously wonder what it would take" --

5          MR. FISCHER:  Your Honor, objection.

6          (Bench conference)

7          MR. FISCHER:  Your Honor, this is a slide from the

8  Georgia Oath Keepers.  There's no way this man knows

9  anything about this slide.

10          MS. HUGHES:  I'm going to show the message and ask

11  him if you are aware -- if he was aware of these sentiments

12  in his discussions with the North Carolina Oath Keepers.

13  He's made a blanket statement that he was not aware of any

14  calls for violence or any extreme rhetoric, and it's

15  important that his awareness is placed into context in terms

16  of who he was engaging with.

17          THE COURT:  I'm sorry, so can you bring this back

18  up?  Because -- was this a Signal chat involving

19  North Carolina Oath Keepers that he was on?

20          MS. HUGHES:  No.  It is the Georgia Oath Keepers.

21          THE COURT:  So how would he have --

22          MS. HUGHES:  Well, the point is to show him

23  examples of violent rhetoric and to ask him, Were these

24  statements echoed in his conversations with Doug Smith?  He

25  was a leading member of North Carolina Oath Keepers, these

 1    are in the different groups that were all connected through
 2    Stewart Rhodes.
 3              THE COURT:  But I think you've got to have a
 4    good-faith basis to believe that he might have seen
 5    something like this before you can confront him with it.
 6              I mean, if you've got something from the
 7    North Carolina chat that he would have been on, I think
 8    that's one thing.  But this is something that presumably
 9    he's never even seen before.
10              MS. HUGHES:  Very well, Judge.  Thank you.
11              THE COURT:  All right.  So the objection will be
12    sustained.
13    BY MS. HUGHES:
14         Q    Sir, you weren't on the -- in terms of the Signal
15    groups you were a member of, were you a member of the
16    "Old Leadership" chat?
17         A    I -- I don't recall any group by that name so I
18    don't think so.
19         Q    So you're not aware of the messages that would
20    have been sent in that chat?
21         A    No.
22         Q    Were you a member of the "D.C. Op Jan 6" chat?
23         A    Probably.
24         Q    Could we please bring up Government's
25    Exhibit 6732, page 47.

8416

1              This was sent on January 6th, 2021.  This is from

2    an individual named OK Gator 1.

3              Do you know who this person is?

4         A    I do not.

5         Q    And on January 6th, 2021, at 7:34 p.m. Eastern

6    Standard Time, the message reads, "We aren't quitting, we

7    are reloading."

8              Do you recall seeing this message?

9         A    No.

10        Q    Now, if we could bring up Government's

11   Exhibit 6923, page 2.

12             This is a message that was again sent to the NC OK

13   county leaders.

14             This was the group that you testified that you

15   were a member of, right?

16        A    Yes.

17        Q    And this is Ranger Smith, that's Doug Smith?

18        A    Yes.

19        Q    And this is on November 8th.

20             And he write, "Stewart and I are in Virginia at a

21   'Stop the Steal' campaign.  These campaigns will be

22   springing up nationwide.  President Trump will not step

23   down.  Oath Keepers will stand behind the President at every

24   level state and national.  We will be bringing the battle to

25   the enemy.  Highly-trained soldiers will be asked to step

```
1   forward and be" -- next -- "prepared to travel to
2   Washington, D.C.  All others will support these operations
3   until we've secured our Constitution.  God bless America and
4   God bless the American patriots."
5           MS. HUGHES:  If we go back to the first slide,
6   Ms. Rohde.
7   BY MS. HUGHES:
8       Q    Do you recall seeing this message, and in
9   particular, do you recall seeing his call for highly-trained
10  soldiers to -- being asked to step forward?
11      A    I don't recall it in particular, nor do I consider
12  myself to be a highly-trained soldier.
13          MS. HUGHES:  No further questions.  Thank you,
14  sir.
15          THE COURT:  Mr. Fischer, redirect.
16                        -  -  -
17                  REDIRECT EXAMINATION
18  BY MR. FISCHER:
19      Q    Mr. Roeper, what were the circumstances upon
20  after -- when you -- upon your exit from the FBI?  Did you
21  retire, the circumstances of your retirement?
22      A    Oh, I retired in good standing with full pension.
23          Well, I retired at age 55 1/2.  57 is the upper
24  limit, so I elected to retire approximately a year and a
25  half before the maximum.
```

1    Q    Okay.

2         And, sir, Ms. Hughes asked you about some

3    unfounded conspiracy theories like QAnon.  Do you remember

4    that?

5    A    Yes.

6    Q    So let's talk about some other similar conspiracy

7    theories.

8         Sir, at any time were you aware that the QRF was

9    intended to "occupy D.C."?

10        MS. HUGHES:  Objection as to form.

11        MR. FISCHER:  I'll restate, Your Honor.

12   BY MR. FISCHER:

13   Q    Sir, at any time were you aware that the QRF had

14   as its intention to do a military occupation of the

15   District of Columbia?

16   A    No, there was never any such plans for the

17   North Carolina group.

18   Q    Were you aware of any plans for the North Carolina

19   Oath Keepers or for that matter any Oath Keeper, because

20   apparently you were on a Signal chat, to have a plan to

21   attack Capitol Hill?

22   A    No.

23   Q    Sir, would you agree that peaceful protest is

24   protected by the First Amendment?

25        MS. HUGHES:  Objection.

```
 1              THE COURT:  It's overruled.  He can answer.
 2   BY MR. FISCHER:
 3       Q    Would you agree that peaceful protest is protected
 4   by the First Amendment?
 5       A    I agree with that.
 6       Q    Okay.
 7            Would you agree or disagree that --
 8            MS. HUGHES:  Objection as to form.
 9            MR. FISCHER:  I've got to ask the question.
10            THE COURT:  Hear a question first, please.
11   BY MR. FISCHER:
12       Q    Sir, would you -- regarding -- you had indicated
13   that you had observed some -- I believe, some protest that
14   prompted you to join the Oath Keepers; is that correct?
15       A    Yes.
16       Q    Okay.
17            The protests that you observed that prompted you
18   to join the Oath Keepers, did you consider those protests to
19   be peaceful?
20       A    No, they were not peaceful.
21       Q    And, sir, so you can tell the ladies and gentlemen
22   of the jury you were on at least a couple Signal chats that
23   involved both the North Carolina Oath Keepers and members of
24   the national group; is that correct?
25       A    Yes.
```

1     Q    And, sir, if you had seen anything on those chats,

2     those Signal chats, that would have led you to believe that

3     there was some sort of crime that was about to happen or

4     criminal activity, what would you have done, sir?

5     A    Well, I would first have -- if it was involving

6     someone that I personally knew, I would have had a

7     conversation with them and find out if he was serious about

8     it.  And if so, well, either way, I would report it to law

9     enforcement, and I believe other -- other members of the

10    North Carolina Oath Keepers would have done the same thing.

11    Well, in fact, they've told me so.

12    Q    Sir, when you, I think -- believe you talked about

13    a text that you sent or -- or a message you sent to your

14    wife about "fleeing the Gestapo"?

15    A    Yes.

16    Q    Were you being serious, sir?

17    A    No.  That was a joke.  And, in fact, that was sent

18    before I became aware -- although I was on the bus, that

19    message was sent before I became aware of the violence that

20    had occurred against the police.

21         MR. FISCHER:  Your Honor, I have nothing else.

22         THE COURT:  Okay.  Mr. Roeper, thank you for your

23    time and testimony, sir.  You can step down and safe travels

24    home.

25         MR. FISCHER:  Your Honor, I have a witness coming

```
 1   in about 30 seconds.
 2              (Pause)
 3              MR. FISCHER:  Your Honor, at this time, on behalf
 4   of Mr. Caldwell, we call Joseph Godbold.
 5              COURTROOM DEPUTY:  Please raise your right hand.
 6              (Witness is placed under oath.)
 7              COURTROOM DEPUTY:  Thank you.
 8              THE COURT:  Mr. Godbold, welcome.  If you're
 9   comfortable without a mask on, I'll ask you to remove it.
10              THE WITNESS:  Sure.  Thank you, Your Honor.
11                            - - -
12   JOSEPH GODBOLD, WITNESS FOR THE DEFENDANT CALDWELL, SWORN
13                      DIRECT EXAMINATION
14                            - - -
15   BY MR. FISCHER:
16       Q    Sir, will you state and spell your full name for
17   the record, please.
18       A    Sure.  It's Joseph Godbold.  J-o-s-e-p-h,
19   G-o-d-b-o-l-d.
20       Q    Okay.
21              Mr. Godbold, can you give your city and state of
22   your residence.
23       A    Sure.  It's Kearneysville, West Virginia.
24       Q    And, sir, could you tell us how close is that to
25   Berryville, Virginia?
```

1     A     It's about 9, 9 1/2 miles, so, you know,

2  10 minutes, 12 minutes, something like that.

3     Q     Okay.  Mr. Godbold, how old are you?

4     A     I'm 42.

5     Q     How far did you go in school?

6     A     I have my GED.

7     Q     Are you married?

8     A     Yes, I am.

9     Q     Do you have kids?

10    A     Yes, sir.

11    Q     Where do you work at, sir?

12    A     I work for an HOA community in Chantilly called

13 South Riding Proprietary.

14    Q     And what's your position there?

15    A     I'm an operations supervisor.

16    Q     And how long have you held that -- or how long

17 have you been employed at that company, sir?

18    A     About 15 years.

19    Q     All right, sir.  Do you know Thomas Caldwell?

20    A     Yes, sir, I do.

21    Q     How long have you known Mr. Caldwell for?

22    A     Since February of 2020, so going on three years.

23    Q     And I presume you see him in the courtroom today?

24    A     Yes, sir, he's right behind you.

25          MR. FISCHER:  Let the record reflect he pointed to

```
 1    Mr. Caldwell.
 2    BY MR. FISCHER:
 3        Q    Sir, under what circumstances do you know
 4    Mr. Caldwell?
 5        A    So I met Mr. Caldwell through my father shortly
 6    after Mr. Caldwell's father had passed away.  Mr. Caldwell
 7    needed some work done on his dad's house in order to get it
 8    to sell, put it on the market and sell.  So my father, you
 9    know, introduced me to him and asked if I was able to help
10    Mr. Caldwell out and do some work on his property.
11        Q    And what month and year did this happen?
12        A    It was roughly around February 2020 --
13        Q    Okay.
14        A    -- when -- when we met and, you know, actually
15    started to get ducks in a row to get the house fixed and put
16    on the market.
17        Q    Okay.
18             And I understand at this time was there something
19    related to COVID that was causing your hours at work to be
20    scaled back?
21        A    Yeah, that was right when COVID was hitting pretty
22    strong, so my job kind of shifted my hours.  I'm a full-time
23    employee Monday through Friday.  I have three employees
24    under me.  So we shifted schedules so one week I was like
25    Monday and Wednesday.  The next week I was Tuesday, Friday.
```

8424

1    You know.  Every other day we skipped a day, so.

2        Q    Okay.  And, sir, did Mr. Caldwell hire you to do

3    work on his father's -- late father's house?

4        A    Yes, he did, sir.

5        Q    Okay.

6             And where in relation -- the house that you ended

7    up working on, where is that in relationship to Mr. Caldwell

8    and where his wife live at?

9        A    So his father's house is right at the beginning

10   of -- it's a shared property with three houses, his father's

11   is the first, his is the second, his sister's is the third.

12   So it's within eye distance of Mr. Caldwell's actual

13   residence.

14       Q    And how often did you personally interact with

15   Mr. Caldwell after he hired you to do the work on his house?

16       A    It was daily.  I mean, every day we would talk.

17   Whether I didn't see him in person, because I was at work,

18   we would still talk, and talk about work that needed done or

19   the next step on the house or just, you know, just being

20   friends and gathering amongst each other.

21       Q    Okay.

22            And is this during the time frame, you said

23   February 2020 and before his arrest on January 6th, did you

24   have interactions with him?

25       A    Yes.  Oh, yes, quite a few.

1      Q    And even recently, have you had interactions with

2  him as well?

3      A    Yes, I have.

4      Q    Sir, but I'm going to take it back to the time

5  frame that's relevant here, which is between when you met

6  him and also during his arrest in January.

7      A    Okay.

8      Q    Sir, what, if anything, unusual did you notice

9  about Mr. Caldwell's physical condition?

10          MR. MANZO:  Objection; relevance.

11          THE COURT:  Overruled.

12  BY MR. FISCHER:

13      Q    What, if anything, did you notice was unusual

14  about Mr. Caldwell's physical condition when you met him?

15      A    I noticed he was unique in the way that he -- he

16  was very determined, he wanted to do things.  His physical

17  capabilities just did not allow him to.  He had a hard time

18  standing for any length of time, walked periodically with a

19  cane if he's had a bad day.

20          He was so determined, he wanted to physically do

21  stuff, he just wasn't able to.

22      Q    And, sir, did it appear based on your interactions

23  with him, did he seem to have the knowledge to be able to do

24  the work that you were doing?

25          MR. MANZO:  Objection; relevance.

1           THE COURT:  It's all right.  It's overruled.

2    BY MR. FISCHER:

3       Q    Based on your interactions with Mr. Caldwell, did

4    Mr. Caldwell seem to have the knowledge to be able to do the

5    work that you were doing for him?

6       A    Absolutely.  He had all the knowledge.  I mean, at

7    that point, he played supervisor role because he wasn't able

8    to physically do the work himself.

9           But he absolutely could have done it if his health

10   would have allowed him to, yes.

11      Q    And can you give the ladies and gentlemen of the

12   jury some examples of some physical limitations that you

13   observed of Mr. Caldwell?

14      A    Sure.

15          So as with remodeling any home comes ladders,

16   getting up high, changing light fixtures.  He wasn't able to

17   do any of that.  He would sit there.  He would show up, he'd

18   have his little chair with him, probably the one he has here

19   or a folding chair, he would sit and watch.

20          Obviously had issues bending over, picking

21   anything up from ground level.  If it was eye level, like,

22   he could hand be a tool and stuff like that.

23          As far as any weight or standing, he just -- he

24   wasn't capable of doing that for very long.

25      Q    Okay.

1          Did he work with you pretty much every time you

2   were there doing work?

3      A    Yes, there was occasions where he wasn't able to

4   be there due to health, was exhausted, he stayed home that

5   day.

6          But for the most part, he was definitely there,

7   helping, assisting me.  He was very particular on what he

8   wanted to get done and how he wanted to do it.  He didn't

9   leave any stone unturned.  He didn't want to leave any

10  skeletons in the closet for the next buyer.  He could have

11  cut any corner he wanted, but he was determined that he

12  didn't want to have anybody else have a burden because he

13  didn't complete the project or have somebody complete the

14  project correctly.

15     Q    Mr. Godbold, did there come times when you visited

16  Mr. and Mrs. Caldwell's residence?

17     A    Oh, yeah, absolutely.

18     Q    Was there any times that you did work on his

19  personal residence?

20     A    Yes, absolutely.  We did some power washing for

21  him.  Obviously, because up high, he couldn't get up on the

22  ladder to do it.

23         But, yeah, me and my family visit him quite a bit.

24     Q    Were there things that you had to do for him

25  because of his physical limitations?

1    A    Yes, absolutely.

2    Q    Like, could you give examples, please.

3    A    Examples of what I've had to do for him?

4    Q    Yes:

5    A    I mean, I remodeled a bathroom in his dad's house

6    for him.  I redid a kitchen.  Ripped out a whole back porch,

7    redid all of the porch.  Painting.

8    Q    Sir, let me ask you, in regards to

9    Mr. and Mrs. Caldwell's farm or residence, was there work or

10   chores that you did on his behalf that he could not perform?

11   A    Not as much on his property because my father

12   would help him more on his personal residence.  I guess I do

13   remember the one project I did was power washing at his

14   personal residence, yes.

15   Q    Was there ever any heavy items that you had to

16   assist him with?

17   A    Yeah, as we would -- he has a big building where

18   he would store all of his stuff, all of his equipment and

19   tools and such.  There was times where I needed a particular

20   piece of lumber and it was on the top shelf, I had to move

21   some things, move some equipment to get to that, put it all

22   back, as he directed me where it was at.

23   Q    Sir, did you ever ride in a vehicle with

24   Mr. Caldwell?

25   A    I did, yes, several times.

8429

1      Q    And who drove when you were in a vehicle with him?

2      A    Mr. Caldwell would always drive.

3      Q    Did he indicate why he wanted to drive?

4      A    He's more comfortable in his vehicle, seat

5    positioning.  Plus, I drove a lifted pickup truck that he

6    wasn't able to get in and out of.

7      Q    Sir, you've -- obviously prior to January 6th,

8    2021, you were at his father's residence, correct, doing

9    work?

10     A    Uh-huh, yes, sir.

11     Q    And from his father's residence, is the Caldwell

12   farm where Mr. and Mrs. Caldwell lives, is that visible as

13   well?

14     A    Sure, it borders the property.  You can see it --

15   out the kitchen window you can see his house, his residence.

16     Q    Sir, at any time during your visits to either his

17   father's property or Mr. and Mrs. Caldwell's property, did

18   you ever observe Mr. Caldwell training up a tactical band of

19   fighters or military people?

20     A    Absolutely not, no.

21     Q    Okay.

22          Sir, what, if anything, did you notice that was

23   unusual about Mr. Caldwell's license plate on his vehicle?

24          MR. MANZO:  Objection; relevance.

25          THE COURT:  I think I know where this is going.

8430

```
 1   I'll allow it.  Go ahead.
 2   BY MR. FISCHER:
 3        Q    What, if anything, did you notice unusual about
 4   Mr. Caldwell's license plate on his vehicle?
 5        A    He had the wounded veterans tag.
 6        Q    Sir, what's your father's name?
 7        A    Dennis Godbold.
 8        Q    What's your mother's name?
 9        A    Mary Jane Godbold.
10        Q    Can you describe your father's physical condition.
11        A    My father's also a veteran.  His physical
12   condition is deteriorating as well.  Multiple cancer
13   surgeries, hip replacement, has struggled with substance and
14   alcohol for years as well.
15        Q    Sir, did there come a time when you, your father,
16   and Mr. Caldwell communicated via Facebook Messenger?
17        A    Yes, sir.
18        Q    And would you agree that the three of you sent out
19   some provocative messages?
20        A    Yes, sir, we did.
21        Q    Can you explain the messages?
22        A    It was just a bunch of -- my father and all of us
23   had the gift of gab.  We're just a bunch of guys sitting
24   around, having a few drinks, sharing stories, sharing things
25   from Facebook, making comments, you know, no harm, no foul
```

1    type things.  You know.

2       Q    Sir, were you in Washington, D.C. on January 6th?

3       A    No, I was not.

4       Q    Was you father in Washington, D.C. on January 6th?

5       A    No, he was not.

6       Q    How often does your father leave his property?

7       A    Once or twice a week to go to the feed store for

8    food for his animals, but other than that, he's pretty

9    locked down.

10      Q    What, if anything, was your father doing on

11   January 6th?

12      A    He was probably sitting on his couch with either a

13   bottle of wine or a couple beers sitting on his couch

14   watching the news.

15      Q    Sir, did you believe for a second that any of the

16   Facebook messages that you were receiving or you were

17   sending had anything to do with overthrowing the government

18   or starting a Civil War or anything illegal?

19      A    No, sir, not at all.  It was just a bunch of old

20   guys talking back and forth.

21      Q    Sir, I understand your grandmother was once

22   employed in the U.S. Capitol building; is that correct?

23      A    Yeah.

24           MR. MANZO:  Objection; relevance.

25           MR. FISCHER:  It's with the messages, Your Honor.

```
 1              THE COURT:  It's overruled.
 2   BY MR. FISCHER:
 3       Q    Your grandmother, was she once employed at the
 4   United States Capitol building?
 5       A    From what I've heard from my father and my
 6   parents --
 7              MR. MANZO:  Objection; hearsay.
 8              THE COURT:  It's okay.  Let's see where this is
 9   going.
10              It's okay.  Go ahead.
11              MR. FISCHER:  You can answer the question.
12              THE WITNESS:  Yeah, my grandmother passed away
13   when I was super young so I don't really remember her
14   personal stories about it, but according to my parents, yes,
15   she was employed there at the Capitol at one point in her
16   lifetime.
17   BY MR. FISCHER:
18       Q    Sir, were you ever interviewed by the FBI?
19       A    No, sir, never have been.
20       Q    To your knowledge, was your father ever
21   interviewed by the FBI?
22       A    No, sir, never has been.
23              MR. FISCHER:  I have nothing else, Your Honor.
24              THE COURT:  Okay.  Mr. Manzo.
25
```

```
 1                        - - -

 2                   CROSS-EXAMINATION

 3   BY MR. MANZO:

 4        Q    Good morning, sir.  How are you doing?

 5        A    Good, sir.  How are you?

 6        Q    Good.

 7             Okay.  So fair to say after the election that you

 8   were upset that President Trump had lost?

 9        A    Yes.

10        Q    And you spouted off a bunch with your friends?

11        A    Sure, yes, sir.

12        Q    And you've said it was the gift of gab you have,

13   right?

14        A    Yeah, it was all old saying my dad always said.

15        Q    It's a great gift.

16             MR. MANZO:  Can we go to Facebook 2001.T.1 and go

17   to page 112.

18             Which is already in evidence.

19             And just zoom it in here at the bottom of the

20   page.

21   BY MR. MANZO:

22        Q    You're on Facebook, right, and your name on

23   Facebook is Joe Godbold?

24        A    I'm not on Facebook anymore.  It was taken away.

25             But, yes, at the time, yes, it was Joe Godbold.
```

1    Q    Facebook was taken away from you?

2    A    Yeah, it just disappeared.

3    Q    What does that mean?

4    A    It is no longer -- I was no longer allowed to log

5    in.

6    Q    You've been banned from Facebook.

7    A    Banned, yes.

8    Q    Fair enough.

9         Okay.  So -- but back in December 30th --

10   December 30th, 2020, you had the name Joe Godbold; is that

11   correct?

12   A    Yes, sir.

13   Q    And you would regularly post photos or statements,

14   correct?

15   A    Yeah.

16   Q    All right.  So can we just go to the next page

17   here.

18        And so do you remember posting one of those photos

19   after the election?

20   A    I -- I probably did share that photo, sir.

21   Q    Right.  It's a gap?

22   A    It's been two years --

23   Q    Right.

24   A    -- so it's hard for me to remember what I posted,

25   but, sure.

1    Q    Locker room talk, right?

2    A    Locker room talk.

3    Q    Locker room talk?

4    A    Yeah, innocent -- like, yeah, just sharing photos

5    with this --

6    Q    And just an American expressing his opinion,

7    right?

8    A    Exactly, sir.

9    Q    Nothing wrong with that?

10   A    Yeah.

11   Q    Can we go to page 141.

12        And just go to the third paragraph from the

13   bottom.

14        And here on 1/8/2021 you write, "Yeah, I still

15   feel lost, sad, pissed, betrayed, and not sure what else.

16   Just dreading what is to come.  Fuck Biden and Camel Toe

17   they will never be my president."

18        Did you write that?

19   A    Probably so, sir, yes.

20   Q    And just more locker room talk, nothing wrong with

21   that?

22   A    Just locker room talk, yeah.

23   Q    Just Americans being Americans?

24   A    Yeah.

25        MR. MANZO:  All right.  Let's go to page 156.

8436

1           And, Ms. Rohde, can you zoom in on the paragraph

2    in the middle where Joe Godbold says, "Bring it on."

3    BY MR. MANZO:

4       Q    So this is on 1/11/21 and you write, "Bring it on.

5    I'm ready to get plenty of supplies to last a few weeks.

6    I've been saying this for a while now.  I believe it will

7    take martial law and a miracle but America depends on it."

8           Do you remember writing that?

9       A    I don't necessarily remember writing it, no, but

10   obviously I -- I wrote it.

11          Like I said, it's been two years, so.

12      Q    Right.

13          And what you've been saying in this post is,

14   you've been saying it for a while now, that it would take

15   martial law and a miracle for Trump to actually remain

16   president; is that correct?

17      A    I think what I meant instead of -- instead of

18   "saying," I meant to say "seeing," I've been seeing this for

19   a while.

20          But I've -- you know, there was also lots of talks

21   on social media posts and Facebook and other groups about

22   martial law, you know, and I've read -- I -- honestly at the

23   moment I didn't even know what martial law was.

24      Q    Right.

25          But you've known it for a while that for Trump to

 1    remain president, despite the election, it would take

 2    martial law and a miracle?

 3        A    Obviously I wrote it.  I don't know if that's

 4    necessarily what I believed.  It was just gabbing, you know.

 5        Q    It was just gabbing.

 6             And you knew, you who never went to D.C. in

 7    December or January 2020 and 2021, correct?

 8        A    Yeah, I've never -- this is the first time I've

 9    been to D.C. since I was probably six.

10        Q    And you knew for a while that in order for the

11    election to get overturned, it would take martial law and a

12    miracle?

13        A    I knew that because of social media and news

14    outlets that I watched, right.

15        Q    But you knew that, right?

16        A    Through social media and -- and such, yes.

17        Q    All right.  Can you explain to the jury what

18    martial law is.

19        A    I honestly really even to this day can't explain

20    it.

21        Q    So fair to say --

22        A    I don't have -- I don't have an answer for that.

23        Q    -- the normal laws that govern all of us as

24    citizens would have to be suspended and Trump would be put

25    in power above those laws; is that correct?

8438

1          A     That sounds correct, yeah.

2          Q     And so it takes something like that and a miracle

3    for him to remain president, despite the election, yes?

4          A     Like I said, I'm -- I'm not sure how to even

5    answer that question, sir.

6          Q     Okay.

7                Let's go to page 112.

8                And zoom in on the part where it says "thread."

9                Sir, you were on a thread, a Facebook thread, with

10   Stu MacNamara, Adrian Grimes, Tom Caldwell, and Dennis

11   Godbold around about late December, early January 2021; is

12   that correct?

13         A     Yes, sir.

14         Q     And who is Stu MacNamara?

15         A     Stu is a local farmer up our way that does hay and

16   sells cattle to --

17         Q     And what about Adrian Grimes?

18         A     Adrian Grimes was also -- he's also a military

19   veteran who lived some -- fairly close to Mr. Caldwell.

20   I never went to Adrian's House but he was kind of like

21   Mr. Caldwell's farmhand.  I called him the grunt worker.

22   He's this big guy who could obviously lift a lot of stuff.

23         Q     Okay.

24                Let's go to page -- scroll down here to page 131.

25                And do you remember on January 6th Mr. Caldwell

```
 1    was sending photos from Washington, D.C. before the rioting
 2    started; is that correct?
 3         A    Yes, sir.
 4         Q    And so -- and you recognize here, this is a photo
 5    from Mr. Caldwell here on page 131?
 6         A    Uh-huh.
 7         Q    And then can we go to the bottom three, perfect,
 8    yeah, those four statements actually go to the bottom there.
 9    Thank you.
10              All right.  So Mr. Caldwell sends a picture of
11    Washington, D.C. of the march to the Capitol.  And then can
12    you read what Adrian Grimes said?
13         A    Sure.  He said, "Fuck Pence, he needs to go.  He
14    wrote a letter to Congress saying he will not use his power
15    to stop this bullshit.  Another one who need lead."
16         Q    And what does that mean in your mind, "who need
17    lead"?
18         A    Sounds like Adrian was saying Pence needs lead.
19    Where he needed lead to, I'm -- I am not sure.  I can't
20    speak for Adrian --
21         Q    Well, it means get shot, lead, correct?
22         A    I -- I don't take it that way.
23         Q    Oh, so you don't take it that way that --
24         A    Possibly.
25         Q    -- anyone who would --
```

1        A      Possibly.

2        Q      -- anyone who would need lead, not -- doesn't mean

3   that?

4        A      I mean, he could have been needing to be lead

5   somewhere.  I don't take that as needing a bullet.

6        Q      Sir --

7        A      And I also can't speak for Adrian Grimes.

8               THE COURT:  Let's not talk over each other.

9   BY MR. MANZO:

10       Q      So there's two options, right?  He could be lead

11  out of the building of Congress right where he was?

12       A      Sure.  That's how I take it.

13       Q      Or he could be shot?

14       A      I take it he should have been lead out of the

15  building and stepped down from his position.  That's how I

16  took that post myself.

17       Q      And then Dennis Godbold says, "Traitor."

18              And then what do you say?

19       A      I say, "Yeah, he has proven to be a POS just like

20  McConnell.  Fuck, I think it's over soon."

21       Q      And then what does Adrian Grimes say.

22       A      "This really pisses me off.  Only one answer to

23  this shit is start throwing lead down range and stack em 6

24  by 3."

25       Q      And what does "stack em 6 by 3" mean?

8441

```
1      A    I'm not 100 percent positive.  I believe it's some
2  kind of a military term.  Adrian was pretty extreme in
3  military so that's probably what 6 and 3 means.
4      Q    Sir, at this point going back to your message here
5  where you say, "Yeah, he is proving to be a POS," piece of
6  shit, "just like McConnell.  Fuck, I think it's over soon."
7           In your mind, time is up for President Trump to
8  overturn the election, right?
9      A    Sure, yeah, at that point it was -- as I said, it
10  was over soon.
11      Q    And that was because it was about -- the election
12  was about to be certified inside the Capitol?
13      A    Yes, sir.
14      Q    And then did something come to stop that
15  certification that you're aware of?
16      A    No.
17           Like I said, I wasn't here that day, so I don't
18  know what all went down.  I was following whatever was on
19  social media.
20      Q    So did you ever find out if there was a riot at
21  the Capitol?
22      A    Well, obviously, yeah, there was altercations at
23  the Capitol, sure, I was watching it live on TV.
24      Q    And do you know what happened inside the Capitol?
25      A    Yeah, people stormed into the Capitol, and some
```

1    people destroyed stuff which is -- absolutely I condone

2    anything with that.

3             But, yes, I'm fully aware of what went down that

4    day.

5        Q    So -- but at this point you're thinking, basically

6    the time is up for President Trump to overturn the election,

7    it's over, correct?

8        A    Yeah.

9        Q    And you're sitting at home just kind of monitoring

10   the situation?

11       A    Sure.  Just following posts.

12       Q    So can we go forward a few pages now to 135.

13            And go down to where it says -- Tom Caldwell says,

14   "We are surging forward."

15            And then -- thank you, that's perfect.

16            And then a few minutes later, Tom Caldwell writes,

17   "We are surging forward.  Doors breached."

18            Do you remember that, or do you see that?

19       A    I see it, yes.

20       Q    What did you feel when you heard that the riots

21   were surging forward and the doors of the Capitol had been

22   breached?

23            MR. FISCHER:  Objection.

24            MR. MANZO:  Why?

25            MR. FISCHER:  It's stupid.

1           MR. MANZO:  It goes to bias.  It goes to the whole

2    point he's here, I think.

3           THE COURT:  Let's be civil, folks.

4           I'll allow a little bit of that.  Go ahead, you

5    can answer.

6    BY MR. MANZO:

7       Q    Sir, when you heard that Thomas Caldwell wrote,

8    "We are surging forward, doors breached," what did you feel?

9       A    I felt for one I knew it wasn't Mr. Caldwell

10   surging forward because he can't surge anywhere.  I knew

11   that for sure.

12          I just figured that when he said "We were

13   surging," that the American people were surging the doors.

14   At that moment, I honestly didn't know it was still fresh

15   in -- you know, still happening, still going on at the

16   moment.

17      Q    Sir, walk the jury through how you're sure that

18   Thomas Caldwell couldn't walk forward.

19      A    Because in order to get into the Capitol, I'm

20   pretty sure you have to have steps, which in a crowd of

21   people Mr. Caldwell is not sturdy enough on his feet to be

22   able to walk up steps with crowds of people on any given

23   day.

24      Q    And you're aware that the Capitol is kind of on a

25   hill, right?

8444

```
 1        A     Yes, exactly.

 2        Q     And so he would to have to walk through a large

 3   crowd, and you have seen the pictures, right?

 4        A     Oh, yeah, I've seen the pictures, yeah.

 5        Q     And he would have to go through scaffolding?

 6        A     Obviously, through the pictures.

 7        Q     To have to kind of fight through the crowd?

 8        A     Yeah, uh-huh.

 9        Q     And then even if he got up to one level of the

10   Capitol, to get up to the parapet, there would be even more

11   steps over that?

12              MR. FISCHER:  Objection as to foundation.

13              THE COURT:  It's all right.  It's overruled.

14   Go ahead.

15   BY MR. MANZO:

16        Q     So even to get up to the parapet of the Capitol,

17   there would be even more steps?

18        A     I assume so.  I've never been to the Capitol

19   myself, so.  I've seen pictures --

20        Q     And you know that Mr. Caldwell would not be able

21   to do those steps, right?

22        A     No.  Absolutely.

23        Q     Okay.  Then just going down here a couple of

24   messages, where it says, Joe Godbold, you wrote, "I've been

25   watching tons of patriots chanting freedom.  Just saw a
```

8445

1  convoy of armored vehicles leaving Dulles Airport."

2        Is that correct?

3    A    Yes, sir.  I work right beside Dulles Airport, and

4  it was just odd on that particular day there was blacked-out

5  armored vehicles leaving from off Route 28 by Dulles

6  Airport.

7    Q    Then your father responded, "All members are in

8  the tunnels under Capitol, seal them in.  Turn on gas"; is

9  that right?

10    A    Yeah, apparently he said that.

11    Q    And your family had personal knowledge of the U.S.

12  Capitol?

13    A    I'm not sure if my dad had personal knowledge.

14  Like I said, my grandmother did.

15        I'm not aware of my dad as ever been in the

16  Capitol either, honestly, sir.

17    Q    Did you know that the members were in the tunnels

18  at the time?

19    A    Did I know that?

20    Q    Correct.

21    A    I did not know that.  Obviously, he must have saw

22  it somewhere, but I was -- I'm not aware -- I wasn't even

23  aware there's tunnels under the Capitol, so I can't speak on

24  my father's behalf on that.

25    Q    Is it fair to say, sir, you were -- you and your

8446

 1    father were very upset that Trump was not going to remain

 2    president?

 3         A    On top of other things, yes, 100 percent.

 4         Q    Did you ever go to Washington, D.C. on January 6th

 5    to express your opinion?

 6         A    Like I said, sir, I haven't been to D.C. probably

 7    since I was six, and I've never been near the Capitol,

 8    White House, even in this area.

 9         Q    Did you ever arrange a boat to transport heavy

10    weapons across the Potomac?

11         A    Absolutely not, no.

12              I wish I had one, but I don't have a boat.

13         Q    Let's be clear.  Do you wish you had a boat to

14    transport heavy weapons across the Potomac?

15         A    Absolutely not, no.

16         Q    Did you ever coordinate with other militia groups?

17         A    No, sir.

18         Q    Do you ever storm the Capitol?

19         A    No, sir.

20         Q    Do you ever drive Congressmen and women and their

21    staffs out from the Capitol?

22         A    No, sir.

23         Q    Do you ever steal a riot shield?

24         A    No, sir.

25              THE COURT:  Mr. Manzo, I think --

```
 1              MR. MANZO:  One final question, Your Honor.
 2   BY MR. MANZO:
 3      Q    Did you ever delete messages of your actions of
 4   what you did at the Capitol?
 5      A    No, they were deleted -- well, I wasn't at the
 6   Capitol.  You asked if I deleted from what I did.
 7              I wasn't there so I didn't do anything.
 8      Q    Is it fair to say you had strong opinions but you
 9   did none of that stuff?
10      A    I was not there.  I was not at the Capitol.
11              MR. MANZO:  No further questions.
12              THE COURT:  Mr. Fischer.
13                          -  -  -
14                    REDIRECT EXAMINATION
15   BY MR. FISCHER:
16      Q    Mr. Godbold, this government was questioning you
17   about, I guess, free speech and Americans being Americans.
18   Do you remember that do you remember the questions that the
19   prosecutor asked you about that?
20      A    Yes, sir.
21      Q    Sir, did you ever advocate that the 25th Amendment
22   be invoked to remove Donald Trump from office?
23      A    I did not, no, sir.
24      Q    Did you ever send out on Facebook a picture with
25   Donald Trump's severed head being held up?
```

1              MR. MANZO:  Objection; relevance.

2              MR. FISCHER:  Opened the door.

3              THE COURT:  He can answer the question, but let's

4    move through this.  I think it's pretty obvious.

5    BY MR. FISCHER:

6         Q    Did you ever send out on Facebook and social media

7    a picture of Donald Trump's severed head being held up?

8         A    No, sir, but I saw it floating around there quite

9    a bit.

10        Q    Have you ever surrounded Justice Kavanaugh or

11   Justice Coney Barrett house --

12        A    No, sir.

13             THE COURT:  Okay.  All right.  That's sustained.

14   Let's move on.

15   BY MR. FISCHER:

16        Q    Okay.  Sir, Adrian Grimes, was Adrian Grimes in

17   Washington, D.C. on January 6th?

18        A    I honestly -- I'm not close with Adrian Grimes.

19   I don't believe he was, but I also can't speak for him

20   either.

21        Q    Okay.

22             And, sir, you could be certain your father was not

23   in Washington, D.C. on January 6th as well?

24        A    Absolutely not, 100 percent.

25        Q    Sir, do you believe you have a First Amendment

1    right to express yourself?

2         A     Absolutely.  I think it's still there, yes.

3         Q     Okay.

4         A     I hope so.

5               MR. FISCHER:  I have nothing else, Your Honor.

6               THE COURT:  All right.  Mr. Godbold, thank you for

7    your time and your testimony, sir.  You may step down.

8               THE WITNESS:  Pleasure, Your Honor.  Thank you,

9    jury.

10              THE COURT:  Safe travels home.

11              All right.  Ladies and gentlemen, it's approaching

12   11:00.  Let's take our morning break.  We will resume at

13   11:15.  We'll see you shortly.

14              COURTROOM DEPUTY:  All rise.

15              (Jury exited the courtroom.)

16              THE COURT:  Okay.  Anything we need to address

17   before we break?

18              MR. NESTLER:  Not from the government.

19              MR. FISCHER:  Not from the defense.

20              THE COURT:  Okay.  Thank you, all.  See you

21   shortly.

22              (Recess from 10:59 a.m. to 11:16 a.m.)

23              THE COURT:  Please remain seated, everybody.

24              (Pause)

25              COURTROOM DEPUTY:  Jury panel.

8450

```
 1                    (Jury entered the courtroom.)
 2              THE COURT:  All right.  Please be seated,
 3    everyone.
 4              Welcome back, ladies and gentlemen.
 5              Mr. Fischer, your next witness.
 6              MR. FISCHER:  May it please the Court, Your Honor.
 7              At this time on behalf of Mr. Caldwell, we call
 8    Sharon Caldwell.
 9              COURTROOM DEPUTY:  Before you have a seat, please
10    raise your right hand.
11              (Witness is placed under oath.)
12              COURTROOM DEPUTY:  Thank you.
13              THE COURT:  Ms. Caldwell, welcome.  I'll ask you
14    to remove your mask if you're comfortable doing so.
15    Thank you.
16              Mr. Fischer, when you're ready.
17                              - - -
18    SHARON CALDWELL, WITNESS FOR THE DEFENDANT CALDWELL, SWORN
19                        DIRECT EXAMINATION
20                              - - -
21    BY MR. FISCHER:
22        Q    Ma'am, can you state your full name and spell it
23    for the record, please.
24        A    Sharon Caldwell.  Sharon is S-h-a-r-o-n.  Caldwell
25    is C-a-l-d-w-e-l-l.
```

```
 1        Q    Mrs. Caldwell, where do you reside?

 2        A    In Berryville, Virginia.

 3        Q    Do you know Thomas Caldwell?

 4        A    I do.  He's my husband.

 5        Q    Do you see him in the courtroom obviously;

 6   is that correct?

 7        A    I do.  He's the handsome guy back there waving.

 8        Q    How long have you known Mr. Caldwell for?

 9        A    About 24 years.

10        Q    And, ma'am, I'm going to ask you a little bit

11   about yourself.  How far did you go in school?

12        A    I have an MBA.

13        Q    Where did you get your MBA from?

14        A    From the University at Buffalo.

15        Q    Are you currently employed?

16        A    Not currently, no.

17        Q    Okay.  I understand you used to work --

18             THE COURT:  Mr. Fischer, Mr. Fischer, sorry.

19             Ms. Caldwell, can I just ask you to move the

20   microphone a little closer to you.

21             Mr. Fischer, sorry for the interruption.

22   BY MR. FISCHER:

23        Q    And, ma'am, if you can direct your answers to the

24   jury please, okay.

25             Ma'am, I understand, ma'am, you used to -- you
```

1   used to work for Clarke County, Virginia; is that correct?

2      A    That's correct, yes.

3      Q    And, ma'am, Berryville, Virginia, it's -- how far

4   away is that from here?

5      A    About an hour and a half, hour-and-45-minute

6   drive.

7      Q    It's in the Shenandoah Valley?

8      A    It is, yes.

9      Q    Ma'am, you live on a farm?

10      A    Yes, we do.

11      Q    Can you describe it, please.

12      A    It's just a small farm about approximately 30

13   acres.

14      Q    Who lives there with you?

15      A    My husband Tom and I.

16      Q    Okay.

17      Ma'am, I want to talk about your husband.  As he

18   is today, he walks with a cane, is that right?

19      A    Yes, he does.

20      Q    Can you tell the reason why he currently uses a

21   cane to walk?

22      A    Yes.  Currently he uses a cane because he is still

23   recovering from surgery he had just this year.  He had a

24   total hip replacement surgery in May of 2022.  So, really,

25   the reason he's using the cane every day now is because he's

8453

```
 1   still recovering from that surgery.  And he has not been

 2   able to do his physical therapy because of sitting here for

 3   six weeks, whatever, plus even before that, preparing for

 4   trial.  So he's a little bit behind in terms of his

 5   recovery, but he's doing well.

 6        Q    Okay.

 7             Ma'am, prior to January 6th, 2021, did your

 8   husband use a cane?

 9        A    Yes, he did, more on an as-needed basis, though.

10        Q    Okay.

11             Ma'am, you've known him for 24 years; is that

12   correct?

13        A    That's correct.

14        Q    Can you describe what, if any, health issues he

15   has.

16        A    He has numerous health issues.  I would say the

17   most life-limiting or the biggest quality of life issue he

18   has are his back issues, he's had them since I've known him.

19   They're quite debilitating.

20             When I first met him, he would sometimes, like,

21   fall down for no reason and I couldn't get him back up.  And

22   over the years, his back situation has deteriorated to the

23   point where he had a surgery in 2010, it was a lower lumbar

24   fusion surgery where they fused his L4-L5 and S1 vertebrae.

25             And we were hoping that that would either fix him
```

8454

1    or at least make him substantially better, and unfortunately

2    it did just the opposite.

3         Q    Ma'am, can I ask you, when he had that surgery

4    were you at the hospital?

5         A    Oh, yes.

6         Q    And after that surgery, did he have a couple of

7    scars that he didn't have before the surgery?

8         A    Yes, he had a fairly large one down his abdomen

9    and then a large one in the middle of his back as well.  It

10   was a two-day surgery, and they took him in one day and went

11   through his abdomen and did something with his spine, and

12   then he stayed overnight in the hospital and then they

13   flipped him over and they completed the surgery the next day

14   through the back.

15        Q    Ma'am, you indicated he had a full hip replacement

16   this year.  Was that something that just happened overnight

17   or was it something that happened over time?

18        A    It definitely happened over time, the degradation

19   of his hip joint.  When he had the hip surgery in May of

20   2022, at that point in time, his hip joint was bone on bone.

21   There was zero cartilage left and, of course, your cartilage

22   doesn't just magically disappear overnight.  So it had been

23   going away for many years.

24        Q    At the time -- the months leading up to

25   January 6th, to you knowledge, did he have pain or

8455

1    discomfort regarding his hip?

2        A    Yes, he did.

3        Q    Okay.  Did he have pain and discomfort regarding

4    his back?

5        A    Absolutely.

6        Q    Ma'am, what, if anything, do you know about a

7    discectomy operation that he had?

8        A    Well, he had a discectomy operation in August of

9    2022 to repair a bulging disc, and that was at approximately

10   the L1 level, the first part of the lower spine.

11       Q    Ma'am, can I ask you, I think you said 2022?

12       A    I'm sorry, it was August of 2020, excuse me.

13   I'm sorry.

14       Q    At the time January 6th, 2021 rolled around, was

15   he still recuperating from that surgery?

16       A    Yes, he was.

17       Q    Okay.  Ma'am, does he have any issues with his

18   left shoulder?

19       A    Yes, prior to my meeting him many years ago, when

20   he was in the military, he suffered an injury where his --

21   basically his shoulder would not stay in its socket, it kept

22   coming out, so they had to re-attach his shoulder with a

23   pin, which he still has in there, and that pin and that

24   re-attachment severely limits his range of motion.  There's

25   not too much he can do with that left shoulder.

1    Q    And, ma'am, what, if anything, was unusual about

2    his mobility in the months leading up to January 6th, 2021?

3    A    He can walk obviously.  He walks but it's hard for

4    him to be on his feet for a long period of time normally,

5    and it's hard for him to stand for long periods of time

6    normally.

7         So he just -- he's in constant -- constant pain,

8    chronic pain, because of his lower back, and he -- the more

9    he walks, the more difficult it is for him, so.

10   Q    Does he have any issues with his cervical spine?

11   A    Yes, his cervical spine over many years has now

12   auto fused.  So there's several vertebrae, I think it's

13   three, that have kind of fused together, and that's also

14   causing him a lot of pain with his neck.

15   Q    You've lived on a farm with Mr. Caldwell for how

16   many years?

17   A    On a farm, we've lived there about 20 years.

18   Q    I take it farm chores can be pretty laborious --

19   A    Absolutely.

20   Q    Are there farm chores your husband used to do when

21   you met him that he can't do anymore?

22   A    Yes.

23   Q    Can you give us a couple of examples?

24   A    Yes.  So when we first moved to our farm in --

25   I guess it was 20 -- in 2002, excuse me, he was able to do

1  some farming.  I mean, he still, you know, was having his

2  back issues, but they weren't -- they didn't get really,

3  really bad until around 2009, 2010.

4          But he was able to drive a tractor and be on it

5  for, you know, good periods of time sometimes.  He was able

6  to help make hay.  He was able to lift hay bales.

7          He'd have to take breaks, and sometimes he would

8  do too much.  Especially on a good day when he wasn't in

9  pain, he would do too much, and then he would suffer for

10  days afterwards.  But he could do farm chores that he can't

11  do now.  He could chain saw.  He just can't do that now.

12      Q    Do you hire people at your farm to do those

13  things?

14      A    Yes, we do.

15      Q    Ma'am, do you have to assist him in any way as far

16  as his daily routine?

17      A    Yes.

18      Q    What do you have to do?

19      A    Now, this is not every day but -- but often I need

20  to sometimes, you know, help him out of bed, literally

21  physically pull him up from a lying down position.  He's in

22  just so much pain, he can't twist, he can't move.  Sometimes

23  I have to help him put on his socks and shoes.  He can't

24  bend over.  He jokes about counting how many bend overs he's

25  done in a particular case.  He just -- he can't reach it.

8458

```
1    He can't do it.  It's too painful.

2            I've had to assist him with going to the bathroom

3    on really bad days.

4       Q    And what do you mean by "assist him in going to

5    the bathroom"?

6       A    I don't want to be too graphic but just helping

7    him get cleaned up because he can't reach.  He can't reach

8    and do it.  He's in too much pain.

9       Q    At the time of January 6th, 2021, was he seeing --

10   or the months leading up, was he seeing doctors?

11      A    Yes.

12      Q    What kind of doctors was he's seeing?

13      A    He sees a number of different doctors for

14   different things.  But for his back, he was seeing a pain

15   management physician, still does, and a neurosurgeon

16   occasionally, and his regular primary care physician as

17   well.

18      Q    Is your husband employed right now?

19      A    No, sir.

20      Q    What's his status?

21      A    He's a disabled veteran, 100 percent

22   service-connected disabled veteran.

23      Q    Okay.

24           Does that reflect on a license plate on his

25   vehicle?
```

8459

1    A    It is.  He has a disabled veteran license plate,

2  yes.

3    Q    Ma'am, I guess the $64,000 question.  You haven't

4  been in the courtroom but we've seen Mr. Caldwell walking

5  and apparently he walked up some steps at the Capitol.  Can

6  you explain to the ladies and gentlemen of the jury --

7  because you just described somebody obviously that has a lot

8  of issues.  Can you just tell the ladies and gentlemen of

9  the jury how your husband was able to do that?

10    A    On that particular day, he took a lot of rest

11  throughout the day, and he took a lot of painkillers, a lot

12  more than he normally does.

13    Q    Okay.  Was he on medications in the months leading

14  up to January 6th, 2021?

15    A    Yes.

16    Q    What type of mediations?

17    A    For his pain, he takes Opana, which is an opioid.

18  And he also takes -- to help with his back, he takes

19  Gabapentin to help with nerve pain.  And also Flexeril,

20  which is a muscle relaxer, to, again, help with pain but

21  also help him relax a little bit more at night so he can

22  sleep.  And so that's mostly for his back.  And then he has

23  some other medications as well.

24        MR. MANZO:  Your Honor, just objection to what

25  we've previously discussed.

1          THE COURT:  It's within the limits of what we

2    discussed.

3          MR. FISCHER:  I'm going to move along right now,

4    Your Honor.

5    BY MR. FISCHER:

6    Q    Mrs. Caldwell, I'm going to direct your attention

7    to the month of November of 2020.  Do you recall a time when

8    a group of Oath Keepers arrived at your farm in Berryville,

9    Virginia?

10   A    Yes.

11   Q    Okay.

12         Can you tell the ladies and gentlemen of the jury

13   how that transpired or how that happened?

14   A    Yeah, sure.

15         So five days after the November 3rd election,

16   November 8th -- you know, prior to the 8th, Tom and I had

17   learned about a rally, a local rally that was occurring, you

18   know, not too far from where we lived, a -- actually our

19   actual Virginia State House of Delegates representative, who

20   we knew, who we knew for many years, was organizing the

21   rally.  He invited us to attend.  He invited Tom to say a

22   few words at the rally.  Again, it was only five days after

23   the election, he was looking for speakers to speak at the

24   rally.  So he knew us.  He said, "Hey, Tom, do you want to

25   say a few words?"  Tom agreed.

8461

1            So we went to the rally on the 8th.  Tom made a

2      little speech.  And after he spoke, he got down from the

3      podium and a couple guys came up to him and introduced

4      themselves, and said, "Hey, I've got somebody I would like

5      you to meet."  And so Tom went over and spoke with him, and

6      that person was Mr. Rhodes, Mr. Stewart Rhodes.  He said,

7      "Hey, I liked your speech."  And they started chatting and

8      that's how Tom met Mr. Rhodes.

9            Q    Let me ask you, as a result of that conversation

10     that took place, did there come a time when there was a

11     request to use your farm?

12           A    Yes.

13           Q    What happened?

14           A    Well, on November 14th at that point all of us

15     were pretty -- we'd heard about the Million MAGA March that

16     was going to occur on the 14th, and Tom and I were

17     originally planning to go together.  But Mr. Rhodes said,

18     "Hey, you know, we'd like to attend the Million MAGA March

19     as well as a group."  He had told Tom a little bit about the

20     Oath Keepers organization.  And up to that point, we had not

21     heard of the Oath Keepers at all, but he told him a little

22     bit about them and that they were made up of current and

23     former law enforcement, veterans, first responders.

24            And, you know, Tom and I tend to like those kinds

25     of folks, we respect them, have a lot of respect for them,

8462

1    so it sounded like a good group of people.  We had a small

2    farm, we had some property.  And Mr. Rhodes had asked, "Hey,

3    do you know anybody who has someplace where maybe we could

4    camp as a group so we could go into the march together."

5    And we ended up discussing it, Tom and I, and offering up

6    our property for them to the camp on.

7         Q    Prior to this November 8th event, I believe that

8    was in Purcellville, Virginia --

9         A    That's correct.

10        Q    -- that's in the Shenandoah Valley?

11        A    Yes.

12        Q    Prior to that meeting had you ever heard of the

13   Oath Keepers?

14        A    Never.

15        Q    And besides your husband, had you ever heard of

16   any of the defendants who are on trial here today?

17        A    No.

18        Q    Okay.  And did you agree to allow your farm to be

19   used for a campsite?

20        A    Yes, we did.  We discussed it and I told him, You

21   know what, they sound like a great group of people, let's --

22   they can stay here.  And quite frankly, we were hoping to

23   get, you know, people to go to the march, we were hopping

24   for a good turnout.  So I said, Yeah, that would be fine if

25   they want to stay here.

8463

```
1              I had two conditions, though.  One was because
2    this was the first time -- really, the first time we were
3    meeting them, we didn't know them at all, I said, Look, I
4    don't want people that I don't know in and out of the house.
5    So I said, They're welcome to camp here, they can pitch
6    their tents, whatever, but they need to camp.  And so
7    therefore we got the porta potties so they wouldn't have to
8    come in and out of the house.
9         Q    And, ma'am, we've pulled up on the screen -- and
10   this is for, I believe, the witness only at this point,
11   what's been marked as Caldwell's Exhibits 97A through D.
12   Do you see a photo on the screen?
13        A    Yes, I do.
14        Q    And we can flip to the next one, please.
15             Do you see another photo?
16        A    Yes.
17        Q    Do you see another photo C?
18        A    Yes.
19        Q    And do you see another photo D?
20        A    Yes.
21        Q    Do those fairly and accurately represent the way
22   your farm looked in mid-November of 2020?
23        A    Yes.
24             MR. FISCHER:  Your Honor, at this time, we move in
25   Caldwell's Exhibit 97A through D.
```

```
 1              MR. MANZO:  No objection.

 2              MR. FISCHER:  Can you go to A, please.

 3              THE COURT:  97A through D will be admitted

 4    receive.

 5                      (Defendant Caldwell's Exhibits 97A through D
                                      received into evidence.)
 6

 7              MR. FISCHER:  If we could publish for the jury.

 8    BY MR. FISCHER:

 9         Q    Mrs. Caldwell, do you recognize this photo?

10         A    Yes, I do.

11         Q    Okay.  What date was that photo taken?

12         A    That was on November 15th.  That was the day after

13    the Million MAGA March.  And this was sort of a goodbye

14    gathering.  Those folks wanted us to come out and thank Tom

15    and I for allowing us to -- allowing them to camp on our

16    property, so it was kind of a, "Hey, thank you so much."

17    Somebody had gone to Walmart to get the "Don't Tread on Me"

18    flag.  They signed it, it was a nice little thank you gift,

19    and we took happy snaps.

20         Q    And you were able to interact with the Oath Keeper

21    folks who came and camped on your farm; is that correct?

22         A    Yes.

23         Q    Okay.  Where were the individuals -- where did

24    they indicate they were from?

25         A    Ohio, some were from North Carolina, and I believe
```

1   there was a gentleman from Virginia as well.

2       Q    Okay.

3            The gentleman from Virginia, do you remember his

4   name?

5       A    It was Dohnal Atkinson.

6       Q    And do you remember what his background was?

7       A    I believe he was a retired FBI agent.

8       Q    Okay.  And I believe on the right of this photo,

9   the extreme right, is that Paul Stamey?

10      A    Yes, it is.

11      Q    I see you in the front, correct?

12      A    Yes.

13      Q    And behind you on the lower part, that's

14  Jessica Watkins, correct?

15      A    Yes.

16      Q    It looks like Montana Siniff just above?

17      A    Yes, that's right.

18      Q    Do you know who the gentleman is all the way on

19  the left on the bottom who's pointing his trigger finger?

20      A    On the top, I believe that's Donovan Crowl.

21      Q    On the top.

22           Do you know who that is below him, if you know?

23      A    I don't remember, no.

24      Q    Okay.

25           If we go to 97B, please.

8466

1          All right.  Ma'am, what does this photo depict?

2     A    That's, I think it was probably after we took the

3     photo, we're just hanging around and chatting.  They're

4     saying their goodbyes.

5     Q    And, ma'am, in the background there, is that your

6     house?

7     A    Yes, it is.

8     Q    What, if anything, is unusual about the layout of

9     your house?

10    A    Well, it is long and low.  It's all one story,

11    which is the way we designed it.  And when we built it in

12    2002, Tom was already having some back issues and we knew

13    they were just going to get worse so we wanted everything on

14    one level.

15    Q    Okay.

16         And does it appear to be a barn in the background

17    on the left?

18    A    Yes.

19    Q    97C, please.

20         That appears to be a detached garage on the left,

21    is that correct?

22    A    Yes, that's correct.

23    Q    What, if anything, did the Oath Keepers use that

24    detached garage for?

25    A    Some of them slept in there.  Some pitched tents,

1    some slept in their cars, campers.

2            But, yeah, some slept in there.  It does have some

3    heat so we thought they might -- it was comfortable for

4    November to have some heat.

5        Q    Okay.

6            And what area -- does that picture, does that

7    depict an area where some of the Oath Keepers camped out?

8        A    Yes.

9        Q    Where in particular?  You don't have to be --

10       A    They were mostly camped, like I said some slept in

11   the little detached garage, and some kind of a little bit

12   behind it and to the left of it and a little bit to the

13   right of it.  That's pretty much the area.

14       Q    How big is your farm?

15       A    It's approximately 30 acres.

16       Q    If we could go to 97D, please.

17           Ma'am, where are you originally from?

18       A    Originally born in Pittsburgh, grew up in Erie,

19   Pennsylvania.

20       Q    So you're a Yankee, but you undoubtedly understand

21   Southern hospitality, right?

22       A    Yes.

23       Q    The things on the left, what are those?

24       A    Porta potties.

25       Q    And I understand your Southern hospitality, but

8468

```
 1    are there reasons why there are porta potties?  Are they
 2    always there on your property?
 3         A    No, they are not.
 4         Q    Why were they in there November of 2020?
 5         A    Again, I just didn't want folks that
 6    I didn't know, I was meeting for the first time, I didn't
 7    want all these people in and out of my house so I thought
 8    they need to camp, they just need to stay outside.
 9         Q    And did any Oath Keepers ever stay inside your
10    house in November?
11         A    No.
12         Q    And, ma'am, you indicated where these individuals,
13    where they were from.  Did anybody indicate they were from
14    the state of Florida who was at your farm?
15         A    No.
16         Q    You're aware there are two defendants -- I mean,
17    I know you've attended court appearances, but before
18    attending court appearances, had you ever seen a gentleman
19    named Kelly Meggs or a gentleman named Kenneth Harrelson?
20         A    No.
21         Q    And you see them in the courtroom today?
22         A    Yes.
23         Q    Were those two individuals on your farm in
24    November of 2020?
25         A    No.
```

1    Q    Are you confident about that?

2    A    Yes.

3    Q    Ma'am, in November of 2020, when the Oath Keepers

4  were there, did you witness any military-style training that

5  your husband was leading?

6    A    No.

7    Q    Are you confident he didn't train up a tactical

8  band of fighters to try to attack the Capitol?

9    A    I'm absolutely positive, yes.

10   Q    Did the Oath Keepers, were they training up any

11 type of soldiers at that time?

12   A    No.

13   Q    What were the activities they engaged in while

14 they were at your farm?

15   A    Well, from what I could tell, we had two really

16 nice dinners.  A neighbor of mine brought over his propane

17 grill.  We had two picnics or cookouts, and it seemed to be

18 like it was a social gathering.

19   Q    Okay.

20        Did you have interaction or did your husband have

21 interaction with Paul Stamey?

22   A    Yes, my husband did.

23   Q    What, if anything, did you notice about your

24 husband and Mr. Stamey in November when he was on your farm?

25   A    Well, I would say that they sort of hit it off.

8470

```
 1   I think they kind of developed a little bit of a friendship.
 2   They were about a similar age, similar, maybe physical
 3   problems, older, and one was a former Marine, one former
 4   Navy, they kind of hit it off along those lines.  They
 5   seemed to enjoy each other's company.
 6        Q    Ma'am, it appears obvious that Berryville is in a
 7   rural area; is that correct?
 8        A    That's correct.
 9        Q    Is gun ownership fairly ubiquitous and bearing on
10   in the surrounding area?
11        A    Yes, it's very common.
12        Q    And I should have asked.  At one point on January
13   19th, 2021, your House was raided by the FBI; is that
14   correct?
15        A    Yes.
16        Q    Were there items that were seized or taken from
17   your home at that time?
18        A    Yes.
19        Q    At that time, did you and your husband have a
20   number of guns in your house?
21        A    We did, yes.
22        Q    Approximately how many did you have?
23        A    This was in the gun safe.  You know, we don't want
24   people to have misperceptions, but we had about 70 in the
25   house.
```

8471

1      Q    How many of those 70 firearms did the FBI seize
2   when they came out?
3      A    None.
4      Q    Ma'am, did you hold a conceal carry permit in the
5   year 2020?
6      A    Yes.
7      Q    Did your husband?
8      A    Yes.
9      Q    Can you explain to the ladies and gentlemen of the
10  jury or the people in the courtroom who may be unfamiliar
11  with a rural area, why do people own guns?
12     A    Well, a lot of different reasons.
13          MR. NESTLER:  Objection, Your Honor.
14          THE COURT:  Sustained.  Just rephrase it.
15  BY MR. FISCHER:
16     Q    Why is gun ownership common in your area?
17          MR. MANZO:  Objection, Your Honor.
18          THE COURT:  He can ask her why they own.
19  BY MR. FISCHER:
20     Q    Why did you and your husband own firearms?
21     A    Well, a lot of different reasons.  We enjoy
22  shooting sometimes.  It's just a fun activity that we do
23  together.  But also living on a farm, we occasionally have a
24  need to, unfortunately -- we don't hunt, but unfortunately a
25  deer will get caught up in barbed wire, or we have had

1    issues with rabid raccoons or critters that, unfortunately,

2    you have to put an animal down, it's not something you like

3    to do, but it happens.  So we have them for that purpose.

4            But Tom also had inherited quite a few firearms

5    from his deceased parents so we had some of those.

6            But over the years, in fact, even when we were

7    dating, Tom asked me -- I had never, you know, shot a gun or

8    anything before when we first started dating, he asked me,

9    "Would you like to learn how to shoot?"  And I said yes.  So

10   I learned.  And it's just something that I like to -- for my

11   own self-defense, it was just a skill that I wanted to have.

12           And I've learned how to do it, and it's one of

13   those things that if you don't use it, you lose it.  So for

14   us, for me, it's self-defense, and it also, like I say, we

15   just enjoy going target shooting once in a while.  We'll go

16   practice, and then we'll go bird watching.  We just, that

17   provides us with a really fun morning in the great outdoors.

18   It's something that we enjoy.

19       Q    Ma'am, directing your attention, did there come a

20   time, the Oath Keepers were at your place, on November 14th

21   2020, did you attend the Million MAGA March?

22       A    Yes, I did.

23       Q    Did you go with your husband?

24       A    No.  We were originally going to go together, but

25   we ended up going separately for number of reasons.

1    Q    Well, tell us some of those reasons.

2    A    Sure.

3         So we were kind of planning on going and then we

4    talked about it and Tom was not sure that he was going to

5    really be able to march that long way.  So that was a

6    consideration.

7         We were also a little bit concerned about, we kept

8    hearing different rumors about Antifa showing up in

9    busloads, and a lot of times you hear these things, you have

10   no idea if there's any truth to them or not.  That was a

11   concern.  We're elderly.  I didn't want to go in there and

12   be attacked and anything of that nature.

13        So we had these concerns.  But we both wanted to

14   go.

15        And then what happened was I found out that an

16   acquaintance of ours was organizing buses to go in.  May I

17   speak about Matt Truong?

18   Q    I understand there's a gentleman named Matt Truong

19   you were aware of?

20   A    Yes.

21   Q    And Matt Truong organized the bus, correct?

22   A    He did.

23   Q    Tell us about that.

24   A    Yes.  He had he is the President of an

25   organization called the Virginia Asian Pacific Americans for

8474

```
 1    Trump, and he was trying to get a couple of busloads to take
 2    people in there on the bus.  He sent me an email.  He said,
 3    "It takes 15 bucks.  You can ride in on the bus.  We'll go
 4    into D.C.  We'll ride back on the bus."
 5              I thought, wouldn't that be great.  That way
 6    wouldn't have -- if I wanted to go by myself, I wouldn't
 7    have to drive all the way in by myself, park by myself, be
 8    by myself.  You know, I was afraid.  I didn't want to be
 9    attacked, not that I would be, but I just had my concerns.
10    I just didn't want to do it all by myself so I thought,
11    gosh, if I could go in with this group on the bus, that
12    would be great.
13              And in the meantime, you know, Mr. Rhodes and Tom,
14    he was kind of organizing the Oath Keepers to come to our
15    property, and they had asked Tom, since Tom was born in
16    D.C., he grew up in D.C., he's worked in D.C., they asked
17    him, "Hey, do you think maybe you could help us, you know,
18    get to this rally, get home," because the people that were
19    coming in from Ohio or North Carolina were not familiar with
20    D.C. like he was.
21              So he thought this is great.  I can go in on the
22    bus and be with a group of people, won't be all by myself.
23    He can go in with the Oath Keepers, help navigate or get
24    them in --
25              MR. MANZO:  Objection as to other people's
```

```
 1    thoughts.
 2              THE WITNESS:  -- in his car.
 3              Well, so Tom and I have talked.
 4              MR. FISCHER:  Just one second.
 5              I'll move along.
 6              THE WITNESS:  Okay.  Sorry.
 7    BY MR. FISCHER:
 8         Q    Ma'am, what, if any, role did your husband have as
 9    far as getting the Oath Keepers into D.C.?
10         A    He drove them in, in his car, not all of them but
11    a couple were in his car.  There were other cars behind him
12    that were following him into D.C. because he knew how to get
13    around and where to park, how to get them to Freedom Plaza
14    and how, you know.  So he was just being helpful to help
15    them in and out of the city.
16         Q    If we can pull 166 up for the witness only.
17              Mrs. Caldwell, at some point -- at some point
18    obviously you arrived in D.C. on November 14th;
19    is that right?
20         A    That's right.
21         Q    And at some point later your husband arrived as
22    well; is that correct?
23         A    Yes.
24         Q    Did you have communication through text messaging?
25         A    Yes.
```

```
 1              I always -- you know, I wanted to keep in touch
 2    with him.  I wanted to let him know, "Hey, I'm safe, I'm
 3    here, I'm okay," that kind of thing.  So, yeah, we texted
 4    each other a little bit.
 5         Q    And, ma'am, I showed you -- this weekend I showed
 6    you some exhibits as far as some text messages you had sent.
 7    Do you recognize the text messages that are in Caldwell
 8    Exhibit 166?
 9         A    Yes.
10         Q    Okay.
11              And there are multiple screenshots.  Do you
12    recognize all the screenshots that are on -- that we
13    submitted and gave the government?
14         A    Yes, I do.
15              MR. FISCHER:  Your Honor, we move in Caldwell
16    Exhibit 166 at this time.
17              MR. MANZO:  No objection, Your Honor.
18                             (Defendant Caldwell's Exhibit 166
                                      received into evidence.)
19
20              MR. FISCHER:  If we can publish to the jury.
21    BY MR. FISCHER:
22         Q    It appears at the top there it says something --
23    you make a statement, obviously you're the lady here that's
24    pictured on the left of the photo; is that correct?
25         A    Yes.
```

8477

```
 1        Q    Okay.  You made a statement, a brief statement to
 2   the jury, please?
 3        A    It says, "On the bus.  Have not left yet though."
 4        Q    Okay.  There's another statement under that?
 5        A    Yes.  So at 11:14, I was there.  12:45, I said,
 6   "At Freedom Plaza.  We made it.  Awesome."
 7        Q    Okay.  And your husband replied.  What did he say?
 8        A    He replied, "Cluster F here.  2 hours late
 9   leaving.  Traffic.  People didn't keep together.  I ain't
10   gonna see shit."
11        Q    Okay.  And what, if anything, did your husband
12   mean by that message?
13             MR. MANZO:  Objection, Your Honor.
14             THE COURT:  Sustained.
15   BY MR. FISCHER:
16        Q    All right.  Did there come a time when your
17   husband explained to you what the message --
18             MR. MANZO:  Objection, Your Honor.
19             THE COURT:  Also sustained.
20   BY MR. FISCHER:
21        Q    All right.  We'll go to the next slide, please.
22             And I'm going to go halfway down, it looks like
23   there's a text message where it says, "Seems like."  Can you
24   read that, please?
25        A    Yes.  "Seems like bad folks mostly stayed away
```

1     from what I can see.  They're outnumbered and they're

2     chicken."

3          Q     And, ma'am, when you said "bad folks," who are you

4     referring to?

5          A     Antifa or anti-Trump folks.

6          Q     And your husband on the right, he responded?

7          A     He said, "Is it still happening?"

8          Q     And then what did he say after that?

9          A     Then he says, "Still fun?  I'm parked at 4th and

10    D."

11         Q     Okay.  You could take that down.

12               Did you and your husband eventually meet up that

13    day?

14         A     We did, yes.

15         Q     Okay.

16               Where did you meet up?

17         A     I think it was not too far from here, 3rd and

18    Constitution maybe, sometime around there.  I don't

19    remember.  It was close by here.

20         Q     Okay.

21               And if we could pull up Caldwell Exhibit 96A for

22    the witness.

23               96A through E, I should say.

24               All right.  Ma'am, you've seen a series of

25    photos --

8479

```
 1        A     Uh-huh.  Yes.

 2        Q     -- these were copies provided to the government.

 3   Do those fairly and accurately represent the scene on

 4   November 14th of 2020 in Washington, D.C.?

 5        A     Yes.

 6              MR. FISCHER:  Your Honor, we move in Caldwell's

 7   Exhibits 96A through E.

 8              MR. MANZO:  No objection, Your Honor.

 9                   (Defendant Caldwell Exhibits 96A through 96E
                                    received into evidence.)
10

11              MR. FISCHER:  May we publish to the jury, please.

12   BY MR. FISCHER:

13        Q     And that looks like 96A.  Do you recognize that?

14        A     I do.

15        Q     That's you and your husband obviously;

16   is that correct?

17        A     That's correct.

18        Q     Where is that taken at?

19        A     That was when we met after our little text

20   exchange here, he kind of came down to meet me and we --

21        Q     Okay.

22        A     Go ahead.

23        Q     Thank you.  Let's go to 96B, please.

24              Is that part of the parade?

25        A     Yes.
```

```
 1        Q    If we go to 96C.
 2             And it's -- 96C, is that, again, activity on
 3   November 14th in D.C.?
 4        A    Yes.
 5        Q    Go to D, please.  Same thing?
 6        A    Yes.
 7        Q    Go to E, please.  Same thing?
 8        A    Yes.
 9        Q    All right.
10             Ma'am, on November 14th, 2020, based on your
11   interaction with your husband, the Oath Keepers, and what
12   you saw in D.C., did you see any plan for anybody to try to
13   stop Joe Biden from becoming president in an illegal way?
14             MR. MANZO:  Objection, Your Honor.
15             THE COURT:  Rephrase the question, please.
16   BY MR. FISCHER:
17        Q    Ma'am, did you witness or did you see anybody
18   attempt or plan to commit a crime in Washington, D.C. on
19   November 14th, 2020 --
20             MR. MANZO:  Objection.  Calls for a legal
21   conclusion.
22             THE COURT:  Just get on the phone, please.
23             (Bench conference)
24             THE COURT:  I guess what you're getting at,
25   Mr. Fischer, is whether she saw anything that would
```

1    suggest -- can you just characterize it in a way that

2    doesn't draw a legal conclusion?  Did you see anything

3    nefarious?

4              MR. FISCHER:  Okay.

5              (Open court)

6    BY MR. FISCHER:

7        Q    Ma'am, based on your observations of your husband,

8    the Oath Keepers, and what happened in Washington, D.C., did

9    you see anything nefarious going on?

10       A    No.

11       Q    Okay.

12            Ma'am, I'm going to direct your attention next,

13   Caldwell Number 100 for the witness only.

14   BY MR. FISCHER:

15       Q    I'm going to draw your attention to December 12,

16   2020.  On that date, did you go into a rally for, I guess

17   the Jericho March on that day?

18       A    We went into rally for another MAGA March on the

19   12th in D.C., yes, December 12th.

20       Q    And up on your screen, it seems to be a picture of

21   you and your husband, right?

22       A    Yes.

23       Q    It's marked as Exhibit 100A.  And can we --

24   is there a B on that?

25            Can you see 100B as well?

1      A      Yes.

2      Q      Do you recognize that picture as well?

3      A      I do.

4      Q      Did they fairly and accurately represent the scene

5  on a bus on December 12th of 2020?

6      A      Yes.

7             MR. FISCHER:  Your Honor, we move in Caldwell's

8  Exhibit 100A and B.

9             MR. MANZO:  No objection.

10                         (Defendant Caldwell's Exhibits 100A and B
                                    received into evidence.)

11

12  BY MR. FISCHER:

13     Q      Can we go to 100A, please.

14            Ma'am, can you describe what's in the picture?

15     A      That's my husband and myself just happy, smiley

16  faces on the bus going into D.C. for the march.

17     Q      Okay.

18            Ma'am, I understand on the prior rally,

19  November 14th -- well, should I ask you.  Did you take a

20  purse with you to any of the rallies that you attended in

21  D.C.?

22     A      No.

23            On November 14th, I had a fanny pack because

24  I wanted to be kind of hands free to take pictures.  And so

25  I took a fanny pack for my credit cards and cell phone and

1    that type of thing.

2        Q    And did you learn a lesson from taking a fanny

3    pack into D.C.?

4        A    I did because I didn't want to bring backpacks,

5    like, for eight hours a day, or whatever, I didn't want to

6    bring a backpack, they're heavy.  But I was not able to take

7    any water, and I guess I never thought about it but all the

8    restaurants were closed and the roads were closed and all

9    the food trucks that you normally see in D.C. they weren't

10   there.  Everything was kind of shut down.  So I didn't have

11   any water and I got pretty dehydrated, and I should have not

12   just -- I should have had more than just a fanny pack to

13   bring some water, so.

14       Q    As a result of that did you change attire on

15   December 12th?

16       A    I did.

17       Q    Does this picture show different attire than a

18   fanny pack?

19       A    Yes.  Again, I wanted to be hand free to take

20   pictures, so I wore this vest that has pockets, I wore it

21   because it has lots and lots of pockets.  And you can even

22   see in here on my one pocket in the lower right-hand side

23   there, I have a water bottle.  So I took lots of water with

24   me.

25       Q    And, ma'am, is this a tactical vest?

8484

1      A    No.  I considered it to be more of an outdoor

2   vest.

3      Q    Okay.  Where does it zip up at to put on?

4      A    It zips up in the center front.

5      Q    Is there any armor plating in?

6      A    No, there's no possible way to put armor plating

7   in this very lightweight vest.

8      Q    Is it bulletproof?

9      A    It is not.

10      Q    Is this the same vest you had on on January 6th,

11   2021?

12      A    Yes, it is.

13      Q    Okay.

14           And, ma'am, if we can go -- and where are you at

15   during this picture?

16      A    We're on the bus heading into D.C.

17      Q    Is this one of the Matt Truong buses?

18      A    Yes.

19      Q    Okay.  Next, 100B, please.

20           And that gentleman up in the front with the

21   megaphone, who is that?

22      A    That's Matt Truong.

23      Q    And Mr. Truong, he's a Vietnamese American;

24   is that correct?

25      A    That's correct.

8485

1      Q    I understand at one point Mr. Truong had tried to

2  join the Oath Keepers, to your knowledge; is that correct?

3      A    He asked --

4           MR. MANZO:  Objection, Your Honor.

5           THE WITNESS:  He asked Tom.  Sorry.

6           MR. MANZO:  Leading, personal knowledge,

7  everything.

8           MR. FISCHER:  Your Honor, I'll withdraw it.  It's

9  not that important.

10 BY MR. FISCHER:

11     Q    If we can go on, please.

12          Ma'am, I'm going to -- let's get to January 6th.

13          Did there come a time when you and your husband

14 decided to go to January 6th?

15     A    Yes.

16     Q    Okay.

17          When did you first find out about the January 6th

18 rally?

19     A    When I received an email from one of the

20 organizers of the event.  I got that email on December 21st

21 of 2020.

22     Q    To your knowledge, do you know when your husband

23 found out about it?

24     A    Yes, at that same time, because I showed it to him

25 immediately after I got it.

8486

1     Q     Let me ask you this.  Back in November when the

2     Oath Keepers were on your farm, were you aware of a rally on

3     January 6th, 2021?

4     A     No.

5     Q     Had one been scheduled at that point to your

6     knowledge?

7     A     No, it was not.

8     Q     Okay.

9           Ma'am, did you and your husband then book a hotel

10    room?

11    A     Yes, we did immediately the next morning, my

12    husband booked a hotel just for us.

13    Q     Which hotel did you book?

14    A     That was the Comfort Inn in Ballston, Arlington.

15    Q     And, ma'am, besides the obvious five star luxury

16    of the Comfort Inn, is there any other reason why you booked

17    that particular hotel?

18    A     It was really fairly inexpensive as opposed to

19    D.C. hotels, and it was fairly conveniently located to get

20    to the Ellipse.

21    Q     Ma'am, I'm going to pull up Government's Exhibit

22    210.P.1.  Do you see that?

23    A     I do.

24    Q     It's already in evidence.  Can we publish to the

25    jury.

```
 1              Mrs. Caldwell, do you recognize the guy in the

 2    cowboy hat?

 3         A    No.

 4         Q    Have you ever seen that man in your life?

 5         A    No.

 6         Q    Besides involved in this case, we'll just say

 7    prior to January, your husband's arrest, had you ever heard

 8    of a name named Ed Vallejo?

 9         A    No.

10         Q    Did you ever see that guy in your hotel at the

11    Comfort Inn?

12         A    No.

13         Q    Okay.

14              We're going to pull up Caldwell Exhibit 150,

15    please.

16              Ma'am, did there come a time when you and your

17    husband checked into the Comfort Inn?

18         A    Yes.

19         Q    And, by the way, you previously indicated that

20    your husband had cervical neck issues; is that correct?

21         A    That's correct.

22         Q    Is there anything he does on an everyday basis

23    that's unusual?

24         A    I don't know if it's unusual, but he cracks his

25    neck, he'll move his head just to kind of try to loosen it
```

8488

1    up, because it hurts.

2        Q    Ma'am, in a second I'm going to play this, but

3    you'll see on the right-hand screen, do you see a gentleman

4    coming in the doors of the Comfort Inn?

5        A    Yes.

6        Q    Do you see your husband second in line?

7        A    I yes.

8        Q    Over to left, do you see you?

9        A    Yes.

10       Q    Okay.

11           Now, when we play this, I want you to look at your

12   husband's head and tell me if you see anything he does with

13   his head.

14           Ma'am, if you would play that, please.

15           (Video played)

16   BY MR. FISCHER:

17       Q    Let's stop it right there.

18           Mrs. Caldwell, did you see your husband do

19   anything with his head?

20       A    He's kind of nodding and bobbing it a little bit.

21       Q    Anything unusual based on anything you'd seen in

22   the year 2020, 2021?

23       A    No, that's not unusual.  I've seen him do that

24   type of thing many times.

25       Q    Mrs. Caldwell, does your husband appear to

1    interact with the person that wheeled his cart past him?

2        A    No.

3        Q    Did you interact with that person?

4        A    No.

5        Q    Do you remember any words being exchanged between

6    any of the parties?

7        A    No.

8        Q    All right.  We're going to go back a little in

9    this video, if we could dial this back, please.

10           Is it back?

11           Ma'am, I'm going to show a portion that wasn't

12   shown to the jury.  It's a little bit longer this is before

13   the guy who wheeled in, and it looks like it's at 1 minute

14   28 seconds.

15           By the way, we do move in Caldwell Exhibit 150 at

16   this point.

17           MR. MANZO:  No objection.

18                            (Defendant Caldwell Exhibit 150
                                 received into evidence.)
19

20   BY MR. FISCHER:

21       Q    Ma'am, I want you to look your husband's head when

22   we play the video and tell me if you see him do anything

23   before the gentleman wheels the cart in.

24           Go ahead and play it.

25           (Video played)

8490

```
 1    BY MR. FISCHER:
 2        Q    Do you see anything?
 3        A    He does that same movement.  Look at that.  Isn't
 4    that surprising.  Before he even comes into the hotel, what
 5    do you know?  He also kind of went like that to crack his
 6    neck.
 7        Q    Okay.
 8             And to be clear, ma'am, the guy with the cowboy
 9    hat, to your knowledge, do either you or your husband ever
10    met that guy?
11        A    No.
12        Q    Have you ever listened to a podcast from Tucson,
13    Arizona, with a guy named Ed Vallejo on it?
14        A    No.
15        Q    If we can go on -- actually, do we need --
16             While we're doing this, I'm going to have
17    Ms. Bommersbach pull up Government's Exhibit 1502.
18             Ma'am, during your trip to Washington, D.C. on
19    January 6th, was your husband using a walkie-talkie app
20    called Zello?
21        A    No.
22        Q    Are you confident about that?
23        A    Yes.
24        Q    Did you know what Zello was at the time of
25    January 6th?
```

1          A     I had no idea.

2          Q     Okay.  Do you know what it is now?

3          A     Barely.

4          Q     Has it been explained to you?

5          A     A little bit, yes.

6          Q     Okay.

7                And, ma'am, we're going to play a portion of a

8    Zello recording that's in Government's 1502.  Give us just a

9    second here.

10               While Ms. Bommersbach is doing that, you obviously

11   knew --

12               So if we could play 1502.

13               I want you to listen to this and tell me, and I'll

14   have you question for you when we're done.

15         A     Okay.

16               MR. MANZO:  Objection, Your Honor.  Foundation.

17               THE COURT:  I think I know where this is going.

18   It's overruled.

19               (Audio played)

20   BY MR. FISCHER:

21         Q     Mrs. Caldwell, do you recognize the voice on

22   Zello?

23         A     No.

24         Q     Is that your husband's voice?

25         A     No.

8492

1      Q    Ma'am, are you familiar with an app called

2   Life360?

3      A    A little.

4      Q    To your knowledge, were either you or your husband

5   on Life360 on January 6th?

6      A    No.

7      Q    Ma'am, I understand, tell us, did your husband

8   bring any type of firearm to the Comfort Inn?

9      A    He did, yes.

10     Q    Will you explain to the jury what type of firearm

11  was brought?

12     A    It was a .22 caliber rifle.  It was an antique,

13  meaning old, one that he had inherited from his father.

14     Q    Okay.

15          And, ma'am, when you say antique, does that also

16  mean it's valuable?

17     A    No, this was not a valuable firearm at all, no.

18     Q    Did he bring any ammunition?

19     A    No.

20     Q    Okay.  Why didn't he bring any ammunition?

21     A    Well, the only reason he brought the rifle was to

22  show it to Paul Stamey, who I indicated before he had kind

23  of a friendship with.  And we were looking forward to seeing

24  Paul again.  Tom did not know when he might see Paul after,

25  could be months before he'd see him again.  And this was

8493

```
 1    kind of a unique firearm, a little bit unusual.  And he's
 2    like, he said, I've never seen anything like this before in
 3    my life.  I think Paul might appreciate, so he brought it as
 4    a show-and-tell piece to show Paul.
 5        Q    You saw the rifle, I take it?
 6        A    Yes.
 7        Q    What was unusual about the rifle?
 8        A    Well, it was just old, and it was also on the --
 9    it had a Western Auto logo on it, and Western Auto is sort
10    of like a Pep Boys or an Auto Zone, it's kind of like an
11    auto store, which many, many, many years ago, they also used
12    to sell firearms.  So it was a rifle that was specifically
13    made for this Western Auto store to sell.
14        Q    Was it operable?
15        A    No.
16        Q    Ma'am, I understand, we showed -- I guess the
17    government had a picture up here, it appeared to be in a
18    soft case.  Do you know what a soft case is?
19        A    Yes.
20        Q    First of all, you've shot firearms obviously?
21        A    Yes.
22        Q    Have you shot a .22 caliber rifle in your life
23    before?
24        A    Yes.
25        Q    Have you shot an AR-15?
```

1        A     Yes.

2        Q     Okay.

3              Is a .22 caliber rifle, is that something you'd

4    hunt a bear with?

5        A     No.

6        Q     What would you hunt with that?

7        A     I don't know, maybe squirrels or doves or

8    something, something small.

9        Q     Who typically possesses as .22 caliber rifle?

10             MR. MANZO:  Objection, Your Honor.

11             THE COURT:  She can answer if she knows.

12   BY MR. FISCHER:

13       Q     Who typically possesses .22 caliber rifles?

14       A     A lot of times they're used for -- children will

15   use them because they're easy -- they don't have much

16   kickback.  They're a good starter rifle or gun, if you will.

17       Q     Okay.

18             And, ma'am, are you familiar with hard cases for

19   rifles?

20       A     Yes.

21       Q     Did you know how much a hard case costs,

22   approximately?

23       A     Probably a couple hundred dollars.

24       Q     Okay.

25             Do you know what the purpose of a hard case for a

```
1    rifle is?
2         A    Well, to provide protection so it doesn't get
3    damaged in any way.
4         Q    And what would provide more protection for a rifle
5    in your experience, a hard case or a soft case?
6         A    Well, hard case.
7         Q    Okay.
8              Ma'am, there came a time on January 5th, you
9    arrived at the Comfort Inn; is that correct?
10        A    Yes.
11        Q    Okay.
12             Did you and your husband ever partake in a
13   pre-strike recce?
14        A    Yes.
15        Q    Can you tell the ladies and gentlemen of the jury
16   what you mean by a "pre-strike recce"?
17        A    The way my husband and I used the term -- and Tom
18   has taught me that it's a military term but we used it for
19   years and years to simply describe going somewhere ahead of
20   time so you know where to park or you just want to get the
21   lay of the land.  We've used it, for example, when he went
22   to get eye surgery in Philadelphia at a new doctor, and I
23   said, "Hey, we should go up and do a recce so we know where
24   to go before your surgery."  We just -- it's become part of
25   our normal language.  It just means going up and taking a
```

1    look around beforehand.

2         Q    And when your husband uses the term "the target

3    area," what's he referring to?

4              MR. MANZO:  Objection, Your Honor.

5              THE COURT:  Sustained.

6    BY MR. FISCHER:

7         Q    Okay.

8              Ma'am, did there come a point -- did you actually

9    do a pre-strike recce on January 5th in Washington, D.C.?

10        A    Yes, to take a look around on the 5th before the

11   6th.

12        Q    Who was with you during the pre-strike recce?

13        A    Paul Stamey was with us and another gentleman,

14   Randy, I think it was Randy Earp in the car with us.

15        Q    Okay.

16             And, ma'am, what was the approximate route you

17   took or could you describe the route that you took into D.C.

18   at that time?

19        A    Well, approximately -- we drove in from the hotel

20   through Georgetown and up to around Dupont Circle.  I

21   remember Tom pointing out 19th Street.  He likes to park on

22   19th Street for some reason.

23             We kind of did sort of a loop.  We came back --

24   drove back past the BLM Plaza and back down to Constitution,

25   turned right on Constitution, drove by The Ellipse area, and

1    Tom was very glad to see lots of porta potties there.

2        Q    What were the specific -- what was the purpose or

3    purposes of doing the pre-strike recce?

4        A    For Tom, I do -- he did actually want to see how

5    many bathrooms --

6            MR. MANZO:  Objection, Your Honor.

7            THE COURT:  Sustained.

8    BY MR. FISCHER:

9        Q    Ma'am, what was your -- why did you engage in a

10   pre-strike recce?

11       A    I was just tagging along for the ride, but I did

12   want to just look around ahead of time to see did things

13   look safe.  You know, were there protesters that, you know,

14   I would be concerned about.  And there weren't, everything

15   looked fine.  But I wanted to just take a look around ahead

16   of time.

17       Q    Did the pre-strike recce take you to BLM Plaza?

18       A    We drove by it, you know, we just kind of glanced.

19       Q    And, ma'am, I've got up on the screen, I believe

20   this is Caldwell Exhibit 10.

21           If we could publish for the jury if it's not

22   already.

23           Ma'am, this is in evidence.  You recognize this

24   message that your husband sent?

25       A    Yes.

1      Q    It's sent to Trees Shawn Pugh.  Do you know who

2   Trees Shawn Pugh is?

3      A    Yes.

4      Q    And who is he?

5      A    That's Shawn Pugh.  He -- we've hired him a few

6   times to -- he has a tree service, to cut down trees for

7   ourselves and his -- and Tom's folks.

8      Q    Okay.  And you see right in the middle where it

9   says, "Practically right there"?  You see that?

10     A    Yes.

11     Q    Can you read the next line out to the jury?

12     A    "Practically right there.  Just got back from

13  RECCE.  Lots of" -- excuse me.  "Lots of fresh porta potties

14  being placed.  Supposed to be a bit windy tomorrow but

15  sunshine."

16     Q    Okay.

17          Is what your husband wrote there, is that

18  consistent with your understanding of the purpose of the

19  pre-strike recce?

20     A    Yes.

21     Q    I want to go up to Caldwell 11.

22          And I'm going to show you another message.  This

23  is another message your husband sent to a guy -- do you know

24  who Ranger Doug Smith is?

25     A    Yes.

8499

1    Q    Okay.

2         And there in the middle it says, "Just got back."

3    Would you read that out, please?

4    A    Yes.  "Just got back from recce with Sharon, Paul,

5    and Randy.  Everything I told you about bus related is

6    correct.  You will be pleased to know the President has

7    provided 80 fresh porta potties which are being placed right

8    now."

9    Q    Is that statement consistent with your

10   understanding of what the purpose of the pre-strike recce

11   was?

12   A    Yes.

13   Q    Ma'am, there's a comment in there about buses.

14   What do you know about that?

15   A    I knew that the North Carolina Oath Keepers a

16   group of them were coming up on a bus and going back on the

17   bus the same day.

18        So Tom and I, as you already know, went on the bus

19   in November -- or a bus in November -- or, excuse me,

20   December 12th, so we had some idea of where the buses

21   typically park and drop people off and let people -- pick up

22   people.  But Tom wanted to sort of confirm that and tell the

23   North Carolina guys, "Hey, yeah, I think," you know -- just

24   helping them know where we thought the buses would let

25   people off.

8500

1      Q    Ma'am, did the pre-strike recce, to your

2  knowledge, have the purpose of trying to do surveillance on

3  the United States Capitol building?

4      A    No, it not.

5      Q    Did you drive in a circle around the Capitol

6  building?

7      A    We did not.

8      Q    Okay.

9           Did you ever do surveillance or look for law

10  enforcement or weak points in the Capitol?

11      A    No.

12      Q    How close did you come to the Capitol that day?

13      A    I think the closest was 3rd and Constitution, if I

14  remember correctly.

15      Q    Okay.

16           Did you ever scope out any government buildings,

17  like, you know, or lawmakers' offices --

18      A    No.

19      Q    -- in the pre-strike recce?

20      A    No.

21      Q    Was there anything nefarious, to your knowledge,

22  of when you had this pre-strike recce?

23      A    No.

24      Q    Take that down.

25           Ma'am, at some point, you left the motel or the

1    hotel on the morning of January 6th; is that correct?

2    A    Yes.

3    Q    Okay.

4         And who did you go into D.C. with?

5    A    Tom and I went together in our car.

6    Q    Can I ask you, was it really 100 percent certainty

7    that your husband was actually going to go into D.C. that

8    day?

9    A    No, it was going to depend on how he felt when he

10   got up that morning.

11   Q    I should as you, while you were at this hotel, did

12   you ever meet Kelly Meggs or Kenneth Harrelson?

13   A    No.

14   Q    Did you ever meet Stewart Rhodes?

15   A    No.

16   Q    Did you meet Jessica Watkins?

17   A    Briefly.  At one point, Tom and I were in

18   Paul Stamey's room having pizza, and Jessica Watkins and

19   Donovan Crowl came in.  They were not there very long.  They

20   just sort of came in and said, "Hey, how are you doing?

21   Nice to see you again."  We chatted for a few minutes and

22   they left, they were there maybe ten minutes, that's all.

23   Q    While all of you guys were in that hotel room, was

24   there any planning or preparation to try to breach the

25   United States Capitol?

8502

```
 1        A     No.

 2        Q     Okay.

 3              Ma'am, who did you -- you rode into D.C. I believe

 4   you said with your husband; is that correct?

 5        A     Yes.

 6        Q     Who drove?

 7        A     Tom did.

 8        Q     Did you drive alone in your car?

 9        A     We drove together in his car, just the two of us,

10   yes.

11        Q     Was there a vehicle that followed you?

12        A     Yes.

13        Q     Who was in that vehicle?

14        A     It was Ms. Watkins, Mr. Crowl, and two other

15   people that I believe they brought with them from Ohio, the

16   Parkers.

17        Q     Okay.

18              And did you get a chance to see the Parkers?

19        A     Just real briefly in the parking lot before we got

20   into our two separate vehicles.

21        Q     Can you describe the Parkers for the jury.

22        A     They were quite elderly.  I think the gentleman

23   was perhaps even more elderly than Tom is.

24        Q     Okay.

25              Ma'am, did there come a time -- well, what route
```

1    did you take in to get into Washington, D.C.?

2        A    Again, through Georgetown, up around

3    Dupont Circle, and then down 19th Street, and that was about

4    it.

5        Q    What, if any, phone calls were taking place while

6    you were in the vehicle driving in?

7        A    There were a couple of calls that Tom made to

8    Jessica Watkins to make sure she was still behind us.  It

9    was still dark, wanted to make sure she's still behind us.

10   He said, "Hey, flash your lights."  Because we had gotten a

11   little bit separated, and we just wanted to make sure we

12   were still together and she knew kind of where we were going

13   to turn and that type of thing.

14       Q    How many phone calls approximately took place?

15       A    I think it was about two when we were driving in.

16       Q    Were there other phone calls that morning?

17       A    I think so.

18       Q    Okay.

19            Ma'am, did there come a point when your two-car

20   caravan entered or got on 19th Street?

21       A    Yes.

22       Q    What, if anything, happened with the second car?

23       A    We at one point saw a sign for an underground

24   parking garage, and we thought that might be a good place

25   for them to park because we knew they wanted to park and get

8504

1    down to The Ellipse.

2            So I rolled down my window and I kind of pointed,

3    and Jessica flashed her lights, and then they turned off and

4    went into that parking garage.

5        Q    Where did you and Mr. Caldwell go to?

6        A    We drove around a little while.  We were hoping to

7    find parking on the street closer in so we wouldn't have to

8    walk so far.  But we couldn't find anything, it was so

9    crowded, there were no available spaces so we drove back --

10   ended up going back to that same parking garage and parking

11   there.

12       Q    Okay.

13            And, ma'am, were the occupants of the second car,

14   were they still at the parking garage?

15       A    No.  They were gone by the time we got back.

16       Q    And where, if anywhere, did you go at that point?

17       A    Once we parked we just gathered up our belongs and

18   Tom and I went down to The Ellipse.

19       Q    And what happened next?

20       A    We got down there.  And -- well, I had read an

21   e-mail that I had gotten that the doors, meaning the

22   security doors, would open at 7:00 so we wanted to be there

23   by 6:00.  I thought, well, if we're in line by 6:00, we

24   should be able to get in to see the President.  But they

25   said, you know, "You're going to have to go through

1    security, and you can't bring backpacks and all that stuff,"

2    so that's fine.

3              So we got down there about 6:00 and tried to find

4    the end of the line to get in, and we kept walking and

5    walking and walking and walking and we couldn't see the end

6    of the line, it was just ridiculously long.  We didn't want

7    to keep walking.

8              And I started talking to people in line and they

9    said, "Yeah, we camped out here overnight."  And I thought,

10   oh, I'm a dummy, I'm, like, naive thinking I can get there

11   at 6:00 in the morning and actually get in to see the

12   President.

13             So we finally realized, you know, we're probably

14   not going to be able to get in through the security gates

15   into that inner area to see him, so we just -- we're hanging

16   out around down there, and we thought, well, we -- you know,

17   I wonder where, you know, Jessica is and Donovan is.  We

18   were kind of bored because it was really early in the

19   morning and we are just standing around waiting, it was

20   dark, it was cold, and thought maybe we can just go chat

21   with them for a little bit.

22        Q    Did there come a point where you met up with

23   Jessica Watkins and Donovan Crowl?

24        A    Yes.

25        Q    Where was that at?

1        A    At one point, you know, I don't know if Tom called

2   her or she called him, whatever, but she sort of walked us

3   into where they were, which was, I call it sort of a VIP

4   holding area.  Looked like Jessica and Donovan and the

5   Parkers, and there were some other Oath Keepers there by

6   that point, I didn't know them, but they were standing

7   outside these, again, like security gates that you have to

8   walk through, and there were people, like, for example,

9   these six nuns that I had seen before on TV, like sometimes

10  they attend Trump rallies, they're standing right behind

11  him.  So it was like this VIP holding area.  They weren't

12  letting people in yet, but they all were kind of queueing up

13  in this one area.  That's where they were.

14       Q    Let me just back you up.

15            After the time the Oath Keepers left your farm in

16  mid-November of 2020, until you arrived at this Comfort Inn,

17  did you see -- have personal contact with any of the

18  Oath Keepers between that time period?

19       A    No.

20       Q    Okay.  To your knowledge, did any of these

21  Oath Keepers show back up at your farm been that time

22  period?

23       A    No.

24       Q    Okay.

25            And, ma'am, did there come a time when you're in

8507

```
 1   this VIP area -- well, first of all, let me backtrack a
 2   little bit.  There's been a video in evidence, I showed you
 3   this weekend.  I won't put up, we've seen it, but there's a
 4   video where your husband is showing, sort of pans the crowd
 5   and he sees some Oath Keepers in the video.  You're familiar
 6   with that video?
 7        A    Yes.
 8        Q    What were the lighting conditions at the time of
 9   the video?
10        A    Well, it was still dark, it was really early in
11   the morning.
12        Q    Okay.
13             And in that video, of course, you know who he is
14   now, Mr. Meggs, you saw Mr. Meggs at kind of the tail end of
15   the video.
16        A    Right, yes.
17        Q    Did you or your husband interact with Mr. Meggs
18   that morning?
19        A    No.
20        Q    Who did you interact with in that VIP area?
21        A    Almost exclusively just Jessica Watkins.
22        Q    Okay.
23             Ma'am, did there come a time when you left the VIP
24   area?
25        A    Yes.  We hung out with them for a little bit,
```

8508

1    chatting.

2           Ms. Watkins told us that they were expecting to

3    get passes to get into this area, and she said, hey, we

4    might be able to get some extra passes, maybe we can get you

5    in with us; and we thought, wouldn't that be great because

6    we thought we could then get in and actually sit down, which

7    would be so nice if we didn't have to stand for hours and

8    hours and hours, so we were hoping to get these passes; but

9    then at some point we found out or she told us, looks like

10   we're not going to be able to get the passes, so we decided

11   to leave and go someplace else.

12      Q    Okay.  And, Mrs. Caldwell, we're pulling up

13   Caldwell 41A and B.  Do these appear to be screenshots from

14   your husband's cell phone?

15      A    Yes.

16      Q    Did you and I and your husband get a chance to see

17   these at an FBI evidence facility in Manassas, Virginia,

18   about nine months ago?

19      A    Yes.

20      Q    Do you recognize them?

21      A    Yes.

22      Q    Do they fairly and accurately depict the text

23   messages that were on your husband's phone?

24      A    Yes.

25

1          MR. FISCHER:  Your Honor, we move in Caldwell 41A

2    and B.

3          MR. MANZO:  No objection.

4                (Defendant Caldwell Exhibits 41A and 41B

5                           received into evidence.)

6    BY MR. FISCHER:

7      Q    Okay.  If we could move 41A down there a little

8    bit.  Okay.

9          And, ma'am, it appears that on Wednesday,

10   January 6th, 2021, at 9:51 a.m. your husband sends a message

11   there.  It says, "Never did."  Could you read that out,

12   please?

13     A    "Never did have anyone show up with passes to get

14   into The Ellipse.  Most of the gang is standing on

15   Constitution Avenue.  Sharon and I have gone back to the car

16   to kit up and go back out on the streets.  It's not to butt

17   on the Washington Monument grounds and Constitution Avenue.

18   More coming," I think it's constantly but.

19     Q    This appears basically across the same thing?

20     A    Right.

21     Q    Okay.  If we could go back up, please.

22          Ma'am, first of all, the passes, what's your

23   husband referring to there?

24          MR. MANZO:  Objection, Your Honor.

25          THE COURT:  Rephrase the question.

```
 1   BY MR. FISCHER:
 2       Q    All right.
 3            Ma'am, I understand that you were hopeful to
 4   receive some passes to get in The Ellipse; is that correct?
 5       A    Yes.
 6       Q    Why did you want to?  Why were you hoping to get
 7   passes?
 8       A    So that we could go into the VIP area and sit
 9   down.  We wouldn't have to be on our feet for four hours.
10       Q    Did the passes ever materialize?
11       A    Not when we were there.  We were told that they
12   were not coming.  So when we heard that, we went to a
13   different location to watch the President.
14       Q    And, ma'am, at some point, at some point --
15   I'm going to put up on the screen, I believe these are
16   already in evidence.  Can I -- what number are these?
17            Exhibit 46, Caldwell -- exactly, Caldwell Exhibit
18   46A and B, do you recognize the photo?
19       A    Yes.
20       Q    Let's go to B, please.
21            Do you recognize --
22            Well, I'm sorry, go down, please.  Just one photo
23   that's going to be in evidence.
24            Who's in that photo, ma'am?
25       A    That's me.
```

1     Q    Okay.  I see you're wearing an Oath Keepers

2  T-shirt?

3     A    Yes.

4     Q    T-shirt.  Is there anything unusual about the size

5  of the T-shirt?

6     A    It's a lot too big for me.

7     Q    Okay.

8          Did at one point did you don an Oath Keepers

9  T-shirt that morning?

10     A    Yes.

11     Q    Let me ask you, did you possess that T-shirt

12  before you arrived at The Ellipse on January 6th, 2021?

13     A    No.

14     Q    Did your husband possess a T-shirt, an

15  Oath Keepers T-shirt before you arrived a The Ellipse on

16  January 6th, 2021?

17     A    No.

18     Q    Why were you and your husband wearing the

19  T-shirts?

20     A    Well, when we were told that we might be able to

21  get in with the Oath Keepers with the passes, they had some

22  extra T-shirts in this big box that they had with, and they

23  had extra shirts and they said, Here, have a shirt.  And,

24  you know, you can pretend to be with us and we'll get you

25  in.  Isn't that great.

1          So we both gladly took a free T-shirt.

2     Q    Okay.

3          Ma'am, did -- and I'm going to move on.

4          If we can move on to Caldwell Exhibit 81.

5          Did there come a time when -- this is for the

6    witness only -- you left The Ellipse at some point, correct?

7     A    Yes.

8     Q    Where did you go to after leaving The Ellipse?

9     A    We hung out at The Ellipse for while.  Should I

10   talk about going back to the car or you don't need me to?

11    Q    Ma'am, where did you go to?

12    A    After we left The Ellipse, later in the day we

13   walked towards the Peace Monument.

14    Q    Okay.

15         I should have asked, there was a point you raise a

16   point.

17         Did you go back to the car to kit up at some

18   point?

19    A    We did.

20    Q    Okay.

21         What does it mean to kit up?

22    A    Well, Tom -- we use that term, we went back to the

23   car, we wanted to get our flags.  We had left our flags in

24   the car because they told us when you come in to go through

25   security to see the President, you can't have backpacks, you

8513

```
 1    can't have flags, you can't have water, you can't have all
 2    those things that you cannot bring in through the security
 3    gates.
 4              So I left our flags in the car, I left water in
 5    the car.
 6              We went back to the car to get our flags, I put on
 7    my vest, I put in my water, we got protein bars.  Tom put on
 8    a warmer jacket and warmer hat, that kind of thing.
 9              Oh, and he had this fun little skeleton mask, so
10    that was our kitting up.
11        Q    Did you kit up with any military style equipment?
12        A    No.
13        Q    Were you or your husband wearing armor plating?
14        A    No.
15        Q    Ma'am, I understand your husband was wearing a
16    special type of armor that day; is that correct?
17        A    If you're referring to Depends, that's what he was
18    wearing.
19        Q    Ma'am, we're going to tee up Caldwell Exhibit 81.
20              At some point after the President got done
21    speaking, you said you walked to the Peace Fountain?
22        A    Yes.
23        Q    I'm going show you what's been marked as Caldwell
24    Exhibit 81.
25              MR. FISCHER:  We ask to the move that into
```

8514

```
 1    evidence now, please.

 2              MR. MANZO:  No objection raff.

 3                        (Defendant Caldwell Exhibit 81
                                received into evidence.)
 4

 5    BY MR. FISCHER:

 6        Q    Ma'am, I'm going to show you, if you could look

 7    and draw everybody's attention to the bottom of the screen

 8    in a few seconds to see if you could point out if you

 9    recognize somebody, ma'am.

10              If we could play that, please, Ms. Bommersbach.

11              This is at the bottom of the screen.

12              (Video played)

13    BY MR. FISCHER:

14        Q    Do you see somebody?

15        A    Yes, my husband just came into view, yes.

16        Q    Let's stop it right there.

17              Can you move that down, please.  That's fine.

18              I'll tell you what, can you just tee it up back a

19    little bit.  Just tee it up back five seconds.

20              Okay.  And on the very bottom, tell us when you

21    see your husband.

22              (Video played)

23    BY MR. FISCHER:

24        Q    Looks like --

25        A    There he is.  He just came in.
```

1      Q     With a blue jacket?

2      A     And a brown hat.

3      Q     Do you see yourself?

4      A     Yeah, there I am right there, with the flag.

5      Q     With the flag.

6      A     Uh-huh.

7      Q     If we could stop it right there.

8            It appears that that was -- that appears to be --

9      this video appears to be a 1:00 p.m. and 9 minutes and 25

10     seconds, 1:09:25.  Does that sound about right the time you

11     arrived?

12     A     Yes.

13     Q     What, if anything, unusual -- why was your

14     husband, is there a reason why he was walking in front of

15     you?

16     A     He saw a place to sit down and he went for it.

17     Q     Okay.

18           Ma'am, the government's previously admitted an

19     exhibit showing at 12:36, you and your husband being around

20     the area of 14th Street and Constitution Avenue.  Have you

21     seen that?

22     A     Yes.

23     Q     It appears to be you were there at 12:36 p.m.

24     Does that sound right?

25     A     Yes.

8516

1      Q    Ma'am, if my math is correct, 12:36 p.m. to 1:09

2  and some change is roughly 35, 36 minutes.  Does that sound

3  right?

4      A    Yes.

5      Q    Can you explain -- and the distance between 14th

6  and Constitution Avenue, the Peace Fountain, is about how

7  far?

8      A    Approximately a mile.

9      Q    Can you explain to the ladies and gentlemen of the

10 jury why it took you 36 minutes to walk a mile?

11     A    Well, we stopped at least a couple times till he

12 could rest.

13     Q    Ma'am, can you walk a mile faster than 36 minutes?

14     A    Yes.

15     Q    Cow fast can you walk a mile?

16     A    Maybe 15 minutes.

17     Q    Okay.

18          And if we can pull up 45, 46, please.

19          And, ma'am, we'll just pull this up for you.

20          I'm not going to go through every one of these but

21 can you tell the jury, did you and your husband take

22 pictures on January 6th?

23     A    We took hundreds of pictures and some video.

24     Q    And the reason -- was the reason why you took

25 hundreds of pictures, was that to try to hide the fact that

8517

```
 1    you were in D.C.?

 2         A    No.

 3         Q    Ma'am, did you take pictures throughout the day?

 4         A    We did, and I'm so glad we did so that we have

 5    these exculpatory photos with all the times stamps so we can

 6    show exactly what we did and did not do that day.

 7              MR. MANZO:  Your Honor, objection.

 8              THE COURT:  It's overruled.

 9    BY MR. FISCHER:

10         Q    Ma'am, I'm going to show you -- stop right there.

11              I'm going to show you --

12              MR. FISCHER:  We move in Caldwell, this exhibit

13    Caldwell 45 and 46?

14              MR. MANZO:  No objection.

15              THE COURT:  Caldwell 45 and 46 will be admitted.

16                        (Defendant Caldwell's Exhibits 45 and 46

17                                   received into evidence.)

18    BY MR. FISCHER:

19         Q    All right.  Ma'am, I'm going to show you 45-73.

20    Do you recognize this photo?

21         A    Yes.

22         Q    Okay.

23              Ma'am, the woman in the bottom right-hand corner,

24    who is that woman?

25         A    I have no idea.
```

8518

1     Q     Okay.

2           Who took this photo?

3     A     Tom did.

4     Q     Where were you at in the photo?

5     A     I'm not in the photo.

6     Q     Where were you at the time the photo was taken?

7     A     I'm behind Tom.

8     Q     Okay.  Ma'am, you had to walk up a flight of steps

9  at some time to get up to the inaugural balcony;

10 is that correct?

11    A     That's correct.

12    Q     Where were you in relationship to your husband at

13 the time?

14    A     I was behind him.

15    Q     Is there a reason why you were behind him?

16    A     Yeah, he -- well, I just had my hand on his back

17 to kind of steady him as he was going up the stairs.

18    Q     In the top left corner, ma'am, do you see anything

19 unusual about the -- in the picture?

20    A     Well, this is where we're kind of coming out from

21 underneath the scaffolding but you can see the plywood and

22 the nail pops and the little dents in the plywood.

23    Q     Is this the inside of the United States Capitol

24 building?

25    A     No, I don't think the Capitol is made out of

```
 1   plywood.
 2        Q    Okay.
 3             Ma'am, if we can go farther into the photos.
 4             Let me ask you this.  Keep going.
 5             When you're going -- let's stop right here.
 6             Ma'am, what's been marked as, if we go down a
 7   little bit, this is 45-75, do you recognize that photo?
 8        A    Yes.
 9        Q    Who took the photo?
10        A    I believe it's a selfie Tom took with his phone.
11        Q    Where were you at that time?
12        A    We were just coming out onto that terrace, that
13   lower level terrace.
14        Q    Okay.
15             And you say "lower level terrace."  Do you mean
16   the -- what are you talking about?  I should ask, in the
17   lower level terrace?
18        A    The terrace on the west side, just the one that's
19   at the lower level because there's one up above too.
20        Q    Okay.  The inaugural balcony --
21        A    Right.
22        Q    -- is that what you're referring to?
23        A    Yes.
24        Q    I just want to make sure.
25             Ma'am, at some point, did -- did there come a time
```

```
 1   when -- well, first of all, how long did you and your

 2   husband -- you were at the Peace Fountain, how long did you

 3   stay there for?

 4        A    Over an hour, you know.  Hour 10, hour 15, hour

 5   and a half, I don't know.  It was a little over an hour.

 6        Q    Do you remember the exact amount of time?

 7        A    No.

 8        Q    Okay.

 9             And, ma'am, did there come a time when you learned

10   that members of Congress had been evacuated?

11        A    Yes.

12        Q    Okay.

13             And where were you at when you learned that

14   information?

15        A    We were at the Peace Fountain.

16        Q    Okay.

17             And, ma'am, did there come a time sometime later

18   when you and your husband walked up towards the Capitol?

19        A    Yes.

20        Q    When you walked up towards the Capitol, were there

21   any bike racks, barriers, fences, or anything that were in

22   your way?

23        A    None.

24        Q    Did you see any police being assaulted?

25        A    No.
```

1    Q    Did you see -- I mean you obviously I guess at

2  some point saw some people climbing scaffolding;

3  is that right?

4    A    We did.

5    Q    Okay.

6    A    People much younger and much more foolish than we

7  were, yes.

8    Q    And, ma'am, did come a time when you and your

9  husband walked towards the Capitol?

10    A    Yes.

11    Q    Okay.

12         At any time when you were at the Capitol, did

13  either you or your husband assault any police officers?

14    A    No.

15    Q    Did you see any -- besides the people climbing on

16  the scaffolding and stuff, did you see any rioting going on?

17    A    No.

18    Q    Did you see any police being assaulted?

19    A    No.

20    Q    When you walked up there, were you aware of what

21  was going on in the inside of the Capitol?

22    A    No.

23    Q    Did there come a time when you and your husband

24  walked up the flight of steps towards the Capitol?

25    A    Yes.

1      Q    Okay.

2           And what, if anything, unusual did you notice as

3  you started to walk up the stairs?

4      A    Well, I don't know if it's unusual but we got

5  underneath the scaffolding maybe halfway up the stairs and

6  it was very crowded, and there were people above us all over

7  the scaffolding, and it was kind -- it seemed like it was

8  kind of rickety and I kind of started getting a little

9  frightened because I thought if this thing collapses, we're

10 dead, we were just -- I didn't really like being up --

11 underneath on the stairs.

12     Q    What, if anything, did you do as a result of what

13 you witnessed?

14     A    Of just the ricketiness and the -- well, we just

15 continued walking up to get out.

16     Q    Okay.

17     A    We couldn't go back because the people were --

18 there were too many people coming up.  So I didn't feel that

19 we could push against the crowd and go back down, so we

20 thought, let's go up so we can go out.

21     Q    Was the crowd large or small at that point?

22     A    It was -- it was pretty large.

23     Q    Okay.

24          And ma'am, did you eventually -- you're walking up

25 the steps.  What happened next?

8523

```
 1        A    We got up at the top of the stairs and made our
 2   way out on to the terrace.
 3        Q    Okay.
 4             And what, if anything, did you do while you were
 5   on -- when you say "terrace," I presume you mean the
 6   inaugural balcony?
 7        A    Yes.  Yes.
 8        Q    What, if anything, did you and your husband do at
 9   that time?
10        A    We took some photos and I took a video, and I know
11   you've probably seen it a million times, and we walked back
12   down.
13        Q    Okay.
14             And by the video, I presume you mean the one
15   about -- that had something about Nancy Pelosi's doorknob?
16        A    Yes.
17        Q    Okay.
18             And, ma'am, did you or your husband ever assault
19   any police officers on the Capitol balcony or the inaugural
20   balcony?
21        A    No.
22        Q    Did you see any assaultive behavior going on with
23   the police?
24        A    No.
25        Q    Did you even see any police officers on the
```

8524

```
 1   inaugural balcony?

 2       A    Not on the inaugural balcony, no.

 3       Q    You took hundreds of photos, a lot of which are in

 4   these exhibits, but did you -- in any of those photos

 5   did you depict officers being assaulted?

 6       A    No.

 7       Q    Ma'am, did there come a time when you exited the

 8   stage?

 9       A    Yes.

10       Q    Okay.

11            And if we can one second here.  I'm going to tee

12   up Caldwell 87.

13            THE COURT:  Can I ask you to get up on the phone

14   for a moment.

15            (Bench conference)

16            THE COURT:  Just checking on the timing in terms

17   of completing direct and whether we should take lunch or

18   whether we can finish up?

19            MR. FISCHER:  Your Honor, I'm probably going to be

20   20 minutes.

21            THE COURT:  Okay.  Why don't we finish her direct

22   up then.

23            (Open court)

24   BY MR. FISCHER:

25       Q    Mrs. Caldwell, we're pulling up Caldwell Exhibit
```

1   187.

2          Ms. Bommersbach is now plugging it in.

3          Who took the video, the Nancy Pelosi's door knob

4   video?

5      A   I took the video.

6      Q   We're going to play it at the part.

7          Ma'am, I'm going to draw your attention, when you

8   hear the words "Georgia, Georgia" being yelled out, what

9   comes out right after that's said.

10         Go ahead and play this now.

11         (Video played)

12  BY MR. FISCHER:

13     Q   Ma'am, after you hear the words shouted out,

14  "Georgia, Georgia," what, if anything, there seems to be a

15  conversation between your husband and you.  Can you tell

16  what was said?

17     A   Right.  He's saying, "Let's go, we've got to get

18  down."  So he's saying, "Let's go, let's go."  I said,

19  "Okay, okay, okay."  I was trying to put my cell phone away

20  and I was wondering where my flag was so we could gather up

21  our stuff and go.

22     Q   And, ma'am, I mean, you've obviously watched this

23  video a couple times; is that correct?

24     A   Yes.

25     Q   Is that video -- and that video seems to scan

8526

1    entire crowd what was on the inaugural balcony, right?

2        A    Yes.

3        Q    Do you see any officers, police officers being

4    assaulted or any violence taking place in the video?

5        A    No.

6        Q    Okay.

7            What did you do after your husband said "Let's go,

8    let's go"?  What, if anything, did your husband do?

9        A    Well, he gave me back my flag, and we immediately

10   started walking towards the -- it was almost like a fire

11   escape, some stairs that went down, so he just kind of

12   started making his way through the crowd, I followed him,

13   and we went down the stairs.

14       Q    Ma'am, your husband, you said he was carrying an

15   American flag that day; is that correct?

16       A    Yes.

17       Q    Was there a reason besides being patriotic or

18   trying to be patriotic, was there a reason why he was

19   carrying the flag?

20       A    It kind of did double duty as a cane, helped him

21   to steady himself and walk.

22       Q    Ma'am, what happened after you started walking

23   down the fire escape?

24       A    We just, you know, slowly made our way back down,

25   got out eventually on to the lawn.

1        Q      Did you or your husband ever try to get inside the

2    United States Capitol?

3        A      No.

4        Q      Did you ever go inside the United States Capitol?

5        A      No.

6        Q      Did your husband ever go inside the United States

7    Capitol?

8        A      No.

9        Q      And you could say you're 100 percent, under

10   penalties of perjury, you and your husband never went in the

11   Capitol; is that correct?

12       A      Neither of us ever went into the Capitol.

13       Q      Did either one of you 100 percent ever try to get

14   into the United States Capitol?

15       A      We never tried to go into the Capitol, no.

16       Q      Did either of you damage any property?

17       A      No, we did not.

18       Q      Ma'am, you're familiar, I won't put everything up

19   here, but you're familiar with several messages, several,

20   shall we say, provocative or colorful messages your husband

21   sent later that evening.

22       A      I am now, yes.

23       Q      Okay.

24              What, if anything, happened after you left

25   Washington, D.C.?

1      A    We drove to get Chinese food and went back to our

2  hotel and collapsed for the night.

3      Q    Okay.

4           And what, if anything, did your husband -- where

5  was your husband at, when you say collapse for the night,

6  what does your husband do?

7      A    We got to our hotel room, didn't have a bite to

8  eat, and that was it, we stayed in our hotel room the rest

9  of the night.

10     Q    Was there anything unusual about your husband's

11  health condition at that time?

12     A    He was in a tremendous amount of pain, tremendous

13  amount of pain.

14     Q    Did he do anything to try to deal with the pain?

15     A    He did take some more pain meds and alcohol.

16          MR. MANZO:  Objection, Your Honor, we'd ask for

17  the limiting instruction now.

18          THE COURT:  All right.  Get on phone.

19          (Bench conference)

20          THE COURT:  So remind me, Mr. Manzo, what the

21  limiting instruction I said was?  It's been a while.

22          MR. MANZO:  I believe that we had agreed that the

23  jury should not consider the use of any prescription

24  medicines to impact the mental state of Mr. Caldwell.

25          THE COURT:  Okay.  I think what this was all about

8529

```
 1    was to preempt, not that I think it was coming, but any
 2    argument that somehow he was mentally impaired on
 3    January 6th and, therefore, couldn't form the requisite
 4    intent, that was the government's concern.
 5            I mean, I don't know that -- Mr. Fischer, are you
 6    even going to argue that?
 7            MR. FISCHER:  No, Your Honor.  It's not about --
 8    no, it's about the intent like going towards the Capitol or
 9    the conspiracy.  This is about to explain some of the
10    crazier messages that were sent out.
11            THE COURT:  I see.  Okay.
12            MR. MANZO:  That's exactly the government's
13    concern, along with any use of Opana, any talk of Opana will
14    automatically infer to a juror that he was too high to
15    understand what was going on.
16            THE COURT:  Well, I guess what I would say is as
17    follows.  If you would like to walk her through the timeline
18    as to when they got back, when she observed him take the
19    pain medication, and then you can match that up with the
20    time on the texts, and I think that's -- you can't ask her
21    the ultimate question of, did he send those because he was
22    high on, but I think you can walk it through in that way.
23            MR. MANZO:  But, Your Honor, this is what we had
24    fought to keep out beforehand.  And I think we had agreed to
25    a limiting instruction on this.
```

1          THE COURT:  I guess what I'm asking, what's the

2    limiting instruction that you want?  I remember we talked

3    this, I just can't remember what we ultimately concluded.

4    It's been a while.

5          MR. MANZO:  So the limiting instruction is that

6    the jury should not consider the use of prescription

7    medicines to have any impact on a defendant's mental state.

8          MR. FISCHER:  I certainly don't remember that.

9          MR. MANZO:  And we can go back and look at the

10   transcript at lunch.

11         THE COURT:  Yeah, let's take a look at the

12   transcript.

13         Look, I don't remember exactly all of this, to be

14   honest with you, it's been a while.  I remember we had a

15   discussion about this.

16         Look, it is fair game for Mr. Caldwell to suggest

17   that he was in some sort of medicated haze at the time he

18   sent those out.  You know, it's equally fair for the

19   government to come back and say he sent out a lot of similar

20   messages beforehand and, therefore, don't think this had

21   anything to do with being medically caused by whatever he

22   was taking.  But, you know, again, the government's put

23   these messages in, the circumstance in context of the

24   message is fair game, and as long as Mr. Fischer is not

25   going to argue intoxication or he lacked the mental state

8531

```
 1   necessary to form a conspiracy, then I think none of this is
 2   problematic.
 3              MR. MANZO:  Okay, Your Honor, but we'll look at
 4   the transcript.  I thought we came to a different
 5   conclusion, but we'll look at the transcript and we can
 6   regroup over lunch.
 7              THE COURT:  Okay.
 8              (Open court)
 9   BY MR. FISCHER:
10        Q    Mrs. Caldwell, at some point when you arrived back
11   at your hotel, you indicated that the two of you had
12   crashed; is that correct?
13        A    Yes.
14        Q    Can you describe your husband's physical condition
15   at that time?
16        A    He was just in a tremendous amount of pain.
17        Q    What, if anything, did he take as a result of
18   that?
19        A    He took some additional pain medication and some
20   alcohol.
21        Q    Okay.
22             Ma'am, you've had a chance to review a lot of the
23   statements that Mr. Caldwell made?
24        A    Yes.
25        Q    Okay.
```

1          And can I ask you, there was a particular

2    statement where he says, "Inside."  Do you remember that

3    statement?

4         A    Yes, I do.

5         Q    Did your husband go inside?

6         A    No.

7         Q    Ma'am, I also understand that before -- after your

8    husband's naval career, did he have any type of occupation

9    regarding being on the radio?

10        A    Yes.

11        Q    What was his occupation?

12        A    He worked as a DJ.  He announced high school and

13   basketball football games and he was also the morning DJ for

14   a while on a country station.

15        Q    Did he do play-by-play announcing?

16        A    He did do play-by-play announcing, yes.

17        Q    Okay.

18             Ma'am, were you surprised when you read some of

19   the statements that he made?

20        A    A little bit, but, yes and no, you know.

21        Q    Why is that?

22        A    It's just Tom.  It's Tom being Tom.  He's a little

23   bit over the top sometimes, but it's just him, his

24   personality.

25        Q    And if I could direct your attention back really

8533

1    quick.  I believe when you first arrived, there was some

2    message regarding hunting Antifa.  Do you remember seeing

3    that message?

4        A    Yes.

5        Q    Did your husband ever go out on a night of

6    January 5th or January 6th and try to find Antifa?

7        A    No, he did not.

8        Q    Did he ever try to duke it out with Antifa to your

9    knowledge?

10       A    No.

11       Q    Ma'am, you've seen messages also that indicated

12   that your husband at some point was speaking to the flock of

13   like-minded and he picked up his American flag, led a charge

14   up Capitol Hill.  Do you remember seeing that?

15       A    Yes.

16       Q    Were you with your husband all day that day?

17       A    I was.

18       Q    Did your husband ever actually do that?

19       A    No.

20       Q    Are you sure he never picked up his flag and ran

21   up the Capitol?

22       A    I am positive, yes.

23       Q    You also saw there were messages regarding, by

24   him, saying "We broke through barriers."  Do you recall

25   those messages?

1          A     I do.

2          Q     Did you or him ever physically break through a

3     barrier?

4          A     No, we did not.

5          Q     Okay.

6                You're positive about that, you didn't --

7          A     I'm absolutely positive, yes.

8          Q     Okay.

9                Did you see your husband commit a crime that day?

10         A     No.

11               MR. MANZO:  Objection, Your Honor.

12               THE COURT:  That's sustained.

13               MR. FISCHER:  I'll withdraw it, Your Honor.

14               The Court's indulgence.

15    BY MR. FISCHER:

16         Q     Ma'am, did there come a time when Jessica Watkins

17    and Donovan Crowl -- well, first of all, let me backtrack.

18               When was the first time that you learned that any

19    of the Oath Keepers had gone into the United States Capitol

20    building?

21         A     The first time we learned that was on January 7th

22    when we had breakfast with Ms. Watkins and Mr. Crowl.

23         Q     Okay.

24               And you're telling the jury that before that time,

25    to your knowledge, neither you nor your husband even knew

```
 1   the Oath Keepers had gone inside the Capitol?

 2        A    We had no idea.

 3             So I would like to know why he -- how he could

 4   have conspired with somebody to go in on the 6th --

 5             THE COURT:  Ma'am.

 6   BY MR. FISCHER:

 7        Q    Ma'am, I know this is upsetting?

 8        A    -- when we didn't find out till the 7th.

 9             MR. MANZO:  Your Honor, objection as to what

10   Mr. Caldwell found out.  She can speak to personal

11   knowledge.

12             THE COURT:  That's fair.

13             Hang on.  To the extent she testified about what

14   her husband learned or did not learn, that should be

15   stricken.

16             THE WITNESS:  I learned that they went in on the

17   7th.

18   BY MR. FISCHER:

19        Q    Okay.

20             And how did you learn that information?

21        A    When we had breakfast with Ms. Watkins and

22   Mr. Crowl the morning of the 7th.

23        Q    And was your husband present during that

24   conversation?

25        A    Yes.
```

1     Q     Okay.  Did he seem surprised?

2     A     Yes.

3           MR. MANZO:  Objection, Your Honor.

4           THE COURT:  She can describe his reaction.

5  BY MR. FISCHER:

6     Q     Can you describe his reaction, please?

7     A     He was pretty surprised.

8     Q     Okay.

9           And, ma'am, did there come a time after January

10  6th, around January 14th of 2021, did there come a time when

11  Jessica Watkins and Donovan Crowl came to your farm in

12  Berryville, Virginia?

13    A     Yes.

14    Q     Can you tell the ladies and gentlemen of the jury

15  the circumstances of why them came up?

16    A     Tom received a phone call from Mr. Crowl.  And in

17  that call, Mr. Crowl told him --

18          MR. MANZO:  Objection, Your Honor; hearsay.

19          THE WITNESS:  Tom told me.

20          MR. MANZO:  Objection, Your Honor; hearsay.

21          THE COURT:  Hang on.  It's sustained.

22  BY MR. FISCHER:

23    Q     Okay.

24          Ma'am, did there come a time when there was an

25  incident in your driveway when you had a conversation with

1    your husband?

2        A    Yes.

3        Q    Okay.

4            And at that time, tell us, where were you at just

5    before that conversation took place?

6        A    Right before, I was in my home but I was getting

7    ready to leave.  I was going to go grocery shopping so I was

8    getting into my car, about to pull out of the garage and

9    into our driveway.

10       Q    Okay.

11           And did you make a telephone call at that time?

12       A    I did.

13           Before I pulled out of the garage I tried to call

14   Tom who was already out of the house running errands, and I

15   wasn't sure where he was.

16       Q    Okay.

17           And, ma'am, did you ever hang up that phone call?

18       A    No, I did not.

19       Q    Okay.

20           And did there come a time when you met your

21   husband out of the driveway?

22       A    Yes.

23           So I pulled out as he was pulling up into the

24   house.

25       Q    Did you have a conversation at that time?

```
 1        A    Yes.

 2        Q    Okay.

 3             And is that conversation, did it end up being

 4   recorded?

 5        A    Yes.

 6        Q    How did it end up being recorded?

 7        A    Because I called him and apparently the call

 8   connected with his -- to his phone.  But when I saw him,

 9   I didn't continue speaking to him over the phone, I just put

10   my phone down and talked to him face to face.  We rolled

11   down our car windows because we were right across from each

12   other.

13        Q    Okay.

14             And it's a recording.  There's a recorded voice

15   mail that ended up on his voice mail; is that correct?

16        A    Yes.

17        Q    And were you able to obtain that through discovery

18   in this case?

19        A    Yes.

20        Q    Okay.

21             And, ma'am, I'm going to -- I want to play or move

22   into evidence what's marked as Caldwell Exhibit 78.

23             MR. MANZO:  Your Honor, we'd object on hearsay

24   grounds.

25             MR. FISCHER:  State of mind.
```

8539

```
 1                    Can we do it after lunch?

 2                    THE COURT:  Yeah.  All right.

 3                    Ladies and gentlemen, let's take our lunch break.

 4     It's now 12:45.  We will resume at approximately 1:45.  Have

 5     a good lunch hour and we'll see you all soon.

 6                    COURTROOM DEPUTY:  All rise.

 7                    (Jury exited the courtroom.)

 8                    THE COURT:  All right.  Ms. Caldwell, why don't

 9     you step down.  I'll ask you not to discuss your testimony

10     over the lunch hour and I'll ask you actually to step

11     outside the courtroom.  Thank you.

12                    Please be seated, everyone.  Thank you.

13                    Okay.  Can we play that -- I'm not familiar with

14     the recording so can we play it so I can hear it and then

15     rule.

16                    MR. FISCHER:  So, Your Honor, what's going to be

17     played, there was a -- Mrs. Caldwell, as she indicated, she

18     was on phone, she called her husband, she pulled out of her

19     driveway, sees her husband there, puts the phone down,

20     doesn't hang up, has a conversation with her husband, which

21     ends up getting recorded through her phone to his voice

22     mail.

23                    THE COURT:  And can you just fix the date of this.

24     When did this happen?

25                    MR. FISCHER:  This was November 14th.
```

1          THE COURT:  All right.

2          MR. FISCHER:  And this was the afternoon before

3   Mr. Crowl and Ms. Watkins came to their farm.  And the

4   government has alleged and accused and inferred that the

5   purpose of Crowl and Watkins coming to their farm was to

6   flee -- was to flee law enforcement in that what

7   Mr. Caldwell says in this to his wife, he says, basically,

8   "I have Donovan on the phone, Antifa and the media are

9   hounding Donovan" and, says Cap, but he means

10  Jessica Watkins, "can they come up to stay at our farm?"

11         And she says, she's worried about her dinner

12  guests, or whatever, but she ultimately says yes, and she

13  doesn't appear the least bit worried based on the

14  conversation.

15         So we believe it's a state-of-mind exception.

16         MR. CRISP:  Your Honor, I'd also join in this

17  request.  I was going to ask before the jury came back that

18  I think it goes to effect on the listener.  I think at this

19  point what he said and to why.  So I was going to ask if the

20  Court would allow us to go into direct myself.  But if

21  Your Honor lets this in, I don't have an issue but I think

22  it's clearly effect on the listener.

23         MR. MANZO:  Your Honor, we believe it's hearsay.

24  It would be no different if it wasn't recorded.  You've

25  already sustained the same objections.  This is just a

```
 1    different means of trying to get a statement for the truth
 2    of the matter in.
 3              Antifa was not, has never been after Mr. Crowl or
 4    Mr. Watkins [sic].
 5              MR. CRISP:  But it's to the -- I'm sorry.
 6              To the other point that was shut down, even if we
 7    don't get this in, I believe the earlier question should
 8    have been permissible in terms of what did Crowl say to you
 9    as to why they wanted to come and whether or not that had an
10    effect on whether you allowed them to come.
11              So, you know, there's two ways to look at this,
12    I guess, is what I'm getting at.  So the earlier
13    objection --
14              THE COURT:  So to be clear, I don't think that was
15    a question.  There was no question about what Crowl said to
16    anyone.  I mean, that was not asked.
17              MR. CRISP:  It was, what did he -- I thought the
18    government objected to what Crowl said on the phone to her
19    as to why they were coming.
20              THE COURT:  I don't think Crowl ever spoke to her,
21    right?
22              MR. FISCHER:  Crowl -- she answered the question
23    and said that "Crowl told my husband," I believe.  You can't
24    hear Crowl -- she never heard Mr. Crowl's voice.
25              THE COURT:  Okay.  That's fine.
```

1          Okay.  I don't think it's hearsay.  I mean, it's

2    not coming in -- I suppose it's coming in for the truth that

3    they were being hounded by the media and Antifa, although

4    I guess it's two levels of hearsay, but ultimately it does

5    come in, I think, on the effect on the listener in terms of

6    explaining why Mr. Caldwell and his wife accepted, allowed

7    them to come in.

8          Now, the government can argue that there was some

9    other or that Mr. Caldwell isn't telling his wife the truth,

10   but, you know, that's what he told her, that's why she

11   allowed them to come in.

12         MR. MANZO:  Then we would ask for a specific

13   limiting instruction that the statement that Antifa and the

14   media you are hounding them is not --

15         THE COURT:  Okay.  That's fine.  I'm happy to

16   provide the limiting instruction.

17         MR. FISCHER:  Thank you, Your Honor.

18         THE COURT:  Anything else?

19         MR. FISCHER:  No, Your Honor.

20         MR. MANZO:  Your Honor, would you like to actually

21   hear the statement before we make a final ruling?

22         THE COURT:  I guess I probably should.

23         (Audio played)

24         MR. FISCHER:  The rest is dead air.

25         THE COURT:  Okay.  Look, I'll be honest with you,

8543

1    I didn't -- I didn't get much of it out.

2            Look, I think the bottom line is, I'll let it in

3    for the effect on the listener.  That'll mean, Mr. Fischer,

4    you can argue that, in fact, there was Antifa and media

5    hounding, but I think that's okay, you're bringing it in for

6    a different purpose.

7            MR. FISCHER:  Thank you.

8            MR. MANZO:  Your Honor, we've located the

9    transcript about the Opana issue and we can circulate that

10   if you'd like.

11           THE COURT:  You can just tell me what I said.

12           MR. MANZO:  The Court's indulgence briefly.

13           THE COURT:  All right.  Why don't you go ahead and

14   circulate so everybody can go get a bite and I'll take a

15   look at it over lunch.

16           COURTROOM DEPUTY:  All rise.

17           This Court stands in recess.

18           (Recess from 12:51 p.m. to 1:50 p.m.)

19

20

21

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 14, 2022____  

       William P. Zaremba, RMR, CRR

BY MR. FISCHER: [56]
8386/16 8390/25
8400/6 8402/5 8417/18
8418/12 8419/2
8419/11 8421/15
8423/2 8425/12 8426/2
8430/2 8432/2 8432/17
8447/15 8448/5
8448/15 8450/21
8451/22 8460/5 8464/8
8471/15 8471/19
8475/7 8476/21
8477/15 8477/20
8479/12 8480/16
8481/6 8481/14
8482/12 8485/10
8488/16 8489/20
8490/1 8491/20
8494/12 8496/6 8497/8
8509/6 8510/1 8514/5
8514/13 8514/23
8517/9 8517/18
8524/24 8525/12
8531/9 8534/15 8535/6
8535/18 8536/5
8536/22
BY MR. MANZO: [7]
8433/3 8433/21 8436/3
8440/9 8443/6 8444/15
8447/2
BY MS. HUGHES: [7]
8402/23 8404/16
8406/20 8407/19
8408/12 8415/13
8417/7
COURTROOM
DEPUTY: [13] 8364/2
8364/6 8385/12 8386/4
8386/6 8421/5 8421/7
8449/14 8449/25
8450/9 8450/12 8539/6
8543/16
MR. CRISP: [3]
8540/16 8541/5
8541/17
MR. FISCHER: [55]
8384/1 8384/3 8385/25
8390/23 8400/5 8402/4
8402/17 8407/7
8407/11 8414/5 8414/7
8418/11 8419/9
8420/21 8420/25
8421/3 8422/25
8431/25 8432/11
8432/23 8442/23
8442/25 8444/12
8448/2 8449/5 8449/19
8450/6 8460/3 8463/24
8464/2 8464/7 8475/4
8476/15 8476/20
8479/6 8479/11 8481/4
8482/7 8485/8 8508/25
8513/25 8517/12
8524/19 8529/7 8530/8
8534/13 8538/25
8539/16 8539/25
8540/2 8541/22

8542/24 8543/7
MR. MANZO: [53]
8425/10 8425/25
8429/24 8431/24
8432/7 8433/16
8435/25 8442/24
8443/1 8447/1 8447/11
8448/1 8459/24 8464/1
8471/17 8474/25
8476/17 8477/13
8477/18 8479/8
8480/14 8480/20
8482/9 8485/4 8485/6
8489/17 8491/16
8494/10 8496/4 8497/6
8509/3 8509/24 8514/2
8517/7 8517/14
8528/16 8528/22
8529/12 8529/23
8530/5 8530/9 8531/3
8534/11 8535/9 8536/3
8536/18 8536/20
8538/23 8540/23
8542/12 8542/20
8543/8 8543/12
MR. NESTLER: [7]
8365/4 8365/6 8372/10
8381/12 8385/1
8449/18 8471/13
MR. WOODWARD:
[49] 8366/10 8367/7
8367/12 8368/6 8369/1
8369/4 8369/9 8369/16
8370/8 8370/21 8371/2
8371/11 8371/23
8372/2 8372/22 8373/8
8373/12 8373/21
8373/24 8374/4 8374/7
8374/9 8374/13
8374/18 8374/20
8375/2 8375/10 8376/3
8376/7 8376/13
8376/19 8376/25
8377/3 8377/8 8377/14
8377/18 8377/24
8380/2 8380/19
8380/24 8381/3
8381/22 8382/15
8382/20 8383/15
8383/17 8383/22
8384/10 8385/9
MS. HUGHES: [19]
8390/20 8400/3 8402/3
8404/11 8404/14
8406/15 8407/5
8407/10 8407/15
8408/10 8414/10
8414/20 8414/22
8415/10 8417/5
8417/13 8418/10
8418/25 8419/8
THE COURT: [137]
8364/4 8364/23 8365/5
8366/8 8367/6 8367/11
8368/2 8368/22 8369/2
8369/5 8369/13
8369/25 8370/19

8371/14 8372/1 8372/8
8373/6 8373/9 8373/19
8373/23 8374/3 8374/5
8374/8 8374/11
8374/16 8374/19
8374/24 8375/5 8376/2
8376/6 8376/23 8377/1
8377/7 8377/11
8378/22 8380/18
8380/22 8381/1 8381/4
8381/13 8381/25
8382/18 8383/4
8383/16 8383/18
8383/25 8384/2 8384/4
8384/16 8384/14
8385/4 8385/10
8385/14 8386/7
8386/10 8390/21
8390/24 8400/4
8402/18 8407/12
8414/7 8414/21
8415/3 8415/11
8417/15 8419/1
8419/10 8420/22
8421/8 8425/11 8426/1
8429/25 8432/1 8432/8
8432/24 8440/8 8443/3
8444/13 8446/25
8447/12 8448/3
8448/13 8449/6
8449/10 8449/16
8449/20 8449/23
8450/2 8450/13
8451/18 8460/1 8464/3
8471/14 8471/18
8477/14 8477/19
8480/15 8480/22
8480/24 8491/17
8494/11 8496/5 8497/7
8509/25 8517/8
8517/15 8524/13
8524/16 8524/21
8528/18 8528/20
8528/25 8529/11
8529/16 8530/1
8530/11 8531/7
8534/12 8535/5
8535/12 8536/4
8536/21 8539/2 8539/8
8539/23 8540/1
8541/14 8541/20
8541/25 8542/15
8542/18 8542/22
8542/25 8543/11
8543/13
THE WITNESS: [9]
8386/9 8421/10
8432/12 8449/8 8475/2
8475/6 8485/5 8535/16
8536/19

$

$64,000 [1] 8459/3

,

'Stop [1] 8416/21

.22 [5] 8492/12
8493/22 8494/3 8494/9
8494/13

0

8077 [1] 8360/8
0826 [1] 8360/14

1

1/11/21 [1] 8436/4
1/2 [2] 8417/23 8422/1
1/8/2021 [1] 8435/14
10 [8] 8364/10 8367/3
8379/10 8391/18
8403/20 8414/2
8497/20 8520/4
10 minutes [1] 8422/2
100 [10] 8390/19
8394/22 8441/1 8446/3
8448/24 8458/21
8481/3 8501/6 8527/9
8527/13
100A [4] 8481/23
8482/8 8482/10
8482/13
100B [2] 8481/25
8484/19
10:00 [1] 8392/3
10:18 [1] 8407/23
10:59 [1] 8449/22
11 [1] 8498/21
112 [2] 8433/17 8438/7
11:00 [1] 8403/20
11:14 [1] 8477/5
11:15 [1] 8449/13
11:16 [1] 8449/22
12 [5] 8391/18 8403/20
8403/25 8422/2
8481/15
12:36 [3] 8515/19
8515/23 8516/1
12:45 [2] 8477/5
8539/4
12:51 [1] 8543/18
12th [5] 8481/19
8481/19 8482/5
8483/15 8499/20
131 [2] 8438/24 8439/5
135 [1] 8442/12
14 [2] 8358/5 8544/7
141 [1] 8435/11
1460 [1] 8359/7
14th [15] 8389/19
8461/14 8461/16
8472/20 8475/18
8479/4 8480/3 8480/10
8480/19 8482/19
8482/23 8515/20
8516/5 8536/10
8539/25
15 [8] 8358/4 8364/7
8379/11 8422/18
8474/3 8493/25
8516/16 8520/4
150 [3] 8487/14
8489/15 8489/18
1502 [3] 8490/17

156 [1] 8435/25
15th [1] 8464/12
166 [4] 8475/16 8476/8
8476/16 8476/18
17110 [1] 8359/11
1808 [1] 8360/3
187 [1] 8525/1
1995 [1] 8403/5
19th [5] 8470/13
8496/21 8496/22
8503/3 8503/20
1:00 [1] 8515/9
1:09 [1] 8516/1
1:09:25 [1] 8515/10
1:45 [1] 8539/4
1:50 [1] 8543/18

2

20 [3] 8456/17 8456/25
8524/20
200 [1] 8396/25
200 feet [1] 8396/4
20001 [1] 8361/5
2001.T.1 [1] 8433/16
20010 [1] 8360/4
2002 [2] 8456/25
8466/12
2006 [1] 8360/8
2009 [1] 8457/3
2010 [2] 8453/23
8457/3
202 [3] 8358/18 8360/4
8361/5
2020 [28] 8387/4
8387/17 8387/18
8387/19 8389/13
8403/14 8407/3
8422/22 8423/12
8424/23 8434/10
8437/7 8455/12 8460/7
8463/22 8468/4
8468/24 8469/3 8471/5
8472/21 8479/4
8480/10 8480/19
8481/16 8482/5
8485/21 8488/22
8506/16
2021 [24] 8390/12
8390/15 8400/22
8403/20 8405/3 8416/1
8416/5 8429/8 8435/14
8437/7 8438/11 8453/7
8455/14 8456/2 8458/9
8459/14 8470/13
8484/11 8486/3
8488/22 8509/10
8511/12 8511/16
8536/10
2022 [6] 8358/5
8452/24 8454/20
8455/9 8455/11 8544/7
20579 [1] 8358/17
21 [1] 8454/8
210.P.1 [1] 8486/22
21061-3065 [1]
8360/13
214 [1] 8359/4

**21st [1]** 8485/20
**22-15 [2]** 8358/4
8364/7
**24 [2]** 8451/9 8453/11
**25 [1]** 8515/9
**252-7277 [1]** 8358/18
**25th [1]** 8447/21
**27 [2]** 8402/11 8402/16
**27 years [1]** 8403/3
**28 [2]** 8445/5 8489/14
**29 [1]** 8358/7
**2:15 [1]** 8397/13
**2:30 [1]** 8397/13
**2nd [1]** 8400/22

**3**

**30 [3]** 8421/1 8452/12
8467/15
**300 [1]** 8360/13
**3065 [1]** 8360/13
**30th [2]** 8434/9
8434/10
**318 [1]** 8359/7
**3249 [1]** 8361/5
**3300 [1]** 8359/3
**333 [1]** 8361/4
**35 [1]** 8516/2
**354-3249 [1]** 8361/5
**36 [3]** 8516/2 8516/10
8516/13
**3:15 [1]** 8399/7
**3:30 [5]** 8365/11
8365/23 8379/3 8399/7
8399/8
**3rd [5]** 8395/16
8398/22 8460/15
8478/17 8500/13
**3rd Street [1]** 8399/6

**4**

**4031 [1]** 8359/10
**410 [1]** 8360/14
**412-4676 [1]** 8359/11
**41A [4]** 8508/13 8509/1
8509/4 8509/7
**41B [1]** 8509/4
**42 [1]** 8422/4
**45 [4]** 8516/18 8517/13
8517/15 8517/16
**45-73 [1]** 8517/19
**45-75 [1]** 8519/7
**46 [5]** 8510/17 8516/18
8517/13 8517/15
8517/16
**4676 [1]** 8359/11
**46A [1]** 8510/18
**47 [1]** 8415/25
**487-1460 [1]** 8359/7
**4:00 [2]** 8399/14
8413/5
**4th [5]** 8407/3 8407/23
8407/24 8408/13
8478/9

**5**

**50 [6]** 8381/12 8383/7
8391/17 8404/21

**55 [1]** 8417/23
**57 [1]** 8417/23
**5708 [1]** 8360/9
**5th [5]** 8414/3 8495/8
8496/9 8496/10 8533/6

**6**

**601 [1]** 8358/17
**607-5708 [1]** 8360/9
**6732 [1]** 8415/25
**6803 [1]** 8414/1
**6923 [1]** 8416/11
**6:00 [4]** 8504/23
8504/23 8505/3
8505/11
**6th [52]** 8367/19
8370/11 8372/3 8373/5
8390/12 8390/15
8391/11 8392/3
8392/14 8394/5
8394/18 8401/1 8401/7
8401/18 8404/17
8409/21 8411/11
8416/1 8416/5 8424/23
8429/7 8431/2 8431/4
8431/11 8438/25
8446/4 8448/17
8448/23 8453/7
8454/25 8455/14
8456/2 8458/9 8459/14
8484/10 8485/12
8485/14 8485/17
8486/3 8490/19
8490/25 8492/5
8496/11 8501/1
8509/10 8511/12
8511/16 8516/22
8529/3 8533/6 8535/4
8536/10

**7**

**70 [2]** 8470/24 8471/1
**700 [1]** 8359/3
**71301 [1]** 8359/7
**717 [1]** 8359/11
**720-7777 [1]** 8359/4
**7277 [1]** 8358/18
**73 [1]** 8517/19
**7310 [1]** 8360/12
**7447 [1]** 8360/4
**75 [1]** 8519/7
**75219 [1]** 8359/4
**7777 [1]** 8359/4
**78 [1]** 8538/22
**787-0826 [1]** 8360/14
**7:00 [1]** 8504/22
**7:34 [1]** 8416/5
**7th [4]** 8534/21 8535/8
8535/17 8535/22

**8**

**80 [1]** 8499/7
**81 [4]** 8512/4 8513/19
8513/24 8514/3
**819 [1]** 8359/6
**856 [1]** 8360/9
**87 [1]** 8524/12

**9**

**9357 [5]** 8404/10
8406/17 8407/6
8407/12 8407/13
**95 [1]** 8413/18
**96A [5]** 8478/21
8478/23 8479/7 8479/9
8479/13
**96B [1]** 8479/23
**96C [2]** 8480/1 8480/2
**96E [1]** 8479/9
**9757 [1]** 8406/15
**97A [4]** 8463/11
8463/25 8464/3 8464/5
**97B [1]** 8465/25
**97C [1]** 8466/19
**97D [1]** 8467/16
**996-7447 [1]** 8360/4
**9:00 [1]** 8358/6
**9:51 [1]** 8509/10

**A**

**a.m [4]** 8358/6 8449/22
8449/22 8509/10
**abdomen [2]** 8454/8
8454/11
**able [26]** 8398/24
8423/9 8425/21
8425/23 8426/4 8426/7
8426/16 8427/3 8429/6
8443/22 8444/20
8453/2 8456/25 8457/4
8457/5 8457/6 8459/9
8464/20 8473/5 8483/6
8504/24 8505/14
8508/4 8508/10
8511/20 8538/17
**about [112]** 8365/15
8365/20 8367/3 8368/8
8368/9 8368/9 8368/17
8369/20 8370/2
8371/20 8375/22
8377/22 8377/24
8379/13 8379/14
8379/16 8380/10
8381/12 8383/1 8383/9
8383/10 8389/4
8390/19 8396/3 8396/6
8396/7 8397/12
8399/23 8400/8
8403/13 8408/19
8408/23 8409/19
8414/9 8418/2 8418/6
8420/3 8420/7 8420/12
8420/14 8421/1 8422/1
8422/18 8424/18
8425/9 8425/14
8429/23 8430/3
8432/14 8436/21
8438/11 8438/17
8441/11 8441/12
8447/17 8447/19
8451/9 8451/11 8452/5
8452/12 8452/17

8457/24 8460/17
8461/15 8461/19
8461/22 8466/8 8469/1
8469/23 8470/2
8470/24 8473/4 8473/7
8473/8 8473/17
8473/23 8483/7
8485/17 8485/23
8490/22 8493/7
8497/14 8499/5
8499/13 8499/14
8503/3 8503/15 8505/3
8508/18 8511/4
8512/10 8515/10
8516/6 8518/19
8519/16 8523/15
8523/15 8528/10
8528/25 8529/7 8529/8
8529/9 8530/15 8534/6
8535/13 8537/8
8540/11 8541/15
8543/9
**above [6]** 8409/13
8437/25 8465/16
8519/19 8522/6 8544/4
**above-titled [1]** 8544/4
**absolutely [18]**
8394/25 8402/9 8426/6
8426/9 8427/17
8427/20 8428/1
8429/20 8442/1
8444/22 8446/11
8446/15 8448/24
8449/2 8455/5 8456/19
8469/9 8534/7
**abundance [2]**
8372/10 8376/10
**accept [1]** 8388/12
**accepted [1]** 8542/6
**according [1]** 8432/14
**accounts [1]** 8380/9
**accurately [4]** 8463/21
8479/3 8482/4 8508/22
**accused [2]** 8379/1
8540/4
**acquaintance [1]**
8473/16
**acres [2]** 8452/13
8467/15
**across [6]** 8387/9
8410/12 8446/10
8446/14 8509/19
8538/11
**action [1]** 8367/13
**actions [1]** 8447/3
**activities [1]** 8469/13
**activity [3]** 8420/4
8471/22 8480/2
**actual [2]** 8424/12
8460/19
**actually [20]** 8375/23
8377/4 8380/23
8387/16 8389/1
8400/13 8406/18
8423/14 8436/15
8439/8 8460/18
8490/15 8496/8 8497/4

**additional [2]** 8385/7
8531/19
**address [1]** 8449/16
**admit [1]** 8407/5
**admitted [7]** 8362/11
8363/4 8407/12 8414/1
8464/3 8515/18
8517/15
**Adrian [12]** 8438/10
8438/17 8438/18
8439/12 8439/18
8439/20 8440/7
8440/21 8441/2
8448/16 8448/16
8448/18
**Adrian Grimes [6]**
8438/18 8439/12
8440/21 8448/16
8448/16 8448/18
**Adrian's [1]** 8438/20
**advance [1]** 8411/3
**advised [1]** 8392/19
**advocate [1]** 8447/21
**afraid [1]** 8474/8
**after [41]** 8366/20
8377/21 8381/15
8384/5 8389/19
8389/25 8395/5
8395/21 8398/16
8399/5 8400/1 8400/7
8411/12 8417/20
8423/6 8424/15 8433/7
8434/19 8454/6
8460/15 8460/22
8461/2 8464/12 8466/2
8478/8 8479/19
8485/25 8492/24
8506/15 8512/8
8512/12 8513/20
8525/9 8525/13 8526/7
8526/22 8527/24
8532/7 8536/9 8539/1
8541/3
**afternoon [5]** 8368/20
8384/21 8384/24
8385/2 8540/2
**afterwards [2]** 8383/9
8457/10
**again [20]** 8372/5
8373/6 8378/10
8381/22 8382/15
8385/17 8407/20
8410/5 8416/12
8459/20 8460/22
8468/5 8480/2 8483/19
8492/24 8492/25
8501/21 8503/2 8506/7
8530/22
**against [6]** 8388/13
8388/14 8397/15
8400/16 8420/20
8522/19
**age [2]** 8417/23 8470/2
**agency [1]** 8402/15
**agent [2]** 8412/25

**agent... [1]** 8465/7
**ago [3]** 8455/19
8493/11 8508/18
**agree [7]** 8368/6
8418/23 8419/3 8419/5
8419/7 8430/18
8462/18
**agreed [4]** 8399/7
8460/25 8528/22
8529/24
**ahead [11]** 8430/1
8432/10 8443/4
8444/14 8479/22
8489/24 8495/19
8497/12 8497/15
8525/10 8543/13
**aided [1]** 8361/7
**ain't [1]** 8477/9
**air [3]** 8398/13 8398/25
8542/24
**Airport [3]** 8445/1
8445/3 8445/6
**AL [1]** 8358/6
**alarming [1]** 8413/23
**alcohol [3]** 8430/14
8528/15 8531/20
**Alexandra [3]** 8358/15
8364/12 8402/24
**Alexandra Hughes [1]**
8402/24
**Alexandria [1]** 8359/7
**all [101]** 8364/2
8364/21 8364/23
8364/25 8366/19
8369/5 8369/20
8371/18 8374/22
8376/13 8381/9
8383/13 8383/18
8383/19 8384/4 8384/5
8384/6 8385/14
8385/17 8386/7
8386/20 8391/19
8392/7 8393/5 8401/18
8402/18 8404/24
8410/6 8413/16 8415/1
8415/11 8417/2
8422/19 8426/1 8426/6
8428/7 8428/18
8428/18 8428/21
8430/22 8431/19
8433/14 8434/16
8435/25 8437/17
8437/23 8439/10
8441/18 8444/13
8445/7 8448/13 8449/6
8449/11 8449/14
8449/20 8450/2
8461/14 8461/21
8463/3 8465/18 8466/1
8466/10 8468/7 8474/7
8474/10 8474/22
8475/10 8476/12
8477/16 8477/21
8478/24 8480/9 8483/7
8483/8 8489/8 8492/17
8493/20 8501/22
8501/23 8505/1

8556 AP 8407/1
8509/22 8510/2 8513/1
8517/5 8517/19 8520/1
8522/6 8528/18
8528/25 8530/13
8533/16 8534/17
8539/2 8539/5 8539/6
8539/8 8540/1 8543/13
8543/16
**All right [2]** 8415/11
8540/1
**alleged [10]** 8365/13
8366/20 8367/2 8368/4
8369/14 8369/17
8371/15 8371/19
8378/5 8540/4
**allow [6]** 8408/1
8425/17 8430/1 8443/4
8462/18 8540/20
**allowed [6]** 8394/8
8426/10 8434/4
8541/10 8542/6
8542/11
**allowing [2]** 8464/15
8464/15
**allows [1]** 8401/12
**almost [4]** 8381/13
8396/3 8507/21
8526/10
**alone [1]** 8502/8
**along [6]** 8389/10
8460/3 8470/4 8475/5
8497/11 8529/13
**already [11]** 8399/7
8407/25 8413/25
8433/18 8466/12
8486/24 8497/22
8499/18 8510/16
8537/14 8540/25
**also [31]** 8365/18
8378/13 8403/10
8403/16 8404/4
8412/21 8425/6
8430/11 8436/20
8438/18 8438/18
8440/7 8448/19
8456/13 8459/18
8459/19 8459/21
8471/23 8472/4
8472/14 8473/7
8477/19 8490/5
8492/15 8493/8
8493/11 8532/7
8532/13 8533/11
8533/23 8540/16
**altercations [1]**
8441/22
**although [3]** 8365/1
8420/18 8542/3
**always [4]** 8429/2
8433/14 8468/2 8476/1
**am [5]** 8422/8 8439/19
8515/4 8527/22
8533/22
**amassed [1]** 8375/17
**Amendment [4]**
8418/24 8419/4
8447/21 8448/25

**AMERICA [4]** 8358/3
8364/8 8417/3 8436/7
**American [6]** 8417/4
8435/6 8443/13
8484/23 8526/15
8533/13
**Americans [5]** 8435/23
8435/23 8447/17
8447/17 8473/25
**AMIT [2]** 8358/9 8364/3
**ammunition [2]**
8492/18 8492/20
**among [5]** 8370/13
8372/4 8375/1 8379/2
8390/10
**amongst [3]** 8365/16
8365/21 8424/20
**amount [4]** 8520/6
8528/12 8528/13
8531/16
**angle [1]** 8378/1
**animal [1]** 8472/2
**animals [1]** 8431/8
**announced [1]**
8532/12
**announcing [2]**
8532/15 8532/16
**another [11]** 8377/4
8378/1 8439/15
8463/15 8463/17
8463/19 8477/4
8481/18 8496/13
8498/22 8498/23
**answer [10]** 8371/10
8373/7 8419/1 8432/11
8437/22 8438/5
8440/22 8443/5 8448/3
8494/11
**answered [1]** 8541/22
**answers [1]** 8451/23
**anti [1]** 8478/5
**anti-Trump [1]** 8478/5
**anticipated [1]** 8410/4
**Antifa [10]** 8473/8
8478/5 8533/2 8533/6
8533/8 8540/8 8541/3
8542/3 8542/13 8543/4
**antique [2]** 8492/12
8492/15
**any [103]** 8365/12
8365/12 8368/4 8370/3
8371/14 8372/23
8373/18 8375/22
8377/21 8379/14
8379/15 8379/15
8380/1 8381/7 8382/5
8382/10 8383/6
8383/12 8390/7 8392/7
8393/22 8394/16
8395/18 8395/20
8397/14 8397/17
8397/20 8399/21
8399/22 8401/24
8402/6 8408/18
8412/16 8413/23
8414/13 8414/14
8415/17 8418/8
8418/13 8418/16

**AMERICA [4]** 8358/3
8364/8 8417/3 8436/7
8425/18 8426/15
8426/17 8426/23
8427/9 8427/9 8427/11
8427/18 8428/15
8429/16 8431/15
8443/22 8453/14
8455/17 8456/10
8457/15 8462/16
8468/9 8469/4 8469/10
8473/10 8475/8
8480/12 8482/20
8483/7 8483/11 8484/5
8486/16 8489/5 8489/6
8492/8 8492/18
8492/20 8495/3
8500/16 8501/24
8503/5 8506/17
8506/20 8513/11
8520/21 8520/24
8521/12 8521/13
8521/15 8521/16
8521/18 8523/19
8523/22 8523/25
8524/4 8526/3 8526/4
8527/16 8528/23
8529/1 8529/13
8529/13 8530/7 8532/8
8534/18
**anybody [12]** 8371/21
8373/16 8383/10
8399/20 8402/1 8402/2
8402/6 8427/12 8462/3
8468/13 8480/12
8480/17
**anymore [2]** 8433/24
8456/21
**anyone [7]** 8388/7
8388/12 8388/14
8439/25 8440/2
8509/13 8541/16
**anything [67]** 8369/8
8370/2 8371/5 8371/20
8379/13 8380/16
8382/12 8383/10
8383/18 8392/21
8398/24 8400/7
8400/25 8413/22
8413/23 8414/9 8420/1
8425/8 8425/13
8426/21 8429/22
8430/3 8431/10
8431/17 8431/18
8442/2 8447/7 8449/16
8455/6 8456/1 8466/8
8466/23 8469/23
8472/8 8473/12
8477/11 8480/25
8481/2 8481/9 8487/22
8488/12 8488/19
8488/21 8488/21
8489/22 8490/2 8493/2
8500/21 8503/22
8504/8 8511/4 8515/13
8518/18 8520/21
8522/8 8522/12 8523/4
8523/8 8525/14 8526/8
8527/24 8528/4

8532/10 8528/14
8530/21 8531/17
8542/18
**anyway [1]** 8383/17
**anywhere [3]** 8401/14
8443/10 8504/16
**apart [1]** 8381/16
**apologies [2]** 8404/11
8406/17
**app [2]** 8490/19 8492/1
**apparently [7]** 8391/20
8408/24 8409/2
8418/20 8445/10
8459/5 8538/7
**appear [5]** 8425/22
8466/16 8488/25
8508/13 8540/13
**appearances [6]**
8358/13 8358/20
8359/13 8360/15
8368/17 8468/18
**appeared [2]** 8389/21
8493/17
**appears [9]** 8466/20
8470/6 8476/22 8509/9
8509/19 8515/8 8515/8
8515/9 8515/23
**apply [1]** 8375/23
**appreciate [1]** 8493/3
**approach [4]** 8368/3
8374/3 8374/5 8374/7
**approached [1]**
8381/17
**approaches [3]**
8366/22 8379/8
8379/12
**approaching [2]**
8395/16 8449/11
**appropriate [3]**
8365/17 8375/3
8375/12
**approximate [1]**
8496/16
**approximately [18]**
8397/13 8398/3
8399/12 8399/13
8399/14 8404/22
8406/8 8413/7 8417/24
8452/12 8455/9
8467/15 8470/22
8494/22 8496/19
8503/14 8516/8 8539/4
**AR [1]** 8493/25
**AR-15 [1]** 8493/25
**are [78]** 8364/21
8365/25 8366/5 8367/2
8369/11 8370/20
8371/19 8374/14
8374/17 8374/23
8374/25 8375/1
8376/20 8377/22
8378/23 8378/25
8382/7 8385/18
8385/20 8387/21
8388/16 8388/20
8391/2 8394/8 8394/21
8394/22 8398/2
8406/21 8408/14

# A

**are...** **[49]** 8409/10
8412/18 8413/1 8413/9
8413/9 8414/11 8415/1
8416/7 8416/20 8422/3
8422/7 8433/4 8433/5
8442/14 8442/17
8443/8 8445/7 8451/15
8453/18 8456/20
8462/16 8467/17
8467/23 8468/1 8468/1
8468/1 8468/3 8468/16
8469/1 8469/7 8476/7
8476/11 8476/12
8478/3 8484/14
8490/22 8492/1
8494/18 8499/7
8501/20 8505/19
8510/15 8510/16
8519/16 8524/3 8529/5
8533/20 8540/8
8542/14

**area** **[29]** 8377/6
8387/12 8393/2
8397/10 8398/7
8398/17 8399/8
8405/14 8412/24
8446/8 8467/6 8467/7
8467/13 8470/7
8470/10 8471/11
8471/16 8496/3
8496/25 8505/15
8506/4 8506/11
8506/13 8507/1
8507/20 8507/24
8508/3 8510/8 8515/20

**aren't** **[1]** 8416/6

**argue** **[4]** 8529/6
8530/25 8542/8 8543/4

**argument** **[2]** 8378/12
8529/2

**Arizona** **[1]** 8490/13

**Arlington** **[1]** 8486/14

**armed** **[4]** 8410/20
8411/2 8411/5 8411/8

**armor** **[4]** 8484/5
8484/6 8513/13
8513/16

**armored** **[2]** 8445/1
8445/5

**arms** **[1]** 8411/8

**Army** **[1]** 8388/4

**around** **[33]** 8365/11
8365/23 8379/3
8381/18 8381/21
8382/1 8393/2 8395/24
8395/25 8396/3
8398/19 8413/5
8423/12 8430/24
8438/11 8448/8
8455/14 8457/3 8466/3
8475/13 8478/18
8496/1 8496/10
8496/20 8497/12
8497/15 8500/5 8503/2
8504/6 8505/16
8505/19 8515/19
8536/10

**arrange** **[1]** 8434/9

**arranged** **[1]** 8383/22

**arrest** **[4]** 8388/21
8424/23 8425/6 8487/7

**arrive** **[1]** 8392/2

**arrived** **[15]** 8392/3
8392/22 8392/23
8394/4 8399/16 8460/8
8475/18 8475/21
8495/9 8506/16
8511/12 8511/15
8515/11 8531/10
8533/1

**as** **[114]** 8365/24
8366/2 8367/23
8369/13 8370/12
8372/17 8374/11
8375/8 8378/6 8378/9
8380/9 8380/19
8380/20 8382/6
8382/21 8383/12
8385/1 8387/8 8387/9
8387/11 8387/12
8390/7 8390/12
8390/20 8392/19
8393/4 8394/12
8395/16 8395/24
8396/17 8397/6 8400/3
8402/3 8403/17
8403/20 8404/1 8405/8
8405/10 8405/10
8405/25 8406/2 8406/3
8409/5 8409/14 8411/1
8412/14 8412/25
8413/10 8413/16
8418/10 8418/14
8419/8 8425/2 8426/15
8426/23 8426/23
8428/11 8428/17
8428/22 8429/12
8430/12 8430/14
8437/23 8440/5 8441/9
8444/12 8445/15
8448/23 8452/17
8453/9 8454/9 8457/15
8457/16 8458/16
8459/23 8461/9
8461/19 8461/19
8462/4 8463/11 8465/1
8474/25 8475/8 8475/9
8475/21 8476/6 8476/6
8481/23 8481/25
8482/2 8483/14
8486/18 8493/3 8494/9
8499/18 8501/11
8513/23 8518/17
8519/6 8522/2 8522/12
8526/20 8529/16
8529/18 8530/24
8530/24 8531/17
8532/12 8535/9
8537/23 8538/22
8539/17 8541/9
8541/19

**as-needed** **[1]** 8453/9

**Asian** **[1]** 8473/25

**ask** **[33]** 8381/18
8381/21 8382/1 8383/2

**asked** **[21]** 8367/23
8370/3 8370/13 8371/9
8413/21 8416/25
8417/10 8418/2 8423/9
8447/6 8447/19 8462/2
8470/12 8472/7 8472/8
8474/15 8474/16
8485/3 8485/5 8512/15
8541/16

**asking** **[4]** 8375/6
8375/9 8382/7 8530/1

**assault** **[3]** 8410/3
8521/13 8523/18

**assaulted** **[4]** 8520/24
8521/18 8524/5 8526/4

**assaultive** **[1]** 8523/22

**assembled** **[1]** 8397/24

**assist** **[6]** 8370/11
8382/23 8428/16
8457/15 8458/2 8458/4

**assistance** **[11]**
8366/24 8367/23
8367/24 8370/14
8371/6 8372/4 8373/2
8375/9 8380/14
8380/21 8382/23

**assisted** **[1]** 8371/18

**assisting** **[1]** 8427/7

**associated** **[1]** 8402/7

**ASSOCIATES** **[1]**
8359/10

**assume** **[2]** 8402/19
8444/18

**assumed** **[1]** 8412/8

**Atkinson** **[1]** 8465/5

**att.net** **[1]** 8359/8

**attach** **[1]** 8455/22

**attachment** **[1]**
8455/24

**attack** **[3]** 8410/7
8418/21 8469/8

**attacked** **[2]** 8473/12
8474/9

**attempt** **[1]** 8480/18

**attempted** **[2]** 8368/15
8368/17

**attend** **[8]** 8389/16
8391/7 8391/11
8392/25 8460/21
8461/18 8472/21
8506/10

**attendance** **[2]**
8390/11 8400/18

**attended** **[5]** 8389/12
8389/15 8389/25

**attending** **[1]** 8468/18

**attention** **[8]** 8404/7
8460/6 8472/19
8481/12 8481/15
8514/7 8525/7 8532/25

**attire** **[2]** 8483/14
8483/17

**ATTORNEY'S** **[1]**
8358/16

**audio** **[5]** 8377/19
8377/20 8378/9
8491/19 8542/23

**August** **[2]** 8455/8
8455/12

**authentication** **[1]**
8376/9

**auto** **[6]** 8456/12
8493/9 8493/9 8493/10
8493/11 8493/13

**automatically** **[1]**
8529/14

**available** **[1]** 8504/9

**Avenue** **[6]** 8359/3
8361/4 8509/15
8509/17 8515/20
8516/6

**aware** **[26]** 8392/17
8399/16 8399/21
8401/25 8402/6
8404/24 8413/13
8414/11 8414/11
8414/13 8415/19
8418/8 8418/13
8418/18 8420/18
8420/19 8441/15
8442/3 8443/24
8445/15 8445/22
8445/23 8468/16
8473/19 8486/2
8521/20

**awareness** **[1]** 8414/15

**away** **[13]** 8366/1
8366/18 8379/11
8396/25 8398/14
8423/6 8432/12
8433/24 8434/1 8452/4
8454/23 8477/25
8525/19

**Awesome** **[1]** 8477/6

# B

**back** **[91]** 8366/25
8378/18 8384/12
8385/16 8385/18
8390/1 8392/19 8395/6
8398/22 8399/3 8399/5
8399/9 8399/10
8399/13 8399/16
8400/11 8404/14
8406/15 8407/10
8408/22 8409/19
8410/5 8410/9 8411/11
8411/12 8411/15
8411/20 8413/11
8413/21 8414/17
8417/5 8423/20 8425/4
8428/6 8428/22

**attended** **[5]**... 8450/4 8451/7 8453/18
8453/21 8453/22
8454/9 8454/14 8455/4
8456/8 8457/2 8458/14
8459/18 8459/22
8466/12 8474/4 8486/1
8489/8 8489/9 8489/10
8496/23 8496/24
8496/24 8498/12
8499/2 8499/4 8499/16
8504/9 8504/10
8504/15 8506/14
8506/21 8509/15
8509/16 8509/21
8512/10 8512/17
8512/22 8513/6
8514/18 8514/19
8518/16 8522/17
8522/19 8523/11
8526/9 8526/24 8528/1
8529/18 8530/9
8530/19 8531/10
8532/25 8540/17

**backdoor** **[1]** 8379/19

**background** **[5]**
8376/16 8388/7 8465/6
8466/5 8466/16

**backing** **[1]** 8398/14

**backpack** **[1]** 8483/6

**backpacks** **[3]** 8483/4
8505/1 8512/25

**backtrack** **[2]** 8507/1
8534/17

**bad** **[6]** 8365/20
8425/19 8457/3 8458/3
8477/25 8478/3

**bag** **[1]** 8409/4

**balcony** **[9]** 8400/14
8518/9 8519/20 8523/6
8523/19 8523/20
8524/1 8524/2 8526/1

**bales** **[1]** 8457/6

**Ballston** **[1]** 8486/14

**band** **[2]** 8429/18
8469/8

**bang** **[1]** 8412/17

**bangs** **[4]** 8412/9
8412/10 8412/11
8413/1

**banned** **[2]** 8434/6
8434/7

**barbed** **[1]** 8471/25

**barely** **[2]** 8407/8
8491/3

**barn** **[1]** 8466/16

**Barrett** **[2]** 8361/4
8448/11

**Barrett house** **[1]**
8448/11

**barrier** **[1]** 8534/3

**barriers** **[3]** 8397/20
8520/21 8533/24

**bars** **[1]** 8473/17

**based** **[7]** 8388/14
8425/22 8426/3
8480/10 8481/7
8488/21 8540/13

**basically [5]** 8365/23
8442/5 8455/21
8509/19 8540/7
**basis [3]** 8415/4
8453/9 8487/22
**basketball [1]** 8532/13
**bathroom [3]** 8428/5
8458/2 8458/5
**bathrooms [1]** 8497/5
**battle [1]** 8416/24
**be [136]** 8364/4
8365/17 8365/19
8366/13 8368/4 8368/7
8369/14 8370/1
8370/18 8370/19
8373/5 8373/7 8374/1
8375/2 8375/12 8376/8
8377/24 8378/15
8379/6 8380/12 8381/6
8381/25 8382/2 8382/6
8384/24 8385/2
8385/14 8388/4
8389/21 8394/21
8396/4 8397/1 8397/21
8399/8 8400/24
8407/12 8407/24
8408/1 8409/24
8409/25 8410/12
8410/17 8410/21
8410/24 8411/1 8411/5
8412/13 8412/17
8415/11 8416/21
8416/24 8416/25
8417/1 8417/12
8419/19 8423/19
8425/23 8426/4
8426/22 8427/4
8435/17 8437/24
8437/24 8440/4
8440/10 8440/13
8440/19 8441/5
8441/12 8443/3
8443/21 8444/10
8444/17 8444/20
8446/13 8447/22
8448/22 8450/2 8456/4
8456/18 8457/4 8458/6
8462/18 8462/24
8464/3 8466/16
8466/20 8467/9
8469/17 8471/10
8473/5 8473/12 8474/5
8474/7 8474/8 8474/9
8474/12 8474/22
8474/22 8481/20
8482/24 8483/19
8484/1 8490/8 8492/25
8493/17 8497/14
8498/14 8499/6
8503/24 8504/22
8504/24 8505/14
8508/4 8508/5 8508/7
8508/10 8508/13
8510/9 8510/23
8511/20 8511/24
8515/8 8515/9 8515/23
8517/15 8524/19

8525/4 8526/13
8530/13 8535/14
8539/12 8539/16
8540/24 8541/14
8542/25
**bear [1]** 8494/4
**bearing [3]** 8368/5
8381/8 8470/9
**bears [1]** 8382/13
**became [3]** 8387/10
8420/18 8420/19
**because [59]** 8367/4
8368/20 8368/23
8368/23 8371/24
8372/11 8372/19
8374/9 8374/20 8375/7
8375/24 8377/12
8378/17 8379/4
8380/22 8388/4
8388/12 8392/5 8400/9
8405/20 8411/18
8414/18 8418/19
8424/17 8426/7
8427/12 8427/21
8427/25 8428/11
8437/13 8441/11
8443/10 8443/19
8452/22 8452/25
8453/2 8456/8 8458/7
8459/7 8463/1 8474/18
8475/12 8482/23
8483/4 8483/21
8485/24 8488/1
8494/15 8503/10
8503/25 8505/18
8508/5 8512/24
8519/19 8522/9
8522/17 8529/21
8538/7 8538/11
**become [2]** 8413/13
8495/24
**becoming [1]** 8480/13
**bed [1]** 8457/20
**been [53]** 8367/25
8369/17 8369/19
8371/6 8371/10
8372/16 8373/11
8374/21 8379/16
8399/2 8399/17
8400/25 8403/19
8403/25 8407/24
8414/1 8415/7 8415/20
8422/17 8432/19
8432/22 8434/6
8434/22 8436/16
8436/11 8436/13
8436/14 8436/18
8437/9 8440/4 8440/14
8442/21 8444/18
8444/24 8445/15
8446/6 8446/7 8453/1
8454/22 8459/4
8463/11 8486/5 8491/4
8506/21 8507/2
8513/23 8519/6
8520/10 8528/21
8530/4 8530/14 8541/3
8541/8

**before [43]** 8358/9
8370/6 8378/19
8387/17 8390/15
8391/25 8394/4
8399/24 8407/18
8415/5 8415/9 8417/25
8420/18 8420/19
8424/23 8439/1
8449/17 8450/9 8453/3
8454/7 8468/17 8472/8
8489/12 8489/23
8490/4 8492/22
8492/25 8493/2
8493/23 8495/24
8496/10 8502/19
8506/9 8511/12
8511/15 8532/7
8534/24 8537/5 8537/6
8537/13 8540/2
**beforehand [3]** 8496/1
8529/24 8530/20
**beginning [1]** 8424/9
**behalf [6]** 8386/2
8413/23 8421/3
8428/10 8445/24
8450/7
**behavior [1]** 8523/22
**behind [16]** 8376/16
8396/3 8396/4 8396/4
8416/23 8422/24
8453/4 8465/13
8467/12 8475/11
8503/8 8503/9 8506/10
8518/7 8518/14
8518/15
**being [33]** 8367/19
8370/10 8371/24
8372/25 8379/1
8385/22 8396/1 8410/5
8417/10 8420/16
8424/19 8435/23
8447/17 8447/25
8448/7 8475/14 8489/5
8498/14 8499/7
8515/19 8520/24
8521/18 8522/10
8524/5 8525/8 8526/3
8526/17 8530/21
8532/9 8532/22 8538/3
8538/6 8542/3
**believe [39]** 8365/17
8365/18 8367/14
8369/16 8395/16
8396/24 8397/6
8398/25 8407/4
8408/18 8408/25
8409/4 8415/4 8419/13
8420/2 8420/9 8420/12
8431/15 8436/6 8441/1
8448/19 8448/25
8462/7 8463/10
8464/25 8465/7 8465/8
8465/20 8497/19
8502/3 8502/15
8510/15 8519/10
8528/22 8533/1

8533/5 8539/17
8541/7 8541/23
**believed [4]** 8368/18
8368/21 8380/14
8437/4
**belongs [1]** 8504/17
**below [1]** 8465/22
**Bench [4]** 8414/6
8480/23 8524/15
8528/19
**bend [2]** 8457/24
8457/24
**bending [1]** 8426/20
**beneficial [1]** 8379/21
**Berryville [6]** 8421/25
8451/2 8452/3 8460/8
8470/6 8536/12
**Berwick [1]** 8360/8
**beside [1]** 8445/3
**besides [6]** 8393/22
8462/15 8486/15
8487/6 8521/15
8526/17
**betrayed [1]** 8435/15
**better [1]** 8454/1
**between [8]** 8389/21
8390/13 8391/3 8425/5
8489/5 8506/18 8516/5
8525/15
**beyond [2]** 8376/17
8396/17
**bias [1]** 8443/1
**biased [1]** 8409/17
**Biden [2]** 8435/16
8480/13
**big [5]** 8428/17
8438/22 8467/14
8511/6 8511/22
**bigger [1]** 8407/7
**biggest [1]** 8453/17
**bike [1]** 8520/21
**bird [1]** 8472/16
**bit [29]** 8366/15
8427/23 8443/4 8448/9
8451/10 8453/4
8459/21 8461/19
8461/22 8467/11
8467/12 8470/1 8473/7
8476/4 8488/20
8489/12 8491/5 8493/1
8498/14 8503/11
8505/21 8507/2
8507/25 8509/8
8514/19 8519/7
8532/20 8532/23
8540/13
**bite [2]** 8528/7 8543/14
**blacked [1]** 8445/4
**blacked-out [1]** 8445/4
**blanket [1]** 8414/13
**bleachers [4]** 8396/2
8396/3 8396/20
8396/24
**bless [2]** 8417/3
8417/4
**BLM [2]** 8496/24
8497/17
**blown [1]** 8407/7

8512/1 8515/1
**boat [3]** 8446/9
8446/12 8446/13
**bobbing [1]** 8488/20
**bolster [1]** 8379/19
**Bommersbach [4]**
8490/17 8491/10
8514/10 8525/2
**bone [2]** 8454/20
8454/20
**book [2]** 8486/9
8486/13
**booked [2]** 8486/12
8486/16
**borders [1]** 8429/14
**bored [1]** 8505/18
**born [2]** 8467/18
8474/15
**both [6]** 8365/9
8376/11 8378/13
8419/23 8473/13
8512/1
**bottle [2]** 8431/13
8483/23
**bottom [11]** 8383/5
8433/19 8435/13
8439/7 8439/8 8465/19
8514/7 8514/11
8514/20 8517/23
8543/2
**box [1]** 8511/22
**Boys [1]** 8493/10
**Bradford [3]** 8360/7
8360/10 8364/18
**branch [1]** 8387/22
**BRAND [1]** 8360/3
**brandwoodwardlaw.c
om [1]** 8360/5
**breach [1]** 8501/24
**breached [3]** 8442/17
8442/22 8443/8
**break [4]** 8449/12
8449/17 8534/2 8539/3
**breakfast [2]** 8534/22
8535/21
**breaks [1]** 8457/7
**bridge [8]** 8410/13
8410/16 8410/18
8410/21 8411/1 8411/2
8411/6 8411/7
**brief [1]** 8477/1
**briefly [5]** 8388/25
8404/17 8501/17
8502/19 8543/12
**Bright [2]** 8359/2
8364/14
**bring [16]** 8404/7
8404/9 8413/25
8414/17 8415/24
8416/10 8436/2 8436/4
8483/4 8483/6 8483/13
8492/8 8492/18
8492/20 8505/1 8513/2
**bringing [1]** 8416/24
8543/5
**broke [1]** 8533/24
**brought [6]** 8367/25
8469/16 8492/11

Case 1:22-cr-00012-RJJ-PBH Document 575 Filed 01/09/24 Page 193 of 221

**brought... [3]** 8492/21
8493/3 8502/15
**brown [1]** 8515/2
**bucks [1]** 8474/3
**Buffalo [1]** 8451/14
**building [35]** 8366/21
8366/21 8368/14
8370/7 8370/24
8371/12 8373/5
8373/14 8373/20
8373/20 8373/21
8373/22 8373/24
8375/16 8376/1 8377/6
8378/6 8379/25
8380/17 8380/25
8381/9 8381/11
8381/16 8383/7
8396/17 8397/6
8428/17 8431/22
8432/4 8440/11
8440/15 8500/3 8500/6
8518/24 8534/20
**buildings [1]** 8500/16
**built [1]** 8466/11
**bulging [1]** 8455/9
**bullet [1]** 8440/5
**bulletproof [1]** 8484/8
**bullhorn [1]** 8376/1
**bullshit [1]** 8439/15
**bunch [4]** 8430/22
8430/23 8431/19
8433/10
**burden [1]** 8427/12
**burner [1]** 8365/1
**Burnie [1]** 8360/13
**bus [66]** 8391/15
8391/16 8391/17
8391/18 8391/22
8391/24 8392/2 8392/5
8392/8 8392/12
8392/20 8392/22
8392/23 8392/24
8392/25 8393/1 8393/2
8393/4 8393/5 8395/2
8395/6 8395/6 8395/7
8395/10 8395/10
8395/11 8398/17
8399/3 8399/10
8399/13 8399/16
8399/22 8399/24
8400/1 8400/7 8400/9
8401/24 8404/18
8404/21 8405/8 8406/2
8406/6 8411/13
8411/15 8411/18
8413/6 8413/9 8413/11
8413/13 8413/14
8420/18 8473/21
8474/2 8474/3 8474/4
8474/11 8474/22
8477/3 8482/5 8482/16
8484/16 8499/5
8499/16 8499/17
8499/18 8499/19
**buses [5]** 8473/16
8484/17 8499/13
8499/20 8499/24

**C**

**C-a-l-d-w-e-l-l [1]**
8450/25
**Caldwell [98]** 8360/11
8364/11 8364/20
8369/11 8386/3
8386/13 8389/8 8421/4
8421/12 8422/19
8422/21 8423/1 8423/4
8423/5 8423/6 8423/10
8424/2 8424/7 8424/15
8426/3 8426/4 8426/13
8428/24 8429/2
8429/11 8429/12
8429/18 8430/16
8438/10 8438/19
8438/25 8439/5
8439/10 8442/13
8442/16 8443/7 8443/9
8443/18 8443/21
8444/20 8450/7 8450/8
8450/13 8450/18
8450/18 8450/24
8450/24 8451/1 8451/3
8451/8 8451/19
8456/15 8459/4 8460/6
8464/9 8475/17 8476/7
8476/15 8478/21
8479/9 8481/13 8487/1
8487/14 8488/18
8488/25 8489/15
8489/18 8491/21
8497/20 8498/21
8504/5 8508/12
8508/13 8509/1 8509/4
8510/17 8510/17
8512/4 8513/19
8513/23 8514/3
8517/12 8517/13
8517/15 8524/12
8524/25 8524/25
8528/24 8530/16
8531/10 8531/23
8535/10 8538/22
8539/8 8539/17 8540/7
8542/6 8542/9
**Caldwell's [20]** 8385/8
8385/20 8423/6
8424/12 8425/9
8425/14 8427/16
8428/9 8429/17
8429/23 8430/4
8438/21 8463/11
8463/25 8464/5
8476/18 8479/6 8482/7
8482/10 8517/16
**caliber [5]** 8492/12
8493/22 8494/3 8494/9
8494/13
**call [17]** 8365/3 8365/7
8365/15 8365/19
8367/13 8385/23
8386/3 8417/9 8421/4

**8474/1**
**butt [1]** 8509/16
**buyer [1]** 8427/10

8536/17 8537/11
8537/13 8537/17
8538/7
**called [16]** 8367/19
8389/12 8406/22
8407/21 8409/24
8409/25 8410/22
8422/12 8438/21
8473/25 8490/20
8492/1 8506/1 8506/2
8538/7 8539/18
**calling [4]** 8372/14
8408/3 8409/8 8413/22
**calls [6]** 8414/14
8480/20 8503/5 8503/7
8503/14 8503/16
**came [24]** 8372/18
8387/11 8390/1 8395/6
8399/4 8410/7 8411/12
8411/15 8413/10
8461/3 8464/21 8471/2
8479/20 8495/8
8496/23 8501/19
8501/20 8514/15
8514/25 8531/4
8536/11 8536/15
8540/3 8540/17
**Camel [1]** 8435/16
**camera [1]** 8376/16
**camp [6]** 8462/4
8462/6 8463/5 8463/6
8464/15 8468/8
**campaign [1]** 8416/21
**campaigns [1]** 8416/21
**camped [4]** 8464/21
8467/7 8467/10 8505/9
**campers [1]** 8467/1
**campsite [1]** 8462/19
**can [132]** 8366/9
8369/9 8375/15
8375/21 8376/2 8376/3
8377/18 8377/20
8377/21 8378/3 8378/9
8379/9 8380/18
8382/25 8384/13
8386/21 8388/10
8401/10 8404/14
8406/18 8406/24
8407/8 8409/15
8414/17 8415/5 8419/1
8419/21 8420/23
8421/21 8426/11
8429/14 8429/15
8430/10 8430/21
8432/11 8433/16
8434/16 8435/11
8436/1 8437/17 8439/7
8439/11 8442/12
8443/5 8448/3 8450/22
8451/19 8451/23
8452/11 8452/20
8453/14 8454/3
8455/11 8455/25
8456/3 8456/18
8456/23 8459/5 8459/8
8459/21 8460/12
8462/22 8463/5

8471/18 8474/3
8474/21 8474/23
8475/16 8476/20
8477/23 8478/1 8481/1
8481/23 8481/25
8482/13 8482/14
8483/21 8484/14
8485/11 8486/24
8490/15 8494/11
8495/15 8498/11
8501/6 8502/21
8505/10 8505/20
8508/4 8510/16
8511/24 8512/4
8514/17 8514/18
8516/5 8516/9 8516/13
8516/15 8516/18
8516/21 8517/5
8518/21 8519/3
8522/20 8524/11
8524/13 8524/18
8525/15 8529/19
8529/22 8530/9 8531/5
8531/14 8532/1
8535/10 8536/4 8536/6
8536/14 8539/1
8539/13 8539/14
8539/14 8539/23
8540/10 8542/8 8543/4
8543/9 8543/11
8543/14
**can't [28]** 8371/20
8375/16 8382/12
8383/7 8437/19
8439/19 8440/7
8443/10 8445/23
8448/19 8456/21
8457/10 8457/11
8457/22 8457/22
8457/23 8457/25
8458/1 8458/7 8458/7
8505/1 8512/25 8513/1
8513/1 8513/1 8529/20
8530/3 8541/23
**cancer [1]** 8430/12
**cane [7]** 8425/19
8452/18 8452/21
8452/22 8452/25
8453/8 8526/20
**cannon [2]** 8412/13
8412/18
**cannot [3]** 8374/2
8383/5 8513/2
**Cap [1]** 8540/9
**capabilities [1]**
8425/17
**capable [1]** 8426/24
**Capitol [102]** 8365/11
8365/16 8365/19
8365/21 8365/24
8365/25 8366/1 8366/4
8366/5 8366/22 8367/3
8367/22 8368/2
8368/10 8368/25
8369/2 8369/6 8370/14
8370/15 8372/3 8372/5
8372/14 8373/14

8392/18 8395/3 8395/9
8395/12 8395/17
8395/24 8396/1 8396/8
8396/10 8396/13
8396/21 8397/11
8397/25 8399/18
8399/23 8400/8
8400/14 8411/16
8411/21 8411/25
8412/1 8412/3 8418/21
8431/22 8432/4
8432/15 8439/11
8441/12 8441/21
8441/23 8441/24
8441/25 8442/21
8443/19 8443/24
8444/10 8444/16
8444/18 8445/8
8445/12 8445/16
8445/23 8446/7
8446/18 8446/21
8447/4 8447/6 8447/10
8459/5 8469/8 8500/3
8500/5 8500/10
8500/12 8501/25
8518/23 8518/25
8520/18 8520/20
8521/9 8521/12
8521/21 8521/24
8523/19 8527/2 8527/4
8527/7 8527/11
8527/12 8527/14
8527/15 8529/8
8533/14 8533/21
8534/19 8535/1
**caps [1]** 8413/16
**car [20]** 8475/2
8475/10 8475/11
8496/14 8501/5 8502/8
8502/9 8503/19
8503/22 8504/13
8509/15 8512/10
8512/17 8512/23
8512/24 8513/4 8513/5
8513/6 8537/8 8538/11
**caravan [1]** 8503/20
**cards [1]** 8482/25
**care [1]** 8458/16
**career [1]** 8532/8
**careful [1]** 8377/24
**Carolina [39]** 8386/23
8387/20 8387/22
8388/2 8388/6 8389/11
8389/14 8389/22
8390/2 8390/8 8390/13
8390/14 8391/3
8391/19 8393/7
8393/16 8393/18
8394/1 8394/8 8394/23
8398/20 8399/4
8399/20 8402/2
8404/19 8405/14
8406/3 8414/12
8414/19 8414/25
8415/7 8418/17
8418/18 8419/23
8420/10 8464/25

Carolina... [3]  8474/19
8499/15 8499/23
carried [1]  8401/20
carry [11]  8394/7
8394/8 8394/23 8401/8
8401/14 8401/17
8404/23 8405/6 8405/7
8406/4 8471/4
carrying [5]  8393/21
8393/22 8398/19
8526/14 8526/19
cars [2]  8467/1
8475/11
cart [2]  8489/1 8489/23
cartilage [2]  8454/21
8454/21
case [27]  8364/7
8366/13 8368/5
8368/13 8370/16
8372/7 8373/4 8374/22
8378/16 8378/20
8380/10 8382/22
8385/8 8385/20
8385/21 8405/9 8410/7
8457/25 8487/6
8493/18 8493/18
8494/21 8494/25
8495/5 8495/5 8495/6
8538/18
cases [1]  8494/18
cattle [1]  8438/16
caught [1]  8471/25
caused [1]  8530/21
causing [2]  8423/19
8456/14
caution [2]  8372/11
8376/10
celebratory [2]
8412/13 8412/18
cell [5]  8393/22 8401/4
8482/25 8508/14
8525/19
cell phone [4]  8393/22
8401/4 8482/25
8525/19
center [1]  8484/4
certain [4]  8391/2
8391/5 8394/22
8448/22
certainly [3]  8373/1
8374/18 8530/8
certainty [1]  8501/6
certification [2]
8370/17 8441/15
certified [3]  8361/3
8401/7 8441/12
certify [1]  8544/2
cervical [3]  8456/10
8456/11 8487/20
cetera [1]  8366/19
CH [1]  8361/4
chain [1]  8457/11
chair [2]  8426/18
8426/19
chance [3]  8502/18
8508/16 8531/22
change [2]  8483/14

changing [1]  8426/16
Chantilly [1]  8422/12
chanting [1]  8444/25
characterization [1]
8372/25
characterize [1]
8481/1
charge [1]  8533/13
charged [3]  8370/24
8382/12 8400/25
charter [2]  8391/15
8391/16
chat [11]  8377/7
8377/9 8377/15 8379/5
8414/18 8415/7
8415/16 8415/20
8415/22 8418/20
8505/20
chats [3]  8419/22
8420/1 8420/2
chatted [1]  8501/21
chatting [3]  8461/7
8466/3 8508/1
check [1]  8388/7
checked [1]  8487/17
checking [1]  8524/16
chicken [1]  8478/2
chief [3]  8373/4
8378/20 8380/10
children [1]  8494/14
Chinese [1]  8528/1
chores [1]  8428/10
8456/18 8456/20
8457/10
chose [1]  8375/1
chronic [1]  8456/8
Cinnaminson [1]
8360/8
circle [4]  8374/14
8496/20 8500/5 8503/3
circulate [2]  8543/9
8543/14
circumstance [1]
8530/23
circumstances [5]
8394/16 8417/19
8417/21 8423/3
8536/15
cities [1]  8387/9
citizens [1]  8437/24
city [3]  8386/21
8421/24 8475/15
civil [3]  8387/11
8431/18 8443/3
Civil War [1]  8431/18
claim [1]  8372/6
clarification [2]
8403/24 8405/11
clarify [1]  8409/1
Clarke [1]  8452/1
cleaned [1]  8458/7
clear [13]  8370/1
8370/5 8370/19
8371/24 8381/19
8382/16 8394/21
8397/1 8398/14
8400/24 8446/13

clearly [1]  8379/1
8398/12 8540/22
client [1]  8377/25
climbing [3]  8412/4
8521/2 8521/15
close [8]  8396/20
8397/11 8400/13
8421/24 8438/19
8448/18 8478/19
8500/12
close-up [1]  8400/13
closed [2]  8483/8
8483/8
closer [5]  8395/23
8396/17 8412/23
8451/20 8504/7
closest [1]  8500/13
closet [1]  8427/10
closing [1]  8398/13
Cluster [1]  8477/8
co [4]  8368/4 8369/15
8378/5 8379/1
co-conspirator [4]
8368/4 8369/15 8378/5
8379/1
cold [3]  8398/10
8411/18 8505/20
collapse [1]  8528/5
collapsed [1]  8528/2
collapses [1]  8522/9
colorful [1]  8527/20
COLUMBIA [2]  8358/1
8418/15
come [54]  8366/21
8367/9 8370/16
8372/17 8374/4 8379/5
8387/2 8389/11
8389/19 8391/16
8394/15 8395/2 8398/6
8399/9 8404/14
8427/15 8430/15
8435/16 8441/14
8461/10 8463/8
8464/14 8472/19
8474/14 8477/16
8485/13 8487/16
8496/8 8500/12
8502/25 8503/19
8505/22 8506/25
8507/23 8512/5
8512/24 8519/25
8520/9 8520/17 8521/8
8521/23 8524/7
8530/19 8534/16
8536/9 8536/10
8536/24 8537/20
8540/10 8541/9
8541/10 8542/5 8542/7
8542/11
comes [5]  8373/21
8373/24 8426/15
8490/4 8525/9
Comfort [8]  8486/14
8486/16 8487/11
8487/17 8488/4 8492/8
8495/9 8506/16
Comfort Inn [3]

comfortable [5]  8386/8
8421/9 8429/4 8450/14
8467/3
coming [19]  8374/1
8377/22 8378/5
8398/11 8420/25
8455/22 8474/19
8488/4 8499/16
8509/18 8510/12
8518/20 8519/12
8522/18 8529/1 8540/5
8541/19 8542/2 8542/2
comment [1]  8499/13
comments [1]  8430/25
commit [2]  8480/18
8534/9
common [2]  8470/11
8471/16
commonly [1]  8412/19
communicate [1]
8393/25
communicated [1]
8430/16
communication [3]
8379/7 8393/23
8475/24
communities [1]
8387/14
community [1]
8422/12
company [2]  8422/17
8470/5
complete [2]  8427/13
8427/13
completed [2]  8454/13
completing [1]
8524/17
computer [1]  8361/7
computer-aided [1]
8361/7
CONC [1]  8409/8
CONC-POC [1]  8409/8
conceal [1]  8471/4
concealed [2]  8394/7
8406/4
conceding [1]  8375/19
concept [1]  8382/19
concern [4]  8375/22
8473/11 8529/4
8529/13
concerned [4]  8387/11
8387/12 8473/7
8497/14
concerns [2]  8473/13
8474/9
conclude [1]  8381/5
concluded [2]  8395/6
8530/3
conclusion [3]
8480/21 8481/2 8531/5
concrete [1]  8396/18
condition [6]  8425/9
8425/14 8430/10
8430/12 8528/11
8531/14
conditions [2]  8463/1
8507/8

condone [1]  8442/1
conduct [3]  8383/5
8383/6 8402/8 8403/8
Coney [1]  8448/11
conference [4]  8414/6
8480/23 8524/15
8528/19
confident [3]  8469/1
8469/7 8490/22
confirm [2]  8382/25
8499/22
confront [2]  8415/5
confusion [2]  8382/6
8382/11
Congress [3]  8439/14
8440/11 8520/10
Congressmen [1]
8446/20
connected [3]  8415/1
8458/22 8538/8
connection [3]
8365/12 8366/7
8391/21
consider [4]  8417/11
8419/18 8528/23
8530/6
consideration [1]
8473/6
considered [2]
8396/13 8484/1
consistent [3]  8413/2
8498/18 8499/9
conspiracy [9]
8365/13 8369/17
8370/25 8408/18
8408/19 8418/3 8418/6
8529/9 8531/1
conspirator [4]  8368/4
8369/15 8378/5 8379/1
conspired [1]  8535/4
constant [2]  8456/7
8456/7
constantly [1]  8509/18
Constitution [10]
8361/4 8417/3 8478/18
8496/24 8496/25
8500/13 8509/15
8509/17 8515/20
8516/6
contact [1]  8506/17
context [2]  8414/15
8530/23
contingent [1]  8376/15
continue [2]  8385/19
8538/9
continued [4]  8359/1
8360/1 8361/1 8522/15
contradictory [3]
8373/14 8373/15
8373/16
conveniently [1]
8486/19
conversation [11]
8409/13 8420/7 8461/9
8525/15 8535/24
8536/25 8537/5
8537/25 8538/3
8539/20 8540/14

**conversations [1]** 8414/24

**convoy [1]** 8445/1

**cookouts [1]** 8469/17

**coordinate [1]** 8446/16

**copies [1]** 8479/2

**copy [1]** 8384/14

**corner [3]** 8427/11 8517/23 8518/18

**correct [90]** 8368/25 8369/3 8369/4 8371/2 8385/8 8385/9 8386/25 8388/17 8391/12 8396/9 8396/11 8400/19 8401/1 8401/2 8401/21 8402/12 8403/3 8403/5 8403/11 8403/17 8403/21 8404/5 8404/19 8405/3 8405/15 8405/20 8406/7 8408/15 8409/11 8409/22 8411/10 8411/22 8412/22 8413/6 8419/14 8419/24 8429/8 8431/22 8434/11 8434/14 8436/16 8437/7 8437/25 8438/1 8438/12 8439/2 8439/21 8442/7 8445/2 8445/20 8451/6 8452/1 8452/2 8453/12 8453/13 8462/9 8464/21 8465/11 8465/14 8466/21 8466/22 8470/7 8470/8 8470/14 8473/21 8475/22 8476/24 8479/16 8479/17 8484/24 8484/25 8485/2 8487/20 8487/21 8495/9 8499/6 8501/1 8502/4 8510/4 8512/6 8513/16 8516/1 8518/10 8518/11 8525/23 8526/15 8527/11 8531/12 8538/15 8544/3

**correctly [2]** 8427/14 8500/14

**costs [1]** 8494/21

**couch [2]** 8431/12 8431/13

**could [76]** 8365/23 8367/5 8367/23 8368/21 8371/4 8371/6 8371/9 8371/10 8373/5 8373/6 8373/9 8373/11 8375/14 8379/16 8380/16 8380/17 8385/1 8388/1 8396/16 8397/10 8397/21 8402/14 8404/9 8405/1 8406/15 8407/7 8407/15 8407/17 8408/10 8411/3

**CR [1]** 8358/4

**crack [1]** 8490/5

**cracks [1]** 8487/24

**crashed [1]** 8531/12

**crazier [1]** 8529/10

**credit [1]** 8582/25

**creed [1]** 8388/15

**crime [3]** 8420/3 8480/18 8534/9

**criminal [4]** 8364/7 8388/7 8402/7 8420/4

**Crisp [3]** 8359/9 8359/10 8364/19

**crisplegal.com [1]** 8359/12

**critters [1]** 8472/1

**cross [6]** 8362/4 8402/18 8402/20 8402/22 8411/7 8433/2

**Cross-examination [4]** 8402/18 8402/20 8402/22 8433/2

**crossed [1]** 8411/2

**crowd [13]** 8367/4 8367/4 8375/17 8397/24 8398/1 8443/20 8444/3 8444/7 8507/4 8522/19 8522/21 8526/1 8526/12

**crowded [2]** 8504/9 8522/6

**crowds [1]** 8443/22

**Crowl [20]** 8465/20 8501/19 8502/14 8505/23 8534/17 8534/22 8535/22 8536/11 8536/16 8536/17 8540/3 8540/5 8541/3 8541/8 8541/15 8541/18 8541/20 8541/22 8541/23 8541/24

**Crowl's [1]** 8541/24

**CRR [2]** 8544/2 8544/8

**current [2]** 8401/12 8461/22

**currently [4]** 8451/15 8451/16 8452/20 8452/22

**cut [2]** 8427/11 8498/6

**D**

**D.C [67]** 8358/5 8358/17 8360/4 8361/5 8372/17 8372/18 8372/25 8377/7 8377/10 8389/12 8389/20 8391/7 8392/15 8392/16 8394/5 8394/9 8394/15 8394/24 8404/18 8405/14 8410/8 8410/10 8411/4 8412/20 8413/5 8415/22 8417/2 8418/9 8431/2 8431/4 8437/6

**conversations**

**8446/1 8446/6 8448/17 8448/23 8474/4 8474/16 8474/16 8474/20 8475/9 8475/12 8475/18 8479/4 8480/3 8480/12 8480/18 8481/8 8481/19 8482/16 8482/21 8483/3 8483/9 8484/16 8486/19 8490/18 8496/9 8496/17 8501/1 8501/7 8502/3 8503/1 8517/1 8527/25**

**D.C. [1]** 8377/15

**D.C. Op [1]** 8377/15

**dad [3]** 8433/14 8445/13 8445/15

**dad's [2]** 8423/7 8428/5

**daily [2]** 8424/16 8457/16

**Dallas [1]** 8359/4

**damage [1]** 8527/16

**damaged [1]** 8495/3

**dark [4]** 8413/20 8503/9 8505/20 8507/10

**date [5]** 8408/13 8464/11 8481/16 8539/23 8544/7

**dating [2]** 8472/7 8472/8

**David [2]** 8360/11 8364/20

**Davy [1]** 8409/8

**day [50]** 8358/7 8369/6 8370/12 8371/18 8373/1 8379/21 8383/5 8384/1 8391/24 8393/8 8393/17 8393/23 8394/1 8394/17 8398/10 8401/18 8402/7 8424/1 8424/1 8424/16 8425/19 8427/5 8437/19 8441/17 8442/4 8443/23 8445/4 8452/25 8454/10 8454/10 8454/13 8457/8 8457/19 8459/10 8459/11 8464/12 8478/13 8481/17 8483/5 8499/17 8500/12 8501/8 8512/12 8513/16 8517/3 8517/6 8526/15 8533/16 8533/9 8534/9**

**days [5]** 8385/18 8457/10 8458/3 8460/15 8460/22

**dead [2]** 8522/10 8542/24

**deal [3]** 8384/6 8409/6 8528/14

**debilitating [1]**

**deceased [1]** 8472/5

**December [13]** 8387/16 8391/8 8414/3 8434/9 8434/10 8437/7 8438/11 8481/15 8481/19 8482/5 8483/3 8485/20 8499/20

**December 12th [3]** 8482/5 8483/15 8499/20

**December 30th [1]** 8434/10

**decide [1]** 8398/21

**decided [3]** 8395/8 8485/14 8508/10

**deep [1]** 8408/5

**deer [1]** 8471/25

**defendant [27]** 8359/2 8359/9 8360/2 8360/6 8360/11 8364/8 8364/9 8364/9 8364/10 8364/10 8364/14 8364/16 8364/18 8364/19 8364/20 8368/3 8386/13 8421/12 8450/18 8464/5 8476/18 8479/9 8482/10 8489/18 8509/4 8514/3 8517/16

**defendant's [4]** 8362/5 8363/4 8379/14 8530/7

**defendants [10]** 8358/7 8364/21 8365/12 8371/15 8371/19 8378/19 8379/2 8388/17 8462/16 8468/16

**defendants' [1]** 8382/13

**defense [15]** 8365/15 8365/22 8371/16 8371/19 8372/12 8372/13 8379/22 8380/13 8402/19 8404/10 8406/4 8406/4 8449/19 8472/11 8472/14

**deference [1]** 8378/10

**defies [1]** 8372/7

**definitely [1]** 8427/6 8454/18

**degradation [1]** 8454/18

**dehydrated [1]** 8483/11

**Delegates [1]** 8460/19

**delete [1]** 8447/3

**deleted [2]** 8447/5 8447/6

**Dennis [3]** 8430/7 8438/10 8440/17

**dents [1]** 8518/22

**departure [1]** 8392/13

**depend [1]** 8501/9

**depends [2]** 8436/7 8513/17

**D**

**depict [4]** 8466/1
8467/7 8508/22 8524/5
**describe [10]** 8430/10
8452/11 8453/14
8482/14 8495/19
8496/17 8502/21
8531/14 8536/4 8536/6
8459/7
**described [1]** 8442/1
**designed [1]** 8466/11
**desire [1]** 8459/7
**despite [2]** 8437/1
8438/3
**destroyed [1]** 8442/1
**detached [3]** 8466/20
8466/24 8467/11
**detail [1]** 8367/17
**deteriorated [1]**
8453/22
**deteriorating [1]**
8430/12
**determination [1]**
8369/22
**determined [4]**
8392/13 8425/16
8425/20 8427/11
**developed [1]** 8470/1
**device [1]** 8393/23
**dial [1]** 8489/9
**did [310]**
**did you [60]** 8389/16
8390/7 8391/7 8391/14
8393/25 8395/21
8397/10 8397/14
8398/9 8399/13
8401/17 8402/15
8406/12 8417/20
8419/18 8424/14
8425/8 8425/13
8429/22 8430/3
8435/18 8451/13
8469/4 8469/23
8470/19 8471/4
8471/20 8472/21
8478/16 8480/17
8482/19 8483/14
8485/17 8486/9
8486/13 8489/3
8495/12 8496/8 8497/9
8500/12 8502/18
8503/1 8504/5 8507/17
8507/20 8508/16
8511/8 8511/11
8516/21 8517/3 8520/1
8520/2 8522/2 8522/24
8523/8 8523/18
8523/25 8524/4 8524/5
8535/20
**did you see [1]**
8488/18
**didn't [58]** 8370/2
8372/12 8372/22
8375/23 8381/20
8381/25 8383/2 8383/2
8388/12 8390/21
8395/19 8395/22
8396/12 8399/1
8404/25 8406/1

8458/25 8411/1
8412/10 8412/15
8412/16 8412/16
8413/13 8413/22
8424/17 8427/8 8427/9
8427/12 8427/13
8436/23 8443/14
8447/7 8454/7 8457/2
8463/3 8468/5 8468/6
8468/6 8469/7 8473/11
8474/8 8474/10 8477/9
8483/4 8483/5 8483/10
8492/20 8505/6 8506/6
8508/7 8522/10
8522/18 8528/7 8534/6
8535/8 8538/9 8543/1
8543/1
**different [15]** 8371/17
8378/8 8382/2 8415/1
8458/13 8458/14
8471/12 8471/21
8473/8 8483/17
8510/13 8531/4
8540/24 8541/1 8543/6
**difficult [1]** 8456/9
**difficulty [1]** 8378/22
**dinner [1]** 8540/11
**dinners [1]** 8469/16
**direct [11]** 8362/4
8386/14 8421/13
8450/19 8451/23
8460/6 8481/12
8524/17 8524/21
8532/25 8540/20
**directed [1]** 8428/22
**directing [1]** 8472/19
**direction [1]** 8398/12
**directly [3]** 8370/15
8373/3 8373/12
**disabled [3]** 8458/21
8458/22 8459/1
**disagree [4]** 8366/11
8369/21 8372/24
8419/7
**disagrees [1]** 8380/14
**disappear [1]** 8454/22
**disappeared [1]**
8434/2
**disc [1]** 8455/9
**discectomy [2]** 8455/7
8455/8
**discomfort [2]** 8455/1
8455/3
**discovery [1]** 8538/17
**discuss [1]** 8539/9
**discussed [3]** 8459/25
8460/2 8462/20
**discussing [1]** 8462/5
**discussion [2]** 8390/4
8530/15
**discussions [1]**
8414/12
**displayed [1]** 8408/1
**dissimilar [1]** 8382/19
**distance [2]** 8424/12
8516/5
**distinguish [1]**
8396/13

**DISTRICT [4]** 8458/01/...
8358/1 8358/10
8418/15
**DJ [2]** 8532/12 8532/13
**do [181]** 8368/6
8368/11 8369/8
8371/16 8374/5
8374/19 8378/23
8380/16 8382/12
8383/8 8384/2 8384/13
8393/12 8393/13
8394/3 8397/2 8397/3
8405/5 8408/8 8408/9
8412/20 8416/3 8416/4
8416/8 8417/8 8417/9
8417/11 8418/3
8418/14 8422/9
8422/11 8422/19
8422/20 8423/3
8423/10 8424/2
8424/15 8425/16
8425/20 8425/23
8426/4 8426/8 8426/17
8427/8 8427/22
8427/24 8428/3
8428/12 8431/17
8434/18 8436/8
8438/25 8440/18
8441/24 8442/18
8442/18 8444/21
8446/13 8446/18
8446/20 8446/23
8447/7 8447/18
8447/18 8448/25
8451/1 8451/3 8451/4
8451/5 8451/7 8452/10
8453/2 8455/6 8455/25
8456/20 8456/21
8456/25 8457/8 8457/9
8457/10 8457/11
8457/11 8457/12
8457/12 8457/14
8457/15 8457/18
8457/18 8458/1 8458/4
8458/8 8459/9 8460/7
8460/24 8462/3
8463/12 8463/13
8463/15 8463/17
8463/19 8463/21
8464/9 8464/10 8465/3
8465/6 8465/19
8465/22 8471/11
8471/22 8472/3
8472/12 8474/10
8474/17 8476/7
8476/11 8476/14
8479/3 8479/13
8479/14 8482/2 8482/3
8485/22 8486/22
8486/23 8487/1 8488/3
8488/6 8488/8 8488/18
8488/23 8489/5
8489/15 8489/22
8490/2 8490/5 8490/9
8490/15 8491/2
8491/21 8493/18
8494/25 8495/23
8496/9 8497/4 8498/1

8500/2 8500/9 8508/13
8508/20 8508/22
8510/18 8510/21
8514/14 8515/3 8517/6
8517/20 8518/18
8519/7 8519/15 8520/6
8522/12 8523/4 8523/8
8526/3 8526/7 8526/8
8528/6 8528/14
8530/21 8532/2 8532/4
8532/15 8532/16
8533/2 8533/14
8533/18 8533/24
8534/1 8539/1
**do you [16]** 8397/2
8397/3 8416/8 8417/8
8417/9 8418/3 8422/11
8442/18 8446/13
8447/18 8451/1
8457/12 8460/7 8464/9
8532/2 8533/24
**do you believe [1]**
8448/25
**do you have [2]**
8422/9 8457/15
**do you know [15]**
8374/19 8393/12
8416/3 8422/19 8423/3
8455/6 8462/3 8465/22
8490/5 8491/2 8493/18
8494/25 8498/1
8498/23 8499/14
**do you recognize [10]**
8476/7 8479/13 8482/2
8487/1 8491/21
8508/20 8510/18
8510/21 8517/20
8519/7
**do you remember [7]**
8434/18 8436/8
8447/18 8465/6 8489/5
8520/6 8533/14
**do you see [15]** 8408/8
8442/18 8451/5
8463/12 8463/15
8463/17 8463/19
8486/22 8488/3 8488/6
8488/8 8490/2 8514/14
8515/3 8518/18
**don't recall [1]**
8415/17
**doctor [1]** 8495/22
**doctors [3]** 8458/10
8458/12 8458/13
**does [34]** 8368/14
8369/8 8374/16 8380/5
8431/6 8434/3 8438/15
8439/16 8440/21
8440/25 8452/19
8455/17 8456/10
8458/15 8458/24
8459/12 8466/1
8466/16 8467/2 8467/6
8467/6 8483/17 8484/3
8487/22 8488/12
8488/25 8490/3
8492/15 8512/21
8515/10 8515/24
8516/2 8528/6 8542/4

**doesn't [15]** 8376/9
8379/13 8379/15
8380/1 8380/1 8381/7
8381/9 8381/18 8383/9
8440/2 8454/22 8481/2
8495/2 8539/20
8540/13
**Dohnal [1]** 8465/5
**doing [15]** 8386/8
8413/9 8425/24 8426/5
8426/24 8427/2 8429/8
8431/10 8433/4
8450/14 8453/5
8490/16 8491/10
8497/3 8501/20
**dollars [1]** 8494/23
**don [1]** 8511/8
**don't [68]** 8365/5
8365/13 8365/17
8366/18 8367/16
8371/8 8371/14
8371/23 8371/24
8373/18 8373/19
8374/24 8375/2 8375/3
8378/16 8379/22
8383/2 8393/21 8398/3
8405/19 8405/24
8409/4 8409/13
8412/20 8415/17
8415/18 8417/11
8432/13 8436/9 8437/3
8437/22 8437/22
8439/22 8439/23
8440/5 8441/17
8446/12 8448/19
8458/6 8463/4 8463/4
8464/17 8465/23
8467/9 8470/23
8471/24 8472/13
8478/18 8487/24
8494/7 8494/15 8506/1
8512/10 8518/25
8520/5 8522/4 8524/21
8529/5 8530/8 8530/13
8530/20 8539/8
8540/21 8541/7
8541/14 8541/20
8542/1 8543/13
**don't recall [1]**
8415/17
**Donald [3]** 8447/22
8447/25 8448/7
**Donald Trump [1]**
8447/22
**Donald Trump's [2]**
8447/25 8448/7
**done [16]** 8371/5
8371/9 8371/19 8373/7
8373/10 8384/6 8409/6
8420/4 8420/10 8423/7
8424/18 8426/9 8427/8
8457/25 8491/14
8513/20
**Donovan [5]** 8465/20
8501/19 8505/17
8505/23 8506/4
8534/17 8536/11
8540/8 8540/9

8554

**Donovan Crowl [1]**
8534/17

**door [4]** 8367/5
8375/17 8448/2 8525/3

**doorknob [1]** 8523/15

**doors [7]** 8442/17
8442/21 8443/8
8443/13 8488/4
8504/21 8504/22

**double [1]** 8526/20

**Doug [12]** 8388/3
8389/25 8391/20
8392/19 8395/17
8399/6 8403/16
8403/17 8403/19
8414/24 8416/17
8498/24

**Doug Smith [8]** 8388/3
8389/25 8391/20
8392/19 8399/6
8403/16 8403/19
8416/17

**Doug's [1]** 8403/19

**Douyon [1]** 8384/12

**doves [1]** 8494/7

**down [54]** 8388/19
8395/11 8395/12
8400/14 8408/5
8416/23 8420/23
8431/9 8438/24
8440/15 8440/23
8441/18 8442/3
8442/13 8444/23
8449/7 8453/21 8454/8
8457/21 8461/2 8472/2
8477/22 8478/11
8479/20 8483/10
8496/24 8498/6
8500/24 8503/3 8504/1
8504/2 8504/18
8504/20 8505/3
8505/16 8508/6 8509/7
8510/9 8510/22
8514/17 8515/16
8519/6 8522/19
8523/12 8525/18
8526/11 8526/13
8526/23 8526/24
8538/10 8538/11
8539/9 8539/19 8541/6

**draw [4]** 8481/2
8481/15 8514/7 8525/7

**dreading [1]** 8435/16

**dressed [2]** 8392/8
8392/10

**drinks [1]** 8430/24

**drive [9]** 8360/8 8429/2
8429/3 8446/20 8452/6
8457/4 8474/7 8500/5
8502/8

**driver [2]** 8392/25
8393/1

**driveway [4]** 8536/25
8537/9 8537/21
8539/19

**driving [2]** 8503/6
8503/15

**drove [12]** 8429/1
8429/5 8475/10
8496/19 8496/24
8496/25 8497/18
8502/6 8502/9 8504/6
8504/9 8528/1

**ducks [1]** 8423/15

**due [1]** 8427/4

**duke [1]** 8533/8

**Dulles [3]** 8445/1
8445/3 8445/5

**dummy [1]** 8505/10

**Dunn [1]** 8380/15

**Dunn's [1]** 8373/15

**Dupont [2]** 8496/20
8503/3

**Dupont Circle [1]**
8503/3

**during [10]** 8387/4
8387/8 8401/23
8424/22 8425/6
8429/16 8484/15
8490/18 8496/12
8535/23

**duty [1]** 8526/20

---

**E**

**e-mail [1]** 8504/21

**each [11]** 8366/1
8366/5 8369/21
8369/22 8370/2 8370/3
8424/20 8440/8 8470/5
8476/4 8538/11

**earlier [8]** 8381/11
8381/11 8381/12
8381/13 8383/7 8406/1
8541/7 8541/12

**early [3]** 8438/11
8505/18 8507/10

**Earp [1]** 8496/14

**easily [1]** 8367/23

**east [2]** 8395/15
8395/24

**eastern [2]** 8390/2
8416/5

**easy [1]** 8494/15

**eat [1]** 8528/8

**echoed [1]** 8414/24

**Ed [2]** 8487/8 8490/13

**Ed Vallejo [2]** 8487/8
8490/13

**Edmund [1]** 8360/2

**Edward [3]** 8359/6
8364/11 8364/14

**Edwards [2]** 8358/16
8364/13

**edwardtarpley [1]**
8359/8

**effect [8]** 8373/25
8374/2 8375/24
8540/18 8540/22
8541/10 8542/5 8543/3

**eight [1]** 8483/5

**either [16]** 8369/11
8372/14 8377/15
8379/6 8397/6 8420/8
8429/16 8431/12

**drove [12]** 8429/1
8453/25 8490/9 8492/4
8521/13 8527/13
8527/16

**elderly [3]** 8473/11
8502/22 8502/23

**elected [1]** 8417/24

**election [13]** 8404/8
8409/2 8409/3 8433/7
8434/19 8437/1
8437/11 8438/3 8441/8
8441/11 8442/6
8460/15 8460/23

**elicit [1]** 8372/12

**elicited [2]** 8365/19
8373/3

**Ellipse [12]** 8486/20
8496/25 8504/1
8504/18 8509/14
8510/4 8511/12
8511/15 8512/6 8512/8
8512/9 8512/12

**ELMER [3]** 8358/6
8359/2 8364/8

**else [16]** 8369/8
8373/10 8374/12
8379/7 8383/10
8383/18 8394/15
8399/9 8402/17
8420/21 8427/12
8432/23 8435/15
8449/5 8508/11
8542/18

**else's [2]** 8371/21
8373/16

**em [2]** 8440/23
8440/25

**email [11]** 8358/18
8358/19 8359/5 8359/8
8359/12 8360/5 8360/9
8360/14 8474/2
8485/19 8485/20

**Empire [1]** 8360/13

**employed [6]** 8422/17
8431/22 8432/3
8432/15 8451/15
8458/18

**employee [1]** 8423/23

**employees [1]** 8423/23

**encounters [1]**
8374/15

**end [9]** 8378/17
8395/14 8395/15
8395/21 8505/4 8505/5
8507/14 8538/3 8538/6

**ended [6]** 8412/24
8424/6 8462/5 8472/25
8504/10 8538/15

**ends [2]** 8395/16
8539/21

**enemy [1]** 8416/25

**enforcement [9]**
8382/24 8386/25
8387/13 8401/13
8402/15 8420/9
8461/23 8500/10
8540/6

**engage [2]** 8402/7

**engaged [1]** 8469/13

**engaging [2]** 8370/25
8414/16

**enjoy [4]** 8470/5
8471/21 8472/15
8472/18

**enough [4]** 8384/1
8387/13 8434/8
8443/21

**enter [1]** 8412/16

**entered [5]** 8383/7
8385/13 8396/10
8450/1 8503/20

**entering [1]** 8370/24

**entire [1]** 8526/1

**entry [1]** 8381/15

**equally [1]** 8530/18

**equipment [3]** 8428/18
8428/21 8513/11

**equipped [1]** 8387/13

**Erie [1]** 8467/18

**errands [1]** 8537/14

**escape [2]** 8526/11
8526/23

**especially [2]** 8368/13
8457/8

**essentially [1]** 8385/5

**estimate [1]** 8391/18

**Estimated [1]** 8404/2

**et [2]** 8358/6 8366/19

**et cetera [1]** 8366/19

**evacuated [1]** 8520/10

**even [25]** 8381/14
8381/19 8381/19
8381/20 8382/10
8415/9 8425/1 8436/23
8437/19 8438/4 8444/9
8444/10 8444/16
8444/17 8445/22
8446/8 8453/3 8472/6
8483/21 8490/4
8502/23 8523/25
8529/6 8534/25 8541/6

**evening [1]** 8527/21

**event [5]** 8389/12
8389/25 8397/3 8462/7
8485/20

**events [2]** 8400/8
8401/1

**eventually [5]** 8398/6
8399/3 8478/12
8522/24 8526/25

**ever [49]** 8388/24
8389/1 8401/3 8406/9
8428/15 8428/23
8429/18 8432/18
8432/20 8441/20
8445/15 8446/4 8446/9
8446/16 8446/18
8446/20 8446/23
8447/3 8447/21
8447/24 8448/6
8448/10 8462/12
8462/15 8468/9
8468/18 8487/4 8487/7
8487/10 8490/9
8490/12 8495/12

**engaged [1]** 8469/13
8501/12 8501/14
8510/10 8523/18
8527/1 8527/8 8527/6
8527/12 8527/13
8533/5 8533/8 8533/18
8534/2 8537/17
8541/20

**every [7]** 8416/23
8424/1 8424/16 8427/1
8452/25 8457/19
8516/20

**everybody [1]** 8364/23
8364/24 8373/10
8377/5 8385/17
8394/15 8449/23
8543/14

**everybody's [1]** 8514/7

**everyday [1]** 8487/22

**everyone [8]** 8364/5
8385/15 8392/24
8395/17 8398/13
8399/9 8450/3 8539/12

**everything [6]** 8466/13
8483/10 8485/7
8497/14 8499/5
8527/18

**evidence [26]** 8370/15
8375/11 8375/19
8378/14 8378/18
8383/11 8385/1
8407/13 8414/1
8433/18 8464/5
8476/18 8479/9
8482/10 8486/24
8489/18 8497/23
8507/2 8508/17 8509/4
8510/16 8510/23
8514/1 8514/3 8517/16
8538/22

**exact [1]** 8520/6

**exactly [6]** 8435/8
8444/1 8510/17 8517/6
8529/12 8530/13

**examination [9]**
8386/14 8402/18
8402/20 8402/22
8417/17 8421/13
8433/2 8447/14
8450/19

**example [2]** 8495/21
8506/8

**examples [5]** 8414/23
8426/12 8428/2 8428/3
8456/23

**except [1]** 8392/24

**exception [2]** 8540/15

**exceptions [1]** 8401/15

**exchange [1]** 8479/20

**exchanged [1]** 8489/5

**exclude [2]** 8382/8
8383/11

**exclusively [1]**
8507/21

**exculpatory [1]** 8517/5

**excuse [4]** 8455/12
8456/25 8498/13
8499/19

# E

exhausted [1] 8427/4
exhibit [30] 8404/10
8404/14 8407/6
8407/13 8414/1
8415/25 8416/11
8463/25 8476/8
8476/16 8476/18
8478/21 8481/23
8482/8 8486/21
8487/14 8489/15
8489/18 8490/17
8497/20 8510/17
8510/17 8512/4
8513/19 8513/24
8514/3 8515/19
8517/12 8524/25
8538/22
Exhibit 6732 [1]
8415/25
Exhibit 6923 [1]
8416/11
exhibits [12] 8362/9
8363/2 8365/22
8463/11 8464/5 8476/6
8479/7 8479/9 8482/10
8509/4 8517/16 8524/4
exit [1] 8417/20
exited [5] 8381/15
8395/2 8449/15 8524/7
8539/7
expecting [1] 8508/2
expedite [1] 8378/21
experience [3] 8403/13
8412/25 8495/5
experienced [1]
8412/19
explain [10] 8401/10
8430/21 8437/17
8437/19 8459/6 8471/9
8492/10 8516/5 8516/9
8529/9
explained [2] 8477/17
8491/4
explaining [1] 8542/6
express [2] 8446/5
8449/1
expressing [1] 8435/6
expression [1] 8406/9
extent [2] 8383/12
8535/13
extra [3] 8508/4
8511/22 8511/23
extreme [3] 8414/14
8441/2 8465/9
eye [3] 8424/12
8426/21 8495/22
eyes [2] 8398/14
8398/15

# F

face [2] 8538/10
8538/10
Facebook [13] 8430/16
8430/25 8431/16
8433/16 8433/22
8433/23 8433/24
8434/1 8434/6 8436/21

faces [1] 8482/16
facilities [1] 8395/7
facility [1] 8508/17
fact [18] 8371/17
8379/12 8379/20
8379/25 8380/4 8380/5
8381/6 8383/8 8394/7
8405/6 8412/12 8413/8
8413/10 8420/11
8420/17 8472/6
8516/25 8543/4
fair [10] 8405/11
8433/7 8434/8 8437/21
8445/25 8447/8
8530/16 8530/18
8530/24 8535/12
fairly [9] 8438/19
8454/8 8463/21 8470/9
8479/3 8482/4 8486/18
8486/19 8508/22
faith [1] 8415/4
fall [1] 8453/21
familiar [9] 8388/21
8406/21 8474/19
8492/1 8494/18 8507/5
8527/18 8527/19
8539/13
family [2] 8427/23
8445/11
fanny [5] 8482/23
8482/25 8483/2
8483/12 8483/18
far [15] 8375/18
8379/10 8405/10
8406/2 8422/5 8426/23
8451/11 8452/3
8457/15 8460/18
8475/9 8476/6 8478/17
8504/8 8516/7
farm [30] 8428/9
8429/12 8452/9
8452/12 8456/15
8456/17 8456/18
8456/20 8456/24
8457/10 8457/12
8460/8 8461/11 8462/2
8462/18 8463/22
8464/21 8467/14
8468/14 8468/23
8469/14 8469/24
8471/23 8486/2
8506/15 8506/21
8536/11 8540/3 8540/5
8540/10
farmer [1] 8438/15
farmhand [1] 8438/21
farming [1] 8457/1
farther [1] 8519/3
fast [1] 8516/15
faster [1] 8516/13
father [15] 8423/5
8423/6 8423/8 8428/11
8430/15 8430/22
8431/4 8431/6 8431/10
8432/5 8432/20 8445/7
8446/1 8448/22
8492/13

8424/3 8424/9 8424/10
8429/8 8429/11
8429/17 8430/6
8430/10 8430/11
8445/24
FBI [17] 8372/16
8400/22 8401/3
8402/16 8403/2 8405/2
8405/5 8408/17
8412/12 8412/25
8417/20 8432/18
8432/21 8465/7
8470/13 8471/1
8508/17
February [3] 8422/22
8423/12 8424/23
federal [1] 8401/12
feed [1] 8431/7
feel [6] 8377/18
8411/18 8435/15
8442/20 8443/8
8522/18
feet [6] 8379/11 8396/4
8396/25 8443/21
8456/4 8510/9
felt [3] 8395/19 8443/9
8501/9
fences [1] 8520/21
few [12] 8384/8
8424/25 8430/24
8436/5 8442/12
8442/16 8460/22
8460/25 8472/4 8498/5
8501/21 8514/8
fight [1] 8444/7
fighters [1] 8429/19
8469/8
figuratively [1]
8377/19
figured [1] 8443/12
fill [2] 8384/1 8391/21
final [2] 8447/1
8542/21
finally [1] 8505/13
financial [1] 8408/6
find [13] 8382/25
8393/2 8398/18
8398/21 8400/2 8420/7
8441/20 8485/17
8504/7 8504/8 8505/3
8533/6 8535/8
fine [6] 8462/24
8497/15 8505/2
8514/17 8541/25
8542/15
finger [1] 8465/19
finish [4] 8378/13
8384/24 8524/18
8524/21
fire [3] 8412/13
8500/10 8526/23
firearm [7] 8401/8
8401/14 8401/17
8492/8 8492/10
8492/17 8493/1
firearms [12] 8404/4
8404/23 8405/6 8405/7

8405/18 8471/1
8471/20 8472/24
8493/12 8493/20
fires [1] 8412/18
first [30] 8366/12
8374/15 8380/3
8385/23 8390/22
8417/5 8418/24 8419/4
8419/10 8420/5
8424/11 8437/8
8448/25 8453/20
8455/10 8456/24
8461/23 8463/2 8463/2
8468/6 8472/8 8485/17
8493/20 8507/1
8509/22 8520/1 8533/1
8534/17 8534/18
8534/21
First Amendment [3]
8418/24 8419/4
8448/25
Fischer [21] 8360/11
8360/12 8364/20
8383/23 8383/25
8385/7 8385/22
8385/24 8386/11
8413/21 8417/15
8447/12 8450/5
8450/16 8451/18
8451/18 8451/21
8480/25 8529/5
8530/24 8543/3
fischerandputzi [1]
8360/15
five [8] 8364/21
8388/17 8398/19
8405/23 8460/15
8460/22 8486/15
8514/19
fix [2] 8453/25 8539/23
fixed [1] 8423/15
fixtures [1] 8426/16
flag [10] 8398/20
8464/18 8515/4 8515/5
8525/20 8526/9
8526/15 8526/19
8533/13 8533/20
flags [5] 8512/23
8512/23 8513/1 8513/4
8513/6
flash [5] 8412/9
8412/11 8412/17
8413/1 8503/10
flashed [1] 8504/3
flee [2] 8540/6 8540/6
fleeing [2] 8413/18
8420/14
Flexeril [1] 8459/19
flight [2] 8518/8
8521/24
flip [1] 8463/14
flipped [1] 8454/13
floating [1] 8448/8
flock [1] 8533/12
floor [1] 8396/18
Florida [1] 8468/14
fly [1] 8384/20

folding [1] 8426/19
folks [16] 8369/21
8374/25 8375/8
8380/22 8388/19
8391/19 8400/10
8443/3 8461/25
8464/14 8464/21
8468/5 8477/25 8478/3
8478/5 8498/7
follow [2] 8375/11
8375/25
followed [5] 8366/2
8395/23 8398/17
8502/11 8526/12
following [3] 8441/18
8442/11 8475/12
follows [1] 8529/17
food [3] 8431/8 8483/9
8528/1
foolish [1] 8521/6
football [1] 8532/13
foregoing [1] 8544/3
form [7] 8390/20
8400/3 8402/3 8418/10
8419/8 8529/3 8531/1
former [3] 8461/23
8470/3 8470/3
FormerFeds [1] 8360/7
formerfedsgroup.com
[1] 8360/10
forth [1] 8431/20
forward [15] 8371/20
8379/23 8381/7
8395/18 8395/20
8417/1 8417/10
8442/12 8442/14
8442/17 8442/21
8443/8 8443/10
8443/18 8492/23
fought [1] 8529/24
foul [1] 8430/25
found [5] 8394/6
8473/15 8485/23
8508/9 8535/10
foundation [2] 8444/12
8491/16
Fountain [4] 8513/21
8516/6 8520/2 8520/15
four [4] 8385/17
8393/19 8439/8 8510/9
frame [2] 8424/22
8425/5
frankly [2] 8383/4
8462/22
fraudsters [1] 8408/6
free [4] 8447/17
8482/24 8483/19
8512/1
freedom [3] 8444/25
8475/13 8477/6
Freedom Plaza [2]
8475/13 8477/6
fresh [3] 8443/14
8498/13 8499/7
friction [1] 8389/21
Friday [5] 8384/20
8384/24 8385/2
8423/23 8423/25

**F**

**friends [3]** 8400/11
8424/20 8433/10
**friendship [2]** 8470/1
8492/23
**frightened [1]** 8522/9
**front [8]** 8359/10
8365/1 8395/19
8400/14 8465/11
8484/4 8484/20
8515/14
**Fuck [4]** 8435/16
8439/13 8440/20
8441/6
**full [6]** 8386/17
8417/22 8421/16
8423/22 8450/22
8454/15
**full-time [1]** 8423/22
**fully [1]** 8442/3
**fun [4]** 8471/22
8472/17 8478/9 8513/9
**fundamental [1]**
8378/24
**further [4]** 8395/18
8395/20 8417/13
8447/11
**furtherance [1]**
8368/19
**fused [3]** 8453/24
8456/12 8456/13
**fusion [1]** 8453/24

**G**

**G-o-d-b-o-l-d [1]**
8421/19
**gab [2]** 8430/23
8433/12
**Gabapentin [1]**
8459/19
**gabbing [2]** 8437/4
8437/5
**game [2]** 8530/16
8530/24
**games [1]** 8532/13
**gang [1]** 8509/14
**gap [1]** 8434/21
**garage [9]** 8466/20
8466/24 8467/11
8503/24 8504/4
8504/10 8504/14
8537/8 8537/13
**gas [1]** 8445/8
**gates [3]** 8505/14
8506/7 8513/3
**gather [1]** 8525/20
**gathered [7]** 8366/16
8366/19 8367/4
8368/19 8369/18
8379/2 8504/17
**gathering [3]** 8424/20
8464/14 8469/18
**Gator [1]** 8416/2
**gave [5]** 8379/15
8404/25 8405/2
8476/13 8526/9
**GED [1]** 8422/6
**general [5]** 8368/8

8411/9
**generally [1]** 8370/17
**gentleman [12]**
8369/13 8465/1 8465/3
8465/18 8468/18
8468/19 8473/18
8484/20 8488/3
8489/23 8496/13
8502/22
**gentlemen [18]**
8379/23 8385/16
8387/6 8388/10
8401/10 8402/14
8419/21 8426/11
8449/11 8450/4 8459/6
8459/8 8460/12 8471/9
8495/15 8516/9
8536/14 8539/3
**Georgetown [2]**
8496/20 8503/2
**Georgia [6]** 8414/8
8414/20 8525/8 8525/8
8525/14 8525/14
**Gestapo [2]** 8413/19
8420/14
**get [79]** 8372/13
8374/2 8375/4 8375/16
8377/5 8378/18 8381/6
8384/11 8391/14
8399/13 8409/5 8423/7
8423/15 8423/15
8427/8 8427/21
8428/21 8429/6 8436/5
8437/11 8439/21
8443/19 8444/10
8444/16 8451/13
8453/21 8457/2 8458/7
8462/23 8464/17
8466/13 8471/25
8474/1 8474/18
8474/18 8474/23
8475/12 8475/13
8480/22 8485/12
8486/19 8495/2
8495/20 8495/22
8502/18 8503/1
8503/25 8504/24
8505/4 8505/10
8505/11 8505/14
8508/3 8508/3 8508/4
8508/4 8508/6 8508/8
8508/10 8508/16
8509/13 8510/4 8510/6
8511/21 8511/24
8512/23 8513/6 8518/9
8522/15 8524/13
8525/17 8527/1
8527/13 8528/1
8528/18 8541/1 8541/7
8543/1 8543/14
**gets [1]** 8384/12
**getting [11]** 8374/10
8410/8 8410/9 8426/16
8475/9 8480/24 8522/8
8537/6 8537/8 8539/21
8541/17
**Geyer [2]** 8360/7

**gift [4]** 8430/23
8433/12 8433/15
8464/18
**give [6]** 8398/3
8421/21 8426/11
8428/2 8456/23 8491/8
**given [5]** 8372/17
8394/13 8394/23
8395/22 8443/22
**glad [2]** 8497/1 8517/4
**gladly [1]** 8512/1
**glanced [1]** 8497/18
**Glen [1]** 8360/13
**Glock [1]** 8405/21
**gmail.com [1]** 8359/5
**go [122]** 8365/25
8366/4 8368/14
8379/24 8383/23
8388/19 8392/19
8392/25 8395/13
8395/18 8395/19
8398/21 8404/3
8406/15 8407/15
8407/17 8408/5
8408/22 8409/19
8410/9 8410/16
8413/21 8417/5 8422/5
8430/1 8431/7 8432/10
8433/16 8433/16
8434/16 8435/11
8435/12 8435/25
8438/7 8438/24 8439/7
8439/8 8439/13
8442/12 8442/13
8443/4 8444/5 8444/14
8446/4 8451/11
8461/17 8462/4
8462/23 8464/17
8465/25 8467/16
8472/15 8472/16
8472/23 8472/24
8473/11 8473/14
8473/16 8474/3 8474/6
8474/11 8474/21
8474/23 8477/21
8477/22 8479/22
8479/23 8480/1 8480/5
8480/7 8481/16
8482/13 8484/14
8485/11 8485/14
8489/8 8489/24
8490/15 8495/23
8495/24 8498/21
8501/4 8501/7 8504/5
8504/14 8504/25
8505/20 8508/11
8509/16 8509/21
8510/8 8510/20
8510/22 8512/8
8512/11 8512/17
8512/24 8516/20
8519/3 8519/6 8522/17
8522/19 8522/20
8522/20 8525/10
8525/17 8525/18
8525/18 8525/21
8526/7 8526/8 8527/4

8532/5 8533/5 8535/4
8537/7 8540/20
8543/13 8543/14
**Go ahead [6]** 8430/1
8432/10 8443/4
8444/14 8489/24
8525/10
**God [2]** 8417/3 8417/4
**Godbold [18]** 8421/4
8421/8 8421/12
8421/18 8421/21
8422/3 8427/15 8430/7
8430/9 8433/23
8433/25 8434/10
8436/2 8438/11
8440/17 8444/24
8447/16 8449/6
**goes [5]** 8366/25
8381/17 8443/1 8443/1
8540/18
**going [107]** 8370/5
8370/5 8376/15
8376/23 8377/1 8381/1
8381/8 8382/6 8382/8
8385/5 8385/6 8385/20
8385/21 8385/22
8395/9 8395/9 8395/21
8395/24 8396/14
8396/25 8397/13
8405/10 8405/10
8409/12 8409/24
8409/25 8410/5
8411/11 8411/16
8412/16 8414/10
8422/22 8425/4
8429/25 8432/9 8441/4
8443/15 8444/23
8446/1 8451/10
8454/23 8458/2 8458/4
8460/3 8460/6 8461/16
8466/13 8472/15
8472/24 8472/25
8473/3 8473/4 8477/22
8481/9 8481/12
8481/15 8482/16
8485/12 8486/21
8487/14 8488/2 8489/8
8489/11 8490/16
8491/7 8491/17
8495/19 8495/25
8498/22 8499/16
8501/7 8501/9 8503/12
8504/10 8504/20
8505/14 8508/10
8510/15 8510/23
8512/3 8512/10
8513/19 8513/23
8514/6 8516/20
8517/10 8517/11
8517/19 8518/17
8519/4 8519/5 8521/16
8521/21 8523/22
8524/11 8524/19
8525/6 8525/7 8529/6
8529/8 8529/15
8530/25 8537/7
8538/21 8539/16

8540/19
**gone [7]** 8366/20
8367/2 8464/17
8504/15 8509/15
8534/19 8535/1
**gonna [1]** 8477/10
**good [22]** 8364/4
8364/6 8364/23
8364/24 8365/16
8374/14 8393/3
8401/13 8402/24
8403/1 8415/4 8417/22
8433/4 8433/5 8433/6
8457/5 8457/8 8462/1
8462/24 8494/16
8503/24 8539/5
**Good morning [3]**
8364/23 8403/1 8433/4
**good-faith [1]** 8415/4
**goodbye [1]** 8464/13
**goodbyes [1]** 8466/4
**gosh [1]** 8474/11
**got [41]** 8364/25
8365/1 8374/2 8384/19
8392/25 8396/16
8396/17 8399/5
8399/24 8400/1 8400/7
8413/13 8413/14
8415/3 8415/6 8419/9
8444/9 8461/2 8461/4
8463/7 8483/11
8485/20 8485/25
8497/19 8498/12
8499/2 8499/4 8501/10
8502/19 8503/20
8504/15 8504/20
8505/3 8513/7 8513/20
8522/4 8523/1 8525/17
8526/25 8528/7
8529/18
**gotten [2]** 8503/10
8504/21
**govern [1]** 8437/23
**government [31]**
8358/14 8364/13
8365/2 8365/19
8366/11 8366/12
8366/14 8368/15
8369/16 8370/24
8371/7 8372/5 8372/6
8372/8 8373/3 8376/9
8378/1 8388/13
8402/20 8407/5
8431/17 8447/16
8449/18 8476/13
8479/2 8493/17
8500/16 8530/19
8540/4 8541/18 8542/8
**government's [18]**
8362/11 8367/1
8372/24 8380/10
8404/10 8407/6
8407/13 8413/25
8414/1 8415/24
8416/10 8486/21
8490/17 8491/8
8515/18 8529/4
8529/12 8530/22

**G**

**Governor [1]** 8360/12
**grabs [1]** 8376/1
**grandmother [4]**
8431/21 8432/3
8432/12 8445/14
**grant [1]** 8383/11
**graphic [1]** 8458/6
**grass [4]** 8376/20
8396/14 8396/16
8396/17
**great [8]** 8433/15
8462/21 8472/17
8474/5 8474/12
8474/21 8508/5
8511/25
**grenades [1]** 8412/17
**grew [2]** 8467/18
8474/16
**grill [1]** 8469/17
**Grimes [9]** 8438/10
8438/17 8438/18
8439/12 8440/7
8440/21 8448/16
8448/16 8448/18
**grocery [1]** 8537/7
**ground [1]** 8426/21
**grounds [2]** 8509/17
8538/24
**group [37]** 8366/17
8367/3 8367/8 8367/24
8371/1 8374/13 8379/9
8379/20 8380/3 8380/6
8382/8 8382/12
8388/12 8390/8 8391/3
8399/20 8403/14
8403/16 8406/21
8407/20 8407/25
8410/1 8410/16
8411/19 8411/20
8415/17 8416/14
8418/17 8419/24
8460/8 8461/19 8462/1
8462/4 8462/21
8474/11 8474/22
8499/16
**groups [4]** 8415/1
8415/15 8436/21
8446/16
**grunt [1]** 8438/21
**guardrails [1]** 8375/20
**guess [14]** 8428/12
8447/17 8456/25
8459/3 8480/24
8481/16 8483/7
8493/16 8521/1
8529/16 8530/1
8541/12 8542/4
8542/22
**guests [1]** 8540/12
**gun [7]** 8394/4 8394/15
8470/9 8470/23
8471/16 8472/7
8494/16
**guns [4]** 8394/9
8394/24 8470/20
8471/11
**gust [1]** 8398/11

8487/1 8487/10
8489/13 8490/8
8490/10 8490/13
8498/23
**guys [7]** 8374/2
8398/16 8430/23
8431/20 8461/3
8499/23 8501/23

**H**

**had [144]** 8364/24
8365/10 8365/16
8365/21 8367/4
8368/24 8369/3
8369/10 8370/3 8370/6
8370/8 8372/23 8377/3
8379/2 8382/1 8382/1
8383/22 8384/20
8388/13 8388/24
8389/1 8389/25
8390/14 8393/1
8393/11 8395/22
8398/16 8399/7 8399/9
8399/17 8400/9
8400/13 8400/16
8405/21 8410/3 8410/6
8410/6 8413/21
8418/13 8419/12
8419/13 8420/1 8420/6
8420/20 8423/6 8425/1
8425/17 8425/19
8426/6 8426/20
8427/24 8428/3
8428/15 8428/20
8430/5 8430/23
8431/17 8433/8
8434/10 8442/21
8445/11 8445/13
8446/12 8446/13
8447/8 8452/23
8452/23 8453/18
8453/23 8454/3 8454/8
8454/15 8454/19
8454/22 8455/7 8455/8
8455/22 8458/2
8460/16 8461/19
8461/20 8462/1 8462/2
8462/2 8462/12
8462/15 8463/1
8464/17 8468/18
8469/15 8469/17
8470/24 8471/25
8472/4 8472/5 8472/7
8473/13 8473/24
8474/9 8474/15 8476/6
8482/23 8483/12
8484/10 8485/1 8486/5
8487/7 8487/20 8491/1
8492/13 8492/22
8493/9 8493/17
8499/20 8500/22
8503/10 8504/20
8504/21 8506/9
8511/21 8511/22
8511/23 8512/23
8513/9 8518/8 8518/16

8528/22 8529/23
8529/24 8530/14
8530/20 8531/11
8531/22 8534/19
8534/22 8535/1 8535/2
8535/21 8536/25
8541/9
**half [4]** 8393/15
8417/25 8452/5 8520/5
**halfway [2]** 8477/22
8522/5
**Haller [2]** 8364/16
8385/4
**ham [1]** 8393/24
**hand [11]** 8368/12
8376/20 8386/4 8421/5
8426/22 8450/10
8483/19 8483/22
8488/3 8517/23
8518/16
**handful [1]** 8364/25
**Handheld [1]** 8393/24
**hands [1]** 8482/24
**handsome [1]** 8451/7
**hang [5]** 8369/25
8535/13 8536/21
8537/17 8539/20
**hanging [2]** 8466/3
8505/15
**happen [4]** 8387/11
8420/3 8423/11
8539/24
**happened [19]** 8379/6
8379/16 8382/3
8387/14 8400/1
8400/16 8441/24
8454/16 8454/17
8454/18 8460/13
8461/13 8473/15
8481/8 8503/22
8504/19 8522/25
8526/22 8527/24
**happening [4]** 8366/6
8400/13 8443/15
8478/7
**happens [2]** 8367/25
8472/3
**happy [5]** 8366/8
8385/18 8464/19
8482/15 8542/15
**hard [10]** 8392/5
8425/17 8434/24
8456/3 8456/5 8494/18
8494/21 8494/25
8495/5 8495/6
**harm [1]** 8430/25
**harmful [1]** 8370/18
**Harrelson [6]** 8360/7
8364/9 8364/18 8389/6
8468/19 8501/12
**Harrisburg [1]** 8359/11
**has [47]** 8365/2
8365/12 8365/22
8368/4 8368/15
8368/16 8369/19
8370/16 8370/24
8371/6 8372/16

8372/20 8378/1 8382/9
8382/10 8383/8
8383/12 8383/23
8384/19 8385/23
8426/18 8428/17
8430/13 8432/22
8440/19 8453/1
8453/15 8453/16
8453/18 8453/22
8455/23 8456/11
8459/1 8459/7 8459/22
8462/3 8483/20
8483/21 8491/4
8495/18 8498/6 8499/6
8539/20 8540/4 8541/3
**hat [4]** 8487/2 8490/9
8513/8 8515/2
**have [173]** 8365/22
8366/20 8367/2
8367/23 8367/25
8368/15 8368/22
8369/8 8369/17 8371/4
8371/9 8371/10
8371/10 8371/11
8371/17 8371/19
8373/7 8373/10
8373/11 8374/4
8375/15 8375/21
8376/10 8378/18
8378/19 8379/16
8380/1 8381/7 8384/1
8384/8 8384/11
8384/24 8385/7
8385/18 8385/23
8392/12 8392/13
8393/8 8393/10 8394/7
8394/17 8398/24
8399/2 8402/17 8406/9
8407/7 8407/24 8409/5
8414/21 8415/3 8415/4
8415/7 8415/20
8418/20 8420/2 8420/4
8420/5 8420/6 8420/10
8420/21 8420/25
8422/6 8422/9 8422/16
8422/17 8422/21
8423/23 8424/24
8425/1 8425/3 8425/23
8426/4 8426/9 8426/10
8426/18 8427/10
8427/12 8427/12
8427/13 8432/19
8432/23 8433/12
8437/22 8437/22
8437/24 8440/4
8440/14 8443/20
8443/20 8444/2 8444/3
8444/5 8444/7 8445/21
8446/12 8448/10
8448/25 8449/5 8450/9
8451/8 8451/12 8454/6
8454/7 8454/25 8455/3
8455/17 8456/10
8456/13 8457/7
8457/15 8457/18
8457/23 8461/25
8463/7 8467/2 8467/4

8469/20 8469/20
8469/20 8470/12
8470/19 8470/22
8470/24 8471/23
8471/25 8472/2 8472/3
8472/11 8473/9 8474/6
8474/7 8475/3 8475/8
8475/24 8477/3
8483/10 8483/11
8483/12 8483/23
8487/4 8490/12
8490/16 8491/14
8493/22 8493/25
8494/15 8500/2 8504/7
8504/25 8506/7
8506/17 8508/7
8509/13 8509/15
8510/9 8511/23
8512/15 8512/25
8513/1 8513/1 8513/1
8515/20 8517/4
8517/25 8528/7 8530/7
8532/8 8535/4 8537/25
8539/4 8540/8 8540/21
8541/8
**haven't [3]** 8400/25
8446/6 8459/3
**having [5]** 8404/11
8430/24 8457/1
8466/12 8501/18
**hay [3]** 8438/15 8457/6
8457/6
**haze [1]** 8530/17
**he [380]**
**he didn't [2]** 8383/2
8469/7
**he said [4]** 8439/13
8443/12 8445/10
8478/7
**He sent [1]** 8474/2
**He wasn't [1]** 8426/16
**he'd [3]** 8426/17
8457/7 8492/25
**he'll [1]** 8487/25
**he's [45]** 8368/24
8370/5 8372/7 8373/20
8379/1 8379/9 8379/10
8379/10 8381/14
8381/15 8381/16
8381/16 8381/17
8382/11 8382/12
8409/8 8414/13 8415/9
8422/24 8425/19
8429/4 8431/8 8438/18
8438/22 8443/2 8451/4
8451/7 8452/25
8452/25 8453/4 8453/5
8453/18 8456/7
8457/21 8457/24
8458/8 8458/12
8458/21 8474/16
8484/23 8488/20
8493/1 8525/17
8525/18 8532/22
**head [7]** 8447/25
8448/7 8487/25
8488/12 8488/13
8488/19 8489/21

**headed [1]** 8399/10
**heading [2]** 8413/10
8484/16
**health [5]** 8426/9
8427/4 8453/14
8453/16 8528/11
**hear [9]** 8366/8 8409/3
8419/10 8473/9 8525/8
8525/13 8539/14
8541/24 8542/21
**heard [15]** 8380/9
8387/15 8406/9 8412/9
8412/10 8432/5
8442/20 8443/7
8461/15 8461/21
8462/12 8462/15
8487/7 8510/12
8541/24
**hearing [2]** 8409/2
8473/8
**hearsay [9]** 8375/23
8378/11 8432/7
8536/18 8536/20
8538/23 8540/23
8542/1 8542/4
**heat [2]** 8467/3 8467/4
**heavy [4]** 8428/15
8446/9 8446/14 8483/6
**held [3]** 8422/16
8447/25 8448/7
**help [29]** 8368/2
8368/21 8368/22
8374/10 8375/15
8379/13 8380/16
8380/17 8381/1 8381/7
8381/18 8381/21
8382/1 8383/2 8410/8
8410/10 8411/4 8423/9
8428/12 8457/6
8457/20 8457/23
8459/18 8459/19
8459/20 8459/21
8474/17 8474/23
8475/14
**helped [3]** 8382/2
8383/9 8526/20
**helpful [11]** 8370/18
8371/5 8371/10 8373/5
8373/7 8373/11
8379/17 8379/21
8381/6 8385/2 8475/14
**helping [4]** 8368/18
8427/7 8458/6 8499/24
**her [18]** 8432/13
8432/15 8471/18
8504/3 8506/2 8524/21
8529/17 8529/20
8535/14 8539/18
8539/18 8539/19
8539/20 8539/21
8540/11 8541/18
8541/20 8542/10
**here [42]** 8367/21
8368/22 8376/11
8376/14 8376/20
8378/22 8389/10
8391/11 8391/14

8416/25 8425/1
8426/18 8433/19
8434/17 8435/14
8438/24 8439/4 8439/5
8441/4 8441/17 8443/2
8444/23 8452/4 8453/2
8462/16 8462/22
8462/25 8463/5 8476/3
8476/23 8477/8
8478/17 8478/19
8479/20 8483/22
8491/9 8493/17 8505/9
8511/23 8519/5
8524/11 8527/19
**hey [13]** 8460/24
8461/4 8461/7 8461/18
8462/2 8464/16
8474/17 8476/2
8495/23 8499/23
8501/20 8503/10
8508/3
**hide [1]** 8516/25
**high [5]** 8426/16
8427/21 8529/14
8529/22 8532/12
**highly [3]** 8416/25
8417/9 8417/12
**highly-trained [3]**
8416/25 8417/9
8417/12
**Highway [1]** 8360/12
**hill [7]** 8368/25 8369/2
8396/14 8400/8
8418/21 8443/25
8533/14
**him [95]** 8371/24
8372/6 8372/10
8375/22 8376/17
8379/8 8382/2 8383/1
8383/9 8385/23
8388/25 8409/12
8414/11 8414/22
8414/23 8415/5
8422/23 8423/9
8424/17 8424/24
8425/2 8425/6 8425/14
8425/17 8425/23
8426/5 8426/10
8426/18 8427/21
8427/23 8427/24
8428/3 8428/6 8428/12
8428/16 8429/1 8438/3
8438/21 8448/19
8451/5 8453/11
8453/18 8453/20
8453/21 8453/25
8454/1 8454/10
8454/13 8455/19
8456/4 8456/5 8456/9
8456/14 8456/21
8457/15 8457/20
8457/21 8457/23
8458/2 8458/4 8458/7
8459/21 8461/3 8461/5
8461/21 8462/20
8465/22 8474/17
8475/11 8475/12
8476/2 8476/2 8485/24

8489/22 8492/25
8498/5 8505/15 8506/2
8506/11 8518/14
8518/15 8518/17
8526/12 8526/20
8529/18 8532/23
8533/24 8534/2
8536/17 8538/7 8538/8
8538/9 8538/10
**himself [4]** 8371/22
8372/15 8426/8
8526/21
**hip [7]** 8430/13
8452/24 8454/15
8454/19 8454/19
8454/20 8455/1
**hire [2]** 8424/2 8457/12
**hired [2]** 8424/15
8498/5
**his [131]** 8367/15
8367/18 8367/21
8367/23 8370/10
8372/1 8372/2 8372/18
8372/25 8378/13
8382/5 8383/5 8383/8
8385/23 8403/22
8403/22 8403/22
8403/23 8403/25
8404/3 8414/12
8414/15 8414/24
8417/9 8423/7 8423/10
8424/3 8424/8 8424/9
8424/10 8424/11
8424/11 8424/15
8424/23 8425/6
8425/16 8426/9
8426/18 8427/18
8427/25 8428/5
8428/10 8428/11
8428/12 8428/13
8428/18 8428/18
8429/4 8429/8 8429/11
8429/15 8429/15
8429/16 8429/23
8430/4 8430/11 8431/6
8431/8 8431/12
8431/13 8435/6
8439/14 8440/15
8443/21 8453/2 8453/4
8453/18 8453/22
8453/24 8454/8 8454/9
8454/11 8454/11
8454/19 8454/20
8455/1 8455/4 8455/17
8455/20 8455/21
8455/22 8455/24
8456/2 8456/4 8456/8
8456/10 8456/11
8456/14 8457/1
8457/16 8457/23
8458/14 8458/16
8458/20 8458/24
8459/17 8459/18
8459/22 8465/3 8465/6
8465/19 8469/16
8472/5 8475/2 8475/10
8475/11 8487/24

8488/19 8489/1 8490/5
8492/13 8498/7 8502/9
8518/16 8519/10
8526/12 8532/11
8532/23 8533/13
8533/20 8536/4 8536/6
8538/8 8538/8 8538/15
8539/21 8540/7 8542/6
8542/9
**hit [2]** 8469/25 8470/4
**hitting [1]** 8423/21
**HOA [1]** 8422/12
**hold [1]** 8471/4
**holding [3]** 8399/12
8506/4 8506/11
**home [9]** 8400/11
8420/24 8426/15
8427/4 8442/9 8449/10
8470/17 8474/18
8537/6
**honest [2]** 8530/14
8542/25
**honestly [5]** 8436/22
8437/19 8443/14
8445/16 8448/18
**Honor [69]** 8364/6
8365/4 8365/6 8366/10
8368/16 8369/1
8370/21 8376/25
8383/17 8384/10
8385/25 8386/2 8386/9
8402/17 8414/5 8414/7
8418/11 8420/21
8420/25 8421/3
8421/10 8431/25
8432/23 8447/1 8449/5
8449/8 8450/6 8459/24
8460/4 8463/24
8471/13 8471/17
8476/15 8476/17
8477/13 8477/18
8479/6 8479/8 8480/14
8482/7 8485/4 8485/8
8491/16 8494/10
8496/4 8497/6 8508/25
8509/24 8517/7
8524/19 8528/16
8529/7 8529/23 8531/3
8534/11 8534/13
8535/9 8536/3 8536/18
8536/20 8538/23
8539/16 8540/16
8540/21 8540/23
8542/17 8542/19
8542/20 8543/8
**Honor's [1]** 8375/10
**HONORABLE [2]**
8358/9 8364/3
**hope [3]** 8364/24
8385/17 8449/4
**hopeful [1]** 8510/3
**hoping [6]** 8378/18
8453/25 8462/22
8504/6 8508/8 8510/6
**hopping [1]** 8462/23
**hospital [2]** 8454/4
8454/12

**hospitality [2]** 8467/21
8467/25
**hotel [14]** 8486/9
8486/12 8486/13
8486/17 8487/10
8490/4 8496/19 8501/1
8501/11 8501/23
8528/2 8528/7 8528/8
8531/11
**hotels [1]** 8486/19
**hotmail.com [1]**
8360/15
**hounded [1]** 8542/3
**hounding [3]** 8540/9
8542/14 8543/5
**hour [14]** 8381/11
8381/13 8408/14
8409/14 8413/8 8452/5
8452/5 8520/4 8520/4
8520/4 8520/4 8520/5
8539/5 8539/10
**hours [8]** 8423/19
8423/22 8477/8 8483/5
8508/7 8508/8 8508/8
8510/9
**house [25]** 8401/3
8423/7 8423/15 8424/3
8424/6 8424/9 8424/15
8429/15 8429/5
8429/15 8438/20
8446/8 8448/11
8460/19 8463/4 8463/8
8466/6 8466/9 8468/7
8468/10 8470/13
8470/20 8470/25
8537/14 8537/24
**housekeeping [1]**
8384/11
**houses [1]** 8424/10
**how [56]** 8368/2
8369/5 8372/13 8374/5
8374/19 8380/10
8381/11 8391/14
8396/12 8396/20
8405/17 8414/21
8421/24 8422/3 8422/5
8422/16 8422/16
8422/21 8424/14
8427/8 8431/6 8433/4
8433/5 8438/4 8440/12
8440/15 8443/17
8451/8 8451/11 8452/3
8456/15 8457/24
8459/9 8460/13
8460/13 8461/8
8467/14 8470/22
8471/1 8472/9 8472/12
8475/12 8475/13
8475/14 8494/21
8497/4 8500/12 8501/9
8501/20 8503/14
8516/6 8520/1 8520/2
8535/3 8535/20 8538/6
**however [2]** 8369/18
8409/3
**Hughes [4]** 8358/15
8364/13 8402/24
8418/2

8559

**H**

huh [5]  8429/10 8439/6
8444/8 8479/1 8515/6
humor [1]  8413/20
hundred [1]  8494/23
hundreds [3]  8516/23
8516/25 8524/3
hung [2]  8507/25
8512/9
hunt [3]  8471/24
8494/4 8494/6
hunting [1]  8533/2
hurts [1]  8488/1
husband [97]  8451/4
8452/15 8452/17
8453/8 8456/20
8458/18 8459/9
8462/15 8469/5
8469/20 8469/22
8469/24 8470/19
8471/7 8471/20
8472/23 8475/8
8475/21 8477/7
8477/11 8477/17
8478/6 8478/12
8479/15 8480/11
8481/7 8481/21
8482/15 8485/13
8485/22 8486/9
8486/12 8487/17
8487/20 8488/6
8488/18 8488/25
8490/9 8490/19 8492/4
8492/7 8495/12
8495/17 8496/2
8497/24 8498/17
8498/23 8501/7 8502/4
8507/4 8507/17
8508/16 8509/10
8509/23 8511/14
8511/18 8513/13
8513/15 8514/15
8514/21 8515/14
8515/19 8516/21
8518/12 8520/2
8520/18 8521/9
8521/13 8521/23
8523/8 8523/18
8525/15 8526/7 8526/8
8526/14 8527/1 8527/6
8527/10 8527/20
8528/4 8528/5 8528/6
8532/5 8533/5 8533/12
8533/16 8533/18
8534/9 8534/25
8535/14 8535/23
8537/1 8537/21
8539/18 8539/19
8539/20 8541/23
husband's [9]  8487/7
8488/12 8489/21
8491/24 8508/14
8508/23 8528/10
8531/14 8532/8

**I**

I also [3]  8440/7
8448/19 8532/7

I am [2]  8415/4
8517/25 8540/8
8527/22
I assume [1]  8444/18
I believe [25]  8367/14
8369/16 8395/16
8396/24 8397/6 8407/4
8419/13 8420/9 8436/6
8441/1 8462/7 8463/10
8464/25 8465/7 8465/8
8465/20 8497/19
8502/3 8502/15
8510/15 8519/10
8528/22 8533/1 8541/7
8541/23
I can [9]  8366/9
8377/18 8382/25
8404/14 8407/8
8474/21 8478/1
8505/10 8539/14
I can't [1]  8445/23
I couldn't [1]  8453/21
I did [14]  8384/13
8389/17 8391/9
8391/19 8394/6 8395/4
8428/13 8428/25
8447/6 8447/23 8483/4
8483/16 8497/11
8537/12
I didn't [10]  8390/21
8395/22 8406/1
8413/13 8436/23
8447/7 8522/10 8538/9
8543/1 8543/1
I didn't know [1]
8468/6
I didn't say [1]  8372/22
I didn't see [2]  8412/16
8424/17
I don't [17]  8367/16
8371/8 8371/24
8373/19 8375/2 8375/3
8379/22 8432/13
8436/9 8440/5 8448/19
8465/23 8478/18
8530/13 8541/14
8541/20 8542/1
I don't have [3]
8437/22 8446/12
8540/21
I don't recall [1]
8417/11
I don't think [1]
8518/25
I guess [13]  8428/12
8447/17 8456/25
8459/3 8480/24
8481/16 8483/7 8521/1
8529/16 8530/1
8541/12 8542/4
8542/22
I have [17]  8365/22
8378/18 8384/1
8402/17 8420/21
8420/25 8422/6
8423/23 8425/3
8432/23 8449/5
8451/12 8457/23
8475/3 8483/23

I haven't [1]  8446/6
I hope [1]  8364/24
8449/4
I just [7]  8384/18
8394/21 8443/12
8451/19 8474/9
8518/16 8530/3
I know [9]  8402/11
8404/24 8406/3
8429/25 8445/19
8468/17 8491/17
8523/10 8535/7
I mean [11]  8370/5
8379/18 8379/20
8382/19 8400/24
8426/6 8428/5 8457/1
8521/1 8541/16 8542/1
I never [1]  8438/20
I said [1]  8543/11
I say [1]  8472/14
I seriously [1]  8414/4
I should [9]  8385/5
8390/13 8392/13
8398/21 8470/12
8478/23 8483/11
8501/11 8512/15
I stayed [1]  8393/1
I think [42]  8374/21
8374/21 8378/11
8380/2 8382/5 8383/16
8397/5 8403/9 8415/3
8415/7 8420/12
8429/25 8434/6 8443/2
8440/20 8441/6 8443/2
8446/25 8448/4 8449/2
8455/11 8456/12
8466/2 8470/1 8491/17
8493/3 8496/14
8500/13 8502/22
8503/15 8509/18
8528/25 8529/2
8529/20 8529/22
8529/24 8531/1
8540/18 8540/18
8540/21 8542/5 8543/2
8543/5
I thought [6]  8398/20
8468/7 8474/5 8504/23
8522/9 8541/17
I told [1]  8499/5
I understand [19]
8365/2 8378/12
8380/15 8381/4
8386/24 8394/3
8400/21 8423/18
8431/21 8451/17
8451/25 8467/25
8473/18 8482/18
8485/1 8492/7 8493/16
8510/3 8513/15
I want [11]  8366/8
8377/24 8389/10
8403/13 8404/7
8409/19 8413/21
8413/25 8452/17
8482/21 8538/21
I wanted [2]  8482/24

I was [31]  8375/11
8387/12 8393/4 8396/3
8398/12 8405/9
8412/14 8413/16
8420/18 8423/9
8423/24 8423/25
8424/17 8432/13
8434/4 8437/9 8441/18
8445/22 8446/7
8447/10 8468/6 8483/6
8497/11 8518/14
8525/20 8533/17
8537/6 8537/6 8537/7
8537/7 8540/19
I went [3]  8375/18
8501/5 8504/18
I work [2]  8422/12
8445/3
I wouldn't [1]  8474/6
I'd [2]  8398/20 8540/16
I'll [21]  8383/11
8384/11 8386/7
8388/19 8390/23
8402/4 8418/11 8421/9
8430/1 8443/4 8450/13
8475/5 8485/8 8491/13
8514/18 8534/13
8539/9 8539/10
8542/25 8543/2
8543/14
I'm [83]  8366/8 8367/6
8367/11 8368/23
8369/14 8371/23
8375/18 8376/6
8376/25 8378/18
8382/8 8383/4 8384/10
8387/15 8390/21
8391/5 8392/4 8397/13
8399/12 8404/24
8408/2 8409/12
8414/10 8414/17
8422/4 8422/15
8423/22 8425/4
8433/24 8436/5 8438/4
8438/4 8439/19 8441/1
8442/3 8443/19
8445/13 8445/15
8445/22 8448/18
8451/10 8455/12
8455/13 8510/22
8512/3 8513/23 8514/6
8516/20 8517/4
8517/10 8517/11
8517/19 8518/5 8518/7
8524/11 8524/19
8525/7 8530/1 8534/7
8538/21 8539/13
8541/5 8541/12
8542/15

I'm going [15]  8397/13
8425/4 8451/10 8460/6
8477/22 8481/12
8485/12 8486/21
8488/2 8490/16
8498/22 8510/15
8512/3 8513/23 8525/7
I'm not [13]  8368/23
8371/23 8399/12
8404/24 8409/12
8433/24 8441/1
8445/15 8445/22
8448/18 8516/20
8518/5 8539/13
I'm not sure [2]  8392/4
8445/13
I'm sorry [10]  8367/6
8367/11 8376/6
8387/15 8390/21
8414/17 8455/12
8455/13 8510/22
8541/5
I've [24]  8374/2
8383/16 8407/25
8419/9 8428/3 8432/5
8436/6 8436/18
8436/20 8436/22
8437/8 8437/8 8444/4
8444/18 8444/19
8444/24 8446/7
8453/18 8458/2 8461/4
8472/12 8488/23
8493/2 8497/19
idea [10]  8366/14
8368/17 8369/20
8372/20 8410/15
8473/10 8491/1
8499/20 8517/25
8535/2
identify [4]  8370/9
8378/3 8384/13
8398/20
III [3]  8358/6 8359/2
8364/8
illegal [2]  8431/18
8480/13
illegitimate [2]  8408/2
8408/4
images [1]  8396/1
immediately [3]
8485/25 8486/11
8526/9
impact [2]  8528/24
8530/7
impaired [1]  8529/2
important [2]  8414/15
8485/9
inappropriate [1]
8368/7
inaugural [8]  8397/3
8518/9 8519/20 8523/6
8523/19 8524/1 8524/2
8526/1
inauguration [1]
8396/2
incident [1]  8536/25
include [3]  8366/17
8366/23 8380/7

**I**

**includes [1]** 8378/2
**including [3]** 8371/4
8382/23 8384/7
**INDEX [3]** 8362/2
8362/9 8363/2
**indicate [3]** 8429/3
8464/24 8468/13
**indicated [9]** 8397/20
8419/12 8454/15
8468/12 8487/19
8492/22 8531/11
8533/11 8539/17
**individual [2]** 8379/8
8416/2
**individuals [11]** 8365/9
8365/12 8366/2 8405/5
8405/7 8405/13
8408/19 8411/12
8464/23 8468/12
8468/23
**indulgence [3]**
8394/20 8534/14
8543/12
**inexpensive [1]**
8486/18
**infer [1]** 8529/14
**inferred [1]** 8540/4
**information [6]**
8367/15 8375/21
8383/6 8394/9 8520/14
8535/20
**informed [1]** 8377/25
**inherited [2]** 8472/4
8492/13
**initial [1]** 8381/15
**injured [8]** 8410/1
8410/2 8410/3 8410/15
8410/16 8410/21
8411/2 8411/7
**injury [1]** 8455/20
**Inn [8]** 8486/14
8486/16 8487/11
8487/17 8488/4 8492/8
8495/9 8506/16
**inner [1]** 8505/15
**innocent [1]** 8435/4
**inquire [1]** 8385/1
**inside [18]** 8373/22
8374/2 8375/16
8379/16 8379/17
8399/17 8399/23
8441/12 8441/24
8468/9 8518/23
8521/21 8527/1 8527/4
8527/6 8532/2 8532/5
8535/1
**insofar [1]** 8382/21
**instead [2]** 8436/17
8436/17
**instruction [9]** 8377/5
8384/7 8528/17
8528/21 8529/25
8530/2 8530/5 8542/13
8542/16
**instructions [4]**
8394/12 8394/23
8395/23 8405/1

**intend [1]** 8378/2
**intended [2]** 8368/11
8418/9
**intends [2]** 8365/7
8365/15
**intent [4]** 8371/24
8381/8 8529/4 8529/8
**intention [2]** 8402/1
8418/14
**interact [6]** 8424/14
8464/20 8489/1 8489/3
8507/17 8507/20
**interacted [2]** 8369/7
8369/7
**interacting [2]** 8366/1
8366/5
**interaction [14]**
8365/10 8368/24
8369/3 8369/10 8370/4
8370/6 8370/9 8372/12
8372/13 8372/20
8372/23 8469/20
8469/21 8480/11
**interactions [6]**
8394/17 8401/23
8424/24 8425/1
8425/22 8426/5
**interruption [1]**
8451/21
**intervals [1]** 8412/15
**interview [2]** 8400/22
8405/2
**interviewed [3]**
8372/16 8432/18
8432/21
**intoxication [1]**
8530/25
**introduced [2]** 8423/9
8461/3
**invited [5]** 8371/12
8373/13 8391/21
8460/21 8460/21
**invoked [1]** 8447/22
**involved [3]** 8393/17
8419/23 8487/6
**involvement [1]**
8367/21
**involving [2]** 8414/18
8420/5
**irregular [1]** 8412/15
**is [307]**
**is that correct [36]**
8386/25 8388/17
8396/11 8401/1
8401/21 8402/12
8403/3 8403/5 8403/11
8403/21 8404/5 8405/3
8406/7 8408/15
8412/22 8413/6
8419/14 8419/24
8431/22 8437/25
8439/2 8451/6 8452/1
8470/7 8476/24
8479/16 8484/24
8485/2 8495/9 8501/1
8502/4 8513/16
8518/10 8526/15
8527/11 8538/15

**intend [1]** 8378/2
8475/19 8521/3
**is there [4]** 8481/24
8486/16 8511/4
8515/14
**isn't [7]** 8408/20
8409/11 8412/13
8413/19 8490/3
8511/25 8542/9
**Isn't that correct [1]**
8409/11
**issue [8]** 8365/2
8371/5 8371/7 8371/15
8382/14 8453/17
8540/21 8543/9
**issued [1]** 8400/18
**issues [16]** 8368/5
8384/7 8384/7 8384/8
8404/12 8426/20
8453/14 8453/16
8453/18 8455/17
8456/10 8457/2 8459/8
8466/12 8472/1
8487/20
**it [304]**
**It was [1]** 8396/14
**it would be [4]** 8368/7
8375/2 8375/12
8540/24
**it's [103]** 8370/1
8370/4 8378/12
8378/15 8380/19
8380/22 8381/12
8381/19 8382/8
8382/10 8382/19
8383/12 8392/5 8407/9
8408/3 8408/4 8409/6
8409/9 8414/14 8419/1
8421/18 8421/23
8422/1 8424/10
8424/12 8426/1 8426/1
8431/25 8432/1 8432/8
8432/10 8433/15
8434/21 8434/22
8434/24 8436/11
8440/20 8441/1 8441/6
8442/7 8442/25
8444/13 8444/13
8448/4 8449/2 8449/11
8452/3 8452/7 8452/12
8456/3 8456/5 8456/12
8458/1 8460/1 8466/10
8467/15 8470/11
8471/22 8472/2
8472/10 8472/12
8472/14 8472/18
8480/2 8481/23 8485/8
8486/24 8487/24
8489/12 8489/13
8491/18 8492/16
8493/10 8495/18
8495/24 8497/21
8498/1 8509/16
8509/18 8511/6 8517/8
8519/10 8522/4
8528/21 8529/7 8529/8
8530/4 8530/14
8530/18 8532/22

**J-o-h-n [1]** 8386/19
**J-o-s-e-p-h [1]** 8421/18
**jacket [2]** 8513/8
8515/1
**James [5]** 8359/2
8364/14 8378/2 8378/4
8378/5
**Jan [3]** 8377/7 8379/5
8415/22
**Jan 6 [1]** 8415/22
**Jane [1]** 8430/9
**January [61]** 8367/19
8370/11 8372/3 8373/5
8390/12 8390/15
8391/11 8392/3
8392/14 8394/5
8394/18 8401/1 8401/7
8401/18 8404/17
8407/2 8409/21
8411/11 8416/1 8416/5
8424/23 8425/6 8429/7
8431/2 8431/4 8431/11
8437/7 8438/11
8438/25 8446/4
8448/17 8448/23
8453/7 8454/25
8455/14 8456/2 8458/9
8459/14 8470/12
8484/10 8485/12
8485/14 8485/17
8486/3 8487/7 8490/19
8490/25 8492/5 8495/8
8496/9 8501/1 8509/10
8511/12 8511/16
8516/22 8529/3 8533/6
8533/6 8534/21 8536/9
8536/10
**January 5th [3]** 8495/8
8496/9 8533/6
**January 6th [44]**
8367/19 8370/11
8372/3 8373/5 8390/12
8392/3 8392/14 8394/5
8394/18 8401/1 8401/7
8401/18 8404/17
8409/21 8411/11
8416/1 8416/5 8424/23
8429/7 8431/2 8431/11
8438/25 8446/4
8448/17 8448/23
8453/7 8454/25
8455/14 8456/2 8458/9
8459/14 8485/12
8485/14 8485/17
8486/3 8490/19
8490/25 8492/5 8501/1

8536/21 8538/14
8539/4 8540/15
8540/22 8540/23
8541/5 8542/1 8542/1
8542/2 8542/4
**items [2]** 8428/15
8470/16
**itinerary [1]** 8392/12
**its [2]** 8418/14 8455/21

**J**

8511/12 8511/12
8511/16 8516/22
8529/3
**January 7th [1]**
8534/21
**JC [1]** 8384/18
**jcrisp [1]** 8359/12
**Jeffrey [2]** 8358/14
8364/12
**jeffrey.nestler [1]**
8358/20
**Jericho [1]** 8481/17
**Jericho March [1]**
8481/17
**Jessica [15]** 8359/9
8364/10 8389/2
8465/14 8501/16
8501/18 8503/8 8504/3
8505/17 8505/23
8506/4 8507/21
8534/16 8536/11
8540/10
**Jessica Watkins [8]**
8389/2 8465/14
8501/16 8501/18
8503/8 8534/16
8536/11 8540/10
**jlbrightlaw [1]** 8359/5
**job [1]** 8423/22
**Joe [6]** 8433/23
8433/25 8434/14
8436/2 8444/24
8480/13
**John [3]** 8386/3
8386/13 8386/19
**Johnson [4]** 8365/25
8366/3 8372/14
8376/13
**Johnston [1]** 8359/6
**join [6]** 8388/5 8388/8
8419/14 8419/18
8485/2 8540/16
**joined [6]** 8387/3
8387/7 8387/16
8387/23 8395/11
8403/14
**joint [2]** 8454/19
8454/20
**joke [1]** 8420/17
**jokes [1]** 8457/24
**Jonathan [2]** 8359/9
8364/19
**Joseph [3]** 8421/4
8421/12 8421/18
**Jr [2]** 8359/6 8360/2
**JUDGE [2]** 8358/10
8415/10
**Juli [1]** 8364/16
**June [4]** 8400/22
8403/20 8404/1 8405/2
**juror [3]** 8382/11
8384/19 8529/14
**jurors [1]** 8385/5
**jury [45]** 8358/9 8375/6
8381/5 8382/6 8382/14
8384/7 8385/12
8385/13 8387/6
8388/10 8392/21

8561

**J**

jury... [34] 8401/11
8402/15 8419/22
8426/12 8437/17
8443/17 8449/9
8449/15 8449/25
8450/1 8451/24 8459/6
8459/9 8460/12 8464/7
8471/10 8476/20
8477/2 8479/11
8486/25 8489/12
8492/10 8495/15
8497/21 8498/11
8502/21 8516/10
8516/21 8528/23
8530/6 8534/24
8536/14 8539/7
8540/17
just [143] 8366/6
8366/17 8367/23
8369/16 8376/19
8380/1 8381/9 8383/7
8383/12 8384/18
8385/8 8388/19
8389/10 8390/23
8394/21 8396/14
8397/1 8398/21 8400/4
8400/24 8404/9
8406/16 8407/9
8407/10 8407/17
8409/8 8411/1 8412/16
8413/1 8424/19
8424/19 8425/17
8425/21 8426/23
8430/22 8430/23
8431/19 8433/19
8434/2 8434/16 8435/4
8435/6 8435/12
8435/16 8435/20
8435/22 8435/23
8437/4 8437/5 8440/19
8441/6 8442/9 8442/11
8443/12 8444/23
8444/25 8445/4
8451/19 8452/12
8452/23 8454/2
8454/16 8454/22
8456/7 8457/11
8457/22 8457/25
8458/6 8459/7 8459/8
8459/24 8465/16
8466/3 8466/13 8468/5
8468/8 8471/14
8471/22 8472/10
8472/11 8472/15
8472/16 8474/9
8474/10 8475/4
8475/14 8480/22
8481/1 8482/15
8483/12 8483/12
8486/12 8487/6
8487/25 8491/8 8493/8
8495/20 8495/24
8495/25 8497/11
8497/12 8497/15
8497/18 8498/12
8499/2 8499/4 8499/23
8501/20 8502/9
8504/17 8505/6
8505/15 8505/19
8505/20 8506/14
8507/21 8510/22
8514/15 8514/18
8514/19 8514/25
8516/19 8518/16
8519/12 8519/18
8519/24 8522/10
8522/14 8522/14
8524/16 8526/11
8526/24 8530/3
8531/16 8532/22
8532/23 8537/4 8538/9
8539/23 8540/25
8543/11
Justice [2] 8448/10
8448/11

**K**

Kathryn [2] 8358/14
8364/12
kathryn.rakoczy [1]
8358/19
Kavanaugh [1]
8448/10
Kearneysville [1]
8421/23
keep [5] 8476/1 8477/9
8505/7 8519/4 8529/24
Keeper [9] 8367/7
8371/11 8371/17
8375/15 8377/5
8379/13 8408/2
8418/19 8464/20
Keepers [105] 8365/16
8365/21 8366/17
8366/22 8366/24
8367/8 8367/9 8367/13
8367/14 8367/19
8368/9 8369/19
8370/12 8370/16
8370/20 8370/23
8371/4 8371/6 8372/4
8372/18 8373/2 8373/4
8374/14 8374/17
8374/23 8374/25
8375/8 8376/16
8376/20 8378/25
8379/10 8380/4 8380/7
8380/9 8380/10
8380/11 8380/13
8380/21 8381/19
8382/23 8383/3 8387/3
8387/7 8387/16
8387/23 8388/2 8388/5
8388/6 8389/11
8389/22 8389/23
8390/14 8391/4
8391/16 8391/18
8392/7 8393/7 8398/18
8401/24 8401/25
8402/2 8403/14
8405/25 8406/2
8413/24 8414/8
8414/12 8414/19
8414/20 8414/25
8419/14 8419/18
8419/23 8420/10
8460/8 8461/20
8461/21 8462/13
8466/23 8467/7 8468/9
8469/3 8469/10
8472/20 8474/14
8474/23 8475/9
8480/11 8481/8 8485/2
8486/2 8499/15 8506/5
8506/15 8506/18
8506/21 8507/5 8511/1
8511/8 8511/15
8511/21 8534/19
8535/1
Keepers' [1] 8377/9
Kelly [7] 8360/2 8364/9
8372/21 8372/24
8389/4 8468/19
8501/12
Kelly Meggs [5]
8372/21 8372/24
8389/4 8468/19
8501/12
Kenneth [5] 8360/7
8364/9 8389/6 8468/19
8501/12
Kenneth Harrelson [3]
8389/6 8468/19
8501/12
kept [3] 8455/21
8473/7 8505/4
kickback [1] 8494/16
kids [1] 8422/9
kind [42] 8392/4
8398/14 8412/14
8423/22 8438/20
8441/2 8442/9 8443/24
8444/7 8456/13
8458/12 8464/16
8467/11 8470/1 8470/4
8473/3 8474/14 8476/3
8479/20 8482/24
8483/10 8487/25
8488/20 8490/5
8492/22 8493/1
8493/10 8496/23
8497/18 8503/12
8504/2 8505/18
8506/12 8507/14
8513/8 8518/17
8518/20 8522/7 8522/8
8522/8 8526/11
8526/20
kinds [1] 8461/24
kit [4] 8509/16 8512/17
8512/21 8513/11
kitchen [2] 8428/6
8429/15
kitting [1] 8513/10
knew [26] 8369/21
8369/22 8370/2 8370/3
8372/22 8381/19
8381/24 8391/20
8399/22 8420/6 8437/6
8437/10 8437/13
8437/15 8443/9
8419/14 8419/18
8419/23 8420/10
8460/20 8460/24
8466/12 8475/12
8491/11 8499/15
8503/12 8503/25
8534/25
knob [1] 8525/3
know [126] 8369/10
8372/13 8373/9 8374/5
8374/16 8374/19
8374/24 8378/10
8378/15 8380/19
8381/3 8382/4 8382/5
8383/2 8383/13
8384/22 8391/19
8393/12 8396/12
8402/11 8404/24
8405/19 8405/24
8406/1 8406/3 8409/13
8409/16 8412/10
8412/20 8416/3 8422/1
8422/19 8423/3 8423/9
8423/14 8424/1
8424/19 8429/25
8430/25 8431/1
8436/20 8436/22
8436/23 8437/3 8437/4
8441/18 8441/24
8443/14 8443/15
8444/20 8445/17
8445/19 8445/21
8451/3 8455/6 8457/1
8457/5 8457/20
8460/16 8460/18
8461/18 8461/24
8462/3 8462/21
8462/23 8463/3 8463/4
8465/18 8465/22
8465/22 8468/6
8468/17 8470/23
8472/7 8474/8 8474/13
8474/17 8475/14
8476/1 8476/2 8485/22
8487/24 8490/5
8490/24 8491/2
8491/17 8492/24
8493/18 8494/7
8494/21 8494/25
8495/20 8495/23
8497/13 8497/13
8497/18 8498/1
8498/23 8499/6
8499/14 8499/18
8499/23 8499/24
8500/17 8504/25
8505/13 8505/16
8505/17 8506/1 8506/1
8506/6 8507/13
8511/24 8520/4 8520/5
8522/4 8523/10
8526/24 8529/5
8530/18 8530/22
8532/20 8535/3 8535/7
8541/11 8542/10
knowing [1] 8384/23
knowledge [23]
8393/18 8394/13
8399/21 8401/23
8432/20 8445/11
8445/13 8454/25
8485/2 8485/6 8485/22
8486/6 8490/9 8492/4
8500/2 8500/21
8506/20 8533/9
8534/25 8535/11
known [6] 8403/17
8422/21 8436/25
8451/8 8453/11
8453/18
knows [4] 8374/25
8375/21 8414/8
8494/11

**L**

L1 [1] 8455/10
L4 [1] 8453/24
L4-L5 [1] 8453/24
L5 [1] 8453/24
LA [1] 8359/7
laborious [1] 8456/18
lacked [1] 8530/25
ladder [1] 8427/22
ladders [1] 8426/15
ladies [17] 8385/16
8387/6 8388/10
8401/10 8402/14
8419/21 8426/11
8449/11 8450/4 8459/6
8459/8 8460/12 8471/9
8495/15 8516/9
8536/14 8539/3
lady [1] 8476/23
land [1] 8495/21
language [1] 8495/25
large [8] 8367/13
8398/1 8398/2 8444/2
8454/8 8454/9 8522/21
8522/22
larger [1] 8376/15
last [3] 8378/16
8385/17 8436/5
LaStarza [2] 8365/9
8366/3
late [3] 8424/3 8438/11
8477/8
later [9] 8383/1
8392/18 8408/14
8409/14 8442/16
8475/21 8512/12
8520/17 8527/21
law [18] 8360/3
8382/24 8386/24
8387/13 8401/12
8401/13 8402/15
8420/8 8436/7 8436/15
8436/22 8436/23
8437/2 8437/11
8437/18 8461/24
8500/9 8540/6
lawmakers' [1]
8500/17
lawn [4] 8359/3
8396/11 8397/25
8526/25
laws [3] 8394/4

laws... **[2]** 8437/23 8437/25
**lay [1]** 8495/21
**layout [1]** 8466/8
**Lazarus' [1]** 8373/15
**lead [10]** 8439/15 8439/17 8439/18 8439/19 8439/21 8440/2 8440/4 8440/10 8440/14 8440/23
**leader [3]** 8388/1 8393/15 8403/16
**leaders [4]** 8406/22 8407/21 8408/5 8416/13
**Leadership [1]** 8415/16
**leading [8]** 8409/1 8414/23 8454/24 8456/2 8458/10 8459/13 8469/5 8485/6
**leads [1]** 8367/3
**learn [5]** 8400/8 8472/9 8483/2 8535/14 8535/20
**learned [9]** 8460/17 8472/10 8472/12 8520/9 8520/13 8534/18 8534/21 8535/14 8535/16
**least [9]** 8371/2 8379/10 8381/2 8403/25 8409/24 8419/22 8454/1 8516/11 8540/13
**leave [13]** 8373/7 8373/10 8380/17 8385/21 8391/24 8392/15 8392/16 8398/9 8427/9 8427/9 8431/6 8508/11 8537/7
**leaving [7]** 8373/11 8399/8 8412/24 8445/1 8445/5 8477/9 8512/8
**led [4]** 8390/3 8398/24 8420/2 8533/13
**Lee [2]** 8359/2 8364/14
**left [26]** 8371/10 8376/20 8398/6 8413/5 8454/21 8455/18 8455/25 8465/19 8466/17 8466/20 8467/12 8467/23 8476/24 8477/3 8488/8 8500/25 8501/22 8506/15 8507/23 8512/6 8512/12 8512/23 8513/4 8513/4 8518/18 8527/24
**left-hand [1]** 8376/20
**legal [3]** 8394/3 8480/20 8481/2
**legally [1]** 8394/8
**Leland [1]** 8386/23
**length [1]** 8425/18
**LEOSA [2]** 8401/7 8401/11

**let [15]** 8368/6 8409/1 8422/25 8428/8 8461/9 8476/2 8486/1 8499/21 8499/24 8506/14 8507/1 8511/11 8519/4 8534/17 8543/2
**let's [29]** 8370/19 8384/5 8408/22 8418/6 8432/8 8435/25 8438/7 8438/24 8440/8 8443/3 8446/13 8448/3 8448/14 8449/12 8462/21 8479/23 8485/12 8488/17 8510/20 8514/16 8519/5 8522/20 8525/17 8525/18 8525/18 8526/7 8526/8 8530/11 8539/3
**Let's see [1]** 8432/8
**lets [1]** 8540/21
**letter [1]** 8439/14
**letting [1]** 8506/12
**level [10]** 8416/24 8426/21 8426/21 8444/9 8455/10 8466/14 8519/13 8519/15 8519/17 8519/19
**levels [1]** 8542/4
**license [4]** 8429/23 8430/4 8458/24 8459/1
**licenses [1]** 8394/8
**Lieutenant [3]** 8365/24 8366/3 8372/14
**life [5]** 8453/17 8453/17 8487/4 8493/3 8493/22
**life-limiting [1]** 8453/17
**Life360 [2]** 8492/2 8492/5
**lifetime [1]** 8432/16
**lift [2]** 8438/22 8457/6
**lifted [1]** 8429/5
**light [1]** 8426/16
**lighting [1]** 8507/8
**lights [2]** 8503/10 8504/3
**lightweight [1]** 8484/7
**like [67]** 8367/17 8373/10 8384/22 8397/2 8397/2 8413/17 8415/5 8418/3 8422/2 8423/24 8426/21 8426/22 8428/2 8435/4 8436/11 8438/2 8438/4 8438/20 8439/18 8440/19 8441/6 8441/17 8445/14 8446/6 8453/20 8461/4 8461/18 8461/24 8462/1 8462/22 8465/16 8467/10 8469/18 8472/2 8472/9 8472/10 8472/14 8474/20 8477/22

**8479/13 8483/5 8489/13 8490/5 8493/2 8493/2 8493/10 8493/10 8500/17 8505/10 8506/4 8506/7 8506/8 8506/9 8506/11 8508/9 8514/24 8522/7 8522/10 8526/10 8529/8 8529/17 8533/13 8535/3 8542/20 8543/10**
**like-minded [1]** 8533/13
**liked [1]** 8461/7
**likes [1]** 8496/21
**limit [1]** 8417/24
**limitations [2]** 8426/12 8427/25
**limited [1]** 8401/15
**limiting [8]** 8453/17 8528/17 8528/21 8529/25 8530/2 8530/5 8542/13 8542/16
**limits [2]** 8455/24 8460/1
**line [9]** 8365/18 8383/5 8488/6 8498/11 8504/23 8505/4 8505/6 8505/8 8543/2
**lines [1]** 8470/4
**linked [1]** 8377/4
**links [2]** 8400/11 8400/12
**listen [1]** 8491/13
**listened [1]** 8490/12
**listener [5]** 8375/25 8540/18 8540/22 8542/5 8543/3
**literally [1]** 8377/19 8408/3 8409/9 8457/20
**little [39]** 8382/4 8408/14 8426/18 8443/4 8451/10 8451/20 8453/4 8459/21 8461/2 8461/19 8461/21 8464/18 8467/11 8467/11 8467/12 8470/1 8473/7 8476/4 8479/19 8488/20 8489/8 8489/12 8491/5 8492/3 8493/1 8503/11 8504/6 8505/21 8507/2 8507/25 8509/7 8513/9 8514/19 8518/22 8519/7 8520/5 8522/8 8532/20 8532/22
**live [5]** 8386/23 8387/20 8424/8 8441/23 8452/9
**lived [4]** 8438/19 8456/15 8456/17 8460/18
**lives [2]** 8429/12 8452/14
**living [1]** 8471/23
**LLC [1]** 8359/10

**local [4]** 8387/13 8391/19 8438/15 8460/17
**located [2]** 8486/19 8543/8
**location [1]** 8510/13
**locked [1]** 8431/9
**locker [5]** 8435/1 8435/2 8435/3 8435/20 8435/22
**log [1]** 8434/4
**logo [1]** 8493/9
**long [16]** 8364/24 8381/15 8422/16 8422/16 8422/21 8426/24 8451/8 8456/4 8456/5 8466/10 8473/5 8501/19 8505/6 8520/1 8520/2 8530/24
**longer [3]** 8434/4 8434/4 8489/12
**look [24]** 8366/9 8367/6 8374/13 8463/3 8488/11 8489/21 8490/3 8496/1 8496/10 8497/12 8497/13 8497/15 8500/9 8514/6 8530/9 8530/11 8530/13 8530/16 8531/3 8531/5 8541/11 8542/25 8543/2 8543/15
**looked [4]** 8398/19 8463/22 8497/15 8506/4
**looking [3]** 8397/6 8460/23 8492/23
**looks [6]** 8465/16 8477/22 8479/13 8489/13 8508/9 8514/24
**loop [1]** 8496/23
**loosen [1]** 8487/25
**lose [1]** 8472/13
**lost [3]** 8392/4 8433/8 8435/15
**lot [18]** 8395/18 8400/10 8438/22 8456/14 8459/7 8459/10 8459/11 8459/11 8461/25 8471/12 8471/21 8473/9 8494/14 8502/19 8511/6 8524/3 8530/19 8531/22
**lots [7]** 8436/20 8483/21 8483/21 8483/23 8497/1 8498/13 8498/13
**Louis [2]** 8358/15 8364/13
**Louisville [3]** 8380/20 8380/21 8380/23
**low [1]** 8466/10
**lower [9]** 8453/23 8455/10 8456/8 8465/13 8483/22

8519/13 8519/15 8519/17 8519/19
**lumbar [3]** 8453/23 8454/17 8454/25
**lumber [1]** 8428/20
**lunch [8]** 8524/17 8530/10 8531/6 8539/1 8539/3 8539/5 8539/10 8543/15
**luxury [1]** 8486/15
**lying [1]** 8457/21

---

**M**

**ma'am [118]** 8450/22 8451/10 8451/23 8451/25 8451/25 8452/3 8452/9 8452/17 8453/7 8453/11 8454/3 8454/15 8455/6 8455/11 8455/17 8456/1 8457/15 8459/3 8463/9 8466/1 8466/5 8467/17 8468/12 8469/3 8470/6 8471/4 8472/19 8475/8 8476/5 8478/3 8478/24 8480/10 8480/17 8481/7 8481/12 8482/14 8482/18 8483/25 8484/14 8485/12 8486/9 8486/15 8486/21 8487/16 8488/2 8488/14 8489/11 8489/21 8490/8 8490/18 8491/7 8492/1 8492/7 8492/15 8493/16 8494/18 8495/8 8496/8 8496/16 8497/9 8497/19 8497/23 8499/13 8500/1 8500/25 8502/3 8502/25 8503/19 8504/13 8506/25 8507/23 8509/9 8509/22 8510/3 8510/14 8510/24 8512/3 8512/11 8513/15 8513/19 8514/6 8514/9 8515/18 8516/1 8516/13 8516/19 8517/7 8517/10 8517/19 8517/23 8518/8 8518/18 8519/3 8519/6 8519/25 8520/9 8520/17 8521/4 8522/24 8523/18 8524/7 8525/7 8525/13 8525/22 8526/14 8526/22 8527/18 8531/22 8532/7 8532/18 8533/11 8534/16 8535/5 8535/7 8536/9 8536/24 8537/17 8538/21
**MacNamara [2]** 8438/10 8438/14
**made [16]** 8371/7

made... [15] 8384/19
8384/19 8384/20
8414/13 8461/1
8461/22 8477/1 8477/6
8493/13 8503/7
8518/25 8523/1
8526/24 8531/23
8532/19
MAGA [7] 8389/13
8389/20 8461/15
8461/18 8464/13
8472/21 8481/18
magically [1] 8454/22
mail [4] 8504/21
8538/15 8538/15
8539/22
major [1] 8387/9
make [17] 8383/1
8390/7 8399/3 8399/8
8408/3 8409/9 8411/6
8411/18 8454/1 8457/6
8476/23 8503/8 8503/9
8503/11 8519/24
8537/11 8542/21
makes [1] 8377/20
making [3] 8408/24
8430/25 8526/12
Mall [2] 8395/14
8395/15
man [5] 8376/14
8389/1 8393/12 8414/8
8487/4
management [1]
8458/15
Manassas [1] 8508/17
manpower [1] 8387/13
many [19] 8380/10
8380/11 8381/11
8405/17 8454/23
8455/19 8456/11
8456/16 8457/24
8460/20 8470/22
8471/1 8488/24
8493/11 8493/11
8493/11 8497/5
8503/14 8522/18
Manzo [5] 8358/15
8364/13 8432/24
8446/25 8528/20
march [14] 8389/13
8389/20 8395/11
8439/11 8461/15
8461/18 8462/4
8462/23 8464/13
8472/21 8473/5
8481/17 8481/18
8482/16
Marine [1] 8470/3
marked [5] 8463/11
8481/23 8513/23
8519/6 8538/22
market [2] 8423/8
8423/16
married [1] 8422/7
martial [7] 8436/7
8436/15 8436/22
8436/23 8437/2

Mary [1] 8430/9
mask [4] 8386/8
8421/9 8450/14 8513/9
match [1] 8529/19
materialize [1] 8510/10
math [1] 8516/1
Matt [5] 8473/17
8473/18 8473/21
8484/17 8484/22
Matt Truong [3]
8473/17 8473/18
8473/21
matter [5] 8384/11
8393/4 8418/19 8541/2
8544/4
matters [1] 8383/4
maximum [1] 8417/25
may [15] 8371/17
8376/8 8376/8 8384/23
8385/7 8385/25 8394/7
8395/25 8449/7 8450/6
8452/24 8454/19
8471/10 8473/16
8479/11
maybe [16] 8369/14
8371/3 8375/18
8375/24 8392/3 8399/7
8462/3 8470/2 8474/17
8478/18 8494/7
8501/22 8505/20
8508/4 8516/16 8522/5
MBA [2] 8451/12
8451/13
McConnell [2] 8440/20
8441/6
MD [1] 8360/13
me [47] 8366/18
8368/2 8368/6 8368/22
8375/15 8377/25
8379/4 8407/3 8409/1
8420/11 8423/9
8423/24 8427/7
8427/23 8428/8
8428/22 8434/24
8440/22 8455/12
8456/25 8461/9
8464/17 8472/7 8472/8
8472/14 8474/2
8479/20 8483/24
8486/1 8488/12
8489/22 8491/13
8495/18 8498/13
8499/19 8506/14
8507/1 8510/25 8511/6
8511/11 8512/10
8519/4 8526/9 8528/20
8534/17 8536/19
8543/11
mean [33] 8370/5
8379/18 8379/20
8381/14 8381/24
8382/10 8382/19
8400/24 8415/6
8424/16 8426/6 8428/5
8434/3 8439/16 8440/2
8440/4 8440/25 8457/1
8458/4 8468/16

8495/16 8512/21
8519/15 8521/1 8523/5
8523/14 8525/22
8529/5 8541/16 8542/1
8543/3
meaning [2] 8492/13
8504/21
means [5] 8439/21
8441/3 8495/25 8540/9
8541/1
meant [2] 8436/17
8436/18
meantime [1] 8474/13
mechanical [1] 8361/6
media [14] 8388/8
8388/11 8408/14
8409/10 8409/17
8436/21 8437/13
8437/16 8441/19
8448/6 8540/8 8542/3
8542/14 8543/4
mediations [1]
8459/16
medically [1] 8530/21
medicated [1] 8530/17
medication [2]
8529/19 8531/19
medications [2]
8459/13 8459/23
medicines [2] 8528/24
8530/7
meds [1] 8528/15
meet [10] 8404/4
8410/21 8410/23
8461/5 8478/12
8478/16 8479/20
8501/12 8501/14
8501/16
meeting [6] 8390/1
8410/17 8415/9
8462/12 8463/3 8468/6
megaphone [1]
8484/21
Meggs [33] 8360/2
8364/9 8364/17 8365/3
8365/7 8366/17
8366/20 8367/1
8367/17 8367/24
8368/13 8368/14
8368/17 8369/3 8369/7
8369/10 8369/19
8370/4 8370/6 8370/9
8370/9 8371/4 8372/21
8372/24 8380/5 8380/7
8381/5 8389/4 8468/19
8501/12 8507/14
8507/14 8507/17
Meggs' [5] 8369/6
8371/21 8371/25
8379/13 8385/21
MEHTA [2] 8358/9
8364/3
member [7] 8367/8
8403/2 8414/25
8415/15 8415/15
8415/22 8416/16
members [15] 8365/25

8393/25 8394/6
8394/18 8404/4 8410/1
8410/1 8411/2 8419/23
8420/9 8445/7 8445/17
8520/10
mental [3] 8528/24
8530/7 8530/25
mentally [1] 8529/2
mentioned [3] 8406/1
8409/14 8410/13
Merit [3] 8361/2
message [26] 8377/12
8377/15 8379/5 8407/2
8407/25 8408/8 8409/7
8414/3 8414/10 8416/6
8416/8 8416/12 8417/8
8420/13 8420/19
8441/4 8477/12
8477/17 8477/23
8497/24 8498/22
8498/23 8509/10
8530/24 8533/2 8533/3
messages [20]
8400/11 8408/11
8415/19 8430/19
8430/21 8431/16
8431/25 8444/24
8447/3 8476/6 8476/7
8508/23 8527/19
8527/20 8529/10
8530/20 8530/23
8533/11 8533/23
8533/25
messaging [1] 8475/24
Messenger [1] 8430/16
met [17] 8388/24
8388/25 8389/1 8390/1
8399/6 8408/17 8423/5
8423/14 8425/5
8425/14 8453/20
8456/21 8461/8
8479/19 8490/10
8505/22 8537/20
metropolitan [1]
8393/2
Michael [1] 8365/8
microphone [1]
8451/20
mid [3] 8403/14
8463/22 8506/16
mid-2020 [1] 8403/14
mid-November [2]
8463/22 8506/16
middle [5] 8397/7
8436/2 8454/9 8498/8
8499/2
might [13] 8381/25
8382/2 8385/2 8387/11
8399/1 8412/17 8415/4
8467/3 8492/24 8493/3
8503/24 8508/4
8511/20
mile [4] 8516/8
8516/10 8516/13
8516/15
miles [1] 8422/1
military [11] 8392/8

8429/19 8438/18
8441/2 8441/3 8455/20
8469/4 8495/18
8513/11
military-style [1]
8469/4
militia [1] 8446/16
million [7] 8389/13
8389/20 8461/15
8461/18 8464/13
8472/21 8523/11
Million MAGA March
[6] 8389/13 8389/20
8461/15 8461/18
8464/13 8472/21
mind [13] 8369/6
8371/21 8371/21
8371/25 8379/14
8379/14 8379/24
8382/13 8412/17
8439/16 8441/7
8538/25 8540/15
minded [1] 8533/13
mine [1] 8469/16
minimal [1] 8383/13
Minneapolis [1]
8387/10
Minuta [1] 8366/4
minute [2] 8452/5
8489/13
minutes [15] 8381/11
8381/12 8383/7
8398/19 8422/2 8422/2
8442/16 8501/21
8501/22 8515/9 8516/2
8516/10 8516/13
8516/16 8524/20
miracle [5] 8436/7
8436/15 8437/2
8437/12 8438/2
misperceptions [1]
8470/24
mission [3] 8370/12
8372/3 8372/18
misuse [1] 8403/7
mobility [1] 8456/2
moguls [2] 8408/14
8409/10
moment [4] 8436/23
8443/14 8443/16
8524/14
Monday [3] 8384/21
8423/23 8423/25
monitoring [1] 8442/9
Montana [1] 8465/16
month [2] 8423/11
8460/7
months [6] 8454/24
8456/2 8458/10
8459/13 8492/25
8508/18
Monument [5] 8392/23
8395/5 8395/15
8509/17 8512/13
more [26] 8371/3
8375/11 8378/3
8378/14 8379/11

**M** Case 1:22-cr-00096 APP 69/10 Document 57 3429/6 Filed 01/09/22 8369/24 8369/19 Page 207 of 221 **Ms** 207 Watkins [6]

8564

**M**

**more... [21]** 8397/7
8404/7 8405/20
8405/23 8428/12
8429/4 8435/20
8444/10 8444/17
8453/9 8456/8 8456/9
8459/12 8459/21
8483/12 8484/1 8495/4
8502/23 8509/18
8521/6 8528/15
**morning [25]** 8358/7
8364/4 8364/6 8364/23
8368/20 8383/19
8383/24 8392/3 8392/4
8402/24 8403/1 8433/4
8449/12 8472/17
8486/11 8501/1
8501/10 8503/16
8505/11 8505/19
8507/11 8507/18
8511/9 8532/13
8535/22
**most [11]** 8374/18
8379/11 8387/8 8395/6
8405/25 8406/1
8408/14 8409/11
8427/6 8453/17
8509/14
**mostly [3]** 8459/22
8467/10 8477/25
**motel [3]** 8393/11
8393/19 8500/25
**mother's [1]** 8430/8
**motion [2]** 8383/11
8455/24
**move [27]** 8385/20
8389/10 8393/1
8404/17 8409/15
8428/20 8428/21
8448/4 8448/14
8451/19 8457/22
8460/3 8463/24 8475/5
8476/15 8479/6 8482/7
8487/25 8489/15
8509/1 8509/7 8512/3
8512/4 8513/25
8514/17 8517/12
8538/21
**moved [1]** 8456/24
**movement [1]** 8490/3
**Moving [1]** 8409/18
**Mr [5]** 8376/10 8438/25
8451/18 8451/18
8528/20
**Mr. [182]** 8365/3
8365/7 8365/24 8366/2
8366/4 8366/9 8366/13
8366/15 8366/16
8366/17 8366/20
8366/23 8366/23
8366/25 8367/1 8367/2
8367/17 8367/24
8367/25 8368/7
8368/11 8368/13
8368/14 8368/17
8368/24 8369/3 8369/6
8369/7 8369/10

8370/4 8370/4 8370/6
8370/9 8370/9 8371/1
8371/4 8371/21
8371/22 8371/25
8372/15 8372/16
8372/23 8373/25
8374/3 8374/4 8374/6
8374/7 8374/9 8374/11
8375/3 8375/7 8375/12
8375/14 8376/11
8376/14 8377/16
8378/2 8378/4 8378/5
8378/9 8378/17
8378/25 8379/6 8379/9
8379/13 8379/21
8379/25 8380/5 8380/7
8381/2 8381/5 8381/7
8382/24 8383/20
8383/23 8383/25
8384/12 8385/4 8385/7
8385/8 8385/20
8385/21 8385/22
8385/24 8386/3 8386/7
8386/11 8386/21
8386/24 8387/2
8388/16 8403/2
8406/21 8413/21
8417/15 8417/19
8420/22 8421/4 8421/8
8421/21 8422/3
8422/21 8423/1 8423/4
8423/5 8423/6 8423/6
8423/10 8424/2 8424/7
8424/12 8424/15
8425/9 8425/14 8426/3
8426/4 8426/13
8427/15 8427/16
8428/9 8428/24 8429/2
8429/12 8429/17
8429/18 8429/23
8430/4 8430/16
8432/24 8438/19
8438/21 8439/5
8439/10 8443/9
8443/21 8444/20
8446/25 8447/12
8447/16 8449/6 8450/5
8450/7 8450/16 8451/8
8451/21 8456/15
8459/4 8461/6 8461/6
8461/8 8461/17 8462/2
8469/24 8474/13
8480/25 8484/23
8485/1 8502/14 8504/5
8507/14 8507/14
8507/17 8528/24
8529/5 8530/16
8530/24 8531/23
8534/22 8535/10
8535/22 8536/16
8536/17 8540/3 8540/7
8541/3 8541/4 8541/24
8542/6 8542/9 8543/3
**Mr. and Mrs. Caldwell**
**[1]** 8429/12
**Mr. and Mrs.**
**Caldwell's [3]** 8427/16

**Mr. Caldwell [37]**
8369/11 8386/3 8421/4
8422/21 8423/1 8423/4
8423/5 8423/6 8423/10
8424/2 8424/7 8424/15
8426/3 8426/4 8426/13
8428/24 8429/2
8429/18 8430/16
8438/19 8439/5
8439/10 8443/9
8443/21 8444/20
8450/7 8451/8 8456/15
8459/4 8504/5 8528/24
8530/16 8531/23
8535/10 8540/7 8542/6
8542/9
**Mr. Caldwell's [9]**
8385/8 8385/20 8423/6
8424/12 8425/9
8425/14 8429/23
8430/4 8438/21
**Mr. Crowl [7]** 8502/14
8534/22 8535/22
8536/16 8536/17
8540/3 8541/3
**Mr. Crowl's [1]**
8541/24
**Mr. Douyon [1]**
8384/12
**Mr. Fischer [16]**
8383/23 8383/25
8385/7 8385/22
8385/24 8386/11
8413/21 8417/15
8447/12 8450/5
8450/16 8451/21
8480/25 8529/5
8530/24 8543/3
**Mr. Godbold [6]**
8421/8 8421/21 8422/3
8427/15 8447/16
8449/6
**Mr. James [3]** 8378/2
8378/4 8378/5
**Mr. Manzo [2]** 8432/24
8446/25
**Mr. Meggs [25]** 8365/3
8365/7 8366/17
8366/20 8367/1
8367/17 8367/24
8368/13 8368/14
8368/17 8369/3 8369/7
8369/10 8369/19
8370/4 8370/6 8370/9
8370/9 8371/4 8380/5
8380/7 8381/5 8507/14
8507/14 8507/17
**Mr. Meggs' [5]** 8369/6
8371/21 8371/25
8379/13 8385/21
**Mr. Minuta [1]** 8366/4
**Mr. Nestler [1]** 8368/7
**Mr. Nichols [34]**
8365/24 8366/2
8366/13 8366/16
8366/23 8366/23
8366/25 8367/2

8370/4 8371/1 8371/22
8372/15 8372/16
8373/25 8374/3 8374/4
8374/6 8374/7 8374/11
8375/3 8375/7 8375/12
8375/14 8376/11
8376/14 8378/9
8378/25 8379/9
8379/21 8379/25
8381/2 8381/7
**Mr. Nichols' [5]**
8366/15 8368/11
8374/9 8378/17
8382/24
**Mr. Rhodes [8]**
8372/23 8377/16
8379/6 8461/6 8461/8
8461/17 8462/2
8474/13
**Mr. Roeper [9]** 8386/7
8386/21 8386/24
8387/2 8388/16 8403/2
8406/21 8417/19
8420/22
**Mr. Stamey [1]**
8469/24
**Mr. Stewart [1]** 8461/6
**Mr. Truong [2]** 8484/23
8485/1
**Mr. Watkins [1]** 8541/4
**Mr. Woodward [3]**
8366/9 8383/20 8385/4
**Mrs [5]** 8460/6 8464/9
8475/17 8487/1
8488/18
**Mrs. [11]** 8427/16
8428/9 8429/12
8429/17 8451/1
8488/25 8491/21
8508/12 8524/25
8531/10 8539/17
**Mrs. Caldwell [7]**
8451/1 8488/25
8491/21 8508/12
8524/25 8531/10
8539/17
**Ms [2]** 8514/10 8525/2
**Ms. [20]** 8379/23
8385/4 8404/15
8406/18 8407/15
8408/11 8414/2 8417/6
8418/2 8436/1 8450/13
8451/19 8490/17
8491/10 8502/14
8508/2 8534/22
8535/21 8539/8 8540/3
**Ms. Bommersbach [2]**
8490/17 8491/10
**Ms. Caldwell [3]**
8450/13 8451/19
8539/8
**Ms. Haller [1]** 8385/4
**Ms. Hughes [1]** 8418/2
**Ms. Rohde [7]** 8404/15
8406/18 8407/15
8408/11 8414/2 8417/6
8436/1

**Ms.** Watkins [6]
8379/23 8502/14
8508/2 8534/22
8535/21 8540/3
**much [14]** 8427/1
8428/11 8455/25
8457/8 8457/9 8457/22
8458/8 8464/16
8467/13 8494/15
8494/21 8521/6 8521/6
8543/1
**multiple [2]** 8430/12
8476/11
**muscle [1]** 8459/20
**must [2]** 8408/5
8445/21
**my [55]** 8377/3
8377/25 8378/23
8391/18 8402/24
8406/17 8408/1 8408/1
8412/16 8413/20
8422/6 8423/5 8423/8
8423/22 8423/22
8427/23 8428/11
8430/11 8430/22
8432/5 8432/5 8432/12
8432/14 8433/14
8435/17 8445/13
8445/14 8445/15
8445/24 8451/4
8452/15 8455/19
8468/7 8469/22
8472/10 8474/9
8482/15 8482/25
8483/22 8486/11
8493/3 8495/17 8504/2
8513/7 8513/7 8514/15
8516/1 8518/16
8525/19 8525/20
8526/9 8537/6 8537/8
8538/10 8541/23
**myself [11]** 8417/12
8440/16 8444/19
8474/6 8474/7 8474/7
8474/8 8474/10
8474/22 8482/15
8540/20

**N**

**nail [1]** 8518/22
**naive [1]** 8505/10
**name [12]** 8365/8
8386/17 8402/24
8415/17 8421/16
8430/6 8430/8 8433/22
8434/10 8450/22
8465/4 8487/8
**named [12]** 8364/21
8365/8 8388/22 8389/1
8389/2 8393/12 8416/2
8468/19 8468/19
8473/18 8487/8
8490/13
**names [1]** 8388/19
**Nancy [2]** 8523/15
8525/3
**Nancy Pelosi's [1]**
8523/15

**narrowed [1]** 8378/19
**national [7]** 8388/10
8389/23 8390/3
8390/15 8391/4
8416/24 8419/24
**nationwide [1]**
8416/22
**nature [1]** 8473/12
**naval [3]** 8532/8
**navigate [1]** 8474/23
**Navy [1]** 8470/4
**NC [3]** 8406/22
8407/21 8416/12
**near [3]** 8392/23
8395/14 8446/7
**necessarily [2]** 8436/9
8437/4
**necessary [2]** 8376/8
8531/1
**neck [4]** 8456/14
8487/20 8487/25
8490/6
**need [13]** 8383/19
8395/19 8439/15
8439/16 8440/2
8449/16 8457/19
8463/6 8468/8 8468/8
8471/24 8490/15
8512/10
**needed [8]** 8392/19
8395/10 8410/8 8423/7
8424/18 8428/19
8439/19 8453/9
**needing [2]** 8440/4
8440/5
**needs [2]** 8439/13
8439/18
**nefarious [3]** 8481/3
8481/9 8500/21
**negate [1]** 8380/5
**negative [1]** 8388/14
**neighbor [1]** 8469/16
**neither [3]** 8365/11
8527/12 8534/25
**nerve [1]** 8459/19
**Nestler [3]** 8358/14
8364/12 8368/7
**neurosurgeon [1]**
8458/15
**never [23]** 8369/7
8396/16 8415/9
8418/16 8432/19
8432/22 8435/17
8437/6 8437/8 8438/20
8444/18 8446/7
8462/14 8472/7 8483/7
8493/2 8509/11
8509/13 8527/10
8527/15 8533/20
8541/3 8541/24
**new [3]** 8367/8 8377/4
8495/22
**New York [2]** 8367/8
8377/4
**news [4]** 8400/12
8400/12 8431/14
8437/13

8417/1 8423/25
8424/19 8427/10
8434/16 8450/5
8454/13 8463/14
8477/21 8481/12
8484/19 8486/11
8498/11 8504/19
8522/25
**nice [6]** 8385/16
8385/17 8464/18
8469/16 8501/21
8508/7
**Nichols [36]** 8365/8
8365/24 8366/2
8366/13 8366/16
8366/23 8366/23
8366/25 8367/2
8367/25 8368/24
8370/4 8371/1 8371/22
8372/15 8372/16
8373/25 8374/3 8374/4
8374/6 8374/7 8374/11
8375/3 8375/7 8375/12
8375/14 8376/10
8376/11 8376/14
8378/9 8378/25 8379/9
8379/21 8379/25
8381/2 8381/7
**Nichols' [5]** 8366/15
8368/11 8374/9
8378/17 8382/24
**nickname [1]** 8388/3
**night [6]** 8391/25
8459/21 8528/2 8528/5
8528/9 8533/5
**nine [1]** 8508/18
**NJ [1]** 8360/8
**no [167]** 8358/4 8364/7
8364/8 8366/7 8366/14
8369/3 8369/10
8371/23 8372/20
8372/20 8377/8
8380/22 8381/10
8381/22 8382/9 8389/3
8389/5 8389/7 8389/9
8392/9 8392/11 8393/9
8394/15 8397/16
8397/18 8397/22
8399/1 8399/19 8401/5
8402/19 8406/10
8406/14 8407/11
8413/4 8414/8 8414/20
8415/21 8416/9
8417/13 8418/16
8418/22 8419/20
8420/17 8429/20
8430/25 8430/25
8431/3 8431/5 8431/19
8432/19 8432/22
8434/4 8434/4 8436/9
8441/16 8444/22
8446/11 8446/15
8446/17 8446/19
8446/22 8446/24
8447/5 8447/11
8447/23 8448/8
8448/12 8451/16

8462/17 8464/1
8465/23 8468/3
8468/11 8468/15
8468/20 8468/25
8469/6 8469/12
8472/24 8473/10
8476/17 8479/8
8481/10 8482/9
8482/22 8484/1 8484/6
8484/6 8486/4 8486/7
8487/3 8487/5 8487/9
8487/12 8488/23
8489/2 8489/4 8489/7
8489/17 8490/11
8490/14 8490/21
8491/1 8491/23
8491/25 8492/6
8492/17 8492/17
8492/19 8493/15
8494/5 8500/4 8500/11
8500/18 8500/20
8500/23 8501/9
8501/13 8501/15
8502/1 8504/9 8504/15
8506/19 8506/23
8507/19 8509/3
8511/13 8511/17
8513/12 8513/14
8514/2 8517/2 8517/14
8517/25 8518/25
8520/7 8520/25
8521/14 8521/17
8521/19 8521/22
8523/21 8523/24
8524/2 8524/6 8526/5
8527/3 8527/5 8527/8
8527/15 8527/17
8529/7 8529/8 8532/6
8532/20 8533/7
8533/10 8533/19
8534/4 8534/10 8535/2
8537/18 8540/24
8541/15 8542/19
**nodding [1]** 8488/20
**none [5]** 8394/6 8447/9
8471/3 8520/23 8531/1
**normal [2]** 8437/23
8495/25
**normally [4]** 8456/4
8456/6 8459/12 8483/9
**North [40]** 8359/10
8386/23 8387/20
8387/22 8388/2 8388/6
8389/11 8389/14
8389/22 8390/2 8390/8
8390/13 8390/14
8391/3 8391/19 8393/7
8393/16 8393/18
8394/1 8394/8 8394/23
8398/20 8399/4
8399/20 8402/2
8404/19 8405/14
8406/3 8414/12
8414/19 8414/25
8415/7 8418/17
8418/18 8419/23
8420/10 8464/24

**8499/23**
**North Carolina [37]**
8386/23 8387/20
8387/22 8388/2 8388/6
8389/11 8389/14
8389/22 8390/2 8390/8
8390/13 8390/14
8391/3 8391/19 8393/7
8393/16 8393/18
8394/1 8394/8 8394/23
8398/20 8399/4
8399/20 8402/2
8404/19 8405/14
8406/3 8414/12
8414/19 8415/7
8418/17 8418/18
8419/23 8420/10
8464/25 8474/19
8499/15
**not [177]** 8366/1
8366/5 8367/5 8367/16
8368/3 8368/10
8368/14 8368/23
8369/17 8369/20
8370/1 8370/3 8370/4
8370/8 8370/9 8370/18
8370/20 8371/1 8371/4
8371/18 8371/23
8372/7 8372/17 8373/5
8374/1 8374/14 8376/8
8377/8 8377/9 8377/11
8377/14 8377/19
8378/11 8378/12
8378/24 8378/25
8379/1 8379/2 8379/9
8379/9 8379/11
8379/22 8380/5
8380/22 8381/12
8381/14 8381/19
8382/3 8382/7 8382/9
8382/11 8382/12
8382/19 8383/4
8383/12 8384/13
8384/23 8387/12
8389/17 8391/9
8391/19 8392/4
8394/14 8394/23
8395/8 8395/18
8396/13 8397/21
8398/17 8399/12
8399/24 8402/9
8403/23 8404/24
8405/1 8408/4 8408/6
8408/18 8409/6 8409/8
8409/12 8411/19
8412/6 8412/8 8412/15
8413/17 8414/13
8415/19 8416/4
8416/22 8419/20
8425/17 8428/10
8428/11 8429/20
8431/3 8431/5 8431/19
8433/24 8435/15
8438/4 8439/14
8439/19 8440/2 8440/8
8441/1 8443/21
8444/20 8445/13

8445/15 8445/21
8445/22 8446/1
8446/11 8446/15
8447/10 8447/10
8447/23 8448/18
8448/22 8448/24
8449/18 8449/19
8451/16 8453/1
8455/21 8455/25
8457/19 8460/14
8461/20 8468/3 8472/2
8473/4 8473/10 8474/9
8474/19 8475/10
8477/3 8478/17 8483/6
8483/11 8484/9 8485/9
8486/7 8488/23
8492/17 8492/24
8497/21 8500/4 8500/7
8501/19 8505/14
8508/10 8509/16
8510/11 8510/12
8516/20 8517/6 8518/5
8524/2 8527/17
8528/23 8529/1 8529/7
8530/6 8530/24 8533/7
8534/4 8535/14
8537/18 8539/9
8539/13 8541/3 8541/9
8541/16 8542/2
8542/14
**note [1]** 8384/18
**nothing [7]** 8383/8
8402/17 8420/21
8432/23 8435/9
8435/20 8449/5
**notice [6]** 8425/8
8425/13 8429/22
8430/3 8469/23 8522/2
**noticed [2]** 8412/6
8425/15
**notion [1]** 8368/19
**November [36]** 8358/5
8389/13 8389/19
8407/3 8407/23
8407/24 8407/24
8408/13 8416/19
8460/7 8460/15
8460/16 8461/14
8462/7 8463/22
8464/12 8467/4 8468/4
8468/10 8468/24
8469/3 8469/24
8472/20 8475/18
8479/4 8480/3 8480/10
8480/19 8482/19
8482/23 8486/1
8499/19 8499/19
8506/16 8539/25
8544/7
**November 14th [11]**
8389/19 8461/14
8472/20 8475/18
8479/4 8480/3 8480/10
8480/19 8482/19
8482/23 8539/25
**November 8th [3]**
8416/19 8460/16
8462/7

**N**

now [37] 8364/2
8364/3 8371/11 8372/6
8375/6 8380/15 8385/6
8385/8 8385/20
8385/22 8400/18
8404/7 8405/2 8406/15
8411/11 8416/10
8436/6 8436/14
8442/12 8452/25
8456/11 8457/11
8457/11 8457/19
8458/18 8460/3
8488/11 8491/2 8499/8
8507/14 8514/1 8525/2
8525/10 8527/22
8528/17 8539/4 8542/8
number [11] 8380/8
8384/12 8398/3
8406/24 8406/24
8411/17 8458/13
8470/20 8472/25
8481/13 8510/16
numerous [2] 8394/14
8453/16
nuns [1] 8506/9
NW [3] 8358/17 8360/3
8361/4

**O**

Oak [1] 8359/3
oath [118] 8365/16
8365/21 8366/17
8366/22 8366/24
8367/7 8367/8 8367/9
8367/13 8367/14
8367/19 8368/9
8369/19 8370/12
8370/16 8370/20
8370/23 8371/4 8371/6
8371/11 8371/17
8372/4 8372/18 8373/2
8373/4 8374/14
8374/17 8374/23
8374/25 8375/8
8375/15 8376/16
8376/20 8377/5 8377/9
8378/25 8379/10
8379/12 8380/4 8380/7
8380/9 8380/10
8380/11 8380/13
8380/21 8381/19
8382/23 8383/3 8386/5
8387/3 8387/7 8387/16
8387/23 8388/2 8388/5
8388/6 8389/11
8389/22 8389/23
8390/14 8391/4
8391/16 8391/18
8392/7 8393/7 8398/18
8401/24 8401/25
8402/2 8403/14
8405/25 8406/2 8408/2
8413/24 8414/8
8414/12 8414/14
8414/20 8414/25
8416/23 8418/19
8418/19 8419/14

oath [118]... 8419/23 Document
8420/10 8421/6
8450/11 8460/8
8461/20 8461/21
8462/13 8464/20
8466/23 8467/7 8468/9
8469/3 8469/10
8472/20 8474/14
8474/23 8475/9
8480/11 8481/8 8485/2
8486/2 8499/15 8506/5
8506/15 8506/18
8506/21 8507/5 8511/1
8511/8 8511/15
8511/21 8534/19
8535/1
Oath Keeper [3]
8367/7 8371/11
8371/17
Oath Keepers [99]
8365/16 8365/21
8366/17 8366/22
8366/24 8367/8 8367/9
8367/13 8367/14
8367/19 8368/9
8369/19 8370/12
8370/16 8370/20
8370/23 8371/4 8372/4
8372/18 8373/2 8373/4
8374/14 8374/17
8374/23 8374/25
8375/8 8376/16
8376/20 8378/25
8379/10 8380/4 8380/7
8380/9 8380/10
8380/11 8380/21
8381/19 8382/23
8383/3 8387/3 8387/7
8387/16 8387/23
8388/2 8388/5 8388/6
8389/11 8389/22
8389/23 8390/14
8391/4 8391/16
8391/18 8392/7 8393/7
8398/18 8401/24
8401/25 8402/2
8403/14 8405/25
8406/2 8413/24 8414/8
8414/12 8414/20
8414/25 8418/19
8419/14 8419/18
8419/23 8420/10
8460/8 8461/20
8461/21 8466/23
8467/7 8468/9 8469/3
8469/10 8472/20
8474/14 8474/23
8475/9 8480/11 8481/8
8485/2 8486/2 8499/15
8506/5 8506/15
8506/18 8506/21
8511/1 8511/8 8511/15
8511/21 8534/19
8535/1
Oath Keepers' [1]
8377/9
object [2] 8376/9
8538/23

objected [3] Filed 01/08/24
8390/22 8541/18
objection [50] 8365/2
8368/16 8382/16
8390/20 8400/3 8402/3
8407/11 8414/5
8415/11 8418/10
8418/25 8419/8
8425/10 8425/25
8429/24 8431/24
8432/7 8442/23
8444/12 8448/1
8459/24 8464/1
8471/13 8471/17
8474/25 8476/17
8477/13 8477/18
8479/8 8480/14
8480/20 8482/9 8485/4
8489/17 8491/16
8494/10 8496/4 8497/6
8509/3 8509/24 8514/2
8517/7 8517/14
8528/16 8534/11
8535/9 8536/3 8536/18
8536/20 8541/13
objections [1] 8540/25
observations [1]
8481/7
observe [4] 8397/14
8398/24 8406/12
8429/18
observed [5] 8365/10
8419/13 8419/17
8426/13 8529/18
obtain [1] 8538/17
obvious [3] 8448/4
8470/6 8486/15
obviously [23] 8373/25
8378/8 8388/16
8400/25 8426/20
8427/21 8429/7
8436/10 8437/3
8438/22 8441/22
8444/6 8445/21 8451/5
8456/3 8459/7 8475/18
8476/23 8479/15
8491/10 8493/20
8521/1 8525/22
occasionally [2]
8458/16 8471/23
occasions [1] 8427/3
occupants [1] 8504/13
occupation [3]
8418/14 8532/8
8532/11
occupy [1] 8418/9
occur [1] 8461/16
occurred [1] 8420/20
occurring [1] 8460/17
odd [1] 8445/4
off [13] 8390/9 8390/11
8390/15 8392/25
8396/16 8433/10
8440/22 8445/5
8469/25 8470/4
8499/21 8499/25
8504/3
offering [1] 8462/5

objected [3] Filed 01/08/24 Page 209 of 221
8447/22
officer [25] 8365/11
8366/22 8367/22
8368/25 8369/2 8369/7
8370/3 8371/13
8373/19 8374/15
8374/16 8374/24
8375/8 8375/14
8375/25 8376/14
8376/24 8377/2
8378/11 8379/8
8379/12 8379/15
8380/15 8381/17
8386/25
Officer Dunn [1]
8380/15
officer's [1] 8368/3
officers [20] 8365/17
8365/20 8365/21
8367/3 8367/5 8368/1
8368/10 8368/18
8371/3 8372/5 8375/16
8377/22 8397/15
8401/13 8521/13
8523/19 8523/25
8524/5 8526/3 8526/3
offices [1] 8500/17
Official [1] 8361/3
officially [1] 8390/14
often [4] 8412/15
8424/14 8431/6
8457/19
oh [9] 8374/18 8417/22
8424/25 8427/17
8439/23 8444/4 8454/5
8505/10 8513/9
Ohio [3] 8464/25
8474/19 8502/15
OK [4] 8406/22
8407/21 8416/2
8416/12
OK Gator 1 [1] 8416/2
okay [204]
old [6] 8415/16 8422/3
8431/19 8433/14
8492/13 8493/8
Old Leadership [1]
8415/16
older [1] 8470/3
once [8] 8379/17
8388/25 8392/22
8431/7 8431/21 8432/3
8472/15 8504/17
one [62] 8365/8
8365/14 8368/2
8368/12 8368/24
8370/22 8371/22
8377/10 8378/3
8378/25 8380/11
8381/17 8384/11
8385/23 8392/17
8393/19 8394/15
8398/10 8407/10
8412/23 8415/8
8423/24 8426/18
8428/13 8432/15
8434/18 8439/15

8445/22 8443/9 8444/9
8446/12 8447/1 8454/8
8454/9 8454/10 8463/1
8463/14 8466/10
8466/14 8470/3 8470/3
8470/12 8472/12
8475/4 8483/22
8484/17 8485/1
8485/19 8486/5
8492/15 8501/17
8503/23 8506/1
8506/13 8510/22
8511/8 8516/20
8519/18 8519/19
8523/14 8524/11
8527/13
only [16] 8379/9
8380/16 8381/17
8383/20 8394/14
8396/22 8400/15
8405/10 8408/4
8440/22 8460/22
8463/10 8475/16
8481/13 8492/21
8512/6
Op [5] 8377/7 8377/10
8377/15 8379/5
8415/22
Opana [4] 8459/17
8529/13 8529/13
8543/9
open [5] 8385/21
8481/5 8504/22
8524/23 8531/8
Opened [1] 8448/2
operable [1] 8493/14
operation [4] 8367/16
8380/20 8455/7 8455/8
operations [3] 8367/15
8417/2 8422/15
opinion [2] 8435/6
8446/5
opinions [1] 8447/8
opioid [1] 8459/17
opposed [3] 8374/11
8405/8 8486/18
opposite [1] 8454/2
options [1] 8440/10
order [5] 8378/20
8383/23 8423/7
8437/10 8443/19
ordered [1] 8395/17
orders [1] 8410/24
ordinary [1] 8413/1
organization [8]
8378/24 8389/21
8389/23 8390/3 8390/8
8391/3 8461/20
8473/25
organized [1] 8473/21
organizers [1] 8485/20
organizing [3] 8460/20
8473/16 8474/14
origin [1] 8388/15
originally [4] 8461/17
8467/17 8467/18
8472/24
other [56] 8365/8

**O**

**other... [55]** 8366/2
8366/4 8366/6 8368/12
8369/19 8369/21
8369/22 8370/2 8370/3
8370/13 8371/22
8371/22 8376/6
8376/19 8378/3
8378/18 8378/19
8379/14 8379/15
8381/10 8381/18
8381/19 8381/22
8383/3 8384/6 8384/8
8385/6 8391/16 8395/8
8395/23 8401/25
8402/19 8410/20
8411/5 8418/6 8420/9
8420/9 8424/1 8424/20
8431/8 8436/21 8440/8
8446/3 8446/16
8459/23 8474/25
8475/11 8476/4
8486/16 8502/14
8503/16 8506/5
8538/12 8541/6 8542/9
**other's [1]** 8470/5
**others [7]** 8366/17
8372/4 8375/1 8381/6
8399/6 8406/5 8417/2
**otherwise [1]** 8378/7
**ought [1]** 8379/22
**our [42]** 8365/14
8368/16 8378/16
8378/20 8380/13
8381/3 8382/22
8387/12 8387/12
8394/6 8398/17 8408/3
8409/10 8417/3
8438/15 8449/12
8456/24 8460/18
8462/6 8464/15
8474/14 8479/19
8495/25 8501/5
8502/20 8504/17
8510/9 8512/23
8512/23 8513/4 8513/6
8513/10 8523/1
8525/21 8526/24
8528/1 8528/7 8528/8
8537/9 8538/11 8539/3
8540/10
**ours [1]** 8473/16
**ourselves [1]** 8498/7
**out [84]** 8366/5
8366/12 8366/21
8367/2 8367/3 8368/1
8368/22 8374/2
8376/10 8378/6
8382/25 8383/23
8384/20 8385/5 8394/6
8400/2 8408/4 8408/6
8409/5 8409/10 8410/8
8410/10 8420/7
8423/10 8428/6 8429/6
8429/15 8430/18
8440/11 8440/14
8441/20 8445/4
8446/21 8447/24

8451/3 8455/22
8457/20 8463/4 8463/8
8464/14 8467/7 8468/7
8471/2 8473/15
8475/15 8485/17
8485/23 8496/21
8498/11 8499/3
8500/16 8505/9
8505/16 8507/25
8508/9 8509/11
8509/16 8512/9 8514/8
8518/20 8518/25
8519/12 8522/15
8522/20 8523/2 8525/8
8525/9 8525/13
8526/25 8529/10
8529/24 8530/18
8530/19 8533/5 8533/8
8535/8 8535/10 8537/8
8537/13 8537/14
8537/21 8537/23
8539/18 8543/1
**outdoor [1]** 8484/1
**outdoors [1]** 8472/17
**outlandish [1]** 8366/15
**outlets [1]** 8437/14
**outnumbered [1]**
8478/1
**outside [9]** 8367/5
8373/20 8373/20
8373/21 8373/24
8379/3 8468/8 8506/7
8539/11
**outstanding [1]** 8384/7
**outweighed [1]**
8382/11
**over [29]** 8394/18
8403/20 8408/14
8411/7 8426/20 8440/8
8440/20 8441/6
8441/10 8442/7
8444/11 8453/22
8454/13 8454/17
8454/18 8456/11
8457/24 8461/5
8469/16 8472/6 8488/8
8520/4 8520/5 8522/6
8531/6 8532/23 8538/9
8539/10 8543/15
**overnight [4]** 8454/12
8454/16 8454/22
8505/9
**overreact [1]** 8413/17
**overruled [7]** 8419/1
8425/11 8426/1 8432/1
8444/13 8491/18
8517/8
**overs [1]** 8457/24
**overthrowing [1]**
8431/17
**overturn [2]** 8441/8
8442/6
**overturned [1]** 8437/11
**own [6]** 8367/15
8408/3 8471/11
8471/18 8471/20
8472/11
**ownership [2]** 8470/9

**P**

**P.A [1]** 8360/12
**p.m [10]** 8365/11
8365/24 8379/3 8413/5
8416/5 8515/9 8515/23
8516/1 8543/18
8543/18
**PA [1]** 8359/11
**Pacific [1]** 8473/25
**pack [5]** 8482/23
8482/25 8483/3
8483/12 8483/18
**page [12]** 8414/1
8415/25 8416/11
8433/17 8433/20
8434/16 8435/11
8435/25 8438/7
8438/24 8438/24
8439/5
**pages [1]** 8442/12
**pain [19]** 8454/25
8455/3 8456/7 8456/8
8456/14 8457/9
8457/22 8458/8
8458/14 8459/17
8459/19 8459/20
8528/12 8528/13
8528/14 8528/15
8529/19 8531/16
8531/19
**painful [1]** 8458/1
**painkillers [1]** 8459/11
**Painting [1]** 8428/7
**panel [2]** 8385/12
8449/25
**pans [1]** 8507/4
**parade [1]** 8479/24
**paragraph [2]** 8435/12
8436/1
**parapet [2]** 8444/10
8444/16
**pardon [1]** 8407/3
**parents [3]** 8432/6
8432/14 8472/5
**park [9]** 8360/3 8393/3
8474/7 8475/13
8495/20 8496/21
8499/21 8503/25
8503/25
**parked [2]** 8478/9
8504/17
**Parkers [4]** 8502/16
8502/18 8502/21
8506/5
**parking [7]** 8502/19
8503/24 8504/4 8504/7
8504/10 8504/10
8504/14
**part [16]** 8367/10
8369/17 8371/1
8372/18 8382/7
8382/11 8390/4 8402/1
8407/20 8427/6 8438/8
8455/10 8465/13
8479/24 8495/24
8525/6

**particular [11]** 8375/8
8417/9 8417/11 8427/7
8428/19 8445/4
8457/25 8459/10
8467/9 8486/17 8532/1
**Particularly [1]**
8408/23
**parties [1]** 8489/6
**passed [2]** 8423/6
8432/12
**passengers [1]**
8395/11
**passes [10]** 8508/3
8508/4 8508/8 8508/10
8509/13 8509/22
8510/4 8510/7 8510/10
8511/21
**past [2]** 8489/1
8496/24
**patriotic [2]** 8526/17
8526/18
**patriots [2]** 8417/4
8444/25
**Paul [13]** 8393/12
8393/14 8393/15
8465/9 8469/21
8492/22 8492/24
8492/24 8493/3 8493/4
8496/13 8499/4
8501/18
**Paul Stamey [7]**
8393/12 8393/14
8393/15 8465/9
8469/21 8492/22
8496/13
**Paul Stamey's [1]**
8501/18
**Pause [7]** 8384/9
8384/17 8385/3
8385/11 8404/13
8421/2 8449/24
**Peace [5]** 8512/13
8513/21 8516/6 8520/2
8520/15
**peaceful [5]** 8413/3
8418/23 8419/3
8419/19 8419/20
**Pelosi's [2]** 8523/15
8525/3
**penalties [1]** 8527/10
**Pence [2]** 8439/15
8439/18
**Pennsylvania [1]**
8467/19
**pension [1]** 8417/22
**people [57]** 8391/17
8395/8 8395/19
8395/23 8395/25
8399/21 8400/10
8401/24 8404/21
8404/23 8405/17
8405/25 8406/2 8406/6
8409/2 8410/15
8410/16 8410/21
8410/22 8410/22
8410/23 8411/23
8412/4 8413/2 8420/14

**particular [1]** 8442/1
8443/13 8443/21
8443/22 8457/12
8462/1 8462/21
8462/23 8463/4 8468/7
8470/24 8471/10
8471/11 8474/2
8474/18 8474/22
8477/9 8499/21
8499/21 8499/22
8499/25 8502/15
8505/8 8506/8 8506/12
8521/2 8521/6 8521/15
8522/6 8522/17
8522/18
**people's [1]** 8474/25
**Pep [1]** 8493/10
**pepper [6]** 8398/13
8398/23 8398/25
8399/2 8412/21 8413/1
**percent [9]** 8390/19
8394/22 8441/1 8446/3
8448/24 8458/21
8501/6 8527/9 8527/13
**perfect [3]** 8407/18
8439/7 8442/15
**perform [1]** 8428/10
**perhaps [3]** 8371/23
8502/23
**period [4]** 8378/2
8456/4 8506/18
8506/22
**periodically [1]**
8425/18
**periods [2]** 8456/5
8457/5
**perjury [1]** 8527/10
**permissible [2]** 8412/7
8541/8
**permit [1]** 8471/4
**permits [1]** 8376/8
**permitted [1]** 8382/25
**person [12]** 8367/6
8368/23 8374/15
8376/6 8376/7 8401/20
8413/1 8416/3 8424/17
8461/6 8489/1 8489/3
**person's [1]** 8388/8
**personal [13]** 8367/15
8405/8 8406/11
8406/12 8427/19
8428/12 8428/14
8432/14 8445/11
8445/13 8485/6
8506/17 8535/10
**personality [1]**
8532/24
**personally [3]** 8406/1
8420/6 8424/14
**phase [1]** 8367/1
**Philadelphia [1]**
8495/22
**phone [25]** 8393/22
8394/2 8401/4 8406/24
8480/22 8482/25
8503/5 8503/14
8503/16 8508/14
8508/23 8519/10

**phone... [13]** 8524/13 8525/19 8528/18 8536/16 8537/17 8538/8 8538/9 8538/10 8539/18 8539/19 8539/21 8540/8 8541/18
**phones [1]** 8400/10
**photo [22]** 8434/20 8439/4 8463/12 8463/15 8463/17 8463/19 8464/9 8464/11 8465/8 8466/1 8466/3 8476/24 8510/18 8510/22 8510/24 8517/20 8518/2 8518/4 8518/5 8518/6 8519/7 8519/9
**photos [10]** 8434/13 8434/18 8435/4 8439/1 8478/25 8517/5 8519/3 8523/10 8524/3 8524/4
**physical [10]** 8425/9 8425/14 8425/16 8426/12 8427/25 8430/10 8430/11 8453/2 8470/2 8531/14
**physically [4]** 8425/20 8426/8 8457/21 8534/2
**physician [2]** 8458/15 8458/16
**pick [1]** 8499/21
**picked [2]** 8533/13 8533/20
**picking [1]** 8426/20
**pickup [1]** 8429/5
**picnics [1]** 8469/17
**picture [11]** 8439/10 8447/24 8448/7 8467/6 8481/20 8482/2 8482/14 8483/17 8484/15 8493/17 8518/19
**pictured [1]** 8476/24
**pictures [10]** 8444/3 8444/4 8444/6 8444/19 8482/24 8483/20 8516/22 8516/23 8516/25 8517/3
**piece [4]** 8378/8 8428/20 8441/5 8493/4
**pin [2]** 8455/23 8455/23
**pissed [1]** 8435/15
**pisses [1]** 8440/22
**pitch [1]** 8463/5
**pitched [1]** 8466/25
**Pittsburgh [1]** 8467/18
**pizza [1]** 8501/18
**place [10]** 8393/3 8405/7 8461/10 8472/20 8503/5 8503/14 8503/24 8515/16 8526/4 8537/5
**placed [6]** 8386/5 8414/15 8421/6 8450/11 8498/14

**Plaintiff [1]** 8358/4
**plan [8]** 8384/5 8402/1 8402/6 8405/6 8411/9 8418/20 8480/12 8480/18
**planned [1]** 8410/4
**planning [1]** 8461/17 8473/3 8501/24
**plans [6]** 8384/19 8384/19 8384/20 8384/22 8418/16 8418/18
**plate [4]** 8429/23 8430/4 8458/24 8459/1
**plating [3]** 8484/5 8484/6 8513/13
**play [18]** 8377/20 8488/2 8488/11 8488/14 8489/22 8489/24 8491/7 8491/12 8514/10 8525/6 8525/10 8532/15 8532/15 8532/16 8532/16 8538/21 8539/13 8539/14
**played [15]** 8376/5 8376/12 8376/18 8376/22 8377/17 8377/23 8426/7 8488/15 8489/25 8491/19 8514/12 8514/22 8525/11 8539/17 8542/23
**Plaza [4]** 8475/13 8477/6 8496/24 8497/17
**please [55]** 8364/4 8375/15 8385/14 8386/1 8386/4 8386/18 8404/9 8404/10 8406/16 8407/16 8407/17 8408/10 8415/24 8419/10 8421/5 8421/17 8428/2 8449/23 8450/2 8450/6 8450/9 8450/23 8451/24 8452/11 8463/14 8464/2 8465/25 8466/19 8467/16 8477/2 8477/21 8477/24 8479/11 8479/23 8480/5 8480/7 8480/15 8480/22 8482/13 8484/19 8485/11 8487/15 8488/14 8489/9 8499/3 8509/12 8509/19 8510/20 8510/22 8514/1 8514/10 8514/17 8516/18 8536/6 8539/12
**pleased [1]** 8499/6
**Pleasure [1]** 8449/8
**plenty [1]** 8436/5
**plethora [1]** 8369/20

**plugging [1]** 8560/10
**plus [2]** 8429/5 8453/3
**plywood [2]** 8518/21 8518/22 8519/1
**POC [1]** 8409/8
**pocket [1]** 8483/22
**pockets [2]** 8483/20 8483/21
**podcast [1]** 8490/12
**podium [1]** 8461/3
**point [59]** 8366/12 8368/20 8375/10 8377/21 8395/18 8396/10 8398/11 8398/18 8398/22 8399/5 8399/9 8400/9 8410/17 8412/23 8414/22 8426/7 8432/15 8441/4 8441/9 8442/5 8443/2 8453/23 8454/20 8461/14 8461/20 8463/10 8470/12 8475/17 8475/21 8475/17 8475/21 8485/1 8486/5 8489/16 8496/8 8500/25 8501/17 8503/19 8503/23 8504/16 8505/22 8506/1 8506/6 8508/9 8510/14 8510/14 8511/8 8512/6 8512/15 8512/16 8512/18 8513/20 8514/8 8519/25 8521/2 8522/21 8531/10 8533/12 8540/19 8541/6
**pointed [2]** 8422/25 8504/2
**pointing [2]** 8465/19 8496/21
**points [1]** 8500/10
**police [31]** 8365/11 8365/16 8365/20 8365/21 8365/24 8366/22 8367/3 8367/22 8368/3 8368/10 8368/18 8368/25 8369/2 8369/6 8370/14 8370/15 8371/6 8372/5 8372/14 8373/2 8373/14 8397/15 8400/16 8420/20 8520/24 8521/13 8521/18 8523/13 8523/23 8523/25 8526/3
**politically [1]** 8409/17
**politicians [2]** 8408/2 8408/4
**pops [1]** 8518/22
**porch [2]** 8428/6 8428/7
**porta [6]** 8463/7 8467/24 8468/1 8497/1 8498/13 8499/7
**portion [3]** 8406/19 8489/11 8491/7

**POS [2]** 8440/19 8441/5
**position [5]** 8384/24 8403/7 8422/14 8440/15 8457/21
**positioning [1]** 8429/5
**positive [5]** 8441/1 8469/9 8533/22 8534/6 8534/7
**possess [2]** 8511/11 8511/14
**possesses [2]** 8494/9 8494/13
**possibility [1]** 8410/4
**possible [1]** 8484/6
**Possibly [2]** 8439/24 8440/1
**post [3]** 8434/13 8436/13 8440/16
**posted [1]** 8434/24
**poster [1]** 8409/8
**posting [1]** 8434/18
**posts [2]** 8436/21 8442/11
**potential [1]** 8372/11
**Potomac [2]** 8446/10 8446/14
**potties [6]** 8463/7 8467/24 8468/1 8497/1 8498/13 8499/7
**power [4]** 8427/20 8428/13 8437/25 8439/14
**Practically [2]** 8498/9 8498/12
**practice [1]** 8472/16
**pre [13]** 8392/13 8495/13 8495/16 8496/9 8496/12 8497/10 8497/17 8498/19 8499/10 8500/1 8500/19 8500/22
**pre-determined [1]** 8392/13
**pre-strike [12]** 8495/13 8495/16 8496/9 8496/12 8497/10 8497/17 8498/19 8499/10 8500/1 8500/19 8500/22
**precisely [4]** 8377/25 8378/3 8378/17 8380/13
**preempt [1]** 8529/1
**prejudicial [1]** 8373/18
**premise [1]** 8378/24
**preparation [1]** 8501/24
**prepared [1]** 8417/1
**preparing [1]** 8453/3
**prescription [2]** 8528/23 8530/6
**present [2]** 8364/21 8535/23
**president [21]** 8372/19

**POS [2]** 8440/19 8441/5 8416/22 8416/23 8433/8 8435/17 8436/16 8437/1 8438/3 8441/7 8442/6 8446/2 8473/24 8480/13 8499/6 8504/24 8505/12 8510/12 8512/25 8513/20 **President Trump [6]** 8372/19 8411/12 8416/22 8433/8 8441/7 8442/6 **presiding [1]** 8364/3 **presumably [1]** 8415/8 **presume [4]** 8396/6 8422/23 8523/5 8523/14 **pretend [1]** 8511/24 **pretty [13]** 8374/23 8423/21 8427/1 8431/8 8441/2 8443/20 8448/4 8456/18 8461/15 8467/13 8483/11 8522/22 8536/7 **Prettyman [1]** 8361/4 **previously [6]** 8383/22 8409/25 8410/13 8459/25 8487/19 8515/18 **primary [3]** 8458/16 **prior [9]** 8388/21 8429/7 8453/7 8455/19 8460/16 8462/7 8462/12 8482/18 8487/7 **prob [1]** 8382/20 **probably [16]** 8396/25 8412/6 8415/23 8426/18 8431/12 8434/20 8435/19 8437/9 8441/3 8446/6 8466/2 8494/23 8505/13 8523/11 8524/19 8542/22 **probation [1]** 8403/10 **probative [6]** 8378/14 8382/4 8382/9 8382/18 8382/21 8383/13 **problematic [1]** 8531/2 **problems [1]** 8470/3 **proceedings [4]** 8358/9 8361/6 8364/22 8544/4 **process [1]** 8388/6 **produced [1]** 8361/7 **proffer [3]** 8375/22 8381/23 8383/1 **proffered [1]** 8365/23 **project [3]** 8427/13 8427/14 8428/13 **promoted [1]** 8388/13 **prompted [2]** 8419/14 8419/17 **propane [1]** 8469/16 **propensity [1]** 8410/6 **property [19]** 8396/13 8403/22 8403/23

**P**

**property...** [16] 8403/25 8404/3 8404/5 8423/10 8424/10 8428/14 8429/14 8429/17 8429/17 8431/6 8462/2 8462/6 8464/16 8468/2 8474/15 8527/16
**propose** [1] 8378/7
**proposing** [2] 8365/3 8378/23
**Proprietary** [1] 8422/13
**prosecutor** [1] 8447/19
**protect** [1] 8387/14
**protected** [2] 8418/24 8419/3
**protection** [2] 8495/2 8495/4
**protein** [1] 8513/7
**protest** [4] 8413/3 8418/23 8419/3 8419/13
**protesters** [2] 8410/5 8497/13
**protests** [2] 8419/17 8419/18
**proven** [1] 8440/19
**provide** [10] 8367/20 8370/11 8370/14 8371/6 8382/23 8383/6 8384/14 8495/2 8495/4 8542/16
**provided** [4] 8372/4 8394/9 8479/2 8499/7
**provides** [1] 8472/17
**providing** [4] 8367/17 8373/2 8380/14 8380/21
**proving** [1] 8441/5
**provocative** [2] 8430/19 8527/20
**public** [2] 8372/17 8408/24
**publish** [6] 8407/5 8464/7 8476/20 8479/11 8486/24 8497/21
**Pugh** [3] 8498/1 8498/2 8498/5
**pull** [9] 8457/21 8475/16 8478/21 8486/21 8487/14 8490/17 8516/18 8516/19 8537/8
**pulled** [4] 8463/9 8537/13 8537/23 8539/18
**pulling** [3] 8508/12 8524/25 8537/23
**Purcellville** [1] 8462/8
**purpose** [13] 8367/10 8367/18 8370/10 8382/22 8382/25 8472/3 8494/25 8497/2 8498/18 8499/10 8500/2 8540/5 8543/6

**purposes** [4] 8382/11 8382/16 8384/14 8497/3
**purse** [1] 8482/20
**push** [1] 8522/19
**put** [19] 8371/7 8375/19 8423/8 8423/15 8428/21 8437/24 8457/23 8472/2 8484/3 8484/6 8507/3 8510/15 8513/6 8513/7 8513/7 8525/19 8527/18 8530/22 8538/9
**puts** [1] 8539/19
**putting** [2] 8371/20 8379/23
**PUTZI** [1] 8360/12
**puzzled** [2] 8412/14 8413/16

**Q**

**QAnon** [5] 8408/23 8408/24 8409/3 8409/3 8418/3
**QRF** [20] 8393/8 8393/10 8393/17 8394/1 8394/13 8394/14 8394/18 8394/23 8409/20 8409/21 8409/24 8409/25 8410/10 8410/22 8410/22 8410/23 8411/2 8411/8 8418/8 8418/13
**qualified** [1] 8401/14
**quality** [1] 8453/17
**question** [18] 8369/24 8370/1 8390/22 8419/9 8419/10 8432/11 8438/5 8447/1 8448/3 8459/3 8480/15 8491/14 8509/25 8529/21 8541/7 8541/15 8541/15 8541/22
**questioning** [2] 8402/19 8447/16
**questions** [4] 8368/13 8417/13 8447/11 8447/18
**queueing** [1] 8506/12
**quick** [1] 8533/1
**quite** [7] 8424/25 8427/23 8448/8 8453/19 8462/22 8472/4 8502/22
**quitting** [1] 8416/6
**quote** [2] 8366/18 8379/17
**quote/unquote** [1] 8379/17

**R**

**R-o-e-p-e-r-r** [1] 8386/19
**rabid** [1] 8472/1
**raccoons** [1] 8472/1
**race** [1] 8388/14

**radio** [4] 8393/24 8394/2 8394/18 8532/9
**raff** [1] 8514/2
**raided** [1] 8470/13
**raise** [4] 8386/4 8421/5 8450/10 8512/15
**Rakoczy** [2] 8358/14 8364/12
**rallies** [2] 8482/20 8506/10
**rally** [24] 8389/16 8389/20 8390/1 8391/7 8391/11 8391/25 8392/24 8392/25 8395/5 8398/22 8399/5 8399/9 8460/17 8460/17 8460/21 8460/22 8460/24 8461/1 8474/18 8481/16 8481/18 8482/18 8485/18 8486/2
**ran** [1] 8533/20
**random** [1] 8367/22
**Randy** [3] 8496/14 8496/14 8499/5
**range** [2] 8440/23 8455/24
**Ranger** [7] 8388/3 8388/4 8395/17 8403/17 8403/19 8416/17 8498/24
**Ranger Doug** [1] 8403/17
**Ranger Doug Smith** [2] 8395/17 8498/24
**Ranger Smith** [1] 8416/17
**re** [2] 8455/22 8455/24
**re-attach** [1] 8455/22
**re-attachment** [1] 8455/24
**reach** [3] 8457/25 8458/7 8458/7
**reacted** [1] 8398/13
**reaction** [2] 8536/4 8536/6
**read** [10] 8406/24 8407/25 8436/22 8439/12 8477/24 8498/11 8499/3 8504/20 8509/11 8532/18
**reads** [2] 8414/3 8416/6
**ready** [4] 8385/18 8436/5 8450/16 8537/7
**real** [2] 8373/18 8502/19
**realize** [1] 8395/22
**realized** [4] 8395/10 8398/16 8400/15 8505/13
**really** [21] 8367/21 8375/11 8379/18 8405/24 8432/13 8437/19 8440/22

**raised** [sic]
**reason** [17] 8372/25 8375/7 8377/12 8381/10 8381/22 8452/20 8452/25 8453/21 8486/16 8492/21 8496/22 8515/14 8516/24 8516/24 8518/15 8526/17 8526/18
**reasons** [6] 8365/14 8468/1 8471/12 8471/21 8472/25 8473/1
**rebut** [2] 8373/12 8379/15
**rebuts** [1] 8373/3
**rebuttal** [1] 8372/11
**recall** [10] 8395/25 8397/2 8405/5 8415/17 8416/8 8417/8 8417/9 8417/11 8460/7 8533/24
**recce** [15] 8495/13 8495/16 8495/23 8496/9 8496/12 8497/3 8497/10 8497/17 8498/13 8498/19 8499/4 8499/10 8500/1 8500/19 8500/22
**receive** [12] 8464/4 8510/4
**received** [12] 8379/5 8407/13 8464/5 8476/18 8479/9 8482/10 8485/19 8489/18 8509/4 8514/3 8517/16 8536/16
**receiving** [2] 8400/11 8431/16
**recently** [1] 8425/1
**reception** [1] 8413/14
**recess** [3] 8449/22 8543/17 8543/18
**recognize** [15] 8439/4 8464/9 8476/7 8476/12 8479/13 8482/2 8487/1 8491/21 8497/23 8508/20 8510/18 8510/21 8514/9 8517/20 8519/7
**recognized** [1] 8375/8
**recommendations** [1] 8390/7
**recommended** [1] 8390/2
**reconvene** [1] 8384/5
**record** [8] 8382/16 8384/14 8384/15 8386/18 8421/17 8422/25 8450/23 8544/3

**included** [6] 8361/6
8538/4 8538/6 8538/14 8539/21 8540/24
**recording** [3] 8491/8 8538/14 8539/14
**recovering** [2] 8452/23 8453/1
**recovery** [1] 8453/5
**RECROSS** [1] 8362/4
**recuperating** [1] 8455/15
**redid** [2] 8428/6 8428/7
**redirect** [4] 8362/4 8417/15 8417/17 8447/14
**referring** [6] 8405/9 8478/4 8496/3 8509/23 8513/17 8519/22
**reflect** [2] 8422/25 8458/24
**refute** [1] 8370/15
**regarding** [9] 8394/4 8400/25 8401/25 8419/12 8455/1 8455/3 8532/9 8533/2 8533/23
**regards** [1] 8428/8
**Registered** [1] 8361/2
**regroup** [1] 8531/6
**regular** [1] 8458/16
**regularly** [1] 8434/13
**related** [2] 8423/19 8499/5
**relation** [1] 8424/6
**relationship** [3] 8390/13 8424/7 8518/12
**relax** [1] 8459/21
**relaxer** [1] 8459/20
**relevance** [15] 8365/13 8366/14 8369/23 8369/24 8371/14 8372/1 8372/2 8380/1 8382/16 8382/18 8425/10 8425/25 8429/24 8431/24 8448/1
**relevant** [8] 8369/5 8371/18 8372/7 8377/20 8379/22 8380/20 8383/6 8425/5
**religion** [1] 8388/14
**reloading** [1] 8416/7
**relying** [1] 8408/19
**remain** [6] 8401/13 8436/15 8437/1 8438/3 8446/1 8449/23
**remember** [29] 8387/8 8397/3 8418/3 8428/13 8432/13 8434/18 8434/24 8436/8 8436/9 8438/25 8442/18 8447/18 8447/16 8465/3 8465/6 8465/23 8478/19 8489/5 8496/21 8500/14 8520/6 8530/2 8530/3 8530/8 8530/13 8530/14 8532/2 8533/2

**remember... [1]** 8533/14

**remind [1]** 8528/20

**remodeled [1]** 8428/5

**remodeling [1]** 8426/15

**remove [4]** 8386/8 8421/9 8447/22 8450/14

**removed [1]** 8379/10

**repair [1]** 8455/9

**rephrase [6]** 8390/21 8400/4 8402/4 8471/14 8480/15 8509/25

**replacement [3]** 8430/13 8452/24 8454/15

**replied [2]** 8477/7 8477/8

**report [2]** 8400/13 8420/8

**Reporter [4]** 8361/2 8361/2 8361/3 8361/3

**reports [1]** 8400/12

**represent [4]** 8402/25 8463/21 8479/3 8482/4

**representation [1]** 8377/25

**representative [1]** 8460/19

**reputation [5]** 8365/16 8365/20 8368/8 8368/9 8379/19

**request [4]** 8367/9 8367/11 8461/11 8540/17

**requested [3]** 8366/23 8366/24 8367/23

**requisite [1]** 8529/3

**research [1]** 8394/4

**reside [2]** 8386/22 8451/1

**residence [12]** 8403/20 8403/23 8421/22 8424/13 8427/16 8427/19 8428/9 8428/12 8428/14 8429/8 8429/11 8429/15

**resolve [2]** 8365/1 8382/14

**respect [3]** 8369/24 8461/25 8461/25

**respectfully [5]** 8366/11 8369/21 8380/2 8382/15 8382/21

**respond [3]** 8369/9 8408/13 8409/10

**responded [3]** 8413/18 8445/7 8478/6

**responders [1]** 8461/23

**responding [1]** 8409/7

**response [1]** 8409/12

**responsible [2]** 8408/15 8409/11

**restate [1]** 8418/11

**restaurants [1]** 8483/8

**restrict [1]** 8378/13

**restroom [1]** 8395/7

**result [6]** 8382/6 8394/12 8461/9 8483/14 8522/12 8531/17

**resume [2]** 8449/12 8539/4

**retire [3]** 8402/15 8417/21 8417/24

**retired [6]** 8386/24 8401/13 8402/11 8417/22 8417/23 8465/7

**retirement [1]** 8417/21

**returning [1]** 8384/21

**review [1]** 8531/22

**rhetoric [2]** 8414/14 8414/23

**RHODES [25]** 8358/6 8359/2 8364/8 8364/15 8367/12 8372/20 8372/21 8372/23 8377/16 8379/6 8388/22 8388/24 8389/22 8390/3 8390/9 8390/17 8391/4 8415/2 8461/6 8461/6 8461/8 8461/17 8462/2 8474/13 8501/14

**ricketiness [1]** 8522/14

**rickety [1]** 8522/8

**Rico [2]** 8365/9 8366/3

**ride [5]** 8413/9 8428/23 8474/3 8474/4 8497/11

**riders [1]** 8395/6

**ridiculously [1]** 8505/6

**Riding [1]** 8422/13

**rifle [11]** 8492/12 8492/21 8493/5 8493/7 8493/12 8493/22 8494/3 8494/9 8494/16 8495/1 8495/4

**rifles [2]** 8494/13 8494/19

**right [126]** 8364/23 8364/25 8372/1 8373/20 8373/23 8374/8 8375/5 8376/13 8383/18 8383/19 8384/4 8385/14 8386/4 8386/7 8386/20 8387/15 8387/20 8392/7 8395/25 8400/22 8402/18 8405/21 8407/21 8408/20 8410/2 8410/10 8410/13 8410/17 8411/5 8411/8 8411/24 8412/3 8412/4 8412/7 8412/13

**8416/15** 8421/5

**8422/19** 8422/24

**8423/21** 8424/9 8426/1

**8433/13** 8433/22

**8434/16** 8434/21

**8434/23** 8435/1 8435/7

**8435/25** 8436/12

**8436/24** 8437/14

**8437/15** 8437/17

**8439/10** 8440/10

**8440/11** 8441/8

**8443/25** 8444/3

**8444/13** 8444/21

**8445/3** 8445/9 8448/13

**8449/1** 8449/6 8449/11

**8450/2** 8450/10

**8452/18** 8458/18

**8460/3** 8465/8 8465/9

**8465/17** 8466/1

**8467/13** 8467/21

**8475/19** 8475/20

**8477/16** 8477/21

**8478/6** 8478/24 8480/9

**8481/21** 8483/22

**8488/3** 8488/17 8489/8

**8496/25** 8498/8 8498/9

**8498/12** 8499/7

**8506/10** 8507/16

**8509/20** 8510/2

**8514/16** 8515/4 8515/7

**8515/10** 8515/24

**8516/3** 8517/10

**8517/19** 8517/23

**8519/5** 8519/21 8521/3

**8525/9** 8525/17 8526/1

**8528/18** 8537/6

**8538/11** 8539/2 8539/8

**8540/1** 8541/21

**8543/13**

**right-hand [3]** 8483/22 8488/3 8517/23

**ring [2]** 8408/4 8409/10

**riot [3]** 8380/12 8441/20 8446/23

**rioting [5]** 8397/17 8399/17 8399/23 8439/1 8521/16

**riots [2]** 8387/9 8442/20

**Ripped [1]** 8428/6

**rise [4]** 8364/2 8449/14 8539/6 8543/16

**risk [1]** 8382/11

**Ritchie [1]** 8360/12

**RMR [2]** 8544/2 8544/8

**Road [1]** 8360/3

**roads [1]** 8483/8

**rode [1]** 8502/3

**Roeper [12]** 8386/3 8386/7 8386/13 8386/19 8386/21 8386/24 8387/2 8388/16 8403/2 8406/21 8417/19 8420/22

**Rohde [7]** 8404/15 8406/18 8407/15

**8436/1**

**role [2]** 8426/7 8475/8

**rolled [3]** 8455/14 8504/2 8538/10

**room [12]** 8377/19 8393/19 8435/1 8435/2 8435/3 8435/20 8435/22 8486/10 8501/18 8501/23 8528/7 8528/8

**roughly [3]** 8378/1 8423/12 8516/2

**route [4]** 8445/5 8496/16 8496/17 8502/25

**routine [1]** 8457/16

**routinely [2]** 8406/3 8406/4

**row [1]** 8423/15

**rule [1]** 8539/15

**ruled [1]** 8383/16

**Rules [2]** 8375/11 8375/19

**ruling [1]** 8542/21

**rumors [1]** 8473/8

**run [1]** 8388/7

**running [1]** 8537/14

**rural [4]** 8403/22 8403/25 8470/7 8471/11

**S**

**S-h-a-r-o-n [1]** 8450/24

**S1 [1]** 8453/24

**sad [1]** 8435/15

**safe [5]** 8420/23 8449/10 8470/23 8476/2 8497/13

**said [60]** 8369/16 8375/14 8378/9 8378/11 8383/12 8398/23 8409/4 8409/19 8409/25 8411/12 8412/21 8413/5 8424/22 8433/12 8433/14 8436/11 8438/4 8439/12 8439/13 8441/9 8441/17 8443/12 8445/10 8445/14 8446/6 8455/11 8460/24 8461/4 8461/6 8461/17 8462/24 8463/3 8463/5 8467/10 8472/9 8474/2 8477/5 8478/3 8478/7 8493/2 8495/23 8501/20 8502/4 8503/10 8504/25 8505/9 8508/3 8511/23 8513/21 8525/9 8525/16 8525/18 8526/7 8526/14 8528/21 8540/19 8541/15 8541/18 8541/23 8543/11

**same [13]** 8366/6

**8420/10** 8480/5 8480/7

**8484/10** 8485/24

**8490/3** 8499/17

**8504/10** 8509/19

**8540/25**

**saw [20]** 8367/13 8376/19 8377/12 8377/14 8387/9 8411/23 8412/3 8444/25 8445/21 8448/8 8457/11 8480/12 8480/25 8493/5 8503/23 8507/14 8515/16 8521/2 8533/23 8538/8

**say [45]** 8368/6 8370/2 8370/5 8371/20 8372/22 8376/23 8377/1 8379/13 8382/12 8383/5 8383/10 8384/20 8387/15 8390/13 8392/13 8397/13 8398/2 8409/12 8433/7 8436/18 8437/21 8440/18 8440/19 8440/21 8441/5 8445/25 8447/8 8453/16 8460/21 8469/25 8472/14 8477/7 8478/8 8478/23 8487/6 8492/15 8519/15 8523/5 8527/9 8527/20 8528/5 8529/16 8530/19 8541/8

**saying [11]** 8433/14 8436/6 8436/13 8436/14 8436/18 8439/14 8439/18 8466/4 8525/17 8525/18 8533/24

**says [27]** 8366/14 8372/17 8373/25 8374/1 8374/22 8383/9 8384/18 8409/9 8436/2 8438/8 8440/17 8442/13 8442/13 8444/24 8476/22 8477/3 8477/23 8478/9 8498/9 8499/2 8509/11 8532/2 8540/7 8540/7 8540/9 8540/1 8540/12

**scaffolding [19]** 8396/1 8396/5 8396/7 8396/22 8396/23 8397/2 8397/5 8397/11 8411/24 8412/2 8412/3 8412/4 8413/2 8444/5 8518/21 8521/2 8521/16 8522/5 8522/7

**scaled [1]** 8423/20

**scales [1]** 8378/3

**scan [1]** 8525/25

**scars [1]** 8454/7

**scene [2]** 8479/3

**scene... [1]** 8482/4
**scheduled [2]** 8392/24
8486/5
**schedules [1]** 8423/24
**schlep [1]** 8406/9
**school [3]** 8422/5
8451/11 8532/12
**scope [2]** 8378/20
8500/16
**screen [8]** 8463/9
8463/12 8481/20
8488/3 8497/19
8510/15 8514/7
8514/11
**screenshots [3]**
8476/11 8476/12
8508/13
**scroll [1]** 8438/24
**scrutinized [2]** 8388/9
8388/11
**seal [1]** 8445/8
**search [1]** 8401/3
**seat [3]** 8384/19
8429/4 8450/9
**seated [5]** 8364/4
8385/14 8449/23
8450/2 8539/12
**seats [1]** 8391/21
**Seattle [1]** 8387/10
**second [9]** 8424/11
8431/15 8475/4 8488/2
8488/6 8491/9 8503/22
8504/13 8524/11
**seconds [5]** 8421/1
8489/14 8514/8
8514/19 8515/10
**secured [1]** 8417/3
**security [11]** 8367/17
8367/20 8370/11
8372/3 8393/4 8504/22
8505/1 8505/14 8506/7
8512/25 8513/2
**seditious [1]** 8370/25
**see [86]** 8365/13
8371/14 8372/19
8373/18 8375/10
8376/2 8376/15
8377/22 8379/9
8385/16 8396/16
8397/11 8397/17
8407/8 8408/8 8412/16
8413/22 8422/23
8424/17 8429/14
8429/15 8432/8
8442/18 8442/19
8449/13 8449/20
8451/5 8463/12
8463/15 8463/17
8463/19 8465/11
8468/21 8477/10
8478/1 8480/12
8480/17 8481/2 8481/9
8481/25 8483/9
8483/22 8486/22
8487/10 8488/3 8488/3
8488/6 8488/8 8488/12
8488/18 8489/22

8492/25 8497/1 8497/4
8497/12 8498/8 8498/9
8501/21 8502/18
8504/24 8505/5
8505/11 8505/15
8506/17 8508/16
8511/1 8512/25 8514/8
8514/14 8514/21
8518/21 8520/24
8521/1 8521/15
8521/16 8521/18
8523/22 8523/25
8526/3 8529/11 8534/9
8539/5
**seeing [14]** 8382/7
8395/25 8416/8 8417/8
8417/9 8436/18
8436/18 8458/9
8458/10 8458/12
8458/14 8492/23
8533/2 8533/14
**seeking [1]** 8374/9
**seeks [1]** 8407/5
**seem [3]** 8425/23
8426/4 8536/1
**seemed [3]** 8469/17
8470/5 8522/7
**seems [5]** 8477/23
8477/25 8481/20
8525/14 8525/25
**seen [19]** 8410/6
8415/4 8415/9 8420/1
8444/3 8444/4 8444/19
8459/4 8468/18
8478/24 8487/4
8488/21 8488/23
8493/2 8506/9 8507/3
8515/21 8523/11
8533/11
**sees [3]** 8458/13
8507/5 8539/19
**seize [2]** 8401/3 8471/1
**seized [1]** 8470/16
**self [3]** 8406/4 8472/11
8472/14
**self-defense [3]**
8406/4 8472/11
8472/14
**selfie [1]** 8519/10
**sell [4]** 8423/8 8423/8
8493/12 8493/13
**sells [1]** 8438/16
**send [3]** 8447/24
8448/6 8529/21
**sending [3]** 8400/11
8431/17 8439/1
**sends [2]** 8439/10
8509/10
**sense [2]** 8367/22
8413/20
**sent [20]** 8377/15
8407/2 8407/25
8415/20 8416/1
8416/12 8420/13
8420/13 8420/17
8420/19 8430/18

8498/1 8498/23
8527/21 8529/10
8530/18 8530/19
**sentiments [1]**
8414/11
**separate [3]** 8381/16
8390/2 8502/20
**separated [1]** 8503/11
**separately [1]** 8472/25
**series [1]** 8478/24
**serious [2]** 8420/7
8420/16
**seriously [1]** 8414/4
**served [2]** 8402/11
8402/16
**service [2]** 8458/22
8498/6
**service-connected [1]**
8458/22
**session [2]** 8358/7
8364/3
**set [1]** 8396/2
**sever [1]** 8390/17
**several [7]** 8393/2
8395/23 8398/4
8428/25 8456/12
8527/19 8527/19
**severed [2]** 8447/25
8448/7
**severely [1]** 8455/24
**shall [1]** 8527/20
**share [1]** 8434/20
**shared [1]** 8424/10
**sharing [3]** 8430/24
8430/24 8435/4
**Sharon [6]** 8450/8
8450/18 8450/24
8450/24 8499/4
8509/15
**Sharon Caldwell [1]**
8450/8
**Shawn [3]** 8498/1
8498/2 8498/5
**she [28]** 8384/21
8384/23 8413/15
8432/3 8432/15
8480/25 8494/11
8494/11 8503/8
8503/12 8506/2 8506/2
8508/3 8508/9 8529/18
8535/10 8535/13
8536/4 8539/17
8539/17 8539/18
8539/18 8540/11
8540/12 8540/12
8541/22 8541/24
8542/10
**she's [3]** 8413/17
8503/9 8540/11
**shelf [1]** 8428/20
**Shenandoah [2]**
8452/7 8462/10
**shield [1]** 8446/23
**shifted [2]** 8423/22
8423/24
**shifts [1]** 8376/16
**shirt [9]** 8511/2 8511/4

8511/14 8511/15
8511/23 8511/2
**shirts [3]** 8511/19
8511/22 8511/23
**shit [3]** 8440/23 8441/6
8477/10
**shoes [2]** 8457/23
**shoot [2]** 8404/4
8472/9
**shooting [2]** 8471/22
8472/15
**shopping [1]** 8537/7
**shortly [3]** 8423/5
8449/13 8449/21
**shot [6]** 8439/21
8440/13 8472/7
8493/20 8493/22
8493/25
**shots [4]** 8408/3
8408/4 8409/9 8409/10
**should [23]** 8385/5
8390/8 8390/13
8392/13 8398/21
8440/14 8470/12
8478/23 8482/19
8483/11 8483/12
8495/23 8501/11
8504/24 8512/9
8512/15 8519/16
8524/17 8528/23
8530/6 8535/14 8541/7
8542/22
**shoulder [6]** 8380/5
8380/5 8455/18
8455/21 8455/22
8455/25
**shouldn't [2]** 8375/24
8384/20
**shouted [1]** 8525/13
**show [21]** 8365/23
8366/6 8369/18 8376/3
8414/10 8414/22
8426/17 8483/17
8489/11 8492/22
8493/4 8493/4 8498/22
8506/21 8509/13
8513/23 8514/6 8517/6
8517/10 8517/11
8517/19
**showed [5]** 8476/5
8476/5 8485/24
8493/16 8507/2
**showing [3]** 8473/8
8507/4 8515/19
**shown [2]** 8378/1
8489/12
**shut [2]** 8483/10
8541/6
**sic [1]** 8541/4
**side [10]** 8376/21
8395/25 8396/7
8396/21 8397/6
8410/20 8410/25
8411/5 8483/22
8519/18
**sign [2]** 8367/15
8503/23

**signal [8]** 8377/9
8406/21 8407/20
8414/18 8415/14
8418/20 8419/22
8420/2
**signed [1]** 8464/18
**significantly [1]**
8378/20
**signs [1]** 8397/20
**similar [4]** 8418/6
8470/2 8470/2 8530/19
**simply [3]** 8375/18
8405/1 8495/19
**since [6]** 8412/15
8422/22 8437/9 8446/7
8453/18 8474/15
**Siniff [1]** 8465/16
**sir [112]** 8377/9
8383/21 8386/17
8387/20 8388/1 8388/5
8389/10 8390/12
8391/2 8391/7 8392/7
8393/7 8394/3 8394/20
8394/21 8395/2 8397/1
8397/9 8398/23 8400/7
8400/18 8400/24
8401/7 8401/17
8401/23 8402/6
8402/11 8402/12
8402/24 8408/8
8408/15 8408/20
8409/8 8412/25
8415/14 8417/14
8418/2 8418/8 8418/13
8418/23 8419/12
8419/21 8420/1 8420/4
8420/12 8420/16
8421/24 8422/10
8422/11 8422/17
8422/19 8422/20
8422/24 8423/3 8424/2
8424/4 8425/4 8425/8
8425/22 8428/8
8428/23 8429/7
8429/10 8429/16
8429/22 8430/6
8430/15 8430/17
8430/20 8431/2
8431/15 8431/19
8431/21 8432/18
8432/19 8432/22
8433/4 8433/5 8433/11
8434/12 8434/20
8435/8 8435/19 8438/5
8438/9 8438/13 8439/3
8440/6 8441/4 8441/13
8443/7 8443/17 8445/3
8445/16 8445/25
8446/6 8446/17
8446/19 8446/22
8446/24 8447/20
8447/21 8447/23
8448/8 8448/12
8448/16 8448/22
8448/25 8449/7
8458/19
**sister's [1]** 8424/11

sit [5] 8426/17 8426/19
8508/6 8510/8 8515/16
sitting [5] 8430/23
8431/12 8431/13
8442/9 8453/2
situation [3] 8382/2
8442/10 8453/22
six [4] 8437/9 8446/7
8453/3 8506/9
size [1] 8511/4
skeleton [1] 8513/9
skeletons [1] 8427/10
skill [1] 8472/11
skipped [1] 8424/1
sleep [2] 8392/5
8459/22
slept [4] 8466/25
8467/1 8467/2 8467/10
slide [4] 8414/7 8414/9
8417/5 8477/21
slight [1] 8396/14
slowly [1] 8526/24
small [4] 8452/12
8462/1 8494/8 8522/21
smaller [1] 8411/17
smelled [2] 8398/23
8412/21
smiley [1] 8482/15
Smith [12] 8388/3
8389/25 8391/20
8392/19 8395/17
8399/6 8403/16
8403/19 8414/24
8416/17 8416/17
8498/24
snaps [1] 8464/19
so [197]
So it's [1] 8424/12
so-called [1] 8410/22
social [8] 8388/8
8388/11 8436/21
8437/13 8437/16
8441/19 8448/6
8469/18
socket [1] 8455/21
socks [1] 8457/23
soft [3] 8493/18
8493/18 8495/5
soldier [1] 8417/12
soldiers [3] 8416/25
8417/10 8469/11
solicit [2] 8368/8
8368/17
solid [1] 8396/18
some [92] 8365/22
8378/18 8385/7
8389/14 8389/21
8391/20 8391/21
8394/3 8394/12
8396/10 8397/2
8398/23 8399/17
8400/2 8402/1 8404/11
8404/23 8408/23
8409/2 8411/3 8411/17
8418/2 8418/6 8419/13
8419/13 8420/3 8423/7
8423/10 8426/12

8428/21 8428/21
8430/19 8438/19
8441/1 8441/25 8457/1
8459/5 8459/23 8462/2
8464/25 8466/12
8466/25 8466/25
8467/1 8467/2 8467/2
8467/4 8467/7 8467/10
8467/11 8472/5 8473/1
8475/17 8475/17
8475/21 8476/6 8476/6
8483/13 8496/22
8499/20 8500/25
8506/5 8507/5 8508/4
8508/9 8510/4 8510/14
8510/14 8511/21
8512/6 8512/17
8513/20 8516/2
8516/23 8518/9
8519/25 8521/2 8521/2
8523/10 8526/11
8528/15 8529/9
8530/17 8531/10
8531/19 8531/19
8532/18 8533/1
8533/12 8542/8
somebody [11] 8368/3
8374/12 8379/7 8382/7
8427/13 8459/7 8461/4
8464/17 8514/9
8514/14 8535/14
somehow [1] 8529/2
someone [5] 8369/8
8388/22 8407/25
8413/17 8420/6
someplace [2] 8462/3
8508/11
something [24]
8373/25 8374/1
8379/21 8383/9
8412/18 8413/2 8415/5
8415/6 8415/8 8422/2
8423/18 8438/2
8441/14 8454/11
8454/16 8454/17
8472/2 8472/10
8472/18 8476/22
8494/3 8494/8 8494/8
8523/15
sometime [2] 8478/18
8520/17
sometimes [10] 8394/2
8394/2 8453/20 8457/5
8457/7 8457/20
8457/22 8471/22
8506/9 8532/23
somewhat [1] 8367/21
somewhere [3] 8440/5
8445/22 8495/19
soon [4] 8440/20
8441/6 8441/10 8539/5
sorry [19] 8367/6
8367/11 8376/6
8376/25 8384/10
8387/15 8390/21
8390/24 8403/24
8406/17 8414/17

8455/12 8455/13
8475/6 8485/5 8510/22
8541/5
sort [15] 8379/18
8397/2 8413/21
8413/23 8420/3
8464/13 8469/25
8493/9 8496/23
8499/22 8501/20
8506/2 8506/3 8507/4
8530/17
sound [4] 8462/21
8515/10 8515/24
8516/2
sounded [1] 8462/1
sounds [2] 8438/1
8439/18
south [3] 8366/18
8413/18 8422/13
Southern [2] 8467/21
8467/25
spaces [1] 8504/9
speak [9] 8371/25
8372/19 8439/20
8440/7 8445/23
8448/19 8460/23
8473/17 8535/10
speakers [1] 8460/23
speaking [3] 8513/21
8533/12 8538/9
special [1] 8513/16
specific [2] 8497/2
8542/12
specifically [8]
8367/17 8370/14
8375/9 8404/8 8409/20
8410/9 8411/11
8493/12
speculate [1] 8375/6
speech [3] 8447/17
8461/2 8461/7
spell [3] 8386/17
8421/16 8450/22
spine [4] 8454/11
8455/10 8456/10
8456/11
spite [1] 8394/7
split [4] 8390/9
8390/11 8390/15
8391/2
spoke [5] 8377/2
8411/12 8461/2 8461/5
8541/20
spouted [1] 8433/10
spray [6] 8398/13
8398/24 8398/25
8399/2 8412/21 8413/1
springing [1] 8416/22
squirrels [1] 8494/7
Sr [1] 8360/11
stack [5] 8365/25
8366/4 8367/1 8440/23
8440/25
Stack 1 [1] 8365/25
Stack 2 [1] 8366/4
staffs [1] 8446/21
stage [1] 8524/8

Staged [2] 8370/23
8410/12
stairs [7] 8518/17
8522/3 8522/5 8522/11
8523/1 8526/11
8526/13
Stamey [8] 8393/12
8393/14 8393/15
8465/9 8469/21
8469/24 8492/22
8496/13
Stamey's [1] 8501/18
stamps [1] 8517/5
stand [6] 8374/25
8409/16 8409/16
8416/23 8456/5 8508/7
Standard [1] 8416/6
standing [14] 8367/24
8369/11 8374/14
8380/4 8380/6 8398/12
8401/13 8417/22
8425/18 8426/23
8505/19 8506/6
8506/10 8509/14
stands [1] 8543/17
stanley [3] 8360/2
8360/5 8364/16
star [1] 8486/15
start [4] 8365/5
8392/17 8408/3
8440/23
started [10] 8423/15
8439/2 8461/7 8472/8
8505/8 8522/3 8522/8
8526/10 8526/12
8526/22
starter [1] 8494/16
starting [1] 8431/18
starts [1] 8378/23
state [21] 8369/6
8371/21 8371/21
8371/25 8379/13
8379/14 8379/24
8382/13 8386/17
8386/21 8416/24
8421/16 8421/21
8450/22 8460/19
8468/14 8528/24
8530/7 8530/25
8538/25 8540/15
statement [12]
8409/17 8414/13
8476/23 8477/1 8477/1
8477/4 8499/9 8532/2
8532/3 8541/1 8542/13
8542/21
statements [6]
8372/17 8414/24
8434/13 8439/8
8531/23 8532/19
staters [1] 8408/5
STATES [1] 8358/1
8358/3 8358/10 8364/7
8387/9 8395/3 8401/14
8402/25 8432/4 8500/3
8501/25 8518/23
8527/2 8527/4 8527/6
8527/14 8534/19

station [1] 8532/14
stationed [1] 8411/1
status [1] 8458/20
stay [9] 8395/10
8410/25 8455/21
8462/22 8462/25
8468/8 8468/9 8520/3
8540/10
stayed [5] 8393/1
8427/4 8454/12
8477/25 8528/8
staying [1] 8411/17
steady [2] 8518/17
8526/21
steal [1] 8446/23
Steal' [1] 8416/21
stenography [1]
8361/6
step [8] 8416/22
8416/25 8417/10
8420/23 8424/19
8449/7 8539/9 8539/10
stepped [2] 8381/7
8440/15
steps [12] 8366/18
8366/25 8375/25
8443/20 8443/22
8444/11 8444/17
8444/21 8459/5 8518/8
8521/24 8522/25
STEWART [17] 8358/6
8359/2 8364/8 8367/12
8372/20 8372/21
8388/22 8388/24
8389/22 8390/3 8390/9
8390/17 8391/4 8415/2
8416/20 8461/6
8501/14
Stewart Rhodes [12]
8367/12 8372/20
8372/21 8388/22
8388/24 8389/22
8390/3 8390/9 8390/17
8391/4 8415/2 8501/14
still [21] 8407/24
8424/18 8435/14
8443/14 8443/15
8443/15 8449/2
8452/22 8453/1
8455/15 8455/23
8457/1 8458/15 8478/7
8478/9 8503/8 8503/9
8503/9 8503/12
8504/14 8507/10
stolen [1] 8408/1
stone [2] 8396/18
8427/9
stop [12] 8370/17
8377/21 8378/7
8395/17 8439/15
8441/14 8480/13
8488/17 8514/16
8515/7 8517/10 8519/5
stopped [1] 8516/11
store [4] 8428/18
8431/7 8493/11
8493/13
stories [2] 8430/24

**stories... [1]** 8432/14
**storm [1]** 8446/18
**stormed [1]** 8441/25
**story [1]** 8466/10
**street [12]** 8358/17
8359/6 8359/10
8395/16 8398/22
8399/6 8496/21
8496/22 8503/3
8503/20 8504/7
8515/20
**streets [1]** 8509/16
**stricken [1]** 8535/15
**strict [2]** 8375/19
8410/24
**strike [12]** 8495/13
8495/16 8496/9
8496/12 8497/3
8497/10 8497/17
8498/19 8499/10
8500/1 8500/19
8500/22
**strong [3]** 8398/11
8423/22 8447/8
**struggled [1]** 8430/14
**Stu [3]** 8438/10
8438/14 8438/15
**stuff [9]** 8425/21
8426/22 8428/18
8438/22 8442/1 8447/9
8505/1 8521/16
8525/21
**stupid [1]** 8442/25
**sturdy [1]** 8443/21
**style [2]** 8469/4
8513/11
**submit [2]** 8382/21
8400/21
**submitted [2]** 8367/14
8476/13
**subpoena [2]** 8372/9
8400/18
**subpoenaed [3]**
8366/12 8372/6
8372/10
**subset [1]** 8370/23
**substance [1]** 8430/13
**substantially [2]**
8382/10 8454/1
**such [5]** 8387/9
8387/11 8418/16
8428/19 8437/16
**suffer [1]** 8457/9
**suffered [1]** 8455/20
**suggest [2]** 8481/1
8530/16
**suggesting [1]**
8394/22
**Suite [2]** 8359/3
8360/13
**summer [4]** 8387/4
8387/18 8387/19
8410/6
**summiting [1]** 8413/2
**sunshine [1]** 8498/15
**super [1]** 8432/13
**supervisor [2]** 8422/15

**supplies [1]** 8436/5
**support [1]** 8417/2
**supporters [1]** 8408/6
**suppose [1]** 8542/2
**supposed [4]** 8410/12
8410/17 8411/6
8498/14
**sure [36]** 8376/3
8383/4 8390/19 8392/4
8394/25 8399/8 8400/5
8401/16 8421/10
8421/18 8421/23
8426/14 8429/14
8433/11 8434/25
8435/15 8438/4
8439/13 8439/19
8440/12 8441/9
8441/23 8442/11
8443/11 8443/17
8443/20 8445/13
8460/14 8473/2 8473/4
8503/8 8503/9 8503/11
8519/24 8533/20
8537/15
**surge [1]** 8443/10
**surgeries [1]** 8430/13
**surgery [14]** 8452/23
8452/24 8453/1
8453/23 8453/24
8454/3 8454/6 8454/7
8454/10 8454/13
8454/19 8455/15
8495/22 8495/24
**surging [7]** 8442/14
8442/17 8442/21
8443/8 8443/10
8443/13 8443/13
**surprised [3]** 8532/18
8536/1 8536/7
**surprising [1]** 8490/4
**surrounded [1]**
8448/10
**surrounding [1]**
8470/10
**surveillance [2]** 8500/2
8500/9
**surveying [1]** 8404/25
**suspended [2]** 8403/5
8437/24
**sustained [11]** 8368/16
8415/12 8448/13
8471/14 8477/14
8477/19 8496/5 8497/7
8534/12 8536/21
8540/25
**SWORN [3]** 8386/13
8421/12 8450/18

**T**

**T-shirt [8]** 8511/2
8511/4 8511/5 8511/9
8511/11 8511/14
8511/15 8512/1
**T-shirts [2]** 8511/19
8511/22
**tactical [3]** 8429/18
8469/7 8483/25

**tagging [1]** 8497/11
**tail [1]** 8507/14
**take [39]** 8366/9
8395/9 8409/16
8409/16 8414/4 8425/4
8436/7 8436/14 8437/1
8437/11 8439/22
8439/23 8440/5
8440/12 8440/14
8449/12 8456/18
8457/7 8474/1 8478/11
8482/19 8482/24
8483/6 8483/19 8493/5
8496/10 8497/15
8497/17 8500/24
8503/1 8516/21 8517/3
8524/17 8528/15
8529/18 8530/11
8531/17 8539/3
8543/14
**taken [6]** 8433/24
8434/1 8464/11
8470/16 8479/18
8518/6
**takes [5]** 8438/2
8459/17 8459/18
8459/18 8474/3
**taking [5]** 8483/2
8495/25 8503/5 8526/4
8530/22
**talk [18]** 8365/15
8365/20 8368/8
8399/22 8403/13
8418/6 8424/16
8424/18 8424/18
8435/1 8435/2 8435/3
8435/20 8435/22
8440/8 8452/17
8512/10 8529/13
**talked [5]** 8420/12
8473/4 8475/3 8530/2
8538/10
**talkie [1]** 8490/19
**talking [7]** 8376/24
8396/6 8396/7 8398/2
8431/20 8505/8
8519/16
**talks [1]** 8436/20
**tank [1]** 8408/5
**tapped [1]** 8375/7
**target [2]** 8472/15
8496/2
**Tarik [1]** 8376/13
**Tarpley [2]** 8359/6
8364/14
**taught [1]** 8495/18
**Technically [1]** 8403/9
**technological [1]**
8404/12
**tee [4]** 8513/19
8514/18 8514/19
8524/11
**telephone [1]** 8537/11
**television [1]** 8397/3
**tell [30]** 8385/5
8386/21 8387/6 8388/1
8388/10 8392/21

8419/21 8421/24
8452/20 8459/8
8460/12 8469/15
8473/1 8473/23
8488/12 8489/22
8491/13 8492/7 8493/4
8495/15 8499/22
8514/18 8514/20
8516/21 8525/15
8536/14 8537/4
8543/11
**telling [3]** 8405/5
8534/24 8542/9
**temperature [1]**
8377/18
**ten [2]** 8395/8 8501/22
**tend [1]** 8461/24
**Tennessee [1]** 8377/4
**tents [2]** 8463/6
8466/25
**term [5]** 8441/2
8495/17 8495/18
8496/2 8512/22
**terms [7]** 8383/19
8414/15 8415/14
8453/4 8524/16 8541/8
8542/5
**terrace [7]** 8519/12
8519/13 8519/15
8519/17 8519/19
8523/2 8523/5
**Terrific [1]** 8384/4
**testified [6]** 8371/3
8371/9 8404/18
8409/21 8416/14
8535/13
**testify [21]** 8365/10
8366/16 8367/9
8367/10 8368/14
8370/6 8370/8 8370/10
8371/12 8373/1 8375/3
8375/13 8375/14
8375/23 8377/11
8377/14 8378/9 8380/3
8380/3 8380/8 8381/23
**testifying [1]** 8373/13
**testimony [25]**
8365/18 8365/18
8366/15 8368/8
8368/11 8368/17
8369/20 8373/3 8373/6
8373/13 8373/15
8373/16 8373/17
8374/21 8378/13
8378/16 8378/17
8379/15 8382/5 8382/8
8382/24 8384/6
8420/23 8449/7 8539/9
**text [8]** 8413/10
8420/13 8475/24
8476/6 8476/7 8477/23
8479/19 8508/22
**texted [2]** 8413/8
8476/3
**texts [1]** 8529/20
**than [12]** 8371/22
8371/22 8381/23

8431/8 8459/12
8483/12 8483/17
8502/23 8516/13
8521/6
**thank [31]** 8366/14
8383/17 8385/2
8385/25 8386/6
8386/10 8390/24
8403/24 8404/15
8407/15 8407/18
8415/10 8417/13
8420/22 8421/7
8421/10 8439/9
8442/15 8449/6 8449/8
8449/20 8450/12
8450/15 8464/14
8464/16 8464/18
8479/23 8539/11
8539/12 8542/17
8543/7
**thank you [26]**
8366/10 8383/17
8385/2 8385/25 8386/6
8386/10 8390/24
8403/24 8404/15
8407/15 8407/18
8417/13 8420/22
8421/7 8421/10 8439/9
8442/15 8449/6 8449/8
8449/20 8450/12
8450/15 8464/14
8539/11 8542/17
8543/7
**that [763]**
**that correct [1]**
8436/16
**That'll [1]** 8543/3
**that's [74]** 8368/10
8371/8 8373/11
8374/21 8375/4
8379/20 8379/22
8382/2 8393/5 8396/9
8396/24 8401/2
8401/12 8403/9
8407/18 8409/12
8411/22 8412/23
8412/25 8413/20
8415/8 8416/17 8425/5
8437/3 8440/12
8440/15 8441/3
8442/15 8448/13
8452/2 8453/13
8456/13 8459/22
8461/8 8462/9 8462/10
8465/13 8465/17
8465/20 8466/2
8466/22 8467/13
8470/8 8475/20
8476/23 8479/15
8479/17 8482/15
8484/22 8484/25
8487/21 8487/23
8488/23 8491/8 8498/5
8501/22 8505/2
8506/13 8510/23
8510/25 8513/17
8514/17 8518/11

**T** Case 1:22-cr-00064-... Document 346-57 Filed 06/09/23 Page 217 of 221 8454/11 8454/14

**that's... [11]** 8519/18
8525/9 8529/12
8529/20 8534/12
8535/12 8541/25
8542/10 8542/10
8542/15 8543/5
**their [19]** 8371/16
8373/4 8375/9 8379/24
8381/8 8388/21
8398/14 8398/15
8400/10 8405/7
8405/12 8405/14
8405/17 8446/20
8463/6 8466/4 8467/1
8540/3 8540/5
**them [50]** 8369/11
8371/5 8375/1 8379/10
8379/11 8381/14
8381/16 8381/21
8382/1 8383/8 8391/20
8394/10 8398/18
8398/20 8398/21
8408/17 8411/3 8420/7
8445/8 8453/18
8461/22 8461/25
8461/25 8462/6 8463/3
8463/3 8464/15
8466/25 8468/21
8472/3 8473/10
8474/24 8475/10
8475/10 8475/13
8475/15 8494/15
8499/16 8499/24
8502/15 8503/25
8505/21 8506/6
8507/25 8508/20
8536/15 8541/10
8542/7 8542/11
8542/14
**themselves [3]**
8366/13 8367/5 8461/4
**then [51]** 8366/9
8366/21 8366/25
8367/2 8372/1 8377/21
8377/24 8380/13
8383/19 8383/20
8384/5 8384/14
8392/18 8393/1
8395/24 8398/21
8399/9 8408/10
8408/13 8411/7 8439/7
8439/11 8440/17
8440/18 8440/21
8441/14 8442/15
8442/16 8444/9
8444/23 8445/7 8454/9
8454/12 8454/12
8457/9 8459/22
8472/16 8473/3
8473/15 8478/8 8478/9
8486/9 8503/3 8504/3
8508/6 8508/9 8524/22
8529/19 8531/1
8539/14 8542/12
**theoretical [1]** 8409/9
**theoretically [1]**
8411/3

**theories [1]** 8402/8
8408/20 8418/3 8418/7
**theory [1]** 8382/22
**therapy [1]** 8453/2
**there [202]**
**there's [21]** 8366/14
8374/21 8375/22
8378/11 8382/4 8414/8
8440/10 8445/23
8455/24 8456/12
8473/10 8473/18
8477/4 8477/23 8484/6
8499/13 8507/2 8507/3
8519/19 8538/14
8541/11
**therefore [3]** 8463/7
8529/3 8530/20
**these [40]** 8364/22
8365/12 8365/15
8366/2 8369/20
8371/14 8371/18
8374/16 8374/25
8375/8 8379/23
8380/22 8382/13
8405/7 8406/11
8406/12 8407/9
8410/23 8414/11
8413/23 8414/25
8416/21 8417/2 8468/7
8468/12 8473/9
8473/13 8479/2 8506/7
8506/9 8506/20 8508/8
8508/13 8508/17
8510/15 8510/16
8516/20 8517/5 8524/4
8530/23
**they [137]** 8365/10
8366/19 8367/24
8368/21 8368/21
8369/22 8370/1 8370/2
8371/8 8371/9 8371/9
8371/10 8371/20
8372/8 8373/7 8373/9
8374/25 8375/1 8378/4
8379/17 8379/24
8380/14 8380/16
8380/16 8380/24
8381/1 8381/10
8381/20 8381/24
8382/1 8390/14
8390/17 8392/8 8393/8
8393/10 8393/11
8394/7 8395/8 8395/9
8398/19 8399/21
8403/9 8405/1 8406/3
8406/3 8410/6 8410/12
8410/16 8410/24
8411/1 8411/15
8411/15 8411/16
8411/18 8411/18
8411/20 8412/12
8412/20 8419/20
8435/17 8447/5
8453/24 8454/10
8454/12 8454/13
8455/22 8457/2 8457/2
8461/7 8461/22
8462/21 8462/22

**therapy** — 8463/7 8464/18
8464/24 8464/24
8466/13 8467/3
8467/10 8468/1 8468/3
8468/4 8468/8 8468/8
8468/13 8468/13
8469/10 8469/13
8469/14 8469/25
8470/1 8470/2 8470/4
8470/4 8471/2 8471/18
8474/15 8474/16
8482/4 8483/9 8493/11
8494/15 8501/19
8501/19 8501/22
8501/22 8502/15
8502/22 8503/25
8504/3 8504/14
8504/15 8504/24
8505/8 8506/3 8506/6
8506/10 8506/11
8506/12 8506/13
8508/2 8508/22
8510/11 8511/21
8511/22 8511/22
8511/23 8512/24
8529/18 8535/16
8540/10 8541/9
8541/19 8542/3
**they'd [1]** 8411/5
**they're [14]** 8371/15
8374/20 8382/6
8405/13 8453/19
8463/5 8466/3 8478/1
8478/1 8483/6 8494/14
8494/15 8494/16
8506/10
**they've [2]** 8381/15
8420/11
**thing [11]** 8415/8
8420/10 8476/3 8480/5
8480/7 8483/1 8488/24
8503/13 8509/19
8513/8 8522/9
**things [18]** 8364/25
8370/13 8370/19
8400/2 8408/23
8425/16 8427/24
8428/21 8430/24
8431/1 8446/3 8457/13
8458/14 8467/23
8472/13 8473/9
8497/12 8513/2
**think [61]** 8367/16
8371/8 8371/24
8373/19 8374/21
8374/21 8375/2 8375/4
8378/11 8379/22
8380/2 8381/4 8382/5
8383/16 8397/5 8403/9
8408/5 8415/3 8415/7
8415/18 8420/12
8429/25 8436/17
8440/20 8441/6 8443/2
8446/25 8448/4 8449/2
8455/11 8456/12
8466/2 8470/1 8474/17
8478/17 8491/17

8499/23 8500/13
8502/22 8503/15
8503/17 8509/18
8518/25 8528/25
8529/1 8529/20
8529/22 8529/24
8530/20 8531/1
8540/18 8540/18
8540/21 8541/14
8541/20 8542/1 8542/5
8543/2 8543/5
**think-tank [1]** 8408/5
**thinking [2]** 8442/5
8505/10
**third [2]** 8424/11
8435/12
**this [192]**
**This is [1]** 8364/7
**Thomas [7]** 8360/11
8364/10 8388/8
8422/19 8443/7
8443/18 8451/3
**Thomas Caldwell [4]**
8389/8 8422/19 8443/7
8451/3
**those [36]** 8365/9
8365/11 8368/19
8383/6 8383/20 8390/1
8390/10 8395/22
8405/9 8405/12 8406/2
8408/6 8419/18 8420/1
8420/2 8434/18
8437/25 8439/8
8444/21 8457/12
8461/24 8463/21
8464/14 8467/23
8468/23 8470/4 8471/1
8472/5 8472/13 8473/1
8479/3 8513/2 8524/4
8529/21 8530/18
8533/25
**though [5]** 8371/3
8405/20 8453/9 8463/1
8477/3
**thought [21]** 8372/11
8398/20 8412/12
8467/3 8468/7 8474/5
8474/10 8474/21
8483/7 8499/24
8503/24 8504/23
8505/9 8505/16
8505/20 8508/5 8508/6
8522/9 8522/20 8531/4
8541/17
**thoughts [1]** 8475/1
**thousand [1]** 8398/4
**thread [3]** 8438/8
8438/9 8438/9
**three [7]** 8379/1
8422/22 8423/23
8424/10 8430/18
8439/7 8456/13
**through [37]** 8367/4
8375/16 8415/1 8423/5
8423/23 8437/16
8443/17 8444/2 8444/5
8444/6 8444/7 8448/4

8463/11 8463/25
8464/3 8464/5 8475/24
8478/23 8479/7 8479/9
8496/20 8503/2
8504/25 8505/14
8506/8 8512/24 8513/2
8516/20 8526/12
8529/17 8529/22
8533/24 8534/2
8538/17 8539/21
**throughout [3]** 8380/9
8459/11 8517/3
**throwing [1]** 8440/23
**ties [1]** 8390/17
**till [2]** 8516/11 8535/8
**time [122]** 8366/6
8378/2 8378/4 8378/5
8380/12 8381/14
8384/21 8385/1
8385/21 8386/2 8387/2
8388/2 8389/11
8389/19 8392/5
8392/13 8392/19
8395/2 8396/22 8397/9
8397/10 8397/11
8397/14 8397/21
8398/6 8399/13
8399/18 8399/23
8400/15 8408/3 8409/9
8412/6 8412/10 8416/6
8418/8 8418/13
8420/23 8421/3
8423/18 8423/22
8424/22 8425/4
8425/17 8425/18
8427/1 8429/16
8430/15 8433/25
8437/8 8441/7 8442/6
8445/18 8449/7 8450/7
8454/7 8454/18
8454/20 8454/24
8455/14 8456/4 8456/5
8457/5 8458/9 8460/7
8461/10 8463/2 8463/2
8463/24 8468/6
8469/11 8470/7
8470/19 8472/20
8476/16 8477/16
8485/13 8485/24
8487/16 8490/24
8495/8 8495/20
8496/18 8497/12
8497/16 8502/25
8504/15 8506/15
8506/18 8506/21
8506/25 8507/8
8507/23 8512/5
8515/10 8518/6 8518/9
8518/13 8519/11
8519/25 8520/6 8520/9
8520/17 8521/8
8521/12 8521/23
8523/9 8524/7 8528/11
8529/20 8530/17
8531/15 8534/16
8534/18 8534/21
8534/24 8536/9

**T**

time... [6] 8536/10
8536/24 8537/4
8537/11 8537/20
8537/25
timeline [1] 8529/17
times [17] 8393/2
8394/14 8403/20
8403/20 8404/1
8427/15 8427/18
8428/19 8428/25
8473/9 8488/24
8494/14 8498/6
8516/11 8517/5
8523/11 8525/23
timing [1] 8524/16
tips [1] 8378/2
titled [1] 8544/4
today [8] 8365/7
8384/6 8388/17
8400/19 8422/23
8452/18 8462/16
8468/21
Toe [1] 8435/16
together [12] 8366/19
8369/12 8408/11
8456/13 8461/17
8462/4 8471/23
8472/24 8477/9 8501/5
8502/9 8503/12
told [18] 8379/4
8408/17 8411/15
8412/12 8420/11
8461/19 8461/21
8462/20 8499/5 8508/2
8508/9 8510/11
8511/20 8512/24
8536/17 8536/19
8541/23 8542/10
Tom [50] 8438/10
8442/13 8442/16
8452/15 8460/16
8460/21 8460/24
8460/25 8461/1 8461/5
8461/8 8461/16
8461/19 8461/24
8462/5 8464/14
8466/12 8472/4 8472/7
8473/4 8474/13
8474/15 8474/15
8475/3 8485/5 8492/24
8495/17 8496/21
8497/1 8497/4 8499/18
8499/22 8501/5
8501/17 8502/7
8502/23 8503/7
8504/18 8506/1
8512/22 8513/7 8518/3
8518/7 8519/10
8532/22 8532/22
8532/22 8536/16
8536/19 8537/14
Tom Caldwell [3]
8438/10 8442/13
8442/16
Tom called [1] 8506/1
Tom's [1] 8498/7
tomorrow [1] 8498/14

too [13] 8375/18
8455/25 8457/8 8457/9
8458/1 8458/6 8458/8
8460/18 8478/17
8511/6 8519/19
8522/18 8529/14
took [27] 8376/7
8440/16 8454/10
8459/10 8459/11
8461/10 8464/19
8466/2 8482/25
8483/23 8496/17
8496/17 8503/14
8512/1 8516/10
8516/23 8516/24
8518/2 8519/9 8519/10
8523/10 8523/10
8524/3 8525/3 8525/5
8531/19 8537/5
tool [1] 8426/22
tools [1] 8428/19
top [8] 8428/20 8446/3
8465/20 8465/21
8476/22 8518/18
8523/1 8532/23
total [1] 8452/24
touch [1] 8476/1
towards [10] 8365/25
8392/18 8395/3
8512/13 8520/18
8520/20 8521/9
8521/24 8526/10
8529/8
tower [1] 8397/3
Towers [1] 8360/13
town [1] 8384/20
track [1] 8392/5
tractor [1] 8457/4
Traffic [1] 8477/9
train [1] 8469/7
trained [3] 8416/25
8417/9 8417/12
training [3] 8429/18
8469/4 8469/10
Traitor [1] 8440/17
transcript [8] 8358/9
8361/6 8530/10
8530/12 8531/4 8531/5
8543/9 8544/3
transcription [1]
8361/7
transpired [1] 8460/13
transport [3] 8406/11
8446/9 8446/14
travel [4] 8405/12
8405/13 8405/17
8417/1
traveled [1] 8404/18
travels [2] 8420/23
8449/10
Tread [1] 8464/17
tree [1] 8498/6
trees [3] 8498/1 8498/2
8498/6
tremendous [3]
8528/12 8528/12
8531/16

8369/12 8370/20
8378/21 8378/24
8378/25 8388/17
8388/20 8453/4
8462/16
tried [4] 8485/1 8505/3
8527/15 8537/13
trigger [1] 8465/19
trip [1] 8490/18
Troy [2] 8358/16
8364/13
truck [1] 8429/5
trucks [1] 8483/9
Trump [17] 8372/19
8392/24 8409/4 8409/5
8411/12 8416/22
8433/8 8436/15
8436/25 8437/24
8441/7 8442/6 8446/1
8447/22 8474/1 8478/5
8506/10
Trump's [2] 8447/25
8448/7
Truong [1] 8473/17
8473/18 8473/21
8484/17 8484/22
8484/23 8485/1
truth [4] 8473/10
8541/1 8542/2 8542/9
try [11] 8365/1 8469/8
8480/12 8487/25
8501/24 8516/25
8527/1 8527/13
8528/14 8533/6 8533/8
trying [11] 8372/12
8372/13 8375/11
8375/18 8379/19
8398/14 8474/1 8500/2
8525/19 8526/18
8541/1
Tucson [1] 8490/12
Tuesday [1] 8423/25
tunnels [3] 8445/8
8445/17 8445/23
turn [8] 8381/18
8381/20 8381/25
8385/6 8385/6 8385/22
8445/8 8503/13
turned [2] 8496/25
8504/3
turning [2] 8385/8
8400/10
turnout [1] 8462/24
TV [2] 8441/23 8506/9
twice [1] 8431/7
twist [1] 8457/22
two [28] 8365/3 8365/7
8369/9 8369/11
8370/19 8370/23
8371/2 8371/22
8378/25 8407/9
8408/11 8434/22
8436/11 8440/10
8454/10 8463/1
8468/16 8468/23
8469/15 8469/17
8502/9 8502/14

8503/19 8531/11
8541/11 8543/20
two-car [1] 8503/19
two-day [1] 8454/10
TX [1] 8359/4
type [12] 8393/22
8402/1 8431/1 8459/16
8469/11 8483/1
8488/24 8492/8
8492/10 8503/13
8513/16 8532/8
typically [3] 8494/9
8494/13 8499/21

**U**

U.S [3] 8358/16
8431/22 8445/11
ubiquitous [1] 8470/9
uh [5] 8429/10 8439/6
8444/8 8479/1 8515/6
uh-huh [5] 8429/10
8439/6 8444/8 8479/1
8515/6
ultimate [2] 8382/14
8529/21
ultimately [3] 8530/3
8540/12 8542/4
unanimous [1]
8390/10
unanswered [1]
8368/13
unarmed [1] 8411/4
under [13] 8386/5
8394/16 8410/3 8410/7
8410/24 8421/6 8423/3
8423/24 8445/8
8445/23 8450/11
8477/4 8527/9
underground [1]
8503/23
underneath [3]
8518/21 8522/5
8522/11
understand [30]
8365/2 8365/7 8368/2
8369/13 8370/21
8378/12 8380/15
8381/4 8381/5 8386/24
8388/16 8393/21
8394/3 8399/1 8400/21
8423/18 8431/21
8451/17 8451/25
8467/20 8467/25
8473/18 8482/18
8485/1 8492/7 8493/16
8510/3 8513/15
8529/15 8532/7
understanding [6]
8365/14 8367/18
8368/23 8377/3
8498/18 8499/10
understood [5]
8370/13 8380/6
8380/11 8383/15
8392/6
undoubtedly [2]
8384/23 8467/20

unfamiliar [1] 8471/01
unfortunately [4]
8454/1 8471/24
8471/24 8472/1
unfounded [1] 8418/3
uniform [1] 8392/10
uniforms [2] 8374/22
8392/8
unindicted [2] 8368/4
8369/14
unique [2] 8425/15
8493/1
UNITED [17] 8358/1
8358/3 8358/10 8364/7
8387/9 8395/3 8401/14
8402/25 8432/4 8500/3
8501/25 8518/23
8527/2 8527/4 8527/6
8527/14 8534/19
United States [12]
8387/9 8395/3 8401/14
8432/4 8500/3 8501/25
8518/23 8527/2 8527/4
8527/6 8527/14
8534/19
University [1] 8451/14
unprofessional [1]
8403/8
unquote [1] 8379/17
unrest [1] 8387/11
unsavory [1] 8400/2
until [5] 8399/8
8413/13 8417/3 8457/3
8506/16
unturned [1] 8427/9
unusual [18] 8425/8
8425/13 8429/23
8430/3 8456/1 8466/8
8487/23 8487/24
8488/21 8488/23
8493/1 8493/7 8511/4
8515/13 8518/19
8522/2 8522/4 8528/10
up [144] 8367/15 8375/25
8367/15 8375/25
8377/4 8381/18
8391/16 8395/7
8395/19 8395/21
8396/2 8396/14
8397/20 8398/17
8399/4 8399/6 8400/13
8400/14 8404/9 8407/7
8409/2 8412/23
8412/24 8413/25
8414/18 8415/24
8416/10 8416/22
8424/7 8426/16
8426/17 8426/21
8427/21 8427/21
8429/18 8438/15
8441/7 8442/6 8443/22
8444/9 8444/10
8444/16 8447/25
8448/7 8453/21
8454/24 8456/2
8457/21 8458/7
8458/10 8459/5
8459/14 8461/3

**U**

**up... [92]** 8461/20
8461/22 8462/5 8462/5
8463/9 8467/18 8469/7
8469/10 8471/25
8472/25 8473/8
8474/16 8475/16
8478/12 8478/16
8478/21 8481/20
8484/3 8484/4 8484/20
8486/21 8487/14
8488/1 8490/17
8493/17 8495/23
8495/25 8496/20
8497/19 8498/21
8499/16 8499/21
8501/10 8503/2
8504/10 8504/17
8505/22 8506/12
8506/14 8506/21
8507/3 8508/12
8509/13 8509/16
8509/21 8510/15
8512/17 8512/21
8513/10 8513/11
8513/19 8514/18
8514/19 8516/18
8516/19 8518/8 8518/9
8518/17 8519/19
8520/18 8520/20
8521/20 8521/24
8522/3 8522/5 8522/10
8522/15 8522/18
8522/20 8522/24
8523/1 8524/12
8524/13 8524/18
8524/22 8524/25
8525/20 8527/18
8529/19 8533/13
8533/14 8533/20
8533/21 8536/15
8537/17 8537/23
8538/3 8538/6 8538/15
8539/20 8539/21
8540/10

**upcoming [1]** 8396/2
**upon [2]** 8417/19
8417/20
**upper [1]** 8417/23
**upset [2]** 8433/8
8446/1
**upsetting [1]** 8535/7
**us [42]** 8368/7 8386/21
8387/8 8388/1 8390/1
8390/10 8395/19
8398/3 8408/2 8421/24
8430/22 8437/23
8456/23 8460/21
8460/24 8461/14
8464/14 8464/15
8472/14 8472/17
8473/1 8473/23
8474/17 8486/12
8491/8 8492/7 8496/13
8496/14 8502/9 8503/8
8503/9 8506/2 8508/2
8508/5 8508/9 8511/24
8512/24 8514/20

8540/20
**usdoj.gov [2]** 8358/19
8358/20
**use [13]** 8367/1
8367/16 8395/7
8439/14 8453/8
8461/11 8466/23
8472/13 8494/15
8512/22 8528/23
8529/13 8530/6
**used [11]** 8388/4
8451/17 8451/25
8452/1 8456/20
8462/19 8493/11
8494/14 8495/17
8495/18 8495/21
**uses [3]** 8452/20
8452/22 8496/2
**using [3]** 8399/2
8452/25 8490/19
**UTC [1]** 8407/23

**V**

**Vallejo [2]** 8487/8
8490/13
**Valley [2]** 8452/7
8462/10
**valuable [2]** 8492/16
8492/17
**value [6]** 8378/14
8382/5 8382/9 8382/18
8382/21 8383/13
**various [1]** 8380/9
**vehicle [9]** 8428/23
8429/1 8429/4 8429/23
8430/4 8458/25
8502/11 8502/13
8503/6
**vehicles [6]** 8405/8
8406/12 8406/12
8445/1 8445/5 8502/20
**versus [1]** 8364/8
**vertebrae [2]** 8453/24
8456/12
**very [15]** 8374/14
8382/4 8388/25
8398/10 8415/10
8425/16 8426/24
8427/7 8446/1 8470/11
8484/7 8497/1 8501/19
8514/20 8522/6
**vest [6]** 8483/20
8483/25 8484/2 8484/7
8484/10 8513/7
**veteran [5]** 8430/11
8438/19 8458/21
8458/22 8459/1
**veterans [2]** 8430/5
8461/23
**vetting [1]** 8388/6
**via [1]** 8430/16
**video [42]** 8365/22
8369/18 8376/2 8376/4
8376/5 8376/7 8376/9
8376/12 8376/18
8376/22 8377/17
8377/20 8377/23

8400/12 8488/15
8489/9 8489/22
8489/25 8507/2 8507/4
8507/5 8507/6 8507/9
8507/13 8507/15
8514/12 8514/22
8515/9 8516/23
8523/10 8523/14
8525/3 8525/4 8525/5
8525/11 8525/23
8525/25 8525/25
8526/4
**videographer [3]**
8366/3 8372/15
8376/11
**Vietnamese [1]**
8484/23
**view [4]** 8376/17
8378/23 8381/3
8514/15
**views [2]** 8388/14
8400/13
**violence [11]** 8388/13
8397/14 8399/17
8399/23 8400/15
8410/7 8412/16
8413/23 8414/14
8420/19 8526/4
**violent [1]** 8414/23
**VIP [6]** 8506/3 8506/11
8507/1 8507/20
8507/23 8510/8
**Virginia [20]** 8393/11
8405/10 8405/13
8405/14 8410/10
8410/25 8416/20
8421/23 8421/25
8451/2 8452/1 8452/3
8460/9 8460/19 8462/8
8465/1 8465/3 8473/25
8508/17 8536/12
**virtue [1]** 8379/7
**vis [2]** 8368/10 8368/10
**vis-à-vis [1]** 8368/10
**visible [1]** 8429/12
**visit [1]** 8427/23
**visited [1]** 8427/15
**visits [1]** 8429/16
**voice [6]** 8491/21
8491/24 8538/14
8538/15 8539/21
8541/24
**vote [1]** 8409/6
**vs [1]** 8358/5

**W**

**waited [1]** 8399/8
**waiting [1]** 8411/8
8505/19
**walk [19]** 8395/9
8395/12 8411/19
8443/17 8443/18
8443/22 8444/2
8452/21 8456/3 8504/8
8506/8 8516/10
8516/13 8516/15
8518/8 8522/3 8526/21

**walked [12]** 8395/3
8425/18 8459/5 8506/2
8512/13 8513/21
8520/18 8520/20
8521/9 8521/20
8521/24 8523/11
**walkie [1]** 8490/19
**walkie-talkie [1]**
8490/19
**walking [13]** 8366/1
8366/5 8459/4 8505/4
8505/5 8505/5 8505/5
8505/7 8515/14
8522/15 8522/24
8526/10 8526/22
**walks [3]** 8452/18
8456/3 8456/9
**Walmart [1]** 8464/17
**want [40]** 8366/8
8377/24 8381/5
8388/12 8389/10
8394/21 8403/13
8404/7 8409/5 8409/19
8410/9 8413/21
8413/25 8427/9
8427/12 8452/17
8458/6 8460/24
8462/25 8463/4 8468/5
8468/7 8470/23
8473/11 8474/8
8474/10 8483/4 8483/5
8488/11 8489/21
8491/13 8495/20
8497/4 8497/12
8498/21 8505/6 8510/6
8519/24 8530/2
8538/21
**wanted [31]** 8372/19
8388/8 8404/23
8404/25 8405/6
8405/12 8405/13
8405/17 8425/16
8425/20 8427/8 8427/8
8427/11 8429/3
8464/14 8466/13
8472/11 8473/13
8474/6 8476/1 8476/2
8482/24 8483/19
8497/15 8499/22
8503/9 8503/11
8503/25 8504/22
8512/23 8541/9
**War [1]** 8431/18
**warm [1]** 8395/7
**warmer [2]** 8513/8
8513/8
**was [434]**
**washing [2]** 8427/20
8428/13
**Washington [37]**
8358/5 8358/17 8360/4
8361/5 8367/10
8367/19 8370/10
8372/25 8389/12
8389/20 8391/7
8391/12 8392/2
8392/22 8392/23

**Washington
Monument [4]**
8392/23 8395/5
8395/15 8509/17
**wasn't [23]** 8373/9
8379/4 8380/4 8381/8
8392/17 8395/10
8396/18 8410/17
8425/21 8426/7
8426/16 8426/24
8427/3 8429/6 8441/17
8443/9 8445/22 8447/5
8447/7 8457/8 8489/11
8537/15 8540/24
**watch [3]** 8408/7
8426/19 8510/13
**watched [2]** 8437/14
8525/22
**watching [4]** 8431/14
8441/23 8444/25
8472/16
**water [8]** 8483/7
8483/11 8483/13
8483/23 8483/23
8513/1 8513/4 8513/7
**Watkins [21]** 8359/9
8364/10 8364/19
8379/23 8389/2
8465/14 8501/16
8501/18 8502/14
8503/8 8505/23
8507/21 8508/2
8534/16 8534/22
8535/21 8536/11
8540/3 8540/5 8540/10
8541/4
**waving [1]** 8451/7
**way [32]** 8378/3
8379/19 8380/16
8399/3 8401/25 8411/6
8411/23 8414/8 8420/8
8425/15 8438/15
8439/22 8439/23
8457/15 8463/21
8465/18 8466/11
8473/5 8474/5 8474/7
8480/13 8481/1 8484/6
8487/19 8489/15
8495/3 8495/17
8520/22 8523/2
8526/12 8526/24
8529/22
**ways [2]** 8369/9
8541/11
**we [336]**
**we believe [2]** 8540/15
8540/23
**We will [3]** 8416/24
8449/12 8539/4
**we'd [4]** 8461/15

**W**

**we'd... [3]** 8461/18
8528/16 8538/23
**we'll [14]** 8384/24
8404/17 8449/13
8472/15 8472/16
8474/3 8474/4 8477/21
8487/6 8511/24
8516/19 8531/3 8531/5
8539/5
**we're [28]** 8375/6
8384/5 8385/5 8385/6
8385/8 8385/18
8385/21 8385/22
8404/11 8430/23
8466/3 8473/11
8484/16 8487/14
8489/8 8490/16 8491/7
8491/14 8504/23
8505/13 8505/15
8508/10 8508/12
8513/19 8518/20
8522/9 8524/25 8525/6
**we've [13]** 8364/25
8365/1 8368/16 8417/3
8456/17 8459/4
8459/25 8463/9
8495/21 8498/5 8507/3
8525/17 8543/8
**weak [1]** 8500/10
**weapons [4]** 8406/11
8406/13 8446/10
8446/14
**wearing [7]** 8374/20
8374/23 8511/1
8511/18 8513/13
8513/15 8513/18
**website [1]** 8367/14
**Wednesday [2]**
8423/25 8509/9
**week [4]** 8384/22
8423/24 8423/25
8431/7
**weekend [3]** 8364/24
8476/5 8507/3
**weeks [2]** 8436/5
8453/3
**weight [1]** 8426/23
**welcome [7]** 8385/16
8386/7 8386/10 8420/1
8450/4 8450/13 8463/5
**well [79]** 8366/11
8366/23 8368/6
8369/13 8370/17
8372/22 8373/8 8373/9
8373/12 8375/10
8378/6 8381/22
8382/15 8382/18
8382/20 8387/8
8395/22 8396/12
8396/22 8400/9
8403/22 8411/3
8413/10 8414/22
8415/10 8417/23
8420/5 8420/8 8420/11
8425/2 8429/13
8430/12 8430/14
8439/21 8441/22

8454/9 8455/8 8458/17
8459/23 8461/14
8461/19 8465/1
8466/10 8469/15
8469/25 8471/12
8471/21 8473/1 8475/3
8475/22 8481/25
8482/2 8482/19
8492/21 8493/8 8495/2
8495/6 8496/19
8502/25 8504/19
8504/23 8505/16
8507/1 8507/10
8510/22 8511/20
8512/22 8516/11
8518/16 8518/20
8520/1 8522/4 8522/14
8526/9 8529/16
8534/17
**went [36]** 8367/25
8370/7 8375/18 8381/6
8381/10 8388/3
8392/18 8395/14
8395/24 8406/12
8411/20 8411/20
8437/6 8438/20
8441/18 8442/3
8454/10 8461/1 8461/5
8481/18 8490/5
8495/21 8499/18
8501/5 8504/4 8504/18
8510/12 8512/22
8513/6 8515/16
8526/11 8526/13
8527/10 8527/12
8528/1 8535/16
**weps [1]** 8406/9
**were [227]**
**weren't [6]** 8381/1
8415/14 8457/2 8483/9
8497/14 8506/11
**west [6]** 8366/18
8395/14 8396/7
8396/21 8421/23
8519/18
**West Virginia [1]**
8421/23
**western [4]** 8393/15
8493/9 8493/9 8493/13
**what [192]**
**what's [16]** 8371/15
8372/1 8413/25
8422/14 8430/6 8430/8
8458/20 8463/11
8482/14 8496/3
8509/22 8513/23
8519/6 8530/1 8538/22
8539/16
**whatever [9]** 8366/9
8408/24 8441/18
8453/3 8463/6 8483/5
8506/2 8530/21
8540/12
**wheeled [2]** 8489/1
8489/13
**wheels [1]** 8489/23
**when [114]** 8376/16

8380/12 8381/16
8384/12 8387/2
8389/11 8392/2
8392/18 8395/2 8396/6
8398/2 8398/6 8398/23
8399/16 8404/3
8406/11 8408/2
8408/17 8409/2
8411/15 8411/20
8412/23 8412/24
8417/20 8420/12
8423/14 8423/14
8423/21 8425/5
8425/14 8427/15
8429/1 8430/15
8432/13 8442/20
8443/7 8443/12
8450/16 8453/20
8454/3 8454/19
8455/19 8456/20
8456/24 8457/8 8460/7
8461/10 8466/11
8469/3 8469/24 8471/2
8472/6 8472/8 8477/16
8478/3 8479/19
8485/13 8485/17
8485/19 8485/22
8486/1 8487/16
8488/11 8489/21
8491/14 8492/15
8492/24 8495/21
8496/2 8500/22 8501/9
8503/15 8503/19
8506/25 8507/23
8510/11 8510/12
8511/20 8512/5
8512/24 8514/20
8519/5 8520/1 8520/9
8520/13 8520/18
8520/20 8521/8
8521/12 8521/20
8521/23 8523/5 8524/7
8525/7 8528/5 8529/18
8529/18 8531/10
8532/18 8533/1
8534/16 8534/18
8534/22 8535/8
8535/21 8536/10
8536/24 8536/25
8537/20 8538/8
8539/24
**where [84]** 8376/23
8377/1 8377/2 8378/4
8379/8 8380/12
8386/22 8392/23
8393/10 8395/13
8395/21 8396/24
8397/10 8397/24
8398/12 8406/12
8407/17 8413/9
8422/11 8424/6 8424/7
8424/8 8427/3 8428/17
8428/19 8428/22
8429/12 8429/25
8432/8 8436/2 8438/8
8439/19 8440/11
8441/5 8442/13

8451/13 8453/23
8453/24 8455/20
8460/18 8462/3
8464/23 8464/23
8467/7 8467/9 8467/17
8468/12 8468/13
8475/13 8477/23
8478/16 8479/18
8484/3 8484/14
8491/17 8495/20
8495/23 8498/8
8499/20 8499/24
8503/12 8504/5
8504/16 8505/17
8505/22 8505/25
8506/3 8506/13 8507/4
8512/8 8512/11 8518/4
8518/6 8518/12
8518/20 8519/11
8520/13 8525/20
8528/4 8532/2 8537/4
8537/15
**whether [15]** 8369/22
8370/1 8370/2 8370/3
8370/4 8371/5 8374/24
8387/12 8390/8
8424/17 8480/25
8524/17 8524/18
8541/9 8541/10
**which [27]** 8370/16
8373/2 8379/24
8380/20 8382/13
8384/13 8395/15
8400/12 8402/15
8403/23 8412/10
8414/3 8425/5 8433/18
8442/1 8443/20
8455/23 8459/17
8459/20 8466/11
8486/13 8493/1
8499/7 8506/3 8508/6
8524/3 8539/20
**while [21]** 8397/9
8406/3 8436/6 8436/14
8436/19 8436/25
8437/10 8469/13
8472/15 8490/16
8491/10 8501/11
8501/23 8503/5 8504/6
8512/9 8523/4 8528/21
8530/4 8530/14
8532/14
**Whip [1]** 8379/6
**White [1]** 8446/8
**White House [1]**
8446/8
**who [72]** 8367/6
8367/22 8368/19
8368/24 8369/7
8371/11 8372/20
8372/22 8373/19
8374/2 8375/1 8376/7
8378/5 8379/2 8382/7
8383/6 8388/1 8388/8
8388/19 8389/15
8389/25 8393/1
8393/14 8398/17

8404/25 8405/12
8405/13 8408/5
8414/16 8416/3 8429/1
8437/6 8438/14
8438/19 8438/22
8439/15 8439/16
8439/25 8440/2
8452/14 8460/19
8460/20 8462/3
8462/16 8464/21
8465/18 8465/22
8468/14 8471/10
8478/3 8484/21
8489/13 8492/22
8494/9 8494/13
8496/12 8498/1 8498/4
8498/24 8501/4 8502/3
8502/6 8502/13
8507/13 8507/20
8517/24 8518/2 8519/9
8525/3 8537/14
**who's [4]** 8368/3
8376/6 8465/19
8510/24
**whole [2]** 8428/6
8443/1
**whom [2]** 8367/11
8391/19
**why [58]** 8365/5
8368/14 8372/8 8372/8
8374/3 8374/5 8374/7
8374/11 8375/1
8375/25 8376/24
8377/1 8378/10
8378/12 8379/24
8382/7 8383/1 8383/2
8387/6 8388/11 8398/2
8398/9 8398/25 8399/1
8399/1 8413/16 8429/3
8442/24 8452/20
8468/1 8468/4 8471/11
8471/16 8471/18
8471/20 8486/16
8492/20 8497/9 8510/6
8510/6 8511/18
8515/13 8515/14
8516/10 8516/24
8518/15 8524/21
8526/18 8532/21
8535/3 8536/15 8539/8
8540/19 8541/9
8541/19 8542/6
8542/10 8543/13
**wife [7]** 8372/19
8413/8 8420/14 8424/8
8540/7 8542/6 8542/9
**WiFi [2]** 8400/9
8413/14
**will [36]** 8365/9
8366/16 8367/8
8367/10 8369/18
8370/8 8370/9 8370/10
8371/12 8373/1
8373/12 8383/20
8383/25 8386/17
8407/12 8415/11
8416/21 8416/22

**W**

**will... [18]** 8416/23
8416/24 8416/25
8417/2 8421/16
8435/17 8436/6
8439/14 8449/12
8464/3 8471/25
8492/10 8494/14
8494/16 8499/6
8517/15 8529/13
8539/4
**William [4]** 8360/11
8361/2 8544/2 8544/8
**willingness [1]** 8408/1
**wind [1]** 8398/11
**window [2]** 8429/15
8504/2
**windows [1]** 8538/11
**windy [2]** 8398/10
8498/14
**wine [1]** 8431/13
**wire [1]** 8471/25
**wish [2]** 8446/12
8446/13
**withdraw [2]** 8485/8
8534/13
**within [3]** 8379/9
8424/12 8460/1
**without [4]** 8377/20
8378/9 8404/25 8421/9
**witness [21]** 8362/2
8366/13 8383/23
8385/23 8386/5
8386/13 8404/9
8406/16 8420/25
8421/6 8421/12 8450/5
8450/11 8450/18
8463/10 8469/4
8475/16 8478/22
8480/17 8481/13
8512/6
**witnessed [1]** 8522/13
**witnesses [5]** 8362/4
8365/3 8365/8 8365/15
8383/21
**woman [3]** 8389/2
8517/23 8517/24
**women [1]** 8446/20
**won't [3]** 8474/22
8507/3 8527/18
**wonder [2]** 8414/4
8505/17
**wondering [1]** 8525/20
**Woodward [6]** 8360/2
8360/3 8364/16 8366/9
8383/20 8385/4
**word [1]** 8367/16
**words [6]** 8385/6
8460/22 8460/25
8489/5 8525/8 8525/13
**wore [2]** 8483/20
8483/20
**work [20]** 8422/11
8422/12 8423/7
8423/10 8423/19
8424/3 8424/15
8424/17 8424/18
8425/24 8426/5 8426/8

8427/2 8427/18
8428/9 8429/9 8445/3
8451/17 8452/1
**worked [2]** 8474/16
8532/12
**worker [1]** 8438/21
**working [1]** 8424/7
**worried [3]** 8408/19
8540/11 8540/13
**worse [1]** 8466/13
**worth [1]** 8378/15
**would [106]** 8365/17
8365/19 8366/12
8367/16 8368/7
8369/21 8370/15
8374/1 8375/2 8375/4
8375/12 8375/19
8375/23 8377/11
8377/14 8378/7
8378/15 8380/2 8380/3
8380/8 8381/23
8382/20 8382/24
8384/21 8396/4
8398/24 8399/7 8400/4
8404/3 8404/3 8404/4
8407/23 8407/24
8410/16 8410/21
8410/23 8410/24
8411/1 8411/7 8414/4
8414/21 8415/7
8415/19 8418/23
8419/3 8419/7 8419/12
8420/2 8420/4 8420/5
8420/6 8420/8 8420/10
8424/16 8424/18
8426/10 8426/17
8426/17 8426/19
8428/12 8428/17
8428/18 8429/2
8430/18 8434/13
8436/14 8437/1
8437/11 8437/24
8437/24 8439/25
8440/2 8444/2 8444/5
8444/10 8444/17
8444/20 8453/16
8453/20 8453/25
8455/21 8457/7 8457/9
8457/9 8461/4 8462/24
8469/25 8472/9 8474/9
8474/12 8480/25
8488/14 8494/6 8495/4
8497/14 8499/3
8499/24 8504/22
8508/7 8529/16
8529/17 8535/3
8540/20 8540/24
8542/12 8542/20
**wouldn't [7]** 8463/7
8474/5 8474/6 8474/6
8504/7 8508/5 8510/9
**wounded [1]** 8430/5
**write [4]** 8416/20
8435/14 8435/18
8436/4
**writes [1]** 8442/16
**writing [1]** 8436/8
8436/9

8435/9 8435/20
**wrote [7]** 8403/9
8436/10 8437/3
8439/14 8443/7
8444/24 8498/17

**Y**

**Yankee [1]** 8467/20
**yeah [39]** 8374/18
8423/21 8427/17
8427/23 8428/17
8431/23 8432/12
8433/14 8434/2
8434/15 8435/4 8435/4
8435/10 8435/14
8435/22 8435/24
8437/8 8438/1 8439/8
8440/19 8441/5 8441/9
8441/22 8441/25
8442/8 8444/4 8444/4
8444/8 8445/10
8460/14 8462/24
8467/2 8476/3 8499/23
8505/9 8515/4 8518/16
8530/11 8539/2
**year [8]** 8387/8
8403/10 8417/24
8423/11 8452/23
8454/16 8471/5
8488/22
**years [21]** 8402/11
8402/16 8403/3
8422/18 8422/22
8430/14 8434/22
8436/11 8451/9
8453/11 8453/22
8454/23 8455/19
8456/11 8456/16
8456/17 8460/20
8472/6 8493/11
8495/19 8495/19
**yelled [1]** 8525/8
**yes [273]**
**yet [3]** 8369/11 8477/3
8506/12
**York [2]** 8367/8 8377/4
**you [844]**
**you know [1]** 8474/13
**You see [1]** 8498/9
**you'd [4]** 8410/13
8488/21 8494/3
8543/10
**you'll [2]** 8368/22
8488/3
**you're [43]** 8371/20
8375/15 8376/15
8379/23 8386/8
8386/24 8390/19
8394/22 8395/16
8396/6 8396/7 8397/6
8402/11 8409/7 8411/6
8415/19 8421/8
8433/22 8441/15
8442/5 8442/9 8443/17
8443/24 8450/14
8450/16 8467/20
8468/16 8476/23

8506/25 8507/5 8511/1
8513/17 8519/15
8519/22 8522/24
8527/9 8527/18
8527/19 8534/6
8534/24 8543/5
**you've [25]** 8379/4
8380/9 8403/19
8403/25 8409/19
8409/25 8412/18
8415/3 8415/6 8429/7
8433/12 8434/6
8436/13 8436/14
8436/25 8453/11
8456/15 8468/7
8478/24 8493/20
8523/11 8525/22
8531/22 8533/11
8540/24
**young [2]** 8411/19
8432/13
**younger [1]** 8521/6
**your [297]**
**Your Honor [67]**
8364/6 8365/4 8365/6
8366/10 8368/16
8369/1 8370/21
8376/25 8383/17
8384/10 8385/25
8386/2 8386/9 8402/17
8414/5 8414/7 8418/11
8420/21 8420/25
8421/3 8421/10
8431/25 8432/23
8447/1 8449/5 8450/6
8459/24 8460/4
8463/24 8471/13
8471/17 8476/15
8476/17 8477/13
8477/18 8479/6
8480/14 8482/7 8485/4
8485/8 8491/16
8494/10 8496/4 8497/6
8508/25 8509/24
8517/7 8524/19
8528/16 8529/7
8529/23 8531/3
8534/11 8534/13
8535/9 8536/3 8536/18
8536/20 8538/23
8539/16 8540/16
8540/21 8540/23
8542/17 8542/19
8542/20 8543/8
**Your Honor's [1]**
8375/10
**yourself [6]** 8390/7
8394/4 8405/20 8449/1
8451/11 8515/3

**Z**

**Zaremba [3]** 8361/2
8544/2 8544/8
**Zello [4]** 8490/20
8490/24 8491/8
8491/22
**zero [1]** 8454/21

**zips [1]** 8484/4
**Zone [1]** 8493/10
**zoom [6]** 8406/18
8407/17 8408/10
8433/19 8436/1 8438/8