IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
        vs.                        )    November 16, 2022
                                   )    8:00 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )    Day 31
            Defendants.            )    Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:         Phillip A. Linder
                                  BARRETT BRIGHT LASSITER LINDER
                                  3300 Oak Lawn Avenue
                                  Suite 700
                                  Dallas, TX 75219
                                  (214) 252-9900
                                  Email:
                                  phillip@thelinderfirm.com

                                  James Lee Bright
                                  3300 Oak Lawn Avenue
                                  Suite 700
                                  Dallas, TX 75219
                                  (214) 720-7777
                                  Email: jlbrightlaw@gmail.com

                                  Edward L. Tarpley, Jr.
                                  819 Johnston Street
                                  Alexandria, LA 71301
                                  (318) 487-1460
                                  Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:               Jonathan W. Crisp
                                  CRISP AND ASSOCIATES, LLC
                                  4031 North Front Street
                                  Harrisburg, PA 17110
                                  (717) 412-4676
                                  Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                         -  -  -

                     WITNESS INDEX

                         -  -  -

WITNESSES           DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

THOMAS CALDWELL                    9189
KATHRYN CAIN        9243  9283     9280
KATHRYN CAIN                       9297

                         -  -  -
```

INDEX OF EXHIBITS

- - -

| DEFENDANT'S | ADMITTED |
|---|---|
| CALDWELL 125 | 9195 |
| CALDWELL 102 | 9205 |
| CALDWELL 95 | 9206 |
| CALDWELL 158 | 9208 |
| CALDWELL 50 | 9227 |
| CALDWELL 51 | 9228 |
| CALDWELL 60 | 9231 |
| CALDWELL 64 | 9233 |
| CALDWELL 65 | 9235 |
| CALDWELL 66 | 9237 |
| CALDWELL 67 | 9238 |
| CALDWELL 68A THROUGH F | 9239 |
| WATKINS 52 | 9260 |
| WATKINS 13 | 9265 |
| WATKINS 8, 9 AND 11 | 9268 |
| KM79 | 9281 |
| WATKINS 10A, B AND C | 9302 |

P R O C E E D I N G S

1

2     COURTROOM DEPUTY:  Good morning, Your Honor.

3     This is Criminal Case No. 22-15, the United States

4 of America versus Defendant No. 1, Elmer Stewart Rhodes III;

5 Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;

6 Defendant 4, Jessica Watkins; and Defendant 10, Thomas

7 Edward Caldwell.

8     Kathryn Rakoczy, Jeffrey Nestler, Alexandra

9 Hughes, Troy Edwards, and Louis Manzo for the government.

10     Phillip Linder, James Lee Bright, and Edward

11 Tarpley for Defendant Rhodes.

12     Bradford Geyer for Defendant Harrelson.

13     Jonathan Crisp for Defendant Watkins.

14     And David Fischer for Defendant Caldwell.

15     The defendants have had their appearances waived

16 for these morning proceedings.

17     THE COURT:  Okay.  Good morning, everyone.

18     All right.  Let's jump right into it, get as much

19 done as we can.

20     Just working off of what was sent last evening,

21 starting on page 10, I think we had asked you, defense

22 counsel, to confirm the accuracy of the character of the

23 defendant instruction.

24     MR. CRISP:  I apologize, my computer is starting

25 up.

```
 1              What page?
 2              THE COURT:  Page 10.
 3              MR. CRISP:  Thank you.
 4              The only caveat -- I mean, obviously I forwarded
 5     Your Honor, I think there's a split in the Circuit in how
 6     it's treated.
 7              Just for the appellate record, I would ask that it
 8     be characterized as if they believe this, it is sufficient
 9     in and of itself to overcome the presumption -- or the --
10     based on that alone, you may find her not guilty.  But
11     I understand that there's a split even in the Third Circuit,
12     my home Circuit, they don't treat it that way, but I would
13     just preserve that.
14              THE COURT:  Okay.
15              MR. CRISP:  But other than that, no objection.
16              THE COURT:  All right.
17              So I mean, I think this language is consistent
18     with what our Red Book instruction contains, so I'll stick
19     with those terms.
20              All right.  Then in terms of the specialized
21     opinion testimony on page 10, does the government, both
22     sides, is that okay?
23              MR. NESTLER:  We're satisfied, Your Honor.
24              THE COURT:  Okay.
25              All right.  Where are we on the issue of
```

```
 1   inconsistent, prior inconsistent statements of a witness?
 2              MR. CRISP:  I thought you were going to say a
 3   different issue.  My apologies.
 4              I don't have -- from Ms. Watkins' perspective,
 5   I don't think the defense has anything specific we're going
 6   to point to.
 7              Your Honor, I don't have specific references --
 8   I believe Mr. Linder may have had ones for -- did they talk
 9   to you?  Prior inconsistent statements for Graydon Young?
10              MR. LINDER:  Yeah, I think.
11              MR. CRISP:  So nothing on behalf of Ms. Watkins,
12   Your Honor.
13              And then I thought you were going to go to the
14   other issue of the co-conspirator statements, what applies,
15   not a co-conspirators, what statements apply to whom.
16              Yesterday, we had talked about --
17              THE COURT:  Well, we're not -- yeah, that's at the
18   bottom of page 11.
19              MR. NESTLER:  I believe we left this yesterday, if
20   the defense wanted to propose any specific names and
21   transcript cites for the second paragraph about prior grand
22   jury testimony, that they would do so by this morning.  So
23   we're comfortable removing that paragraph and just leaving
24   the first paragraph generic.
25              You have heard evidence that witnesses may have
```

         1    made a statement on an earlier occasion, something generic

         2    in the first paragraph.

         3              THE COURT:  So is what the government is

         4    suggesting that we remove paragraphs 1 and 3?

         5              MR. NESTLER:  Yes, Your Honor.

         6              THE COURT:  And then you have heard evidence that

         7    witnesses may have made statements.

         8              MR. NESTLER:  Yes.

         9              THE COURT:  All right.  So, defense counsel,

        10    instruction 24, what is listed as 24, evaluation of prior

        11    inconsistent statements of a witness will now simply just

        12    read, without paragraphs 1 and 3:

        13              "You have heard evidence that witnesses may have

        14    made statements on an earlier occasion and that these

        15    statements may be inconsistent with," I want to say, "the

        16    testimony here at trial.  It is for you to decide whether

        17    the witness made such a statement and whether, in fact, it

        18    was inconsistent with the witnesses' testimony here.  If you

        19    find such an inconsistency, you may consider the earlier

        20    statement in judging the credibility of the witness.  You

        21    may not consider it as evidence that what was said in the

        22    earlier statement was true."

        23              Okay?

        24              MR. CRISP:  Yes, Judge.

        25              THE COURT:  All right.

1          Then at the bottom of page 11, evidence admitted

2    only -- evidence admitted against one defendant only, where

3    do we stand with that?

4          MR. CRISP:  Your Honor, I would ask that we just

5    incorporate the order you gave regarding the Zello based on

6    the motion in limine for that piece.  I do have specific

7    references for the exhibits and the testimony of Mr. Rhodes.

8          The problem I had, to be quite frank, is

9    I don't have every transcript so I wasn't able to go through

10   all of it.  But I do believe the motion in limine is pretty

11   clear as to what applies to whom as to the Zello chat.  And

12   I can pull up in a moment here.

13         THE COURT:  Well, the Zello chat, I think, is

14   easier, but is there anything else?

15         MR. CRISP:  There is, Judge.  And I'm sorry, give

16   me a moment.

17         All right.  On the morning of 14 October,

18   Your Honor, Government's Exhibit 6903, there's a slides of

19   messages, a number of those were only admissible against

20   Caldwell.  And then on page 3428, the last two slides are

21   admissible against all the defendants.

22         THE COURT:  Can you identify the date?

23         MR. CRISP:  The morning of 14 October, Your Honor.

24   And starting on pages 3396, Government's Exhibit 6903,

25   there's -- which is a slide deck, basically.

```
 1              THE COURT:  Right.  Okay.

 2              MR. CRISP:  The last two slides, I believe, if my

 3    recollection serves, starting on page 3428 in the testimony

 4    that the last two slides are admissible against all other --

 5    the preceding ones would be only against Caldwell.

 6              THE COURT:  Okay.

 7              Okay.  What else?  We had something similar

 8    yesterday against Mr. Caldwell only.

 9              MR. CRISP:  Yesterday we had, I don't remember

10    what exhibit that was.

11              THE COURT:  Does government counsel recall?

12    Mr. Manzo, do you recall what exhibit it was that -- there

13    was confrontation with the prior statements he had made?

14    Then I made the --

15              MR. MANZO:  Yes, I can tell you, I believe there

16    was one statement about how to stab somebody with a fork,

17    and it said he was taught by the CIA, and I can find that

18    exhibit number.  I believe that was what was objected to or

19    was asked for a limiting instruction.

20              THE COURT:  I think it was -- I think it may have

21    been more than one.

22              MR. CRISP:  It was a series of, yes.  I had asked

23    for it initially.

24              THE COURT:  Right.

25              MR. CRISP:  Brought it back up in a sidebar.
```

1              MR. MANZO:  I can give the two exhibit numbers,

2    I believe, are 9310 and 9315.  I'll confirm that in a

3    second.  But those were the new statements that were

4    introduced yesterday.

5              THE COURT:  Do you have the transcript from

6    yesterday yet?

7              Do you have yesterday afternoon's transcript?

8    Let's see what we can find in terms of --

9              All right.  Are there any other exhibits that

10   anyone specifically wants listed?  What's the Zello chat

11   exhibit?

12             MR. NESTLER:  1502, Your Honor.

13             THE COURT:  Also I remember, I have a recollection

14   that there were only -- there was at least one exhibit that

15   was prior statements only as to Mr. Rhodes.  Does anybody

16   have a recollection of those?

17             MR. CRISP:  I do, Your Honor.  Unfortunately,

18   I don't have his testimony.  And that may have been part of

19   the exhibits that I referenced.

20             That would have been on the testimony of the

21   transcript is on the 6th -- I'm sorry, 7th, on Monday.

22             THE COURT:  All right.  We'll see what we can

23   find.

24             All right.  So we'll see what we can find and then

25   prepare some language that we'll present to you all.

1          MR. MANZO:  Your Honor, I can name the exhibits

2    from yesterday that were introduced.

3          THE COURT:  Okay.

4          MR. MANZO:  So it's 9310, 9312, 9313; 9316 is

5    actually a conversation between Donovan Crowl and

6    Mr. Caldwell.  So I believe that would be against all

7    defendants.

8          9317 -- the Court's indulgence -- is the

9    conversation between Ranger Doug and Caldwell so I actually

10   believe that would be against all the defendants as well.

11         And 9340 is just Mr. Caldwell so I think that

12   would be limited to him.

13         THE COURT:  Okay.  What about 9315?

14         MR. MANZO:  9315, we introduced it -- I mean, it

15   goes to Mr. Caldwell's intent.  So I think it would go for

16   everyone's intent as part of it's during the conspiracy.

17         THE COURT:  What was the exhibit, though?

18         MR. MANZO:  9315.  That was the exhibit about the

19   armored carriers crossing the valley and then Mr. Caldwell's

20   response of, "I'm praying he's going to crack them open and

21   we'll have to step in the streets and support him.  If on

22   the other hand we had to take on the military, that would be

23   really stuff."

24         So I believe that would go to the intent of the

25   whole conspiracy.

```
 1              THE COURT:  What's the date of that exhibit?
 2              MR. MANZO:  12/11.
 3              THE COURT:  Okay.
 4              MR. MANZO:  That was 9315.
 5              THE COURT:  Okay.
 6              All right.  So 9310, -12, -13 and -40.
 7              All right.
 8              MS. RAKOCZY:  Your Honor, just a clarification for
 9    the record, the exhibit that Mr. Crisp was citing that he
10    referred to as 6903, that is what's reflected in the
11    transcript, but it's our understanding that the exhibit
12    number was 6923.  And so I think that's what the exhibit is
13    marked as and what it will go back as so that would be our
14    request for the exhibit to be referred to as 6923.  I think
15    a lot of these numbers have been hard to hear as we read
16    them into record, but we're pretty confident that that's
17    6923.
18              MR. CRISP:  Your Honor, I apologize, I didn't
19    track them contemporaneously, so my apologies, but
20    thank you.
21              THE COURT:  Okay.
22              All right.  So moving forward, okay.  On page 14,
23    we've had an extended discussion about the in-and-around
24    instruction.  At the end of the day, it occurred to me that
25    I'm not sure we actually finally resolved what the language
```

 1    would be.  So we've left it as the government had proposed
 2    and, Mr. Crisp, what's your current thinking about it?
 3                MR. CRISP:  Which page are we on, Judge,
 4    I'm sorry.
 5                THE COURT:  Page 14?
 6                MR. CRISP:  Okay.
 7                Judge, I will concede the government's proposal.
 8    I'm fine with that.  Thank you.
 9                THE COURT:  Okay.  Thank you.
10                MR. NESTLER:  Your Honor, I'm sorry to do this,
11    but on that first sentence there, it might actually make
12    more sense if we just said, "The proof need not establish
13    that a conspiracy began and ended on an exact date," because
14    the indictment does not actually allege exact dates.  So it
15    might be a little confusing because the preceding two
16    paragraphs are "in and around," so maybe just saying on an
17    exact date.
18                THE COURT:  Okay.  So the proof need not establish
19    that a conspiracy began and ended on an exact date alleged
20    in the indictment.
21                MR. NESTLER:  We think we can end just after date.
22                THE COURT:  Okay.
23                MR. CRISP:  You're saying end after dates?
24                MR. NESTLER:  Right, that the proof need not
25    establish that a conspiracy began and ended on an exact

1    date.  The preceding two paragraphs say the dates alleged in

2    the indictment.  So those are the date ranges that are

3    flexible because they say in and around.

4            MR. CRISP:  I mean, I think that makes sense with

5    the reading of the preceding paragraph, Judge.

6            THE COURT:  Okay.

7            All right.  So I think that brings us to page 31

8    and the issue I raised yesterday about the need for a

9    unanimity instruction with respect to the multiple theories

10   of conviction for purposes of Counts 3, 5, 6, and 7, 8, 9,

11   and 10.

12           The government sent some cases last night, I've

13   had a chance to review them.  The *United States versus*

14   *Ferguson* being the main case from the Second Circuit, 676

15   F.3d 260, which this is at 279, 280, which plainly stands

16   for the proposition that there's not a unanimity instruction

17   required when there are different theories of conviction

18   such as those at issue here.  In fact, the case involves the

19   same four theories of liability that are being proposed at

20   least in Count 3.

21           The government also cited *United States versus*

22   *Combs,* which is an unpublished decision out of the Sixth

23   Circuit, which stands for a similar proposition.

24           I've looked a little bit in our Circuit.  I didn't

25   find anything that was directly on point, but what the

1    Circuit has said is as follows:  In *United States versus*

2    *Sayan,* or S-A-Y-A-N, 968 F.2d 55 at 65, the Court has

3    written, "A special unanimity instruction is required only

4    when there is a genuine risk of juror confusion or a

5    conviction resulting from different jurors concluding the

6    defendants committed different acts.  In most cases, a

7    general instruction on unanimity suffices, and in that case

8    a general instruction was given."

9            The Circuit also said in *United States versus*

10   *Hubbard,* 889 F.2d 277 from 1989, citing the Fifth Circuit

11   case called *Gibson* that, "The jury did not have to be

12   unanimous as to which overt acts form the basis for its

13   guilty verdict on a conspiracy charge where the various

14   overt acts alleged fell into the same conceptual group."

15           Now, the Supreme Court in *Schad,* S-c-h-a-d, sort

16   of discuss that *Gibson* framework -- *Gibson* framework and did

17   not adopt it.  So I don't know how -- I don't know to what

18   extent that framework continues to apply even in this

19   Circuit because the Supreme Court sort of expressly declined

20   to adopt it in *Schad versus Arizona.*

21           So does defense counsel have a view in light of

22   what was sent around last night?

23           MR. CRISP:  Your Honor, in all candor, I did not

24   have an opportunity to go through this.  I was focused on

25   other things.  I apologize.

1          So I don't -- I can't dispute that the *Ferguson*

2    case does state what it says, and there's no negative

3    history that I can see on it, so from that standpoint,

4    I'm not in a position to speak intelligently beyond that.

5          THE COURT:  I think the bottom line -- go ahead.

6          MR. WOODWARD:  I'll just reiterate the argument we

7    made the other day, which is that it seems the language in

8    *Sayan* is appropriate here where there is a risk of

9    confusion, the government has both charged a conspiracy and

10   then separately charged with obstructing an official

11   proceeding and has sought the conspiracy theory of

12   liability.

13         THE COURT:  I don't think that's the issue of

14   confusion.  I think the issue of confusion lies among

15   different theories of liability within a count.

16         What you're discussing are two different counts.

17         MR. WOODWARD:  That's correct, Your Honor.

18         But I think --

19         THE COURT:  And they have to be unanimous as to

20   the counts.

21         MR. WOODWARD:  They do have to be unanimous as to

22   the counts, but there is some question in my mind about,

23   again, what happens if there's an acquittal as to the

24   conspiracy charge and a conviction as to the underlying

25   obstruction charge and only one or -- you know, less than a

```
 1    majority -- a unanimous jury convict based on a conspiracy
 2    theory of liability.
 3            And so unless we instruct them that with respect
 4    to the -- and I think I'd be willing to concede that this is
 5    only applicable to the one count, unless we instruct them
 6    that they must unanimously conclude the theory of liability,
 7    there's a risk that in this specific case, the jury is
 8    confused as to what proof the government must show to reach
 9    a conviction.
10            MR. NESTLER:  So it sounds like Mr. Woodward is
11    saying that we do not need a special unanimity for aiding
12    and abetting or attempt liability, and so that would apply
13    to other counts.  And that's certainly the government's
14    position.  There have been many cases tried in this
15    courthouse, including January 6th cases, that have attempt
16    in the statute, in its charge attempt, but there was no
17    special unanimity for attempt or aiding and abetting, so
18    I think that's clear by the case law.
19            We think Pinkerton liability, co-conspirator
20    liability is in line with attempt liability and aiding and
21    abetting liability, another theory of liability, and there's
22    no special unanimity required for a different theory of
23    liability for a conviction on the same counts.
24            MR. WOODWARD:  We don't disagree with the
25    government with respect to aiding and abetting and attempt.
```

1          The difference with *Pinkerton* liability is that

2    now the jury is tasked with concluding that a conspiracy had

3    formed, and that goes to, I think, the Court's point or

4    observation yesterday which is now we're tinkering with the

5    elements of the offense and is a unanimity instruction

6    required where the elements of the offense differ.

7          Put differently, in an aiding and abetting

8    conviction, the jury doesn't have to find that the defendant

9    agreed to do anything.  In a *Pinkerton* liability theory, the

10   jury would have to find that the defendant reached an

11   agreement with one or more individuals to commit the act

12   charged.

13         MR. NESTLER:  And just to be clear, Your Honor,

14   I mean, the way we read *Scion* I think is the same way that

15   was consistent with the other cases we cited, that that

16   talks about factual distinctions, and we're not talking

17   about any kind of factual distinction here.  It's just a

18   legal theory of liability distinction.

19         THE COURT:  Right.

20         I mean, I think that's the distinction, the key

21   distinction is whether there's a risk that the jury would

22   convict on different factual circumstances.

23         And at least as to Count 3, I'm not sure there's

24   the risk of confusion if -- with respect to the issue --

25   well, your issue is between Count 2 and Count 3.  I'm not

 1    sure I follow how there would be a risk of jury confusion

 2    when the *Pinkerton* liability instruction is specific only to

 3    Count 3 and no other count.

 4            I also note -- the reason this even came to my

 5    mind is the way this is actually worded, which is, "If you

 6    find beyond a reasonable doubt that the defendant committed

 7    the offense of obstruction of an official proceeding in any

 8    one of these four ways, you should find the defendant guilty

 9    of Count 3 and you need not consider whether the defendant

10    committed the offense of obstruction of an official

11    proceeding in the other three ways."  So at least as it's

12    phrased, that's what gave rise to my question of, do we need

13    something that's explicitly requiring unanimity.

14            That last sentence sort of -- seems to be implicit

15    in that sentence is a suggestion of the need for unanimity,

16    which is essentially telling the jury, "Look, you need to

17    decide, if you find beyond a reasonable doubt" -- I mean, it

18    doesn't say that you have to be unanimous about it, but it

19    seems implicit in that there needs to be unanimity, or at

20    least it moves the jury in that direction.

21            MR. NESTLER:  We were involved in drafting this

22    language, obviously, Your Honor, and we believe that the

23    jury can go to the back and they can all decide, "We think

24    that the defendant is guilty on aiding and abetting

25    liability," and they can move on.

```
1              Now, one of the jurors can think maybe it's

2    conspiracy liability or something else, but the way that we

3    have written it, I think it is more in line with what

4    Your Honor is saying.  We don't need anything more specific

5    about special unanimity.

6              THE COURT:  Okay.

7              Look, I think the Ferguson case from the Second

8    Circuit is squarely on point.

9              So is the Sixth Circuit case in Combs, although

10   it's an unpublished decision, and I do think there is not a

11   risk here of juror confusion with respect to the facts that

12   are the basis of the conviction.

13             The government has not offered in this case

14   alternative factual theories for a conviction on any

15   particular count.  It's been a uniform presentation of

16   evidence as to each defendant and what their alleged conduct

17   is.  It would be left to the jury to determine what

18   inferences to draw from that conduct.

19             But in terms of the conduct underlying any

20   particular count, it has been consistently the same.

21   There's been no point at which the government has presented

22   a separate set of factual circumstances by which a

23   defendant -- any one of the defendants could be convicted of

24   any given count.

25             And so I do think -- under that sort of rubric,
```

```
 1    I don't think we need a unanimity instruction, and so we'll
 2    take that out of the proposed language that I had included
 3    in the various counts regarding unanimity, okay?
 4              MR. CRISP:  Thank you, Your Honor.
 5              THE COURT:  Page 32, there was just a header for
 6    Definitions and we were uncertain whether that was just a --
 7              MR. NESTLER:  That's a vestige, please delete.
 8              THE COURT:  All right.
 9              I also forgot that the government had sent last
10    night -- Mr. Edwards had mentioned that a couple of
11    sentences dropped from the state of mind instruction that
12    the parties had originally agreed to, and I think what
13    happened is that when we were moving things from what you
14    all had proposed to this format, we just pulled from a
15    different case set of standard instructions.  So we'll make
16    sure we go back and include those lines that the parties had
17    agreed to include.
18              MR. NESTLER:  Thank you, Your Honor.
19              THE COURT:  All right.
20              MR. NESTLER:  We ran a redline from what
21    Mr. Alpert sent to what we had proposed to the Court.  That
22    was the only change we saw that didn't make it over.
23              THE COURT:  I appreciate you all catching that.
24              MR. NESTLER:  Yes, that's how it should read, that
25    first sentence about, "You may infer," is in that location
```

1    in the Red Book.  And then the final paragraph is the third

2    paragraph.

3                THE COURT:  Okay.

4                MR. NESTLER:  Thank you.

5                THE COURT:  All right.  Let's then turn to

6    Mr. Fischer's issue concerning Mr. Caldwell and whether

7    there's greater specificity required as to the obstruction

8    count regarding Mr. Caldwell.  So just a few observations.

9    I didn't bring the indictment with me.

10               Page 40 of the instructions as currently

11   instructed provide identical language as to -- nearly

12   identical language, I should say, as to each of the

13   defendants and each of the counts.  That language is, "The

14   defendant is charged with deleting from his cellular

15   telephone certain media, files, and communications that

16   showed his involvement in the conduct being investigated by

17   the grand jury."

18               Mr. Caldwell, the proposal is, "Thomas Caldwell is

19   charged with deleting from his Facebook account certain

20   media, files, and communications that showed his involvement

21   in the conduct being investigated by the grand jury."

22               The indictment as to all defendants were charged

23   substantively with deletion tracks the language that I just

24   read with respect to Mr. Meggs and Mr. Harrelson in Counts 8

25   and 9; that is, "deleting from cellular telephone certain

1    media, files, and communications that showed his involvement

2    in the conduct being investigated by the grand jury."

3         That's not the language used in the indictment

4    with respect to Mr. Caldwell.  The language in the

5    indictment with respect to Mr. Caldwell is specific to the

6    video file that was linked in a particular message and

7    Facebook -- I think it's Facebook photographs relating to

8    the events of January the 6th.  Those are the two

9    specifically identified items.

10         And then there is a catch-all -- not catch-all,

11    the sort of boilerplate elements paragraph with respect to

12    that count.

13         And so what Mr. Fischer has argued is that the

14    instruction ought to reflect that level of specificity as to

15    his client; that is, the two specific types of deletions or

16    unsent messages that were at issue as opposed to all 180

17    messages or some subset of those that might involve the

18    events of January 6th.

19         So let me just tell you all what the sort of

20    framework here is.  And this often gets confused as to

21    whether this issue is one of a constructive amendment versus

22    a variance from the indictment.

23         This is what the Circuit wrote in *Sayan*, again,

24    same case I cited earlier, S-a-y-a-n, 968 F.2d 55.

25         "As a general rule," this is quoting from *Stirone*,

1    "a court cannot permit a defendant to be tried on charges

2    that are not made in the indictment against him.  Although

3    this Court has recognized that in practice jury instructions

4    often deviate to some degree from the language of an

5    indictment, a substantial deviation of instructions from an

6    indictment is impermissible because first it requires a

7    defendant to answer a criminal charge that was not brought

8    by a grand jury, and, second, it denies the defendant

9    sufficient notice to prepare and present an adequate

10    defense.  The defendant's right to be charged by a grand

11    jury is violated only if the deviation and proof or

12    instructions from the specifics of the indictment affects

13    the essential element of the offense charged."

14         The Court continues, "An Indictment may be amended

15    either literally or constructively.  A constructive

16    amendment occurs when the evidence presented at trial and

17    the instructions given to the jury so modify the elements of

18    the offense charged that the defendant may have been

19    convicted on a ground not alleged by the grand jury's

20    indictment."

21         I'm reading from a more recent case called

22    *United States versus Jabr*, J-a-b-r, 4F 4th 97, 103 to 104,

23    D.C. Circuit 2021.

24         The Court says, as I just read, "A constructive

25    amendment occurs when the charging terms of the indictment

are altered either literally or in effect by the prosecutor
or the Court after the grand jury has last passed on them.

"The second called a variance occurs when the
charging terms of the indictment are left unaltered but the
evidence offered at trial proves facts materially different
from those alleged in the indictment."

And if you follow the sort of language of the
cases through, the Court treats constructive amendments or
looks at them with greater scrutiny than it does variances;
that if the instructions given to the jury vary from the
indictment, the terms of the Indictment, that is looked at
in greater scrutiny than when a variance occurs.

And I have to confess, it's a little unclear to me
which of the twos boxes this falls into.  The indictment,
the way it reads, does specify deletions of particular
Facebook items by Mr. Caldwell that are not specified by the
other -- for the other defendants.

And so one inference to be drawn here is that to
the extent the grand jury was presented with evidence of
obstruction by Mr. Caldwell, it was as to those two
particular items and not a more generic sweep of items from
Facebook that would be captured by the language that's being
proposed in the jury instructions.

That would presumably then include not just
photographs from Facebook and the video but also messages

 1    from Facebook that were unsent that might relate to the

 2    events of January the 6th.

 3            So if I were to instruct in the manner that the

 4    government has suggested, which is not specific to the video

 5    link and the photographs, then it does give rise to one of

 6    these two issues, and it's not quite clear to me which of

 7    the two it is.

 8            So I'm happy to hear from both sides about your

 9    thoughts.  I mean, I know what your individual views are on

10    where this ought to come out, but in light of what I've

11    said, I'd be happy to hear from both sides.

12            MR. NESTLER:  Yes, Your Honor.

13            So the grand jury's indictment provides notice to

14    defense counsel, and I think that's what we're ultimately

15    concerned about, which is whether the defense counsel had

16    notice of the allegations.  And so those two specific

17    paragraphs in the indictment provide notice to Mr. Caldwell,

18    and that notice is, in some ways, lacking for the other

19    defendants because it's not as specific for the other

20    defendants.

21            But all the defendants have the same generic

22    language charged, which is here for Mr. Caldwell in

23    paragraph 168.  So that is what we are focusing on and we do

24    not believe there is any issue with Mr. Caldwell not having

25    sufficient notice about the charge against him.

1          The notice also goes to discovery and what's been

2    produced in discovery, and the information about deletions

3    from Facebook have been provided in discovery many months

4    and a year ago since Mr. Caldwell was first indicted, so we

5    do not believe there's any notice issue.

6          And so we do believe that the more generic

7    language is appropriate for the count against Mr. Caldwell.

8    We're not limited to, just like for the overt acts in the

9    conspiracy counts, we're not limited to only proving the

10   specific factual allegation in paragraphs 166 and 167.

11   Those provide to put Mr. Caldwell on notice.

12         MR. FISCHER:  And, Your Honor, what I would say is

13   I believe this is a constructive -- would be a constructive

14   amendment.  The *Stirone* case, I believe, is very clear.  The

15   grand jury charged a violation of the Hobbs Act by blocking

16   interstate commerce of sand.  The trial court in that case

17   allowed the jury to convict Mr. Stirone based on shipments

18   of steel.  That's exactly what would be in this case.

19         The grand jury -- I think as the Court just

20   indicated, they're clear -- it comes down it to an issue of

21   how this indictment can be fairly read, and I think the

22   Court's comment were correct.  You have the other defendants

23   who were charged generally, and then you have Mr. Caldwell

24   who's charged specifically.

25         And as far as notice, sure, Your Honor, we knew

9180

1  that there were messages that were unsent, but that also

2  would generate dozens of extra witnesses that would have

3  needed to be called to explain, you know, why was this

4  unsent, why was this not unsent.  So as far as notice, I

5  would dispute that we're on like realistic notice of what

6  we're facing.

7           I'd point out, Your Honor, that prior indictments

8  also allege the exact same conduct of Mr. Caldwell as well.

9  So he had been indicted on this since at least the end of

10  January, I believe the first indictment or first

11  superseding.  So it's been the same exact language the whole

12  time.

13           MR. NESTLER:  Two points, Your Honor.

14           First, the grand jury was presented with the

15  entire Facebook returns for Mr. Crowl and Mr. Caldwell,

16  which show the unsending and the deletions in their full

17  glory, all of them.  So the grand jury had that in evidence.

18           Two, Mr. Fischer called Mr. Caldwell to the stand

19  and Mr. Caldwell testified about why he did or did not

20  unsend lots of messages, including about his wife's eye

21  surgery that had nothing at all to do with the charge here.

22  He certainly had notice and was able to present a defense on

23  that, and, in fact, did present a defense on that.

24           MR. FISCHER:  And, Your Honor, I'd also point out

25  that we would have to present a defense on that despite the

```
1    language of the indictment, which is specific, because the
2    government would argue that that would be consciousness of
3    guilt.  So we had to put a defense on regarding the messages
4    that aren't even reflected in the indictment.
5             MR. NESTLER:  And if we're talking about how the
6    case was tried, this request came from Mr. Fischer
7    yesterday.  So if Mr. Fischer had a concern with how the
8    proposed jury instructions or the proposed verdict sheet was
9    reading and its lack of specificity, or alleged lack of
10   specificity, I think we could have talked about it prior to
11   now.
12            So we presented our case thinking Mr. Caldwell was
13   being charged with the deleting things from Facebook and
14   Mr. Harrelson and Mr. Meggs were charged with deleting
15   things from their cellular devices and Mr. Rhodes is charged
16   with encouraging people to delete things from their devices
17   and accounts.  Similar but generic statements for all four
18   defendants.
19            THE COURT:  So just a couple of observations; one,
20   you know, it's not appropriate for me to consider what or
21   wasn't presented to the grand jury.  I can only consider
22   what's presented on all four -- within the four corners of
23   the indictment.  So that doesn't really move the ball.
24            You know, in terms of timing, that is what it is
25   and I'm not -- I don't think that can dictate how the jury's
```

1    ultimately instructed here.

2            I'll share a very brief story which is why this is

3    causing me some consternation.

4            When I was a defense lawyer over in Superior

5    Court, I had a client who was indicted for assault with a

6    dangerous weapon, and the indictment specified that the

7    dangerous weapon was a screwdriver.  The client actually had

8    both a hammer and a screwdriver on him, and the question

9    that was posed to the jury is you have to be unanimous on

10   whether it was the screwdriver he used or the hammer, and it

11   couldn't have been both.

12           And he was acquitted because the government had

13   failed to prove which of the two items that was actually on

14   him was used to conduct the assault.

15           And this has a similar feel to it.

16           Let me just think about it some more and we'll

17   deal with it later on.  I think I may need to look at the

18   cases a little bit more closely.

19           Look, you know, we'll figure out how this all fits

20   together in terms of our timing.  As much as I would like to

21   get done today with the government's closing, it's more

22   important to do this right after all these number of weeks

23   than to do it fast.  And so let's take the time we need to

24   get it as right as it possibly can be and we'll let the --

25   either way, the case is going to get to the jury by the end

 1   of the week.  So let's just see where we are.

 2          It's now approaching the 9:00 hour.  I think JC is

 3   not here, which means our jurors are likely to be here or

 4   perhaps they're here.

 5          Is Mr. Caldwell here?  I saw his wife walk in.

 6   I don't see him.

 7          MR. FISCHER:  Your Honor, he's in the waiting

 8   room.

 9          THE COURT:  All right.  Why don't you call him in

10   so we can get started, if the jury is here, with evidence.

11          MR. NESTLER:  Your Honor, just two typographical

12   type things if we're making quick changes.

13          On the caption, if we can remove the "et al.,"

14   after Mr. Rhodes' name.

15          THE COURT:  Yep, okay.

16          MR. NESTLER:  On page 47, there's still some

17   brackets in there.  I think that was just pulling from the

18   Red Book under the multiple defendants, multiple counts.

19          I think we can just remove the brackets, I just

20   wanted to flag that.

21          THE COURT:  Right.

22          MR. NESTLER:  And I think for the first bracket,

23   it says, "unless I specifically," the word is written in the

24   present tense, "instruct," maybe it's "instructed," and now

25   you're at the end of the instructions.  I'll leave that to

```
1   the Court.

2          THE COURT:  I don't think we need it.

3          MR. NESTLER:  Okay.

4          That's fine for the first bracket.  The second

5   bracket says "or more."

6          THE COURT:  Yeah, I think we ought to leave the

7   second bracket in.

8          MR. NESTLER:  Yeah, I think setting off the commas

9   might make sense, but I just wanted to flag that.

10         THE COURT:  I think we can leave the "or more" in.

11  I don't think there's a specific instruction to do anything

12  other than return separate verdicts.

13         MR. NESTLER:  Understood, Your Honor.

14         (Pause)

15         THE COURT:  While we're waiting on our jurors why

16  don't continue our conversation.  I'm trying to find out

17  whether they're here.

18         Are they all here?

19         U.S. MARSHAL:  Yes, Your Honor.

20         THE COURT:  Okay, so we'll just -- let's keep

21  chatting until JC arrives.

22         All right.  Let's chat about the --

23         MR. BRIGHT:  Your Honor, did you say a moment ago

24  that you were ready for Mr. Caldwell?

25         THE COURT:  Let's bring him in because once they
```

```
1    knock, then we'll get started, but let's at least use our
2    time.
3            Let's talk about the proposed multiple
4    conspiracies instruction.  The government has lodged a
5    general objection to it.  So specifically, what do you all
6    think is appropriate?  What is not appropriate?
7            MR. NESTLER:  Well, on behalf of the government --
8            THE COURT:  Mr. Caldwell, you can just have a seat
9    right there for a moment.  That's fine.
10           MR. BRIGHT:  Thank you, Your Honor.
11           MR. NESTLER:  On behalf of the government,
12    Your Honor, we think that the multiple conspiracies
13    instruction actually does more harm than good.  It is
14    confusing, especially as it is written, and it does not
15    identify as the pattern instructions require, the other
16    alleged conspiracies, what they are, who their members were,
17    and what their aims and goals were.
18           And so just including a multiple conspiracies
19    instruction and suggesting that there's some sort of like
20    something wrong with charging multiple conspiracies or
21    having multiple conspiracies, because this indictment does
22    actually charge multiple conspiracies, is more confusing to
23    the jury.
24           I thought when we had talked about this last week
25    we had settled on the defense was going to propose something
```

 1  that proposed what the other alleged conspiracies were that

 2  were fairly inferred from the evidence and that we could

 3  debate whether those were potential conspiracies that were

 4  possibly inferred from the evidence and then how to

 5  structure that.

 6          This is just written generically in a way that it

 7  doesn't actually serve, we believe, any particular aim,

 8  other than it's confusing.

 9          THE COURT:  What's the source of this instruction?

10  Is there a pattern Third Circuit instruction?

11          MR. CRISP:  Third.

12          (Pause)

13          THE COURT:  So what do you all propose?

14          I mean, you just sort of, from what I can tell,

15  kind of cut and paste the pattern instruction and just

16  modified it a bit.  But importantly, Paragraph I does not

17  contain the definition of what the separate conspiracy is

18  and who's involved in it.

19          And the pattern instruction reads, "A defendant or

20  multiple defendants have argued that there were really two

21  or more potentially separate conspiracies" between --

22  "separate conspiracies, one between identifying who those

23  people are to commit a particular offense and another

24  between others to commit a different offense.  Whether a

25  single conspiracy or multiple conspiracies exist is a

1    question of fact that you must decide."  And this is Pattern

2    Instruction 6.18.371H from the Third Circuit model rules or

3    model instructions.

4              COURTROOM DEPUTY:  Ready?

5              THE COURT:  Yeah.

6              COURTROOM DEPUTY:  Jury panel.

7              (Jury entered the courtroom.)

8              THE COURT:  All right.  Good morning, everyone.

9    Please have a seat.  Ladies and gentlemen, welcome and

10   good morning.

11             Let me just sort of give you a preview of what

12   might happen today.  I know all of you are anxious to figure

13   out what the schedule is going to be, which we're starting a

14   little earlier today in the hope of accomplishing this

15   schedule but I'm not making any promises.

16             We do have the continuation of Mr. Caldwell's

17   redirect examination and perhaps some additional witnesses.

18             The government will then have the opportunity to

19   present its rebuttal case.

20             If all goes well, it may be that we get to

21   instructions and the government's opening this afternoon;

22   however, I still have a fair amount to discuss with the

23   lawyers, in particular about the final instructions that you

24   will have with you, and it's important we take the time to

25   get that right as opposed to speeding through all of that,

 1    and there are a few other loose legal issues that need to be

 2    discussed.

 3              And so while we've all been working toward a goal

 4    of trying to get to the government's opening today, it will

 5    depend upon the timing of when we can finalize these legal

 6    issues, and I won't have a sense of that until we're

 7    completed with the evidence today and see what time that is.

 8              So if we can't get to the government's opening

 9    this morning, what that will mean is that we will -- and one

10    juror in particular is interested in the Friday schedule.

11    What it would mean is that we likely would finish on Friday

12    afternoon instead of Friday morning, so that we would sit

13    all day Friday, we would have the government's closing, at

14    least two if not three defense closings, and then continue

15    on Friday and into Friday afternoon with a high degree of

16    certainty that we would be done by Friday afternoon, though

17    I couldn't predict at what time.

18              So that's where we are.  I want to be as sort of

19    open and transparent with you all in terms of what is

20    happening while you were outside the courtroom and why it's

21    taking more time than you might think it needs to.  We are

22    doing work in here and trying to get this case to you as

23    quickly as we can.

24              So that's where we are.  So let's go ahead, we'll

25    continue with Mr. Caldwell's redirect examination.

```
 1    Mr. Fischer and Mr. Caldwell, I'll ask you to come back,

 2    resume the witness stand, please.

 3                          - - -

 4    THOMAS CALDWELL, WITNESS FOR THE DEFENDANT, HAVING BEEN

 5    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 6    FOLLOWS:

 7                    REDIRECT EXAMINATION (CONTINUED)

 8                          - - -

 9                          - - -

10    BY MR. FISCHER:

11        Q    Good morning, Mr. Caldwell.

12        A    Good morning, Mr. Fischer.

13        Q    Sir, just to remind yon, you continue to be under

14    oath.  Do you understand that, sir?

15        A    Yes, sir, I do.  Thank you.

16        Q    Yesterday, sir, Mr. Manzo asked you some questions

17    about alibis and a fake license.  Do you recall that?

18        A    I do, sir, yes.

19        Q    Specifically, he pointed to, I guess, some text

20    message you had with Jessica Watkins regarding you stating

21    something that she would -- you would say you were with her

22    the whole time and you'd swear to it?

23        A    I do, yes, sir.

24        Q    Okay.  Where did that come from, sir?

25        A    That actually came from one of my late father's
```

1    favorite B movies from the 1940s that they were forced to

2    watch over and over again.  They only had one movie to last

3    them a month when they were in North Africa.  It starred

4    Edmond O'Brien.  I can't remember the title right now but it

5    was like, "Hey, you tell a lie and I'll swear to it, I'll

6    swear you were with me the whole time."

7        Q    And, sir, on some of these messages, were you also

8    using movie lines as well?

9        A    Yes, sir, uh-huh.

10        Q    Okay.  Was there a specific message about

11    "storming the castle"?  Do you recall that message?

12        A    I do, sir, yes, sir.  And that's --

13        Q    And does that have some connection to a movie?

14        A    It does.  That's a very famous line from the movie

15    *The Princess Bride*.  Anybody that has kids or maybe

16    grandchildren has seen that.  That's -- actually, that movie

17    is in the Library of Congress.  It was directed by Rob

18    Reiner.  And in that particular scene, Billy Crystal is

19    waving goodbye to the heroes and he says, "Have fun storming

20    the castle, boys."

21        Q    And, sir, was there a line in there about, "You're

22    such an instigator"?

23        A    Oh, yes.  That actually comes from Bugs Bunny.  He

24    always said, "I'm such a stinker."  But when they started

25    making cartoons for the war department in the Second World

1    War, they switched because he wasn't messing with Elmer Fudd

2    anymore, he was fighting people that looked like Adolf

3    Hitler or Tôjô from Japan, and he says, "I'm such an

4    instigator," and then the bombs blow up and that sort of

5    thing.

6        Q    And, sir, you know, Mr. Manzo said things about

7    alibis, fake licenses.  Sir, prior to your arrest in this

8    case, had you ever been arrested or charged with a crime?

9        A    No, sir, never.

10           MR. FISCHER:  Ms. Bommersbach, can we go ahead and

11   pull up Defense Exhibit 125, please.  This is for the

12   witness only.

13   BY MR. FISCHER:

14       Q    Sir, I'm going to be pulling up on the screen

15   Defense 125 here in a second, and I'm going to ask you to

16   quickly review it and tell me if this looks familiar.

17           MR. MANZO:  Objection, Your Honor.

18           THE WITNESS:  Sir --

19           THE COURT:  Hang on.

20           Go ahead, Mr. Fischer.  I've got to at least take

21   a look at it.  Go ahead.

22   BY MR. FISCHER:

23       Q    Do you recognize this document?

24       A    Yes, sir, I do.

25       Q    What is the document that's on the screen?

1          MR. MANZO:  Objection, Your Honor.

2          THE COURT:  Hang on.  Can you just -- can I take a

3     look at it, please.

4          MR. FISCHER:  This is what the Court already ruled

5     on previously.

6          MR. MANZO:  I don't believe the government is

7     aware of ever ruling.

8          THE COURT:  All right.

9          Can we?

10          (Bench conference)

11          THE COURT:  So I think now that I'm looking at

12     this, we did discuss the representation made by government

13     counsel at a prior hearing that it believed Mr. Caldwell had

14     traffic matters and fugitive -- that he was on a fugitive

15     status.

16          MR. MANZO:  And our ask and what I think was left

17     on the table was that we put in the whole context of this

18     statement so that the jury is not left with the

19     misimpression that Defendant Caldwell was held because of a

20     potential traffic ticket that is in fugitive status.  And so

21     that's our ask is that the whole context of this be put into

22     evidence.

23          THE COURT:  Well, I thought the way we left it and

24     the way it's coming in, if at all, is just for the

25     statement.  We're not going to tell the jury this was at any

 1    kind of detention hearing.  We're not going to tell the jury

 2    that it resulted initially in Mr. Caldwell's detention.  It

 3    is simply a statement that the government delivered to a

 4    court about his prior criminal history and that's it,

 5    period, full -- end of full stop.

 6            Now, I can't -- I didn't read that first --

 7    I guess, page 2 of this, and I don't remember what it -- if

 8    it says more than it needs to say.

 9            MR. FISCHER:  Your Honor, we did give this to the

10    Court.  It just introduces who the parties are and basically

11    says it's a detention hearing, I think, and there's

12    nothing -- this was given to the government, and the Court

13    did review it.

14            MR. MANZO:  And so, again, the Court's concern is

15    correct.  This is a detention hearing, and so we do not want

16    to elicit testimony that it's a detention hearing --

17            THE COURT:  Hang on.

18            Can you go to the first page, please.

19            The first page, just the cover page.  Thank you.

20            All right.  The first page says nothing about

21    detention.  It only says, "Initial appearance before a

22    magistrate judge in the Western District of Virginia."

23            Next page.

24            And then the Court says on page 2, "We're here for

25    your initial appearance and then also an identity and

```
 1   removal hearing and that's because you've been arrested on
 2   an arrest warrant on an amended complaint out of the U.S.
 3   District Court for the District of Columbia.  So there are
 4   several things I need to go over with you, and I'll advise
 5   you of some rights and the nature of the charge against you,
 6   and then explain your right to an identity hearing and
 7   production of the warrant.  I will need to ask you some
 8   questions and your answers do have to be under oath, so
 9   would you please raise your right hand."
10          So there's nothing in here about a detention
11   hearing.
12          MR. MANZO:  So we would just ask the "removal" to
13   be redacted because I think the jury will understand
14   "removal" as something akin to being removed from, you know,
15   freedom in society.  Again --
16          THE COURT:  Okay, fine.
17          I mean, I'll ask -- it can come if you would just
18   redact the word "initial" on the first page and redact the
19   word "initial" that appears on the second page and "identity
20   and removal" so that the only word that appears is the word
21   "hearing" without the adjectives "initial" and  "removal"
22   anywhere in the document.
23          MR. MANZO:  And one final request.  We would just
24   ask that Mr. Fischer lead him so that he does not go off and
25   start talking about the detention hearing, which I fully
```

```
 1    expect he will 100 percent do.
 2            THE COURT:  All right.  Well, let's hope he
 3    doesn't do that, but, Mr. Fischer --
 4            MR. FISCHER:  Your Honor, I will lead him.  And
 5    what I'll do is, I'll just have the third page pulled up and
 6    then we can redact later.
 7            THE COURT:  Terrific.  Thank you, sir.
 8            (Open court)
 9    BY MR. FISCHER:
10      Q    Mr. Caldwell, we're back to Exhibit 125.
11            Sir, I'm going to ask you -- Mr. Caldwell,
12    I'm going to ask you some very specific leading questions,
13    and please just respond yes or no when I ask the questions.
14      A    All right, sir.
15            MR. FISCHER:  Okay.  At this time, we're going to
16    move in Caldwell 125.
17            THE COURT:  All right.  125 will be admitted with
18    the redactions discussed.
19                            (Defendant Caldwell Exhibit 125
                                 received into evidence.)
20
21    BY MR. FISCHER:
22      Q    Okay.
23            And, sir, you would agree that what's on the
24    screen is a transcript?
25      A    Yes.
```

9196

1      Q      Okay.

2             And you would also agree that this was involving a

3      hearing on January 19th, 2021?  Do you understand that;

4      is that correct, sir?

5      A      Yes, sir.

6      Q      Okay.

7             And at that hearing, a federal prosecutor,

8      Mr. Kavanaugh, made a statement that is shown on the screen

9      to the jury right now.  Do you see that, sir?

10     A      Yes.

11     Q      Okay.

12            If we could blow that up, just, please, a little

13     bit.

14            Okay.  Mr. Caldwell, will you read to the jury

15     what Assistant United States Attorney Kavanaugh told the

16     magistrate judge that was involved in this hearing.

17     A      Yes, sir.

18            "Third and finally" -- or "Third is the history

19     and characteristics of the individual, Mr. Caldwell.  And

20     the government admits that he does have minimal criminal

21     history and that appears that -- all I am aware of is that

22     it appears to be several traffic matters that are in

23     fugitive status."

24     Q      Sir, let me stop you right there.

25            Have you ever been a fugitive from justice?

1      A     No, sir.

2      Q     Okay.

3            Have you had any criminal record?

4      A     No, sir.

5      Q     And I presume that you've never had a minimal

6  criminal record; is that correct?

7      A     No, sir.

8      Q     Okay.

9            And go on and read after that, please.

10     A     We left off with fugitive status, "but that is the

11 only evidence that I have regarding his criminal history.

12 But regarding his characteristics is that it is -- the

13 government alleges that he maintains a leadership position

14 with the Oath Keepers."

15     Q     Sir, have you ever held a leadership position with

16 the Oath Keepers?

17     A     No, sir.

18     Q     Have you ever been a member of the Oath Keepers?

19     A     No, sir.

20     Q     Ma'am, you can take that down, please.

21           Is there a difference between a member of the Oath

22 Keepers and someone who's not a member?

23     A     Yes, sir.

24     Q     Can you describe the differences that you observed

25 based on your interaction with Oath Keepers?

1          A    Besides the fact that the Oath Keepers sometimes

2    wear military style gear, they have access to communications

3    channels like Signal channels, GoToMeetings, those kinds of

4    things.

5               And I think there's also, as we found out through

6    discovery, chat boards on --

7               THE COURT:  Hang on.

8               THE WITNESS:  -- on the Website.

9               THE COURT:  Mr. Caldwell, just testify as to your

10   personal knowledge and not what you may have learned from

11   others.

12               THE WITNESS:  Yes, sir.  Yes, sir.

13               So the Signal channels and the GoToMeetings, yes,

14   sir, I'm aware of those as an example.

15   BY MR. FISCHER:

16        Q    Okay.

17               And, sir, just to be clear, there were a number of

18   questions yesterday.  Do you say on your oath that on

19   January 6th, that you never observed personally while you

20   were at the Capitol area, Capitol Grounds, any violence

21   against police?

22        A    I do so swear.

23        Q    Okay.

24               Sir, did you have a gun with you in D.C. on -- in

25   Washington, D.C. on January 6th?

1      A    No, sir.

2      Q    Okay.

3           Sir, you've reviewed throughout this trial --

4   obviously you've been here for six weeks along with

5   everybody; is that right?

6      A    Yes, sir.

7      Q    You've had a chance to review a number or see a

8   number of exhibits, including closed circuit TVs, cell phone

9   videos and the like?

10     A    Yes, sir.

11     Q    Sir, in any of the videos that have been presented

12  to the jury, do any of them show you or your wife being hit

13  with tear gas or rubber bullets?

14     A    No, sir.

15          MR. MANZO:  Objection, Your Honor.

16          THE COURT:  It's all right.  He can answer.

17          It's overruled.

18  BY MR. FISCHER:

19     Q    Have you seen any videos that have been shown to

20  the jury that show you taking or possessing a police shield?

21     A    No, sir.

22     Q    Are there any videos that have been presented that

23  show you engaging in violence?

24     A    No, sir.

25     Q    Are there any videos that have been presented to

1    show you storming the Capitol?

2         A    No, sir.

3         Q    Have you seen any videos presented by the

4    government or defendants showing you breaking through

5    barricades?

6         A    No, sir.

7              THE COURT:  Mr. Fischer, I think we've now gotten

8    to a point where those are questions for the jury and not

9    for Mr. Caldwell.

10             MR. FISCHER:  I'll move on, Your Honor.

11             Thank you.

12   BY MR. FISCHER:

13        Q    Sir, Mr. Manzo -- we talked about the Comfort Inn.

14   What did you do when you returned -- after you were at the

15   Capitol area, what did you do after you returned to the

16   Comfort Inn in Ballston?

17        A    Went into the elevator, came up to our room, got

18   down to our room as quickly as possible, got my coat off,

19   went to the bathroom, cleaned up, and started medicating,

20   took some more medicine and a couple of adult beverages, and

21   I lay on the couch and that's where I was for most of the

22   rest of the evening, back and forth to the bathroom.

23        Q    Sir, there was a video played that showed you at

24   one point in the Comfort Inn that day leaning up against the

25   wall.  Do you recall that?

9201

1    A    I do recall that, yes.

2    Q    And when did that take place?

3    A    I think that was -- I think that was me going down

4    to get my bottle of oxymorphone that I left in the car.

5    Q    What date was that on?

6    A    That would have been the 6th, I believe.

7    Q    And was that before you went or after you returned

8    from the Capitol area?

9    A    I believe that one was after I returned.

10    Q    Why were you leaning up against the wall in that

11    video?

12    A    Sometimes when my back hurts just so badly, I need

13    to kind of push up against the walls.  It's not pushing the

14    vertebrae back in place but it just kind of gives me a

15    chance to sort of catch my breath and make the pain go down

16    just a little bit.

17    Q    There was another portion in the video that showed

18    you walking when you had an orange cap or orange hat on; is

19    that right?

20    A    Yes, sir, I remember that, sir.

21    Q    What, if anything, was unusual with you at that

22    time?

23    A    If it's the one that I'm thinking of, it's coming

24    down the hall in the Comfort Inn and I was trying to get to

25    my room very quickly.  Any of us that had either have to go

9202

1    to the bathroom or maybe have to throw up or something like

2    that, you can't wait to get where you're trying to go.

3         Q    Mr. Caldwell, when was the first time that you

4    discovered that any member of the Oath Keepers had actually

5    entered the United States Capitol building?

6         A    That was the morning of the 7th, at the Comfort

7    Inn in the what passed for a little breakfast bar there.

8         Q    How did you find out about that?

9         A    I had breakfast that day with Donovan Crowl and

10   Ms. Jessica Watkins, very nice lady.  And they said, "Hey,

11   I've got a video to show you," and they showed the

12   now-famous video in the Rotunda where they're kind of

13   goofing around, it was about a ten-second video.  I couldn't

14   believe it.

15        Q    Sir, we're going to move along.  Let's go to

16   Defense Exhibit 1.

17             Sir, I'm going to show you -- I know you're

18   familiar with -- this is in evidence; we can publish to the

19   jury.

20             Sir, I believe this is the calendar of the FBI

21   seized from your home on January 19th, 2021;

22   is that correct?

23        A    Yes, sir, uh-huh.

24        Q    Sir, Mr. Manzo had pointed out in a picture for

25   your pre-strike recce on November 9th a building he

9203

1    indicated was a Department of Justice building.  Do you

2    recall that?

3         A    I do recall that.  I was surprised.

4         Q    Okay.

5              Were you aware that the Department of Justice had

6    an office in the area where you're taking the picture?

7         A    Not at all.

8         Q    What were you taking a picture of?

9         A    I was taking a picture of that gorgeous building

10   on the corner of New York and 15th.

11        Q    Sir, according to the calendar here, if my memory

12   serves me correct, on November 6th, I believe you already

13   testified November 6th of 2020, was that the date you had a

14   text message with Mr. Combs?

15        A    Yes, sir, uh-huh.

16        Q    And what did you say in that text message to

17   Mr. Combs?

18        A    I told him that I was going -- I have to go to

19   D.C. on the morning of the 9th, I'd be gone all day.

20        Q    Okay.

21              And I believe you met Stewart Rhodes on November

22   8, if I recall; is that correct?

23        A    That is correct, sir, yes, sir.

24        Q    And, sir, if I recall correctly, I believe the

25   government has presented evidence that November 7th was the

9204

1   date that the election was called for the 2020 election,

2   Presidential election was called; is that right?

3        A    I believe that's right, sir, yes, sir.

4        Q    Sir, did have any reason to believe that between

5   the date when the election was called and the date you had

6   to be in D.C., that the Department of Justice was doing

7   something that you found so unsavory that would cause you to

8   take a picture of their office?

9        A    Oh, gosh, no.  No, sir.

10       Q    All right.

11            Sir, was the purpose of the QRF to either occupy

12  or attack the Department of Justice?

13       A    No, sir, no.

14            MR. FISCHER:  The Court's indulgence.

15            I apologize.  The Court's indulgence.  I'm trying

16  to move along.

17  BY MR. FISCHER:

18       Q    Sir, there was a discussion about a boat that you

19  had asked about.  Remember that testimony?

20       A    I do, yes, uh-huh.

21       Q    If we could pull up Exhibit 102, Caldwell Exhibit

22  102.

23            Sir, you had indicated you had some type of,

24  I believe you said you had a phone call with a guy --

25  Mr. Stamey; is that right?

1      A    Yes, sir, that's correct.

2      Q    Up on the screen is Caldwell 102, if you can blow

3  that up just a little bit for the witness.

4           Do you recognize this document, sir?

5      A    I do.  It looks like a call log.  My call log.

6      Q    Okay.  And can you tell on that day --

7           MR. FISCHER:  Your Honor, at this time, we move in

8  Caldwell Exhibit 102.

9           MR. MANZO:  No objection.

10          THE COURT:  Caldwell 102 is admitted.

11                              (Defendant Caldwell Exhibit 102
                                    received into evidence.)
12

13  BY MR. FISCHER:

14     Q    Sir, this call log, this call record, are these

15  your telephone calls, I believe?

16     A    Yes, sir, uh-huh.

17     Q    Sir, did you have a telephone call with Mr. Stamey

18  on a particular day that's of interest in this document?

19     A    Yes, sir, it looks like it appears on line 129.

20     Q    What time was that telephone call at?

21     A    Well, see, at UTC figuring that's 5:25, if I

22  recall correctly.

23     Q    5:25 p.m.?

24     A    Yep.

25     Q    Do you recall phone calls after that?

9206

```
 1        A    Let's see.

 2        Q    After you got off the phone with Mr. Stamey?

 3        A    Yes, sir, uh-huh.

 4        Q    Who were the phone calls to?

 5        A    It looks like these calls are to Shawn Pugh.

 6        Q    And is Shawn Pugh one of the individuals you asked

 7   about whether he had a boat?

 8        A    Oh, yeah, yes, sir.

 9        Q    And if we could pull up No. 95, please.

10             On down, please.

11             Down a little more.

12             Down, please.

13             And, sir, up on the screen what's been marked as

14   Caldwell exhibit, I said, 95; is that right?

15        A    Yes, sir, uh-huh.

16        Q    Do you recognize what's up on the screen?

17        A    I do.

18        Q    And what is it?

19        A    It looks like some verbiage back and forth between

20   myself and a guy named Matthew Truong.

21             MR. FISCHER:  We would move to admit Caldwell 95,

22   please.

23             MR. MANZO:  No objection.

24                            (Defendant Caldwell Exhibit 95
                                 received into evidence.)
25
```

1    BY MR. FISCHER:

2        Q    Sir, what date was this?

3             It appears to be a Signal message; is that right?

4        A    Yes, sir, and it appears to be January 2nd, sir.

5        Q    And what time was it at?

6        A    11:08 p.m., sir.

7        Q    Was that after the phone call from Paul Stamey?

8        A    Yes, sir.

9        Q    What, if anything, did the phone call from

10   Paul Stamey have to do with the message you sent to Matt

11   Truong?

12       A    It was on that phone call that Mr. Stamey asked me

13   if I knew anybody who had a boat.

14       Q    Okay.

15            And, sir, if you could read this message about

16   three lines down starting with the word, "But if."

17       A    Yes, sir.

18            "But if we had a boat standing by, the QRF could

19   load the boat, ferry stuff to our waiting arms.  If we had

20   to get folks out, sick, hurt, just too cold, we could get

21   them out via boat and our QRF vehicle could get them home or

22   coordinate it.  If someone had a commercial boat even, maybe

23   we could hire it for the day (I would get the bucks).  And

24   if traffic is just too brutal, we could ferry people into

25   the protest.  I have 5 coming in from Ohio," et cetera.

9208

1            That's fine, sir.

2       Q    Sir, was the boat your idea regarding a QRF?

3       A    No, sir, it was not.  I asked people about the

4  boat because I gave my word to Mr. Stamey.

5       Q    And, to your knowledge, did the QRF have -- to

6  your knowledge, at that time, did the QRF -- or did you

7  believe it was intended for some type of conspiracy against

8  the United States Government?

9       A    No, sir, I had no idea.

10      Q    All right.

11           Let's pull up 158, please.

12           Caldwell 158.

13           Sir, I'm going to put up on the screen, I believe

14 it's going to be another similar type message.

15           Okay.  Go to the next.

16           Sir, you sent --

17           MR. FISCHER:  We could pull it up, but if it's not

18 already in evidence, I'll move to admit Caldwell 158,

19 please.

20           MR. MANZO:  No objection.

21           THE COURT:  158 is admitted.

22                         (Defendant Caldwell Exhibit 158
                                  received into evidence.)
23

24 BY MR. FISCHER:

25      Q    Sir, on the screen, it looks like you sent a

1    message -- or there's a message from Matt Combs to you; is

2    that right?

3        A    Yes, sir, uh-huh.

4        Q    At what time was that message at?

5        A    Looks like 7:34 p.m. on the 2nd of January.

6        Q    If we can go up to the other message.

7             Scroll up, please.

8             Well, I'll just skip that.

9             Sir, something was unsent.  You had sent him a

10   message that he responded to; is that correct?

11       A    Yes, sir, uh-huh.

12       Q    And it looks like that was at 6:13 p.m. on

13   January 2nd?

14       A    Yes, sir.

15       Q    And your call from Paul Stamey was at 5:20 p.m.

16   that same day; is that correct?

17       A    That's correct.

18       Q    Thank you.  You can pull that down, please.

19            Sir, based on your interactions with Mr. Stamey

20   and I believe the leader was Ranger Doug Smith?

21       A    Yes, sir.

22       Q    Did you believe at any time they were engaged in

23   anything nefarious?

24       A    No, not -- I never had an inkling.  And, you know,

25   they're not charged in this case.

9210

```
 1              MR. MANZO:  Objection, Your Honor.
 2              THE COURT:  That's sustained.
 3              MR. FISCHER:  Mr. Caldwell, answer my questions.
 4              THE COURT:  Ladies and gentlemen, you'll ignore
 5    that last statement from Mr. Caldwell.
 6              Mr. Caldwell, just stick to the questions --
 7              THE WITNESS:  Sorry, Your Honor.  Sorry.
 8    BY MR. FISCHER:
 9         Q    Mr. Caldwell, if we could pull up -- the
10    government had -- obviously they charged you with
11    obstruction of justice.  Are you aware of that?
12         A    Yes, sir, uh-huh.
13         Q    Okay.
14              Did you obstruct justice at any time during the
15    alleged conspiracy time frame or with the FBI at all?
16         A    No, sir.
17         Q    Sir, did you submit to an interview with the FBI?
18         A    Yes, sir, I did.
19         Q    Did you do so after being warned that you didn't
20    have to speak with them?
21         A    Yes, sir, I did.
22         Q    Were you ever asked to consent to a search of
23    areas of your property that the search warrant the FBI had
24    did not include?
25         A    Yes, sir.
```

1          Q      Did you consent?

2          A      I did.

3          Q      Did you sign a consent form?

4          A      I did.

5          Q      Did the FBI ever ask you for passwords to get into

6   your electronic devices?

7          A      Yes, sir.

8          Q      And did you give them passwords?

9          A      I did.

10         Q      Did that obstruct justice in any way by doing

11   that?

12         A      It did not.

13         Q      To your knowledge, did your wife consent to a

14   search of her phone?

15         A      To my knowledge, she did.

16         Q      Sir, there came a time, I believe, when you --

17   Ms. Watkins and Mr. Crowl were at your home, I believe they

18   arrived there January 14th, 2021; is that right?

19         A      Yes, sir.

20         Q      Did there come a time when you personally learned

21   that the FBI wanted to speak with Ms. Watkins and Mr. Crowl?

22         A      Yes, sir.

23         Q      And when you learned of that, what, if any, action

24   did you take?

25         A      I told them they needed to go back home.  They

```
 1    needed to go back --
 2              MR. MANZO:  Objection; hearsay.
 3              THE COURT:  That's sustained.
 4    BY MR. FISCHER:
 5        Q    Okay.  Sir, what, if anything, happened without
 6    any words being spoken -- well, let me ask you this.  After
 7    you found out about the FBI -- or that Ms. Watkins and
 8    Mr. Crowl, the FBI wanted to speak with them, did they
 9    remain at your house, or at some point did they leave?
10        A    They left almost immediately.
11        Q    Sir, previously -- I'm not going to play it to
12    save time here but Caldwell Exhibit 78, there was an audio
13    played with you and your wife, and it was recorded by a
14    voice mail.  Do you remember that?
15        A    I do, yes, sir.
16        Q    Okay.
17              What did you say in that recorded call?
18              MR. MANZO:  Objection; hearsay.
19              MR. FISCHER:  It's his own statement.
20              THE COURT:  I think I admitted the call, so he can
21    testify about it.
22              THE WITNESS:  Can I answer that, Judge?
23              THE COURT:  The recording is admitted, correct?
24              MR. FISCHER:  It is.
25              THE COURT:  Okay.  It's overruled.
```

BY MR. FISCHER:

Q   Sir, what did you -- first of all, what was going on at the time of that recording?

A   I was in my driveway in my car.  I was pulling up to the house.  At that time, I noticed my wife was backing out of the garage.  She was trying to call me on the phone. I had a call on the phone.  It was Mr. Crowl.  I stopped my car.  My wife saw that I was there.  She pulled up, we were driver's side window to driver's side window.  And I told her that Mr. Crowl had said --

MR. MANZO:  Objection.

THE WITNESS:  -- that Jessica Watkins --

MR. FISCHER:  Mr. Caldwell, hold on.

THE COURT:  It's overruled.  Go ahead.

THE WITNESS:  That Jessica Watkins was being hounded by the media and people he called those Antifa MFs and could we possibly come and hang out at your place for a couple of days until it cools down.

I told my wife, I said, basically what he said, "Would it be okay?"  And she says, "What am I going to do about our dinner guests that we have planned for Saturday?" And I said, "We'll work it out."

So we pushed them off till the next weekend.  Of course I was already locked up by then.

```
 1   BY MR. FISCHER:
 2        Q    Sir, were you ever attempting to hide --
 3             THE COURT:  Hang on, Mr. Fischer.
 4             Ladies and gentlemen, I just want to remind you
 5   that the best evidence of that call and its contents are, in
 6   fact, the audio of the call recording, which is in, and the
 7   statements that were made on that call are not being offered
 8   for the truth of those statements but as evidence of
 9   Mr. Caldwell's state of mind, okay.
10             Go ahead, Mr. Fischer.
11             MR. FISCHER:  Thank you.
12   BY MR. FISCHER:
13        Q    Mr. Caldwell, were you ever trying to hide or
14   harbor Ms. Watkins and Mr. Crowl?
15        A    No, sir, no.
16        Q    Did they remain inside the whole time, or did they
17   ever go out in place?
18        A    Oh, they went out in public quite a bit.
19             They were anxious to help me because there are
20   things I can't do on the farm.  We went to Lowe's, we were
21   there to do some, you know, light shopping, and we got some
22   paint.  And they said, "Hey, we'll" -- I had a piece of a
23   barn -- a whole side of a barn that was all messed up.  They
24   actually painted my barn for me so I didn't have to try to
25   get up and down on ladders.
```

```
 1              And this barn is not the one right by our home,
 2    it's on the far part of our property right by a main road
 3    and the house that used to be my father's house.  So they
 4    were not trying to lay low, they were trying to be --
 5              MR. MANZO:  Objection as to personal knowledge.
 6              THE COURT:  Sustained.
 7              THE WITNESS:  Sorry.
 8              THE COURT:  Mr. Caldwell.
 9    BY MR. FISCHER:
10         Q    Mr. Caldwell, at any time did you ever delete any
11    text messages off of your phone regarding chats you had with
12    Donovan Crowl or Jessica Watkins?
13         A    Not to my knowledge.
14         Q    Okay.
15              And that phone, again, is in -- that's in the
16    custody of the FBI and has been so since January 19, 2021;
17    is that right?
18         A    That's right, yes, sir.
19         Q    Okay.
20              Did you ever delete any Signal messages?
21         A    No.
22         Q    Sir, at one point, as far as obstruction of
23    justice, did you sign a HIPAA release that would have
24    allowed the FBI and Department of Justice to review your
25    medical records --
```

9216

```
1                    MR. MANZO:  Objection as to relevance.
2                    THE COURT:  That's sustained.
3                    MR. FISCHER:  Okay.  I'll move along.
4       BY MR. FISCHER:
5           Q    Could you bring up 52, please.
6                It's for the witness only.
7                And, Mr. Caldwell, I'm going to ask you some very
8       specific leading questions, and please just yes or no
9       questions.
10               Sir, you've been -- since at least 20 months, have
11      you continuously been charged with tampering with evidence?
12          A    Yes, I have.
13          Q    Okay.
14               And I put up on the screen, at one point did --
15               THE COURT:  Hang on, Mr. Fischer.
16               (Bench conference)
17               THE COURT:  I'm not sure where this is going.
18      I'm not sure why he's being asked about this.
19               MR. FISCHER:  Your Honor, I'm going -- like we did
20      before with this, I don't intend to introduce it with him.
21      I just want to walk him through.
22               The government didn't even know what was unsent as
23      far as a video and link until more than a year after he was
24      charged, and I'm just setting up the part about the unsent
25      video.  That's what I was doing with it.  I was going to
```

```
 1    quickly just lead him and say, when did we find out about
 2    what was actually unsent, what was unsent.
 3             MR. MANZO:  I don't think that's consistent with
 4    the government's understanding.
 5             And defendant has no personal knowledge about what
 6    the government does or does not know.
 7             I think Mr. Fischer can explore the area without
 8    this email in any shape and form.
 9             THE COURT:  I think the issue is that it opens --
10    I mean, it maybe ultimately is answered on rebuttal, but the
11    if point is Mr. Crowl's phone -- the contents of Mr. Crowl's
12    phone were not revealed until February of 2022.
13             MR. FISCHER:  Yeah.  That's basically the leading
14    question I was going to ask him.
15             MR. MANZO:  But that's not something that
16    Mr. Caldwell knows.  It's something that Mr. Fischer can
17    argue.  But Mr. Caldwell has no idea when and how the
18    government extracted cell phones.
19             THE COURT:  No, I mean, he could testify that he
20    and his counsel learned or received certain evidence at a
21    particular time.  He would have that knowledge, right?
22             MR. MANZO:  He would have that knowledge through
23    Mr. Fischer, I suppose.
24             THE COURT:  Well, but this is a government
25    statement.  It's an admission of the government.  And we're
```

 1    not -- at least in terms of the timing of the disclosure,

 2    even frankly the timing of the disclosure is not really --

 3    it's not a hearsay statement.  It's something that he would

 4    have in terms of his personal knowledge, whether he learned

 5    it from Mr. Fischer or not.

 6              So I guess, Mr. Fischer, what I would ask you to

 7    do is, this is not admissible; however, you can ask him are

 8    you aware at some point in time that your defense or that we

 9    received from the government contents from Mr. Crowl's phone

10    and that was in February of 2022, correct, and leave it at

11    that.

12              (Open court)

13    BY MR. FISCHER:

14    Q    Mr. Caldwell, were you aware that there were some

15    communications between the government and the defense,

16    myself, in mid February of 2022 at which time the defense

17    was given text messages off of Donovan Crowl's phone

18    reflecting your unsent Facebook messages with Donovan Crowl.

19    Does that sound correct, sir?

20    A    A Facebook Messenger thing that was on his phone,

21    sir, uh-huh.

22    Q    You can take that down.

23              And, sir, did you ever unsend a video?

24    A    No, sir.

25    Q    And the -- and I believe you indicate, what was it

1    that was actually sent?

2        A    It was a link to an open source video available on

3    YouTube.

4        Q    Okay.  Is that the Ford Fischer video we've seen

5    many times?

6        A    It is indeed.

7        Q    Were you aware -- were either you or your wife

8    depicted in that video?

9        A    No, sir.

10       Q    Sir, you unsent, as Mr. Manzo indicated, more than

11   100 messages, perhaps up to 180 messages.  What dates

12   were -- what date or dates were those largely unsent?

13       A    Largely they were unsent once you do the UTC

14   thing.  They were, I think, late at night on the 14th of

15   January.

16       Q    And, sir, why were you deleting messages -- or not

17   deleting -- why were you unsending messages from Facebook?

18       A    Well, for a long time I've been wanting to move

19   over to Parler because, you know, Facebook was giving

20   problems, a lot of my friends had already been kicked out of

21   Facebook.  So I said, you know, what the heck.

22            So this was the first time I actually had time to

23   just sit at the computer and say, "Well, what am I going to

24   do that's productive.  Well, why don't I get stuff off of

25   Facebook so it doesn't become the property of Facebook."

9220

1          I'd read articles that said if you're going to

2    leave Facebook, don't leave your stuff there, because after

3    a while, if you read their contract or whatever, it becomes

4    theirs.  I didn't want somebody to have photos of one of my

5    friend's children, or things like discussing my wife's

6    medical conditions, which I share with a lot of friends who

7    sent their prayers our way.  I just didn't want that stuff

8    out there.

9          So I went through and I said, forget that, forget

10   that.  The other things that didn't matter to me, I just

11   hadn't gotten to them yet.

12   Q     Mr. Caldwell, do you know a gentleman named Bob

13   Gardali?

14   A     I sure do, yes.

15   Q     Who's Mr. Gardali?

16   A     Bob Gardali and I served together many years.

17   He was enlisted man while I was an officer.  He later became

18   an officer in the U.S. Coast Guard and retired at the rank

19   of lieutenant commander in California.

20   Q     And where was he living at around January of 2021

21   to your knowledge?

22   A     Belmont, California.

23   Q     Was he in Washington, D.C. on January 6th?

24   A     No, sir.

25   Q     Okay, sir, up on the screen, this is already in

 1    evidence, we have page 30.

 2            Can we go to page 32, please.

 3            If we scroll down a little bit, please, to the

 4    bottom.

 5            Stop right there.

 6            Sir, looks like there at the second one from the

 7    top has, it looks like Tom Caldwell sent on December 28th a

 8    message that was ultimately unsent on, I guess, January

 9    14th, 15th, whatever that UTC time comes out to be.  Does

10    that sound right, sir?

11    A    Yes, sir, uh-huh.

12    Q    If we can then move on to page 37.

13            There's a top, please.

14            Sir, you see some, there's a bunch of messages

15    that appear to be unsent regarding Mr. Gardali?

16    A    Yes, sir, I see those.

17    Q    Do you recall what the messages were?

18    A    No, sir.

19    Q    Okay.

20            Do have any reason to believe that Mr. Gardali was

21    involved in January 6th?

22    A    No, sir.

23    Q    Has the FBI spoken with him?

24    A    No, sir.

25            MR. MANZO:  Objection, Your Honor, to personal

1    knowledge of the defendant.

2              MR. FISCHER:  I'll withdraw that.  That's fine.

3              If we can go to 162, please.

4              Page 162, yes, I'm sorry.

5    BY MR. FISCHER:

6        Q    Sir, I don't know if you said, can you tell us who

7    David LaRock is?

8        A    Yes, David LaRock is our delegate to the Virginia

9    statehouse.  He's our elected representative.

10       Q    Did you unsend some messages with Delegate LaRock?

11       A    It would appear so, yes, sir.

12       Q    So it look likes in these messages in the center

13   there, January 1st and January 4th, 2021, there are two

14   unsent messages to David LaRock; is that right?

15       A    Yes, sir.

16       Q    What does he say below where he said the unsent

17   message?

18       A    He says, "Tom, sorry, I didn't see this until now,

19   quite a day."

20              And then there's an article link there.

21       Q    Okay.

22       A    That he sent to me.

23       Q    To your knowledge, was Delegate LaRock, was he in

24   D.C. on January 6th, 2021?

25       A    I don't know that he was, no.

```
 1        Q    I'll just do one more.  I'm not going to belabor
 2   the point.  Let's go to 276.
 3             At the top here, sir, this looks like it's a
 4   Facebook thread with about, by my count, ten individuals,
 5   including yourself; is that right?
 6        A    Okay, yes, sir, uh-huh.
 7        Q    So, sir, the messages on here, would these
 8   messages be available to all ten participants based on your
 9   knowledge or when you were using Facebook?
10             MR. MANZO:  Objection, Your Honor, personal
11   knowledge.
12             THE WITNESS:  Yes, sir, before --
13             THE COURT:  Hang on.  Hang on.
14             I'll sustain the objection.  I don't know that he
15   has a basis to know one way or another.
16   BY MR. FISCHER:
17        Q    Sir, when you're in a thread or a chat with ten
18   different people, what happens when you send a message out
19   on --
20        A    It's available to all the members of the chat.
21        Q    Okay.
22             And we're going to go to page 280, please.
23             You already talked about a person named
24   Adrian Grimes; is that right?
25        A    Yes, sir.
```

9224

```
 1        Q     And it looks like towards about the third one up,
 2   you unsent a message regarding in between messages to
 3   Adrian Grimes; is that right?
 4        A     The 26th of December, sir?
 5        Q     Yep.
 6        A     Yes, sir.
 7        Q     And his response to your unsent message was?
 8        A     "Amen."
 9        Q     Sir, to your knowledge, was Adrian Grimes?
10              MR. MANZO:  Objection, Your Honor.
11              THE COURT:  I didn't hear what the question was.
12   What was the question?
13   BY MR. FISCHER:
14        Q     To your knowledge, was Adrian Grimes in
15   Washington, D.C. on January 6th?
16        A     No, sir, he was not.
17        Q     Okay.
18              We're going to move to page 281.  Go to the
19   bottom, please.
20              Sir, do you see another unsent message?
21        A     Yes, sir, uh-huh.
22        Q     What date was that sent on?
23        A     It was sent on the 28th of December 2020.
24        Q     It looks like it was removed on January 15th; is
25   that right?
```

9225

```
 1       A    Along with so many others, yes, sir, uh-huh.

 2       Q    Can we go to 282.

 3            Top, do you see another unsent message?

 4       A    Yes, sir.

 5       Q    What date was that?

 6       A    It was, I sent it on the 29th of December, sir.

 7       Q    Okay.

 8            Go to page 285, towards the bottom.

 9            Do you see another unsent message?

10       A    Yes, sir.

11       Q    What date was that sent on?

12       A    That was sent on the 2nd of January, sir.

13       Q    And when was it unsent?

14       A    Doing the UTC thing, it looks like -- well, it

15  says the 15th of January.

16       Q    I'm not going to belabor the point.

17            Sir, did you ever try to obstruct justice by

18  unsending Facebook messages?

19            MR. MANZO:  Objection, Your Honor.

20       A    No, sir.

21            THE COURT:  It's overruled.

22            MR. FISCHER:  Okay.  If we could pull up Exhibit

23  50, please.

24  BY MR. FISCHER:

25       Q    Sir, do you know --
```

1           THE COURT:  Hang on.  Mr. Caldwell, I'll just

2   remind you, please let me rule on the objection before you

3   answer the questions.

4           THE WITNESS:  Yes, Your Honor.

5   BY MR. FISCHER:

6       Q    Pulling up Caldwell Exhibit 50.

7           Are you familiar with the woman named Sharon

8   Coyle?

9       A    Yes, sir, I met her on the 7th of January.

10      Q    Who's Sharon Coyle?

11      A    She's a lady I met at the breakfast bar at the

12  Comfort Inn.  I believe she lives in Kentucky.

13      Q    Sir, we have up on the screen, do you recognize,

14  it looks like some text message records?

15      A    Yes, it looks like a text log in Excel format.

16      Q    Are these your text messages?

17      A    They appear to be, yes, sir.

18      Q    Okay.  Did you have a text message exchange with

19  Sharon Coyle in January 2021?

20      A    Yes, sir.

21      Q    Okay.

22          If we could blow up to the right side here,

23  please.

24          MR. FISCHER:  Move to admit Caldwell 50, please.

25          MR. MANZO:  No objection.

9227

```
 1            THE COURT:  I'm sorry, 50 or 150, Mr. Fischer.

 2            MR. FISCHER:  It's 50.

 3                           (Defendant Caldwell Exhibit 50
                                  received into evidence.)
 4    BY MR. FISCHER:

 5       Q    So at the top, sir, there appears to be on the

 6    right-hand side, top right, there's something that says,

 7    "Are you on Facebook?"

 8            Who is saying that in this text message chat?

 9       A    It appears that that one is from Ms. Sharon Coyle.

10       Q    Okay.  Can you read what she asked, the question

11    she has asked?

12       A    Yes, sir.  She says, "Are you on Facebook?

13    There's info I can't send via text but I can through

14    Messenger on Facebook."

15       Q    And did you respond to her on January 11th, 2021,

16    at 5:10 p.m.?

17       A    Yes, sir.

18       Q    What did you tell Ms. Coyle?

19       A    I said, "Yes, I am.  I am in the process of

20    pulling off all my pics, et cetera.  But its Tom Caldwell,

21    and in the address line it says my name and .16100.

22    So if you send me a friend request, I will accept and then

23    we can be on Messenger."

24       Q    Sir, can I ask you, on January 11th, 2021, were

25    you in the process of pulling stuff off of Facebook?
```

9228

```
 1        A    Yes, sir.

 2        Q    Would that have included pictures and photographs?

 3        A    Yes, sir.

 4        Q    Go -- pull up Caldwell Exhibit 51, please.

 5             Sir, can you tell us what Parler is.

 6        A    Parler is a competitor, for want of a better term,

 7   of -- for Facebook.

 8        Q    And up on the screen Caldwell 51, does that appear

 9   to be a photo taken of a screen of your own cell phone?

10        A    Yes.  In fact, I was there when you took that

11   picture at an FBI facility in Manassas.

12             MR. FISCHER:  If I could admit Caldwell 51.

13             MR. MANZO:  No objection.

14             THE COURT:  51 will be admitted.

15                              (Defendant Caldwell Exhibit 51
                                   received into evidence.)
16

17             MR. FISCHER:  Publish to the jury.  Blow it up

18   just a little bit, please.

19   BY MR. FISCHER:

20        Q    Sir, where that finger is pointing, it says --

21   this appears to be a No. 78156; is that right?

22        A    Yes, sir.

23        Q    What does it say underneath that?

24        A    It says, "Your Parler verification code is

25   488464."
```

1    Q    And, sir, whose verification code was that?

2    A    That would be mine, sir.

3    Q    Okay.

4         Now, sir, why were you getting on Parler?

5    A    Facebook was -- they had been hacked several times

6    for personal information but besides that --

7    Q    Were you getting off Facebook?

8    A    Yes, sir.

9         MR. MANZO:  Objection; leading.

10        THE COURT:  Hang on.  Please, let me address

11   objections.

12        Ask the question please, Mr. Fischer.

13   BY MR. FISCHER:

14   Q    Sir, you said you were getting on Parler.  What,

15   if anything, were you doing with Facebook at that time?

16   A    I was drawing down from Facebook.

17   Q    Okay.

18        Sir, did you ever actively use Parler at any time

19   after you received this account number?

20   A    No, sir.

21   Q    You saw some exhibits the government put in with

22   Jessica Watkins where she was on Parler.  Do you remember

23   those?

24   A    I do remember those, yes, sir.

25   Q    Did you ever see those before court?

9230

1     A     No, sir.

2     Q     Can we pull up Exhibit 60, please.  And after

3  that, it will be 64 and 68.

4           Sir, after January 6th, did you send photographs

5  that either you or your wife took via text messages?

6     A     Oh, yes, sir, uh-huh.

7     Q     And I have up on the screen it looks like 60A.

8  Can you pull that up.

9           Do you recognize this, sir?

10    A     Yes, sir, yeah, it looks like my phone.

11    Q     And this, again, was taken at an FBI evidence

12  facility; is that correct?

13    A     Yes, sir.

14    Q     And, sir -- let's go to the next page, please.

15          Do you recognize the rest of the photos in that

16  series?

17    A     Yes, sir, these were photos that I took.

18    Q     Scroll down for the government.

19          And the photos -- so to be clear, this is a

20  picture of your phone; is that right?

21    A     Yes, sir.

22    Q     And on the phone, it appears to be what?

23    A     Lots of pictures that I took on January 6th.

24          MR. FISCHER:  At this time, we move government --

25  or you can go down, keep going down so the government can

1    see everything, please.

2              Keep going down.

3    BY MR. FISCHER:

4        Q    And, sir, who were you communicating with in these

5    text -- in this text chat?

6        A    I sent these pictures to Mr. Crowl and

7    Ms. Jessica Watkins.

8        Q    And I see the area code it appears to be 97 -- or

9    937.  Do you know which state that area code is from?

10       A    That would be Ohio, sir.

11             MR. FISCHER:  We move in Caldwell Exhibit 60.

12             MR. MANZO:  No objection.

13             THE COURT:  I just want to --

14             MR. FISCHER:  Publish to the jury.

15             THE COURT:  What's this exhibit?  I thought you

16   said 60 -- it's 60, okay.

17             MR. FISCHER:  It's going to be 60.  It's going to

18   be A through Y.

19             THE COURT:  Okay.

20             MR. FISCHER:  Can you go to the very top, please.

21                               (Defendant Caldwell Exhibit 60
                                        received into evidence.)
22   BY MR. FISCHER:

23       Q    All right.  So the jury can see that's a

24   screenshot of your cell phone, sir?

25       A    Yes, sir, uh-huh.

1    Q    Okay.  And can you go up to the -- in the middle

2    right there, it looks like there's a 937 number; is that

3    right?

4    A    Yes, sir.

5    Q    And it looks like January 7th, 2021, there's some

6    activity on it; is that right?

7    A    Uh-huh, yes, sir.

8    Q    It we can scroll down one picture.

9         What's depicted -- what does that depict?

10   A    It depicts -- the top one is a picture that I took

11   from the inaugural balcony of the crowd that was gathered

12   below, and the next one down is a picture of my wife and I

13   after we had kitted up with my goofy Halloween mask, and

14   she's holding a flag that you can see in that one.

15   Q    We'll go down one more photo.

16        January 6th pictures again, sir?

17   A    Yes, sir, uh-huh.

18   Q    And without showing everything, I presume the rest

19   are all January 6th related photographs?

20   A    Yes, sir.

21   Q    And these are with Donovan Crowl and

22   Jessica Watkins; is that right?

23   A    Yes, sir.

24   Q    Did you ever delete, obviously -- did you ever

25   delete messages with Donovan Crowl and Jessica Watkins?

9233

1    A    No.  I mean, you know, I think I sent them about

2  39 pictures.

3    Q    Okay.

4         Thank you.  If we could pull that down.

5         If we could pull up Exhibit 64, please, Caldwell

6  Exhibit 64.

7         And, sir, who's Joe Godbold?

8    A    Joe Godbold is a good friend.  The jury had a

9  chance to meet him.  He was the guy that helped me get my

10 father's house ready for sale so that we could settle the

11 estate.

12   Q    Okay.  And you see -- there are going to be some

13 photos we'll scroll through here really quickly.  Were there

14 photographs you sent him via text message as well of

15 January 6th?

16   A    Yes, sir, uh-huh.

17        MR. FISCHER:  We would move in Caldwell Exhibit

18 64, please.

19        MR. MANZO:  No objection.

20        THE COURT:  All right.

21        64 will be admitted.

22                              (Defendant Caldwell Exhibit 64
                                     received into evidence.)
23

24        MR. FISCHER:  If we could publish to the jury,

25 please.

9234

```
 1    BY MR. FISCHER:
 2        Q    Sir, up on the screen I went ahead and left one of
 3    the middle pictures in.  Does that appear to be you and your
 4    wife in Oath Keeper T-shirts?
 5        A    Absolutely, yes, uh-huh.
 6        Q    And, again, this phone is in the possession of the
 7    FBI even to this day; is that right?
 8        A    Yes, sir, that's my understanding.
 9        Q    Did you ever attempt to delete text messages with
10    Joe Godbold?
11        A    No, sir.
12        Q    And if I recall, was he one of the participants in
13    the Facebook chat that has something about members of
14    Congress in the tunnel?
15        A    Yes, sir, he was.
16        Q    Okay.  Can we go to Caldwell No. 65, please.
17             And I presume in Exhibit 64, if we'd scroll down,
18    the jury would see more January 6th photos?
19        A    Oh, yes, sir.
20        Q    Okay.  And Caldwell 65, I believe, A through K,
21    do you know -- you apparently had some communication with
22    somebody regarding your phone with text messages again; is
23    that right?
24        A    Yes, sir.
25        Q    And who were these sent to?
```

1       A    I'd have to see the next one down.  I'm looking at

2   Mr. De Haven.  Oh, Kirby De Haven, yes, dear friend of mine.

3       Q    And did you send Mr. De Haven a bunch of photos of

4   January 6th via text?

5       A    Yes, sir.

6       Q    And these are marked Caldwell Exhibit A through K.

7   And do they all accurately represent the status of your

8   phone and the text messages on your phone when you saw them

9   at the FBI?

10      A    Yes, sir.

11      Q    And did those change ever since January 6th, 2021?

12      A    No, sir.

13      Q    And are all the photos in your photos [sic] of

14  January 6th?

15      A    Yes, sir.

16      Q    All right.  And Mr. Kirby De Haven, was he one of

17  the individuals on the -- I think some of the saucier

18  Facebook message chats you had?

19      A    Yes, sir, he was.

20          MR. FISCHER:  And could we admit at this time

21  Caldwell Exhibit, I'm losing track, was that 65?  65A

22  through K.

23          MR. MANZO:  No objection.

24                              (Defendant Caldwell Exhibit 65
                                    received into evidence.)
25

1          MR. FISCHER:  We can publish to the jury, please.

2     BY MR. FISCHER:

3          Q    Sir, did you ever try to delete text messages with

4     Kirby De Haven?

5          A    No, sir.

6          Q    And these pictures were available to the FBI and

7     grand jury as far as on January 6th, 2021?

8          A    I'm not --

9          Q    Were they available on your phone on January 6th,

10    2021?

11         A    Yes, sir, uh-huh.

12         Q    We'll move along to No. 66.

13              Do you know who Nancy Kahrs is?

14         A    Yes, I do.

15         Q    Who's Nancy Kahrs?

16         A    She is cousin of my lovely wife Sharon and she

17    lives in Florida, in Lakeland, Florida.

18         Q    Did you send her text messages with photos from

19    January 6th?

20         A    Yes, sir, I did.

21         Q    This exhibit pretty much shows what the other

22    exhibits were showing, text messages which show a bunch of

23    photos of January 6th?

24         A    Yes, sir.

25              MR. FISCHER:  Move in Caldwell 66.

```
 1              MR. MANZO:  If we could go down to the bottom of
 2   this exhibit.
 3              No objection.
 4              THE COURT:  Caldwell 66 is admitted.
 5                             (Defendant Caldwell Exhibit 66
 6                                 received into evidence.)
 7   BY MR. FISCHER:
 8       Q    Sir, we're going to put in at this time --
 9              Go to top, please.
10              Sir, without belaboring the point, I presume you
11   sent Nancy Kahrs a bunch of photos regarding January 6th?
12       A    Yes, sir.
13       Q    Were those text messages and photos still on your
14   phone when the FBI seized it January 6th?
15       A    Yes, they were, sir.
16       Q    All right, sorry, January 19th?
17       A    January 19th.
18       Q    Can we go to Caldwell 67, please?
19       A    My mistake.
20       Q    Do you know Jerry Bosserman?  I think his name has
21   come up.
22       A    Uh-huh, yes, sir.
23       Q    Did you send him some photos of January 6th?
24       A    I sure did.
25       Q    If you want to scroll down so the government can
```

9238

```
 1   see, because we're going in at this time Caldwell 67.
 2   BY MR. FISCHER:
 3        Q    Sir, are these --
 4             MR. MANZO:  No objection.
 5             THE COURT:  Hang on.  67 is admitted.
 6                            (Defendant Caldwell Exhibit 67
                                  received into evidence.)
 7
 8             MR. FISCHER:  Publish to the jury.  Go to very
 9   top.
10   BY MR. FISCHER:
11        Q    Sir, it looks like somebody's finger is by Jerry
12   Bosserman, right?
13        A    Yes, sir, uh-huh.
14        Q    Is this your cell phone we saw at the FBI, right?
15        A    Sure is, yep.
16        Q    Scroll down just a little bit.
17             And you see a picture of January 6th.  I take the
18   carrier pigeon has nothing to do with January 6th?
19        A    That's correct.
20        Q    We'll scroll down one more.
21             These are January 6th photos that the jury would
22   see without going through all of these; is that right, sir?
23        A    Yes, sir.
24        Q    Pull that down.
25             No. 68, please.
```

9239

1              You already mentioned Mr. Gardali?

2        A    Yes, sir.

3        Q    Okay.  Does this appear to be text messages with

4   Mr. Gardali on your cell phone as well?

5        A    It does, yes, sir.

6        Q    Did you send him a bunch of pictures of

7   January 6th?

8        A    Yes, sir, I did.

9        Q    Scroll down, please.

10       A    Lots.

11       Q    Scroll down, please.

12            MR. FISCHER:  We can move to introduce 685 through

13   F, please.

14            MR. MANZO:  No objection.

15                      (Defendant Caldwell Exhibit 68A through F
                                    received into evidence.)
16

17   BY MR. FISCHER:

18       Q    Sir, is this the same thing -- we're going to

19   publish to the jury -- you sent a bunch of photos to

20   Mr. Gardali on January 6th?

21       A    Yes, sir.

22       Q    Sir, I'm going to end it right there.

23            You obviously sent photos to other people as well?

24       A    Yes, sir, many.

25       Q    Did you have any intention to obstruct justice

9240

```
1   with the FBI or a grand jury?

2        A    No, sir.

3        Q    Okay.

4             Did you ever encourage -- did you ever encourage

5   any of the recipients of text messages to delete their text

6   messages?

7        A    Oh, no, sir.

8             MR. FISCHER:  The Court's indulgence.

9   BY MR. FISCHER:

10       Q    Actually, sir, at any time, did you ever attempt

11  to flee or hide evidence from the FBI?

12       A    No, sir.

13       Q    All right.

14            And, sir, when the FBI arrived, I mean, did you

15  immediately submit to your arrest on your porch?

16       A    Sure did.

17       Q    And what happened when you were arrested?

18       A    There was a bullhorn and they were telling me to

19  come out, calling me by name.

20            Then I went out into this white hot glare of these

21  lights, and there was an armored vehicle with a

22  battering-ram up against the side our house at that time and

23  there were people screaming at me to come out, come out.

24            So I had my hands up, had just tumbled out of bed.

25  So I was just in my underwear and T-shirt on a cold January
```

1    morning, and I made my way down to the grass and I was

2    grabbed and urged over to what I figured was some kind of a

3    police vehicle.  I was thrown facedown on the hood and there

4    was a chain put on my waist and I was shackled.

5          And I kind of turned my head to see what was going

6    on, and I looked back to the front door of the house and

7    they had called for my wife to come out and she was standing

8    there with her hands up and she was just in her night shirt,

9    just a white night shirt.  And they were screaming at her

10   and she had her hands up.

11         And she had socks, she had a sock in each hand and

12   she was so cold, she just wanted to -- she just wanted to

13   put her socks on and they were screaming at her.

14         And I saw the lights, there were automatic weapons

15   all over her face and her chest.  She was just so innocent,

16   and I said, Father God, please don't let them murder my

17   wife, for God's sake.

18         MR. FISCHER:  I have nothing else, Your Honor.

19         THE COURT:  Mr. Caldwell, if you'd like some

20   tissues, they're there to your left, sir.  Take your time.

21         THE WITNESS:  Is this over?

22         THE COURT:  You can step down when you're ready.

23         THE WITNESS:  Thank you, Your Honor.

24         THE COURT:  All right, Mr. Fischer, any additional

25   witnesses or evidence?

```
 1              MR. FISCHER:  The defense rests on behalf of
 2    Mr. Caldwell.
 3              THE COURT:  Thank you.
 4              Mr. Crisp.
 5              MR. CRISP:  Yes, Your Honor.  The defense calls
 6    Kathryn Cain.
 7              MR. BRIGHT:  Your Honor, may I have permission to
 8    switch out the chairs from Mr. Caldwell's chair?  Thank you
 9    very much.
10              COURTROOM DEPUTY:  Please raise your right hand.
11              (Witness is placed under oath.)
12              COURTROOM DEPUTY:  Thank you.
13              THE COURT:  Welcome, Ms. Cain.
14              THE WITNESS:  Thank you.
15              THE COURT:  I'll just ask you to remove your mask
16    if you're comfortable doing so.  Thank you.
17              MR. CRISP:  May I proceed, Your Honor?
18              THE COURT:  You may.
19              MR. CRISP:  Thank you, sir.
20
21
22
23
24
25
```

9243

```
 1                          - - -

 2   KATHRYN CAIN, WITNESS FOR THE DEFENDANT, SWORN

 3                    DIRECT EXAMINATION

 4                          - - -

 5   BY MR. CRISP:

 6        Q    Good morning, ma'am.

 7        A    Good morning.

 8        Q    If you could please state your full name and city

 9   and state of residence?

10        A    Jennifer Kathryn Cain and Knoxville, Tennessee.

11        Q    And by whom are you employed?

12        A    The Federal Bureau of Investigation.

13        Q    And what do you do for them?

14        A    I am a senior digital forensic examiner.

15        Q    Is there a nickname for that?

16        A    We go by FE for forensic examiner.  And we work on

17   the Computer Analysis Response team, which is commonly

18   referred to as CART.

19        Q    And, ma'am, I'm going to anticipate, if you can

20   adjust the mic a little bit or slide up a little bit, I'm

21   having a little hard time hearing you.  I don't know if the

22   rest of them are.  And I apologize.

23             So, thank you.

24             What do you do?  I understand the title, but what

25   exactly do you do so we understand specifically how you
```

1  operate?

2      A    Sure.

3          I handle all aspects of digital evidence,

4  including the identification and collection of it, the

5  acquisition and extraction of digital evidence, processing

6  those extractions into meaningful formats, and then

7  analyzing the data and preparing reports.

8      Q    And what type of training, education did you

9  receive in order to obtain the position you hold?

10     A    To become a forensic examiner, it takes roughly

11 two years and about 400 hours of formal training.

12         We go through all type of technical and computer

13 examination and mobile forensic work to include file systems

14 and learning how to extract and process data.

15         From there, we roughly complete about 100 hours of

16 advanced formal training each year after that.

17     Q    And do you have a bachelor's degree?

18     A    I do.

19     Q    In what?

20     A    Business administration.

21     Q    Any advanced degrees?

22     A    I have a master's in cybersecurity with a

23 concentration in digital forensics.

24     Q    Have you testified in court before?

25     A    I have not.

1     Q    All right.

2          And you would label your area of expertise in

3  digital forensic extractions?

4     A    In digital forensic extractions and processing and

5  analysis.

6          MR. CRISP:  Okay.

7          Your Honor, I don't believe the government has an

8  objection, but I will move to admit her as an expert in this

9  area.

10         MS. RAKOCZY:  No objection to qualifying her in

11 the area of forensic cell phone examination and digital

12 evidence examination.

13         THE COURT:  Okay.

14         So Ms. Cain will be so qualified as an expert in

15 those areas.

16 BY MR. CRISP:

17    Q    So, ma'am, I want to direct your attention to this

18 case.

19         You conducted certain extractions from phones in

20 this case?

21    A    Some extractions and some I processed.

22    Q    Okay.

23         And, again, so the jury understands, the

24 distinction between an extraction and a processing, what

25 comes first?

9246

1      A    First we extract the phone, which means to make a

2  copy of the data that is contained on that device.

3           The second component is processing that data into

4  a meaningful and useable format for our investigative teams

5  to review.

6      Q    What are the various programs that you would use

7  to do that?

8      A    For extracting, the most popular programs and the

9  ones used in the case today were Grayshift's GrayKey and

10  Cellebrite.

11      Q    Is there also another one that was used in a few

12  of them such as Axiom?

13      A    That was used to process the devices.  The second

14  component to turn those extractions into meaningful data,

15  yes.

16      Q    So the extraction, if I can make an analogy, and

17  if I am inaccurate please correct me, is pulling the data

18  out of the phone in a way that you can view it in a readable

19  format?

20      A    That is correct.

21      Q    Okay.

22           And then the processing of it would be putting it

23  in a format that is actually readable to someone such as me?

24      A    Yes, you could, similar to drawing blood --

25  someone's blood and then using that blood sample to read the

9247

1  certain indicators inside of it.

2      Q    The first extraction program that you referenced

3  GrayKey, is that used more specifically for a different --

4  for certain types of operating systems?

5      A    Typically, we use it for iPhone extractions.

6      Q    And why is that?

7      A    It does an excellent job of obtaining an image of

8  that device.

9      Q    And is it also usable for android devices?

10     A    It is in certain cases, yes.

11     Q    Okay.

12          And I believe you said you have done digital

13  extractions.  Does that also include computer hard drives?

14     A    It does.

15     Q    All right.  And there's a difference in extracting

16  information from a computer hard drive from a cell phone;

17  is that fair to say?

18     A    That is fair.

19     Q    And what are those differences?

20     A    Well, when you look at a computer, we can actually

21  remove the hard drive from those and keep everything powered

22  off and make an actual bit-for-bit copy of that hard drive.

23          When we interact with mobile devices, the device

24  has to be on and connected to one of our machines so that

25  the data -- so that the tool used to extract the device is

1    actually interacting with that phone in order to get the

2    extraction of the phone.

3         Q    So specifically as to some of the phones you've

4    looking at, did you -- and I'll list a number of defendants

5    here, individuals here, I should say, in this case.  Did you

6    look at Mr. Harrelson's phone, Ms. Watkins' phone,

7    Mr. Caldwell's, Mr. Rhodes', Mr. Greene's, Ms. SoRelle's?

8         A    Yes, all of those.

9         Q    Okay.

10        And for clarity's sake, you either processed and

11   extracted or -- I'm sorry, extracted and then processed --

12   or simply processed someone else's extraction?

13        A    Yes, that is correct.

14        Q    Okay.

15        Is it normal to rely in your line of work upon the

16   extraction of another individual and then process that?

17        A    Yes, it is.

18        Q    Okay.

19        And you all use the same standards and systems?

20        A    Yes, we do, we have the same standard operating

21   procedure.

22        Q    Now, I want to talk would you -- and if we can

23   pull up what's been admitted into evidence as Government

24   Exhibit 6740.

25        Ma'am, do you need some water while testifying?

1     A     I'm good.  Thank you.

2     Q     Okay.

3           While we're waiting for that, I'll jump around

4     here a little bit.

5           During the course of your work on this case,

6     did you compile what's called an amalgamated report?

7     A     I did.

8     Q     Okay.

9           And an amalgamated report is what?

10    A     I took -- for a specific requested chat, I took

11    that chat and found it across several different devices and

12    put that in one report so that it was all easily accessible

13    in one location.

14    Q     All right.  Ma'am, what are we looking at here on

15    what's been marked as Government Exhibit 6740.

16          MR. CRISP:  And if we can -- do you know if this

17    has been entered so we don't have issues with publishing it?

18          MS. RAKOCZY:  I don't have an objection to

19    publishing, Your Honor, but could we just briefly chat on

20    the phone.

21          (Bench conference)

22          MS. RAKOCZY:  Your Honor, my apologies.  I am not

23    certain that this witness has an ability to opine about call

24    detail records, which the exhibit that we're looking at

25    right now is about, so I'm just -- I'm not sure that a

```
 1    proper foundation has been laid for her to opine about call
 2    detail records which come from cell phone companies and are
 3    normally interpreted by an expert from the FBI CAST
 4    department or their cell site cell phone record experts.
 5            MR. CRISP:  Judge, I'll lay the foundation.
 6    I discussed this with her, so I can certainly lay a
 7    foundation as to how and why she's able to do that.
 8            THE COURT:  Okay.
 9            (Open court)
10    BY MR. CRISP:
11        Q    So, ma'am, I want to talk about something called
12    CDRs.  Are you familiar with them?
13        A    Yes, I am.
14        Q    Okay.  And what does CDR stand for?
15        A    Call detail record.
16        Q    And what is it?
17        A    They are essentially exactly what they sound like,
18    call detail records provided by any given cell phone
19    provider.
20        Q    Okay.
21            And during the course of your work when you'd
22    conduct an extraction and then process it, are you -- what
23    do you pull from there?  And if I may lead a little bit just
24    to try and speed this along.
25            Do you pull things like voice detail records, text
```

 1  records, things -- or text messages, things like that?

 2      A    We do pull call logs and text messages from the

 3  extractions, yes.

 4      Q    All right.

 5           So when you get call logs and you -- let's say,

 6  for example, you were to compare a call log from an

 7  individual A's phone versus individual B's phone and one

 8  shows a communication between one phone and the other, that

 9  doesn't -- it doesn't show up on the second phone.  Do you

10  use things like CDRs to reconcile those differences?

11      A    Potentially as requested by the investigative

12  team.

13      Q    Okay.

14           So are CDRs things upon which you have relied on

15  at times in the course of your work in conducting your

16  extractions and processing?

17      A    I have seen them.

18      Q    And are you familiar with them and have you looked

19  at CDRs in this particular case?

20      A    I have looked at some of them.

21      Q    Okay.

22           And have you looked at the CDRs for both Ms. --

23  I'm sorry, Ms. Watkins and Mr. Caldwell?

24      A    I have.

25           MR. CRISP:  Okay.

```
 1              And, Your Honor, at that point I believe that
 2    based on that, I've laid a sufficient foundation and would
 3    submit that she can speak to this document.
 4              MS. RAKOCZY:  No objection to talking about this
 5    document, but I'm not -- I may have an objection when we go
 6    further.
 7              THE COURT:  Okay.  See where it goes.
 8              MR. CRISP:  Thank you, Your Honor.
 9    BY MR. CRISP:
10       Q    So, ma'am, do you see what's on the screen marked
11    as 6740?
12       A    I do.
13       Q    Okay.
14              And what are we looking at, to your understanding?
15       A    It looks like a summary of call detail records.
16       Q    Is this something that you have seen before?
17       A    I have.
18       Q    All right.  Fair to say you and I have gone over
19    this?
20       A    We did.
21       Q    All right.
22              And I want to direct your attention to the
23    discussions on the bottom block which lists Caldwell,
24    Watkins, Donovan Crowl, Paul Stamey, specifically if we
25    can -- starting at the second column -- I'm sorry, second
```

9253

```
 1   row, sorry, I'm not terribly accurate here.
 2            At 1/6 at 5:04, there's a call between Caldwell
 3   and Watkins.  Do you see that?
 4       A    I do.
 5       Q    All right.  And then I'll have you go down to the
 6   row here at 2:08, I want to focus on those series of phone
 7   calls.
 8            Now, did you find evidence of those phone records
 9   in the extraction from Ms. Watkins' phones?
10       A    I did.
11       Q    Okay.  Which ones?
12       A    The call at 5:04, the call at 5:43, 6:49, and
13   2:08.
14       Q    Okay.
15            So I'm clear, you did not find any evidence of a
16   call at 10:04, 10:44, and 10:54 correct?
17       A    Correct.  In Eastern Standard Time.
18       Q    Right.
19            And just so we're clear, when you conduct an
20   extraction, you always perform that extraction in UTC?
21       A    I do, yes.
22       Q    Why?
23       A    It is a -- it is the universal standard and almost
24   are data is stored in UTC, so it's simply easier to keep
25   that standard, especially when you're comparing multiple
```

9254

```
 1    devices going across multiple time zones.
 2         Q    Okay.
 3              Now, in Mr. Caldwell's CDR -- did you review his
 4    CDR?
 5         A    I did.
 6         Q    Did you find evidence of the calls listed at
 7    10:04, 10:44, and 10:54 in his CDR?
 8              MS. RAKOCZY:  Objection.
 9              THE COURT:  Basis?
10              MS. RAKOCZY:  Foundation.
11              (Bench conference)
12              MS. RAKOCZY:  Your Honor, my only concern with
13    this is that I know that she says she sometimes looks at
14    CDRs but she is not an expert in CDRs.  She does not have
15    the familiarity with how the different cell phone providers
16    keep their records, et cetera.
17              So I think it's a little bit unfair to show this
18    witness some records without having her be an expert or
19    having her had done the actual work that a CAST analyst
20    would do, to ask her what call detail records show to try to
21    seek her -- you know, put the imprimatur of an expert
22    witness on examining call detail records when she's not been
23    qualified as an expert as such.
24              MR. CRISP:  It sounds like weight versus
25    admissibility to me, Judge.  I think I could ask her that.
```

```
 1   She's looked at it.  She can speak quite intelligently to a
 2   lot of these CDRs and has with me.  I think the government
 3   can explore that on cross-examination.
 4             THE COURT:  If it's something she uses in her work
 5   and has used in her work, I don't know whether -- did she
 6   compile this report or no?
 7             MS. RAKOCZY:  No, Your Honor.
 8             THE COURT:  Okay.
 9             In any event, she's testified she's looked at them
10   as part of her work, and so I think she can testify.
11   Ms. Rakoczy, if on cross-examination you want to make clear
12   she's not an expert and doesn't have specific knowledge,
13   that's fine, and obviously, Mr. Crisp, you can do that in
14   direct examination if you want to as well.
15             MR. CRISP:  Thank you, Judge.
16             (Open court)
17             THE COURT:  The objection will be overruled.
18   BY MR. CRISP:
19        Q    So, ma'am, I believe I asked you did you find
20   evidence of those calls in Mr. Caldwell's CDR?
21        A    I can't recall in his CDR.  I know I found records
22   of them in his phone extraction.
23        Q    Okay.
24             In his phone extraction or her phone extraction?
25        A    Both.
```

9256

1      Q    Okay.

2           So when you say -- you're talking about the 10:04

3   or the 5:04?

4      A    Well, since this has been standardized to Eastern

5   Standard Time, in Eastern Standard Time records of 10:04 --

6   sorry, 5:04 Eastern Standard Time.

7      Q    All right.

8           And would seeing Mr. Watkins -- I'm sorry,

9   Mr. Caldwell's CDR help refresh your memory as to that, or

10  are you clear that there were no records in Eastern Standard

11  Time of a 10:04 call from Caldwell to Watkins?

12     A    I believe his CDR matched exactly what was in his

13  phone extraction.

14     Q    Okay.

15          And that was what, the four calls we referred?

16     A    The four calls we've referenced.

17     Q    Okay.

18     A    None in the 10:00 a.m. Eastern Standard Time.

19     Q    All right.

20          And then I want to talk a little bit about --

21          Again, his CDR only had four calls between the two

22  of them, is that fair to say?

23     A    It included at least those four calls, yes.

24     Q    On the date, time in question, so between the

25  hours of 5:00 a.m. and 2:08 p.m., Eastern Standard Time,

```
 1   fair to say there were only four calls that you saw records
 2   of in the extraction?
 3        A    Yes, there was actually one more that is not
 4   listed on this exhibit.
 5        Q    Okay.
 6             And what was that?
 7        A    I believe it was also in the 5:00 a.m. time frame,
 8   either slightly before or slightly after 5:43 a.m.
 9        Q    Okay.
10             So nothing in the 10:00 time frame, correct?
11        A    Correct.
12        Q    All right.
13             And when you conducted an extraction of
14   Ms. Watkins' phone, did you see evidence of calls in the
15   10:00 time frame Eastern Standard Time?
16        A    No, I did not.
17        Q    All right.
18             When you looked at her CDR, did you see evidence
19   of something in her CDR that would have implied a 10:00
20   call?
21        A    There were line items for a 10:00 call.
22        Q    Okay.  Now, to be clear, while you rely on these
23   CDRs, it's not something that you would put yourself out as
24   an expert, correct?
25        A    That is correct, I am not an expert in CDRs.
```

1    Q    You use them to reconcile differences, however,

2   correct?

3    A    Yes, to validate the data in my extractions.

4    Q    Now, when I brought this to your attention, was

5   this the first time you had seen this discrepancy as to the

6   respective CDRs and extractions?

7    A    Yes.

8    Q    Did you take time to review the CDRs and attempt

9   to reconcile for your expertise why that would have

10  occurred?

11   A    I did.

12   Q    Was there a phone number listed as -- on the 10:00

13  ones?

14       And if we can pull up Watkins 52 for the witness

15  only, please.

16       Are you able to see that, ma'am?

17   A    Yes, sir.

18   Q    Can you go to 3 of 13, please.

19       And back to page -- yeah, there you go.  13.

20       In looking at this document, ma'am, what anomalies

21  did you note as to why there may have been confusion as to

22  whether or not there were calls in the 10:00 Eastern Time

23  frame?

24       THE COURT:  Mr. Fischer, I'm sorry -- I'm sorry,

25  Mr. Crisp, could you just orient the jurors as to what this

1     is.

2               MR. CRISP:  Sure.  I'm sorry.

3     BY MR. CRISP:

4          Q     Ma'am, what are we looking at?

5          A     These are the call detail records for Ms. Watkins'

6     phone.

7          Q     Okay.

8               And as it pertains to the issue of the anomaly as

9     to the 10:00 phone calls, what did you discover?

10         A     There are three calls in the 10:00 a.m. range that

11    have a different number in the dialed digits column.

12         Q     Now, in your experience, what does that mean?

13         A     It could be that the call was routed through some

14    kind of provider number.

15         Q     Okay.  And why would that happen?

16         A     I honestly -- I don't know why calls are routed.

17         Q     All right.  You talked about historically, certain

18    providers and cell phone providers had done this in the

19    past, is that accurate?

20         A     I have -- yes, I have seen that in the past.

21         Q     Okay.  And why have they done that -- why was it

22    done in the past?

23         A     The way cell phone technology used to work is that

24    it would send a call through your home tower before it would

25    hit the local tower near where you were.

1            It's been several years since I've looked at that.

2    I'm not well-versed in it nowadays.

3        Q    All right.  So the phone number that you think may

4    be a routing number, what is that number?

5        A    (937) 727-9469.

6        Q    Did you see evidence of that number in any of the

7    extraction that you conducted in Ms. Watkins' phone?

8        A    I did not.

9        Q    Did you see any evidence of that number in

10   Mr. Caldwell's CDR?

11       A    I did not.

12       Q    His phone extraction?

13       A    I did not.

14            THE COURT:  Sorry -- Mr. Crisp, I'm sorry, what

15   was that number again?

16            MR. CRISP:  It is (937)727-9469.

17            THE COURT:  All right.  Thank you.

18            MR. CRISP:  And to be clear -- Your Honor, at the

19   point I'm going to move to admit Watkins 52.

20            MS. RAKOCZY:  No objection.

21            THE COURT:  All right.  Watkins 52 will be

22   admitted.

23                              (Defendant Watkins Exhibit 52
                                    received into evidence.)
24

25            MR. CRISP:  If we can publish that to the jury.

```
 1    Thank you.
 2    BY MR. CRISP:
 3         Q    So can an individual go in and delete a phone call
 4    from their phone?
 5         A    Yes, they can.
 6         Q    And if you delete a phone call from a phone, would
 7    it show up on an extraction?
 8         A    Potentially.
 9         Q    If I delete a phone call from my phone and you get
10    a CDR of my phone, would that deleted phone call show up on
11    the CDR?
12         A    Yes.
13         Q    Am I able, as a user, to go and delete records
14    from the cell phone provider?
15         A    No, you're not.
16         Q    So regardless of what I do with my phone, a phone
17    call is still going to show up on a CDR if it was made, is
18    that fair to say?
19         A    That's fair.
20         Q    Okay.
21              And to be clear, all but one of these calls, as I
22    see it, was made from Mr. Caldwell's phone to Ms. Watkins'
23    phone?
24         A    That is correct.
25         Q    Okay.
```

9262

1              And based on your expertise and knowledge and the

2      extraction you conducted as far as both of these phones, is

3      it fair to say you would indicate to a reasonable degree of

4      forensic certainty that there were no phone calls made in

5      the 10:00 time frame between these two phones?

6          A    In comparing to the extractions, I would say that,

7      yes.

8          Q    Okay.

9              Any question about that?

10         A    No.

11         Q    Okay.

12             All right.  I want to also, before we move on from

13     that, I want to talk about the final call that was made at

14     2:00, around about 2:08, 2:07.  What can you tell me about

15     that call?

16         A    It was noted in the extraction as being a missed

17     call.

18         Q    As a what, ma'am?

19         A    As being a missed call.

20         Q    Okay.

21             And how was an extraction able to say whether it's

22     missed or not?

23         A    If it actually has device connectivity and the

24     user answers the call.

25         Q    Okay.

```
 1              So a missed call is, without being too redundant
 2      or obvious, is one that you call me, it rings, it rings, it
 3      rings, I never pick it up?
 4         A    That is correct.
 5         Q    And I want to pull up Watkins 13, please.
 6              Just for the witness.
 7              THE COURT:  Mr. Crisp, how long do you anticipate
 8      direct examination will be?
 9              MR. CRISP:  I'm sorry, Judge.
10              THE COURT:  How much longer for your direct?
11              MR. CRISP:  If you want take a break now, we can.
12              THE COURT:  That's what I'm trying to figure out.
13              MR. CRISP:  Another 15, 20 minutes.
14              THE COURT:  Why don't we take a quick break.
15      I know our court reporter has been working since 8.
16              MR. CRISP:  Roger that.
17              THE COURT:  Let's take our morning break.  It's
18      10:30.  We will resume at 10:45.  Thank you very much.
19              COURTROOM DEPUTY:  All rise.
20              (Jury exited the courtroom.)
21              THE COURT:  Ms. Cain, you can step down.  I'll ask
22      you not to discuss your testimony with anyone during the
23      break.  Thank you.
24              MR. FISCHER:  Your Honor, could I, for the
25      record --
```

1          THE COURT:  Ms. Cain, you can be excused.

2          Be seated, everyone.

3          MR. FISCHER:  For the record, now that

4    Mr. Caldwell, we have rested, can I make a Rule 29 motion

5    and for all the previous reasons or --

6          THE COURT:  Sure.

7          MR. FISCHER:  That are on the record and it's

8    preserved, I just want to be clear.

9          THE COURT:  Okay.

10         MR. FISCHER:  Thank you, Your Honor.

11         THE COURT:  Thank you, Mr. Fischer.

12         All right.  Thanks, everybody.  See you in 15

13   minutes.

14         (Recess from 10:31 a.m. to 10:46 a.m.)

15         THE COURT:  Please be seated, everyone.

16   Thank you, all.

17         Ms. Cain, come on back up.  Thank you.

18         (Pause)

19         COURTROOM DEPUTY:  Jury panel.

20         (Jury entered the courtroom.)

21         THE COURT:  All right.  Please have a seat,

22   everyone.

23         Okay.  Welcome back, everybody.

24         Mr. Crisp.

25         MR. CRISP:  Thank you, Your Honor.

```
 1   BY MR. CRISP:

 2       Q    Ma'am, are you able to see what is on the screen?

 3       A    I am.

 4            MR. CRISP:  And, Your Honor, for the record, this

 5   has been marked as Watkins 13.  And I move for its admission

 6   at this time, please.

 7            MS. RAKOCZY:  No objection.

 8            THE COURT:  Watkins 13 will be admitted.

 9                              (Defendant Watkins Exhibit 13
                                     received into evidence.)
10

11   BY MR. CRISP:

12       Q    So, ma'am, is this a compilation of the call logs

13   we discussed?

14       A    It is, from the extraction.

15       Q    Okay.

16            And I believe earlier you said that there are

17   approximately five calls that you think occurred between

18   those two individuals?

19       A    Correct.

20       Q    And does this accurately reflect the five calls

21   that occurred?

22       A    It does.

23       Q    Okay.

24            So if I can shift a little bit, just for the

25   witness, please, if we can have Watkins 5.
```

1              And, Your Honor, I do not intend to admit this

2    report.  This is just for edification.

3              Now, the amalgamated report that we discussed,

4    what did you do and how did you compile that?

5        A    I'm sorry, are we speaking about the Signal

6    report?

7        Q    Yes, ma'am.

8        A    Okay.

9              I was requested for one specific chat, to look on

10   all of the devices that I examined and find where that chat

11   appeared across the devices.

12             And then on every device it appeared on, I

13   combined that into one report so that the entire chat was in

14   one location.

15       Q    All right.

16             And so my understanding is that there were

17   approximately four phones with which you did this, right?

18       A    I did.

19       Q    And it would have been in Kellye SoRelle's

20   Stewart Rhodes', Michael Greene's, and Mr. Harrelson's,

21   who's first name is escaping me right now, I apologize,

22   but --

23       A    That is correct.

24       Q    And there were no records as it relates to

25   Mr. Harrelson's phone.

```
 1        A    No.  The group chat was on his device but there
 2   was not content.
 3        Q    Okay.
 4             I apologize.
 5             So there were no input from him on the chat?
 6        A    Yes, his membership -- listed his membership on
 7   that chat in his phone.
 8        Q    And is that why, as far as this amalgamated
 9   report, you really only see three participants.
10        A    That is correct.
11        Q    And what I would like to do now is show you
12   Watkins 8, please.
13             Now on the screen is Watkins 8.
14             MR. CRISP:  And, Your Honor, for --
15             THE COURT:  Mr. Crisp, I'm sorry to interrupt.
16             I don't think I heard her identify which Signal
17   chat she did this for.  Did she --
18             MR. CRISP:  Which chat group?
19             THE COURT:  Yes.
20             MR. CRISP:  Fair enough, Your Honor.  Thank you.
21             THE COURT:  Could you just --
22   BY MR. CRISP:
23        Q    Ma'am, let's clarify that.  Which group did you do
24   this amalgamated report for?
25        A    I believe it was called "D.C. Op Jan. 6, 21."
```

1    Q    Thank you.

2         Now, in looking at what's on --

3         MR. CRISP:  Your Honor, I'm going to move for the

4    admission of Watkins 8, 9, and 11.  This is 8, so if I can

5    do that upfront.

6         MS. RAKOCZY:  No objection.

7         THE COURT:  All right.  8, 9, and 11 will be

8    admitted.

9                        (Defendant Watkins Exhibits 8, 9 and 11
                                    received into evidence.)
10

11   BY MR. CRISP:

12   Q    Do you recognize Watkins 8?

13   A    I do.

14   Q    And is this essentially an extraction from what we

15   looked at earlier of Watkins 5?

16   A    Yes, it is.

17   Q    Okay.

18        So essentially we've cut and pasted sections of

19   that entire report for efficiency purposes?

20   A    That is correct.

21   Q    All right.  If this is not published to the jury,

22   if we could please do so.

23        I want to go over what the columns are marked as.

24        So "source" column means what?

25   A    That is the device owner of the phone that this

```
1    line item was taken from.
2         Q    Okay.
3              So the first one says "source," and there you have
4    "Greene."  Is this Mr. Greene's phone?
5         A    That's correct.
6         Q    And the second one, so that would have been
7    Rhodes' phone and SoRelle's phone, right?
8         A    Yes, sir.
9         Q    Let's jump over to "remote party name."  What does
10   that connote?
11        A    That corresponds with the remote party column and
12   that is the sender of any particular message on here.
13        Q    All right.
14             Let's talk about some distinctions between and the
15   application Signal.  You're familiar with that?
16        A    I am.
17        Q    And how are you familiar with that?
18        A    I routinely see it as on all of my -- on many of
19   my cell phone extractions that I do.
20        Q    When it's on an Apple phone versus an Android
21   phone, are there differences in how you're able to -- how
22   you extract that information, how you compile that
23   information and so on?
24        A    There are differences.
25        Q    Can you tell the jury what those are, please, and
```

1    why.

2        A    The main difference is the database that actually

3    houses the information corresponding to these Signal

4    messages in an iPhone, the generic date field is the date

5    the message was sent.

6            In an Android database for Signal, the generic

7    date field is the date the message was received.

8        Q    So did Mr. Rhodes and Ms. SoRelle have an iPhone?

9        A    They did.

10       Q    Did Mr. Greene have an Android or iPhone?

11       A    He had an Android.

12       Q    So as to the point you discussed earlier, if you

13   have a person from an Android phone sending to an Apple

14   phone and you do an extraction, and in the Signal app, let's

15   assume it's all through Signal, at 1:00, when would the

16   Android sender show the sent time?

17       A    1:00.

18       Q    When would the Apple recipient show the receipt

19   time?

20       A    1:00.

21       Q    Now, do we know, based on how this is done,

22   whether or not the Android phone -- I'm sorry, the Apple

23   phone actually received it at 1:00?

24       A    No, we don't.  This is just the sent time of the

25   message.

9271

```
 1        Q    Let's turn it around.
 2             Apple sender at 1:00, Android recipient.
 3             The sent time for Apple sender would be 1:00,
 4   right?
 5        A    That is correct.
 6        Q    What time would the Android recipient show in
 7   receipt time?
 8        A    The actual time that that message was received.
 9        Q    Okay.
10             So Android -- and as to how this is -- these
11   extractions are done through Signal with Androids, you can
12   show with greater specificity, shall we say, in using an
13   Android phone in terms of send and receive times?
14        A    Assuming that you have the sent time from another
15   location, yes, from another source.
16        Q    All right.
17             So if the Android recipient didn't receive it
18   until 1:10, that would actually show up on this kind of
19   extraction as 1:10?
20        A    That is correct.
21        Q    Okay.
22             And in this particular case, do you see any
23   discrepancies between send receipt times between the
24   receivers and senders?
25        A    I do not.
```

1      Q      Okay.

2             And as to Mr. Greene, we indicated he is an

3   Android user so it's fair to say that when Mr. Rhodes sent

4   the message, "Correction.  That's C Street," so on at 11:35,

5   and this is all in Eastern Standard Time?

6      A      This is, yes.

7      Q      Did you convert that from UTC to Eastern Standard?

8      A      My report was in UTC, but I confirmed that what

9   you have shown me here was correctly converted into Eastern

10  Standard Time.

11     Q      So simultaneous send/receipts fair to say?

12     A      Yes.

13     Q      We can have -- I'm sorry.

14            One moment, Judge.

15            Watkins 9, please.

16            Now, have you seen this exhibit as well?

17     A      I have.

18     Q      And same thing here, these are copies of or cut

19  and pastes from your report?

20     A      Yes, with the timestamp converted to Eastern

21  Standard Time.

22     Q      Roger.

23            Okay.

24            Now, let's go with the first one with Greene, it's

25  from Rhodes, so it's Stewart -- I'm sorry, it is

1    Michael Greene's phone with the sender being Stewart Rhodes

2    in the first row, yes?

3        A    Yes.

4        Q    And here you have "Pence is doing nothing as I

5    predicted."

6            The receipt time for Mr. Greene is reported as

7    1:36, is that accurate?

8        A    Yes, it is.

9        Q    Do we know when Mr. Rhodes sent that?

10       A    If you look further down on Rhodes' -- where

11   Rhodes is the sourced device, that same message is on the

12   first line and it's 1:25:41 p.m.

13       Q    And Ms. SoRelle has the receipt date as 1:25 as

14   well, right?

15       A    Her time stamp date, that is the date that --

16   because she has an iPhone that is also the date the message

17   was sent.

18       Q    We don't know if she actually received it at 1:25?

19       A    Not on this report, no.

20       Q    Is there a way of actually making a determination

21   as to when she would have received it?

22       A    At this time, none of the tools available to us

23   parse any other date other than these generic time stamps.

24   It is possible that we could have created a custom-coded

25   solution to potentially pull those dates out if they were

1    available in the database.  I do not know if they are.

2        Q    Okay.

3            Now, can you tell me why there would have been an

4    approximately 11 minutes and few odd seconds delay between

5    the send/receipt between Mr. Rhodes and Mr. Greene?

6        A    There are a couple of different potential reasons.

7    The first reason being if the phone was powered off or in

8    airplane mode and it wasn't connected to any network, then

9    the application obviously couldn't receive any messages at

10   that time.

11           The second explanation is if his phone was powered

12   on but say perhaps he had turned off the ability for the app

13   to refresh in the background so, which means that if the app

14   is not actively open, it isn't actively reaching up to the

15   server and pulling down those messages.

16           And then in that case, you would need to actually

17   open the Signal app in order for it to sync and bring down

18   those messages.

19           The third is that potentially the notifications

20   were turned off on the device and that device refresh was

21   off, and so those two kind of align in that the messages

22   would not be received until the user opened the Signal app

23   on their device.

24       Q    Is network delay also a possible reason?

25       A    It is, yes.

1      Q    As we sit here right now, there's at least four

2  reasons why there would have been a delay in the receipt

3  from -- to Mr. Greene?

4      A    That is correct.

5      Q    In all of those instances, however, just so I'm

6  clear, what we can definitively say from this is that you

7  can say Mr. Greene would not have seen that message in the

8  first row until 1:36 Eastern?

9      A    That is correct.

10      Q    Now, these discrepancies that are listed later in

11  the rest of the remaining phone conversations are also

12  consistent with your report?

13      A    They are.

14      Q    Okay.

15           Now, let's go down to the third one that's from

16  Whiplash, it says, at 2:14, "They have taken ground at the

17  Capitol."  That is his send date because he's sending the

18  message, correct?

19      A    That is correct.

20      Q    And Mr. Rhodes has that time receipt as what time?

21      A    Well, he has his generic time stamp, which on the

22  iPhone is time sent as the same time, which is 2:14:43 p.m.

23      Q    And that is because that's going to reflect, as we

24  said earlier, sent date, not necessarily receipt date?

25      A    Correct.

1     Q    All right.

2          If we can go to Watkins 11.

3          Now, Watkins 11, as you'll see here in a moment,

4     ma'am, is the report that we discussed earlier that deals

5     with a large chunk of messages that have a two plus hour

6     delay.

7          And we'll probably have to blow that up a little

8     bit so if we can do that.

9          So what we're looking at here are the first party

10    here, the sending party -- or the source phone is going to

11    be Mr. Rhodes on the first block, is that fair?

12    A    That's correct.

13    Q    And then if we can scroll down to the bottom

14    block, please, and this is going to be Mr. Greene.

15         So if we can scroll back up to Mr. Rhodes'

16    messages, here you have messages that he is showing having

17    been sent in the 2:41 through 3:31 time frame.  Is that

18    correct?

19    A    That is correct.

20    Q    If we can scroll down to Mr. Greene's phone,

21    please.

22         And these are the same messages but these are

23    showing a receipt date of approximately anywhere from two

24    plus hours upwards of three hours' difference?

25    A    That is correct.

1      Q    Correct?  Okay.

2           Now, in your review of Mr. Greene's phone, if we

3  could scroll back up to Mr. Rhodes' time frame, you

4  recall -- do you recall seeing messages that Mr. Greene was

5  either sending or receiving from other parties in the 2:40,

6  2:41, 2:45 time frame?

7      A    I do.

8      Q    And he was, to your recollection, receiving

9  messages from others intermittently in that same time

10 window.

11     A    He was.

12     Q    So what does that tell you?

13     A    The most likely explanation is that the Signal app

14 was open during that time.

15          THE COURT:  I'm sorry, was what?  I didn't hear

16 her.

17          THE WITNESS:  Was open during that time.

18 BY MR. CRISP:

19     Q    And he was using it, right?

20     A    And he was using it.

21     Q    So the likely explanation as to why he's not

22 receiving these messages from Mr. Rhodes would either be a

23 send delay from Mr. Rhodes or just a network busy issue

24 overall?

25     A    That is correct.

1       Q    Okay.

2       MR. CRISP:  The Court's indulgence one moment,

3 Your Honor.

4 BY MR. CRISP:

5       Q    Ma'am, I'm sorry, I was reminded I forgot to ask

6 something on Watkins 9.

7       If we can pull that up real quickly.

8       All right, ma'am, I want to direct your attention

9 to -- if we can go to Mr. Rhodes as a source phone and it's

10 going to be the one -- third row, this is where Mr. Rhodes

11 is asking Whip, "What's your location, I'm trying to get to

12 you," and that was from him, right?

13       A    That was from Mr. Rhodes, yes.

14       Q    And it was sent then to, do we know who?

15       A    The entire group of the "D.C. Op Jan. 6, 21."

16       Q    When can we tell when Mr. Greene received that

17 message?

18       A    According to his device, Mr. Greene received that

19 message at it 2:24:21 p.m.

20       Q    All right.  So we're talking a difference of about

21 18 minutes or so, yes, before Mr. Greene actually saw that

22 message?

23       A    Yes.

24       Q    All right.

25       MR. CRISP:  Ma'am, I don't have any additional

 1  questions.

 2          Thank you, Judge.

 3          THE COURT:  Thank you, Mr. Crisp.

 4          MR. CRISP:  I believe government counsel does.

 5          THE COURT:  All right.

 6          MS. HALLER:  With the Court's indulgence, we would

 7  just have a few questions on direct.  Just one moment.

 8          THE COURT:  Any objection?

 9          MS. RAKOCZY:  In light of expediency, Your Honor,

10  no.

11          THE COURT:  Ms. Haller, do you have questions?

12          MS. HALLER:  Yes, Your Honor.

13

14

15

16

17

18

19

20

21

22

23

24

25

9280

```
 1                           - - -

 2                     DIRECT EXAMINATION

 3   BY MS. HALLER:

 4        Q    Good morning.

 5        A    Good morning.

 6        Q    I'm Juli Haller, and I represent Kelly Meggs in

 7   this case, and I'm sorry I've lost my voice a little bit so

 8   just bear with me.

 9             (Pause)

10             Forgive me.

11             If we can just go over some of the chats.  You

12   said that you helped doing the analyzing data based off of

13   the cell phones.

14             As for the chats, did you review the

15   "Old Leadership" chat as one of the chats in this case?

16        A    I did extract data containing that for the

17   "Old Leadership" chat.  I'm not too familiar with the

18   content inside that chat.

19        Q    Okay.

20             But when you extracted data, do you recall whether

21   or not you checked for when various defendants sent their

22   last message?

23        A    I did prepare a report that said certain key

24   individuals and certain group chats, when they did have the

25   first and last message, yes.
```

1     Q     Okay.

2           I'm going to show what I think that report might

3     be.

4     A     Okay.

5     Q     And you tell me --

6           Just for the witness if that's --

7           So this did have a Government's Exhibit number,

8     but we're going to call it KM79 at this time.

9           And just to show it to the witness.

10          Ms. Cain, would you be able to identify this

11    document where it's about defendants' entry to and exit from

12    key Signal chats?

13    A     Yes, this is my report.

14          MS. HALLER:  At the time, we would like to move in

15    Exhibit 1 -- or KM79, please.  And publish it to the jury.

16          MS. RAKOCZY:  No objection, Your Honor.

17          THE COURT:  KM79 will be admitted.

18                              (Defendant Exhibit KM79
                                received into evidence.)
19

20    BY MS. HALLER:

21    Q     Going down to the pink section where it says

22    Kelly Meggs, would it be correct to say that the last

23    message from Kelly Meggs in what's called the "Old

24    leadership" chat is 12/18/2020?

25    A     That is correct.

9282

1      Q     Okay.

2            And as for his other chats, looking at the

3      "D.C. Op Jan. 6", what time or what's the date of his last

4      known message?

5      A     January 8th, 2021.

6      Q     And -- thank you.

7            Looking at the "OK FL D.C. Op Jan. 6" chat, what

8      does it say for the date or what did you determine to be the

9      date of his last known message?

10     A     His last known message was January 7th, 2021.

11     Q     And looking at the -- sorry, I can't see what

12     the -- the OK FL hang out, what did you determine to be the

13     last date of his message?

14     A     January 7th, 2021.

15     Q     Thank you.

16           And the last one "Vetted OK FL hangout" chat, what

17     did you determine to be his last message?

18     A     January 20th, 2021.

19     Q     Okay.  Thank you.

20           And then the only --

21           Okay.  So now looking at what we would, just for

22     the witness, show -- what we would mark as KM80.  And if we

23     can just show the witness -- thank you.

24           Looking at this excerpt from a cell phone -- can

25     we make it a little bigger -- I'm not sure --

1          Would you be familiar with what these individuals

2    called themselves, their monikers?

3         A    I know that Mr. Meggs is OK Gator 1.

4         Q    Okay.

5              And I'm showing you an excerpt from -- would you

6    be able to identify from the visual whether it's an iPhone

7    or Android?

8         A    Not from this visual, no.

9         Q    Okay.

10             Did you review Isaac's phone as a way to extract a

11   chat which was the "OK FL D.C. Op Jan. 6" chat?

12        A    I did not review Mr. Isaacs' phone.

13        Q    Oh, okay.  So you didn't extract?

14        A    I did not.

15        Q    Okay.  And then you will not -- you wouldn't be

16   familiar with Isaac' phone at all?

17        A    That is correct.

18        Q    Okay.

19             MS. HALLER:  Then that is all I have.  Thank you

20   for your time.

21             THE COURT:  All right, Ms. Rakoczy.

22             MS. HALLER:  Thank you, Your Honor.

23             THE COURT:  Thank you, Ms. Haller.

24                        -  -  -

25                  CROSS-EXAMINATION

9284

BY MS. RAKOCZY:

Q    Good morning, Examiner Cain.  How are you?

A    Great.  Thank you.

Q    I just have a few questions for you this morning.

I'd like ask you a couple of questions about what Mr. Crisp asked you about with respect to call detail records that you looked at.

Could you just explain the difference between call record data that you see on a phone versus call record data that you get from cell phone providers?

A    Sure.

When we look at a phone extraction, all of the messages that are -- that come to that phone, either sent or received or missed and that you can visibly see on the interface of that device, that would be something that would be available in a phone extraction.

Call detail records come from a phone provider and they detail any call that actually goes through one of the cell towers on their system.

So, for instance, if I say I called someone and they look at their phone and they do not see that call, maybe they're in airplane mode, maybe for some other reason, and they can't see that on their actual phone, then that call would be not be reflected on the extraction but it could be on the provider's records.

9285

1        Q     Okay.

2              Now, when you're looking at the data on someone's

3     actual phone or device, is it possible for the user of the

4     device to delete the record of a phone call from their

5     phone?

6        A     It is.

7        Q     Is it possible for them to delete it from the

8     records that the phone companies keep?

9        A     To my knowledge, it is not.

10       Q     Okay.

11             Let's talk about Signal, the Signal app.  Can you

12    make calls through the Signal app?

13       A     You can.

14       Q     And could that data -- would that data be stored

15    by a person's phone?

16       A     It would.

17       Q     Could the user of the phone delete a record of a

18    Signal call that had been made on their phone?

19       A     They could, yes.

20       Q     Now, would the cell phone companies keep a record

21    of a call made through the Signal app?

22       A     No, they would not.

23       Q     So is it fair to say if you and I had a Signal

24    call and I deleted the record of that from my phone, there

25    wouldn't also be a record of that that the cell phone

1    providers would have, correct?

2        A    There would not be a record.

3        Q    There would be no record of that call, correct?

4        A    Correct.

5        Q    How about with are there other apps on people's

6    cell phones that people can use to make calls?

7        A    There are.

8        Q    And can people go into their phones then and

9    delete the record of those communications?

10        A    Yes, you can.

11        Q    And would the cell phone providers have any record

12    of those communications through apps?

13        A    No, they would not.

14        Q    If we could talk a little bit now about the

15    questions you were asked about the analysis you performed of

16    this "D.C. Op Jan. 6" Signal chat, you were talking a little

17    bit about the difference between the way that Android phones

18    store the timestamp on messages versus iPhone messages.

19            Can you remind us again just what it means when

20    you say that an Android phone has received a message?

21        A    Sure.

22            It is the time that the message actually leaves

23    the Signal server and hits that device.

24            It could be, like we said earlier, dependent on

25    several factors as to when it hits the device, but it's when

9287

```
 1    that device receives it and is notified that there is a
 2    message.
 3         Q    Okay.
 4              And you testified on direct examination that there
 5    were some differences between the time that certain messages
 6    were sent by, say, Stewart Rhodes' phone and when they were
 7    marked as having been fully received by the Michael Greene
 8    phone.  Do you remember that?
 9         A    That is correct.
10         Q    Could we bring up the screen Watkins Exhibit 8,
11    please.
12              Do you see Exhibit Watkins 8 on the screen now?
13         A    I do.
14         Q    Now, these were two messages that were originally
15    sent by the Stewart Rhodes phone; is that correct?
16         A    That is correct.
17         Q    Okay.
18              And is it fair to say that these two messages that
19    Mr. Rhodes sent were both received by Mr. Greene's phone at
20    the same time they were sent?
21         A    Yes, it is, that is correct.
22         Q    Okay.
23              So no delay at all on these two messages?
24         A    Correct.
25         Q    That's including a message that Mr. Rhodes sent at
```

1    2:43 p.m. saying, "Come to the south side.  Just left of

2    dome"?

3        A    That is correct.

4        Q    Okay.

5             If we could take that down, please.  Thank you.

6             Could we bring up Watkins Exhibit 9.

7             Now, these are a few messages that were sent by

8    both Mr. Rhodes and Mr. Greene's phone in the period of

9    roughly 1:25 to 2:15 p.m. or 2:24 p.m.; is that right?

10       A    That is correct.

11       Q    Okay.

12            So the first message I think that we're talking

13   about is "Pence is doing nothing as I predicted"; is that

14   right?

15       A    Yes, it is.

16       Q    And that was a message that Mr. Rhodes' phone

17   sent?

18       A    Yes, it is.

19       Q    And Mr. Rhodes' phone suggests that he sent that

20   message at 1:25 p.m., is that right?

21       A    That is correct.

22       Q    And this exhibit is in Eastern Time, right?

23       A    It is.

24       Q    And you triple-checked that and made sure that it

25   really was 1:25 p.m. Eastern Time?

9289

```
1        A    I did.

2        Q    Okay.

3             And that message was received by Mr. Greene's

4   phone at 1:36 p.m., correct?

5        A    That is correct.

6        Q    And so just a nine-minute delay; is that right?

7        A    Yes, ma'am.

8        Q    And the fact that we have that timestamp of

9   1:36 p.m., that means that the phone got it at that point,

10  right?

11       A    Yes, ma'am.

12       Q    Okay.

13            And then the next message we're talking about was

14  sent by Mr. Rhodes' phone at 1:38 p.m.; is that right?

15       A    That is correct.

16       Q    And that was the message "All I see Trump doing is

17  complaining.  I see no intent by him to do anything.  So the

18  patriots are taking it into their own hands.  They've had

19  enough"?

20       A    Correct.

21       Q    Okay.

22            And that was also sent at 1:38 p.m. Eastern,

23  right?

24       A    Yes, ma'am.

25       Q    Okay.
```

9290

```
 1              And that was received by Mr. Greene's phone,
 2     according to the records at the top, just four minutes
 3     later, right?
 4         A    That is correct.
 5         Q    Okay.
 6              And then Mr. Greene's phone is the next one,
 7     I think, to send messages, at about 2:14 and 2:15 p.m.;
 8     is that right?
 9         A    That's correct.
10         Q    And you told us on direct that the fact that we're
11     seeing these red received times on Mr. Greene's phone
12     relatively close in time to when they were sent, Mr. Rhodes'
13     messages, that means that it appears as though Mr. Greene
14     has the app open and is using it, right?
15         A    That's correct.
16         Q    And so then at 2:14 and 2:15 p.m., Mr. Greene's
17     phone says, "They've taken -- they have taken ground at the
18     Capitol.  We need to regroup any members who are not on
19     mission," correct?
20         A    Yes, ma'am.
21         Q    And we can't really tell exactly when Mr. Rhodes
22     and Ms. SoRelle's phone received that because they're
23     Androids, right?
24         A    IPhones, yes.
25         Q    Or iPhones, sorry.  Thank you for correcting me.
```

9291

1           The last message in this is then the message that

2    Mr. Rhodes sends at 2:15 p.m.; is that right?

3           A    Yes, ma'am.

4           Q    And that's when he says, "I'm on the Supreme Court

5    side of the Capitol.  Whip or Landon, where are you," right?

6           A    Yes.

7           Q    And Mr. Greene's phone, it looks like he gets that

8    no later than nine minutes later, is that fair?

9           A    That's correct.  That is correct.

10          MS. RAKOCZY:  Ms. Rohde, we can take that one

11   down.

12          Can we bring up Watkins 11, please.

13   BY MS. RAKOCZY:

14          Q    Now, these are a series of messages that were sent

15   by Mr. Rhodes entirely, right, are these messages sent by

16   Mr. Rhodes' phone?

17          A    Yes.

18          Q    Okay.

19          And these were sent, it looks like between 2:41

20   p.m. Eastern time and 3:30 p.m. Eastern Time, fair to say?

21          A    Yes, ma'am.

22          Q    And you checked these as well and these are all

23   the correct Eastern Time timestamp that Mr. Rhodes' phone

24   sent these messages?

25          A    Yes, ma'am.

1      Q    Okay.

2           Now, we see that Mr. Greene's phone doesn't show a

3      received time for these messages until like the 5:30, 5:45

4      p.m. time frame; is that correct?

5      A    That's correct.

6      Q    But we do not have those corresponding messages

7      that Mr. Greene is sending in this time period, right?

8      A    Not on this report, no.

9      Q    Okay.  So you can't say one way or the other --

10     well, let me ask you this.

11          Isn't it true that it could be the case that

12     Mr. Greene had his app closed and that's why he's not

13     getting these messages?

14     A    It could be, yes.

15     Q    Okay.

16          So we don't know that there was some kind of a

17     delay causing these messages to be -- to show a 5:00 p.m.

18     receipt date, right?

19     A    Correct, we do not know the reason for the delay.

20     Q    Okay.  So we can't really tell anything about why

21     Mr. Greene's phone is getting these messages later, correct?

22     A    Correct.

23     Q    Okay.

24          Thank you, Ms. Rohde.  If we could take that down.

25          We then were -- you then were in the looking at,

1    when Ms. Haller was asking you questions about an exhibit

2    that you made that I think was Watkins or Mr. Meggs' 79.

3    Do you remember that?

4        A    Is that the Signal membership chart?

5        Q    When people came and left chats?

6        A    Yes, ma'am.

7        Q    Okay.

8            Could I have the Court's indulgence one minute.

9            MS. RAKOCZY:  If we could bring up on the screen

10   and publish, I believe we're now looking at the exhibit that

11   Ms. Haller was just showing.  I think it's KM79.

12   BY MS. RAKOCZY:

13       Q    Do you see this chart, Ms. Cain?

14       A    Yes, ma'am.

15       Q    Okay.

16            And this is something you prepared; is that right?

17       A    It is.

18       Q    Okay.

19            If we could just zoom in on the peach or pink

20   colored series of rows that say "Kelly Meggs."

21            Okay.  So these are some chats that defendant

22   Kelly Meggs was a participant in; is that right?

23       A    That is correct.

24       Q    And it's the "Old Leadership" chat,

25   "D.C. Op Jan. 6, 21,"  "OK FL "D.C. Op Jan. 6,"  "OK FL

1    Hangout," and "Vetted OK Hangout:; is that right?

2         A    That's correct.

3         Q    Okay.

4              Now, you have at first the first row is -- says

5    "joined chat," is that right?

6         A    That is correct.

7         Q    What does that mean?

8         A    When you become a member of a Signal group, Signal

9    stores a membership list of that group on their server.

10             When your device connects to that group, it sends

11   down a realtime version of that membership list.

12             So if I create a group at 1:00 and there are five

13   members on it and then another member joins at 2:00, there

14   would be a refresh of that membership group, both at 1:00

15   and 2:00.  So it is continually refreshing its membership

16   list when you open that app.

17        Q    And then I see you also noted when you saw or when

18   the first known message was sent by Mr. Meggs in each of

19   these chats, is that right?

20        A    That's correct.

21        Q    And so sometimes I see, like in the third column

22   for the "OK FL D.C. Op Jan. 6" chat, I noticed that you put

23   an "unknown" for the join-chat date.  Why did you put that

24   there, if you remember?

25        A    I was not able, across any of the devices, to find

1    an incoming membership list that noted when he entered that

2    chat, which just shows that it was -- he likely entered it

3    before any of my extractions also joined that chat.

4        Q    Okay.

5            But you did note that the first message that you

6    saw Mr. Meggs' phone sending to this chat was on January 2nd

7    of 2021; is that correct?

8        A    That's correct.

9        Q    Okay.

10           So now can you explain to us the last two rows,

11   the last known message versus the last known membership?

12       A    Yes.

13           The last known message is exactly what it sounds

14   like, the last message that Mr. Meggs sent in participation

15   with that group.  It's the last message that he posted in

16   that group chat.

17           The last known membership is based on those

18   membership lists.

19           So, for instance, that same chat that you were

20   talking about, OK Florida D.C. Op January 6th, in that third

21   column, it says down there that Mr. Meggs is still a member

22   at the time of the Stone extraction.

23           So Mr. Stone's device was extracted in December of

24   2021.  He still had that Signal group present on his device

25   and was still receiving regular membership updates to that

```
 1    group list at that time.
 2            Mr. Meggs was still showing up in his member list
 3    as a member of that group at that time.
 4        Q    If you don't have someone's phone, can it be
 5    challenging to say with certainty when for sure they left a
 6    Signal group chat?
 7        A    It can be, yes.
 8        Q    And if you have someone's device but they've
 9    deleted Signal content or some Signal content from their
10    phone, can that make it challenging to know when they left
11    or whether they left a Signal group chat?
12        A    It can make it challenging, yes.
13        Q    Did you look at the data from Kelly Meggs'
14    cell phone?
15        A    I did.
16            MS. HALLER:  Objection, Your Honor; outside the
17    scope.
18            THE COURT:  It's overruled.
19    BY MS. RAKOCZY:
20        Q    I'm sorry, what did you say about whether you
21    looked at his phone?
22        A    I did look at Mr. Meggs' data.
23        Q    Okay.
24            And did you notice whether there was any Signal
25    data on that phone?
```

1    A    The Signal application was installed on his

2  device, and there were messages; however, they were very

3  limited, there was not many of them at all, and they were

4  much later in the course of 2021.

5    Q    And do you recall that you found that the Signal

6  data, in fact, had sort of -- did not exist prior to some

7  date in January of 2021?

8    A    That is correct, there was not data from January

9  2021.

10    MS. RAKOCZY:  Thank you, Your Honor.  I have no

11  further questions.

12    THE COURT:  Okay.  Mr. Crisp, any redirect?

13    MR. CRISP:  I do, Your Honor.  If I may have the

14  Court's indulgence real quick, please.

15    - - -

16    REDIRECT EXAMINATION

17  BY MR. CRISP:

18    Q    Ma'am, I'm going to throw a little bit of

19  curveball here because I didn't expect to have to go down

20  this road here, but I am going to show you what's been

21  marked as --

22    Sorry, I'm getting different marching orders at

23  the moment.

24    Let's start with 6740, please.

25    And then have Watkins 13 in conjunction with that,

1    please.

2              So, ma'am, what I want to make sure about is, you

3    see the two exhibits?

4         A    I do.

5         Q    All right.  On your left, this is published --

6    these are already admitted so they should be published -- on

7    the left is going to be what is Government 6740, on the

8    right is going to be Watkins 13.  Is that correct?

9         A    That's correct.

10        Q    Okay.

11             Now, what I want to make sure we're clear about

12   here is when you're looking at the CDRs, okay, you had

13   testified earlier both on direct and on cross, that an

14   individual cannot delete phone calls from a CDR?

15        A    That is correct.

16        Q    All right.

17             And when you looked at Mr. Caldwell's CDR, did you

18   see any call to that 937 number that you kind of referred to

19   as a ghost number?

20        A    I did not.

21        Q    And Mr. Caldwell had Signal on his phone, right?

22        A    I do not recall if he had Signal on his device.

23        Q    Did you look at his extraction?

24        A    I did.

25        Q    All right.  So you have no reason to believe that

1    when we talked about whether or not you had ever seen that

2    phone number, that you had ever seen that on Mr. Caldwell's

3    phone?

4        A    I had never seen that phone number on his phone.

5        Q    Okay.

6            Did you ever see that phone number that you

7    referenced as a ghost number -- and when I saw ghost, that's

8    essentially a routing number, right?

9        A    Well, it was a number that it was not identifiable

10   to me, I don't know the source of that number.

11       Q    To your understanding based on the CDR and based

12   on the extractions, do you have any reason to believe that

13   it was actually a legit number that was ever dialed?

14       A    It would not appear so, no.

15       Q    Okay.

16           So the likelihood that it was a number that was

17   either in a Signal app based on your review of all the

18   records in this case is extremely row?

19       A    It is.  Signal records do not appear on call

20   detail records.

21       Q    But Signal, if you have it on your phone, is still

22   visible, right?

23       A    It is still visible.

24       Q    And if you have it on your phone and it hasn't

25   been removed, you're still going to see the numbers that

9300

```
 1   have been called?
 2        A    That is correct.
 3        Q    Okay.
 4             And I want to just, there's one final thing as to
 5   Government's 6740, at the phone call that took place at
 6   approximately 2:08:25.  I'd like to compare that to Watkins
 7   13.
 8             The actual length of that call was approximately
 9   what, do you know?
10        A    According to the extraction, it was a missed call
11   so the length was zero.
12        Q    Okay.
13             So it wouldn't have been a 26-second phone call,
14   would it?
15        A    No, it would not have.
16        Q    Okay.  Thank you.
17             So, ma'am, we're going to have to go through this
18   somewhat methodically, but I'm going to show you what's been
19   marked as Watkins 10 alpha through 10 Charlie, so 10A, B, C.
20             Let's start with 10 alpha, please.
21             Now, again these are extractions or these are
22   copies of the extractions in similar format as the earlier
23   exhibits?
24        A    Yes.
25        Q    All right.
```

1            And do you remember discussing with me yesterday

2      the issue of how we could determine whether or not an

3      individual was able to receive messages during a time period

4      if you can cross-reference it from send receipts from other

5      parties?

6            A    I believe so.

7            Q    Okay.

8            And if my question is unclear, I'm kind of winging

9      it here, so I apologize, if you don't understand, I'll try

10     and rephrase it.

11            So, for example, there's a question about whether

12     or not Mr. Greene had his phone open or on or the app open

13     in that two to three-hour window that a glut of messages was

14     received at the 1730 or 5:30 p.m. time frame, right?

15            A    Yes.

16            Q    If the individual is receiving messages from other

17     parties at 2:41, 2:42, 2:43, what would that tell you?

18            A    It would indicate that the app was most likely

19     open.

20            Q    Okay.

21            If we can go down to, I believe it is 10 Charlie.

22            Yeah, I think we're just going to have to stick

23     with one at a time, please.

24            But I don't believe the government objects to its

25     admission?

9302

```
1              MS. RAKOCZY:  No objection.

2              THE COURT:  10 -- Watkins 10A, B and C will be

3    admitted.

4                        (Defendant Watkins Exhibit 10A, B and C
                                    received into evidence.)
5

6    BY MR. CRISP:

7        Q    Again, we are looking at essentially the same

8    format, extraction from the amalgamated report you

9    conducted?

10       A    Yes.

11       Q    Okay.

12            Do you remember me going over some of these

13   messages from third parties to Mr. Greene's phone?

14       A    Yes.

15       Q    Do you remember seeing these messages from -- and

16   again, so third column is listed as remote party?

17       A    That is correct.

18       Q    Which means what?

19       A    That is the person sending the message.

20       Q    Okay.

21            And first column is, we know this is Mr. Greene's

22   phone because that's the source phone, right?

23       A    That's correct.

24       Q    All right.

25            And what are you able to tell me from this report?
```

1    A    That his device was receiving messages between the

2    first and last timestamp, 2:58 and 3:12 p.m.

3    Q    Okay.

4         So can we say whether or not his phone was on?

5    A    His phone was on.

6    Q    Can we say whether or not he had the

7    notifications -- well, whether the app was open?

8    A    Um --

9    Q    During this time period?

10    A    It is likely that he had the app open, however, he

11    could have had the app closed and had the background refresh

12    happening even if the app was closed down.

13    Q    In that event, would the messages that came in at

14    17:30 would also have hit in this time period, too, correct?

15    A    One would think so.

16    Q    And barring a network delay?

17    A    Correct.

18    Q    Okay.

19         But if he's receiving messages from some other

20    parties and it's refreshing in this 2:58, 3:12, 3:12 window,

21    the messages that had been sent at 2:41 from the earlier

22    chat we looked at would have hit in this window as well?

23    A    They could have.  They did not.

24    Q    And the likely explanation is a network delay?

25    A    Yes.

9304

1          Q     Okay.

2                MR. CRISP:  Your Honor, we're going to pull up

3     Watkins 9, please.

4     BY MR. CRISP:

5          Q     All right.

6                And, again, just for expediency purposes, first

7     block is Mr. Greene's phone, right?

8          A     Yes, sir.

9          Q     All right.

10               And he is sending messages, there's two messages

11    he sent at both the 2:14 at 2:15 time frame, right?

12         A     Yes, there are, yes.

13         Q     All right.

14               And from that, you're able to determine that he

15    was actually utilizing the app or somebody or some entity

16    was utilizing the app from his phone?

17         A     Yes.

18         Q     Okay.

19               So if he's sending a message at 2:15, he should

20    have received the message from Mr. Rhodes that was sent at

21    2:06, right, at 2:15, if it were anything other than a

22    network delay?

23         A     That's a reasonable conclusion, yes.

24               MR. CRISP:  Thank you, ma'am.  No further

25    questions.

```
1              THE COURT:  Ms. Haller.

2              MS. HALLER:  No questions, Your Honor.

3              THE COURT:  Okay.  Ms. Cain, thank you very much

4    for your time and testimony.  You may step down, ma'am.

5              All right.  Mr. Crisp, do you have any additional

6    witnesses or testimony?

7              MR. CRISP:  I do, Your Honor.  The defense calls

8    Jessica Watkins.

9              THE COURT:  Okay.

10             MR. CRISP:  Obviously it's going to take a little

11   bit of time so do we want to take a lunch break or you want

12   to start now?

13             THE COURT:  Let's get started.

14             MR. CRISP:  Okay.

15             Ms. Watkins.

16             COURTROOM DEPUTY:  Please raise your right hand.

17             (Witness is placed under oath.)

18             COURTROOM DEPUTY:  Thank you.

19             MS. RAKOCZY:  Your Honor, if we can please get on

20   the phone before her testimony.

21             (Bench conference)

22             MS. RAKOCZY:  Your Honor, we received no notice

23   that Ms. Watkins was going to testify, so we would ask to

24   take an early lunch.

25             MR. CRISP:  I did not provide notice.  I don't
```

1   believe I have to provide notice that my client is going to

2   testify.  Witnesses, yes.  I looked at the Federal Rules

3   extensively, at case law, I don't believe there's any

4   requirement for me to provide notice that my client will

5   testify.

6           THE COURT:  The Court's standing order requires

7   witnesses called within 24 hours and there's no exception

8   for client testimony.  So, and we've been doing this all

9   along so that we can run this case efficiently and fairly to

10  both sides.  And this is obviously the first time I've heard

11  that Ms. Watkins was even contemplating testifying and

12  certainly when we were discussing scheduling this morning,

13  Mr. Crisp, this did not come up as a possibility.  So...

14          MR. CRISP:  I don't disagree with any of that.

15  The issue I have, Judge, is I have never had to disclose

16  whether my client is going to testify in advance in any

17  other proceeding, so I did not see this as a -- I looked at

18  the other individuals who put out that their client was

19  going to testify as sort of a strategic piece on their part.

20  Obviously I see the strategic on mine as well.  I have never

21  been required to disclose that.  I see witnesses as

22  differently.

23          I understand Your Honor's position, so I apologize

24  but...

25          THE COURT:  How long do you think she's going to

1    be on direct?

2            MR. CRISP:  One to two hours.

3            THE COURT:  Why don't we begin the direct

4    examination.  We'll break for lunch and figure out where we

5    go from there.

6            MS. RAKOCZY:  Respectfully, Your Honor, we do ask

7    for a break.  The person who is going to be crossing this

8    witness has not had time to prepare and it's not fair to ask

9    them to prepare during the direct examination.

10            THE COURT:  How much time -- is it Ms. Hughes who

11    will be doing the cross?

12            MS. RAKOCZY:  Yes, Your Honor.

13            THE COURT:  How much time is she going to need to

14    prepare?

15            MS. RAKOCZY:  One, I think she would like to have

16    prepared overnight, but I think we'll take whatever time you

17    will give us.

18            MR. NESTLER:  This is why Your Honor requires 24

19    hours' notice so we can prepare overnight.

20            THE COURT:  I'm aware.

21            All right.

22            (Open court)

23            THE COURT:  Ladies and gentlemen, we're going to

24    take an early lunch break.  Let's come back at 1:00 and go

25    from there.

9308

1              Thank you all very much.  Have a good lunch break.
2    We'll see you soon.
3              COURTROOM DEPUTY:  All rise.
4              (Jury exited the courtroom.)
5              THE COURT:  Ms. Watkins, you can step down.
6              THE WITNESS:  Thank you, sir.
7              THE COURT:  Thank you.
8              Have a seat, everyone.
9              We'll start Ms. Watkins at 1:00.  We'll go until
10   she's done on direct.  We'll see where we are.  Ms. Hughes
11   tells me she needs more time to prepare for her direct
12   examination, I'll give it to her.
13             What that means for the rest of this case and how
14   it gets in and the timing of it remains to be seen.  But it
15   would have been nice to know this before I told the jury
16   that this was going to be done by Friday.
17             See you at 1:00.
18             COURTROOM DEPUTY:  All rise.
19             The Court stands in recess.
20             (Recess from 11:45 a.m. to 1:00 p.m.)
21
22
23
24
25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

Date:__November 16, 2022____    

      William P. Zaremba, RMR, CRR

**BY MR. CRISP: [16]**
9243/5 9245/16
9250/10 9252/9
9255/18 9259/3 9261/2
9265/1 9265/11
9267/22 9268/11
9277/18 9278/4
9297/17 9302/6 9304/4
**BY MR. FISCHER: [37]**
9189/10 9191/13
9191/22 9195/9
9195/21 9198/15
9199/18 9200/12
9204/17 9205/13
9207/1 9208/24 9210/8
9212/4 9213/1 9213/25
9214/12 9215/9 9216/4
9218/13 9222/5
9223/16 9224/13
9225/24 9226/5 9227/4
9228/19 9229/13
9231/3 9231/22 9234/1
9236/2 9237/7 9238/2
9238/10 9239/17
9240/9
**BY MS. HALLER: [2]**
9280/3 9281/20
**BY MS. RAKOCZY: [4]**
9284/1 9291/13
9293/12 9296/19
**COURTROOM
DEPUTY: [11]** 9156/2
9187/4 9187/6 9242/10
9242/12 9263/19
9264/19 9305/16
9305/18 9308/3
9308/18
**MR. BRIGHT: [3]**
9184/23 9185/10
9242/7
**MR. CRISP: [58]**
9156/24 9157/3
9157/15 9158/2
9158/11 9159/24
9160/4 9160/15
9160/23 9161/2 9161/9
9161/22 9161/25
9162/17 9164/18
9165/3 9165/6 9165/23
9166/4 9167/23 9173/4
9186/11 9242/5
9242/17 9242/19
9245/6 9249/16 9250/5
9251/25 9252/8
9254/24 9255/15
9259/2 9260/16
9260/18 9260/25
9263/9 9263/11
9263/13 9263/16
9264/25 9265/4
9267/14 9267/18
9267/20 9268/3 9278/2
9278/25 9279/4
9297/13 9304/2
9304/24 9305/7
9305/10 9305/14
9305/25 9306/14

**MR. FISCHER: [46]**
9179/12 9180/24
9183/7 9191/10 9192/4
9193/9 9195/4 9195/15
9200/10 9204/14
9205/7 9206/21
9208/17 9210/3
9212/19 9212/24
9213/13 9214/11
9216/3 9216/19
9217/13 9222/2
9225/22 9226/24
9227/2 9228/12
9228/17 9230/24
9231/11 9231/14
9231/17 9231/20
9233/17 9233/24
9235/20 9236/1
9236/25 9238/8
9239/12 9240/8
9241/18 9242/1
9263/24 9264/3 9264/7
9264/10
**MR. LINDER: [1]**
9158/10
**MR. MANZO: [41]**
9161/15 9162/1 9163/1
9163/4 9163/14
9163/18 9164/2 9164/4
9191/17 9192/1 9192/6
9192/16 9193/14
9194/12 9194/23
9199/15 9205/9
9206/23 9208/20
9210/1 9212/2 9212/18
9213/11 9215/5 9216/1
9217/3 9217/15
9217/22 9221/25
9223/10 9224/10
9225/19 9226/25
9228/13 9229/9
9231/12 9233/19
9235/23 9237/1 9238/4
9239/14
**MR. NESTLER: [28]**
9157/23 9158/19
9159/5 9159/8 9162/12
9165/10 9165/21
9165/24 9169/10
9170/13 9171/21
9173/7 9173/18
9173/20 9173/24
9174/4 9178/12
9180/13 9181/5
9183/11 9183/16
9183/22 9184/3 9184/8
9184/13 9185/7
9185/11 9307/18
**MR. WOODWARD: [4]**
9168/6 9168/17
9168/21 9169/24
**MS. HALLER: [7]**
9279/6 9279/12
9281/14 9283/19
9283/22 9296/16
9305/2
**MS. RAKOCZY: [23]**

9249/18 9249/22
9252/4 9254/8 9254/10
9254/12 9255/7
9260/20 9265/7 9268/6
9279/9 9281/16
9291/10 9293/9
9297/10 9302/1
9305/19 9305/22
9307/6 9307/12
9307/15
**THE COURT: [162]**
**THE WITNESS: [15]**
9191/18 9198/8
9198/12 9210/7
9212/22 9213/12
9213/15 9215/7
9223/12 9226/4
9241/21 9241/23
9242/14 9277/17
9308/6
**U.S. MARSHAL: [1]**
9184/19
**-**
**-12 [1]** 9164/6
**-13 [1]** 9164/6
**-40 [1]** 9164/6
**.**
**.16100 [1]** 9227/21
**0**
**08077 [1]** 9152/8
**0826 [1]** 9152/14
**1**
**1/6 [1]** 9253/2
**10 [10]** 9156/6 9156/21
9157/2 9157/21
9166/11 9300/19
9300/19 9300/20
9301/21 9302/2
**100 [3]** 9195/1 9219/11
9244/15
**102 [6]** 9204/21
9204/22 9205/2 9205/8
9205/10 9205/11
**103 [1]** 9176/22
**104 [1]** 9176/22
**10:00 [10]** 9256/18
9257/10 9257/15
9257/19 9257/21
9258/12 9258/22
9259/9 9259/10 9262/5
**10:04 [5]** 9253/16
9254/7 9256/2 9256/5
9256/11
**10:30 [1]** 9263/18
**10:31 [1]** 9264/14
**10:44 [2]** 9253/16
9254/7
**10:45 [1]** 9263/18
**10:46 [1]** 9264/14
**10:54 [2]** 9253/16
9254/7
**10A [3]** 9300/19 9302/2
9302/4
**11 [10]** 9158/18 9160/1

9268/9 9274/4 9276/2
9276/3 9291/12
**11:08 [1]** 9207/6
**11:35 [1]** 9272/4
**11:45 [1]** 9308/20
**11th [2]** 9227/15
9227/24
**12 [1]** 9164/6
**12/11 [1]** 9164/2
**12/18/2020 [1]** 9281/24
**125 [6]** 9191/11
9191/15 9195/10
9195/16 9195/17
9195/19
**129 [1]** 9205/19
**13 [10]** 9164/6 9258/18
9258/19 9263/5 9265/5
9265/8 9265/9 9297/25
9298/8 9300/7
**14 [4]** 9160/17 9160/23
9164/22 9165/5
**1460 [1]** 9151/12
**14th [3]** 9211/18
9219/14 9221/9
**15 [4]** 9150/4 9156/3
9263/13 9264/12
**150 [1]** 9227/1
**1502 [1]** 9162/12
**158 [5]** 9208/11
9208/12 9208/18
9208/21 9208/22
**15th [4]** 9203/10
9221/9 9224/24
9225/15
**16 [2]** 9150/5 9309/7
**162 [2]** 9222/3 9222/4
**166 [1]** 9179/10
**167 [1]** 9179/10
**168 [1]** 9178/23
**17110 [1]** 9151/15
**1730 [1]** 9301/14
**17:30 [1]** 9303/14
**18 [1]** 9278/21
**180 [2]** 9175/16
9219/11
**1808 [1]** 9152/3
**19 [1]** 9215/16
**1940s [1]** 9190/1
**1989 [1]** 9167/10
**19th [4]** 9196/3
9202/21 9237/16
9237/17
**1:00 [12]** 9270/15
9270/17 9270/20
9270/23 9271/2 9271/3
9294/12 9294/14
9307/24 9308/9
9308/17 9308/20
**1:10 [2]** 9271/18
9271/19
**1:25 [5]** 9273/13
9273/18 9288/9
9288/20 9288/25
**1:25:41 [1]** 9273/12
**1:36 [3]** 9273/7 9275/8
9289/4
**1:36 p.m [1]** 9289/9

9289/22
**1st [1]** 9222/13
**2**
**20 [2]** 9216/10 9263/13
**20001 [1]** 9153/5
**20010 [1]** 9152/4
**2006 [1]** 9152/8
**202 [3]** 9150/18 9152/4
9153/5
**2020 [4]** 9203/13
9204/1 9224/23
9281/24
**2021 [24]** 9176/23
9196/3 9202/21
9211/18 9215/16
9220/20 9222/13
9222/24 9226/19
9227/15 9227/24
9232/5 9235/11 9236/7
9236/10 9282/5
9282/10 9282/14
9282/18 9295/7
9295/24 9297/4 9297/7
9297/9
**2022 [5]** 9150/5
9217/12 9218/10
9218/16 9309/7
**20579 [1]** 9150/17
**20th [1]** 9282/18
**21 [3]** 9267/25 9278/15
9293/25
**21061-3065 [1]**
9152/13
**214 [2]** 9151/5 9151/9
**22-15 [2]** 9150/4
9156/3
**24 [4]** 9159/10 9159/10
9306/7 9307/18
**252-7277 [1]** 9150/18
**252-9900 [1]** 9151/5
**26-second [1]** 9300/13
**260 [1]** 9166/15
**26th [1]** 9224/4
**276 [1]** 9223/2
**277 [1]** 9167/10
**279 [1]** 9166/15
**280 [2]** 9166/15
9223/22
**281 [1]** 9224/18
**282 [1]** 9225/2
**285 [1]** 9225/8
**28th [2]** 9221/7
9224/23
**29 [1]** 9264/4
**29th [1]** 9225/6
**2:00 [3]** 9262/14
9294/13 9294/15
**2:06 [1]** 9304/21
**2:07 [1]** 9262/14
**2:08 [4]** 9253/6
9253/13 9256/25
9262/14
**2:08:25 [1]** 9300/6
**2:14 [4]** 9275/16
9290/7 9290/16
9304/11

**2**
**2:14:43** [1] 9275/22
**2:15** [7] 9288/9 9290/7 9290/16 9291/2 9304/11 9304/19 9304/21
**2:24** [1] 9288/9
**2:24:21** [1] 9278/19
**2:40** [1] 9277/5
**2:41** [5] 9276/17 9277/6 9291/19 9301/17 9303/21
**2:42** [1] 9301/17
**2:43** [2] 9288/1 9301/17
**2:45** [1] 9277/6
**2:58** [2] 9303/2 9303/20
**2nd** [5] 9207/4 9209/5 9209/13 9225/12 9295/6

**3**
**30** [1] 9221/1
**300** [1] 9152/13
**3065** [1] 9152/13
**31** [2] 9150/7 9166/7
**318** [1] 9151/12
**32** [2] 9173/5 9221/2
**3249** [1] 9153/5
**3300** [2] 9151/3 9151/7
**333** [1] 9153/4
**3396** [1] 9160/24
**3428** [2] 9160/20 9161/3
**354-3249** [1] 9153/5
**37** [1] 9221/12
**39** [1] 9233/2
**3:12** [3] 9303/2 9303/20 9303/20
**3:30** [1] 9291/20
**3:31** [1] 9276/17

**4**
**40** [2] 9164/6 9174/10
**400** [1] 9244/11
**4031** [1] 9151/15
**410** [1] 9152/14
**412-4676** [1] 9151/16
**4676** [1] 9151/16
**47** [1] 9183/16
**487-1460** [1] 9151/12
**488464** [1] 9228/25
**4F** [1] 9176/22
**4th** [2] 9176/22 9222/13

**5**
**50** [6] 9225/23 9226/6 9226/24 9227/1 9227/2 9227/3
**51** [5] 9228/4 9228/8 9228/12 9228/14 9228/15
**52** [5] 9216/5 9258/14 9260/19 9260/21 9260/23
**55** [2] 9167/2 9175/24

**5:00** [3] 9256/25 9257/7 9292/17
**5:04** [4] 9253/2 9253/12 9256/3 9256/6
**5:10** [1] 9227/16
**5:20** [1] 9209/15
**5:25** [2] 9205/21 9205/23
**5:30** [2] 9292/3 9301/14
**5:43** [2] 9253/12 9257/8
**5:45** [1] 9292/3

**6**
**6.18.371H** [1] 9187/2
**60** [6] 9230/2 9231/11 9231/16 9231/16 9231/17 9231/21
**601** [1] 9150/17
**607-5708** [1] 9152/9
**60A** [1] 9230/7
**64** [7] 9230/3 9233/5 9233/6 9233/18 9233/21 9233/22 9234/17
**65** [5] 9167/2 9234/16 9234/20 9235/21 9235/24
**65A** [1] 9235/21
**66** [4] 9236/12 9236/25 9237/4 9237/5
**67** [4] 9237/18 9238/1 9238/5 9238/6
**6740** [6] 9248/24 9249/15 9252/11 9297/24 9298/7 9300/5
**676** [1] 9166/14
**68** [2] 9230/3 9238/25
**685** [1] 9239/12
**68A** [1] 9239/15
**6903** [3] 9160/18 9160/24 9164/10
**6923** [3] 9164/12 9164/14 9164/17
**6:13** [1] 9209/12
**6:49** [1] 9253/12
**6th** [36] 9162/21 9169/15 9175/8 9175/18 9178/2 9198/19 9198/25 9201/6 9203/12 9203/13 9220/23 9221/21 9222/24 9224/15 9230/4 9230/23 9232/16 9232/19 9233/15 9234/18 9235/4 9235/11 9235/14 9236/7 9236/9 9236/19 9236/23 9237/11 9237/14 9237/23 9238/17 9238/18 9238/21 9239/7 9239/20 9295/20

**7**
**700** [2] 9151/4 9151/8
**71301** [1] 9151/11
**717** [1] 9151/16
**720-7777** [1] 9151/9
**727-9469** [2] 9260/5 9260/16
**7277** [1] 9150/18
**7310** [1] 9152/12
**7447** [1] 9152/4
**75219** [2] 9151/4 9151/8
**7777** [1] 9151/9
**78** [1] 9212/12
**78156** [1] 9228/21
**787-0826** [1] 9152/14
**79** [1] 9293/2
**7:34** [1] 9209/5
**7th** [7] 9162/21 9202/6 9203/25 9226/9 9232/5 9282/10 9282/14

**8**
**819** [1] 9151/11
**856** [1] 9152/9
**889** [1] 9167/10
**8:00** [1] 9150/6
**8th** [1] 9282/5

**9**
**9310** [3] 9162/2 9163/4 9164/6
**9312** [1] 9163/4
**9313** [1] 9163/4
**9315** [5] 9162/2 9163/13 9163/14 9163/18 9164/4
**9316** [1] 9163/4
**9317** [1] 9163/8
**9340** [1] 9163/11
**937** [5] 9231/9 9232/2 9260/5 9260/16 9298/18
**9469** [2] 9260/5 9260/16
**95** [4] 9206/9 9206/14 9206/21 9206/24
**968** [2] 9167/2 9175/24
**97** [2] 9176/22 9231/8
**9900** [1] 9151/5
**996-7447** [1] 9152/4
**9:00** [1] 9183/2
**9th** [2] 9202/25 9203/19

**A**
**A's** [1] 9251/7
**a.m** [9] 9150/6 9256/18 9256/25 9257/7 9257/8 9259/10 9264/14 9264/14 9308/20
**abetting** [6] 9169/12 9169/17 9169/21 9169/25 9170/7 9171/24
**ability** [2] 9249/23 9274/12
**able** [14] 9160/9

**about** [91] 9158/16 9158/21 9161/16 9163/13 9163/18 9164/23 9165/2 9166/8 9168/22 9170/16 9170/17 9171/18 9172/5 9173/25 9178/8 9178/15 9178/25 9179/2 9180/19 9180/20 9181/5 9181/10 9182/16 9184/22 9185/3 9185/24 9187/23 9189/17 9190/10 9190/21 9191/6 9193/4 9193/20 9194/10 9194/25 9200/13 9202/8 9202/13 9204/18 9204/19 9206/7 9207/15 9208/3 9212/7 9212/21 9213/21 9216/18 9216/24 9217/1 9217/5 9223/4 9223/23 9224/1 9233/1 9234/13 9244/11 9244/15 9249/23 9249/25 9250/1 9250/11 9252/4 9256/2 9256/20 9259/17 9262/9 9262/13 9262/14 9262/14 9266/5 9269/14 9278/20 9281/11 9284/5 9284/6 9285/11 9286/5 9286/14 9286/15 9286/17 9288/13 9289/13 9290/7 9292/20 9293/1 9295/20 9296/20 9298/2 9298/11 9299/1 9301/11
**above** [1] 9309/4
**above-titled** [1] 9309/4
**Absolutely** [1] 9234/5
**accept** [1] 9227/22
**access** [1] 9198/2
**accessible** [1] 9249/12
**accomplishing** [1] 9187/14
**according** [4] 9203/11 9278/18 9290/2 9300/10
**account** [2] 9174/19 9229/19
**accounts** [1] 9181/17
**accuracy** [1] 9156/22
**accurate** [2] 9253/1 9259/19 9273/7
**accurately** [2] 9235/7 9265/20
**acquisition** [1] 9244/5

**acquittal** [1] 9168/23
**acquitted** [1] 9182/12
**across** [4] 9249/11 9254/1 9266/11 9294/25
**act** [2] 9170/11 9179/15
**action** [1] 9211/23
**actively** [3] 9229/18 9274/14 9274/14
**activity** [1] 9232/6
**acts** [4] 9167/6 9167/12 9167/14 9179/8
**actual** [6] 9247/22 9254/19 9271/8 9284/23 9285/3 9300/8
**actually** [36] 9163/5 9163/9 9164/25 9165/11 9165/14 9171/5 9182/7 9182/13 9185/13 9185/22 9186/7 9189/25 9190/16 9190/23 9202/4 9214/24 9217/2 9219/1 9219/22 9240/10 9246/23 9247/20 9248/1 9257/3 9262/23 9270/2 9270/23 9271/18 9273/18 9273/20 9274/16 9278/21 9284/18 9286/22 9299/13 9304/15
**additional** [4] 9187/17 9241/24 9278/25 9305/5
**address** [2] 9227/21 9229/10
**adequate** [1] 9176/9
**adjectives** [1] 9194/21
**adjust** [1] 9243/20
**administration** [1] 9244/20
**admissibility** [1] 9254/25
**admissible** [4] 9160/19 9160/21 9161/4 9218/7
**admission** [4] 9217/25 9265/5 9268/4 9301/25
**admit** [8] 9206/21 9208/18 9226/24 9228/12 9235/20 9245/8 9260/19 9266/1
**admits** [1] 9196/20
**admitted** [19] 9155/3 9160/1 9160/2 9195/17 9205/10 9208/21 9212/20 9212/23 9228/14 9233/21 9237/4 9238/5 9248/23 9260/22 9265/8 9268/8 9281/17 9298/6 9302/3
**Adolf** [1] 9191/2
**adopt** [2] 9167/17 9167/20
**Adrian** [4] 9223/24 9224/3 9224/9 9224/14

9312

**Adrian Grimes [3]**
9223/24 9224/3 9224/9
**adult [1]** 9200/20
**advance [1]** 9306/16
**advanced [2]** 9244/16
9244/21
**advise [1]** 9194/4
**affects [1]** 9176/12
**Africa [1]** 9190/3
**after [23]** 9165/21
9165/23 9177/2
9182/22 9183/14
9197/9 9200/14
9200/15 9201/7 9201/9
9205/25 9206/2 9207/7
9210/19 9212/6
9216/23 9220/2
9229/19 9230/2 9230/4
9232/13 9244/16
9257/8
**afternoon [4]** 9187/21
9188/12 9188/15
9188/16
**afternoon's [1]** 9162/7
**again [18]** 9168/23
9175/23 9190/2
9193/14 9194/15
9215/15 9230/11
9232/16 9234/6
9234/22 9245/23
9256/21 9260/15
9286/19 9300/21
9302/7 9302/16 9304/6
**against [18]** 9160/2
9160/19 9160/21
9161/4 9161/5 9161/8
9163/6 9163/10 9176/2
9178/25 9179/7 9194/5
9198/21 9200/24
9201/10 9201/13
9208/7 9240/22
**ago [2]** 9179/4 9184/23
**agree [2]** 9195/23
9196/2
**agreed [3]** 9170/9
9173/12 9173/17
**agreement [1]** 9170/11
**ahead [8]** 9168/5
9188/24 9191/10
9191/20 9191/21
9213/14 9214/10
9234/2
**aided [1]** 9153/7
**aiding [6]** 9169/11
9169/17 9169/20
9169/25 9170/7
9171/24
**aim [1]** 9186/7
**aims [1]** 9185/17
**airplane [2]** 9274/8
9284/22
**akin [1]** 9194/14
**al [2]** 9150/6 9183/13
**Alexandra [2]** 9150/15
9156/8
**Alexandria [1]** 9151/11
**alibis [2]** 9189/17

**align [1]** 9274/21
**all [145]** 9156/18
9157/15 9157/20
9157/25 9159/9
9159/25 9160/10
9160/17 9160/21
9161/4 9162/9 9162/22
9162/24 9162/25
9163/6 9163/10 9164/6
9164/7 9164/22 9166/7
9167/23 9171/23
9173/8 9173/14
9173/19 9173/23
9174/5 9174/22
9175/10 9175/10
9175/16 9175/19
9178/21 9180/17
9180/21 9181/17
9181/22 9182/19
9182/22 9183/9
9184/18 9184/22
9185/5 9186/13 9187/8
9187/12 9187/20
9187/25 9188/3
9188/13 9188/19
9192/8 9192/24
9193/20 9195/2
9195/14 9195/17
9196/21 9199/16
9203/7 9203/19
9204/10 9208/10
9210/15 9213/2
9214/23 9223/8
9223/20 9227/20
9231/23 9232/19
9233/20 9235/7
9235/13 9235/16
9237/16 9238/22
9240/13 9241/15
9241/24 9244/3
9244/12 9245/1
9247/15 9248/8
9248/19 9249/12
9249/14 9251/4
9252/18 9252/21
9253/5 9256/7 9256/19
9257/12 9257/17
9259/17 9260/3
9260/17 9260/21
9261/21 9262/12
9263/19 9264/5
9264/12 9264/16
9264/21 9266/10
9266/15 9268/7
9268/21 9269/13
9269/18 9270/15
9271/16 9272/5 9275/5
9276/1 9278/8 9278/20
9278/24 9279/5
9283/16 9283/19
9283/21 9284/12
9287/23 9289/16
9291/22 9297/3 9298/5
9298/16 9298/25
9299/17 9300/25
9302/24 9304/5 9304/9
9304/13 9305/5 9306/8

**307/21 9308/11 9308/14**
9308/18
**All right [7]** 9160/17
9164/7 9173/8 9173/19
9195/14 9233/20
9241/24 9262/12
9278/8 9278/20
**allegation [1]** 9179/10
**allegations [1]** 9178/16
9180/8
**allege [2]** 9165/14
9180/8
**alleged [10]** 9165/19
9166/1 9167/14
9172/16 9176/19
9177/6 9181/9 9185/16
9186/1 9210/15
9215/24
**alleges [1]** 9197/13
**allowed [2]** 9179/17
9215/24
**almost [2]** 9212/10
9253/23
**alone [1]** 9157/10
**along [8]** 9199/4
9202/15 9204/16
9216/3 9225/1 9236/12
9250/24 9306/9
**Alpert [1]** 9173/21
**alpha [2]** 9300/19
9300/20
**already [9]** 9192/4
9203/12 9208/18
9213/24 9219/20
9220/25 9223/23
9239/1 9298/6
**also [27]** 9162/13
9166/21 9167/9 9171/4
9173/9 9177/25 9179/1
9180/1 9180/8 9180/24
9190/7 9193/25 9196/2
9198/5 9246/11 9247/9
9247/13 9257/7
9262/12 9273/16
9274/24 9275/11
9285/25 9289/22
9294/17 9295/3
9303/14
**altered [1]** 9177/1
**alternative [1]** 9172/14
**although [2]** 9172/9
9176/2
**always [2]** 9190/24
9253/20
**am [14]** 9196/21
9213/20 9219/23
9227/19 9227/19
9243/14 9246/17
9249/22 9250/13
9257/25 9261/13
9265/3 9269/16
9297/20
**amalgamated [6]**
9249/6 9249/9 9266/3
9267/8 9267/24 9302/8
**Amen [1]** 9224/8
**amended [2]** 9176/14
9194/2
**amendment [4]**
9175/21 9176/16

**amendments [1]**
9177/8
**AMERICA [2]** 9150/3
9156/4
**AMIT [1]** 9150/9
**among [1]** 9168/14
**amount [1]** 9187/22
**analogy [1]** 9246/16
**analysis [3]** 9243/17
9245/5 9286/15
**analyst [1]** 9254/19
**analyzing [2]** 9244/7
9280/12
**android [17]** 9247/9
9269/20 9270/6
9270/10 9270/11
9270/13 9270/16
9270/22 9271/2 9271/6
9271/10 9271/13
9271/17 9272/3 9283/7
9286/17 9286/20
**Androids [2]** 9271/11
9290/23
**anomalies [1]** 9258/20
**anomaly [1]** 9259/8
**another [14]** 9169/21
9186/23 9201/17
9208/14 9223/15
9224/20 9225/3 9225/9
9246/11 9248/16
9263/13 9271/14
9271/15 9294/13
**answer [5]** 9176/7
9199/16 9210/3
9212/22 9226/3
**answered [1]** 9217/10
**answers [2]** 9194/8
9262/24
**anticipate [2]** 9243/19
9263/7
**Antifa [1]** 9213/16
**anxious [2]** 9187/12
9214/19
**any [66]** 9158/20
9162/9 9170/17 9171/7
9172/14 9172/19
9172/23 9172/24
9178/24 9179/5 9186/7
9187/15 9192/25
9197/3 9198/20
9199/11 9199/12
9199/19 9199/22
9199/25 9200/3
9201/25 9202/4 9204/4
9209/22 9210/14
9211/10 9211/23
9212/6 9215/10
9215/10 9215/20
9217/8 9221/20
9229/18 9239/25
9240/5 9240/10
9241/24 9244/21
9250/18 9253/15
9255/9 9260/6 9260/9
9262/9 9269/12
9271/22 9273/23
9274/8 9274/9 9278/25

**amendments [1]**
9177/8
**AMERICA [2]** 9150/3
9156/4
**amount [1]** 9187/22

**9286/11 9290/18**
9294/25 9295/3
9296/24 9297/12
9298/18 9299/12
9305/5 9306/3 9306/14
9306/16
**anybody [3]** 9162/15
9190/15 9207/13
**anymore [1]** 9191/2
**anyone [2]** 9162/10
9263/22
**anything [14]** 9158/5
9160/14 9166/25
9170/9 9172/4 9184/11
9201/21 9207/9
9209/23 9212/5
9229/15 9289/17
9292/20 9304/21
**anywhere [2]** 9194/22
9276/23
**apologies [3]** 9158/3
9164/19 9249/22
**apologize [9]** 9156/24
9164/18 9167/25
9204/15 9243/22
9266/21 9267/4 9301/9
9306/23
**app [21]** 9270/14
9274/12 9274/13
9274/17 9274/22
9277/13 9285/11
9285/12 9285/21
9290/14 9292/12
9294/16 9299/17
9301/12 9301/18
9303/7 9303/10
9303/11 9303/12
9304/15 9304/16
**apparently [1]** 9234/21
**appear [8]** 9221/15
9222/11 9226/17
9228/8 9234/3 9239/3
9299/14 9299/19
**appearance [2]**
9193/21 9193/25
**appearances [5]**
9150/13 9150/20
9151/17 9152/15
9156/15
**appeared [1]** 9266/11
9266/12
**appears [13]** 9194/19
9194/20 9196/21
9196/22 9205/19
9207/3 9207/4 9227/5
9227/9 9228/21
9230/22 9231/8
9290/13
**appellate [1]** 9157/7
**Apple [6]** 9269/20
9270/13 9270/18
9270/22 9271/2 9271/3
**applicable [1]** 9169/5
**application [3]**
9269/15 9274/9 9297/1
**applies [2]** 9158/14
9160/11

**A**

apply [3] 9158/15
9167/18 9169/12
appreciate [1] 9173/23
approaching [1]
9183/2
appropriate [5] 9168/8
9179/7 9181/20 9185/6
9185/6
approximately [6]
9265/17 9266/17
9274/4 9276/23 9300/6
9300/8
apps [2] 9286/5
9286/12
are [113] 9157/25
9160/20 9161/4 9162/2
9162/9 9165/3 9165/16
9166/2 9166/2 9166/17
9166/19 9168/16
9172/12 9175/8 9176/2
9177/1 9177/4 9177/16
9178/9 9178/23 9183/1
9183/3 9184/18
9185/16 9186/23
9187/12 9188/1
9188/18 9188/21
9188/24 9193/10
9194/3 9196/22
9199/22 9199/25
9200/8 9205/14 9206/5
9210/11 9214/5 9214/7
9214/19 9218/7
9222/13 9226/7
9226/16 9227/7
9227/12 9232/19
9232/21 9233/12
9235/6 9235/13 9238/3
9238/21 9243/11
9243/22 9246/6
9247/19 9249/14
9250/2 9250/12
9250/17 9250/22
9251/14 9251/18
9252/14 9253/24
9256/10 9258/16
9259/4 9259/5 9259/10
9259/16 9264/7 9265/2
9265/16 9266/5
9268/23 9269/17
9269/21 9269/24
9269/25 9271/11
9272/18 9274/1 9274/6
9275/10 9275/11
9275/13 9276/9
9276/22 9276/22
9284/2 9284/13 9286/5
9286/7 9288/7 9289/18
9290/18 9291/5
9291/14 9291/15
9291/22 9293/21
9294/12 9298/6
9300/21 9300/21
9302/7 9302/25
9304/12 9308/10
area [10] 9198/20
9200/15 9201/8 9203/6
9217/7 9231/8 9231/9
areas [2] 9210/23
9245/15
aren't [1] 9181/4
argue [2] 9181/2
9217/17
argued [2] 9175/13
9186/20
argument [1] 9168/6
Arizona [1] 9167/20
armored [2] 9163/19
9240/21
arms [1] 9207/19
around [9] 9164/23
9165/16 9166/3
9167/22 9202/13
9220/20 9249/3
9262/14 9271/1
arrest [3] 9191/7
9194/2 9240/15
arrested [3] 9191/8
9194/1 9240/17
arrived [2] 9211/18
9240/14
arrives [1] 9184/21
article [1] 9222/20
articles [1] 9220/1
as [155] 9156/18
9156/19 9157/8
9159/10 9159/21
9160/11 9160/11
9162/15 9163/10
9163/16 9164/10
9164/13 9164/13
9164/14 9164/15
9165/1 9166/18 9167/1
9167/12 9168/19
9168/21 9168/23
9168/24 9169/8
9170/23 9171/11
9172/16 9174/7
9174/10 9174/11
9174/12 9174/22
9175/14 9175/16
9175/20 9175/25
9176/24 9177/20
9178/19 9179/19
9179/25 9179/25
9180/4 9180/4 9180/8
9182/20 9182/20
9182/24 9182/24
9185/14 9185/15
9187/25 9188/18
9188/22 9188/23
9189/5 9190/8 9194/14
9198/5 9198/9 9198/14
9200/18 9200/18
9206/13 9214/8 9215/5
9215/22 9215/22
9216/1 9216/22
9216/23 9219/10
9233/14 9236/7 9236/7
9239/4 9239/23
9243/18 9245/8
9245/14 9246/12
9246/23 9248/3
9248/23 9249/15
9250/7 9251/11

9254/23 9255/10
9255/14 9256/9
9257/23 9258/5
9258/12 9258/21
9258/21 9258/25
9259/8 9259/8 9261/13
9261/21 9262/2 9262/2
9262/16 9262/18
9262/19 9265/5
9266/24 9267/8 9267/8
9268/23 9269/18
9270/12 9271/10
9271/19 9272/2
9272/16 9273/4 9273/6
9273/13 9273/13
9273/21 9275/1
9275/20 9275/22
9275/23 9276/3
9277/21 9278/9
9280/14 9280/15
9282/2 9282/22
9283/10 9286/25
9287/7 9288/13
9290/13 9291/22
9296/3 9297/21
9298/19 9299/7 9300/4
9300/19 9300/22
9302/16 9303/22
9306/13 9306/17
9306/19 9306/20
9306/21
ask [31] 9157/7 9160/4
9189/1 9191/15
9192/16 9192/21
9194/7 9194/12
9194/17 9194/24
9195/11 9195/12
9195/13 9211/5 9212/6
9216/7 9217/14 9218/6
9218/7 9227/24
9229/12 9242/15
9254/20 9254/25
9263/21 9278/5 9284/5
9292/10 9305/23
9307/6 9307/8
asked [15] 9156/21
9161/19 9161/22
9189/16 9204/19
9206/6 9207/12 9208/3
9210/22 9216/18
9227/10 9227/11
9255/19 9284/6
9286/15
asking [2] 9278/11
9293/1
aspects [1] 9244/3
assault [2] 9182/5
9182/14
Assistant [1] 9196/15
Assistant United
States [1] 9196/15
ASSOCIATES [1]
9151/14
assume [1] 9270/15
Assuming [1] 9271/14
att.net [1] 9151/12
attack [1] 9204/12

attempt [9] 9169/13
9169/15 9169/16
9169/17 9169/20
9169/25 9234/9
9240/10 9258/8
attempting [1] 9214/2
attention [4] 9245/17
9252/22 9258/4 9278/8
Attorney [1] 9196/15
ATTORNEY'S [1]
9150/16
audio [2] 9212/12
9214/6
automatic [1] 9241/14
available [8] 9219/2
9223/8 9223/20 9236/6
9236/9 9273/22 9274/1
9284/16
Avenue [3] 9151/3
9151/7 9153/4
aware [9] 9192/7
9196/21 9198/14
9203/5 9210/11 9218/8
9218/14 9219/7
9307/20
Axim [1] 9246/12

**B**

B's [1] 9251/7
bachelor's [1] 9244/17
back [19] 9161/25
9164/13 9171/23
9173/16 9189/1
9195/10 9200/22
9201/12 9201/14
9206/19 9211/25
9212/1 9241/6 9258/19
9264/17 9264/23
9276/15 9277/3
9307/24
background [2]
9274/13 9303/11
backing [1] 9213/5
badly [1] 9201/12
balcony [1] 9232/11
ball [1] 9181/23
Ballston [1] 9200/16
bar [2] 9202/7 9226/11
barn [4] 9214/23
9214/23 9214/24
9215/1
BARRETT [2] 9151/3
9153/4
barricades [1] 9200/5
barring [1] 9303/16
based [15] 9157/10
9160/5 9169/1 9179/17
9197/25 9209/19
9223/8 9252/2 9262/1
9270/21 9280/12
9295/17 9299/17
9299/11 9299/17
basically [4] 9160/25
9193/10 9213/19
9217/13
basis [4] 9167/12
9172/12 9223/15
9254/9

bathroom [3] 9200/19
9200/22 9202/1
battering [1] 9240/22
battering-ram [1]
9240/22
be [138] 9157/8
9159/15 9160/8 9161/5
9163/6 9163/10
9163/12 9163/22
9164/13 9164/14
9165/1 9165/15
9167/11 9168/19
9168/21 9169/4
9170/13 9171/1
9171/14 9171/18
9171/19 9172/17
9172/23 9176/1
9176/10 9176/14
9177/18 9177/22
9178/11 9179/13
9179/18 9179/21
9180/3 9181/2 9182/9
9182/24 9183/3
9187/13 9187/20
9188/1 9188/16
9188/18 9189/13
9191/14 9192/21
9195/17 9196/22
9198/17 9203/19
9204/6 9207/3 9207/4
9208/14 9213/20
9215/3 9215/4 9221/9
9221/15 9223/8
9226/7 9227/5
9227/23 9228/9
9228/14 9228/21
9229/2 9230/3 9230/19
9230/22 9231/8
9231/10 9231/17
9231/18 9233/12
9233/21 9234/3 9239/3
9245/14 9246/22
9247/24 9254/18
9255/17 9257/22
9259/13 9260/4
9260/18 9260/21
9261/21 9263/8 9264/1
9264/2 9264/8 9264/15
9265/8 9268/7 9271/3
9274/22 9276/11
9276/14 9277/22
9278/10 9281/3
9281/10 9281/17
9281/22 9282/8
9282/12 9282/17
9283/1 9283/6 9283/15
9284/15 9284/16
9284/24 9284/24
9284/25 9285/14
9285/25 9286/2 9286/3
9286/24 9292/11
9292/14 9292/17
9294/14 9296/4 9296/7
9298/6 9298/7 9298/8
9302/2 9307/1 9307/7
9307/11 9308/14
9308/16

**bear [1]** 9280/8
**became [1]** 9220/17
**because [25]** 9165/13
9165/15 9166/3
9167/19 9176/6
9178/19 9181/1
9182/12 9184/25
9185/21 9191/1
9192/19 9194/1
9194/13 9208/4
9214/19 9219/19
9220/2 9238/1 9273/16
9275/17 9275/23
9290/22 9297/19
9302/22
**become [3]** 9219/25
9244/10 9294/8
**becomes [1]** 9220/3
**bed [1]** 9240/24
**been [59]** 9161/21
9162/18 9162/20
9164/15 9169/14
9172/15 9172/20
9172/21 9176/18
9179/1 9179/3 9180/9
9180/11 9182/11
9188/3 9189/4 9191/8
9194/1 9196/25
9197/18 9199/4
9199/11 9199/14
9199/22 9199/25
9201/6 9206/13
9215/16 9216/10
9216/11 9219/18
9219/20 9229/5
9248/23 9249/15
9249/17 9250/1
9254/22 9256/4
9258/21 9260/1
9263/15 9265/5
9266/19 9269/6 9274/3
9275/2 9276/17
9285/18 9287/7
9297/20 9299/25
9300/1 9300/13
9300/18 9303/21
9306/8 9306/21
9308/15
**before [16]** 9150/9
9193/21 9201/7
9216/20 9223/12
9226/2 9229/25
9244/24 9252/16
9257/8 9259/24
9262/12 9278/21
9295/3 9305/20
9308/15
**began [3]** 9165/13
9165/19 9165/25
**begin [1]** 9307/3
**behalf [4]** 9158/11
9185/7 9185/11 9242/11
**being [19]** 9166/14
9166/19 9174/16
9174/21 9175/2
9177/22 9181/13
9194/14 9199/12

9213/15 9214/7
9216/18 9262/16
9262/19 9263/1 9273/1
9274/7
**belabor [2]** 9223/1
9225/16
**belaboring [1]** 9237/10
**believe [58]** 9157/8
9158/8 9158/19
9160/10 9161/2
9161/15 9161/18
9162/2 9163/6 9163/10
9163/24 9171/22
9178/24 9179/5 9179/6
9179/13 9179/14
9180/10 9186/7 9192/6
9201/6 9201/9 9202/14
9202/20 9203/12
9203/21 9203/24
9204/3 9204/4 9204/24
9205/15 9208/7
9208/13 9209/20
9209/22 9211/16
9211/17 9218/25
9221/20 9226/12
9234/20 9245/7
9247/12 9252/1
9255/19 9256/12
9257/7 9265/16
9267/25 9279/4
9293/10 9298/25
9299/12 9301/6
9301/21 9301/24
9306/1 9306/3
**believed [1]** 9192/13
**Belmont [1]** 9220/22
**below [2]** 9222/16
9232/12
**Bench [5]** 9192/10
9216/16 9249/21
9254/11 9305/21
**Berwick [1]** 9152/8
**besides [2]** 9198/1
9229/6
**best [1]** 9214/5
**better [1]** 9228/6
**between [28]** 9163/5
9163/9 9170/25
9186/21 9186/22
9186/24 9197/21
9204/4 9206/19
9218/15 9224/2
9245/24 9251/8 9253/2
9256/21 9256/24
9262/5 9265/17
9269/14 9271/23
9271/23 9274/4 9274/5
9284/8 9286/17 9287/5
9291/19 9303/1
**beverages [1]** 9200/20
**beyond [3]** 9168/4
9171/6 9171/17
**bigger [1]** 9282/25
**Billy [1]** 9190/18
**bit [25]** 9166/24
9182/18 9186/16
9196/13 9201/16

9228/18 9238/16
9243/20 9243/20
9247/22 9247/22
9249/4 9250/23
9254/17 9256/20
9265/24 9276/8 9280/7
9286/14 9286/17
9297/18 9305/11
**block [4]** 9252/23
9276/11 9276/14
9304/7
**blocking [1]** 9179/15
**blood [3]** 9246/24
9246/25 9246/25
**blow [6]** 9191/4
9196/12 9205/2
9226/22 9228/17
9276/7
**boards [1]** 9198/6
**boat [9]** 9204/18
9206/7 9207/13
9207/18 9207/19
9207/21 9207/22
9208/2 9208/4
**Bob [2]** 9220/12
9220/16
**boilerplate [1]** 9175/11
**bombs [1]** 9191/4
**Bommersbach [1]** 9191/10
**Book [3]** 9157/18
9174/1 9183/18
**Bosserman [2]**
9237/20 9238/12
**both [15]** 9157/21
9168/9 9178/8 9178/11
9182/8 9182/11
9251/22 9255/25
9262/2 9287/19 9288/8
9294/14 9298/13
9304/11 9306/10
**bottle [1]** 9201/4
**bottom [9]** 9158/18
9160/1 9168/5 9221/4
9224/19 9225/8 9237/1
9252/23 9276/13
**boxes [1]** 9177/14
**boys [1]** 9190/20
**bracket [4]** 9183/22
9184/4 9184/5 9184/7
**brackets [1]** 9183/17
9183/19
**Bradford [3]** 9152/7
9152/10 9156/12
**BRAND [1]** 9152/7
**brandwoodwardlaw.com [1]** 9152/5
**break [9]** 9263/11
9263/14 9263/17
9263/23 9305/11
9307/4 9307/7 9307/24
9308/1
**breakfast [3]** 9202/7
9202/9 9226/11
**breaking [1]** 9200/4
**breath [1]** 9201/15
**Bride [1]** 9190/15

**briefly [1]** 9249/19
**BRIGHT [3]** 9151/3
9151/7 9156/10
**bring [8]** 9174/9
9184/25 9125/16
9274/17 9287/10
9288/6 9291/12 9293/9
**brings [1]** 9166/7
**brought [3]** 9161/25
9176/7 9258/4
**brutal [1]** 9207/24
**bucks [1]** 9207/3
**Bugs [1]** 9190/23
**building [4]** 9202/5
9202/25 9203/1 9203/9
**bullets [1]** 9199/13
**bullhorn [1]** 9240/18
**bunch [6]** 9221/14
9235/3 9236/22
9237/11 9239/6
9239/19
**Bunny [1]** 9190/23
**Bureau [1]** 9243/12
**Burnie [1]** 9152/13
**Business [1]** 9244/20
**busy [1]** 9277/23

**C**

**Cain [12]** 9242/6
9242/13 9243/2
9243/10 9245/14
9263/21 9264/1
9264/17 9281/10
9284/2 9293/13 9305/3
**Caldwell [106]** 9152/11
9156/7 9156/14
9160/20 9161/5 9161/8
9163/6 9163/9 9163/11
9174/6 9174/8 9174/18
9174/18 9175/4 9175/5
9177/16 9177/20
9178/17 9178/22
9178/24 9179/4 9179/7
9179/11 9179/23
9180/8 9180/15
9180/18 9180/19
9181/12 9183/5
9184/24 9185/8 9189/1
9189/4 9189/11
9192/13 9192/19
9195/10 9195/11
9195/16 9195/19
9196/14 9196/19
9198/9 9200/9 9202/3
9204/21 9205/2 9205/8
9205/10 9205/11
9206/14 9206/21
9206/24 9208/12
9208/18 9208/22
9210/3 9210/5 9210/6
9210/9 9212/12
9213/13 9214/13
9215/8 9215/10 9216/7
9217/16 9217/17
9218/14 9220/12
9221/7 9226/1 9226/6
9226/24 9227/3

9228/12 9228/15
9231/11 9231/21
9233/5 9233/17
9233/22 9234/16
9234/20 9235/6
9235/21 9235/24
9236/25 9237/4 9237/5
9237/18 9238/1 9238/6
9239/15 9241/19
9242/2 9251/23
9252/23 9253/2
9256/11 9264/4
9298/21
**Caldwell's [15]**
9163/15 9163/19
9187/16 9188/25
9193/2 9214/9 9242/8
9248/7 9254/3 9255/20
9256/9 9260/10
9261/22 9298/17
9299/2
**calendar [2]** 9202/20
9203/11
**California [2]** 9220/19
9220/22
**call [71]** 9183/9
9204/24 9205/5 9205/5
9205/14 9205/14
9205/17 9205/20
9207/7 9207/9 9207/12
9209/15 9212/17
9212/20 9213/6 9213/7
9214/5 9214/6 9214/7
9249/23 9250/1
9250/15 9250/18
9251/2 9251/5 9251/6
9252/15 9253/2
9253/12 9253/12
9253/16 9254/20
9254/22 9256/11
9257/20 9257/21
9259/5 9259/13
9259/24 9261/3 9261/6
9261/9 9261/10
9261/17 9262/13
9262/15 9262/17
9262/19 9262/24
9263/1 9263/2 9265/12
9281/8 9284/6 9284/8
9284/9 9284/17
9284/18 9284/21
9285/18 9285/21
9285/24 9286/3
9298/18 9299/19
9300/5 9300/8 9300/10
9300/13
**called [18]** 9167/11
9176/21 9177/3 9180/3
9180/18 9204/1 9204/2
9204/5 9213/16 9241/7
9249/6 9250/11
9267/25 9281/23
9283/2 9284/20 9300/1
9306/7
**calling [1]** 9240/19
**calls [26]** 9205/15

**calls... [25]** 9205/25
9206/4 9206/5 9242/5
9253/7 9254/6 9255/20
9256/15 9256/16
9256/21 9256/23
9257/1 9257/14
9258/22 9259/9
9259/10 9259/16
9261/21 9262/4
9265/17 9265/20
9285/12 9286/6
9298/14 9305/7
**came [7]** 9171/4
9181/6 9189/25
9200/17 9211/16
9293/5 9303/13
**can [139]** 9156/19
9160/12 9160/22
9161/15 9161/17
9162/1 9162/8 9162/22
9162/24 9163/1
9165/21 9168/3
9171/23 9171/23
9171/25 9172/1
9179/21 9181/21
9181/25 9182/24
9183/10 9183/13
9183/19 9184/10
9185/8 9186/14 9188/5
9188/23 9191/10
9192/2 9192/2 9192/9
9193/18 9194/17
9195/6 9197/20
9197/24 9199/16
9202/18 9205/2 9205/6
9209/6 9209/18
9212/20 9212/22
9217/7 9217/16 9218/7
9218/22 9221/2
9221/12 9222/3 9222/6
9225/2 9227/10
9227/13 9227/23
9227/24 9228/5 9230/2
9230/8 9230/25
9230/25 9231/20
9231/23 9232/1 9232/8
9232/14 9234/16
9236/1 9237/18
9237/25 9239/12
9241/22 9243/19
9246/16 9246/18
9247/20 9248/22
9249/16 9250/6 9252/3
9252/25 9255/1 9255/3
9255/10 9255/13
9258/14 9258/18
9260/25 9261/3 9261/5
9262/14 9263/11
9263/21 9264/1 9264/4
9265/24 9265/25
9268/4 9269/25
9271/11 9272/13
9274/3 9275/6 9275/7
9276/2 9276/8 9276/13
9276/15 9276/20
9278/7 9278/9 9278/16
9280/11 9282/23

**calls... [1]** 9284/11
9285/11 9285/13
9286/6 9286/8 9286/10
9286/19 9291/10
9291/12 9295/10
9296/4 9296/7 9296/10
9296/12 9301/4
9301/21 9303/4 9303/6
9305/19 9306/9
9307/19 9308/5
**can't [13]** 9168/1
9188/8 9190/4 9193/6
9202/2 9214/20
9227/13 9255/21
9282/11 9284/23
9290/21 9292/9
9292/20
**candor [1]** 9167/23
**cannot [2]** 9176/1
9298/14
**cap [1]** 9201/18
**Capitol [9]** 9198/20
9198/20 9200/1
9200/15 9201/8 9202/5
9275/17 9290/18
9291/5
**Capitol Grounds [1]**
9198/20
**caption [1]** 9183/13
**captured [1]** 9177/22
**car [3]** 9201/4 9213/4
9213/8
**carrier [1]** 9238/18
**carriers [1]** 9163/19
**CART [1]** 9243/18
**cartoons [1]** 9190/25
**case [39]** 9156/3
9166/14 9166/18
9167/7 9167/11 9168/2
9169/7 9169/18 9172/7
9172/9 9172/13
9173/15 9175/24
9176/21 9179/14
9179/16 9179/19
9181/6 9181/12
9182/25 9187/19
9188/22 9191/8
9209/25 9245/18
9245/20 9246/9 9248/5
9249/5 9251/19
9271/22 9274/16
9280/7 9280/15
9292/11 9299/18
9306/3 9306/9 9308/13
**cases [8]** 9166/12
9167/6 9169/14
9169/15 9170/15
9177/8 9182/18
9247/10
**CAST [2]** 9250/3
9254/19
**castle [2]** 9190/11
9190/20
**catch [3]** 9175/10
9175/10 9201/15
**catch-all [2]** 9175/10
9175/10
**catching [1]** 9173/23

**cause [1]** 9254/11
**causing [2]** 9182/3
9292/17
**caveat [1]** 9157/4
**CDR [18]** 9250/14
9254/3 9254/4 9254/7
9255/20 9255/21
9256/9 9256/12
9256/21 9257/18
9257/19 9260/10
9261/10 9261/11
9261/17 9298/14
9298/17 9299/11
**CDRs [13]** 9250/12
9251/10 9251/14
9251/19 9251/22
9254/14 9254/14
9255/2 9257/23
9257/25 9258/6 9258/8
9298/12
**cell [26]** 9199/8
9217/18 9228/9
9231/24 9238/14
9239/4 9245/11
9247/16 9250/2 9250/4
9250/4 9250/18
9254/15 9259/18
9259/23 9261/14
9269/19 9280/13
9282/24 9284/10
9284/19 9285/20
9285/25 9286/6
9286/11 9296/14
**cell phone [21]** 9199/8
9228/9 9231/24
9238/14 9239/4
9245/11 9247/16
9250/2 9250/4 9250/18
9254/15 9259/18
9259/23 9261/14
9269/19 9282/24
9284/10 9285/20
9285/25 9286/11
9296/14
**Cellebrite [1]** 9246/10
**cellular [3]** 9174/14
9174/25 9181/15
**center [1]** 9222/12
**certain [13]** 9174/15
9174/19 9174/25
9217/20 9245/19
9247/1 9247/4 9247/10
9249/23 9259/17
9280/23 9280/24
9287/5
**certainly [4]** 9169/13
9180/22 9250/6
9306/12
**certainty [3]** 9188/16
9262/4 9296/5
**Certified [1]** 9153/3
**certify [1]** 9309/2
**cetera [3]** 9207/25
9227/20 9254/16
**CH [1]** 9153/4
**chain [1]** 9241/4
**chair [1]** 9242/8
**chairs [1]** 9242/8

**challenging [1]** 9204/4
9296/10 9296/12
**chance [4]** 9166/13
9199/7 9201/15 9233/9
**change [2]** 9173/22
9235/11
**changes [1]** 9183/12
**channels [3]** 9198/3
9198/3 9198/13
**character [1]** 9156/22
**characteristics [2]**
9196/19 9197/12
**characterized [1]**
9157/8
**charge [9]** 9167/13
9168/24 9168/25
9169/6 9176/7
9178/25 9180/21
9185/22 9194/5
**charged [21]** 9168/9
9168/10 9170/12
9174/14 9174/19
9174/22 9176/10
9176/13 9176/18
9178/22 9179/15
9179/23 9179/24
9181/3 9181/14
9181/15 9191/8
9209/25 9210/10
9216/11 9216/24
**charges [1]** 9176/1
**charging [3]** 9176/25
9177/4 9185/20
**Charlie [2]** 9300/19
9301/21
**chart [2]** 9293/4
9293/13
**chat [42]** 9160/11
9160/13 9162/10
9184/22 9198/6
9223/17 9223/20
9227/8 9231/5 9234/13
9249/10 9249/11
9249/19 9266/9
9266/10 9266/13
9267/1 9267/5 9267/7
9267/17 9267/18
9280/15 9280/17
9280/18 9281/24
9282/7 9282/16
9283/11 9283/11
9286/16 9293/24
9294/5 9294/22
9294/23 9295/2 9295/3
9295/6 9295/16
9295/19 9296/6
9296/11 9303/22
**chats [11]** 9215/11
9235/18 9280/11
9280/14 9280/15
9280/24 9281/12
9282/2 9293/5 9293/21
9294/19
**chatting [1]** 9184/21
**checked [3]** 9280/21
9288/24 9291/22
**chest [1]** 9241/15
**children [1]** 9220/5

**Chunk [1]** 9276/5
**CIA [1]** 9161/17
**Cinnaminson [1]**
9152/8
**circuit [17]** 9157/5
9157/11 9157/12
9166/14 9166/23
9166/24 9167/1 9167/9
9167/10 9167/19
9172/8 9172/9 9175/23
9176/23 9186/10
9187/2 9199/8
**circumstances [2]**
9170/22 9172/22
**cited [3]** 9166/21
9170/15 9175/24
**cites [1]** 9158/21
**citing [2]** 9164/9
9167/10
**city [1]** 9243/8
**clarification [1]** 9164/8
**clarify [1]** 9267/23
**clarity's [1]** 9248/10
**cleaned [1]** 9200/19
**clear [18]** 9160/11
9169/18 9170/13
9178/6 9179/14
9179/20 9198/17
9230/19 9253/15
9253/19 9255/11
9256/10 9257/22
9260/18 9261/21
9264/8 9275/6 9298/11
**client [8]** 9175/15
9182/5 9182/7 9306/1
9306/4 9306/8 9306/16
9306/18
**close [1]** 9290/12
**closed [4]** 9199/8
9292/12 9303/11
9303/12
**closely [1]** 9182/18
**closing [2]** 9182/21
9188/13
**closings [1]** 9188/14
**co [3]** 9158/14 9158/15
9169/19
**co-conspirator [2]**
9158/14 9169/19
**co-conspirators [1]**
9158/15
**Coast [1]** 9220/18
**coat [1]** 9200/18
**code [4]** 9228/24
9229/1 9231/8 9231/9
9273/24
**coded [1]** 9273/24
**cold [3]** 9207/20
9240/25 9241/12
**collection [1]** 9244/4
**colored [1]** 9293/20
**COLUMBIA [2]** 9150/1
9194/3
**column [8]** 9252/25
9259/11 9268/24
9269/1 9294/21
9295/21 9302/16
9302/21
**columns [1]** 9268/24

**C**

**combined [1]** 9266/13
**Combs [5]** 9166/22
9172/9 9203/14
9203/17 9209/1
**come [18]** 9178/10
9189/1 9189/24
9194/17 9211/20
9213/17 9237/21
9240/19 9240/23
9240/23 9241/7 9250/2
9264/17 9284/13
9284/17 9288/1
9306/13 9307/24
**comes [4]** 9179/20
9190/3 9221/9
9245/25
**Comfort [6]** 9200/13
9200/16 9200/24
9201/24 9202/6
9226/12
**Comfort Inn [1]**
9201/24
**comfortable [2]**
9158/23 9242/16
**coming [3]** 9192/24
9201/23 9207/25
**commander [1]**
9220/19
**commas [1]** 9184/8
**comment [1]** 9179/22
**commerce [1]** 9179/16
**commercial [1]**
9207/22
**commit [3]** 9170/11
9186/23 9186/24
**committed [3]** 9167/6
9171/6 9171/10
**commonly [1]** 9243/17
**communicating [1]**
9231/4
**communication [2]**
9234/21 9251/8
**communications [7]**
9174/15 9174/20
9175/1 9198/2 9218/15
9286/9 9286/12
**companies [3]** 9250/2
9285/8 9285/20
**compare [2]** 9251/6
9300/6
**comparing [2]** 9253/25
9262/6
**competitor [1]** 9228/6
**compilation [1]**
9265/12
**compile [4]** 9249/6
9255/6 9266/4 9269/22
**complaining [1]**
9289/17
**complaint [1]** 9194/2
**complete [1]** 9244/15
**completed [1]** 9188/7
**component [2]** 9246/3
9246/14
**computer [8]** 9153/7
9156/24 9219/23
9243/17 9244/12

9247/20
**computer-aided [1]**
9153/7
**concede [2]** 9165/7
9169/4
**concentration [1]**
9244/23
**conceptual [1]**
9167/14
**concern [3]** 9181/7
9193/14 9254/12
**concerned [1]** 9178/15
**concerning [1]** 9174/6
**conclude [1]** 9169/6
**concluding [2]** 9167/5
9170/2
**conclusion [1]**
9304/23
**conditions [1]** 9220/6
**conduct [10]** 9172/16
9172/18 9172/19
9174/16 9174/21
9175/2 9180/8 9182/14
9250/22 9253/19
**conducted [5]** 9245/19
9257/13 9260/7 9262/2
9302/9
**conducting [1]**
9251/15
**conference [5]**
9192/10 9216/16
9249/21 9254/11
9305/21
**confess [1]** 9177/13
**confident [1]** 9164/16
**confirm [2]** 9156/22
9162/2
**confirmed [1]** 9272/8
**confrontation [1]**
9161/13
**confused [2]** 9169/8
9175/20
**confusing [4]** 9165/15
9185/14 9185/22
9186/8
**confusion [8]** 9167/4
9168/9 9168/14
9168/14 9170/24
9171/1 9172/11
9258/21
**Congress [2]** 9190/17
9234/14
**conjunction [1]**
9297/25
**connected [2]** 9247/24
9274/8
**connection [1]**
9190/13
**connectivity [1]**
9262/23
**connects [1]** 9294/10
**connote [1]** 9269/10
**consciousness [1]**
9181/2
**consent [4]** 9210/22
9211/1 9211/3 9211/13
**consider [5]** 9159/19

9181/20 9181/21
**consistent [4]** 9157/17
9170/15 9217/3
9275/12
**consistently [1]**
9172/20
**conspiracies [12]**
9185/4 9185/12
9185/16 9185/18
9185/20 9185/21
9185/22 9186/1 9186/3
9186/21 9186/22
9186/25
**conspiracy [17]**
9163/16 9163/25
9165/13 9165/19
9165/25 9167/13
9168/9 9168/11
9168/24 9169/1 9170/2
9172/2 9179/9 9186/17
9186/25 9208/7
9210/15
**conspirator [2]**
9158/14 9169/19
**conspirators [1]**
9158/15
**consternation [1]**
9182/3
**Constitution [1]**
9153/4
**constructive [6]**
9175/21 9176/15
9176/24 9177/8
9179/13 9179/13
**constructively [1]**
9176/15
**contain [1]** 9186/17
**contained [1]** 9246/2
**containing [1]** 9280/16
**contains [1]** 9157/18
**contemplating [1]**
9306/11
**contemporaneously
[1]** 9164/19
**content [4]** 9267/2
9280/18 9296/9 9296/9
**contents [3]** 9214/5
9217/11 9218/9
**context [2]** 9192/17
9192/21
**continually [1]**
9294/15
**continuation [1]**
9187/16
**continue [4]** 9184/16
9188/14 9188/25
9189/13
**CONTINUED [4]**
9151/1 9152/1 9153/1
9189/7
**continues [2]** 9167/18
9176/14
**continuously [1]**
9216/11
**contract [1]** 9220/3
**conversation [3]**
9163/5 9163/9 9184/16

9275/11
**convert [1]** 9272/7
**converted [2]** 9272/9
9272/20
**convict [3]** 9169/1
9170/22 9179/17
**convicted [2]** 9172/23
9176/19
**conviction [9]** 9166/10
9166/17 9167/5
9168/24 9169/9
9169/23 9170/8
9172/12 9172/14
**cools [1]** 9213/18
**coordinate [1]** 9207/22
**copies [2]** 9272/18
9300/22
**copy [2]** 9246/2
9247/22
**corner [1]** 9203/10
**corners [1]** 9181/22
**correct [94]** 9168/17
9179/22 9193/15
9196/4 9197/6 9202/22
9203/12 9203/22
9203/23 9205/1
9209/10 9209/16
9209/17 9212/23
9218/10 9218/19
9230/12 9238/19
9246/17 9246/20
9248/13 9253/16
9253/17 9257/10
9257/11 9257/24
9257/25 9258/2
9261/24 9263/4
9265/19 9266/23
9267/10 9268/20
9269/5 9271/5 9271/20
9275/4 9275/9 9275/18
9275/19 9275/25
9276/12 9276/18
9276/19 9276/25
9277/1 9277/25
9281/22 9281/25
9283/17 9286/1 9286/3
9286/4 9287/9 9287/15
9287/16 9287/21
9287/24 9288/3
9288/10 9288/21
9289/4 9289/5 9289/15
9289/20 9290/4 9290/9
9290/15 9290/19
9291/9 9291/9 9291/23
9292/4 9292/5 9292/19
9292/21 9292/22
9293/23 9294/2 9294/6
9294/20 9295/7 9295/8
9297/8 9298/8 9298/9
9298/15 9300/2
9302/17 9302/23
9303/14 9303/17
9309/3
**correcting [1]** 9290/25
**Correction [1]** 9272/4
**correctly [3]** 9203/24
9205/22 9272/9

**corresponding [2]**
9270/3 9292/6
**corresponds [1]**
9269/11
**couch [1]** 9200/21
**could [56]** 9172/23
9181/10 9186/2
9196/12 9204/21
9206/9 9207/15
9207/18 9207/20
9207/21 9207/23
9207/24 9208/17
9210/9 9213/17 9216/5
9217/19 9225/22
9226/22 9228/12
9233/4 9233/5 9233/10
9233/24 9235/20
9237/1 9243/8 9246/24
9249/19 9254/25
9258/25 9259/13
9263/24 9267/21
9268/22 9273/24
9277/3 9284/8 9284/25
9285/14 9285/17
9285/19 9286/14
9286/24 9287/10
9288/5 9288/6 9292/11
9292/14 9292/24
9293/8 9293/9 9293/19
9301/2 9303/11
9303/23
**couldn't [4]** 9182/11
9188/17 9202/13
9274/9
**counsel [9]** 9156/22
9159/9 9161/11
9167/21 9178/14
9178/15 9192/13
9217/20 9279/4
**count [16]** 9166/20
9168/15 9169/5
9170/23 9170/25
9170/25 9171/3 9171/3
9171/9 9172/15
9172/20 9172/24
9174/8 9175/12 9179/7
9223/4
**Count 2 [1]** 9170/25
**counts [11]** 9166/10
9168/16 9168/20
9168/22 9169/13
9169/23 9173/3
9174/13 9174/24
9179/9 9183/18
**Counts 3 [1]** 9166/10
**couple [6]** 9173/10
9181/19 9200/20
9213/18 9274/6 9284/5
**course [5]** 9213/24
9249/5 9250/21
9251/15 9297/4
**court [33]** 9150/1
9153/2 9153/3 9167/2
9167/15 9167/19
9173/21 9176/1 9176/3
9176/14 9176/24
9177/2 9177/8 9179/16
9179/19 9182/5 9184/1

**court... [16]** 9192/4
9193/4 9193/10
9193/12 9193/24
9194/3 9195/8 9218/12
9229/25 9244/24
9250/9 9255/16
9263/15 9291/4
9307/22 9308/19
**Court's [12]** 9163/8
9170/3 9179/22
9193/14 9204/14
9204/15 9240/8 9278/2
9279/6 9293/8 9297/14
9306/6
**courthouse [1]**
9169/15
**courtroom [5]** 9187/7
9188/20 9263/20
9264/20 9308/4
**cousin [1]** 9236/16
**cover [1]** 9193/19
**Coyle [5]** 9226/8
9226/10 9226/19
9227/9 9227/18
**CR [1]** 9150/4
**crack [1]** 9163/20
**create [1]** 9294/12
**created [1]** 9273/24
**credibility [1]** 9159/20
**crime [1]** 9191/8
**criminal [7]** 9156/3
9176/7 9193/4 9196/20
9197/3 9197/6 9197/11
**Crisp [17]** 9151/14
9151/14 9156/13
9164/9 9165/2 9242/4
9255/13 9258/25
9260/14 9263/7
9264/24 9267/15
9279/3 9284/6 9297/12
9305/5 9306/13
**crisplegal.com [1]**
9151/16
**cross [7]** 9154/4
9255/3 9255/11
9283/25 9298/13
9301/4 9307/11
**cross-examination [3]**
9255/3 9255/11
9283/25
**cross-reference [1]**
9301/4
**crossing [2]** 9163/19
9307/7
**crowd [1]** 9232/11
**Crowl [15]** 9163/5
9180/15 9202/9
9211/17 9211/21
9212/8 9213/7 9213/10
9214/14 9215/12
9218/18 9231/6
9232/21 9232/25
9252/24
**Crowl's [4]** 9217/11
9217/11 9218/9
9218/17
**CRR [2]** 9309/2 9309/8

**current [1]** 9165/2
**currently [1]** 9174/10
**curveball [1]** 9297/19
**custody [1]** 9215/16
**custom [1]** 9273/24
**custom-coded [1]**
9273/24
**cut [3]** 9186/15
9268/18 9272/18
**cybersecurity [1]**
9244/22

**D**

**D.C [13]** 9150/5
9150/17 9152/4 9153/5
9198/24 9198/25
9203/19 9204/6
9220/23 9222/24
9224/15 9283/11
9295/20
**D.C. [9]** 9176/23
9267/25 9278/15
9282/3 9282/7 9286/16
9293/25 9293/25
9294/22
**D.C. Circuit [1]**
9176/23
**D.C. Op Jan. 6 [5]**
9282/3 9282/7 9286/16
9293/25 9294/22
**D.C. Op Jan. 6, 21 [3]**
9267/25 9278/15
9293/25
**Dallas [2]** 9151/4
9151/8
**dangerous [2]** 9182/6
9182/7
**data [22]** 9244/7
9244/14 9246/2 9246/3
9246/14 9246/17
9247/25 9253/24
9258/3 9280/12
9280/16 9280/20
9284/9 9284/9 9285/2
9285/14 9285/14
9296/13 9296/22
9296/25 9297/6 9297/8
**database [3]** 9270/2
9270/6 9274/1
**date [40]** 9160/22
9164/1 9165/13
9165/17 9165/19
9165/21 9166/1 9166/2
9201/5 9203/13 9204/1
9204/5 9204/5 9207/2
9219/12 9224/22
9225/5 9225/11
9256/24 9270/4 9270/4
9270/7 9270/7 9273/13
9273/15 9273/15
9273/16 9273/23
9275/17 9275/24
9275/24 9276/23
9282/3 9282/8 9282/9
9282/13 9292/18
9294/23 9297/7 9309/7
**dates [6]** 9165/14

9219/11 9219/12
9273/25
**David [5]** 9152/11
9156/14 9222/7 9222/8
9222/14
**day [13]** 9150/7
9164/24 9168/7
9188/13 9200/24
9202/9 9203/19 9205/6
9205/18 9207/23
9209/16 9222/19
9234/7
**days [1]** 9213/18
**De [5]** 9235/2 9235/2
9235/3 9235/16 9236/4
**deal [1]** 9182/17
**deals [1]** 9276/4
**dear [1]** 9235/2
**debate [1]** 9186/3
**December [5]** 9221/7
9224/4 9224/23 9225/6
9295/23
**decide [4]** 9159/16
9171/17 9171/23
9187/1
**decision [2]** 9166/22
9172/10
**deck [1]** 9160/25
**declined [1]** 9167/19
**defendant [53]** 9151/2
9151/13 9152/2 9152/6
9152/11 9156/4 9156/5
9156/5 9156/6 9156/6
9156/11 9156/12
9156/13 9156/14
9156/23 9160/2 9170/8
9170/10 9171/6 9171/8
9171/9 9171/24
9172/16 9172/23
9174/14 9176/1 9176/7
9176/8 9176/18
9186/19 9189/4
9192/19 9195/19
9205/11 9206/24
9208/22 9217/5 9222/1
9227/3 9228/15
9231/21 9233/22
9235/24 9237/5 9238/6
9239/15 9243/2
9260/23 9265/9 9268/9
9281/18 9293/21
9302/4
**Defendant Caldwell [1]**
9192/19
**defendant's [3]** 9154/5
9155/3 9176/10
**defendants [20]**
9150/7 9156/15
9160/21 9163/7
9163/10 9167/6
9172/23 9174/13
9174/22 9177/17
9178/19 9178/20
9178/21 9179/22
9181/18 9183/18
9186/20 9200/4 9248/4
9280/21

9281/11
**defense [24]** 9156/21
9158/5 9158/20 9159/9
9167/21 9176/10
9178/14 9178/15
9180/22 9180/23
9180/25 9181/3 9182/4
9185/25 9188/14
9191/11 9191/15
9202/16 9218/8
9218/15 9218/16
9242/1 9242/5 9305/7
**definition [1]** 9186/17
**Definitions [1]** 9173/6
**definitively [1]** 9275/6
**degree [4]** 9176/4
9188/15 9244/17
9262/3
**degrees [1]** 9244/21
**delay [12]** 9274/4
9274/24 9275/2 9276/6
9277/23 9287/23
9289/6 9292/17
9292/19 9303/16
9303/24 9304/22
**delegate [3]** 9222/8
9222/10 9222/23
**delete [18]** 9173/7
9181/16 9215/10
9215/20 9232/24
9232/25 9234/9 9236/3
9240/5 9261/3 9261/6
9261/9 9261/13 9285/4
9285/7 9285/17 9286/9
9298/14
**deleted [3]** 9261/10
9285/24 9296/9
**deleting [7]** 9174/14
9174/19 9174/25
9181/13 9181/14
9219/16 9219/17
**deletion [1]** 9174/23
**deletions [4]** 9175/15
9177/15 9179/2
9180/16
**delivered [1]** 9193/3
**denies [1]** 9176/8
**department [7]**
9190/25 9203/1 9203/5
9204/6 9204/12
9215/24 9250/4
**depend [1]** 9188/5
**dependent [1]** 9286/24
**depict [1]** 9232/9
**depicted [2]** 9219/8
9232/9
**depicts [1]** 9232/10
**describe [1]** 9197/24
**despite [1]** 9180/25
**detail [13]** 9249/24
9250/2 9250/15
9250/18 9250/25
9252/15 9254/22
9254/22 9259/5 9284/6
9284/17 9284/18
9299/20
**detention [8]** 9193/1

9193/15 9193/16
9193/21 9194/10
9194/25
**determination [1]**
9273/20
**determine [6]** 9172/17
9282/8 9282/12
9282/17 9301/2
9304/14
**deviate [1]** 9176/4
**deviation [2]** 9176/5
9176/11
**device [26]** 9246/2
9247/8 9247/23
9247/25 9262/23
9266/12 9267/1
9268/25 9273/11
9274/20 9274/20
9274/23 9278/18
9284/15 9285/3 9285/4
9286/23 9286/25
9287/1 9294/10
9295/23 9295/24
9296/8 9297/2 9298/22
9303/1
**devices [11]** 9181/15
9181/16 9211/6
9246/13 9247/9
9247/23 9249/11
9254/1 9266/10
9266/11 9294/25
**dialed [2]** 9259/11
9299/13
**dictate [1]** 9181/25
**did [149]** 9158/8
9167/11 9167/16
9167/23 9180/19
9180/19 9180/23
9184/23 9189/24
9192/12 9193/9
9193/13 9198/24
9200/14 9200/15
9201/2 9202/8 9203/16
9204/4 9205/17 9207/9
9208/5 9208/6 9208/6
9209/22 9210/14
9210/17 9210/18
9210/19 9210/21
9210/24 9211/1 9211/2
9211/3 9211/4 9211/5
9211/8 9211/9 9211/10
9211/12 9211/13
9211/15 9211/20
9211/24 9212/8 9212/9
9212/17 9213/2
9214/16 9214/16
9215/10 9215/20
9215/23 9216/14
9216/19 9217/1
9218/23 9222/10
9225/17 9226/18
9227/15 9227/18
9229/18 9229/25
9230/4 9232/24
9232/24 9234/9 9235/3
9235/11 9236/3
9236/18 9236/20

did... [76] 9237/23
9237/24 9239/6 9239/8
9239/25 9240/4 9240/4
9240/10 9240/14
9240/16 9244/8 9248/4
9248/5 9249/6 9249/7
9252/20 9253/8
9253/10 9253/15
9254/3 9254/5 9254/6
9255/5 9255/19
9257/14 9257/16
9257/18 9258/8
9258/11 9258/21
9259/9 9260/6 9260/8
9260/9 9260/11
9260/13 9266/4 9266/4
9266/17 9266/18
9267/17 9267/17
9267/23 9270/8 9270/9
9270/10 9272/7
9280/14 9280/16
9280/23 9280/24
9281/7 9282/8 9282/12
9282/17 9283/10
9283/12 9283/14
9289/1 9294/23 9295/5
9296/13 9296/15
9296/20 9296/22
9296/24 9297/6
9298/17 9298/20
9298/23 9298/24
9299/6 9303/23
9305/25 9306/13
9306/17
did you [23] 9210/17
9211/8 9211/24 9213/2
9215/23 9222/10
9230/4 9240/14 9240/8
9248/4 9248/5 9249/6
9254/3 9258/21 9259/9
9266/4 9280/14 9282/8
9282/12 9282/17
9283/10 9294/23
9296/24
didn't [17] 9164/18
9166/24 9173/22
9174/9 9193/6 9210/19
9214/24 9216/22
9220/4 9220/7 9220/10
9222/18 9224/11
9271/17 9277/15
9283/13 9297/19
differ [1] 9170/6
difference [8] 9170/1
9197/21 9247/15
9270/2 9276/24
9278/20 9284/8
9286/17
differences [7]
9197/24 9247/19
9251/10 9258/1
9269/21 9269/24
9287/5
different [18] 9158/3
9166/17 9167/5 9167/6
9168/15 9168/16
9169/22 9170/22

9186/24 9223/18
9247/3 9249/11
9254/15 9259/11
9274/6 9297/22
differently [2] 9170/7
9306/22
digital [8] 9243/14
9244/3 9244/5 9244/23
9245/3 9245/4 9245/11
9247/12
digits [1] 9259/11
dinner [1] 9213/21
direct [18] 9154/4
9243/3 9245/17
9252/22 9255/14
9263/8 9263/10 9278/8
9279/7 9280/2 9287/4
9290/10 9298/13
9307/1 9307/3 9307/9
9308/10 9308/11
directed [1] 9190/17
direction [1] 9171/20
directly [1] 9166/25
disagree [2] 9169/24
9306/14
disclose [2] 9306/15
9306/21
disclosure [2] 9218/1
9218/2
discover [1] 9259/9
discovered [1] 9202/4
discovery [4] 9179/1
9179/2 9179/3 9198/6
discrepancies [1]
9271/23 9275/10
discrepancy [1]
9258/5
discuss [4] 9167/16
9187/22 9192/12
9263/22
discussed [7] 9188/2
9195/18 9250/16
9265/13 9266/3
9270/12 9276/4
discussing [4] 9168/16
9220/5 9301/1 9306/12
discussion [2] 9164/23
9204/18
discussions [1]
9252/23
dispute [2] 9168/1
9180/5
distinction [5] 9170/17
9170/18 9170/20
9170/21 9245/24
distinctions [2]
9170/16 9269/14
DISTRICT [6] 9150/1
9150/1 9150/10
9193/22 9194/3 9194/3
do [158] 9158/22
9160/3 9160/6 9160/10
9161/12 9162/5 9162/7
9162/17 9165/10
9168/21 9169/11
9170/9 9171/12
9172/10 9172/25

9180/21 9182/22
9182/23 9184/11
9185/5 9186/13
9187/16 9189/14
9189/15 9189/17
9189/18 9189/23
9190/11 9190/12
9191/23 9191/24
9193/15 9194/8 9195/1
9195/3 9195/5 9196/3
9196/9 9198/18
9198/22 9199/12
9200/14 9200/15
9200/25 9201/1 9203/1
9203/3 9204/20 9205/4
9205/5 9205/25
9206/16 9206/17
9207/10 9210/19
9212/14 9212/15
9213/20 9214/20
9214/21 9218/7
9219/13 9219/24
9220/12 9220/14
9221/17 9221/20
9223/1 9224/20 9225/3
9225/9 9225/25
9226/13 9229/22
9229/24 9230/9
9230/15 9231/9
9234/21 9235/7
9236/13 9236/14
9237/20 9238/18
9243/13 9243/13
9243/24 9243/24
9243/25 9243/25
9244/17 9244/18
9246/7 9248/20
9248/25 9249/16
9250/7 9250/23
9250/25 9251/2 9251/9
9252/10 9252/12
9253/3 9253/4 9253/21
9254/20 9255/13
9261/16 9263/7 9266/1
9266/4 9267/11
9267/23 9268/5
9268/12 9268/13
9268/22 9269/13
9270/14 9270/21
9271/22 9271/25
9273/9 9274/1 9276/8
9277/4 9277/7 9278/14
9279/11 9280/20
9284/21 9287/8
9287/12 9287/13
9289/17 9292/6
9292/19 9293/3
9293/13 9297/5
9297/13 9298/4
9298/22 9299/12
9299/19 9300/9 9301/1
9302/12 9302/15
9305/5 9305/7 9305/11
9306/25 9307/6
do you [20] 9161/12
9185/5 9186/13
9189/14 9189/17

9203/1 9205/25
9212/14 9248/25
9250/23 9250/25
9251/9 9263/7 9277/4
9280/20 9287/8 9293/3
9297/5
do you have [6]
9162/5 9162/7 9244/17
9279/11 9299/12
9305/5
do you know [6]
9220/12 9225/25
9231/9 9234/21
9237/20 9300/9
do you recognize [7]
9191/23 9205/4
9206/16 9226/13
9230/9 9230/15
9268/12
do you remember [3]
9229/22 9301/1
9302/15
do you see [9] 9196/9
9224/20 9225/3 9225/9
9252/10 9253/3
9271/22 9287/12
9293/13
document [9] 9191/23
9191/25 9194/22
9205/4 9205/18 9252/3
9252/5 9258/20
9281/11
does [41] 9157/21
9161/11 9162/15
9165/14 9167/21
9168/2 9177/9 9177/15
9178/5 9185/13
9185/14 9185/21
9186/16 9190/13
9190/14 9194/24
9196/20 9217/6 9217/6
9218/19 9221/9
9222/16 9228/8
9228/23 9232/9 9234/3
9239/3 9239/5 9247/7
9247/13 9247/14
9250/14 9254/14
9259/12 9265/20
9265/22 9269/9
9277/12 9279/4 9282/8
9294/7
doesn't [10] 9170/8
9171/18 9181/23
9186/7 9195/3 9219/25
9251/9 9251/9 9255/12
9292/2
doing [13] 9188/22
9204/6 9211/10
9216/25 9225/14
9229/15 9242/16
9273/4 9280/12
9288/13 9289/16
9306/8 9307/11
don't [50] 9157/12
9158/4 9158/5 9158/7
9160/9 9161/9 9162/18

9203/1 9205/25
9212/14 9248/25
9250/25 9250/25
9251/9 9263/7 9277/4
9280/20 9287/8 9293/3
9297/5
do you have [6]
9162/5 9162/7 9244/17
9279/11 9299/12
9305/5
do you know [6]
9220/12 9225/25
9231/9 9234/21
9237/20 9300/9
do you recognize [7]
9191/23 9205/4
9206/16 9226/13
9230/9 9230/15
9268/12
do you remember [3]
9229/22 9301/1
9302/15
do you see [9] 9196/9
9224/20 9225/3 9225/9
9252/10 9253/3
9271/22 9287/12
9293/13
document [9] 9191/23
9191/25 9194/22
9205/4 9205/18 9252/3
9252/5 9258/20
9281/11
does [41] 9157/21
9161/11 9162/15
9165/14 9167/21
9168/2 9177/9 9177/15
9178/5 9185/13
9185/14 9185/21
9186/16 9190/13
9190/14 9194/24
9196/20 9217/6 9217/6
9218/19 9221/9
9222/16 9228/8
9228/23 9232/9 9234/3
9239/3 9239/5 9247/7
9247/13 9247/14
9250/14 9254/14
9259/12 9265/20
9265/22 9269/9
9277/12 9279/4 9282/8
9294/7
doesn't [10] 9170/8
9171/18 9181/23
9186/7 9195/3 9219/25
9251/9 9251/9 9255/12
9292/2
doing [13] 9188/22
9204/6 9211/10
9216/25 9225/14
9229/15 9242/16
9273/4 9280/12
9288/13 9289/16
9306/8 9307/11
don't [50] 9157/12
9158/4 9158/5 9158/7
9160/9 9161/9 9162/18

9168/1 9168/13
9169/24 9172/4 9173/1
9181/25 9183/6 9183/9
9184/2 9184/11
9184/16 9192/6 9193/7
9216/20 9217/3
9219/24 9220/2 9222/6
9222/25 9223/14
9241/16 9243/21
9245/7 9249/17
9249/18 9255/5
9259/16 9263/14
9267/16 9270/24
9273/18 9278/25
9292/16 9296/4
9299/10 9301/9
9301/24 9305/25
9306/3 9306/14 9307/3
done [12] 9156/19
9182/21 9188/16
9247/12 9254/19
9259/18 9259/21
9259/22 9270/21
9271/11 9308/10
9308/16
Donovan [8] 9163/5
9202/9 9215/12
9218/17 9218/18
9232/21 9232/25
9252/24
Donovan Crowl [4]
9163/5 9202/9 9215/12
9252/24
Donovan Crowl's [1]
9218/17
door [1] 9241/6
doubt [2] 9171/6
9171/17
Doug [2] 9163/9
9209/20
down [54] 9179/20
9197/20 9200/18
9201/3 9201/15
9201/24 9206/10
9206/11 9206/12
9207/16 9209/18
9213/18 9214/25
9218/22 9221/3
9229/16 9230/18
9230/25 9230/25
9231/2 9232/8 9232/12
9232/15 9233/4
9234/17 9235/1 9237/1
9237/25 9238/16
9238/20 9238/24
9239/9 9239/11 9241/1
9241/22 9253/5
9263/21 9273/10
9274/15 9274/17
9275/15 9276/13
9276/20 9281/21
9288/5 9291/11
9292/24 9294/11
9295/21 9297/19
9301/21 9303/12
9305/4 9308/5
dozens [1] 9180/2

# D

drafting [1] 9171/21
draw [1] 9172/18
drawing [2] 9229/16
9246/24
drawn [1] 9177/18
drive [4] 9152/8
9247/16 9247/21
9247/22
driver's [2] 9213/9
9213/9
drives [1] 9247/13
driveway [1] 9213/4
dropped [1] 9173/11
during [10] 9163/16
9210/14 9249/5
9250/21 9263/22
9277/14 9277/17
9301/3 9303/9 9307/9

# E

each [6] 9172/16
9174/12 9174/13
9241/11 9244/16
9294/18
earlier [15] 9159/1
9159/14 9159/19
9159/22 9175/24
9187/14 9265/16
9268/15 9270/12
9275/24 9276/4
9286/24 9298/13
9300/22 9303/21
early [2] 9305/24
9307/24
easier [2] 9160/14
9253/24
easily [1] 9249/12
Eastern [20] 9253/17
9256/4 9256/5 9256/6
9256/10 9256/18
9256/25 9257/15
9258/22 9272/5 9272/7
9272/9 9272/20 9275/8
9288/22 9288/25
9289/22 9291/20
9291/20 9291/23
edification [1] 9266/2
Edmond [1] 9190/4
Edmund [1] 9152/2
education [1] 9244/8
Edward [3] 9151/10
9156/7 9156/10
Edwards [3] 9150/16
9156/9 9173/10
edwardtarpley [1]
9151/12
effect [1] 9177/1
efficiency [1] 9268/19
efficiently [1] 9306/9
either [13] 9176/15
9177/1 9182/25
9201/25 9204/11
9219/7 9230/5 9248/10
9257/8 9277/5 9277/22
9284/13 9299/17
elected [1] 9222/9
election [4] 9204/1

electronic [1] 9211/6
element [1] 9176/13
elements [4] 9170/5
9170/6 9175/11
9176/17
elevator [1] 9200/17
elicit [1] 9193/16
ELMER [4] 9150/6
9151/2 9156/4 9191/1
else [4] 9160/14
9161/7 9172/2 9241/18
else's [1] 9248/12
email [10] 9150/18
9150/19 9151/5 9151/9
9151/12 9151/16
9152/5 9152/9 9152/14
9217/8
Empire [1] 9152/13
employed [1] 9243/11
encourage [2] 9240/4
9240/4
encouraging [1]
9181/16
end [8] 9164/24
9165/21 9165/23
9180/9 9182/25
9183/25 9193/5
9239/22
ended [3] 9165/13
9165/19 9165/25
engaged [1] 9209/22
engaging [1] 9199/23
enlisted [1] 9187/7
enough [2] 9267/20
9289/19
entered [6] 9187/7
9202/5 9249/17
9264/20 9295/1 9295/2
entire [4] 9180/15
9266/13 9268/19
9278/15
entirely [1] 9291/15
entity [1] 9304/15
entry [1] 9281/11
escaping [1] 9266/21
especially [2] 9185/14
9253/25
essential [1] 9176/13
essentially [6] 9171/16
9250/17 9268/14
9268/18 9299/8 9302/7
establish [3] 9165/12
9165/18 9165/25
estate [1] 9233/11
et [5] 9150/6 9183/13
9207/25 9227/20
9254/16
et cetera [3] 9207/25
9227/20 9254/16
evaluation [1] 9159/10
even [10] 9157/11
9167/18 9171/4 9181/4
9207/22 9216/22
9218/2 9234/7 9303/12
9306/11
evening [2] 9156/20
9200/22

event [2] 9255/8
9303/13
events [3] 9175/8
9175/18 9178/2
ever [28] 9191/8
9192/7 9196/25
9197/15 9197/18
9210/22 9211/5 9214/2
9214/13 9214/17
9215/10 9215/20
9218/23 9225/17
9229/18 9229/25
9232/24 9232/24
9234/9 9235/11 9236/3
9240/4 9240/4 9240/10
9299/1 9299/2 9299/6
9299/13
every [2] 9160/9
9266/12
everybody [3] 9199/5
9264/12 9264/23
everyone [6] 9156/17
9187/8 9264/2 9264/15
9264/22 9308/8
everyone's [1] 9163/16
everything [3] 9231/1
9232/18 9247/21
evidence [57] 9158/25
9159/6 9159/13
9159/21 9160/1 9160/2
9172/16 9176/16
9177/5 9177/19
9180/17 9183/10
9186/2 9186/4 9188/7
9192/22 9195/19
9197/11 9202/18
9203/25 9205/11
9206/24 9208/18
9208/22 9214/5 9214/8
9216/11 9217/20
9221/1 9227/3 9228/15
9230/1 9231/21
9233/22 9235/24
9237/5 9238/6 9239/15
9240/1 9241/25
9244/3 9244/5 9245/12
9248/23 9253/8
9253/15 9254/6
9255/20 9257/14
9257/18 9260/6 9260/9
9260/23 9265/9 9268/9
9281/18 9302/4
exact [7] 9165/13
9165/14 9165/17
9165/19 9165/25
9180/8 9180/11
exactly [6] 9179/18
9243/25 9250/17
9256/12 9290/21
9295/13
examination [18]
9187/17 9188/25
9189/7 9243/3 9244/13
9245/11 9245/12
9255/3 9255/11
9255/14 9263/8 9280/2
9283/25 9287/4
9297/16 9307/4 9307/9

examined [1] 9266/10
examiner [4] 9243/14
9243/16 9244/10
9284/2
examining [1] 9254/22
example [3] 9198/14
9251/6 9301/11
Excel [1] 9226/15
excellent [1] 9247/7
exception [1] 9306/7
excerpt [2] 9282/24
9283/5
exchange [1] 9226/18
excused [1] 9264/1
exhibit [66] 9160/18
9160/24 9161/10
9161/12 9161/18
9162/1 9162/11
9162/14 9163/17
9163/18 9164/1 9164/9
9164/11 9164/12
9164/14 9191/11
9195/10 9195/19
9202/16 9204/21
9204/21 9205/8
9205/11 9206/14
9206/24 9208/22
9212/12 9225/22
9226/6 9227/3 9228/4
9228/15 9230/2
9231/11 9231/15
9231/21 9233/5 9233/6
9233/17 9233/22
9234/17 9235/6
9235/21 9235/24
9236/21 9237/2 9237/5
9238/6 9239/15
9248/24 9249/15
9249/24 9257/4
9260/23 9265/9
9272/16 9281/7
9281/15 9281/18
9287/10 9287/12
9288/6 9288/22 9293/1
9293/10 9302/4
Exhibit A [1] 9235/6
exhibits [11] 9155/1
9160/7 9162/9 9162/19
9163/1 9199/8 9229/21
9236/22 9268/9 9298/3
9300/23
exist [2] 9186/25
9297/6
exit [1] 9281/11
exited [2] 9263/20
9308/4
expect [2] 9195/1
9297/19
expediency [2] 9279/9
9304/6
experience [1] 9259/12
expert [10] 9245/8
9245/14 9250/3
9254/14 9254/18
9254/21 9254/23
9255/12 9257/24
9257/25

expertise [3] 9245/2
9258/9 9262/1
experts [1] 9250/4
explain [4] 9180/3
9194/6 9284/8 9295/10
explanation [4]
9274/11 9277/13
9277/21 9303/24
explicitly [1] 9171/13
explore [2] 9217/7
9255/3
expressly [1] 9167/19
extended [1] 9164/23
extensively [1] 9306/3
extent [2] 9167/18
9177/19
extra [1] 9180/2
extract [7] 9244/14
9246/1 9247/25
9269/22 9280/16
9283/10 9283/13
extracted [5] 9217/18
9248/11 9248/23
9280/20 9295/23
extracting [2] 9246/8
9247/15
extraction [34] 9244/5
9245/24 9246/16
9247/2 9248/2 9248/12
9248/16 9250/22
9253/9 9253/20
9253/20 9255/22
9255/24 9255/24
9256/13 9257/2
9257/13 9260/7
9260/12 9261/7 9262/2
9262/16 9262/21
9265/14 9268/14
9270/14 9271/19
9284/12 9284/16
9284/24 9295/22
9298/23 9300/10
9302/8
extractions [19]
9244/6 9245/3 9245/4
9245/19 9245/21
9246/14 9247/5
9247/13 9251/3
9251/16 9258/3 9258/6
9262/6 9269/19
9271/11 9295/3
9299/12 9300/21
9300/22
extremely [1] 9299/18
eye [1] 9180/20

# F

F.2d [3] 9167/2
9169/10 9175/24
F.3d [1] 9166/15
face [1] 9241/15
Facebook [32] 9174/19
9175/7 9175/7 9177/16
9177/22 9177/25
9178/1 9179/3 9180/15
9181/13 9218/18
9218/20 9219/17
9219/19 9219/21

**F**

Facebook... [17]
9219/25 9219/25
9220/2 9223/4 9223/9
9225/18 9227/7
9227/12 9227/14
9227/25 9228/7 9229/5
9229/7 9229/15
9229/16 9234/13
9235/18
facedown [1] 9241/3
facility [3] 9228/11
9230/12
facing [1] 9180/6
fact [10] 9159/17
9166/18 9180/23
9187/1 9198/1 9214/6
9228/10 9289/8
9290/10 9297/6
factors [1] 9286/25
facts [2] 9172/11
9177/5
factual [6] 9170/16
9170/17 9170/22
9172/14 9172/22
9179/10
failed [1] 9182/13
fair [18] 9187/22
9247/17 9247/18
9252/18 9256/22
9257/1 9261/18
9261/19 9262/3
9267/20 9272/3
9272/11 9276/11
9285/23 9287/18
9291/8 9291/20 9307/8
fairly [3] 9179/21
9186/2 9306/9
fake [2] 9189/17
9191/7
falls [1] 9177/14
familiar [10] 9191/16
9202/18 9226/7
9250/12 9251/18
9269/15 9269/17
9280/17 9283/1
9283/16
familiarity [1] 9254/15
famous [2] 9190/14
9202/12
far [8] 9179/25 9180/4
9215/2 9215/22
9216/23 9236/7 9262/2
9267/8
farm [1] 9214/20
fast [1] 9182/23
Father [1] 9241/16
father's [3] 9189/25
9215/3 9233/10
favorite [1] 9190/1
FBI [22] 9202/20
9210/15 9210/17
9210/23 9211/5
9211/21 9212/7 9212/8
9215/16 9215/24
9221/23 9228/11
9230/11 9234/7 9235/9
9236/6 9237/14

9258/4 9240/1
9240/11 9240/16
9250/3
FE [1] 9243/16
February [3] 9217/12
9218/10 9218/16
federal [3] 9196/7
9243/12 9306/2
feel [1] 9182/15
fell [1] 9167/14
Ferguson [3] 9166/14
9168/1 9172/7
ferry [2] 9207/19
9207/24
few [7] 9174/8 9188/1
9246/11 9274/4 9279/7
9284/4 9288/7
field [2] 9270/4 9270/7
Fifth [1] 9167/10
Fifth Circuit [1]
9167/10
fighting [1] 9191/2
figure [4] 9182/19
9187/12 9263/12
9307/4
figured [1] 9241/2
figuring [1] 9205/21
file [2] 9175/6 9244/13
files [3] 9174/15
9174/20 9175/1
final [5] 9174/1
9187/23 9194/23
9262/13 9300/4
finalize [1] 9188/5
finally [2] 9164/25
9196/18
find [21] 9157/10
9159/19 9161/17
9162/8 9162/23
9162/24 9166/25
9170/8 9170/10 9171/6
9171/8 9171/17
9184/16 9202/8 9217/1
9253/8 9253/15 9254/6
9255/19 9266/10
9294/25
fine [7] 9165/8 9184/4
9185/9 9194/16 9208/1
9222/2 9255/13
finger [2] 9228/20
9238/11
finish [1] 9188/11
first [42] 9158/24
9159/2 9165/11
9173/25 9176/6 9179/4
9180/10 9180/10
9180/14 9183/22
9184/4 9193/6 9193/18
9193/19 9193/20
9194/18 9202/3 9213/2
9219/22 9245/25
9246/1 9247/2 9258/5
9266/21 9269/3
9272/24 9273/2
9273/12 9274/7 9275/8
9276/9 9276/11
9280/25 9288/12
9294/4 9294/4 9294/18

9295/6 9302/1 9303/6
9304/6 9306/10
Fischer [27] 9152/11
9152/12 9156/14
9175/13 9180/18
9181/6 9181/7 9189/1
9189/12 9191/20
9194/24 9195/3 9200/7
9214/3 9214/10
9216/15 9217/7
9217/16 9217/23
9218/5 9218/6 9219/4
9227/1 9229/12
9241/24 9258/24
9264/11
Fischer's [1] 9174/6
fischerandputzi [1]
9152/15
fits [1] 9182/19
five [3] 9265/17
9265/20 9294/12
FL [7] 9282/7 9282/12
9282/16 9283/11
9293/25 9293/25
9294/22
flag [3] 9183/20 9184/9
9232/14
flee [1] 9240/11
flexible [1] 9166/3
Florida [3] 9236/17
9236/17 9295/20
focus [1] 9253/6
focused [1] 9167/24
focusing [1] 9178/23
folks [1] 9207/20
follow [2] 9171/1
9177/7
follows [2] 9167/1
9189/6
forced [1] 9190/1
Ford [1] 9219/4
foregoing [1] 9309/3
forensic [8] 9243/14
9243/16 9244/10
9244/13 9245/3 9245/4
9245/11 9262/4
forensics [1] 9244/23
forget [2] 9220/9
9220/9
Forgive [1] 9280/10
forgot [2] 9173/9
9278/5
fork [1] 9161/16
form [3] 9167/12
9211/3 9217/8
formal [2] 9244/11
9244/16
format [7] 9173/4
9226/15 9246/4
9246/19 9246/23
9300/22 9302/8
formats [1] 9244/6
formed [1] 9170/3
FormerFeds [1] 9152/7
formerfedsgroup.com
[1] 9152/10
forth [2] 9200/22
9206/19

forward [1] 9166/4
forwarded [1] 9157/4
found [6] 9198/5
9204/7 9212/7 9249/11
9255/21 9297/5
foundation [5] 9250/1
9250/5 9250/7 9252/2
9254/10
four [13] 9166/19
9171/8 9181/17
9181/22 9181/22
9256/15 9256/16
9256/21 9256/23
9257/1 9266/17 9275/1
9290/2
frame [12] 9210/15
9257/7 9257/10
9257/15 9258/23
9262/5 9276/17 9277/3
9277/6 9292/4 9301/14
9304/11
framework [4] 9167/16
9167/16 9167/18
9175/20
frank [1] 9160/8
frankly [1] 9218/2
freedom [1] 9194/15
Friday [8] 9188/10
9188/11 9188/12
9188/13 9188/15
9188/15 9188/16
9308/16
friend [3] 9227/22
9233/8 9235/2
friend's [1] 9220/5
friends [2] 9219/20
9220/6
front [2] 9151/15
9241/6
Fudd [1] 9191/1
fugitive [6] 9192/14
9192/14 9192/20
9196/23 9196/25
9197/10
full [4] 9180/16 9193/5
9193/5 9243/8
fully [2] 9194/25
9287/7
fun [1] 9190/19
further [5] 9189/5
9252/6 9273/10
9297/11 9304/24

**G**

garage [1] 9213/6
Gardali [8] 9220/13
9220/15 9220/16
9221/15 9221/20
9239/1 9239/4 9239/20
gas [1] 9199/13
gathered [1] 9232/11
Gator [1] 9283/3
gave [3] 9160/5
9171/12 9208/4
gear [1] 9198/2
general [4] 9167/7
9167/8 9175/25 9185/5
generally [1] 9179/23

generate [1] 9180/2
generic [10] 9158/24
9159/1 9177/21
9178/21 9179/6
9181/17 9270/4 9270/6
9273/23 9275/21
generically [1] 9186/6
gentleman [1] 9220/12
gentlemen [4] 9187/9
9210/4 9214/4 9307/23
genuine [1] 9167/4
get [29] 9156/18
9182/21 9182/24
9182/25 9183/10
9185/1 9187/20
9187/25 9188/4 9188/8
9188/22 9201/4
9201/24 9202/2
9207/20 9207/20
9207/21 9207/23
9211/5 9214/25
9219/24 9233/9 9248/1
9251/5 9261/9 9278/11
9284/10 9305/13
9305/19
gets [3] 9175/20
9291/7 9308/14
getting [6] 9229/4
9229/7 9229/14
9292/13 9292/21
9297/22
Geyer [2] 9152/7
9156/12
ghost [3] 9298/19
9299/7 9299/7
Gibson [3] 9167/11
9167/16 9167/16
give [8] 9160/15
9162/1 9178/5 9187/11
9193/9 9211/8 9307/17
9308/12
given [7] 9167/8
9172/24 9176/17
9177/10 9193/12
9218/17 9250/18
gives [1] 9201/14
giving [1] 9219/19
glare [1] 9240/20
Glen [1] 9152/13
glory [1] 9180/17
glut [1] 9301/13
gmail.com [1] 9151/9
go [68] 9158/13 9160/9
9163/15 9163/24
9164/13 9167/24
9168/5 9171/23
9173/16 9188/24
9191/10 9191/20
9191/21 9193/18
9194/4 9194/24 9197/9
9201/15 9201/25
9202/2 9202/15
9203/18 9208/15
9209/6 9211/25 9212/1
9213/14 9214/10
9214/17 9221/2 9222/3
9223/2 9223/22
9224/18 9225/2 9225/8

**go... [32]** 9228/4
9230/14 9230/25
9231/20 9232/1
9232/15 9234/16
9237/1 9237/9 9237/18
9238/8 9243/16
9244/12 9252/5 9253/5
9258/18 9258/19
9261/3 9261/13
9268/23 9272/24
9275/15 9276/2 9278/9
9280/11 9286/8
9297/19 9300/17
9301/21 9307/5
9307/24 9308/9
**go ahead [4]** 9188/24
9191/21 9213/14
9214/10
**goal [1]** 9188/3
**goals [1]** 9185/17
**God [1]** 9241/17
**God's [1]** 9241/17
**Godbold [3]** 9233/7
9233/8 9234/10
**goes [6]** 9163/15
9170/3 9179/1 9187/20
9252/7 9284/18
**going [77]** 9158/2
9158/5 9158/13
9163/20 9182/25
9185/25 9187/13
9191/14 9191/15
9192/25 9193/1
9195/11 9195/12
9195/15 9201/3
9202/15 9202/17
9203/18 9208/13
9208/14 9212/11
9213/2 9213/20 9216/7
9216/17 9216/19
9216/25 9217/14
9219/23 9220/1 9223/1
9223/22 9224/18
9225/16 9230/25
9231/2 9231/17
9231/17 9233/12
9237/8 9238/1 9238/22
9239/18 9239/22
9241/5 9243/19 9254/1
9260/19 9261/17
9268/3 9275/23
9276/10 9276/14
9278/10 9281/2 9281/8
9281/21 9297/18
9297/20 9298/7 9298/8
9299/25 9300/17
9300/18 9301/22
9302/12 9304/2
9305/10 9305/23
9306/1 9306/16
9306/19 9306/25
9307/7 9307/16
9307/23 9308/16
**gone [2]** 9203/19
9252/18
**good [15]** 9156/2
9156/17 9185/13

9189/11 9189/12
9233/8 9243/6 9243/7
9249/1 9280/4 9280/5
9284/2 9308/1
**good morning [6]**
9187/10 9187/25
9189/12 9243/7 9280/4
9280/5
**goodbye [1]** 9190/19
**goofing [1]** 9202/13
**goofy [1]** 9232/13
**gorgeous [1]** 9203/9
**gosh [1]** 9204/9
**got [7]** 9191/20
9200/17 9200/18
9202/11 9206/2
9214/21 9289/9
**GoToMeetings [2]**
9198/3 9198/13
**gotten [2]** 9200/7
9220/11
**government [50]**
9150/14 9156/9
9157/21 9159/3
9161/11 9165/1
9166/12 9166/21
9168/9 9169/8 9169/25
9172/13 9172/21
9173/9 9178/4 9181/2
9182/12 9185/4 9185/7
9185/11 9187/18
9192/6 9192/12 9193/3
9193/12 9196/20
9197/13 9200/4
9203/25 9208/8
9210/10 9216/22
9217/6 9217/18
9217/24 9217/25
9218/9 9218/15
9229/21 9230/18
9230/24 9230/25
9237/25 9245/7
9248/23 9249/15
9255/2 9279/4 9298/7
9301/24
**government's [12]**
9160/18 9160/24
9165/7 9169/13
9182/21 9187/21
9188/4 9188/8 9188/13
9217/4 9281/7 9300/5
**Governor [1]** 9152/12
**grabbed [1]** 9241/2
**grand [17]** 9158/21
9174/17 9174/21
9175/2 9176/8 9176/10
9176/19 9177/2
9177/19 9178/13
9179/15 9179/19
9180/14 9180/17
9181/21 9236/7 9240/1
**grandchildren [1]**
9190/16
**grass [1]** 9241/1
**Graydon [1]** 9158/9
**Graydon Young [1]**
9158/9

**Gray Key [2]** 9246/24
9247/3
**Grayshift's [1]** 9246/9
**Great [1]** 9284/3
**greater [4]** 9174/7
9177/9 9177/12
9271/12
**Greene [1]** 9269/4
9270/10 9272/2
9272/24 9273/6 9274/5
9275/3 9275/7 9276/14
9277/4 9278/16
9278/18 9278/21
9287/7 9290/13 9292/7
9292/12 9301/12
**Greene's [19]** 9248/7
9266/20 9269/4 9273/1
9276/20 9277/2
9287/19 9288/8 9289/3
9290/1 9290/6 9290/11
9290/16 9291/7 9292/2
9292/21 9302/13
9302/21 9304/7
**Grimes [4]** 9223/24
9224/3 9224/9 9224/14
**ground [1]** 9176/19
9275/16 9290/17
**Grounds [1]** 9198/20
**group [18]** 9167/14
9267/1 9267/18
9267/23 9278/15
9280/24 9294/8 9294/9
9294/10 9294/12
9294/14 9295/15
9295/16 9295/24
9296/1 9296/3 9296/6
9296/11
**Guard [1]** 9220/18
**guess [1]** 9189/19
9193/7 9218/6 9221/8
**guests [1]** 9213/21
**guilt [1]** 9181/3
**guilty [4]** 9157/10
9167/13 9171/8
9171/24
**gun [1]** 9198/24
**guy [3]** 9204/24
9206/20 9233/9

**H**

**hacked [1]** 9229/5
**had [105]** 9156/15
9156/21 9158/8
9158/16 9160/8 9161/7
9161/9 9161/13
9161/22 9163/22
9164/23 9165/1
9166/13 9170/2 9173/2
9173/9 9173/10
9173/12 9173/14
9173/16 9173/21
9178/15 9180/9
9180/17 9180/21
9180/22 9181/3 9181/7
9182/5 9182/7 9182/12
9185/24 9185/25
9189/20 9190/2 9191/8
9192/13 9197/3 9197/5

**Grady [1]** 9246/9 9247/21
9247/22
**harm [1]** 9185/13
**Harrelson [5]** 9152/7
9156/5 9156/12
9174/24 9181/14
**Harrelson's [3]** 9248/6
9266/20 9266/25
**Harrisburg [1]** 9151/15
**has [45]** 9158/5 9167/1
9167/2 9168/9 9168/11
9172/13 9172/20
9172/21 9175/13
9176/3 9177/2 9178/4
9182/15 9185/4
9190/15 9190/16
9203/25 9215/16
9217/5 9217/17 9221/7
9221/23 9223/15
9227/11 9234/13
9237/20 9238/18
9245/7 9247/24
9249/17 9249/23
9250/1 9255/2 9255/5
9256/4 9262/23
9263/15 9265/5
9273/13 9273/16
9275/20 9275/21
9286/20 9290/14
9307/8
**hasn't [1]** 9299/24
**hat [1]** 9201/18
**have [196]**
**Haven [5]** 9235/2
9235/2 9235/3 9235/16
9236/4
**having [8]** 9178/24
9185/21 9189/4
9243/21 9254/18
9254/19 9276/16
9287/7
**he [75]** 9161/13
9161/17 9164/9 9180/9
9180/19 9180/22
9182/10 9182/12
9189/19 9190/10
9190/23 9191/1 9191/2
9191/3 9192/14
9194/24 9195/1 9195/2
9196/20 9197/13
9199/16 9202/25
9206/7 9209/10
9212/20 9213/16
9213/19 9216/23
9217/19 9217/19
9217/21 9217/22
9218/3 9218/4 9220/17
9220/17 9220/20
9220/23 9222/12
9222/16 9222/16
9222/22 9222/23
9222/25 9223/14
9224/16 9233/9
9234/12 9234/15
9235/16 9235/19
9270/11 9272/2
9274/12 9275/21
9276/16 9277/8

9201/25 9202/4 9202/9
9202/24 9203/5
9203/13 9204/5
9204/19 9204/23
9204/23 9204/24
9206/7 9207/13
9207/18 9207/19
9207/22 9208/9 9209/9
9209/24 9210/10
9210/23 9213/7
9213/10 9214/22
9215/11 9219/20
9219/22 9229/5
9232/13 9233/8
9234/21 9235/18
9240/24 9240/24
9241/7 9241/10
9241/11 9241/11
9254/19 9256/21
9258/5 9259/18
9270/11 9274/12
9285/18 9285/23
9289/18 9292/12
9295/24 9297/6
9298/12 9298/21
9298/22 9299/1 9299/2
9299/4 9301/12 9303/6
9303/10 9303/11
9303/11 9303/21
9306/15 9307/8
**hadn't [1]** 9220/11
**hall [1]** 9201/24
**Haller [6]** 9279/11
9280/6 9283/23 9293/1
9293/11 9305/1
**Halloween [1]** 9232/13
**hammer [2]** 9182/8
9182/10
**hand [6]** 9163/22
9194/9 9227/6 9241/11
9242/10 9305/16
**handle [1]** 9244/3
**hands [4]** 9240/24
9241/8 9241/10
9289/18
**hang [13]** 9191/19
9192/2 9193/17 9198/7
9213/17 9214/3
9216/15 9223/13
9223/13 9226/1
9229/10 9238/5
9282/12
**hangout [3]** 9282/16
9294/1 9294/1
**happen [2]** 9187/12
9259/15
**happened [3]** 9173/13
9212/5 9240/17
**happening [2]** 9188/20
9303/12
**happens [2]** 9168/23
9223/18
**happy [2]** 9178/8
9178/11
**harbor [1]** 9214/14
**hard [6]** 9164/15
9243/21 9247/13

# H

he... [18] 9277/11
9277/19 9277/20
9288/19 9291/4 9291/7
9295/1 9295/2 9295/15
9295/24 9298/22
9303/6 9303/10
9303/10 9304/10
9304/11 9304/14
9304/19
he said [1] 9213/19
He was [1] 9220/17
he's [9] 9163/20
9183/7 9216/18 9222/9
9275/17 9277/21
9292/12 9303/19
9304/19
head [1] 9241/5
header [1] 9173/5
hear [5] 9164/15
9178/8 9178/11
9224/11 9277/15
heard [5] 9158/25
9159/6 9159/13
9267/16 9306/10
hearing [14] 9192/13
9193/1 9193/11
9193/15 9193/16
9194/1 9194/6 9194/11
9194/21 9194/25
9196/3 9196/7 9196/16
9243/21
hearsay [3] 9212/2
9212/18 9218/3
heck [1] 9219/21
held [2] 9192/19
9197/15
help [2] 9214/19
9256/9
helped [2] 9233/9
9280/12
her [36] 9157/10
9189/21 9211/14
9213/10 9236/18
9227/15 9236/18
9241/8 9241/8 9241/9
9241/10 9241/13
9241/13 9241/15
9241/15 9245/8
9245/9 9250/1 9250/6
9254/18 9254/19
9254/20 9254/21
9254/25 9255/4 9255/5
9255/10 9255/24
9257/18 9257/19
9267/16 9273/15
9277/16 9305/20
9308/11 9308/12
here [49] 9159/16
9159/18 9160/12
9166/18 9168/8
9170/17 9172/11
9175/20 9177/18
9178/22 9180/21
9182/1 9183/3 9183/3
9183/4 9183/5 9183/10
9184/17 9184/18
9188/22 9191/15
9199/4 9203/11
9212/12 9223/3 9223/7
9226/22 9233/13
9248/5 9248/5 9249/4
9249/14 9253/1 9253/6
9269/12 9272/9
9272/18 9273/4 9275/1
9276/3 9276/9 9276/10
9276/16 9297/19
9297/20 9298/12
9301/9
heroes [1] 9190/19
Hey [3] 9190/5 9202/10
9214/22
hide [3] 9214/2
9214/13 9240/11
high [1] 9188/15
Highway [1] 9152/12
him [26] 9163/12
9163/21 9176/2
9178/25 9182/8
9182/14 9183/6 9183/9
9184/25 9194/24
9195/4 9203/18 9209/9
9216/20 9216/21
9217/1 9217/14 9218/7
9221/23 9233/9
9233/14 9237/23
9239/6 9267/5 9278/12
9289/17
HIPAA [1] 9215/23
hire [1] 9207/23
his [55] 9162/18
9174/14 9174/16
9174/19 9174/20
9175/1 9175/15
9180/20 9183/5 9193/4
9197/11 9197/12
9212/19 9217/20
9218/4 9218/20 9224/7
9237/20 9243/9 9254/7
9255/21 9255/22
9255/24 9256/12
9256/12 9256/21
9260/12 9267/1 9267/6
9267/6 9267/7 9274/11
9275/17 9275/21
9278/18 9282/2 9282/3
9282/9 9282/10
9282/13 9282/17
9292/12 9295/24
9296/2 9296/21 9297/1
9298/21 9298/22
9298/23 9299/4
9301/12 9303/1 9303/4
9303/5 9304/16
historically [1]
9259/17
history [5] 9168/3
9193/4 9196/18
9196/21 9197/11
hit [4] 9199/12 9259/25
9303/14 9303/22
Hitler [1] 9191/3
hits [2] 9286/23
9286/25
Hobbs [1] 9179/15

hold [2] 9213/7
9244/9
holding [1] 9232/14
home [7] 9157/12
9202/21 9207/21
9211/17 9211/21
9215/1 9259/24
honestly [1] 9259/16
Honor [87] 9156/2
9157/5 9157/23 9158/7
9158/12 9159/5 9160/4
9160/18 9160/23
9162/12 9162/17
9163/1 9164/8 9164/18
9165/10 9167/23
9168/17 9170/13
9171/22 9172/4 9173/4
9173/18 9178/12
9179/12 9179/25
9180/7 9180/13
9180/24 9183/7
9183/11 9184/13
9184/19 9184/23
9185/10 9185/12
9191/17 9192/1 9193/9
9195/4 9199/15
9200/10 9205/7 9210/1
9210/7 9216/19
9221/25 9223/10
9224/10 9225/19
9226/4 9241/18
9241/23 9242/5 9242/7
9242/17 9245/7
9249/19 9249/22
9252/1 9252/8 9254/12
9255/7 9260/18
9263/24 9264/10
9264/25 9265/4 9266/1
9267/14 9267/20
9268/3 9278/3 9279/9
9279/12 9281/16
9283/22 9296/16
9297/10 9297/13
9304/2 9305/2 9305/7
9305/19 9305/22
9307/6 9307/12
9307/18
Honor's [1] 9306/23
HONORABLE [1]
9150/9
hood [1] 9241/3
hope [2] 9187/14
9195/2
hot [1] 9240/20
hotmail.com [1]
9152/15
hounded [1] 9213/16
hour [3] 9183/2 9276/5
9301/13
hours [6] 9244/11
9244/15 9256/25
9276/24 9306/7 9307/2
hours' [2] 9276/24
9307/19
house [7] 9212/9
9213/5 9215/3 9215/3
9233/10 9240/22
9241/6

how [34] 9157/5
9161/16 9167/17
9171/1 9173/24
9179/21 9181/5 9181/7
9181/25 9182/19
9186/4 9202/8 9217/17
9243/25 9244/14
9250/7 9254/15
9262/21 9263/7
9263/10 9266/4
9269/17 9269/21
9269/21 9269/22
9270/21 9271/10
9284/2 9286/5 9301/2
9306/25 9307/10
9307/13 9308/13
however [6] 9187/22
9218/7 9258/1 9275/5
9297/2 9303/10
Hubbard [1] 9167/10
Hughes [4] 9150/15
9156/9 9307/10
9308/10
huh [24] 9190/9
9202/23 9203/15
9204/20 9205/16
9206/3 9206/15 9209/3
9209/11 9210/12
9218/21 9221/11
9223/6 9224/21 9225/1
9230/6 9231/25 9232/7
9232/17 9233/16
9234/5 9236/11
9237/22 9238/13
hurt [2] 9207/20
hurts [1] 9201/12

# I

I also [2] 9171/4
9173/9
I am [6] 9196/21
9243/14 9249/22
9257/25 9269/16
9297/20
I apologize [6] 9156/24
9167/25 9204/15
9267/4 9301/9 9306/23
I believe [37] 9158/8
9158/19 9161/2
9161/15 9161/18
9162/2 9163/6 9163/24
9179/13 9179/14
9180/10 9201/6 9201/9
9202/20 9203/12
9203/21 9203/24
9204/3 9204/24
9205/15 9208/13
9209/20 9211/16
9211/17 9218/25
9226/12 9234/20
9247/12 9252/1
9255/19 9256/12
9257/7 9265/16
9267/25 9279/4
9293/10 9301/21
I can [9] 9160/12
9161/17 9162/1 9163/1

9181/23 9181/21
9186/14 9227/13
9250/6
I can't [4] 9168/1
9193/6 9214/20
9227/13
I couldn't [1] 9188/17
I did [22] 9211/2
9211/4 9211/9 9249/7
9253/10 9254/5
9258/11 9260/8
9260/11 9260/13
9266/18 9280/16
9280/23 9283/12
9283/14 9289/1
9296/15 9296/22
9298/20 9298/24
9305/25 9306/17
I didn't [5] 9164/18
9174/9 9193/6 9277/15
9297/19
I didn't see [1] 9222/18
I discussed [1] 9250/6
I don't [18] 9158/5
9161/9 9168/1 9168/13
9173/1 9181/25 9183/6
9184/2 9184/11 9192/6
9193/7 9216/20 9217/3
9245/7 9267/16
9301/24 9306/3
9306/14
I don't have [5] 9158/4
9160/9 9162/18
9249/18 9278/25
I gave [1] 9208/4
I guess [3] 9189/19
9193/7 9218/6
I have [21] 9162/13
9177/13 9197/11
9207/25 9230/7
9244/22 9244/25
9251/17 9251/20
9251/24 9252/17
9252/18 9259/20
9259/20 9272/17
9283/19 9293/8
9297/10 9306/15
9306/15 9306/20
I just [10] 9174/23
9176/24 9183/19
9184/9 9214/4 9216/21
9220/7 9220/10 9264/8
9284/4
I know [6] 9178/9
9187/12 9254/13
9255/21 9263/15
9283/3
I mean [10] 9157/4
9157/17 9163/14
9166/4 9170/14
9170/20 9178/9
9217/19 9223/1
9240/14
I say [1] 9284/20
I should [2] 9174/12
9248/5
I think [56] 9156/21
9157/5 9157/17

9323

I think... [53]  9158/10
9160/13 9161/20
9161/20 9164/12
9164/14 9166/4 9166/7
9168/5 9168/14
9168/18 9169/4
9169/18 9170/3
9170/14 9170/20
9172/3 9172/7 9173/12
9175/7 9178/14
9179/19 9179/21
9181/10 9183/2
9183/17 9183/19
9183/22 9184/6 9184/8
9184/10 9192/16
9193/11 9194/13
9198/5 9200/7 9201/3
9201/3 9212/20 9217/7
9217/9 9219/14 9233/1
9237/20 9254/25
9255/2 9281/2 9288/12
9290/7 9293/2 9301/22
9307/15 9307/16
I think I [1]  9182/17
I thought [5]  9158/2
9158/13 9185/24
9192/23 9231/15
I told [4]  9203/18
9211/25 9213/19
9308/15
I understand [2]
9157/11 9243/24
I want [15]  9159/15
9188/18 9245/17
9248/22 9250/11
9252/22 9253/6
9256/20 9262/12
9263/5 9268/23 9278/8
9298/2 9298/11 9300/4
I was [19]  9167/24
9201/24 9203/3 9203/9
9213/4 9213/4 9213/8
9216/25 9217/14
9220/17 9228/10
9229/16 9240/25
9241/1 9241/3 9241/4
9266/9 9278/5 9294/25
I went [3]  9220/9
9234/2 9240/20
I will [4]  9165/7 9194/7
9227/22 9245/8
I would [1]  9182/20
I'd [9]  9169/4 9178/11
9180/7 9180/24
9203/19 9220/1 9235/1
9284/5 9300/6
I'll [28]  9157/18 9162/2
9168/6 9182/2 9183/25
9189/1 9190/5 9190/5
9194/4 9194/17 9195/5
9195/5 9200/10
9208/18 9209/8 9216/3
9222/2 9223/1 9223/14
9226/1 9242/15 9248/4
9249/3 9250/5 9253/5
9263/21 9301/9
9308/12

I'm [53]  9160/15
9162/21 9163/20
9164/25 9165/4 9165/8
9165/10 9168/4
9170/23 9170/25
9176/21 9178/8
9181/25 9184/16
9187/15 9190/24
9191/3 9191/14
9191/15 9192/11
9195/11 9195/12
9198/14 9201/23
9202/17 9204/15
9208/13 9212/11
9216/7 9216/17
9216/18 9216/19
9216/24 9222/4 9223/1
9225/16 9227/1 9235/1
9235/21 9236/8
9239/22 9243/19
9243/20 9248/11
9249/1 9249/25
9249/25 9251/23
9252/5 9252/25 9253/1
9253/15 9256/8
9258/24 9258/24
9259/2 9260/2 9260/14
9260/19 9263/9
9263/12 9266/5
9267/15 9268/3
9270/22 9272/13
9272/25 9275/5
9277/15 9278/5
9278/11 9280/6 9280/7
9280/17 9281/2
9282/25 9283/5 9291/4
9296/20 9297/18
9297/22 9300/18
9301/8 9307/20
I'm going [8]  9191/15
9195/11 9195/12
9208/13 9216/7
9216/19 9260/19
9281/2
I'm just [2]  9216/24
9249/25
I'm not [7]  9168/4
9181/25 9212/11
9252/5 9253/1 9260/2
9280/17
I'm not sure [4]
9164/25 9216/17
9216/18 9282/25
I'm sorry [20]  9160/15
9165/4 9165/10 9222/4
9227/1 9248/11
9251/23 9258/24
9258/24 9259/2
9260/14 9263/9 9266/5
9270/22 9272/13
9272/25 9277/15
9278/5 9280/7 9296/20
I'm thinking [1]
9201/23
I've [10]  9166/12
9166/24 9178/10
9191/20 9202/11
9219/18 9252/2 9260/1

idea [3]  9208/2 9208/9
9217/17
identical [2]  9174/11
9174/12
identifiable [1]  9299/9
identification [1]
9244/4
identified [1]  9175/9
identify [5]  9160/22
9185/15 9267/16
9281/10 9283/6
identifying [1]  9186/22
identity [3]  9193/25
9194/6 9194/19
ignore [1]  9210/4
III [3]  9150/6 9151/2
9156/4
image [1]  9247/7
immediately [2]
9212/10 9240/15
impermissible [1]
9176/6
implicit [2]  9171/14
9171/19
implied [1]  9257/19
important [2]  9182/22
9187/24
importantly [1]
9186/16
imprimatur [1]  9254/21
inaccurate [1]  9246/17
inaugural [1]  9232/11
include [6]  9173/16
9173/17 9177/24
9210/24 9244/13
9247/13
included [3]  9173/2
9228/2 9256/23
including [7]  9169/15
9180/20 9185/18
9199/8 9223/5 9244/4
9287/25
incoming [1]  9295/1
inconsistency [1]
9159/19
inconsistent [6]
9158/1 9158/1 9158/9
9159/11 9159/15
9159/18
incorporate [1]  9160/5
indeed [1]  9219/6
INDEX [2]  9154/2
9154/9
indicate [3]  9218/25
9262/3 9301/18
indicated [5]  9179/20
9203/1 9204/23
9219/10 9272/2
indicators [1]  9247/1
indicted [3]  9179/4
9180/9 9182/5
indictment [29]
9165/14 9165/20
9166/2 9174/9 9174/22
9175/3 9175/5 9175/22
9176/2 9176/5 9176/6
9176/12 9176/14

idea [3]
9177/4 9177/6 9177/11
9177/11 9177/14
9178/13 9178/17
9179/21 9180/10
9181/1 9181/4 9181/23
9182/6 9185/21
indictments [1]  9180/7
individual [9]  9178/9
9196/19 9248/16
9251/7 9251/7 9261/3
9298/14 9301/3
9301/16
individuals [9]  9170/11
9206/6 9223/4 9235/17
9248/5 9265/18
9280/24 9283/1
9306/18
indulgence [8]  9163/8
9204/14 9204/15
9240/8 9278/2 9279/6
9293/8 9297/14
infer [1]  9173/25
inference [1]  9177/18
inferences [1]  9172/18
inferred [2]  9186/2
9186/4
info [1]  9227/13
information [6]  9179/2
9229/6 9247/16
9269/22 9269/23
9270/3
initial [5]  9193/21
9193/25 9194/18
9194/19 9194/21
initially [2]  9161/23
9193/2
inkling [1]  9209/24
Inn [6]  9200/13
9200/16 9200/24
9201/24 9202/7
9226/12
innocent [1]  9241/15
input [1]  9267/5
inside [3]  9214/16
9247/1 9280/18
installed [1]  9297/1
instance [2]  9284/20
9295/19
instances [1]  9275/5
instead [1]  9188/12
instigator [2]  9190/22
9191/4
instruct [4]  9169/3
9169/5 9178/3 9183/24
instructed [3]  9174/11
9182/1 9183/24
instruction [24]
9156/23 9157/18
9159/10 9161/19
9164/24 9166/9
9166/16 9167/3 9167/7
9167/8 9170/5 9171/2
9173/1 9173/11
9175/14 9184/11
9185/4 9185/13
9185/19 9186/9
9186/10 9186/15

instructions [14]
9173/15 9174/10
9176/3 9176/5 9176/12
9176/17 9177/10
9177/23 9181/8
9183/25 9185/15
9187/3 9187/21
9187/23
intelligently [2]  9168/4
9255/1
intend [2]  9216/20
9266/1
intended [1]  9208/7
intent [4]  9163/15
9163/16 9163/24
9289/17
intention [1]  9239/25
interact [1]  9247/23
interacting [1]  9248/1
interaction [1]  9197/25
interactions [1]
9209/19
interest [1]  9205/18
interested [1]  9188/10
interface [1]  9284/15
intermittently [1]
9277/9
interpreted [1]  9250/3
interrupt [1]  9267/15
interstate [1]  9179/16
interview [1]  9210/17
introduce [2]  9216/20
9239/12
introduced [3]  9162/4
9163/2 9163/14
introduces [1]  9193/10
investigated [3]
9174/16 9174/21
9175/2
Investigation [1]
9243/12
investigative [2]
9246/4 9251/11
involve [1]  9175/17
involved [4]  9171/21
9186/18 9196/16
9221/21
involvement [3]
9174/16 9174/20
9175/1
involves [1]  9166/18
involving [1]  9196/2
iPhone [8]  9247/5
9270/4 9270/8 9270/10
9273/16 9275/22
9283/6 9286/18
iPhones [2]  9290/24
9290/25
is [422]
is that [1]  9290/8
is that correct [9]
9196/4 9196/9 9202/22
9203/22 9230/12
9287/15 9292/4 9295/7
9298/8
is that fair [2]  9247/17
9276/11

**is that right [7]**
9206/14 9207/3
9223/24 9232/22
9238/22 9294/1
9294/19
**Is there [4]** 9197/21
9243/15 9246/11
9273/20
**Isaac' [1]** 9283/16
**Isaac's [1]** 9283/12
**Isaacs' [1]** 9283/12
**isn't [2]** 9274/14
9292/11
**issue [20]** 9157/25
9158/3 9158/14 9166/8
9166/18 9168/13
9168/14 9170/24
9170/25 9174/6
9175/16 9175/21
9178/24 9179/5
9179/20 9217/9 9259/8
9277/23 9301/2
9306/15
**issues [4]** 9178/6
9188/1 9188/6 9249/17
**it [312]**
9172/17 9246/22
**it would be [2]**
9172/1 9172/10
**it's [72]** 9157/6 9163/4
9163/16 9164/11
9170/17 9171/11
9172/1 9172/10
9172/15 9175/7
9177/13 9178/6
9178/19 9180/11
9181/20 9182/21
9183/2 9183/24 9186/8
9187/24 9188/20
9192/24 9193/11
9193/16 9199/16
9199/17 9201/13
9201/23 9201/23
9208/14 9208/17
9212/19 9212/25
9213/14 9215/2 9216/6
9217/16 9217/25
9218/3 9218/3 9223/3
9223/20 9225/21
9227/2 9231/16
9231/17 9231/17
9253/24 9254/17
9255/4 9257/23 9260/1
9262/21 9263/17
9264/7 9269/20
9270/15 9272/3
9272/24 9272/25
9273/12 9278/9
9281/11 9283/6
9286/25 9293/11
9293/24 9295/15
9296/18 9303/20
9305/10 9307/8
**item [1]** 9269/1
**items [6]** 9175/9
9177/16 9177/21
9177/21 9182/13
9257/21

**J**

**J-a-b-r [1]** 9176/22
**Jabr [1]** 9176/22
**James [1]** 9151/7
9156/10
**Jan [1]** 9283/11
**Jan. [8]** 9267/25
9278/15 9282/3 9282/7
9286/16 9293/25
9293/25 9294/22
**January [63]** 9169/15
9175/8 9175/18 9178/2
9180/10 9196/3
9198/19 9198/25
9202/21 9207/4 9209/5
9209/13 9211/18
9215/16 9219/15
9220/20 9220/23
9221/8 9221/21
9222/13 9222/13
9222/24 9224/15
9224/24 9225/12
9225/15 9226/9
9226/19 9227/15
9227/24 9230/4
9230/23 9232/5
9232/16 9232/19
9233/15 9234/18
9235/4 9235/11
9235/14 9236/7 9236/9
9236/19 9236/23
9237/11 9237/14
9237/16 9237/17
9237/23 9238/17
9238/18 9238/21
9239/7 9239/20
9240/25 9282/5
9282/10 9282/14
9282/18 9295/6
9295/20 9297/7 9297/8
**January 2nd [3]**
9207/4 9209/13 9295/6
**January 4th [1]**
9222/13
**January 6th [25]**
9169/15 9175/18
9198/19 9198/25
9220/23 9221/21
9222/24 9224/15
9230/4 9230/23
9232/16 9232/19
9233/15 9235/4
9235/11 9235/14
9236/7 9236/9 9236/23
9237/11 9237/14
9237/23 9238/17
9238/21 9239/7
**January 7th [1]** 9232/5
**Japan [1]** 9191/3
**JC [2]** 9183/2 9184/21
**jcrisp [1]** 9151/16
**Jeffrey [2]** 9150/14

**jeffrey.nestler [1]**
9150/20
**Jennifer [1]** 9243/10
**Jerry [2]** 9237/20
9238/11
**Jessica [12]** 9151/14
9156/6 9189/20
9202/10 9213/12
9213/15 9215/12
9229/22 9231/7
9232/22 9232/25
9305/8
**Jessica Watkins [8]**
9189/20 9213/12
9213/15 9215/12
9229/22 9232/22
9232/25 9305/8
**jlbrightlaw [1]** 9151/9
**job [1]** 9247/7
**Joe [3]** 9233/7 9233/8
9234/10
**Johnston [1]** 9151/11
**join [1]** 9294/23
**join-chat [1]** 9294/23
**joined [2]** 9294/5
9295/3
**joins [1]** 9294/13
**Jonathan [2]** 9151/14
9156/13
**Jr [2]** 9151/10 9152/2
**judge [16]** 9150/10
9159/24 9160/15
9165/3 9165/7 9166/5
9193/22 9196/16
9212/22 9250/5
9254/25 9255/15
9263/9 9272/14 9279/2
9306/15
**judging [1]** 9159/20
**Juli [1]** 9280/6
**Juli Haller [1]** 9280/6
**jump [3]** 9156/18
9249/3 9269/9
**juror [3]** 9167/4
9172/11 9188/10
**jurors [5]** 9167/5
9172/1 9183/3 9184/15
9258/25
**jury [70]** 9150/9
9158/22 9167/11
9169/1 9169/7 9170/2
9170/8 9170/10
9170/21 9171/1
9171/16 9171/20
9171/23 9172/17
9174/17 9174/21
9175/2 9176/3 9176/8
9176/11 9176/17
9177/2 9177/10
9177/19 9177/23
9179/15 9179/17
9179/19 9180/14
9180/17 9181/8
9181/21 9182/9
9182/25 9183/10
9185/23 9187/6 9187/7
9192/18 9192/25

9196/14 9199/12
9199/20 9200/8
9202/19 9228/17
9231/14 9231/23
9233/8 9233/24
9234/18 9236/1 9236/7
9238/8 9238/21
9239/19 9240/1
9245/23 9260/25
9263/20 9264/19
9264/20 9268/21
9269/25 9281/15
9308/4 9308/15
**jury's [3]** 9176/19
9178/13 9181/25
**just [114]** 9156/20
9157/7 9157/13
9158/23 9159/11
9160/4 9163/11 9164/8
9165/12 9165/16
9165/21 9168/6
9170/13 9170/17
9173/5 9173/6 9173/14
9174/8 9174/23
9175/19 9176/24
9177/24 9179/8
9179/19 9181/19
9182/16 9183/1
9183/11 9183/17
9183/19 9183/19
9184/9 9184/20 9185/8
9185/18 9186/6
9186/14 9186/15
9187/11 9189/13
9192/2 9192/24
9193/10 9193/19
9194/12 9194/17
9194/23 9195/5
9195/13 9196/12
9198/9 9198/17
9201/12 9201/14
9201/16 9205/3
9207/20 9207/24
9209/8 9210/6 9214/4
9216/8 9216/21
9216/24 9217/1
9219/23 9220/7
9220/10 9223/1 9226/1
9228/18 9231/13
9238/16 9240/24
9240/25 9241/8 9241/9
9241/12 9241/12
9241/15 9242/15
9249/19 9249/25
9250/23 9253/19
9258/25 9263/6 9264/8
9265/24 9266/2
9267/21 9270/24
9275/5 9277/23 9279/7
9279/7 9280/8 9280/11
9281/6 9281/9 9282/21
9282/23 9284/4 9284/8
9286/19 9288/1 9289/6
9290/2 9293/11
9293/19 9295/2 9300/4
9301/22 9304/6
**justice [12]** 9196/25

**K**

**Kahrs [3]** 9236/13
9236/15 9237/11
**Kathryn [5]** 9150/14
9156/8 9242/6 9243/2
9243/10
**kathryn.rakoczy [1]**
9150/19
**Kavanaugh [2]** 9196/8
9196/15
**keep [8]** 9184/20
9230/25 9231/2
9247/21 9253/24
9254/16 9285/8
9285/20
**Keeper [1]** 9234/4
**Keepers [7]** 9197/14
9197/16 9197/18
9197/22 9197/25
9198/1 9202/4
**Kelly [8]** 9152/2 9156/5
9280/6 9281/22
9281/23 9293/20
9293/22 9296/13
**Kelly Meggs [5]**
9280/6 9281/22
9281/23 9293/20
9293/22
**Kelly Meggs' [1]**
9296/13
**Kellye [1]** 9266/19
**Kellye SoRelle's [1]**
9266/19
**Kenneth [2]** 9152/7
9156/5
**Kentucky [1]** 9226/12
**key [3]** 9170/20
9280/23 9281/12
**kicked [1]** 9219/20
**kids [1]** 9190/15
**kind [14]** 9170/17
9186/15 9193/1
9201/13 9201/14
9202/12 9241/2 9241/5
9259/14 9271/18
9274/21 9292/16
9298/18 9301/8
**kinds [1]** 9198/3
**Kirby [3]** 9235/2
9235/16 9236/4
**kitted [1]** 9232/13
**KM79 [5]** 9281/8
9281/15 9281/17
9281/18 9293/11
**KM80 [1]** 9282/22
**knew [2]** 9179/25
9207/13
**knock [1]** 9185/1
**know [50]** 9167/17
9167/17 9168/25
9178/9 9180/3 9181/20
9181/24 9182/19

**K**

know... [42] 9187/12
9191/6 9194/14
9202/17 9209/24
9214/21 9216/22
9217/6 9219/19
9219/21 9220/12
9222/6 9222/25
9223/14 9223/15
9225/25 9231/9 9233/1
9234/21 9236/13
9237/20 9243/21
9249/16 9254/13
9254/21 9255/5
9255/21 9259/16
9263/15 9270/21
9273/9 9273/18 9274/1
9278/14 9283/3
9292/16 9292/19
9296/10 9299/10
9300/9 9302/21
9308/15
**knowledge [21]**
9198/10 9208/5 9208/6
9211/13 9211/15
9215/5 9215/13 9217/5
9217/21 9217/22
9218/4 9220/21 9222/1
9222/23 9223/9
9223/11 9224/9
9224/14 9255/12
9262/1 9285/9
**known [8]** 9282/4
9282/9 9282/10
9294/18 9295/11
9295/11 9295/13
9295/17
**knows [1]** 9217/16
**Knoxville [1]** 9243/10

**L**

**LA [1]** 9151/11
**label [1]** 9245/2
**lack [2]** 9181/9 9181/9
**lacking [1]** 9178/18
**ladders [1]** 9214/25
**Ladies [4]** 9187/9
9210/4 9214/4 9307/23
**lady [2]** 9202/10
9226/11
**laid [2]** 9250/1 9252/2
**Lakeland [1]** 9236/17
**Landon [1]** 9291/5
**language [19]** 9157/17
9162/25 9164/25
9168/7 9171/22 9173/2
9174/11 9174/12
9174/13 9174/23
9175/3 9175/4 9176/4
9177/7 9177/22
9178/22 9179/7
9180/11 9181/1
**large [1]** 9276/5
**largely [2]** 9219/12
9219/13
**LaRock [5]** 9222/7
9222/8 9222/10
9222/14 9222/23

**last [30]** 9156/20
9160/20 9161/2 9161/4
9166/12 9167/22
9171/14 9173/9 9177/2
9185/24 9190/2 9210/5
9280/22 9280/25
9281/22 9282/3 9282/9
9282/10 9282/13
9282/16 9282/17
9291/1 9295/10
9295/11 9295/11
9295/13 9295/14
9295/15 9295/17
9303/2
**late [2]** 9189/25
9219/14
**later [9]** 9182/17
9195/6 9220/17
9275/10 9290/3 9291/8
9291/8 9292/21 9297/4
9300/20 9305/13
9307/24
**Lawn [2]** 9151/3
9151/7
**lawyer [1]** 9182/4
**lawyers [1]** 9187/23
**lay [4]** 9200/21 9215/4
9250/5 9250/6
**lead [4]** 9194/24
9195/4 9217/1 9250/23
**leader [1]** 9209/20
**leadership [6]** 9197/13
9197/15 9280/15
9280/17 9281/24
9293/24
**leading [4]** 9195/12
9216/8 9217/13 9229/9
**leaning [2]** 9200/24
9201/10
**learned [5]** 9198/10
9211/20 9211/23
9217/20 9218/4
**learning [1]** 9244/14
**least [13]** 9162/14
9166/20 9170/23
9171/11 9171/20
9180/9 9185/1 9188/14
9191/20 9216/10
9218/1 9256/23 9275/1
**leave [7]** 9183/25
9184/6 9184/10 9212/9
9218/10 9220/2 9220/2
**leaves [1]** 9286/22
**leaving [1]** 9158/23
**Lee [2]** 9151/7 9156/10
**left [19]** 9158/19
9165/1 9172/17 9177/4
9192/16 9192/18
9192/23 9197/10
9201/4 9212/10 9234/2
9241/20 9288/1 9293/5
9296/5 9296/10
9296/11 9298/5 9298/7
**legal [3]** 9170/18
9188/1 9188/5
**legit [1]** 9299/13
**length [2]** 9300/8

**less [1]** 9168/25
**let [10]** 9175/19
9182/16 9182/24
9187/11 9196/24
9212/6 9226/2 9229/10
9241/16 9292/10
**let's [31]** 9156/18
9162/8 9174/5 9182/23
9183/1 9184/20
9184/22 9184/25
9185/1 9185/3 9188/24
9195/2 9202/15 9206/1
9208/11 9223/2
9230/14 9251/5
9263/17 9267/23
9269/9 9269/14
9270/14 9271/1
9272/24 9275/15
9285/11 9297/24
9300/20 9305/13
9307/24
**Let's see [2]** 9162/8
9206/1
**level [1]** 9175/14
**liability [18]** 9166/19
9168/12 9168/15
9169/2 9169/6 9169/12
9169/19 9169/20
9169/20 9169/21
9169/21 9169/23
9170/1 9170/9 9170/18
9171/2 9171/25 9172/2
**Library [1]** 9190/17
**license [1]** 9189/17
**licenses [1]** 9191/7
**lie [1]** 9190/5
**lies [1]** 9168/14
**lieutenant [1]** 9220/19
**light [4]** 9167/21
9178/10 9214/21
9279/9
**lights [2]** 9240/21
9241/14
**like [50]** 9169/10
9179/8 9180/5 9182/20
9185/19 9190/5 9191/2
9198/3 9199/9 9202/1
9205/5 9205/19 9206/5
9206/19 9208/25
9209/5 9209/12
9216/19 9220/5 9221/6
9221/7 9223/3 9224/1
9224/24 9225/15
9226/14 9226/15
9230/7 9230/10 9232/2
9232/5 9238/11
9241/19 9250/17
9250/25 9251/1
9251/10 9252/15
9254/24 9267/11
9281/14 9284/5
9286/24 9291/7
9291/19 9292/3
9294/21 9295/14
9300/6 9307/15
**likelihood [1]** 9299/16
**likely [8]** 9183/3

9277/21 9295/2
9301/18 9303/10
9303/24
**likes [1]** 9222/12
**limine [2]** 9160/6
9160/10
**limited [4]** 9163/12
9179/8 9179/9 9297/3
**limiting [1]** 9161/19
**Linder [4]** 9151/2
9151/3 9156/10 9158/8
**line [11]** 9168/5
9169/20 9172/3
9190/14 9190/21
9205/19 9227/21
9248/15 9257/21
9269/1 9273/12
**lines [2]** 9173/16
9190/8 9207/16
**link [4]** 9178/5 9216/23
9219/2 9222/20
**linked [1]** 9175/6
**list [7]** 9248/4 9294/9
9294/11 9294/16
9295/1 9296/1 9296/2
**listed [8]** 9159/10
9162/10 9254/6 9257/4
9258/12 9267/6
9275/10 9302/16
**lists [2]** 9252/23
9295/18
**literally [2]** 9176/15
9177/1
**little [28]** 9165/15
9166/24 9177/13
9182/18 9187/14
9196/12 9201/16
9202/7 9205/3 9206/11
9221/3 9228/18
9238/16 9243/20
9243/20 9243/21
9249/4 9250/23
9254/17 9256/20
9265/24 9276/7 9280/7
9282/25 9286/14
9286/16 9297/18
9305/10
**lives [2]** 9226/12
9236/17
**living [1]** 9220/20
**LLC [2]** 9151/14
9152/7
**load [1]** 9207/19
**local [1]** 9259/25
**location [5]** 9173/25
9249/13 9266/14
9271/15 9278/11
**locked [1]** 9213/24
**lodged [1]** 9185/4
**log [5]** 9205/5 9205/5
9205/14 9226/15
9251/6
**logs [5]** 9251/2 9251/5
9265/12
**long [3]** 9219/18
9263/7 9306/25
**longer [1]** 9263/10

**look [16]** 9171/16
9172/7 9182/17
9182/19 9191/21
9192/3 9222/12
9247/20 9248/6 9266/9
9273/10 9284/12
9284/21 9296/13
9296/22 9298/23
**looked [18]** 9166/24
9177/11 9191/2 9241/6
9251/18 9251/20
9251/22 9255/1 9255/9
9257/18 9260/1
9268/15 9284/7
9296/21 9298/17
9303/22 9306/2
9306/17
**looking [20]** 9192/11
9235/1 9248/4 9249/14
9249/24 9252/14
9258/20 9259/4 9268/2
9276/9 9282/2 9282/7
9282/11 9282/21
9282/24 9285/2
9292/25 9293/10
9293/12 9302/7
**looks [26]** 9177/9
9191/16 9205/5
9205/19 9206/5
9206/19 9208/25
9209/5 9209/12 9221/6
9221/7 9223/3 9224/1
9224/24 9225/14
9226/14 9226/15
9230/7 9230/10 9232/2
9232/5 9238/11
9252/15 9254/13
9291/7 9291/19
**loose [1]** 9188/1
**losing [1]** 9235/21
**lost [1]** 9280/7
**lot [4]** 9164/15 9219/20
9220/6 9255/2
**lots [3]** 9180/20
9230/23 9239/10
**Louis [2]** 9150/15
9156/9
**lovely [1]** 9236/16
**low [1]** 9215/4
**Lowe's [1]** 9214/20
**lunch [5]** 9305/11
9305/24 9307/4
9307/24 9308/1

**M**

**ma'am [35]** 9197/20
9243/6 9243/19
9245/17 9248/25
9249/14 9250/11
9252/10 9255/19
9258/16 9258/20
9259/4 9262/18 9265/2
9265/12 9266/7
9267/23 9276/4 9278/5
9278/8 9278/25 9289/7
9289/11 9289/24
9290/20 9291/3
9291/21 9291/25

9326

ma'am... **[7]** 9293/6
9293/14 9297/18
9298/2 9300/17
9304/24 9305/4
**machines [1]** 9247/24
**made [20]** 9159/1
9159/7 9159/14
9159/17 9161/13
9161/14 9168/7 9176/2
9192/12 9196/8 9214/7
9241/1 9261/17
9261/22 9262/4
9262/13 9285/18
9285/21 9288/24
9293/2
**magistrate [2]** 9193/22
9196/16
**magistrate judge [2]**
9193/22 9196/16
**mail [1]** 9212/14
**main [3]** 9166/14
9215/2 9270/2
**maintains [1]** 9197/13
**majority [1]** 9169/1
**make [17]** 9165/11
9173/15 9173/22
9184/9 9201/15 9246/1
9246/16 9247/22
9255/11 9264/4
9282/25 9285/12
9286/6 9296/10
9296/12 9298/2
9298/11
**makes [1]** 9166/4
**making [4]** 9183/12
9187/15 9190/25
9273/20
**man [1]** 9220/17
**Manassas [1]** 9228/11
**manner [1]** 9178/3
**many [8]** 9169/14
9179/3 9219/5 9220/16
9225/1 9239/24
9269/18 9297/3
**Manzo [8]** 9150/15
9156/9 9161/12
9189/16 9191/6
9200/13 9202/24
9219/10
**marching [1]** 9297/22
**mark [1]** 9282/22
**marked [10]** 9164/13
9206/13 9235/6
9249/15 9252/10
9265/5 9268/23 9287/7
9297/21 9300/19
**mask [2]** 9232/13
9242/15
**master's [1]** 9244/22
**matched [1]** 9256/12
**materially [1]** 9177/5
**Matt [2]** 9207/10
9209/1
**matter [2]** 9220/10
9309/4
**matters [2]** 9192/14
9196/22

**Matthew [1]** 9206/24
**Matthew Truong [1]**
9206/20
**may [25]** 9157/10
9158/8 9158/25 9159/7
9159/13 9159/15
9159/19 9159/21
9161/20 9162/18
9173/25 9176/14
9176/18 9182/17
9187/20 9198/10
9242/7 9242/17
9242/18 9250/23
9252/5 9258/21 9260/3
9297/13 9305/4
**may have [1]** 9297/13
**maybe [9]** 9165/16
9172/1 9183/24
9190/15 9202/1
9207/22 9217/10
9284/22 9284/22
**MD [1]** 9152/13
**me [50]** 9160/16
9164/24 9174/9
9175/19 9177/13
9178/6 9181/20 9182/3
9182/16 9187/11
9190/6 9191/16
9196/24 9201/3
9201/14 9203/12
9207/12 9212/6 9213/6
9214/19 9214/24
9220/10 9222/22
9226/2 9227/22
9229/10 9233/9
9240/18 9240/19
9240/23 9246/17
9246/23 9254/25
9255/2 9262/14 9263/2
9266/21 9272/9 9274/3
9280/8 9280/10 9281/5
9290/25 9292/10
9299/10 9301/1
9302/12 9302/25
9306/4 9308/11
**mean [18]** 9157/4
9157/17 9163/14
9166/4 9170/14
9170/20 9171/17
9178/9 9186/14 9188/9
9188/11 9194/17
9217/10 9217/19
9233/1 9240/14
9259/12 9294/7
**meaningful [3]** 9244/6
9246/4 9246/14
**means [9]** 9183/3
9246/1 9268/24
9274/13 9286/19
9289/9 9290/13
9302/18 9308/13
**mechanical [1]** 9153/6
**media [4]** 9174/15
9174/20 9175/1
9213/16
**medical [2]** 9215/25
9220/6
**medicating [1]**

**medicine [1]** 9200/20
**meet [1]** 9233/9
**Meggs [14]** 9152/2
9156/5 9174/24
9181/14 9280/6
9281/22 9281/23
9283/3 9293/20
9293/22 9294/18
9295/14 9295/21
9296/2
**Meggs' [4]** 9293/2
9295/6 9296/13
9296/22
**MEHTA [1]** 9150/9
**member [9]** 9197/18
9197/21 9197/22
9202/4 9294/8 9294/13
9295/21 9296/2 9296/3
**members [5]** 9185/16
9223/20 9234/13
9290/18 9294/13
**membership [12]**
9267/6 9267/6 9293/4
9294/9 9294/11
9294/14 9294/15
9295/1 9295/11
9295/17 9295/18
9295/25
**memory [2]** 9203/11
9256/9
**mentioned [2]** 9173/10
9239/1
**Merit [1]** 9153/2
**message [70]** 9175/6
9189/20 9190/10
9190/11 9203/14
9203/16 9207/3
9207/10 9207/15
9208/14 9209/1 9209/1
9209/4 9209/6 9209/10
9221/8 9222/17
9223/18 9224/2 9224/7
9224/20 9225/3 9225/9
9226/14 9226/18
9227/8 9233/14
9235/18 9269/12
9270/5 9270/7 9270/25
9271/8 9272/4 9273/11
9273/16 9275/7
9275/18 9278/17
9278/19 9278/22
9280/22 9280/25
9281/23 9282/4 9282/9
9282/10 9282/13
9282/17 9286/20
9286/22 9287/2
9287/25 9288/12
9288/16 9288/20
9289/3 9289/13
9289/16 9291/1 9291/1
9294/18 9295/5
9295/11 9295/13
9295/14 9295/15
9302/19 9304/19
9304/20
**messages [82]**
9160/19 9175/16

**medicine [1]** 9200/20
9180/1 9180/20 9181/3
9190/7 9215/11
9215/20 9218/17
9218/18 9219/11
9219/11 9219/16
9219/17 9221/14
9221/17 9222/10
9222/12 9222/14
9223/7 9223/8 9224/2
9225/18 9226/16
9230/5 9232/25 9234/9
9234/22 9235/8 9236/3
9236/18 9236/22
9237/13 9239/3 9240/5
9240/6 9251/1 9251/2
9270/4 9274/9 9274/15
9274/18 9274/21
9276/5 9276/16
9276/16 9276/22
9277/4 9277/9 9277/22
9284/13 9286/18
9286/18 9287/5
9287/14 9287/18
9287/23 9288/7 9290/7
9290/13 9291/14
9291/15 9291/24
9292/3 9292/6 9292/13
9292/17 9292/21
9297/2 9301/3 9301/13
9301/16 9302/13
9302/15 9303/1
9303/13 9303/19
9303/21 9304/10
9304/10
**messed [1]** 9214/23
**Messenger [3]** 9218/20
9227/14 9227/23
**messing [1]** 9191/1
**met [3]** 9203/21 9226/9
9226/11
**methodically [1]**
9300/18
**MFs [1]** 9213/16
**mic [1]** 9243/20
**Michael [3]** 9266/20
9273/1 9287/7
**Michael Greene [1]**
9287/7
**Michael Greene's [1]**
9273/1
**mid [1]** 9218/16
**middle [2]** 9232/1
9234/3
**might [8]** 9165/11
9165/15 9175/17
9178/1 9184/9 9187/12
9188/21 9281/2
**military [2]** 9163/22
9198/2
**mind [4]** 9168/22
9171/5 9173/11 9214/9
**mine [3]** 9229/2 9235/2
9306/20
**minimal [2]** 9196/20
9197/5
**minute [2]** 9289/6
9293/8

**minutes [6]** 9263/13
9264/13 9274/4
9278/21 9290/2 9291/8
**misimpression [1]**
9192/19
**missed [6]** 9262/16
9262/19 9262/22
9263/1 9284/14
9300/10
**mission [1]** 9290/19
**mistake [1]** 9237/19
**mobile [2]** 9247/13
9247/23
**mode [2]** 9274/8
9284/22
**model [2]** 9187/2
9187/3
**modified [1]** 9186/16
**modify [1]** 9176/17
**moment [9]** 9160/12
9160/16 9184/23
9185/9 9272/14 9276/3
9278/2 9279/7 9297/23
**Monday [1]** 9162/21
**monikers [1]** 9283/2
**month [1]** 9190/3
**months [2]** 9179/3
9216/10
**more [29]** 9161/21
9165/12 9170/11
9172/3 9172/4 9176/21
9177/21 9179/6
9182/16 9182/18
9182/21 9184/5
9184/10 9185/13
9185/22 9186/21
9188/21 9193/8
9200/20 9206/11
9216/23 9219/10
9223/1 9232/15
9234/18 9238/20
9247/3 9257/3 9308/11
**morning [24]** 9150/7
9156/2 9156/16
9156/17 9158/22
9160/17 9160/23
9187/8 9187/10 9188/9
9188/12 9189/11
9189/12 9202/6
9203/19 9241/1 9243/6
9243/7 9263/17 9280/4
9280/5 9284/2 9284/4
9306/12
**most [5]** 9167/6
9200/21 9246/8
9277/13 9301/18
**motion [3]** 9160/6
9160/10 9264/4
**move [26]** 9171/25
9181/23 9195/16
9200/10 9202/15
9204/16 9205/7
9206/21 9208/18
9216/3 9219/18
9221/12 9224/18
9226/24 9230/24
9231/11 9233/17
9236/12 9236/25

**move... [7]** 9239/12 9245/8 9260/19 9262/12 9265/5 9268/3 9281/14

**moves [1]** 9171/20

**movie [5]** 9190/2 9190/8 9190/13 9190/14 9190/16

**movies [1]** 9190/1

**moving [2]** 9164/22 9173/13

**Mr [6]** 9202/3 9214/3 9216/15 9220/15 9273/6 9290/12

**Mr. [222]**

**Mr. Alpert [1]** 9173/21

**Mr. Caldwell [53]** 9161/8 9163/6 9163/11 9174/6 9174/8 9174/18 9175/4 9175/5 9177/16 9177/20 9178/17 9178/22 9178/24 9179/4 9179/7 9179/11 9179/23 9180/8 9180/15 9180/18 9180/19 9181/12 9183/5 9184/24 9185/8 9189/1 9189/11 9192/13 9195/10 9195/11 9196/14 9196/19 9198/9 9200/9 9210/3 9210/5 9210/6 9210/9 9213/13 9214/13 9215/8 9215/10 9216/7 9217/16 9217/17 9218/14 9220/12 9226/1 9241/19 9242/2 9251/23 9264/4 9298/21

**Mr. Caldwell's [15]** 9163/15 9163/19 9187/16 9188/25 9193/2 9214/9 9242/8 9248/7 9254/3 9255/20 9256/9 9260/10 9261/22 9298/17 9299/2

**Mr. Combs [2]** 9203/14 9203/17

**Mr. Crisp [14]** 9164/9 9165/2 9242/4 9255/13 9258/25 9260/14 9263/7 9264/24 9267/15 9279/3 9284/6 9297/12 9305/5 9306/13

**Mr. Crowl [8]** 9180/15 9211/17 9211/21 9212/8 9213/7 9213/10 9214/14 9231/6

**Mr. Crowl's [3]** 9217/11 9217/11 9218/9

**Mr. De [2]** 9235/2 9235/3

**Mr. Edwards [1]**

**Mr. Fischer [21]** 9175/13 9180/18 9181/6 9181/7 9189/1 9189/12 9191/20 9194/24 9195/3 9200/7 9214/10 9217/7 9217/16 9217/23 9218/5 9218/6 9227/1 9229/12 9241/24 9258/24 9264/11

**Mr. Fischer's [1]** 9174/6

**Mr. Gardali [5]** 9221/15 9221/20 9239/1 9239/4 9239/20

**Mr. Greene [14]** 9270/10 9272/2 9274/5 9275/3 9275/7 9276/14 9277/4 9278/16 9278/18 9278/21 9290/13 9292/7 9292/12 9301/12

**Mr. Greene's [17]** 9248/7 9269/4 9276/20 9277/2 9287/19 9288/8 9289/3 9290/1 9290/6 9290/11 9290/16 9291/7 9292/2 9292/21 9302/13 9302/21 9304/7

**Mr. Harrelson [2]** 9174/24 9181/14

**Mr. Harrelson's [3]** 9248/6 9266/20 9266/25

**Mr. Isaacs' [1]** 9283/12

**Mr. Kavanaugh [1]** 9196/8

**Mr. Kirby [1]** 9235/16

**Mr. Linder [1]** 9158/8

**Mr. Manzo [6]** 9161/12 9189/16 9191/6 9200/13 9202/24 9219/10

**Mr. Meggs [7]** 9174/24 9181/14 9283/3 9294/18 9295/14 9295/21 9296/2

**Mr. Meggs' [3]** 9293/2 9295/6 9296/22

**Mr. Rhodes [21]** 9160/7 9162/15 9181/15 9270/8 9272/3 9273/9 9274/5 9275/20 9276/11 9277/22 9277/23 9278/9 9278/10 9278/13 9287/19 9287/25 9288/8 9290/21 9291/2 9291/15 9304/20

**Mr. Rhodes' [9]** 9183/14 9248/7 9276/15 9277/3 9288/16 9288/19 9289/14 9291/16 9291/23

**Mr. Stamey [6]**

**Mr. Steele [5]** 9204/16 9205/7 9207/12 9208/4 9209/19

**Mr. Stirone [1]** 9179/17

**Mr. Stone's [1]** 9295/23

**Mr. Watkins [1]** 9256/8

**Mr. Woodward [1]** 9169/10

**Ms [2]** 9251/22 9306/11

**Ms. [45]** 9158/4 9158/11 9191/10 9202/10 9211/17 9211/21 9212/7 9214/14 9227/9 9227/18 9231/7 9242/13 9245/14 9248/6 9248/7 9251/23 9253/9 9255/11 9257/14 9259/5 9260/7 9261/22 9263/21 9264/1 9264/17 9270/8 9273/13 9279/11 9281/10 9283/21 9283/23 9290/22 9291/10 9292/24 9293/1 9293/11 9293/13 9305/1 9305/23 9305/15 9305/23 9307/10 9308/5 9308/9 9308/10

**Ms. Bommersbach [1]** 9191/10

**Ms. Cain [8]** 9242/13 9245/14 9263/21 9264/1 9264/17 9281/10 9293/13 9305/3

**Ms. Coyle [1]** 9227/18

**Ms. Haller [5]** 9279/11 9283/23 9293/1 9293/11 9305/1

**Ms. Hughes [2]** 9307/10 9308/10

**Ms. Jessica Watkins [2]** 9202/10 9231/7

**Ms. Rakoczy [2]** 9255/11 9283/21

**Ms. Rohde [2]** 9291/10 9292/24

**Ms. Sharon [1]** 9227/9

**Ms. SoRelle [2]** 9270/8 9273/13

**Ms. SoRelle's [2]** 9248/7 9290/22

**Ms. Watkins [10]** 9158/11 9211/17 9211/21 9212/7 9214/14 9251/23 9305/15 9305/23 9308/5 9308/9

**Ms. Watkins' [7]** 9158/4 9248/6 9253/9 9257/14 9259/5 9260/7 9261/22

**much [11]** 9156/18 9182/20 9236/21

**9263/19 9297/4 9305/3 9307/10 9307/13 9308/1**

**multiple [13]** 9166/9 9183/18 9183/18 9185/3 9185/12 9185/18 9185/20 9185/21 9185/22 9186/20 9186/25 9253/25 9254/1

**murder [1]** 9241/16

**must [3]** 9169/6 9169/8 9187/1

**my [67]** 9156/24 9157/12 9158/3 9161/2 9164/19 9168/22 9171/4 9171/12 9189/25 9200/18 9201/4 9201/12 9201/15 9201/20 9203/11 9205/5 9208/4 9210/3 9211/15 9213/4 9213/4 9213/5 9213/7 9213/8 9213/19 9214/24 9215/3 9215/13 9219/20 9220/4 9220/5 9223/4 9227/20 9227/21 9230/10 9232/12 9232/13 9233/9 9234/8 9236/16 9237/19 9240/24 9240/25 9241/1 9241/4 9241/5 9241/7 9241/16 9249/22 9254/12 9258/3 9261/9 9261/10 9261/16 9266/16 9269/18 9269/19 9272/8 9280/7 9281/13 9285/9 9285/24 9295/3 9301/8 9306/1 9306/4 9306/16

**myself [2]** 9206/20 9218/16

**N**

**name [8]** 9163/1 9183/14 9227/21 9237/20 9240/19 9243/8 9266/21 9269/9

**named [4]** 9206/20 9220/12 9223/23 9226/7

**names [1]** 9158/20

**Nancy [3]** 9236/13 9236/15 9237/11

**Nancy Kahrs [2]** 9236/15 9237/11

**nature [1]** 9194/5

**near [1]** 9259/25

**nearly [1]** 9174/11

**necessarily [1]** 9275/24

**need [22]** 9165/12 9165/18 9165/24 9166/8 9169/11 9171/9 9171/12 9171/15

**needed [3]** 9180/3 9211/25 9212/1

**needs [4]** 9171/19 9188/21 9193/8 9308/11

**nefarious [1]** 9209/23

**negative [1]** 9168/2

**Nestler [2]** 9150/14 9156/8

**network [6]** 9274/8 9274/24 9277/23 9303/16 9303/24 9304/22

**never [8]** 9191/9 9197/5 9198/19 9209/24 9263/3 9299/4 9306/15 9306/20

**new [2]** 9162/3 9203/10

**New York [1]** 9203/10

**next [8]** 9193/23 9208/15 9213/23 9230/14 9232/12 9235/1 9289/13 9290/6

**nice [2]** 9202/10 9308/15

**nickname [1]** 9243/15

**night [6]** 9166/12 9167/22 9173/10 9219/14 9241/8 9241/9 9289/6 9291/8

**nine [2]** 9289/6 9291/8

**nine-minute [1]** 9289/6

**NJ [1]** 9152/8

**no [108]** 9150/4 9156/3 9156/4 9157/15 9168/2 9169/16 9169/22 9171/3 9172/21 9191/9 9195/13 9197/1 9197/4 9197/7 9197/17 9199/1 9199/14 9199/21 9199/24 9200/2 9200/6 9204/9 9204/9 9204/13 9204/13 9205/9 9206/9 9206/23 9208/3 9208/9 9208/9 9208/20 9209/24 9210/16 9214/15 9214/15 9215/21 9216/8 9217/5 9217/17 9217/17 9218/24 9219/9 9220/24 9221/18 9221/22 9221/24 9222/25 9224/16 9225/20 9226/25 9228/13 9228/21 9229/20 9230/1 9231/12 9233/1 9233/9 9234/11 9234/16 9235/12 9235/23 9236/5 9236/12 9237/3 9238/4**

**N [41]** 9238/25
9239/14 9240/2 9240/7
9240/12 9245/10
9252/4 9255/6 9255/7
9256/10 9257/16
9260/20 9261/15
9262/4 9262/10 9265/7
9266/24 9267/1 9267/5
9268/6 9270/24
9273/19 9279/10
9281/16 9283/8
9285/22 9286/3
9286/13 9287/23
9289/17 9291/8 9292/8
9297/10 9298/25
9299/14 9300/15
9302/1 9304/24 9305/2
9305/22 9306/7
**none [2]** 9256/18
9273/22
**normal [1]** 9248/15
**normally [1]** 9250/3
**North [2]** 9151/15
9190/3
**not [156]** 9157/10
9158/15 9158/17
9159/21 9164/25
9165/12 9165/14
9165/18 9165/24
9166/16 9167/11
9167/17 9167/23
9168/4 9169/11
9170/16 9170/23
9170/25 9171/9
9172/10 9172/13
9175/3 9175/10 9176/2
9176/7 9176/19
9177/16 9177/21
9177/24 9178/4 9178/6
9178/19 9178/24
9178/24 9179/5 9179/8
9179/9 9180/4 9180/19
9181/20 9181/25
9183/3 9185/6 9185/14
9186/16 9187/15
9188/14 9192/18
9192/25 9193/1
9193/15 9194/24
9197/22 9198/10
9200/8 9201/13 9203/7
9208/3 9208/17
9209/24 9209/25
9210/24 9211/12
9212/11 9214/7 9215/1
9215/4 9215/13
9216/17 9216/18
9217/6 9217/12
9217/15 9218/1 9218/2
9218/3 9218/5 9218/7
9219/16 9223/1
9224/16 9225/16
9236/8 9244/25
9249/22 9249/25
9252/5 9253/1 9253/15
9254/14 9254/14
9254/22 9255/12
9257/3 9257/16

9257/23 9257/25
9258/22 9260/2 9260/8
9260/11 9260/13
9261/15 9262/22
9263/22 9266/1 9267/2
9268/21 9270/22
9271/25 9273/19
9274/1 9274/14
9274/22 9275/7
9275/24 9277/21
9280/17 9280/21
9282/25 9283/8
9283/12 9283/14
9283/15 9284/21
9284/24 9285/9
9285/22 9286/2
9286/13 9290/18
9292/6 9292/8 9292/12
9292/19 9294/25
9297/3 9297/6 9297/8
9298/20 9298/22
9299/1 9299/9 9299/14
9299/19 9300/15
9301/2 9301/12 9303/4
9303/6 9303/23
9305/25 9306/13
9306/17 9307/8 9307/8
**note [3]** 9171/4
9258/21 9295/5
**noted [3]** 9262/16
9294/17 9295/1
**nothing [10]** 9158/11
9180/21 9193/12
9193/20 9194/10
9238/18 9241/18
9257/10 9273/4
9288/13
**notice [19]** 9176/9
9178/13 9178/16
9178/17 9178/18
9178/25 9179/1 9179/5
9179/11 9179/25
9180/4 9180/5 9180/22
9296/24 9305/22
9305/25 9306/1 9306/4
9307/19
**noticed [2]** 9213/5
9294/22
**notifications [2]**
9274/19 9303/7
**notified [1]** 9287/1
**November [7]** 9150/5
9202/25 9203/12
9203/13 9203/21
9203/25 9309/7
**November 7th [1]**
9203/25
**November 9th [1]**
9202/25
**now [54]** 9159/11
9167/15 9170/2 9170/4
9172/1 9181/11 9183/2
9183/24 9190/4
9192/11 9193/6 9196/9
9200/7 9202/12
9222/18 9229/4
9248/22 9249/25
9253/8 9254/3 9257/22

9263/11 9264/3 9266/3
9266/21 9267/11
9267/13 9268/2
9270/21 9272/16
9272/24 9274/3 9275/1
9275/10 9275/15
9276/3 9277/2 9282/21
9285/2 9285/20
9286/14 9287/12
9287/14 9288/7
9291/14 9292/2
9293/10 9294/4
9295/10 9298/11
9300/21 9305/12
**now-famous [1]**
9202/12
**nowadays [1]** 9260/2
**number [31]** 9160/19
9161/18 9164/12
9182/22 9198/17
9199/7 9199/8 9229/19
9232/2 9248/4 9258/12
9259/11 9259/14
9260/3 9260/4 9260/4
9260/6 9260/9 9260/15
9281/7 9298/18
9298/19 9299/2 9299/4
9299/6 9299/7 9299/8
9299/9 9299/10
9299/13 9299/16
**numbers [3]** 9162/1
9164/15 9299/25
**NW [3]** 9150/17 9152/3
9153/4

**O**

**O'Brien [1]** 9190/4
**Oak [2]** 9151/3 9151/7
**oath [13]** 9189/14
9194/8 9197/14
9197/16 9197/18
9197/21 9197/25
9198/1 9198/18 9202/4
9234/4 9242/11
9305/17
**Oath Keepers [6]**
9197/14 9197/16
9197/18 9197/25
9198/1 9202/4
**objected [1]** 9161/18
**objection [43]** 9157/15
9185/5 9191/17 9192/1
9199/15 9205/9
9206/23 9208/20
9210/1 9212/2 9212/18
9213/11 9215/5 9216/1
9221/25 9223/10
9223/14 9224/10
9225/19 9226/2
9226/25 9228/13
9229/9 9231/12
9233/19 9235/23
9237/3 9238/4 9239/14
9245/8 9245/10
9249/18 9252/4 9252/5
9254/8 9255/17
9260/20 9265/7 9268/6

9296/16 9302/1
**objections [1]** 9229/11
**objects [1]** 9301/24
**observation [1]** 9170/4
**observations [2]**
9174/8 9181/19
**observed [2]** 9197/24
9198/19
**obstruct [4]** 9210/14
9211/10 9225/17
9239/25
**obstructing [1]**
9168/10
**obstruction [7]**
9168/25 9171/7
9171/10 9174/7
9177/20 9210/11
9215/22
**obtain [1]** 9244/9
**obtaining [1]** 9247/7
**obvious [1]** 9263/2
**obviously [11]** 9157/4
9171/22 9199/4
9210/10 9232/24
9239/23 9255/13
9274/9 9305/10
9306/10 9306/20
**occasion [2]** 9159/1
9159/14
**occupy [1]** 9204/11
**occurred [4]** 9164/24
9258/10 9265/17
9265/21
**occurs [4]** 9176/16
9176/25 9177/3
9177/12
**October [2]** 9160/17
9160/23
**odd [1]** 9274/4
**off [19]** 9156/20 9184/8
9194/24 9197/10
9200/18 9206/2
9213/23 9215/11
9218/17 9219/24
9227/20 9227/25
9229/7 9247/22 9274/7
9274/12 9274/20
9274/21 9280/12
**offense [8]** 9170/5
9170/6 9171/7 9171/10
9176/13 9176/18
9186/23 9186/24
**offered [3]** 9172/13
9177/5 9214/7
**office [3]** 9150/16
9203/6 9204/8
**officer [2]** 9220/17
9220/18
**official [4]** 9153/3
9168/10 9171/7
9171/10
**often [2]** 9175/20
9176/4
**Oh [9]** 9190/23 9204/9
9206/8 9214/18 9230/6
9234/19 9235/2 9240/7
9283/13

9231/10
**OK [10]** 9282/7
9282/12 9282/16
9283/3 9283/11
9293/25 9293/25
9294/1 9294/22
9295/20
**OK Gator 1 [1]** 9283/3
**okay [187]**
**Old [4]** 9280/15
9280/17 9281/23
9293/24
**Old Leadership [3]**
9280/15 9280/17
9293/24
**once [2]** 9184/25
9219/13
**one [74]** 9160/2
9161/16 9161/21
9162/14 9168/25
9169/5 9170/11 9171/8
9172/1 9172/23
9175/21 9177/18
9178/5 9181/19
9186/22 9188/9
9189/25 9190/2
9194/23 9200/24
9201/9 9201/23 9206/6
9215/1 9215/22
9216/14 9220/4 9221/6
9223/1 9223/15 9224/1
9227/9 9232/8 9232/10
9232/12 9232/14
9232/15 9234/2
9234/12 9235/1
9235/16 9238/20
9246/11 9247/24
9249/12 9249/13
9251/7 9251/8 9257/3
9261/21 9263/2 9266/9
9266/13 9266/14
9269/3 9269/6 9272/14
9272/24 9275/15
9278/2 9278/10 9279/7
9280/15 9282/16
9284/18 9290/6
9291/10 9292/9 9293/8
9300/4 9301/23
9303/15 9307/2
9307/15
**ones [5]** 9158/8 9161/5
9246/9 9253/11
9258/13
**only [28]** 9157/4
9160/2 9160/2 9160/19
9161/5 9161/8 9162/14
9162/15 9167/3
9168/25 9169/5 9171/2
9173/22 9176/11
9179/9 9181/21 9190/2
9191/12 9193/21
9194/20 9197/11
9216/6 9254/12
9256/21 9257/1
9258/15 9267/9
9282/20
**Op [10]** 9267/25

9329

**O**
**Op... [9]** 9278/15
9282/3 9282/7 9283/11
9286/16 9293/25
9293/25 9294/22
9295/20
**Op Jan [1]** 9283/11
**open [19]** 9163/20
9188/19 9195/8
9218/12 9219/2 9250/9
9255/16 9274/14
9274/7 9277/14
9277/17 9290/14
9294/16 9301/12
9301/12 9301/19
9303/7 9303/10
9307/22
**opened [1]** 9274/22
**opening [3]** 9187/21
9188/4 9188/8
**opens [1]** 9217/9
**operate [1]** 9244/1
**operating [2]** 9247/4
9248/20
**opine [2]** 9249/23
9250/1
**opinion [1]** 9157/21
**opportunity [2]**
9167/24 9187/18
**opposed [2]** 9175/16
9187/25
**orange [2]** 9201/18
9201/18
**order [5]** 9160/5
9244/9 9248/1 9274/17
9306/6
**orders [1]** 9297/22
**orient [1]** 9258/25
**originally [2]** 9173/12
9287/14
**other [39]** 9157/15
9158/14 9161/4 9162/9
9163/22 9167/25
9168/7 9169/13
9170/15 9171/3
9171/11 9177/17
9177/17 9178/18
9178/19 9179/22
9184/12 9185/15
9186/1 9186/8 9188/1
9209/6 9220/10
9236/21 9239/23
9251/8 9273/23
9273/23 9277/5 9282/2
9284/22 9286/5 9292/9
9301/4 9301/16
9303/19 9304/21
9306/17 9306/18
**others [4]** 9186/24
9198/11 9225/1 9277/9
**ought [3]** 9175/14
9178/10 9184/6
**our [27]** 9157/18
9164/11 9164/13
9166/24 9181/1
9182/20 9183/3
9184/15 9184/16
9185/1 9192/16

9152/14 9200/17
9200/18 9207/19
9207/21 9213/21
9215/1 9215/2 9220/7
9222/8 9222/9 9240/22
9246/4 9247/24
9263/15 9263/17
**out [39]** 9166/22
9173/2 9178/10 9180/7
9180/24 9182/19
9184/16 9187/13
9194/2 9198/5 9202/8
9202/24 9207/20
9207/21 9212/7 9213/6
9213/17 9213/22
9214/17 9214/18
9217/1 9219/20 9220/8
9221/9 9223/18
9240/19 9240/20
9240/23 9240/23
9240/24 9241/7 9242/8
9246/18 9257/23
9263/12 9273/25
9282/12 9306/18
9307/4
**outside [2]** 9188/20
9296/16
**over [14]** 9173/22
9182/4 9190/2 9190/2
9194/4 9219/19 9241/2
9241/15 9241/21
9252/18 9268/23
9269/9 9280/11
9302/12
**overall [1]** 9277/24
**overcome [1]** 9157/9
**overnight [2]** 9307/16
9307/19
**overruled [6]** 9199/17
9212/25 9213/14
9225/21 9255/17
9296/18
**overt [3]** 9167/12
9167/14 9179/8
**own [3]** 9212/19
9228/9 9289/18
**owner [1]** 9268/25
**oxymorphone [1]**
9201/4

**P**
**P.A [1]** 9152/12
**p.m [29]** 9205/23
9207/6 9209/5 9209/12
9209/15 9227/16
9256/25 9273/12
9275/22 9278/19
9288/1 9288/9 9288/9
9288/20 9288/25
9289/4 9289/9 9289/14
9289/22 9290/7
9290/16 9291/2
9291/20 9291/20
9292/4 9292/17
9301/14 9303/2
9308/20
**PA [1]** 9151/15
**page [34]** 9156/21

9157/8 9157/8 9157/18
9158/18 9160/1
9160/20 9161/3
9164/22 9165/3 9165/5
9166/7 9173/5 9174/10
9183/16 9193/7
9193/18 9193/19
9193/19 9193/20
9193/23 9193/24
9194/18 9194/19
9195/5 9221/1 9221/2
9221/12 9222/4
9223/22 9224/18
9225/8 9230/14
9258/19
**pages [1]** 9160/24
**pain [1]** 9201/15
**paint [1]** 9214/22
**painted [1]** 9214/24
**panel [2]** 9187/6
9264/19
**paragraph [10]**
9158/21 9158/23
9158/24 9159/2 9166/5
9174/1 9174/2 9175/11
9178/23 9186/16
**paragraphs [6]** 9159/4
9159/12 9165/16
9166/1 9178/17
9179/10
**Park [1]** 9152/3
**Parler [8]** 9219/19
9228/5 9228/6 9228/24
9229/4 9229/14
9229/18 9229/22
**parse [1]** 9273/23
**part [6]** 9162/18
9163/16 9215/2
9216/24 9255/10
9306/19
**participant [1]** 9293/22
**participants [3]** 9223/8
9234/12 9267/9
**participation [1]**
9295/14
**particular [15]** 9172/15
9172/20 9175/6
9177/15 9177/21
9186/7 9186/23
9187/23 9188/10
9190/18 9205/18
9217/21 9251/19
9269/12 9271/22
**parties [8]** 9173/12
9173/16 9193/10
9277/5 9301/5 9301/17
9302/13 9303/20
**party [5]** 9269/9
9269/11 9276/9
9276/10 9302/16
**passed [2]** 9177/2
9202/7
**passwords [2]** 9211/5
9211/8
**past [3]** 9259/19
9259/20 9259/22
**paste [1]** 9186/15
**pasted [1]** 9268/18

**pastes [1]** 9268/18
**patriots [1]** 9289/18
**pattern [5]** 9185/15
9186/10 9186/15
9186/19 9187/1
**Paul [4]** 9207/7
9207/10 9209/15
9252/24
**Paul Stamey [4]**
9207/7 9207/10
9209/15 9252/24
**Pause [4]** 9184/14
9186/12 9264/18
9280/9
**peach [1]** 9293/19
**Pence [2]** 9273/4
9288/13
**people [12]** 9181/16
9186/23 9191/2
9207/24 9208/3
9213/16 9223/18
9239/23 9240/23
9286/6 9286/8 9293/5
**people's [1]** 9286/5
**percent [1]** 9195/1
**perform [1]** 9253/20
**performed [1]** 9286/15
**perhaps [4]** 9183/4
9187/17 9219/11
9274/12
**period [6]** 9193/5
9288/8 9292/7 9301/3
9303/9 9303/14
**permission [1]** 9242/7
**permit [1]** 9176/1
**person [4]** 9223/23
9270/13 9302/19
9307/7
**person's [1]** 9285/15
**personal [7]** 9198/10
9215/5 9217/5 9218/4
9221/25 9223/10
9229/6
**personally [2]** 9198/19
9211/20
**perspective [1]** 9158/4
**pertains [1]** 9259/8
**phillip [3]** 9151/2
9151/6 9156/10
**phone [169]**
**phones [11]** 9217/18
9245/19 9248/3 9253/9
9262/2 9262/5 9266/17
9280/13 9286/6 9286/8
9286/17
**photo [2]** 9228/9
9232/15
**photographs [7]**
9175/7 9177/25 9178/5
9228/2 9230/4 9232/19
9233/14
**photos [17]** 9220/4
9230/15 9230/17
9230/19 9233/13
9234/18 9235/3
9235/13 9235/13
9236/18 9236/23
9237/11 9237/13

9238/23 9238/21
9239/19 9239/23
**phrased [1]** 9171/12
**pick [1]** 9263/3
**pics [1]** 9227/20
**picture [11]** 9202/24
9203/6 9203/8 9203/9
9204/8 9228/11
9230/20 9232/8
9232/10 9232/12
9238/17
**pictures [8]** 9228/2
9230/23 9231/6
9232/16 9233/2 9234/3
9236/6 9239/6
**piece [3]** 9160/6
9214/22 9306/19
**pigeon [1]** 9238/18
**pink [2]** 9281/21
9293/19
**Pinkerton [4]** 9169/19
9170/1 9170/9 9171/2
**place [5]** 9201/2
9201/14 9213/17
9214/17 9300/5
**placed [2]** 9242/11
9305/17
**plainly [1]** 9166/15
**Plaintiff [1]** 9150/4
**planned [1]** 9213/21
**play [1]** 9212/11
**played [2]** 9200/23
9212/13
**please [79]** 9173/7
9187/9 9189/2 9191/11
9192/3 9193/18 9194/9
9195/13 9196/12
9197/9 9197/20 9206/9
9206/10 9206/12
9206/22 9208/11
9208/19 9209/7
9209/18 9216/5 9216/8
9221/2 9221/3 9221/13
9222/3 9223/22
9224/19 9225/23
9226/2 9226/23
9226/24 9228/4
9228/18 9229/10
9229/12 9230/2
9230/14 9231/1
9231/20 9233/5
9233/18 9233/25
9234/16 9236/1 9237/9
9237/18 9238/25
9239/9 9239/11
9239/13 9241/16
9242/10 9243/8
9246/17 9258/15
9258/18 9263/5
9264/15 9264/21
9265/6 9265/25
9267/12 9268/22
9269/25 9272/15
9276/14 9276/21
9281/15 9287/11
9288/5 9291/12
9297/14 9297/24
9298/1 9300/20

**P**

**please...** [4] 9301/23
9304/3 9305/16
9305/19
**please raise your right
hand** [1] 9194/9
**plus** [2] 9276/5
9276/24
**point** [21] 9158/6
9166/25 9170/3 9172/8
9172/21 9180/7
9180/24 9200/8
9200/24 9212/9
9215/22 9216/14
9217/11 9218/8 9223/2
9225/16 9237/10
9252/1 9260/19
9270/12 9289/9
**pointed** [2] 9189/19
9202/24
**pointing** [1] 9228/20
**points** [1] 9180/13
**police** [3] 9198/21
9199/20 9241/3
**popular** [1] 9246/8
**porch** [1] 9240/15
**portion** [1] 9201/17
**posed** [1] 9182/9
**position** [6] 9168/4
9169/14 9197/13
9197/15 9244/9
9306/23
**possessing** [1]
9199/20
**possession** [1] 9234/6
**possibility** [1] 9306/13
**possible** [5] 9200/18
9273/24 9274/24
9285/3 9285/7
**possibly** [3] 9182/24
9186/4 9213/17
**posted** [1] 9295/15
**potential** [3] 9186/3
9192/20 9274/6
**potentially** [5] 9186/21
9251/11 9261/8
9273/25 9274/19
**powered** [3] 9247/21
9274/7 9274/11
**practice** [1] 9176/3
**prayers** [1] 9220/7
**praying** [1] 9163/20
**pre** [1] 9202/25
**pre-strike** [1] 9202/25
**preceding** [4] 9161/5
9165/15 9166/1 9166/5
**predict** [1] 9188/17
**predicted** [2] 9273/5
9288/13
**prepare** [8] 9162/25
9176/9 9280/23 9307/8
9307/9 9307/14
9307/19 9308/11
**prepared** [2] 9293/16
9307/16
**preparing** [1] 9244/7
**present** [8] 9162/25
9176/9 9180/22

9183/24 9187/19
9295/24
**presentation** [1]
9172/15
**presented** [12]
9172/21 9176/3
9177/19 9180/14
9181/12 9181/21
9181/22 9199/11
9199/22 9199/25
9200/3 9203/25
**preserve** [1] 9157/13
**preserved** [1] 9264/8
**Presidential** [1] 9204/2
**presumably** [1]
9177/24
**presume** [4] 9197/5
9232/18 9234/17
9237/10
**presumption** [1]
9157/9
**pretty** [3] 9160/10
9164/16 9236/21
**Prettyman** [1] 9153/4
**preview** [1] 9187/11
**previous** [1] 9264/5
**previously** [3] 9189/5
9192/5 9212/11
**Princess** [1] 9190/15
**prior** [12] 9158/1
9158/9 9158/21
9159/10 9161/13
9162/15 9180/7
9181/10 9191/7
9192/13 9193/4 9297/6
**probably** [1] 9276/7
**problem** [1] 9160/8
**problems** [1] 9219/20
**procedure** [1] 9248/21
**proceed** [1] 9242/17
**proceeding** [4]
9168/11 9171/7
9171/11 9306/17
**proceedings** [4]
9150/9 9153/6 9156/16
9309/4
**process** [6] 9227/19
9227/25 9244/14
9246/13 9248/16
9250/22
**processed** [4] 9245/21
9248/10 9248/11
9248/12
**processing** [6] 9244/5
9245/4 9245/24 9246/3
9246/22 9251/16
**produced** [2] 9153/7
9179/2
**production** [1] 9194/7
**productive** [1] 9219/24
**program** [1] 9247/2
**programs** [2] 9246/6
9246/8
**promises** [1] 9187/15
**proof** [5] 9165/12
9165/18 9165/24
9169/8 9176/11

**property** [3] 9210/23
9215/2 9219/25
**proposal** [2] 9165/7
9174/18
**propose** [3] 9158/20
9185/25 9186/13
**proposed** [10] 9165/1
9166/19 9173/2
9173/14 9173/21
9177/23 9181/8 9181/8
9185/3 9186/1
**proposition** [2]
9166/16 9166/23
**prosecutor** [2] 9177/1
9196/7
**protest** [1] 9207/25
**prove** [1] 9182/13
**proves** [1] 9177/5
**provide** [6] 9174/11
9178/17 9179/11
9305/25 9306/1 9306/4
**provided** [2] 9179/3
9250/18
**provider** [4] 9250/19
9259/14 9261/14
9284/17
**provider's** [1] 9284/25
**providers** [6] 9254/15
9259/18 9259/18
9284/10 9286/1
9286/11
**provides** [1] 9178/13
**proving** [1] 9179/9
**public** [1] 9214/18
**publish** [10] 9202/18
9228/17 9231/14
9233/24 9236/1 9238/8
9239/19 9260/25
9281/15 9293/10
**published** [3] 9268/21
9298/5 9298/6
**publishing** [2] 9249/17
9249/19
**Pugh** [2] 9206/5
9206/6
**pull** [24] 9160/12
9191/11 9204/21
9206/9 9208/11
9208/17 9209/18
9210/9 9225/22 9228/4
9230/2 9230/8 9233/4
9233/5 9238/24
9248/23 9250/23
9250/25 9251/2
9258/14 9263/5
9273/25 9278/7 9304/2
**pulled** [3] 9173/14
9195/5 9213/8
**pulling** [8] 9183/17
9191/14 9213/4 9226/6
9227/20 9227/25
9246/17 9274/15
**purpose** [1] 9204/11
**purposes** [3] 9166/10
9268/19 9304/6
**push** [1] 9201/13
**pushed** [1] 9213/23

**pushing** [1] 9250/24
**put** [17] 9170/7
9179/11 9181/13
9192/17 9192/21
9208/13 9216/14
9229/21 9237/8 9241/4
9241/13 9249/12
9254/21 9257/23
9294/22 9294/23
9306/18
**putting** [1] 9246/22
**PUTZI** [1] 9152/12

**Q**

**QRF** [6] 9204/11
9207/18 9207/21
9208/2 9208/5 9208/6
**qualified** [2] 9245/14
9254/23
**qualifying** [1] 9245/10
**question** [3] 9168/22
9171/12 9182/8 9187/1
9217/14 9224/11
9224/12 9227/10
9229/12 9256/24
9262/9 9301/8 9301/11
**questions** [21]
9189/16 9194/8
9195/12 9195/13
9198/18 9200/8 9210/3
9210/6 9216/8 9216/9
9226/3 9279/1 9279/7
9279/11 9284/4 9284/5
9286/15 9293/1
9297/11 9304/25
9305/2
**quick** [3] 9183/12
9263/14 9297/14
**quickly** [7] 9188/23
9191/16 9200/18
9201/25 9217/1
9233/13 9278/7
**quite** [5] 9160/8 9178/6
9214/18 9222/19
9255/1
**quoting** [1] 9175/25

**R**

**raise** [3] 9194/9
9242/10 9305/16
**raised** [1] 9166/8
**Rakoczy** [4] 9150/14
9156/8 9255/11
9283/21
**ram** [1] 9240/22
**ran** [1] 9173/20
**range** [1] 9259/10
**Ranger** [2] 9163/9
9209/20
**Ranger Doug** [1]
9163/9
**Ranger Doug Smith** [1]
9209/20
**ranges** [1] 9166/2
**rank** [1] 9220/18
**reach** [1] 9169/8
**reached** [1] 9170/10
**reaching** [1] 9274/14

**read** [15] 9159/12
9164/15 9170/14
9173/24 9174/24
9176/24 9179/21
9193/6 9196/14 9197/9
9207/15 9220/1 9220/3
9227/10 9246/25
**readable** [2] 9246/18
9246/23
**reading** [3] 9166/5
9176/21 9181/9
9186/19
**reads** [1] 9177/15
**ready** [4] 9184/24
9187/4 9233/10
9241/22
**real** [2] 9278/7 9297/14
**realistic** [1] 9180/5
**really** [9] 9163/23
9181/23 9186/20
9218/2 9233/13 9267/9
9288/25 9290/21
9292/20
**realtime** [2] 9153/3
9294/11
**reason** [9] 9171/4
9204/4 9221/20 9274/7
9274/24 9284/22
9292/19 9298/25
9299/12
**reasonable** [4] 9171/6
9171/17 9262/3
9304/23
**reasons** [3] 9264/5
9274/6 9275/2
**rebuttal** [2] 9187/19
9217/10
**recall** [20] 9161/11
9161/12 9189/17
9190/11 9200/25
9201/1 9203/2 9203/3
9203/22 9203/24
9205/22 9205/25
9221/17 9234/12
9255/21 9277/4 9277/4
9280/20 9297/5
9298/22
**recce** [1] 9202/25
**receipt** [11] 9270/18
9271/7 9271/23 9273/6
9273/13 9274/5 9275/2
9275/20 9275/24
9276/23 9292/18
**receipts** [2] 9272/11
9301/4
**receive** [5] 9244/9
9271/13 9271/17
9274/9 9301/3
**received** [40] 9195/19
9205/11 9206/24
9208/22 9217/20
9218/9 9227/3 9228/15
9229/19 9231/21
9233/2 9235/24
9237/5 9238/6 9239/15
9260/23 9265/9 9268/9
9270/7 9270/23 9271/8
9273/18 9273/21

**R**

**received... [17]** 9274/22 9278/16 9278/18 9281/18 9284/14 9286/20 9287/7 9287/19 9289/3 9290/1 9290/11 9290/22 9292/3 9301/14 9302/4 9304/20 9305/22
**receivers [1]** 9271/24
**receives [1]** 9287/1
**receiving [7]** 9277/5 9277/8 9277/22 9295/25 9301/16 9303/1 9303/19
**recent [1]** 9176/21
**recess [3]** 9264/14 9308/19 9308/20
**recipient [4]** 9270/18 9271/2 9271/6 9271/17
**recipients [1]** 9240/5
**recognize [7]** 9191/23 9205/4 9206/16 9226/13 9230/9 9230/15 9268/12
**recognized [1]** 9176/3
**recollection [4]** 9161/3 9162/13 9162/16 9277/8
**reconcile [3]** 9251/10 9258/1 9258/9
**record [24]** 9157/7 9164/9 9164/16 9197/3 9197/6 9205/14 9250/4 9250/15 9263/25 9264/3 9264/7 9265/4 9284/9 9284/9 9285/4 9285/17 9285/20 9285/24 9285/25 9286/2 9286/3 9286/9 9286/11 9309/3
**recorded [3]** 9153/6 9212/13 9212/17
**recording [3]** 9212/23 9213/3 9214/6
**records [28]** 9215/25 9226/14 9249/24 9250/2 9250/18 9250/25 9251/1 9252/15 9253/8 9254/16 9254/18 9254/20 9254/22 9255/21 9256/5 9256/10 9257/1 9259/5 9261/13 9266/24 9284/7 9284/17 9284/25 9285/8 9290/2 9299/18 9299/19 9299/20
**RECROSS [1]** 9154/4
**red [4]** 9157/18 9174/1 9183/18 9290/11
**Red Book [3]** 9157/18 9174/1 9183/18
**redact [3]** 9194/18 9194/18 9195/6
**redacted [1]** 9194/13

**redactions [1]** 9196/18
**redirect [6]** 9154/4 9187/17 9188/25 9189/7 9297/12 9297/16
**redline [1]** 9173/20
**redundant [1]** 9263/1
**reference [1]** 9301/4
**referenced [4]** 9162/19 9247/2 9256/16 9299/7
**references [2]** 9158/7 9160/7
**referred [5]** 9164/10 9164/14 9243/18 9256/15 9298/18
**reflect [3]** 9175/14 9265/20 9275/23
**reflected [3]** 9164/10 9181/4 9284/24
**reflecting [1]** 9218/18
**refresh [5]** 9256/9 9274/13 9274/20 9294/14 9303/11
**refreshing [1]** 9294/15 9303/20
**regarding [13]** 9160/5 9173/3 9174/8 9181/3 9189/20 9197/11 9197/12 9208/2 9215/11 9221/15 9224/2 9234/22 9237/11
**regardless [1]** 9261/16
**Registered [1]** 9153/2
**regroup [1]** 9290/18
**regular [1]** 9295/25
**Reiner [1]** 9190/18
**reiterate [1]** 9168/6
**relate [1]** 9178/1
**related [1]** 9232/19
**relates [1]** 9266/24
**relating [1]** 9175/7
**relatively [1]** 9290/12
**release [1]** 9215/23
**relevance [1]** 9216/1
**relied [1]** 9251/14
**rely [2]** 9248/15 9257/22
**remain [2]** 9212/9 9214/16
**remaining [1]** 9275/11
**remains [1]** 9308/14
**remember [15]** 9161/9 9162/13 9190/4 9193/7 9201/20 9204/19 9212/14 9229/22 9229/24 9287/8 9293/3 9294/24 9301/1 9302/12 9302/15
**remind [4]** 9189/13 9214/4 9226/2 9286/19
**reminded [1]** 9278/5
**remote [3]** 9269/9 9269/11 9302/16
**removal [5]** 9194/1 9194/12 9194/14 9194/20 9194/21
**remove [5]** 9159/4

**removed [3]** 9194/14 9224/24 9299/25
**removing [1]** 9158/23
**rephrase [1]** 9301/10
**report [22]** 9249/6 9249/9 9249/12 9255/6 9266/2 9266/3 9266/6 9266/13 9267/9 9267/24 9268/19 9272/8 9272/19 9273/19 9275/12 9276/4 9280/23 9281/2 9281/13 9292/8 9302/8 9302/25
**reported [1]** 9273/6
**reporter [5]** 9153/2 9153/2 9153/3 9153/3 9263/15
**reports [1]** 9244/7
**represent [2]** 9235/7 9280/6
**representation [1]** 9192/12
**representative [1]** 9222/9
**request [4]** 9164/14 9181/6 9194/23 9227/22
**requested [3]** 9249/10 9251/11 9266/9
**require [1]** 9185/15
**required [6]** 9166/17 9167/3 9169/22 9170/6 9174/7 9306/21
**requirement [1]** 9306/4
**requires [3]** 9176/6 9306/6 9307/18
**requiring [1]** 9171/13
**residence [1]** 9243/9
**resolved [1]** 9164/25
**respect [10]** 9166/9 9169/3 9169/25 9170/24 9172/11 9174/24 9175/4 9175/5 9175/11 9284/6
**Respectfully [1]** 9307/6
**respective [1]** 9258/6
**respond [2]** 9195/13 9227/15
**responded [1]** 9209/10
**response [3]** 9163/20 9224/7 9243/17
**rest [6]** 9200/22 9230/15 9232/18 9243/22 9275/11 9308/13
**rested [1]** 9264/4
**rests [1]** 9242/1
**resulted [1]** 9193/2
**resulting [1]** 9167/5
**resume [2]** 9189/2 9263/18
**RESUMED [1]** 9189/5
**retired [1]** 9220/18
**return [1]** 9184/12

**returned [1]** 9218/10
**returns [1]** 9180/15
**revealed [1]** 9217/12
**review [13]** 9166/13 9191/16 9193/13 9199/7 9215/24 9246/5 9254/3 9258/8 9277/2 9280/14 9283/10 9283/12 9299/17
**reviewed [1]** 9199/3
**RHODES [30]** 9150/6 9151/2 9156/4 9156/11 9160/7 9162/15 9270/8 9272/3 9272/25 9273/1 9273/9 9273/11 9274/5 9275/20 9276/11 9277/22 9277/23 9278/9 9278/10 9278/13 9287/15 9287/19 9287/25 9288/8 9290/21 9291/2 9291/15 9304/20
**Rhodes' [14]** 9183/14 9248/7 9266/20 9269/7 9273/10 9276/15 9277/3 9287/6 9288/16 9288/19 9289/14 9290/12 9291/16 9291/23
**right [168]**
**right-hand [1]** 9227/6
**rights [1]** 9194/5
**rings [3]** 9263/2 9263/2 9263/3
**rise [5]** 9171/12 9178/5 9263/19 9308/3 9308/18
**risk [7]** 9167/4 9168/8 9169/7 9170/21 9170/24 9171/1 9172/11
**Ritchie [1]** 9152/12
**RMR [2]** 9309/2 9309/8
**road [3]** 9152/3 9215/2 9297/20
**Rob [1]** 9190/17
**Roger [2]** 9263/16 9272/22
**Rohde [2]** 9291/10 9292/24
**room [4]** 9183/8 9200/17 9200/18 9201/25
**Rotunda [1]** 9202/12
**roughly [3]** 9244/10 9244/15 9288/9
**routed [2]** 9259/13 9259/16
**routinely [1]** 9269/18
**routing [2]** 9260/4 9299/8
**row [7]** 9253/1 9253/6 9273/2 9275/8 9278/10 9294/4 9299/18
**rows [2]** 9293/20

**rubber [1]** 9199/13
**rubric [1]** 9172/25
**rule [3]** 9175/25 9226/2 9264/4
**Rule 29 [1]** 9264/4
**ruled [1]** 9192/4
**rules [2]** 9187/2 9306/2
**ruling [1]** 9192/7
**run [1]** 9306/9

**S**

**said [31]** 9159/21 9161/17 9165/12 9167/1 9167/9 9178/11 9190/24 9191/6 9202/10 9204/24 9206/14 9213/10 9213/19 9213/19 9213/22 9214/22 9219/21 9220/1 9220/9 9222/6 9222/16 9227/19 9229/14 9231/16 9241/16 9247/12 9265/16 9275/24 9280/12 9280/23 9286/24
**sake [2]** 9241/17 9248/10
**sale [1]** 9233/10
**same [21]** 9166/19 9167/14 9169/23 9170/14 9172/20 9175/24 9178/21 9180/8 9180/11 9209/16 9239/18 9248/19 9248/20 9272/18 9273/11 9275/22 9276/22 9277/9 9287/20 9295/19 9302/7
**sample [1]** 9246/25
**sand [1]** 9179/16
**satisfied [1]** 9157/23
**Saturday [1]** 9213/21
**saucier [1]** 9235/17
**save [1]** 9212/12
**saw [12]** 9173/22 9183/5 9213/8 9229/21 9235/8 9238/14 9241/14 9257/1 9278/21 9294/17 9295/6 9299/7
**say [48]** 9158/2 9159/15 9166/1 9166/3 9171/18 9174/12 9179/12 9184/23 9189/21 9193/8 9198/18 9203/16 9212/17 9217/1 9219/23 9222/16 9228/23 9247/17 9248/5 9251/5 9252/18 9256/2 9256/22 9257/1 9261/18 9262/3 9262/6 9262/21 9271/12 9272/3 9272/11 9274/12 9275/6 9275/7

**say... [14]** 9281/22
9282/8 9284/20
9285/23 9286/20
9287/6 9287/18
9291/20 9292/9
9293/20 9296/5
9296/20 9303/4 9303/6
**Sayan [3]** 9167/2
9168/8 9175/23
**saying [6]** 9165/16
9165/23 9169/11
9172/4 9227/8 9288/1
**says [27]** 9168/2
9176/24 9183/23
9184/5 9190/19 9191/3
9193/8 9193/11
9193/20 9193/21
9193/24 9213/20
9222/18 9225/15
9227/6 9227/12
9227/21 9228/20
9228/24 9254/13
9269/3 9275/16
9281/21 9290/17
9291/4 9294/4 9295/21
**scene [1]** 9190/18
**Schad [2]** 9167/15
9167/20
**schedule [3]** 9187/13
9187/15 9188/10
**scheduling [1]**
9306/12
**Scion [1]** 9170/14
**scope [1]** 9296/17
**screaming [3]** 9240/23
9241/9 9241/13
**screen [22]** 9191/14
9191/25 9195/24
9196/8 9205/2 9206/13
9206/16 9208/13
9208/25 9216/14
9220/25 9226/13
9228/8 9228/9 9230/7
9234/2 9252/10 9265/2
9267/13 9287/10
9287/12 9293/9
**screenshot [1]**
9231/24
**screwdriver [3]** 9182/7
9182/8 9182/10
**scroll [15]** 9209/7
9221/3 9230/18 9232/8
9233/13 9234/17
9237/25 9238/16
9238/20 9239/9
9239/11 9276/13
9276/15 9276/20
9277/3
**scrutiny [2]** 9177/9
9177/12
**search [3]** 9210/22
9210/23 9211/14
**seat [4]** 9185/8 9187/9
9264/21 9308/8
**seated [2]** 9264/2
9264/15
**second [21]** 9158/21

9176/8 9177/3 9184/4
9184/7 9190/25
9191/15 9194/19
9202/13 9221/6 9246/3
9246/13 9251/9
9252/25 9252/25
9269/6 9274/11
9300/13
**Second Circuit [1]**
9166/14
**seconds [1]** 9274/4
**section [1]** 9281/21
**sections [1]** 9268/18
**see [66]** 9162/8
9162/22 9162/24
9168/3 9183/1 9183/6
9188/7 9196/9 9199/7
9205/21 9206/1
9221/14 9221/16
9222/18 9224/20
9225/3 9225/9 9229/25
9231/1 9231/8 9231/23
9232/14 9233/12
9234/18 9235/1 9238/1
9238/17 9238/22
9241/5 9252/7 9252/10
9253/3 9257/14
9257/18 9258/16
9260/6 9260/9 9261/22
9264/12 9265/2 9267/9
9269/18 9271/22
9276/3 9282/11 9284/9
9284/14 9284/21
9284/23 9287/12
9289/16 9289/17
9292/2 9293/13
9294/17 9294/21
9298/3 9298/18 9299/6
9299/25 9306/17
9306/20 9306/21
9308/2 9308/10
9308/17
**seeing [4]** 9256/8
9277/4 9290/11
9302/15
**seek [1]** 9254/21
**seems [3]** 9168/7
9171/14 9171/19
**seen [14]** 9190/16
9199/19 9200/3 9219/4
9251/17 9252/16
9258/5 9259/20
9272/16 9275/7 9299/1
9299/2 9299/4 9308/14
**seized [2]** 9202/21
9237/14
**send [17]** 9223/18
9227/13 9227/22
9230/4 9235/3 9236/18
9237/23 9239/6
9259/24 9271/13
9271/23 9272/11
9274/5 9275/17
9277/23 9290/7 9301/4
**send/receipt [1]**
9274/5
**send/receipts [1]**

**sender [5]** 9269/12
9270/16 9271/2 9271/3
9273/1
**senders [1]** 9271/24
**sending [9]** 9270/13
9275/17 9276/10
9277/5 9292/7 9295/6
9302/19 9304/10
9304/19
**sends [2]** 9291/2
9294/10
**senior [1]** 9243/14
**sense [4]** 9165/12
9166/4 9184/9 9188/6
**sent [59]** 9156/20
9166/12 9167/22
9173/9 9173/21
9207/10 9208/16
9208/25 9209/9 9219/1
9220/7 9221/7 9222/22
9224/22 9224/23
9225/6 9225/11
9225/12 9231/6 9233/1
9233/14 9234/25
9237/11 9239/19
9239/23 9270/5
9270/16 9270/24
9271/3 9271/14 9272/3
9273/9 9273/17
9275/22 9275/24
9276/17 9278/14
9280/21 9284/13
9287/6 9287/15
9287/19 9287/20
9287/25 9288/7
9288/17 9288/19
9289/14 9289/22
9290/12 9291/14
9291/15 9291/19
9291/24 9294/18
9295/14 9303/21
9304/11 9304/20
**sentence [4]** 9165/11
9171/14 9171/15
9173/25
**sentences [1]** 9173/11
**separate [5]** 9172/22
9184/12 9186/17
9186/21 9186/22
**separately [1]** 9168/10
**series [5]** 9161/22
9230/16 9253/6
9291/14 9293/20
**serve [1]** 9186/7
**served [1]** 9220/16
**server [3]** 9274/15
9286/23 9294/9
**serves [2]** 9161/3
9203/12
**Session [1]** 9150/7
**set [2]** 9172/22
9173/15
**setting [2]** 9184/8
9216/24
**settle [1]** 9233/10
**settled [1]** 9185/25
**several [6]** 9194/4

9249/11 9260/1
9286/25
**shackled [1]** 9241/4
**shall [1]** 9271/12
**shape [1]** 9217/8
**share [2]** 9182/2
9220/6
**Sharon [5]** 9226/7
9226/10 9226/19
9227/9 9236/16
**Shawn [2]** 9206/5
9206/6
**she [38]** 9189/21
9211/15 9213/6 9213/8
9213/20 9226/12
9227/10 9227/11
9227/12 9229/22
9236/16 9236/16
9241/7 9241/8 9241/10
9241/11 9241/11
9241/12 9241/12
9241/12 9241/15
9252/3 9254/13
9254/13 9254/14
9254/14 9255/1 9255/4
9255/5 9255/10
9267/17 9267/17
9273/16 9273/18
9273/21 9307/13
9307/15 9308/11
**she's [10]** 9226/11
9232/14 9250/7
9254/22 9255/1 9255/9
9255/9 9255/12
9306/25 9308/10
**sheet [1]** 9181/8
**shield [1]** 9199/20
**shift [1]** 9265/24
**shipments [1]** 9179/17
**shirt [3]** 9240/25
9241/8 9241/9
**shirts [1]** 9234/4
**shopping [1]** 9214/21
**should [6]** 9171/8
9173/24 9174/12
9248/5 9298/6 9304/19
**show [29]** 9169/8
9180/16 9199/12
9199/20 9199/23
9200/1 9202/11
9202/17 9236/22
9251/9 9254/17
9254/20 9261/7
9261/10 9261/17
9267/11 9270/16
9270/18 9271/6
9271/12 9271/18
9281/2 9281/9 9282/22
9282/23 9292/2
9292/17 9297/20
9300/18
**showed [6]** 9174/16
9174/20 9175/1
9200/23 9201/17
9202/11
**showing [8]** 9200/4
9232/18 9236/22

9283/5 9293/11 9296/2
**shown [3]** 9196/8
9199/19 9272/9
**shows [3]** 9236/21
9251/8 9295/2
**sic [1]** 9235/13
**sick [1]** 9207/20
**side [8]** 9213/9 9213/9
9214/23 9226/22
9227/6 9240/22 9288/1
9291/5
**sidebar [1]** 9161/25
**sides [4]** 9157/22
9178/8 9178/11
9306/10
**sign [2]** 9211/3
9215/23
**Signal [40]** 9198/3
9198/13 9207/3
9215/20 9266/5
9267/16 9269/15
9270/3 9270/6 9270/14
9270/15 9271/11
9274/17 9274/22
9277/13 9281/12
9285/11 9285/11
9285/12 9285/18
9285/21 9285/23
9286/16 9286/23
9293/4 9294/8 9294/8
9295/24 9296/6 9296/9
9296/9 9296/11
9296/24 9297/1 9297/5
9298/21 9298/22
9299/17 9299/19
9299/21
**similar [7]** 9161/7
9166/23 9181/17
9182/15 9208/14
9246/24 9300/22
**simply [4]** 9159/11
9193/3 9248/12
9253/24
**simultaneous [1]**
9272/11
**since [8]** 9179/4
9180/9 9215/16
9216/10 9235/11
9256/4 9260/1 9263/15
**single [1]** 9186/25
**sir [246]**
**sit [3]** 9188/12 9219/23
9275/1
**site [1]** 9250/4
**six [1]** 9199/4
**Sixth [2]** 9166/22
9172/9
**skip [1]** 9209/8
**slide [2]** 9160/25
9243/20
**slides [4]** 9160/18
9160/20 9161/2 9161/4
**slightly [2]** 9257/8
9257/8
**Smith [1]** 9209/20
**so [221]**
**so I think [5]** 9163/11

**so I think... [4]**
9163/15 9192/11
9254/17 9255/10
**so it's [5]** 9163/4
9180/11 9253/24
9272/3 9272/25
**So this did [1]** 9281/7
**society [1]** 9194/15
**sock [1]** 9241/11
**socks [2]** 9241/11
9241/13
**solution [1]** 9273/25
**some [57]** 9162/25
9166/12 9168/22
9175/17 9176/4
9178/18 9182/3
9182/16 9183/16
9185/19 9187/17
9189/16 9189/19
9190/7 9190/13 9194/5
9194/7 9195/12
9200/20 9204/23
9206/19 9208/7 9212/9
9214/21 9214/21
9221/14 9222/10
9226/14 9229/21
9232/5 9233/12
9234/21 9235/17
9237/23 9241/2
9241/19 9245/21
9245/21 9248/3
9248/25 9251/20
9254/18 9259/13
9269/14 9280/11
9284/22 9287/5
9292/16 9293/21
9296/9 9297/6 9302/12
9303/19 9304/15
**somebody [4]** 9161/16
9220/4 9234/22
9304/15
**somebody's [1]**
9238/11
**someone [5]** 9197/22
9207/22 9246/23
9248/12 9284/20
**someone's [4]** 9246/25
9285/2 9296/4 9296/8
**something [24]** 9159/1
9161/7 9171/13 9172/2
9185/20 9185/25
9189/21 9194/14
9202/1 9204/7 9209/9
9217/15 9217/16
9218/3 9227/6 9234/13
9250/11 9252/16
9255/4 9257/19
9257/23 9278/6
9284/15 9293/16
**sometimes [4]** 9198/1
9201/12 9254/13
9294/21
**somewhat [1]** 9300/18
**soon [1]** 9308/2
**SoRelle [2]** 9270/8
9273/13

**Screen [4]**
9266/19 9269/7
9290/22
**sorry [35]** 9160/15
9162/21 9165/4
9165/10 9210/7 9210/7
9215/7 9222/4 9222/18
9227/1 9237/16
9248/11 9251/23
9252/25 9253/1 9256/6
9256/8 9258/24
9258/24 9259/2
9260/14 9260/14
9263/9 9266/5 9267/15
9270/22 9272/13
9272/25 9277/15
9278/5 9280/7 9282/11
9290/25 9296/20
9297/22
**sort [15]** 9167/15
9167/19 9171/14
9172/25 9175/11
9175/19 9177/7
9185/19 9186/14
9187/11 9188/18
9191/4 9201/15 9297/6
9306/19
**sought [1]** 9168/11
**sound [3]** 9218/19
9221/10 9250/17
**sounds [3]** 9169/10
9254/24 9295/13
**source [9]** 9186/9
9219/2 9268/24 9269/3
9271/15 9276/10
9278/9 9299/10
9302/22
**sourced [1]** 9273/11
**south [1]** 9288/1
**speak [6]** 9168/4
9210/20 9211/21
9212/8 9252/3 9255/1
**speaking [1]** 9266/5
**special [5]** 9167/3
9169/11 9169/17
9169/22 9172/5
**specialized [1]**
9157/20
**specific [21]** 9158/5
9158/7 9158/20 9160/6
9169/7 9171/2 9172/4
9175/5 9175/15 9178/4
9178/16 9178/19
9179/10 9181/1
9184/11 9190/10
9195/12 9216/8
9249/10 9255/12
9266/9
**specifically [10]**
9162/10 9175/9
9179/24 9183/23
9185/5 9189/19
9243/25 9247/3 9248/3
9252/24
**specificity [5]** 9174/7
9175/14 9181/9
9181/10 9271/12
**specifics [1]** 9176/12

**specified [2]** 9167/6
9182/6
**specify [1]** 9177/15
**speed [1]** 9250/24
**speeding [1]** 9187/25
**split [2]** 9157/5
9157/11
**spoken [2]** 9212/6
9221/23
**squarely [1]** 9172/8
**Sr [1]** 9152/11
**stab [1]** 9161/16
**Stamey [10]** 9204/25
9205/17 9206/2 9207/7
9207/10 9207/12
9208/4 9209/15
9209/19 9252/24
**stamp [2]** 9273/15
9275/21
**stamps [1]** 9273/23
**stand [5]** 9160/3
9180/18 9189/2 9189/5
9250/14
**standard [16]** 9173/15
9248/20 9253/17
9253/23 9253/25
9256/5 9256/5 9256/6
9256/10 9256/18
9256/25 9257/15
9272/5 9272/7 9272/10
9272/21
**standardized [1]**
9256/4
**standards [1]** 9248/19
**standing [3]** 9207/18
9241/7 9306/6
**standpoint [1]** 9168/3
**stands [3]** 9166/15
9166/23 9308/19
**stanley [2]** 9152/2
9152/5
**starred [1]** 9190/3
**start [5]** 9194/25
9297/24 9300/20
9305/12 9308/9
**started [5]** 9183/10
9185/1 9190/24
9200/19 9305/13
**starting [7]** 9156/21
9156/24 9160/24
9161/3 9187/13
9207/16 9252/25
**state [6]** 9168/2
9173/11 9214/9 9231/9
9243/8 9243/9
**statehouse [1]** 9222/9
**statement [13]** 9159/1
9159/17 9159/20
9159/22 9161/16
9192/18 9192/25
9193/3 9196/8 9210/5
9212/19 9217/25
9218/3
**statements [14]**
9158/1 9158/9 9158/14
9158/15 9159/7
9159/11 9159/14
9159/15 9161/13

**Screen [2]** 9177/6
9181/17 9214/7 9214/8
**STATES [12]** 9150/1
9150/3 9150/10 9156/3
9166/13 9166/21
9167/1 9167/9 9176/22
9196/15 9202/5 9208/8
**stating [1]** 9189/20
**status [5]** 9192/15
9192/20 9196/23
9197/10 9235/7
**statute [1]** 9169/16
**steel [1]** 9179/18
**stenography [1]**
9153/6
**step [5]** 9163/21
9241/22 9263/21
9305/4 9308/5
**STEWART [9]** 9150/6
9151/2 9156/4 9203/21
9266/20 9272/25
9273/1 9287/6 9287/15
**Stewart Rhodes [3]**
9203/21 9273/1
9287/15
**Stewart Rhodes' [2]**
9266/20 9287/6
**stick [3]** 9151/8
9210/6 9301/22
**still [11]** 9183/16
9187/22 9237/13
9261/17 9295/21
9295/24 9295/25
9296/2 9299/21
9299/23 9299/25
**stinker [1]** 9190/24
**Stirone [3]** 9175/25
9179/14 9179/17
**Stone [1]** 9295/22
**Stone's [1]** 9295/23
**stop [3]** 9193/5
9196/24 9221/5
**stopped [1]** 9213/7
**store [1]** 9286/18
**stored [2]** 9253/24
9285/14
**stores [1]** 9294/9
**storming [3]** 9190/11
9190/19 9200/1
**story [1]** 9182/2
**strategic [2]** 9306/19
9306/20
**Street [4]** 9150/17
9151/11 9151/15
9272/4
**streets [1]** 9163/21
**strike [1]** 9202/25
**structure [1]** 9186/5
**stuff [6]** 9163/23
9207/19 9219/24
9220/2 9220/7 9227/25
**style [1]** 9198/2
**submit [3]** 9210/17
9240/15 9252/3
**subset [1]** 9175/17
**substantial [1]** 9176/5
**substantively [1]**
9174/23

**[continued]**
9159/19 9166/18
9190/22 9190/24
9191/3 9246/12
9246/23 9254/23
**suffices [1]** 9167/7
**sufficient [4]** 9157/8
9176/9 9178/25 9252/2
**suggested [1]** 9178/4
**suggesting [2]** 9159/4
9185/19
**suggestion [1]**
9171/15
**suggests [1]** 9288/19
**Suite [3]** 9151/4 9151/8
9152/13
**summary [1]** 9252/15
**Superior [1]** 9182/4
**superseding [1]**
9180/11
**support [1]** 9163/21
**suppose [1]** 9217/23
**Supreme [3]** 9167/15
9167/19 9291/4
**Supreme Court [3]**
9167/15 9167/19
9291/4
**sure [22]** 9164/25
9170/23 9171/1
9173/16 9179/25
9216/17 9216/18
9220/14 9237/24
9238/15 9240/16
9244/2 9249/25 9259/2
9264/6 9282/25
9284/11 9286/21
9288/24 9296/5 9298/2
9298/11
**surgery [1]** 9180/21
**surprised [1]** 9203/3
**sustain [1]** 9223/14
**sustained [4]** 9210/2
9212/3 9215/6 9216/2
**swear [4]** 9189/22
9190/5 9190/6 9198/22
**sweep [1]** 9177/21
**switch [1]** 9242/8
**switched [1]** 9191/1
**SWORN [2]** 9189/5
9243/2
**sync [1]** 9274/17
**system [1]** 9284/19
**systems [3]** 9244/13
9247/4 9248/19

**T**

**T-shirt [1]** 9240/25
**T-shirts [1]** 9234/4
**table [1]** 9174/2
**take [25]** 9163/22
9173/2 9182/23
9187/24 9191/20
9192/2 9197/20 9201/2
9204/8 9211/24
9218/22 9238/17
9241/20 9258/8
9263/11 9263/14
9263/17 9288/5

take... [7] 9291/10
9292/24 9305/10
9305/11 9305/24
9307/16 9307/24
taken [6] 9228/9
9230/11 9269/1
9275/16 9290/17
9290/17
takes [1] 9244/10
taking [6] 9188/21
9199/20 9203/6 9203/8
9203/9 9289/18
talk [9] 9158/8 9185/3
9248/22 9250/11
9256/20 9262/13
9269/14 9285/11
9286/14
talked [7] 9158/16
9181/10 9185/24
9200/13 9223/23
9259/17 9299/1
talking [10] 9170/16
9181/5 9194/25 9252/4
9256/2 9278/20
9286/16 9288/12
9289/13 9295/20
talks [1] 9170/16
tampering [1] 9216/11
Tarpley [2] 9151/10
9156/11
tasked [1] 9170/2
taught [1] 9161/17
team [2] 9243/17
9251/12
teams [1] 9246/4
tear [1] 9199/13
tear gas [1] 9199/13
technical [1] 9244/12
technology [1]
9259/23
telephone [5] 9174/15
9174/25 9205/15
9205/17 9205/20
tell [21] 9161/15
9175/19 9186/14
9190/5 9191/16
9192/25 9193/1 9205/6
9222/6 9227/18 9228/5
9262/14 9269/25
9274/3 9277/12
9278/16 9281/5
9290/21 9292/20
9301/17 9302/25
telling [2] 9171/16
9240/18
tells [1] 9308/11
ten [4] 9202/13 9223/4
9223/8 9223/17
ten-second [1]
9202/13
Tennessee [1] 9243/10
tense [1] 9183/24
term [1] 9228/6
terms [13] 9157/19
9157/20 9162/8
9172/19 9176/25
9177/4 9177/11

9188/19 9218/1 9218/4
9271/13
terribly [1] 9253/1
Terrific [1] 9195/7
testified [7] 9180/19
9189/5 9203/13
9244/24 9255/9 9287/4
9298/13
testify [7] 9198/9
9212/21 9217/19
9255/10 9305/23
9306/2 9306/5 9306/16
9306/19
testifying [2] 9248/25
9306/11
testimony [15]
9157/21 9158/22
9159/16 9159/18
9160/7 9161/3 9162/18
9162/20 9193/16
9204/19 9263/22
9305/4 9305/6 9305/20
9306/8
text [29] 9189/19
9203/14 9203/16
9215/11 9218/17
9226/14 9226/15
9226/16 9226/18
9227/8 9227/13 9230/5
9231/5 9231/5 9233/14
9234/9 9234/22 9235/4
9235/8 9236/3 9236/18
9236/22 9237/13
9239/3 9240/5 9240/5
9250/25 9251/1 9251/2
than [16] 9157/15
9161/21 9168/25
9177/9 9177/12
9182/23 9184/12
9185/13 9186/8
9188/21 9193/8
9216/23 9219/10
9273/23 9291/8
9304/21
thank [58] 9157/3
9164/20 9165/8 9165/9
9173/4 9173/18 9174/4
9185/10 9189/15
9193/19 9195/7
9200/11 9209/18
9214/11 9233/4
9241/23 9242/3 9242/8
9242/12 9242/14
9242/16 9242/19
9243/23 9249/1 9252/8
9255/15 9260/17
9261/1 9263/18
9263/23 9264/10
9264/11 9264/16
9264/17 9264/25
9267/20 9268/1 9279/2
9279/3 9282/6 9282/15
9282/19 9282/23
9283/19 9283/22
9283/23 9284/3 9288/5
9290/25 9292/24
9297/10 9300/16

9305/19 9308/1 9308/6
9308/7
thank you [45] 9157/3
9164/20 9165/8 9165/9
9173/4 9173/18 9174/4
9185/10 9189/15
9193/19 9200/11
9214/11 9241/23
9242/3 9242/8 9242/12
9242/14 9242/16
9243/23 9249/1 9252/8
9260/17 9261/1
9264/10 9264/11
9264/16 9264/17
9264/25 9267/20
9279/3 9282/6 9282/15
9282/19 9282/23
9283/19 9283/22
9283/23 9284/3 9288/5
9290/25 9297/10
9300/16 9304/24
9305/3 9308/7
Thanks [1] 9264/12
that [804]
that's [72] 9158/17
9164/12 9164/16
9168/13 9168/17
9169/13 9169/18
9170/20 9171/12
9171/13 9173/7
9173/24 9175/3
9177/22 9178/14
9179/18 9184/4 9185/9
9188/18 9188/24
9190/12 9190/14
9190/16 9191/25
9192/21 9193/4 9194/1
9200/21 9204/3 9205/1
9205/18 9205/21
9208/1 9209/17 9210/2
9212/3 9215/15
9215/18 9216/2
9216/25 9217/3
9217/13 9217/15
9219/24 9222/2
9231/23 9234/8
9238/19 9255/13
9261/19 9263/12
9269/5 9272/4 9275/15
9275/23 9276/12
9281/6 9287/25 9290/9
9290/15 9291/4 9291/9
9292/5 9292/12 9294/2
9294/20 9295/8 9298/9
9299/7 9302/22
9302/23 9304/23
their [28] 9156/15
9172/16 9180/16
9181/15 9181/16
9185/16 9185/17
9204/8 9220/3 9220/7
9240/5 9250/4 9254/16
9261/4 9274/23
9280/21 9283/2
9284/19 9284/21
9284/23 9285/4
9285/18 9286/8

9306/19 9306/19
theirs [1] 9220/4
thelinderfirm.com [1]
9151/6
them [36] 9163/20
9164/16 9164/19
9166/13 9169/3 9169/5
9177/2 9177/9 9180/17
9190/3 9199/12
9207/21 9207/21
9210/20 9211/8
9211/25 9212/8
9213/23 9220/11
9233/1 9235/8 9241/16
9243/13 9243/22
9246/12 9250/12
9251/17 9251/18
9251/20 9255/9
9255/22 9256/22
9258/1 9285/7 9297/3
9307/9
themselves [1] 9283/2
then [56] 9157/20
9158/13 9159/6 9160/1
9160/20 9161/14
9162/24 9163/19
9168/10 9174/1 9174/5
9175/10 9177/24
9178/5 9179/23 9185/1
9186/4 9187/18
9188/14 9191/4
9193/24 9193/25
9194/6 9195/6 9213/24
9221/12 9222/20
9227/22 9240/20
9244/6 9246/22
9246/25 9248/11
9248/16 9250/22
9253/5 9256/20
9266/12 9274/8
9274/16 9276/13
9278/14 9282/20
9283/15 9283/19
9284/23 9286/8
9289/13 9290/6
9290/16 9291/1
9292/25 9292/25
9294/13 9294/17
9297/25
theories [5] 9166/9
9166/17 9166/19
9168/15 9172/14
theory [7] 9168/11
9169/2 9169/6 9169/21
9169/22 9170/9
9170/18
there [112] 9160/14
9160/15 9161/12
9161/15 9162/9
9162/14 9162/14
9165/11 9166/17
9167/4 9168/8 9168/22
9169/14 9169/16
9171/1 9171/19
9172/10 9173/5
9178/10 9178/24
9180/1 9181/17 9185/9

9186/20
9188/1 9190/10
9190/21 9190/21
9194/3 9196/24
9197/21 9198/17
9199/22 9199/25
9200/23 9201/7
9202/7 9204/18
9211/16 9211/18
9211/20 9212/12
9213/8 9214/19
9214/21 9218/14
9220/2 9220/8 9221/5
9221/6 9222/13
9222/13 9222/20
9227/5 9228/10 9232/2
9233/12 9233/13
9239/22 9240/18
9240/21 9240/23
9241/3 9241/8 9241/14
9241/20 9243/15
9244/15 9246/11
9250/23 9256/10
9257/1 9257/3 9257/21
9258/12 9258/19
9258/21 9258/22
9259/10 9262/4
9265/16 9266/16
9266/24 9267/1 9267/5
9269/3 9269/21
9269/24 9273/20
9274/3 9274/6 9275/2
9285/24 9286/2 9286/3
9286/5 9286/7 9287/1
9287/4 9292/16
9294/12 9294/13
9294/24 9295/21
9296/24 9297/2 9297/3
9297/8 9304/12 9307/5
9307/25
there's [36] 9157/5
9157/11 9160/18
9160/25 9166/16
9168/2 9168/23 9169/7
9169/21 9170/21
9170/23 9172/21
9174/7 9179/5 9183/16
9184/11 9185/19
9193/11 9194/10
9198/5 9209/1 9221/13
9221/14 9222/20
9227/6 9227/13 9232/2
9232/5 9247/15 9253/2
9275/1 9300/4 9301/11
9304/10 9306/3 9306/7
these [61] 9156/16
9159/14 9164/15
9171/8 9178/6 9182/22
9188/5 9190/7 9205/14
9206/5 9222/12 9223/7
9226/16 9230/17
9231/4 9231/6 9232/21
9234/25 9235/6 9236/6
9238/3 9238/21
9238/22 9240/20
9255/2 9257/22 9259/5
9261/21 9262/2 9262/5
9270/3 9271/10

these... [29] 9272/18
9273/23 9275/10
9276/22 9276/22
9277/22 9283/1
9287/14 9287/18
9287/23 9288/7
9290/11 9291/14
9291/15 9291/19
9291/22 9291/22
9291/24 9292/3
9292/13 9292/17
9292/21 9293/21
9294/19 9298/6
9300/21 9300/21
9302/12 9302/15
they [77] 9157/8
9157/12 9158/8
9158/22 9166/3
9168/19 9168/21
9169/6 9171/23
9171/25 9184/18
9184/25 9185/16
9190/1 9190/2 9190/3
9190/24 9191/1 9198/2
9202/10 9202/11
9209/22 9210/10
9211/17 9211/25
9211/25 9212/8 9212/9
9212/10 9214/16
9214/16 9214/18
9214/19 9214/22
9214/23 9215/3 9215/4
9219/13 9219/14
9226/17 9229/5 9235/7
9236/9 9237/15
9240/18 9241/7 9241/9
9241/13 9250/17
9250/17 9259/21
9261/5 9270/9 9273/25
9274/1 9275/13
9275/16 9280/24
9284/18 9284/21
9284/21 9284/23
9285/19 9285/22
9286/13 9287/6
9287/20 9290/12
9290/17 9296/5
9296/10 9296/11
9297/2 9297/3 9298/6
9303/23 9303/23
they're [8] 9179/20
9183/4 9184/17
9202/12 9209/25
9241/20 9284/22
9290/22
they've [3] 9289/18
9290/17 9296/8
thing [7] 9191/5
9218/20 9219/14
9225/14 9239/18
9272/18 9300/4
things [17] 9167/25
9173/13 9181/13
9181/15 9181/16
9183/12 9191/6 9194/4
9198/4 9214/20 9220/5
9220/10 9250/25

9251/14
think [86] 9156/21
9157/5 9157/17 9158/5
9158/10 9160/13
9161/20 9161/20
9163/11 9163/15
9164/12 9164/14
9165/21 9166/4 9166/7
9168/5 9168/13
9168/14 9168/18
9169/4 9169/18
9169/19 9170/3
9170/14 9170/20
9171/23 9172/1 9172/3
9172/7 9172/10
9172/25 9173/1
9173/12 9175/7
9178/14 9179/19
9179/21 9181/10
9181/25 9182/16
9182/17 9183/2
9183/17 9183/19
9183/22 9184/2 9184/6
9184/8 9184/10
9184/11 9185/6
9185/12 9188/21
9192/11 9192/16
9193/11 9194/13
9198/5 9200/7 9201/3
9201/3 9212/20 9217/3
9217/7 9217/9 9219/14
9233/1 9235/17
9237/20 9254/17
9254/25 9255/2
9255/10 9260/3
9265/17 9267/16
9281/2 9288/12 9290/7
9293/2 9293/11
9301/22 9303/15
9306/25 9307/15
9307/16
thinking [3] 9165/2
9181/12 9201/23
third [16] 9157/11
9174/1 9186/10
9186/11 9187/2 9195/5
9196/18 9196/18
9224/1 9274/19
9275/15 9278/10
9294/21 9295/20
9302/13 9302/16
Third Circuit [2]
9186/10 9187/2
this [196]
Thomas [4] 9152/11
9156/6 9174/18 9189/4
those [49] 9157/19
9160/19 9162/3
9162/16 9166/2
9166/18 9173/16
9175/8 9175/17 9177/6
9177/20 9178/16
9179/11 9186/3
9186/22 9198/3
9198/14 9200/8
9213/16 9214/8
9219/12 9221/16

9229/25 9235/11
9237/13 9244/6
9245/15 9246/14
9247/19 9247/21
9248/8 9251/10 9253/6
9253/8 9255/20
9269/25 9273/25
9274/15 9274/18
9274/21 9275/5 9286/9
9286/12 9292/6
9295/17
though [3] 9163/17
9188/16 9290/13
thought [5] 9158/2
9158/13 9185/24
9192/23 9231/15
thoughts [1] 9178/9
thread [2] 9223/4
9223/17
three [7] 9171/11
9188/14 9207/16
9259/10 9267/9
9276/24 9301/13
three-hour [1] 9301/13
through [30] 9160/9
9167/24 9177/8
9187/25 9198/5 9200/4
9216/21 9217/22
9220/9 9227/13
9231/18 9233/13
9234/20 9235/6
9235/22 9238/22
9239/12 9239/15
9244/12 9259/13
9259/24 9270/15
9271/11 9276/17
9284/18 9285/12
9285/21 9286/12
9300/17 9300/19
throughout [1] 9199/3
throw [2] 9202/1
9297/18
thrown [1] 9241/3
ticket [1] 9192/20
till [1] 9213/23
time [122] 9180/12
9182/23 9185/2
9187/24 9188/7
9188/17 9188/21
9189/22 9190/6
9195/15 9201/22
9202/3 9205/7 9205/20
9207/5 9208/6 9209/4
9209/22 9210/14
9210/15 9211/16
9211/20 9212/12
9213/3 9213/5 9214/16
9215/10 9217/21
9218/8 9218/16
9219/18 9219/22
9219/22 9221/9
9229/15 9229/18
9230/24 9235/20
9237/8 9238/1 9240/10
9240/22 9241/20
9243/21 9253/17

9256/6 9256/11
9256/18 9256/24
9256/25 9257/7
9257/10 9257/15
9257/15 9258/5 9258/8
9258/22 9262/5 9265/6
9270/16 9270/19
9270/24 9271/3 9271/6
9271/7 9271/8 9271/14
9272/5 9272/10
9272/21 9273/6
9273/15 9273/22
9273/23 9274/10
9275/20 9275/20
9275/21 9275/22
9275/22 9276/17
9277/3 9277/6 9277/9
9277/14 9277/17
9281/8 9281/14 9282/3
9283/20 9286/22
9287/5 9287/20
9288/22 9288/25
9290/12 9291/20
9291/20 9291/23
9292/3 9292/4 9292/7
9295/22 9296/1 9296/3
9301/3 9301/14
9301/23 9303/9
9303/14 9304/11
9305/4 9305/11
9306/10 9307/8
9307/10 9307/13
9307/16 9308/11
times [6] 9219/5
9229/5 9251/15
9271/13 9271/23
9290/11
timestamp [5] 9272/20
9286/18 9289/8
9291/23 9303/2
timing [6] 9181/24
9182/20 9188/5 9218/1
9218/2 9308/14
tinkering [1] 9170/4
tissues [1] 9241/20
title [2] 9190/4 9243/24
titled [1] 9309/4
today [6] 9182/21
9187/12 9187/14
9188/4 9188/7 9246/9
together [2] 9182/20
9220/16
told [7] 9196/15
9203/18 9211/25
9213/9 9213/19
9290/10 9308/15
Tom [3] 9221/7
9222/18 9227/20
Tom Caldwell [2]
9221/7 9227/20
too [5] 9207/20
9207/24 9263/1
9280/17 9303/14
took [9] 9200/20
9228/10 9230/5
9230/17 9230/23
9232/10 9249/10

tool [1] 9247/25
tools [1] 9273/22
top [11] 9221/7
9221/13 9223/3 9225/3
9227/5 9227/6 9231/20
9232/10 9237/9 9238/9
9290/2
toward [1] 9188/3
towards [2] 9224/1
9225/8
tower [2] 9259/24
9259/25
towers [2] 9152/13
9284/19
track [2] 9164/19
9235/21
tracks [1] 9174/23
traffic [4] 9192/14
9192/20 9196/22
9207/24
training [3] 9244/8
9244/11 9244/16
transcript [10] 9150/9
9153/6 9158/21 9160/9
9162/5 9162/7 9162/21
9164/11 9195/24
9309/3
transcription [1]
9153/7
transparent [1]
9188/19
treat [1] 9157/12
treated [1] 9157/6
treats [1] 9177/8
trial [6] 9150/9 9159/16
9176/16 9177/5
9179/16 9199/3
tried [3] 9169/14
9176/1 9181/6
triple [1] 9288/24
triple-checked [1]
9288/24
Troy [2] 9150/16
9156/9
true [2] 9159/22
9292/11
Trump [1] 9289/16
Truong [2] 9206/20
9207/11
truth [1] 9214/8
try [6] 9214/24 9225/17
9236/3 9250/24
9254/20 9301/9
trying [12] 9184/16
9188/4 9188/22
9201/24 9202/2
9204/15 9213/6
9214/13 9215/4 9215/4
9263/12 9278/11
tumbled [1] 9240/24
tunnel [1] 9234/14
turn [3] 9174/5
9246/14 9271/1
turned [3] 9241/5
9274/12 9274/20
TVs [1] 9199/8
two [35] 9160/20

**T**

**two... [34]** 9161/2
9161/4 9162/1 9165/15
9166/1 9168/16 9175/8
9175/15 9177/20
9178/6 9178/7 9178/16
9180/13 9180/18
9182/13 9183/11
9186/20 9188/14
9222/13 9244/11
9256/21 9262/5
9265/18 9274/21
9276/5 9276/23
9287/14 9287/18
9287/23 9295/10
9298/3 9301/13
9304/10 9307/2
**twos [1]** 9177/14
**TX [2]** 9151/4 9151/8
**type [6]** 9183/12
9204/23 9208/7
9208/14 9244/8
9244/12
**types [2]** 9175/15
9247/4
**Typically [1]** 9247/5
**typographical [1]**
9183/11
**Tôjô [1]** 9191/3

**U**

**U.S [3]** 9150/16 9194/2
9220/18
**uh [24]** 9190/9 9202/23
9203/15 9204/20
9205/16 9206/3
9206/15 9209/3
9209/11 9210/12
9218/21 9221/11
9223/6 9224/21 9225/1
9230/6 9231/25 9232/7
9232/17 9233/16
9234/5 9236/11
9237/22 9238/13
**uh-huh [24]** 9190/9
9202/23 9203/15
9204/20 9205/16
9206/3 9206/15 9209/3
9209/11 9210/12
9218/21 9221/11
9223/6 9224/21 9225/1
9230/6 9231/25 9232/7
9232/17 9233/16
9234/5 9236/11
9237/22 9238/13
**ultimately [4]** 9178/14
9182/1 9217/10 9221/8
**Um [1]** 9303/8
**unaltered [1]** 9177/4
**unanimity [14]** 9166/9
9166/16 9167/3 9167/7
9169/11 9169/17
9169/22 9170/5
9171/13 9171/15
9171/19 9172/5 9173/1
9173/3
**unanimous [6]**
9167/12 9168/19

**unanimously [1]**
9169/6
**uncertain [1]** 9173/6
**unclear [2]** 9177/13
9301/8
**under [6]** 9172/25
9183/18 9189/13
9194/8 9242/11
9305/17
**underlying [2]** 9168/24
9172/19
**underneath [1]**
9228/23
**understand [8]**
9157/11 9189/14
9194/13 9196/3
9243/24 9243/25
9301/9 9306/23
**understanding [6]**
9164/11 9217/4 9234/8
9252/14 9266/16
9299/11
**understands [1]**
9245/23
**Understood [1]**
9184/13
**underwear [1]** 9240/25
**unfair [1]** 9254/17
**Unfortunately [1]**
9162/17
**uniform [1]** 9172/15
**UNITED [12]** 9150/1
9150/3 9150/10 9156/3
9166/13 9166/21
9167/1 9167/9 9176/22
9196/15 9202/5 9208/8
**United States [7]**
9166/13 9166/21
9167/1 9167/9 9176/22
9202/5 9208/8
**universal [1]** 9253/23
**unknown [1]** 9294/23
**unless [3]** 9169/3
9169/5 9183/23
**unpublished [2]**
9166/22 9172/10
**unsavory [1]** 9204/7
**unsend [3]** 9180/20
9218/23 9222/10
**unsending [3]** 9180/16
9219/17 9225/18
**unsent [24]** 9175/16
9178/1 9180/1 9180/4
9180/4 9209/9 9216/22
9216/24 9217/2 9217/2
9218/18 9219/10
9219/12 9219/13
9221/8 9221/15
9222/14 9222/16
9224/2 9224/7 9224/20
9225/3 9225/9 9225/13
**until [11]** 9184/21
9188/6 9213/18
9216/23 9217/12
9222/18 9271/18
9274/22 9275/8 9292/3

**unusual [1]** 9201/21
**up [79]** 9156/25
9160/12 9161/25
9191/4 9191/11
9191/14 9195/5
9196/12 9200/17
9200/19 9200/24
9201/10 9201/13
9202/1 9204/21 9205/2
9205/3 9206/9 9206/13
9206/16 9208/11
9208/13 9208/17
9209/6 9209/7 9210/9
9213/4 9213/8 9213/24
9214/23 9214/25
9216/5 9216/14
9216/24 9219/11
9220/25 9224/1
9225/22 9226/6
9226/13 9226/22
9228/4 9228/8 9228/17
9230/2 9230/7 9230/8
9232/1 9232/13 9233/5
9234/2 9237/21
9240/22 9240/24
9241/8 9241/10
9243/20 9248/23
9251/9 9258/14 9261/7
9261/10 9261/17
9263/3 9263/5 9264/17
9271/18 9274/14
9276/7 9276/15 9277/3
9278/7 9287/10 9288/6
9291/12 9293/9 9296/2
9304/2 9306/13
**up a [1]** 9276/7
**updates [1]** 9295/25
**upfront [1]** 9268/5
**upon [3]** 9188/5
9248/15 9251/14
**upwards [1]** 9276/24
**urged [1]** 9241/2
**us [9]** 9166/7 9201/25
9222/6 9228/5 9273/22
9286/19 9290/10
9295/10 9307/17
**usable [1]** 9247/9
**usdoj.gov [2]** 9150/19
9150/20
**use [8]** 9185/1 9229/18
9246/6 9247/5 9248/19
9251/10 9258/1 9286/6
**useable [1]** 9246/4
**used [11]** 9175/3
9182/10 9182/14
9215/3 9246/9 9246/11
9246/13 9247/3
9247/25 9255/5
9259/23
**user [6]** 9261/13
9262/24 9272/3
9274/22 9285/3
9285/17
**uses [1]** 9255/4
**using [7]** 9190/8
9223/9 9246/25
9271/12 9277/19

**UTC [8]** 9205/21
9219/13 9221/9
9225/14 9253/20
9253/24 9272/7 9272/8
**utilizing [2]** 9304/15
9304/16

**V**

**validate [1]** 9258/3
**valley [1]** 9163/19
**variance [3]** 9175/22
9177/3 9177/12
**variances [1]** 9177/9
**various [4]** 9167/13
9173/3 9246/6 9280/21
**vary [1]** 9177/10
**vehicle [3]** 9207/21
9240/21 9241/3
**verbiage [1]** 9206/19
**verdict [2]** 9167/13
9181/8
**verdicts [1]** 9184/12
**verification [2]**
9228/24 9229/1
**versed [1]** 9260/2
**version [1]** 9294/11
**versus [14]** 9156/4
9166/13 9166/21
9167/1 9167/9 9167/20
9175/21 9176/22
9251/7 9254/24
9269/20 9284/9
9286/18 9295/11
**vertebrae [1]** 9201/14
**very [14]** 9179/14
9182/2 9190/14
9195/12 9201/25
9202/10 9216/7
9231/20 9238/8 9242/9
9263/18 9297/2 9305/3
9308/1
**vestige [1]** 9173/7
**Vetted [2]** 9282/16
9294/1
**via [5]** 9207/21 9227/13
9230/5 9233/14 9235/4
**video [15]** 9175/6
9177/25 9178/4
9200/23 9201/11
9201/17 9202/11
9202/12 9202/13
9216/23 9216/25
9218/23 9219/2 9219/4
9219/8
**videos [6]** 9199/9
9199/11 9199/19
9199/22 9199/25
9200/3
**view [2]** 9167/21
9246/18
**views [1]** 9178/9
**violated [1]** 9176/11
**violation [1]** 9179/15
**violence [2]** 9198/20
9199/23
**Virginia [2]** 9193/22
9222/8

**visible [2]** 9299/22
9299/23
**visibly [1]** 9284/14
**visual [2]** 9283/6
9283/8
**voice [1]** 9212/14
9250/25 9280/7
**vs [1]** 9150/5

**W**

**waist [1]** 9241/4
**wait [1]** 9202/2
**waiting [4]** 9183/7
9184/15 9207/19
9249/3
**waived [1]** 9156/15
**walk [2]** 9183/5
9216/21
**walking [1]** 9201/18
**wall [2]** 9200/25
9201/10
**walls [1]** 9201/13
**want [30]** 9159/15
9188/18 9193/15
9214/4 9216/21 9220/4
9220/7 9228/6 9231/13
9237/25 9245/17
9248/22 9250/11
9252/22 9253/6
9255/11 9255/14
9256/20 9262/12
9262/13 9263/5
9263/11 9264/8
9268/23 9278/8 9298/2
9298/11 9300/4
9305/11 9305/11
**wanted [7]** 9158/20
9183/20 9184/9
9211/21 9212/8
9241/12 9241/12
**wanting [1]** 9219/18
**wants [1]** 9162/10
**war [2]** 9190/25 9191/1
**warned [1]** 9210/19
**warrant [3]** 9194/2
9194/7 9210/23
**was [273]**
**Washington [7]** 9150/5
9150/17 9152/4 9153/5
9198/25 9220/23
9224/15
**wasn't [4]** 9160/9
9181/21 9191/1 9274/8
**watch [1]** 9190/2
**water [1]** 9248/25
**Watkins [59]** 9151/14
9156/6 9156/13
9158/11 9189/20
9202/10 9211/17
9211/21 9212/7
9213/12 9213/15
9214/14 9215/12
9229/22 9231/7
9232/22 9232/25
9251/23 9252/24
9253/3 9256/8 9256/11
9258/14 9260/20
9260/21 9260/23

Case 1:22-cr-00085-APM Document 227-1 Filed 01/09/24 Page 188 of 189

**Watkins... [33]** 9263/5
9265/5 9265/8 9265/9
9265/25 9267/12
9267/13 9268/4 9268/9
9268/12 9268/15
9272/15 9276/2 9276/3
9278/6 9287/10
9287/12 9288/6
9291/12 9293/2
9297/25 9298/8 9300/6
9300/19 9302/2 9302/4
9304/3 9305/8 9305/15
9305/23 9306/11
9308/5 9308/9

**Watkins' [7]** 9158/4
9248/6 9253/9 9257/14
9259/5 9260/7 9261/22

**waving [1]** 9190/19

**way [20]** 9157/12
9170/14 9170/14
9171/5 9172/2 9177/15
9182/25 9186/6
9192/23 9192/24
9211/10 9220/7
9223/15 9241/1
9246/18 9259/23
9273/20 9283/10
9286/17 9292/9

**ways [3]** 9171/8
9171/11 9178/18

**we [247]**

**we believe [2]** 9171/22
9186/7

**we will [2]** 9188/9
9263/18

**we would [1]** 9282/21

**we'd [1]** 9234/17

**we'll [25]** 9162/22
9162/24 9162/25
9163/21 9173/1
9173/15 9182/16
9182/19 9182/24
9184/20 9185/1
9188/24 9213/22
9214/22 9232/15
9233/13 9236/12
9238/20 9276/7 9307/4
9307/16 9308/2 9308/9
9308/9 9308/10

**we're [44]** 9157/23
9158/5 9158/17
9158/23 9164/16
9170/4 9170/16
9178/14 9179/8 9179/9
9180/5 9180/6 9181/5
9183/12 9184/15
9187/13 9188/6
9192/25 9193/1
9193/24 9195/10
9195/15 9202/15
9217/25 9223/22
9224/18 9237/8 9238/1
9239/18 9249/3
9249/24 9253/19
9276/9 9278/20 9281/8
9288/12 9289/13
9290/10 9293/10

9301/22 9304/2
9307/23

**we've [8]** 9164/23
9165/1 9188/3 9200/7
9219/4 9256/16
9268/18 9306/8

**weapon [2]** 9182/6
9182/7

**weapons [1]** 9241/14

**wear [1]** 9198/2

**Website [1]** 9198/8

**week [2]** 9183/1
9185/24

**weekend [1]** 9213/23

**weeks [2]** 9182/22
9199/4

**weight [1]** 9254/24

**welcome [3]** 9187/9
9242/13 9264/23

**well [34]** 9158/17
9160/13 9163/10
9170/25 9180/8 9185/7
9187/20 9190/8
9192/23 9195/2
9205/21 9209/8 9212/6
9217/24 9219/18
9219/23 9219/24
9225/14 9233/14
9239/4 9239/23
9247/20 9255/14
9256/4 9260/2 9272/16
9273/14 9275/21
9291/22 9292/10
9299/9 9303/7 9303/22
9306/20

**well-versed [1]** 9260/2

**went [8]** 9200/17
9200/19 9201/7
9214/18 9214/20
9220/9 9234/2 9240/20

**were [118]** 9158/2
9158/13 9160/19
9162/3 9162/3 9162/14
9163/2 9171/21 9173/6
9173/13 9174/22
9175/16 9178/1 9178/3
9179/22 9179/23
9180/1 9180/1 9181/14
9184/24 9185/16
9185/17 9186/1 9186/2
9186/3 9186/3 9186/20
9188/20 9189/21
9190/1 9190/3 9190/6
9190/7 9198/17
9198/20 9200/14
9201/10 9203/5 9203/8
9206/4 9209/22
9210/22 9211/17
9213/8 9214/2 9214/7
9214/13 9214/19
9214/20 9215/4 9215/4
9217/12 9218/14
9218/14 9219/7 9219/7
9219/12 9219/12
9219/13 9219/14
9219/16 9219/17
9221/17 9223/9

9229/14 9229/15
9230/17 9231/4
9233/13 9234/25
9236/6 9236/9 9236/22
9237/13 9237/15
9240/17 9240/18
9240/23 9241/9
9241/13 9241/14
9246/9 9251/6 9256/10
9257/1 9257/21
9258/22 9259/25
9262/4 9266/16
9266/24 9267/5
9273/25 9274/20
9286/15 9286/16
9287/5 9287/6 9287/6
9287/14 9287/14
9287/19 9287/20
9288/7 9290/12
9291/14 9291/19
9292/25 9292/25
9295/19 9297/2 9297/2
9297/3 9304/21
9306/12

**Western [1]** 9193/22

**what [188]**

**what's [22]** 9162/10
9164/1 9164/10 9165/2
9179/1 9181/22 9186/9
9195/23 9206/13
9206/16 9231/15
9232/9 9248/23 9249/6
9249/15 9252/10
9268/2 9278/11
9281/23 9282/3
9297/20 9300/18

**whatever [3]** 9220/3
9221/9 9307/16

**when [82]** 9166/17
9167/4 9171/2 9173/13
9176/16 9176/25
9177/3 9177/12 9182/4
9185/24 9188/5 9190/3
9190/24 9195/13
9200/14 9201/2
9201/12 9201/18
9202/3 9204/5 9211/16
9211/20 9211/23
9217/1 9217/17 9223/9
9223/17 9223/18
9225/13 9228/10
9235/8 9237/14
9240/14 9240/17
9241/22 9247/20
9247/23 9250/21
9251/5 9252/5 9253/19
9253/25 9254/22
9256/2 9257/13
9257/18 9258/4
9269/20 9270/15
9270/18 9272/3 9273/9
9273/21 9278/16
9278/16 9280/20
9280/21 9280/24
9284/12 9285/2
9286/19 9286/25
9286/25 9287/6

9291/4 9293/1 9293/5
9294/8 9294/10
9294/16 9294/17
9294/17 9295/1 9296/5
9296/10 9298/12
9298/17 9299/1 9299/7
9306/12

**where [30]** 9157/25
9160/2 9167/13 9168/8
9170/6 9178/10 9183/1
9188/18 9188/24
9189/24 9200/8
9200/21 9202/2
9202/12 9203/6
9216/17 9220/20
9222/16 9228/20
9229/22 9252/7
9259/25 9266/10
9273/10 9278/10
9281/11 9281/21
9291/5 9307/4 9308/10

**whether [30]** 9159/16
9159/17 9170/21
9171/9 9173/6 9174/6
9175/21 9178/15
9182/10 9184/17
9186/3 9186/24 9206/7
9218/4 9255/5 9258/22
9262/21 9270/22
9280/20 9283/6
9296/11 9296/20
9296/24 9299/1 9301/2
9301/11 9303/4 9303/6
9303/7 9306/16

**which [47]** 9160/25
9165/3 9166/15
9166/15 9166/22
9166/23 9167/12
9168/7 9170/4 9171/5
9171/16 9172/21
9172/22 9177/14
9178/4 9178/6 9178/15
9178/22 9180/16
9181/1 9182/2 9182/13
9183/3 9187/13
9194/25 9214/6
9218/16 9220/6 9231/9
9236/22 9243/17
9246/1 9249/24 9250/2
9251/14 9252/23
9253/11 9266/17
9267/16 9267/18
9267/23 9274/13
9275/21 9275/22
9283/11 9295/2
9302/18

**while [9]** 9184/15
9188/3 9188/20
9198/19 9220/3
9220/17 9248/25
9249/3 9257/22

**Whip [2]** 9278/11
9291/5

**Whiplash [1]** 9275/16

**white [2]** 9240/20
9241/9

**who [18]** 9179/23

9185/16 9185/16
9186/22 9193/10
9206/4 9207/13 9220/6
9222/6 9227/8 9231/4
9234/25 9236/13
9278/14 9290/18
9306/18 9307/7
9307/10

**who's [8]** 9179/24
9186/18 9197/22
9220/15 9226/10
9233/7 9236/15
9266/21

**whole [8]** 9163/25
9180/11 9189/22
9190/6 9192/17
9192/21 9214/16
9214/23

**whom [3]** 9158/15
9160/11 9243/11

**whose [1]** 9229/1

**why [33]** 9180/3
9180/4 9180/19 9182/2
9183/9 9184/15
9188/20 9201/10
9216/18 9219/16
9219/17 9219/24
9229/4 9247/6 9250/7
9253/22 9258/9
9258/21 9259/15
9259/16 9259/21
9259/21 9263/14
9267/8 9270/1 9274/3
9275/2 9277/21
9292/12 9292/20
9294/23 9307/3
9307/18

**wife [14]** 9183/5
9199/12 9211/13
9212/13 9213/5 9213/8
9213/19 9219/7 9230/5
9232/12 9234/4
9236/16 9241/7
9241/17

**wife's [2]** 9180/20
9220/5

**will [32]** 9159/11
9164/13 9165/7
9187/18 9187/24
9188/4 9188/9 9188/9
9194/7 9194/13 9195/1
9195/4 9195/17
9196/14 9227/22
9228/14 9230/3
9233/21 9245/8
9245/14 9255/17
9260/21 9263/8
9263/18 9265/8 9268/7
9281/17 9283/15
9302/2 9306/4 9307/11
9307/17

**William [4]** 9152/11
9153/2 9309/2 9309/8

**willing [1]** 9169/4

**window [6]** 9213/9
9213/9 9277/10
9301/13 9303/20
9303/22

9338

**W**

**winging [1]** 9301/8
**withdraw [1]** 9222/2
**within [3]** 9168/15
9181/22 9306/7
**without [9]** 9159/12
9194/21 9212/5 9217/7
9232/18 9237/10
9238/22 9254/18
9263/1
**witness [24]** 9154/2
9158/1 9159/11
9159/17 9159/20
9189/2 9189/4 9191/12
9205/3 9216/6 9242/11
9243/2 9249/23
9254/18 9254/22
9258/14 9263/6
9265/25 9281/6 9281/9
9282/22 9282/23
9305/17 9307/8
**witnesses [11]** 9154/4
9158/25 9159/7
9159/13 9180/2
9187/17 9241/25
9305/6 9306/2 9306/7
9306/21
**witnesses' [1]** 9159/18
**woman [1]** 9226/7
**won't [1]** 9188/6
**Woodward [3]** 9152/2
9152/3 9169/10
**word [7]** 9183/23
9194/18 9194/19
9194/20 9194/20
9207/16 9208/4
**worded [1]** 9171/5
**words [1]** 9212/6
**work [13]** 9188/22
9213/22 9243/16
9244/13 9248/15
9249/5 9250/21
9251/15 9254/19
9255/4 9255/5 9255/10
9259/23
**working [3]** 9156/20
9188/3 9263/15
**World [1]** 9190/25
**would [127]** 9157/7
9157/12 9158/22
9160/4 9161/5 9162/20
9163/6 9163/10
9163/12 9163/15
9163/22 9163/24
9164/13 9165/1
9169/12 9170/10
9170/21 9171/1
9172/17 9177/22
9177/24 9179/12
9179/13 9179/18
9180/2 9180/2 9180/5
9180/25 9181/2 9181/2
9182/20 9188/11
9188/11 9188/12
9188/13 9188/16
9189/21 9189/21
9194/9 9194/12
9194/17 9194/23

9204/7 9206/21
9207/23 9213/20
9215/23 9217/21
9217/22 9218/3 9218/6
9222/11 9223/7 9228/2
9229/2 9231/10
9233/17 9234/18
9238/21 9245/2 9246/6
9246/22 9248/22
9252/2 9254/20 9256/8
9257/19 9257/23
9258/9 9259/15
9259/24 9259/24
9261/6 9261/10 9262/3
9262/6 9266/19
9267/11 9269/6
9270/15 9270/18
9271/3 9271/6 9271/18
9273/21 9274/3
9274/16 9274/22
9275/2 9275/7 9277/22
9279/6 9281/10
9281/14 9281/22
9282/21 9282/22
9283/1 9283/5 9284/15
9284/15 9284/24
9285/14 9285/16
9285/20 9285/22
9286/1 9286/2 9286/3
9286/11 9286/13
9294/14 9299/14
9300/14 9300/15
9301/17 9301/18
9303/13 9303/14
9303/15 9303/22
9305/23 9307/15
9308/15
**wouldn't [3]** 9283/15
9285/25 9300/13
**written [5]** 9167/3
9172/3 9183/23
9185/14 9186/6
**wrong [1]** 9185/20
**wrote [1]** 9175/23

**Y**

**yeah [10]** 9158/10
9158/17 9184/6 9184/8
9187/5 9206/8 9217/13
9230/10 9258/19
9301/22
**year [3]** 9179/4
9216/23 9244/16
**years [3]** 9220/16
9244/11 9260/1
**yep [4]** 9183/15
9205/24 9224/5
9238/15
**yes [194]**
**yesterday [14]** 9158/16
9158/19 9161/8 9161/9
9162/4 9162/6 9162/7
9163/2 9166/8 9170/4
9181/7 9189/16
9198/18 9301/1
**yet [2]** 9162/6 9220/11
**yon [1]** 9189/13

**you [584]**
**you'd [3]** 9189/22
9241/19 9250/21
**you'll [2]** 9210/4
9276/3
**you're [20]** 9165/23
9168/16 9183/25
9190/21 9202/2
9202/17 9203/6 9220/1
9223/17 9241/22
9242/16 9253/25
9256/2 9261/15
9269/15 9269/21
9285/2 9298/12
9299/25 9304/14
**you've [7]** 9194/1
9197/5 9199/3 9199/4
9199/7 9216/10 9248/3
**Young [1]** 9158/9
**your [183]**
**Your Honor [82]**
9156/2 9157/5 9157/23
9158/7 9158/12 9159/5
9160/4 9160/18
9160/23 9162/12
9162/17 9163/7 9164/8
9164/18 9165/10
9167/23 9168/17
9170/13 9172/4 9173/4
9173/18 9178/12
9179/12 9179/25
9180/7 9180/13
9180/24 9183/7
9183/11 9184/13
9184/19 9184/23
9185/10 9185/12
9191/17 9192/1 9193/9
9195/4 9199/15
9200/10 9205/7 9210/1
9210/7 9216/19
9221/25 9223/10
9224/10 9225/19
9226/4 9241/18
9241/23 9242/5
9242/17 9245/7
9249/19 9249/22
9252/1 9252/8 9254/12
9255/7 9260/18
9264/10 9264/25
9265/4 9266/1 9267/14
9267/20 9268/3 9278/3
9279/9 9279/12
9281/16 9283/22
9296/16 9297/10
9297/13 9304/2 9305/2
9305/7 9307/6 9307/12
9307/18
**Your Honor's [1]**
9306/23
**yourself [2]** 9223/5
9257/23
**YouTube [1]** 9219/3

**Z**

**Zaremba [3]** 9153/2
9309/2 9309/8
**Zello [4]** 9160/5

9162/10
**zero [1]** 9300/11
**zones [1]** 9254/1
**zoom [1]** 9293/19