IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
                                    ) CR No. 22-15
                                    ) Washington, D.C.
            vs.                     ) November 16, 2022
                                    ) 1:07 p.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    ) Day 31
            Defendants.             ) Afternoon Session
_____)


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Government:        Kathryn L. Rakoczy
                           Jeffrey S. Nestler
                           Alexandra Hughes
                           Louis Manzo
                           Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277




For Defendant Elmer
Stewart Rhodes III:        Phillip A. Linder
                             BARRETT BRIGHT LASSITER LINDER
                             3300 Oak Lawn Avenue, Suite 700
                             Dallas, TX 75219
                             (214) 252-9900

                           James Lee Bright
                             3300 Oak Lawn Avenue, Suite 700
                             Dallas, TX 75219
                             (214) 720-7777

APPEARANCES CONTINUED:

For Defendant Elmer
Stewart Rhodes III:          Edward L. Tarpley, Jr.
                              819 Johnston Street
                              Alexandria, LA  71301
                              (318) 487-1460

For Defendant
Jessica M. Watkins:          Jonathan W. Crisp
                              CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
                              Harrisburg, PA 17110
                              (717) 412-4676

For Defendant
Kelly Meggs:                 Stanley Edmund Woodward, Jr.
                              BRAND WOODWARD LAW
                              1808 Park Road NW
                              Washington, D.C. 20010
                              (202)996-7447

                              Juli Zsuzsa Haller
                              LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, NW
                              Suite 900
                              S. Building
                              Washington, D.C. 20036
                              (202) 352-2615

For Defendant
Kenneth Harrelson:           Bradford L. Geyer
                              FormerFeds LLC
                              2006 Berwick Drive
                              Cinnaminson, NJ 08077
                              (856) 607-5708

For Defendant
Thomas E. Caldwell:          David William Fischer, Sr.
                              FISCHER & PUTZI, P.A.
                              7310 Governor Ritchie Highway
                              Empire Towers, Suite 300
                              Glen Burnie, MD 21061-3065
                              (410) 787-0826

```
Court Reporter:          Lorraine T. Herman, RPR, CRC
                          Official Court Reporter
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3196
```

*** Proceedings recorded by mechanical stenography.

*** Transcript produced by computer-aided transcription.

## I N D E X

**WITNESS**                                                    **PAGE**

JESSICA WATKINS

    Direct Examination by Mr. Crisp                9343

## E X H I B I T S

**EXHIBIT**                                                    **PAGE**

Watkins No. 53      Received into Evidence        9392
Watkins No. 54      Received into Evidence        9410
Watkins No. 55      Received into Evidence        9411

1              **P R O C E E D I N G S**

2              **THE COURT:**  Stanley Woodard, Mr. Geyer, and

3    Ms. Haller, if I could ask the three of you to approach.

4         (Bench conference off the record.)

5         (Jury entered the courtroom)

6              **THE COURT:**  All right.  Please be seated,

7    everyone.  Welcome back, ladies and gentlemen.  I hope you

8    had a good lunch hour.

9              Mr. Crisp.

10             **MR. CRISP:**  Thank you, Your Honor.

11             DIRECT EXAMINATION OF JESSICA WATKINS

12   BY MR. CRISP:

13        **Q.**   Ms. Watkins, good afternoon.

14        **A.**   Good afternoon, sir.

15        **Q.**   If you wouldn't mind just stating your city and

16   state of residence should you go home today.

17        **A.**   Yes, sir.  My name is Jessica Watkins.  That's

18   J-E-S-S-I-C-A, W-A-T-K-I-N-S.  And I would be going back

19   home to Hilliard, Ohio.

20        **Q.**   How far is that from Woodstock?

21        **A.**   It's about 45 minutes to an hour, depending on

22   traffic, sir.

23        **Q.**   All right.  So I kind of want to go through some

24   background information.  We've heard a little about your

25   military service.  I wanted just to touch on that.

9344

1                    When did you join the Army?

2         A.   I went to basic training in April of 2001, sir.

3         Q.   Why did you join?

4         A.   I love my country.  I have family that have served

5    before, my grandfather and my uncle.

6         Q.   And why did you become an infantryman at the time?

7         A.   Um, I had done a project in school that covered

8    Operation Overlord.  We were doing World War II in

9    World War -- or world history, and so I had done

10   Operation Overlord and was very interested in the

11   paratroopers.  And it just caught my interest.

12        Q.   So I want to talk about some personal things.

13   When you joined, how did you identify?

14        A.   I was identified with my birth gender, male.

15        Q.   All right.  And what was your name then?

16        A.   Jeremy David Watkins.

17        Q.   Okay.  Was your -- was that a struggle for you,

18   even at the time that you joined the Army?

19        A.   Yes.

20        Q.   When is the earliest time in which you can recall

21   struggling with your identity and gender?

22        A.   So my mom was pregnant with my sister when I was

23   four, and I remember wanting to be pregnant then.

24        Q.   Okay.

25        A.   So, um -- then after my sister was born, you know,

9345

1     a lot of toys and stuff interested me.  And --

2          Q.   Now, I'm going to make sure you can slide yourself

3     a little closer to the microphone just so you don't drop

4     off.  I know you speak softly.

5          A.   Yes, sir.

6          Q.   When you were in the Army, did you struggle with

7     your gender identity?

8          A.   Yes, sir.  But I tried very much to bury it.

9          Q.   Why?

10         A.   I had a very strict Christian upbringing, a lot of

11    physical punishment.  I got beaten at school back then.

12    This is in the '80s.  So, like, they could beat you at

13    school.  And then if I got beat at school, I got beat at

14    home.  So I acted out at school, so I got beat a lot.

15              My parents would have never, ever accepted me back

16    then.  A lot of epithets towards homosexuals, gays, trans.

17    So I internalized a lot of that.

18         Q.   Okay.  Was there a concern if you had revealed

19    your issues, I guess, that it would have caused a problem

20    for your military career?

21         A.   Yes.  There was a strict "don't ask, don't tell"

22    policy back then.

23         Q.   Okay.  How did it become known?

24         A.   So after I came back from Afghanistan, I struggled

25    a lot.  And long story short, I was doing research on the

1     internet.  I let someone in my unit, a battle buddy in my

2     unit, borrow my laptop.  And he confronted me on what he had

3     found.

4          Q.    What were you researching?

5          A.    I was going to support groups, just finding out,

6     you know, what can be done, you know, kind of -- not therapy

7     but a way to release my thoughts and my feelings and to

8     reach out to people who understood that.

9              So I was going to websites and chat rooms, forums.

10         Q.    So what happened after you gave your laptop to

11    your battle buddy?

12         A.    He came into my room and slammed the door, put my

13    laptop in front of me.  And he said, "I know what you are,

14    faggot.  I just panicked.  I freaked out.

15         Q.    Why?

16         A.    Well, he confronted me in my room behind closed

17    doors.  He didn't, like, blast it all out.  In the infantry,

18    everything is -- anything that happens to one of us happens

19    to all of us.  Everybody knows.  It's a drama circle in a

20    way.  And he confronted me aggressively.  He was a big guy.

21    So...

22         Q.    Had there been violence against transgenders in

23    other airborne units?

24         A.    Yes.  The 101st airborne, there was a man who was

25    killed -- a soldier who was killed because he was dating a

9347

1    trans person.

2        **Q.**    Was that something you were aware of at that time?

3        **A.**    Yes, yes.

4        **Q.**    Okay.  What did you do in response to this

5    individual coming into your room and saying what he said?

6        **A.**    I panicked and I went AWOL.

7        **Q.**    Okay.  How long did you go AWOL?

8        **A.**    I believe it was two, maybe two and a half months.

9        **Q.**    Where did you go?

10       **A.**    I went to Alaska, sir.

11       **Q.**    Why?

12       **A.**    I reached out to people online, and I had

13   someone -- I told them that -- what had happened.  And they

14   offered to give me a place to hide, essentially.

15       **Q.**    How did that go?

16       **A.**    Not great.  A nice person but very touchy-feely,

17   and I didn't really reciprocate on that.

18       **Q.**    Did you turn yourself in at some point?

19       **A.**    I did.  I walked a few miles to the police station

20   and turned myself in.

21       **Q.**    What was characterization of your service as a

22   result of your going AWOL?

23       **A.**    Other than honorable.

24       **Q.**    Did you disclose the concerns as to why you went

25   AWOL?

9348

1      **A.**   I did.

2      **Q.**   And --

3      **A.**   I figured it was known at that point.  I didn't --

4      I figured he blabbed his mouth.

5      **Q.**   Okay.  Did that have an effect on the disposition

6      of your case, to your knowledge?

7      **A.**   I think, perhaps.  My JAG officer didn't help me

8      at all.  He just shuffled me to the door.

9      **Q.**   Is going AWOL a court-martialable offense, to your

10     understanding?

11     **A.**   I suppose it could be.  Typically I think it is an

12     Article .15

13     **Q.**   And an Article 15 is not a court-martialable

14     offense for the jury's -- or a court-martial proceeding --

15     **A.**   Correct.  Correct.

16     **Q.**   -- to the jury's understanding.  Correct?

17     **A.**   Correct.  There is jail grade and company grade,

18     one is formal and one is more kind of casual.

19     **Q.**   After the Army, where did you go?

20     **A.**   So by that point, I had told my parents.  You

21     know, I came out to my parents.  And I was asked never to

22     come home again.  So I --

23     **Q.**   How was that?

24     **A.**   It was dark.  I mean, I had kind of expected it,

25     though.  I went into it realizing that that's probably going

9349

1    to be their reaction.  But when reality hits you, I mean,

2    kind of...

3        Q.   So are you comfortable with your identity today,

4    do you think?

5        A.   Generally speaking, yes, sir.

6        Q.   All right.  Is it something that still -- do you

7    struggle with it in any way?

8        A.   I do still struggle, yes.

9        Q.   Why do you say that?

10       A.   Um -- up until the point of my arrest, I didn't

11   tell people.  You know?  I kept it to myself.  It's still a

12   level of embarrassment, shame, a lot of feelings that were

13   imparted to me when I grew up.  You know, it was

14   embarrassing to me.

15            So at first I reached out to the trans community,

16   and I kind of overly embraced it.  And then, I don't know.

17   I felt awkward and strange.  I didn't feel like I belonged.

18   And so, like, I -- I don't want to say I rejected the trans

19   community.  I just stopped associating with it entirely.

20       Q.   We've heard evidence or seen evidence of you using

21   F-word slurs.  Why?

22       A.   I think a lot of that has to do with just

23   internalizing emotions.  I think it's lashing out at others

24   like I've been lashed out at and, really honestly,

25   ultimately, my emotions towards myself, just kind of, you

1        know --

2            **Q.**    So you said something to me last night while we

3        were talking, and I want to ask you a little bit about that.

4                Do you remember discussing why you go on some of

5        these relief missions and some of these protests, some of

6        these things like that?

7                You have to give an audible response for the court

8        reporter to take down.

9            **A.**    Yes.

10           **Q.**    Okay.  Thank you.

11               Why do you do that?

12           **A.**    A number of reasons.  I do care about my

13       community.  I love helping people who are hurt.

14               If I'm going to be honest with you, though, I

15       probably got a little bit of -- I don't want to say a death

16       wish.  But, you know, I put myself in harms way

17       deliberately.

18           **Q.**    Why?

19           **A.**    If I'm going to die for something, it probably

20       should matter.  And so -- and I'm not afraid of that.  I

21       embrace that.

22           **Q.**    Do you think as you look back that you have been

23       proud of being a transgender person?

24           **A.**    Given my family background, I think I probably

25       would have turned out the way I turned out.  But if I was

1    given the opportunity, I think I would have been an entirely

2    different person.

3        Q.    I want to move on to when you got out of the

4    service.  At some point did you become a firefighter?

5        A.    I did.

6        Q.    Where was that?

7        A.    Just outside of Fayetteville, North Carolina,

8    Cumberland County.

9        Q.    And why did you do that?

10       A.    So when I moved to Fayetteville, North Carolina,

11   it was to join a company called Triple Canopy.  They provide

12   protective details in Iraq.  And that contract did not

13   materialize.  So I was looking for something to do,

14   something positive.  I wanted to make up for military,

15   really, frankly.

16           So the guy who helped me find the Triple Canopy

17   contract was also a captain at a fire department, at

18   Cumberland County fire department.  And he said, you know,

19   maybe join the fire department if this didn't work out.  You

20   could still serve in another way.

21       Q.    So did you?

22       A.    I did.

23       Q.    Did you enjoy it?

24       A.    I loved it.

25       Q.    At some point did you move on from doing that?

1      **A.**    I did.

2      **Q.**    Where did you go?

3      **A.**    Um --

4      **Q.**    For the jury's understanding, timeline-wise, when

5   did you leave the service of the -- firefighter service?

6      **A.**    2014.

7      **Q.**    All right.  Where did you go after that?

8      **A.**    Well, I struggled with bills.  My truck got

9   repossessed and a number of things.  So I went back home to

10  Ohio to live with my parents, who had accepted me again.

11  And that was a really exciting moment for me.

12     **Q.**    How was it going home?

13     **A.**    Awkward.  It was very awkward.

14          So I hadn't seen my parents in 13 or 14 years,

15  maybe even 15 years.  It had been a while.  And so I almost

16  didn't recognize them, but they were open.  They were

17  accepting.  They were warm, which was a shock to me, given

18  the history of things, you know.

19          And so they actually, like -- it was right around

20  Christmastime.  So they bought me a lot of girly things like

21  jewelry and stuff.  I felt like it was their way of trying

22  to show me that they didn't care anymore.

23     **Q.**    Do you think you identify with the transgender

24  community?

25     **A.**    Right now?  Not with the community.  It's --

1        **Q.**   Have you made transgender slurs?

2        **A.**   I have.

3        **Q.**   Why?

4        **A.**   Again, I think it's because -- quite frankly, it's

5    not that I hate them.  It's really, ultimately, I hate

6    myself and I see myself in them.

7        **Q.**   What does that mean?

8        **A.**   I don't know.  I think ultimately it means that --

9    I don't know.  It's just a painful thing for me.  Like, to

10   me it's not, like, a flag you get to wave, like, "Look how

11   cool it is."  To me it is, like, painful.  Like, there is

12   memories associated with this and...

13       **Q.**   The things that we've heard you say in that

14   capacity, is it stuff you are proud of?

15       **A.**   No, honestly, it makes me -- it's embarrassing and

16   honestly disgusting.

17       **Q.**   So I want to talk about the formation of the OSRM,

18   kind of a little different direction here.  When did you

19   decide to begin that entity?

20       **A.**   That was tail end of 2019, maybe early 2020.  I

21   had -- when I was working at Old Navy, we had tornado drills

22   and tornado alarms and alerts.  Ohio is, like, a tornado

23   place.  Like, it's like -- we call it tornado alley.  So,

24   like, we have frequently on your phone, you know, you get a

25   tornado alert and, like, sometimes it's a touchdown and

9354

1    sometimes it's not.  And then after my firearm department

2    service, you know, I just -- I thought it would be cool to

3    have, like, a rescue type unit that would volunteer, go out

4    and help people in tornadoes.

5        Q.    With whom did you discuss this?

6        A.    It was really just me and Montana, Montana Senator

7    who -- who was here before.

8        Q.    And I think the -- when would you say was sort of

9    the official beginning in your mind roughly of the OSRM?

10       A.    I would say November/December 2019 is when we

11   first started talking about it.

12       Q.    And is this the time you were living in Woodstock,

13   Ohio?

14       A.    Yes, sir.

15       Q.    And did you own a bar at this time?

16       A.    Yes, sir, we had owned it about a year.

17       Q.    Okay.  And was the bar doing well?

18       A.    At the time, yes.

19       Q.    All right.  So when you made this decision to form

20   the OSRM, did there come a time when the mission began to

21   change in any way?

22       A.    Um, yes.  So in the early 2020, maybe, like,

23   February timeframe, a lot of the election campaigns started

24   kicking up really hard.  And I don't know if anybody

25   remembers 2017 when Trump got elected, like, people rioted

1    like crazy, flipping over cars and setting houses on fire

2    and all sorts of crazy stuff and beating people.  And so I

3    thought, well, you know, if Trump gets reelected again,

4    there's going to be a lot more of that that's just going to

5    happen again.  It happened for about a month.  And so they

6    were called the "Not My President" riots.

7         And so we were, like, well, we own a business, you

8    know, if somebody threatened to burn down our business, it

9    would be cool if we could go out and protect someone else's.

10        So we -- it stopped being so much of a rescue --

11   volunteer rescue group to just be -- like, I actually

12   started calling it a militia.  And so that was the idea, so

13   we would go out and protect businesses, homes.

14        **Q.**   When would you say this change occurred?  Spring?

15   Summer?  Fall?

16        **A.**   Spring.

17        **Q.**   Of?

18        **A.**   Of 2020, sir.

19        **Q.**   Okay.  And at this time how is your business?

20        **A.**   Dying.  COVID restrictions.  Our Governor Mike

21   DeWine locked the whole state down.  Like, no businesses

22   were allowed to be open.  So when we went to 24-hour

23   shutdown and we literally just scrimped and saved off of

24   what we had, you know, set aside, which was not much.

25        **Q.**   And where were you living specifically in

1    relationship to the bar?

2         **A.**    We lived upstairs.  So, like, the bottom floor

3    was, like, a bar, and then, like, the top floor was, like,

4    an apartment/loft.  The guy who lived there before us is

5    like a hoarder, so we had one room was full of stuff that we

6    were constantly throwing away, and then the apartment was on

7    the front half of that.

8         **Q.**    And we saw some pictures through Montana's

9    testimony.  Is that where you were living?

10        **A.**    Yes.

11        **Q.**    Okay.  Now, roughly when did you start getting

12   other members?

13        **A.**    Um, I want to say it was mid-summer of 2020.  The

14   first member that we had was Brenden Dillon.

15        **Q.**    Uh-huh.  How many other members did you end up

16   ultimately getting?

17        **A.**    Active members, I had me, Montana, Brenden,

18   Donovan Crowl, and then Ben and Sandy Parker ultimately

19   ended up joining for January 6 only, basically.

20        **Q.**    All right.  Were there recruits you were talking

21   to at times?

22        **A.**    Yes.  Yes.

23        **Q.**    And we saw some texts with a recruit Leah?

24        **A.**    Correct.

25        **Q.**    Was that someone who was interested in joining?

1      **A.**    Yes, sir.

2      **Q.**    All right.  We will get to those conversations in

3    a moment, but I want to talk about the training that was

4    discussed yesterday with Brenden.  Did you decide to start

5    holding a training event of some sort or another?

6      **A.**    Yes, sir.

7      **Q.**    When was that?

8      **A.**    I believe it was August or September that we

9    actually scheduled it, and we scheduled it a few months

10   ahead, it was supposed to be in November.

11     **Q.**    Okay.  Why did you what was the purpose of that?

12     **A.**    So there is a place called Clifton Gorge, it was

13   like a park, basically, like, an open public area, and

14   Donovan Crowl wanted to teach a lot of, like, survival

15   rescue type stuff.  And then the riots in 2020 were going on

16   so he wanted to do, like, riot control type stuff, like, how

17   to keep people away from you and, like, kind of deescalate.

18   We wanted to shoot guns, you know, do some basic military

19   drills like that, like, you know, how to use your weapon

20   properly, reloading, and so forth.

21           And then we wanted camping, ruck marching, you

22   know, just all-around, like, drill to cover the bases.

23   Montana had no training so it was basically just to bring

24   him up to speed.

25     **Q.**    So the training schedule or training curriculum in

1     November was -- did that November training event ever occur?

2          **A.**    It did not.

3          **Q.**    Why not?

4          **A.**    Well, after the election there was a flurry of

5     protests that we just started attending, so we figured we

6     would push it off until the end of the year.

7          **Q.**    And what was going to be the curriculum of the

8     training at the -- we heard it was supposed to occur during

9     the Jan. 3rd, Jan. 9th timeframe; is that correct?

10         **A.**    Correct.

11         **Q.**    Right.  Okay.  Was the curriculum there supposed

12    to be the same as the early one or different?

13         **A.**    It was going to be the same.  But, I mean, you

14    know, more than -- I mean, there is going to be medical

15    gear.  It is going to be longer.  So the Clifton Gorge one I

16    want to say was, like, three, four days long, and I pushed

17    that to be, like, a full week.  So I was going to do also

18    radio drills, phonetic alphabet, alpha, bravo, charlie,

19    delta, echo, and so forth.

20         **Q.**    So were you holding that training event or trying

21    to conduct that training event because you wanted to stop

22    the inauguration?

23         **A.**    Absolutely not.

24         **Q.**    Were you doing it in an effort to stop the

25    certification?

1      **A.**    Absolutely not.

2      **Q.**    All right.  We will come back to that in a minute.

3    I want to talk a little bit about what protests as part of

4    the OSRM that you attended?

5      **A.**    The first one was in Columbus, Ohio, that's the

6    one where you saw the hospital and everything was on fire.

7    Then we went to one in Cleveland, Ohio, which was called the

8    "Fuck your 4th of July" thing, it was one that they were

9    doing in Cleveland, so we wanted to go up there and offer

10   medical services to the police officers.  Then we went to

11   one in Pickerington, Ohio, that was, like, a Black Lives

12   Matter March.  It ended up being completely peaceful so, I

13   mean, that was a nonissue.

14         Then we went to the NFAC, which stands for the Not

15   Fucking Around Coalition.  They had held a line of traffic

16   at gunpoint in Stone Mountain, Georgia.  And then after the

17   Breonna Taylor case came out, they threatened to hold

18   Louisville hostage.  He said he was going to descend on the

19   city with 8- to 10,000 armed people.  And so we thought,

20   well, this is crazy, you know, 8- to 10,000 people coming to

21   a city to hold the whole city hostage is insane.

22         So we went up to the top level of a parking garage

23   and I had, like, video-recording equipment just so I

24   could -- if there was crimes, we can record what was going

25   on.  I had flares in case they had to call in a helicopter,

1    we figured a parking garage is a great place to land a

2    helicopter if the National Guard got to come in.  And so,

3    like, I had flares so I can, like, guide the helicopter, and

4    all sorts of stuff like that.

5              And then, of course, I had my medical gear.  Every

6    single protest I go to I have medical gear.

7        **Q.**   Do you also bring your weapons?

8        **A.**   Yes.

9        **Q.**   Why?

10       **A.**   Sometimes we have just sidearms, and other times

11   we have long guns in self-defense and defense of others.

12       **Q.**   Okay.  So let's talk a little bit about -- Brenden

13   said you were asked to leave?

14       **A.**   Yes, sir.

15       **Q.**   The one you just described in Louisville?

16       **A.**   Yes, sir.

17       **Q.**   Why?

18       **A.**   So we arrived at the parking garage early, I guess

19   the police had the same exact idea we did.  So they filled

20   that parking garage from floor to top, there was hundreds of

21   cops in the parking garage, and they just said, "Hey, you

22   know, we are taking over this spot.  We're going to have to

23   ask you to leave."  So we did.  We went to another parking

24   garage across town which --

25       **Q.**   Did they ask you to leave the garage, or they

1    asked you to leave the city?

2        **A.**    The garage.

3        **Q.**    Okay.  So where did you go?

4        **A.**    So we went to another garage across the town, we

5    figure, okay, we'll just set up shop at a different garage,

6    no big deal.

7            And we were there maybe 15, 20 minutes and then a

8    parking attendant saw us and asked us to leave, so we just

9    ultimately went back home.

10        **Q.**    Okay.  How many times did you go to Louisville?

11        **A.**    A total of six -- oh, total of four, spent

12    six days there, to be specific.

13        **Q.**    We saw one of the videos with music in the

14    background kind of thing, that was with you?

15        **A.**    Yes, sir.

16        **Q.**    So what were you saying to the protesters, to your

17    recollection?

18        **A.**    So they were -- they approached us.  They said

19    things like, you know, like, pardon my language, "If you

20    come to Breonna Taylor's, I will fucking murder you," and,

21    like, all sorts of stuff like that.  I was, like, "That's

22    not necessary.  We don't have a problem with you guys."  I

23    actually, like, have a big affinity for Breonna Taylor.  I

24    think her murder was terrible or killing, the way that

25    happened, the whole no knock warrant situation, I did a lot

1   of research into that, and I --

2       **Q.**   Why were you there?

3       **A.**   We were there because businesses asked us to

4   protect their businesses.  We had the Bader's Food Mart,

5   which is like a gas station across the street.  We had

6   Stewart's Pawn.  Then there was an Asian restaurant where

7   the family lived upstairs, they were Vietnamese, like,

8   refugees.

9       **Q.**   Was this something you had done on someone else's

10  behest, or did you just go on your own?

11      **A.**   That was through the Oath Keepers, and they had

12  asked the Oath Keepers to come out and do that security

13  detail.

14      **Q.**   Okay.  And in the video do you recall seeing

15  whether or not you had a long rifle -- or a rifle, excuse

16  me?

17      **A.**   I did have long guns on the previous night we were

18  there, two police officers --

19      **Q.**   On your person in the video?

20      **A.**   In the video, no, sir.

21      **Q.**   Okay.  Thank you.

22          So you went to Louisville a total of four times.

23  Where after that?

24      **A.**   Let's see.  Well, we went to -- we protected a

25  home.  There was a Black Lives Matter protest at a, like,

9363

1    school.  There was a stadium.  And so we protected that

2    home.  We stayed inside the home.  We didn't want to be in

3    sight.  And I had somebody on the roof with a pair of

4    binoculars just watching for trouble.

5        **Q.**    Okay.

6            Now, did you end up going to the

7    Million MAGA March?

8        **A.**    I did.

9        **Q.**    Why?

10       **A.**    I was under the impression that there was going to

11   be counterprotesters that were going to cause trouble at the

12   White House.

13       **Q.**    Did that come to fruition?

14       **A.**    It did not.

15       **Q.**    What was your impressions about the Million --

16   your participation in the Million MAGA March?

17       **A.**    I went as a medic, and I also doubled as a

18   firefighter.  I had a fire extinguisher I carried with me

19   all day just in case someone threw a Molotov cocktail,

20   something like that.

21       **Q.**    Was that a rewarding experience?

22       **A.**    It was not.

23       **Q.**    Why not?

24       **A.**    It was very disorganized.  The day we left, we

25   were supposed to leave at like, I believe, noon.  And we

1    didn't end up leaving until, like, 2.  So there was like a

2    huge time where it was just -- we were just waiting around,

3    smoking and joking, just waiting, waiting, waiting.  And

4    then we get there and -- Stewart Rhodes got there, to be

5    specific.  We got to the Million MAGA March.  Everybody got

6    separated on the way.  All of the vehicles were

7    discombobulated.  Some of the people were here; some of the

8    people were there.

9         We finally got organized, and it was like

10   jam-packed terrific.  So they were like, Oh, we are just

11   getting here.  And, like, all the doors piled open and all

12   these, like, tactical people piled out.  You could see

13   people in their cars, What is going on?  It was really

14   awkward.  It didn't feel -- the Million MAGA March did not

15   feel professional.

16        We were there to protect Roger Stone and

17   Michael Flynn -- not Roger Stone.  Excuse me.  Alex Jones

18   and Michael Flynn.  And protect people, protesters from

19   counterprotesters.  And all of that fell apart.

20        We ended up just standing around and doing

21   nothing.  And then a guy was complaining because he had a

22   bad knee or hip, and he wanted to go.  So we ended up

23   leaving.

24        And there was like -- the leaving was a jumble

25   where there was no coordination getting the vehicles in and

1    out.  So this little group would go away, and then that

2    little group would go away.  It was just a cluster.

3        **Q.**    So to be fair, the government has -- you're

4    standing by the name -- your participation and other

5    Oath Keepers' participation at the MMM was in anticipation

6    of overthrowing the government, stopping lawful government

7    activity.

8            Was that your understanding?

9        **A.**    No, sir.  Quite frankly, that doesn't make any

10    sense to me.

11        **Q.**    Okay.

12            I want to talk a little bit about the chat -- chat

13    groups that you were on.  Were you on various chat groups

14    during this time?

15        **A.**    Yes, sir.

16        **Q.**    Which ones?

17        **A.**    I can't remember.  Signal chats, you get added to

18    them and you delete them in.  There was a lot of them.  You

19    just come in and out.

20        **Q.**    So during this time period as well, you're talking

21    with recruit Leah.

22            Do you remember that?

23        **A.**    Yes, sir.

24        **Q.**    So there is a lot of texts between you and her

25    about dying, about civil war, about blood and guts, things

1    like that.  Right?

2        **A.**    More or less, yes, sir.

3        **Q.**    People dying over -- and tying it to elections and

4    tying it to things like that.  Right?

5        **A.**    I wouldn't characterize it exactly like that, sir.

6    But --

7        **Q.**    Well, how would you characterize it?

8        **A.**    It was -- so there was several concerns we had.

9        **Q.**    Let's talk about you, not "we."  Let's talk about

10    you.

11        **A.**    All right.

12        **Q.**    What were your concerns?

13        **A.**    I was concerned -- so there was a lot of talk in

14    the media and particularly right-wing media about the

15    United Nations coming in.  There was talk that if Trump won,

16    left-wing counterprotesters were going to, you know, do the

17    2017 "Not My President" riots again.

18            And then there was talk about the Chinese.  So the

19    Chinese had a number of campaign propaganda pieces they do

20    or one they simulated bombing our Air Force Base on Guam.

21    They had -- the Chinese fleet is 10 years ahead of ours.

22    Like, the U.S. Navy is not the greatest Navy in the world

23    anymore.

24            There was talk there would be a joint exercise in

25    Canada with 80- to 90,000 Chinese troops on the

9367

1    American-Canadian border.

2            And in Ohio, that's literally right across -- you

3    are -- it's super close.

4            So there was talk, like, the Chinese could come

5    down through Chicago or they could come across Niagara.

6    There was a lot of concerns, me specifically, that this

7    could happen, that --

8        Q.   Is it fair to say that you took this talk and

9    really internalized it?

10       A.   Absolutely.

11       Q.   Did you think it was probably going to happen?

12       A.   I'd give it a 25 percent chance that it was going

13   to happen.

14       Q.   What about the U.N.?  What was going on with that?

15       A.   So the Chinese have been making massive inroads

16   with the United Nations.  A lot of our allies --

17       Q.   I apologize.  It was a very broad question.  Your

18   concerns about the U.N. with respect to the 2020 election.

19       A.   There was discussion.  I can't quote for certain.

20   But I believe I saw on the Biden/Harris website that they

21   wanted to bring the United Nations in to give vaccines.  And

22   there was talk that vaccines would be mandatory.  So I put

23   two and two together that the United Nations was going to

24   come here and go door to door with vaccines, and I didn't

25   want it.

1      **Q.**   How realistic did you think that was?

2      **A.**   I gave that a 50-50 shot.

3      **Q.**   Why?

4      **A.**   Again, I believe it was on the website.  So I took

5      that as, like, something he wanted to do if he was elected.

6      This was before the election that I was seeing this.

7      **Q.**   Is it fair to say that you took a lot of things

8      that came up on the internet as true?

9      **A.**   Guilty.  Yes.

10     **Q.**   How do you characterize that position today?

11     **A.**   In hindsight, I don't know.  I feel like I was

12     gullible.  You know?  Like, you guys know what Alex Jones or

13     Infowars is.  But, like, a lot of that -- I got a steady

14     diet of Infowars and Alex Jones.  That's how I found the

15     Oath Keepers in the first place.  I probably watched it 5 or

16     6 hours a day.

17     **Q.**   So when you are talking about these chats with

18     Leah and you say the phrase, "Fighting fit by inauguration,"

19     what did you mean?

20     **A.**   So at the time I didn't know who was going to win.

21     If Trump won, again, I was concerned that there was going to

22     be one of two things.  Either the left-wing

23     counterprotesters were going to riot again.  Or the U.N.

24     could come in and try to remove him.  Or if Biden was

25     elected, he could come in -- he was talking about doing

1 mandatory gun buy-back programs within the first 100 days of

2 office.  So if you don't turn in your gun, the U.N. is

3 coming in and get it.  Same thing with the vaccine.  So I

4 saw it as just --

5  **Q.** Were you planning on doing anything with OSRM that

6 was offensive in nature?

7  **A.** No, sir.

8   In fact, the exact opposite.  Like, if that

9 worst-case scenario happened, we were going to bunker down

10 somewhere, go into the woods, bug out and hide.

11  **Q.** So we saw that Kentucky bunker, Viet Cong kind of

12 stuff.

13  **A.** Yes, sir.

14  **Q.** What was that?

15  **A.** So Kentucky mountains are very dense.  They're not

16 far away.

17  **Q.** Not too much that.  What was your intent there?

18 What were you trying to express?

19  **A.** If the U.N. invaded, they were going to come in

20 through either Chicago or Niagara.  So it was a good place

21 for us to go.

22  **Q.** So were you planning on resisting the

23 United States government or the United Nations?

24  **A.** The United Nations.

25  **Q.** Okay.  Did you want to see a civil war?

1       **A.**    Absolutely not.  It's the worst possible solution

2   for this country.

3       **Q.**    Now, I want to go to the end of December

4   timeframe.  Well, all right.  There was testimony about the

5   Serbian letter, open letter to the president.

6            Did you ever see them?

7       **A.**    No, sir.  The first time it ever was in my

8   awareness was after my arrest.

9       **Q.**    Now, you acknowledge you were added to the Signal

10   chat sometime in December, various Signal chats sometime in

11   December?

12       **A.**    Yes, sir.

13       **Q.**    Okay.  Was it something you followed religiously?

14       **A.**    No, sir.

15       **Q.**    All right.  And were you able to see things that

16   were posted in those chats prior to joining?

17       **A.**    No, I don't believe so.

18       **Q.**    Excuse me.  Okay.

19       **A.**    Very rarely when I scroll back and look, either --

20   I mean, there would be thousands.  You could pull up a chat

21   and if you don't go into the messenger for a while, there

22   would be hundreds.  You don't even bother.  You just --

23       **Q.**    Even after you were added, you wouldn't go back is

24   what you are saying?

25       **A.**    Correct.

1      **Q.**   Okay.  Thank you.

2            Now, when did you first decide that you would go

3      to the January 6th event?

4      **A.**   That would be late December.  I want to say

5      December 29th.

6      **Q.**   At this point, what was the status of the training

7      in January 3 through 9?

8      **A.**   Technically, it was still on.  I had broken my

9      arms and my rib.

10     **Q.**   How did that happen?

11     **A.**   My arm and my ribs.  Excuse me.

12           So I was ghost hunting in the basement of my bar.

13     It is like a 150-year-old building.  So there is, like, a

14     hole in the wall.  It was late at night.  We had been up

15     drinking.  And it was like 3 in the morning.  So I crawled

16     through the wall.  We were filming it.  You know, it was

17     kind of ghost-hunters kind of video.

18     **Q.**   So what happened?

19     **A.**   There was a pipe that ran through.  So instead of

20     grabbing the pipe -- it was like a heavy steel pipe.

21     Instead of grabbing the pipe, I grabbed the wall.  And it

22     was like the original foundation.  It was all made out of,

23     like, rocks and stuff.  So I went to pull myself through,

24     and I pulled the wall down on myself.  There was like a rock

25     that landed on me and broke my wrist and it broke my ribs.

1    Q.    When was this?

2    A.    Um, early December.  I believe December 8th.

3    Q.    Okay.  So when did you first become aware of the

4    actual idea of the January 6th events?

5    A.    So there was a rally I went to in early November

6    where I met recruit Leah and a number of people.  Ben Parker

7    kept asking me.  He was one of the recruits that I met at

8    that rally.  We were there in uniform, and we had a lot of

9    people approach us and say, Hey, that looks interesting.  I

10   want to join.  So there was a rally I went to in early

11   November where I met recruit Leah and a number of people.

12   Ben Parker kept asking me.  He was one of the recruits that

13   I met at that rally.  We were there in uniform, and we had a

14   lot of people approach us and say, Hey, that looks

15   interesting.  I want to join.

16          The Parkers, Ben and Cindy Parker, were two of

17   those people.  And Ben Parker was the one who kept -- he's

18   like, Hey, you guys going?  You know, I want to feel safe.

19          There were concerns about counterprotesters, a lot

20   of violence, Trump supporters being beaten and so forth.

21          And so he wanted to go.  I was, like, I don't

22   know.  You know, like -- I was still in a lot of pain then.

23   I wasn't sure.

24          And it was weather permitting because we would

25   have to go through the mountains of West Virginia and all of

1    that, so I was worried about weather concerns.

2         **Q.**   And just to be clear, when was that?

3         **A.**   So he started asking me mid-December.  I don't

4    remember exactly when.  Then he asked me, like,

5    Christmas Day or the day after Christmas.  And he asked me

6    again, I believe, on the 29th, maybe the 28th; that's when I

7    actually was like, Oh, you know, my arm's kind of in a

8    splint situation.  I can make it work.

9         **Q.**   All right.  Why did you go?  Well, did you have

10   reservations about going?

11        **A.**   I did.

12        **Q.**   Why?

13        **A.**   Well, I wasn't completely certain.  I went to the

14   Million MAGA March and nothing happened, and it was kind of

15   just a waste of time.  You know, I like going to protests.

16   I kind of got in my blood, you know?  Like, at this point I

17   had been to 13 of them or something like that.  I had been

18   going to a lot of them.  So, like, I don't know.  It's just

19   I couldn't help myself.

20        **Q.**   Okay.  So there were communications you had with

21   Don Siekerman about going.  Right?

22        **A.**   Yes, sir.

23        **Q.**   All right.  And do you remember being added to the

24   Signal chat "Jan. 6, 21 DC" chat?

25        **A.**   Yes, sir.

1      **Q.**   At that point do you remember Siekerman telling

2   you or asking you to reach out to Stewart?

3      **A.**   He did.

4      **Q.**   Did you?

5      **A.**   I did not.

6      **Q.**   Why not?

7      **A.**   Well, after the Million MAGA March, I wasn't

8   overly pleased with how things went.  At the same time, I

9   didn't want to go, but I also had contact with Mr. Caldwell,

10   I think, at that time.

11      **Q.**   Okay.  What did you think you were going to be

12   doing there?

13      **A.**   Initially, I had no idea what was going to be

14   going on there.  So I thought about setting up a little

15   medical station.  I had some people online asking, like,

16   Hey, we are going to be gone.  The one lady was, like, I am

17   an RN, you know, maybe...

18            I was like, Oh, that would be cool.  We could set

19   up a little medical station, and you could take vitals and

20   stuff with us.

21            So that was it.

22            So I put out an advertisement on Parler.  I was

23   like, look, if you are scared, if you need help going back

24   to your car, hotel parking garage, what have you, we will

25   escort you safely.  And be there to help you, and we can --

1    **Q.**   And by "we," who did you mean?

2    **A.**   I meant as the OSRM.

3    **Q.**   What point in time did you decide to go as part of

4    the Oath Keepers?

5    **A.**   Don, like I said, had reached out to me.  I was

6    considering also going with the North Carolina Oath Keepers,

7    who had split off.  So I had thought about going with them.

8         And then I seen a thing on Infowars where

9    Roger Stone was, like, Hey, look, like I need security.  And

10   he had this huge interview where he was talking about

11   security.

12        So I went onto the Signal chat.  And I was like,

13   Hey, look, Roger Stone is asking for security.

14        And Kelly Meggs reached out to me and said, Oh,

15   we've already got Roger Stone.  And then he was, like -- I

16   don't know if he was defensive because he thought I was

17   edging in on his, like, territory or what have you.

18        But I was like, No, no, no.  I don't know

19   Roger Stone.  He didn't reach out to me personally.

20        So he was, like, Okay.  Well, do you want to help

21   with the security detail?

22        I was, like, Yeah, that will be cool.  I was

23   stoked.  I mean, it's Roger Stone.  I mean, it's Trump's

24   inner circle.  You can't -- I don't know.  It was exciting.

25   **Q.**   All right.  Let's talk about the QRF.  What was

9376

1    your understanding as to whether there would be one at this

2    event?

3        A.    So there had been discussions of one but nothing

4    firm.  Not like the Million MAGA March where you're, like,

5    we had a van and they were like, Okay, you be here -- we

6    took -- "100-mile-an-hour tape" is Army talk for duct tape.

7    We took 100-mile-an-hour tape and wrote our names on it.

8    Everything was organized.  There was none of that.  None of

9    that planning, none of that discussion.  It was just like,

10   Hey, there is going to be a QRF.

11       Q.    Did you take your weapons from Ohio to a different

12   location?

13       A.    I did.  When I first left, I brought my weapons.

14       Q.    To where?

15       A.    So we left from the bar and went to Ben and Sandy

16   Parker's, and we carpooled with them.

17            At that point the mission, if you will, changed.

18   I guess the Alabama team was taking over with Roger Stone.

19   And then we were supposed to be guarding congressmen.  I

20   was, like, this is even cooler.  This is amazing.

21            But I also, you know, felt like -- I don't know --

22   weapons weren't really necessary.  There was talk about

23   Insurrection Act, which I'm sure you all have questions

24   about.  But there was talk about that, but nobody was really

25   taking that seriously.  So --

1      Q.   What does that mean, nobody was taking it

2   seriously?

3      A.   It was kind of like a far-fetched idea.  I would

4   put that below, like, the Chinese invading.

5      Q.   Help me understand what your thought process was

6   with the Insurrection Act and what was going on on

7   January 6th.

8      A.   Well, the idea was that -- my understanding of it

9   was that if they did everything like the Trump supporters

10  wanted it to, they wouldn't have certified the election.

11  They would have turned it over to state audits, and then the

12  left was going to lose their mind.

13          So we were -- at least from our perspective, we

14  were expecting, like, big-time riots.

15     Q.   Okay.  So what would you have done?

16     A.   If Trump had activated the Insurrection Act, we

17  would have been, like, given a liaison-type officer.  Like,

18  somebody from the government would say, Okay, here is what

19  you can -- like rules of engagement.

20          You can have a pistol.  You can't have a long gun.

21  You can't have any guns.  You can have a medic carrier.  You

22  can wear Kevlar.  You can't.

23          They would give us direction.  You know?

24     Q.   So why leave your weapons in -- where in Virginia?

25     A.   I left them in Winchester, Virginia, with Donovan

1    Crowl's family.

2        Q.    About how far is that from D.C.?

3        A.    Maybe hour and a half, two hours, somewhere

4    between there.

5        Q.    Okay.  So is it fair to say that you left them

6    there because at this point you did not think there was

7    going to be a QRF?

8        A.    I never heard anything.  Like, I asked about it

9    and I never got anything back about it.  And I didn't take

10   the Insurrection Act stuff seriously.  I really didn't think

11   that was going to be a thing.

12             So these -- we had a hotel reservation.  So I was,

13   like, this is going to be more of a liability.  I was

14   worried about, like, if a maid comes in and freaks out.  You

15   know, so it was just better to leave them with Donovan's

16   family, because he was a Marine.  He had a place where he

17   could lock them up.  It just felt better.

18       Q.    At this point had you had communications with

19   Stewart?

20       A.    I don't believe so -- well, maybe about -- I did.

21   I take that back.  I did.

22       Q.    What was that about?

23       A.    There were discussions about bringing maps.  So,

24   like, there was a map I had of -- it had Blacks Lives Matter

25   Plaza with, like, all of the areas around it that were,

1    like, you know, dangerous places to, like, go at night.  So

2    I had a map of that and a general map of the city.

3         Q.   Did you know whether or not Stewart was going to

4    be there?

5         A.   I was under the impression he wouldn't be there.

6         Q.   He would or would not?

7         A.   He would not.

8         Q.   Why?

9         A.   I don't remember what chat I saw that on.  It

10   might have even been a direct message between me and Don.  I

11   just was under the impression that Don was going to be

12   running.

13        Q.   Did you ever have any communications with him on

14   the 5th or the 6th of January?

15        A.   No.  I never talked to Stewart Rhodes at all.

16        Q.   At what point did you realize that he had been

17   there?

18        A.   I heard he was there on the 5th because someone

19   said he was going to Black Lives Matter Plaza --

20        Q.   When?

21        A.   -- and I made a joke.

22        Q.   When did you hear that?

23        A.   It was after we had come back.  We did a security

24   detail at Freedom Plaza.  And then when we came back to the

25   hotel, I remember seeing that text.

1    **Q.**   Okay.  So did you -- do you remember saying you

2    didn't realize he was there until after the event had

3    actually occurred?

4    **A.**   Until after the freedom plaza event, correct.

5    **Q.**   Okay.  And then what time was that?

6    **A.**   If I had to give it a time, I would probably say

7    around 6:30, 7:00 at night.

8    **Q.**   I'm sorry.  That would have been on 5th right?

9    **A.**   On the 5th, yes, sir.

10    **Q.**   At any point did you ever say you didn't think he

11    was there until after the 6th, and not realized he was there

12    until after the 6th of January?

13    **A.**   Well, I didn't realize he was at the Capitol

14    building until after the 6th.  It was the following day.

15    **Q.**   And that's what I am getting at.  I'm sorry.

16    So when did you realize he was at the Capitol

17    area?

18    **A.**   The next day on January 7th.  My Signal was not

19    working right.  Every hour on the hour I would get one

20    message come in.  I got one that came in that said something

21    about weed and tear gas, like, it smells like weed and tear

22    gas.

23    I was, like, oh.  I had a picture on there where

24    he had taken a picture.  I was, like, oh, he was there.

25    **Q.**   All right.  What did you do on the 5th?

1      **A.**   Um, so -- we left the -- Donovan Crowl's family.

2   We went to the hotel.  We waited around, waited around.  And

3   eventually we ended up going downtown.  I just Googled

4   "Freedom Plaza" and so I went --

5      **Q.**   Let me narrow you in here, and I apologize.

6      **A.**   Yes, sir.

7      **Q.**   I want to speed this up a little bit to the extent

8   we can.

9           What specific details or activities did you engage

10  in on the 5th?

11     **A.**   So we did a security detail on the left-hand side

12  of the stage --

13     **Q.**   Okay.

14     **A.**   -- for Alex Jones and Michael Flynn and, like, a

15  number of preachers and people who were giving speeches.

16     **Q.**   How long did that last?

17     **A.**   We were there for about four hours.

18     **Q.**   Okay.  And did you go back to the hotel room after

19  that?

20     **A.**   Yes, sir.

21     **Q.**   Let's talk about the 6th.  When did you get moving

22  on the 6th?

23     **A.**   We left early.  I want to say I woke up at, like,

24  4:30 in the morning.  And then we left --

25     **Q.**   Why?

1    **A.**    We wanted to get to The Ellipse super early before

2    there was a line and before it's going to be a problem.

3    **Q.**    Where did you go after getting into the D.C. area?

4    **A.**    On the 6th?

5    **Q.**    Yes.

6    **A.**    So we went to -- there was a parking garage at the

7    corner of G Street and 21st Street.  We followed

8    Mr. Caldwell he knew the city really good, and he helped us

9    get there.

10            Him and Sharon were mistaken.  I was not driving.

11   I was actually back-seat-driving.  I was telling Ben, They

12   said flash your lights, all of that.

13            So they had us pull into the parking garage.  We

14   parked.  Then we walked down to The Ellipse.

15   **Q.**    All right.  And there's been a ton of discussions

16   about phone calls between you and him.  Did you call him in

17   the 5:00, 6:00 timeframe?

18   **A.**    Yes, sir.  We went down and had coffee in the

19   morning and discussed how we were going to get there.

20   **Q.**    Uh-huh.

21   **A.**    And then we traveled in, and we just kept in

22   contact when we were driving.  Then we got to the Ellipse

23   and --

24   **Q.**    What time did you get to The Ellipse?

25   **A.**    I would say 6, 6:30 somewhere around there.

9383

1      Q.   There is a call 6:49 between you and he?

2      A.   That would be about the right time.  We were

3  trying to find our way in and try to get our passes.

4      Q.   Were you able to get them passes?

5      A.   Very later on.  It was like -- well, the sun had

6  already come up at that point.

7      Q.   Okay.  Now, did you make any calls to him in the

8  10:00 timeframe, 10 a.m.?

9      A.   No, sir.  In fact, my phone stopped getting good

10  signal.

11      Q.   All right.  Well, let's talk a little bit about

12  Zello.  What is Zello?

13      A.   It is a push-to-talk app, it's like a

14  walkie-talkie.  I'm sure you guys know by now.  We used it

15  in Louisville.  We used it in the Million MAGA March to keep

16  the convoy together.  When I had one of my Ohio guys giving

17  me intel to let me know if there is going to be, you know,

18  counterprotesters coming, so he kept in contact with us.

19  But --

20      Q.   Did you ever communicate with Stewart on Zello on

21  the 5th or the 6th?

22      A.   No, sir.

23      Q.   Did you communicate with any of the individuals

24  who were in D.C. on Zello?

25      A.   No, sir.

1     **Q.**    You obviously heard testimony about stuff being

2     said to and from Zello, you and them.  Who is Dozer, Freedom

3     Dozer?

4     **A.**    He was an Oath Keepers I met while I was in

5     Louisville, the second time I went to Louisville.

6     **Q.**    What is his name?

7     **A.**    Holden, I learned through this Holden Haney.  I

8     just knew him as Holden.

9     **Q.**    Where was he on the 5th, to your understanding?

10    **A.**    In Illinois.

11    **Q.**    Who is One Percent Watchdog?

12    **A.**    I have no idea, sir.

13    **Q.**    All right.  Why were you on Zello on the 6th?

14    **A.**    So in previous events I had been invited to it.

15    For the Million MAGA March I actually organized it.

16          And so I figured it was -- I got invited to it so

17    I accepted the invitation.  And I --

18    **Q.**    When you say you got "invited to it," what are you

19    talking about?

20    **A.**    So I got a notification to join the Jan 6

21    chatroom.

22    **Q.**    Okay.  So does it function in a sense similar to

23    Signal where you have chat groups?

24    **A.**    Correct.

25    **Q.**    Okay.  So the discussion that we heard earlier in

1  the government's case-in-chief, was that something to which

2  you had been invited?

3      **A.**   Yes.

4      **Q.**   Do you know by who?

5      **A.**   I would have to presume by Dozer or Dodd who was

6  another Oath Keeper that was on that chat, because those

7  were the only two people on there that I knew.

8      **Q.**   And that was my next question.  The people on that

9  chat group, who did you know?

10     **A.**   Only those two, sir.

11     **Q.**   All right.  So why --

12     **A.**   To my knowledge.  There might have been somebody

13 in the background.

14     **Q.**   Why get on it?  Why join it?  Why do anything in

15 relation to it if it has nothing to do with the Oath Keepers

16 that were on the ground?

17     **A.**   I don't know that at the time I knew it had

18 nothing to do with the Oath Keepers on the ground, but

19 nobody in our area was using.  It was just me, so I kind of

20 just used it to give like, a play-by-play.

21     **Q.**   To be clear, when you got -- when you received an

22 invitation, did you know from whom that had come?

23     **A.**   I don't believe so.

24     **Q.**   Okay.  I mean, do you know to this day from whom

25 that came, excuse me, or are you speculating?

9386

1      **A.**   I am speculating.

2      **Q.**   I need to get a drink here.

3      (Brief pause)

4      When you arrived at The Ellipse area, what was your job

5      there?

6      **A.**   So we were supposed to pull security, so we hung

7      in the back.  We had, like, a seating area that was reserved

8      for us, and so we were -- I wouldn't say official security

9      for the VIP Ellipse, but we were security for people leaving

10     The Ellipse, particularly the Congressmen and VIPs.

11     **Q.**   Okay.

12     **A.**   But obviously, if anything had happened, like a

13     fistfight broke out or something in The Ellipse, we would

14     have intervened with that.

15     **Q.**   All right.  So at some point did you leave

16     The Ellipse area?

17     **A.**   Yes, sir.

18     **Q.**   Why?

19     **A.**   So we left -- at the very end of Trump's speech we

20     had one of the event organizers come and get us.  He told

21     us, you know, "Hey, here is what we are going to need to

22     support these protest -- or the VIPs."

23     **Q.**   And roughly what time is this?

24     **A.**   1:00-ish.

25     **Q.**   Okay.  Okay.  So continue.

1      **A.**   So when I came in at 5:00 or 6:00 in the morning,

2      a Secret Service officer had me come over, and he said,

3      "Hey, what is up with all of the gear?"  And I said, "Well,

4      we got a security detail."  And he said, "You can't wear

5      that in here."  So I had Donovan, Ben, and Sandy, we took

6      all our gear off and put it in a big pile in front of the

7      big TV screen and so -- it was, like, right there where the

8      bike racks are, we piled up all our gear in a big mound.

9           And so Donovan and Sandy protected the gear, and

10      we went inside.  So when we were inside, the gentleman told

11      us, "Hey, we are going to do the security detail now."  We

12      said, "Well, all our gear is outside.  We got to go get it."

13      So when he said, "Okay, well" -- "See that big TV?  The gear

14      is literally up against it so just meet us right there."

15      And so we used the porta-potties, and then we went out there

16      to get our gear.

17      **Q.**   All right.  And did you end up escorting the

18      individuals?

19      **A.**   Um, yes, ultimately.  We ended up --

20      **Q.**   Well, tell me ultimately -- what happened when you

21      first left the area?

22      **A.**   So when we first got out, the crowd was, like,

23      super, super thick.  There was like -- it took us five

24      minutes to go, like, 5 or 10 feet.  I mean, it was real

25      thick.

1          And so we got out of there, got back to our gear.

2     We created, like, a little bubble and, like, put our gear on

3     and we were waiting for the VIPs to come.

4          **Q.**   Did they come then?

5          **A.**   Not at first.  It took them a while to get there.

6          **Q.**   So when you left that area, who were you

7     escorting?

8          **A.**   Um, I'm not sure who everybody was.  There was,

9     like, podcasters.  There was people who were giving

10    speeches.  I don't know what happened with the Congressmen

11    situation.  I never saw the Congressmen come out.

12         **Q.**   Who was in your group?

13         **A.**   So I didn't -- at the time I didn't know any of

14    them.  I only knew me, Ben, Sandy, and Kelly Meggs.

15         **Q.**   Okay.  So Kelly Meggs was somebody you knew at

16    that time?

17         **A.**   Not officially.  I knew him through the chat,

18    through the Roger Stone detail conversations that we had.

19         **Q.**   All right.  So you left the area because somebody

20    had indicated these individuals wanted to be escorted to the

21    Capitol, right?

22         **A.**   Correct.

23         **Q.**   And you didn't locate them initially?

24         **A.**   Um, it took them a while to come out to us, and we

25    got split up into two groups.

1    **Q.**   All right.  At some point did you end up or the

2    members of your groups end up escorting those individuals

3    down to the Capitol?

4    **A.**   Yes.

5         I didn't know Kenneth Harrelson at the time, but

6    he ended up escorting the bulk of them with -- I think it

7    was Dylan was with him.

8    **Q.**   Okay.  How long did it take you to get from that

9    area down to the Capitol?

10   **A.**   A while.  Maybe, like, 45 minutes.

11   **Q.**   What were you planning on doing when you got to

12   the Capitol?  What was your understanding?

13   **A.**   Well, there was supposed to be a stage there, so

14   we were supposed to stand there and guard the stage and, you

15   know, keep the protesters back.  And then escort people back

16   after the -- the rally was done, we were supposed to escort

17   protesters back to their cars and their hotels.

18   **Q.**   So you were saying to whoever it was on the Zello

19   chat, "Sticking to the plan, 20, 30 people, cops are not

20   even stopping us," whatever, something to that effect,

21   what's that about?

22   **A.**   Correct.  So we were sticking together like in a

23   little group escorting the protest -- the VIPs to the

24   protest, and it was just an exciting moment.  I was getting

25   excited.  I mean, it was cool.  I didn't -- obviously there

9390

1    was no violence or anything on Pennsylvania Avenue or

2    anything.  A lot of American flags.  There was, like, a

3    drummer boy.  It was just really cool American -- it was

4    like 4th of July.  It was awesome.

5         And so I was getting excited.  And then, like, we

6    got closer and, like, there's cop cars but they are not

7    doing anything, they are just sitting there.  I was, like,

8    "Oh, this is great, the cops aren't stopping us."

9    **Q.**   Why did you think the cops would stop you?

10   **A.**   Um -- I don't know.  We are good to go here, like,

11   everything -- like the protest is good.

12   **Q.**   Okay.  So when you get down to the Capitol area,

13   where did you go first?

14   **A.**   When we got to the Capitol area, we went to the

15   Peace Monument, and it was real thick.  I mean, the crowd

16   was insane.  And so, like, we ended up snaking around.  We

17   went -- there is a little grassy area.  Went up on it, over,

18   and then we went up, like, up a hill.

19   **Q.**   Okay.  Is that an area that you know now to be the

20   Northwest Corner?

21   **A.**   Yes, sir.

22   **Q.**   All right.  From where you were there, as you

23   walked your way through and from where you sat at the

24   Northwest Corner, what did you see?

25   **A.**   Nothing.  I mean, it was just a massive crowd.

1   Where we were at it was, like, real thin.  There wasn't

2   hardly anybody around, so it was a good place to kind of --

3       Q.   All right.  I believe when we talked about this

4   earlier, was there any foliage?

5       A.   Oh, yeah.  Absolutely.  There was trees, trailers.

6   I mean, there was, like, a fence in front of us, and then,

7   like, super far, like, beyond this courtroom, like,

8   protesters, like, far away, basically.  It was, like --

9       Q.   All right.  And when did you work your way past

10  the Peace Monument roughly timeline-wise to the Northwest

11  Corner?

12      A.   So if I had to guess, we were at the Peace

13  Monument probably around 2:20 and at the Northwest Corner

14  probably about 2:25.

15      Q.   Okay.  Were you able to get external updates from

16  your phone in terms of what was going on at the Capitol?

17      A.   I don't believe so.

18      Q.   Okay.  Were you trying to?

19      A.   I don't think so.

20      Q.   Okay.  Why were you communicating on Zello at any

21  point during this time?

22      A.   I was just, basically, giving play-by-plays to

23  Dozer and Dodd, who are kind of basically friends of mine,

24  and there was a bunch of other people in the chatroom as

25  well, I was just kind of updating everybody as to what was

1    going on.

2        **Q.**    All right.  So you escort these individuals to

3    that portion of the area.  What did you do with the people

4    you were escorting?

5        **A.**    So we, like, grouped up.  And she said, "Thank

6    you."  I think she prayed for us.  And she was, like, "All

7    right, well, I am going to go find my son."  Her son was one

8    of the people who was supposed to be talking,

9    African-American woman.  And so we were, like, "Okay, you

10   know, cool.  God bless you.  Thank you."  And then she left

11   and then we left.

12       **MR. CRISP:**  Your Honor, I want to pull up what has

13   been marked as Watkins 53, please, just for the witness.

14   **BY MR. CRISP:**

15       **Q.**    Ma'am, do you recognize that?

16       **A.**    Yes, sir.

17       **MR. CRISP:**  Your Honor, I want to seek to move

18   Watkins 53 into admission.

19           **THE COURT:**  Any objection?

20       **MS. RAKOCZY:**  No objection, Your Honor.

21           **THE COURT:**  Watkins 53 will be admitted.

22       (Watkins Exhibit 53 was received.)

23       **MR. CRISP:**  If you could publish that for the

24   jury, please, sir.

25

1    **BY MR. CRISP:**

2        **Q.**    So what are we looking at?

3        **A.**    This is the Northwest Corner, and I took a picture

4    of the Capitol building and see the crowd.

5        **Q.**    All right.  How long did you stay there?

6        **A.**    Not long.  Like, two minutes tops.

7        **Q.**    Where did you go from there?

8        **A.**    We went around.  So this is the west side over

9    here that you are seeing on the right and then you see

10   obviously the dome, so we had to go all the way around the

11   building, basically, to get to the east side.  So we went to

12   the east side.

13       **Q.**    Okay.  Why did you go in that direction?

14       **A.**    I don't really know.  It was just less crowded.

15   We just walked up the sidewalk.  The Oath Keepers were

16   headed that way, and we were kind of like orbiting them.

17   The Ohio group was following them along.

18       **Q.**    Okay.  Anyone say, at any point in time -- I mean,

19   let's just be blunt about it.  Did anyone say, It's now time

20   to go into the Capitol?

21       **A.**    No, sir.

22       **Q.**    It's now time to stop the certification?

23       **A.**    No, sir.  I thought the certification was over.

24       **Q.**    What do you mean?  I don't understand.

25       **A.**    So before we left The Ellipse, like, the crowd was

9394

1    real, real thick.  And then, like, everybody -- like,

2    literally everybody just started pulling out their phones.

3    They were like, Pence betrayed us.  Pence betrayed us.

4    Like, we have to go.  It's over.  It's over.

5          And then, like, the crowd thinned out.  Like, it's

6    as thin as it is in this courtroom as opposed to, like,

7    shoulder to shoulder, crunched up.  Like, the crowd was,

8    like, gone.  And so --

9      **Q.**   So help me understand what the phrase "Pence

10   betrayed us" has to do with your understanding of the

11   certification process.

12     **A.**   I mean, if he didn't certify it, then it's not

13   over.  I mean, to me, like, in my mind, like, he would have

14   to certify it to betray us.  Like, we were counting on him

15   to turn it back to the states for the audits.

16     **Q.**   Okay.

17     **A.**   So, like, my understanding is they can object to

18   the certification and say, Hey, look, this election ain't

19   right.  We got to send it back to the states.  The states do

20   10-day audits.  Then they come back and then they inaugurate

21   whoever they inaugurate on the 20th.

22     **Q.**   All right.  So let's just kind of jump ahead.  If

23   you think a certification is done, why go in the building?

24     **A.**   Well, I didn't intend to go in the building when I

25   went into the Capitol building itself.

1      **Q.**   What did you intend to do?

2      **A.**   Well, I went there to escort the protest -- or the

3   VIPs.  And I kind of got just swept up in the protest.  We

4   had nothing going on.

5      **Q.**   My question is a little different.  When you

6   walked up those steps, what did you intend to do?

7      **A.**   I had no intents.  I went up there -- I was

8   getting swept up in it.  It was a cool moment.  Everybody

9   was excited to see us.  You know?  They were just like,

10   Yeah, the Oath Keepers are here.

11      **Q.**   What do you mean by everybody was excited to see

12   you?

13      **A.**   People were chanting, Oath Keepers, you know,

14   Oath Keepers are here.  So, like, they parted the way and we

15   went up the stairs.  And it just felt really cool, you know?

16   Like, felt --

17      **Q.**   So when you get up to the top of the steps, where

18   did you go?  Did you go directly to the door?

19      **A.**   No.  So we got up to the top of the stairs, and

20   then we turned around.  We were singing the national anthem,

21   the very, very tail end of it.  And I turned around and

22   faced out over the crowd.  And we looked down the stairs.

23   Everybody is just cheering.  We were just, like, Yeah.  Woo.

24          And I just felt, like, really American.  Like,

25   there was no violence.  Like all the crazy stuff you see

1    about January 6th, there was no violence on the stairs at

2    all.  It was -- they were chanting USA and stuff.

3        **Q.**    Now, when you say there was no violence, you have

4    seen plenty of videos where there is violence at the door.

5    Right?

6        **A.**    Yes, sir.

7        **Q.**    You've seen plenty of videos where the cops are

8    being abused?

9        **A.**    Yes, sir.

10       **Q.**    Okay.  So what do you mean when you say, There is

11   no violence?

12       **A.**    Well, when we were on the steps, all of that stuff

13   happened, like, minutes before we got there, maybe even,

14   like, 10 minutes before we got there.  I can't nail that

15   down for sure.

16           But -- so where we stood on the bottom of the

17   stairs, like, it actually went up further.  And then there

18   was, like, pillars.  And people were hanging on the pillars.

19   There was, like, just a sea of people.  You couldn't see

20   anything happening inside.

21       **Q.**    All right.  So the government had a video from

22   your phone over which you can hear Zello chirping at one

23   point.

24           Do you remember that?

25       **A.**    Yes.

1      **Q.**   While you were filming that, are you looking down

2    the steps with your back to the Capitol?

3      **A.**   Yes, sir.

4      **Q.**   And --

5          **MR. CRISP:**   Court's indulgence.  We are going to

6    play Government -- this was part of Government's

7    Exhibit 1502, Your Honor.

8    **BY MR. CRISP:**

9      **Q.**   So do you recognize this video, ma'am?

10     **A.**   Yes, sir.

11     **Q.**   All right.  And --

12     (Video played)

13         **MR. CRISP:**   All right.  If we can pause that for a

14    minute, please.

15    **BY MR. CRISP:**

16     **Q.**   Do you hear the Zello app in the background?

17     **A.**   Yes, sir.

18     **Q.**   Could you hear that as you were recording that?

19     **A.**   I do not recall that, no, sir.

20     **Q.**   Was it loud there?

21     **A.**   It was extremely loud.

22     **Q.**   Is it possible that it came over and you didn't

23    hear it?

24     **A.**   That is possible.  Or -- I don't know.  It could

25    have just been in the background and then been recorded as

1    part of the software.  That I don't know.

2         **Q.**   Okay.  So was that something you were tracking at

3    that time?

4         **A.**   I was on the Zello but not at this time.

5         **MR. CRISP:**  1502.

6         **DEPUTY CLERK:**  Okay.

7    BY MR. CRISP:

8         **Q.**   When you were escorting people down, did you have

9    your phone in your hand the whole time?

10        **A.**   No, sir.

11        **Q.**   Where was it?

12        **A.**   So I had pouches.  And I have, like, gloves and

13   stuff.  And I had on my far right side, I had a little slot

14   where I put my pouch.

15        **Q.**   Okay.  About how long did you hang out there?

16        **A.**   Not long.  Maybe three or four minutes, sir.

17        **Q.**   All right.  Where did you go from there?

18        **A.**   Then we went up inside the enclosure area.

19        **Q.**   Why?

20        **A.**   Um, I'm not really sure who got ahold of me.  I

21   don't know if they tapped me or whatever.  I looked and I

22   was, like, Oh, okay.

23             The group was just snaking that way.

24        **Q.**   All right.  At any point in time did you think you

25   were going into the building to stop any governmental

9399

1    activity?

2        **A.**    No, sir.

3        **Q.**    Do you have any recollection of anyone saying,

4    It's now time to enter the building, or anything to that

5    effect?

6        **A.**    No, sir.

7        **Q.**    Okay.  The stack formation, just briefly -- it's

8    been discussed.  I had no idea but I know now.

9            One hand on the person in front of you, is that

10    something you ever learned to navigate through a crowd?

11        **A.**    Absolutely not.

12        **Q.**    Okay.  Is it problematic for a myriad of reasons

13    in terms of weapons safety if you were doing this in the

14    military?

15        **A.**    Yes, sir.

16        **Q.**    Room clearance and building clearance, do you walk

17    into the entry point that way?

18        **A.**    Absolutely not.  No.  It's suicide.

19        **Q.**    And because why?

20        **A.**    Um, so, there's a -- the doorway is what we call

21    in the military the fatal funnel.  Basically, all the guns

22    in the room are pointed at that.  So if you're -- like, in

23    the Army, if we're fighting Al-Qaeda or Taliban or whatever,

24    you kick in the door and you get out of that door as quick

25    as possible because that's where everybody is going to

9400

1    shoot.

2            So you get in and you split up and you break off.

3    There's no point in just -- to me, I call it the choo-choo

4    train.  Like --

5    Q.    That's what I am saying.  Did you guys -- was this

6    something you had devised, that someone said, Hey, we did

7    this in my training or my law enforcement training?

8    A.    No.

9    Q.    Okay.  Was this something that just sort of

10   happened --

11   A.    We started at The Ellipse.  I want to say it was

12   either at the porta johns or getting out.  It was useful for

13   hanging on to each other so we didn't get separated.

14   Q.    So did you know how the doors got opened?

15   A.    I don't.  When I got up there, the doors were

16   already opened as far as I could tell through the crowd.

17   Q.    And why are you walking into a building?

18   A.    That's the question I've been asking myself ever

19   since.  It was really stupid.  I got swept up in it.

20   Q.    So I want to -- you used an analogy about going in

21   there.  How do you analogize that?

22   A.    It was like Black Friday.  Nobody's -- I didn't

23   see any violence going on.  It's just everybody is trying to

24   get in the door at the same exact time.  Everybody is in a

25   pretty good mood.  Nobody is angry.  Nobody is upset.

1    People are chanting.  It was definitely a protest.  But it

2    was Black Friday when everybody wanted to get in there and

3    get a flat screen for 200 bucks.

4        **Q.**    Do you realize today how ridiculous it is for you

5    to say there was no violence going on?

6        **A.**    Absolutely now in hindsight.

7        **Q.**    Should you have gone in that building?

8        **A.**    Absolutely not.

9        **Q.**    Do you realize it was wrong?

10       **A.**    Yes.

11       **Q.**    I want to jump ahead to you being in the Senate

12   hallway.  You made a lot of comments on Parlor, that I'm

13   sure the government is going to into.  Let's talk about when

14   you get into the Rotunda.  We've seen videos of you taking

15   pictures.  Why did you do that?

16       **A.**    Um, well, it was an exciting -- at the time --

17   moment.  I wanted to take some pictures and selfies, you

18   know.  Just to remember this by.  In my mind at the time, I

19   thought it was like this heroic American moment where we,

20   the people, are going into our house and we are going to be

21   heard.

22           I was excited.  I basically lost all objectivity.

23   I wasn't, like, security anymore.  I wasn't, like medic Jess

24   anymore.  I was just another idiot running around the

25   Capitol Building.

1      Q.   What did you do -- it's my understanding you went

2    to the Senate side twice.  What did you do the first time?

3    Or why did you go there the first time?

4      A.   The first time I just kind of was wandering around

5    checking stuff out.  I had really, honestly, no idea where I

6    was.

7           And I heard some glass break.  And it pissed me

8    off.  Forgive my language.  But, like, I was, like, Hey, cut

9    it the fuck out.  This is the taxpayers' house.  It's my

10   fucking house.  If you are going to fuck it up, I am going

11   to fuck you up.

12          Like, it pissed me off.  Like, I got really mad

13   about it.

14          Then I went back into the Rotunda, and that's when

15   I took the videos and updated Zello and I was, like, Hey.

16   You know, like, this is going on.

17          Someone --

18     Q.   So you said -- let's talk about the Zello.  You

19   said, We stormed the Capitol.  What does that mean?

20     A.   That's --

21     Q.   Other than we stormed the Capitol?

22     A.   Right.  So that's what a lot of the protesters

23   were all saying around me.  It was kind of -- at the time it

24   wasn't called January 6th.  It was, yeah, we stormed the

25   Capitol.  Woo.

1          Somebody in the crowd told me that they used

2    pepper balls.  It's like a paintball gun with pepper bullets

3    in it.  It's like pepper spray but not.

4          **Q.**   Up to that point, had you been pepper-sprayed?

5          **A.**   No.

6          **Q.**   Up to that point, had you gotten shot with

7    anything?

8          **A.**   No.

9          **Q.**   Had you seen any of that?

10         **A.**   No.

11         **Q.**   So why co-opt the statements of others?

12         **A.**   I don't know.  I was just giving a play-by-play.

13   I thought it was cool.  I wanted to be part of the -- I

14   wanted to be in the middle of the action.  I don't know.

15         **Q.**   Why did you go down the Senate hallway the second

16   time?

17         **A.**   Well, people started walking that way.  I just

18   kind of, like, Hey, come on.  Let's go.  Woo.  Like, you

19   know, followed the protesters that way.

20              And then the first time I went in there, there

21   was, like a big room, circular room with, like a hole in the

22   floor, basically.  I hung out there for a second.  I looked

23   down, and that was the first time I seen police officers in

24   the Capitol Building.  I had seen a lot of them outside just

25   hanging out, bored, basically.  But I looked down and I seen

1    them.  I waived at them.

2        Q.    Let's talk about -- I want to get to the point

3    where you are now in that packed hallway.  How did that

4    happen?

5        A.    It wasn't packed at first.  I mean, it was tight,

6    but it wasn't, like -- it was tight, but it wasn't like the

7    crush that you saw.  Just standing around and protesting.

8    We were chanting.

9        Q.    Are you going down that hallway because you wanted

10   to stop Senators?

11       A.    No.

12       Q.    All right.  Now, you said on a Parlor chat, I

13   wanted to give them a piece of my mind, right?

14       A.    Yeah.

15       Q.    Something to that effect?

16       A.    Something to that effect.

17       Q.    What were you talking about?

18       A.    I wanted my voice to be heard.  I did believe the

19   election was stolen.  I still have a lot of questions about

20   the 2020 election.  I'm not going to say it like I don't.  I

21   still have a lot of questions.  Like --

22       Q.    I don't understand.  If you believed the

23   certification had already been completed, what is the

24   purpose of saying something to the Senate at that time?

25       A.    We were mad.  We wanted them to hear us.  It was,

9405

1    like -- like the *Roe v. Wade* thing.  They just overturned

2    the *Dobbs* decision.  But that didn't stop people from going

3    out there and protesting for a week or two.  You know, like,

4    they are mad about it.

5        Q.   So how quickly did it become condensed, compacted

6    in that hallway?

7        A.   I wasn't there very long when it started to do

8    that.  Like, just a few minutes, two to three minutes.  And

9    then it was like a wave of people pushing towards me.  And I

10   saw a riot shield in the front.

11       Q.   So at that point you knew there were police there?

12       A.   I assumed there were.

13       Q.   Okay.  And you certainly didn't think Senators

14   were at the other end stopping the riot, did you?

15       A.   No.

16       Q.   All right.  So you're heard saying, Push, push,

17   push.  They can't hold us.

18            Correct?

19       A.   Correct.

20       Q.   Push against the police?

21       A.   Correct.

22       Q.   Why?

23       A.   Well, it didn't happen like (snaps fingers) that.

24   It was people behind us started pushing.  And they, the

25   police, were pushing.  And I was just in the middle.  It was

1    like a trash compactor.  Again, my ribs were broken.  My arm

2    was broken.  I was in a lot of pain.

3              And at that point I was just pissed off.  You

4    know, they stole the election from us.  They certified this

5    election.  And now I'm being crushed in the hallway, and

6    they won't even listen to me?  I got pissed off.  And so,

7    like, I reacted and it was stupid.

8        Q.    Do you realize what you are saying is you

9    interfered with police and the performance of their duties?

10       A.    Absolutely.

11       Q.    Was that wrong?

12       A.    Absolutely.

13       Q.    Is there anything you want to say to the jury

14   about that?

15       A.    Well, I want to say I'm sorry to you, but I'd

16   rather say I'm sorry to Christopher Owens, the police

17   officer that we had here.  Like, he was on the other end of

18   that line.  He was holding it back.  He was trying to

19   protect the Capitol from my dumb ass, basically.

20       Q.    Where you proud of what you did?

21       A.    Not anymore.

22       Q.    You sure seemed proud on Parlor.

23       A.    Yeah, days following, I was absolutely proud.

24       Q.    So why are you saying all of those things on

25   Parlor one, two, three days after the incident?

1    **A.**   I thought it was an American moment, that I took

2    one for the team to stand up for America.  And it's kind of

3    an echo chamber when you are around a lot of like-minded

4    people.  So I got swept up in the online hype.

5         I also had a lot of people who were attacking me,

6    calling me a terrorist, calling me a thug.

7         I'm, like, I didn't do all of this crazy stuff.

8    Because at this point there were talks about Ashli Babbitt

9    getting shot in the throat.  And, like, Tom Caldwell sent me

10   the text -- there was a news article that says, "One cop

11   dead in Capitol riot."  And it had my face.  It wasn't

12   any -- it wasn't the crowd.  It was just me.

13        I was, like, Why is this me?  I had all of these

14   people just sending me all of this nasty stuff.  I just got

15   defensive, you know?  I was, like -- so I defended myself.

16   You know, I tried to downplay everything.  I don't know.  I

17   just --

18   **Q.**   Okay.

19   (Brief pause)

20   **BY MR. CRISP:**

21   **Q.**   So Ms. Watkins, I want to ask you -- well, you

22   certainly -- may not have been your finest hour.  Were there

23   things that you did that you are still happy that you did?

24   **A.**   Yes.  So when we first, first got to the Capitol,

25   I stopped a guy who was jumping around on top of the SWAT

1    truck.  There were light bars and radio equipment, stuff

2    like that up there.

3        **Q.**    What about helping people out of the Capitol?

4        **A.**    And, yes, helping people.  I -- one of the

5    codefendants, Isaacs, he was in the hallway.  And he got

6    pepper sprayed real, real bad.  I guess he was far, far up

7    ahead and got right-in-the-face kind of situation.  And he

8    had bad asthma.

9            So he was having some breathing problems.  I

10   waited for him to, like, kind of recover.  And after, like,

11   five or six minutes, he wasn't recovering.  So we dragged

12   him out of the Capitol.

13       **Q.**    Is there a video of you taking him out?

14       **A.**    Yes.

15           **MR. CRISP:**  All right.  If we could play what's

16   been --

17       (Brief pause)

18           **THE COURT:**  Why don't we take our afternoon break.

19   It's 2:25.  We will resume at 2:40.

20           Thank you, everyone.

21       (Jury exited the courtroom)

22           **THE COURT:**  You may step down.

23           **THE WITNESS:**  Yes, sir.

24           **THE COURT:**  Have a seat, all.

25           Mr. Crisp, how much longer do you think you need

1    in direct?

2         **MR. CRISP:**  About five minutes.  I am going to

3    show about a ten-second clip of her going down the steps.

4    And then that's effectively it.  I mean, just a few wrap-up

5    questions.

6         **THE COURT:**  Ms. Hughes?  Oh, wait a second.

7         **MS. HUGHES:**  Your Honor, there are a number of

8    issues that we need the Court to address before the defense

9    rests anyway.  We will ask to cross tomorrow and to deal

10   with the ancillary issues today.

11        **THE COURT:**  See you all in a few minutes.

12        (Recess from 2:29 p.m. to 2:47 p.m.)

13        (Bench conference off the record.)

14        (Jury entered the courtroom)

15        **THE COURT:**  All right.  Please be seated,

16   everyone.  Welcome back.

17        Mr. Crisp.

18        **MR. CRISP:**  Thank you.

19        Your Honor, if we could pull up what's been marked

20   as Watkins 53, just for the witness and government counsel,

21   please.

22        **THE COURT:**  Any objection to it?

23        **MS. HUGHES:**  No objection.

24        **THE COURT:**  Then admit it and publish it.

25        (Watkins Exhibit 54 was received.)

1          **MR. CRISP:**  Got it.

2          I apologize.  We relabeled it as Watkins 54.

3     Thank you.

4          **THE COURT:**  Okay.

5          **MR. CRISP:**  For the Court's understanding, we are

6     playing a snippet of this, and we're just fast-forwarding

7     through so we are not playing through 20 minutes of stuff.

8     **BY MR. CRISP:**

9     **Q.**   Ms. Watkins, I want to show you what has now been

10    marked and admitted as Watkins 54.  I want you ask that you

11    watch from the 49 to 49:18 time hack and ask --

12         (Video played)

13         **MR. CRISP:**  If we can pause for a moment there,

14    please.

15    **BY MR. CRISP:**

16    **Q.**   All right.  Do you see yourself in that video?

17    **A.**   Yes, sir.  I am right here.

18    **Q.**   What are you doing there?

19    **A.**   I am helping Isaacs out of the building.  Isaacs

20    is one of the codefendants.

21    **Q.**   And is Isaacs immediately in front of you?

22    **A.**   Yes, sir.  This is him right here.

23    **Q.**   Okay.  And where are you taking hum?

24    **A.**   Out of the building.

25    **Q.**   And approximately what time is this?

9411

1          **A.**    3:04.

2          **Q.**    Okay.  Is that -- the timestamp that is referenced

3    in this video, is that an accurate timestamp, to your

4    knowledge?

5          **A.**    Yes, sir, to my knowledge.

6              **MR. CRISP:**  Okay.  Please continue through 49:18,

7    please.

8          (Video played)

9              **MR. CRISP:**  All right.  Please take that down.

10             Same line of questioning for what has now been

11   marked as Watkins 55.  Your Honor, I would ask to seek to

12   move that into admission as well.

13             **MS. HUGHES:**  No objection.

14             **THE COURT:**  Okay.  Watkins 55 will be admitted.

15         (Watkins Exhibit 55 was received.)

16             **MR. CRISP:**  And we will start from the 20-minute

17   timestamp or time hack, please.

18         (Video played)

19             **MR. CRISP:**  Pause there for a moment, please.

20   **BY MR. CRISP:**

21         **Q.**    All right.  Is that you right there in the video?

22         **A.**    Yes, sir.

23         **Q.**    Who is this individual?

24         **A.**    I don't know who this man is.  This is after I

25   finished helping Isaacs.  We set up a little triage casualty

1    area where people started to just -- they saw us helping

2    Isaacs, and they assumed -- then they saw the medic stuff

3    all over my helmet, so they just assumed that we were the

4    medics.  And they just started bringing us people.

5         This man here had, like, real bad COPD.  When I

6    first got him, he had gotten pepper-sprayed real bad.  He

7    was, like, fading in and out of consciousness.  He was just

8    kind of, like, woozy.  And so I was, like, this guy is

9    really messed up.  At the bottom of the stairs, there was

10   ambulances.  So I was, like, we need to get this guy to the

11   paramedics and get him some oxygen, albuterol treatment,

12   what have you.  So I dragged him down the stairs to the

13   ambulance.

14        **MR. CRISP:**  Okay.  Please continue.

15        (Video played)

16        **THE WITNESS:**  At this point you can't really see

17   it, but somebody gave me an inhaler to administer to the

18   man.  So I gave him an inhaler.

19        **MR. CRISP:**  Please continue to 21:0 --

20        (Video played)

21   **BY MR. CRISP:**

22        **Q.**   Now, the scene that we just saw, is that generally

23   reflective of what you saw when you arrived?

24        **A.**   Yes, sir.

25        **Q.**   All right.  What was -- how long, approximately,

1    to the best of your recollection, did you spend on the

2    Capitol Grounds there from when you got there to when you

3    walked out of the building for the last time?

4         **A.**    Um, so from the moment I walked in or from the

5    moment I got to the Capitol Grounds?

6         **Q.**    We'll start with when you walked in.

7         **A.**    So we walked in around 2:40, 2:41.  We walked out

8    2 -- 3:04.  Excuse me.  So about 23 or 24 minutes.

9         **Q.**    And you stuck around the Capitol Grounds for a

10    little bit longer?

11         **A.**    Very little thereafter.

12         **Q.**    Why did you leave the Capitol Grounds, ultimately?

13         **A.**    So when I got back to the top of the stairs, there

14    was a line of riot cops there.  They were just kind of

15    hanging out.  Kelly was talking to them just hanging out.

16    That's actually when he told me about them rescuing Harry

17    Dunn.  And so -- and I pulled out my phone and I seen there

18    was a curfew alert on it.

19             And at this point Ben Parker did not -- he didn't

20    come up the stairs with us.  He didn't come with us.  He has

21    really bad hips, and so, like, he had to sit down.  And so,

22    like, as far as I know, Ben never even came on to the

23    Capitol Grounds, so we had to go find him.

24         **Q.**    Let me just cut to the chase and try and speed

25    this along here, I apologize.

1    **A.**    Sorry.

2    **Q.**    Did you leave the Capitol Grounds at that time?

3    **A.**    Yes.

4    **Q.**    Why?

5    **A.**    I had to go find Ben and we had to obey the curfew

6    order.

7    **Q.**    Okay.  Now, how long does it take you to get from

8    the Capitol Grounds -- and I think we have seen some video

9    that we introduced in another venue -- from when you had the

10    police encounter?

11    **A.**    Yes, sir.

12    **Q.**    About how long was that?

13    **A.**    I can't really recall.  Maybe an hour.

14    **Q.**    All right.  And to back up here, when you were

15    approaching the Capitol for the first time, you said you

16    wound around the Peace Monument.  Did you actually go to the

17    Peace Monument?

18    **A.**    No, it was a good ways away, probably from me to

19    the exit.

20    **Q.**    Okay.  You never saw Mr. Caldwell?

21    **A.**    No, sir.

22    **Q.**    When is the last time you had communications with

23    Mr. Caldwell on the 6th of January in the D.C. area?

24    **A.**    The last time I talked to him was in, like, the

25    morning time, like, in person, like, when we were trying to

9415

1    get him and Ms. Caldwell into the VIP area.

2        **Q.**    Okay.  So you never had -- or did you have any

3    communications with him about any activities that you were

4    engaging in at the Capitol?

5        **A.**    Not until the next day on the 7th.

6        **Q.**    All right.  So I want to fast-forward.  When you

7    get home, what day was that when you got home?

8        **A.**    Um, so we left on the 7th, went and picked up our

9    weapons, and then went and spent the night at Ben and

10   Sandy's house.

11       **Q.**    Okay.

12       **A.**    And I didn't come back home to the bar until the

13   following day on the 8th.

14       **Q.**    All right.  Why did you leave your home and go to

15   the Caldwell's?

16       **A.**    On the 14th?  Because the media was bothering us.

17   So I started getting calls at the bar, and then people

18   started beating on my mom's door and she started getting

19   really freaked out.  And so me and my mom talked, and I was,

20   like -- she was, like, "I need to go to Florida."  And I

21   said, "I'm going to leave too.  Like, we will just, you

22   know, go away for a few days."  And I told her I would let

23   her know, you know, like, when everything calms down and

24   everything would be okay.  And so we left.

25           And so I asked -- I liked Tom.  I didn't talk to

1    him that much but, like, Donovan did, so I was like, "Hey,

2    reach out to Tom for me and see if he" -- you know, I was

3    going to, you know, see what I could do on my end just to

4    hide out for a few days.

5        Q.    All right.  Did you think that the police may come

6    looking for you at some point?

7        A.    I did.

8        Q.    So what did you do as a result of the fact that

9    you thought the police may come look for you?

10       A.    So, I left all my gear -- when you walk into the

11   house upstairs, it's a really unique layout, it's like a

12   long hallway and then it cuts around to where the apartment

13   is.  So when you walk in that front door, I left all my gear

14   packed up.  I said, you know, "If the FBI or the sheriffs,

15   whoever comes through, if they -- if somebody comes around,

16   just let them know, like, I will turn myself in."

17           I gave -- I wrote down on a paper for Montana, I

18   said, "Look, here's Tom's phone number, only call him if the

19   law enforcement comes.  Otherwise, here's an email address,

20   we can communicate through the" -- I got doxed.  So I don't

21   know if you guys know what doxed means, but, like,

22   basically, the reporter is, like, I doxed you, you know, I

23   got all your information, he said he was going to leak all

24   my information on the internet.

25           And so, like -- and my phone was blowing up, so I

9417

1    didn't trust my phone anymore.  So I left my phone and the

2    charger for the FBI.  And I left all of my stuff for the

3    FBI.  And I said, "If they come, I don't know that they

4    will, I might just get a ticket."  You know, I went inside,

5    I don't know, I -- you know, like, "But if they come, here's

6    all of my stuff, tell them I will turn myself in and call

7    Tom."

8         Q.   All right.  And at some point did you receive a

9    call from Montana?

10        A.   I did not.  He called Mr. Caldwell and told him

11   that --

12        Q.   All right.  As a result of that call, what did you

13   do?

14        A.   Um, we packed up and drove back to Ohio.

15        Q.   Did you turn yourself in?

16        A.   Absolutely.  Right away.

17        Q.   Did you engage in multiple meetings with the FBI?

18        A.   I did.

19        Q.   Did you voluntarily speak with the FBI?

20        A.   I did.

21        Q.   And how many times do you remember doing that?

22        A.   Maybe four.

23        Q.   Okay.  Did you give him access to your phone?

24        A.   Yeah.  I gave him my password and told him how to

25   unlock it and everything.

1    **Q.**  All right.  Now, two or three final questions.

2  Did you go into the Capitol to try and stop the

3  certification?

4    **A.**  No, sir.

5    **Q.**  Was there ever a plan, to your knowledge, to stop

6  the certification or overthrow the United States government?

7    **A.**  Not to my knowledge.

8    **Q.**  And had there been such a plan, what would you

9  have done?

10    **A.**  Well, I would not have gotten involved and, quite

11  frankly, I would have contacted law enforcement.

12    **MR. CRISP:**  The Court's indulgence, Your Honor.

13  Your Honor, I tender the witness.  Thank you, ma'am.

14    **THE COURT:**  Okay.  Ladies and gentlemen, sometimes

15  the best laid plans go awry, and I may have overpromised.

16  We are going to end for the day now --

17    **MR. NESTLER:**  Could we get on the phone for a

18  quick second, Your Honor?

19    **THE COURT:**  Yeah.  Sure.

20    (Bench conference.)

21    **MS. HUGHES:**  I wanted to just confirm that no

22  other witness -- no other defendant is going to ask to cross

23  Ms. Watkins.  We don't believe that anyone else was

24  inculpated in her testimony.  We just want to just confirm.

25    **MR. GEYER:**  Brad Geyer on behalf of Harrelson, no,

1      No questions.  Thank you.

2              **MR. FISCHER:**  David Fischer on behalf of

3      Mr. Caldwell, no.

4              **MR. LINDER:**  No, Your Honor.

5              **THE COURT:**  Okay.

6          (Sidebar discussion concluded)

7              **THE COURT:**  As I was saying, I may have

8      overpromised.  We are going to adjourn for the day.  We have

9      to deal with some additional legal matters for the rest of

10     the afternoon to get ready for the closings, so we will

11     continue tomorrow morning with Ms. Watkins'

12     cross-examination, and we will march forward from there.

13     Thank you, everybody.  Have a good evening.  And same

14     reminders as usual.  Thank you, everyone.

15              So we will start tomorrow at 9 a.m.

16          (Jury exited the courtroom)

17              **THE COURT:**  Ms. Watkins, you may step down.

18              Please be seated, everyone.

19              Okay.  I got my list of things we need to tie up.

20              **MR. NESTLER:**  Can I ask, Your Honor, given that

21     the other defendants thought that today was going to be the

22     final day of evidence, if no one else has any additional

23     evidence, we would ask that the other defense counsel be

24     asked if they have anything else and that they would rest to

25     ensure that tomorrow we will actually go to closings.  I

1    know the jury just got released, but if we could -- if they

2    want to rest on the record in front of the jury, we think

3    that should happen now.

4         **THE COURT:**  You mean tomorrow morning?

5         **MR. NESTLER:**  No, we think that the other

6    defendants ought to rest now, if they -- it's their turn to

7    call additional evidence.  I know we are breaking now for

8    Ms. Watkins' cross, but there is still two hours left.  If

9    any other defendants' counsel have any additional evidence,

10   they ought to present it now.  And if not, our position is

11   that they ought to rest.

12        **THE COURT:**  Okay.  Well, I just dismissed them.

13        **MR. NESTLER:**  I know, I'm sorry.  We were doing

14   this quickly.  I'm saying that now so that we know tomorrow

15   that's it, Ms. Watkins finishes her cross --

16        **THE COURT:**  I spoke to Mr. Geyer and Mr. Woodward

17   and Ms. Haller, and it is my understanding that Mr. Geyer

18   intends to rest immediately upon being asked.  And

19   Mr. Woodward and Ms. Haller may have a few exhibits that

20   they want to enter into evidence, to which hopefully there

21   is no dispute, and then they will rest.

22        **MR. NESTLER:**  Yes, Your Honor.

23        **MR. GEYER:**  We can get the exhibits ironed out

24   tomorrow morning first thing.  We intend on resting.

25        **MR. NESTLER:**  Okay.  I only point it out now

1    because we had two hours, and so I wanted to make sure if

2    anyone else had any additional evidence --

3              **THE COURT:**  I asked before.

4              **MR. NESTLER:**  Yes, Your Honor.

5              **THE COURT:**  I asked earlier.

6              Okay.  All right.

7              Just a couple of loose ends.  There was an

8    exhibit, the FBI material that -- the logging in of the tip

9    line, and so I looked at the government's proposed

10   redactions, they looked fine to me.  So we will admit those

11   exhibits as redacted by the government.

12             I was sent last evening another video with

13   transcript language accompanying it.  I have to confess, I

14   heard it three or four times through, I couldn't understand

15   what was going on.  I could not understand what Mr. Minuta

16   purportedly was saying on that video.  So I will ask you to

17   remove the transcript text from that one.

18             I think -- the one thing I did hear him say is

19   what he says at the very tail end, I don't have it in front

20   of me but -- I don't remember.  I am pulling the video up.

21             So the transcript suggests Mr. Minuta says, "They

22   don't care about your jobs.  They got working class

23   Americans without a life.  But that's a lie.  We don't care

24   about that crap.  We don't care."  As I said, I listened to

25   it very carefully, and the only thing I could make out was,

1    "We don't care."  So I will ask the government just to

2    remove the transcript portion from that exhibit.

3            Okay.  Other loose end issue or concern of

4    Mr. Caldwell and any use of testimony regarding his state of

5    mind in the evening hours of January 6th in connection with

6    sending text messages that evening, Mr. Fischer, I want to

7    preclude you from arguing that he was under the influence in

8    such a way that his text messages were a product of that for

9    two reasons.

10           One, Mr. Caldwell didn't testify to that, and that

11   is why I was waiting to rule to hear what he said.  And

12   second, there was no -- I guess really three reasons.

13   Second, there was no evidence introduced as to how much

14   Aleve or how much pain killing medicine he took or how much

15   alcohol he drank.

16           And finally, there's been no expert testimony

17   proffered in order to explain how the combination of the

18   drugs and the alcohol might have affected his state of mind.

19   So I think we would be asking the jury to impermissibly

20   speculate that the reasons for some of the language used in

21   the text messages late that evening were the product of

22   alcohol and pill use.

23           There was the issue of Mr. Rhodes and his failure

24   to file tax returns.  Mr. Linder, have you been read into

25   where things stand on that?

1          **MR. LINDER:**  As I did -- as I believed and have

2     done a little bit of research on it, under 26 U.S.C. 7203,

3     7201, failure to file and pay is treated differently than a

4     lie on a tax return.

5          However, failure to file and not pay is still

6     considered a misdemeanor.  So it's still a crime of some

7     sort.  It doesn't have an affirmative act with it.  It's

8     just an omission.  So I would -- one, I would argue

9     relevance first.  And, two, I just don't think it rises to

10    the level of a crime.

11         **THE COURT:**  Okay.

12         Well, I don't know whether it's a felony or

13    misdemeanor.

14         **MR. LINDER:**  It's a misdemeanor.

15         **THE COURT:**  I thought failure to file tax returns

16    was a felony offense, particularly if you owe taxes.  And we

17    don't know whether he owed taxes or not because he didn't

18    file.

19         **MR. LINDER:**  Right.

20         Failure to file and not paying is considered a

21    misdemeanor.

22         **THE COURT:**  Okay.  Well, bottom line is, while you

23    were away, I cited multiple circuit court cases in which

24    circuits courts have held that failure to file could be used

25    to confront a witness for purposes of impeachment on the

 1    character trait or credibility or truthfulness.

 2            However, because it's a Rule 608 prior -- excuse

 3    me -- prior bad act, it's not something that can be proven

 4    with extrinsic evidence.

 5            However, where we ended up the other day was that

 6    I also thought that it went to the issue of Mr. Rhodes'

 7    law-abidingness.  Much has been made in this case about

 8    Mr. Rhodes and others abiding by local laws and abiding by

 9    other rules and regulations.  And so I am going to admit it

10    for that purpose and that purpose alone.  And I'll allow it

11    to be admitted under Rule 608 even as extrinsic evidence.

12            **MR. LINDER:**  Are we talking about the two-page

13    exhibit that they wanted to offer?

14            **THE COURT:**  It was a letter indicating that --

15            **MR. LINDER:**  It has a lot of blackouts on it --

16            **THE COURT:**  Correct.  Okay.

17            **MR. WOODWARD:**  Your Honor, can I ask on behalf of

18    Mr. Caldwell, while I understand an argument that

19    Mr. Caldwell was hallucinating or something that exotic

20    shouldn't be allowed, I think it certainly is within common

21    knowledge that alcohol loosens the tongue.  It would seems

22    to me that that would be the appropriate argument there was

23    evidence he was drinking alcohol at the time many of these

24    statements were made.  So I would ask the Court to allow

25    that limited argument.  But I understand as far as trying to

1    make an argument about hallucinations or something of

2    that --

3             THE COURT:  Let me say this:  I might have agreed

4    with you on that request, but Mr. Caldwell took the stand

5    and didn't testify as such.  And so to then suggest in

6    closing that that's the reason he wrote what he wrote when

7    he didn't testify to that seems to ask the jury to speculate

8    about something your client had the opportunity to testify

9    about and did not testify about.

10             MR. WOODWARD:  It would also be asking

11   Mr. Caldwell to speculate if he was under the influence of

12   alcohol and narcotics --

13             THE COURT:  No, it wouldn't.  He was one who was

14   under the influence.  He would know whether he wrote those

15   things under the influence or not.  There is no speculation

16   by him.

17             MR. WOODWARD:  Respectfully, I object for the

18   record.  Thank you.

19             THE COURT:  All right.  Thank you.

20             MS. HALLER:  Your Honor, just a quick note on the

21   transcript question.  We would just note an objection to

22   Exhibit 1000.10, Slide 2.  It's from the GoToMeeting.  It's

23   a transcript where there is a statement attributed to

24   Mr. Meggs.  I don't believe the identification has been made

25   that it is Mr. Meggs.

1          It is very hard to understand the transcript, and
2  I don't know how the transcript -- it says it's a statement
3  by Mr. Meggs, which in earlier versions was not attributed
4  to Mr. Meggs.  So I would simply point out that, you know,
5  we would note that objection on the identification --
6          **THE COURT:**  There's nothing to it.  There's
7  nothing to object to.  I've already looked at it.  I've
8  reviewed it.  It's coming in.  As I've said throughout these
9  proceedings, if you believe there is a mistake on the
10  transcript, including identification of the speaker, present
11  something so I can present it to the jury.
12          So if you want me to present something to the jury
13  that identifies the speaker as unidentified or somebody
14  other than Mr. Meggs, get me it.  Okay?
15          **MS. HALLER:**  Your Honor, I do not believe that is
16  a reasonable possibility for me to be able to bring in an
17  expert at this point to try to --
18          **THE COURT:**  You don't need an expert, Ms. Haller.
19  You do not need an expert.  Okay?
20          This has to do with the transcription and whether
21  the transcription is accurate.  Part of the accuracy of the
22  transcription is who the speaker is and who is being
23  identified as a speaker on that transcription.
24          If you believe either the content of the
25  transcripts or the speaker on the transcription is

1    inaccurate in any way, I have said throughout these

2    proceedings the defense has an opportunity to present a

3    different transcript.

4         I am telling you one more time.  If you think

5    Mr. Meggs is inaccurately identified, you can present

6    something that suggests to the jury that it's not him.

7         **MS. HALLER:**  I cannot, Your Honor, represent that

8    it is somebody else.  I can represent that it's not him.  I

9    don't know who it is.  The identification is not clear on

10   the transcript, but I will see what we can do.

11        Thank you, Your Honor.

12        **THE COURT:**  What's the exhibit again?

13        **MS. HALLER:**  Exhibit 1000.10, Slide 2.

14        **THE COURT:**  All right.  Do I have a copy of that?

15        **MR. NESTLER:**  It's part of the universe we gave

16   Your Honor.

17        **THE COURT:**  I'm sure it is.  I looked at it

18   previously.  I will take another look at it.  But -- okay.

19   All right.

20        Insofar as the instructions go, I have given

21   further thought about Mr. Caldwell's instruction count.  And

22   I ultimately am going to ask the government to revise the

23   instructions.

24        We will revise the instructions to reflect the

25   language that is in the Indictment.  As I said, I think it

1    is a close call in this case called *United States versus*

2    *Mangieri*, from the Circuit, 694 F.2d 1270, at 1277-78 where

3    the Court goes on, D.C. Circuit, about the differences

4    between constructive amendments and variances.

5            The Court says, quoting from a third Circuit

6    decision called *Crocker*, "To distinguish between a

7    constructive amendment and a variance, courts have examined

8    'the elements of the offense, the allegations of the

9    indictment, and the nature of the evidence.'"

10           So while the elements of the offense are

11   identical, there's no variance or deviation as to that.  The

12   allegations of the indictment, particularly when measured

13   against the allegations made against the other defendants

14   who are charged with the same offense, their offense is

15   described in more open-ended terms and is not specific to

16   any particular kind or any particular object of the deletion

17   or in this case the unsent messages.

18           And, whereas, for Mr. Caldwell, the indictment is

19   specific in the two paragraphs, paragraphs 166 and 167.

20           166 alleges that in response to a video request, a

21   request for a video from a person known to the grand jury,

22   Mr. Caldwell sent the video and unsent the message

23   containing the video.

24           And then in the next paragraph, 167, he deleted

25   photographs from his Facebook account that documented his

 1    participation in the attack on the Capitol.

 2         So I think if I were to permit the government to

 3    proceed as they proposed, it has the prospect of expanding

 4    the Indictment, which really is sort of the basis of Stirone

 5    and the whole constructive amendment concern.

 6         It is less about notice than it is about

 7    somebody's Fifth Amendment right to be tried on the charges

 8    that the grand jury has passed on.

 9         And so I think I would have to be speculating

10    somewhat that the grand jury, here, actually found probable

11    cause for the deletion of anything other than the two

12    materials that are in Paragraphs 166 and 167.

13         That said, nothing about this ruling precludes the

14    government from arguing that what is among the 180 things

15    that were unsent are photographs.  That's charged in the

16    indictment.  What you cannot argue, however, is that

17    Mr. Caldwell deleted messages about January 6th or unsent

18    messages were among the 180 and ask the jury to convict on

19    that ground.

20         **MS. RAKOCZY:**  Just to be clear, Your Honor, the

21    one video that is at issue in the first paragraph was sent

22    via a Facebook message that was then downloaded via the

23    Facebook Messenger app --

24         **THE COURT:**  Right.

25         **MS. RAKOCZY:**  -- to Mr. Crowl's phone.

1          So we will argue that.

2          **THE COURT:**  Right.  I was just making the point

3    what the conviction needs to be limited to for purposes of

4    argument to the jury and what will be reflected in

5    instruction materials that are cited in paragraphs 166 and

6    167.  Okay?

7          **MR. NESTLER:**  Will do so, Your Honor.  We can also

8    propose the language for that.  Because there are two

9    different factual allegations, we will talk with Mr. Fischer

10   about whether we want to propose special unanimity for these

11   two different --

12         **THE COURT:**  I don't think one is -- well, maybe

13   one is required.  I don't know whether it is.  I mean, if

14   it's the issue of what means by which the conduct is carried

15   out, I don't know whether we need one.

16         **MR. NESTLER:**  We are not proposing one.  We think

17   that these are similar enough.  They are both in the same

18   vein.  They are deleting things from Facebook.  One is

19   photographs from Facebook, and one is a video message -- I'm

20   sorry -- a message containing a video from Facebook.  So

21   they are two sides of the same coin.  But we will talk to

22   Mr. Fischer and try to get some language to the Court this

23   evening.

24         **THE COURT:**  Okay.  Just to round out the record,

25   there is a case called *United States versus Pless,*

1   79 F.3d 1217.  It's a case also from the D.C. Circuit, 1996.

2   It is one case that has closest factual analog to this one

3   in which the defendant was charged with fraud of a financial

4   institution.  And the indictment in that case identified

5   sort of three executions; that is, deposits to a particular

6   bank.  And then the evidence came in with respect to

7   deposits made at another bank, a different bank.

8           The Circuit in that case held that that was

9   actually not a constructive amendment to the indictment, but

10  I think that case is different because the rationale really

11  rested on the nature of the charge, which in that case was

12  fraud on a financial institution which required the

13  government to prove either scheme or artifice.  So the

14  Circuit in that case ruled that the evidence with respect to

15  the other bank was proper in order to prove the scheme

16  element of the offense.

17          Here where we have the similar unit of prosecution

18  is the single unit of obstruction that is charged in the

19  Indictment and not a scheme to do so.  So I think *Pless* is

20  different for that reason.

21          Okay.  Other than -- those are my outstanding

22  matters other than the remaining defense instructions.

23  Anybody else have anything else?

24          **MR. WOODWARD:**  Your Honor, we learned earlier

25  today that the defense's -- excuse me -- the government's

1    rebuttal witness is Agent Harris.

2              Agent Harris has been in the courtroom with us

3    here for several days.  To our knowledge, Agent Harris did

4    not -- Agent Harris, as he testified about the Florida

5    investigation, did not interview or otherwise participate in

6    the investigation of the folks who have been testifying here

7    the last few days.  So we have some concerns about him

8    leading the government's rebuttal case.

9              I think that our ask, at least at the moment,

10   would be for a proffer from the government as to what he --

11   what they anticipate he will testify to just to understand

12   whether there will be an issue with his having been in the

13   courtroom.

14        **MR. NESTLER:**  The testimony should be about

15   20 minutes long.  It will encompass a couple different

16   messages and other exhibits he will authenticate and

17   introduce.  And that's pretty much it.  So nothing at all to

18   do with his investigating any of these particular

19   defendants.

20              It's also possible after Ms. Watkins finishes her

21   cross-examination, we will have a separate rebuttal witness.

22   So to alert the Court for timing purposes, I think that's

23   fairly reasonable.

24        **THE COURT:**  Okay.

25        **MR. WOODWARD:**  I suppose it depends on what the

1    exhibits are.  So, you know, again, Mr. Fischer raised this

2    issue.  The Court was pretty clear.  There was no need for

3    him to have been in the courtroom for the last few days of

4    testimony, and yet he was here.

5             So we are flagging the issue because we have the

6    time today.  I just learned about the fact that --

7    apparently my colleagues knew already it was Mr. Harris, but

8    I just learned about the fact that it was going to be

9    Mr. Harris.

10            And the obviousness of the issue jumped right out

11   at us.  So we can deal with the exhibits while we have the

12   time.  Or, you know, we are letting the Court know that,

13   depending on what the rebuttal looks like, we have concerns

14   about his having been in the courtroom for testimony.

15            **THE COURT:**  Let me ask this:  Is Agent Harris

16   going to provide any testimony that directly rebuts any

17   statement that any defendant made while testifying?

18            **MR. NESTLER:**  By -- it's hard to say directly

19   rebut.  There are things that some of the witnesses said

20   while testifying that are false, and Agent Harris will

21   testify to the falsity of those statements.  We were going

22   to be very efficient about it.  Mr. Caldwell said that

23   Dohnal Atkinson worked for the FBI.  "Agent Harris, have you

24   investigated whether Dohnal Atkinson worked for the FBI?"

25   Answer:  "We investigated and the answer is no."

1          So those are the things that we are planning to do

2     with Agent Harris.  In fact, none of them involve any -- I

3     don't believe anything that Mr. Meggs' defense case put on

4     we are planning to rebut at this point.  It is focused on

5     mostly Mr. Rhodes' case and Mr. Caldwell's case.

6          **MR. WOODWARD:**  If that is true, Your Honor is not

7     going to let me stand at this podium very long.  So just

8     flagging the issue for the Court.

9          **MR. BRIGHT:**  Your Honor, just to be clear, I think

10    the testimony was that Mr. Atkinson must've told the

11    witnesses that he worked for the FBI, for what it is worth.

12         **THE COURT:**  Right.  We will see what comes of it.

13         Anything else before we turn to the two remaining

14    instructions, the defense instructions that have been

15    proposed?

16         (No response)

17         **MR. NESTLER:**  I should just point out that

18    Ms. Watkins also --

19         **THE COURT:**  I'll say the following, which is --

20    with respect to Ms. Watkins, you don't need to preview

21    anything, okay, because cross-examination hasn't happened.

22    Redirect examination hasn't happened.  So whether there

23    needs to be a rebuttal of her remains to be seen.  So I'm

24    not interested in any proffer as to Ms. Watkins at this

25    time.

1      **MR. NESTLER:**  Yes, Your Honor.  Thank you.

2      **THE COURT:**  Okay.

3      All right.  Let's turn back then, shall we, to the

4  multiple conspiracies instruction.  Oh, hang on.

5      Do the court reporter need a break?

6      **COURT REPORTER:**  I'm okay.  Thank you.

7      **THE COURT:**  All right.  The multiple conspiracies

8  instruction that the defendants have proposed and where we

9  left off was that the proposed instruction is incomplete,

10  and so how do the defendants plan to remedy that, if at all?

11     **MR. WOODWARD:**  Sure, Your Honor.

12     We certainly acknowledge that the Third Circuit --

13  the way that the Third Circuit is framing the instruction

14  does contemplate the multiple defendants characterizing the

15  specific conspiracies that they allege have occurred.

16     We have gone out of our way in this case, frankly,

17  generally not to point the finger at one of the individual

18  defendants.  And so the reason we worded the Third Circuit's

19  instruction the way we did was because there was not a

20  desire by any one defendant to say, actually --

21     **THE COURT:**  Well, I mean, it may not be a desire

22  but that is what you are arguing -- you are proposing to

23  argue to the jury --

24     **MR. WOODWARD:**  So --

25     **THE COURT:**  Hang on.

1          You are proposing to argue to the jury that

2     defendant X did not participate in a conspiracy, and to the

3     extent he did participate in a conspiracy it was a different

4     one, you need to identify what that different one is.

5          **MR. WOODWARD:**  Understood, Your Honor.

6          The case that I'm sure the Court is well familiar

7     with is *United States versus Tarantino,* 846 F.2d 1384.

8          And perhaps the government would be less concerned

9     about the instruction that was at issue in that case, which

10    does not require the identification of the specific

11    conspiracies now.  We understand the Court's point with

12    respect to the multiple conspiracies.  We do think it

13    obvious that this is more like a Patacios hub-and-spoke

14    conspiracy and less like a chain conspiracy in the sense

15    that -- as the government has presented the facts, we have

16    Mr. Rhodes at the center of the government's alleged

17    conspiracy, and then the evidence in this case has shown

18    that there were -- that the other defendants were involved

19    in the alleged conspiracy in different ways.

20         Probably the starkest example of that is the fact

21    that Mr. Caldwell -- you don't want to hear --

22         **THE COURT:**  Well, I would disagree with the

23    characterization.  I mean, a hub-and-spoke conspiracy

24    involves a central figure or figures in individual

25    conspiracies with other individual co-conspirators; that's

1    not what's been presented here.  This has been presented as

2    a conspiracy among multiple people who had various roles but

3    not separate -- individual separate conspiracies with

4    individuals with Mr. Rhodes at the center of it.  So it is

5    not a hub-and-spoke conspiracy.

6         **MR. WOODWARD:**  Well, it's not -- respectfully it's

7    not a chain conspiracy either because --

8         **THE COURT:**  It is something in between, which is

9    why it's not a good idea to try and use either of those

10   terms.

11        **MR. WOODWARD:**  Fair enough.  But I do think it

12   fair for defense counsel to be permitted to argue that, for

13   example, on behalf of Mr. Meggs, Mr. Meggs had no idea what

14   Mr. Caldwell was doing, and so the notion that there are

15   multiple conspiracies here has been borne out by the facts

16   that were presented in this trial.  They did not communicate

17   directly, despite the tens of thousands of messages that are

18   referenced throughout the transcript.

19        **THE COURT:**  So, here's the thing.  You are right.

20   You can of course make that argument that they didn't

21   communicate, and nothing is precluding you from making that

22   argument.  I'm sure we will hear a lot of it.  But you are

23   asking for a multiple conspiracies instruction in which the

24   jury will be instructed that, "If you conclude there is a

25   different conspiracy than the one that has been alleged, you

1    must acquit the defendant who is charged in the conspiracy

2    that you conclude is not part of the one that is charged."

3            **MR. WOODWARD:**  And that is exactly what we are

4    asking for.  We don't read the case law as requiring that on

5    behalf of Mr. Meggs, I have to accuse one of the other

6    codefendants of having committed the conspiracy as charged.

7            **THE COURT:**  You are presenting me with the Third

8    Circuit model instruction, okay?

9            **MR. WOODWARD:**  Yes, Your Honor.

10           **THE COURT:**  This is your proposal to me.  So if

11   you want to propose something else, then propose it.  But

12   the Third Circuit model instruction, the one that you are

13   asking me to give to this jury, requires the identification

14   of the other conspiracy.

15           **MR. WOODWARD:**  All right.  If I may read to the

16   Court the instruction from *Tarantino*, this is what the trial

17   judge told the jury and what the D.C. Circuit affirmed.

18           "In the context of that instruction as to the

19   elements of a conspiracy, you are further instructed with

20   regard to this alleged conspiracy offense that proof of

21   several separate conspiracies is not proof of the single

22   overall conspiracy charged in the Indictment unless one of

23   the several conspiracies which is proved is the single

24   conspiracy which the indictment charges.  What you must do

25   is determine whether the single conspiracy charge in the

1    Indictment existed between two or more conspirators.  If you

2    find that no such conspiracy existed, then you must acquit

3    the defendants as to that charge.

4         "However, if you are satisfied that such a

5    conspiracy existed, you must determine who were the members

6    of that conspiracy.  If you find that a particular defendant

7    is a member of another conspiracy not the one charged in the

8    indictment, then you must acquit the defendant.  In other

9    words, to find the defendant guilty, you must find that he

10   was a member of the conspiracy charged in the Indictment and

11   not some other separate conspiracy."

12        **THE COURT:**  And not prepared or put in front of me

13   until now.

14        **MR. NESTLER:**  And from the government's

15   perspective, Your Honor, that is true, that's what *Tarantino*

16   says, and we are hearing this now from Mr. Woodward.  Our

17   position is that the evidence does not fairly show the

18   existence of separate conspiracies.  And so what the Third

19   Circuit instruction was based on was that separate

20   conspiracies were fairly raised by the evidence presented at

21   trial.  And we have not yet heard defense counsel proffer --

22   forget about even telling the jury about it, just proffer to

23   the Court now what these separate conspiracies are.

24        **THE COURT:**  Well, I think at a minimum what they

25   would say is the potential for separate conspiracy involved

1    Mr. Caldwell and the North Carolina contingent, and that's a

2    different conspiracy than the one that has been alleged here

3    because the QRF was set up among them and not these other

4    folks.

5            MR. NESTLER:  I hear what Your Honor is saying.  I

6    am not sure that the defense counsels at large are

7    proffering that because I haven't heard Mr. Fischer sign on

8    to that.

9            MR. FISCHER:  I sign on, Your Honor.

10           (Laughter.)

11           MR. NESTLER:  And that's our position, we have not

12   even heard defense counsel proffer what these other

13   conspiracies are and we need to identify them.

14           THE COURT:  It's a fair request and in terms of

15   what you all think the other conspiracy constitutes even if

16   it's not even -- look, I mean this is not like a drug case,

17   right, where a drug case -- there is the conspiracy alleged,

18   and one of the defendants has a distribution scheme with a

19   person who is an unnamed co-defendants -- excuse me, unnamed

20   defendant who is not an unrelated co-conspirator.  So I put

21   to you, what is the proffering insofar as what the other

22   conspiracy is?  If it's the one that I've identified, great.

23   If it's something else, let me know.

24           MR. WOODWARD:  Well, I think it certainly is that

25   Mr. Caldwell and North Carolina Oath Keepers were engaged in

1     activity that was wholly unrelated to the other defendants.

2     I think there could plausibly be an argument that

3     Ms. Watkins was involved in that as well.  The government,

4     of course, will argue that even if that is true, she joined

5     the overall conspiracy.

6          I think there is also an argument that what

7     Ms. Watkins was doing on Zello is itself a separate

8     conspiracy, not one that any of the other defendants were

9     engaged in.  And if what Ms. Watkins was doing on Zello

10    hypothetically, if argued, was to either stop the

11    certification or otherwise, you know -- or otherwise

12    interfere with an official proceeding, that that is a

13    separate conspiracy that she may have engaged in and that

14    the others weren't part of who are alleged to have gone into

15    the building with her.

16         And then the Insurrection Act is potentially a

17    separate conspiracy that involved only Mr. Rhodes and not

18    the other defendants.  And whether they had joined in his

19    efforts to prepare for President Trump -- then-President

20    Trump's invocation of the Insurrection Act is something that

21    the jury could find.

22         I think my personal -- I won't speak on behalf of

23    the other defendants here.  My personal fear is that if we

24    get into what all of the conspiracies were, that there could

25    be a long list at the end of the day because there is a lot

1    of communications back and forth.

2             And what we want the jury to focus on is the three

3    conspiracies that the government has charged.  And they

4    don't find that these individuals had agreed to in pursuit

5    of the specific goal as charged by the government for each

6    of those conspiracies, but they had some other motive for

7    what it was that they were doing, then the jury should

8    acquit on those conspiracies.

9             So that's our proffer with respect to the various

10   conspiracies, but we don't think the jury should be

11   instructed on what the other theories of conspiracy might

12   be.

13        **MR. NESTLER:**  We still don't understand the

14   purpose behind providing this instruction other than simply

15   confusing the jury.  If the defendants want to argue that

16   their clients were not a member of a conspiracy to violate a

17   law, they are not precluded from doing so.  The multiple

18   conspiracies instruction is focused on a different

19   conspiracy having been proved.

20             The defendants can make all the arguments they

21   want without this instruction.  We don't understand what the

22   purpose of this instruction is other than it's going to

23   confuse the jury because multiple conspiracies are charged.

24        **THE COURT:**  So the case law is pretty clear that

25   if there is any evidence upon which a multiple conspiracies

1    instruction could be provided to the jury, it needs to be

2    provided to the jury, and it is an error not to do so.

3             I think the evidence as it's been presented could

4    lend to the idea of multiple conspiracies, or let me put it

5    differently, conspiracies other than the one that had been

6    charged, and so I think the instruction is appropriate.  We

7    can use the *Tarantino* instruction.  We can make sure the

8    jury is understanding that the multiple conspiracies here

9    don't have to do with Counts 1, 2, and 4.

10             So let me -- I'll see if I can come up with some

11    language, and we will circulate it this afternoon.

12             **MS. RAKOCZY:**  Your Honor, we would just ask leave

13    to respond with some more gloss on both the case law and

14    just factually to make clear to Your Honor.

15             What we would suggest Mr. Woodward is pointing to

16    is a different gloss on the facts.  He has pointed to facts

17    that we allege are facts that show the conspiracy.  He is

18    free to argue that.  This is very different than a separate

19    conspiracy.  As the Court pointed out, in other factual

20    situations, you have side players who are doing different

21    side things.  And that is -- that is the other conspiracy.

22             Here these are all -- it's all on this level here,

23    the same facts.  And they want to argue that it means

24    something different, which they are free to do.  But to call

25    that a different conspiracy without articulating that is

1    going to be incredibly confusing to the jury.

2        **THE COURT:**  So I'm happy to receive whatever

3    anybody wants to submit, and I'll take a look at it.

4            As I said, my understanding is the case law is

5    pretty clear that it doesn't require that much.  Frankly, it

6    doesn't even require the defendants to get up and argue it.

7    So this instruction could be in there, and not a single one

8    of them could get up and refer to it.  But, nevertheless,

9    the jury would have to consider it.

10       **MS. RAKOCZY:**  We agree, Your Honor.  We don't

11   think they've actually proffered evidence to support a

12   different conspiracy.  They've proffered evidence that they

13   want to argue differently.  But in terms of presenting

14   evidence of a separate conspiracy that would give rise to

15   this instruction, we don't think that that's what they

16   proffer.

17       **THE COURT:**  All right.  Well, I am happy to take a

18   look at whatever you want to send me.  We will circulate

19   something.

20       **MR. WOODWARD:**  Apparently the Fifth Circuit has a

21   standard instruction that is more akin to *Tarantino* than to

22   the Third Circuit, so we will pull that and send to the

23   Court as well.

24       **THE COURT:**  Okay.  And then if *Tarantino* has a

25   full-blown instruction -- it's been a while since I've

1    looked at it -- that --

2              **MR. CRISP:**  I can read it to the Court if you'd

3    want.

4              **THE COURT:**  I think Mr. Woodward just did -- oh,

5    the Fifth Circuit instruction?

6              **MR. CRISP:**  The Fifth Circuit.  It's 216.

7              **THE COURT:**  That's okay.  I can pull it.

8              **MR. WOODWARD:**  So *Tarantino* does -- there is a

9    discussion about additional language that defense counsel

10   wanted the Court to read, and the Circuit concluded that the

11   instruction as given as read by myself was sufficient and

12   did not require the additional language read --

13             **THE COURT:**  Okay.

14             **MR. WOODWARD:**  -- requested --

15             **THE COURT:**  I appreciate, Mr. Woodward, you

16   flagging that because I'd certainly rather give an

17   instruction that our Circuit has already approved than one

18   that we've sort of fashioned from whole cloth.

19             Okay.  So then I think that leaves the defense

20   theory instruction.

21             All right.  For some reason, I do not have a hard

22   copy with me.  Could somebody email it to JC real quick so

23   he can print it out.

24             **MR. WOODWARD:**  Yes.

25             (Brief pause)

1          **MR. WOODWARD:**  Sent.

2          **THE COURT:**  Okay.  Thank you.

3          All right.  So I now have it in front of me.  The

4    government has objections to it.  So will you all walk me

5    through what your concerns are?

6          **MR. NESTLER:**  Yes, Your Honor.

7          The first four paragraphs we do not object to.

8    Starting with Paragraph 5, it says, If you find any evidence

9    of planning by the defendants was for providing security

10   and/or in preparation for then-President Trump's invocation

11   of Insurrection Act and not in furtherance of the agreements

12   as alleged by the government, you must acquit.

13         We do not believe that instructing the jury on

14   what they must do in terms of acquitting is an appropriate

15   thing to do in a defense theory of the case.  And so that's

16   why we are okay with paragraphs 1 through 4, but the

17   remaining four paragraphs all have that language of what the

18   jury must do.

19         **THE COURT:**  I agree with that when I went through

20   it that's what stood out to me as well; that said, the other

21   paragraphs do have similar language about directing

22   acquittals.  I wonder whether if that is removed, whether

23   the rest of it is unoffensive.

24         So if you take out, basically, the last sentence

25   in each of the successive paragraphs that address different

1    accounts, mainly tracks the elements of the offense.

2         MR. NESTLER:  That's correct, Your Honor.

3         THE COURT:  To be clear, you know, that

4    instruction to acquit if there's a failure of proof is

5    already in the instructions.

6         MR. WOODWARD:  No objection.

7         MR. NESTLER:  So that means Paragraph 5 is

8    stricken, and then the other paragraphs and final sentence

9    is removed?

10        THE COURT:  Correct.

11        Okay.  Mr. Woodward, are you okay with that?

12        MR. WOODWARD:  Yes, sir.

13        THE COURT:  All right.  So we will drop that in as

14   modified.

15        All right.  What else is there?  Am I missing

16   anything else before we adjourn for the day?

17        MR. NESTLER:  We believe that Ms. Haller and

18   potentially Mr. Geyer want to introduce some additional

19   evidence today or tomorrow.

20        THE COURT:  Right.

21        MR. NESTLER:  Without a witness.  And so we are

22   going through the video they provided us and so --

23   Ms. Haller provided CCTV video.  We are inclined to say that

24   we don't object to an intro of CCTV video.  Our concern is

25   that, in closing, Ms. Haller and Mr. Woodward will try to

1    identify people in that CCTV video.  And our concern is that

2    there will not be any evidence in the record to support

3    identifying anybody in CCTV.

4            So while we are inclined to not object to the

5    introduction even without a witness, I will stipulate to the

6    introduction of the CCTV.  We are not sure if there is

7    relevance if there is no one identifying the humans that are

8    in the video.

9        **THE COURT:**  Without having seen it, I'm not sure I

10    can comment one way or the other.

11        **MR. GEYER:**  It was an effort to get around having

12    to involve additional witnesses.  I mean, the long and short

13    of it is that a key witness who corroborates Mr. Dunn

14    couldn't have been where he said he was to witness the

15    rescue of the Oath Keepers.  It's documented in CCTV

16    footage.  It just took a week to find.  There are so many

17    videos.  It took a week to find it.

18        **MR. WOODWARD:**  Be more specific about what it is.

19    Be specific about what it s.

20        **MR. GEYER:**  So Agent Lazarus testified that he

21    came out of the tunnels and witnessed Dunn being berated by

22    people he identified as Oath Keepers.  The problem is, the

23    Oath Keepers are either almost out of the Rotunda or in the

24    Annex by the time he came up through the tunnels and came up

25    through CCTV footage.

1          I included some additional CCTV footage in the

2    Speakers' hallway because there is additional impeachment

3    material, strong impeachment material involving his

4    recollection about what happened in there.

5          I don't think it's going to be necessary, after

6    speaking with Mr. Nestler in trying to work this out.  All

7    we really want to be able to do is to establish that his

8    witness recollection was inaccurate and mistaken.

9          **THE COURT:**  So let me ask you this, Mr. Geyer.  Is

10   there any other individual in the video that you would be

11   identifying in closing?  Or is it just Officer Lazarus?

12          **MR. GEYER:**  To give it context --

13          **THE COURT:**  Or Agent Lazarus, rather.

14          **MR. GEYER:**  -- in terms of the camera location,

15   there is a group of police who come up and then you see them

16   pop out into the Rotunda.  So there are two camera angles.

17          Then Agent -- I'm sorry.

18          Officer Dunn is downstairs guarding the top of the

19   stairway.

20          **MR. WOODWARD:**  No.

21          (Laughing)

22          **MR. WOODWARD:**  The sole purpose of the video would

23   be to show Officer Lazarus could not have been where he

24   thought he was when he testified.  It shows that he was in

25   the Crypt below where Officer Dunn was and that by the time

1    he came up and joined Officer Dunn, I thought the

2    Oath Keepers had all left the building.  But maybe they were

3    in the Annex as they were -- we've shown that video of them

4    on the way out.  So whoever he saw berating or whoever he

5    saw discussing with Mr. Dunn, it was not the Oath Keepers.

6         Now, Mr. Dunn did not testify about what happened

7    after the Oath Keepers left him.  The Court may or may not

8    be aware that there are other public statements about that.

9    There is no question that he was berated.  He said that many

10   times.

11        **THE COURT:**  Right.

12        **MR. WOODWARD:**  Spoke to the committee publicly

13   about that.  And so what may have happened is that Lazarus

14   misremembered, and the CCTV video shows that.

15        Now, we didn't want -- we are trying to close the

16   case.

17        **THE COURT:**  So I think the question is whether, if

18   Agent Lazarus is the only person you are seeking to identify

19   in the video you want to admit, whether the government would

20   stipulate to the fact that it is him in the video.  Because

21   if they are willing to do that, then that solves the

22   problem.

23        **MR. NESTLER:**  It's not that simple, Your Honor.

24        So there's no surveillance video in the small

25   Rotunda where the interaction happened and where

 1    Agent Lazarus said he was standing and watched

 2    Officer Dunn's interaction with these defendants.

 3         **THE COURT:**  Right.

 4         **MR. NESTLER:**  And so the defense counsel are

 5    trying to put forth an inferential theory that he is seen on

 6    other videos at other times; and, therefore, he could not

 7    have been where he says he was.

 8         But they don't have him on every video for every

 9    minute for these 20 minutes that we are talking about here.

10         **THE COURT:**  So you'll forgive me; I don't have a

11    precise recollection of his testimony.  Did he put himself

12    in the small Rotunda at a time specific?

13         **MS. HALLER:**  He does not, Your Honor.

14         I would speak to this because I gave the

15    information to Mr. Nestler.  I -- we have the transcript.

16    He says he was out in that -- past Officer Dunn maybe three

17    or four times.  We have video showing him over three

18    times -- like three times in that area.  We have video of

19    him with the staffers.  We have -- we account for the times

20    he discussed; however, it is all after 2:56.  His first

21    appearance is at 2:56 downstairs.  He comes up.  The other

22    times are at times thereafter.  So around 3:00, he gets the

23    staffers to the elevator.

24         The defendants at 2:56 are on CCTV in the Rotunda,

25    leaving the Rotunda, going into the front area by the

1    Columbus doors, the exit.

2           They are in the exit area from 2:56 -- basically

3    2:57 until they leave the building at 2:59.  It's about

4    three minutes that they are in there.  So at 2:56, they are

5    already by the Columbus doors.

6           The video shows Lazarus doing what he said he did,

7    and it's consistent with his testimony except not at a time

8    that it's possible.  He did not know the time he was there.

9    He did not testify to a specific time.

10          **THE COURT:**  Okay.  Well, I guess the bottom line

11   is -- Ms. Hughes?

12          **MS. HUGHES:**  Just to be clear, it's not the

13   identification of Special Agent Lazarus.  It's the fact that

14   the first video is at 2:56 and 2:57.  And defense wants to

15   argue that he was not in proximity of Officer Dunn before

16   that time.  In order to introduce that, you would need to

17   have someone who's reviewed all of the CCTV footage,

18   presumably, and to be able to say, You reviewed all of this.

19   You haven't seen him enter this area.  And so just having

20   the naked videos themselves is not what we object to, but we

21   know what the argument is going to be surrounding this.

22   That is what we have concerns about.

23          **THE COURT:**  Look --

24          **MS. HALLER:**  We have Officer Dunn on video.  That

25   is what Mr. Geyer was talking about at earlier times.

1          **THE COURT:**  So I cannot recall.  Do we have a time

2     approximately -- what's the time that Officer Dunn is in the

3     small Rotunda with the defendants?

4          **MS. HALLER:**  2:47, Your Honor.

5          **THE COURT:**  Okay.

6          **MS. HALLER:**  It's 2:46, 2:47.

7          **THE COURT:**  So if your video of Agent Lazarus

8     begins at 2:56 p.m., how does that rebut the fact that he

9     might have been in the small Rotunda able to observe the

10    interaction at 4:47 p.m.?

11         **MS. HALLER:**  Because at 2:56 he enters the area

12    which is consistent with his testimony, and after that we

13    have him four more times on video which is all at times

14    later than 2:56.  I have it all.  I can get the document,

15    but the point is, everything is consistent with his

16    testimony.  And he doesn't actually know what time he is

17    there, but he does describe how he comes in; and that's at

18    2:56.

19         He then helps the staffers leave after 3 p.m.  So

20    he's doing the things he said he did; however, it's all at

21    times after the defendants have left Officer Dunn, so

22    it's -- and in the testimony he was asked based on a clip,

23    "Are these the people that were having" -- I forget the word

24    used, like, were they the people yelling at Dunn?  I am

25    paraphrasing.  And he said -- he gave a one-word answer,

1    "Yes."

2              On cross he was asked, "Are you familiar with the

3    Oath Keepers?  Do you know what they look like?"  And he

4    said, "The first I heard of them was that day."  So he

5    doesn't have a strong predicate for being able to identify

6    the defendants to begin with in the testimony, but now that

7    we have him on CCTV and can account for the times and places

8    he was --

9              **THE COURT:**  Okay.  And so if the issue for the

10   government then is not identification, are you objecting on

11   relevance grounds?

12             **MS. HUGHES:**  No, no, the issue is that we suspect

13   that this will be -- the defense will be testifying as to

14   what the video footage outside of these specific clips

15   shows; namely, that you don't see Lazarus and that this is

16   the only time he was in this area.  And that is not in

17   evidence, and they can't -- you can't do this through simple

18   video exhibits without a witness.

19             **THE COURT:**  I mean, I would agree with that.

20             **MS. HUGHES:**  So the problem is, on Sunday evening

21   Ms. Haller informed the government she may wish to recall

22   Special Agent Lazarus.  He is literally the head of the

23   security detail for Nancy Pelosi and is frequently all over

24   the world.  It took tremendous coordination to even get him

25   here in the government's case.  So a Sunday evening request

1    of potentially recalling him is not easy, and I don't know

2    if that is possible.

3            **MS. HALLER:**  Our intent -- I'm sorry, Your Honor,

4    but our entire case was this week.  We were -- so Sunday

5    evening was before the Mr. Meggs' defense.

6            **MR. GEYER:**  We are not the ones who put a witness

7    on before verifying it with the surveillance video.  All

8    right, so that happened --

9            **THE COURT:**  So hang on.  Look, I'm not -- I'm

10   going to be clear here.  From what you described, I can see

11   the video having relevance.  Okay?

12           I think that said, what Ms. Hughes says is a valid

13   objection, which is that you cannot -- counsel cannot

14   testify to what the video doesn't show.  Okay?  In theory,

15   you could put this in and say, Ladies and gentlemen, you

16   know, here is Officer Lazarus doing the things he said he

17   was going to do -- doing the things he said he did, but it

18   comes after the time that the Oath Keepers were in the

19   Rotunda, the small Rotunda in front of the Speaker's

20   house -- Speaker's office.  I think that would be fine.

21           **MS. HUGHES:**  Another way this could be very easily

22   solved is just call one of the defense's investigators and

23   ask them, "Did you review other CCTV footage?"  Is this the

24   first time you are seeing Special Agent Lazarus?"  And that

25   would be also a way of doing this about --

1          **MR. GEYER:**  But this was to get around the

2    surveillance in the Speaker's lobby where there is all kind

3    of inconsistencies in his testimony that are really damning.

4    So the whole idea was, let's cast it as a mistake --

5          **MS. HALLER:**  Wait.

6          **MS. HUGHES:**  The government also has not seen all

7    this -- what is additionally complicated here is we have not

8    seen all the clips Mr. Geyer is referring to or Ms. Haller

9    has provided.

10          **MR. GEYER:**  I said we can provide it to you

11    tomorrow morning.

12          **MS. HALLER:**  I -- no, they -- I gave them the

13    clips last night, and I gave them the full CCTV this

14    afternoon.  But I think the idea about an investigator

15    testifying as to it is a good idea.  We have an

16    investigator, she is here.  We can put her on the stand in

17    the morning right after Jess and ask her to run through this

18    video.  That gives them time tonight to look at everything.

19          **MR. WOODWARD:**  Yeah, I think that's right, Your

20    Honor.  I think the expert in the room on the CCTV video

21    footage is actually Mr. Meggs who has watched -- the

22    government is correct that in this hallway there is not a

23    camera, but every entrance to this hallway does have a

24    camera.

25              And so the defendants who have had plenty of

1    opportunity to watch all of the CCTV video footage, they can

2    confirm and will have -- we will get the video to our

3    investigator so that she can watch it and then also testify

4    that you don't see Lazarus either in the Crypt, which is the

5    staircase behind Dunn before the time that he comes up for

6    that first time, nor do you see him in the other areas that

7    are on video.

8            So the idea that he may have come up previously,

9    engaged with the Oath Keepers, left, and then the video that

10   we are wanting --

11           **THE COURT:**  I understand the theory.

12           **MR. WOODWARD:**  All right.

13           **THE COURT:**  As I said, I understand the relevance.

14   I don't think there is an issue with that, certainly not

15   from my perspective.  See if you all can work it out and let

16   me know.

17           **MS. HALLER:**  Thank you, Your Honor.

18           **THE COURT:**  And let me know this evening.

19           **MR. GEYER:**  Yes, sir.

20           **THE COURT:**  Because if there is an issue, I want

21   to be in early to try and resolve it.

22           **MR. WOODWARD:**  Yes, sir.

23           **THE COURT:**  Anything else, folks?

24           (No response)

25           All right.

1          **MR. NESTLER:**  What does Your Honor anticipate the

2     remaining schedule to be for our own scheduling purposes?

3          **THE COURT:**  Well, I suppose that depends.  Look, I

4     think realistically what we are looking at right now seems

5     to be that we will start with instructions after lunch and

6     have the government close after, and then Friday we will

7     hear from the defense.  We should be able to complete all

8     five closings on Friday and then government's rebuttal will

9     be Monday morning.

10          **MR. BRIGHT:**  We'll be ready Monday morning, Your

11     Honor.

12          **THE COURT:**  At least that's what I think it is

13     looking like right now.

14          **MR. NESTLER:**  Thank you, Your Honor.  And next

15     week we are still just Monday and Tuesday?

16          **THE COURT:**  Correct.  Correct.

17          **MS. RAKOCZY:**  One housekeeping note, Your Honor.

18          We provided the defense with our draft exhibit

19     list, and we have not yet heard back from the defense.  So

20     if we could all exchange that, that obviously would be

21     important to do before we get the evidence to the jury.

22          **THE COURT:**  So, right, actually that was on my

23     list.  So defense counsel -- we need to have those exhibit

24     lists finalized and approved by everybody by Monday.  So one

25     more thing you all need to get taken care of before we

1    finish up.  Okay?

2              **MR. CRISP:**  Yes, Your Honor.  Thank you.

3              **THE COURT:**  Okay.  Thanks, everybody.  We will see

4    you in the morning.

5         (Proceedings adjourned at 5:02 p.m.)

1                    **C E R T I F I C A T E**

2

3            I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10

      November 16, 2022                    /s/
11       Date                         Lorraine T. Herman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. CRISP: [11]
9343/12 9392/14
9392/25 9397/8
9397/15 9398/7
9407/20 9410/8
9410/15 9411/20
9412/21
COURT REPORTER:
[1] 9435/6
DEPUTY CLERK: [1]
9398/6
MR. BRIGHT: [2]
9434/9 9458/10
MR. CRISP: [23]
9343/10 9392/12
9392/17 9392/23
9397/5 9397/13 9398/5
9408/15 9409/2
9409/18 9410/1 9410/5
9410/13 9411/6 9411/9
9411/16 9411/19
9412/14 9412/19
9418/12 9445/2 9445/6
9459/2
MR. FISCHER: [2]
9419/2 9440/9
MR. GEYER: [10]
9418/25 9420/23
9448/11 9448/20
9449/12 9449/14
9455/6 9456/1 9456/10
9457/19
MR. LINDER: [6]
9419/4 9423/1 9423/14
9423/19 9424/12
9424/15
MR. NESTLER: [27]
9418/17 9419/20
9420/5 9420/13
9420/22 9420/25
9421/4 9427/15 9430/7
9430/16 9432/14
9433/18 9434/17
9435/1 9439/14 9440/5
9440/11 9442/13
9446/6 9447/2 9447/7
9447/17 9447/21
9450/23 9451/4 9458/1
9458/14
MR. WOODWARD:
[29] 9424/17 9425/10
9425/17 9431/24
9432/25 9434/6

9435/11 9435/24
9436/5 9437/6 9437/11
9438/3 9438/9 9438/15
9440/24 9444/20
9445/8 9445/14
9445/24 9446/1 9447/6
9447/12 9448/18
9449/20 9449/22
9450/12 9456/19
9457/12 9457/22
MS. HALLER: [13]
9425/20 9426/15
9427/7 9427/13
9451/13 9452/24
9453/4 9453/6 9453/11
9455/3 9456/5 9456/12
9457/17
MS. HUGHES: [9]
9409/7 9409/23
9411/13 9418/21
9452/12 9454/12
9454/20 9455/21
9456/6
MS. RAKOCZY: [6]
9392/20 9429/20
9429/25 9443/12
9444/10 9458/17
THE COURT: [96]
9343/2 9343/6 9392/19
9392/21 9408/18
9408/22 9408/24
9409/6 9409/11
9409/15 9409/22
9409/24 9410/4
9411/14 9418/14
9418/19 9419/5 9419/7
9419/17 9420/4
9420/12 9420/16
9421/3 9421/5 9423/11
9423/15 9423/22
9424/14 9424/16
9425/3 9425/13
9425/19 9426/6
9426/18 9427/12
9427/14 9427/17
9429/24 9430/2
9430/12 9430/24
9432/24 9433/15
9434/12 9434/19
9435/2 9435/7 9435/21
9435/25 9436/22
9437/8 9437/19 9438/7
9438/10 9439/12
9439/24 9440/14

9442/24 9444/4
9444/17 9444/24
9445/4 9445/7 9445/13
9445/15 9446/2
9446/19 9447/3
9447/10 9447/13
9447/20 9448/9 9449/9
9449/13 9450/11
9450/17 9451/3
9451/10 9452/10
9452/23 9453/1 9453/5
9453/7 9454/9 9454/19
9455/9 9457/11
9457/13 9457/18
9457/20 9457/23
9458/3 9458/12
9458/16 9458/22
9459/3
THE WITNESS: [2]
9408/23 9412/16

'
'80s [1] 9345/12
'the [1] 9428/8

.
.15 [1] 9348/12

/
/s [1] 9460/10

0
08077 [1] 9340/19
0826 [1] 9340/23

1
10 [2] 9366/21 9387/24
10 a.m [1] 9383/8
10 minutes [1]
9396/14
10,000 [2] 9359/19
9359/20
10-day [1] 9394/20
100 [1] 9369/1
1000.10 [2] 9425/22
9427/13
101st [1] 9346/24
10:00 [1] 9383/8
1217 [1] 9431/1
1270 [1] 9428/2
1277-78 [1] 9428/2
13 [2] 9352/14 9373/17
1384 [1] 9436/7
14 [1] 9352/14
1460 [1] 9340/4

15 [4] 9339/3 9348/13
9352/15 9361/7
150-year-old [1]
9371/13
1502 [2] 9397/7 9398/5
16 [2] 9339/4 9460/10
166 [4] 9428/19
9428/20 9429/12
9430/5
167 [4] 9428/19
9428/24 9429/12
9430/6
17110 [1] 9340/7
180 [2] 9429/14
9429/18
1808 [1] 9340/10
1996 [1] 9431/1
1:00-ish [1] 9386/24
1:07 [1] 9339/5

2
20 [4] 9361/7 9389/19
9410/7 9451/9
20 minutes [1]
9432/15
20-minute [1] 9411/16
200 [1] 9401/3
20001 [1] 9341/3
2001 [1] 9344/2
20010 [1] 9340/11
20036 [1] 9340/15
2006 [1] 9340/18
2014 [1] 9352/6
2017 [2] 9354/25
9366/17
2019 [2] 9353/20
9354/10
202 [4] 9339/16
9340/11 9340/15
9341/4
2020 [7] 9353/20
9354/22 9355/18
9356/13 9357/15
9367/18 9404/20
2022 [2] 9339/4
9460/10
20579 [1] 9339/16
20th [1] 9394/21
21061-3065 [1]
9340/23
214 [2] 9339/21
9339/23
216 [1] 9445/6

## 2

**21:0 [1]** 9412/19
**21st [1]** 9382/7
**22-15 [1]** 9339/3
**23 [1]** 9413/8
**24 [1]** 9413/8
**24-hour [1]** 9355/22
**25 [1]** 9367/12
**252-7277 [1]** 9339/16
**252-9900 [1]** 9339/21
**26 [1]** 9423/2
**2615 [1]** 9340/15
**28th [1]** 9373/6
**29th [2]** 9371/5 9373/6
**2:20 [1]** 9391/13
**2:25 [2]** 9391/14
 9408/19
**2:29 p.m [1]** 9409/12
**2:40 [2]** 9408/19
 9413/7
**2:41 [1]** 9413/7
**2:46 [1]** 9453/6
**2:47 [2]** 9453/4 9453/6
**2:47 p.m [1]** 9409/12
**2:56 [9]** 9451/20
 9451/21 9451/24
 9452/2 9452/4 9452/14
 9453/11 9453/14
 9453/18
**2:56 p.m [1]** 9453/8
**2:57 [2]** 9452/3
 9452/14
**2:59 [1]** 9452/3

## 3

**3 p.m [1]** 9453/19
**30 [1]** 9389/19
**300 [1]** 9340/22
**3065 [1]** 9340/23
**31 [1]** 9339/6
**318 [1]** 9340/4
**3196 [1]** 9341/4
**3300 [2]** 9339/20
 9339/22
**333 [1]** 9341/3
**352-2615 [1]** 9340/15
**354-3196 [1]** 9341/4
**3:00 [1]** 9451/22
**3:04 [2]** 9411/1 9413/8
**3rd [1]** 9358/9

## 4

**4031 [1]** 9340/6
**410 [1]** 9340/23

**412 [1]** 9340/7
**45 [2]** 9343/21 9389/10
**4676 [1]** 9340/7
**487-1460 [1]** 9340/4
**49 [1]** 9410/11
**49:18 [2]** 9410/11
 9411/6
**4:30 [1]** 9381/24
**4:47 p.m [1]** 9453/10
**4th [2]** 9359/8 9390/4

## 5

**50 [1]** 9368/2
**50-50 [1]** 9368/2
**53 [5]** 9392/13 9392/18
 9392/21 9392/22
 9409/20
**54 [3]** 9409/25 9410/2
 9410/10
**55 [3]** 9411/11 9411/14
 9411/15
**5708 [1]** 9340/19
**5:00 [2]** 9382/17
 9387/1
**5:02 p.m [1]** 9459/5
**5th [8]** 9379/14
 9379/18 9380/8 9380/9
 9380/25 9381/10
 9383/21 9384/9

## 6

**601 [2]** 9339/15
 9340/13
**607-5708 [1]** 9340/19
**608 [2]** 9424/2 9424/11
**694 F.2d 1270 [1]**
 9428/2
**6:00 [2]** 9382/17
 9387/1
**6:30 [2]** 9380/7
 9382/25
**6:49 [1]** 9383/1
**6th [17]** 9371/3 9372/4
 9377/7 9379/14
 9380/11 9380/12
 9380/14 9381/21
 9381/22 9382/4
 9383/21 9384/13
 9396/1 9402/24
 9414/23 9422/5
 9429/17

## 7

**700 [2]** 9339/20

**71301 [1]** 9340/3
**717 [1]** 9340/7
**720-7777 [1]** 9339/23
**7201 [1]** 9423/3
**7203 [1]** 9423/2
**7277 [1]** 9339/16
**7310 [1]** 9340/22
**7447 [1]** 9340/11
**75219 [2]** 9339/20
 9339/23
**7777 [1]** 9339/23
**78 [1]** 9428/2
**787-0826 [1]** 9340/23
**79 F.3d 1217 [1]**
 9431/1
**7:00 [1]** 9380/7
**7th [3]** 9380/18 9415/5
 9415/8

## 8

**80 [1]** 9366/25
**819 [1]** 9340/3
**846 F.2d 1384 [1]**
 9436/7
**856 [1]** 9340/19
**8th [2]** 9372/2 9415/13

## 9

**9 a.m [1]** 9419/15
**90,000 [1]** 9366/25
**900 [1]** 9340/14
**9900 [1]** 9339/21
**996-7447 [1]** 9340/11
**9th [1]** 9358/9

## A

**a.m [2]** 9383/8 9419/15
**abiding [2]** 9424/8
 9424/8
**abidingness [1]**
 9424/7
**able [9]** 9370/15
 9383/4 9391/15
 9426/16 9449/7
 9452/18 9453/9 9454/5
 9458/7
**about [114]** 9343/21
 9343/24 9344/12
 9350/3 9350/12
 9353/17 9354/11
 9354/16 9355/5 9357/3
 9359/3 9360/12
 9363/15 9365/12

 9365/25 9365/25
 9365/25 9366/9 9366/9
 9366/14 9366/18
 9367/14 9367/18
 9368/17 9368/25
 9370/4 9372/19 9373/1
 9373/10 9373/21
 9374/14 9375/7
 9375/10 9375/25
 9376/22 9376/24
 9376/24 9378/2 9378/8
 9378/9 9378/14
 9378/20 9378/22
 9378/23 9380/21
 9381/17 9381/21
 9382/16 9383/2
 9383/11 9384/1
 9384/19 9389/21
 9391/3 9391/14
 9393/19 9396/1
 9398/15 9400/20
 9401/13 9402/13
 9402/18 9404/2
 9404/17 9404/19
 9405/4 9406/14 9407/8
 9408/3 9409/2 9409/3
 9413/8 9413/16
 9414/12 9415/3
 9421/22 9421/24
 9424/7 9424/12 9425/1
 9425/8 9425/9 9425/9
 9427/21 9428/3 9429/6
 9429/6 9429/13
 9429/17 9430/10
 9432/4 9432/7 9432/14
 9433/6 9433/8 9433/14
 9433/22 9436/9
 9439/22 9439/22
 9445/9 9446/21
 9448/18 9448/19
 9449/4 9450/6 9450/8
 9450/13 9451/9 9452/3
 9452/22 9452/25
 9455/25 9456/14
**above [1]** 9460/5
**above-entitled [1]**
 9460/5
**absolutely [13]**
 9358/23 9359/1
 9367/10 9370/1 9391/5
 9399/11 9399/18
 9401/6 9401/8 9406/10
 9406/12 9406/23
 9417/16

**abused [1]** 9396/8
**accepted [3]** 9345/15
9352/10 9384/17
**accepting [1]** 9352/17
**access [1]** 9417/23
**accompanying [1]**
9421/13
**account [3]** 9428/25
9451/19 9454/7
**accounts [1]** 9447/1
**accuracy [1]** 9426/21
**accurate [2]** 9411/3
9426/21
**accuse [1]** 9438/5
**acknowledge [2]**
9370/9 9435/12
**acquit [6]** 9438/1
9439/2 9439/8 9442/8
9446/12 9447/4
**acquittals [1]** 9446/22
**acquitting [1]** 9446/14
**across [5]** 9360/24
9361/4 9362/5 9367/2
9367/5
**act [9]** 9376/23 9377/6
9377/16 9378/10
9423/7 9424/3 9441/16
9441/20 9446/11
**acted [1]** 9345/14
**action [1]** 9403/14
**activated [1]** 9377/16
**Active [1]** 9356/17
**activities [2]** 9381/9
9415/3
**activity [3]** 9365/7
9399/1 9441/1
**actual [1]** 9372/4
**actually [19]** 9352/19
9355/11 9357/9
9361/23 9373/7 9380/3
9382/11 9384/15
9396/17 9413/16
9414/16 9419/25
9429/10 9431/9
9435/20 9444/11
9453/16 9456/21
9458/22
**added [4]** 9365/17
9370/9 9370/23
9373/23
**additional [11]** 9419/9
9419/22 9420/7 9420/9
9421/2 9445/9 9445/12

9447/18 9448/12
9449/1 9449/2
**additionally [1]** 9456/7
**address [3]** 9409/8
9416/19 9446/25
**adjourn [2]** 9419/8
9447/16
**adjourned [1]** 9459/5
**administer [1]** 9412/17
**admission [2]** 9392/18
9411/12
**admit [4]** 9409/24
9421/10 9424/9
9450/19
**admitted [4]** 9392/21
9410/10 9411/14
9424/11
**advertisement [1]**
9374/22
**affected [1]** 9422/18
**affinity [1]** 9361/23
**affirmative [1]** 9423/7
**affirmed [1]** 9438/17
**Afghanistan [1]**
9345/24
**afraid [1]** 9350/20
**African [1]** 9392/9
**African-American [1]**
9392/9
**after [36]** 9344/25
9345/24 9346/10
9348/19 9352/7 9354/1
9358/4 9359/16
9362/23 9370/8
9370/23 9373/5 9374/7
9379/23 9380/2 9380/4
9380/11 9380/12
9380/14 9381/18
9382/3 9389/16
9406/25 9408/10
9411/24 9432/20
9449/5 9450/7 9451/20
9453/12 9453/19
9453/21 9455/18
9456/17 9458/5 9458/6
**afternoon [7]** 9339/6
9343/13 9343/14
9408/18 9419/10
9443/11 9456/14
**again [13]** 9348/22
9352/10 9353/4 9355/3
9355/5 9366/17 9368/4
9368/21 9368/23
9373/6 9406/1 9427/12

9436/4
**against [5]** 9346/22
9387/14 9405/20
9428/13 9428/13
**Agent [17]** 9432/1
9432/2 9432/3 9432/4
9433/15 9433/20
9433/23 9434/2
9448/20 9449/13
9449/17 9450/18
9451/1 9452/13 9453/7
9454/22 9455/24
**Agent Harris [8]**
9432/1 9432/2 9432/3
9432/4 9433/15
9433/20 9433/23
9434/2
**Agent Lazarus [5]**
9449/13 9450/18
9451/1 9453/7 9454/22
**aggressively [1]**
9346/20
**agree [3]** 9444/10
9446/19 9454/19
**agreed [2]** 9425/3
9442/4
**agreements [1]**
9446/11
**ahead [5]** 9357/10
9366/21 9394/22
9401/11 9408/7
**ahold [1]** 9398/20
**aided [1]** 9341/8
**ain't [1]** 9394/18
**Air [1]** 9366/20
**airborne [2]** 9346/23
9346/24
**akin [1]** 9444/21
**AL [2]** 9339/5 9399/23
**Al-Qaeda [1]** 9399/23
**Alabama [1]** 9376/18
**alarms [1]** 9353/22
**Alaska [1]** 9347/10
**albuterol [1]** 9412/11
**alcohol [6]** 9422/15
9422/18 9422/22
9424/21 9424/23
9425/12
**alert [3]** 9353/25
9413/18 9432/22
**alerts [1]** 9353/22
**Aleve [1]** 9422/14
**Alex [4]** 9364/17
9368/12 9368/14

9386/14
**Alex Jones [4]**
9364/17 9368/12
9368/14 9381/14
**Alexandra [1]** 9339/13
**Alexandria [1]** 9340/3
**all [134]**
**all-around [1]** 9357/22
**allegations [4]** 9428/8
9428/12 9428/13
9430/9
**allege [2]** 9435/15
9443/17
**alleged [8]** 9436/16
9436/19 9437/25
9438/20 9440/2
9440/17 9441/14
9446/12
**alleges [1]** 9428/20
**alley [1]** 9353/23
**allies [1]** 9367/16
**allow [2]** 9424/10
9424/24
**allowed [2]** 9355/22
9424/20
**almost [2]** 9352/15
9448/23
**alone [1]** 9424/10
**along [2]** 9393/17
9413/25
**alpha [1]** 9358/18
**alphabet [1]** 9358/18
**already [9]** 9375/15
9383/6 9400/16
9404/23 9426/7 9433/7
9445/17 9447/5 9452/5
**also [18]** 9351/17
9358/17 9360/7
9363/17 9374/9 9375/6
9376/21 9407/5 9424/6
9425/10 9430/7 9431/1
9432/20 9434/18
9441/6 9455/25 9456/6
9457/3
**am [17]** 9374/16
9380/15 9386/1 9392/7
9400/5 9402/10 9409/2
9410/17 9410/19
9421/20 9424/9 9427/4
9427/22 9440/6
9444/17 9447/15
9453/24
**amazing [1]** 9376/20
**ambulance [1]**

**A**

**ambulance... [1]** 9412/13

**ambulances [1]** 9412/10

**amendment [4]** 9428/7 9429/5 9429/7 9431/9

**amendments [1]** 9428/4

**AMERICA [2]** 9339/2 9407/2

**American [7]** 9367/1 9390/2 9390/3 9392/9 9395/24 9401/19 9407/1

**American-Canadian [1]** 9367/1

**Americans [1]** 9421/23

**AMIT [1]** 9339/9

**among [4]** 9429/14 9429/18 9437/2 9440/3

**analog [1]** 9431/2

**analogize [1]** 9400/21

**analogy [1]** 9400/20

**ancillary [1]** 9409/10

**angles [1]** 9449/16

**angry [1]** 9400/25

**Annex [2]** 9448/24 9450/3

**another [12]** 9351/20 9357/5 9360/23 9361/4 9385/6 9401/24 9414/9 9421/12 9427/18 9431/7 9439/7 9455/21

**answer [3]** 9433/25 9433/25 9453/25

**anthem [1]** 9395/20

**anticipate [2]** 9432/11 9458/1

**anticipation [1]** 9365/5

**any [42]** 9349/7 9354/21 9365/9 9377/21 9379/13 9380/10 9383/7 9383/23 9388/13 9391/4 9391/20 9392/19 9393/18 9398/24 9398/25 9399/3 9400/23 9403/9 9407/12 9409/22 9415/2 9415/3 9419/22 9420/9 9420/9 9421/2

9422/4 9427/11 9428/16 9428/16 9432/18 9433/16 9433/16 9433/17 9434/2 9434/24 9435/20 9441/8 9442/25 9446/8 9448/2 9449/10

**anybody [5]** 9354/4 9391/2 9431/23 9444/3 9448/3

**anymore [6]** 9352/22 9366/23 9401/23 9401/24 9406/21 9417/1

**anyone [5]** 9393/18 9393/19 9399/3 9418/23 9421/2

**anything [21]** 9346/18 9369/5 9378/8 9378/9 9385/14 9386/12 9390/1 9390/2 9390/7 9396/20 9399/4 9403/7 9406/13 9419/24 9429/11 9431/23 9434/3 9434/13 9434/21 9447/16 9457/23

**anyway [1]** 9409/9

**apart [1]** 9364/19

**apartment [3]** 9356/4 9356/6 9416/12

**apartment/loft [1]** 9356/4

**apologize [4]** 9367/17 9381/5 9410/2 9413/25

**app [3]** 9383/13 9397/16 9429/23

**apparently [2]** 9433/7 9444/20

**appearance [1]** 9451/21

**APPEARANCES [2]** 9339/1 9340/1

**appreciate [1]** 9445/15

**approach [3]** 9343/3 9372/9 9372/14

**approached [1]** 9361/18

**approaching [1]** 9414/15

**appropriate [3]** 9424/22 9443/6 9446/14

**approved [2]** 9445/17

9456/24

**approximately [3]** 9410/25 9412/25 9453/2

**April [1]** 9344/2

**are [126]**

**area [26]** 9357/13 9380/17 9382/3 9385/19 9386/4 9386/7 9386/16 9387/21 9388/6 9388/19 9389/9 9390/12 9390/14 9390/17 9390/19 9392/3 9398/18 9412/1 9414/23 9415/1 9451/18 9451/25 9452/2 9452/19 9453/11 9454/16

**areas [2]** 9378/25 9457/6

**aren't [1]** 9390/8

**argue [13]** 9423/8 9429/16 9430/1 9435/23 9436/1 9437/12 9441/4 9442/15 9443/18 9443/23 9444/6 9444/13 9452/15

**argued [1]** 9441/10

**arguing [3]** 9422/7 9429/14 9435/22

**argument [10]** 9424/18 9424/22 9424/25 9425/1 9430/4 9437/20 9437/22 9441/2 9441/6 9452/21

**arguments [1]** 9442/20

**arm [2]** 9371/11 9406/1

**arm's [1]** 9373/7

**armed [1]** 9359/19

**arms [1]** 9371/9

**Army [6]** 9344/1 9344/18 9345/6 9348/19 9376/6 9399/23

**around [31]** 9352/19 9357/22 9359/15 9364/2 9364/20 9378/25 9380/7 9381/2 9381/2 9382/25 9390/16 9391/2 9391/13 9393/8

9393/10 9395/20 9395/21 9401/24 9402/4 9402/23 9404/7 9407/3 9407/25 9413/7 9413/9 9414/16 9416/12 9416/15 9448/11 9451/22 9456/1

**arrest [2]** 9349/10 9370/8

**arrived [3]** 9360/18 9386/4 9412/23

**article [3]** 9348/12 9348/13 9407/10

**Article .15 [1]** 9348/12

**Article 15 [1]** 9348/13

**articulating [1]** 9443/25

**artifice [1]** 9431/13

**as [82]** 9347/21 9347/24 9350/22 9358/12 9359/3 9363/17 9363/17 9365/20 9368/5 9368/8 9369/4 9375/2 9375/3 9376/1 9384/8 9390/22 9391/24 9391/25 9392/13 9394/6 9394/6 9394/6 9397/18 9397/25 9399/24 9399/25 9400/16 9400/16 9409/20 9410/2 9410/10 9411/11 9411/12 9413/22 9413/22 9416/8 9417/12 9419/7 9419/14 9421/11 9421/24 9422/13 9423/1 9423/1 9424/11 9424/25 9424/25 9425/5 9426/8 9426/13 9426/23 9427/20 9427/25 9428/11 9429/3 9432/4 9432/10 9434/24 9436/15 9437/1 9438/4 9438/6 9438/18 9439/3 9440/21 9441/3 9442/5 9443/3 9443/19 9444/4 9444/23 9445/11 9445/11 9446/12 9446/20 9447/13 9448/22 9450/3 9454/13 9456/4

**A**

as... [2] 9456/15 9457/13
Ashli [1] 9407/8
Ashli Babbitt [1] 9407/8
Asian [1] 9362/6
aside [1] 9355/24
ask [26] 9343/3 9345/21 9350/3 9360/23 9360/25 9407/21 9409/9 9410/10 9410/11 9411/11 9418/22 9419/20 9419/23 9421/16 9422/1 9424/17 9424/24 9425/7 9427/22 9429/18 9432/9 9433/15 9443/12 9449/9 9455/23 9456/17
asked [16] 9348/21 9360/13 9361/1 9361/8 9362/3 9362/12 9373/4 9373/5 9378/8 9415/25 9419/24 9420/18 9421/3 9421/5 9453/22 9454/2
asking [12] 9372/7 9372/12 9373/3 9374/2 9374/15 9375/13 9400/18 9422/19 9425/10 9437/23 9438/4 9438/13
ass [1] 9406/19
associated [1] 9353/12
ASSOCIATES [1] 9340/6
associating [1] 9349/19
assumed [3] 9405/12 9412/2 9412/3
asthma [1] 9408/8
Atkinson [3] 9433/23 9433/24 9434/10
attack [1] 9429/1
attacking [1] 9407/5
attendant [1] 9361/8
attended [1] 9359/4
attending [1] 9358/5
ATTORNEY'S [1] 9339/15

attributed [2] 9425/24 9426/3
audible [1] 9350/7
audits [3] 9377/11 9394/15 9394/20
August [1] 9357/8
authenticate [1] 9432/16
Avenue [5] 9339/20 9339/22 9340/13 9341/3 9390/1
aware [3] 9347/2 9372/3 9450/8
awareness [1] 9370/8
away [10] 9356/6 9357/17 9365/1 9365/2 9369/16 9391/8 9414/18 9415/22 9417/16 9423/23
awesome [1] 9390/4
awkward [4] 9349/17 9352/13 9352/13 9364/14
AWOL [5] 9347/6 9347/7 9347/22 9347/25 9348/9
awry [1] 9418/15

**B**

Babbitt [1] 9407/8
back [39] 9343/7 9343/18 9345/11 9345/15 9345/22 9345/24 9350/22 9352/9 9359/2 9361/9 9369/1 9370/19 9370/23 9374/23 9378/9 9378/21 9379/23 9379/24 9381/18 9382/11 9386/7 9388/1 9389/15 9389/15 9389/17 9394/15 9394/19 9394/20 9397/2 9402/14 9406/18 9409/16 9413/13 9414/14 9415/12 9417/14 9435/3 9442/1 9458/19
back-seat-driving [1] 9382/11
background [6] 9343/24 9350/24 9361/14 9385/13

9391/16 9397/25
bad [7] 9364/22 9408/6 9408/8 9412/5 9412/6 9413/21 9424/3
Bader's [1] 9362/4
balls [1] 9403/2
bank [4] 9431/6 9431/7 9431/7 9431/15
bar [8] 9354/15 9354/17 9356/1 9356/3 9371/12 9376/15 9415/12 9415/17
BARRETT [1] 9339/19
bars [1] 9408/1
Base [1] 9366/20
based [2] 9439/19 9453/22
basement [1] 9371/12
bases [1] 9357/22
basic [2] 9344/2 9357/18
basically [15] 9356/19 9357/13 9357/23 9391/8 9391/22 9391/23 9393/11 9399/21 9401/22 9403/22 9403/25 9406/19 9416/22 9446/24 9452/2
basis [1] 9429/4
battle [2] 9346/1 9346/11
be [125]
beat [4] 9345/12 9345/13 9345/13 9345/14
beaten [2] 9345/11 9372/20
beating [2] 9355/2 9415/18
because [36] 9346/25 9353/4 9358/21 9362/3 9364/21 9372/24 9375/16 9378/6 9378/16 9379/18 9385/6 9388/19 9399/19 9399/25 9404/9 9407/8 9415/16 9421/1 9423/17 9424/2 9430/8 9431/10 9433/5 9434/21 9435/19 9437/7 9440/3 9440/7 9441/25 9442/23 9445/16 9449/2

9450/20 9451/14
9453/11 9457/20
become [5] 9344/6 9345/23 9351/4 9372/3 9405/5
been [54] 9346/22 9349/24 9350/22 9351/1 9352/15 9367/15 9371/14 9373/17 9373/17 9376/3 9377/17 9379/10 9379/16 9380/8 9382/15 9384/14 9385/2 9385/12 9392/13 9397/25 9397/25 9399/8 9400/18 9403/4 9404/23 9407/22 9408/16 9409/19 9410/9 9411/10 9418/8 9422/16 9422/24 9424/7 9425/24 9432/2 9432/6 9432/12 9433/3 9433/14 9434/14 9437/1 9437/1 9437/15 9437/25 9440/2 9442/19 9443/3 9443/5 9444/25 9448/14 9449/23 9451/7 9453/9
before [20] 9339/9 9344/5 9354/7 9356/4 9368/6 9382/1 9382/2 9393/25 9396/13 9396/14 9409/8 9421/3 9434/13 9447/16 9452/15 9455/5 9455/7 9457/5 9458/21 9458/25
began [1] 9354/20
begin [2] 9353/19 9454/6
beginning [1] 9354/9
begins [1] 9453/8
behalf [6] 9418/25 9419/2 9424/17 9437/13 9438/5 9441/22
behest [1] 9362/10
behind [4] 9346/16 9405/24 9442/14 9457/5
being [13] 9350/23 9355/10 9359/12 9372/20 9373/23

**B**

**being... [8]** 9384/1 9396/8 9401/11 9406/5 9420/18 9426/22 9448/21 9454/5
**believe [21]** 9347/8 9357/8 9363/25 9367/20 9368/4 9370/17 9372/2 9373/6 9378/20 9385/23 9391/3 9391/17 9404/18 9418/23 9425/24 9426/9 9426/15 9426/24 9434/3 9446/13 9447/17
**believed [2]** 9404/22 9423/1
**belonged [1]** 9349/17
**below [2]** 9377/4 9449/25
**Ben [13]** 9356/18 9372/6 9372/12 9372/16 9372/17 9376/15 9382/11 9387/5 9388/14 9413/19 9413/22 9414/5 9415/9
**Bench [3]** 9343/4 9409/13 9418/20
**berated [2]** 9448/21 9450/9
**berating [1]** 9450/4
**Berwick [1]** 9340/18
**best [2]** 9413/1 9418/15
**betray [1]** 9394/14
**betrayed [3]** 9394/3 9394/3 9394/10
**better [2]** 9378/15 9378/17
**between [9]** 9365/24 9378/4 9379/10 9382/16 9383/1 9428/4 9428/6 9437/8 9439/1
**beyond [1]** 9391/7
**Biden [2]** 9367/20 9368/24
**Biden/Harris [1]** 9367/20
**big [9]** 9346/20 9361/6 9361/23 9377/14 9387/6 9387/7 9387/8 9387/13 9403/21

**big time [1]** 9377/14
**bike [1]** 9387/8
**bills [1]** 9352/8
**binoculars [1]** 9363/4
**birth [1]** 9344/14
**bit [9]** 9350/3 9350/15 9359/3 9360/12 9365/12 9381/7 9383/11 9413/10 9423/2
**blabbed [1]** 9348/4
**Black [5]** 9359/11 9362/25 9379/19 9400/22 9401/2
**blackouts [1]** 9424/15
**Blacks [1]** 9378/24
**blast [1]** 9346/17
**bless [1]** 9392/10
**blood [2]** 9365/25 9373/16
**blowing [1]** 9416/25
**blown [1]** 9444/25
**blunt [1]** 9393/19
**bombing [1]** 9366/20
**border [1]** 9367/1
**bored [1]** 9403/25
**born [1]** 9344/25
**borne [1]** 9437/15
**borrow [1]** 9346/2
**both [2]** 9430/17 9443/13
**bother [1]** 9370/22
**bothering [1]** 9415/16
**bottom [5]** 9356/2 9396/16 9412/9 9423/22 9452/10
**bought [1]** 9352/20
**boy [1]** 9390/3
**Brad [1]** 9418/25
**Bradford [1]** 9340/17
**BRAND [1]** 9340/10
**bravo [1]** 9358/18
**break [4]** 9400/2 9402/7 9408/18 9435/5
**breaking [1]** 9420/7
**breathing [1]** 9408/9
**Brenden [4]** 9356/14 9356/17 9357/4 9360/12
**Breonna [3]** 9359/17 9361/20 9361/23
**Brief [4]** 9386/3 9407/19 9408/17 9445/25

**briefly [1]** 9399/7
**BRIGHT [2]** 9339/19 9339/22
**bring [4]** 9357/23 9360/7 9367/21 9426/16
**bringing [2]** 9378/23 9412/4
**broad [1]** 9367/17
**broke [3]** 9371/25 9371/25 9386/13
**broken [3]** 9371/8 9406/1 9406/2
**brought [1]** 9376/13
**bubble [1]** 9388/2
**bucks [1]** 9401/3
**buddy [2]** 9346/1 9346/11
**bug [1]** 9369/10
**building [21]** 9340/14 9371/13 9380/14 9393/4 9393/11 9394/23 9394/24 9394/25 9398/25 9399/4 9399/16 9400/17 9401/7 9401/25 9403/24 9410/19 9410/24 9413/3 9441/15 9450/2 9452/3
**bulk [1]** 9389/6
**bullets [1]** 9403/2
**bunch [1]** 9391/24
**bunker [2]** 9369/9 9369/11
**burn [1]** 9355/8
**Burnie [1]** 9340/23
**bury [1]** 9345/8
**business [3]** 9355/7 9355/8 9355/19
**businesses [4]** 9355/13 9355/21 9362/3 9362/4
**buy [1]** 9369/1
**buy-back [1]** 9369/1

**C**

**Caldwell [23]** 9340/21 9374/9 9382/8 9407/9 9414/20 9414/23 9415/1 9417/10 9419/3 9422/4 9422/10 9424/18 9424/19 9425/4 9425/11

9428/18 9428/22 9429/17 9433/22 9436/21 9437/14 9440/1 9440/25
**Caldwell's [3]** 9415/15 9427/21 9434/5
**call [14]** 9353/23 9359/25 9382/16 9383/21 9399/20 9400/3 9416/18 9417/6 9417/9 9417/12 9420/7 9428/1 9443/24 9455/22
**called [9]** 9351/11 9355/6 9357/12 9359/7 9402/24 9417/10 9428/1 9428/6 9430/25
**calling [3]** 9355/12 9407/6 9407/6
**calls [3]** 9382/16 9383/7 9415/17
**calms [1]** 9415/23
**came [16]** 9345/24 9346/12 9348/21 9359/17 9368/8 9379/24 9380/20 9385/25 9387/1 9397/22 9413/22 9431/6 9448/21 9448/24 9448/24 9450/1
**camera [4]** 9449/14 9449/16 9456/23 9456/24
**campaign [1]** 9366/19
**campaigns [1]** 9354/23
**camping [1]** 9357/21
**can [44]** 9344/20 9345/2 9346/6 9359/24 9360/3 9373/8 9374/25 9377/19 9377/20 9377/21 9377/22 9381/8 9394/17 9396/22 9397/13 9410/13 9416/20 9419/20 9420/23 9424/3 9424/17 9426/11 9427/5 9427/8 9427/10 9430/7 9433/11 9437/20 9442/20 9443/7 9443/7 9443/10 9445/2 9445/7 9445/23 9448/10 9453/14 9454/7

**C**

can... [6] 9455/10 9456/10 9456/16 9457/1 9457/3 9457/15
can't [13] 9365/17 9367/19 9375/24 9377/20 9377/21 9377/22 9387/4 9396/14 9405/17 9412/16 9414/13 9454/17 9454/17
Canada [1] 9366/25
Canadian [1] 9367/1
cannot [5] 9427/7 9429/16 9453/1 9455/13 9455/13
Canopy [2] 9351/11 9351/16
capacity [1] 9353/14
Capitol [34] 9380/13 9380/16 9388/21 9389/3 9389/9 9389/12 9390/12 9390/14 9391/16 9393/4 9393/20 9394/25 9397/2 9401/25 9402/19 9402/21 9402/25 9403/24 9406/19 9407/11 9407/24 9408/3 9408/12 9413/2 9413/5 9413/9 9413/12 9413/23 9414/2 9414/8 9414/15 9415/4 9418/2 9429/1
Capitol Building [2] 9401/25 9403/24
Capitol Grounds [6] 9413/2 9413/5 9413/9 9413/23 9414/2 9414/8
captain [1] 9351/17
car [1] 9374/24
care [7] 9350/12 9352/22 9421/22 9421/23 9421/24 9422/1 9458/25
career [1] 9345/20
carefully [1] 9421/25
Carolina [5] 9351/7 9351/10 9375/6 9440/1 9440/25
carpooled [1] 9376/16
carried [2] 9363/18 9430/14

carrier [1] 9377/21
cars [4] 9355/1 9364/13 9389/17 9390/6
case [35] 9348/6 9359/17 9359/25 9363/19 9369/9 9385/1 9424/7 9428/1 9428/17 9430/25 9431/1 9431/2 9431/4 9431/8 9431/10 9431/11 9431/14 9432/8 9434/3 9434/5 9434/5 9435/16 9436/6 9436/9 9436/17 9438/4 9440/16 9440/17 9442/24 9443/13 9444/4 9446/15 9450/16 9454/25 9455/4
cases [1] 9423/23
cast [1] 9456/4
casual [1] 9348/18
casualty [1] 9411/25
caught [1] 9344/11
cause [2] 9363/11 9429/11
caused [1] 9345/19
CCTV [16] 9447/23 9447/24 9448/1 9448/3 9448/6 9448/15 9448/25 9449/1 9450/14 9451/24 9452/17 9454/7 9455/23 9456/13 9456/20 9457/1
center [2] 9436/16 9437/4
central [1] 9436/24
certain [2] 9367/19 9373/13
certainly [7] 9405/13 9407/22 9424/20 9435/12 9440/24 9445/16 9457/14
certification [10] 9358/25 9393/22 9393/23 9394/11 9394/18 9394/23 9404/23 9418/3 9418/6 9441/11
certified [2] 9377/10 9406/4
certify [3] 9394/12 9394/14 9460/4

chain [2] 9436/14 9437/7
chamber [1] 9407/3
chance [1] 9367/12
change [2] 9354/21 9355/14
changed [1] 9376/17
chanting [4] 9395/13 9396/2 9401/1 9404/8
character [1] 9424/1
characterization [2] 9347/21 9436/23
characterize [3] 9366/5 9366/7 9368/10
characterizing [1] 9435/14
charge [3] 9431/11 9438/25 9439/3
charged [14] 9428/14 9429/15 9431/3 9431/18 9438/1 9438/2 9438/6 9438/22 9439/7 9439/10 9442/3 9442/5 9442/23 9443/6
charger [1] 9417/2
charges [2] 9429/7 9438/24
charlie [1] 9358/18
chase [1] 9413/24
chat [16] 9346/9 9365/12 9365/12 9365/13 9370/10 9370/20 9373/24 9373/24 9375/12 9379/9 9384/23 9385/6 9385/9 9388/17 9389/19 9404/12
chatroom [2] 9384/21 9391/24
chats [4] 9365/17 9368/17 9370/10 9370/16
checking [1] 9402/5
cheering [1] 9395/23
Chicago [2] 9367/5 9369/20
chief [1] 9385/1
Chinese [7] 9366/18 9366/19 9366/21 9366/25 9367/4 9367/15 9377/4
chirping [1] 9396/22
choo [2] 9400/3 9400/3

choo-choo [1] 9400/3
Christian [1] 9345/10
Christmas [2] 9373/5 9373/5
Christmas Day [1] 9373/5
Christmastime [1] 9352/20
Christopher [1] 9406/16
Christopher Owens [1] 9406/16
Cindy [1] 9372/16
Cinnaminson [1] 9340/19
circle [2] 9346/19 9375/24
circuit [19] 9423/23 9428/2 9428/3 9428/5 9431/1 9431/8 9431/14 9435/12 9435/13 9438/8 9438/12 9438/17 9439/19 9444/20 9444/22 9445/5 9445/6 9445/10 9445/17
Circuit's [1] 9435/18
circuits [1] 9423/24
circular [1] 9403/21
circulate [2] 9443/11 9444/18
cited [2] 9423/23 9430/5
city [7] 9343/15 9359/19 9359/21 9359/21 9361/1 9379/2 9382/8
civil [2] 9365/25 9369/25
class [1] 9421/22
clear [12] 9373/2 9385/21 9427/9 9429/20 9433/2 9434/9 9442/24 9443/14 9444/5 9447/3 9452/12 9455/10
clearance [2] 9399/16 9399/16
Cleveland [2] 9359/7 9359/9
client [1] 9425/8
clients [1] 9442/16
Clifton [2] 9357/12 9358/15

**clip [2]** 9409/3 9453/22
**clips [3]** 9454/14
9456/8 9456/13
**close [4]** 9367/3
9428/1 9450/15 9458/6
**closed [1]** 9346/16
**closer [2]** 9345/3
9390/6
**closest [1]** 9431/2
**closing [3]** 9425/6
9447/25 9449/11
**closings [3]** 9419/10
9419/25 9458/8
**cloth [1]** 9445/18
**cluster [1]** 9365/2
**co [4]** 9403/11 9436/25
9440/19 9440/20
**co-conspirator [1]**
9440/20
**co-conspirators [1]**
9436/25
**co-defendants [1]**
9440/19
**co-opt [1]** 9403/11
**Coalition [1]** 9359/15
**cocktail [1]** 9363/19
**codefendants [3]**
9408/5 9410/20 9438/6
**coffee [1]** 9382/18
**coin [1]** 9430/21
**colleagues [1]** 9433/7
**COLUMBIA [1]** 9339/1
**Columbus [3]** 9359/5
9452/1 9452/5
**combination [1]**
9422/17
**come [36]** 9348/22
9354/20 9359/2 9360/2
9361/20 9362/12
9363/13 9365/19
9367/4 9367/5 9367/24
9368/24 9368/25
9369/19 9379/23
9380/20 9383/6
9385/22 9386/20
9387/2 9388/3 9388/4
9388/11 9388/24
9394/20 9403/18
9413/20 9413/20
9415/12 9416/5 9416/9
9417/3 9417/5 9443/10
9449/15 9457/8
**comes [9]** 9378/14

9416/15 9416/18
9416/19 9434/12
9451/21 9453/17
9455/18 9457/5
**comfortable [1]**
9349/3
**coming [6]** 9347/5
9359/20 9366/15
9369/3 9383/18 9426/8
**comment [1]** 9448/10
**comments [1]** 9401/12
**committed [1]** 9438/6
**committee [1]** 9450/12
**common [1]** 9424/20
**communicate [5]**
9383/20 9383/23
9416/20 9437/16
9437/21
**communicating [1]**
9391/20
**communications [6]**
9373/20 9378/18
9379/13 9414/22
9415/3 9442/1
**community [5]**
9349/15 9349/19
9350/13 9352/24
9352/25
**compacted [1]** 9405/5
**compactor [1]** 9406/1
**company [2]** 9348/17
9351/11
**complaining [1]**
9364/21
**complete [1]** 9458/7
**completed [1]** 9404/23
**completely [2]**
9359/12 9373/13
**complicated [1]**
9456/7
**computer [1]** 9341/8
**computer-aided [1]**
9341/8
**concern [5]** 9345/18
9422/3 9429/5 9447/24
9448/1
**concerned [3]** 9366/13
9368/21 9436/8
**concerns [11]** 9347/24
9366/8 9366/12 9367/6
9367/18 9372/19
9373/1 9432/7 9433/13
9446/5 9452/22
**conclude [2]** 9437/24

**concluded [2]** 9419/6
9445/10
**condensed [1]** 9405/5
**conduct [2]** 9358/21
9430/14
**conference [3]** 9343/4
9409/13 9418/20
**confess [1]** 9421/13
**confirm [3]** 9418/21
9418/24 9457/2
**confront [1]** 9423/25
**confronted [3]** 9346/2
9346/16 9346/20
**confuse [1]** 9442/23
**confusing [2]** 9442/15
9444/1
**Cong [1]** 9369/11
**congressmen [4]**
9376/19 9386/10
9388/10 9388/11
**connection [1]** 9422/5
**consciousness [1]**
9412/7
**consider [1]** 9444/9
**considered [2]** 9423/6
9423/20
**considering [1]**
9375/6
**consistent [3]** 9452/7
9453/12 9453/15
**conspiracies [26]**
9435/4 9435/7 9435/15
9436/11 9436/12
9436/25 9437/3
9437/15 9437/23
9438/21 9438/23
9439/18 9439/20
9439/23 9440/13
9441/24 9442/3 9442/6
9442/8 9442/10
9442/18 9442/23
9442/25 9443/4 9443/5
9443/8
**conspiracy [43]**
9436/2 9436/3 9436/14
9436/14 9436/17
9436/19 9436/23
9437/2 9437/5 9437/7
9437/25 9438/1 9438/6
9438/14 9438/19
9438/20 9438/22
9438/24 9438/25
9439/2 9439/5 9439/6

9439/11 9439/25
9440/2 9440/15
9440/17 9440/22
9441/5 9441/8 9441/13
9441/17 9442/11
9442/16 9442/19
9443/17 9443/19
9443/21 9443/25
9444/12 9444/14
**conspirator [1]**
9440/20
**conspirators [2]**
9436/25 9439/1
**constantly [1]** 9356/6
**constitutes [1]**
9440/15
**Constitution [1]**
9341/3
**constructive [4]**
9428/4 9428/7 9429/5
9431/9
**contact [3]** 9374/9
9382/22 9383/18
**contacted [1]** 9418/11
**containing [2]**
9428/23 9430/20
**contemplate [1]**
9435/14
**content [1]** 9426/24
**context [2]** 9438/18
9449/12
**contingent [1]** 9440/1
**continue [5]** 9386/25
9411/6 9412/14
9412/19 9419/11
**CONTINUED [1]**
9340/1
**contract [2]** 9351/12
9351/17
**control [1]** 9357/16
**conversations [2]**
9357/2 9388/18
**convict [1]** 9429/18
**conviction [1]** 9430/3
**convoy [1]** 9383/16
**cool [11]** 9353/11
9354/2 9355/9 9374/18
9375/22 9389/25
9390/3 9392/10 9395/8
9395/15 9403/13
**cooler [1]** 9376/20
**coordination [2]**
9364/25 9454/24

**C**

**cop [2]** 9390/6
9407/10
**COPD [1]** 9412/5
**cops [6]** 9360/21
9389/19 9390/8 9390/9
9396/7 9413/14
**copy [2]** 9427/14
9445/22
**corner [6]** 9382/7
9390/20 9390/24
9391/11 9391/13
9393/3
**correct [22]** 9348/15
9348/15 9348/16
9348/17 9356/24
9358/9 9358/10
9370/25 9380/4
9384/24 9388/22
9389/22 9405/18
9405/19 9405/21
9424/16 9447/2
9447/10 9456/22
9458/16 9458/16
9460/4
**corroborates [1]**
9448/13
**could [41]** 9343/3
9345/12 9348/11
9351/20 9355/9
9359/24 9364/12
9367/4 9367/5 9367/7
9368/24 9368/25
9370/20 9374/18
9374/19 9378/17
9392/23 9397/18
9397/24 9400/16
9408/15 9409/19
9416/3 9418/17 9420/1
9421/15 9421/25
9423/24 9441/2
9441/21 9441/24
9443/1 9443/3 9444/7
9444/8 9445/22
9449/23 9451/6
9455/15 9455/21
9458/20
**couldn't [4]** 9373/19
9396/19 9421/14
9448/14
**counsel [10]** 9409/20
9419/23 9420/9
9437/12 9439/21
9440/12 9445/9 9451/4

**counsels [1]** 9440/6
**count [1]** 9427/21
**counterprotesters [6]**
9363/11 9364/19
9366/16 9368/23
9372/19 9383/18
**counting [1]** 9394/14
**country [2]** 9344/4
9370/2
**Counts [1]** 9443/9
**County [2]** 9351/8
9351/18
**couple [2]** 9421/7
9432/15
**course [3]** 9360/5
9437/20 9441/4
**court [27]** 9339/1
9341/2 9341/2 9348/9
9348/13 9348/14
9350/7 9409/8 9423/23
9424/24 9428/3 9428/5
9430/22 9432/22
9433/2 9433/12 9434/8
9435/5 9436/6 9438/16
9439/23 9443/19
9444/23 9445/2
9445/10 9450/7 9460/3
**Court's [4]** 9397/5
9410/5 9418/12
9436/11
**court-martial [1]**
9348/14
**court-martialable [2]**
9348/9 9348/13
**courtroom [10]** 9343/5
9391/7 9394/6 9408/21
9409/14 9419/16
9432/2 9432/13 9433/3
9433/14
**courts [2]** 9423/24
9428/7
**cover [1]** 9357/22
**covered [1]** 9344/7
**COVID [1]** 9355/20
**CR [1]** 9339/3
**crap [1]** 9421/24
**crawled [1]** 9371/15
**crazy [5]** 9355/1
9355/2 9359/20
9395/25 9407/7
**CRC [1]** 9341/2
**created [1]** 9388/2
**credibility [1]** 9424/1

**crime [2]** 9423/6
9423/10
**crimes [1]** 9359/24
**Crisp [6]** 9340/5
9340/6 9342/4 9343/9
9408/25 9409/17
**Crocker [1]** 9428/6
**cross [8]** 9409/9
9418/22 9419/12
9420/8 9420/15
9432/21 9434/21
9454/2
**cross-examination [3]**
9419/12 9432/21
9434/21
**crowd [12]** 9387/22
9390/15 9390/25
9393/4 9393/25 9394/5
9394/7 9395/22
9399/10 9400/16
9403/1 9407/12
**crowded [1]** 9393/14
**Crowl [2]** 9356/18
9357/14
**Crowl's [3]** 9378/1
9381/1 9429/25
**crunched [1]** 9394/7
**crush [1]** 9404/7
**crushed [1]** 9406/5
**Crypt [2]** 9449/25
9457/4
**Cumberland [2]**
9351/8 9351/18
**curfew [2]** 9413/18
9414/5
**curriculum [3]**
9357/25 9358/7
9358/11
**cut [2]** 9402/8 9413/24
**cuts [1]** 9416/12

**D**

**D.C [12]** 9339/4
9339/16 9340/11
9340/15 9341/3 9378/2
9382/3 9383/24
9414/23 9428/3 9431/1
9438/17
**Dallas [2]** 9339/20
9339/23
**damning [1]** 9456/3
**dangerous [1]** 9379/1
**dark [1]** 9348/24
**Date [1]** 9460/11

**dating [1]** 9346/25
**David [3]** 9340/21
9344/16 9419/2
**day [20]** 9339/6
9363/19 9363/24
9368/16 9373/5 9373/5
9380/14 9380/18
9385/24 9394/20
9415/5 9415/7 9415/13
9418/16 9419/8
9419/22 9424/5
9441/25 9447/16
9454/4
**days [10]** 9358/16
9361/12 9369/1
9406/23 9406/25
9415/22 9416/4 9432/3
9432/7 9433/3
**DC [1]** 9373/24
**dead [1]** 9407/11
**deal [4]** 9361/6 9409/9
9419/9 9433/11
**death [1]** 9350/15
**December [9]** 9354/10
9370/3 9370/10
9370/11 9371/4 9371/5
9372/2 9372/2 9373/3
**decide [4]** 9353/19
9357/4 9371/2 9375/3
**decision [3]** 9354/19
9405/2 9428/6
**deescalate [1]**
9357/17
**defendant [16]**
9339/18 9340/2 9340/5
9340/9 9340/17
9340/20 9418/22
9431/3 9433/17
9435/20 9436/2 9438/1
9439/6 9439/8 9439/9
9440/20
**defendants [27]**
9339/6 9419/21 9420/6
9428/13 9432/19
9435/8 9435/10
9435/14 9435/18
9436/18 9439/3
9440/18 9440/19
9441/1 9441/8 9441/18
9442/3 9442/13 9442/15
9442/20 9444/6 9446/9
9451/2 9451/24 9453/3
9453/21 9454/6
9456/25

**defendants'** [1] 9420/9
**defended** [1] 9407/15
**defense** [23] 9360/11
9360/11 9409/8
9419/23 9427/2
9431/22 9434/3
9434/14 9437/12
9439/21 9440/6
9440/12 9445/9
9445/19 9446/15
9451/4 9452/14
9454/13 9455/5 9458/7
9458/18 9458/19
9458/23
**defense's** [2] 9431/25
9455/22
**defensive** [2] 9375/16
9407/15
**definitely** [1] 9401/1
**delete** [1] 9365/18
**deleted** [2] 9428/24
9429/17
**deleting** [1] 9430/18
**deletion** [2] 9428/16
9429/11
**deliberately** [1]
9350/17
**delta** [1] 9358/19
**dense** [1] 9369/15
**department** [4]
9351/17 9351/18
9351/19 9354/1
**depending** [2]
9343/21 9433/13
**depends** [2] 9432/25
9458/3
**deposits** [2] 9431/5
9431/7
**descend** [1] 9359/18
**describe** [1] 9453/17
**described** [3] 9360/15
9428/15 9455/10
**desire** [2] 9435/20
9435/21
**despite** [1] 9437/17
**detail** [8] 9362/13
9375/21 9379/24
9381/11 9387/4
9387/11 9388/18
9454/23
**details** [2] 9351/12
9381/9
**determine** [2] 9438/25

9439/5
**deviation** [1] 9428/11
**devised** [1] 9400/6
**DeWine** [1] 9355/21
**did** [173]
**didn't** [46] 9346/17
9347/17 9348/3 9348/7
9349/10 9349/17
9351/19 9352/16
9352/22 9363/2 9364/1
9364/14 9367/24
9368/20 9374/9
9375/19 9378/9
9378/10 9380/2
9380/10 9380/13
9388/13 9388/13
9388/23 9389/5
9389/25 9394/12
9394/24 9397/22
9400/13 9400/22
9405/2 9405/13
9405/23 9407/7
9413/19 9413/20
9415/12 9415/25
9417/1 9422/10
9423/17 9425/5 9425/7
9437/20 9450/15
**die** [1] 9350/19
**diet** [1] 9368/14
**differences** [1] 9428/3
**different** [26] 9351/2
9353/18 9358/12
9361/5 9376/11 9395/5
9427/3 9430/9 9430/11
9431/7 9431/10
9431/20 9432/15
9436/3 9436/4 9436/19
9437/25 9440/2
9442/18 9443/16
9443/18 9443/20
9443/24 9443/25
9444/12 9446/25
**differently** [3] 9423/3
9443/5 9444/13
**Dillon** [1] 9356/14
**direct** [4] 9342/4
9343/11 9379/10
9409/1
**directing** [1] 9446/21
**direction** [3] 9353/18
9377/23 9393/13
**directly** [4] 9395/18
9433/16 9433/18
9437/17

**disagree** [1] 9436/22
**disclose** [1] 9347/24
**discombobulated** [1]
9364/7
**discuss** [1] 9354/5
**discussed** [4] 9357/4
9382/19 9399/8
9451/20
**discussing** [2] 9350/4
9450/5
**discussion** [5]
9367/19 9376/9
9384/25 9419/6 9445/9
**discussions** [3]
9376/3 9378/23
9382/15
**disgusting** [1]
9353/16
**dismissed** [1] 9420/12
**disorganized** [1]
9363/24
**disposition** [1] 9348/5
**dispute** [1] 9420/21
**distinguish** [1] 9428/6
**distribution** [1]
9440/18
**DISTRICT** [3] 9339/1
9339/1 9339/9
**do** [98] 9347/4 9349/4
9349/6 9349/8 9349/9
9349/22 9350/4
9350/11 9350/11
9350/12 9350/22
9351/9 9351/13
9352/23 9357/16
9357/18 9358/17
9360/7 9362/12
9362/14 9365/22
9366/16 9366/19
9368/5 9368/10
9373/23 9374/1
9375/20 9380/1
9380/25 9385/4
9385/14 9385/15
9385/18 9385/24
9387/11 9392/3
9392/15 9393/24
9394/10 9394/19
9395/1 9395/6 9395/11
9396/10 9396/24
9397/9 9397/16
9397/19 9399/3
9399/16 9400/21
9401/4 9401/9 9401/15

9402/1 9402/2 9405/7
9406/8 9407/7 9408/25
9410/16 9416/3 9416/8
9417/13 9417/21
9426/15 9426/19
9426/20 9427/10
9427/14 9430/7
9431/19 9432/18
9434/1 9435/5 9435/10
9436/12 9437/11
9438/24 9443/2 9443/9
9443/24 9445/21
9446/7 9446/13
9446/14 9446/15
9446/18 9446/21
9449/7 9450/21 9453/1
9454/3 9454/17
9455/17 9457/6
9458/21
**Dobbs** [1] 9405/2
**document** [1] 9453/14
**documented** [2]
9428/25 9448/15
**Dodd** [2] 9385/5
9391/23
**does** [14] 9353/7
9377/1 9384/22
9402/19 9414/7
9435/14 9436/10
9439/17 9445/8
9451/13 9453/8
9453/17 9456/23
9458/1
**doesn't** [7] 9365/9
9423/7 9444/5 9444/6
9453/16 9454/5
9455/14
**Dohnal** [2] 9433/23
9433/24
**doing** [27] 9344/8
9345/25 9351/25
9354/17 9358/24
9359/9 9364/20
9368/25 9369/5
9374/12 9389/11
9390/7 9399/13
9410/18 9417/21
9420/13 9437/14
9441/7 9441/9 9442/7
9442/17 9443/20
9452/6 9453/20
9455/16 9455/17
9455/25
**dome** [1] 9393/10

9471

# D

**Don [4]** 9373/21
9375/5 9379/10
9379/11
**Don Siekerman [1]**
9373/21
**don't [82]** 9345/3
9345/21 9345/21
9349/16 9349/18
9350/15 9353/8 9353/9
9354/24 9361/22
9368/11 9369/2
9370/17 9370/21
9370/22 9372/21
9373/3 9373/18
9375/16 9375/18
9375/24 9376/21
9378/20 9379/9
9385/17 9385/23
9388/10 9390/10
9391/17 9391/19
9393/14 9393/24
9397/24 9398/1
9398/21 9400/15
9403/12 9403/14
9404/20 9404/22
9407/16 9408/18
9411/24 9416/20
9417/3 9417/5 9418/23
9421/19 9421/20
9421/22 9421/23
9421/24 9422/1 9423/9
9423/12 9423/17
9425/24 9426/2
9426/18 9427/9
9430/12 9430/13
9430/15 9434/3
9434/20 9436/21
9438/4 9442/4 9442/10
9442/13 9442/21
9443/9 9444/10
9444/15 9447/24
9449/5 9451/8 9451/10
9454/15 9455/1 9457/4
9457/14
**done [9]** 9344/7
9344/9 9346/6 9362/9
9377/15 9389/16
9394/23 9418/9 9423/2
**Donovan [7]** 9356/18
9357/14 9377/25
9381/1 9387/5 9387/9
9416/1
**Donovan's [1]** 9378/15

# door [11] 9346/12

9348/8 9367/24
9367/24 9395/18
9396/4 9399/24
9399/24 9400/24
9415/18 9416/13
**doors [6]** 9346/17
9364/11 9400/14
9400/15 9452/1 9452/5
**doorway [1]** 9399/20
**doubled [1]** 9363/17
**down [27]** 9350/8
9355/8 9355/21 9367/5
9369/9 9371/24
9382/14 9382/18
9389/3 9389/9 9390/12
9395/22 9396/15
9397/1 9398/8 9403/15
9403/23 9403/25
9404/9 9408/22 9409/3
9411/9 9412/12
9413/21 9415/23
9416/17 9419/17
**downloaded [1]**
9429/22
**downplay [1]** 9407/16
**downstairs [2]**
9449/18 9451/21
**downtown [1]** 9381/3
**doxed [3]** 9416/20
9416/21 9416/22
**Dozer [4]** 9384/2
9384/3 9385/5 9391/23
**draft [1]** 9458/18
**dragged [2]** 9408/11
9412/12
**drama [1]** 9346/19
**drank [1]** 9422/15
**drill [1]** 9357/22
**drills [3]** 9353/21
9357/19 9358/18
**drink [1]** 9386/2
**drinking [2]** 9371/15
9424/23
**Drive [1]** 9340/18
**driving [3]** 9382/10
9382/11 9382/22
**drop [2]** 9345/3
9447/13
**drove [1]** 9417/14
**drug [2]** 9440/16
9440/17
**drugs [1]** 9422/18
**drummer [1]** 9390/3

# duct [1] 9378/6

**dumb [1]** 9406/19
**Dunn [15]** 9413/17
9448/13 9448/21
9449/18 9449/25
9450/1 9450/5 9450/6
9451/16 9452/15
9452/24 9453/2
9453/21 9453/24
9457/5
**Dunn's [1]** 9451/2
**during [4]** 9358/8
9365/14 9365/20
9391/21
**duties [1]** 9406/9
**dying [3]** 9355/20
9365/25 9366/3
**Dylan [1]** 9389/7

# E

**each [3]** 9400/13
9442/5 9446/25
**earlier [6]** 9384/25
9391/4 9421/5 9426/3
9431/24 9452/25
**earliest [1]** 9344/20
**early [10]** 9353/20
9354/22 9358/12
9360/18 9372/2 9372/5
9372/10 9381/23
9382/1 9457/21
**easily [1]** 9455/21
**east [2]** 9393/11
9393/12
**easy [1]** 9455/1
**echo [2]** 9358/19
9407/3
**edging [1]** 9375/17
**Edmund [1]** 9340/9
**Edward [1]** 9340/2
**Edwards [1]** 9339/14
**effect [5]** 9348/5
9389/20 9399/5
9404/15 9404/16
**effectively [1]** 9409/4
**efficient [1]** 9433/22
**effort [2]** 9358/24
9448/11
**efforts [1]** 9441/19
**either [11]** 9368/22
9369/20 9370/19
9400/12 9426/24
9431/13 9437/7 9437/9
9441/10 9448/23

# elected [3] 9354/25

9368/5 9368/25
**election [10]** 9354/23
9358/4 9367/18 9368/6
9377/10 9394/17
9404/19 9404/20
9406/4 9406/5
**elections [1]** 9366/3
**element [1]** 9431/16
**elements [4]** 9428/8
9428/10 9438/19
9447/1
**elevator [1]** 9451/23
**Ellipse [11]** 9382/1
9382/14 9382/22
9382/24 9386/4 9386/9
9386/10 9386/13
9386/16 9393/25
9400/11
**ELMER [3]** 9339/5
9339/18 9340/2
**else [13]** 9418/23
9419/22 9419/24
9421/2 9427/8 9431/23
9431/23 9434/13
9438/11 9440/23
9447/15 9447/16
9457/23
**else's [2]** 9355/9
9362/9
**email [2]** 9416/19
9445/22
**embarrassing [2]**
9349/14 9353/15
**embarrassment [1]**
9349/12
**embrace [1]** 9350/21
**embraced [1]** 9349/16
**emotions [2]** 9349/23
9349/25
**Empire [1]** 9340/22
**enclosure [1]** 9398/18
**encompass [1]**
9432/15
**encounter [1]** 9414/10
**end [18]** 9353/20
9356/15 9358/6 9363/6
9364/1 9370/3 9386/19
9387/17 9389/1 9389/2
9395/21 9405/14
9406/17 9416/3
9418/16 9421/19
9422/3 9441/25

**ended [10]** 9356/19 9359/12 9364/20 9364/22 9381/3 9387/19 9389/6 9390/16 9424/5 9428/15
**ends [1]** 9421/7
**enforcement [3]** 9400/7 9416/19 9418/11
**engage [2]** 9381/9 9417/17
**engaged [4]** 9440/25 9441/9 9441/13 9457/9
**engagement [1]** 9377/19
**engaging [1]** 9415/4
**enjoy [1]** 9351/23
**enough [2]** 9430/17 9437/11
**ensure [1]** 9419/25
**enter [3]** 9399/4 9420/20 9452/19
**entered [3]** 9343/5 9409/14
**enters [1]** 9453/11
**entire [1]** 9455/4
**entirely [2]** 9349/19 9351/1
**entitled [1]** 9460/5
**entity [1]** 9353/19
**entrance [1]** 9456/23
**entry [1]** 9399/17
**epithets [1]** 9345/16
**equipment [2]** 9359/23 9408/1
**error [1]** 9443/2
**escort [5]** 9374/25 9389/15 9389/16 9392/2 9395/2
**escorted [1]** 9388/20
**escorting [7]** 9387/17 9388/7 9389/2 9389/6 9389/23 9392/4 9398/8
**essentially [1]** 9347/14
**establish [1]** 9449/7
**ET [1]** 9339/5
**even [19]** 9344/18 9352/15 9370/22 9370/23 9376/20 9379/10 9389/20 9396/13 9406/6

9419/22 9424/19 9439/22 9440/12 9440/15 9440/16 9441/4 9444/6 9448/5 9454/24
**evening [10]** 9419/13 9421/12 9422/5 9422/6 9422/21 9430/23 9454/20 9454/25 9455/5 9457/18
**event [9]** 9357/5 9358/1 9358/20 9358/21 9371/3 9376/2 9380/2 9380/4 9386/20
**events [2]** 9372/4 9384/14
**eventually [1]** 9381/3
**ever [10]** 9345/15 9358/1 9370/6 9370/7 9379/13 9380/10 9383/20 9399/10 9400/18 9418/5
**every [5]** 9360/5 9380/19 9451/8 9451/8 9456/23
**everybody [16]** 9346/19 9364/5 9388/8 9391/25 9394/1 9394/2 9395/8 9395/11 9395/23 9399/25 9400/23 9400/24 9401/2 9419/13 9458/24 9459/3
**everyone [5]** 9343/7 9408/20 9409/16 9419/14 9419/16
**everything [11]** 9346/18 9359/6 9376/8 9377/9 9390/11 9407/16 9415/23 9415/24 9417/25 9453/15 9456/18
**evidence [30]** 9342/9 9342/9 9342/10 9349/20 9349/20 9419/22 9419/23 9420/7 9420/9 9420/20 9421/2 9422/13 9424/4 9424/11 9424/23 9431/6 9431/14 9436/17 9439/17 9439/20 9442/25 9443/3 9444/11 9444/12 9444/14

9446/8 9447/13 9448/2 9454/17 9458/21
**evidence.' [1]** 9428/9
**exact [3]** 9360/19 9380/9 9400/24
**exactly [3]** 9366/5 9373/4 9438/3
**examination [6]** 9342/4 9343/11 9419/12 9432/21 9434/21 9434/22
**examined [1]** 9428/7
**example [2]** 9436/20 9437/13
**except [1]** 9452/7
**exchange [1]** 9458/20
**excited [5]** 9389/25 9390/5 9395/9 9395/11 9401/22
**exciting [4]** 9352/11 9375/24 9389/24 9401/16
**excuse [9]** 9362/15 9364/17 9370/18 9371/11 9385/25 9413/8 9424/2 9431/25 9440/19
**executions [1]** 9431/5
**exercise [1]** 9366/24
**exhibit [13]** 9342/8 9392/22 9397/7 9409/25 9411/15 9421/8 9422/2 9424/13 9425/22 9427/12 9427/13 9458/18 9458/23
**Exhibit 1502 [1]** 9397/7
**exhibits [7]** 9420/19 9420/23 9421/11 9432/16 9433/1 9433/11 9454/18
**existed [3]** 9439/1 9439/2 9439/5
**existence [1]** 9439/18
**exit [3]** 9414/19 9452/1 9452/2
**exited [2]** 9408/21 9419/16
**exotic [1]** 9424/19
**expanding [1]** 9429/3
**expected [1]** 9348/24
**expecting [1]** 9377/14
**experience [1]**

**expert [5]** 9422/16 9426/17 9426/18 9426/19 9456/20
**explain [1]** 9422/17
**express [1]** 9369/18
**extent [2]** 9381/7 9436/3
**external [1]** 9391/15
**extinguisher [1]** 9363/18
**extremely [1]** 9397/21
**extrinsic [2]** 9424/4 9424/11

**F**

**F-word [1]** 9349/21
**F.2d [2]** 9428/2 9436/7
**F.3d [1]** 9431/1
**face [2]** 9407/11 9408/7
**Facebook [6]** 9428/25 9429/22 9429/23 9430/18 9430/19 9430/20
**faced [1]** 9395/22
**fact [10]** 9369/8 9383/9 9416/8 9433/6 9433/8 9434/2 9436/20 9450/20 9452/13 9453/8
**facts [6]** 9436/15 9437/15 9443/16 9443/16 9443/17 9443/23
**factual [3]** 9430/9 9431/2 9443/19
**factually [1]** 9443/14
**fading [1]** 9412/7
**faggot [1]** 9346/14
**failure [7]** 9422/23 9423/3 9423/5 9423/15 9423/20 9423/24 9447/4
**fair [7]** 9365/3 9367/8 9368/7 9378/5 9437/11 9437/12 9440/14
**fairly [3]** 9432/23 9439/17 9439/20
**Fall [1]** 9355/15
**false [1]** 9433/20
**falsity [1]** 9433/21
**familiar [2]** 9436/6 9454/2

family [6] 9344/4
9350/24 9362/7 9378/1
9378/16 9381/1
far [12] 9343/20
9369/16 9377/3 9378/2
9391/7 9391/8 9398/13
9400/16 9408/6 9408/6
9413/22 9424/25
far-fetched [1] 9377/3
fashioned [1] 9445/18
fast [2] 9410/6 9415/6
fast-forward [1]
9415/6
fast-forwarding [1]
9410/6
fatal [1] 9399/21
Fayetteville [2] 9351/7
9351/10
FBI [9] 9416/14 9417/2
9417/3 9417/17
9417/19 9421/8
9433/23 9433/24
9434/11
fear [1] 9441/23
February [1] 9354/23
feel [5] 9349/17
9364/14 9364/15
9368/11 9372/18
feelings [2] 9346/7
9349/12
feely [1] 9347/16
feet [1] 9387/24
fell [1] 9364/19
felony [2] 9423/12
9423/16
felt [7] 9349/17
9352/21 9376/21
9378/17 9395/15
9395/16 9395/24
fence [1] 9391/6
fetched [1] 9377/3
few [10] 9347/19
9357/9 9405/8 9409/4
9409/11 9415/22
9416/4 9420/19 9432/7
9433/3
Fifth [4] 9429/7
9444/20 9445/5 9445/6
Fifth Circuit [2]
9445/5 9445/6
fighting [2] 9368/18
9399/23
figure [2] 9361/5

figured [5] 9348/3
9348/4 9358/5 9360/1
9384/16
figures [1] 9436/24
file [7] 9422/24 9423/3
9423/5 9423/15
9423/18 9423/20
9423/24
filled [1] 9360/19
filming [2] 9371/16
9397/1
final [3] 9418/1
9419/22 9447/8
finalized [1] 9458/24
finally [2] 9364/9
9422/16
financial [2] 9431/3
9431/12
find [14] 9351/16
9383/3 9392/7 9413/23
9414/5 9439/2 9439/6
9439/9 9439/9 9441/21
9442/4 9446/8 9448/16
9448/17
finding [1] 9346/5
fine [2] 9421/10
9455/20
finest [1] 9407/22
finger [1] 9435/17
fingers [1] 9405/23
finish [1] 9459/1
finished [1] 9411/25
finishes [2] 9420/15
9432/20
fire [6] 9351/17
9351/18 9351/19
9355/1 9359/6 9363/18
firearm [1] 9354/1
firefighter [3] 9351/4
9352/5 9363/18
firm [1] 9376/4
first [33] 9349/15
9354/11 9356/14
9359/5 9368/15 9369/1
9370/7 9371/2 9372/3
9376/13 9387/21
9387/22 9388/5
9390/13 9402/2 9402/3
9402/4 9403/20
9403/23 9404/5
9407/24 9407/24
9412/6 9414/15
9420/24 9423/9

9420/9 9446/4
9451/20 9452/14
9454/4 9455/24 9457/6
Fischer [8] 9340/21
9340/21 9419/2 9422/6
9430/9 9430/22 9433/1
9440/7
fistfight [1] 9386/13
fit [1] 9368/18
five [4] 9387/23
9408/11 9409/2 9458/8
flag [1] 9353/10
flagging [3] 9433/5
9434/8 9445/16
flags [1] 9390/2
flares [2] 9359/25
9360/3
flash [1] 9382/12
flat [1] 9401/3
fleet [1] 9366/21
flipping [1] 9355/1
floor [4] 9356/2 9356/3
9360/20 9403/22
Florida [2] 9415/20
9432/4
flurry [1] 9358/4
Flynn [3] 9364/17
9364/18 9381/14
focus [1] 9442/2
focused [2] 9434/4
9442/18
foliage [1] 9391/4
folks [3] 9432/6
9440/4 9457/23
followed [3] 9370/13
9382/7 9403/19
following [5] 9380/14
9393/17 9406/23
9415/13 9434/19
Food [1] 9362/4
footage [8] 9448/16
9448/25 9449/1
9452/17 9454/14
9455/23 9456/21
9457/1
Force [1] 9366/20
foregoing [1] 9460/4
forget [2] 9439/22
9453/23
forgive [2] 9402/8
9451/10
form [1] 9354/19
formal [1] 9348/18
formation [2] 9353/17

FormerFeds [1]
9340/18
forth [5] 9357/20
9358/19 9372/20
9442/1 9451/5
forums [1] 9346/9
forward [2] 9415/6
9419/12
forwarding [1] 9410/6
found [3] 9346/3
9368/14 9429/10
foundation [1]
9371/22
four [12] 9344/23
9358/16 9361/11
9362/22 9381/17
9398/16 9417/22
9421/14 9446/7
9446/17 9451/17
9453/13
framing [1] 9435/13
frankly [6] 9351/15
9353/4 9365/9 9418/11
9435/16 9444/5
fraud [2] 9431/3
9431/12
freaked [2] 9346/14
9415/19
freaks [1] 9378/14
free [2] 9443/18
9443/24
freedom [4] 9379/24
9380/4 9381/4 9384/2
frequently [2] 9353/24
9454/23
Friday [4] 9400/22
9401/2 9458/6 9458/8
friends [1] 9391/23
front [15] 9340/6
9346/13 9356/7 9387/6
9391/6 9399/9 9405/10
9410/21 9416/13
9420/2 9421/19
9439/12 9446/3
9451/25 9455/19
fruition [1] 9363/13
fuck [4] 9359/8 9402/9
9402/10 9402/11
fucking [3] 9359/15
9361/20 9402/10
full [4] 9356/5 9358/17
9444/25 9456/13
full-blown [1] 9444/25

9474

**F**

function [1] 9384/22
funnel [1] 9399/21
further [3] 9396/17
9427/21 9438/19
furtherance [1]
9446/11

**G**

garage [13] 9359/22
9360/1 9360/18
9360/20 9360/21
9360/24 9360/25
9361/2 9361/4 9361/5
9374/24 9382/6
9382/13
gas [3] 9362/5 9380/21
9380/22
gave [11] 9346/10
9368/2 9412/17
9412/18 9416/17
9417/24 9427/15
9451/14 9453/25
9456/12 9456/13
gays [1] 9345/16
gear [14] 9358/15
9360/5 9360/6 9387/3
9387/6 9387/8 9387/9
9387/12 9387/13
9387/16 9388/1 9388/2
9416/10 9416/13
gender [3] 9344/14
9344/21 9345/7
general [1] 9379/2
generally [3] 9349/5
9412/22 9435/17
gentleman [1] 9387/10
gentlemen [3] 9343/7
9418/14 9455/15
Georgia [1] 9359/16
get [54] 9353/10
9353/24 9357/2 9364/4
9365/17 9369/3
9380/19 9381/21
9382/1 9382/9 9382/19
9382/24 9383/3 9383/4
9385/14 9386/2
9386/20 9387/12
9387/16 9388/5 9389/8
9390/12 9391/15
9393/11 9395/17
9399/24 9400/2
9400/13 9400/24
9401/2 9401/3 9401/14

9404/2 9412/10
9412/11 9414/7 9415/1
9415/7 9417/4 9418/17
9419/10 9420/23
9426/14 9430/22
9441/24 9444/6 9444/8
9448/11 9453/14
9454/24 9456/1 9457/2
9458/21 9458/25
gets [2] 9355/3
9451/22
getting [14] 9356/11
9356/16 9364/11
9364/25 9380/15
9382/3 9383/9 9389/24
9390/5 9395/8 9400/12
9407/9 9415/17
9415/18
Geyer [9] 9340/17
9343/2 9418/25
9420/16 9420/17
9447/18 9449/9
9452/25 9456/8
ghost [2] 9371/12
9371/17
ghost-hunters [1]
9371/17
girly [1] 9352/20
give [13] 9347/14
9350/7 9367/12
9367/21 9377/23
9380/6 9385/20
9404/13 9417/23
9438/13 9444/14
9445/16 9449/12
given [7] 9350/24
9351/1 9352/17
9377/17 9419/20
9427/20 9445/11
gives [1] 9456/18
giving [5] 9381/15
9383/16 9388/9
9391/22 9403/12
glass [1] 9402/7
Glen [1] 9340/23
gloss [2] 9443/13
9443/16
gloves [1] 9398/12
go [63] 9343/16
9343/23 9347/7 9347/9
9347/15 9348/19
9350/4 9352/2 9352/7
9354/3 9355/9 9355/13
9359/9 9360/6 9361/3

9361/10 9362/24
9364/22 9365/1 9365/2
9367/24 9369/10
9369/21 9370/3
9370/21 9370/23
9371/2 9372/21
9372/25 9373/9 9374/9
9375/3 9379/1 9381/18
9382/3 9387/12
9387/24 9390/10
9390/13 9392/7 9393/7
9393/10 9393/13
9393/20 9394/4
9394/23 9394/24
9395/18 9395/18
9398/17 9402/3
9403/15 9403/18
9413/23 9414/5
9414/16 9415/14
9415/20 9415/22
9418/2 9418/15
9419/25 9427/20
goal [1] 9442/5
God [1] 9392/10
goes [1] 9428/3
going [105] 9343/18
9345/2 9346/5 9346/9
9347/22 9348/9
9348/25 9350/14
9350/19 9352/12
9355/4 9355/4 9357/15
9358/7 9358/13
9358/14 9358/15
9358/17 9359/18
9359/24 9360/22
9363/6 9363/10
9363/11 9364/13
9366/16 9367/11
9367/12 9367/14
9367/23 9368/20
9368/21 9368/23
9369/9 9369/19
9372/18 9373/10
9373/15 9373/18
9373/21 9374/11
9374/13 9374/14
9374/16 9374/23
9375/6 9375/7 9376/10
9377/6 9377/12 9378/7
9378/11 9378/13
9379/3 9379/11
9379/19 9381/3 9382/2
9382/19 9383/17
9386/21 9387/11

9387/16 9392/1 9392/7
9395/4 9397/5 9398/25
9399/25 9400/20
9400/23 9401/5
9401/13 9401/20
9401/20 9402/10
9402/10 9402/16
9404/9 9404/20 9405/2
9409/2 9409/3 9415/21
9416/3 9416/23
9418/16 9418/22
9419/8 9419/21
9421/15 9424/9
9427/22 9433/8
9433/16 9433/21
9434/7 9442/22 9444/1
9447/22 9449/5
9451/25 9452/21
9455/10 9455/17
gone [5] 9374/16
9394/8 9401/7 9435/16
9441/14
good [14] 9343/8
9343/13 9343/14
9369/20 9382/8 9383/9
9390/10 9390/11
9391/2 9400/25
9414/18 9419/13
9437/9 9456/15
Googled [1] 9381/3
Gorge [2] 9357/12
9358/15
got [59] 9345/11
9345/13 9345/13
9345/14 9350/15
9351/3 9352/8 9354/25
9360/2 9364/4 9364/5
9364/5 9364/9 9368/13
9373/16 9375/15
9378/9 9380/20
9382/22 9384/16
9384/18 9384/20
9385/21 9387/4
9387/12 9387/22
9388/1 9388/1 9388/25
9389/11 9390/6
9390/14 9394/19
9395/3 9395/19
9396/13 9396/14
9398/20 9400/14
9400/15 9400/19
9402/12 9406/6 9407/4
9407/14 9407/24
9408/5 9408/7 9410/1

**G**

**got... [10]** 9412/6
9413/2 9413/5 9413/13
9415/7 9416/20
9416/23 9419/19
9420/1 9421/22
**GoToMeeting [1]**
9425/22
**gotten [3]** 9403/6
9412/6 9418/10
**government [31]**
9339/12 9365/3 9365/6
9365/6 9369/23
9377/18 9396/21
9397/6 9401/13
9409/20 9418/6
9421/11 9422/1
9427/22 9429/2
9429/14 9431/13
9432/10 9436/8
9436/15 9441/3 9442/3
9442/5 9446/4 9446/12
9450/19 9454/10
9454/21 9456/6
9456/22 9458/6
**government's [9]**
9385/1 9397/6 9421/9
9431/25 9432/8
9436/16 9439/14
9454/25 9458/8
**governmental [1]**
9398/25
**Governor [2]** 9340/22
9355/20
**grabbed [1]** 9371/21
**grabbing [2]** 9371/20
9371/21
**grade [2]** 9348/17
9348/17
**grand [3]** 9428/21
9429/8 9429/10
**grandfather [1]** 9344/5
**grassy [1]** 9390/17
**great [4]** 9347/16
9360/1 9390/8 9440/22
**greatest [1]** 9366/22
**grew [1]** 9349/13
**ground [3]** 9385/16
9385/18 9429/19
**grounds [8]** 9413/2
9413/5 9413/9 9413/12
9413/23 9414/2 9414/8
9454/11
**group [9]** 9355/11

9365/1 9365/2 9385/4
9388/12 9389/23
9393/17 9398/23
9449/15
**grouped [1]** 9392/5
**groups [6]** 9346/5
9365/13 9365/13
9384/23 9388/25
9389/2
**Guam [1]** 9366/20
**guard [2]** 9360/2
9389/14
**guarding [2]** 9376/19
9449/18
**guess [7]** 9345/19
9360/18 9376/18
9391/12 9408/6
9422/12 9452/10
**guide [1]** 9360/3
**guilty [2]** 9368/9
9439/9
**gullible [1]** 9368/12
**gun [4]** 9369/1 9369/2
9377/20 9403/2
**gunpoint [1]** 9359/16
**guns [5]** 9357/18
9360/11 9362/17
9377/21 9399/21
**guts [1]** 9365/25
**guy [7]** 9346/20
9351/16 9356/4
9364/21 9407/25
9412/8 9412/10
**guys [7]** 9361/22
9368/12 9372/18
9383/14 9383/16
9400/5 9416/21

**H**

**hack [2]** 9410/11
9411/17
**had [126]**
**hadn't [1]** 9352/14
**half [3]** 9347/8 9356/7
9378/3
**Haller [11]** 9340/12
9340/13 9343/3
9420/17 9420/19
9426/18 9447/17
9447/23 9447/25
9454/21 9456/8
**hallucinating [1]**
9424/19
**hallucinations [1]**

9425/1
**hallway [11]** 9401/12
9403/15 9404/3 9404/9
9405/6 9406/5 9408/5
9416/12 9449/2
9456/22 9456/23
**hand [3]** 9381/11
9398/9 9399/9
**Haney [1]** 9384/7
**hang [4]** 9398/15
9435/4 9435/25 9455/9
**hanging [5]** 9396/18
9400/13 9403/25
9413/15 9413/15
**happen [8]** 9355/5
9367/7 9367/11
9367/13 9371/10
9404/4 9405/23 9420/3
**happened [19]**
9346/10 9347/13
9355/5 9361/25 9369/9
9371/18 9373/14
9386/12 9387/20
9388/10 9396/13
9400/10 9434/21
9434/22 9449/4 9450/6
9450/13 9450/25
9455/8
**happening [1]**
9396/20
**happens [2]** 9346/18
9346/18
**happy [3]** 9407/23
9444/2 9444/17
**hard [4]** 9354/24
9426/1 9433/18
9445/21
**hardly [1]** 9391/2
**harms [1]** 9350/16
**Harrelson [3]** 9340/17
9389/5 9418/25
**Harris [11]** 9367/20
9432/1 9432/2 9432/3
9432/4 9433/7 9433/9
9433/15 9433/20
9433/23 9434/2
**Harrisburg [1]** 9340/7
**Harry [1]** 9413/16
**has [34]** 9349/22
9365/3 9385/15
9392/12 9394/10
9410/9 9411/10
9413/20 9419/22
9424/7 9424/15

9425/24 9426/20
9427/2 9429/3 9429/8
9431/2 9432/2 9436/15
9436/17 9437/1
9437/15 9437/25
9440/2 9440/18 9442/3
9443/16 9444/10
9444/24 9445/17
9446/4 9456/6 9456/9
9456/21
**hasn't [2]** 9434/21
9434/22
**hate [2]** 9353/5 9353/5
**have [136]**
**haven't [2]** 9440/7
9452/19
**having [10]** 9408/9
9432/12 9433/14
9438/6 9442/19 9448/9
9448/11 9452/19
9453/23 9455/11
**he [169]**
**he's [2]** 9372/17
9453/20
**head [1]** 9454/22
**headed [1]** 9393/16
**hear [12]** 9379/22
9396/22 9397/16
9397/18 9397/23
9404/25 9421/18
9422/11 9436/21
9437/22 9440/5 9458/7
**heard [18]** 9343/24
9349/20 9353/13
9358/8 9378/8 9379/18
9384/1 9384/25
9401/21 9402/7
9404/18 9405/16
9421/14 9439/22
9440/7 9440/12 9454/4
9458/19
**hearing [1]** 9439/16
**heavy [1]** 9371/20
**held [3]** 9359/15
9423/24 9431/8
**helicopter [3]** 9359/25
9360/2 9360/3
**helmet [1]** 9412/3
**help [8]** 9348/7 9354/4
9373/19 9374/23
9374/25 9375/20
9377/5 9394/9
**helped [2]** 9351/16
9382/8

## H

**helping [6]** 9350/13 9408/3 9408/4 9410/19 9411/25 9412/1
**helps [1]** 9453/19
**her [13]** 9361/24 9365/24 9392/7 9409/3 9415/22 9415/23 9418/24 9420/15 9432/20 9434/23 9441/15 9456/16 9456/17
**here [39]** 9353/18 9354/7 9364/7 9364/11 9367/24 9376/5 9377/18 9381/5 9386/2 9386/21 9387/5 9390/10 9393/9 9395/10 9395/14 9406/17 9410/17 9410/22 9412/5 9413/25 9414/14 9429/10 9431/17 9432/3 9432/6 9433/4 9437/1 9437/15 9440/2 9441/23 9443/8 9443/22 9443/22 9451/9 9454/25 9455/10 9455/16 9456/7 9456/16
**here's [4]** 9416/18 9416/19 9417/5 9437/19
**Herman [3]** 9341/2 9460/3 9460/11
**heroic [1]** 9401/19
**Hey [17]** 9360/21 9372/9 9372/14 9372/18 9374/16 9375/9 9375/13 9376/10 9386/21 9387/3 9387/11 9394/18 9400/6 9402/8 9402/15 9403/18 9416/1
**hide [3]** 9347/14 9369/10 9416/4
**Highway [1]** 9340/22
**hill [1]** 9390/18
**Hilliard [1]** 9343/19
**him [46]** 9357/24 9368/24 9379/13 9382/10 9382/16 9382/16 9383/7 9384/8

9388/17 9389/7 9394/14 9408/10 9408/12 9408/13 9410/22 9412/6 9412/11 9412/12 9412/18 9413/23 9414/24 9415/1 9415/3 9416/1 9416/18 9417/10 9417/23 9417/24 9417/24 9421/18 9425/16 9427/6 9427/8 9432/7 9433/3 9450/7 9450/20 9451/8 9451/17 9451/19 9452/19 9453/13 9454/7 9454/24 9455/1 9457/6
**himself [1]** 9451/11
**hindsight [2]** 9368/11 9401/6
**hip [1]** 9364/22
**hips [1]** 9413/21
**his [21]** 9348/4 9375/17 9384/6 9422/4 9422/8 9422/18 9422/23 9428/25 9428/25 9432/12 9432/18 9433/14 9441/18 9449/3 9449/7 9451/11 9451/20 9452/7 9453/12 9453/15 9456/3
**history [2]** 9344/9 9352/18
**hits [1]** 9349/1
**hoarder [1]** 9356/5
**hold [3]** 9359/17 9359/21 9405/17
**Holden [3]** 9384/7 9384/7 9384/8
**holding [3]** 9357/5 9358/20 9406/18
**hole [2]** 9371/14 9403/21
**home [14]** 9343/16 9343/19 9345/14 9348/22 9352/9 9352/12 9361/9 9362/25 9363/2 9363/2 9415/7 9415/7 9415/12 9415/14
**homes [1]** 9355/13
**homosexuals [1]** 9345/16

**honest [1]** 9356/14
**honestly [4]** 9349/24 9353/15 9353/16 9402/5
**Honor [49]** 9343/10 9392/12 9392/17 9392/20 9397/7 9409/7 9409/19 9411/11 9418/12 9418/13 9418/18 9419/4 9419/20 9420/22 9421/4 9424/17 9425/20 9426/15 9427/7 9427/11 9427/16 9429/20 9430/7 9431/24 9434/6 9434/9 9435/1 9435/11 9436/5 9438/9 9439/15 9440/5 9440/9 9443/12 9443/14 9444/10 9446/6 9447/2 9450/23 9451/13 9453/4 9455/3 9456/20 9457/17 9458/1 9458/11 9458/14 9458/17 9459/2
**honorable [2]** 9339/9 9347/23
**hope [1]** 9343/7
**hopefully [1]** 9420/20
**hospital [1]** 9359/6
**hostage [2]** 9359/18 9359/21
**hotel [5]** 9374/24 9378/12 9379/25 9381/2 9381/18
**hotels [1]** 9389/17
**hour [10]** 9343/8 9343/21 9355/22 9376/6 9376/7 9378/3 9380/19 9380/19 9407/22 9414/13
**hours [6]** 9368/16 9378/3 9381/17 9420/8 9421/1 9422/5
**house [7]** 9363/12 9401/20 9402/9 9402/10 9415/10 9416/11 9455/20
**housekeeping [1]** 9458/17
**houses [1]** 9355/1
**how [44]** 9343/20 9344/13 9345/23

9347/9 9347/15 9348/23 9352/12 9353/10 9355/19 9356/15 9357/16 9357/19 9361/10 9366/7 9368/1 9368/10 9368/14 9371/10 9374/8 9378/2 9381/16 9382/19 9389/8 9393/5 9398/15 9400/14 9400/21 9401/4 9404/3 9405/5 9408/25 9412/25 9414/7 9414/12 9417/21 9417/24 9422/13 9422/14 9422/14 9422/17 9426/2 9435/10 9453/8 9453/17
**however [7]** 9423/5 9424/2 9424/5 9429/16 9439/4 9451/20 9453/20
**hub [3]** 9436/15 9436/23 9437/5
**huge [2]** 9364/2 9375/10
**Hughes [4]** 9339/13 9409/6 9452/11 9455/12
**huh [2]** 9356/15 9382/20
**hum [1]** 9410/23
**humans [1]** 9448/7
**hundreds [2]** 9360/20 9370/22
**hung [2]** 9386/6 9403/22
**hunters [1]** 9371/17
**hunting [1]** 9371/12
**hurt [1]** 9350/13
**hype [1]** 9407/4
**hypothetically [1]** 9441/10

## I

**I'd [3]** 9367/12 9406/15 9445/16
**I'll [4]** 9424/10 9434/19 9443/10 9444/3
**I'm [31]** 9345/2 9350/14 9350/19 9350/20 9376/23 9380/8 9380/15

I'm... **[24]** 9383/14 9388/8 9398/20 9401/12 9404/20 9406/5 9406/15 9406/16 9407/7 9415/21 9420/13 9420/14 9427/17 9430/19 9434/23 9435/6 9436/6 9437/22 9444/2 9448/9 9449/17 9455/3 9455/9 9455/9

**I've [7]** 9349/24 9400/18 9426/7 9426/7 9426/8 9440/22 9444/25

**idea [16]** 9355/12 9360/19 9372/4 9374/13 9377/3 9377/8 9384/12 9399/8 9402/5 9437/9 9437/13 9443/4 9456/4 9456/14 9456/15 9457/8

**identical [1]** 9428/11

**identification [8]** 9425/24 9426/5 9426/10 9427/9 9436/10 9438/13 9452/13 9454/10

**identified [6]** 9344/14 9426/23 9427/5 9431/4 9440/22 9448/22

**identifies [1]** 9426/13

**identify [7]** 9344/13 9352/23 9436/4 9440/13 9448/1 9450/18 9454/5

**identifying [3]** 9448/3 9448/7 9449/11

**identity [3]** 9344/21 9345/7 9349/3

**idiot [1]** 9401/24

**II [1]** 9344/8

**III [3]** 9339/5 9339/19 9340/2

**Illinois [1]** 9384/10

**immediately [2]** 9410/21 9420/18

**imparted [1]** 9349/13

**impeachment [3]** 9423/25 9449/2 9449/3

**impermissibly [1]** 9422/19

**important [1]** 9458/21

**impression [3]** 9363/10 9379/5 9379/11

**impressions [1]** 9363/15

**inaccurate [2]** 9427/1 9449/8

**inaccurately [1]** 9427/5

**inaugurate [2]** 9394/20 9394/21

**inauguration [2]** 9358/22 9368/18

**incident [1]** 9406/25

**inclined [2]** 9447/23 9448/4

**included [1]** 9449/1

**including [1]** 9426/10

**incomplete [1]** 9435/9

**inconsistencies [1]** 9456/3

**incredibly [1]** 9444/1

**inculpated [1]** 9418/24

**indicated [1]** 9388/20

**indicating [1]** 9424/14

**indictment [14]** 9427/25 9428/9 9428/12 9428/18 9429/4 9429/16 9431/4 9431/9 9431/19 9438/22 9438/24 9439/1 9439/8 9439/10

**individual [7]** 9347/5 9411/23 9435/17 9436/24 9436/25 9437/3 9449/10

**individuals [7]** 9383/23 9387/18 9388/20 9389/2 9392/2 9437/4 9442/4

**indulgence [2]** 9397/5 9418/12

**infantry [1]** 9346/17

**infantryman [1]** 9344/6

**inferential [1]** 9451/5

**influence [4]** 9422/7 9425/11 9425/14 9425/15

**information [4]** 9343/24 9416/23 9416/24 9451/15

**informed [1]** 9454/21

**Infowars [3]** 9368/13

9368/14 9375/24 9375/25

**inhaler [2]** 9412/17 9412/18

**initially [2]** 9374/13 9388/23

**inner [1]** 9375/24

**inroads [1]** 9367/15

**insane [2]** 9359/21 9390/16

**inside [6]** 9363/2 9387/10 9387/10 9396/20 9398/18 9417/4

**insofar [2]** 9427/20 9440/21

**instead [2]** 9371/19 9371/21

**institution [2]** 9431/4 9431/12

**instructed [3]** 9437/24 9438/19 9442/11

**instructing [1]** 9446/13

**instruction [30]** 9427/21 9430/5 9435/4 9435/8 9435/9 9435/13 9435/19 9436/9 9437/23 9438/8 9438/12 9438/16 9438/18 9439/19 9442/14 9442/18 9442/21 9442/22 9443/1 9443/6 9443/7 9444/7 9444/15 9444/21 9444/25 9445/5 9445/11 9445/17 9445/20 9447/4

**instructions [8]** 9427/20 9427/23 9427/24 9431/22 9434/14 9434/14 9447/5 9458/5

**Insurrection [7]** 9376/23 9377/6 9377/16 9378/10 9441/16 9441/20 9446/11

**Insurrection Act [1]** 9441/16

**intel [1]** 9383/17

**intend [4]** 9394/24 9395/1 9395/6 9420/24

**intends [1]** 9420/18

**intent [2]** 9369/17 9455/3

**intents [1]** 9395/7

**interaction [3]** 9450/25 9451/2 9453/10

**interest [1]** 9344/11

**interested [4]** 9344/10 9345/1 9356/25 9434/24

**interesting [2]** 9372/9 9372/15

**interfere [1]** 9441/12

**interfered [1]** 9406/9

**internalized [2]** 9345/17 9367/9

**internalizing [1]** 9349/23

**internet [3]** 9346/1 9368/8 9416/24

**intervened [1]** 9386/14

**interview [2]** 9375/10 9432/5

**intro [1]** 9447/24

**introduce [3]** 9432/17 9447/18 9452/16

**introduced [2]** 9414/9 9422/13

**introduction [2]** 9448/5 9448/6

**invaded [1]** 9369/19

**invading [1]** 9377/4

**investigated [2]** 9433/24 9433/25

**investigating [1]** 9432/18

**investigation [2]** 9432/5 9432/6

**investigator [3]** 9456/14 9456/16 9457/3

**investigators [1]** 9455/22

**invitation [2]** 9384/17 9385/22

**invited [4]** 9384/14 9384/16 9384/18 9385/2

**invocation [2]** 9441/20 9446/10

**involve [2]** 9434/2 9448/12

**involved [5]** 9418/10 9436/18 9439/25

**I**

**involved... [2]** 9441/3 9441/17
**involves [1]** 9436/24
**involving [1]** 9449/3
**Iraq [1]** 9351/12
**ironed [1]** 9420/23
**is [300]**
**Isaacs [6]** 9408/5 9410/19 9410/19 9410/21 9411/25 9412/2
**ish [1]** 9386/24
**issue [15]** 9422/3 9422/23 9424/6 9429/21 9430/14 9432/12 9433/2 9433/5 9433/10 9434/8 9436/9 9454/9 9454/12 9457/14 9457/20
**issues [3]** 9345/19 9409/8 9409/10
**it [341]**
**it's [80]** 9343/21 9346/19 9349/11 9349/23 9352/25 9353/4 9353/4 9353/5 9353/9 9353/10 9353/15 9353/23 9353/25 9354/1 9367/3 9370/1 9373/18 9375/23 9375/23 9382/2 9383/13 9393/19 9393/22 9394/4 9394/4 9394/5 9394/12 9399/4 9399/7 9399/18 9400/23 9402/1 9402/9 9403/2 9403/3 9407/2 9408/19 9416/11 9416/11 9420/6 9423/6 9423/7 9423/12 9423/14 9424/2 9424/3 9425/22 9425/22 9426/2 9426/8 9427/6 9427/8 9427/15 9430/14 9431/1 9432/20 9433/18 9437/6 9437/6 9437/9 9440/14 9440/16 9440/22 9440/23 9442/22 9443/3 9443/22 9444/25 9445/6 9448/15 9449/5 9450/23 9452/3 9452/7

9452/8 9452/12 9452/13 9453/6 9453/20 9453/22
**itself [2]** 9394/25 9441/7

**J**

**J-E-S-S-I-C-A [1]** 9343/18
**JAG [1]** 9348/7
**jail [1]** 9348/17
**jam [1]** 9364/10
**jam-packed [1]** 9364/10
**James [1]** 9339/22
**Jan [3]** 9358/9 9358/9 9384/20
**Jan 6 [1]** 9384/20
**Jan. [1]** 9373/24
**Jan. 6, 21 DC [1]** 9373/24
**January [13]** 9356/19 9371/3 9371/7 9372/4 9377/7 9379/14 9380/12 9380/18 9396/1 9402/24 9414/23 9422/5 9429/17
**January 6 [1]** 9356/19
**January 6th [7]** 9371/3 9372/4 9377/7 9396/1 9402/24 9422/5 9429/17
**JC [1]** 9445/22
**Jeffrey [1]** 9339/13
**Jeremy [1]** 9344/16
**Jess [2]** 9401/23 9456/17
**Jessica [3]** 9340/5 9343/11 9343/17
**jewelry [1]** 9352/21
**job [1]** 9386/4
**jobs [1]** 9421/22
**johns [1]** 9400/12
**Johnston [1]** 9340/3
**join [8]** 9344/1 9344/3 9351/11 9351/19 9372/10 9372/15 9384/20 9385/14
**joined [5]** 9344/13 9344/18 9441/4 9441/18 9450/1
**joining [3]** 9356/19 9356/25 9370/16

**joint [1]** 9366/24
**joke [1]** 9379/21
**joking [1]** 9364/3
**Jonathan [1]** 9340/5
**Jones [4]** 9364/17 9368/12 9368/14 9381/14
**Jr [2]** 9340/2 9340/9
**judge [2]** 9339/9 9438/17
**Juli [1]** 9340/12
**JULIA [1]** 9340/13
**July [2]** 9359/8 9390/4
**jumble [1]** 9364/24
**jump [2]** 9394/22 9401/11
**jumped [1]** 9433/10
**jumping [1]** 9407/25
**jury [39]** 9339/8 9343/5 9392/24 9406/13 9408/21 9409/14 9419/16 9420/1 9420/2 9422/19 9425/7 9426/11 9426/12 9427/6 9428/21 9429/8 9429/10 9429/18 9430/4 9435/23 9436/1 9437/24 9438/13 9438/17 9439/22 9441/21 9442/2 9442/7 9442/10 9442/15 9442/23 9443/1 9443/2 9443/8 9444/1 9444/9 9446/13 9446/18 9458/21
**jury's [3]** 9348/14 9348/16 9352/4
**just [136]**

**K**

**Kathryn [1]** 9339/12
**keep [3]** 9357/17 9383/15 9389/15
**Keeper [1]** 9385/6
**Keepers [22]** 9362/11 9362/12 9368/15 9375/4 9375/6 9384/4 9385/15 9385/18 9393/15 9395/10 9395/13 9395/14 9440/25 9448/15 9448/22 9448/23 9450/2 9450/5 9450/7

**Keepers' [1]** 9365/5
**Kelly [5]** 9340/9 9375/14 9388/14 9388/15 9413/15
**Kelly Meggs [2]** 9375/14 9388/15
**Kenneth [2]** 9340/17 9389/5
**Kentucky [2]** 9369/11 9369/15
**kept [6]** 9349/11 9372/7 9372/12 9372/17 9382/21 9383/18
**Kevlar [1]** 9377/22
**key [1]** 9448/13
**kick [1]** 9399/24
**kicking [1]** 9354/24
**killed [2]** 9346/25 9346/25
**killing [2]** 9361/24 9422/14
**kind [34]** 9343/23 9346/6 9348/18 9348/24 9349/2 9349/16 9349/25 9353/18 9357/17 9361/14 9369/11 9371/17 9371/17 9373/7 9373/14 9373/16 9377/3 9385/19 9391/2 9391/23 9391/25 9393/16 9394/22 9395/3 9402/4 9402/23 9403/18 9407/2 9408/7 9408/10 9412/8 9413/14 9428/16 9456/2
**knee [1]** 9364/22
**knew [9]** 9382/8 9384/8 9385/7 9385/17 9388/14 9388/15 9388/17 9405/11 9433/7
**knock [1]** 9361/25
**know [128]**
**knowledge [8]** 9348/6 9385/12 9411/4 9411/5 9418/5 9418/7 9424/21 9432/3
**known [3]** 9345/23 9348/3 9428/21

**K**

knows [1] 9346/19

**L**

LA [1] 9340/3
ladies [3] 9343/7
9418/14 9455/15
lady [1] 9374/16
laid [1] 9418/15
land [1] 9360/1
landed [1] 9371/25
language [12] 9361/19
9402/8 9421/13
9422/20 9427/25
9430/8 9430/22
9443/11 9445/9
9445/12 9446/17
9446/21
laptop [3] 9346/2
9346/10 9346/13
large [1] 9440/6
lashed [1] 9349/24
lashing [1] 9349/23
LASSITER [1] 9339/19
last [10] 9350/2
9381/16 9413/3
9414/22 9414/24
9421/12 9432/7 9433/3
9446/24 9456/13
late [3] 9371/4 9371/14
9422/21
later [2] 9383/5
9453/14
Laughing [1] 9449/21
Laughter [1] 9440/10
law [11] 9340/10
9340/13 9400/7
9416/19 9418/11
9424/7 9438/4 9442/17
9442/24 9443/13
9444/4
law-abidingness [1]
9424/7
lawful [1] 9365/6
Lawn [2] 9339/20
9339/22
laws [1] 9424/8
layout [1] 9416/11
Lazarus [15] 9448/20
9449/11 9449/13
9449/23 9450/13
9450/18 9451/1 9452/6
9452/13 9453/7
9454/15 9454/22

9455/16 9455/24
9457/4
leading [1] 9432/8
Leah [5] 9356/23
9365/21 9368/18
9372/6 9372/11
leak [1] 9416/23
learned [5] 9384/7
9399/10 9431/24
9433/6 9433/8
least [3] 9377/13
9432/9 9458/12
leave [17] 9352/5
9360/13 9360/23
9360/25 9361/1 9361/8
9363/25 9377/24
9378/15 9386/15
9413/12 9414/2
9415/14 9415/21
9443/12 9452/3
9453/19
leaves [1] 9445/19
leaving [5] 9364/1
9364/23 9364/24
9386/9 9451/25
Lee [1] 9339/22
left [31] 9363/24
9366/16 9368/22
9376/13 9376/15
9377/12 9377/25
9378/5 9381/1 9381/11
9381/23 9381/24
9386/19 9387/21
9388/6 9388/19
9392/10 9392/11
9393/25 9415/8
9415/24 9416/10
9416/13 9417/1 9417/2
9420/8 9435/9 9450/2
9450/7 9453/21 9457/9
left-hand [1] 9381/11
left-wing [2] 9366/16
9368/22
legal [1] 9419/9
lend [1] 9443/4
less [5] 9366/2
9393/14 9429/6 9436/8
9436/14
let [15] 9346/1 9381/5
9383/17 9413/24
9415/22 9416/16
9425/3 9433/15 9434/7
9440/23 9443/4
9443/10 9449/9

let's [15] 9360/12
9362/24 9366/9 9366/9
9375/25 9381/21
9383/11 9393/19
9394/22 9401/13
9402/18 9403/18
9404/2 9435/3 9456/4
letter [3] 9370/5
9370/5 9424/14
letting [1] 9433/12
level [4] 9349/12
9359/22 9423/10
9443/22
liability [1] 9378/13
liaison [1] 9377/17
liaison-type [1]
9377/17
lie [2] 9421/23 9423/4
life [1] 9421/23
light [1] 9408/1
lights [1] 9382/12
like [262]
like-minded [1] 9407/3
liked [1] 9415/25
limited [2] 9424/25
9430/3
Linder [3] 9339/19
9339/19 9422/24
line [8] 9359/15 9382/2
9406/18 9411/10
9413/14 9421/9
9423/22 9452/10
list [4] 9419/19
9441/25 9458/19
9458/23
listen [1] 9406/6
listened [1] 9421/24
lists [1] 9458/24
literally [5] 9355/23
9367/2 9387/14 9394/2
9454/22
little [23] 9343/24
9345/3 9350/3 9350/15
9353/18 9359/3
9360/12 9365/1 9365/2
9365/12 9374/14
9374/19 9381/7
9383/11 9388/2
9389/23 9390/17
9395/5 9398/13
9411/25 9413/10
9413/11 9423/2
live [1] 9352/10

lived [3] 9356/2 9356/4
9362/7
Lives [4] 9359/11
9362/25 9378/24
9379/19
living [3] 9354/12
9355/25 9356/9
LLC [2] 9340/6
9340/18
lobby [1] 9456/2
local [1] 9424/8
locate [1] 9388/23
location [2] 9376/12
9449/14
lock [1] 9378/17
locked [1] 9355/21
loft [1] 9356/4
logging [1] 9421/8
long [22] 9345/25
9347/7 9358/16
9360/11 9362/15
9362/17 9377/20
9381/16 9389/8 9393/5
9393/6 9398/15
9398/16 9405/7
9412/25 9414/7
9414/12 9416/12
9432/15 9434/7
9441/25 9448/12
longer [3] 9358/15
9408/25 9413/10
look [18] 9350/22
9353/10 9370/19
9374/23 9375/9
9375/13 9394/18
9416/9 9416/18
9427/18 9440/16
9444/3 9444/18
9452/23 9454/3 9455/9
9456/18 9458/3
looked [9] 9395/22
9398/21 9403/22
9403/25 9421/10
9421/10 9426/7
9427/17 9445/1
looking [6] 9351/13
9393/2 9397/1 9416/6
9458/4 9458/13
looks [3] 9372/9
9372/14 9433/13
loose [2] 9421/7
9422/3
loosens [1] 9424/21
Lorraine [3] 9341/2

**L**

**Lorraine... [2]** 9460/3 9460/11
**lose [1]** 9377/12
**lost [1]** 9401/22
**lot [37]** 9345/1 9345/10 9345/14 9345/16 9345/17 9345/25 9349/12 9349/22 9352/20 9354/23 9355/4 9357/14 9361/25 9365/18 9365/24 9366/13 9367/6 9367/16 9368/1 9368/13 9372/8 9372/14 9372/19 9372/22 9373/18 9390/2 9401/12 9402/22 9403/24 9404/19 9404/21 9406/2 9407/3 9407/5 9424/15 9437/22 9441/25
**loud [2]** 9397/20 9397/21
**Louis [1]** 9339/14
**Louisville [7]** 9359/18 9360/15 9361/10 9362/22 9383/15 9384/5 9384/5
**love [2]** 9344/4 9350/13
**loved [1]** 9351/24
**lunch [2]** 9343/8 9458/5

**M**

**ma'am [3]** 9392/15 9397/9 9418/13
**mad [3]** 9402/12 9404/25 9405/4
**made [11]** 9353/1 9354/19 9371/22 9379/21 9401/12 9424/7 9424/24 9425/24 9428/13 9431/7 9433/17
**MAGA [9]** 9363/7 9363/16 9364/5 9364/14 9373/14 9374/7 9376/4 9383/15 9384/15
**maid [1]** 9378/14

**mainly [1]** 9447/11
**make [12]** 9345/2 9351/14 9365/9 9373/8 9383/7 9421/1 9421/25 9425/1 9437/20 9442/20 9443/7 9443/14
**makes [1]** 9353/15
**making [3]** 9367/15 9430/2 9437/21
**male [1]** 9344/14
**man [4]** 9346/24 9411/24 9412/5 9412/18
**mandatory [2]** 9367/22 9369/1
**Mangieri [1]** 9428/2
**many [6]** 9356/15 9361/10 9417/21 9424/23 9448/16 9450/9
**Manzo [1]** 9339/14
**map [3]** 9378/24 9379/2 9379/2
**maps [1]** 9378/23
**march [11]** 9359/12 9363/7 9363/16 9364/5 9364/14 9373/14 9374/7 9376/4 9383/15 9384/15 9419/12
**marching [1]** 9357/21
**Marine [1]** 9378/16
**marked [4]** 9392/13 9409/19 9410/10 9411/11
**Mart [1]** 9362/4
**martial [1]** 9348/14
**martialable [2]** 9348/9 9348/13
**massive [2]** 9367/15 9390/25
**material [3]** 9421/8 9449/3 9449/3
**materialize [1]** 9351/13
**materials [2]** 9429/12 9430/5
**matter [6]** 9350/20 9359/12 9362/25 9378/24 9379/19 9460/5
**matters [2]** 9419/9 9431/22
**may [16]** 9407/22

9408/22 9416/6 9416/9 9418/15 9419/7 9419/17 9420/19 9435/21 9438/15 9441/13 9450/7 9450/7 9450/13 9454/21 9457/8
**maybe [18]** 9347/8 9351/19 9352/15 9353/20 9354/22 9361/7 9373/6 9374/17 9378/3 9378/20 9389/10 9396/13 9398/16 9414/13 9417/22 9430/12 9450/2 9451/16
**MD [1]** 9340/23
**me [103]** 9345/1 9345/15 9346/2 9346/13 9346/16 9346/20 9347/14 9348/7 9348/8 9349/13 9349/14 9350/2 9351/16 9352/10 9352/11 9352/17 9352/20 9352/22 9353/9 9353/10 9353/11 9353/15 9354/6 9356/17 9362/16 9363/18 9364/17 9365/10 9367/6 9370/18 9371/11 9371/25 9372/7 9372/12 9373/3 9373/4 9373/5 9375/5 9375/14 9375/19 9377/5 9379/10 9381/5 9383/17 9383/17 9385/19 9385/25 9387/2 9387/20 9388/14 9394/9 9394/13 9398/20 9398/21 9400/3 9402/7 9402/12 9402/23 9403/1 9405/9 9406/6 9407/5 9407/6 9407/6 9407/9 9407/12 9407/13 9407/14 9412/17 9413/8 9413/16 9413/24 9414/18 9415/19 9416/2 9421/10 9421/20 9424/3 9424/22 9425/3

9426/14 9426/16 9431/25 9433/15 9434/7 9438/7 9438/10 9438/13 9439/12 9440/19 9440/23 9443/4 9443/10 9444/18 9445/22 9446/3 9446/4 9446/20 9449/9 9451/10 9457/16 9457/18
**mean [34]** 9348/24 9349/1 9353/7 9358/13 9358/14 9359/13 9368/19 9370/20 9375/1 9375/23 9375/23 9377/1 9385/24 9387/24 9389/25 9390/15 9390/25 9391/6 9393/18 9393/24 9394/12 9394/13 9395/11 9396/10 9402/19 9404/5 9409/4 9420/4 9430/13 9435/21 9436/23 9440/16 9448/12 9454/19
**means [5]** 9353/8 9416/21 9430/14 9443/23 9447/7
**meant [1]** 9375/2
**measured [1]** 9428/12
**mechanical [1]** 9341/7
**media [3]** 9366/14 9366/14 9415/16
**medic [4]** 9363/17 9377/21 9401/23 9412/2
**medical [6]** 9358/14 9359/10 9360/5 9360/6 9374/15 9374/19
**medicine [1]** 9422/14
**medics [1]** 9412/4
**meet [1]** 9387/14
**meetings [1]** 9417/17
**Meggs [14]** 9340/9 9375/14 9388/14 9388/15 9425/24 9425/25 9426/3 9426/4 9426/14 9427/5 9437/13 9437/13 9438/5 9456/21
**Meggs' [2]** 9434/3

# M

Meggs'... [1] 9455/5
MEHTA [1] 9339/9
member [4] 9356/14
9439/7 9439/10
9442/16
members [5] 9356/12
9356/15 9356/17
9389/2 9439/5
memories [1] 9353/12
message [6] 9379/10
9380/20 9428/22
9429/22 9430/19
9430/20
messages [8] 9422/6
9422/8 9422/21
9428/17 9429/17
9429/18 9432/16
9437/17
messed [1] 9412/9
messenger [2]
9370/21 9429/23
met [5] 9372/6 9372/7
9372/11 9372/13
9384/4
Michael [3] 9364/17
9364/18 9381/14
Michael Flynn [3]
9364/17 9364/18
9381/14
microphone [1]
9345/3
mid [2] 9356/13
9373/3
mid-December [1]
9373/3
mid-summer [1]
9356/13
middle [2] 9403/14
9405/25
might [7] 9379/10
9385/12 9417/4
9422/18 9425/3
9442/11 9453/9
Mike [1] 9355/20
mile [2] 9376/6 9376/7
miles [1] 9347/19
military [6] 9343/25
9345/20 9351/14
9357/18 9399/14
9399/21
militia [1] 9355/12
Million [10] 9363/7
9363/15 9363/16

9364/5 9364/14
9373/14 9374/7 9376/4
9383/15 9384/15
Million MAGA March
[9] 9363/7 9363/16
9364/5 9364/14
9373/14 9374/7 9376/4
9383/15 9384/15
mind [8] 9343/15
9354/9 9377/12
9394/13 9401/18
9404/13 9422/5
9422/18
minded [1] 9407/3
mine [1] 9391/23
minimum [1] 9439/24
Minuta [2] 9421/15
9421/21
minute [4] 9359/2
9397/14 9411/16
9451/9
minutes [18] 9343/21
9361/7 9387/24
9389/10 9393/6
9396/13 9396/14
9398/16 9405/8 9405/8
9408/11 9409/2
9409/11 9410/7 9413/8
9432/15 9451/9 9452/4
misdemeanor [4]
9423/6 9423/13
9423/14 9423/21
misremembered [1]
9450/14
missing [1] 9447/15
mission [2] 9354/20
9376/17
missions [1] 9350/5
mistake [2] 9426/9
9456/4
mistaken [2] 9382/10
9449/8
MMM [1] 9365/5
model [2] 9438/8
9438/12
modified [1] 9447/14
Molotov [1] 9363/19
mom [2] 9344/22
9415/19
mom's [1] 9415/18
moment [12] 9352/11
9357/3 9389/24 9395/8
9401/17 9401/19
9407/1 9410/13

9411/19 9413/24
9432/9
Monday [4] 9458/9
9458/10 9458/15
9458/24
Montana [6] 9354/6
9354/6 9356/17
9357/23 9416/17
9417/9
Montana's [1] 9356/8
month [1] 9355/5
months [2] 9347/8
9357/9
Monument [5] 9390/15
9391/10 9391/13
9414/16 9414/17
mood [1] 9400/25
more [14] 9348/18
9355/4 9358/14 9366/2
9378/13 9427/4
9428/15 9436/13
9439/1 9443/13
9444/21 9448/18
9453/13 9458/25
morning [13] 9371/15
9381/24 9382/19
9387/1 9414/25
9419/11 9420/4
9420/24 9456/11
9456/17 9458/9
9458/10 9459/4
mostly [1] 9434/5
motive [1] 9442/6
mound [1] 9387/8
Mountain [1] 9359/16
mountains [2] 9369/15
9372/25
mouth [1] 9348/4
move [4] 9351/3
9351/25 9392/17
9411/12
moved [1] 9351/10
moving [1] 9381/21
Mr [9] 9342/4 9420/16
9420/17 9422/6 9430/9
9434/10 9440/7 9445/4
9456/8
Mr. [68] 9343/2 9343/9
9374/9 9382/8 9408/25
9409/17 9414/20
9414/23 9417/10
9419/3 9420/16
9420/19 9421/15
9421/21 9422/4

9422/24 9424/6 9424/8
9424/18 9424/19
9425/4 9425/11
9425/24 9425/25
9426/3 9426/4 9426/14
9427/5 9427/21
9428/18 9428/22
9429/17 9429/25
9430/22 9433/1 9433/7
9433/9 9433/22 9434/3
9434/5 9434/5 9436/16
9436/21 9437/4
9437/13 9437/13
9437/14 9438/5
9439/16 9440/1
9440/25 9441/17
9443/15 9445/15
9447/11 9447/18
9447/25 9448/13
9449/6 9449/9 9450/5
9450/6 9451/15
9452/25 9455/5
9456/21
Mr. Caldwell [20]
9374/9 9382/8 9414/20
9414/23 9417/10
9419/3 9422/4 9422/10
9424/18 9424/19
9425/4 9425/11
9428/18 9428/22
9429/17 9433/22
9436/21 9437/14
9440/1 9440/25
Mr. Caldwell's [2]
9427/21 9434/5
Mr. Crisp [3] 9343/9
9408/25 9409/17
Mr. Crowl's [1]
9429/25
Mr. Dunn [3] 9448/13
9450/5 9450/6
Mr. Fischer [2]
9430/22 9433/1
Mr. Geyer [4] 9343/2
9447/18 9449/9
9452/25
Mr. Harris [2] 9433/7
9433/9
Mr. Linder [1] 9422/24
Mr. Meggs [10]
9425/24 9425/25
9426/3 9426/4 9426/14
9427/5 9437/13

**M**

**Mr. Meggs... [3]**
9437/13 9438/5
9456/21
**Mr. Meggs' [2]** 9434/3
9455/5
**Mr. Minuta [2]** 9421/15
9421/21
**Mr. Nestler [2]** 9449/6
9451/15
**Mr. Rhodes [5]**
9422/23 9424/8
9436/16 9437/4
9441/17
**Mr. Rhodes' [2]**
9424/6 9434/5
**Mr. Woodward [7]**
9420/16 9420/19
9439/16 9443/15
9445/15 9447/11
9447/25
**Ms [2]** 9420/17
9420/19
**Ms. [26]** 9343/3
9343/13 9407/21
9409/6 9410/9 9415/1
9418/23 9419/11
9419/17 9420/8
9420/15 9426/18
9432/20 9434/18
9434/20 9434/24
9441/3 9441/7 9441/9
9447/17 9447/23
9447/25 9452/11
9454/21 9455/12
9456/8
**Ms. Caldwell [1]**
9415/1
**Ms. Haller [7]** 9343/3
9426/18 9447/17
9447/23 9447/25
9454/21 9456/8
**Ms. Hughes [3]** 9409/6
9452/11 9455/12
**Ms. Watkins [13]**
9343/13 9407/21
9410/9 9418/23
9419/17 9420/15
9432/20 9434/18
9434/20 9434/24
9441/3 9441/7 9441/9
**Ms. Watkins' [2]**
9419/11 9420/8
**much [12]** 9345/8

9355/10 9368/24
9369/17 9408/25
9416/1 9422/13
9422/14 9422/14
9424/7 9432/17 9444/5
**multiple [14]** 9417/17
9423/23 9435/4 9435/7
9435/14 9436/12
9437/2 9437/15
9437/23 9442/17
9442/23 9442/25
9443/4 9443/8
**murder [2]** 9361/20
9361/24
**music [1]** 9361/13
**must [9]** 9438/1
9438/24 9439/2 9439/5
9439/8 9439/9 9446/12
9446/14 9446/18
**must've [1]** 9434/10
**my [94]** 9343/17
9344/4 9344/5 9344/5
9344/11 9344/14
9344/22 9344/22
9344/25 9345/15
9346/1 9346/1 9346/2
9346/7 9346/7 9346/12
9346/12 9346/16
9348/7 9348/20
9348/21 9349/10
9349/25 9350/12
9350/24 9352/8
9352/10 9352/14
9354/1 9355/6 9360/5
9361/19 9366/17
9370/7 9370/8 9371/8
9371/9 9371/11
9371/11 9371/12
9371/25 9371/25
9373/7 9373/16
9376/13 9377/8
9380/18 9383/9
9383/16 9385/8
9385/12 9392/7
9394/13 9394/17
9395/5 9398/13
9398/14 9400/7 9400/7
9401/18 9402/1 9402/8
9402/9 9404/13
9404/18 9406/1 9406/1
9406/19 9406/19
9411/5 9412/3 9413/17
9415/18 9415/19
9416/3 9416/10

9416/13 9416/24
9416/25 9417/1 9417/1
9417/2 9417/6 9417/24
9418/7 9419/19
9420/17 9431/21
9433/7 9441/22
9441/23 9444/4
9457/15 9458/22
**myriad [1]** 9399/12
**myself [14]** 9347/20
9349/11 9349/25
9350/16 9353/6 9353/6
9371/23 9371/24
9373/19 9400/18
9407/15 9416/16
9417/6 9445/11

**N**

**nail [1]** 9396/14
**naked [1]** 9452/20
**name [4]** 9343/17
9344/15 9365/4 9384/6
**namely [1]** 9454/15
**names [1]** 9376/7
**Nancy [1]** 9454/23
**narcotics [1]** 9425/12
**narrow [1]** 9381/5
**nasty [1]** 9407/14
**national [2]** 9360/2
9395/20
**Nations [6]** 9366/15
9367/16 9367/21
9367/23 9369/23
9369/24
**nature [3]** 9369/6
9428/9 9431/11
**navigate [1]** 9399/10
**Navy [3]** 9353/21
9366/22 9366/22
**necessary [3]** 9361/22
9376/22 9449/5
**need [20]** 9374/23
9375/9 9386/2 9386/21
9408/25 9409/8
9412/10 9415/20
9419/19 9426/18
9426/19 9430/15
9433/2 9434/20 9435/5
9436/4 9440/13
9452/16 9458/23
9458/25
**needs [3]** 9430/3
9434/23 9443/1
**Nestler [3]** 9339/13

**never [9]** 9345/15
9348/21 9378/8 9378/9
9379/15 9388/11
9413/22 9414/20
9415/2
**nevertheless [1]**
9444/8
**news [1]** 9407/10
**next [5]** 9380/18
9385/8 9415/5 9428/24
9458/14
**NFAC [1]** 9359/14
**Niagara [2]** 9367/5
9369/20
**nice [1]** 9347/16
**night [7]** 9350/2
9362/17 9371/14
9379/1 9380/7 9415/9
9456/13
**NJ [1]** 9340/19
**no [81]** 9339/3
9353/15 9355/21
9357/23 9361/6
9361/25 9362/20
9364/25 9365/9 9367/7
9370/7 9370/14
9370/17 9374/13
9375/18 9375/18
9375/18 9379/15
9383/9 9383/22
9383/25 9384/12
9390/1 9392/20
9393/21 9393/23
9395/7 9395/19
9395/25 9396/1 9396/3
9396/11 9397/19
9398/10 9399/2 9399/6
9399/8 9399/18 9400/3
9400/8 9401/5 9402/5
9403/5 9403/8 9403/10
9404/11 9405/15
9409/23 9411/13
9414/18 9414/21
9418/4 9418/21
9418/22 9418/25
9419/1 9419/3 9419/4
9419/22 9420/5
9420/21 9422/12
9422/13 9422/16
9425/13 9425/15
9428/11 9433/2
9433/25 9434/16
9437/13 9439/2 9447/6

**N**

**no...** [8] 9448/7 9449/20 9450/9 9450/24 9454/12 9454/12 9456/1 9457/24
**nobody** [5] 9376/24 9377/1 9385/19 9400/25 9400/25
**Nobody's** [1] 9400/22
**none** [4] 9376/8 9376/8 9376/9 9434/2
**nonissue** [1] 9359/13
**noon** [1] 9363/25
**North** [6] 9340/6 9351/7 9351/10 9375/6 9440/1 9440/25
**Northwest** [5] 9390/20 9390/24 9391/10 9391/13 9393/3
**not** [148]
**note** [4] 9425/20 9425/21 9426/5 9458/17
**nothing** [12] 9364/21 9373/14 9376/3 9385/15 9385/18 9390/25 9395/4 9426/6 9426/7 9429/13 9432/17 9437/21
**notice** [1] 9429/6
**notification** [1] 9384/20
**notion** [1] 9437/14
**November** [8] 9339/4 9354/10 9357/10 9358/1 9358/1 9372/5 9372/11 9460/10
**November/December** [1] 9354/10
**now** [42] 9345/2 9352/25 9356/11 9363/6 9370/3 9370/9 9371/2 9383/7 9383/14 9387/11 9390/19 9393/19 9393/22 9396/3 9399/4 9399/8 9401/6 9404/3 9404/12 9406/5 9410/9 9411/10 9412/22 9414/7 9418/1 9418/16 9420/3 9420/6 9420/7 9420/10 9420/14 9420/25 9436/11 9439/13

9439/16 9439/23 9446/3 9450/6 9450/15 9454/6 9458/4 9458/13
**number** [8] 9350/12 9352/9 9366/19 9372/6 9372/11 9381/15 9409/7 9416/18
**NW** [4] 9339/15 9340/10 9340/13 9341/3

**O**

**Oak** [2] 9339/20 9339/22
**Oath** [24] 9362/11 9362/12 9365/5 9368/15 9375/4 9375/6 9384/4 9385/6 9385/15 9385/18 9393/15 9395/10 9395/13 9395/14 9440/25 9448/15 9448/22 9448/23 9450/2 9450/5 9450/7 9454/3 9455/18 9457/9
**Oath Keeper** [1] 9385/6
**Oath Keepers** [22] 9362/11 9362/12 9368/15 9375/4 9375/6 9384/4 9385/15 9385/18 9393/15 9395/10 9395/13 9395/14 9440/25 9448/15 9448/22 9448/23 9450/2 9450/5 9450/7 9454/3 9455/18 9457/9
**Oath Keepers'** [1] 9365/5
**obey** [1] 9414/5
**object** [8] 9394/17 9425/17 9426/7 9428/16 9446/7 9447/24 9448/4 9452/20
**objecting** [1] 9454/7
**objection** [9] 9392/19 9392/20 9409/22 9409/23 9411/13 9425/21 9426/5 9447/6 9455/13
**objections** [1] 9446/4
**objectivity** [1] 9401/22

**observe** [1] 9453/9
**obstruction** [1] 9431/18
**obvious** [1] 9436/13
**obviously** [5] 9384/1 9386/12 9389/25 9393/10 9458/20
**obviousness** [1] 9433/10
**occur** [2] 9358/1 9358/8
**occurred** [3] 9355/14 9380/3 9435/15
**off** [13] 9343/4 9345/4 9355/23 9358/6 9375/7 9387/6 9400/2 9402/8 9402/12 9406/3 9406/6 9409/13 9435/9
**offense** [10] 9348/9 9348/14 9423/16 9428/8 9428/10 9428/14 9428/14 9431/16 9438/20 9447/1
**offensive** [1] 9369/6
**offer** [2] 9359/9 9424/13
**offered** [1] 9347/14
**office** [3] 9339/15 9369/2 9455/20
**officer** [16] 9348/7 9377/17 9387/2 9406/17 9449/11 9449/18 9449/23 9449/25 9450/1 9451/2 9451/16 9452/15 9452/24 9453/2 9453/21 9455/16
**Officer Dunn** [8] 9449/18 9449/25 9450/1 9451/16 9452/15 9452/24 9453/2 9453/21
**Officer Dunn's** [1] 9451/2
**Officer Lazarus** [3] 9449/11 9449/23 9455/16
**officers** [3] 9359/10 9362/18 9403/23
**OFFICES** [1] 9340/13
**official** [5] 9341/2 9354/9 9386/8 9441/12 9460/3

**oh** [13] 9361/11 9364/10 9373/7 9374/18 9375/14 9380/23 9380/24 9390/8 9391/5 9398/22 9409/6 9435/4 9445/4
**Ohio** [12] 9343/19 9352/10 9353/22 9354/13 9359/5 9359/7 9359/11 9367/2 9376/1 9383/16 9393/17 9417/14
**okay** [114] 9344/17 9344/24 9345/18 9345/23 9347/4 9347/7 9348/5 9350/10 9354/17 9355/19 9356/11 9357/11 9358/11 9360/12 9361/3 9361/5 9361/10 9362/14 9362/21 9363/5 9365/11 9369/25 9370/13 9370/18 9371/1 9372/3 9373/20 9374/11 9375/20 9376/5 9377/15 9377/18 9378/5 9380/1 9380/5 9381/13 9381/18 9383/7 9384/22 9384/25 9385/24 9386/11 9386/25 9386/25 9387/13 9388/15 9389/8 9390/12 9390/19 9391/15 9391/18 9391/20 9392/9 9393/13 9393/18 9394/16 9396/10 9398/2 9398/6 9398/15 9398/22 9399/7 9399/12 9400/9 9405/13 9407/18 9410/4 9410/23 9411/2 9411/6 9411/14 9412/14 9414/7 9414/20 9415/2 9415/11 9415/24 9417/23 9418/14 9419/5 9419/19 9420/12 9420/25 9421/6 9422/3 9423/11 9423/22 9424/16
**officially** [1] 9388/17

9483

**O**

**okay... [26]** 9426/14
9426/19 9427/18
9430/6 9430/24
9431/21 9432/24
9434/21 9435/2 9435/6
9438/8 9444/24 9445/7
9445/13 9445/19
9446/2 9446/16
9447/11 9447/11
9452/10 9453/5 9454/9
9455/11 9455/14
9459/1 9459/3
**old [2]** 9353/21
9371/13
**omission [1]** 9423/8
**one [73]** 9346/18
9348/18 9348/18
9356/5 9358/12
9358/15 9359/5 9359/6
9359/7 9359/8 9359/11
9360/15 9361/13
9366/20 9368/22
9372/7 9372/12
9372/17 9374/16
9376/1 9376/3 9380/19
9380/20 9383/16
9384/11 9386/20
9392/7 9396/22 9399/9
9406/25 9407/2
9407/10 9408/4
9410/20 9419/22
9421/17 9421/18
9422/10 9423/8
9425/13 9427/4
9429/21 9430/12
9430/13 9430/15
9430/16 9430/18
9430/19 9431/2 9431/2
9435/17 9435/20
9436/4 9436/4 9437/25
9438/2 9438/5 9438/12
9438/22 9439/7 9440/2
9440/18 9440/22
9441/8 9443/5 9444/7
9445/17 9448/7
9448/10 9453/25
9455/22 9458/17
9458/24
**one-word [1]** 9453/25
**ones [2]** 9365/16
9455/6
**online [3]** 9347/12
9374/15 9407/4

**only [10]** 9356/19
9385/7 9385/10
9388/14 9416/18
9420/25 9421/25
9441/17 9450/18
9454/16
**open [6]** 9352/16
9355/22 9357/13
9364/11 9370/5
9428/15
**open-ended [1]**
9428/15
**opened [2]** 9400/14
9400/16
**Operation [2]** 9344/8
9344/10
**Operation Overlord [2]**
9344/8 9344/10
**opportunity [4]** 9351/1
9425/8 9427/2 9457/1
**opposed [1]** 9394/6
**opposite [1]** 9369/8
**opt [1]** 9403/11
**orbiting [1]** 9393/16
**order [4]** 9414/6
9422/17 9431/15
9452/16
**organized [3]** 9364/9
9376/8 9384/15
**organizers [1]** 9386/20
**original [1]** 9371/22
**OSRM [6]** 9353/17
9354/9 9354/20 9359/4
9369/5 9375/2
**other [58]** 9346/23
9347/23 9356/12
9356/15 9360/10
9365/4 9391/24
9400/13 9402/21
9405/14 9406/17
9418/22 9418/22
9419/21 9419/23
9420/5 9420/9 9422/3
9424/5 9424/9 9426/14
9428/13 9429/11
9431/15 9431/21
9431/22 9432/16
9436/18 9436/25
9438/5 9438/14 9439/8
9439/11 9440/3
9440/12 9440/15
9440/21 9441/1 9441/8
9441/18 9441/23
9442/6 9442/11

9442/14 9442/22
9443/5 9443/19
9443/21 9446/20
9447/8 9448/10
9449/10 9450/8 9451/6
9451/6 9451/21
9455/23 9457/6
**others [5]** 9349/23
9360/11 9403/11
9424/8 9441/14
**otherwise [4]** 9416/19
9432/5 9441/11
9441/11
**ought [3]** 9420/6
9420/10 9420/11
**our [33]** 9355/8
9355/20 9366/20
9367/16 9376/7
9377/13 9383/3 9383/3
9385/19 9387/6 9387/8
9387/12 9387/16
9388/1 9388/2 9401/20
9408/18 9415/8
9420/10 9432/3 9432/9
9435/16 9439/16
9440/11 9442/9
9445/17 9447/24
9448/1 9455/3 9455/4
9457/2 9458/2 9458/18
**ours [1]** 9366/21
**out [82]** 9345/14
9346/5 9346/8 9346/14
9346/17 9347/12
9348/21 9349/15
9349/23 9349/24
9350/25 9350/25
9351/3 9351/19 9354/3
9355/9 9355/13
9359/17 9362/12
9364/12 9365/1
9365/19 9369/10
9371/22 9374/2
9374/22 9375/5
9375/14 9375/19
9378/14 9386/13
9387/15 9387/22
9388/1 9388/11
9388/24 9394/2 9394/5
9395/22 9398/15
9399/24 9400/12
9402/5 9402/9 9403/22
9403/25 9405/3 9408/3
9408/12 9408/13
9410/19 9410/24

9412/9 9413/3 9413/7
9413/15 9413/15
9413/17 9415/19
9416/2 9416/4 9420/23
9420/25 9421/25
9426/4 9430/15
9430/24 9433/10
9434/17 9435/16
9437/15 9443/19
9445/23 9446/20
9446/24 9448/21
9448/23 9449/6
9449/16 9450/4
9451/16 9457/15
**outside [4]** 9351/7
9387/12 9403/24
9454/14
**outstanding [1]**
9431/21
**over [18]** 9355/1
9360/22 9366/3
9376/18 9377/11
9387/2 9390/17 9393/8
9393/23 9394/4 9394/4
9394/13 9395/22
9396/22 9397/22
9412/3 9451/17
9454/23
**overall [2]** 9438/22
9441/5
**Overlord [2]** 9344/8
9344/10
**overly [2]** 9349/16
9374/8
**overpromised [2]**
9418/15 9419/8
**overthrow [1]** 9418/6
**overthrowing [1]**
9365/6
**overturned [1]** 9405/1
**owe [1]** 9423/16
**owed [1]** 9423/17
**Owens [1]** 9406/16
**own [4]** 9354/15
9355/7 9362/10 9458/2
**owned [1]** 9354/16
**oxygen [1]** 9412/11

**P**

**P.A [1]** 9340/21
**p.m [7]** 9339/5
9409/12 9409/12
9453/8 9453/10
9453/19 9459/5

**P**

**PA [1]** 9340/7
**packed [5]** 9364/10
9404/3 9404/5 9416/14
9417/14
**page [3]** 9342/2
9342/8 9424/12
**pain [3]** 9372/22
9406/2 9422/14
**painful [2]** 9353/9
9353/11
**paintball [1]** 9403/2
**pair [1]** 9363/3
**panicked [2]** 9346/14
9347/6
**paper [1]** 9416/17
**paragraph [4]** 9428/24
9429/21 9446/8 9447/7
**paragraphs [10]**
9428/19 9428/19
9429/12 9430/5 9446/7
9446/16 9446/17
9446/21 9446/25
9447/8
**paramedics [1]**
9412/11
**paraphrasing [1]**
9453/25
**paratroopers [1]**
9344/11
**pardon [1]** 9361/19
**parents [5]** 9345/15
9348/20 9348/21
9352/10 9352/14
**park [2]** 9340/10
9357/13
**parked [1]** 9382/14
**Parker [6]** 9356/18
9372/6 9372/12
9372/16 9372/17
9413/19
**Parker's [1]** 9376/16
**Parkers [1]** 9372/16
**parking [10]** 9359/22
9360/1 9360/18
9360/20 9360/21
9360/23 9361/8
9374/24 9382/6
9382/13
**Parler [1]** 9374/22
**Parlor [4]** 9401/12
9404/12 9406/22
9406/25
**part [9]** 9359/3 9375/3

9397/6 9398/11 9403/13
9426/21 9427/15
9438/2 9441/14
**parted [1]** 9395/14
**participate [3]** 9432/5
9436/2 9436/3
**participation [4]**
9363/16 9365/4 9365/5
9429/1
**particular [5]** 9428/16
9428/16 9431/5
9432/18 9439/6
**particularly [4]**
9366/14 9386/10
9423/16 9428/12
**passed [1]** 9429/8
**passes [2]** 9383/3
9383/4
**password [1]** 9417/24
**past [2]** 9391/9
9451/16
**Patacios [1]** 9436/13
**pause [7]** 9386/3
9397/13 9407/19
9408/17 9410/13
9411/19 9445/25
**Pawn [1]** 9362/6
**pay [2]** 9423/3 9423/5
**paying [1]** 9423/20
**Peace [5]** 9390/15
9391/10 9391/12
9414/16 9414/17
**peaceful [1]** 9359/12
**Pelosi [1]** 9454/23
**Pence [3]** 9394/3
9394/3 9394/9
**Pennsylvania [2]**
9340/13 9390/1
**people [55]** 9346/8
9347/10 9349/11
9350/13 9354/4
9354/25 9355/2
9357/17 9359/19
9359/20 9364/7 9364/8
9364/12 9364/13
9364/18 9366/3 9372/6
9372/9 9372/11
9372/14 9372/17
9374/15 9381/15
9385/7 9385/8 9386/9
9388/9 9389/15
9389/19 9391/24
9392/3 9392/8 9395/13
9396/18 9396/19

9398/8 9401/12 9401/20
9403/17 9405/2 9405/9
9405/24 9407/4 9407/5
9407/14 9408/3 9408/4
9412/1 9412/4 9415/17
9437/2 9448/1 9448/22
9453/23 9453/24
**pepper [6]** 9403/2
9403/2 9403/3 9403/4
9408/6 9412/6
**pepper-sprayed [2]**
9403/4 9412/6
**percent [2]** 9367/12
9384/11
**performance [1]**
9406/9
**perhaps [2]** 9348/7
9436/8
**period [1]** 9365/20
**permit [1]** 9429/2
**permitted [1]** 9437/12
**permitting [1]** 9372/24
**person [10]** 9347/1
9347/16 9350/22
9351/2 9362/19 9399/9
9414/25 9428/21
9440/19 9450/18
**personal [3]** 9344/12
9441/22 9441/23
**personally [1]** 9375/19
**perspective [3]**
9377/13 9439/15
9457/15
**Phillip [1]** 9339/19
**phone [14]** 9353/24
9382/16 9383/9
9391/16 9396/22
9398/9 9413/17
9416/18 9416/25
9417/1 9417/1 9417/23
9418/17 9429/25
**phones [1]** 9394/2
**phonetic [1]** 9358/18
**photographs [3]**
9428/25 9429/15
9430/19
**phrase [2]** 9368/18
9394/9
**physical [1]** 9345/11
**picked [1]** 9415/8
**Pickerington [1]**
9359/11
**picture [3]** 9380/23
9380/24 9393/3

**pictures [3]** 9356/8
9401/15 9401/17
**piece [1]** 9404/13
**pieces [1]** 9366/19
**pile [1]** 9387/6
**piled [3]** 9364/11
9364/12 9387/8
**pill [1]** 9422/22
**pillars [2]** 9396/18
9396/18
**pipe [4]** 9371/19
9371/20 9371/20
9371/21
**pissed [4]** 9402/7
9402/12 9406/3 9406/6
**pistol [1]** 9377/20
**place [8]** 9347/14
9353/23 9357/12
9360/1 9368/15
9369/20 9378/16
9391/2
**places [2]** 9379/1
9454/7
**Plaintiff [1]** 9339/3
**plan [4]** 9389/19
9418/5 9418/8 9435/10
**planning [7]** 9369/5
9369/22 9376/9
9389/11 9434/1 9434/4
9446/9
**plans [1]** 9418/15
**plausibly [1]** 9441/2
**play [7]** 9385/20
9385/20 9391/22
9397/6 9403/12
9403/12 9408/15
**played [6]** 9397/12
9410/12 9411/8
9411/18 9412/15
9412/20
**players [1]** 9443/20
**playing [2]** 9410/6
9410/7
**plays [1]** 9391/22
**plaza [5]** 9378/25
9379/19 9379/24
9380/4 9381/4
**please [15]** 9343/6
9392/13 9392/24
9397/14 9409/15
9409/21 9410/14
9411/6 9411/7 9411/9
9411/17 9411/19
9412/14 9412/19

**P**

**please...** [1] 9419/18
**pleased** [1] 9374/8
**plenty** [3] 9396/4
9396/7 9456/25
**Pless** [2] 9430/25
9431/19
**podcasters** [1] 9388/9
**podium** [1] 9434/7
**point** [43] 9347/18
9348/3 9348/20
9349/10 9351/4
9351/25 9371/6
9373/16 9374/1 9375/3
9376/17 9378/6
9378/18 9379/16
9380/10 9383/6
9386/15 9389/1
9391/21 9393/18
9396/23 9398/24
9399/17 9400/3 9403/4
9403/6 9404/2 9405/11
9406/3 9407/8 9412/16
9413/19 9416/6 9417/8
9420/25 9426/4
9426/17 9430/2 9434/4
9434/17 9435/17
9436/11 9453/15
**pointed** [3] 9399/22
9443/16 9443/19
**pointing** [1] 9443/15
**police** [14] 9347/19
9359/10 9360/19
9362/18 9403/23
9405/11 9405/20
9405/25 9406/9
9406/16 9414/10
9416/5 9416/9 9449/15
**policy** [1] 9345/22
**pop** [1] 9449/16
**porta** [2] 9387/15
9400/12
**porta johns** [1]
9400/12
**porta-potties** [1]
9387/15
**portion** [2] 9392/3
9422/2
**position** [4] 9368/10
9420/10 9439/17
9440/11
**positive** [1] 9351/14
**possibility** [1] 9426/16
**possible** [7] 9370/1

9397/22 9397/24
9399/25 9432/20
9452/8 9455/2
**posted** [1] 9370/16
**potential** [1] 9439/25
**potentially** [3] 9441/16
9447/18 9455/1
**potties** [1] 9387/15
**pouch** [1] 9398/14
**pouches** [1] 9398/12
**prayed** [1] 9392/6
**preachers** [1] 9381/15
**precise** [1] 9451/11
**preclude** [1] 9422/7
**precluded** [1] 9442/17
**precludes** [1] 9429/13
**precluding** [1]
9437/21
**predicate** [1] 9454/5
**pregnant** [2] 9344/22
9344/23
**preparation** [1]
9446/10
**prepare** [1] 9441/19
**prepared** [1] 9439/12
**present** [6] 9420/10
9426/10 9426/11
9426/12 9427/2 9427/5
**presented** [6] 9436/15
9437/1 9437/1 9437/16
9439/20 9443/3
**presenting** [2] 9438/7
9444/13
**president** [6] 9355/6
9366/17 9370/5
9441/19 9441/19
9446/10
**presumably** [1]
9452/18
**presume** [1] 9385/4
**pretty** [5] 9400/25
9432/17 9433/2
9442/24 9444/5
**preview** [1] 9434/20
**previous** [2] 9362/17
9384/14
**previously** [2] 9427/18
9457/8
**print** [1] 9445/23
**prior** [3] 9370/16
9424/2 9424/3
**probable** [1] 9429/10
**probably** [11] 9348/25
9350/15 9350/19

9350/24 9367/11
9368/15 9380/6
9391/13 9391/14
9414/18 9436/20
**problem** [6] 9345/19
9361/22 9382/2
9448/22 9450/22
9454/20
**problematic** [1]
9399/12
**problems** [1] 9408/9
**proceed** [1] 9429/3
**proceeding** [2]
9348/14 9441/12
**proceedings** [6]
9339/8 9341/7 9426/9
9427/2 9459/5 9460/5
**process** [2] 9377/5
9394/11
**produced** [1] 9341/8
**product** [2] 9422/8
9422/21
**professional** [1]
9364/15
**proffer** [7] 9432/10
9434/24 9439/21
9439/22 9440/12
9442/9 9444/16
**proffered** [3] 9422/17
9444/11 9444/12
**proffering** [2] 9440/7
9440/21
**programs** [1] 9369/1
**project** [1] 9344/7
**proof** [3] 9438/20
9438/21 9447/4
**propaganda** [1]
9366/19
**proper** [1] 9431/15
**properly** [1] 9357/20
**proposal** [1] 9438/10
**propose** [4] 9430/8
9430/10 9438/11
9438/11
**proposed** [5] 9421/9
9429/3 9434/15 9435/8
9435/9
**proposing** [3] 9430/16
9435/22 9436/1
**prosecution** [1]
9431/17
**prospect** [1] 9429/3
**protect** [6] 9355/9
9355/13 9362/4

9364/16 9364/18
9406/19
**protected** [3] 9362/24
9363/1 9387/9
**protective** [1] 9351/12
**protest** [9] 9360/6
9362/25 9386/22
9389/23 9389/24
9390/11 9395/2 9395/3
9401/1
**protesters** [7] 9361/16
9364/18 9389/15
9389/17 9391/8
9402/22 9403/19
**protesting** [2] 9404/7
9405/3
**protests** [4] 9350/5
9358/5 9359/3 9373/15
**proud** [5] 9350/23
9353/14 9406/20
9406/22 9406/23
**prove** [2] 9431/13
9431/15
**proved** [2] 9438/23
9442/19
**proven** [1] 9424/3
**provide** [3] 9351/11
9433/16 9456/10
**provided** [6] 9443/1
9443/2 9447/22
9447/23 9456/9
9458/18
**providing** [2] 9442/14
9446/9
**proximity** [1] 9452/15
**public** [2] 9357/13
9450/8
**publicly** [1] 9450/12
**publish** [2] 9392/23
9409/24
**pull** [8] 9370/20
9371/23 9382/13
9386/6 9392/12
9409/19 9444/22
9445/7
**pulled** [2] 9371/24
9413/17
**pulling** [2] 9394/2
9421/20
**punishment** [1]
9345/11
**purportedly** [1]
9421/16
**purpose** [7] 9357/11

**P**

purpose... [6] 9404/24 9424/10 9424/10 9442/14 9442/22 9449/22
purposes [4] 9423/25 9430/3 9432/22 9458/2
pursuit [1] 9442/4
push [6] 9358/6 9383/13 9405/16 9405/16 9405/17 9405/20
pushed [1] 9358/16
pushing [3] 9405/9 9405/24 9405/25
put [17] 9346/12 9350/16 9367/22 9374/22 9377/4 9387/6 9388/2 9398/14 9434/3 9439/12 9440/20 9443/4 9451/5 9451/11 9455/6 9455/15 9456/16
PUTZI [1] 9340/21

**Q**

Qaeda [1] 9399/23
QRF [4] 9375/25 9376/10 9378/7 9440/3
question [7] 9367/17 9385/8 9395/5 9400/18 9425/21 9450/9 9450/17
questioning [1] 9411/10
questions [6] 9376/23 9404/19 9404/21 9409/5 9418/1 9419/1
quick [4] 9399/24 9418/18 9425/20 9445/22
quickly [2] 9405/5 9420/14
quite [3] 9353/4 9365/9 9418/10
quote [1] 9367/19
quoting [1] 9428/5

**R**

racks [1] 9387/8
radio [2] 9358/18 9408/1
raised [2] 9433/1 9439/20

Rakoczy [1] 9339/12
rally [5] 9372/5 9372/8 9372/10 9372/13 9389/16
ran [1] 9371/19
rarely [1] 9370/19
rather [3] 9406/16 9445/16 9449/13
rationale [1] 9431/10
reach [4] 9346/8 9374/2 9375/19 9416/2
reached [4] 9347/12 9349/15 9375/5 9375/14
reacted [1] 9406/7
reaction [1] 9349/1
read [7] 9422/24 9438/4 9438/15 9445/2 9445/10 9445/11 9445/12
ready [2] 9419/10 9458/10
real [10] 9387/24 9390/15 9391/1 9394/1 9394/1 9408/6 9408/6 9412/5 9412/6 9445/22
realistic [1] 9368/1
realistically [1] 9458/4
reality [1] 9349/1
realize [7] 9379/16 9380/2 9380/13 9380/16 9401/4 9401/9 9406/8
realized [1] 9380/11
realizing [1] 9348/25
really [32] 9347/17 9349/24 9351/15 9352/11 9353/5 9354/6 9354/24 9364/13 9367/9 9376/22 9376/24 9378/10 9382/8 9390/3 9393/14 9395/15 9395/24 9398/20 9400/19 9402/5 9402/12 9412/9 9412/16 9413/21 9414/13 9415/19 9416/11 9422/12 9429/4 9431/10 9449/7 9456/3
reason [4] 9425/6 9431/20 9435/18 9445/21
reasonable [2]

reasons [5] 9350/12 9399/12 9422/9 9422/12 9422/20
rebut [3] 9433/19 9434/4 9453/8
rebuts [1] 9433/16
rebuttal [6] 9432/1 9432/8 9432/21 9433/13 9434/23 9458/8
recall [6] 9344/20 9362/14 9397/19 9414/13 9453/1 9454/21
recalling [1] 9455/1
receive [2] 9417/8 9444/2
received [7] 9342/9 9342/9 9342/10 9385/21 9392/22 9409/25 9411/15
Recess [1] 9409/12
reciprocate [1] 9347/17
recognize [3] 9352/16 9392/15 9397/9
recollection [6] 9361/17 9399/3 9413/1 9449/4 9449/8 9451/11
record [8] 9343/4 9359/24 9409/13 9420/2 9425/18 9430/24 9448/2 9460/5
recorded [2] 9341/7 9397/25
recording [2] 9359/23 9397/18
recover [1] 9408/10
recovering [1] 9408/11
recruit [4] 9356/23 9365/21 9372/6 9372/11
recruits [3] 9356/20 9372/7 9372/12
redacted [1] 9421/11
redactions [1] 9421/10
Redirect [1] 9434/22
reelected [1] 9355/3
refer [1] 9444/8
referenced [1] 9411/2 9437/18
referring [1] 9456/8

reasons [5] reflected [1] 9430/4
reflective [1] 9412/23
refugees [1] 9362/8
regard [1] 9438/20
regarding [1] 9422/4
regulations [1] 9424/9
rejected [1] 9349/18
relabeled [1] 9410/2
relation [1] 9385/15
relationship [1] 9356/1
release [1] 9346/7
released [1] 9420/1
relevance [5] 9423/9 9448/7 9454/11 9455/11 9457/13
relief [1] 9350/5
religiously [1] 9370/13
reloading [1] 9357/20
remaining [4] 9431/22 9434/13 9446/17 9458/2
remains [1] 9434/23
remedy [1] 9435/10
remember [14] 9344/23 9350/4 9365/17 9365/22 9373/4 9373/23 9374/1 9379/9 9379/25 9380/1 9396/24 9401/18 9417/21 9421/20
remembers [1] 9354/25
reminders [1] 9419/14
remove [3] 9368/24 9421/17 9422/2
removed [2] 9446/22 9447/9
reporter [6] 9341/2 9341/2 9350/8 9416/22 9435/5 9460/3
repossessed [1] 9352/9
represent [2] 9427/7 9427/8
request [5] 9425/4 9428/20 9428/21 9440/14 9454/25
requested [1] 9445/14
require [4] 9436/10 9444/5 9444/6 9445/12
required [2] 9430/13 9431/12

**R**

requires [1] 9438/13
requiring [1] 9438/4
rescue [5] 9354/3
9355/10 9355/11
9357/15 9448/15
rescuing [1] 9413/16
research [3] 9345/25
9362/1 9423/2
researching [1]
9346/4
reservation [1]
9378/12
reservations [1]
9373/10
reserved [1] 9386/7
residence [1] 9343/16
resisting [1] 9369/22
resolve [1] 9457/21
respect [6] 9367/18
9431/6 9431/14
9434/20 9436/12
9442/9
respectfully [2]
9425/17 9437/6
respond [1] 9443/13
response [5] 9347/4
9350/7 9428/20
9434/16 9457/24
rest [8] 9419/9
9419/24 9420/2 9420/6
9420/11 9420/18
9420/21 9446/23
restaurant [1] 9362/6
rested [1] 9431/11
resting [1] 9420/24
restrictions [1]
9355/20
rests [1] 9409/9
result [3] 9347/22
9416/8 9417/12
resume [1] 9408/19
return [1] 9423/4
returns [2] 9422/24
9423/15
revealed [1] 9345/18
review [1] 9455/23
reviewed [3] 9426/8
9452/17 9452/18
revise [2] 9427/22
9427/24
rewarding [1] 9363/21
RHODES [10] 9339/5
9339/19 9340/2 9364/4

9379/15 9422/23
9424/8 9436/16 9437/4
9441/17
Rhodes' [2] 9424/6
9434/5
rib [1] 9371/9
ribs [3] 9371/11
9371/25 9406/1
ridiculous [1] 9401/4
rifle [2] 9362/15
9362/15
right [107] 9343/6
9343/23 9344/15
9349/6 9352/7 9352/19
9352/25 9354/19
9356/20 9357/2
9358/11 9359/2 9366/1
9366/4 9366/11
9366/14 9367/2 9370/4
9370/15 9373/9
9373/21 9373/23
9375/25 9380/8
9380/19 9380/25
9382/15 9383/2
9383/11 9384/13
9385/11 9386/15
9387/7 9387/14
9387/17 9388/19
9388/21 9389/1
9390/22 9391/3 9391/9
9392/2 9392/7 9393/5
9393/9 9394/19
9394/22 9396/5
9396/21 9397/11
9397/13 9398/13
9398/17 9398/24
9402/22 9404/12
9404/13 9405/16
9408/7 9408/15
9409/15 9410/16
9410/17 9410/22
9411/9 9411/21
9411/21 9412/25
9414/14 9415/6
9415/14 9416/5 9417/8
9417/12 9417/16
9418/1 9421/6 9423/19
9425/19 9427/14
9427/19 9429/7
9429/24 9430/2
9433/10 9434/12
9435/3 9435/7 9437/19
9438/15 9440/17
9444/17 9445/21

9446/9 9447/13
9447/15 9447/20
9450/11 9451/3 9455/8
9456/17 9456/19
9457/12 9457/25
9458/4 9458/13
9458/22
right-wing [1] 9366/14
riot [6] 9357/16
9368/23 9405/10
9405/14 9407/11
9413/14
rioted [1] 9354/25
riots [4] 9355/6
9357/15 9366/17
9377/14
rise [1] 9444/14
rises [1] 9423/9
Ritchie [1] 9340/22
RN [1] 9374/17
Road [1] 9340/10
rock [1] 9371/24
rocks [1] 9371/23
Roe [1] 9405/1
Roe v. Wade [1]
9405/1
Roger [9] 9364/16
9364/17 9375/9
9375/13 9375/15
9375/19 9375/23
9376/18 9388/18
Roger Stone [9]
9364/16 9364/17
9375/9 9375/13
9375/15 9375/19
9375/23 9376/18
9388/18
roles [1] 9437/2
roof [1] 9363/3
room [10] 9346/12
9346/16 9347/5 9356/5
9381/18 9399/16
9399/22 9403/21
9403/21 9456/20
rooms [1] 9346/9
Rotunda [12] 9401/14
9402/14 9448/23
9449/16 9450/25
9451/12 9451/24
9451/25 9453/3 9453/9
9455/19 9455/19
roughly [4] 9354/9
9356/11 9386/23
9391/10

Found [1] 9430/24
RPR [1] 9341/2
ruck [1] 9357/21
rule [3] 9422/11
9424/2 9424/11
ruled [1] 9431/14
rules [2] 9377/19
9424/9
ruling [1] 9429/13
run [1] 9456/17
running [2] 9379/12
9401/24

**S**

safe [1] 9372/18
safely [1] 9374/25
safety [1] 9399/13
said [52] 9346/13
9347/5 9350/2 9351/18
9359/18 9360/13
9360/21 9361/18
9375/5 9375/14
9379/19 9380/20
9382/12 9384/2 9387/2
9387/3 9387/4 9387/12
9387/13 9392/5 9400/6
9402/18 9402/19
9404/12 9414/15
9415/21 9416/14
9416/18 9416/23
9417/3 9421/24
9422/11 9426/8 9427/1
9427/25 9429/13
9433/19 9433/22
9444/4 9446/20
9448/14 9450/9 9451/1
9452/6 9453/20
9453/25 9454/4
9455/12 9455/16
9455/17 9456/10
9457/13
same [12] 9358/12
9358/13 9360/19
9369/3 9374/8 9400/24
9411/10 9419/13
9428/14 9430/17
9430/21 9443/23
Sandy [5] 9356/18
9376/15 9387/5 9387/9
9388/14
Sandy's [1] 9415/10
sat [1] 9390/23
satisfied [1] 9439/4
saved [1] 9355/23

**saw [19]** 9356/8
9356/23 9359/6 9361/8
9361/13 9367/20
9369/4 9369/11 9379/9
9388/11 9404/7
9405/10 9412/1 9412/2
9412/22 9412/23
9414/20 9450/4 9450/5
**say [43]** 9349/9
9349/18 9350/15
9353/13 9354/8
9354/10 9355/14
9356/13 9358/16
9367/8 9368/7 9368/18
9371/4 9372/9 9372/14
9377/18 9378/5 9380/6
9380/10 9381/23
9382/25 9384/18
9386/8 9393/18
9393/19 9394/18
9396/3 9396/10
9400/11 9401/5
9404/20 9406/13
9406/15 9406/16
9421/18 9425/3
9433/18 9434/19
9435/20 9439/25
9447/23 9452/18
9455/15
**saying [16]** 9347/5
9361/16 9370/24
9380/1 9389/18 9399/3
9400/5 9402/23
9404/24 9405/16
9406/8 9406/24 9419/7
9420/14 9421/16
9440/5
**says [10]** 9407/10
9421/19 9421/21
9426/2 9428/5 9439/16
9446/8 9451/7 9451/16
9455/12
**scared [1]** 9374/23
**scenario [1]** 9369/9
**scene [1]** 9412/22
**schedule [2]** 9357/25
9458/2
**scheduled [2]** 9357/9
9357/9
**scheduling [1]** 9458/2
**scheme [4]** 9431/13
9431/15 9431/19
9440/18

**school [6]** 9344/7
9345/11 9345/13
9345/13 9345/14
9363/1
**screen [2]** 9387/7
9401/3
**scrimped [1]** 9355/23
**scroll [1]** 9370/19
**sea [1]** 9396/19
**seat [2]** 9382/11
9408/24
**seated [3]** 9343/6
9409/15 9419/18
**seating [1]** 9386/7
**second [8]** 9384/5
9403/15 9403/22
9409/3 9409/6 9418/18
9422/12 9422/13
**Secret [1]** 9387/2
**security [15]** 9362/12
9375/9 9375/11
9375/13 9375/21
9379/23 9381/11
9386/6 9386/8 9386/9
9387/4 9387/11
9401/23 9446/9
9454/23
**see [30]** 9353/6
9362/24 9364/12
9369/25 9370/6
9370/15 9387/13
9390/24 9393/4 9393/9
9395/9 9395/11
9395/25 9396/19
9400/23 9409/11
9410/16 9412/16
9416/2 9416/3 9427/10
9434/12 9443/10
9449/15 9454/15
9455/10 9457/4 9457/6
9457/15 9459/3
**seeing [5]** 9362/14
9368/6 9379/25 9393/9
9455/24
**seek [2]** 9392/17
9411/11
**seeking [1]** 9450/18
**seemed [1]** 9406/22
**seems [3]** 9424/21
9425/7 9458/4
**seen [18]** 9349/20
9352/14 9375/8 9396/4
9396/7 9401/14 9403/9
9403/23 9403/24

9404/8 9408/7
9414/8 9434/23 9448/9
9451/5 9452/19 9456/6
9456/8
**self [1]** 9360/11
**self-defense [1]**
9360/11
**selfies [1]** 9401/17
**Senate [4]** 9401/11
9402/2 9403/15
9404/24
**Senator [1]** 9354/6
**Senators [2]** 9404/10
9405/13
**send [3]** 9394/19
9444/18 9444/22
**sending [2]** 9407/14
9422/6
**sense [3]** 9365/10
9384/22 9436/14
**sent [5]** 9407/9
9421/12 9428/22
9429/21 9446/1
**sentence [2]** 9446/24
9447/8
**separate [14]** 9432/21
9437/3 9437/3 9438/21
9439/11 9439/18
9439/19 9439/23
9439/25 9441/7
9441/13 9441/17
9443/18 9444/14
**separated [2]** 9364/6
9400/13
**September [1]** 9357/8
**Serbian [1]** 9370/5
**seriously [3]** 9376/25
9377/2 9378/10
**serve [1]** 9351/20
**served [1]** 9344/4
**service [7]** 9343/25
9347/21 9351/4 9352/5
9352/5 9354/2 9387/2
**services [1]** 9359/10
**Session [1]** 9339/6
**set [5]** 9355/24 9361/5
9374/18 9411/25
9440/3
**setting [2]** 9355/1
9374/14
**several [4]** 9366/8
9432/3 9438/21
9438/23
**shall [1]** 9435/3

**Shane [1]** 9349/12
**Sharon [1]** 9382/10
**she [11]** 9392/5 9392/6
9392/6 9392/10
9415/18 9415/20
9441/4 9441/13
9454/21 9456/16
9457/3
**sheriffs [1]** 9416/14
**shield [1]** 9405/10
**shock [1]** 9352/17
**shoot [2]** 9357/18
9400/1
**shop [1]** 9361/5
**short [2]** 9345/25
9448/12
**shot [3]** 9368/2 9403/6
9407/9
**should [9]** 9343/16
9350/20 9401/7 9420/3
9432/14 9434/17
9442/7 9442/10 9458/7
**shoulder [2]** 9394/7
9394/7
**shouldn't [1]** 9424/20
**show [7]** 9352/22
9409/3 9410/9 9439/17
9443/17 9449/23
9455/14
**showing [1]** 9451/17
**shown [2]** 9436/17
9450/3
**shows [4]** 9449/24
9450/14 9452/6
9454/15
**shuffled [1]** 9348/8
**shutdown [1]** 9355/23
**side [8]** 9381/11
9393/8 9393/11
9393/12 9398/13
9402/2 9443/20
9443/21
**sidearms [1]** 9360/10
**Sidebar [1]** 9419/6
**sides [1]** 9430/21
**sidewalk [1]** 9393/15
**Siekerman [2]** 9373/21
9374/1
**sight [1]** 9363/3
**sign [2]** 9440/7 9440/9
**signal [8]** 9365/17
9370/9 9370/10
9373/24 9375/12
9380/18 9383/10

**S**

signal... [1] 9384/23
similar [4] 9384/22
9430/17 9431/17
9446/21
simple [2] 9450/23
9454/17
simply [2] 9426/4
9442/14
simulated [1] 9366/20
since [2] 9400/19
9444/25
singing [1] 9395/20
single [6] 9360/6
9431/18 9438/21
9438/23 9438/25
9444/7
sir [67] 9343/14
9343/17 9343/22
9344/2 9345/5 9345/8
9347/10 9349/5
9354/14 9354/16
9355/18 9357/1 9357/6
9360/14 9360/16
9361/15 9362/20
9365/9 9365/15
9365/23 9366/2 9366/5
9369/7 9369/13 9370/7
9370/12 9370/14
9373/22 9373/25
9380/9 9381/6 9381/20
9382/18 9383/9
9383/22 9383/25
9384/12 9385/10
9386/17 9390/21
9392/16 9392/24
9393/21 9393/23
9396/6 9396/9 9397/3
9397/10 9397/17
9397/19 9398/10
9398/16 9399/2 9399/6
9399/15 9408/23
9410/17 9410/22
9411/5 9411/22
9412/24 9414/11
9414/21 9418/4
9447/12 9457/19
9457/22
sister [2] 9344/22
9344/25
sit [1] 9413/21
sitting [1] 9390/7
situation [4] 9361/25
9373/8 9388/11 9408/7

situations [1] 9443/20
six [3] 9361/11
9361/12 9408/11
six days [1] 9361/12
slammed [1] 9346/12
slide [3] 9345/2
9425/22 9427/13
slot [1] 9398/13
slurs [2] 9349/21
9353/1
small [5] 9450/24
9451/12 9453/3 9453/9
9455/19
smells [1] 9380/21
smoking [1] 9364/3
snaking [2] 9390/16
9398/23
snaps [1] 9405/23
snippet [1] 9410/6
so [345]
softly [1] 9345/4
software [1] 9398/1
soldier [1] 9346/25
sole [1] 9449/22
solution [1] 9370/1
solved [1] 9455/22
solves [1] 9450/21
some [37] 9343/23
9344/12 9347/18
9350/4 9350/5 9350/5
9351/4 9351/25 9356/8
9356/23 9357/5
9357/18 9364/7 9364/7
9374/15 9386/15
9389/1 9401/17 9402/7
9408/9 9412/11 9414/8
9416/6 9417/8 9419/9
9422/20 9423/6
9430/22 9432/7
9433/19 9439/11
9442/6 9443/10
9443/13 9445/21
9447/18 9449/1
somebody [12] 9355/8
9363/3 9377/18
9385/12 9388/15
9388/19 9403/1
9412/17 9416/15
9426/13 9427/8
9445/22
somebody's [1]
9429/7
someone [10] 9346/1
9347/13 9355/9

9356/25 9362/24
9363/19 9379/18
9400/6 9402/17
9452/17
something [35] 9347/2
9349/6 9350/2 9350/10
9351/13 9351/14
9362/9 9363/20 9368/5
9370/13 9373/17
9380/20 9385/1
9386/13 9389/20
9398/2 9399/10 9400/6
9400/9 9404/15
9404/16 9404/24
9424/3 9424/19 9425/1
9425/8 9426/11
9426/12 9427/6 9437/8
9438/11 9440/23
9441/20 9443/24
9444/19
sometime [2] 9370/10
9370/10
sometimes [4]
9353/25 9354/1
9360/10 9418/14
somewhat [1] 9429/10
somewhere [3]
9369/10 9378/3
9382/25
son [2] 9392/7 9392/7
sorry [9] 9380/8
9380/15 9406/15
9406/16 9414/1
9420/13 9430/20
9449/17 9455/3
sort [7] 9354/8 9357/5
9400/9 9423/7 9429/4
9431/5 9445/18
sorts [3] 9355/2
9360/4 9361/21
speak [4] 9345/4
9417/19 9441/22
9451/14
speaker [5] 9426/10
9426/13 9426/22
9426/23 9426/25
Speaker's [3] 9455/19
9455/20 9456/2
Speakers' [1] 9449/2
speaking [2] 9349/5
9449/6
special [4] 9430/10
9452/13 9454/22
9455/24

Special Agent Lazarus
[1] 9452/13
specific [13] 9361/12
9364/5 9381/9 9428/15
9428/19 9435/15
9436/10 9442/5
9448/18 9448/19
9451/12 9452/9
9454/14
specifically [2]
9355/25 9367/6
speculate [3] 9422/20
9425/7 9425/11
speculating [3]
9385/25 9386/1 9429/9
speculation [1]
9425/15
speech [1] 9386/19
speeches [2] 9381/15
9388/10
speed [3] 9357/24
9381/7 9413/24
spend [1] 9413/1
spent [2] 9361/11
9415/9
splint [1] 9373/8
split [3] 9375/7
9388/25 9400/2
spoke [5] 9420/16
9436/13 9436/23
9437/5 9450/12
spot [1] 9360/22
spray [1] 9403/3
sprayed [3] 9403/4
9408/6 9412/6
Spring [2] 9355/14
9355/16
Sr [1] 9340/21
stack [1] 9399/7
stadium [1] 9363/1
staffers [3] 9451/19
9451/23 9453/19
stage [3] 9381/12
9389/13 9389/14
staircase [1] 9457/5
stairs [9] 9395/15
9395/19 9395/22
9396/1 9396/17 9412/9
9412/12 9413/13
9413/20
stairway [1] 9449/19
stand [6] 9389/14
9407/2 9422/25 9425/4
9434/7 9456/16

**S**

**standard** [1] 9444/21
**standing** [4] 9364/20
9365/4 9404/7 9451/1
**stands** [1] 9359/14
**Stanley** [2] 9340/9
9343/2
**starkest** [1] 9436/20
**start** [6] 9356/11
9357/4 9411/16 9413/6
9419/15 9458/15
**started** [15] 9354/11
9354/23 9355/12
9358/5 9373/3 9394/2
9400/11 9403/17
9405/7 9405/24 9412/1
9412/4 9415/17
9415/18 9415/18
**Starting** [1] 9446/8
**state** [5] 9343/16
9355/21 9377/11
9422/4 9422/18
**statement** [3] 9425/23
9426/2 9433/17
**statements** [4]
9403/11 9424/24
9433/21 9450/8
**states** [11] 9339/1
9339/2 9339/9 9369/23
9394/15 9394/19
9394/19 9418/6 9428/1
9430/25 9436/7
**stating** [1] 9343/15
**station** [4] 9347/19
9362/5 9374/15
9374/19
**status** [1] 9371/6
**stay** [1] 9393/5
**stayed** [1] 9363/2
**steady** [1] 9368/13
**steel** [1] 9371/20
**stenography** [1]
9341/7
**step** [2] 9408/22
9419/17
**steps** [5] 9395/6
9395/17 9396/12
9397/2 9409/3
**STEWART** [9] 9339/5
9339/19 9340/2 9364/4
9374/2 9378/19 9379/3
9379/15 9383/20
**Stewart Rhodes** [2]
9364/4 9379/15

**Stewart's** [1] 9362/6
**sticking** [2] 9389/19
9389/22
**still** [14] 9349/6 9349/8
9349/11 9351/20
9371/8 9372/22
9404/19 9404/21
9407/23 9420/8 9423/5
9423/6 9442/13
9458/15
**stipulate** [2] 9448/5
9450/20
**Stirone** [1] 9429/4
**stoked** [1] 9375/23
**stole** [1] 9406/4
**stolen** [1] 9404/19
**Stone** [10] 9359/16
9364/16 9364/17
9375/9 9375/13
9375/15 9375/19
9375/23 9376/18
9388/18
**stood** [2] 9396/16
9446/20
**stop** [10] 9358/21
9358/24 9390/9
9393/22 9398/25
9404/10 9405/2 9418/2
9418/5 9441/10
**stopped** [4] 9349/19
9355/10 9383/9
9407/25
**stopping** [4] 9365/6
9389/20 9390/8
9405/14
**stormed** [3] 9402/19
9402/21 9402/24
**story** [1] 9345/25
**strange** [1] 9349/17
**street** [6] 9339/15
9340/3 9340/6 9362/5
9382/7 9382/7
**stricken** [1] 9447/8
**strict** [2] 9345/10
9345/21
**strong** [2] 9449/3
9454/5
**struggle** [4] 9344/17
9345/6 9349/7 9349/8
**struggled** [2] 9345/24
9352/8
**struggling** [1] 9344/21
**stuck** [1] 9413/9
**stuff** [26] 9345/1

9352/1 9353/24
9355/2 9356/5 9357/15
9357/16 9360/4
9361/21 9369/12
9371/23 9374/20
9378/10 9384/1
9395/25 9396/2
9396/12 9398/13
9402/5 9407/7 9407/14
9408/1 9410/7 9412/2
9417/2 9417/6
**stupid** [2] 9400/19
9406/7
**submit** [1] 9444/3
**successive** [1]
9446/25
**such** [5] 9418/8
9422/8 9425/5 9439/2
9439/4
**sufficient** [1] 9445/11
**suggest** [2] 9425/5
9443/15
**suggests** [2] 9421/21
9427/6
**suicide** [1] 9399/18
**Suite** [4] 9339/20
9339/22 9340/14
9340/22
**summer** [2] 9355/15
9356/13
**sun** [1] 9383/5
**Sunday** [3] 9454/20
9454/25 9455/4
**super** [5] 9367/3
9382/1 9387/23
9387/23 9391/7
**support** [4] 9346/5
9386/22 9444/11
9448/2
**supporters** [2]
9372/20 9377/9
**suppose** [3] 9348/11
9432/25 9458/3
**supposed** [10]
9357/10 9358/8
9358/11 9363/25
9376/19 9386/6
9389/13 9389/14
9389/16 9392/8
**sure** [19] 9345/2
9372/23 9376/23
9383/14 9388/8
9396/15 9398/20
9401/13 9406/22

9458/19 9421/1
9427/17 9435/11
9436/6 9437/22 9440/6
9443/7 9448/6 9448/9
**surrounding** [1]
9452/21
**surveillance** [3]
9450/24 9455/7 9456/2
**survival** [1] 9357/14
**suspect** [1] 9454/12
**SWAT** [1] 9407/25
**swept** [4] 9395/3
9395/8 9400/19 9407/4

**T**

**tactical** [1] 9364/12
**tail** [3] 9353/20
9395/21 9421/19
**take** [14] 9350/8
9374/19 9376/11
9378/9 9378/21 9389/8
9401/17 9408/18
9411/9 9414/7 9427/18
9444/3 9444/17
9446/24
**taken** [2] 9380/24
9458/25
**taking** [7] 9360/22
9376/18 9376/25
9377/1 9401/14
9408/13 9410/23
**Taliban** [1] 9399/23
**talk** [28] 9344/12
9353/17 9357/3 9359/3
9360/12 9365/12
9366/9 9366/9 9366/13
9366/15 9366/18
9366/24 9367/4 9367/8
9367/22 9375/25
9376/6 9376/22
9376/24 9381/21
9383/11 9383/13
9401/13 9402/18
9404/2 9415/25 9430/9
9430/21
**talked** [4] 9379/15
9391/3 9414/24
9415/19
**talkie** [1] 9383/14
**talking** [5] 9350/3
9354/11 9356/20
9365/20 9368/17
9368/25 9375/10
9384/19 9392/8

**T**

talking... **[5]** 9404/17
9413/15 9424/12
9451/9 9452/25
talks **[1]** 9407/8
tape **[3]** 9376/6 9376/6
9376/7
tapped **[1]** 9398/21
Tarantino **[7]** 9436/7
9438/16 9439/15
9443/7 9444/21
9444/24 9445/8
Tarpley **[1]** 9340/2
tax **[3]** 9422/24 9423/4
9423/15
taxes **[2]** 9423/16
9423/17
taxpayers' **[1]** 9402/9
Taylor **[2]** 9359/17
9361/23
Taylor's **[1]** 9361/20
teach **[1]** 9357/14
team **[2]** 9376/18
9407/2
tear **[2]** 9380/21
9380/21
Technically **[1]** 9371/8
tell **[5]** 9345/21
9349/11 9387/20
9400/16 9417/6
telling **[4]** 9374/1
9382/11 9427/4
9439/22
ten **[1]** 9409/3
ten-second **[1]** 9409/3
tender **[1]** 9418/13
tens **[1]** 9437/17
terms **[8]** 9391/16
9399/13 9428/15
9437/10 9440/14
9444/13 9446/14
9449/14
terrible **[1]** 9361/24
terrific **[1]** 9364/10
territory **[1]** 9375/17
terrorist **[1]** 9407/6
testified **[3]** 9432/4
9448/20 9449/24
testify **[11]** 9422/10
9425/5 9425/7 9425/8
9425/9 9432/11
9433/21 9450/6 9452/9
9455/14 9457/3
testifying **[5]** 9432/6

9453/17 9453/20
9454/13 9456/15
testimony **[18]** 9356/9
9370/4 9384/1 9418/24
9422/4 9422/16
9432/14 9433/4
9433/14 9433/16
9434/10 9451/11
9452/7 9453/12
9453/16 9453/22
9454/6 9456/3
text **[6]** 9379/25
9407/10 9421/17
9422/6 9422/8 9422/21
texts **[2]** 9356/23
9365/24
than **[18]** 9347/23
9358/14 9402/21
9423/3 9426/14 9429/6
9429/11 9431/21
9431/22 9437/25
9440/2 9442/14
9442/22 9443/5
9443/18 9444/21
9445/17 9453/14
Thank **[22]** 9343/10
9350/10 9362/21
9371/1 9392/5 9392/10
9408/20 9409/18
9410/3 9418/13 9419/1
9419/13 9419/14
9425/18 9425/19
9427/11 9435/1 9435/6
9446/2 9457/17
9457/14 9459/2
Thanks **[1]** 9459/3
that **[556]**
that's **[36]** 9343/17
9348/25 9355/4 9359/5
9361/21 9367/2
9368/14 9373/6
9380/15 9399/25
9400/5 9400/18
9402/14 9402/20
9402/22 9409/4
9413/16 9420/15
9421/23 9425/6
9429/15 9432/17
9432/22 9436/25
9439/15 9440/1
9440/11 9442/9
9444/15 9445/7
9446/15 9446/20
9447/2 9453/17

their **[12]** 9349/1
9352/21 9362/4
9364/13 9377/12
9389/17 9389/17
9394/2 9406/9 9420/6
9428/14 9442/16
them **[46]** 9347/13
9352/16 9353/5 9353/6
9365/16 9365/18
9365/18 9370/6
9373/17 9373/18
9375/7 9376/16
9377/25 9378/5
9378/15 9378/17
9383/4 9384/2 9388/5
9388/14 9388/23
9388/24 9389/6
9393/16 9393/17
9403/24 9404/1 9404/1
9404/13 9404/25
9413/15 9413/16
9416/16 9417/6
9420/12 9434/2 9440/3
9440/13 9444/8
9449/15 9450/3 9454/4
9455/23 9456/12
9456/13 9456/18
themselves **[1]**
9452/20
then **[90]** 9344/15
9344/23 9344/25
9345/11 9345/13
9345/16 9345/22
9349/16 9351/4 9356/3
9356/6 9356/18
9357/15 9357/21
9359/7 9359/10
9359/14 9359/16
9360/5 9361/7 9362/6
9364/4 9364/21 9365/1
9366/18 9372/22
9373/4 9375/8 9375/15
9376/19 9377/11
9379/24 9380/5
9381/24 9382/14
9382/21 9382/22
9387/15 9388/4
9389/15 9390/5
9390/18 9391/6
9392/10 9392/11
9393/9 9394/1 9394/5
9394/12 9394/20
9394/20 9395/20

9398/18 9402/14
9403/20 9405/9 9409/4
9409/24 9412/2 9415/9
9415/17 9416/12
9420/21 9425/5
9428/24 9429/22
9431/6 9435/3 9436/17
9438/11 9439/2 9439/8
9441/16 9441/19
9442/7 9444/24
9445/19 9446/10
9447/8 9449/15
9449/17 9450/21
9453/19 9454/10
9457/3 9457/9 9458/6
9458/8
then-President **[2]**
9441/19 9446/10
theories **[1]** 9442/11
theory **[5]** 9445/20
9446/15 9451/5
9455/14 9457/11
therapy **[1]** 9346/6
there **[210]**
there's **[11]** 9355/4
9382/15 9390/6
9399/20 9400/3
9422/16 9426/6 9426/6
9428/11 9447/4
9450/24
thereafter **[2]** 9413/11
9451/22
therefore **[1]** 9451/6
these **[25]** 9350/5
9350/9 9350/6 9364/12
9368/17 9378/12
9386/22 9388/20
9392/2 9407/13
9424/23 9426/8 9427/1
9430/10 9430/17
9432/18 9439/23
9440/3 9440/12 9442/4
9443/22 9451/2 9451/9
9453/23 9454/14
they **[113]** 9345/12
9347/13 9351/11
9352/16 9352/16
9352/17 9352/19
9352/20 9352/22
9355/5 9359/8 9359/15
9359/17 9359/25
9360/19 9360/21
9360/25 9360/25

they... **[95]** 9361/18
9361/18 9361/18
9362/7 9362/11
9364/10 9366/19
9366/20 9366/21
9367/5 9367/20
9369/19 9376/5 9377/9
9377/10 9377/11
9377/23 9382/11
9382/13 9388/4 9390/6
9390/7 9394/3 9394/17
9394/20 9394/20
9394/21 9395/9
9395/14 9396/2
9398/21 9403/1 9405/1
9405/4 9405/17
9405/24 9406/4 9406/4
9406/6 9412/1 9412/2
9412/2 9412/3 9412/4
9413/14 9416/15
9417/3 9417/3 9417/5
9419/24 9419/24
9420/1 9420/6 9420/10
9420/11 9420/20
9420/21 9421/10
9421/21 9421/22
9424/13 9429/3
9430/17 9430/18
9430/21 9432/11
9435/15 9437/16
9437/20 9439/24
9441/18 9442/3 9442/6
9442/7 9442/17
9442/20 9443/23
9443/24 9444/12
9444/15 9446/14
9447/22 9450/2 9450/3
9450/21 9451/8 9452/2
9452/3 9452/4 9452/4
9453/24 9454/3
9454/17 9456/12
9457/1
**They're [1]** 9369/15
**they've [2]** 9444/11
9444/12
**thick [4]** 9387/23
9387/25 9390/15
9394/1
**thin [2]** 9391/1 9394/6
**thing [13]** 9353/9
9359/8 9361/14 9369/3
9375/8 9378/11 9405/1
9420/24 9421/18

9421/25 9437/19
9446/15 9458/25
**things [26]** 9344/12
9350/6 9352/9 9352/18
9352/20 9353/13
9361/19 9365/25
9366/4 9368/7 9368/22
9370/15 9374/8
9406/24 9407/23
9419/19 9422/25
9425/15 9429/14
9430/18 9433/19
9434/1 9443/21
9453/20 9455/16
9455/17
**think [72]** 9348/7
9348/11 9349/4
9349/22 9349/23
9350/22 9350/24
9351/1 9352/23 9353/4
9353/8 9354/8 9361/24
9367/11 9368/1
9374/10 9374/11
9378/6 9378/10
9380/10 9389/6 9390/9
9391/19 9392/6
9394/23 9398/24
9405/13 9408/25
9414/8 9416/5 9420/2
9420/5 9421/18
9422/19 9423/9
9424/20 9427/4
9427/25 9429/2 9429/9
9430/12 9430/16
9431/10 9431/19
9432/9 9432/22 9434/9
9436/12 9437/11
9439/24 9440/15
9440/24 9441/2 9441/6
9441/22 9442/10
9443/3 9443/6 9444/11
9444/15 9445/4
9445/19 9449/5
9450/17 9455/12
9455/20 9456/14
9456/19 9456/20
9457/14 9458/4
9458/12
**thinned [1]** 9394/5
**third [8]** 9428/5
9435/12 9435/13
9435/18 9438/7
9438/12 9439/18
9444/22

**this [128]**
**Thomas [1]** 9340/21
**those [17]** 9357/2
9370/16 9372/17
9385/6 9385/10 9389/2
9395/6 9406/24
9421/10 9425/14
9431/21 9433/21
9434/1 9437/9 9442/6
9442/8 9458/23
**though [2]** 9348/25
9350/14
**thought [18]** 9354/2
9355/3 9359/19
9374/14 9375/7
9375/16 9377/5
9393/23 9401/19
9403/13 9407/1 9416/9
9419/21 9423/15
9424/6 9427/21
9449/24 9450/1
**thoughts [1]** 9346/7
**thousands [2]** 9370/20
9437/17
**threatened [2]** 9355/8
9359/17
**three [14]** 9343/3
9358/16 9398/16
9405/8 9406/25 9418/1
9421/14 9422/12
9431/5 9442/2 9451/16
9451/17 9451/18
9452/4
**threw [1]** 9363/19
**throat [1]** 9407/9
**through [30]** 9343/23
9356/8 9362/11 9367/5
9369/20 9371/7
9371/16 9371/19
9371/23 9372/25
9384/7 9388/17
9388/18 9390/23
9399/10 9400/16
9410/7 9410/7 9411/6
9416/15 9416/20
9421/14 9446/5
9446/16 9446/19
9447/22 9448/24
9448/25 9454/17
9456/17
**throughout [3]** 9426/8
9427/1 9437/18
**throwing [1]** 9356/6
**thug [1]** 9407/6

**tie [1]** 9419/19
**tight [2]** 9404/5 9404/6
**time [79]** 9344/6
9344/18 9344/20
9347/2 9354/12
9354/15 9354/18
9354/20 9355/19
9364/2 9365/14
9365/20 9368/20
9370/7 9373/15 9374/8
9374/10 9375/3
9377/14 9380/5 9380/6
9382/24 9383/2 9384/5
9385/17 9386/23
9388/13 9388/16
9389/5 9391/21
9393/18 9393/19
9393/22 9398/3 9398/4
9398/9 9398/24 9399/4
9400/24 9401/16
9401/18 9402/2 9402/3
9402/4 9402/23
9403/16 9403/20
9403/23 9404/24
9410/11 9410/25
9411/17 9413/3 9414/2
9414/15 9414/22
9414/24 9414/25
9424/23 9427/4 9433/6
9433/12 9434/25
9448/24 9449/25
9451/12 9452/7 9452/8
9452/9 9452/16 9453/1
9453/2 9453/16
9454/16 9455/18
9455/24 9456/18
9457/5 9457/6
**timeframe [5]** 9354/23
9358/9 9370/4 9382/17
9383/8
**timeline [2]** 9352/4
9391/10
**timeline-wise [2]**
9352/4 9391/10
**times [19]** 9356/21
9360/10 9361/10
9362/22 9417/21
9421/14 9450/10
9451/6 9451/17
9451/18 9451/18
9451/19 9451/22
9451/22 9452/25
9453/13 9453/13

**T**

times... [2] 9453/21 9454/7
timestamp [3] 9411/2 9411/3 9411/17
timing [1] 9432/22
tip [1] 9421/8
today [9] 9343/16 9349/3 9368/10 9401/4 9409/10 9419/21 9431/25 9433/6 9447/19
together [3] 9367/23 9383/16 9389/22
told [11] 9347/13 9348/20 9386/20 9387/10 9403/1 9413/16 9415/22 9417/10 9417/24 9434/10 9438/17
Tom [4] 9407/9 9415/25 9416/2 9417/7
Tom's [1] 9416/18
tomorrow [9] 9409/9 9419/11 9419/15 9419/25 9420/4 9420/14 9420/24 9447/19 9456/11
ton [1] 9382/15
tongue [1] 9424/21
tonight [1] 9456/18
too [2] 9369/17 9415/21
took [17] 9367/8 9368/4 9368/7 9376/6 9376/7 9387/5 9387/23 9388/5 9388/24 9393/3 9402/15 9407/1 9422/14 9425/4 9448/16 9448/17 9454/24
top [8] 9356/3 9359/22 9360/20 9395/17 9395/19 9407/25 9413/13 9449/18
tops [1] 9393/6
tornado [5] 9353/21 9353/22 9353/22 9353/23 9353/25
tornadoes [1] 9354/4
total [3] 9361/11 9361/11 9362/22
touch [1] 9343/25
touchdown [1]

9353/25
touchy [1] 9347/16
touchy-feely [1] 9347/16
towards [3] 9345/16 9349/25 9405/9
Towers [1] 9340/22
town [2] 9360/24 9361/4
toys [1] 9345/1
tracking [1] 9398/2
tracks [1] 9447/1
traffic [2] 9343/22 9359/15
trailers [1] 9391/5
train [1] 9400/4
training [13] 9344/2 9357/3 9357/5 9357/23 9357/25 9357/25 9358/1 9358/8 9358/20 9358/21 9371/6 9400/7 9400/7
trait [1] 9424/1
trans [4] 9345/16 9347/1 9349/15 9349/18
transcript [16] 9339/8 9341/8 9421/13 9421/17 9421/21 9422/2 9425/21 9425/23 9426/1 9426/2 9426/10 9427/3 9427/10 9437/18 9451/15 9460/4
transcription [6] 9341/8 9426/20 9426/21 9426/22 9426/23 9426/25
transcripts [1] 9426/25
transgender [3] 9350/23 9352/23 9353/1
transgenders [1] 9346/22
trash [1] 9406/1
traveled [1] 9382/21
treated [1] 9423/3
treatment [1] 9412/11
trees [1] 9391/5
tremendous [1] 9454/24
triage [1] 9411/25
trial [4] 9339/8

9439/21
tried [3] 9345/8 9407/16 9429/7
Triple [2] 9351/11 9351/16
Triple Canopy [2] 9351/11 9351/16
troops [1] 9366/25
trouble [2] 9363/4 9363/11
Troy [1] 9339/14
truck [2] 9352/8 9408/1
true [5] 9368/8 9434/6 9439/15 9441/4 9460/4
Trump [8] 9354/25 9355/3 9366/15 9368/21 9372/20 9377/9 9377/16 9441/19
Trump's [4] 9375/23 9386/19 9441/20 9446/10
trust [1] 9417/1
truthfulness [1] 9424/1
try [9] 9368/24 9383/3 9413/24 9418/2 9426/17 9430/22 9437/9 9447/25 9457/21
trying [12] 9352/21 9358/20 9369/18 9383/3 9391/18 9400/23 9406/19 9414/25 9424/25 9449/6 9450/15 9451/5
Tuesday [1] 9458/15
tunnels [2] 9448/21 9448/24
turn [9] 9347/18 9369/2 9394/15 9416/16 9417/6 9417/15 9420/6 9434/13 9435/3
turned [6] 9347/20 9350/25 9350/25 9377/11 9395/20 9395/21
TV [2] 9387/7 9387/13
twice [1] 9402/2
two [29] 9347/8 9347/8 9362/18 9367/23

9368/22
9372/16 9378/3 9385/7 9385/10 9388/25 9393/6 9405/3 9405/8 9406/25 9418/1 9420/8 9421/1 9422/9 9423/9 9424/12 9428/19 9429/11 9430/8 9430/11 9430/21 9434/13 9439/1 9449/16
two-page [1] 9424/12
TX [2] 9339/20 9339/23
tying [2] 9366/3 9366/4
type [4] 9354/3 9357/15 9357/16 9377/17
Typically [1] 9348/11

**U**

U.N [5] 9367/14 9367/18 9368/23 9369/2 9369/19
U.S [1] 9339/15
U.S. [1] 9366/22
U.S. Navy [1] 9366/22
U.S.C. [1] 9423/2
U.S.C. 7203 [1] 9423/2
Uh [2] 9356/15 9382/20
Uh-huh [2] 9356/15 9382/20
ultimately [10] 9349/25 9353/5 9353/8 9356/16 9356/18 9361/9 9387/19 9387/20 9413/12 9427/22
um [18] 9344/7 9344/25 9349/10 9352/3 9354/22 9356/13 9372/2 9381/1 9387/19 9388/8 9388/24 9390/10 9398/20 9399/20 9401/16 9413/4 9415/8 9417/14
unanimity [1] 9430/10
uncle [1] 9344/5
under [9] 9363/10 9379/5 9379/11 9422/7 9423/2 9424/11

# U

**under... [3]** 9425/11
9425/14 9425/15
**understand [15]**
9377/5 9393/24 9394/9
9404/22 9421/14
9421/15 9424/18
9424/25 9426/1
9432/11 9436/11
9442/13 9442/21
9457/11 9457/13
**understanding [15]**
9348/10 9348/16
9352/4 9365/8 9376/1
9377/8 9384/9 9389/12
9394/10 9394/17
9402/1 9410/5 9420/17
9443/8 9444/4
**understood [2]** 9346/8
9436/5
**unidentified [1]**
9426/13
**uniform [2]** 9372/8
9372/13
**unique [1]** 9416/11
**unit [5]** 9346/1 9346/2
9354/3 9431/17
9431/18
**UNITED [14]** 9339/1
9339/2 9339/9 9366/15
9367/16 9367/21
9367/23 9369/23
9369/23 9369/24
9418/6 9428/1 9430/25
9436/7
**United Nations [4]**
9366/15 9367/21
9369/23 9369/24
**United States [1]**
9369/23
**United States versus
Pless [1]** 9430/25
**units [1]** 9346/23
**universe [1]** 9427/15
**unless [1]** 9438/22
**unlock [1]** 9417/25
**unnamed [2]** 9440/19
9440/19
**unoffensive [1]**
9446/23
**unrelated [2]** 9440/20
9441/1
**unsent [4]** 9428/17
9428/22 9429/15

**until [12]** 9349/10
9358/6 9364/1 9380/2
9380/4 9380/11
9380/12 9380/14
9415/5 9415/12
9439/13 9452/3
**up [87]** 9349/10
9349/13 9351/14
9354/24 9356/15
9356/19 9357/24
9359/9 9359/12
9359/22 9361/5 9363/6
9364/1 9364/20
9364/22 9368/8
9370/20 9371/14
9374/14 9374/19
9378/17 9381/3 9381/7
9381/23 9383/6 9387/3
9387/8 9387/14
9387/17 9387/19
9388/25 9389/1 9389/2
9389/6 9390/16
9390/17 9390/18
9390/18 9392/5
9392/12 9393/15
9394/7 9395/3 9395/6
9395/7 9395/8 9395/15
9395/17 9395/19
9396/17 9398/18
9400/2 9400/15
9400/19 9402/10
9402/11 9403/4 9403/6
9407/2 9407/4 9408/2
9408/6 9409/4 9409/19
9411/25 9412/9
9413/20 9414/14
9415/8 9416/14
9416/25 9417/14
9419/19 9421/20
9424/5 9440/3 9443/10
9444/6 9444/8 9448/24
9448/24 9449/15
9450/14 9451/21 9457/5
9457/8 9459/1
**upbringing [1]**
9345/10
**updated [1]** 9402/15
**updates [1]** 9391/15
**updating [1]** 9391/15
**upon [2]** 9420/18
9442/25
**upset [1]** 9400/25
**upstairs [3]** 9356/2

**us [43]** 9346/18
9346/19 9356/4 9361/8
9361/8 9361/18 9362/3
9369/21 9372/9
9372/14 9374/20
9377/23 9382/8
9382/13 9383/18
9386/8 9386/20
9386/21 9387/11
9387/14 9387/23
9388/24 9389/20
9390/8 9391/6 9392/6
9394/3 9394/3 9394/10
9394/14 9395/9
9404/25 9405/17
9405/24 9406/4 9412/1
9412/4 9413/20
9413/20 9415/16
9432/2 9433/11
9447/22
**USA [1]** 9396/2
**use [5]** 9357/19 9422/4
9422/22 9437/9 9443/7
**used [9]** 9383/14
9383/15 9385/20
9387/15 9400/20
9403/1 9422/20
9423/24 9453/24
**useful [1]** 9400/12
**using [2]** 9349/20
9385/19
**usual [1]** 9419/14

# V

**v. [1]** 9405/1
**vaccine [1]** 9369/3
**vaccines [3]** 9367/21
9367/22 9367/24
**valid [1]** 9455/12
**van [1]** 9376/5
**variance [2]** 9428/7
9428/11
**variances [1]** 9428/4
**various [4]** 9365/13
9370/10 9437/2 9442/9
**vehicles [2]** 9364/6
9364/25
**vein [1]** 9430/18
**venue [1]** 9414/9
**verifying [1]** 9455/7
**versions [1]** 9426/3
**versus [3]** 9428/1
9430/25 9436/7

9345/8 9345/10
9347/16 9352/13
9363/24 9367/17
9369/15 9370/19
9383/5 9386/19
9395/21 9395/21
9405/7 9413/11
9421/19 9421/25
9426/1 9433/22 9434/7
9443/18 9455/21
**via [2]** 9429/22
9429/22
**video [59]** 9359/23
9362/14 9362/19
9362/20 9371/17
9396/21 9397/9
9397/12 9408/13
9410/12 9410/16
9411/3 9411/8 9411/18
9411/21 9412/15
9412/20 9414/8
9421/12 9421/16
9421/20 9428/20
9428/21 9428/22
9428/23 9429/21
9430/19 9430/20
9447/22 9447/23
9447/24 9448/1 9448/8
9449/10 9449/22
9450/3 9450/14
9450/19 9450/20
9450/24 9451/8
9451/17 9451/18
9452/6 9452/14
9452/24 9453/7
9453/13 9454/14
9454/18 9455/7
9455/11 9455/14
9456/18 9456/20
9457/1 9457/2 9457/7
9457/9
**video-recording [1]**
9359/23
**videos [8]** 9361/13
9396/4 9396/7 9401/14
9402/15 9448/17
9451/6 9452/20
**Viet [1]** 9369/11
**Viet Cong [1]** 9369/11
**Vietnamese [1]** 9362/7
**violate [1]** 9442/16
**violence [10]** 9346/22
9372/20 9390/1

# V

**violence... [7]** 9395/25
9396/1 9396/3 9396/4
9396/11 9400/23
9401/5
**VIP [2]** 9386/9 9415/1
**VIPs [5]** 9386/10
9386/22 9388/3
9389/23 9395/3
**Virginia [3]** 9372/25
9377/24 9377/25
**vitals [1]** 9374/19
**voice [1]** 9404/18
**voluntarily [1]** 9417/19
**volunteer [2]** 9354/3
9355/11
**vs [1]** 9339/4

# W

**W-A-T-K-I-N-S [1]**
9343/18
**Wade [1]** 9405/1
**wait [2]** 9409/6 9456/5
**waited [3]** 9381/2
9381/2 9408/10
**waiting [6]** 9364/2
9364/3 9364/3 9364/3
9388/3 9422/11
**waived [1]** 9404/1
**walk [4]** 9399/16
9416/10 9416/13
9446/4
**walked [10]** 9347/19
9382/14 9390/23
9393/15 9395/6 9413/3
9413/4 9413/6 9413/7
9413/7
**walkie [1]** 9383/14
**walkie-talkie [1]**
9383/14
**walking [2]** 9400/17
9403/17
**wall [4]** 9371/14
9371/16 9371/21
9371/24
**wandering [1]** 9402/4
**want [56]** 9343/23
9344/12 9349/18
9350/3 9350/15 9351/3
9353/17 9356/13
9357/3 9358/16 9359/3
9363/2 9365/12
9367/25 9369/25
9370/3 9371/4 9372/10

9372/15 9372/18
9374/9 9375/20 9381/7
9381/23 9392/12
9392/17 9400/11
9400/20 9401/11
9404/2 9406/13
9406/15 9407/21
9410/9 9410/10 9415/6
9418/24 9420/2
9420/20 9422/6
9426/12 9430/10
9436/21 9438/11
9442/2 9442/15
9442/21 9443/23
9444/13 9444/18
9445/3 9447/18 9449/7
9450/15 9450/19
9457/20
**wanted [27]** 9343/25
9351/14 9357/14
9357/16 9357/18
9357/21 9358/21
9359/9 9364/22
9367/21 9368/5
9372/21 9377/10
9382/1 9388/20 9401/2
9401/17 9403/13
9403/14 9404/9
9404/13 9404/18
9404/25 9418/21
9421/1 9424/13
9445/10
**wanting [2]** 9344/23
9457/10
**wants [2]** 9444/3
9452/14
**war [4]** 9344/8 9344/9
9365/25 9369/25
**warm [1]** 9352/17
**warrant [1]** 9361/25
**was [458]**
**Washington [5]**
9339/4 9339/16
9340/11 9340/15
9341/3
**wasn't [14]** 9372/23
9373/13 9374/7 9391/1
9401/23 9401/23
9402/24 9404/5 9404/6
9404/6 9405/7 9407/11
9407/12 9408/11
**waste [1]** 9373/15
**watch [3]** 9410/11
9457/1 9457/3

**watched [3]** 9368/15
9451/1 9456/21
**watching [1]** 9363/4
**Watkins [28]** 9340/5
9343/11 9343/13
9343/17 9344/16
9392/13 9392/18
9392/21 9392/22
9407/21 9409/20
9409/25 9410/2 9410/9
9410/10 9411/11
9411/14 9411/15
9418/23 9419/17
9420/15 9432/20
9434/18 9434/20
9434/24 9441/3 9441/7
9441/9
**Watkins 53 [2]**
9392/13 9409/20
**Watkins 54 [1]**
9410/10
**Watkins 55 [2]**
9411/11 9411/14
**Watkins' [2]** 9419/11
9420/8
**wave [2]** 9353/10
9405/9
**way [29]** 9346/7
9346/20 9349/7
9350/16 9350/25
9351/20 9352/21
9354/21 9361/24
9364/6 9383/3 9390/23
9391/9 9393/10
9393/16 9395/14
9398/23 9399/17
9403/17 9403/19
9422/8 9427/1 9435/13
9435/16 9435/19
9448/10 9450/4
9455/21 9455/25
**ways [2]** 9414/18
9436/19
**we [371]**
**we'll [3]** 9361/5 9413/6
9458/10
**we're [3]** 9360/22
9399/23 9410/6
**we've [7]** 9343/24
9349/20 9353/13
9375/15 9401/14
9445/18 9450/3
**weapon [1]** 9357/19

**weapons [7]** 9360/7
9376/11 9376/13
9376/22 9377/24
9399/13 9415/9
**wear [2]** 9377/22
9387/4
**weather [2]** 9372/24
9373/1
**website [2]** 9367/20
9368/4
**websites [1]** 9346/9
**weed [2]** 9380/21
9380/21
**week [6]** 9358/17
9405/3 9448/16
9448/17 9455/4
9458/15
**Welcome [2]** 9343/7
9409/16
**well [53]** 9346/16
9352/8 9354/17 9355/3
9355/7 9358/4 9359/20
9362/24 9365/20
9366/7 9370/4 9373/9
9373/13 9374/7
9375/20 9377/8
9378/20 9380/13
9383/5 9383/11 9387/3
9387/12 9387/13
9387/20 9389/13
9391/25 9392/7
9394/24 9395/2
9396/12 9401/16
9403/17 9405/23
9406/15 9407/21
9411/12 9418/10
9420/12 9423/12
9423/22 9430/12
9435/21 9436/6
9436/22 9437/6
9439/24 9440/24
9441/3 9444/17
9444/23 9446/20
9452/10 9458/3
**went [51]** 9344/2
9347/6 9347/10
9347/24 9348/25
9352/9 9355/22 9359/7
9359/10 9359/14
9359/22 9360/23
9361/4 9361/9 9362/22
9362/24 9363/17
9371/23 9372/5
9372/10 9373/13

9497

**W**

**went... [30]** 9374/8
9375/12 9376/15
9381/2 9381/4 9382/6
9382/18 9384/5
9387/10 9387/15
9390/14 9390/17
9390/17 9390/18
9393/8 9393/11
9394/25 9395/2 9395/7
9395/15 9396/17
9398/18 9402/1
9402/14 9403/20
9415/8 9415/9 9417/4
9424/6 9446/19
**were [157]**
**weren't [2]** 9376/22
9441/14
**west [2]** 9372/25
9393/8
**what [163]**
**what's [6]** 9389/21
9408/15 9409/19
9427/12 9437/1 9453/2
**whatever [5]** 9389/20
9398/21 9399/23
9444/2 9444/18
**when [86]** 9344/1
9344/13 9344/20
9344/22 9345/6 9349/1
9349/13 9351/3
9351/10 9352/4
9353/18 9353/21
9354/8 9354/10
9354/19 9354/20
9354/25 9355/14
9355/22 9356/11
9357/7 9368/17
9370/19 9371/2 9372/1
9372/3 9373/2 9373/4
9373/6 9376/13
9379/20 9379/22
9379/24 9380/16
9381/21 9382/22
9383/16 9384/18
9385/21 9385/21
9386/4 9387/1 9387/10
9387/13 9387/20
9387/22 9388/6
9389/11 9390/12
9390/14 9391/3 9391/9
9394/24 9395/5
9395/17 9396/3
9396/10 9396/12

9398/8 9400/15 9401/2
9401/13 9402/14
9405/7 9407/3 9407/24
9412/5 9412/23 9413/2
9413/2 9413/6 9413/13
9413/16 9414/9
9414/14 9414/22
9414/25 9415/6 9415/7
9415/23 9416/10
9416/13 9425/6
9428/12 9446/19
9449/24
**where [60]** 9347/9
9348/19 9351/6 9352/2
9352/7 9355/25 9356/9
9359/6 9361/3 9362/6
9362/23 9364/2
9364/25 9372/6
9372/11 9375/8
9375/10 9376/4
9376/14 9377/24
9378/16 9380/23
9382/3 9384/9 9384/23
9387/7 9390/13
9390/22 9390/23
9391/1 9393/7 9395/17
9396/4 9396/7 9396/16
9398/11 9398/14
9398/17 9399/25
9401/19 9402/5 9404/3
9406/20 9410/23
9412/1 9416/12
9422/25 9424/5
9425/23 9428/2
9431/17 9435/8
9440/17 9448/14
9449/23 9449/25
9450/25 9450/25
9451/7 9456/2
**whereas [1]** 9428/18
**whether [19]** 9362/15
9376/1 9379/3 9423/12
9423/17 9425/14
9426/20 9430/10
9430/13 9430/15
9432/12 9433/24
9434/22 9438/25
9441/18 9446/22
9446/22 9450/17
9450/19
**which [31]** 9344/20
9352/17 9355/24
9359/7 9359/14
9360/24 9362/5

9365/10 9376/23
9385/1 9396/22
9420/20 9423/23
9426/3 9429/4 9430/14
9431/3 9431/11
9431/12 9434/19
9436/9 9437/8 9437/23
9438/23 9438/24
9442/25 9443/24
9453/12 9453/13
9455/13 9457/4
**while [16]** 9350/2
9352/15 9370/21
9384/4 9388/5 9388/24
9389/10 9397/1
9423/22 9424/18
9428/10 9433/11
9433/17 9433/20
9444/25 9448/4
**White [1]** 9363/12
**White House [1]**
9363/12
**who [50]** 9346/8
9346/24 9346/25
9350/13 9351/16
9352/10 9354/7 9354/7
9356/4 9356/25
9368/20 9372/17
9375/1 9375/7 9381/15
9383/24 9384/2
9384/11 9385/4 9385/5
9385/9 9388/6 9388/8
9388/9 9388/12
9391/23 9392/8
9398/20 9407/5
9407/25 9411/23
9411/24 9425/13
9426/22 9426/22
9427/9 9428/14 9432/6
9437/2 9438/1 9439/5
9440/19 9440/20
9441/14 9443/20
9448/13 9449/15
9455/6 9456/21
9456/25
**who's [1]** 9452/17
**whoever [5]** 9389/18
9394/21 9416/15
9450/4 9450/4
**whole [7]** 9355/21
9359/21 9361/25
9398/9 9429/5 9445/18
9456/4
**wholly [1]** 9441/1

**whom [3]** 9354/5
9385/22 9385/24
**why [54]** 9344/3
9344/6 9345/9 9346/15
9347/11 9347/24
9349/9 9349/21 9350/4
9350/11 9350/18
9351/9 9353/3 9357/11
9358/3 9360/9 9360/17
9362/2 9363/9 9363/23
9368/3 9373/9 9373/12
9374/6 9377/24 9379/8
9381/25 9384/13
9385/11 9385/14
9385/14 9385/14
9386/18 9390/9
9391/20 9393/13
9394/23 9398/19
9399/19 9400/17
9401/15 9402/3
9403/11 9403/15
9405/22 9406/24
9407/13 9408/18
9413/12 9414/4
9415/14 9422/11
9437/9 9446/16
**will [57]** 9357/2 9359/2
9361/20 9374/24
9375/2 9376/17
9392/21 9408/19
9409/9 9411/14
9411/16 9415/21
9416/16 9417/4 9417/6
9419/10 9419/12
9419/15 9419/25
9420/21 9421/10
9421/16 9422/1
9427/10 9427/18
9427/24 9430/1 9430/4
9430/7 9430/9 9430/21
9432/11 9432/12
9432/15 9432/16
9432/21 9433/20
9434/12 9437/22
9437/24 9441/4
9443/11 9444/18
9444/22 9446/4
9447/13 9447/25
9448/2 9448/5 9454/13
9454/13 9457/2 9457/2
9458/5 9458/6 9458/8
9459/3
**William [1]** 9340/21
**willing [1]** 9450/21

**win [1]** 9368/20
**Winchester [1]** 9377/25
**wing [3]** 9366/14 9366/16 9368/22
**wise [2]** 9352/4 9391/10
**wish [2]** 9350/16 9454/21
**within [2]** 9369/1 9424/20
**without [7]** 9421/23 9442/21 9443/25 9447/21 9448/5 9448/9 9454/18
**witness [15]** 9342/2 9392/13 9409/20 9418/13 9418/22 9423/25 9432/1 9432/21 9447/21 9448/5 9448/13 9448/14 9449/8 9454/18 9455/6
**witnessed [1]** 9448/21
**witnesses [3]** 9433/19 9434/11 9448/12
**woke [1]** 9381/23
**woman [1]** 9392/9
**won [2]** 9366/15 9368/21
**won't [2]** 9406/6 9441/22
**wonder [1]** 9446/22
**Woo [3]** 9395/23 9402/25 9403/18
**Woodard [1]** 9343/2
**woods [1]** 9369/10
**Woodstock [2]** 9343/20 9354/12
**Woodward [10]** 9340/9 9340/10 9420/16 9420/19 9439/16 9443/15 9445/4 9445/15 9447/11 9447/25
**woozy [1]** 9412/8
**word [3]** 9349/21 9453/23 9453/25
**worded [1]** 9435/18
**words [1]** 9439/9
**work [5]** 9351/19 9373/8 9391/9 9449/6 9457/15

**worked [3]** 9433/23 9433/24 9434/11
**working [3]** 9353/21 9380/19 9421/22
**world [5]** 9344/8 9344/9 9344/9 9366/22 9454/24
**World War [1]** 9344/9
**worried [2]** 9373/1 9378/14
**worst [2]** 9369/9 9370/1
**worst-case [1]** 9369/9
**worth [1]** 9434/11
**would [80]** 9343/18 9345/15 9345/19 9350/25 9351/1 9354/2 9354/3 9354/8 9354/10 9355/9 9355/13 9355/14 9358/6 9365/1 9365/2 9366/7 9366/24 9367/22 9370/20 9370/22 9371/2 9371/4 9372/24 9374/18 9376/1 9377/3 9377/11 9377/15 9377/17 9377/18 9377/23 9379/6 9379/6 9379/7 9380/6 9380/8 9380/19 9382/25 9383/2 9385/5 9386/13 9390/9 9394/13 9411/11 9415/22 9415/24 9418/8 9418/10 9418/11 9419/23 9419/24 9422/19 9423/8 9423/8 9424/21 9424/22 9424/24 9425/10 9425/14 9425/21 9426/4 9426/5 9429/9 9432/10 9436/8 9436/22 9439/25 9443/12 9443/15 9444/9 9444/14 9449/10 9449/22 9450/19 9451/14 9452/16 9454/19 9455/20 9455/25 9458/20
**wouldn't [7]** 9343/15 9366/5 9370/23 9377/10 9379/5 9386/8 9425/13
**wound [1]** 9414/16

**wrap [1]** 9409/4
**wrap-up [1]** 9409/4
**wrist [1]** 9371/25
**wrong [2]** 9401/9 9406/11
**wrote [5]** 9376/7 9416/17 9425/6 9425/6 9425/14

**Y**

**yeah [10]** 9375/22 9391/5 9395/10 9395/23 9402/24 9404/14 9406/23 9417/24 9418/19 9456/19
**year [3]** 9354/16 9358/6 9371/13
**years [3]** 9352/14 9352/15 9366/21
**yelling [1]** 9453/24
**yes [73]** 9343/17 9344/19 9345/5 9345/8 9345/21 9346/24 9347/3 9347/3 9349/5 9349/8 9350/9 9354/14 9354/16 9354/18 9354/22 9356/10 9356/22 9356/22 9357/1 9357/6 9360/8 9360/14 9360/16 9361/15 9365/15 9365/23 9366/2 9368/9 9369/13 9370/12 9373/22 9373/25 9380/9 9381/6 9381/20 9382/5 9382/18 9385/3 9386/17 9387/19 9389/4 9390/21 9392/16 9396/6 9396/9 9396/25 9397/3 9397/10 9397/17 9399/15 9401/10 9407/24 9408/4 9408/14 9408/23 9410/17 9410/22 9411/5 9411/22 9412/24 9414/3 9414/11 9420/22 9421/4 9435/1 9438/9 9445/24 9446/6 9447/12 9454/1 9457/19 9457/22 9459/2

**yesterday [1]** 9357/4
**yet [3]** 9433/4 9439/21 9458/19
**you [572]**
**you'd [1]** 9445/2
**you'll [1]** 9451/10
**you're [5]** 9365/3 9365/20 9376/4 9399/22 9405/16
**You've [1]** 9396/7
**your [114]** 9343/10 9343/15 9343/24 9344/15 9344/17 9344/21 9345/7 9345/19 9345/20 9346/10 9346/11 9347/5 9347/21 9347/22 9348/6 9348/6 9348/9 9349/3 9353/24 9354/9 9355/19 9357/19 9359/8 9360/7 9361/16 9362/10 9362/19 9363/15 9363/16 9365/4 9365/8 9366/12 9367/17 9369/2 9369/17 9374/24 9376/1 9376/11 9377/5 9377/24 9382/12 9384/9 9386/4 9388/12 9389/2 9389/12 9390/23 9391/9 9391/16 9392/12 9392/17 9392/20 9394/10 9396/22 9397/2 9397/7 9398/9 9398/9 9407/22 9409/7 9409/19 9411/3 9411/11 9413/1 9415/14 9416/23 9417/23 9418/5 9418/12 9418/13 9418/18 9419/4 9419/20 9420/22 9421/4 9421/22 9424/17 9425/8 9425/20 9426/15 9427/7 9427/11 9427/16 9429/20 9430/7 9431/24 9434/6 9434/9 9435/1 9435/11 9436/5 9438/9 9438/10 9439/15 9440/5 9440/9 9443/12 9443/14

**Y**

**your... [16]** 9444/10
9446/5 9446/6 9447/2
9450/23 9451/13
9453/4 9453/7 9455/3
9456/19 9457/17
9458/1 9458/10
9458/14 9458/17
9459/2
**yourself [4]** 9345/2
9347/18 9410/16
9417/15

**Z**

**Zello [15]** 9383/12
9383/12 9383/20
9383/24 9384/2
9384/13 9389/18
9391/20 9396/22
9397/16 9398/4
9402/15 9402/18
9441/7 9441/9
**Zsuzsa [1]** 9340/12