IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )     CR No. 22-15
                               )     Washington, D.C.
          vs.                  )     November 28, 2022
                               )     9:15 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                               )     Day 36
          Defendants.          )
_____)

TRANSCRIPT OF JURY DELIBERATIONS PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

10467

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4              THE COURT:  Please be seated, everyone.
 5              COURTROOM DEPUTY:  Good morning, Your Honor.
 6   This is Criminal Case No. 22-15, the United States of
 7   America versus Defendant No. 1, Elmer Stewart Rhodes III;
 8   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
 9   Defendant 4, Jessica Watkins; and Defendant 10, Thomas
10   Edward Caldwell.
11              Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12   Hughes, Troy Edwards, and Louis Manzo for the government.
13              Phillip Linder, James Lee Bright, and Edward
14   Tarpley for Defendant Rhodes.
15              Stanley Woodward and Juli Haller for Defendant
16   Meggs.
17              Bradford Geyer for Defendant Harrelson.
18              James Lee Bright standing in for Jonathan Crisp on
19   behalf of Defendant Watkins.
20              And David Fischer for Defendant Caldwell.
21              All named defendants are present in the courtroom
22   for these proceedings.
23              THE COURT:  Okay.  Good morning, everyone.
24   It's good to be with you.
25              All right.  So this is just a continuation of our
```

1    conversation yesterday about the summary exhibit issue and

2    the summary testimony issue.  I've reviewed the government's

3    email.  I then sent around a counterproposal last evening.

4    And so comments, thoughts, reactions to both what was sent

5    out by the government and what I sent out?

6            MR. NESTLER:  On behalf of the government,

7    Your Honor, we continue to object to providing any

8    instruction.  We don't believe it's necessary, and

9    we believe at this stage, after the jury has already been

10   charged, it is more confusing and prejudicial to the

11   government.  If this was provided contemporaneously or with

12   the final instructions, we would, of course, not have any

13   problem with it.  We don't think it's necessary or warranted

14   here.

15           We don't think that the concerns raised in

16   *Abou-Khatwa* are present here, where there were witnesses who

17   were making inferences and drawing conclusions, and,

18   therefore, their testimony about those summary exhibits

19   about those conclusions making a calculation or finding a

20   dummy account are present here, and so we don't think this

21   is warranted here.

22           That being said, if Your Honor overrules our

23   objection, Your Honor's proposal is acceptable to the

24   government.

25           THE COURT:  Okay.

1          On behalf of the defense?

2          MR. WOODWARD:  The Court's proposal is acceptable.

3    The only thing we're checking is whether the government

4    identified all of the summary exhibits in its email.  We

5    think there may have been some that were omitted

6    inadvertently, we assume, from its email yesterday.

7          THE COURT:  Okay.  Well, Ms. Haller indicated

8    yesterday that there was one additional that was introduced

9    through Agent Moore, which is 1555, I believe it was?

10         MS. HALLER:  Yes, Your Honor.  I would clarify

11   that 1555 actually came in under Whitney Drew's testimony.

12   And we also have 1502 and 1509.  So under Whitney Drew, she

13   also testified to 1502.  And Hilgeman also testified to

14   1509, which wasn't on the original list.  So I'm just

15   double-checking the transcripts on the testimony but I think

16   there's one more from John Moore with the Court's

17   indulgence.

18         MR. NESTLER:  And to be clear, as we put in our

19   email, there are additional summary exhibits.  We had many

20   summary exhibits.  We flagged the ones that we thought

21   raised the concerns the Court had raised, which were from

22   disparate sources, and that's what I understood the defense

23   had been more concerned about which was a summary exhibit

24   compiling records from disparate sources into one document,

25   map, image, video, what have you, and that's what we tried

1    to flag here.

2              There are, of course, other summary exhibits like

3    call detail records.  Those are traditional summary

4    exhibits.  We don't believe those have the same kinds of

5    concerns.  It's more of an excerpt from a larger database or

6    a larger set of records than it would be providing any kind

7    of independent judgment about how to display or multiple

8    different kinds of records.

9              THE COURT:  Okay.

10             So just to put a pin on this, I mean, look, I

11   share the government's -- well, let me put it differently.

12             I understand the government's position; however,

13   what I understood quite clearly from the prior cases to

14   constitute summary testimony, I'm not so clear about anymore

15   in light of the *Abou-Khatwa* decision.

16             The government's suggestion that the limiting

17   instruction need only come in for exhibits with respect to

18   inferences, as to which inferences are made, is a possible

19   way to think about it, though it seems to me that most

20   summary exhibits would require the drawing of some inference

21   even if it is a summary of the volume of singular type of

22   records like phone records.

23             But the wording of the case just seems to suggest

24   a broader concept of summary testimony than I had had

25   understood it to constitute.

1          And, you know, insofar as, at least to the extent

2     the government was suggesting this in its email yesterday,

3     that it's only when an impermissible inference is drawn that

4     the instruction is needed or the limiting instruction is

5     needed -- and I don't know if that's what you meant,

6     Mr. Edwards.  I'm not sure I read it that way.

7          It seems to me if an impermissible inference is

8     being drawn from a summary exhibit, that is just an error as

9     opposed to something that ought to be cured by a limiting

10    instruction, and that's why the Court did what it did, which

11    is to review it under a plain error standard when it was an

12    inference that exceeded the bounds of what was permissible.

13         So bottom line is, I think it's better to be safe

14    than sorry here, and I'm not sure I agree with the

15    government that somehow this is going to be prejudicial.

16    I mean, this is a fairly straightforward instruction, which

17    is why I've proposed what I've proposed.  As to what

18    Mr. Edwards has proposed, I thought was a little more than

19    needed to be said for what is really a simple concept to

20    essentially ensure that we aren't -- that I'm not committing

21    an error here.

22         So just to round the record out, I do think it's

23    helpful to put in the record what the government has

24    indicated in its email about the contents of some of these

25    exhibits and how they are from voluminous records.  So, for

1    example -- and I alluded to this when I ruled on them, these

2    exhibits, on the Exhibit 1500, for example, which is the

3    montage, as we've been calling it, that includes messages,

4    videos, photos, phone records, maps, and diagrams, all of

5    those different records that comprise that summary exhibit,

6    Exhibit 1501, which shows movements from various places to

7    Washington, D.C. or the D.C. area in or around January 5th

8    is based on financial records, hotel records, cell-site

9    location information, messages, and maps.

10              Exhibits 1540 and 6929 [sic], which show

11   Mr. Rhodes' multiple purchases of firearms and related

12   equipment, is based upon credit card records and receipts

13   from stores, et cetera, and location information and maps,

14   et cetera.

15              And then -- so I thought it was useful to have

16   that set out in that paragraph, and I wanted to be clear to

17   add that to the record.

18              So bottom line is, it seems to me this -- I'll

19   give the instruction that I provided last night to everyone.

20   The question is whether the list that is presented -- or the

21   bullet points here include the particular exhibits that we

22   want to identify for the government.  I've identified 1500,

23   1501, 1540, and 6925, which is what the government cited

24   last night.

25              Ms. Haller suggested there was an additional

```
 1    exhibit, I think it was 55 -- I'm sorry, 1555.  Is there
 2    anything other than that?  Ms. Haller just listed some
 3    additional exhibits.  I don't know what the government's
 4    view is on adding those to the list?
 5              MS. HALLER:  1502 as well, Your Honor.
 6              THE COURT:  Okay.
 7              And can somebody remind me what 1502 was?
 8              MS. HALLER:  1555 is the one that is about the
 9    calls, that "Old Leadership" chat, and it's a summary
10    exhibit on who the participants in the calls were.  We had
11    testimony from both Whitney Drew and John Moore on that
12    issue.
13              And then it was later FBI Agent Cain's exhibit
14    that came in as a defense exhibit that is the underlying
15    data.
16              MR. WOODWARD:  1502 is the Zello compilation.
17              MS. HALLER:  But it's a compilation, not the
18    actual chat.  That's a different exhibit.
19              THE COURT:  Remind me what the Zello compilation
20    is.
21              MR. WOODWARD:  That was the side by side with the
22    text being highlighted as --
23              THE COURT:  Oh, oh, oh.
24              MR. WOODWARD:  -- the recording was being played
25    and then there was images of Ms. Watkins and others from
```

1   January 6th that was overlaid with that text as it was

2   played.

3            THE COURT:  Okay.

4            All right.  Any objection then to adding those two

5   exhibits?

6            MR. NESTLER:  We believe 1502 is a compilation,

7   rather than a summary, but I -- we're drawing a pretty fine

8   distinction, it sounds like.

9            THE COURT:  Right.

10           MR. NESTLER:  These are not -- these are more

11  unique in terms of what the rules call for, but we believe

12  that's more of a compilation than a summary.  We don't have

13  an objection to including 1502.

14           1555 is seven pages of a PDF that lists the names

15  of certain people who were in certain chats on Signal as of

16  January 6th.  I suppose that's also a summary and that's

17  fine to include.

18           THE COURT:  Okay.

19           MR. NESTLER:  Just so we're clear, I think some of

20  the distinction is whether the exhibit is a summary and

21  whether -- the testimony about the exhibit.  I'm not sure

22  that any of the agents provided testimony about the exhibits

23  and sort of the inferences that were made.  And I understand

24  the Court used the word "insofar," and I think that makes

25  sense.  But I think that's where sort of the distinction is,

```
 1   because I think the defense had objected to the introduction

 2   of the exhibit in the first place as a summary.

 3               THE COURT:  Right.

 4               MR. NESTLER:  And Your Honor overruled that

 5   objection and found it was a summary.

 6               But then the case law talks about a limiting

 7   instruction, not for the exhibit itself but only when

 8   there's testimony about the exhibit.

 9               THE COURT:  Correct.

10               MR. NESTLER:  So anyway, that's sort of, I think,

11   where -- where the hang-up is?

12               THE COURT:  Right.  Okay.

13               And then there was one more which was 1509?

14               MS. HALLER:  Yes, Your Honor, with the Court's

15   indulgence, we're just double-checking.

16               MR. NESTLER:  I can put it on the screen if

17   Your Honor wants.  That's the layout of the Comfort Inn.

18               THE COURT:  Oh, yeah, that doesn't seem to me a

19   summary exhibit at all.

20               MR. NESTLER:  It's -- understood.

21               We believe it's also a compilation but we're happy

22   to --

23               THE COURT:  I'll have to look at it again I

24   suppose but my recollection is it just showed room numbers

25   and sort of the general structure of the building and where
```

1    the parking lot was, and I'm not sure that's a -- qualifies

2    as a summary exhibit.  So I'll not include that on the list.

3           So -- all right.  So our bullet points then will

4    say, "Testimony from FBI -- from FBI Special Agent

5    Whitney Drew about Exhibits 1500, 1502, and 1555; testimony

6    from FBI Special Agent Sylvia Hilgeman about Exhibit 1501;

7    testimony from FBI Special Agent Don Moore about Exhibit

8    1540; and then testimony from FBI Special Agent Sylvia

9    Hilgeman about Exhibit 6925."

10          Is that right?

11          MR. NESTLER:  That's right.  I think that can go

12   in the second bullet.

13          THE COURT:  Right.  Right.  It will just combine,

14   so it will just be three bullet points.

15          Did Moore also testify about 1555?

16          MS. HALLER:  Yes, Your Honor.

17          THE COURT:  All right.  So we can just include

18   1555 on the same line.

19          Also, Counsel, just for your scheduling

20   information, one of the jurors has requested an early

21   adjournment today at 4:30 to get to an appointment, so

22   they'll end at 4:30 today.

23          MR. NESTLER:  The other issue I wanted to flag is

24   that our four poster boards that are over here introduced

25   into evidence we would like them to be given to the jury to

1    have during their deliberations.

2            THE COURT:  Okay.

3            (Pause)

4            MS. HALLER:  Your Honor, we don't recall the

5    exhibit number to the big board, the actual board, but

6    that's a compilation of information that witness has

7    testified to.  Everybody was asked to identify people off

8    the board, almost every agent.

9            1513.  Thank you.

10           So we would raise that because of the concern that

11   that's a summary exhibit with conclusions as to who

12   participated when and then various agents testified about

13   it.

14           But I believe it was admitted into evidence but

15   I don't recall that part specifically.  The jury has that,

16   right?

17           THE COURT:  When you say "the big" -- you mean

18   what we've been referring to -- what was referred to as "the

19   board"?

20           MS. HALLER:  Yes, Your Honor.

21           THE COURT:  Okay.

22           Truth be --

23           MS. HALLER:  I believe it's 1530, 1-5-3-0.

24           MR. NESTLER:  Yeah, so 1530 is the board that has

25   the people on it.  And then 1530.1 is sort of an overlay of

```
 1    that board that has the names of certain chats that people
 2    were in as of January 6th, and those are those two boards.
 3             MS. HALLER:  Do those go back?  I mean, have we
 4    already addressed -- has the Court addressed that?
 5             MR. NESTLER:  So these were both introduced into
 6    evidence, Your Honor, and we asked to send the poster boards
 7    back to the jury to have them.  They're also on the flash
 8    drive in a much smaller harder-to-read version.
 9             THE COURT:  Right.
10             MR. NESTLER:  1530, we don't believe is a summary
11    exhibit.
12             1531 with the names of the chats, could be
13    considered -- as of January 6th, could be considered a
14    summary exhibit, and it's consistent with 1555, which is
15    what defense counsel asked for.
16             1530.1 was introduced by Agent Drew.
17             THE COURT:  That's 1530.1?
18             MR. NESTLER:  Correct, Your Honor.
19             THE COURT:  Okay.
20             So I'd agree that 1530 itself is not a -- that's
21    just identifying the names, and I don't think that's a
22    summary exhibit.  But certainly 1530.1, which both
23    identifies names but also is a summary of the records, the
24    Signal records that show which people were in which groups
25    as of January 6th, that certainly, I think, is a summary
```

1   exhibit since it's all compiling information from voluminous

2   Signal records in one place.

3          (Pause)

4          COURTROOM DEPUTY:  Jury panel.

5          (Jury entered the courtroom.)

6          THE COURT:  All right.  Please have a seat.

7          Ladies and gentlemen, welcome.  It is nice to see

8   all of you.  I hope everybody had a wonderful Thanksgiving

9   holiday.  Don't get too comfortable, you won't be here very

10  long.  The reason I've brought all of you back is that last

11  week when I give gave you your final instructions, I

12  neglected to include an instruction on summary exhibits and

13  testimony about summary exhibits.

14         The government introduced summary exhibits during

15  the case that were a summary of voluminous records.  You may

16  consider the summary exhibits as you would any other

17  evidence admitted during the trial and give them such weight

18  or importance, if any, as you feel they deserve.

19         In addition, certain law enforcement agents

20  provided testimony about summary exhibits.  This included

21  testimony from FBI Special Agent Whitney Drew about

22  Exhibits 1500, 1502, 1530.1, and 1555; testimony from FBI

23  Special Agent Sylvia Hilgeman about Exhibits 1501 and 6925;

24  and testimony from FBI Special Agent John Moore about

25  Exhibits 1540 and 1555.

1          Insofar as these agents testified about the

2     contents of a summary exhibit, you should consider such

3     testimony only as an aid in evaluating the summary exhibit.

4     Any other testimony of these agents should be evaluated

5     consistent with the instructions I've already given you

6     about evaluating witness testimony.

7          So that's just the additional instruction I wanted

8     to give you.  We'll provide you with a copy of the

9     instruction for your -- so that you have it during your

10    deliberations.  So you may now -- we'll now excuse you to

11    continue your deliberations.  Thank you, everyone.

12         COURTROOM DEPUTY:  All rise.

13         (Jury exited the courtroom.)

14         THE COURT:  Okay.  Maybe we'll hear from them

15    today.  Maybe we won't.  Thanks, everyone.

16         (Recess from 9:41 a.m. to 11:35 a.m.)

17         COURTROOM DEPUTY:  All rise.  The Honorable Court

18    is again in session.

19         THE COURT:  Please remain seated, everyone.

20    Thank you.

21         Okay, everyone.  So we have received a note from

22    our jury.  Has everybody had a chance to look at it?  Let me

23    just read it into the record.

24         Seditious conspiracy charge.

25         It says, Clarify:  "Prevent, hinder, or delay the

```
 1   execution of any law of the U.S." versus "governing the
 2   transfer of Presidential power, including the
 3   U.S. Constitution."
 4           So as I read it, I think they're just trying to
 5   connect the two concepts.  And here's what I would propose
 6   to say in response.
 7           "The seditious conspiracy charge alleges as one of
 8   its two objects to prevent, hinder, or delay the execution
 9   of any law of the United States by force.  The law of the
10   United States for purposes of this charge are the laws
11   governing the Presidential transfer of power; namely those
12   laws that are set forth on page 24 of the instructions."
13           MS. HALLER:  Yes, Your Honor.
14           MR. FISCHER:  On behalf of Caldwell --
15           MS. HALLER:  We were just discussing page 24, yes,
16   Your Honor.  Thank you.
17           MR. FISCHER:  On behalf of Mr. Caldwell, we agree.
18           THE COURT:  Okay.
19           MR. NESTLER:  That's acceptable with the
20   government, Your Honor, with the additional clarification
21   that we should clarify that the U.S. Constitution is a law
22   governing the transfer of power, which we think is a
23   different interpretation of the note, a plausible
24   interpretation of the note, and so we can make that clear
25   with Your Honor's response, that's fine with the government.
```

```
 1            MS. HALLER:  I'm sorry, I don't get it --
 2   I understood -- can you say that again.
 3            MR. NESTLER:  We think it's important to make
 4   clear in response to the note that the U.S. Constitution is
 5   one of the laws governing the transfer of Presidential
 6   power.
 7            MS. HALLER:  Then we would respectfully request
 8   that page 24 be read because it explains -- I mean, where it
 9   begins, "to determine whether the conspiracy was to
10   prevent," because it talks about the laws for purposes of
11   this goal include the United States Constitution
12   specifically Article II.
13            So the Judge is referring them to the bottom part
14   of 24 that explains that, but the Court could read that
15   section in and answer your question.
16            MR. FISCHER:  Essentially the last paragraph of
17   page 24 goes into a couple lines on 25, or just to refer the
18   jury to that.
19            MS. HALLER:  "The laws for purposes of this goal
20   are those governing the transfer of Presidential power,
21   including the United States Constitution, specifically
22   Article II and the 12th Amendment and Title III, Section 15
23   of the U.S. Code.  The 12th Amendment to the Constitution
24   provides," blah, blah, blah, blah.
25            MR. WOODWARD:  Your Honor, at the risk of -- well,
```

1    I'll just say what I'm thinking, which is that I think we're

2    reading a little bit into the note, and that's always the

3    problem with these things.  You know, to Clarify:  "Prevent,

4    hinder, or delay," versus, "governing the transfer of

5    power," it's difficult to understand from the jury what

6    exactly is meant by the "versus."  As lawyers, I think we

7    would all agree that that doesn't correlate.  The

8    instructions are clear that there's not a "versus" here.

9            And so although I'm not yet old-ish, I am old

10   school, and I think my suggestion would be that we just

11   refer them back to the instructions as written and as we've

12   spent a fair amount of time laboring over.

13           THE COURT:  Well, I'm not -- well, let's put it

14   this way.  There's clearly some confusion on their part as

15   to how these concepts connect, and so I think it would be

16   useful to spell it out.  And so --

17           Okay.  How about this?  "The seditious conspiracy

18   charge alleges as one of its two objects to prevent, hinder,

19   or delay the execution of any law of the United States by

20   force.  The law of the United States for purposes of this

21   charge are the laws governing the Presidential transfer of

22   power; namely the laws that are set forth on page 24 of the

23   instructions; that is, the U.S. Constitution, specifically

24   Article II and the 12th Amendment and Title III, Section 15

25   of the United States Code.  Further instructions about those

 1    laws can be found on pages 24 and 25 of your instructions."

 2            MS. HALLER:  Your Honor, what's distinctly absent

 3    in what they wrote is the words "by force," which is in the

 4    statute and also in the instructions.

 5            So if we restate the statute, the elements that

 6    are required, and then refer them for additional language on

 7    the laws to page 24.  But I'm concerned that the elements

 8    also need to be referenced.

 9            THE COURT:  Okay.  I'm not concerned about that

10    because they've only asked about this issue, and I don't

11    think they don't seem to be expressing any concern or

12    confusion about the "by force" component of this.  And

13    I think the instructions make clear that, as to both

14    objects, force must be an essential element, so I don't know

15    that we need to reemphasize that.

16            MS. HALLER:  Well, could we just refer them to

17    page 22 and page 24?

18            THE COURT:  No.

19            All right.  Let's bring them in.

20            MR. NESTLER:  Your Honor, just one clarification.

21            I think you said "Presidential transfer of power."

22    The instructions throughout use "Transfer of Presidential

23    power."  I'm sure they're the same but we might as well be

24    consistent rather than introducing anything else.

25            THE COURT:  Okay.

1          COURTROOM DEPUTY:  Jury panel.

2          (Jury entered the courtroom.)

3          THE COURT:  Please be seated, everyone.

4          Okay.  Ladies and gentlemen, we have received your

5   note and asking us to clarify a couple of concepts that are

6   contained in the seditious conspiracy charge.

7          So let me provide you with the following answer:

8   The seditious conspiracy charge alleges as one of its two

9   objects to prevent, hinder, or delay the execution of any

10  law of the United States by force.  The law of the

11  United States for purposes of this charge are the laws

12  governing the transfer of Presidential power; namely, those

13  laws that are set forth on page 24 of the instructions; that

14  is, the U.S. Constitution specifically Article II and the

15  12th Amendment and Title III, Section 15 of the

16  United States Code.  Further instructions about those laws

17  can be found on pages 24 and 25 of your instructions.

18         So let me just read that one more time.

19         Seditious conspiracy charge alleges as one of its

20  two objects to prevent, hinder, or delay the execution of

21  any law of the United States by force.  The law of the

22  United States for purposes of this charge are the laws

23  governing the transfer of Presidential power; namely, those

24  laws that are set forth on page 24 of the instructions; that

25  is, the U.S. Constitution specifically Article II and the

1    12th Amendment and Title III, Section 15 of the

2    United States Code.  Further instructions about those laws

3    can be found on pages 24 and 25 of your instructions.

4              Okay?

5              We'll recess now and have you all continue your

6    deliberations.  Thank you very much.

7              COURTROOM DEPUTY:  All rise.

8              (Jury exited the courtroom.)

9              THE COURT:  Okay.  Thanks, everybody.  We'll see

10   you soon maybe.

11             (Recess from 11:45 a.m. to 4:30 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 29, 2022____    

                                William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [7]** 10468/2 10468/5 10480/4 10481/12 10481/17 10486/1 10487/7

**MR. FISCHER: [3]** 10482/14 10482/17 10483/16

**MR. NESTLER: [18]** 10469/6 10470/18 10475/6 10475/10 10475/19 10476/4 10476/10 10476/16 10476/20 10477/11 10477/23 10478/24 10479/5 10479/10 10479/18 10482/19 10483/3 10485/20

**MR. WOODWARD: [5]** 10470/2 10474/16 10474/21 10474/24 10483/25

**MS. HALLER: [17]** 10470/10 10474/5 10474/8 10474/17 10476/14 10477/16 10478/4 10478/20 10478/23 10479/3 10482/13 10482/15 10483/19 10485/2 10485/16

**THE COURT: [34]**

**0**

**08077 [1]** 10466/8
**0826 [1]** 10466/14

**1**

**1-5-3-0 [1]** 10478/23
**10 [1]** 10468/9
**11:35 [1]** 10481/16
**11:45 [1]** 10487/11
**12th [2]** 10483/22 10483/23
**12th Amendment [3]** 10484/24 10486/15 10487/1
**1460 [1]** 10465/12
**15 [6]** 10464/4 10468/6 10483/22 10484/24 10486/15 10487/1
**1500 [4]** 10473/2 10473/22 10477/5 10480/22
**1501 [4]** 10473/6 10473/23 10477/6 10480/23
**1502 [9]** 10470/12 10470/13 10474/5 10474/7 10474/16 10475/6 10475/13 10477/5 10480/22
**1509 [3]** 10470/12 10470/14 10476/13
**1513 [1]** 10478/9
**1530 [4]** 10478/23

10479/20
**1530.1 [6]** 10478/25 10479/16 10479/17 10479/22 10480/22
**1531 [1]** 10479/12
**1540 [4]** 10473/10 10473/23 10477/8 10480/25
**1555 [11]** 10470/9 10470/11 10474/1 10474/8 10474/14 10477/5 10477/15 10477/18 10479/14 10480/22 10480/25
**17110 [1]** 10465/15
**1808 [1]** 10466/3

**2**

**20001 [1]** 10467/5
**20010 [1]** 10466/4
**2006 [1]** 10466/8
**202 [3]** 10464/18 10466/4 10467/5
**2022 [2]** 10464/5 10488/7
**20579 [1]** 10464/17
**21061-3065 [1]** 10466/13
**214 [2]** 10465/5 10465/9
**22 [1]** 10485/17
**22-15 [2]** 10464/4 10468/6
**24 [13]** 10482/12 10482/15 10483/8 10483/14 10483/17 10484/22 10485/1 10485/7 10485/17 10486/13 10486/17 10486/24 10487/3
**25 [4]** 10483/17 10485/1 10486/17 10487/3
**252-7277 [1]** 10464/18
**252-9900 [1]** 10465/5
**28 [1]** 10464/5
**29 [1]** 10488/7

**3**

**300 [1]** 10466/13
**3065 [1]** 10466/13
**318 [1]** 10465/12
**3249 [1]** 10467/5
**3300 [2]** 10465/3 10465/7
**333 [1]** 10467/4
**354-3249 [1]** 10467/5
**36 [1]** 10464/7

**4**

**4031 [1]** 10465/15
**410 [1]** 10466/14
**412-4676 [1]** 10465/16
**4676 [1]** 10465/16
**487-1460 [1]** 10465/12
**4:30 [3]** 10477/21 10477/22 10487/11

**55 [1]** 10474/1
**5708 [1]** 10466/9
**5th [1]** 10473/7

**6**

**601 [1]** 10464/17
**607-5708 [1]** 10466/9
**6925 [3]** 10473/23 10477/9 10480/23
**6929 [1]** 10473/10
**6th [5]** 10475/1 10475/16 10479/2 10479/13 10479/25

**7**

**700 [2]** 10465/4 10465/8
**71301 [1]** 10465/11
**717 [1]** 10465/16
**720-7777 [1]** 10465/9
**7277 [1]** 10464/18
**7310 [1]** 10466/12
**7447 [1]** 10466/4
**75219 [2]** 10465/4 10465/8
**7777 [1]** 10465/9
**787-0826 [1]** 10466/14

**8**

**819 [1]** 10465/11
**856 [1]** 10466/9

**9**

**9900 [1]** 10465/5
**996-7447 [1]** 10466/4
**9:15 [1]** 10464/9
**9:41 [1]** 10481/16

**A**

**a.m [4]** 10464/6 10481/16 10481/16 10487/11
**Abou [2]** 10469/16 10471/15
**Abou-Khatwa [2]** 10469/16 10471/15
**about [34]**
**above [1]** 10488/4
**above-titled [1]** 10488/4
**absent [1]** 10485/2
**acceptable [3]** 10469/23 10470/2 10482/19
**account [1]** 10469/20
**actual [2]** 10474/18 10478/5
**actually [1]** 10470/11
**add [1]** 10473/17
**adding [2]** 10474/4 10476/16
**addition [1]** 10480/19
**additional [7]** 10470/8 10470/19 10473/25 10474/3 10481/7 10482/20 10485/6
**addressed [2]** 10479/4

**adjournment [1]** 10477/21
**admitted [2]** 10478/14 10480/17
**after [1]** 10469/9
**again [3]** 10476/23 10481/18 10483/22
**agent [11]** 10470/9 10474/13 10477/4 10477/6 10477/7 10477/8 10478/8 10479/16 10480/21 10480/23 10480/23
**Agent Drew [1]** 10479/16
**agents [5]** 10475/22 10478/12 10480/19 10481/1 10481/4
**agree [4]** 10472/14 10479/20 10482/17 10484/7
**aid [1]** 10481/3
**aided [1]** 10467/7
**AL [1]** 10464/6
**Alexandra [2]** 10464/15 10468/11
**Alexandria [1]** 10465/11
**all [19]** 10468/2 10468/21 10468/25 10470/4 10473/4 10475/4 10476/19 10477/3 10477/17 10480/1 10480/6 10480/8 10480/10 10481/12 10481/17 10484/7 10485/19 10487/5 10487/7
**All right [1]** 10485/19
**alleges [4]** 10482/7 10484/18 10486/8 10486/19
**alluded [1]** 10473/1
**almost [1]** 10478/8
**already [3]** 10469/9 10479/4 10481/5
**also [11]** 10470/2 10470/13 10470/13 10475/16 10476/21 10477/15 10477/19 10479/7 10479/23 10485/4 10485/8
**although [1]** 10484/9
**always [1]** 10484/2
**am [1]** 10484/9
**Amendment [5]** 10483/22 10483/23 10484/24 10486/15 10487/1
**AMERICA [2]** 10464/3 10468/7
**AMIT [2]** 10464/9 10468/3
**Amit P [1]** 10468/3
**amount [1]** 10484/12
**answer [2]** 10483/15 10486/7

**any [14]** 10469/7
10469/12 10471/6 10475/4 10475/22 10480/16 10480/18 10481/4 10482/1 10482/9 10484/19 10485/11 10486/9 10486/21
**anymore [1]** 10471/14
**anything [2]** 10474/2 10485/24
**anyway [1]** 10476/10
**APPEARANCES [4]** 10464/13 10464/20 10465/17 10466/15
**appointment [1]** 10477/21
**are [24]** 10468/21 10469/16 10469/20 10470/19 10471/2 10471/3 10471/18 10472/25 10475/10 10475/10 10477/24 10479/2 10482/10 10482/12 10483/20 10484/8 10484/21 10484/22 10485/6 10486/5 10486/11 10486/13 10486/22 10486/24
**area [1]** 10473/7
**aren't [1]** 10472/20
**around [2]** 10469/3 10473/7
**Article [5]** 10483/12 10483/22 10484/24 10486/14 10486/25
**Article II [5]** 10483/12 10483/22 10484/24 10486/14 10486/25
**as [33]**
**asked [3]** 10478/7 10479/6 10479/15 10485/10
**asking [1]** 10486/5
**ASSOCIATES [1]** 10465/14
**assume [1]** 10470/6
**att.net [1]** 10470/13
**ATTORNEY'S [1]** 10464/16
**Avenue [3]** 10465/3 10465/7 10467/4

**B**

**back [4]** 10479/3 10479/7 10480/10 10484/11
**BARRETT [2]** 10465/3 10467/4
**based [2]** 10473/8 10473/12
**be [27]**
**because [5]** 10476/1 10478/10 10483/8 10483/10 10485/10
**been [5]** 10469/9 10470/5 10470/23

**B**

been... **[2]** 10473/3
10478/18
**BEFORE [1]** 10464/9
**begins [1]** 10483/9
**behalf [5]** 10468/19
10469/6 10470/1
10482/14 10482/17
**being [4]** 10469/22
10472/8 10474/22
10474/24
**believe [10]** 10469/8
10469/9 10470/9
10471/4 10475/6
10475/11 10476/21
10478/14 10478/23
10479/10
**Berwick [1]** 10466/8
**better [1]** 10472/13
**big [2]** 10478/5
10478/17
**bit [1]** 10484/2
**blah [4]** 10483/24
10483/24 10483/24
10483/24
**board [6]** 10478/5
10478/5 10478/8
10478/19 10478/24
10479/1
**boards [3]** 10477/24
10479/2 10479/6
**both [5]** 10469/4
10474/11 10479/5
10479/22 10485/13
**bottom [3]** 10472/13
10473/18 10483/13
**bounds [1]** 10472/12
**Bradford [3]** 10466/7
10466/10 10468/17
**BRAND [1]** 10466/3
**brandwoodwardlaw.c
om [1]** 10466/5
**BRIGHT [4]** 10465/3
10465/7 10468/13
10468/18
**bring [1]** 10485/19
**broader [1]** 10471/24
**brought [1]** 10480/10
**building [1]** 10476/25
**bullet [4]** 10473/21
10477/3 10477/12
10477/14
**Burnie [1]** 10466/13

**C**

**Cain's [1]** 10474/13
**calculation [1]**
10469/19
**Caldwell [5]** 10466/11
10468/10 10468/20
10482/14 10482/17
**call [2]** 10471/3
10475/11
**calling [1]** 10473/3
**calls [2]** 10474/9
10474/10
**came [2]** 10470/11
10474/14

10476/16 10477/11
10477/17 10482/24
10483/2 10485/1
10486/17 10487/3
**card [1]** 10473/12
**case [4]** 10468/6
10471/23 10476/6
10480/15
**cases [1]** 10471/13
**cell [1]** 10473/8
**cell-site [1]** 10473/8
**certain [4]** 10475/15
10475/15 10479/1
10480/19
**certainly [2]** 10479/22
10479/25
**Certified [1]** 10467/3
**certify [1]** 10488/2
**cetera [2]** 10473/13
10473/14
**CH [1]** 10467/4
**chance [1]** 10481/22
**charge [10]** 10481/24
10482/7 10482/10
10484/18 10484/21
10486/6 10486/8
10486/11 10486/19
10486/22
**charged [1]** 10469/10
**chat [2]** 10474/9
10474/18
**chats [3]** 10475/15
10479/1 10479/12
**checking [3]** 10470/3
10470/15 10476/15
**Cinnaminson [1]**
10466/8
**cited [1]** 10473/23
**clarification [2]**
10482/20 10485/20
**clarify [5]** 10470/10
10481/25 10482/21
10484/3 10486/5
**clear [8]** 10470/18
10471/14 10473/16
10475/19 10482/24
10483/4 10484/8
10485/13
**clearly [2]** 10471/13
10484/14
**Code [4]** 10483/23
10484/25 10486/16
10487/2
**COLUMBIA [1]**
10464/1
**combine [1]** 10477/10
**come [1]** 10471/17
**Comfort [1]** 10476/17
**comfortable [1]**
10480/9
**comments [1]** 10469/4
**committing [1]**
10472/20
**compilation [7]**
10474/16 10474/17
10474/19 10475/6
10475/12 10476/21

**compiling [2]**
10470/24 10480/1
**component [1]**
10485/12
**comprise [1]** 10473/5
**computer [1]** 10467/7
**computer-aided [1]**
10467/7
**concept [2]** 10471/24
10472/19
**concepts [3]** 10482/5
10484/15 10486/5
**concern [1]** 10478/10
10485/11
**concerned [3]**
10470/23 10485/7
10485/9
**concerns [3]** 10469/15
10470/21 10471/5
**conclusions [3]**
10469/17 10469/19
10478/11
**confusing [1]**
10469/10
**confusion [2]**
10484/14 10485/12
**connect [2]** 10482/5
10484/15
**consider [2]** 10480/16
10481/2
**considered [2]**
10479/13 10479/13
**consistent [3]**
10479/14 10481/5
10485/24
**conspiracy [7]**
10481/24 10482/7
10483/9 10484/17
10486/6 10486/8
10486/19
**constitute [2]**
10471/14 10471/25
**Constitution [10]**
10467/4 10482/3
10482/21 10483/4
10483/11 10483/21
10483/23 10484/23
10486/14 10486/25
**contained [1]** 10486/6
**contemporaneously
[1]** 10469/11
**contents [2]** 10472/24
10481/2
**continuation [1]**
10468/25
**continue [3]** 10469/7
10481/11 10487/5
**CONTINUED [3]**
10465/1 10466/1
10467/1
**conversation [1]**
10469/1
**copy [1]** 10481/8
**correct [3]** 10476/9
10479/18 10488/3
**correlate [1]** 10484/7
**could [4]** 10479/12

10485/16
**counsel [2]** 10477/19
10479/15
**counterproposal [1]**
10469/3
**couple [2]** 10483/17
10486/5
**course [2]** 10469/12
10471/2
**COURT [9]** 10464/1
10467/2 10467/3
10470/21 10472/10
10475/24 10479/4
10481/17 10483/14
**Court's [3]** 10470/2
10470/16 10476/14
**courtroom [5]**
10468/21 10480/5
10481/13 10486/2
10487/8
**CR [1]** 10464/4
**credit [1]** 10473/12
**Criminal [1]** 10468/6
**Crisp [3]** 10465/14
10465/14 10468/18
**crisplegal.com [1]**
10465/16
**CRR [2]** 10488/2
10488/8
**cured [1]** 10472/9

**D**

**D.C [6]** 10464/5
10464/17 10466/4
10467/5 10473/7
10473/7
**Dallas [2]** 10465/4
10465/8
**data [1]** 10474/15
**database [1]** 10471/5
**Date [1]** 10488/7
**David [2]** 10466/11
10468/20
**Day [1]** 10464/7
**decision [1]** 10471/15
**Defendant [15]**
10465/2 10465/13
10466/2 10466/6
10466/11 10468/7
10468/8 10468/8
10468/9 10468/9
10468/14 10468/15
10468/17 10468/19
10468/20
**defendants [2]**
10464/7 10468/21
**defense [5]** 10470/1
10470/22 10474/14
10476/1 10479/15
**delay [6]** 10481/25
10482/8 10484/4
10484/19 10486/9
10486/20
**deliberations [5]**
10464/9 10478/1
10481/10 10481/11
10487/6

**deserve [1]** 10480/18
**detail [1]** 10471/3
**determine [1]** 10483/9
**diagrams [1]** 10473/4
**did [3]** 10472/10
10472/10 10477/15
**different [4]** 10471/8
10473/5 10474/18
10482/23
**differently [1]**
10471/11
**difficult [1]** 10484/5
**discussing [1]**
10482/15
**disparate [2]** 10470/22
10470/24
**display [1]** 10471/7
**distinction [3]** 10475/8
10475/20 10475/25
**distinctly [1]** 10485/2
**DISTRICT [2]** 10464/1
10464/1 10464/10
**do [2]** 10472/22
10479/3
**document [1]**
10470/24
**doesn't [1]** 10476/18
10484/7
**Don [1]** 10477/7
**don't [17]** 10469/8
10469/13 10469/15
10469/20 10471/4
10472/5 10474/3
10475/12 10478/14
10478/15 10479/10
10479/21 10480/9
10483/1 10485/10
10485/11 10485/14
**double [2]** 10470/15
10476/15
**double-checking [2]**
10470/15 10476/15
**drawing [3]** 10469/17
10471/20 10475/7
**drawn [2]** 10472/3
10472/8
**Drew [5]** 10470/12
10474/11 10477/5
10479/16 10480/21
**Drew's [1]** 10470/11
**drive [2]** 10466/8
10479/8
**dummy [1]** 10469/20
**during [4]** 10478/1
10480/14 10480/17
10481/9

**E**

**early [1]** 10477/20
**Edmund [1]** 10466/2
**Edward [3]** 10465/10
10468/10 10468/13
**Edwards [4]** 10464/16
10468/12 10472/6
10472/18
**edwardtarpley [1]**
10465/12
**element [1]** 10485/12

**E**

**elements** [2] 10485/5
10485/7
**ELMER** [3] 10464/6
10465/2 10468/7
**else** [1] 10485/24
**email** [15] 10464/18
10464/19 10465/5
10465/9 10465/12
10465/16 10466/5
10466/9 10466/14
10469/3 10470/4
10470/6 10470/19
10472/2 10472/24
**Empire** [1] 10466/13
**end** [1] 10477/22
**enforcement** [1]
10480/19
**ensure** [1] 10472/20
**entered** [2] 10480/5
10486/2
**equipment** [1]
10473/12
**error** [3] 10472/8
10472/11 10472/21
**essential** [1] 10485/14
**essentially** [2]
10472/20 10483/16
**et** [3] 10464/6
10473/13 10473/14
**et cetera** [2] 10473/13
10473/14
**evaluated** [1] 10481/4
**evaluating** [1] 10481/3
10481/6
**even** [1] 10471/21
**evening** [1] 10469/3
**every** [1] 10478/8
**everybody** [4] 10478/7
10480/8 10481/22
10487/9
**everyone** [8] 10468/4
10468/23 10473/19
10481/11 10481/17
10481/19 10481/21
10486/3
**evidence** [4] 10477/25
10478/14 10479/6
10480/17
**exactly** [1] 10484/6
**example** [2] 10473/1
10473/2
**exceeded** [1] 10472/12
**excerpt** [1] 10471/5
**excuse** [1] 10481/10
**execution** [5] 10482/1
10482/8 10484/19
10486/9 10486/20
**exhibit** [29]
**Exhibit 1500** [1]
10473/2
**exhibits** [24] 10469/18
10470/4 10470/19
10470/20 10471/2
10471/4 10471/17
10471/20 10472/25
10473/9 10473/10
10473/21 10474/3

**Exhibits 1500** [1]
10477/5 10480/12
10480/13 10480/14
10480/16 10480/20
10480/22 10480/23
10480/25
**Exhibits 1500** [1]
10480/22
**exited** [2] 10481/13
10487/8
**explains** [2] 10483/8
10483/14
**expressing** [1]
10485/11
**extent** [1] 10472/1

**F**

**fair** [1] 10484/12
**fairly** [1] 10472/16
**FBI** [9] 10474/13
10477/4 10477/4
10477/6 10477/7
10477/8 10480/21
10480/22 10480/24
**feel** [1] 10480/18
**final** [2] 10469/12
10480/11
**financial** [1] 10473/8
**finding** [1] 10469/14
**fine** [3] 10475/7
10475/17 10482/25
**firearms** [1] 10473/11
**first** [1] 10476/2
**Fischer** [3] 10466/11
10466/12 10468/20
**fischerandputzi** [1]
10466/15
**flag** [2] 10471/1
10477/23
**flagged** [1] 10470/20
**flash** [1] 10479/7
**following** [1] 10486/7
**force** [7] 10482/9
10484/20 10485/3
10485/12 10485/14
10486/10 10486/21
**foregoing** [1] 10488/3
**FormerFeds** [1]
10466/7
**formerfedsgroup.com**
[1] 10466/10
**forth** [4] 10482/12
10484/22 10486/13
10486/24
**found** [4] 10476/5
10485/1 10486/17
10487/3
**four** [1] 10477/24
**Front** [1] 10466/14
**Further** [3] 10484/25
10486/16 10487/2

**G**

**gave** [1] 10480/11
**general** [1] 10476/25
**gentlemen** [2] 10480/7
10486/4
**get** [3] 10477/21

**Geyer** [2] 10466/7
10468/17
**give** [4] 10473/19
10480/11 10480/17
10481/2
**given** [2] 10477/25
10481/5
**Glen** [1] 10466/13
**gmail.com** [1] 10465/9
**go** [2] 10477/11
10479/3
**goal** [2] 10483/11
10483/19
**goes** [1] 10483/17
**going** [1] 10472/15
**good** [3] 10468/5
10468/23 10468/24
**Good morning** [2]
10468/5 10468/23
**governing** [9] 10482/1
10482/11 10482/22
10483/5 10483/20
10484/4 10484/21
10486/12 10486/23
**government** [15]
10464/14 10468/12
10469/5 10469/6
10469/11 10469/24
10470/3 10472/2
10472/15 10472/23
10473/22 10473/23
10481/24 10482/20
10482/25
**government's** [5]
10469/2 10471/11
10471/12 10471/16
10474/3
**Governor** [1] 10466/12
**groups** [1] 10479/24

**H**

**had** [9] 10470/19
10470/21 10470/23
10471/24 10471/24
10474/10 10476/1
10480/8 10481/22
**Haller** [4] 10468/15
10470/7 10473/25
10474/2
**hang** [1] 10476/11
**hang-up** [1] 10476/11
**happy** [1] 10476/21
**harder** [1] 10479/8
**Harrelson** [3] 10466/7
10468/8 10468/17
**Harrisburg** [1]
10465/15
**has** [10] 10469/9
10472/18 10472/23
10477/20 10478/6
10478/15 10478/24
10479/1 10479/4
10481/22
**have** [16] 10469/12
10470/5 10470/12
10470/25 10471/4
10473/15 10475/12

**Geyer** [2] 10466/7
**Geyer**
10479/3 10479/7
10480/6 10481/9
10481/21 10486/4
10487/5
**hear** [1] 10481/14
**helpful** [1] 10472/23
**here** [11] 10469/14
10469/16 10469/20
10469/21 10471/1
10472/14 10472/21
10473/21 10477/24
10480/9 10484/8
**here's** [1] 10482/5
**highlighted** [1]
10474/22
**Highway** [1] 10466/12
**Hilgeman** [4] 10470/13
10477/6 10477/9
10480/23
**hinder** [6] 10481/25
10482/8 10484/4
10484/18 10486/9
10486/20
**holiday** [1] 10480/9
**Honor** [19] 10468/5
10469/7 10469/22
10470/10 10474/5
10476/4 10476/14
10476/17 10477/16
10478/4 10478/20
10479/6 10479/18
10482/13 10482/16
10482/20 10483/25
10485/2 10485/20
**Honor's** [2] 10469/23
10482/25
**HONORABLE** [3]
10464/9 10468/2
10481/17
**hope** [1] 10480/8
**hotel** [1] 10473/8
**hotmail.com** [1]
10466/15
**how** [4] 10471/7
10472/25 10484/15
10484/17
**however** [1] 10471/12
**Hughes** [2] 10464/15
10468/12

**I**

**I am** [1] 10484/9
**I believe** [3] 10470/9
10478/14 10478/23
**I don't** [3] 10479/21
10483/1 10485/10
**I don't recall** [1]
10478/15
**I hope** [1] 10480/8
**I mean** [3] 10471/10
10472/16 10483/8
**I think** [15] 10470/15
10472/13 10475/19
10475/24 10475/25
10476/1 10476/10
10477/11 10479/20
10482/4 10484/1

**Geyer**
10484/6 10484/10
10485/13 10485/21
**I thought** [2] 10472/18
10473/15
**I understand** [2]
10471/12 10475/23
**I understood** [1]
10483/2
**I wanted** [2] 10473/16
10481/7
**I'd** [1] 10479/20
**I'll** [4] 10473/18
10476/23 10477/2
10484/1
**I'm** [15] 10470/14
10471/14 10472/6
10472/14 10472/20
10474/1 10475/21
10477/1 10483/1
10484/1 10484/9
10484/13 10485/7
10485/9 10485/23
**I'm just** [1] 10470/14
**I'm not** [4] 10471/14
10472/20 10484/9
10485/9
**I'm not sure** [3]
10472/6 10475/21
10477/1
**I'm sorry** [2] 10474/1
10483/1
**I'm sure** [1] 10485/23
**I'm thinking** [1]
10484/1
**I've** [6] 10469/2
10472/17 10472/17
10473/22 10480/10
10481/5
**identified** [2] 10470/4
10473/22
**identifies** [1] 10479/23
**identify** [2] 10473/22
10478/7
**identifying** [1]
10479/21
**II** [5] 10483/12
10483/22 10484/24
10486/14 10486/25
**III** [7] 10464/6 10465/2
10468/7 10483/22
10484/24 10486/15
10487/1
**image** [1] 10470/20
**images** [1] 10474/25
**impermissible** [2]
10472/3 10472/7
**importance** [1]
10480/18
**important** [1] 10483/3
**inadvertently** [1]
10470/6
**include** [6] 10473/24
10475/17 10477/2
10477/17 10480/12
10483/11
**included** [1] 10480/20
**includes** [1] 10473/12
**including** [3] 10475/13

**I**

**including... [2]**
10482/2 10483/21
**independent [1]**
10471/7
**indicated [2]** 10470/7
10472/24
**indulgence [2]**
10470/17 10476/15
**inference [4]** 10471/20
10472/3 10472/7
10472/12
**inferences [4]**
10469/17 10471/18
10471/18 10475/23
**information [5]**
10473/9 10473/13
10477/20 10478/6
10480/1
**Inn [1]** 10476/17
**insofar [3]** 10472/1
10475/24 10481/1
**instruction [11]**
10469/8 10471/17
10472/4 10472/4
10472/10 10472/16
10473/19 10476/7
10480/12 10481/7
10481/9
**instructions [18]**
10469/12 10480/11
10481/5 10482/12
10484/8 10484/11
10484/23 10484/25
10485/1 10485/4
10485/13 10485/22
10486/13 10486/16
10486/17 10486/24
10487/2 10487/3
**interpretation [2]**
10482/23 10482/24
**introduced [5]** 10470/8
10477/24 10479/5
10479/16 10480/14
**introducing [1]**
10485/24
**introduction [1]**
10476/1
**is [66]**
**ish [1]** 10484/9
**issue [5]** 10469/1
10469/2 10474/12
10477/23 10485/10
**it [43]**
**it would be [2]**
10471/6 10484/15
**it's [16]** 10468/24
10469/8 10469/13
10471/5 10472/3
10472/13 10472/22
10474/9 10474/17
10476/20 10476/21
10478/23 10479/14
10480/1 10483/3
10484/5
**It's good [1]** 10468/24
**its [8]** 10470/4 10470/6
10472/2 10472/24

**including... [2]**
10486/8 10486/19
**itself [2]** 10476/7
10479/20

**J**

**James [3]** 10465/7
10468/13 10468/18
**January [6]** 10473/7
10475/1 10475/16
10479/2 10479/13
10479/25
**January 5th [1]**
10473/7
**January 6th [5]**
10475/1 10475/16
10479/2 10479/13
10479/25
**jcrisp [1]** 10465/16
**Jeffrey [2]** 10464/14
10468/11
**jeffrey.nestler [1]**
10464/20
**Jessica [2]** 10465/14
10468/9
**jlbrightlaw [1]** 10465/9
**John [3]** 10470/16
10474/11 10480/24
**Johnston [1]** 10465/11
**Jonathan [2]** 10465/14
10468/18
**Jr [2]** 10465/10
10466/2
**JUDGE [2]** 10464/10
10483/13
**judgment [1]** 10471/7
**Juli [1]** 10468/15
**jurors [1]** 10477/20
**jury [14]** 10464/9
10469/9 10477/25
10478/15 10479/7
10480/4 10480/5
10481/13 10481/22
10483/18 10484/5
10486/1 10486/2
10487/8
**just [25]** 10468/25
10470/14 10471/10
10471/23 10472/8
10472/22 10474/2
10475/19 10476/15
10476/24 10477/13
10477/14 10477/17
10477/19 10479/21
10481/7 10481/23
10482/4 10482/15
10483/17 10484/1
10484/10 10485/16
10485/20 10486/18

**K**

**Kathryn [2]** 10464/14
10468/11
**kathryn.rakoczy [1]**
10464/19
**Kelly [2]** 10466/2
10468/8
**Kenneth [2]** 10466/7

**Khatwa [2]** 10469/16
10471/15
**kind [1]** 10471/6
**kinds [2]** 10471/4
10471/8
**know [5]** 10472/1
10472/5 10474/3
10484/3 10485/14

**L**

**LA [1]** 10465/11
**laboring [1]** 10484/12
**Ladies [2]** 10480/7
10486/4
**language [1]** 10485/6
**larger [2]** 10471/5
10471/6
**LASSITER [1]** 10465/3
**last [5]** 10469/3
10473/19 10473/24
10480/10 10483/16
**later [1]** 10474/13
**law [13]** 10466/3
10476/6 10480/19
10482/1 10482/9
10482/9 10482/21
10484/19 10484/20
10486/10 10486/10
10486/21 10486/21
**Lawn [2]** 10465/3
10465/7
**laws [15]** 10482/10
10482/12 10483/5
10483/10 10483/19
10484/21 10484/22
10485/1 10485/7
10486/11 10486/13
10486/16 10486/22
10486/24 10487/2
**lawyers [1]** 10484/6
**layout [1]** 10476/17
**Leadership [1]**
10474/9
**least [1]** 10472/1
**Lee [3]** 10465/7
10468/13 10468/18
**let [4]** 10471/11
10481/22 10486/7
10486/18
**let's [2]** 10484/13
10485/19
**light [1]** 10471/15
**like [4]** 10471/2
10471/22 10475/8
10477/25
**limiting [4]** 10471/16
10472/4 10472/9
10476/9
**Linder [3]** 10465/2
10465/3 10468/13
**line [3]** 10472/13
10473/18 10477/18
**lines [1]** 10483/17
**list [4]** 10470/14
10473/20 10474/4
10477/2
**listed [1]** 10474/2

**little [1]** 10472/18
10484/2
**LLC [2]** 10465/14
10466/7
**location [2]** 10473/9
10473/13
**long [1]** 10480/10
**look [3]** 10471/10
10476/23 10481/22
**lot [1]** 10477/1
**Louis [2]** 10464/15
10468/12

**M**

**made [2]** 10471/18
10475/23
**make [3]** 10482/24
10483/3 10485/13
**makes [1]** 10475/24
**making [2]** 10469/17
10469/19
**many [1]** 10470/19
**Manzo [2]** 10464/15
10468/12
**map [1]** 10470/25
**maps [3]** 10473/4
10473/9 10473/13
**matter [1]** 10488/4
**may [3]** 10470/5
10480/15 10481/10
**maybe [3]** 10481/14
10481/15 10487/10
**MD [1]** 10466/13
**me [10]** 10471/11
10471/19 10472/7
10473/18 10474/7
10474/19 10476/18
10481/22 10486/7
10486/18
**mean [5]** 10471/10
10472/16 10478/17
10479/3 10483/8
**meant [2]** 10472/5
10484/6
**mechanical [1]**
10467/6
**Meggs [3]** 10466/2
10468/8 10468/16
**MEHTA [1]** 10464/9
10468/3
**Merit [1]** 10467/2
**messages [2]** 10473/3
10473/9
**might [1]** 10485/23
**montage [1]** 10473/3
**Moore [6]** 10470/9
10470/16 10474/11
10477/7 10477/15
10480/24
**more [9]** 10469/10
10470/16 10470/23
10471/5 10472/18
10475/10 10475/12
10476/13 10486/18
**morning [2]** 10468/5
10468/23
**most [1]** 10471/19

**movements [1]**
10473/6
**Mr. [4]** 10472/6
10472/18 10473/11
10482/17
**Mr. Caldwell [1]**
10482/17
**Mr. Edwards [2]**
10472/6 10472/18
**Mr. Rhodes' [1]**
10473/11
**Ms. [4]** 10470/7
10473/25 10474/2
10474/25
**Ms. Haller [3]** 10470/7
10473/25 10474/2
**Ms. Watkins [1]**
10474/25
**much [1]** 10479/8
10487/6
**multiple [2]** 10471/7
10473/11
**must [1]** 10485/14
**my [2]** 10476/24
10484/10

**N**

**named [1]** 10468/21
**namely [4]** 10482/11
10484/22 10486/12
10486/23
**names [5]** 10475/14
10479/1 10479/12
10479/21 10479/23
**necessary [2]** 10469/8
10469/13
**need [3]** 10471/17
10485/8 10485/15
**needed [3]** 10472/4
10472/5 10472/19
**neglected [1]** 10480/12
**Nestler [2]** 10464/14
10468/11
**nice [1]** 10480/7
**night [2]** 10473/19
10473/24
**NJ [1]** 10466/8
**No [4]** 10464/4 10468/6
10468/7 10485/18
**North [1]** 10465/15
**not [16]** 10469/12
10471/14 10472/6
10472/14 10472/20
10474/17 10475/10
10475/21 10476/7
10477/1 10477/7
10479/20 10484/8
10484/9 10484/13
10485/9
**note [6]** 10481/21
10482/23 10482/24
10483/4 10484/2
10486/5
**November [2]** 10464/5
10488/7
**now [2]** 10481/10
10481/10 10487/5
**number [1]** 10478/5

**N**

numbers [1] 10476/24
NW [3] 10464/17
10466/3 10467/4

**O**

Oak [2] 10465/3
10465/7
object [1] 10469/7
objected [1] 10476/1
objection [4] 10469/23
10475/4 10475/13
10476/5
objects [5] 10482/8
10484/18 10485/14
10486/9 10486/20
off [1] 10478/7
OFFICE [1] 10464/16
Official [1] 10467/3
oh [4] 10474/23
10474/23 10474/23
10476/18
Okay [20] 10468/23
10469/25 10470/7
10471/9 10474/6
10475/3 10475/18
10476/12 10478/2
10478/21 10479/19
10481/14 10481/21
10482/18 10484/17
10485/9 10485/25
10486/4 10487/4
10487/9
old [3] 10474/9
10484/9 10484/9
Old Leadership [1]
10474/9
old-ish [1] 10484/9
omitted [1] 10470/5
one [14] 10470/8
10470/16 10470/24
10474/8 10476/13
10477/20 10480/2
10482/7 10483/5
10484/18 10485/20
10486/8 10486/18
10486/19
ones [1] 10470/20
only [6] 10470/3
10471/17 10472/3
10476/7 10481/3
10485/10
opposed [1] 10472/9
original [1] 10470/14
other [5] 10471/2
10474/2 10477/23
10480/16 10481/4
others [1] 10474/25
ought [1] 10472/9
our [6] 10468/25
10469/22 10470/18
10477/3 10477/24
10481/22
out [5] 10469/5
10469/5 10472/22
10473/16 10484/16
over [2] 10477/24
10484/12

overlaid [1] 10473/20
overlay [1] 10478/25
overruled [1] 10476/4
overrules [1] 10469/22

**P**

P.A [1] 10466/12
p.m [1] 10487/11
PA [1] 10465/15
page [10] 10482/12
10482/15 10483/8
10483/17 10484/22
10485/7 10485/17
10485/17 10486/13
10486/24
pages [4] 10475/14
10485/1 10486/17
10487/3
panel [2] 10480/4
10486/1
paragraph [2]
10473/16 10483/16
Park [1] 10466/3
parking [1] 10477/1
part [3] 10478/15
10483/13 10484/14
participants [1]
10474/10
participated [1]
10478/12
particular [1] 10473/21
Pause [2] 10478/3
10480/3
PDF [1] 10475/14
people [5] 10475/15
10478/7 10478/25
10479/1 10479/24
permissible [1]
10472/12
phillip [3] 10465/2
10465/6 10468/13
phone [1] 10471/22
10473/4
photos [1] 10473/4
pin [1] 10471/10
place [1] 10476/2
10480/2
places [1] 10473/6
plain [1] 10472/11
Plaintiff [1] 10464/4
plausible [1] 10482/23
played [2] 10474/24
10475/2
Please [4] 10468/4
10480/6 10481/19
10486/3
points [3] 10473/21
10477/3 10477/14
position [1] 10471/14
possible [1] 10471/18
poster [2] 10477/24
10479/6
power [11] 10482/2
10482/11 10482/22
10483/6 10483/20
10484/5 10484/22
10485/21 10485/23
10486/12 10486/23

overlay [1] 10469/10 10472/15
present [3] 10468/21
10469/16 10469/20
presented [1]
10473/20
Presidential [9]
10482/2 10482/11
10483/5 10483/20
10484/21 10485/21
10485/22 10486/12
10486/23
presiding [1] 10468/3
pretty [1] 10475/7
Prettyman [1] 10467/4
prevent [7] 10481/25
10482/8 10483/10
10484/3 10484/18
10486/9 10486/20
prior [1] 10471/13
problem [1] 10469/13
10484/3
proceedings [4]
10464/9 10467/6
10468/22 10488/4
produced [1] 10467/7
proposal [2] 10469/23
10470/2
propose [1] 10482/5
proposed [3] 10472/17
10472/17 10472/18
provide [1] 10481/8
10486/7
provided [4] 10469/11
10473/19 10475/22
10480/20
provides [1] 10483/24
providing [2] 10469/7
10471/6
purchases [1]
10473/11
purposes [6] 10482/10
10483/10 10483/19
10484/20 10486/11
10486/22
put [6] 10470/18
10471/10 10471/11
10472/23 10476/16
10484/13
PUTZI [1] 10466/12

**Q**

qualifies [1] 10477/1
question [2] 10473/20
10483/15
quite [1] 10471/13

**R**

raise [1] 10478/10
raised [3] 10469/15
10470/21 10470/21
Rakoczy [2] 10464/14
10468/11
rather [2] 10475/7
10485/24
reactions [1] 10469/4
read [7] 10472/6
10479/8 10481/23

10483/14 10486/18
reading [1] 10468/21
really [1] 10472/19
Realtime [1] 10467/3
reason [1] 10480/10
recall [2] 10478/4
10478/15
receipts [1] 10473/12
received [1] 10481/21
10486/4
recess [3] 10481/16
10487/5 10487/11
recollection [1]
10476/24
record [5] 10472/22
10472/23 10473/7
10481/23 10488/3
recorded [1] 10467/6
recording [1] 10474/24
records [16] 10470/24
10471/3 10471/6
10471/8 10471/22
10471/22 10472/25
10473/4 10473/5
10473/8 10473/8
10473/12 10479/23
10479/24 10480/2
10480/15
reemphasize [1]
10485/15
refer [4] 10483/17
10484/11 10485/6
10485/16
referenced [1] 10485/8
referred [1] 10478/18
referring [2] 10478/18
10483/13
Registered [1] 10467/2
related [1] 10473/11
remain [1] 10481/19
remind [2] 10474/7
10474/19
Reporter [4] 10467/2
10467/2 10467/3
10467/3
request [1] 10483/7
requested [1]
10477/20
require [1] 10471/20
required [1] 10485/6
respect [1] 10471/17
respectfully [1]
10483/7
response [3] 10482/6
10482/25 10483/4
restate [1] 10485/5
review [1] 10472/11
reviewed [1] 10472/11
RHODES [4] 10464/6
10465/2 10468/7
10468/14
Rhodes' [1] 10473/11
right [15] 10468/25
10475/4 10475/9
10476/3 10476/12
10477/3 10477/10
10477/11 10477/13

10477/13 10477/17
10478/16 10479/9
10480/6 10485/19
rise [1] 10468/2
10481/12 10481/17
10487/7
risk [1] 10483/25
Ritchie [1] 10466/12
RMR [2] 10488/2
10488/8
Road [1] 10466/3
room [1] 10476/24
round [1] 10472/22
ruled [1] 10473/1
rules [1] 10475/11

**S**

safe [1] 10472/13
said [3] 10469/22
10472/19 10485/21
same [3] 10471/4
10477/18 10485/23
say [5] 10477/4
10478/17 10482/6
10483/2 10484/1
says [1] 10481/25
scheduling [1]
10477/19
school [1] 10484/10
screen [1] 10476/16
seat [1] 10480/6
seated [3] 10468/4
10481/19 10486/3
second [1] 10477/12
section [5] 10483/15
10483/22 10484/24
10486/15 10487/1
seditious [6] 10481/24
10482/7 10484/17
10486/6 10486/8
10486/19
see [2] 10480/7
10487/9
seem [2] 10476/18
10485/11
seems [4] 10471/19
10471/23 10472/7
10473/18
send [1] 10479/6
sense [1] 10475/25
sent [3] 10469/3
10469/4 10469/5
session [1] 10481/18
set [6] 10471/6
10473/16 10482/12
10484/22 10486/13
10486/24
seven [1] 10475/14
share [1] 10471/11
she [1] 10470/12
should [3] 10481/2
10481/4 10482/21
show [2] 10473/10
10479/24
showed [1] 10476/24
shows [1] 10473/6
sic [1] 10473/10
side [2] 10474/21

10494

**S**

**side... [1]** 10474/21
**Signal [3]** 10475/15
10479/24 10480/2
**simple [1]** 10472/19
**since [1]** 10480/1
**singular [1]** 10471/21
**smaller [1]** 10479/8
**site [1]** 10473/8
**so [38]**
**so I think [1]** 10484/15
**So this is [1]** 10468/25
**some [6]** 10470/5
10471/20 10472/24
10474/2 10475/19
10484/14
**somebody [1]** 10474/7
**somehow [1]** 10472/15
**something [1]** 10472/9
**soon [1]** 10487/10
**sorry [3]** 10472/14
10474/1 10483/1
**sort [5]** 10475/23
10475/25 10476/10
10476/25 10478/25
**sounds [1]** 10475/8
**sources [2]** 10470/22
10470/24
**Special [7]** 10477/4
10477/6 10477/7
10477/8 10480/21
10480/23 10480/24
**Special Agent [6]**
10477/4 10477/6
10477/7 10477/8
10480/23 10480/24
**specifically [6]**
10478/15 10483/12
10483/21 10484/23
10486/14 10486/25
**spell [1]** 10484/16
**spent [1]** 10484/12
**Sr [1]** 10466/11
**stage [1]** 10469/9
**standard [1]** 10472/11
**standing [1]** 10468/18
**stanley [3]** 10466/2
10466/5 10468/15
**STATES [17]** 10464/1
10464/3 10464/10
10468/6 10482/9
10482/10 10483/11
10483/21 10484/19
10484/20 10484/25
10486/10 10486/11
10486/16 10486/21
10486/22 10487/2
**statute [2]** 10485/4
10485/5
**stenography [1]**
10467/6
**STEWART [3]** 10464/6
10465/2 10468/7
**stores [1]** 10473/13
**straightforward [1]**
10472/16
**Street [3]** 10464/17
10465/11 10465/15

**such [2]** 10480/17
10481/2
**suggest [1]** 10471/23
**suggested [1]**
10473/25
**suggesting [1]**
10472/2
**suggestion [2]**
10471/16 10484/10
**Suite [3]** 10465/4
10465/8 10466/13
**summary [38]**
**suppose [2]** 10475/16
10476/24
**sure [5]** 10472/6
10472/14 10475/21
10477/1 10485/23
**Sylvia [3]** 10477/6
10477/8 10480/23

**T**

**talks [2]** 10476/6
10483/10
**Tarpley [2]** 10465/10
10468/14
**terms [1]** 10475/11
**testified [5]** 10470/13
10470/13 10478/7
10478/12 10481/1
**testify [1]** 10477/15
**testimony [22]**
10469/2 10469/18
10470/11 10470/15
10471/14 10471/24
10474/11 10475/21
10475/22 10476/8
10477/4 10477/5
10477/7 10477/8
10480/13 10480/20
10480/21 10480/22
10480/24 10481/3
10481/4 10481/6
**text [2]** 10474/22
10475/1
**than [8]** 10471/6
10471/24 10472/14
10472/18 10474/2
10475/7 10475/12
10485/24
**Thank [5]** 10478/9
10481/11 10481/20
10482/16 10487/6
**Thank you [4]** 10478/9
10481/11 10481/20
10487/6
**Thanks [2]** 10481/15
10487/9
**Thanksgiving [1]**
10480/8
**that [94]**
**that's [22]** 10470/22
10470/25 10472/5
10472/10 10474/18
10475/12 10475/16
10475/16 10475/25
10476/10 10476/17
10477/1 10477/11

**10479/17** 10479/20
10479/21 10481/7
10482/19 10482/25
10484/2
**their [5]** 10469/18
10478/1 10484/14
**thelinderfirm.com [1]**
10465/6
**them [10]** 10473/1
10477/25 10479/7
10480/17 10481/14
10483/13 10484/11
10485/6 10485/16
10485/19
**then [13]** 10469/3
10473/15 10474/13
10474/25 10475/4
10476/6 10476/13
10477/3 10477/8
10478/12 10478/25
10483/7 10485/6
**there [9]** 10469/16
10470/5 10470/18
10470/19 10471/2
10473/25 10474/1
10474/25 10476/13
**there's [4]** 10470/16
10476/8 10484/4
10484/14
**therefore [1]** 10469/18
**these [10]** 10468/22
10472/24 10473/1
10475/10 10475/10
10479/5 10481/1
10481/4 10484/3
10484/15
**they [4]** 10472/25
10480/18 10485/3
10485/11
**they'll [1]** 10477/22
**they're [3]** 10479/7
10482/4 10485/23
**they've [1]** 10485/10
**thing [1]** 10470/3
**things [1]** 10484/3
**think [27]**
**thinking [1]** 10484/1
**this [22]** 10468/6
10468/25 10469/9
10469/11 10469/20
10471/10 10472/2
10472/15 10472/16
10473/1 10473/18
10480/20 10482/10
10483/11 10483/19
10484/14 10484/17
10484/20 10485/10
10485/12 10486/11
10486/22
**This is [1]** 10468/6
**Thomas [2]** 10466/11
10468/9
**those [1]** 10469/18
10469/19 10471/3
10471/4 10473/5
10474/4 10475/4
10479/2 10479/2

**10483/20** 10484/25
10486/12 10486/16
10486/23 10487/2
**though [1]** 10471/19
**thought [3]** 10470/20
10472/18 10473/15
**thoughts [1]** 10469/4
**three [3]** 10477/14
**through [1]** 10470/9
**throughout [1]**
10485/22
**time [2]** 10484/12
10486/18
**Title [4]** 10483/22
10484/24 10486/15
10487/1
**titled [1]** 10488/4
**today [3]** 10477/22
10477/22 10481/15
**too [1]** 10480/9
**Towers [1]** 10466/13
**traditional [1]** 10471/3
**transcript [2]** 10464/9
10467/6 10488/3
**transcription [1]**
10467/7
**transcripts [1]**
10470/15
**transfer [11]** 10482/2
10482/11 10482/22
10483/5 10483/20
10484/4 10484/21
10485/21 10485/22
10486/12 10486/23
**trial [1]** 10480/17
**tried [1]** 10470/25
**Troy [2]** 10464/16
10468/12
**Truth [1]** 10478/22
**trying [1]** 10482/4
**two [7]** 10475/4
10479/2 10482/5
10482/8 10484/14
10486/8 10486/20
**TX [2]** 10465/4 10465/8
**type [1]** 10471/21

**U**

**U.S [3]** 10464/16
10482/1 10483/23
**U.S. [6]** 10482/3
10482/21 10483/4
10484/23 10486/14
10486/25
**U.S. Constitution [6]**
10482/3 10482/21
10483/4 10484/23
10485/12 10486/11
10486/22
**under [3]** 10470/11
10470/12 10472/11
**underlying [1]**
10474/14
**understand [1]**
10471/12 10475/23
10484/5
**understood [5]**
10470/22 10471/13

**10471/25** 10476/20
10483/2
**unique [1]** 10475/11
**UNITED [17]** 10464/1
10464/3 10464/10
10468/6 10482/9
10482/10 10483/11
10483/21 10484/19
10484/20 10484/25
10486/10 10486/11
10486/16 10486/21
10486/22 10487/2
**United States [10]**
10482/9 10482/10
10484/19 10484/20
10484/25 10486/10
10486/11 10486/16
10486/21 10487/2
**up [1]** 10476/11
**upon [1]** 10473/12
**us [1]** 10486/5
**usdoj.gov [1]**
10464/19 10464/20
**use [1]** 10485/22
**used [1]** 10475/24
**useful [2]** 10473/15
10484/16

**V**

**various [2]** 10473/6
10478/12
**version [1]** 10479/8
**versus [5]** 10468/7
10482/1 10484/4
10484/6 10484/8
**very [2]** 10480/9
10487/6
**video [1]** 10470/25
**videos [1]** 10473/4
**view [1]** 10474/4
**volume [1]** 10471/21
**voluminous [3]**
10472/25 10480/1
10480/15
**vs [1]** 10464/5

**W**

**want [1]** 10473/22
**wanted [3]** 10473/16
10477/23 10481/7
**wants [1]** 10476/17
**warranted [2]**
10469/13 10469/21
**was [29]**
**Washington [5]**
10464/5 10464/17
10466/4 10467/5
10473/7
**wasn't [1]** 10470/14
**Watkins [4]** 10465/14
10468/9 10468/19
10474/25
**way [3]** 10471/19
10472/6 10484/14
**we [46]**
**we believe [4]** 10469/9
10475/6 10475/11
10476/21

we'll [5]  10481/8
10481/10 10481/14
10487/5 10487/9
we're [6]  10470/3
10475/7 10475/19
10476/15 10476/21
10484/1
we've [3]  10473/3
10478/18 10484/11
week [1]  10480/11
weight [1]  10480/17
welcome [1]  10480/7
well [8]  10470/7
10471/11 10474/5
10483/25 10484/13
10484/13 10485/16
10485/23
were [12]  10469/16
10469/17 10470/5
10470/21 10474/10
10475/15 10475/23
10479/2 10479/5
10479/24 10480/15
10482/15
what [25]  10469/4
10469/5 10470/22
10470/25 10470/25
10471/13 10472/5
10472/10 10472/12
10472/17 10472/17
10472/19 10472/23
10473/23 10474/3
10474/7 10474/19
10475/11 10478/18
10478/18 10479/15
10482/5 10484/1
10484/5 10485/3
what's [1]  10485/2
when [7]  10472/3
10472/11 10473/1
10476/7 10478/12
10478/17 10480/11
where [6]  10469/16
10475/25 10476/11
10476/11 10476/25
10483/8
whether [5]  10470/3
10473/20 10475/20
10475/21 10483/9
which [19]  10470/9
10470/14 10470/21
10470/23 10471/18
10472/10 10472/16
10473/2 10473/6
10473/10 10473/23
10476/13 10479/14
10479/22 10479/24
10479/24 10482/22
10484/1 10485/3
Whitney [5]  10470/11
10470/12 10474/11
10477/5 10480/21
Whitney Drew [3]
10474/11 10477/5
10480/21
Whitney Drew's [1]
10470/11

who [15]  10469/16
10474/10 10475/15
10478/11
why [2]  10472/10
10472/17
will [3]  10477/3
10477/13 10477/14
William [4]  10466/11
10467/2 10488/2
10488/8
witness [2]  10478/6
10481/6
witnesses [1]
10469/16
won't [2]  10480/9
10481/15
wonderful [1]  10480/8
Woodward [3]  10466/2
10466/3 10468/15
word [1]  10475/24
wording [1]  10471/23
words [1]  10485/3
would [12]  10469/12
10470/10 10471/6
10471/20 10477/25
10478/10 10480/16
10482/5 10483/7
10484/7 10484/10
10484/15
written [1]  10484/11
wrote [1]  10485/3

Y
yeah [2]  10476/18
10478/24
yes [6]  10470/10
10476/14 10477/16
10478/20 10482/13
10482/15
yesterday [4]  10469/1
10470/6 10470/8
10472/2
yet [1]  10484/9
you [31]
your [32]
Your Honor [19]
10468/5 10469/7
10469/22 10470/10
10474/5 10476/4
10476/14 10476/17
10477/16 10478/4
10478/20 10479/6
10479/18 10482/13
10482/16 10482/20
10483/25 10485/2
10485/20
Your Honor's [2]
10469/23 10482/25

Z
Zaremba [3]  10467/2
10488/2 10488/8
Zello [2]  10474/16
10474/19