```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )   CR No. 22-15
                                   )   Washington, D.C.
          vs.                      )   May 24, 2023
                                   )   9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )
          Defendants.              )
_____)
```

```
      TRANSCRIPT OF OMNIBUS MOTION HEARING PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE
```

```
APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov
```

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com


For Defendant Hackett:         Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               (215) 300-3229
                               Email: angiehalim@gmail.com


For Defendant Moerschel:       Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com


For Defendant
Kelly Meggs:                   Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW
                               1808 Park Road NW
                               Washington, D.C. 20010
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com


For Defendant
Kenneth Harrelson:             Bradford L. Geyer
                               FormerFeds LLC
                               2006 Berwick Drive
                               Cinnaminson, NJ 08077
                               (856) 607-5708
                               Email:
                               Bradford@formerfedsgroup.com

```
APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:              David William Fischer, Sr.
                                 FISCHER & PUTZI, P.A.
                                 7310 Governor Ritchie Highway
                                 Empire Towers, Suite 300
                                 Glen Burnie, MD 21061-3065
                                 (410) 787-0826
                                 Email:
                                 fischerandputzi@hotmail.com


For Defendant Vallejo:           Matthew J. Peed
                                 CLINTON & PEED
                                 1775 Eye Street, NW
                                 Suite 1150
                                 Washington, D.C. 20006
                                 (202) 919-9491
                                 Email: matt@clintonpeed.com


Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Court is now in
 3     session; the Honorable Amit P. Mehta now presiding.
 4            THE COURT:  Good morning everyone.  Please be
 5     seated.
 6            COURTROOM DEPUTY:  Good morning, Your Honor.
 7            Good morning, Your Honor.  This is Criminal Case
 8     No. 22-15, United States of America versus Defendant No. 1,
 9     Elmer Stewart Rhodes III; Defendant No. 2, Kelly Meggs;
10     Defendant No. 3, Kenneth Harrelson; Defendant No. 4, Jessica
11     Watkins; Defendant 6, Roberto A. Minuta; Defendant 7,
12     Joseph Hackett; Defendant 8, David Moerschel; Defendant 10,
13     Thomas Edward Caldwell; and Defendant 11, Edward Vallejo.
14            Kathryn Rakoczy, Jeffrey Nestler, Alexandra
15     Hughes, Troy Edwards, and Louis Manzo for the government.
16            Phillip Linder, James Lee Bright, and
17     Edward Tarpley for Defendant Rhodes.
18            Stanley Woodward for Defendant Meggs.
19            Bradford Geyer for Defendant Harrelson.
20            Jonathan Crisp for Defendant Watkins.
21            William Shipley for Defendant Minuta.
22            Angela Halim for Defendant Hackett.
23            Scott Weinberg for Defendant Moerschel.
24            David Fischer for Defendant Caldwell.
25            Matthew Peed for Defendant Vallejo.
```

1    Defendants Rhodes, Meggs, Harrelson, and Watkins
2    are appearing in person for these proceedings.
3    Defendants Minuta, Hackett, Moerschel, Caldwell,
4    and Vallejo are appearing via videoconference.
5    THE COURT:  Okay.  Everyone, good morning.  It's
6    nice to be with everyone.  It's good to see you all.
7    All right.  So we are here this morning for a
8    number of matters, including dealing with the various
9    objections that have been made to the Guidelines
10   calculations and recommendations by Probation.  We'll get to
11   that in short order.
12   But I sent around, I think it was the other day,
13   just an order of operations order in terms of how we'll
14   proceed this morning.
15   So before we turn to those matter, does anybody
16   wish to raise anything at the outset?
17   Okay.  All right.
18   So why don't we begin with the first order of
19   business and that is hearing any victim impact statements
20   and any witnesses that the defense may have that they wish
21   to call this morning.
22   Mr. Edwards.
23   MR. EDWARDS:  Thank you, Your Honor.
24   Your Honor, this morning, the government has five
25   witnesses and victims who are here today to provide

1    statements to the Court and two statements in absentia that

2    the government will read.

3              First, I'd like to just introduce the categories

4    of why these folks are here to speak with you, Your Honor.

5              We all talk about January 6th as an attack on our

6    democracy, as an assault on our institutions and on the

7    Constitution that made them.  And there's no doubt that on

8    January 6th, we learned, again, that democracy is fragile;

9    these defendants taught us that.

10             But in a way, those are distractions, Your Honor.

11   Yes, democracy is fragile, but because people are fragile.

12   It's a concept that's built on the backs of good, honest

13   people, people who can be bent and broken.  And when they

14   bend or they break, so do our institutions and so does our

15   democracy.

16             Of course, January 6th and what the defendants did

17   was an attack on our constitutional order, but it also was

18   an attack on people like those who are here today to provide

19   a statement to you.  Real people.  Mothers and fathers

20   behind the badge.  Sons and daughters behind the Capitol,

21   behind the Congress.  Real people who stared at the face of

22   sedition and stood.  They took their post and they suffered

23   deeply, but they prevailed.  These people suffered.  And,

24   yes, democracy is fragile, but it stands because these

25   people stood.

1          So, Your Honor, the government asks that their

2     pain and their loss and their suffering not be overlooked

3     and that their triumph not be overlooked, because that is

4     what is at the heart of that ugly afternoon on January 6th;

5     it's at the heart of what this heart case is; and it's at

6     the heart of our democracy.

7          And so these individuals represent two of our

8     institutions here, Your Honor, law enforcement and Congress.

9          We have three victims who are here to testify on

10    behalf of law enforcement.  I'd like to start by introducing

11    the first.  It's MPD Officer Christopher Owen.  We have --

12    we've sent to the Court and to defense counsel photos that

13    we'd like to show while I introduce them.  The first is

14    Officer Christopher Owen from the Metropolitan Police

15    Department.

16          On January 6th, he was in the Senate hallway, for

17    Your Honor's awareness, the same Senate hallway that

18    Jessica Watkins and other co-conspirators were pushing down,

19    and then made his way into the Rotunda.

20          THE COURT:  Mr. Owens, welcome.

21          OFFICER OWENS:  Good morning, Your Honor.

22          THE COURT:  Good morning.

23          OFFICER OWENS:  Good morning, Your Honor.

24          THE COURT:  Good morning.

25          OFFICER OWENS:  Good morning and thank you for

1    allowing me the opportunity to be here and speak today.  I'm

2    Officer Christopher Owens.  I'm currently assigned to the

3    Metropolitan Police Department, Metropolitan Police Academy.

4            In addition to my normal blocks of instruction

5    where I'm the primary instructor for constitutional law in

6    regard to the Fourth Amendment, search and seizure, and

7    traffic laws and stops, I'm one of the primary instructors

8    for a class entitled Active Bystandership for Law

9    Enforcement, ABLE for short.

10           I teach sworn officers as part of their continuing

11   education requirements and recruit officers as a part of

12   their initial training.  A significant part of this class is

13   about identifying, recognizing, and learning how to cope

14   with the trauma we face every day as police officers.

15           We discuss primary --

16           THE COURT:  Take your time, Officer.

17           OFFICER OWENS:  We discuss primary and secondary

18   trauma and the effects and toll it can take on us

19   personally, as well as our loved ones.

20           On January 6th, 2021, I was working in the

21   Fifth District -- I apologize.

22           THE COURT:  No need to apologize.

23           OFFICER OWENS:  -- patrol division and was

24   assigned the CDU Platoon 51.

25           We were one of the first CDU platoons to arrive

1    after the 10-33 was called at the Capitol and one of the

2    first CDU platoons to enter the interior of the

3    Capitol Building.

4         That day, I, as well as hundreds of my fellow

5    officers, experienced trauma.  We experienced physical

6    trauma, emotional trauma, and mental trauma.

7         The traumas we suffered that day were numerous.

8    Rioters continuously told us that we were traitors; that we

9    were a disgrace to our uniforms and the badges we wore; and

10   that we were failing to honor the oath we took as police

11   officers.

12        We were spit on.  We were punched.  We were

13   kicked.  We were hit with flagpoles, 2-by-4s, and hockey

14   sticks.

15        We had to defend ourselves from having our

16   equipment ripped off our bodies.  Rioters tried to forcibly

17   take our helmets, masks, radios, badges.  I even had someone

18   try to rip my service weapon off my holster and off my hip.

19        We were assaulted time and time again, sometimes

20   even with bear spray and mace.  We had bottles and all kinds

21   of other objects thrown at us.  All this was being done

22   while the rioters yelled phrases such as, "We Back the Blue

23   and we support you."

24        Sir, I'm a firm believer in free will.  We have

25   the ability to choose what we do and when we do it.  We can

1    choose to wake up with a positive attitude or a negative

2    attitude.  We can choose to do good, or we can choose to do

3    evil.

4              We are lucky enough that our daily choices are

5    abundant and that we are blessed with this freedom of

6    choice.

7              Sadly, on January 6th, 2021, Mr. Rhodes,

8    Ms. Meggs, and their fellow Oath Keepers chose poorly.

9    Mr. Rhodes, Ms. Meggs and their Oath Keepers chose to break

10   the law.  They all chose to illegally enter the

11   Capitol Grounds.  They all chose to participate in a violent

12   attack that forced an interruption of the certification of

13   the 2020 Electoral College vote count.

14             They all chose to threaten the peaceful transfer

15   of power after the 2020 Presidential election, which

16   resulted in hundreds of law enforcement officers being

17   physically injured, including myself.  They all chose to

18   verbally threaten and physically abuse me and my fellow

19   officers.  They all chose to be a part of a group of rioters

20   that surrounded, taunted, and assaulted MPD officers,

21   including myself, as we defended the Capitol.  They all

22   chose to remain on the Capitol Grounds and continue to break

23   the law.

24             My physical traumas, bruises, and scars have

25   healed, but the emotional and mental trauma from that day

1    stay with me to this day.

2              On January 7th, 2021, when, after 18-plus hours of

3    working to protect the lives, the Capitol, and property,

4    I was finally able to go home.

5              I arrived home early on the morning of

6    January 7th.  My wife of 19 years and my teenage daughter

7    were anxiously awaiting for me in our kitchen.  The look of

8    worry, fear, and relief on their faces as I walked into our

9    home is forever etched in my memory.

10             I told them both that I was okay and there was no

11   need for them to be upset, and I just wanted to grab a

12   shower and a couple hours of sleep before I had to go back

13   to work.  They, of course, needed to talk about what

14   happened and hear from me about my day.

15             As I started to downplay my experiences, I'll

16   never forget the look on my daughter's face when she hugged

17   me -- I'll never forget the look on my daughter's face when

18   she hugged me with tears in her eyes and told me she loved

19   me and immediately wrinkled her nose and said, "You stink."

20             I smiled and told her and my wife that I was

21   covered in sweat, bear spray, mace, OC, and who knows how

22   many other things, which is why I smelled so bad.  And we

23   all agreed I should get a shower right away and we could

24   continue talking about my day after.

25             I went up to the bathroom in our master bedroom,

1   and my wife followed me.  As I started to undress and get in

2   the shower, I took off my long-sleeved uniform shirt and my

3   uniform pants.  I'll never forget how my wife burst into

4   tears -- I'll never forget how my wife burst into tears and

5   sat down on the floor of our bedroom crying when she saw how

6   bruised, battled, and bloodied my arms and legs were.

7           I'll never be able to forget the tears and sadness

8   in my wife's eyes or the worry on her face.

9           On January 6th, Mr. Rhodes, Ms. Meggs, and their

10  fellow Oath Keepers freely chose to commit a multitude of

11  poor decisions and illegal actions that led to me being

12  injured physically, emotionally, and mentally.  I accept

13  this as part of my job, and I would not hesitate to put

14  myself in harm's way again if need be.

15          However, the decisions and illegal actions of

16  Mr. Rhodes, Ms. Meggs, and their fellow Oath Keepers that

17  they made of their own free will traumatized my wife and

18  daughter, and I cannot forgive them for this.

19          Mr. Rhodes, Ms. Meggs, and their fellow

20  Oath Keepers' actions on January 6th were illegal, violent,

21  thoughtless, and careless.  Mr. Rhodes and Ms. Meggs and

22  their fellow Oath Keepers' lack of remorse for the fact they

23  freely chose to perform these illegal acts that caused

24  trauma to me, my family, and many others is why I'm asking

25  the Court today to levy the maximum allowable punishments

```
 1   for their crimes that they freely chose to commit.
 2             Thank you, Your Honor.
 3             THE COURT:  Thank you, Officer Owens.  Thank you
 4   for everything you did on January 6th.
 5             OFFICER OWENS:  Thank you.
 6             THE COURT:  Mr. Edwards.
 7             MR. EDWARDS:  Thank you, Your Honor.
 8             Your Honor, there are two additional law
 9   enforcement officers who have provided statements.  They
10   unfortunately couldn't be here today, but they provided
11   statements to the government to read into the record.
12             As you'll see on your screen and in the second
13   picture that the government provided to the Court and
14   counsel in email this morning, Officers Anthony Jackson and
15   Martha Lazo were two officers who were in the Senate
16   hallway, as Your Honor will remember, with Jessica Watkins
17   and her co-conspirators.  And they made their way, along
18   with Officer Owens into the Rotunda, where they encountered
19   Defendant Roberto Minuta and other co-conspirators.
20             In this photograph, we've got Anthony --
21   Officer Anthony Jackson in the sunglasses in the center and
22   Officer Martha Lazo, who Officer Jackson spoke about, in the
23   helmet at the bottom right with Wite-Out for her badge
24   number on her helmet.  Both of those officers have provided
25   a statement.
```

1          Officer Anthony Jackson wrote:

2          "When I think about January 6th, I'm met with

3    mixed emotions.  A part of me is proud that we were able to

4    show great courage in the face of a threat unknown to us

5    all.

6          "The other part of me is met with a feeling of

7    disbelief that a small majority of our country could

8    disrespect and bring chaos to the very place that is meant

9    to bring order to our country.

10          "Personally, January 6th was the beginning of my

11    career, and I haven't been involved in anything of that

12    magnitude since.  I don't believe I ever will again.

13          "My nerves were wrecked, and I was met with

14    thoughts of myself and my fellow officers and whether we

15    would make it out of here to return to home to our families.

16    That feeling is something that sticks with me to this very

17    day, and I'm proud to say that I was able to face a threat

18    new to American soil and make my country proud.

19          "Officer Lazo" -- who was in Officer Jackson's

20    same unit -- "informed the government that when she was in

21    the Rotunda, she had thoughts go through her mind of her

22    mother at her funeral with the American flag dropped over

23    her coffin and a $5,000 check from MPD in her mother's hand.

24          "She said that I think that will hopefully give

25    you, Your Honor, an impact to let everyone know that we are

```
1    also humans that have dedicated our lives to serve and

2    protect.  And that day we were exposed to danger by our own

3    people for absolutely no reason.  One thing is to exercise

4    their rights; it is another to knowingly obstruct and hurt."

5            At this time, Your Honor, the government will now

6    introduce another live victim here who is here from the

7    United States Capitol Police.  This is Special Agent

8    David Lazarus, who Your Honor will remember was in the small

9    House Rotunda when Defendants Kelly Meggs, Joseph Hackett,

10   David Moerschel, and Kenneth Harrelson were with other

11   co-conspirators.

12           SPECIAL AGENT LAZARUS:  Good morning, Your Honor.

13   Thanks for allowing me to address the Court this morning.

14           My name is David Lazarus.  I'm a special agent

15   with U.S. Capitol police, and I'm assigned to the protection

16   detail for the Speaker of the House.

17           On January 6th, I was inside the Capitol when the

18   rioters breached and overwhelmed security and entered the

19   building.  I learned of the breach through my earpiece.

20   I listened intently as the chaos was being described by our

21   dispatcher.

22           It was hard to believe such a thing occurred

23   because in my 20 years being there, protesters, we've

24   handled protesters at other major events and nothing like

25   this has ever happened.  Evacuating congressional leadership
```

1    and other members of Congress became my No. 1 priority.

2            Making sure staff and visitors were safe was my

3    next focus.  Because of how quickly things were happening,

4    there was -- and the degree of confusion, it was really

5    difficult to focus on what I needed to do.  I felt anything

6    I did could be enough, and whatever I did, I couldn't do it

7    quick enough.

8            I feared that people would get hurt and even

9    killed.  Hearing in my earpiece the discovery of pipe bombs

10   did not help either.  I was now fearing that if a pipe bomb

11   exploded inside the Capitol or if the Capitol ended up on

12   fire, this really bad day would only get worse.

13           Minutes later, I hear shots fired on the House

14   side.  And here I am on the Senate side, and I'm trying to

15   do everything I can to figure out how I can make it to the

16   House side.

17           My initial fear was that that would become a

18   reality.  Finding staff and visitors and colleagues and

19   making sure they were safe was my mission.

20           Listening to the radio transmission and reading

21   text messages describing the need for help and the violence

22   we had to endure was difficult.  As a result of the breach,

23   some of my friends and colleagues have left law enforcement;

24   some are emotionally torn and can no longer work on the Hill

25   nor return to the Capitol.

1              Lives and careers have been ruined and will never

2      return to normal.

3              Several staffers who I've now known over the years

4      and have become friends with have left their jobs and are no

5      longer on the Hill.  They're going elsewhere to work.  And

6      these are good people.

7              The violence that the rioters brought to the

8      Capitol never ends for many of us.  And the violence

9      continued through January 6th and long into today.  The

10     attack and the violence went beyond all of us who were there

11     that day, it reached into our homes, our personal lives, and

12     our loved ones.

13             After learning of the attack on the Capitol from

14     my wife and seeing it on the news, my son texted me to ask

15     if I was okay.  As I read his text, my heart just sunk into

16     my stomach and tears filled my eyes and a deep, deep sense

17     of sadness just covered me.

18             I wanted my son to know that I was going to be

19     okay and not to fear or worry and that I would see him again

20     soon.

21             I was determined that this disgusting and violent

22     act was not going to prevail.

23             Almost every day I think about the evil and the

24     sadness of January 6th, 2021, the pain of us receiving text

25     messages, telling me where to go to help rescue trapped

1    members of Congress or trapped staffers; then getting to

2    that location and witnessing these familiar faces now filled

3    with hurt and fear.  Some no longer can tolerate the pain of

4    working at the Capitol.  This day changed everything.

5            You could see the hurt in the faces.  I will never

6    forget the expression on each and every person's face that I

7    saw that day.  Those images are burnt in my brain.

8            The emotional and mental impact of the damage that

9    the attack on the Capitol have caused will never go away.

10   We will live with the heartache forever and through the

11   sadness throughout my life.

12           My son and family are thankful I made it home, and

13   they know how lucky I am still to be with them, thanks be to

14   God.

15           THE COURT:  Officer Lazarus, thank you for your

16   remarks, and thank you for your heroism on January 6th.

17           SPECIAL AGENT LAZARUS:  Thank you.

18           MR. EDWARDS:  Thank you, Your Honor.

19           The government's final law enforcement witness is

20   United States Capitol Police Officer Harry Dunn, who

21   Your Honor will remember was in the small House Rotunda at

22   the time that Kelly Meggs, David Moerschel, Joseph Hackett,

23   and Kenneth Harrelson were there.

24           OFFICER DUNN:  Good morning.

25           THE COURT:  Good morning, Officer Dunn.

1          OFFICER DUNN:  First of all, I would like to

2    acknowledge before the Court the men and women of

3    Capitol Police, the first responders unit specifically, the

4    men and women of the Metropolitan Police Department, our

5    Capitol Police wellness center, Yvonne, Paula, victim

6    coordinators here.  I appreciate it.

7          Your Honor, thank you for giving me the

8    opportunity to express my deep gratitude to this Court and

9    to the members of the jury who rightfully found these

10   defendants guilty for their role in the Capitol insurrection

11   on January 6th, 2021.

12         As one of the U.S. Capitol Police officers who

13   stood his ground that day and protected our legislative

14   members, our democratic institutions, I am profoundly

15   grateful that in this case justice has been done can.

16         I stand here today as a victim of the defendants'

17   actions on January 6th, but my pain didn't end on that day.

18   Because I have told the truth about what happened, I've had

19   to install security cameras around my house.  I live in

20   constant fear for my daughter, for my loved ones, and

21   myself.  My dad feels it's necessary to tell me to be

22   careful every time we talk on the phone; keep your head on

23   the swivel, he says.

24         When I'm out attempting to live a regular life,

25   whether that be a restaurant, a mall, or even work, I'm

1    always hypervigilant about my surroundings.

2            I've been a police officer for 15 years, so I've

3    always paid attention to my surroundings.  But now it's

4    different.  Instead of worrying and paying attention for the

5    well-being of others, I now worry about my own safety and my

6    own well-being.

7            Whenever I see someone in cargo pants or anything

8    that looks remotely close to tactical gear, I wonder if they

9    were part of the insurrection.  I get anxious.  I start to

10   clinch my teeth.  I notice a rise in my heart rate.  And I

11   look for the closest place to retreat for peace of mind.

12           Of course, at my workplace, the U.S. Capitol,

13   there's no such place I can retreat.  Because of the

14   defendants' actions on January 6th, every day at work in the

15   Capitol Building evokes in me the feeling that I'm at a

16   never-ending crime scene rather than at the citadel of

17   American democracy.

18           As I walk through the halls of Congress every day,

19   I'm reminded of the terrible things that I saw, that I

20   experienced, or that one of my fellow officers told me

21   happened in the place that we are standing.

22           I used to enjoy coming to work each day, proud to

23   be a police officer.  But the defendants ripped that all

24   away from me.  I now dread going to work each day.  And when

25   I'm there, I count down the hours, the minutes, the seconds

1    until I can leave.

2            A few of my fellow officers that told me that they

3    avoid certain parts of the U.S. Capitol because they never

4    want to see that place again, often referring to specific

5    locations in the building where they have a memory of the

6    attack that day.

7            When I see congressional staff members who were

8    present in the Capitol during the attack, they tell me their

9    stories from January 6th.

10           It's like I can never stop reliving the horrors of

11   January 6th in my head.

12           On the day that I testified before this Court, I

13   had been scheduled to speak with first responders about the

14   effects of traumatic experiences.  Instead of talking to

15   real Oath Keepers, real victims, instead of helping those

16   Americans who put their lives on the line every day, I had

17   to come to the courthouse and tell the jury what actually

18   happened on January 6th.  I had to re-open those wounds

19   because the defendants and those who supported and

20   encouraged their actions refuse to take responsibility.

21           People often ask me if I have flashbacks from that

22   day.  And honestly I tell them, "No, it's not a flashback.

23   It's like a nightmare of January 6th replaying on a constant

24   loop which never stops."

25           I've continued to require therapy for the

23

1   emotional injuries I suffered as a result of that day, and

2   my therapist tells me what I'm experiencing is called PTSD,

3   along with anxiety attacks, but I continue to seek therapy

4   to learn how to heal from January 6th.  It has taken a toll

5   on me.

6           I've gone from being an extroverted person to an

7   introverted, depressed shell of my former self.  The

8   relationships of my life have also suffered.  I've pushed

9   people who care about me away.  I avoid seeing loved ones

10  because I know all they want to do is ask me how I'm doing.

11          Friends worry about me because activities I used

12  to love, I really don't have the desire to do anymore.  And

13  if I do muster the energy, I'm just going through the

14  motions.

15          Why?  Why is any of this necessary?  Why am I

16  dealing with the threats against my life and the lives

17  against my loved ones simply for doing my job on

18  January 6th?  Why am I and my fellow officers still called

19  liars, traitors?  Why must I suffer almost two and a half

20  years later?

21          While I'll always live with the emotional scars of

22  January 6th, I find a little measure of relief in the jury's

23  guilty verdict, relief that my fellow officers and I did not

24  suffer in vain, relief that what I was protecting on

25  January 6th was worth defending, and relief that in the end,

```
1    our American system of justice prevailed and this Court will

2    administer accountability.

3              Thank you for your consideration, Your Honor.

4              THE COURT:  Thank you for your remarks,

5    Officer Dunn.  Thank you for all you've done.

6              MR. EDWARDS:  Thank you, Your Honor.

7              The government now has two individuals who

8    represent another institution, both from the Capitol, who

9    were present on January 6th.  The first is Virginia Brown,

10   who was a chambers assistant for the United States Senate at

11   the time.  If Your Honor will recall, one of the exhibits in

12   Trial 2 presented Ms. Brown escorting the ballots in the

13   letter box across the Rotunda on January 6th.

14             CHAMBERS ASSISTANT BROWN:  Good morning.

15             THE COURT:  Good morning.

16             CHAMBERS ASSISTANT BROWN:  I'd like to begin today

17   by thanking Judge Mehta for letting me be here today.  I'm

18   extremely grateful for the opportunity to share my

19   experience on January 6th, 2021, and I hope that my

20   statement today may offer some insight into the real-world

21   impacts of the defendants' actions.

22             My name is Virginia Brown, and I'm a 21-year-old

23   college senior studying political science and sociology.  I

24   spent the entirety of my sophomore year of college at home

25   in Maryland due to the COVID-19 pandemic, and I was
```

1   fortunate enough to have a job working as a chamber

2   assistant in the United States Senate.

3          Beginning in June 2020, I assisted with the daily

4   functioning of the chamber, delivering documents, setting up

5   for speakers, preparing for votes, and any other task which

6   a Senator or staff member needed assistance with.

7          Though my role was small, I took great pride in

8   being a part of the regular functioning of democracy.  I was

9   honored when I was offered the opportunity to carry the

10  certified electoral ballot boxes between the House and

11  Senate chambers as part of the congressional certification

12  of the Presidential election results.

13         I had no idea the chaos and destruction this

14  historic process would give way to.  I couldn't have

15  anticipated that in early afternoon of January 6th, I would

16  be sprinting through the underground corridors of the

17  Capitol.

18         First, the Senate chamber was placed in lockdown.

19  Then it was deemed that the Senate chamber was unsafe

20  because the building had been breached and that we had to

21  flee to a secondary location.

22         In what seemed like a matter of seconds, I was

23  sprinting down the interior stairs of the Capitol, making

24  sure to avoid windows and doors and praying to God that I

25  wouldn't encounter any insurrectionists.

1          Senators and staff alike were shoved into tight

2   basement hallways as we raced in towards the safe location

3   guided by Capitol and Metropolitan Police.

4          I kicked my shoes off, deciding that I could run

5   faster in just my tights.

6          January 6th is one of the few moments when I have

7   genuinely feared for my life.  I constantly relive the

8   memories of that day:  the sound of barricades being toppled

9   and windows being beaten town, the sharp smell of tear gas

10  and bear spray on the floors of the Capitol, the debris

11  littering the Capitol corridors that night when we returned

12  to vote.

13         It is impossible for me to quantify the impact

14  which the defendants' actions have had on my life.  I cannot

15  measure how many hours of sleep I've lost to nightmares of

16  the insurrection.

17         I cannot put into numbers the depth of the anxiety

18  and despair I felt knowing a mob broke into my workplace

19  with zip ties and bear spray and understanding their

20  intended use.

21         As a direct result of my experience, I often

22  struggle with tasks that used to come to me easily; but

23  despite these adverse impacts, I'm reminded daily that my

24  experience could have been much worse.

25         I can't assume anyone's intentions but it's not

1    hard to put two and two together that the violent mob who

2    beat police officers outside within inches of their life may

3    have intended to do the same to me.

4              I wrestle with the burden of knowing that dozens

5    of police officers were permanently maimed, physically and

6    mentally, so that I could stay safe.

7              I have the utmost gratitude for those who gave

8    their lives, but it is unbearable to know that people died

9    or felt the life was so unbearable after the insurrection

10   they look their own lives, also that I could be safe.

11             Word do not do justice to this immense gratitude

12   but also this profound guilt.

13             Nothing will undo what was done that day.  The

14   trauma cannot be undone, and the lives that were destroyed

15   will never be the same.

16             I can only hope that those culpable will take some

17   responsibility for their actions.  I hope that they can see

18   the human impacts of their violence, and I hope that my

19   presence here today can provide some context to the effects

20   of the attack.

21             I hope that by putting a face to the story, I can

22   provide a learning opportunity to the defendants, as well as

23   everyone else here today.

24             I'd like thank Judge Mehta again, the

25   United States Senate, and the United States Department of

1    Justice for the chance to speak here today.  And it is my

2    hope that my statement provides some guidance and

3    clarification in your sentencing decision.

4         Thank you.

5         THE COURT:  Ms. Brown, thank you very much.

6         MR. EDWARDS:  Your Honor, the final victim here

7    providing a statement to the Court is Terry McCullough, the

8    Chief of Staff to Speaker of the House Emerita Nancy Pelosi.

9         CHIEF OF STAFF McCULLOUGH:  Thank you, Your Honor,

10   for the opportunity to address the Court today.

11        My name is Terry McCullough.  I am Chief of Staff

12   to Speaker Emerita Nancy Pelosi and have served in her

13   office in a variety of roles for almost 20 years, including

14   as Chief of Staff to the Speaker of the House of

15   Representatives from 2019 to 2023.

16        On January 6th, 2021, the Congress met to confirm

17   the results of the 2020 election.  The certification of an

18   election of the President and Vice President of the

19   United States is one of the most solemn responsibilities of

20   the Congress.  It is foundational to the peaceful, lawful

21   transfer of power.  And the members of Congress with whom

22   I worked and the staff approached it very seriously.

23        Staff had been working since the summer of 2020 in

24   preparation for the joint session of Congress and the lawful

25   transfer of power on January 6th as provided in our

1  Constitution.

2        We did not anticipate that on that day, the
3  President would incite an insurrection in which these
4  defendants participated.

5        I understand the defendants in this case wanted
6  former President Trump to call on the militia to stop the
7  peaceful transfer of power in the Congress.  They planned to
8  be present in D.C., brought weapons to the region, and were
9  prepared to engage in violence to stop the certification.

10        I understand that after helping to spread false
11  allegations that the election was stolen, the defendants
12  participated in political violence intended to intimidate
13  and obstruct Congress's proceedings to certify the election.

14        The violence was intended to halt the proceedings
15  and to obstruct the Congress from discharging its duties as
16  required by the Constitution of the United States.

17        That violence threatened the safety of everyone
18  who worked in the Capitol complex that day.

19        When we became aware that the rioters were
20  breaching the Capitol, the Speaker of the House was
21  physically removed from the chamber, from the rostrum, and
22  we were taken to an off-site location.  She was replaced on
23  the rostrum by the rules committee chair; but immediately
24  after that, proceedings were temporarily halted.

25        Once the violence ensued, the Speaker and other

1   members of House and Senate leadership had two

2   priorities:  to engage the National Guard to provide for the

3   safety and protection of everyone working in the buildings

4   and to ensure that the House and Senate returned to complete

5   the people's business of certification.

6           Certification was not just their task but their

7   solemn duty that day.

8           Members and staff not only were prevented from

9   discharging their duties, but they feared for their safety.

10  I have worked with and spoken to many who may recover from

11  the horror of that day.

12          Members and staff prepared for a breach of the

13  House Chamber, uncertain whether they would be tear-gassed

14  or assaulted.  A Republican colleague described he felt on

15  the floor a real palpable sense of fear from some members as

16  they donned their gas masks, something they had never had to

17  do before.

18          After some time, after everyone on the House Floor

19  was evacuated to another room farther away, unsure of what

20  was to come.

21          Rioters came intentionally to our offices on a

22  hunt for the Speaker.  Members of the Speaker's staff, my

23  colleagues, my friends, were forced to hide quietly in our

24  conference room for hours until they could be rescued.  They

25  were subjected to chants and threats and yelling and banging

1    on the door, not knowing whether they would make it out,

2    fearing for their safety simply because they had chosen

3    public service.  It was due to the heroic actions of my

4    friend Agent Lazarus that they were able to leave that room.

5          The Capitol Police, the Metropolitan Police, and

6    other law enforcement who worked to protect us sustained

7    serious injuries.  Officers Sicknick, Liebengood, and Smith

8    all died as a result of the violent insurrection.

9          And the threat was not felt in a partisan way.  A

10   Republican colleague described to me their members and staff

11   on the floor and in the cloak room, unable to process this

12   realization of what was about to happen, tearful, making

13   phone calls to their families to say goodbye, and one of the

14   Republican members describing this violence as

15   unconscionable.

16         As the Speaker and the leadership worked to

17   expedite the arrival of the National Guard, they received

18   conflicting reports about the state of the Capitol.  We were

19   told the House Floor had not been breached by rioters, yet

20   we were also told it could take days to restore the building

21   to order.  "The Capitol is now a crime scene," said one of

22   the officers.

23         The leaders discussed the merits of proceeding in

24   an alternate location.  But it felt critical to return to

25   the Capitol as soon as possible to finish the business of

1    the Congress and show the American people and the world that

2    our democracy remained intact.

3            Our work had been interrupted to obstruct

4    congressional proceedings, and the safety of members of

5    Congress, staff, institutional workers, the press corps, and

6    the Capitol Police was jeopardized.

7            We had prepared for months for the lawful,

8    peaceful transfer of power.  Because of the rioters, we were

9    prevented from discharging our duties in a timely manner.

10            In the days following, our Capitol community

11    returned to work at the crime scene, behind a fence

12    patrolled by the National Guard, finding in our office a

13    confederate flag and zip ties left on the desks, while

14    watching clips of the attack on repeat on television minute

15    after minute, day after day.  We did that because it was our

16    job, because we chose and believe in public service.

17            I am grateful to do this work, and I approach it

18    with the greatest seriousness and thoughtfulness.  It has

19    been the honor of a lifetime to serve as staff in the U.S.

20    House of Representatives, and I would do it all over again.

21            But every day for the rest of my life, I will

22    carry with me the pain caused by the knowledge that my

23    colleagues and the very essence of our democracy were placed

24    in significant danger because of the violent crimes the

25    defendants perpetrated.

1          The defendants violated our workplace, our

2    government, and our democracy.

3          On January 6th, the defendants tried to destroy

4    our work, but they did not succeed.  Democracy succeeded.

5          We came back that night and the day after and

6    every day since.  Our work to protect and defend the

7    democracy we hold dear continues, despite their attack

8    against it.

9          Thank you, Your Honor.

10          THE COURT:  Thank you very much.

11          MR. EDWARDS:  Thank you, Your Honor.  At this

12    time, that concludes the government's omnibus victim impact

13    statements for today.

14          THE COURT:  Thank you, Mr. Edwards.

15          Okay.  Does defense wish to present anyone this

16    morning?

17          MR. SHIPLEY:  Good morning, Your Honor.

18          THE COURT:  Good morning, Mr. Shipley.

19          MR. SHIPLEY:  I had communicated to the Court and

20    the government intention to call Lieutenant Tarik Johnson

21    this morning to testify.  That was based on a conversation

22    that I had with him last night, along with Mr. Geyer, that

23    lasted quite a bit of time going through the sequence of

24    events of the day and him asking to be provided some video.

25          The following day, the government indicted the

 1   other -- I can't remember his name.  There was another

 2   lieutenant for the Metropolitan Police Department in

 3   connection with his interactions with Enrique Tarrio, now

 4   convicted, the Proud Boys.

 5           Following that indictment, the next day, we

 6   received communication from Mr. Johnson that he was now no

 7   longer willing to testify out of fear of the government.

 8           Now, over the weekend, this remained a little bit

 9   fluid.  Over the weekend, it was communicated to us, which I

10   only found about -- actually, I think it was communicated on

11   Monday.  I found out yesterday while I was traveling, I

12   couldn't act on it because I got here too late last night --

13   he remains willing to testify, but he's not willing to

14   voluntarily come into court to testify.  But, you know, if

15   subpoenaed to do so under court order, that he could then

16   use as his basis, he would do so.

17           And I know that in the interim, between the time

18   that I gave the government and the Court notice that

19   Lieutenant Johnson would be called today, Mr. Nestler

20   reached out to Mr. Johnson's lawyer.  And then suddenly

21   circumstances changed for not the first time with witnesses

22   that the government has given -- the defense has given

23   notice to.

24           So as we stand here this morning, I do not have

25   Lieutenant Johnson, I could not get him under subpoena

1    timely enough to bring him in here.

2            I think in large measure, Lieutenant Johnson is

3    factually -- what I intended to elicit from him is factually

4    particular to the second group, and that only involves

5    Mr. Minuta.  No other defendants in the second group went to

6    trial or went -- and so, you know, the factual circumstances

7    of Mr. Minuta going into the Capitol Building, up the steps

8    and into the Capitol Building, the Court knows because we

9    presented the video evidence, and it's reflected in my

10   briefing as well, whether or not we ultimately can get

11   Lieutenant Johnson here under a subpoena next week or

12   whether the Court would allow it, are questions that,

13   I think, at this point, remain open.

14           But that's the status of as of this morning based

15   upon the developments of yesterday.

16           THE COURT:  Okay.

17           All right.  Well, Mr. Shipley, I guess the bottom

18   line is, if -- we'll just leave it as open matter.  And,

19   obviously, you'll have the opportunity, if the circumstances

20   allow, to present him if he's prepared to appear.

21           Okay.  So why don't we just take a few minutes.

22   It's about 10:30.  Let's just take a break.

23           Next order of business is I've got to -- I'll

24   issue my oral rulings on the post-trial motions.  That may

25   take a little bit of time, so no one should feel they need

```
1     to be buckled to their seats.  Feel free to walk in and out

2     as you need to.  But let's take a few minutes so our court

3     reporter can take a break, and then I'll be back just in

4     about ten minutes or so.

5               Thank you, everyone.

6               COURTROOM DEPUTY:  All rise.

7               The Court stands in recess.

8               (Recess from 10:25 a.m. to 10:42 a.m.)

9               COURTROOM DEPUTY:  All rise.

10              Please be seated.

11              THE COURT:  Please be seated, everyone.

12              Thank you, everybody.

13              All right.  Do we have counsel?  We're just

14    waiting on Mr. Bright.  I assume he'll be here in a moment.

15              Okay.  So the next order of business, as I said,

16    is that there are a number of outstanding post-trial motions

17    that were filed by the defendants.  So I intend to rule on

18    them orally.  I just did not have the time to get all of

19    this down in a written opinion.

20              We may try and do that at some point, but an oral

21    opinion will have to be what happens here today.  As I said,

22    this is going to take a few minutes so do not feel obliged

23    to be seated the whole time.  If you need to get up and

24    leave for whatever reason, that's fine.

25              All right.  So let me just begin with the Rule 29
```

1    motions.  Let me just state for the record what those

2    motions are.

3              Mr. Caldwell had filed a motion during trial at

4    ECF 384.  That was joined by Mr. Rhodes at 456.  Mr. Hackett

5    and Mr. Moerschel joined that motion at 474 and 475.

6              The Trial 1 defendants each filed what I'll just

7    call placeholder Rule 29 and Rule 33 motions.  Mr. Caldwell

8    at 420, Mr. Rhodes at 423, Mr. Harrelson at 424, Ms. Watkins

9    at 425, Mr. Meggs at 426.

10             Trial 1 defendants then filed a corrected motion

11   for judgment of acquittal at 432 and then an amendment at

12   435.  That was joined by Mr. Harrelson at 459.

13             The government filed its opposition at 440.

14             Mr. Harrelson filed a reply at 461, and the

15   defendants filed a reply at 462.  There's also another

16   Harrelson reply at 462.  I may have gotten some of this

17   mixed up.

18             But in any event, Mr. Caldwell's supplement at

19   521, that was joined by Mr. Hackett and Mr. Vallejo at 524

20   and 528.

21             The Trial 2 defendants, post-trial placeholder

22   motions, Mr. Minuta is at 464; Mr. Hackett is at 474; and

23   Mr. Moerschel at 475.

24             Mr. Minuta's motions were at 478 and 479.  They

25   were joined by Mr. Hackett at 508 and Mr. Vallejo at 511.

1          And then there was Mr. Vallejo's motion at 477-1

2   that was joined by Mr. Hackett at 508.

3          So I hope I captured all of that.  But in any

4   event, I know it's all on the docket.

5          So let me just begin then with the Rule 29

6   standard.  Rule 29 of the Federal Rules of Criminal

7   Procedure provides that after the government closes its

8   evidence or after the close of all the evidence the Court,

9   on the defendant's motion, must enter a judgment of

10  acquittal for any offense for which the evidence is

11  insufficient to sustain a conviction.

12         In ruling on a motion for judgment of acquittal

13  under Rule 29, the Court must consider the evidence in the

14  light most favorable to the government and determine whether

15  it is sufficient to permit a rational trier of fact to find

16  all of the essential elements of the crime beyond a

17  reasonable doubt.

18         And the Court must presume that the jury properly

19  discharged its duty to evaluate the credibility of

20  witnesses, find facts, and draw justifiable inferences.  A

21  judgment of acquittal is appropriate only when there is no

22  evidence upon which that a reasonable juror might fairly

23  conclude guilt beyond a reasonable doubt.

24         Let me just note that I'm not going to include

25  citations either to cases except when necessary in my

1    recitation of the opinion or to the record; however, I'll

2    make sure Mr. Zaremba has this and he will include those

3    citations in the transcript for the benefit of you all and

4    for the Court of Appeals.

5            Though the standard is settled, I want to make

6    clear one thing.  Because Mr. Vallejo's motions suggest a

7    more lenient standard than the circuit has espoused, he

8    writes in his motion at page 32, "It simply cannot be

9    contested that the hypothesis of innocence regarding any

10   conspiracy to interrupt the certification cannot be ruled

11   out and that no reasonable juror adhering to the requirement

12   of avoiding assumptions and conjecture could have failed to

13   harbor reasonable doubts."

14           He adds in his rely, "At the very least, any

15   reasonable mind considering the evidence at trial must

16   harbor doubts about Vallejo's knowledge of or agreement with

17   any uncommunicated decision by others to interrupt the

18   certification proceeding; in other words, the hypothesis of

19   innocence for Vallejo cannot be ruled out."

20           That phrase, "hypothesis of innocence," is

21   correctly quoted from *Curley versus United States*, Circuit

22   case from 1947.  But to the extent it suggests that the

23   Court must find that the evidence excludes a hypothesis of

24   innocence, it is wrong.

25           Here's what *Curley* says in full:  "It is true the

1    quoted statement seems to say that unless the evidence

2    excludes the hypothesis of innocence, the judge must direct

3    a verdict.  And it also seems to say that if the evidence is

4    such that a reasonable mind might fairly conclude either

5    innocence or guilt, a verdict of guilt must be reversed on

6    appeal.

7              "But obviously neither of those translations is

8    the law.  Logically, the ultimate premise of the thesis --

9    of that thesis is that if a reasonable mind might have a

10   reasonable doubt, there is, therefore, a reasonable doubt.

11             "That is not true.  Like many -- like another

12   rule" -- sorry.

13             "Like many another rule become trite by

14   repetition, the quoted statement is misleading and has

15   become confused in application."

16             So the Court's job is not to determine whether

17   there is a reasonable hypothesis for innocence and enter

18   judgment in favor of the defendant; rather, the directed

19   verdict is appropriate only if no reasonable juror could

20   accept the evidence as sufficient to support the conclusion

21   of the defendants' guilt beyond a reasonable doubt.

22             I also want to make clear that on the Rule 29

23   motion, the Court's job is not to try to reconcile the

24   verdicts.  Some of the defendants' arguments are premised on

25   drawing conclusions from how the jury must have viewed the

1    evidence, given their verdicts.  But that is not what the

2    Court is here to do.

3            From *United States versus Dykes*, D-y-k-e-s, the

4    Circuit from 2005, said, "Perhaps the verdicts were simply

5    inconsistent.  But even if the latter were so, a criminal

6    defendant convicted by a jury of one count cannot attack

7    that conviction because it was inconsistent with the jury's

8    verdict of acquittal on another count."  What protects a

9    defendant against irrationality or error is the sufficiency

10   determination the Court is required to make.

11           Finally, as I go through the decision, I will be

12   focusing on the evidence primarily as it was at the end of

13   the government's case-in-chief.  All defendants also moved

14   for acquittal after the defendants rested.  So I will, when

15   appropriate, make reference to evidence in the defense case

16   to augment my reasoning with respect to the sufficiency of

17   the verdicts.

18           So beginning with Count 1 of the seventh

19   superseding indictment which charged all defendants with

20   seditious conspiracy in violation of 18 United States Code

21   2384, the government was required to prove that the

22   defendants participated in a conspiracy to do at least one

23   of two things:  to oppose by force the authority of the

24   government of the United States or, two, to prevent, hinder,

25   or delay the execution of any law of the United States by

42

1    force.

2            In order to find a defendant guilty of conspiring

3    to oppose by force the authority of the government of the

4    United States or to prevent, hinder, or delay the execution

5    of the law by the United States -- of the United States by

6    force, the government had to prove beyond a reasonable doubt

7    that, one, the defendant conspired or agreed with at least

8    one other person with the goal of either opposing by force

9    the authority of the government of the United States or

10   preventing, hindering, or delaying the execution of any law

11   of the United States by force.  And, second, that the

12   defendant joined or entered into that agreement with

13   awareness of one or both of its unlawful goals.

14           Before turning to the specific arguments in

15   evidence, I want to clear up a misconception or misstatement

16   made by one or more of the defendants from the first trial.

17   The jury did not acquit Mr. Rhodes and Mr. Meggs of the

18   second object of the seditious conspiracy; that is, to use

19   force to prevent, hinder, or delay the execution of any law

20   of the United States.

21           The jury instructions state it as follows:

22   Although two separate goals of the conspiracy are charged,

23   you may find the conspiracy proved if it is established that

24   either one of those goals was agreed to by two or more

25   persons.  The government is not required to prove both goals

 1   of the conspiracy; however, the government must prove at

 2   least one of these two goals beyond a reasonable doubt.  If

 3   the government has not proved at least one of those goals

 4   was a goal of the conspiracy charged in Count 1, your

 5   verdict must be not guilty.

 6          Contrary to the arguments, the jury was not

 7   instructed to and were not required to reach unanimity as to

 8   both objects.  Had we asked them to do that, I would have

 9   designed the verdict form differently to allow them to

10   specify a finding as to each object but that is not what the

11   parties asked of the jury; and, therefore, that was not what

12   was asked of them.

13          With that out of the way, let me begin with the

14   legal arguments, and then I'll turn to the "sufficiency of

15   the evidence" arguments.

16          I begin with Mr. Caldwell's original motion, which

17   was at 385, which argues that the evidence failed as a

18   matter of law to prove that the defendants had interfered

19   with the execution of the laws because the government had to

20   show that the defendants interfered with enforcement of the

21   law.  I rejected a similar argument on the motion to

22   dismiss, and I do so here again.

23          The first part of the argument rests on the

24   definition from Burrill's law dictionary from 1860 which

25   Court had cited for the proposition that the term

"execution," when the seditious conspiracy statute was

passed, meant "to carry into effect."

Mr. Caldwell points out that the same definition

includes another one-word meaning, "enforcement."  It's not

clear why the mere fact that enforcement is the third listed

meaning in that definition, but it supplants the first two

meanings which clearly would cover the certification of the

Electoral College vote; that is, the completion of an act or

proceeding by which it is rendered operative it effectual, a

following out or carrying into effect.  Those are the first

two definitions.

Mr. Caldwell also cites other dictionaries and

other sources, but none of those sources persuade the Court

from its original holding that the post-Civil War Congress

would have understood the term "execution of the law"

broadly to mean carrying a law into effect, as opposed to

narrower term enforcement.

Mr. Caldwell also argues that the Supreme Court's

decision in *Baldwin versus Franks* requires that there be

some proactive, specific enforcement action which is

subsequently resistant.  That argument is based on the

following text from *Baldwin*.  There must be a forcible

resistance of authority of the United States.  And

Mr. Caldwell equates resistance to opposition of some

endeavor in which force is employed.

1          That argument rests largely on the definition of

2     "resistance," not "resist," as contained in Black's Law

3     Dictionary from 1981 and Bouvier's Law Dictionary from the

4     1850s.

5          The Court addressed this same argument in the

6     context of the jury instructions and declined to adopt the

7     defendant's view of *Baldwin*.  Then counsel had proposed a

8     jury instruction that would have defined "resist" to mean

9     the unemployment -- excuse me, the employment of forcible

10    means to prevent the execution or an endeavor in which force

11    is employed.  The term "positive assertion or actual

12    exercise of authority" means to compel obedience to lawful

13    commands of a government official.  That was the definition

14    that was proposed.  They were both based upon legal

15    dictionaries of that era.

16         The Court rejected it and proposed its own

17    language based upon Webster's dictionary from 1856 which

18    defined the definitions of "authority" and "resist."  That's

19    from ECF 429 at 32 through 33.  That reflects the objections

20    and my response to it.

21         Then at trial, the Court explained why it was

22    using the common definitions found in Webster's instead of

23    the legal dictionary definitions relied upon by

24    Mr. Caldwell.

25         Ultimately, the instruction read, "The agreement

must be to resist some positive assertion or actual exercise

of authority by the government.  'Resist' means to act in

opposition to, to endeavor to counteract, defeat, or

frustrate.  'Authority' for purposes of this offense means

the legal or rightful power of the United States government.

An agreement to merely violate the law is not sufficient."

This definition and instruction was consistent

with *Baldwin*.  The Court was not required to -- was not

using the term "resistance" in the sense defined in law

dictionaries.  The ordinary term "resist" is what was used

in Baldwin.  In describing what the first clause of the

statute requires, the Court wrote, "Force must be brought to

resist some positive assertion of authority."

In the next paragraph is when the term "forcible

resistance" is used to describe the second clause of

seditious conspiracy statute.

The gist of *Baldwin* is that both clauses require

the use of force to resist the government as a government.

That is precisely the definition of "resist" the Court gave.

Another argument that was based upon *Baldwin*, in

*Baldwin*, the Court said that to prove opposition to

authority of the United States by force had to show force

must be brought to resist some positive assertion of

authority by the government.  Mr. Caldwell's brief contends

that the certification is not a positive assertion of

1    authority, rather, it is a perfunctory non-assertive

2    quadrennial process outlined in the Constitution.

3            Respectfully submit that that misreads *Baldwin*.

4            "To constitute" under -- "an offense under the

5    first clause," the Supreme Court wrote, "The authority of

6    the government must be opposed; that is to say, force must

7    be brought to resist some positive assertion of authority by

8    the government.  A mere violation of law is not enough.

9    There must be an intent to prevent the actual exercise of

10   authority."

11           By using the term "positive assertion of

12   authority," the Court was trying to distinguish between

13   government functions that require an explicit versus -- was

14   not trying to distinguish between government functions that

15   require a positive assertion of authority versus a

16   perfunctory process.  Rather, the Court was making the point

17   that merely violating a law is not enough.  The offense

18   requires the resistance of the force of the government's

19   actual exercise of its power.

20           The Supreme Court's use of language is common --

21   is consistent with the common usage of those terms when

22   *Baldwin* was written.  Webster's practical English dictionary

23   from 1884 defines:  "Positive," as relevant here, to mean

24   "actual," "indisputable," "prescribed by express enactment

25   or institution."  The term "assertion" is defined as acting

1    -- "act of asserting, vindicate."  And "assert" is defined

2    as "affirm positively."

3            So what that translates to is the Supreme Court

4    was requiring an explicit or indisputable affirmation of the

5    government's authority, and the certification of the

6    Electoral College vote certainly qualifies.

7            Also note that I disagree that the certification

8    is more than a perfunctory non-assertive quadrennial process

9    outlined in the Constitution.  As I held on the motion to

10   dismiss, it is a quasi-adjudicated proceeding in which votes

11   are validated and objections are made and resolved by a

12   detailed process.

13           In any event, even if I were to accept

14   Mr. Caldwell's understanding of resistance of force versus

15   force, the Trial 1 defendants ultimately convicted --

16   Trial 1 defendants were ultimately convicted of the first

17   object; that is, to oppose by force the authority of the

18   government of the United States.

19           As I said ruled on the motion to dismiss, that is

20   not directed -- the conduct must not be directed at any

21   particular person, but the government as government.

22           So I do think force that was used against

23   United States Capitol Police officers is relevant evidence

24   as well, not just the conduct of the members of Congress in

25   carrying out the certification.

1           Mr. Caldwell further argues that as to the second

2    clause -- that is, carrying out of the laws governing

3    transfer of power -- does not qualify as executing the laws

4    because, one, Congress is constitutionally prohibited from

5    executing the laws; and, two, compliance with the

6    12th Amendment is more of a judicial-like function than an

7    execution of law.  I addressed those arguments on the motion

8    to dismiss and reject those arguments for the same reasons

9    here.

10          The motion also refers to the Rule of Lenity.  And

11   for the same reasons, I determined that I don't think the

12   rule applies here.  I will incorporate and adhere to that

13   ruling here.

14          Turning then to the question of what the

15   government had to prove to establish the existence of a

16   conspiracy.

17          What the government had to prove to establish the

18   existence of a conspiracy is the essential nature of the

19   plan, not that the defendants agreed on the details of their

20   criminal scheme.  The essential nature of the plan, says the

21   government, was to oppose by any means necessary, up to and

22   including force, the lawful transfer of power following the

23   2020 Presidential election.

24          I do find that a reasonable fact-finder could have

25   determined there to have been such a conspiracy beyond a

1    reasonable doubt.

2            In broad strokes, here is what the proof showed

3    and what a reasonable fact-finder could have concluded was

4    the essential nature of the conspiratorial plan.

5            In the immediate aftermath of the 2020 election,

6    Stewart Rhodes began scheming how to prevent Joseph Biden

7    from taking office, despite his election victory.  Potential

8    use of force was a key component of the scheme.  The

9    co-conspirators discussed President Trump's possible

10   invocation of the Insurrection Act.  A reasonable jury, as

11   I'll explain momentarily, could have viewed that as a

12   pretext to do violence against the government.

13           They also agreed to take matters into their own

14   hands if the President did not invoke the Insurrection Act.

15   That also involved a common understanding to engage in

16   violence directed at the government, including with the use

17   of firearms.

18           As the weeks passed and efforts failed to declare

19   President Trump the winner, the focus of the conspiracy

20   became January 6th and the certification of the

21   Electoral College vote.  Whether President Trump invoked the

22   Insurrection Act or not, a reasonable juror could have found

23   that these defendants convict -- or, excuse me, those

24   defendants convicted of sedition understood and prepared for

25   violence against the government, specifically Congress, to

1    prevent the transfer of power on January 6th and that when

2    the opportunity presented itself on January 6th, those

3    defendants knew exactly what they had to do, interfere with

4    or stop Congress from certifying the election.

5         The seditious agreement remained in place even

6    after January 6 as to certain defendants.  The proof that

7    certain conspirators continued in the agreement is

8    buttressed not only by the defendants' words and actions on

9    and after January 6th, but also by their efforts to destroy

10   and conceal evidence from investigators and the grand jury.

11   The consciousness-of-guilt evidence strongly supported the

12   existence of a conspiracy that the defendants did not want

13   to be uncovered.

14        All right.  So what specific evidence, again,

15   viewed in the light most favorable to the government, could

16   a reasonable juror have relied upon to conclude that

17   agreement I just described existed beyond a reasonable

18   doubt?

19        I am going to summarize that evidence now and then

20   discuss evidence to support each defendant's knowing joinder

21   of the seditious conspiracy and knowledge of its objective.

22   It is the impossible to identify all the government's

23   evidence that supports the denial of the Rule 29.  There is

24   no doubt more.  But what I will list here is the key

25   evidence upon which a reasonable jury, in my view, could

1    have relied in reaching the necessary conclusions.

2            So beginning shortly after the election, the drum

3    beat of violence against the government by Mr. Rhodes began,

4    as I said, in the days after the election.  On November 4th,

5    Mr. Rhodes said to the "Old Leadership" chat, which included

6    Mr. Meggs, I believe, Ms. Watkins at the time:  "We are

7    establishing a QRF for D.C., but we are also establishing

8    regional QRFs in each major region of the nation.  All

9    either combat arms or LEO veterans with needed training

10   support MOS veterans.  We will get it done."

11           He also said, quoting George Washington, "We have

12   therefore to resolve to conquer or die and WE MUST," in all

13   caps, "refuse to accept Biden as a legitimate winner,"

14   "prepare to win the coming war," "we aren't getting through

15   this without a Civil War.  Too late for that.  Prepare your

16   mind, body, and spirit."

17           On November 7th, Mr. Rhodes said to the

18   "Old Leadership" chat:  He offered what was called -- what

19   was described as the Serbian plan as a template to resist

20   President's election and installation, which included as a

21   step "storming the parliament."  Mr. Rhodes indicated, "Get

22   your gear squared away and get ready to fight."

23           On that same day, November 7th, Mr. Rhodes said to

24   the "Friends of Stone" chat, "The final defense is us and

25   our rifles."

1          He also says that "If President Trump refuses to

2    do his duty, we will still have to do ours.  And we will."

3          What followed those messages was the GoToMeeting

4    call on November 9th.  During that call, Mr. Rhodes

5    references the Insurrection Act and references suppressing

6    this insurrection, referring to the current state of

7    politics and the election of President Biden.

8          He told his supporters who were on the call or the

9    members who were on the call that they needed to show that

10   they were "willing to die."  He also noted that they would

11   have an armed QRF outside the city -- that is, Washington,

12   D.C. -- awaiting the President's orders to come in.

13   He said, "That's our official position.  And the reason why

14   you have to do it that way is because that gives you legal

15   cover."  He tells his members to be disciplined so they

16   don't get popped with conspiracy charges as others have in

17   Michigan.

18          He further stated that "We are very much in

19   exactly the same spot that the Founding Fathers were in,

20   like -- in March of 1775.  Nothing left to do but fight.

21   We're not getting out of this without a fight."

22          Further stated, "We're not -- this is not going to

23   be a one-day event.  It's going to be just like in Serbia.

24   Go watch the videos how they did it there.  You've got to

25   build it up.  Basically, it's our own version of the color

1    revolution," a reference to the regime-changing protest

2    movements in Eastern Europe.

3              I'll note that one of the government's witnesses,

4    Abdullah Rasheed, who came in with warts and all, testified,

5    it sounded to him like we were going to war with the United

6    States Government, and the jury could have concluded the

7    same.

8              This is not the final time that Mr. Rhodes would

9    warn his it co-conspirators that they had to be mindful of

10   what they were saying, particularly to avoid reference to an

11   offensive intent, to avoid detection by law enforcement.

12             On November 19th, for example, Kenneth Bittner, a

13   Florida Oath Keeper, wrote to the "OK FL Hangout":

14             "Be careful what you say.  Remember what Stewart

15   said on our call last night.  We are strictly defensive in

16   posture, and don't talk about doing anything to anyone.

17   That's called conspiring."

18             A number of the co-conspirators were on the

19   November 9th call:  Mr. Meggs, Mr. Harrelson, Mr. Hackett,

20   and Ms. Watkins.  A reasonable jury could have found these

21   communications to constitute the initial stages of the

22   formation of the alleged seditious conspiracy.

23             Why else would Mr. Rhodes be talking about a

24   willingness to die if not talking about violence?

25             Why would he be with saying, "Not getting out of

1    this without a fight"?

2         Why else would he be telling his members to be

3    mindful of what they say so they don't get popped?

4         These are the kind of legitimate questions that

5    the jury could have asked about these and many of the

6    statements which evidence their agreement with Mr. Rhodes to

7    use violence to achieve their unlawful goals.

8         On November 10th, Mr. Rhodes published his first

9    open letter.  That letter stated in part that the

10   Oath Keepers will have to -- "We will have in Washington,

11   D.C., some of our most skilled special warfare veterans

12   standing by armed just outside of D.C. as an emergency QRF

13   in the event of a worst-case scenario in D.C., such as a

14   Benghazi-style assault on the White House or Communist

15   terrorists in conjunction with stand-down orders by traitor

16   generals.  Our men will be standing by awaiting the

17   President's orders to call us up as the militia, which could

18   override D.C.'s ridiculous anti-gun laws."

19        He continues, We must -- what the people -- "What

20   we the people must do," references the Serbian plan,

21   including -- "which included millions gathering in our

22   Capitol.  There were no barricades strong enough to stop

23   them.  We stormed the parliament."

24        Certain co-defendants traveled to Washington on

25   November 14th to attend the Million MAGA March.  The jury

could have viewed or understood the communications as to
that event as evidence of an early understanding to engage
in violence to support their goal of keeping President Trump
in office.

Mr. Meggs, after the GoToMeeting call, sent a
message to the "OK Florida Hangout" chat, which included,
among others, Mr. Harrelson and Mr. Hackett, and said, "We
have been issued a call to action for D.C.  This is a moment
we signed up for."

Ms. Watkins said to someone named Militia Brendan
on November 9th, "We march on D.C. on Saturday.  This is the
real for-real shit.  No weapons allowed.  Be prepared to
fight hand to hand.  Want to come.  It's now-or-never time."

Mr. Crowl, responding to Ms. Watkins, said, "I'm
on board, captain.  I'll make some eggs and night sticks.
Let's party."

Mr. Caldwell, after Mr. Rhodes and others spent
the night at his farm before going to D.C., told a friend,
"Sure wish you were coming along tomorrow.  If we cannot get
the President another term, we are well and truly fucked.
If we don't start mowing down masses of these shitballs,
they will come after all of us.  It's kill or be killed, I'm
afraid.  I don't want to live in a communist country.  I
kind of hope there is some shit tomorrow in some ways just
so we can get on with it."

1              It's fair to point out that at this time, there

2      could have been no understanding of going to D.C. on

3      January 6th to disrupt the transfer of power by force

4      because President Trump had yet to announce the

5      Stop the Steal rally.

6              However, again, if the Oath Keepers were just

7      going to D.C. for a lawful purpose, then why all this talk

8      of preparing for violence?  Even if not against the

9      government carrying out the transition of power on November

10     the 14th, the circumstantial evidence of a common

11     understanding that the use of violence might be necessary to

12     achieve their goal to prevent President Biden from becoming

13     the President is evidence by these communications in the

14     first half of November.

15             Thereafter, there is evidence of recruitment of

16     others to join the cause.  Ms. Watkins was quite explicit

17     about this purpose, and she joined Parler for the purpose of

18     recruitment.  She asked a person who's referred to as

19     "Recruit Leah," in very stark terms.  Ms. Watkins said,

20     "Well, if Biden gets the steal" -- and this is, I think,

21     November, just the first or second week or maybe the third

22     week of November.  "Well, if Biden gets the steal, none of

23     us have a chance in my mind.  We already have our neck in

24     the noose.  They just haven't kicked the chair yet."

25             Recruit Leah responds, "So I should get

1    comfortable with the idea of death," to which Ms. Watkins

2    responds, "That's why I do what I do."

3         On 11/25, Mr. Meggs encourages Caleb Berry for

4    joining them despite his youth.

5         Mr. Berry responds, "I'm going to be honest.  With

6    the dishonesty of this election, we need to reach further

7    and further to the brink of no return.  I'm fighting for the

8    future of my family and my children, for their children.

9    I'll die for it."

10        A reasonable jury could have found that by early

11   to mid-November -- excuse me -- early to mid-December,

12   Mr. Rhodes had made clear to his co-conspirators that a

13   resort to violence would be necessary even if

14   President Trump did not invoke the Insurrection Act.  Some,

15   such as Brian Ulrich, for example, expressly agreed with

16   him.

17        Mr. Rhodes also became increasingly dubious that

18   President Trump would act.  By way of example, on

19   December 10th, Mr. Rhodes said to Kellye SoRelle, "Either

20   Trump gets off his ass and uses the Insurrection Act to

21   defeat the Chi-Com puppet crew, or we will have to rise an

22   insurrection rebellion against the Chi-Com puppet Biden.

23   Take your pick."

24        On December 12th of 2020, Mr. Rhodes said to the

25   "Old Leadership" chat, "That's all he has left.  If he

1    doesn't to that, then we will have to fight against an
2    illegitimate Biden regime and all of the deep stage with
3    him.  It will be a bloody and desperate fight.  We are going
4    to have a fight.  That can't be avoided, but it is better to
5    have a fight now while Trump is commander in chief than wait
6    till he is gone.
7            The very next day, on December 13th, Mr. Rhodes
8    expressly disclosed his intent to prevent Biden from taking
9    office.  He was asked by Greg Smith on a text message with
10   SoRelle and others, "Stewart, just to clarify, any
11   initiative on the Insurrection Act will include steps to
12   prevent Biden or Kamala from taking the oath, right?  My sis
13   says yes," to which David Roberts added, "What is Biden's
14   recourse, if any, under that scenario?"
15           And Mr. Rhodes responded, "Yes, of course, if
16   Biden and Kamala would be prevented from being sworn in,
17   they'd be arrested and should be the first two indicted.
18   You can't let traitors and Communist puppets who were never
19   duly elected be sworn in."
20           On December 14th of 2020, the date that the
21   Electoral College votes were cast in states, Mr. Rhodes said
22   to the "Old Leadership" chat, "Trump has one last chance to
23   act.  He must use the Insurrection Act, unless we fight a
24   bloody Civil War revolution."
25           December 14th to the "GA OK General Chat," of

which Mr. Ulrich was a member, Mr. Rhodes said, "If he

doesn't use the Insurrection Act to keep a Chi-Com puppet

out of the White House, then we will have to fight a bloody

Civil War" -- excuse me -- "bloody revolution, Civil War to

defeat the traitors."

            To which Mr. Ulrich responds, "Agree.  We need to

start working with all patriotic groups to unite and

strengthen ourselves."

            And Mr. Rhodes responded, "These are in the works.

That's all I can say.  I'm still in D.C. for a reason.  Yes,

take that as a big hint."

            Minutes later on the same thread, Mr. Rhodes said,

"That's because they captured nearly every level and branch

of power.  Without consequences, they think they have it all

figured out, but we armed Americans have one good trick left

up our sleeve.  It's the same one Samuel Whitmore used long

ago, right along with all the other farmers who used the

shots heard around the world."

            And Mr. Ulrich answered, "And it would be over

quick if we all did it."

            And Mr. Rhodes said in response, "Yes, indeed.

All he has to do is issue the order, and it shall be done,

Riki-Tiki."

            On December 16th of 2020, Mr. Hackett said to the

"OK FL" hangout, "We need to demand the arrest of corrupt

1  politicians for colluding with foreign enemies and blatantly

2  ignoring the legal process in an unconstitutional election.

3  The DNI should be the last nail.  I thought the last nail

4  happened a half dozen times, though.  When do we show up on

5  their doorsteps to make citizen's arrests when the sellouts

6  and the corrupt alphabet agencies do nothing?"

7          December 19th was a key date, one that would bring

8  the objective of the alleged conspiracy into focus.  That

9  was the date President Trump announced the Stop the Steal

10  rally.  Not only -- the Oath Keepers not only began planning

11  to come to the District of Columbia on that day, but from

12  the communications after that date, a reasonable trier of

13  fact could conclude that the defendants had agreed to engage

14  in violence to stop the transition of power on January 6

15  itself and after, whether or not President Trump invoked the

16  Insurrection Act, and that Congress would be the target of

17  their efforts.

18          On December 20th of 2020, Mr. Moerschel joined the

19  "OK Florida Hangout" chat.

20          On December 22nd of 2020, the day Mr. Meggs was

21  made the state leader of Florida, Mr. Meggs said to the

22  "OK Florida Hangout," "It's going to be wild.  He wants us

23  to make it wild.  That's what he's saying."

24          "He called us all to the Capitol," Mr. Meggs said,

25  referring to the U.S. Capitol Building, "and he wants us to

1    make it wild."

2            Later that morning, Mr. Meggs, to the

3    "OK Florida Hangout":  "It's easy to chat here.  The real

4    question is:  Who's willing to die?  That's what the

5    patriots did by the thousands.  We are worried about getting

6    the day off."

7            Mr. Dolan said on that same day, "Biden should

8    never get in, IMO."

9            Somebody by the name of Monk responds:  "Exactly.

10   We failed to this point to be a well-regulated militia.  We

11   cannot fail letting these Chi-Coms getting into office."

12           Mr. Hackett later noted, "He sounds pissed.

13   That's good.  Now just fucking do it.  We are ready."

14           Mr. Meggs also around that same time began

15   planning with other groups.  Again, a reasonable trier of

16   fact could find that such planning was for something other

17   than simply coming to D.C. for a security detail.

18           On December 22nd of 2020, Mr. Meggs said to

19   Jeremy Liggett, "We are thinking that this is the plan.  He

20   wants us to get shit kicked off."

21           And he also talks -- Mr. Meggs does -- about how

22   many men they'll have, 50 to 100, plus contact with the

23   Proud Boys, who would act as a "force multiplier."

24           Again, this statement, as I'll talk about

25   momentarily, does not sound like planning for any security

1    detail.

2          On December 23rd of 2020, Mr. Rhodes published

3    open letter.  He said, "There are tens of thousands of

4    patriot Americans, both veterans and not non-veterans will

5    already be in Washington, D.C., and many of us will have our

6    mission-critical gear stowed nearby, just outside of D.C.,"

7    undoubtedly referring to firearms.

8          Mr. Rhodes warned that "If the President failed to

9    act, you will leave we, the people, no choice but to walk in

10   the founders' footsteps by declaring the regime

11   illegitimate, incapable of representing us, destructive of

12   just ends of government, to secure our liberty, and to be

13   mere puppet of a deadly foreign enemy."

14         And like the founding generation, we will take to

15   arms in defense of our God-given liberty.  And we will

16   declare our independence from that puppet regime, and

17   we will fight for our liberty.

18         Notably, the next day Mr. Vallejo forwarded that

19   open letter to Todd Kandaris.

20         During the final week of December, a reasonable

21   trier of fact could conclude that the conspirators

22   understood that violence directed at Congress might be

23   required on January 6th itself.  On December 23rd of 2020,

24   Mr. Meggs wrote to the "OK Florida Hangout" chat, "We need

25   to surround the Capitol, all the way around with patriots

64

1    screaming so they hear us inside.  Scare the hell out of

2    them.  With about a million surrounding them should do the

3    trick.  They will be flying January 6th in front of the

4    Capitol," with a photograph of the Oath Keepers flag.

5           The next day, Mr. Meggs said to the

6    "OK Florida Hangout":  "We have 10 to 12 staying there, so

7    it's going to be a wild time in D.C.  We've got to get the

8    crowd going during the day.  I think we get everyone up good

9    and close to the Capitol Building so they can hear us

10    inside.  Then at night, well, whatever happens happens."

11           Mr. Berry responds, "I'm ready for it."

12           Next, also on December 24th, Mr. Moerschel wrote,

13    "I think he will wait until the Constitution completely

14    fails before he invokes the Insurrection Act.  IMO, any

15    members in D.C. absolutely have to have firearms somewhere

16    legally nearby."

17           He identifies January 6th as the President's

18    personal resolve date to act.  "Why else would he call us

19    up?  Lawyers always think the answer is legal.  Warriors

20    always think the answer is a gun battle."

21           On Christmas Day and after, messages are

22    particularly revealing.  They recognize that Congress likely

23    would be the focus of their actions.  And if Trump fails to

24    act, the Oath Keepers will have to.

25           On Christmas Day, Mr. Rhodes says, "They are

 1    instead acting," referring to the President's

 2    administration, "as if his only option is to hope Congress

 3    does the right thing, which is extremely unlikely."

 4        Mr. Dolan responds, "I'm going to D.C., but it

 5    feels like a fool's errand based on current events," to

 6    which Mr. Rhodes responded, "I think Congress will screw him

 7    over.  The only chance we -- he has is if we scare the shit

 8    out them and convince them it will be torches and pitchforks

 9    time if they don't to the right thing.  It's not a fool's

10    errand.  Trump need to know we support him using the

11    Insurrection Act, and he needs to know that if he fails to

12    act, then we will.  He needs to understand that we will have

13    no choice."

14        Mr. Meggs also said on Christmas Day, "We need to

15    make those Senators very uncomfortable with all of us being

16    a few hundred feet away.  Our peaceful protests need to have

17    a little more teeth.  They aren't listening.  Yes, but like

18    we've said a million times here," and then posts an image of

19    the tree of liberty, "which must be refreshed from time to

20    time with blood of patriots and tyrants."

21        Mr. Meggs continued on that day:  "We need Trump

22    because it will make our job easier.  There's going to be in

23    the blood -- there will be blood in the streets, no matter

24    what.  Let's see what he does and be ready for whatever that

25    is.  But we can be ready for whatever the outcome is."

1        Mr. Moerschel says, "It's wartime at Christmas.

2   Gentlemen, Trump is going to make his big move on

3   January 6th.  Be prepared."

4        Jeremy Brown says on December 26th, "Now on the

5   brink of war.  Now we need to make wise choices on weapons

6   and gear."

7        Mr. Moerschel on December 26th, referred to his

8   battle pistol as a "Glock 21 in .45 caliber.  I want the

9   extra knockdown power."

10       On December 27th, Mr. Minuta posted to Rocketchat

11  urging his brothers to be "present on January 6th for our

12  liberty."

13       Late-December messages show an increasing

14  conviction to use force.

15       On December 29th, Mr. Rhodes says to

16  Kelley SoRelle, "They won't fear us until we come with

17  rifles in hand."

18       On December 31st, Mr. Rhodes says to the

19  "Old Leadership" chat:  "On the 6th, they are going to put

20  the final nail in the coffin of this Republic.  And unless

21  we fight our way out, with Trump preferably or without him,

22  we have no choice."

23       Mr. Meggs says to the "D.C. Op Jan. 6, 21" --

24  I'm sorry, Mr. Meggs sends, I believe, to the

25  "D.C. Op Jan. 6, 21" a video of what was referred to as

1    The Hagmann Report, which referenced bringing of arms to

2    Washington, D.C.

3            On June the 3rd, Mr. Meggs tells a friend that

4    "The natives are restless.  Tell your friend this isn't a

5    rally."

6            During this late December, early -- first week of

7    January, there is obviously a great deal of evidence

8    concerning the planning and preparation for January the 6th.

9    There's the creation of the "D.C. Op Jan. 6, 21" chat and

10   the "OK Florida D.C. Op Jan. 6" chat on Signal to coordinate

11   efforts.

12           There is an abundant amount of evidence, including

13   planning and preparations.

14           There also were during this period of time

15   messages concerning the QRF.  On December 30th, Mr. Caldwell

16   wrote to Ms. Watkins about "Paul Stamey booking rooms at the

17   Comfort Inn because, one, he's too broken down to be on the

18   ground all day, and, two, he is committed to being the

19   Quick Reaction Force and bringing the tools if something

20   goes to hell.  That way the boys don't have to try to schlep

21   weps on bus."

22           On 12/31, Mr. Kandaris reaches out to Mr. Rhodes

23   to coordinate with him.  He says that they will be there as

24   "supplemental personnel.  Everyone coming has their own

25   technical equipment and knows how to use it," undoubtedly

1    referring to firearms.

2          "Just as volunteers, as far as I know," he

3    continues, "none is anticipating speaking.  We are rifles,

4    manpower, and warm bodies there to support the process and

5    the President."

6          On January 2nd, Mr. Meggs messaged Mr. Rhodes,

7    "Last night call, we discussed a QRF RP.  So we may do that,

8    as well as the NC has a hotel room close by.

9          Mr. Rhodes responded, "Okay.  We will have a QRF.

10   This situation calls for it."

11         Mr. Meggs also let those who are on the

12   "D.C. Jan. 6 Op" chat know where the land and sea rally

13   points would be.  Mr. Caldwell, during that time, makes

14   inquiries about securing a boat in connection with the QRF.

15   Ultimately, a reasonable jury could find that a number of

16   the co-conspirators contributed to the QRF with firearms.

17   And that would include at least Mr. Meggs, Mr. Moerschel,

18   Mr. Hackett, Mr. Harrelson, Mr. Dolan, Mr. Ulrich, among

19   others.

20         Before turning to January 6th itself, it is

21   important to identify the reasonable inferences that a

22   rational fact-finder could have drawn from the evidence

23   concerning this pre-January 6th period.

24         To state the obvious, this was a highly

25   coordinated group.  That is proof of a conspiracy.  The fact

1    that the defendants, by this point, did not abandon the

2    Oath Keepers, a reasonable jury -- from the fact that the

3    defendants by this point had not abandoned the Oath Keepers,

4    a reasonable jury could have viewed as proof that they

5    agreed with Mr. Rhodes' vision to employ any means possible,

6    including force, to prevent Mr. -- President Biden from

7    taking office.

8            In fact, some had been abandoned the Oath Keepers

9    by that point, recognizing what Mr. Rhodes was calling for,

10   and that included Abdullah Rasheed and Mr. Mike Adams, who

11   was the Florida Oath Keepers leader before Mr. Meggs.

12           A theme of the defense was the Oath Keepers were

13   coming to D.C. only to do security.  A reasonable jury could

14   have easily rejected that.  After all, all the talk of war,

15   death, et cetera, were words that contradict any notion that

16   security was the sole or even the primary reason that the

17   Oath Keepers came to the District.

18           And during that period of time in advance of

19   January 6th, the jury would have had what I'll just call the

20   hype video that Mr. Meggs sent around to suggest that the

21   Oath Keepers should be ready for more than just unarmed

22   security details.

23           Conspirators, a jury could have concluded, had

24   expected that there would be violence and agreed to

25   participate in it on January 6th itself, including violence

1    directed at Congress.  Mr. Dolan captured this sentiment in

2    his testimony perfectly:  "Conquer or die."

3            The defendants have suggested that there's nothing

4    unlawful about urging the President to invoke the

5    Insurrection Act.  But a reasonable jury could have

6    concluded that the conspirators' desire to have

7    President Trump invoke the Insurrection Act was just part of

8    the agreement to resist the authority of the government and

9    to interfere in the execution of its laws.

10           Mr. Rhodes had referred to it as legal cover on

11   the GoToMeeting call.  Mr. Dolan testified during the first

12   trial that he expected to take up arms if the President

13   invoked the Insurrection Act against the government.  He

14   described the expectation that pro-Trump forces would fight

15   pro-Biden forces for power within the United States

16   Government, and he specifically identified Congress as -- by

17   Congress as a pro-Biden force since they were prepared to

18   certify the election.

19           When he was asked about his understanding of what

20   he and his fellow co-conspirators would do with the firearms

21   they brought to Virginia in the event the Insurrection Act

22   was invoked, Mr. Dolan said, "Follow whatever orders they

23   directed.  If it was to move into D.C. to retrieve the

24   firearms, I thought if something like this was going to

25   happen, it would -- it would look very kind of

1    government-on-government type of infighting.  And so I don't

2    know exactly what faction or form it would take, but being

3    prepared to work alongside, most likely fighting against

4    another."

5            The jury could have credited Mr. Dolan's

6    testimony; and though he was explaining his understanding

7    and he could not testify about anyone else's, the jury could

8    have accepted his understanding as common with other

9    conspirators who, like Mr. Dolan, remained active and

10   engaged with the Oath Keepers, despite this sentiment.

11           It was not as if Mr. Dolan had expressed this

12   sentiment for the first time at trial.  An exchange between

13   he and Mr. Young on December 13th of 2020, the day before

14   Jericho March in D.C., is revealing.  Mr. Young there says,

15   "The real enemy is going to be much smarter than Antifa," to

16   which Mr. Dolan responded, "The brains behind the brain,

17   brawn, muscle."

18           And Mr. Young answers, "Yeah, also probably more

19   effective muscle, too.  FBI and ATF target patriots, and

20   I think Antifa and BLM are a distraction."

21           And, of course, a reasonable jury could have

22   concluded that there was a general agreement to resort to

23   violence on January 6th if the President did not invoke the

24   Insurrection Act.  That is what they expressly discussed and

25   assented to.

1          Mr. Young again testified at the first trial that

2     if the President did not act, they would need to resist.

3     And he identified the enemy of the Oath Keepers to be

4     Congress and President Biden and heads of all the apparatus.

5          Mr. Berry testified that at the second trial that

6     "If Mr. Trump did not invoke the act, we needed to act or we

7     would die."

8          By merely coming to D.C. on the 6th, in light of

9     all these communications and this planning and preparation,

10    a reasonable jury could have inferred that all of the

11    co-defendants and their conspirators had come to Washington

12    in agreement to engage in violence on January 6th to resist

13    the lawful transfer of power.

14          Now, about the QRF, the defense had posited that

15    the QRF was simply a defensive force, one that would be

16    called upon only in case of emergency and only in the case

17    of the President invoking the Insurrection Act.

18          I believe there's evidence from which a reasonable

19    jury could have found that, from the quantity and types of

20    weapons, that the QRF's purposes were not strictly

21    defensive.

22          Terry Cummings, a Florida Oath Keeper, described

23    the number of weapons that were amassed as the largest

24    arsenal he had seen since he was in the military.

25          The government also presented the video of the

1    urban warfare training that was performed in September in

2    which the instructor explicitly states that the pistols --

3    the pistols are used for defensive purposes, and rifles for

4    offensive purposes.  And the defendants came to Washington

5    or the outskirts of Washington with many long guns.

6            In advance of January 6th, there was plenty of

7    talk about dying for the cause in a fight.  A reasonable

8    jury could conclude that, based on this language, the QRF

9    was not just a tool to come to D.C. to retrieve Oath Keepers

10   members but instead something that would be used to engage

11   in violence against their opponents.

12           There's the messaging from Mr. Kandaris indicating

13   that he and Mr. Vallejo and other Arizona Oath Keepers "were

14   rifles" in advance of January 6th.

15           There's, of course, what he said on the podcast on

16   the morning of January 6th, saying, "The possibility of

17   armed conflict," and saying, "There are people who are

18   prepared, have the will, have the facilities to do more than

19   taunt."  That is a clear reference to the Oath Keepers and

20   the fact that they had weapons at the ready for offensive

21   purposes, and certainly a jury could have so concluded.

22           And, of course, on that same podcast, Mr. Vallejo

23   spoke of guerilla war, among other things.

24           And then there are Mr. Vallejo's messages on

25   January 6th themselves.  He tells the Oath Keepers during

1    the incursion into the Capitol, Mr. Vallejo said, "Vallejo

2    back at hotel and outfitted.  Have two trucks available.

3    Let me know how I can assist."

4         He then says to a friend, "People have taken the

5    Capitol, and Congress is in bedlam and locked down."

6         And then he writes two minutes later, "QRF

7    standing by at hotel.  Just say the word."

8         A reasonable jury could have concluded from that

9    sequence of messages that Mr. Vallejo knew exactly what was

10   happening at the Capitol that day and that he was offering

11   to bring arms into the Capitol -- excuse me, arms in that

12   day to support efforts to enter the Capitol Building.

13        Now, Mr. Vallejo said that there's an innocent

14   explanation for his words.  But viewing the evidence in the

15   light most favorable to the government, his expressed

16   intention of entering the District with firearms to

17   participate in violence at the Capitol was a reasonable

18   inference that the jury could have drawn.

19        Mr. Vallejo has argued that there was no evidence

20   that he knew the Oath Keepers would have gone in that day

21   and were going in that day, but it's certainly reasonably

22   foreseeable and, importantly, a reasonable inference the

23   jury could have drawn from all of the communications and

24   Mr. Vallejo's understanding, including that he read on the

25   open letter that Mr. Rhodes had posted that Oath Keepers,

 1   given the opportunity that day, almost certainly would have

 2   gone inside the Capitol to resist the congressional

 3   proceeding.

 4          And then, of course, there are Mr. Rhodes' own

 5   words about rifles.

 6          On November 8, 2020, he says to the

 7   "Friends of Stone" chat, "Nope.  The final defense is us and

 8   our rifles.  President Trump has one last chance, right, to

 9   stand but he will need us and our rifles too."

10          On December 29th of 2020, he says to

11   Kellye SoRelle, "This will be D.C. Rally No. 3.  Getting

12   kind of old.  They don't give a shit how many show up and

13   wave a sign, pray, or yell.  They won't fear us till we come

14   with rifles in hand."

15          And then there is the recording after January 6th

16   with David -- with Mr. Alpers.  That recording, and

17   Mr. Rhodes says in response to something Mr. Alpers said:

18   "Maybe, but we also showed that people that we got a

19   spirit -- that the people that we got, a spirit of

20   resistance.  So I'm letting you know my only regret is they

21   should have brought rifles.  I will tell you what.  If

22   President Trump is going to do the right thing, then I agree

23   it was the wrong thing to do.  If he's not going to do the

24   right thing and he's going to just -- and he's just going to

25   let himself be removed illegally, then we should have

brought rifles," which undoubtedly a jury could have
concluded included Oath Keepers.

"We could have fixed it right then and there.  I'd
hang fucking Pelosi from the lamppost," to which Mr. Alpers
simply says, "No."

The defense contends that the fact that the QRF
was never called into D.C. and that no one ever brought a
weapon into the District negates any reasonable inference
that the QRF was part of the conspiracy to use force; but
for the reasons that I have discussed, a rational trier of
fact could have concluded otherwise at the close of the
government's case.

Another defense argument has been that there was
no evidence of a plan to advance -- in advance of
January 6th to storm the Capitol.  That is not what the
indictment alleged the essence of the plan to be.  Rather,
it was to prevent the lawful transfer of power on
January 6th, including through force.

The scope of that agreement included the
possibility of being required on January 6th to take up arms
and use those arms against Congress, as Mr. Dolan and
Mr. Young testified.

All right.  As to January 6th, the evidence showed
as follows, and a reasonable jury could have concluded as
follows:  that there was a high level of coordination and

1   effort to enter the Capitol in order to stop and interfere

2   with the certification and to use force to do so.

3         Ms. Watkins' statements on Zello en route to the

4   Capitol emits a clear and collective mission to enter the

5   building.  Just her words, "sticking together and sticking

6   to the plan," suggests collective action in the direction of

7   the Capitol and including her reference to not being

8   available, suggesting that she was preparing to take action

9   at the Capitol Building.

10        And then there are Mr. Rhodes' messages, which the

11  jury could have interpreted as summoning members to the

12  Capitol.  He texted Kelly Meggs at 2:24 p.m.:  "Go to south

13  side of U.S. Capitol.  That's where I'm going to link up

14  with Whip."

15        He exchanged messages with Mr. Greene to meet each

16  other by the trailers.

17        Then at about 2:26 p.m., Mr. Rhodes and his

18  co-conspirators -- told his co-conspirators in the

19  "D.C. Op Jan 6" chat, "Come to the south side of the Capitol

20  on the steps.  Two minutes later he messaged the

21  "Friend of Stone" chat:  "Back door of the U.S. Capitol."

22        At 2:41, he messaged the "D.C. Op Jan. 6" chat:

23  "South side of U.S. Capitol, patriots pounding on doors."

24        And then two minutes later:  "Come to south side.

25  Just left the dome."

1              And a few more such messages over the course of

2       the next 15 minutes or so.

3              A reasonable jury could have interpreted those

4       messages not only as Mr. Rhodes calling his members to the

5       Capitol but also with the expectation that they would enter

6       the Capitol, given all of their discussions and

7       communications and shared purposes in advance of

8       January 6th.

9              It was certainly reasonably foreseeable that

10      Mr. Rhodes would have known that they were going to go in

11      that day, and certainly a reasonable jury at the close of

12      the government's case could have inferred that Mr. Rhodes

13      knew and, in fact, directed that Mr. Meggs and others go

14      into the Capitol.

15             That could have been based upon the three-way call

16      between Mr. Meggs and Mr. Rhodes and Mr. Greene that occurs

17      immediately before Line 1 moves toward the Capitol Building.

18             A jury could have concluded, based upon the

19      hierarchy of the Oath Keepers, that Mr. Meggs would have

20      gone in without Mr. Rhodes' approval -- that is, Mr. Meggs

21      would not have gone in without Mr. Rhodes' approval, and the

22      timing of that phone call and the immediate move of Line 1

23      up the stairs.

24             Again, I know Mr. Green in the defense case denied

25      that.  I'll talk about that in a moment.  But, again, this

1    is the inferences, the reasonable inferences the jury could

2    have drawn at the end of the government's case.  And it

3    certainly is a reasonable inference that there was a

4    causal -- a direction and instruction from Mr. Rhodes for at

5    least Line 1 to enter the Capitol Building.

6            Line 1 ascends the stairs.  It meets up with

7    Mr. Dolan and Mr. Harrelson, who were there already at the

8    top of the stairs.  They enter between 2:39 and 2:41.  They

9    use force, along with others in the crowd, to make their way

10    past the officers.

11            Most notably, Mr. Isaacs was one of the

12    co-conspirators who was right behind Officer Salke, the

13    video shows, when he entered.  And a reasonable jury -- who

14    I said -- right behind Officer Salke as he is hugging

15    another officer to prevent him from falling down from the

16    weight of his equipment.

17            Any reasonable jury could have concluded that

18    those at the front of the line, including Mr. Meggs, would

19    have seen the tunnel at the door and known that the police

20    were outnumbered that day.

21            Line 1, once it enters the Rotunda, splits.  One

22    line is led by Ms. Watkins, who takes Mr. Crowl, the

23    Parkers, and Mr. Dolan and goes into the Senate hallway.

24    There, she and others push against a line of officers who

25    are there attempting to keep the crowd at bay and from

 1    entering closer to the Senate chambers.

 2            Ms. Watkins is clearly seen and heard on video

 3    saying, "They can't hold us," and along with other

 4    co-conspirators, pushing in that crowd toward the line of

 5    police.

 6            Ms. Watkins in her text messages later that

 7    evening or I believe the next day would admit to knowing

 8    that she was in the Senate hallway and using force against

 9    the police.

10            The others end up in front of the Speaker's

11    office.  That includes Mr. Meggs, Mr. Harrelson,

12    Mr. Hackett, Mr. Moerschel, and Mr. Berry.  A reasonable

13    jury could have inferred that even without any signage being

14    there, that they understood and were there looking for the

15    Speaker of the House of Representatives, Nancy Pelosi.

16            Again, it's a reasonable inference from all of the

17    evidence, Mr. Meggs' admission afterwards -- that is, later

18    in the evening on January 6th -- is telling.  He tells -- a

19    friend says, "Was hoping to see Nancy's head rolling down

20    the front steps."

21            Mr. Meggs responds, "We looked for her."

22            As Mr. Harrelson left the building, the reasonable

23    jury could have inferred that he patted down Officer Salke

24    as he was leaving.  And, in fact, he later admitted to

25    Mr. Dolan, I believe, or Mr. Young that he was surprised at

1    how little body armor that the police were wearing and that

2    that would be an advantage to them if they were to have to

3    confront the police.

4          Line 2 enters shortly after Line 1 leaves.  A jury

5    could infer that Mr. Minuta and Mr. James certainly had the

6    requisite intent to use force.  Once they go through the

7    doors, they each ask each other, "You want to keep pushing

8    in?"

9          And once they are there, they have an immediate

10   confrontation with the officers in the Rotunda, particularly

11   Mr. James.

12         Mr. Minuta on his way to the Capitol says,

13   "Violence against patriots by the D.C. police"; and then

14   inside the Capitol, says, "Get these cops out.  It's our

15   fucking building."

16         And then, of course, they all meet up afterwards

17   outside the Capitol Building after they have left the

18   Rotunda.

19         A few important things to note about the

20   agreement, what could have been inferred to be an agreement

21   to enter the Capitol building.

22         One, Mr. Cummings testified at Trial 1 that

23   Mr. Meggs was wondering about whether we should enter the

24   Capitol and was wanting to find someone to talk to.

25   Mr. Young testified that Mr. Meggs was trying to rendezvous

1   with Mr. Rhodes.

2           In Trial 2, of course, there was Mr. Caleb Berry's

3   explicit testimony that Mr. Meggs said that they were going

4   to go inside to the Capitol to stop the vote.

5           And, of course, there is Ms. Meggs' text message

6   on the evening of either the 6th or on the 7th stating that

7   they had all marched to the Capitol to stop the vote.  Those

8   are other pieces of evidence from which a reasonable jury

9   could have concluded that the purpose of the conspiracy was

10  to prevent Congress from certifying the Electoral College

11  vote that day, in addition to all of the coordinated

12  conduct.

13          Furthermore, there is evidence of the continuation

14  of the conspiracy after January 6th.  Landon Bentley the

15  next morning says to Stewart Rhodes -- says on one of the

16  chats, "And like Stewart said, if Trump won't do

17  Insurrection Act, then we walk the same path as founders of

18  defiance, nullification, raising militia, and mutual

19  defense.  I've got militia to organize."

20          Mr. Rhodes continued to discuss the

21  Insurrection Act, including pursuing a meeting with

22  Mr. Alpers on January 10th.  Mr. Alpers was told the meeting

23  was for the purpose of potentially relaying a message from

24  Mr. Rhodes to President Trump.  The conversation was

25  surreptitiously recorded by Mr. Alpers in an electronics

1    store parking lot.  And during the conversation, Mr. Rhodes

2    urged Mr. Alpers to tell the President to invoke the

3    Insurrection Act.

4            But Mr. Rhodes made clear that Civil War was going

5    to come anyway.  He said, "There's going to be combat here

6    on U.S. soil, no matter what.  So, Trump, and here is the

7    thing.  We're going to fight.  We're not going to let them

8    come get our brothers.  We're going to fight.  The fight is

9    going to be ours.  So it's not a question of do we do this

10   and have a fight or do we not do this and avoid a fight.

11   Fight's coming, and I'm not fucking living on my knees, no

12   fucking way.  And neither are the 40,000 other Oath Keepers.

13   And we're just the tip of the fucking iceberg.  There's

14   millions of others that feel the same way about this shit

15   that we do.  They're all over the fucking place."

16           Mr. Vallejo the next morning goes on

17   reconnaissance to the Capitol and declares that next

18   morning, "We are at war," and asks Rhodes, Mr. Rhodes, for

19   orders, waiting for orders.

20           Mr. Rhodes, on his way home, buys thousands of

21   dollars' worth of firearms and equipment.  Mr. Rhodes and

22   Mr. James end up holed up in Texas together.

23           When Mr. James asked Kelly Meggs if he was coming

24   to Texas, Mr. Meggs responded, "Nope.  Florida stays home

25   until shots fired."

1          Mr. Vallejo and Mr. Kandaris make their way to

2    Texas.  And Mr. Kandaris says to Mr. Rhodes, "We are excited

3    to learn next steps and would like to know what we should be

4    doing right now."

5          Then on January 20th, Mr. Meggs talks about going

6    dark.

7          All of that evidence a reasonable jury could

8    conclude that some of the conspirators viewed the

9    conspiracy, the seditious conspiracy as extending beyond

10   January 6th.

11         And then there is the evidence of consciousness of

12   guilt of which there was ample evidence from which a

13   reasonable jury could conclude that the conspirators had, in

14   fact, had the intent and shared the same agreement, that

15   with which they were charged.

16         There is the manner in which they left the

17   Olive Garden quickly upon learning that the police were

18   making arrests, and Mr. Rhodes then began dividing up the

19   firearms.

20         There's Mr. Rhodes' message to get rid -- his very

21   clear message on the leadership chat to get rid of messages

22   and remained silent, which I'll detail in a moment.  And

23   nearly every other defendant disposed of evidence in some

24   way, even if not charged with obstruction.

25         Mr. Meggs and Mr. Harrelson got rid of their

1    Signal chats.

2              Ms. Watkins, no Signal was found on her phone.

3              Mr. Caldwell deleted an unsent Facebook message.

4              Mr. Minuta perhaps got rid of his phone.

5    Mr. Hackett began deleting messages on the way back to

6    Florida.

7              Mr. Moerschel, his phone had no Signal chat and no

8    messages of any kind during the conspiracy period when his

9    phone was found -- seized.

10              Mr. Vallejo eventually deleted Signal, although it

11    was months later.

12              Mr. Berry factory-resets his phone on the way back

13    to Florida.

14              These acts contrast starkly with what the defense

15    contention was at trial, that the defendants were simply

16    there on January 6th to perform security and that when

17    Mr. Trump -- if President Trump had invoked -- that they

18    were there in the event President Trump invoked the

19    Insurrection Act; and when he did not, their work would be

20    done.

21              A reasonable jury could have found from all of

22    these acts to cover up the conduct as evidence,

23    circumstantial evidence to support the alleged conspiracies

24    and that each defendant entered into the alleged conspiracy.

25              Let me just briefly mention the defense cases.

1           The Rule 29 was also made after the close of the

2    defense.  And I will just note quickly that there were

3    reasons that a jury in the first trial, based upon the

4    defense cases, could have reasonably concluded what they

5    did.  Specifically, a jury could have easily discredited the

6    denials of Mr. Rhodes and Ms. Watkins and Mr. Caldwell.

7    Those are questions of credibility for the jury.

8           And they could have questioned the credibility of

9    Mr. Greene and his testimony.  Again, these are questions of

10   credibility that go to the issue of Rule 29 and not the

11   ultimate question of whether -- what the jury verdicts were

12   or were not.

13          Let me now turn to the evidence, and I'll just do

14   this very quickly.  The kind of evidence the jury could have

15   relied upon, that's the individual conspirators knew of the

16   conspiracy's objective -- that is, the seditious conspiracy

17   to use force and to resist the transfer of power, to resist

18   the authority of the United States, and to interfere with

19   execution of the laws of the transfer of power.

20          With respect to Mr. Rhodes, he was a leader of the

21   Oath Keepers.  His communications pre-January 6th, including

22   the GoToMeeting call, very clearly establish his knowledge

23   and understanding and agreement as to the conspiracy.  And

24   he was certainly known and agreed to the bringing of guns

25   and weapons.  And he, himself, did so on the way to

1    Washington, D.C., and, of course, bought more on the way

2    out.

3            Mr. Meggs was the leader of the Florida

4    Oath Keepers.  His communications abundantly established his

5    knowledge and objectives and his agreement to enter into the

6    conspiracy.  He participated in the GoToMeeting call.  He

7    coordinated travel, rooms, and the QRF.  He brought weapons

8    for the QRF, and he was the clear leader of Line 1, entering

9    the Capitol building.

10           Ms. Watkins, her communications and her recruiting

11   efforts are evidence of agreement and understanding; her

12   participation in the GoToMeeting call; her bringing weapons

13   that were intended to the QRF, as well as her bringing of

14   military gear to Washington, D.C., and wearing it in

15   Washington, D.C.; her leadership and actions on January 6th

16   with respect to those people who came to her, excuse me,

17   came with her from Ohio and leading them into the Senate

18   hallway.  And I believe the testimony was that she, in fact,

19   was wearing a plate carrier on January 6th.

20           And just to be clear, these are just some of the

21   pieces of evidence that would have supported knowing entry

22   and agreement and the purposes by each of the defendants.

23   This is not exhaustive.

24           Mr. Harrelson, he participated in the GoToMeeting

25   call.  He supplied weapons to the QRF, a jury could have

88

1    concluded.

2            Mr. Dolan identified Mr. Harrelson as a leader who

3    would have given orders if the Insurrection Act were

4    invoked.  And then there's his conduct on January 6.  He was

5    with Mr. Meggs in the small Rotunda building.  And the jury

6    could have concluded that the purpose for that was to search

7    for Speaker Pelosi.  And then, of course, there's the image

8    of him feeling body armor of one of the police officers as

9    he is leaving the Capitol Building and Mr. Dolan's testimony

10   about that afterwards -- or Mr. Young's.  It's one or the

11   other.

12           With respect to Mr. Caldwell, and I know he was

13   acquitted, and so was Mr. Dolan and Ms. Watkins.  But,

14   nevertheless, just in terms of the propriety of sending

15   these counts to the jury as to those defendants, the jury

16   could have looked to his words prior to January 6th, which

17   clearly showed that he was prepared to engage in violence on

18   January 6th and he was looking for violence on January 6th.

19           And then, of course, there's his conduct in

20   connection with the QRF, his attempt to procure a boat and

21   an awareness that others will be bringing weapons to the

22   outskirts of the District of Columbia and that they would be

23   using those weapons if called upon.

24           Mr. Minuta, I will discuss him more below in

25   response to his specific arguments made in his motion.

1          Mr. Hackett, he participated in the pre-November

2     urban warfare training before -- as I said, before the

3     election, participated in the GoToMeeting call.  The jury

4     could have looked at his communications on the Signal chats.

5     He brought at least one gun to the QRF and perhaps a rifle.

6     He was seen at the QRF hotel on video.  And, of course, he

7     entered the building with Line 1.

8          As to Mr. Moerschel, there were, of course, his

9     communications on the Signal chat.  He too brought at least

10    one rifle to the QRF, and he also entered with Line 1, and

11    I will discuss Mr. Vallejo more below.

12         Let me turn to more specific defense arguments

13    that are made in some of the motions.

14         Mr. Rhodes and Mr. Meggs have argued that there

15    was no evidence of an agreement between the two of them to

16    use force to stop the transfer of power.  And part of that

17    agreement is that there was no evidence that the QRF was

18    part of the conspiracy to use force.  For the reasons I've

19    already discussed, a reasonable jury could have concluded

20    otherwise.

21         There's an argument that the conspiracy could not

22    have continued after January 6th because there was no actual

23    exercise of authority after the certification, but the

24    evidence continued to show the intent to resist using force

25    after January 6th.  And there was still one more law that

1     needed to be executed after January 6th, and that was

2     President Biden's taking of the oath.  And Mr. Rhodes' text

3     messages, communications that I referenced earlier in which

4     he talked about the arrest of President Biden and Vice

5     President Harris reflected his understanding of that.

6          There's an argument that there was an

7     impermissible variance between the indictment and the

8     government's proof at trial, which only showed -- or which

9     did show that Mr. Rhodes was guilty of sedition, not because

10    he had the purpose of resisting the transfer of power by

11    force, but because he was more broadly fomenting a rebellion

12    or Civil War.

13         The defendants point to the closing argument in

14    which the government said, "Mr. Rhodes told you in his own

15    words he was prepared to start a rebellion the day that

16    President Biden took office."

17         We'll talk about that.  At the end of this trial,

18    that is exactly what is charged in the conspiracy.

19         The charges don't end on January 20th.  The

20    defendant is charged with engaging in a conspiracy to use

21    force against the government from the time period of

22    November through January 2021.

23         Defendants argue they had no notice of such an

24    expansive theory; and, therefore, their due-process rights

25    were violated by that fatal variance from the indictment.

1        There was no variance.  The overwhelming weight of

2   evidence that was presented concerned Mr. Rhodes' words and

3   actions leading up to January 6th.  The indictment itself

4   did charge acts through January 20th.  So the defense was

5   certainly on notice of the relevance of the post-January 6th

6   conduct as proof of the charged conspiracy.

7        Furthermore, the government's closing was on a

8   commentary on its proof but on Mr. Rhodes' own testimony in

9   the defense case.  It's hard to see how the government can

10  be guilty of a fatal variance based on a characterization of

11  the defendant's own testimony.

12        And it may be fair to say that government counsel

13  was inaccurate to suggest the indictment charged Mr. Rhodes

14  with having prepared to start a rebellion the day

15  President Biden took office.  The object of the charged

16  conspiracy was to oppose the lawful transfer of Presidential

17  power by force.

18        Once President Biden took office, the charged

19  conspiracy necessarily ended.  But that hardly -- that

20  statement in closing hardly rose to the level of a fatal

21  variance; and that is especially true when the defense

22  requested, and as I gave, multiple-conspiracies

23  instructions, and no defendant argued that the actual

24  conspiracy that the government had proven was one to oppose

25  the administration after it took office.  And so any error,

1    misstatement by the prosecution was not prejudicial.

2           Certain related variance arguments that have been

3    made.  The defendants say that it was improper for the

4    government to say that the conspirators threw their bodies

5    as the cause as proof of the intent to use force.  They say

6    that the use of physical force through the throwing of their

7    bodies was not charged.  That is not accurate.

8           Paragraph 95 alleges that Line 1 assaulted law

9    enforcement guarding the doors as they went in.

10          Paragraph 105 alleges that Ms. Watkins acted in

11   the Senate hallway -- her actions in the Senate hallway were

12   an overt in furtherance of the conspiracy.

13          And in paragraphs 118 and 119, it describes

14   Mr. Minuta's and Mr. James' assaultive conduct in

15   furtherance of the conspiracy.

16          The defendants also have contended that pushing

17   past officers and pushing past law enforcement is not the

18   type of use of force contemplated by the seditious

19   conspiracy statute.  They cite no case for this proposition.

20   The statute simply says "by force" without distinguishing

21   between types of force.

22          And the Court has applied the instruction with the

23   definition of "force" in the jury instructions to which all

24   parties agreed, which could have encompassed physical force

25   of the kind that was described allegedly in the indictment

1    and as to which there was evidence at trial.

2         Defendants have argued that the government

3    mischaracterized the evidence when it asserted defendants

4    physically drove members of Congress from the Capitol

5    building and that they halted Congress's joint session.

6    They assert that this was a variance because the Houses,

7    both houses of Congress had already recessed by this time,

8    by the time Line 1 had entered.  But that contention is not

9    a fatal variance.  That is simply argument.

10        And that is not a different theory than what was

11   presented to the grand jury, and there was no fatal

12   variance -- not only presented to the grand jury but was

13   charged in the indictment.  There was no fatal variance in

14   that respect from the evidence presented at trial.

15        And specifically what I mean, the grand jury

16   indictment doesn't allege any differently than what was

17   shown at trial, that is, that the defendants entered after

18   the proceedings had concluded.

19        The defendants have made various arguments about

20   the evidence, such as the Rhodes-Meggs call, gathering

21   afterwards, and Mr. Rhodes' purchase of guns after

22   January 6th and how that did not support the jury's

23   verdicts, but those are simply inferences from the evidence.

24   And the jury could have drawn inferences different than what

25   the defendants claim.

1          Mr. Caldwell has argued the sedition statute is

2     vague as applied to the conduct it's shown at trial.  The

3     argument is a little hard to follow because it is infused

4     with First Amendment jurisprudence as supposed to due

5     process jurisprudence.

6          Vagueness concerns sufficient notice about the

7     lawfulness of the conduct.  There can be little doubt that

8     the statute was drawn in clear enough terms to put

9     defendants on notice, and agreement to use force, including

10    firearms, to prevent the lawful transfer of Presidential

11    power was unlawful and encompassed within the prescriptions

12    of the statute.

13         Insofar as arguments are being made about the

14    defendants did no more than engage in protected First

15    Amendment expression of assembly, that is not accurate.  It

16    is settled that speech and assembly in support of a sedition

17    is not protected by the First Amendment.

18         Justice Douglas wrote in *Dennis versus*

19    *United States* in a dissenting opinion, seditious conduct can

20    always be punished.  And in *United States versus Rahman*, the

21    Second Circuit wrote, "Freedom of speech and of religion do

22    not extend so far as to bar prosecution of one who uses a

23    public speech or religious ministry to commit crimes."

24         Notwithstanding that political speech and

25    religious exercise are among the activities most jealously

1    guarded by the First Amendment, one is not immunized from

2    prosecution for such speech-based offenses merely because

3    one commits them through the medium of political speech or

4    religious preaching.

5           Let me turn now to Mr. Minuta's specific arguments

6    raised in his motion.

7           He argues that because the Court could not hold --

8    the introduction of this motion suggests that because he

9    couldn't hold a trial for all nine defendants, he claims

10   that Mr. Minuta was subject to an artificial joinder of some

11   defendants and severance of other defendants in a way that

12   worked a fundamental miscarriage of justice in the

13   presentation of evidence in the two trials.

14          He says, for example, that Mr. Minuta was subject

15   to evidence from those in the Florida -- from the Florida

16   Oath Keepers, as well as Mr. Vallejo.  He also notes that

17   the QRF, there was no evidence presented that he knew of it,

18   and the firearms.

19          He also notes that he didn't know the three

20   co-defendants with whom he was tried.

21          And he argues that the jury didn't have the

22   opportunity to hear from Mr. Rhodes and Mr. Caldwell, and he

23   thinks that that would have shown the jury could have seen

24   that Mr. Rhodes was a carnival barker based on the nature of

25   his testimony and that Mr. Caldwell was unserious.

1    These are not Rule 29 arguments about the

2    sufficiency of the evidence.  To the extent that they are a

3    basis for a new trial, none warrant a new trial.  He cites

4    no cases that guarantees a defendant the right to be tried

5    with all co-defendants.

6    Mr. Minuta did not raise any of these specific

7    concerns prior to the time of trial as far as I can recall.

8    In any event, and the arguments or concerns about

9    prejudice are without merit.

10    Mr. Minuta, at a full trial with all defendants,

11    would have been subject to the same evidence about the

12    Florida Oath Keeper members and Mr. Vallejo.  He also would

13    have been subject at a trial to hear about the QRF evidence.

14    The jury would have heard about the QRF evidence as well.

15    The fact that he didn't know the three

16    co-defendants, presumably he would have -- the same would

17    have been true at a nine-person trial.  He would have not

18    known at least three other co-defendants and, arguably,

19    more.

20    And with respect to the absence of Mr. Rhodes' and

21    Mr. Caldwell's testimony, it's not clear to me whether they

22    actually refused to testify at the second trial and simply

23    were not called; but if they were, did refuse to call at the

24    second trial -- excuse me.  If they did refuse to testify at

25    the second trial, Mr. Minuta had the opportunity to request

1    the introduction of their testimony as prior sworn

2    testimony, but he elected not to do so.

3         And I will just note that one of sort of the

4    really substantial cases in the Circuit, it's called

5    *McGill* -- I don't have the citation -- involved a drug

6    conspiracy of 11 or more members of the more infamous drug

7    conspiracy prosecutions in this district.  There, the

8    defendants were tried in groups of 6 and 5, and there was no

9    concern raised by the Circuit in proceeding in that fashion.

10        Mr. Minuta also argues that he -- there's no

11   evidence that he knew of the conspiracy's purpose.  He

12   points out that he was added late to the "D.C. Jan. 6 Op"

13   chat.  No witnesses other than Mr. Ulrich were called to

14   give insight into Mr. Minuta's thoughts.  The jury would

15   have to speculate about the contents of any calls between

16   Mr. Rhodes and Mr. Minuta.  There was no evidence presented

17   of his movements the morning of January 6th or his knowledge

18   of Line 1's actions.

19        He further contends that the video evidence of his

20   actions on January 6th, the golf cart video, the diatribe

21   directed to police outside the Capitol, and his conduct

22   inside the Capitol were not evidence of the alleged

23   conspiratorial objectives.

24        He also notes that there's no evidence tying him

25   to the QRF or evidence that he brought a firearm with him.

1    There's no evidence that he knew the proceeding was taking

2    place, and he argues that the Facebook rants were not

3    evidence either.

4            Much of this are arguments about inferences that

5    can be drawn from the evidence and the absence of evidence.

6    They all may be fair points for a jury argument, but that is

7    not the standard on a Rule 29.

8            Here is some of the evidence from which a

9    reasonable jury could have concluded that Mr. Minuta knew of

10   the objective of the charged conspiracy, seditious

11   conspiracy, and that he joined it knowledgeably.

12           One, the Facebook videos show a person angry at

13   the state of American politics and who holds a particular

14   view of the Second Amendment in taking up arms against a

15   tyrannical government.  On November 8th, he posted to

16   Rocketchat, "Take this period of uncertainty and make sure

17   provisions and gear is set up properly.  If you were called

18   to action on short notice, what would you be scrambling to

19   organize?  Get the gear set up and ready to deploy on a

20   moment's notice.  The calm before the storm is the perfect

21   opportunity for us to finalize preparedness.  We must

22   overtake the streets in massive numbers."

23           On January 16th -- excuse me.

24           November 16th, he posted to Facebook:  "If you

25   have never been a literal mob or violent, demonic Communists

1  protected by crooked-assed police, then you can't accurately

2  talk about what is really going on in this country.  We are

3  already in a Civil War.  Choose a side."

4         Mr. Minuta attended both rallies in November and

5  I believe in December, and that would -- from that which he

6  could -- a reasonable jury could infer his closeness to

7  Mr. Rhodes.

8         On November 18th, he posted to Parler:  "It was a

9  pleasure to be part of this security detail on InfoWar,"

10  referring to the Million MAGA March.  He writes, "Revolution

11  time.  I had the pleasure of being part of the security

12  detail with infamous Proud Boys, Oath Keepers, and

13  InfoWars."

14         On December 11th, Mr. Rhodes identified Mr. Minuta

15  as one of his most trusted men.  Mr. Minuta suggested this

16  is hyperbole; but that is just a jury argument, and the jury

17  could have concluded otherwise.

18         And critically, on December 18th, Mr. Minuta wrote

19  to Dominic Pezzola, "Okay, Pres," referring to Oath Keeper

20  President Mr. Rhodes, "It is pretty disheartening.  He feels

21  like it's go time, and time for peaceful protest is over in

22  his eyes.  I was talking with him last night."

23         Mr. Minuta contends that this only shows him

24  passing on Mr. Rhodes' sentiment, but a reasonable jury

25  could have also inferred that he shared the same sentiment

1    as he decided to come to Washington, D.C., after knowing

2    that Mr. Rhodes viewed the time for peaceful protest to be

3    over in his eyes.

4          He then posts on December 12th on Rocketchat:

5    "Brothers, I have been in attendance for all D.C. events

6    thus far.  January 6th we must be present, not for our

7    President, but for our liberty.  Please get there."

8          That is evidence that he knows and understands the

9    importance of January 6th and precisely what that date means

10   in terms of the transfer of power.

11         December 31st, Mr. Minuta replies to a Parler post

12   by Enrique Tarrio that contained the meme of "Lords of War,

13   #j6j20."  That is proof that he recognizes the key dates of

14   the transition of power and associates those dates with a

15   war footing.  At least a reasonable jury could have so

16   concluded.

17         And then on January 6th, he has multiple calls

18   with Mr. Rhodes.  It is true that we do not know the

19   contents of those calls; but it is certainly proof of close

20   coordination with Mr. Rhodes, proof that a reasonable jury

21   could have concluded that he had close coordination with

22   Mr. Rhodes that day.

23         He comes to Washington, D.C., with a plate carrier

24   vest that day.  It's not clear to me whether he actually had

25   the plates included, but he only wears it on January 6th.

1   And he enters into the Capitol in a coordinated manner with

2   Mr. James and others.  And then the video shows the actions

3   of Mr. James and him, and his words and actions on the video

4   capture it as well.

5           And then, finally, the evidence suggests that he

6   may have disposed of his phone prior to being arrested,

7   which was sometime later.  But, nevertheless, the original

8   phone that he had was not found.

9           Bottom line is, there's plenty of jury arguments

10  that were made to the jury about Mr. Minuta's -- the

11  evidence against Mr. Minuta and the lack of evidence against

12  Mr. Minuta.  But this is the evidence that I've just

13  articulated from which I conclude a reasonable jury could

14  have concluded that he did participate and knowingly

15  participate in the seditious conspiracy charged in Count 1.

16          There's more to go.

17          I'll turn to Mr. Vallejo's motion.  He argues that

18  there's no evidence of a prior conspiracy to violently or

19  forcibly keep President Biden out of the White House.  He

20  points to Mr. Ulrich's testimony, among others, in which

21  Mr. Ulrich said there was no plan to try to violently or

22  forcibly keep Joe Biden out of the White House.

23          Yes, but Mr. Ulrich also said, based upon

24  pre-January 6th communications, he was prepared to use force

25  if necessary, and he was prepared to do so when he was

1    ascending the Capitol steps and that he understood that he

2    and others had a common goal to stop the vote count and that

3    he intended to intimidate members of Congress.  That was

4    Mr. Ulrich's testimony.

5            Mr. Vallejo also argues that the formulation of

6    the conspiracy is too vague.  It's not clear why that is so.

7    If you look at the D.C. Circuit's decision of *U.S. versus*

8    *Treadwell*, the Circuit described the essential nature of the

9    plan, at least in terms of a pleading, as the object of the

10   conspiracy and the manner and means of effectuating it.

11   This indictment did the same.

12           And the proof at trial largely matched the

13   indictment of terms of the actus reus elements of the

14   offense.  It was left ultimately to a jury to determine

15   whether, from those facts, there was sufficient proof and

16   agreement of the agreement that was charged and whether the

17   defendants knowingly joined with knowledge of its

18   objectives.

19           Mr. Vallejo also parses the message to say that

20   they only referred to resistance only after President Biden

21   came into office.  That is not so.  Mr. Rhodes published in

22   his open letter that tens of thousands of patriot Americans,

23   both veterans and non-veterans, would already be in

24   Washington, D.C., and many of us will have our

25   mission-critical gear stowed nearby, just outside of

1   Washington, referring to present-day events.

2            He says, Mr. Rhodes, to the "GA OK General Chat":

3   "If he doesn't use the Insurrection Act to keep the Chi-Com

4   puppet out of the White House, then we will have to fight a

5   bloody revolution, Civil War to defeat the traitors."

6            There are chats, of course, in late December that

7   reference death and dying.  Those were messages not about

8   death and dying after President Biden took office, but

9   they're preparations of what might happen on January 6th.

10           And then there, of course, is Mr. Vallejo's and

11  Mr. Kandaris' words on the January 6th podcast itself in

12  which they acknowledge that there are people there who are

13  prepared to take up arms and -- if it comes to that.  And,

14  of course, Mr. Vallejo's use of the term "guerilla war" to

15  predict what could happen and his colorful language about

16  not being told to shoot.  And now it is time to deuce, or

17  words to that effect.  And that's just some of the evidence,

18  not all of it.

19           No reasonable jury, he also argues, would find

20  that he was part of an uncommunicated plan.

21           I conclude otherwise.

22           The evidence showed that he shared Mr. Rhodes'

23  open letter in December with Mr. Kandaris.  As Mr. Kandaris

24  is coming to Washington, he describes himself, and including

25  Mr. Vallejo and others from Arizona, as being rifles.  On

```
 1   January 1st, Mr. Kandaris says to Mr. Rhodes, "We now -- we
 2   need to know where the staging is going to be for technical
 3   equipment and supplies."  Clearly a reference to
 4   transporting guns to Washington, D.C.
 5          And it could easily be inferred from the jury from
 6   Mr. Kandaris to the jury from Mr. Kandaris' words and the
 7   images from the video that, in fact, Mr. Vallejo did bring
 8   supplies -- that is, weapons -- to the hotel.
 9          He shares the Hagmann Report on January 1st --
10   excuse me -- January 4th with Kelly Carter, and he says to
11   listen to the second hour in which Mr. Hagmann is referring
12   to, I believe, during that hour, to bringing guns.  And
13   importantly, he says on that text message, "It's on," which
14   a jury could have concluded that he agreed with what
15   Mr. Carter -- excuse me -- with what Mr. Hagmann was
16   espousing.
17          Then there are, as I said, the words in the
18   podcast.  Mr. Kandaris says, "One conflict is on the table.
19   There are people here who are prepared and have the will,
20   have facilities to do more than taunt.  The question, as you
21   know, is there a shot heard around the world moment?  The
22   possibility definitely exists."
23          Mr. Vallejo says, "If told," "Fuck you," "today,"
24   "that's going to be the declaration of a guerrilla war."
25          Those are his words.
```

1          And he says, "If Trump doesn't bring the hammer

2     down, then shit is on."

3          And then, of course, there's his statement:  "If

4     they tell me today it's broken," and he goes on to talk

5     about "The time to shoot is now."  Those are my

6     paraphrasing, not his words, but that is the sentiment the

7     jury could have concluded.

8          And, of course, the President did not,

9     quote/unquote, "bring the hammer down" on January 6th.  And

10    Mr. Vallejo knew that.  And he saw people pouring into the

11    Capitol, based upon his own text messages.  And at that very

12    moment when he's texting that and viewing that, presumably,

13    he says, "QRF standing by at hotel.  Just say the word."

14         And then there's his post-January 6th conduct in

15    which he goes on reconnaissance after the Capitol on the

16    morning of January 6th [sic], after he's seen everything

17    that happens there.  And he says -- he declares during -- in

18    one of the chats:  "We're at war."  And he asks Mr. Rhodes

19    specifically for orders.

20         He says on a podcast the next morning that he is

21    waiting for orders from Mr. Rhodes.  And with Mr. Kandaris,

22    he makes his way to Texas.

23         And Mr. Kandaris says to Mr. Rhodes en route,

24    "We're excited to learn next steps and would like to know

25    what we should be doing right now."

1        Again, Mr. Vallejo had plenty of evidence to point

2   to a trial and the absence of evidence to convince a jury

3   otherwise, but the jury concluded otherwise.  And at least

4   this evidence, which was presented in the government's

5   case-in-chief, satisfies the Rule 29 standard and is

6   sufficient to support the conviction.

7        Mr. Vallejo relies heavily on the directed verdict

8   in the case of *United States versus Stone* from the Eastern

9   District of Michigan in 2012.  Stone is a very different

10  case.  There, the Court directed a verdict for the defense

11  because the government attempted to change the theory of the

12  case from the indictment.  The indictment had alleged a

13  specific plan by the defendants to kill a law enforcement

14  officer; then attack the funeral procession for that

15  officer, which would have then drawn federal officers;

16  retreat to a rally point; and from there take on federal law

17  enforcement.

18       The Court found that the government had failed to

19  prove that theory as set out in the indictment.  The theory

20  that was set forth in the indictment had only been mentioned

21  in two conversations, and no one could have been said to

22  have agreed with the plan.  Moreover, there was no evidence

23  presented of actually moving forward with the plan.

24       Here, by contrast, there is evidence from which a

25  jury could have concluded that there was an implicit plan --

```
 1    excuse me -- an implicit agreement to use force to oppose

 2    the authority of the United States and the execution of laws

 3    governing the peaceful transfer of Presidential power.

 4            That agreement was entered into by multiple

 5    defendants, including Mr. Vallejo.  His podcast comments

 6    alone are proof of his agreement and willingness to use

 7    force.

 8            And then there's, of course, the action that

 9    supports the words:  the bringing of a cache of weapons to a

10    place outside the District of Columbia, entering the

11    Capitol Building when the opportunity presented itself, and

12    Mr. Vallejo's own expression of a willingness to bring

13    weapons into D.C.  Again, a reasonable jury could have

14    concluded all of that.  And for that reason alone, the case

15    is different and distinguishable from Stone.

16            Why don't we take lunch?  I'm tired.

17            I still have to go through the other counts.

18    We're going to need to talk about the Sentencing Guidelines.

19    Let's take a break.  We'll resume at 1:15.

20            Thank you, everyone.

21            COURTROOM DEPUTY:  All rise.

22            (Recess from 12:15 p.m. to 1:21 p.m.)

23            THE COURT:  All right.  Mr. Geyer.

24            MR. GEYER:  Your Honor, I assume we're back on the

25    record?
```

1           THE COURT:  Yes.

2           MR. GEYER:  Okay.

3           I just wanted to mention to the Court I have

4    another hearing in front of Judge Cooper at 2:00.  I'm going

5    to be leaving pretty quickly here, but Mr. Harrelson has

6    agreed to waive the necessity of my being here.

7           THE COURT:  Okay.  Thank you, Mr. Geyer.

8           Are you saying till 2:00 or are you leaving right

9    now?

10          MR. GEYER:  I'll be leaving whenever I'm allowed

11   to.

12          THE COURT:  Well --

13          MR. GEYER:  I'll stay as long as I can.  How about

14   that?

15          THE COURT:  You have a particular motion, so

16   I wanted to -- maybe I ought to just jump to it first.

17          MR. GEYER:  I can stay till 1:50.

18          THE COURT:  Why don't I keep going and see where

19   we are.

20          MR. GEYER:  Okay.

21          THE COURT:  All right.  Thank you, all, for

22   bearing with me.

23          All right.  So I think we've reached Count 2,

24   which charges conspiracy to obstruct an official proceeding,

25   in violation of 18 U.S.C. 1512(k).  The government had to

1    prove that from in and around December 2020 through and in

2    and around January 2021, defendants participated in a

3    conspiracy to obstruct an official proceeding, the elements

4    of which are, one, that the defendant conspired or agreed

5    with at least one other person with the goal of committing

6    the crime of obstructing an official proceeding and, two,

7    that the defendant joined or entered into that agreement

8    with awareness of its unlawful goals.

9            Let me just quickly mention a couple of arguments

10    Mr. Caldwell made in his opening memo, which is that the

11    certification is not an official proceeding and that

12    1512(c)(2) is limited to evidence destruction.  That

13    obviously has now been decided by the Circuit, so I'll just

14    note that, in *Fischer*.

15            With respect to these counts or this count -- and

16    I'm going to only discuss arguments specific to the

17    charge -- the evidence that I've already outlined applies

18    equally to this charge in terms of the reasonable inference

19    that a jury could draw to make a finding of guilt as to

20    Count 2.  And so I'm not going to recite all of that but

21    simply rely on the same evidence I've recited as to the

22    seditious conspiracy, and that's why I also made findings as

23    to each defendant.  Even though some of them were not

24    convicted of seditious conspiracy, that same evidence

25    supports the convictions of Ms. Watkins, for example, and

1    Mr. Harrelson in Count 4, which we'll talk about

2    momentarily, but certainly for Count 2.

3              All right.  So just some additional arguments that

4    have been made concerning Count 2.  The Rhodes/Meggs brief

5    makes the argument that there was no written evidence of any

6    plan to enter the Capitol or otherwise interfere with the

7    certification of the Electoral College vote such that any

8    agreement to do so was reached inferentially and explicitly.

9              That is true, there was not written evidence, but

10   a written plan is not required.  You also have argued that

11   no reasonable fact-finder could have found there to be an

12   implicit agreement.  For the same reason I just discussed, a

13   reasonable jury could have so found.

14             The planning and accord coordination and

15   organization into the building alone on January 6th would be

16   enough to send the case to the jury on an implied agreement

17   theory.  And certainly there's more evidence than just

18   simply the actions of entering the building on January 6th.

19   There's also the communications before, during, and after on

20   the consciousness-of-guilt evidence that also support that

21   conviction under a Rule 29 standard.

22             I will just note that in terms of the close of the

23   defense case, the jury could have also discredited

24   Ms. Watkins' testimony to support her conviction at the end

25   of the defense case for Count 2.

1          Also argued in the Meggs brief that no evidence of

2    a corrupt intent to interfere with the certification.  The

3    argument only argument that's made here is that Congress had

4    recessed by 2:29 p.m. I'm not quite sure why that negates

5    corrupt intent.  I'll talk about the causation argument in a

6    moment.

7          Next argument is that no one inference of corrupt

8    intent can be drawn from the fact that Meggs and Watkins

9    were inside for 20 minutes and then left.  Also notes that

10   the evidence showed that Mr. Meggs was ushering people out

11   the door, and also certain evidence negates any

12   consciousness of wrongdoing.

13          But, of course, Ms. Watkins' conduct inside the

14   Senate hallway was an independent felony, and Mr. Meggs

15   admitted that he went looking for the Speaker of the House.

16   This conduct, plus post-January 6th destruction of evidence

17   by Meggs and Watkins is enough to establish both the

18   unlawful means, improper purpose, and consciousness of

19   wrongdoing elements of the corrupt-intent requirement.

20          Ms. Watkins also contents that her conduct in the

21   hallway does not establish corrupt intent because the jury

22   acquitted her of seditious conspiracy.  But the Court's job

23   is not to try to reconcile any of the verdicts on a Rule 29

24   motion, but rather is to determine whether the evidence was

25   sufficient to support a conviction on a Rule 29 standard.

1    It certainly is as to the 1512(k) count against Ms. Watkins.

2            Count 3 of the superseding indictment charged

3    obstruction of an official proceeding in violation of

4    18 United States Code 1215(c)(2).  The government was

5    required to prove, one, the defendant obstructed or impeded

6    an official proceeding defined in this case to mean

7    Congress's joint session to certify the Electoral College

8    vote; two, the defendant intended to obstruct or impede the

9    official proceeding; three, the defendant acted knowingly

10   with awareness that the natural and probable effect of the

11   defendant's conduct would be to obstruct or impede the

12   official proceeding; and, four, that the defendant acted

13   corruptly.

14           Again, I will incorporate my earlier factual

15   findings with respect to this count, and what I will just

16   simply do is quickly summarize the specific evidence that

17   could support the 1512 conviction as to each defendant.

18           But, first, before doing that, let me address the

19   argument that's been made by at least more than one

20   defendant that defendants could not have violated the

21   statute because Congress had recessed by the time Line 1

22   entered.

23           The statute requires that the conduct obstruct or

24   impede the official proceeding or, importantly, an attempt

25   to do so.  The jury could have concluded that's precisely

1    what defendants did.  The proceedings could not resume while

2    they were in the building and, afterwards, on restricted

3    grounds.  At a minimum, that evidence could have established

4    that each attempted to do so with those who actually entered

5    the building.

6         The argument also rests on a misconception of

7    causation requirement in criminal claw.  And I'll just

8    simply refer on the record to Judge Bates' decision in

9    *United States versus Brock*, which can be found at 2022

10   Westlaw 3910549, in which he was confronted with a similar

11   argument about causation and rejected it.  And I'll adopt

12   and incorporate his reasoning here.

13        All right.  So I'll just briefly state what the

14   evidence at the very least would have permitted a rational

15   factfinder to conclude that each defendant acted by unlawful

16   means or improper purpose -- that is, for the corrupt --

17   "acted corruptly" element, in addition to the all the

18   actus reus elements.

19        So for Mr. Rhodes, the jury could have concluded,

20   and did conclude, that he conspired with others to use

21   force -- that is, he violated the seditious conspiracy

22   statute.  So his conviction for the substantive count of

23   1512(c)(2) can rest on, at a minimum, the assaultive conduct

24   of others as to which he is equally responsible for as a

25   co-conspirator.

1          The evidence also showed and the jury could have

2    concluded that he did summon the members of the conspiracy

3    to the Capitol.  And, importantly, our Rule 29, the jury

4    could have concluded that he, in fact, authorized that entry

5    and that conversation with Mr. Meggs and Mr. Greene.

6          As to Mr. Greene -- excuse me.

7          As to Mr. Meggs, the basic evidence, again, forced

8    entry into the building, past police officers; the evidence

9    that he looked for the speaker.  Ms. Watkins, the same, also

10   forced entry into the building, assaulted police officers,

11   at least engaging in the violence in a line -- in a crowd,

12   pushing up against police officers in the Senate hallway,

13   along with her statements afterwards explaining in her text

14   messages why she did what she did.

15         Mr. Harrelson, also, again, forcing entry into the

16   building past police officers.  There was evidence from

17   which a jury could conclude, particularly based on

18   Mr. Dolan's testimony, that Mr. Harrelson chanted "Treason"

19   upon entering the building.  And, of course, he was with

20   Mr. Meggs in the small House Rotunda outside the Speaker's

21   office.

22         And then there's the evidence of his having felt

23   for body armor as further evidence of corrupt intent.

24         Mr. Minuta, he conspired, at a minimum, with

25   Mr. James and aided and abetted his conduct.  During the

golf cart ride to the Capitol, he makes a number of
statements, evidencing his intent.  Among them are that he's
headed to the Capitol building; patriots storm the
Capitol building.  And he says, "What's up, guys?  In D.C.,
patriots are attempting to storm the Capitol building right
now.  We're headed there in a golf cart.  Be there in 30
seconds or so.  Stand by.  It's going down, guys.  It's
literally going down right now.  Patriots storm the Capitol.
We're here.  Capitol baby.  It's going down."

"They said, word is they got in the building."
Let's go."

Somebody as they're walking up, says, you know,
words to the effect of "Good job, guys.  Go fight some
Congressmen."

He says, "Thank you."

And then, of course, there is Mr. James'
skirmishes, as well as Mr. Minuta's own physical interaction
with the police who are in the Rotunda that afternoon.  All
that evidence the jury could conclude established his
corrupt intent.

Mr. Hackett, the same evidence as discussed
before, and I'll just note he was with Mr. Meggs, and the
same with Mr. Moerschel.  They were both in the small House
Rotunda.  And the jury reasonably could have conferred that,
like Mr. Meggs and Mr. Harrelson, they, too, were looking

1    for the Speaker.

2            Again, this is at a Rule 29 phase, and that's a

3    reasonable inference the jury could have drawn and a

4    reasonable basis on which to establish the 1512(c) count and

5    the "corruptly" element.  But there's a lot more evidence

6    than that.

7            Mr. Vallejo, just from the podcast statements

8    alone, that could have established a corrupt intent.  And

9    he's -- and conspiracy liability for the 1512(c)(2) count

10   certainly would apply to Mr. Vallejo.

11           As I said earlier, it was certainly reasonably

12   foreseeable to him that, as part of the seditious

13   conspiracy, that the Oath Keepers would have entered and

14   attempted to disrupt the proceedings based upon all the

15   communications that they had had previously and his

16   expression of willingness to bring in firearms from the QRF

17   during the incursion to the Capitol.

18           Count 4 of the seventh superseding indictment,

19   conspiracy to prevent members of Congress from discharging

20   their duties, the government had to prove that the defendant

21   agreed with at least one other person by force,

22   intimidation, or threat to prevent a member of Congress from

23   discharging a duty as a member of Congress or induce a

24   member of Congress to leave the place where the member of

25   Congress's duties are required to be performed and induce a

 1    member of Congress to leave a place where the member of

 2    Congress's duties are required to be performed.

 3            Mr. Caldwell had argued in his original brief that

 4    members of Congress are not officers of the United States

 5    for purposes of this statute.  And I've already ruled on

 6    that issue, and I'll reiterate and incorporate that ruling

 7    here.

 8            The same evidence that I've described above with

 9    respect to Counts 1 and Count 2 are applicable here with

10    respect to Count 4 in terms of sending all of that to the

11    jury.

12            Mr. Harrelson argues for the first time in his

13    reply brief that Count 4 is duplicitous of Count 3.  It is

14    not.  Duplicity is the joining of single count of two or

15    more distinct and separate offenses.  Multiplicity is the

16    joining of a single offense -- I'm sorry.

17            If a single offense is alleged in a number of

18    counts, that is a multiplicity.  So what I think

19    Mr. Harrelson needs to argue is that Counts 3 and 4 are

20    multiplicitous, but they are not.  Applying the *Blockburger*

21    elements test, each count and each violation clearly has its

22    own element.  Just to name one for each, 1512(c)(2) requires

23    obstruction of an official proceeding, while 372 does not.

24    372 requires proof of a conspiracy; whereas, 1512(c)(2) does

25    not.

1          Count 6, seventh superseding indictment, this is

2   obstructing officers during a civil disorder, in violation

3   of 18 U.S.C. 231(a)(3).  Elements are knowingly committed an

4   act; two, in committing that act, the defendant intended to

5   obstruct, impede, or interfere with one or more law

6   enforcement officers; three, at the time of the defendant's

7   actual act, the law enforcement officer or officers were

8   engaged in the lawful performance of their official duties

9   incident to and during a civil disorder; and, four, the

10  civil disorder in any way or degree obstructed, delayed, or

11  adversely affected either commerce or the movement of any

12  article or commodity in commerce or the conduct or

13  performance of any federally protected function.

14         Ms. Watkins has argued that the evidence was

15  insufficient at the end of the government's case to send

16  this count to the jury.  That argument rests on Ms. Watkins'

17  argument that her statement, "They can't hold us," and the

18  purported absence of proof that Ms. Watkins uttered those

19  words, she was not referring to the police -- in other

20  words, the jury -- there was not adequate evidence that

21  "they" meant the police.

22         A jury easily could have inferred that "they"

23  meant the police.  The easiest route there is that

24  Ms. Watkins said at 6:00 p.m. that night, "We were in the

25  thick of it.  Stormed the Capitol.  Forced our way into the

1    Senate and House.  Got tear-gassed and muscled the cops back

2    like Spartans."

3            That, in and of itself, establishes that she knew

4    there were police at the end of that hall.  And certainly,

5    from her vantage point, she could have seen it as well.  A

6    jury could have concluded that.

7            After her case-in-chief, of course, Ms. Watkins

8    admitted that "push" meant "push against the police."  And

9    she was asked by counsel, "Do you realize what you are

10   saying is that you interfered with police in the performance

11   of their duties?"

12           And she said, "Absolutely.  Was that wrong?

13   Absolutely."

14           So certainly at the close of the case, the jury --

15   there was sufficient evidence to send it to the jury as

16   well, and she did accept culpability for that conduct on

17   cross-examination.

18           All right.  Seventh count of the indictment, this

19   is the 1512(c)(1) as to multiple defendants.  Count 7

20   concerns Mr. Rhodes having encouraged others to delete media

21   files and communications that showed their involvement in

22   the conduct being investigated by the grand jury.

23           The elements are that the defendant altered,

24   destroyed, mutilated, or concealed a record, document, or

25   other object; the defendant acted knowingly; the defendant

1   acted corruptly; and the defendant acted with the intent to

2   impair the object's integrity or availability for use in an

3   official proceeding.

4           Mr. Rhodes in Count 7 was also charged with

5   attempting to commit obstruction of justice for tampering

6   with documents or proceedings.

7           With respect to attempt, the proof had to be that

8   he intended to commit the crime of obstruction of justice

9   for tampering with documents or proceedings and that he took

10  a substantial step toward committing obstruction of justice

11  for tampering with documents or proceedings which strongly

12  corroborates or confirms the defendant's intent to commit

13  the crime.

14          At a minimum, the jury could conclude that

15  Mr. Rhodes' conduct here at least constitutes attempt.  On

16  January 8th of 2021, Mr. Rhodes sent a series of messages

17  through Kellye SoRelle through the -- onto the

18  "Old Leadership" chat.  He wrote, "Do not chatter about any

19  OK members doing anything at Capitol.  Stop the chatter.

20  I told you before that anything you say can and will be used

21  against you.  Apparently that wasn't strongly worded enough

22  for some to get the message."

23          It's certainly relevant to his intent.

24          A few minutes later, he added, "We are still in

25  the twilight before open conflict.  In this environment,

1    Lawfare by the black hats is a very real threat.  They will

2    be coming after anyone they can identify as being in the

3    building"; certainly recognizing that at a minimum, law

4    enforcement will be coming after them.  "Do not make it any

5    easier for them.  Make them do their own work."

6           About 20 minutes later, two more messages, says,

7    Stewart -- this is from Mr. Rhodes through Ms. SoRelle --

8    "Let me finish this point:  Do not chat about Oath Keeper

9    members allegedly doing anything at the Capitol.  Go dark on

10   that.  Do not discuss.  That's what I would advise any

11   criminal defense client or to anyone who's at risk of being

12   accused and indicted."

13          Critically, those words demonstrate the

14   foreseeability of a grand jury proceeding.  The term

15   "indictment" obviously has a particular meaning for lawyers.

16   Mr. Rhodes is a lawyer.  I can't remember whether there was

17   evidence that he worked as a criminal defense lawyer in the

18   case-in-chief.  He certainly admitted to that in his case.

19   But certainly, you know, the jury would have understood that

20   he's a law school grad; would have understood what the term

21   "indicted" means; and, therefore, it would have been

22   reasonably foreseeable to him that there was going to be a

23   grand jury investigating the conduct.

24          Then he goes on to say, "Stewart:  You all need to

25   delete any of your comments regarding who did what.  You are

1    under zero obligation to leave them up.  You/we have not

2    gotten a preservation order instructing us to retain those

3    comments, so delete them.  I can't delete them because this

4    is a legacy Signal chat that doesn't let me delete comments.

5    Only the comment author can delete a comment.  Get busy.

6    Delete your self-incriminating comments or those that can

7    incriminate."  Says, "Start now."

8             In any event, it's pretty self-evident.

9             As I said, each defendant, along with Mr. Rhodes,

10   argues that there wasn't a sufficient nexus between

11   obstructive conduct and an official proceeding, namely, the

12   grand jury proceeding.  Mr. Rhodes, his own words, and his

13   law training established that he reasonably foresaw the

14   likelihood of a grand jury proceeding.

15            And, of course, after his defense testimony, the

16   jury could have discredited his testimony.

17            With respect to Mr. Meggs, he was accused of

18   deleting from his cellular phone certain media files and

19   communications that showed his involvement in the conduct.

20   I won't repeat the elements again.  Like Mr. Rhodes,

21   Mr. Meggs' own words give him away.  On January 17th,

22   Jessica Watkins and Donovan Crowl were arrested at 5:21 p.m.

23   that evening.  Mr. Meggs messaged -- Mr. Rhodes messaged

24   Mr. Meggs:  "Call me, please."

25            15 minutes later, Mr. Rhodes messaged Meggs:

1   "Ed MacMahon, criminal defense attorney from Virginia, who

2   is also admitted to practice in D.C., comes highly

3   recommended by Bill Olson, who's a Virginia gun rights

4   attorney I've known for years."

5            A few days later, on January 20th, Meggs messages

6   Rhodes:  "I'm going totally dark.  I will stay in touch.

7   Talk to you soon.  Stay safe."

8            One week later, on January 27th, the first

9   indictment in the case was handed down of Ms. Watkins,

10  Mr. Crowl, and Caldwell.  Sorry.

11           By the next day, Mr. Meggs and Mr. Harrelson had

12  read that indictment.  Certainly could have been inferred

13  and messaged about it to one another.

14           January 28th, between 6 -- 7:16 and 8:04 a.m.,

15  Mr. Meggs exchanged messages with Mr. Harrelson referencing

16  allegations in the January 27th indictment.  The one message

17  said they talked about the training camps in North Carolina.

18  This exchange demonstrates a clear awareness of grand jury

19  proceedings and indictments being handed down for related

20  conduct.

21           Then on February 4th, Mr. Harrelson messages

22  Meggs:  "Is there any way we can clear out the messages in

23  our chats?  I don't think it would be a bad idea.  Clear out

24  all the talk of hiding the tools and shit."

25           Mr. Meggs responds to Harrelson:  "We can delete

1    the old and start a bee" -- and then correct himself --

2    "new."

3                Mr. Harrelson responds to Mr. Meggs:  "Let's do

4    that as long as you think it deletes everything.  I don't

5    want the boys to have anything to look at if you know what

6    I mean.  I'll run through delete me [sic] our DMs real

7    quick, send one in, like, two minutes, if that works on my

8    end then we'll just repeat the process."

9                Mr. Harrelson then messages Mr. Meggs, "Yep,

10   cleared it right out."

11               Mr. Meggs and Mr. Harrelson argue that the

12   government never presented any evidence of forensic analysis

13   being done to determine whether the messages were deleted or

14   removed by some other non-nefarious means; but, again, a

15   jury could reasonably conclude, based on the absence of

16   those messages and the defendant's own statements, that when

17   they said they deleted the message, they did, in fact,

18   delete the messages with the requisite knowledge and intent.

19               The same exact analysis and evidence supports the

20   conviction for Mr. Harrelson in Count 9, and that leads us

21   to Count 11 for Mr. Hackett, and I am going to put a hold on

22   that so I can deal with the rest of this.

23               Let me just, while Mr. Geyer is here, address his

24   *Brady* motion.  This is at ECF 433; government's opposition

25   at 441; Mr. Harrelson's reply at 460.

1           *Brady* violation has three components:

2           The evidence at issue must be favorable to the

3    accused.

4           Two, the evidence must have been suppressed by the

5    State, either willfully or inadvertently.

6           And, three, prejudice must have ensued.

7           A *Brady* violation arises only if the evidence is

8    material.  Evidence is material only if there is a

9    reasonable probability that had the evidence been disclosed

10   to the defense, the result of the proceeding would have been

11   different.  A probability reaches the level of reasonable

12   when it is high enough to undermine confidence in the

13   verdict.  The D.C. Circuit has said that *Brady* factors must

14   be assessed count by count.

15          Mr. Harrelson was convicted on three

16   counts:  obstruction of an official proceeding, conspiracy

17   to prevent officials from discharging their duties, and

18   tampering with evidence.

19          I'll say at the outset that none of the evidence

20   that Mr. Harrelson contends should have been disclosed as

21   material to the tampering-with-evidence charge.  So I will

22   not discuss the specific demands as to that count.

23          As for the other two counts, I'll consider them

24   together because they're based on the same set of operative

25   evidence.

1          Also, note that a fair number of the arguments

2     made in the motion go to the sufficiency of the evidence.

3     The Court won't address those contentions as it's already

4     done so.

5          So the various categories of evidence that

6     Mr. Harrelson claims was withheld:

7          First, what actually caused the recess of the

8     joint session of Congress on the afternoon of January 6th of

9     2021; or, two, under its belated newly minted theory, what

10    actually delayed the resumption of the joint session of

11    Congress.

12         He argues here that there's no evidence presented

13    that either Harrelson or any other Oath Keepers delayed the

14    resumption of the joint session of Congress.  Simply by

15    being alive and drawing breath, he says, they are guilty,

16    was the government's proof.

17         The contention seems to be that in order to

18    convict Mr. Harrelson, the government had to prove that he

19    was the original cause of the recess, or that, but for

20    Mr. Harrelson's presence, the proceedings would have

21    resumed.  That is made clear in his reply where he writes,

22    "The government must prove that if Harrelson had stayed home

23    or, as he contemplated, gone home after a late night on

24    January 5th, that the joint session of Congress would not

25    have been obstructed; or if Harrelson had been the only one

1    present on January 6th, he alone would have obstructed the

2    official proceeding."

3              And elsewhere he argues that if KH -- that's

4    Kenneth Harrelson -- metaphysically never existed in the

5    universe, the amount of time needed to sweep the Capitol

6    building would not change by one second.

7              This is not the type of causation the government

8    was required to prove.  As I said earlier, I referred to

9    Judge Bates' opinion and will incorporate his reasoning

10   there.

11             There's nothing consistent with the statute that

12   would require the government to have proved that

13   Mr. Harrelson was the sole cause for the recess or that,

14   absent his presence, the proceeding would have been able to

15   resume.

16             That makes the evidence sought, even if it were

17   not already made available, which it's not clear to me it

18   was not, utterly immaterial.  It was no defense to say that

19   while someone else or some other combination of persons was

20   the original cause of the recess or the proceedings would

21   have been delayed irrespective of where -- whether or not he

22   had been there.

23             Mr. Harrelson's presence on the grounds and

24   ultimately in the building obstructing or impeding the

25   certification because his conduct was a proximate cause of

1    Congress's inability to resume the proceedings.  The fact

2    that there were hundreds, if not thousands, of other causes

3    did not absolve him of criminal responsibility.

4              Also note that other than bare declarations,

5    Mr. Harrelson did not come forward with any reason to

6    believe that he did not receive the evidence that he seeks.

7    The Court ordered the government to ensure that all

8    United States Capitol Police communications about reasons

9    for the recess were disclosed.  The government so certified

10   that Mr. Harrelson has offered no reason to question that

11   certification.  The government also said that it produced

12   FBI interview memos on this subject.  And, likewise,

13   Mr. Harrelson has not suggested otherwise.

14             He's also seeking evidence that would prove to the

15   jury the presence of hundreds of people in the U.S. Capitol

16   does not disrupt the proceedings of Congress; specifically,

17   he thinks that the prosecution was required to disclose its

18   exculpatory information that details proof and evidence that

19   U.S. Congress successfully operates every business day with

20   hundreds of visitors, school children, or sometimes noisy

21   tourists, lobbyists, journalists, citizen advocates, and

22   staff.

23             I don't need to say much about this other than to

24   say that such evidence is not material.  It's not a defense

25   that when Congress is operating under ordinary

1    circumstances, the building and the grounds can and does

2    accommodate hundreds, if not thousands, of people.

3    January 6th hardly presented ordinary circumstances.

4            Third, evidence that the government had nothing

5    more than conjecture, speculation, and assumptions with

6    which to prosecute Harrelson, that seems to me to be a

7    demand -- an argument and not a demand for evidence.

8            Evidence of who specifically led an attack on the

9    U.S. Capitol.  Again, I don't think it's material to the

10   defense because an allegation -- the allegation was not that

11   Mr. Harrelson was the original cause of disrupting the

12   proceedings but that he, along with other co-conspirators,

13   was a cause for the proceedings to remain adjourned when

14   they were present.

15           Evidence showing that the Oath Keepers assisted

16   Officer Harry Dunn, including security footage from the

17   small Rotunda outside the Speaker's Suite is another

18   category of evidence.  Mr. Harrelson doesn't specify what

19   other evidence he is referring to, other than the security

20   footage.

21           He admits that he received Officer Dunn's 302.  He

22   does not identify any other witness information that would

23   support the defense that was withheld.

24           As for the security footage, witnesses who

25   testified -- witnesses testified that there were no cameras

1    in that location, and he has not offered any evidence to

2    rebut that assertion.  He only speculates that it is simply

3    not credible that there were no security cameras viewing

4    this hallway.

5              Asks for CCTV footage from outside the

6    Columbus Doors.  Again, here, only offers speculation that

7    such footage exists and was withheld.

8              And then, finally, he asked for a category of

9    suspicious actor evidence, evidence that others were

10   engaging in the activity Defendant Harrelson was erroneously

11   accused of participating in.  He offers a list of

12   individuals on page 26 of his brief that he contends as to

13   whom he did not receive information.

14             This information also is not material, at least in

15   terms of *Brady*.  It's not a defense that others also

16   violated the law.  This is not like a homicide case.  It's

17   not a case where there would have been a plausible defense

18   that someone else did what Mr. Harrelson stands accused of.

19             At trial, he never disputed the actus reus

20   elements of any offense, nor could he have as much as the

21   government's case against him was built on undisputed video

22   evidence of what he did that day.  Evidence about the

23   conduct of others would not have assisted in rebutting that

24   proof.

25             All right.  So that motion will be denied as well,

1    Mr. Geyer.  So I tried to get that done before you were due

2    in another courtroom.

3            All right.  The final motion is -- oh, I forgot to

4    add that the motion -- the Rule 29 sufficiency of the

5    evidence motion was also made under Rule 33.  I'll reject

6    that rule -- reject that motion under Rule 33 for all the

7    same reasons that I've just discussed, that I don't think

8    entitle the defendants to a new trial based upon the

9    insufficiency of the evidence.

10            There was also a separate motion for a new trial

11    at ECF 434.  It was joined by Mr. Caldwell at 439;

12    Mr. Rhodes at 456; the opposition by the government, 442;

13    and the defendant's reply at 463.

14            Under Rule 33(a) of the Federal Rules of Criminal

15    Procedure, the Court may vacate any judgment and grant a new

16    trial if the interest of justice so requires.  Any error

17    sufficient to require a reversal on appeal is an inadequate

18    ground for granting a new trial.  A new trial should be

19    granted only if the defendant has shown that an error was

20    substantial, not harmless, and that the error affected the

21    defendant's substantial rights.  Whether to grant a motion

22    for a new trial is a decision committed to the Court's sound

23    discretion.

24            First contention is that the Court erroneously

25    admitted what we have referred to as the montage exhibits.

1    Specifically at Trial 1, those exhibits included

2    Exhibits 1500, 1501, 1502, 1530.1, 1540, 1555, and 6925 at

3    least.  It may have been fewer of those, but I think that's

4    what was on the ultimate supplemental instruction that I

5    gave the jury.

6            And in Trial 2, it's some of the exhibits that

7    were, in fact, listed in the instruction at ECF 457 at

8    page 11.

9            The contention is that these exhibits were

10   improperly admitted under Federal Rule of Evidence 1006 as

11   summary exhibits.  I disagree for the reasons I had stated

12   on the record.  Federal Rule of Evidence 1006 permits

13   admission of a summary of voluminous evidence from disparate

14   sources that was compiled in a way that was helpful to the

15   jury's understanding and organization of the evidence.

16           These montage exhibits were a summary of

17   voluminous evidence that would not have been easy to

18   conveniently examine in court.  Notably, the exhibits

19   summarized a variety of disparate source evidence to provide

20   a timeline of events, including:

21           Videos from public sources and obtained through

22   legal process.

23           CCTV from Capitol Grounds and building.

24           Three, audio recordings from public sources and

25   obtained through legal process.

1          Four, call detail records obtained through legal

2     process.

3          Five, GoToMeetings records.

4          And, six, maps.

5          To have admitted the individual pieces of

6     evidence, as the defense suggests, would have been

7     impractical and likely confused the jury's understanding of

8     the evidence or at least would have made it more difficult

9     to enable the jury to understand the evidence.

10         Additionally, the exhibits, in terms of their

11    accuracy, were largely uncontested in terms of their

12    accuracy.  And in any event, the defendants had an

13    opportunity to object to aspects that they believe might

14    have been misleading and to cross-examine and testify -- the

15    testifying agent.

16         In fact, at the second trial, Mr. Peed, for

17    example, Mr. Vallejo's counsel, did make a request to modify

18    Exhibit 1500.2, and there was a request made at the second

19    trial to change the term "stack" to "line," and both of

20    those requests were granted by the Court.

21         There's also the contention that either the

22    admission was improper or the defendants were prejudiced

23    because the preparer of the summary exhibit was not called

24    to testify.  But in this Circuit, the exhibit preparer need

25    not testify about the exhibits.  This is *United States*

1    *versus Lemire*, L-e-m-i-r-e.  In that case, the person who

2    prepared a summary chart did not testify but did carefully

3    review the chart and ensure that they reflected information

4    contained in documents already in evidence.

5          The witness was able to identify the source of

6    information, explain how all the dollar figures were

7    derived.  The defense was also aware of the summary chart

8    and able to cross-examine the witness.

9          The same is true here.  Agents who testified about

10   the exhibits each testified that they had carefully reviewed

11   the exhibits for accuracy, compared to the underlying

12   exhibits.  The source of the information was identified in

13   the exhibits themselves and made available to the defense.

14         As I said, the exhibits were disclosed in advance.

15   And the defense had ample opportunity not only to cross but,

16   as noted, to object to accuracy and present any evidence

17   that they believe showed the exhibit to be inaccurate or

18   misleading.

19         Alternatively, if I am wrong that these exhibits

20   were admissible under 1006, I do hold that they were

21   admissible under Rule 611(a) as pedagogical devices or

22   secondary evidence summaries.  I will not lay out the

23   rationale for that decision, but simply reference the

24   rationale and reasoning I set forth on December 9th of 2022

25   during the second trial, a.m. session, from 782 to -86 in

1    the second trial.

2         There are some arguments made about there being

3    errors of the exhibits.  Exhibit 1555, which purportedly

4    showed Mr. Meggs in the "Old Leadership" chat as of

5    January 6th; but Agent Cain testified that Mr. Meggs

6    actually exited the chat on December 18th.  Further argues

7    that in the reply brief, that Meggs Exhibit 75 showed that

8    he actually left the chat on December 18th, and the agent

9    would not concede that.

10        Also, contention about Exhibit 6731, which

11   purportedly conflated when texts were sent and received.

12   Some texts were sent but not received until after 6:50 p.m.

13   that evening.  But neither of those are the type of exhibits

14   that defendants have complained about as improper montage

15   exhibits, one; two, the Exhibit 1555 was a summary

16   judgment -- excuse me -- a summary exhibit that reflected

17   some of the individuals that were on various chats as of

18   January 6th; and Exhibit 6731 was not a summary exhibit at

19   all but a compilation of Signal chats and other

20   communications.

21        In any event, I find that if there was an error,

22   it was not substantial, harmless, and it did not affect

23   substantial rights.  Again, for the most part, defendants

24   did not contest the accuracy of these exhibits.

25        Even now, defendants don't point to any inaccuracy

1    in the montage exhibits that they say was prejudicial.  The

2    only two errors they cite within the summary exhibits were

3    not in montage exhibits.  And as discussed, these were

4    disclosed in advance.  They had an opportunity to challenge

5    their accuracy.  And as I noted, the Court did order

6    modifications in Trial 2 and cross-examined the testifying

7    agent.

8            The Court also provided a limiting instruction to

9    the agent's testimony so that the jury would understand that

10   the agent's testimony was not evidence and that the exhibit

11   itself was and, more importantly, it's undersupplying

12   sources were the evidence.

13           Second ground for a new trial is the Court's

14   refusal to allow the testimony of Mike Nichols in Mr. Meggs'

15   case.  I can't remember whether he was also -- I don't think

16   there was a request to call him in the second trial.

17           Mr. Nichols was an Oath Keeper from New York who

18   was approached by a U.S. Capitol police officer to assist in

19   helping to get other officers out of the building.  Video

20   evidence depicted Officer Tarik Johnson approaching

21   Mr. Nichols for assistance and then, in fact, helping --

22   Mr. Nichols, in fact, helping to get officers out of the

23   building.

24           According to the defendants, Mr. Nichols'

25   testimony would have rebutted testimony from multiple

137

1    officers that Oath Keepers could not have done anything to

2    assist the officers protecting the Capitol that day.  And he

3    would have testified about security on the Oath Keepers

4    website for January 6th and "Back the Blue" program to

5    bolster the idea that defendants entered the building to

6    assist law enforcement.

7            As I held previously, there's no probative value

8    as to Mr. Nichols' testimony as to these defendants.  Again,

9    the Oath Keepers organization was not on trial; only the

10   defendants were.  Only their mens rea mattered.  And

11   Mr. Nichols could shed no light on that.  He wasn't in

12   leadership.  He wasn't in Signal groups.  And he had no

13   interaction with any defendant that day.  He was not part of

14   either Line 1, Line 2, or among the group of Oath Keepers

15   that gathered on the East Plaza with Stewart Rhodes after

16   Line 2 exited.

17           Furthermore, the testimony would be a bit more

18   prejudicial than probative to have introduced evidence of an

19   Oath Keeper who assisted that day.  That type of character

20   evidence of the organization or the Oath Keepers themselves

21   would not have been relevant, and it would have potentially

22   confused the jury.

23           And even if this was error, it was not prejudicial

24   because, again, his testimony could shed no light on any of

25   the defendants' state of mind.  And, at most, it would have

 1    shown at least one Oath Keeper, when actually called upon to

 2    assist police, did so; whereas, a jury reasonably could have

 3    concluded that the Oath Keepers did not assist police that

 4    day, based upon the evidence that was presented at trial,

 5    both in the government's case and in the defense case.

 6            Finally, defendants argue that various statements

 7    made by the prosecution in closing warrant a new trial.

 8    They fall into three categories:

 9            Statements that were unsupported factual

10    assertions.

11            Two, inflammatory arguments.

12            And, three, misleading arguments.

13            The first is an unsupported factual assertion is

14    concerning the testimony of Stephen Brown, who was the

15    organizer of the Area 8 rally.  The government said in

16    closing, that speaker of that rally -- I think actually this

17    was in rebuttal -- that speaker of that rally, whatever that

18    was going to happen, that was never actually going to

19    happen.  That was not realistic.  That was not real.

20            The words are inaccurate on their face if the

21    words are viewed literally and without context.  But taken

22    within the whole, they're not inaccurate.

23            Mr. Nestler had elicited from Mr. Brown, for

24    example, on his cross-examination, that Mr. Alexandria and

25    Mr. Rhodes, Gator 1, Roger Stone, no Congresspeople, no

```
1    other speakers had ever shown up at Area 8 for purposes of
2    that rally.  And the argument that was made in rebuttal was
3    a fair inference and fair argument from that evidence.
4           Also contend that the government wrongly
5    characterized Ms. Meggs' response to Mr. Dolan as part of
6    some messages they had exchanged about Mr. Dolan being ready
7    to die as, "Let's do it."  Again, that is true.  Mr. Meggs
8    did not literally respond, "Let's do it," but he did
9    encourage Mr. Dolan and suggest he was not standing alone.
10          Mr. Meggs said in response, "Get them" -- that
11   includes neighbors and friends -- "ready.  Hundred guys go
12   to prison.  A thousand guys get in a battle.  10,000 guys
13   get in a war.  72 million people -- 72 million is a massive
14   patriotic movement.  We won't go alone.  Let's prepare those
15   going with us."
16          The Court instructed the jury that closings were
17   argument, not evidence, and that the jury's recollection of
18   the evidence would control; and, of course, the jury had the
19   exhibit to evaluate the accuracy of the argument.
20          Also, in arguing that there was an agreement, the
21   government cited Mr. Dolan's testimony for the concept of
22   commanders intent, the defendants argue, meaning that he
23   understood what Mr. Rhodes wanted them to do even if he had
24   not said so explicitly.  They argue that this was an
25   improper argument in part because Mr. Meggs had no military
```

1    background.

2            The argument about Mr. Dolan's "commander intent"

3    testimony came in the context of a discussion about a

4    question-and-answer with Mr. Rhodes, not Mr. Meggs.  The

5    argument is not without support that the government made.

6    And to the extent the motion suggests that such evidence was

7    not enough to support a finding of an agreement, that is a

8    sufficiency argument and is not about improper closing.

9            All right.  Then there are a couple of

10    inflammatory arguments that the defendants claim require a

11    new trial.

12            The government showed a weapon in closing when

13    discussing Mr. Dolan's testimony, claims that that showing

14    of the weapon in closing inflamed the passions of the jury.

15            The defense has cited no case for the proposition

16    that a properly admitted firearm cannot be displayed to a

17    jury, particularly relevant in this case, as there was a

18    question as to whether the weapons were intended for

19    offensive or defensive purposes, and there was evidence that

20    some defendants were told that long guns were offensive

21    weapons.

22            The Court asked Agent Palian, who was displaying

23    the weapon, to put it away moments after overruling the

24    objection before the government continued on.  So the weapon

25    was only displayed to the jury for a very few moments.

1          Defense counsel -- there was a characterization of

2    an argument by defense counsel about the lack of police

3    response, and the government called it disgusting.  When

4    no -- the defense contends, no defendant's conduct

5    endangered the life of an officer, and only one defendant

6    was charged with assault.

7          The entire context of the argument was as follows:

8          "It is disgusting, frankly, ladies and gentlemen,

9    to hear these defendants and these defense counsel argue

10   that the Capitol Police officers didn't do anything, just

11   let the defendants into the building like they strolled in

12   or to hear Defendant Watkins talk about it, like how it felt

13   like Black Friday at a Target.  Everyone was racing to get

14   the next toy for Christmas.  Look at what was actually

15   happening, it really was a life-or-death scenario for many

16   of these police officers."

17         It may be true that the word "disgusting" may have

18   been a little strong, but it was not inflammatory in

19   context.  Routine for counsel to describe arguments of the

20   other side is outrageous or incredible.  This is of a

21   similar ilk.  And it was rooted in the evidence, and it was

22   made in response to an argument that had been made by the

23   defense.

24         The next statement is that Rhodes thought that

25   January -- the next argument, I should say, Rhodes thought

```
1   that, January 6th was the first shot at a war.  Took matters
2   out of the hands of the people and put rifles into their own
3   hands.  He took aim at this city we're in right now.
4           Government says this was rhetorical flourish.  It
5   certainly was rhetorical, and there was certainly flourish.
6           More importantly, it was not divorced from the
7   evidence.  And it was a core inference that was reasonably
8   drawn from the evidence that was presented.
9           To the extent that there's a concern that the
10  reference to the "in the city right now" was something to
11  inflame the jury and impassion and play to the jury's
12  emotions, I think it was only -- the one and only time that
13  was anything said like that, very different than what the
14  closing argument, for example, was in the Khattalah case
15  that was recently decided by the Circuit in which the
16  government was admonished for improper argument and
17  certainly doesn't rise to the level of prejudicial error and
18  warrant a new trial.
19          All right.  Finally, there are a set of misleading
20  arguments.  One, the argument was that they stopped the
21  lawful transfer of power.  They physically drove members of
22  Congress from the Capitol building, and they halted
23  Congress's joint session.
24          Defense argues that but in reality, Congress had
25  already adjourned by the time they arrived, so they could
```

1    not have halted the session.  It's not inaccurate to say

2    that they participated in halting the session because the

3    session was unable to go back into -- go back to business

4    until much later in the evening, and the Oath Keepers'

5    presence in the building certainly was a contributing factor

6    to that.

7              Also, the argument has been made that it was

8    misleading to say that Meggs or Rhodes used force and

9    violence to breach the building, pushing past Officer Salke.

10   Then they used force and violence to penetrate further into

11   the building, trying to push past that line of MPD riot

12   officers, including Officer Owens.

13             The argument is that pushing past law enforcement

14   is not the use of force contemplated by the seditious

15   conspiracy statute.  I've already addressed that legal

16   argument.  The seditious conspiracy statute doesn't

17   distinguish between different types of force, and the

18   indictments clearly contemplated that the use of physical

19   force, including pushing past law enforcement officers, was

20   part of the seditious conspiracy.

21             And there was certainly a factual basis to make

22   that argument.  This is, after all, a conspiracy case.  And

23   one of the alleged conspirators was William Isaacs.  The

24   video clearly shows Mr. Isaacs of Line 1 pushing past

25   Officer Salke.  It is true that when the rest of Line 1

1   entered, Officer Salke was already past the entry and inside

2   the opposite side of the doorway that Line 1 entered, but

3   that doesn't make the government's argument misleading.  It

4   is accurate to argue that they tried to push past MPD Riot

5   Officer Owens.

6          The remaining arguments on pages 15 through 16 of

7   the motion are about the sufficiency of the evidence and not

8   about improper government argument in closing.

9          Ultimately, I agree that the weight of the

10  evidence and, importantly, the jury's return of multiple

11  not-guilty verdicts across different defendants shows that

12  none of the statements was unduly prejudicial, let alone

13  rises to the level that would warrant a new trial.

14         So the motions are denied.

15         All right.  Thank you, everybody, for your

16  patience with that.

17         All right.  Let's talk about sentencing

18  enhancements, and I'm happy to hear argument about those,

19  Mr. Edwards.

20         MR. EDWARDS:  Sorry, Your Honor.  I just wanted to

21  ask one question.

22         You had clarified earlier, before jumping to

23  Mr. Harrelson's for Mr. Geyer, that you might come back to

24  Mr. Hackett.  It was unclear to the government whether you

25  were going to do that today or just after --

1          THE COURT:  I'm going to do it today after we deal

2     with the collective matter so that we don't have to keep

3     everybody here till the bitter end.

4          MR. EDWARDS:  Got it.  Thank you.

5          THE COURT:  Mr. Peed, you can go ahead and correct

6     me on the record on a couple of matters.

7          MR. PEED:  Well, I don't think it's going to

8     change your ruling, but the open letter that Mr. Vallejo

9     sent around was to Kelly Carter and not a conspirator, not

10    to Mr. Kandaris.  The Court represented, I think, twice.  So

11    I wanted to make sure that was correct.

12         THE COURT:  Okay.

13         I think it was to a K2, right?

14         MR. PEED:  K2 is Kelly Carter.

15         THE COURT:  Right.

16         I wrongly assumed that was Mr. Kandaris.

17         I had a 50/50 shot, and I got it wrong.  So sorry

18    about that.

19         Okay.  All right.  Guidelines issues.  There are a

20    number, and so I'm happy to hear from counsel, if you wish

21    to be heard, about any individual Guideline.  Just in terms

22    of the legal argument of their applicability.  Depending on

23    timing, we can talk about factual basis for their

24    application, particularly as it comes to, relates to role in

25    the offense.  As to those, I don't want to talk about the

1    facts.  We can reserve that for individual sentencings and

2    whether that four- or three-level or two-level enhancement

3    should apply.

4        But the first argument, the first enhancement

5    that's been recommended is the eight-level enhancement under

6    2J1.2.2(b)(1)(B) for the offense having -- involved causing

7    or threatening to cause physical injury to a person or

8    property damage in order to obstruct the administration of

9    justice.

10       I just note by way of background that the issue

11   has actually been raised in *U.S. versus Robertson*, but it

12   may be that it was determined not to have been adequately

13   preserved.  So we'll see.

14       Anyway, anybody wish to be heard any further about

15   those arguments about that instruction?

16       MR. WOODWARD:  Good afternoon, Your Honor.

17   Stanley Woodward on behalf of Mr. Meggs.

18       Your Honor, I won't belabor the argument that

19   we've raised in our briefing.  I do want to respond to some

20   of the arguments that the government has raised.

21       You know, for us, this argument is about words.

22   The enhancement is applicable in cases where there is an

23   assertion that there's been an obstruction of the

24   administration of justice.  And as we note in our briefing,

25   the administration of justice is, in fact, a legal term.

1    It's defined in Black's Law Dictionary.  "The maintenance of

2    rights within the political community by means of the

3    physical force of the state," or, alternatively, "The

4    State's application of the sanction of force to the rule of

5    right."

6            As the Court is well-aware, the application of

7    sanction of force to the rule of right, that is what the

8    Executive Branch does, not the Judicial Branch, not the

9    Legislative Branch.  And separation of powers is something

10   that is significant in the Court's consideration of how

11   these Guidelines are to apply.

12           And so turning to the government's argument for

13   why this Guideline ought to apply, the government says,

14   first, that a broad reading of the definition of the

15   "administration of justice" is supported insofar as the

16   Guideline applies to a broad array of obstruction statutes.

17   And yet we would submit that that argument can be made just

18   the opposite way.  There are many enhancements in 2J1.2 that

19   don't apply in every obstruction case.

20           This one in particular deals with the

21   administration of justice, but not every enhancement does

22   deal with the administration of justice.

23           If 2J1.2(b)(1)(B) were intended to apply to every

24   act of obstruction, it would have been unnecessary for

25   Congress to note that an eight-level enhancement applies

1     only where conduct involves physical injury to a person or

2     property or the threat thereof.

3               Second, the government argues that "narrowly

4     interpreting this enhancement would contradict the purpose

5     of uniformity."

6               And yet, again, I think that argument can be made

7     both ways.  Let's not mistake the fact that Congress knows

8     what Congress does.

9               And so when approving this enhancement, it knew

10    precisely what the administration of justice was; and it

11    knew precisely what hearings, what proceedings would be

12    congressional proceedings versus proceedings related to

13    criminal law enforcement.

14              I think of particular note, when we talk about

15    uniformity, it's worth observing that congressional

16    proceedings, by and large, very few exceptions, occur in one

17    district in this country, here.  And so with respect to

18    uniformity, this Guideline isn't the Guideline intended to

19    apply only to conduct in the District of Columbia; it's

20    intended to apply nationwide.  And so Congress could not

21    have been contemplating the application of this Guideline to

22    congressional proceedings across this country.  Congress

23    knew what it was doing.

24              Now, I won't suggest that Congress -- I won't

25    argue, rather, that Congress wasn't contemplating

```
 1    January 6th.  Nobody was.  That's not my argument.  I think
 2    it has to be -- the Court has to construe my argument more
 3    broadly, and that is whether this enhancement applies to
 4    congressional proceedings.
 5            And to make that argument, I'll turn back to the
 6    Court's own observations in its denial of the motions to
 7    dismiss in this case and acknowledge that Congress knew how
 8    to write a provision that applied to congressional
 9    proceedings.  We know that because it did so in
10    18 U.S.C. 1505 in which the language that it described the
11    obstruction of proceedings was very clear.
12            I won't reiterate why 1505 means that 1512
13    shouldn't apply here.  But with respect to the
14    administration of justice, we know that in 1505 Congress
15    described what it does as the administration of law.  And
16    the words matter.
17            THE COURT:  Maybe I'm misunderstanding the process
18    of a Guideline.
19            You've said Congress -- these are Congress's
20    words.  They're not Congress's words; they're the U.S.
21    Sentencing Commission's words.
22            MR. WOODWARD:  Yes.
23            THE COURT:  Okay.
24            MR. WOODWARD:  Yes, but they are approved by
25    Congress, as recommended by the Sentencing Commission.
```

 1            THE COURT:  I should probably know this.

 2            So Congress compels the Sentencing Commission to

 3    make certain modifications, amendments, what have you, to

 4    the Guidelines.  Is it then required that Congress needs to

 5    then approve those Guidelines?  Or is the Sentencing

 6    Commission essentially the final word as an administrative

 7    body on the Guidelines themselves?

 8            Or is it like D.C. law that has to be given a

 9    thumbs-up or thumbs-down?

10            MR. WOODWARD:  Sensitive subject today,

11    Your Honor.

12            THE COURT:  Just making an analogy.

13            MR. WOODWARD:  So I don't know.

14            And we can -- the government will help us,

15    I think, on this.  I suspect they do know definitively.

16            But I do believe that Congress plays a role in the

17    finalization of what the Guidelines are.  And, of course,

18    Congress can correct the Sentencing Commission if it so

19    chooses.

20            THE COURT:  Right.

21            MR. WOODWARD:  And so the utilization in its own

22    statute of administration of law is significant insofar as

23    the administration of justice is a keyword that we see --

24    key legal term that we see in the Sentencing Guidelines.

25            And so what Congress chose to describe as the

1    administration of law, which is literally what Congress is

2    doing --

3              THE COURT:  Can I ask you the following question,

4    which is this:  The Guidelines clearly applies to

5    1512(c)(2), right?  It applies to 1512 more broadly and,

6    therefore, applies to obstructive conduct before any

7    official proceeding.

8              Congress defined "official proceeding" to mean "a

9    proceeding before Congress."  Why shouldn't -- why isn't a

10   reasonable reading of the Guideline then that the

11   Sentencing Commission wanted to ensure that the scope of the

12   Guideline was co-extensive with the conduct that it was

13   cover covering, which would include 1512(c)(2)?

14             MR. WOODWARD:  Well, I think that that obviates

15   the need for the enhancement at all.

16             A 1512(c)(2) is --

17             THE COURT:  Not true.  Not true.

18             The enhancements are for more egregious conduct.

19   I mean, that's what the commentary says.

20             MR. WOODWARD:  Okay.

21             THE COURT:  I mean, you could obstruct without

22   doing so to -- injury to person or property damage, and then

23   you just get the Base Offense Level.

24             MR. WOODWARD:  Well, I'm going to make that

25   argument, albeit briefly as well.  I think the reason is

1    because my colleagues reminded me that, in fact, this

2    Guideline was adopted prior to 1512 being enacted.

3              THE COURT:  That's not accurate.

4              MR. WOODWARD:  That's what happens when they pass

5    notes to you.

6              THE COURT:  I mean, I sort of --

7              MR. WOODWARD:  I think the answer is because --

8              THE COURT:  Can I just -- I mean, I did this

9    exercise, so let me put my head around this.

10             So in 1982, Congress passed the Victim and Witness

11   Protection Act.  Part of that act included what is now the

12   base 1512, the original 1512, before the amendment by

13   Sarbanes-Oxley.  That was 1982.  That statute also included

14   the definition section, which is now 1515, that included the

15   term "official proceeding" means "a proceeding before

16   Congress."

17             The Guideline comes out for the first time in

18   October of 1987.

19             MR. WOODWARD:  Because not every official

20   proceeding necessarily involves the administration of

21   justice.

22             I don't think we have to read those two as

23   coterminous in the statutory definition of the phrases.  And

24   so it's reasonable to assume that the Sentencing Commission

25   where Congress, in its guidance of the Commission --

1              THE COURT:  So you think the -- say a Congressman

2     or a police officer was shot in the course of attempting to

3     get on the Senate floor, that this enhancement wouldn't

4     apply?

5              MR. WOODWARD:  I would hope that if a Congressman

6     or a police officer were shot, the charge brought wouldn't

7     only be 1512.

8              THE COURT:  Say it's one of the charges.  I've got

9     to make that Guidelines calculation.

10             MR. WOODWARD:  No, I wouldn't say that --

11    I wouldn't assume or concede that this enhancement applies

12    to those facts and circumstances.

13             And nor would I feel bad about that, because,

14    again, it's not going to only be a 1512(c)(2) charge at that

15    point.  And the eight points aren't necessary to satisfy

16    what Congress directed in its recommendation for sentencing.

17             And so here I don't think it's at all unfair for

18    the Court to conclude that when the Sentencing Commission,

19    with or without the ascent of Congress, recommended an

20    eight-point enhancement when there is a use or threat of use

21    of force as to person or property, that they also intended

22    to limit the application of that enhancement to specific

23    proceedings involving the criminal investigative process.

24             THE COURT:  Okay.

25             MR. WOODWARD:  But to close on this point, the

1    Court doesn't have to reach that as to Mr. Meggs, because

2    there isn't sufficient proof, in our view, that Mr. Meggs

3    used or threatened force as against a person or as against

4    property as evidenced by, A, his acquittal on the charge of

5    destruction of property and, B, the jury's choosing not to

6    find that in the seditious conspiracy charge, that he had

7    undertaken the second goal of the government's conspiracy,

8    which was to interfere with the laws or the certification of

9    the official proceeding.

10            THE COURT:  And if -- well, what about, at

11    minimum, co-conspirator liability for the conduct of others?

12            MR. WOODWARD:  Well, sentencing Mr. Meggs for

13    co-conspiracy, applying the enhancement for the

14    co-conspirator liability of others would not, in our view,

15    achieve the purpose of the enhancement.  And the Court

16    certainly isn't required to make that logical application

17    here.

18            THE COURT:  Okay.

19            MR. WOODWARD:  I mean, that's part of the

20    interesting result of *Booker* as applied to all of these

21    enhancements, is that it's all discretionary now,

22    Your Honor.  And so why wade into these additional murky

23    legal issues?

24            THE COURT:  Because I'm being asked to.

25            MR. WOODWARD:  Well, we'd ask that you not.

1          THE COURT:  All right.  Anybody else wish to be

2    heard?

3          MR. SHIPLEY:  Most of these arguments are -- and

4    I'm going to be brief.

5          Just for the record, for purposes beyond today,

6    I understand the Court has already addressed this issue in a

7    prior case.  I don't expect the Court to make -- take a

8    position today that sets the Court against itself and its

9    prior comments.  Understood?

10          THE COURT:  Well, let me interject.  I mean,

11    I will confess that the last time I considered it, I didn't

12    consider it in a way that I have in advance of today

13    because, in part, I'll admit, it wasn't material ultimately

14    to the sentence in that case.

15          MR. SHIPLEY:  Fair enough.

16          THE COURT:  So I was happy to reconsider if I was

17    convinced.

18          MR. SHIPLEY:  Sure.

19          The issue, it strikes me -- and this falls on the

20    comment that Mr. Woodward made, is that it seems

21    counterintuitive that the Sentencing Commission would have

22    adopted the broad interpretation that the government

23    proposes here, and at the same time, enhanced a Base Offense

24    Level 14 by 8 levels under our burden.  The more natural way

25    to address that problem would have just been to create a

1    higher Base Offense Level, because the lower -- the

2    enhancement should be for a narrow classification of cases,

3    cases that are other than typical, cases that require

4    greater, more-severe treatment under the Guideline

5    provisions than the broad category that the government is

6    urging upon the Court.

7            And the government acknowledges in its argument

8    that administration of justice is a term of art, and

9    administration of justice has a more traditional, narrow

10   view.

11           I don't know why we would begin with the

12   presumption that without guidance, without specificity, the

13   commission would have stepped away from the traditional,

14   narrow view.  And I don't think there's any great mystery

15   what administration of justice provides.  And I think on

16   this issue, I would ask the Court to consider

17   Judge McFadden's ruling, which is that you create a

18   superfluous term when you consider the commentary that says,

19   "Substantial government or court resources."

20           The government is urging here an application that

21   takes the term "government" and incorporates all three

22   branches within the term "government," which then makes the

23   later reference to court resources superfluous.

24           So if "government" can include -- there's no

25   logical basis to say the reference to "government resources"

1   only talks about executive or legislative and then the

2   commission has specifically identified judicial resources.

3          "Government" is either shorthand for the

4   Executive Branch, or it's, in general, encompassing of all

5   three branches.  If it's only the Executive Branch, then

6   congressional proceedings aren't included; and if it's all

7   three branches, the reference to the Judicial Branch is

8   superfluous.

9          THE COURT:  And the Supreme Court has held that

10  it's not usual for there to be overlap among statutes and

11  language in criminal statutes.  Why wouldn't that be also

12  true for the Guidelines?

13         MR. SHIPLEY:  Well, I can give you an analogous

14  situation, and I briefed this before.  And I apologize, but

15  I'll just give you what the issue was that came up in this

16  case.

17         It was the question of whether or not *Brady*

18  extended to Congress, because there are references in the

19  Rules of Evidence about the government producing evidence

20  within the government's possession.

21         Well, if government is all encompassing, then the

22  reference to *Brady* material in the possession of the

23  government would extend to Congress.  We've been through

24  that issue here, that the government had -- the prosecution,

25  the Department of Justice, that the Executive Branch had an

1    obligation to produce material in the possession of

2    Congress.  And there's a case -- there's case authority from

3    this Circuit that says, "No.  It's a generic term, but its

4    meaning actually is only the Executive Branch because

5    it would be inconsistent with uses in other places to say

6    that material within the possession of the government for

7    Brady purposes is within the possession of all three

8    branches or could cover material in possession of all three

9    branches."

10           So I understand the Court's position.  Sometimes

11    it's just an inexact use of language.  But I don't think

12    it's an inexact use of language in this instance.  I think

13    it is a use of the generic government, which is really,

14    under the context of administration of justice, is pointing

15    towards the Executive Branch and its role in the justice or

16    quasi-adjudicatory process and the judicial branch and its

17    role in the justice or adjudicatory process, not Congress.

18           And the fact that that Guideline has never been

19    amended to address this issue, I think suggested -- I mean,

20    if the Sentencing Commission wanted to use precise language

21    to address this question, it had, you know, 20 years to do

22    so since Sarbanes-Oxley modified 1512.  They've modified

23    1512.  The Sentencing Commission has modified 2J1.2 in

24    response to Sarbanes-Oxley issues.  It has never done it on

25    this particular question.

1          I think that, as to the administration of justice
2    issue, those were the only comments.
3          THE COURT:  So you think when Congress passed
4    Sarbanes-Oxley, that if somebody shredded documents pursuant
5    to a subpoena to Congress, Congress didn't intend for these
6    enhancements to apply?
7          MR. SHIPLEY:  I don't know that that's -- I don't
8    know that that's a congressional determination.  I mean, it
9    begins with the Sentencing Commission, and then Congress --
10   well, Congress can give directions to the
11   Sentencing Commission, which is X, Y, Z.
12         THE COURT:  When is what they did.
13         MR. SHIPLEY:  Right.
14         But, ultimately, the Sentencing Commission acts
15   and then Congress can either affirm or block the
16   Sentencing Commission's changes from taking effect on
17   November 1st of whichever year they're in question.  I think
18   that's what the statute provides.
19         So they haven't -- Congress has not taken any
20   action to direct the Sentencing Commission, the
21   Sentencing Commission on its own has not taken any action to
22   address this issue, which means I think we go back to the
23   traditional standard of administration of justice, which is
24   a term of art that is much narrower than is being upon the
25   Court by the government.

1          I have an argument that I only want to make for

2    the record on a different issue if the Court will indulge me

3    just minute for minute.

4          THE COURT:  On this enhancement?

5          MR. SHIPLEY:  No.  It's on the Guidelines in

6    general.

7          THE COURT:  Okay.

8          MR. SHIPLEY:  You could stop me and say we can

9    take it up at another point if you want.

10          It was actually made by Mr. Fischer.  It's been a

11    subject of conversation that I raised among all defense

12    counsel, something to take on.

13          The only reason I did, it's the question of

14    whether clear and convincing evidence is the standard of

15    proof under certain circumstances under the Guidelines,

16    which is -- is a rock-solid principle of the Ninth Circuit.

17          And it has been there and the Supreme Court

18    wants -- has recognized that there is divergence in the

19    Circuits on the question of what clear and convincing

20    evidence as opposed to preponderance of the evidence is the

21    correct standard.  And the only reason I know this like the

22    back of my hand is two of the cases in the Ninth Circuit

23    have my name on them.

24          And Ninth Circuit has a six-factor test as to when

25    clear and convincing is the standard that the trial court

1    must apply to factual determinations at sentencing as

2    opposed to preponderance of the evidence.

3              The D.C. Circuit in *United States versus Long,*

4    which I think was 2005 -- I have the cite I can get for you

5    in my notes.  In *Long*, the D.C. Circuit said that it

6    recognized this principle exists but under the facts of law

7    said that the extraordinary circumstances they would call

8    into question are not present.  But it did not, as some

9    other Circuits have done, say that it's never appropriate.

10             The Ninth Circuit has a six-factor test, the two

11   most important of which are that the number of levels at

12   issue are greater than four and that the Guidelines Range is

13   more than doubled by the enhancements.  Under those

14   circumstances, the Ninth Circuit, and it began with en banc

15   case called *United States versus Restrepo* in 1995 -- said

16   that under those circumstances, the trial court must apply

17   clear and convincing standard.  *Long* is 328 F.3d 655 in the

18   D.C. Circuit 2003.

19             THE COURT:  655?

20             MR. SHIPLEY:  655.

21             THE COURT:  Okay.

22             MR. SHIPLEY:  And as I said, in that case, the

23   panel said that the clear and convincing standard did not

24   apply to the facts in that case, citing a Third Circuit

25   opinion and finding that from the Third Circuit opinion,

```
1    there wasn't -- so I think this is more of a factual issue
2    for the Court's factual determinations of offense conduct
3    and the application of the Guidelines.  So I'm not sure we
4    need to address it today, but I wanted to raise the issue
5    now.
6              I didn't brief it.  Mr. Fischer did brief it.
7    It's been the subject of conversation.  And for purposes of
8    where we go from here, depending on, you know, the Court's
9    findings, I just want to have the record.
10             THE COURT:  Okay.
11             MR. BRIGHT:  Your Honor, if I may, on behalf of
12   Mr. Fischer, he asked me to give a note to the Court that if
13   the Court was concerned where that was briefed, it's
14   ECF 575, page 4.
15             THE COURT:  Okay.
16             I will confess, given that I vacated
17   Mr. Caldwell's sentencing, I have not read that as closely
18   as I have the others, so I appreciate that.
19             Does the government want to be heard, at least
20   particularly as to that last point?
21             Oh.  Sorry, Mr. Peed.  I didn't realize you wanted
22   to be heard.
23             MR. PEED:  Your Honor, looking at the language of
24   this enhancement, what strikes me as the -- there's no need
25   to include the language in order to interfere with the
```

1    administration of justice if the goal is simply to apply a

2    pure violence or injury enhancement to anything that falls

3    under this Guideline.  But it does include it, and it has

4    this comma, "in order to interfere."

5            And so it's just strange.  For whatever reason --

6    and we have to just take the text as it is -- it adds this

7    requirement, so this enhancement does not apply to some

8    situations that would otherwise fall under this overall

9    Guideline.

10           And then I would -- I put this in the brief, and

11   it's -- I think it may have been in the McFadden opinion.

12   But when you're trying to figure out, okay, if this

13   Guideline is using this phrase and adding it as an

14   additional element, when you look at the next Guideline,

15   2J1.2(b)(2), the substantial interference Guideline, it

16   defines "substantial interference of the administration of

17   justice" with this set of specifics.  I think,

18   unquestionably, all of which fit the traditional notion of

19   the administration of justice.  It then says, "or causes

20   substantial expenditure of resources."

21           And it's not precisely, I think, the pattern of

22   jusdem generis, which the Supreme Court in *Yates* highlighted

23   as a very important canon.  But it's very similar where you

24   have a list of terms that the Guidelines are saying, "This

25   is what we mean by 'substantial interference with the

1    administration of justice,' a felony.  That's a substantial

2    interference.

3              So it goes through this list, and it has a

4    catch-all term.  And I think the catch-all -- the fact that

5    it's a catch-all, at the end of the list that goes -- that

6    clearly meets the traditional definitions that the

7    government concedes is how we usually use that term, is

8    strong evidence that when the Guidelines are using that

9    term, they mean this kind.  It's not a different -- what

10   *Yates* says is if something falls off to a list that's

11   general, it's not the same kind.  We don't go to a different

12   kind, even if we broaden it.

13             So I would submit that the kind of things that are

14   substantial interference of the administration of justice

15   shows what the administration of justice itself is in this

16   Guidelines.  And for whatever reason, they didn't just say,

17   if it meets -- if it falls under this Guidelines that

18   involved injury or threat of injury, apply the enhancement.

19   It said, "comma, in order to interfere with the

20   administration of justice."

21             And to the Court's question about relevant conduct

22   of co-conspirators, two points.  I may just be not fully

23   cognizant of all the facts for the full conspirators because

24   it's inflated within a very unique position.  But I'm --

25   maybe the government will get up and say it, but from what I

1    acknowledged of the facts, there wasn't testimony, at least

2    when I looked at the Trial 1 and 2 transcripts, I didn't see

3    testimony of an injury caused by someone in the

4    Oath Keepers.

5           There was testimony about injuries caused by the

6    crowd or injuries at the end of the day that people had

7    experienced.

8           I think the Court's question was insightful that,

9    okay, we have to look at not just an individual but relevant

10   conduct of conspirators.  But I'm not aware of an injury for

11   which there's proof by a preponderance of the evidence it

12   was caused by a member of this conspiracy or threatened by

13   members of the conspiracy.

14          And I would point the Court to, this wasn't just

15   one conspiracy.  It's not enough for the government to say,

16   "We allege they're all conspirators."

17          A conspiracy -- you know, people at the top of the

18   conspiracy or the middle of the conspiracy may have a

19   broader understanding of its goals and what's perceivable

20   versus people in the periphery.  And that was made a point

21   by Judge Cooper and *Khatallah*.  You have to look at, in each

22   individual defendant's Guidelines now, what was that -- what

23   does the evidence show was that individual's understanding

24   of the scope that they joined.

25          And it's an aiding-and-abetting concept, but I

1    think it's important also to consider the *Rosemond* case,

2    where the Supreme Court said if you join a conspiracy -- if

3    you aid and abet an offense, say a bank robbery, but someone

4    brings a gun to it after you had already done your aiding

5    and abetting and you didn't aid and abet the gun part, you

6    didn't know they were going to bring a gun, then you can't

7    be held liable for that.

8          It's the same kind of thing going on here.  It's

9    the same kind of individual analysis where we must look

10   at -- you know, if one person in this conspiracy did injure

11   somebody but that wasn't each individual's understanding of

12   what they were joining in the moment, you know, then I think

13   that's what the Court has to do.

14         I submit -- I'm not aware of any injuries,

15   property damage, or threat -- threats of injuries by anyone

16   in the conspiracy.

17         Thank you.

18         THE COURT:  Okay.

19         MR. NESTLER:  Good afternoon, Your Honor.

20         THE COURT:  Good afternoon.

21         MR. NESTLER:  So, first, as to the argument that

22   Mr. Shipley put forth and Mr. Fischer put forth in his reply

23   brief, that has absolutely no weight here.  The D.C. Circuit

24   has ever said that any standard other than preponderance of

25   the evidence applies.

1          The same goes for the Supreme Court.

2          If I can read to Your Honor from *Long*, which is

3    the case cited by Mr. Fischer and then brought up again by

4    Mr. Shipley, the Court in *Long* at 670 said that "This

5    Court," the D.C. Circuit, "has declined to require more than

6    the preponderance standard at sentencing."

7          And then it went on to the next page, 671:

8    "To date, the Supreme Court has held that a preponderance

9    standard provides sufficient safeguards to satisfy the

10    requirements of due process at sentencing."

11          That is the law in this Circuit, and that's the

12    law that we all must follow and apply.  The government cited

13    in its initial memo the standard that is not controversial

14    from the Circuit, from the pack, which is, "It is the

15    government's burden to demonstrate by a fair preponderance

16    of the evidence that an enhancement is warranted."

17          THE COURT:  Okay.  All right.  Let me just

18    go ahead and rule, at least as it relates to the legal

19    issue.

20          I agree with Mr. Peed that I am obligated under

21    the Guidelines to -- with respect to each individual

22    co-conspirator, to identify what their joint criminal

23    conduct is.  I can't remember what the phrase is in the

24    Guideline.  And that scope of conduct may, in some cases, be

25    coterminous with the conspiracy itself; in other cases, may

1    not be.  And that, ultimately, a person is only responsible

2    for their conduct of co-conspirators that are reasonably

3    foreseeable in furtherance of -- and there's a third element

4    that I can't remember.

5         But in any event, I'm aware of it.  And it is

6    something I have to address at each individual sentencing

7    and will be happy to hear argument from counsel as to scope

8    of conspiracy or scope of liability for conduct at

9    individual sentencings.

10        Look, I spent a lot of time on this issue

11   because I think it's a challenging one.  And, ultimately,

12   where I came out is I think it applies legally, and let me

13   explain why.

14        And let me just note that there is already a

15   disagreement among the judges, at least in terms of written

16   opinions, about the application of this Guideline.  And

17   Judge Kollar-Kotelly in *United States versus White*,

18   213 Westlaw 23871 -- excuse me, -7816 addresses this very

19   issue.  She expresses disagreement with Judge McFadden's

20   decision in *Seefried*, and she explains why and I share in

21   her assessment.

22        But let me explain why and in a way that maybe

23   they'll get an opportunity to write down.  But let me just

24   begin with the text of the statute, and that is sort of --

25   I mean the Guideline, and that is the administration of

1    justice.

2            You know, Judge McFadden turned to Black's Law

3    Dictionary, which defines "administration of justice" as --

4    Mr. Woodward pointed out to mean the maintenance of right

5    within a political community by means of the physical force

6    of a state, the state's application of the sanction of force

7    to the rule of right.

8            I would say at the beginning that it is not at all

9    clear to me how useful it is to use Black's in these

10   circumstances, and the reason is as follows.  If you look at

11   the definition, it also includes a parenthetical about time.

12   And, for example, "administration of justice" is followed by

13   16th century.

14           And if you look at the sort of notes regarding

15   Black, they say that's the first, earliest time this term

16   appeared in the English language.

17           And so it isn't clear to me when Black's provides

18   this definition of "administration of justice."  It means

19   administration of justice in the 16th century?  Or it means

20   something that's more modern than that?  I don't know.

21   I don't think -- maybe I'm missing it, but I don't know that

22   the dictionary is exactly clear on that.

23           So I'm a little bit hesitant.  You can actually

24   see this.  If you go on to Black's and they'll get examples

25   of meanings of things based upon context from centuries

1   past.  And I don't know how useful it is when we are trying

2   to interpret a more modern text, and I'm supposed to use the

3   text at the time it is understood and adopted.

4          All right.  Let me just unpack the definition a

5   little bit.  Let me start with the phrase "maintenance of

6   right," which is actually used in the definition.  The

7   primary definition of "right" in Black's is "That which is

8   proper under law, morality, or ethics."

9          When one pairs that definition with the phrase "by

10  means of physical force of the state," it's not entirely

11  apparent why the term "administration of justice" is limited

12  to judicial or quasi-judicial proceedings, as Judge McFadden

13  concluded.

14         Take also Black's definition of "rule of right,"

15  which appears in the administration of justice.  Black's

16  traces that phrase to the 17th century to mean "The source

17  of a right.  The rule that gives rise to a right."

18         Again, it's not apparent to me why that

19  definition, when paired with the State's application of

20  sanction of force, excludes a proceeding before Congress.

21         As I've noted before, Black's actually includes as

22  a term of art obstructing the administration of justice and

23  equates that with the term "perverting the course of

24  justice," which in turn is defined to mean "The skewing of

25  the disposition of legal proceedings as by fabricating or

destroying evidence, witness tampering, or threatening, or

intimidating a judge."

It is perhaps notable, maybe or maybe not, that

the terms "legal proceedings" is used, and maybe that is

broader than "judicial proceedings."  And, you know, Black's

uses the term "as by," which is not signaling an exhaustive

list but, rather, a list of examples.

So, you know, even the term "perverting the course

of justice," arguably could be read in a way that includes

proceedings before Congress.

But let me tell you what I think really matters

here, and that's the history and context of this Guidelines

and the context in which it has evolved.

First and foremost, as I said, in 1982, the

Congress passed the Victim and Witness Protection Act of

1982 -- that's Public Law 97-291 -- which included the

pre-Sarbanes-Oxley Section 1512 and definition section in

1515.  What is important to note is that the 1982 act made

tampering with a witness or victim appearing before an

official proceeding unlawful, and that is in 1512.  And an

official proceeding when enacted, as it is today, included a

proceeding before Congress.

Five years later, in October of 1987, the

Sentencing Commission issued the first Guidelines Manual.

That manual included a Guideline, as it does today, for

1    obstruction of justice under 2J1.2.

2          The original Guideline contained the eight-level

3    enhancement for obstructing or attempting to obstruct the

4    administration of justice by causing or threatening to cause

5    physical injury to a person or property.  It also included

6    the three-level enhancement of substantial administration of

7    justice.

8          Also, when originally promulgated, the commentary,

9    as it does again today, provided that this section addresses

10   offenses involving the obstruction of justice generally

11   prosecuted under the above-referenced statutory provisions,

12   the statutory provisions identified in the original

13   Guideline with 1503 through 1513, which obviously includes

14   1512.

15         The Guideline as originally conceived also

16   included the definition of "substantial interference" with

17   "administration of justice" that is in the Guidelines today,

18   which includes as part of its definition "unnecessary

19   expenditure of substantial governmental or court resources."

20         So from that history, I sort of draw three

21   interpretive conclusions.  One is that, first, 2J1.2 as

22   originally promulgated clearly encompassed 1512, which

23   included obstructive conduct directed at a witness or victim

24   in connection with an official proceeding, which was not

25   limited to judicial proceedings but included a proceeding

1    before Congress as Congress had defined it.

2         Second, in 2J1.2, the commission was clearly

3    attempting to capture a broad range of conduct.  How do we

4    know that?  Because that's what they said.  They said in the

5    commentary that the conduct that gives rise to a violation

6    may, therefore, range from a mere threat to an act of

7    extreme violence.

8         Third, the enhancements -- that is, the

9    eight-level and three-level enhancements -- were included to

10   address the most serious conduct, including obstructive

11   conduct before an official proceeding, which, as I said,

12   would include a proceeding before Congress.

13        In other words, because this Guideline covered

14   obstruction before an official proceeding, an "official

15   proceeding" was clearly defined by Congress to include

16   "proceeding before Congress."  It would seem very odd to me

17   that the Guidelines would be promulgated in a way to carve

18   out a type of proceeding that Congress expressly held would

19   be subject to and the object of obstructive conduct before

20   it without -- not expressly saying so and not leaving us

21   with this jigsaw puzzle that we're presented with.

22        I think the much more natural reading of this is

23   that Congress intended essentially -- excuse me -- the

24   Sentencing Commission intended essentially for this original

25   Guideline to be coextensive with the conduct that is

1    captured in 1503 through 1513.  There's nothing in here to

2    suggest any other intent.

3            Some more history.  When Congress passed

4    Sarbanes-Oxley in 2002, which included what is now

5    1512(c)(2), it also directed the Sentencing Commission in

6    Section 805 of the act to "the Base Offense Level" --

7    I'm sorry -- "to ensure that the Base Offense Level and the

8    existing enhancements contained in U.S. Sentencing

9    Guidelines 2J1.2 relating to obstruction of justice are

10   sufficient to deter and punish that activity."

11           "Section 805 also directed the

12   Sentencing Commission to ensure that enhancements and

13   specific offense characteristics were adequate in cases

14   involving large amounts of evidence, a large number of

15   participants, or is otherwise extensive and involved more

16   than minimal planning."

17           The Sentencing Commission responded to Congress's

18   directive with Amendment 653, which, one, increased the Base

19   Offense Level from 12 to 14 and, two, added the two-level

20   enhancement under what is now (b)(3) for extensive in scope,

21   planning, or preparation.

22           There is nothing in either Section 805 of

23   Sarbanes-Oxley or the amendment of 653 to suggest that

24   either Congress or the Commission intended to narrow the

25   scope of the original eight-level and three-level

1    enhancement.  If anything, Congress's directive, certainly

2    in response to *Arthur Andersen*, was to tighten the penalties

3    for acts of obstruction that were covered by those

4    particular statutes, which, again, covers conduct before an

5    official proceeding.

6            So when you pull all that together, it seems

7    reasonably clear, or at least seems reasonable to me, that

8    the proper intent of the commission and meaning of 2J1.3 in

9    1987, as I said, was to create a Guideline that captured a

10   wide range of obstructive conduct, including before an

11   official proceeding.  Also, when promulgated, commentary

12   states -- again, as I said, identified the statutory

13   provisions and then went on to say this section addresses

14   offenses involving obstruction of justice generally

15   prosecuted under the above-referenced statutory provisions.

16           So the Commission clearly would have understood

17   that conduct subject to 1512, which would include

18   obstruction of an official proceeding before Congress, would

19   be subject to punishment under this Guideline.

20           Now, to be sure, as Mr. Peed points out, the

21   commentary provides a list of examples, none of which

22   include a proceeding before Congress.  But that isn't

23   dispositive, because it's not an exhaustive list.  The list

24   that's identified -- sorry.  Bear with me a moment.

25           Sorry, let me back up.

1          As Mr. Peed points out, there's a definition for

2    "substantial interference with administration of justice,"

3    and it includes definitions, among which are substantial

4    government or court resources.  And the other definitions

5    don't pertain to Congress.  Maybe government does.  But

6    what's important about that Guideline is the definition

7    begins with the word "includes," and the Guidelines

8    specifically define and state the word "includes" -- look at

9    1B1.1, Note 2 -- that "includes" means that the list is not

10   exhaustive.  It is "merely illustrative."

11          If you look at the sentencing opinion in *Yates* at

12   574 U.S. 528 and 563, Note 5, the dissent actually

13   recognizes this, that referring -- and, in fact, with

14   respect to 2J1.2's definition of "records, documents, or

15   intangible objects," that the term includes "it is meant to

16   be expansive and not -- an exhaustive list."

17          And so, again, if one is reading the word

18   "include" not to be limiting, it would -- it does not

19   restrict the possibility of a substantial interference with

20   the administration of justice before the congressional

21   proceeding.

22          So for all of those reasons, that is my view on

23   why it applies.  And, you know, I will leave it to the

24   government whether to communicate that to the Circuit while

25   this case is still pending, because if I'm wrong and they

1    haven't considered this sort of way of thinking about it,

2    it would be good to know.

3         MR. NESTLER:  Yes, Your Honor.

4         THE COURT:  In other words, I would -- given the

5    limited record the panel has, it would be -- I would like

6    for them to have the view of my view if that's appropriate.

7         In any event, there are a few other arguments that

8    have been made in connection with this Guideline.  One is

9    Mr. Meggs argues that the enhancement against -- the

10   enhancement for substantial interference -- excuse me -- for

11   the eight-level enhancement can't apply unless it's directed

12   to -- the conduct is directed at the person against whom

13   threat of injury is directed, and that person must be the

14   person who's administering justice; i.e., in this case,

15   Congress.  And in his view, the evidence is insufficient to

16   show a threat of physical injury to members of Congress.

17        I disagree with that reading.  That's not what the

18   Guidelines say.  The Guidelines say the offense involved

19   causing or threatening to cause physical injury to a person

20   or property damage in order to obstruct the administration

21   of justice.  It's not specific to the person who's

22   administering the justice or the group of people

23   administering the justice.  It is in order to obstruct, and

24   so I think the conduct can be directed at someone other than

25   the administrator of the justice.

1    Also argues that the enhancement doesn't apply

2    because the conduct of the mob cannot be attributed to these

3    defendants.  I agree with that.  At least for this

4    enhancement, the focus will need to be on the relevant

5    conduct of these defendants and what they are each

6    individually responsible for, including any foreseeable acts

7    of co-conspirators that can be attributed to a given

8    defendant.

9        Finally, Ms. Watkins in her brief cites to

10   *Montgomery* for the proposition that this wouldn't apply.

11   Judge Kollar-Kotelly's decision in *White* makes the same

12   point, that the reason *Montgomery* is not apt here is because

13   that case arose in the context of the argument that the

14   definition of "official proceeding" must involve some

15   administration of justice and was not an argument that was

16   in the context.  So, in other words, just because in

17   *Montgomery* the term "administration of justice" was defined

18   in a certain way, doesn't mean it is applicable here, given

19   the context in which it was raised.

20       All right.  So that is where I've come out after

21   much contemplation about the topic.

22       Let's then move on to the three-level enhancement

23   for offense resulting in substantial interference with the

24   administration of justice.

25       The main argument here is that the certification

1    is not the administration of justice for purposes of the

2    argument.  I've already addressed that and answered that

3    argument.

4            Mr. Harrelson has also argued that the enhancement

5    is somehow double-counting of the Base Offense Level.  It

6    clearly is not.  The Base Offense Level does not require the

7    kind of conduct that is applicable to the enhancement.

8            Can we pause for a moment?

9            (Discussion held off the record.)

10           THE COURT:  I do have a question potentially as to

11   what the causal requirement here is because just -- this

12   enhancement is worded a little differently than the others.

13   It says that if the offense resulted in substantial

14   interference with the administration -- I'm sorry.

15           Right.  If the offense resulted in substantial

16   interference with the administration of justice.

17           Now, you know what the Supreme Court has said in a

18   case called *United States versus Burrage* -- this is

19   571 U.S. 204.  It's an interpretation of a statute that

20   included the words "results from."  This is a statute that

21   you all are undoubtedly familiar with which actually

22   enhances the penalties for death or substantial injury that

23   results from the distribution of narcotics.

24           And what the Court had held there is that the term

25   "results from," which is fairly similar to can "results in,"

 1    requires a but-for cause.  It is a -- the wording of that

 2    incorporates the traditional notion of but-for cause.

 3            And so the question is how one should read that

 4    when applied to these facts.  In other words, in terms of a

 5    substantial interference of justice, does it occur but for

 6    the presence and the conduct of the Oath Keepers?  At least

 7    as I think how it needs to be read.  I have some thoughts

 8    about this, and I'm happy to share them with you.

 9            But let's go ahead and take a break before we do

10    that.  I'll just leave that with you before we take a break

11    for about 15 minutes, and I'll be right back.

12            Thanks, everyone.

13            COURTROOM DEPUTY:  All rise.  This Court stands in

14    recess.

15            (Recess from 3:00 p.m. to 3:21 p.m.)

16            THE COURT:  Okay.  Welcome back, everybody.

17            Let me just make one more ruling before I turn

18    back to what I was saying before, and that's the question in

19    this case of what constitutes substantial interference with

20    the administration of justice.

21            The government's made the argument that the

22    stopping of the proceeding itself can constitute substantial

23    interference of the administration of justice, in addition

24    to any expenditures that might qualify as unnecessary

25    expenditures of substantial government or court resources.

1        So I do agree that the halting of the procedure --

2   I mean, the proceeding itself can constitute substantial

3   interference with the administration of justice.

4        I say that because, again, the definition of

5   "substantial interference with the administration of

6   justice" provides -- starts with the word "includes," and it

7   is just meant to be an illustrative list of possible types

8   of substantial interference with the administration of

9   justice and is not limited to those examples that are

10  provided here, nor do I think it could be properly read to

11  say that these examples provide the outer bounds of what

12  we're talking about.

13       If you just use the natural meaning of substantial

14  interference and based upon my decision that administration

15  of justice covers the certification proceeding, I think the

16  recess and the length of the recess of the proceeding would

17  qualify.

18       The question still remains one of causation and

19  whether, if I am to use sort of a but-for analysis, whether

20  it can be said that the Oath Keepers' presence inside the --

21  in the Capitol was sort of a but-for cause for these

22  substantial -- either the substantial interference, that is

23  the adjournment of the process and its -- the length of its

24  adjournment or, two, whatever expenditure the government

25  contends their presence in the building resulted in.

1          And it's not clear to me what the government

2   thinks that dollar amount would be to determine whether it

3   is substantial.

4          I hope that makes sense.

5          Thoughts?  Reactions?  Do you want to think about

6   it some more?

7          MR. NESTLER:  Sure.

8          So first things first is that we disagree that the

9   Guideline requires but-for causation.  And if we want to go

10  back to the definition of "offense" and going back to what

11  "offense" means in 1B1.3 -- I'm pulling up the language

12  here.

13         1B1.3(a)(3) is that the relevant conduct of

14  offense is going to include the defendant's offense of

15  conviction and the relevant conduct.  It includes "all harm

16  that resulted from the acts and omissions specified above"

17  and "all harm that was the object of such acts and

18  omissions."

19         And so the word in 2J1.2(b)(2) says, "If the

20  offense resulted in substantial interference."

21         And we need to know how to define the word

22  "offense" there.  And so the word "offense" there goes back

23  to 1B1.3(a)(3) and talks not just about the results but also

24  all the harm that was the object of such acts and omissions.

25  So that's the first point, Your Honor.

1           Secondly, Your Honor cited Judge Kollar-Kotelly's

2    opinion in *White* just before the break on a different point.

3    I want to point Your Honor again to that same decision, and

4    so that is her decision on March 4th of this year in case

5    21 CR 341 at --

6           THE COURT:  I'm sorry.  Is this the same opinion

7    or a different opinion?

8           MR. NESTLER:  Is that the March 4th, '23 opinion?

9           THE COURT:  Yes.

10          MR. NESTLER:  That is the same opinion.  I have

11   the ECF version.  That's why I'm not saying the Westlaw

12   version.

13          On the ECF version, Judge Kollar-Kotelly on

14   page 25 of that opinion, 24 of that opinion, addresses this

15   precise argument and does find that the enhancement or the

16   adjustment applies and rejects the defendant's argument.

17          She talks about how that the -- although the

18   defendant was only one member of the overall mob, together

19   the thousands of members of the mob caused significant harm.

20          And Judge Kollar-Kotelly went on to analogize to

21   the idea that, just as heavy rains caused a flood in the

22   field, each individual raindrop itself contributes to that

23   flood.  Many rioters collectively disrupted the

24   congressional proceedings, and each rioter contributed to

25   that obstruction.  The same idea applies here as she held.

1    And then she cites to the *Rubenacker* transcript from former

2    Chief Judge Howell.

3            We believe that same theory applies here.  The

4    defendant's conduct, and their relevant conduct, including

5    everything that's part of their conspiracy, did lead to the

6    substantial interference with the administration of justice.

7    They did not act in a vacuum.

8            And if the contrary theory were to be adopted,

9    going back to what Judge Kollar-Kotelly held, then none of

10   the rioters who participated in the riot on January 6th

11   would be responsible for this three-point enhancement

12   because each one of those rioters needed other rioters in

13   order to be present at the Capitol in order to accomplish

14   their ends and their objectives.

15           That's getting a little bit far afield to what

16   we're talking about here today.  But one of the objectives

17   in this conspiracy from Rhodes and from Meggs was to gather

18   sufficient bodies in order to make their objective

19   successful.

20           But all that being said, that all of the other

21   judges of which we are aware who have addressed this issue

22   have found that (b)(3) -- sorry -- that (b)(2) applies based

23   on the results that -- what was accomplished by that one

24   defendant's actions.

25           Here, these defendants and their responsibility or

```
 1    culpability for all of the relevant conduct for all of their
 2    co-conspirators will be broader by definition than almost
 3    any other defendant who has come before any of the judges in
 4    this court to be sentenced.
 5            THE COURT:  Did anybody address this question or
 6    even raise the question of what the degree of causation
 7    needs to be?  I mean, I guess Judge Kollar-Kotelly.  But
 8    other than her, has anybody grappled with whether what this
 9    results in requires some but-for, factual causation?
10            MR. NESTLER:  I believe Judge Howell as well in
11    Rubenacker --
12            THE COURT:  Okay.
13            MR. NESTLER:  -- citing to what
14    Judge Kollar-Kotelly wrote here in her opinion in White
15    about talking about the need for a general causal tie
16    between the defendants' actions and the unnecessary
17    expenditure of governmental resources.  So the general
18    causal tie, not the but-for causation.
19            And what Judge Howell said was that "The
20    government need only show a direct causal line from all
21    participants in the mob, which includes a specific defendant
22    that collectively resulted in a situation causing
23    unnecessary expenditure of substantial governmental
24    resources."
25            THE COURT:  Okay.
```

1          Let me ask you, I know your position is that the

2    adjournment of the proceedings and the length of time it was

3    adjourned itself constitutes substantial interference with

4    the administration of justice.

5          But just what is the government's position as to

6    what constitutes the unnecessary expenditure of substantial

7    government or court resources?

8          I mean, you've identified some dollar amounts that

9    each various components of -- administrative components that

10   Congress has suffered.  But, I mean, is it your position

11   that these defendants are responsible for the whole amount?

12   A fraction of the amount?  How do I make that determination?

13         And what constitutes unnecessary?

14         And I don't mean to be insensitive, but many of

15   these police officers were sort of already on duty; in

16   other words, some of them were already there.  So it wasn't

17   as if --

18         MR. NESTLER:  Some of them were, but many were

19   not.  And Your Honor can just look to the testimony of

20   Lanelle Hawa with the Secret Service, which is that she

21   said -- and we proved this up in the trials that were

22   proven --

23         THE COURT:  Yes.  There were state police from

24   Virginia that came in.

25         MR. NESTLER:  Well, those and the Secret Service.

1          So the idea of for adverse affect on a federally

2     protected function, there's an analogy there, which is that

3     she testified as to the adverse effect on that function.

4     And that function was the Secret Service, which is a

5     component of, of course, the DHS and the executive agency

6     branch.

7          And she said that, as a result of the riot, as a

8     result of the riot that these defendants contributed to, the

9     Secret Service had to bring a significant amount of

10    additional resources to the United States Capitol in order

11    to protect Vice President Pence and in order to make sure

12    that the Capitol complex was safe and secure for his

13    ultimate return to the joint session.

14          And so those are resources that would not have

15    been expended, by definition, except for the riot.  That's

16    on top of all the officers from MPD who were on duty but not

17    on duty at the Capitol.  And, of course, they were drawn

18    away from other parts of the city, which, by definition,

19    would have suffered and had fewer officers because of the

20    riot at the Capitol plus other agencies from outside the

21    jurisdiction.

22          THE COURT:  Okay.

23          MR. NESTLER:  The bottom line is, Your Honor, the

24    government does not need to find an actual numerical number

25    attributable to these defendants.  It's sufficient, as we

188

1    believe all of the judges in this courthouse have found, to

2    find a substantial interference.

3              THE COURT:  Okay.

4              Anybody else wish to be heard?

5              MR. PEED:  Your Honor, on behalf of Mr. Vallejo,

6    I think that the Court does not need to buy into the

7    either/or scenario where either no one is responsible for

8    substantial interference or everyone is.

9              While the analogy of a rainstorm is intuitive,

10   I think it's more accurate think of a hailstorm where some

11   sizes of hail are much larger than others and make a bigger

12   impact on, say, a car hood when it falls.  At the end of the

13   day, that car has a lot of damage, but it's not the same

14   damage from each drop.

15             And I don't think the Court should just accept

16   that every single person charged here should get this

17   enhancement.  That's not the role of enhancements.

18             THE COURT:  So how would I measure, the size of

19   the proverbial hail, in your view?

20             MR. PEED:  In my view, the Court should look to

21   certain factors like who first entered the building in terms

22   of causing the shutdown, and we know there were planners who

23   were staged as early as 11:45 for that purpose.

24             The Court should look at who was there the longest

25   and pressuring the longest.

1          And the Court should look at who had was the most

2    violent.  I think those are three very clear touchstones of

3    who's causing this need to react in this way and cause and

4    effect.

5          In the course of people that are first and longest

6    and most violent, you had people who ran the gamut.  You

7    know, some wandered in and left.  Some were there a little

8    bit.  You know, some of these Oath Keepers were there

9    12 minutes, some longer.

10         But I think, you know, the Court just shouldn't

11   accept that everyone there is part of this flood when it can

12   more meaningfully distinguish, with objective benchmarks

13   like primacy, length, and violence, of who's actually

14   causing this reaction.

15         It was a solemn proceeding, but there are other

16   solemn proceedings.  There's confirmations of Supreme Court

17   Justices.  That's a pretty solemn proceedings.  And if there

18   were, say, and no one's expecting it, but some protestors

19   jumped up and staged a peaceful interruption and then they

20   got escorted out, you know, those people interrupted a

21   proceeding.

22         If those individuals, with their individual

23   criminal liability, happened to inspire many, many others

24   and then it became bigger, it doesn't mean that what they

25   did is inherently more causing things.

1            And so I think the Court can look at those sort of

2    touchstones of who was first, who was longest, and who was

3    the most violent and look at the hail effect on that day,

4    instead of just saying, "It has to be either/or.  Either

5    everyone gets it or no one gets it."

6            THE COURT:  Okay.

7            Mr. Linder.

8            MR. LINDER:  Your Honor, as well, our client,

9    Mr. Rhodes, didn't even go into the Capitol other than the

10   bravado and all the comments he made on text messages about

11   wanting to do things to Congress, other than this one

12   alleged phone call, there's no evidence that he asked

13   anybody to go into the Capitol.  I mean, there's innuendo,

14   that people said, "Oh, this call with Meggs, just tell them

15   Meggs is going," I'm going to address that tomorrow in our

16   hearing.

17           But Rhodes didn't go in, and Congress was already

18   evacuated before the Oath Keepers got there or the

19   evacuation had already begun.

20           And as Agent Palian testified on

21   cross-examination -- and other agents, not just Palian --

22   there was no evidence that Rhodes was coordinating or

23   conspiring with these other people that breached the

24   Capitol.  The only people Rhodes was talking to were other

25   Oath Keepers.

1           And there's even evidence that -- even though some

2    of those Oath Keepers were even there in D.C. that day.  So

3    I agree with Mr. Peed that it's got to be an individualized

4    assessment on whether this applies or not.

5           Thank you.

6           THE COURT:  All right.  Anybody else want to be

7    heard?  Does the government have a response?

8           MR. NESTLER:  Just briefly.

9           I think if we adopt Mr. Peed's test, it's an easy

10   case because these defendants are the ones who wanted to

11   gather up the most amount of people in order to accomplish

12   their ultimate objectives.  And so if we're talking about

13   who had the largest amount of hail, which we don't think is

14   a test that you should apply, it's these defendants and

15   their relevant conduct that applies here.

16          And I just want to point Your Honor back to the

17   *Ali* case with Federal Judge Posner in the Seventh Circuit

18   which we cited in our memo which talks about this issue.

19   We believe the evidence here more than satisfies the low

20   burden.

21          As you pointed out, of the 15 judges who have

22   heard this issue, 13 have applied it.  And the two that

23   didn't, it was on the legal issue of meaning of

24   "administration of justice," not on whether the defendant's

25   conduct resulted in substantial interference.

1          THE COURT:  Okay.

2          Look, I want to think about this overnight, and

3    I'll announce my decision at Mr. Rhodes' sentencing

4    tomorrow.  And that will then be the law of the case as to

5    the other defendants.

6          All right.  Let's talk -- I don't know how much we

7    need to talk about obstruction, at least as a legal matter.

8    So unless there's something to be said as a legal matter

9    about obstruction, we could take that up as individual

10   sentencings.

11         And then that brings us to -- I'm sorry.  I

12   skipped over one important one, and that's role of the

13   offense.  And, again, I don't want to spend time today sort

14   of arguing about whether it should three be 4, 3, 2, or not

15   at all.

16         But here is my question.  I think I know what each

17   side's position is.  But I find the Circuit's case law to be

18   a little vexing in the following sense, that the Guidelines

19   clearly state that there are a number of factors that we are

20   to be considering in determining whether this enhancement

21   applies.

22         But the Circuit seems to say that in all cases,

23   the enhancement needs some degree of control, some evidence

24   of control.  And they define that as -- and let me just see

25   what I'm talking about.

1          So most recently in *Johnson*, 64 F.4th 1348, the

2     government -- excuse me -- the Court writes that "A manager

3     or supervisor must exercise some control over others."

4     That's quoting *Bikundi*.  We understand the concept of

5     control or authority implicit in the notion of management or

6     supervision to connote some sort of hierarchal relationship

7     in the sense that an employer is hierarchically superior to

8     his employee.

9          In *Olejiya*, O-l-e-j-i-y-a, 754 F.3d 986, at 990,

10    the Court said, quoting, *Graham* [sic], "We have said that

11    all persons receiving an enhancement under 3B1.1" -- and

12    they actually created a bracket and put the whole Guideline

13    in there -- 3B1.1, "must exercise some control over others."

14         At the same time, there's *United States versus*

15    *Brodie* at 524 F.3d 259.  This was a case about 3B1.1(a) in

16    which the Court said control is one factor and there, in

17    fact, relied mainly on the recruiting and organizing of

18    co-conspirators for one's own benefit.

19         So I'm a little -- bottom line is I'm not sure

20    whether there has to be some evidence of control and that

21    I can impose it in a situation where there's no evidence of

22    control but maybe some other factors point in that

23    direction.  So I'm happy to hear people's thoughts, and then

24    I'll probably just reserve to think about it after I hear

25    from you all.

1          MR. PEED:  Your Honor, I looked at this in the
2     reply from Mr. Vallejo.  It seemed to me that what the
3     Circuit is saying is that one factor that controlled is
4     necessary but not sufficient.  So saying that control is a
5     factor means that just because there's control doesn't mean
6     you automatically apply it.  It's a factor.

7          THE COURT:  I would put it differently.  I would
8     seem to see them saying that control -- you could have a
9     situation where somebody just controls.  Somebody directs,
10    instructs; more than one people follow.  You don't have to
11    worry about the other aspects of it.  That's enough.  That
12    meets the definition.

13         But the question is:  If there's an absence of
14    control, whether other factors could still warrant the, for
15    example, recruiting, would that by itself or in addition to
16    other factors warrant the adjustment?

17         MR. PEED:  I think the answer from the Circuit is
18    "no," and other Circuits agree.  Because it says "control
19    over one or more participants" in the definitions, that must
20    be a necessary condition.

21         And, you know, I would again submit someone may
22    have a controlled role if it's very unimpressive in the
23    scheme of things, and the Court may not want to apply that
24    enhancement because the person doesn't have any of the other
25    factors.  And I think the Court's allowing -- the Circuit is

1    allowing for not even applying it if on the whole list of

2    factors the person doesn't seem like a manager or supervisor

3    even if there is a level of control.

4            But it has to be at a minimum a level of control.

5    And so I think the Court at first has to ask:  Does it meet

6    that minimum requirement?  Does the role --

7            THE COURT:  In *Brody*, there was not.

8            MR. PEED:  There was what?

9            THE COURT:  There was no control in the sense of

10   employer-employee hierarchy.  There was none.  It was

11   somebody who had recruited others, organized others to

12   basically work a mortgage fraud scheme -- I think it was a

13   mortgage fraud scheme -- so that he could purchase

14   properties and retain the fruits of the funds.  Anyway,

15   there wasn't control in that case.

16           MR. PEED:  Well, I think that, you know, it can't

17   be -- couldn't be clearer when the Court has said that there

18   must be control.  And the other Circuits agree.  And

19   so I think that's what should be the Court's target point:

20   Is there that level of supervisory control?

21           THE COURT:  Okay.  Even though the Guidelines say

22   otherwise?

23           MR. PEED:  Well, the Guidelines don't say -- the

24   Guidelines list factors, but they say there must be control

25   over one or more participants.  They must supervise one or

1   more participants.

2           THE COURT:  Right.  They don't say "control."

3   They just say "manager or supervisor."  The Circuit has read

4   "controlling" in that meaning to be a -- potentially to be a

5   necessary component.  But the Guidelines say, you know, in

6   considering this, consider this whole host of factors.  And

7   control is just one of them.

8           MR. PEED:  I think the managing of participants,

9   not just assets, is why the courts are reading that as

10  controlled because supervising a person is what creates that

11  "control" language.

12          THE COURT:  Okay.  Anybody else want to be heard?

13          MR. NESTLER:  May I briefly, Your Honor?

14          THE COURT:  Sure.

15          MR. NESTLER:  Your Honor is right.  The word

16  "control" is not in the Guideline.  So the Guideline says

17  that if a defendant was an organizer or a leader or manager

18  or supervisor of a criminal activity that involved five or

19  more participants.  Nothing about control there.

20          The Circuit, even in *Olejiya*, O-l-e-j-i-y-a -- we

21  quoted this in our memo -- "No single factor is

22  dispositive."

23          And then in response to some of the defendants'

24  arguments, we wrote in our reply brief, and we talked about

25  what Judge Randolph had written when concurring in

1    *United States versus Clark* in 2014, which Judge Randolph

2    described that initial quote from Graham's dictum because

3    "Control is just one of the factors to be considered."

4            And then Judge Randolph cited to cases from

5    outside of the Circuit where other appellate courts had

6    found the enhancement properly applied to people who played

7    a coordinating or organizing role or whose expertise made

8    the operation possible even if they didn't exercise formal

9    control like a hierarchy.

10           So to answer Your Honor's question, we believe

11   control is sufficient but not necessary, exactly the

12   opposite of the position Mr. Peed is taking.

13           All that being said, we believe that there was

14   actually control here by the members of this hierarchal

15   organization that we don't even need to get to that legal

16   argument.

17           THE COURT:  Can I ask you a question?

18           Is it sufficient that there's testimony about

19   hierarchy; or does there also need to be, in addition to

20   that, evidence that the hierarchy was manifest in some way?

21   I mean, for example, I think Mr. Dolan said, you know, the

22   chain of command was Rhodes, Meggs, Harrelson, and then him.

23   But it's not clear to me to what extent Mr. Harrelson

24   directed Mr. Dolan to do anything that day.

25           MR. NESTLER:  Right.

1              And that's why we're talking about this list of

2     non-exhaustive factors that are here, which is the foot

3     soldiers here, the underlings, if they believed the people

4     above them controlled them or had the ability to control

5     them, that is sufficient.

6              Whether Mr. Harrelson actually told Mr. Dolan what

7     to do is not necessary so long as in the course of the

8     entire organization, the people on the ground believed

9     Mr. Harrelson had that responsibility and that authority

10    over them that gave him a supervisory role and, therefore,

11    made him more dangerous and, therefore, more culpable.

12             Even if the people on the subordinates didn't want

13    to agree with him when he told them what to do or he didn't

14    actually exercise that control, he had that control based on

15    the virtue of where he was in the hierarchy.

16             And there are plenty of cases we cited, mostly in

17    our reply brief, about the workplace situation, where the

18    conspiracy uses the workplace in order to further its

19    criminal objectives; and the people who are supervisors or

20    managers or owners of companies in the workplace, which

21    might not itself be illegal per se, exercise control.  And

22    courts have found that they -- this enhancement applies even

23    though they may not have controlled the conspiracy per se,

24    but they were controlling people in connection with the

25    workplace.

1          THE COURT:  Okay.

2          All right.  Well, look -- Mr. Shipley.

3          MR. SHIPLEY:  Your Honor, just addressing

4    Mr. Nestler, what he just said, this idea that the

5    perception of control by those below is evidence from which

6    the Court can make that determination.

7          Comment 4 says, in taking it into consideration

8    the factors the Court can consider about control, it says,

9    "The degree of control and authority exercised over others,"

10   not the perception of the others, but the degree actually

11   exercised.

12         So I think Mr. Nestler's explanation of how

13   subordinates can create the factual scenario by their own

14   perception is not supported by that.

15         THE COURT:  Okay.  Thank you.  I appreciate that.

16         All right.  Look, I will -- again, I just want to

17   think about this overnight.  I don't know that I need to

18   make a formal ruling, and it's something I can discuss at

19   each individual sentencing once I get my arms around what it

20   is exactly I need to be thinking about and what role control

21   plays a role in all of this.

22         Okay.  I think that leaves us with one last

23   Guideline, and that is the Guideline with the departure,

24   terrorism departure -- or the terrorism note departure, I'll

25   just call it that way.

1           And, you know, if the defense wishes to be heard

2    on that, I'm happy to hear from anyone.  Since it was raised

3    for the first time in the opposition -- happy to hear from

4    you is the bottom line.

5           MR. WOODWARD:  Your Honor, the points that we want

6    to address were reflected in our reply, and we've had some

7    more time to think about this.

8           But how do you reconcile *Apprendi* and *Booker* with

9    the result of the application of this variance, which would

10   be to impose a sentence in excess of 20 years, which is the

11   statutory cap on the charges these defendants are facing?

12          The government's response is, "Well, we'll just

13   stack the sentences."  And so we can -- the Court can impose

14   a 20-year sentence for seditious conspiracy, and the Court

15   can impose a 20-year sentence for 1512 either (k) or (c)(2),

16   not both, they concede.  And then we'll stack, in the case

17   of Mr. Meggs, 1 year on top of the 20 years for seditious

18   conspiracy.

19          And they cite, I think it's *Fields* in their brief

20   for this concept that stacking does not run afoul of

21   seditious conspiracy, and let me just confirm that it is

22   *Fields*.

23          The problem we have with the government's proposed

24   approach here in avoiding the *Apprendi/Booker* conundrum is

25   that when *Fields* was decided, it's correct to observe that

1    stacking was permissible insofar as in *Fields* the Court was

2    required to stack the convictions under the then-applicable

3    mandatory Sentencing Guidelines.

4          Of course, when *Booker* was decided, this mandatory

5    proviso no longer applies; and so this requirement that the

6    Court stack sentences and then, in so doing, is not running

7    afoul of *Apprendi*, that analysis really isn't relevant

8    anymore.

9          The question that I think the Court has to address

10   is if, as the Court has found, that the eight-point

11   enhancements and three-point enhancement under 2J1.2

12   applied, and if you read the terrorism enhancement,

13   departure, variance, however we want to refer to it,

14   literally, the government suggests, well, the Court can

15   simply take one, two, or three points and add them to the

16   calculations for Rhodes, Meggs, and others to get to its

17   recommended sentences of 25 and 21 years respectively.

18         But that's not what 3A1.4 provides.  3A1.4

19   provides that if the offense is a felony that involved

20   terrorism, increase by 12 levels.

21         It doesn't say that the Court can increase by one,

22   two, or three levels because the offense involves terrorism.

23         Now, I appreciate that the government is not

24   asking the Court to apply 3A1.4 as an enhancement insofar as

25   the offense does not involve terrorism.  Instead, they're

1    relying on note 4, the upward departure provision.

2            But nowhere in the upward departure provision does

3    the Sentencing Commission suggest that the Court can apply

4    one, two, or three levels at the government's request.

5            Where the conditions of Note 4 apply, instead,

6    Note 4 says that the 12-point enhancement shall apply,

7    unless where a sentence resulting from such departure would

8    exceed the top of the Guidelines Range that would have

9    resulted if the adjustment under this Guideline had been

10   applied.

11           So clearly the Sentencing Commission -- and, by

12   the way, Your Honor, I did go back and look.  And just for

13   the record, I'll note that, as you suggested, that the

14   Sentencing Commission makes recommendations.  They

15   promulgate the proposed revisions to Congress.  Congress has

16   a period of time within which they can act to stop the

17   recommendations from going into effect.  So not unlike the

18   civil rules or -- the civil or criminal rules of procedure.

19           And so the Sentencing Commission doesn't

20   contemplate the government's proposal, which is, well, we'll

21   add one, two, or three levels of enhancement to get to the

22   recommended sentence.  The Sentencing Commission is

23   considering this 12-point enhancement, unless 12 points

24   takes us above where we would be if we simply applied --

25           THE COURT:  So are you suggesting it's 12 or

1    nothing?

2              MR. WOODWARD:  I'm suggesting that this provision

3    of the Sentencing Guidelines cannot be read congruently with

4    *Apprendi* and *Booker* because it requires the Court to find an

5    additional element that the jury was not itself required to

6    find.  And so, therefore, excuse me, is incongruent with

7    *Apprendi* and *Booker*.

8              THE COURT:  Let me back up.

9              This is my understanding of what the Guidelines

10   tell me I'm supposed to do.

11             I am supposed to determine the "total punishment,"

12   that is, the final Guidelines Range after applying all

13   adjustments and departures.  If that total Guidelines Range

14   exceeds the statutory maximum -- I'm sorry.

15             If that total punishment exceeds the statutory

16   maximum, I can impose a Guidelines sentence by maxing out on

17   one count and then adding years for the other count if there

18   is one.  Obviously, if there isn't one, you max out at the

19   stat max.  But in this case, for example, the government has

20   suggested six levels for Mr. Rhodes, which would put him at

21   262 to 327.  That's 22 months above the statutory maximum at

22   the bottom end of the Guidelines for sedition.  And they

23   say, Judge, you know, we want 300; and, therefore, we're

24   going to ask you to give him a six-year sentence or

25   five-year sentence, excuse me, on the obstruction count, the

1    obstruction of the 1512(c)(1) count.

2            Do you think that is improper?  What *Apprendi*

3    issues does that raise?

4            MR. WOODWARD:  I think it does violate the spirit

5    of *Apprendi*.

6            The government, I take the Court's point that if

7    we had only one charge, then we all seem to agree that we

8    wouldn't be arguing this point.  But the mere fact --

9            THE COURT:  I'm sorry to interrupt you, but, you

10   know, you would agree that an ordinary departure under

11   Chapter 5, upward departure, that doesn't require a jury

12   finding.

13           MR. WOODWARD:  Doesn't require --

14           THE COURT:  Doesn't require a jury finding.

15           MR. WOODWARD:  An ordinary departure insofar as

16   there's not an additional finding -- there's not --

17           THE COURT:  In other words, one of the upward

18   departures that's contained in Chapter 5, that doesn't

19   require a jury finding to impose.

20           MR. WOODWARD:  Where it doesn't increase the

21   maximum penalty above the statutory maximum.

22           THE COURT:  Correct.

23           MR. WOODWARD:  Right.

24           And that's the confluence of facts that we have

25   here.  There's a statutory maximum.  The government is

1    asking the Court to impose a sentence beyond that statutory

2    maximum based on an upward departure instructed --

3                THE COURT:  But not -- look, I don't want to

4    quibble, but they're not asking me to impose a sentence

5    beyond the statutory maximum for the particular count; in

6    other words, they're not asking for 25 years on sedition.

7    They're asking for 20 years on sedition to run consecutive

8    to five years on obstruction, the (c)(1) obstruction.

9                MR. WOODWARD:  It is that semantics that we submit

10   violates the spirit of *Apprendi* and *Booker*, that we're not

11   accomplishing the Supreme Court's admonishment by playing

12   games with how we are "stacking" these sentences.

13               Because the government doesn't ask for, as you put

14   it, the six-year penalty on 1512(c)(2).  It asks for a

15   20-year penalty, but it's having -- it's suggesting the

16   Court shift the way the penalty is served.

17               So part of the 1512(c)(2) imprisonment penalty

18   would be served concurrently.

19               THE COURT:  Right.

20               MR. WOODWARD:  And part of it would be served

21   consecutively.

22               THE COURT:  No, none of the (c)(2)s would be

23   consecutive.

24               The (c)(1) would be consecutive.

25               MR. WOODWARD:  The 1512(k).

1              THE COURT:  No.  The (c)(1).

2              In other words, at least I understand to say,

3    20 years on Count 1 for seditious conspiracy.

4              MR. WOODWARD:  Yes.

5              THE COURT:  20 years on Count 2 for the 1512(k).

6              20 years for 1512(c)(2), the substantive count.

7              Six years to run concurrent on Count 4.

8              And an additional five years to run consecutively

9    for the 1512(c)(1).

10             Am I right?  Is that what you're asking me to do

11   for Mr. --

12             MR. WOODWARD:  Meggs is different.

13             THE COURT:  Meggs is different.  I understand.

14   Bottom -- not an additional five years.  There's no one and

15   a half or two years, whatever the case may be, for

16   Mr. Meggs.  That's what you're asking me to do for Meggs.

17             MR. NESTLER:  Yes, Your Honor.

18             THE COURT:  Right.

19             So, in other words, none of the sentences would go

20   above the statutory maximum for any individual count, is

21   what they're asking.

22             MR. WOODWARD:  I understand.  I'm not suggesting

23   otherwise.

24             I'm suggesting that they're having the Court alter

25   the sentence for a particular count so as to avoid *Apprendi*.

1          THE COURT:  So let me just ask.  I mean, look,

2     it's not something we have to deal with very often, which is

3     some calculation of total punishment that can exceed the

4     Guidelines Range.

5          I mean, if you look at what happened in the

6     Second Circuit case, you know, that's what happened.  There

7     was sort of a total punishment that was 30 years to life.

8     And the judge in that case imposed stat maxes and then

9     ultimately some 40-year sentence on the one that was -- had

10    a life max.

11         MR. WOODWARD:  I couldn't find any cases in the

12    D.C. Circuit to deal with this issue post *Booker* is,

13    I think, the issue.  And so the question becomes:  If the

14    Court does this --

15         THE COURT:  You see any case that does that, that

16    this sort of total-offense approach -- because it was just

17    discussed, I think, in *Khatallah* in which they remanded for

18    further sentencing.

19         MR. WOODWARD:  No.  No, Your Honor.

20         THE COURT:  Okay.

21         MR. WOODWARD:  That's the only -- we rest on the

22    briefs with respect to terrorism.

23         THE COURT:  Okay.  All right.  Anyone else?

24    Mr. Bright?

25         No.  Okay.

1            MR. BRIGHT:  You were referring to me because I

2    had my computer out.

3            THE COURT:  You moved something, so I wanted to

4    acknowledge the movement.

5            Okay.  So I think that takes care of -- I mean,

6    unless anybody wishes to have an argument about the

7    acceptance of responsibility/request for departure that more

8    than one defendant has made, I'm happy to move on.

9            Okay.  Hearing nothing.

10           All right.  So let me just -- I've got a few

11   questions, and we needed to have Mr. Hackett's issue.

12           First is there was, as I -- it was circulated

13   yesterday a letter that I received from the Georgetown

14   Institute for Constitutional Advocacy and Protection.  It

15   was styled essentially as a rebuttal to statements made in

16   Mr. Rhodes' sentencing memorandum about the Oath Keepers.

17   And so I have not read it because I wanted to circulate it

18   to the parties first and get their sense of whether it would

19   be appropriate for me to do so.

20           You know, I've thought about this in a couple

21   different angles.  You know, was this akin to an amicus

22   brief, for example?  And, you know, we receive amicus briefs

23   on legal issues concerning sentencing but not so much on

24   factual or what the ultimate sentence should be.  Or is this

25   more akin to a victim impact statement in which somebody

1    says, "Max them out, Judge."

2              I don't know.

3              So your thoughts, Mr. Bright?

4              MR. BRIGHT:  I'm so sorry.

5              THE COURT:  Your thoughts, Mr. Bright?

6              MR. BRIGHT:  Your Honor, I did, upon receiving

7    this -- I know the Court has not read it yet.  To our

8    knowledge, this was an unsolicited --

9              THE COURT:  Let me make clear:  I did not

10   solicit it.

11             MR. BRIGHT:  No.  We've never insinuated such.

12             THE COURT:  Sure.

13             MR. BRIGHT:  I don't -- we would ask -- we would

14   suggest that while I doubt that the substance of this

15   letter -- are we naming this individual openly?

16             THE COURT:  Sure.

17             MR. BRIGHT:  The letter from Ms. McCord for the

18   Institute for Congressional Advocacy and Protection, we have

19   received notice of this.  I have thoroughly read it.

20   I don't necessarily believe that -- out of all due respect

21   for the Court having sat through three of these trials,

22   you've heard the evidence.  We all listened to the Rule 29

23   decisions this morning.  You were thorough in the statements

24   in terms of what a reasonable juror would hear and see and

25   make a decision based on it.

1              I don't think there's anything in this that would

2     hold sway over Your Honor in terms of changing, modifying

3     the decisions that you'll be coming to in the next few days.

4              THE COURT:  So which way does that cut?  Should I

5     read it or not read it?

6              MR. BRIGHT:  Repeat?

7              THE COURT:  Which way does that cut?  Should I

8     read it or not read it, in your view?

9              MR. BRIGHT:  That's where I was getting.  We would

10    respectfully ask the Court not to read it.

11             I think there are -- I have never met Ms. McCord.

12    I have, since we received this, read some of her other

13    articles.  I have watched broadcasts that she has been

14    involved in.  I know she was an advocate before the J6th

15    Committee on behalf of the work that she does at Georgetown

16    University Law.  I've read her CV.  I know that her husband

17    works at the Supreme Court.  They're part of this D.C. legal

18    world.

19             I would say I probably respect her level of

20    intelligence and work that she's done, but I don't agree

21    with the advocacy that she is pushing forward in this.

22             She makes some statements that I think are

23    actually just completely wrong.

24             She has offered this, I would respectfully

25    suggest, from a point of view that is very reflective of

1    probably her world view of organizations like the

2    Oath Keepers and the world view that perhaps they might

3    advocate, not necessarily regarding January 6th and the

4    facts that we've heard through our trials.

5            I distinctly disagree with certain things that she

6    says.  When you're quoting Mother Jones magazine, I -- out

7    of respect, I would say that that somewhat hurts your

8    argument.  It would be me coming in here and quoting

9    Alex Jones to persuade you, Your Honor.

10           We would respectfully ask the Court ignore this

11   letter and not read it.

12           THE COURT:  Okay.

13           MR. BRIGHT:  It does read as an advocacy paper.

14           It takes facts that are clearly wrong.  It makes

15   assumptions that I would respectfully suggest do not take

16   into account actual evidence that we had at trial.  It

17   creates innuendo regarding the relationship of the

18   Oath Keepers and their relationships with other groups that,

19   one, from her perspective, fall into a similar world view

20   and conflates them.  I think that's very inappropriate of

21   her to be sending that kind of stuff to the Court.

22           So we would ask the Court to not open this up and

23   read it, even though I honestly, respectfully, believe it

24   would not necessarily influence Your Honor in the decisions

25   that you're making.

1          THE COURT:  Okay.

2          Let me just add one thing for pure transparency.

3   But I know Ms. McCord.  Just met her in legal circles.  One

4   of my former law clerks actually works with this institute.

5   I haven't had any conversations with her about the letter.

6          It literally just landed in our email inbox and my

7   personal inbox yesterday.  So as soon as I got it, I shared

8   it with you all.  As I said, I haven't read it.

9          MR. EDWARDS:  May I be heard briefly --

10         THE COURT:  Sure.

11         MR. EDWARDS:  -- unless Your Honor has made a

12  decision.

13         THE COURT:  I haven't made a decision yet.

14         MR. EDWARDS:  I hear Mr. Bright's argument to be

15  one of weight and how the Court should consider it after

16  already making a threshold decision of considering it.

17         The government's position is you should consider

18  it.  And we'd just tell you, from general principles,

19  18 U.S.C. 3661 makes it clear that no limitation shall be

20  placed on the information concerning the background,

21  character, and conduct of a person convicted of an offense

22  which, according to the United States, may receive and

23  consider for the purpose of imposing an appropriate

24  sentence.

25         The same concept is enshrined in the Guidelines at

1    1B1.4, which actually cites to 3661 and highlights that "In

2    determining the sentence to impose within the Guidelines

3    Range, or whether a departure is warranted, the Court may

4    consider, without limitation, any information concerning the

5    background, character, and conduct of the defendant."

6           So...

7           THE COURT:  You would concede it's a little

8    unusual to get a third-party view on facts that I should be

9    reaching and what kind of sentence I ought to be reaching?

10   I don't know whether the sentence recommends -- I mean

11   whether the letter recommends a sentence or not, but I

12   suspect it has a point of view.

13          MR. EDWARDS:  I would not actually --

14   respectfully, there are a number of District Court cases

15   that address -- "third-party letters" is the term of art

16   that a lot of courts have considered them.

17          Now, I'll confess the factual background of those

18   third-party letters are typically from members of the

19   community or family members who neither party solicited.

20          THE COURT:  Right.

21          MR. EDWARDS:  But that's what this is.  This is a

22   third-party letter from another institute that is providing

23   factual basis for the Court to consider on one of the

24   defendants that are being sentenced.  It's not necessarily,

25   as the Court already proffered, a legal amicus.

1           And so a number of District Courts have considered

2    these third-party letters.  I can provide a couple cites for

3    Your Honor.

4           Normally the context in which these courts are

5    considering these letters is not the threshold question of

6    whether to consider.  They did.  It was just a matter of:

7    Is it part of the public record, or is this kept private?

8    And, typically, that's because these letters come from a

9    former spouse or something that is a little more private in

10   nature.

11          My understanding is this letter is actually

12   already public.  And I understand the Court hasn't reviewed

13   it yet, but that's just to answer the follow-up question of

14   whether or not this is falling into this kind of more

15   private matter.

16          THE COURT:  Did we docket it yet?

17          MR. EDWARDS:  No.  Sorry.  Public --

18          THE COURT:  They may have posted it on their

19   website.

20          MR. EDWARDS:  Right.  Exactly.

21          THE COURT:  I don't think we've docketed it.

22          MR. EDWARDS:  So I'd state, Your Honor, that it's

23   actually not abnormal.  It's just that it doesn't fall into

24   the kind of factual categories as a former spouse or family

25   member.

1          But these cases that kind of discuss them,

2     one court in the *United States versus Byrd*,

3     11 F.Supp.3d 1144 -- this is the Southern District of

4     Alabama in 2014 -- described these kind of letters that are

5     sent directly to the Court, which is how they kind of

6     separate these as ones from the government or the defense,

7     as "valuable input as to the character of the defendant and

8     other relevance sentencing concerns that's garnered from the

9     community during the sentencing process."

10          And a lot of their analysis, these courts offer

11     whether or not these should be publicly docketed or not.

12     And their concern is if it's publicly docketed, there would

13     be a chilling effect on receiving this unsolicited

14     information from the community, the premise being these are

15     important.  And the government's position here is that this

16     really is no different.  This is unsolicited information

17     that the Court can and should consider.

18          Another case is *United States versus Lawrence*,

19     167 F.Supp.2d 504, Northern District of New York, 2001.

20          I have a number of other cites, but I think those

21     two cases should give you -- there's one other case that

22     kind of gives you a paragraph on a string cite.  This is

23     U.S. v. *Gotti*, 322 F.Supp.2d 230 (E.D.N.Y. 2004), which is a

24     little --

25          THE COURT:  It's an interesting case, I take it.

1          MR. EDWARDS:  It is.

2          And so is the third-party letter and the factual

3     circumstances.

4          But really, just to elaborate one last point,

5     Your Honor, that there's a Sixth Circuit case that describes

6     when and how error may occur if a court is handling a

7     third-party letter sent directly.  That's *U.S. v. Patrick*,

8     998 F.2d 641.  This is Sixth Circuit, 1993.

9          It's a little different factual proffer.  But the

10    idea is the Court is determining when and what kind of error

11    could occur if this extraneous information was considered.

12         It was kind of a dicta toward the end.  But the

13    Court says, "Look, if the Court were to use it without

14    giving notice to the defense and have the defense had an

15    opportunity to do exactly what Mr. Bright just did," that's

16    different than should the Court do what it's done here,

17    which is give notice to the defense and hear the defense on

18    what weight it should be given.

19         But that's not answering this threshold question,

20    which the government submits is a relatively easy one that

21    the Court can and should consider the letter.

22         THE COURT:  All right.  Well, I'll take a look at

23    those.

24         Mr. Bright, did you want to respond?

25         MR. BRIGHT:  Very, very briefly.  If Mr. Peed has

1    something to add, I welcome it, Your Honor.

2              I do want to say that I understand everything that

3    Mr. Edwards did talk about.

4              The problem I have beyond the case law that

5    they've talked about and whether the Court should or

6    shouldn't read this is that there are outright factual

7    errors in this.  And obviously if the Court chooses to do

8    that, we'd like the opportunity to address tomorrow at our

9    individual sentencing the outright factual errors that she

10   alleges.

11             I was not aware that this was published for the

12   public to see.  I don't care whether she did it or not.  And

13   it's unfortunately very misleading for the public to read it

14   if she's doing that injustice.

15             But I was of the presumption since at the top left

16   of the letter, it says "via email."  And then we got notice

17   of it.  So if the Court has gone ahead and published it on

18   the website, people outside have already read it.  But it

19   merely promulgates misinformation, unfortunately, that has

20   been going on on both sides of the aisle in this case for

21   about two years now.

22             So we would defer to the Court on this.  But if

23   the Court did choose, as the government is asking, to go

24   ahead and look at it under those circumstances, I can

25   address what I think is outright wrong in it --

1          THE COURT:  Okay.

2          MR. BRIGHT:  -- from her advocacy perspective in

3     this case.

4          But, no, she does not ask for a specific

5     sentencing as you have asked of the government.

6          THE COURT:  Thank you.  I'll give it some thought

7     this evening and then let you all know what I think

8     tomorrow.

9          All right.  The final issue that I want to raise

10    that effects everyone here is, I need to ask the government

11    this.  And I think the reason will be apparent, which is, I

12    would like to get a sense, without you all getting specific,

13    of what kind of sentence you will be asking for for people

14    who have pled and cooperated.

15         I think it is fair to ask the question, in order

16    to ensure proportionality of sentence as a consideration.

17    And obviously these defendants went to trial.  They've

18    exercised their right to go to trial.  But -- and the

19    Guidelines will reflect the absence of the three points,

20    et cetera.  But it is useful.  It would be useful to me to

21    have a sense of that.

22         Now, I don't know whether the defense will stand

23    up and object.  But having -- I think I would be prepared to

24    take that ex parte with the understanding that the

25    government may not have determined its lineup for the last

1    of the trials.  And so it may not want to telegraph to

2    anyone who's a potential cooperator or to their defense

3    counsel what their potential sentence might be.

4            But, you know, you all are asking me to sentence

5    20 people, plus people who are involved in the same sort of

6    operative conduct.  And, you know, one of the really

7    important factors I need to weigh is to ensure that I'm

8    being mindful of relative culpability, conduct, and the

9    other factors I need to think about.

10           MR. NESTLER:  I'm happy to give some general

11   thoughts on that, Your Honor.

12           THE COURT:  Okay.

13           MR. NESTLER:  I think Your Honor might not be

14   happy with, ultimately, the answer going to give Your Honor,

15   which, I think, it's a little bit of a chicken-and-an-egg

16   issue, which is we would like to see what sentences

17   Your Honor imposes on these defendants before we ultimately

18   ask Your Honor to impose certain sentences on cooperators.

19   And that's why typically, as I'm sure Your Honor knows,

20   cooperators are sentenced after the people they cooperated

21   against are sentenced.

22           We did lay out in our memo, starting on page 17,

23   the various people who have been found guilty in connection

24   with this conspiracy, including seven people who pled guilty

25   publicly as cooperators.

1          Several of those individuals testified publicly.

2    And many, if not all of them, did things that would warrant

3    application of a 5K.  I'm not warranting right now whether

4    we're going to move under 5K for each and every one of them,

5    but at least several of them testified publicly already.

6          And so that's the first point.

7          The second point is, as we put in our sentencing

8    memo and as Your Honor saw with taking their pleas, each and

9    every one of these cooperators agreed to the 2J1.2 Guideline

10   and to the specific offense characteristics that we've been

11   talking about here, the plus 8, the plus 3, and the plus 2,

12   as well as some of them for deleting evidence as well; I

13   don't know if all of them also obstructed justice by

14   deleting evidence.

15         And so when we're talking about the

16   proportionality, the Guidelines there, at least up until

17   level 27 or so, are going to mirror the same Guidelines for

18   all of these defendants here, and that's why we put in the

19   very beginning of our memo on page 2 where we thought

20   everybody ended up with that chart.

21         THE COURT:  Right.

22         MR. NESTLER:  The other, the cooperators, I mean,

23   their plea agreements are public, so we can talk about it.

24   They're all in the same place.  The Chapter 2 adjusted

25   offense level is going to be 27 --

1              THE COURT:  Let me give you a very concrete

2     example of two folks who have not testified as of yet.

3              Mr. James and Mr. Wilson both pled to seditious

4     conspiracy.  I'm not asking to reveal to me to what extent

5     they cooperated or not and whether you're going to move for

6     a 5K.  But given that those two gentlemen have pled to the

7     top count and gotten the benefit for having pled, is the

8     government envisioning a Guidelines request for them?

9              MR. NESTLER:  Can't answer that question.

10             I can't answer that question right now, and none

11    of these people have completed their cooperation.  There are

12    additional trials related to this conspiracy.  There are --

13    the investigation is still open and ongoing.

14             We have not yet requested that the Court set

15    sentencing dates for any of these cooperators.  And so

16    I'm not prepared right now to say whether we believe that --

17    first of all, none of them have completed their cooperation

18    or what sentence we ultimately will ask for or whether

19    we will request a 5K and, if we do request a 5K, the extent

20    of that 5K.  We're just not in a position to do that.

21             But what we can say -- and I'm sure that's not the

22    answer Your Honor wants to hear.  But I can say, which is,

23    because their plea agreements are public, we can talk about

24    how, at least up to the Chapter 2 offense level and the

25    obstruction adjustments and the role adjustments, they're

1    already there laid out.  And so, you know --

2              THE COURT:  We've looked at them.  We know how

3    they come out in terms of Guidelines and the like.

4              MR. NESTLER:  And they mirror many of these

5    defendants.

6              THE COURT:  All right.  Okay.  All right.

7    I wanted to ask.

8              Okay.  I have nothing else for everyone.  The last

9    order of business is with Mr. Hackett.  Is there anything

10   anybody wants to raise for the collective good?

11             MR. LINDER:  Just procedurally, as we go into our

12   individual sentencings tomorrow, leading off with

13   Mr. Rhodes, I guess, are you going to want to cover

14   something -- I guess these role adjustments and things like

15   that as we go through that?  Are you going to address that

16   during that session?

17             THE COURT:  Yes.

18             I think I'm going to do this maybe a little bit

19   differently than I usually do, which is -- well, I'm still

20   thinking about it.  But the bottom line is, what I do need

21   to do before I even announce the Guidelines calculation is

22   make findings as to the scope of conduct as to which

23   somebody will be accountable for.  And so that will then

24   define the facts that can be used to make the Guidelines,

25   you know, the enhancement assessments.

1              MR. LINDER:  Okay.

2              Do you have any idea of the time frame or time

3     constraints you will give us to present on behalf of each?

4              THE COURT:  Well, the time frame depends in part

5     on you and what the government is doing.

6              But I do have Mr. Meggs scheduled at 1:30.  I can

7     start earlier tomorrow if you think it's going to take in

8     excess of three hours.  But I kind of figured that would be

9     about the time we need.

10             MR. LINDER:  We don't anticipate our part on

11    Mr. Rhodes taking anywhere near that time.  I just didn't

12    know if the Court had any preconceived ideas on what you

13    wanted to hear or the length of time of presentation you

14    wanted to hear.

15             THE COURT:  No.

16             MR. LINDER:  Okay.

17             THE COURT:  I'm happy to hear from you all and

18    what you think I need to hear.

19             MR. LINDER:  And it's our anticipation that

20    Mr. Bright and I will both speak, and Mr. Tarpley might

21    speak also.  We would keep them brief.  And then

22    Mr. Rhodes -- we're not calling any other witnesses on

23    behalf of Mr. Rhodes.

24             THE COURT:  Okay.

25             All right.  Yeah, as I said, I still need to just

1    think about -- I mean, typically what I do is I don't have

2    the parties allocute after I've made the Guidelines

3    calculation.  I may change that up tomorrow, just given the

4    number of Guidelines issues that there are.  And you may

5    want to fold into your allocutions arguments about the

6    Guidelines.  So instead of sort of splitting those two up, I

7    may just ask you to do it at the beginning.  And then I'll

8    make the Guidelines determinations after hearing from you.

9              MR. LINDER:  You mean might have our client

10   allocute before you do them?  We prefer to wait.

11             THE COURT:  I suspect you would.

12             MR. LINDER:  We'd prefer to have your decision

13   before.

14             THE COURT:  Let me think about it, and I think I

15   could be convinced one way or the other.

16             MR. LINDER:  All right.  Thank you.

17             And are we at 9:30 in the morning?

18             THE COURT:  I believe so.

19             MR. NESTLER:  Can I just ask, for the terrorism

20   upward departure -- I think for the other Guideline

21   provisions, Your Honor gave at least an initial thoughts on

22   where Your Honor was headed.  We didn't hear anything like

23   that on the terrorism departure.

24             On legal applicability, not on whether each of

25   these defendants or any of them would warrant it, it would

 1  help the government in terms of crafting its allocution,

 2  especially tomorrow, to know Your Honor's initial thoughts.

 3          THE COURT:  My initial thoughts are it does apply.

 4  It's hard for me to conceive that it doesn't apply when

 5  somebody has been convicted of seditious conspiracy and a

 6  conspiracy to interfere with a branch of government.  It

 7  meets the four corners of what's in there, how it's defined,

 8  that is.  And the fact that it hasn't been applied to

 9  individual defendants, including in one of my cases, this is

10  different.

11          MR. NESTLER:  Thank you, Your Honor.

12          THE COURT:  In terms of how it gets meted out, we

13  can talk about that tomorrow.

14          Okay?

15          MR. CRISP:  Also, for those of us who will not be

16  attending tomorrow, we have other commitments, will there be

17  a Minute Order of any of the rulings that we could review?

18  Because I'm in at 9:30 in the morning Friday.

19          THE COURT:  Yes.  We'll make sure, Mr. Crisp, that

20  some of these issues that I left open is reflected in an

21  order.

22          MR. CRISP:  Thank you, Judge.

23          THE COURT:  If you think the reasoning and the

24  ruling itself for the reasoning is important, we can make

25  sure to get you -- we can try and get a transcript available

1   as soon as possible.

2           MR. CRISP:  If I understand what you're saying,

3   while you may find it globally applicable, it's not

4   necessarily going to say -- you're still looking case by

5   case as to whether it qualifies for each individual

6   defendant, say, for example, in a terrorism or something

7   like that?

8           THE COURT:  Of course.

9           No.  All I've said so far is I think it applies,

10  how much it applies --

11          MR. CRISP:  Just wanted to make sure.

12          THE COURT:  -- and that is an individualized

13  determination.  But there are some issues that I've left

14  open just about general applicability that I need to rule on

15  tomorrow.

16          MR. CRISP:  Thank you, Judge.

17          Okay.

18          All right.  Anyone else?  Thank you, all, very

19  much.  We'll ask everybody besides Ms. Haller and the

20  government to remain.

21          (Pause)

22          THE COURT:  All right.  So we have Ms. Halim and

23  government counsel about Mr. Hackett.  I don't know if he's

24  still with us.

25          Is Mr. Hackett still with us, Ms. Halim?

1          MS. HALIM:  Mr. Hackett basically, he logged off.

2    I think he may not have -- I'll call him afterwards, so...

3          THE COURT:  So you're waiving his presence?

4          MS. HALIM:  I'm waiving his presence.

5          THE COURT:  All right.

6          So, you know, we sent out, I think it was a Minute

7    Order just to discuss the same, similar question we had with

8    Mr. Caldwell; and that is, what's the evidence that would

9    support -- and particularly in this case, I think it was

10   settled in Mr. Caldwell's case when the actual unsending and

11   deleting happened.  We knew what the date was.

12         It's not clear to me what the date is and what the

13   conduct here is.  And we have evidence that Caleb Berry

14   testifies that on January 7th on the drive back, Hackett

15   says he deleted, I think, a video.  I think the Signal app

16   was gone by the time you all get to his phone, but it's not

17   clear to me when that was deleted.  And so it ultimately

18   goes to, as we talked about before, the question of

19   foreseeability in the grand jury versus an FBI

20   investigation.

21         MS. HUGHES:  Sure.

22         So to begin with, Hackett -- the evidence

23   introduced at trial established that Hackett very clearly

24   anticipated a law enforcement investigation following

25   January 6th.  And that is not sufficient; however, it is

1    certainly relevant to whether or not he later on believed

2    that a grand jury proceeding was foreseeable.  And so just

3    to go through the evidence that he contemplated there being

4    a law enforcement investigation, Caleb Berry testified that

5    on January 7th when Caleb Berry was in Kelly Meggs' car, he

6    was next to Joseph Hackett in the back and that Hackett told

7    Caleb that he had a picture he deleted from inside the

8    building.  And Caleb said, as a result of this comment, that

9    he did a factory reset on his own phone.  And he said he did

10   this to destroy evidence because he was afraid of federal

11   law enforcement.

12        Then on the morning of January 7th, there's

13   evidence that Hackett obfuscated his Signal participation.

14   This included in the "OK FL D.C. Op Jan. 6" chat group, he

15   changed his name from Ahab to Faith.  And this is in

16   Government's Exhibit 9652, Slide 9.  And then a short time

17   thereafter, he then removed himself.  So you have that slide

18   that says, "Faith removed faith."  That's Slide 10 of the

19   same exhibit.

20        And then he also removed him himself the

21   "Vetted OK FL" hangout.  So this was also in the immediate

22   aftermath after January 6th.

23        Then on February 8th, he withdrew from his TextMe

24   account.  And that was detailed by Examiner Cain, who

25   described that this is a way of having multiple phone

1    numbers.  And the theme of the government's case throughout

2    trial, too, was that Joseph Hackett used additional levels

3    of obfuscation above and beyond what his co-conspirators

4    were employing at the time.

5            And then when his phone was eventually seized --

6    and this was pursuant to a government's exhibit, which is

7    stipulation 3050.  But, again, his phone was seized on

8    May 28th, 2021, and so that date was stipulated to between

9    the parties.

10            The exhibit for identification numbers was

11    Exhibit 66.  There was not Signal on his phone when it was

12    seized on May 28th.  And so that's sort of the evidence that

13    he very clearly foresaw a law enforcement investigation.

14            What the government's evidence also showed was

15    that all the steps he took thereafter were in conformity

16    with the directives given by Rhodes to his two deputies and

17    then trickled down.  The Court's referenced these comments

18    below.  But that is particularly relevant as to Mr. Hackett,

19    who was taking directives from Mr. Meggs.

20            THE COURT:  Well, let me ask you what the

21    evidentiary progression is.

22            I mean, Mr. Rhodes -- as we talked about the other

23    day, Mr. Rhodes' messages about delete everything, that went

24    to the "Old Leadership" chat.

25            Mr. Hackett was not part of the "Old Leadership"

1  chat can.

2          Presumably, Mr. Meggs saw that, Mr. Harrelson and

3  Ms. Watkins.  Is there any evidence that any of them then

4  communicated that message to Mr. Hackett?

5          MS. HUGHES:  Sure.

6          So walking through the timeline there, on

7  January 8th, Mr. Rhodes sends out this message via the

8  "Old Leadership" chat, which includes Mr. Meggs.  He sends

9  it via SoRelle.  And it says the comment that this Court has

10  now referenced a few times, saying that he -- he advises

11  everyone to "go dark; that's the advice you give any

12  criminal defendant client who's at risk of being accused and

13  indicted."

14          That's Government's Exhibit 9652, Slide 22.

15          And then he said to his leadership:  "You all need

16  to delete any of your comments regarding who did what."

17          And that's Slide 34 and Slide 25 of the same

18  exhibit.

19          Then on January 20th, Kelly Meggs messages

20  Stewart Rhodes on Signal, "I am going dark.  I will stay in

21  touch.  There are a few others as well who will be pulling

22  out of the chats, et cetera."

23          And this is slide 38 of Government's Exhibit 9653.

24  And so this is suggesting that -- the inference being that

25  Kelly Meggs is reporting back to Stewart Rhodes:  "This

1  message is received, and my people are pulling out of

2  chats," which is exactly what Hackett did.

3          And then on February 4th, Kelly Meggs and

4  Kenneth Harrelson have an additional conversation.  This is

5  in Government's Exhibit 9652, Slide 33, where they discuss

6  deleting messages.  And Meggs writes:  "Delete everything, I

7  don't want the boys to have anything to look at."

8          So there's clearly a coordinated effort, the

9  government would argue, in and amongst the Florida

10 membership, about how to obfuscate their participation and

11 delete evidence writ large.

12         But most importantly for later on, as it becomes

13 clear that members are being arrested, what was also

14 introduced at trial was Government's Exhibit 9705.  And this

15 was discussed by Examiner Cain.  And in that you have the

16 evidence of downloads, automatic update and downloads that

17 were on that same device, that Government's Exhibit 66,

18 which is the same iPhone.

19         THE COURT:  Right.

20         MS. HUGHES:  And it showed that Signal was updated

21 at the last point on January 19th.  And so that's really one

22 of the more important dates when evaluating what was

23 foreseeable.

24         The last message that Hackett sent -- and this

25 reflected in Government's Exhibit 9700 -- was on

1    January 20th.

2            THE COURT:  Right.

3            MS. HUGHES:  So at that point in time, the

4    government would argue, and we think the evidence clearly

5    shows, that there was a foreseeable grand jury

6    investigation.

7            And this is particularly relevant because actually

8    in Ms. Halim's cross of Caleb Berry, Caleb Berry detailed

9    that in the weeks that followed January 6th, people were

10   getting arrested and people he knew were in jail.

11           And so that is important because what that shows

12   is that to these co-conspirators, people they knew were

13   arrested and in jail.

14           Special Agent Cody testified that on January 27th,

15   three members of the Oath Keepers --

16           THE COURT:  I'm sorry.  Mr. Berry said people that

17   Joseph Hackett knew or people that Caleb Berry knew?

18           MS. HUGHES:  Caleb Berry knew.

19           Special Agent Cody testified that on January 27th,

20   three members of the Oath Keepers were indicted.

21           And so all of these acts of deletion are happening

22   roughly a week before the indictments themselves are public.

23   But when members of Stack 1 and members of the conspiracy

24   have already been arrested, Government's Exhibit 9652.1,

25   which was introduced, which was a post by Mr. Vallejo that

1    discussed the indictments against these three individuals,

2    referenced the publicity of these arrests.  And so that is

3    an additional fact that can be considered.

4              THE COURT:  What was the date of that?

5              MS. HUGHES:  That was January 28th.  So that was

6    to date of the indictments.

7              THE COURT:  Right.  But Mr. -- that was to

8    D.C. Jan. 6 Op," right?

9              MS. HUGHES:  Correct.

10             THE COURT:  And Mr. Hackett was out of that by

11   then?

12             MS. HUGHES:  Correct.

13             No, but the inference being that there was

14   publicity at that time.  A jury could reasonably infer that

15   there was publicity at the time about these arrests.

16             THE COURT:  So let me just ask.  If I were to ask

17   you, what is the government's theory as to what it believes

18   the date -- well, two things:

19             What is the act of obstruction, and what is the

20   date of that obstruction that you contend supports the

21   conviction?

22             MS. HUGHES:  The evidence established, the

23   government would argue, established at trial that

24   Mr. Hackett deleted Signal sometime after January 20th,

25   because the Signal application -- first, he sent a message

234

1    on the 20th.  And then January 19th, the Signal application

2    was updated.

3              THE COURT:  Do we know what that message was?

4              Ms. Halim says she knows -- it's just interesting

5    that he opted out of the other ones a week earlier.  And it

6    looks like -- I mean, I've got Government 9700.  I'm looking

7    at it right now.  And, otherwise, the last message

8    post Jan. 6 is, at least according to this, January 9.

9              MS. HUGHES:  I mean, one of the things that we

10   think is relevant to analyzing this conduct is that he

11   engaged in a flurry of deletion obfuscation immediately

12   thereafter; and then all these weeks later, he took the

13   additional step of deleting Signal.  And so it begs the

14   inference that there was something happening that compelled

15   him to take this additional step.  And the argument would

16   be -- and, again, the posture is in a Rule 29 posture.

17             And so the evidence taken in a light most

18   favorable to the government, we would argue, establishes

19   that he took these additional steps weeks later, a week

20   before the indictment, because it isn't just that

21   individuals associated with January 6th are being arrested,

22   although that's certainly relevant, but that members of his

23   conspiracy, individuals that he marched with up that stack,

24   are being arrested.

25             And in terms of --

1          THE COURT:  And I'm sorry.  The first indictment

2    is January 27th; is that what you said?

3          MS. HUGHES:  January 28th.  Sorry.  The 27th is

4    the indictment; the 28th is the article.

5          THE COURT:  Okay.

6          MS. HUGHES:  And just in terms of analogous

7    cases, we would argue that this is much closer to

8    *United States versus Martinez,* which is a Second Circuit

9    case, and that is 862 F.3d 223.

10          And this case is discussed in *Young*.  And *Young*,

11    in the Fourth Circuit case, the government argued that Young

12    had awareness that he was -- there was a proceeding because

13    an associate had been arrested, and the Court, the Fourth

14    Circuit distinguished this between *Martinez*, where the Court

15    noted that having co-conspirators who were arrested tips the

16    balance and analysis that makes a grand jury proceeding

17    reasonably foreseeable.

18          THE COURT:  And what was the date of arrest of

19    Ms. Watkins?  Or maybe the better question is:  What was the

20    date of publicity with respect to Ms. Watkins?

21          MS. HUGHES:  She was arrested on January 17th, and

22    the publicity thereafter was pretty immediate.

23          THE COURT:  All right.  Okay.

24          MS. HUGHES:  But she was also, I mean, in the

25    first trial, there was ample publicity about her

```
1    participation prior to her arrest.

2              THE COURT:  Okay.

3              All right.  Anything else?

4              MS. HUGHES:  That's all, Your Honor.

5              THE COURT:  Okay.  Thank you.

6              Ms. Halim.

7              MS. HALIM:  Yes.  Thank you, Your Honor.

8              Just in case the record didn't pick it up,

9    Mr. Hackett logged off the Zoom.  But I do waive his

10   appearance for this portion of the proceeding, and I'll give

11   him a call as soon as we're done.

12             If I could begin just by saying thank you to the

13   Court because when I listened in to the discussion on Monday

14   regarding Mr. Caldwell and this issue, it became very clear

15   to me that I needed to factually with specificity brief this

16   issue for the Court and make robust argument regarding the

17   1512(c)(1) conviction.

18             I was in the middle of doing that yesterday, along

19   with the motion for permission to pretty please file the

20   untimely supplemental filing when I saw the Minute Order.

21   And I promptly abandoned the writing, and I thank the Court

22   for that.

23             I think we have a couple of things here.  The

24   government is conflating obfuscation of identity with

25   destruction of evidence.  They're not the same thing.  The
```

1    government clearly thinks they are, but they're not.  And

2    I think that that's pretty clear.

3            So when we talk about the actual destruction of

4    evidence, I saw two ways in which the government argued that

5    at the trial; and that is the testimony from Caleb Berry and

6    then the fact that when his phone was seized at the date of

7    his arrest on May 28, 2021, Signal was -- that the entirety

8    of the application was no longer on his phone.  Those are

9    the two things.

10           I'm going to get to each of those in turn.  But I

11   would like to just say I think it is a justifiable,

12   reasonable inference that the jury rejected the government's

13   arguments that not having the Signal application forms the

14   basis for the 1512(c)(1) conviction.  And that's because the

15   government made the exact same arguments with respect to

16   Mr. Vallejo and Mr. Moerschel, and the jury did not convict

17   either of them.

18           So, again, I'm going to address those and the

19   timing, but I think that it's a fair and justifiable

20   inference that the jury didn't believe that not having the

21   application formed the basis but, rather, credited

22   Caleb Berry's testimony.

23           Caleb Berry's testimony, as we know, was that the

24   discussion that they had was on January 7th.  No grand jury

25   proceeding, in fact, had been impaneled.  And certainly

1    there was no evidence that it would have been foreseeable to

2    Mr. Hackett that there was going to be a grand jury

3    proceeding.

4            THE COURT:  Let me interrupt you for a second.

5    I should have asked Ms. Hughes.

6            So is the government contending that the

7    January 7th deletion that Caleb Berry testified to can form

8    the basis for this conviction?  Or is it only the Signal

9    deletion at unknown date?

10           MS. HUGHES:  I don't think we have to.  That's not

11   how -- I mean, that's not how we pled his deletion in this

12   case as opposed to Mr. Caldwell.  I think it informs what

13   his mindset was in the immediate aftermath, but we don't --

14   we do not plead that specifically.

15           THE COURT:  No.  I know.

16           But in the Rule 29 analysis, I have to be

17   convinced that there's sufficient evidence that the jury

18   could have concluded the act of deletion -- when the act of

19   deletion occurred, it was reasonably foreseeability that

20   there was going to be a grand jury proceeding.  And in order

21   to make that assessment, it seems to me I need to know what

22   you contend the obstructive act is and then, from there,

23   measure reasonable foreseeability.

24           MS. HUGHES:  The deletion of Signal sometime

25   between January 20th and May when this phone was seized and

1  analyzed for Signal is the relevant time period and is also

2  additionally, the most clear that there was a foreseeable

3  grand jury proceeding.

4          THE COURT:  Okay.  Thank you.

5          MS. HALIM:  Back to Caleb Berry, I'm addressing

6  that first.

7          In his direct examination, this was on

8  January 3rd.  It was the afternoon session.  The page number

9  of the transcript is 2631.  And Mr. Berry talks about the

10 fact that Joe was on his left-hand side.  He's in the back

11 seat of Kelly Meggs' truck driving back to Florida.  And

12 this is direct quotes.

13         "Question:  Did Joe make any comments about

14 anything he had done with his phone?

15         "Answer:  He had said that he had a picture that

16 he had deleted."

17         Grand jury he says "video."  Be that as it may, he

18 says "picture" in his direct -- responding to Mr. Nestler on

19 direct.

20         "From what?

21         "From inside the building.

22         "Question:  And did you understand when he was

23 telling you this where he deleted it from, what kind of

24 device?

25         "It was an iPhone.

1          "And after Joe made that comment to you, did you

2  do anything with respect to your phone?"

3          And that's when he says he wipes it.

4          Just at the bottom of that page and then the very

5  top of page 2632 in the same sequence of question and answer

6  with Caleb Berry's direct examination, Mr. Nestler asked

7  him:

8          "Why did you want to destroy evidence?"

9          Caleb says, "Because I was afraid."

10          Mr. Nestler says, "Of what?"

11          "The Federal Government.

12          "What about it?

13          "Answer:  Federal law enforcement, federal

14  agencies."

15          Not even Caleb Berry was afraid that he was

16  interfering or, you know, in some way disrupting a grand

17  jury or other official proceeding.  Caleb Berry, in his mind

18  at this point, is only thinking about law enforcement.  So

19  to the extent that this is instructive at all, I just want

20  to point out everything he said.

21          Then on cross-examination, which was the following

22  day, the morning session of January 4th, on page 2675, when

23  I was examining Mr. Berry, I asked him specifically -- and

24  I'm sorry.  This is 2676 where the relevant portion is.

25          I said to Mr. Berry:  "And you said that he

1  mentioned at some point that he took a picture of the

2  building and then deleted it, right?"

3          Mr. Berry said, "Yes, ma'am."

4          And then I asked him:  "He didn't tell you why he

5  did that, did he?

6          And the answer was:  "No, he did not."

7          And then I specifically asked:  "Did he tell you

8  to do anything?"

9          And the answer was:  "No."

10         Then on redirect, again, this is the morning

11  session of January 4th and specifically at page 2757.

12  Mr. Nestler put a portion of Mr. Berry's grand jury

13  testimony up.  And this time, the grand jury says that Joe

14  told him he recorded a video that he had since deleted.

15         And at the tail end of the portion of the grand

16  jury transcript, Caleb Berry's question and answer, to be

17  clear, from the grand jury was:

18         "Mr. Nestler in the grand jury said, 'And then I

19  said, "Did he say why?"  And you said, "No, sir."  Is that

20  correct?'

21         "Correct."

22         So confirming that both in the grand jury and at

23  trial, he did not say why, so there was no indication there

24  whatsoever.

25         Now, let's transition over to Examiner Cain's

1    testimony.

2              Specifically, the last message was not the 20th.

3    That message -- and give me just one moment, please.

4              THE COURT:  That was like a system -- she said it

5    was a system update.

6              MS. HALIM:  It is a system update.

7              So, actually, the fact that that very last upload

8    or download in the iCloud return was January 19th and then

9    there's this system update as of -- so a message with no

10   comment whatsoever, just a system update on the 20th,

11   suggests that it was actually gone.

12             THE COURT:  So that -- the source of that -- well,

13   this says that the source -- I'm looking at Exhibit 9700.

14   The source of the system update is Greene, which I take to

15   mean Greene's phone.  So how is it that Greene's phone is

16   evidence of a system update to Mr. Hackett?  I mean, maybe

17   you don't know, but can anybody shed any light on that?

18             MS. HALIM:  Well, here's what I assume, and the

19   folks who know more will correct me if I am wrong.  But,

20   obviously, Signal -- look, I think the inference is that

21   Signal, the entire application, was just deleted.

22             And I definitely think that it was shown that

23   Mr. Hackett did not go through and delete any individual

24   messages.  There was no evidence of that whatsoever.

25             I asked Agents Cody and Hilgeman.  I have these

1    cites if the Court wants them.  I asked both of them.  I

2    showed them JH30, which is Gator 6 saying, "This message has

3    been deleted."

4         They said none of that existed for Mr. Hackett.

5    They didn't see anything like that.  They gave me the

6    run-around.  But the bottom line is:  No, they didn't see

7    anything like that, and the government never produced any

8    evidence like that.

9         So that means that he just dumped the entire

10   application, which is just taking on [sic] your phone, all

11   of it.  And he was in other chats besides the ones that the

12   government talked about, so he just got rid of the

13   application in its entirety.

14        With respect to the timing, I think it's fair to

15   assume, based on the dates from the iCloud return in

16   government's exhibits, that it was probably around the 19th,

17   maybe the 20th.  And then when that happened, the system

18   update would have gone to anybody who still had the Signal

19   application.  And so his particular one --

20        THE COURT:  Here's what her testimony was.  It

21   was:  "And what is the last date" -- this is on page 3729.

22        "And what is the last date that a message was sent

23   that you were able to find associated with this number?

24   'This number' being Mr. Hackett's.

25        "January 20th of 2021.

1          "Is that for the D.C. operation intel team?

2          "Yes, ma'am."

3          Then the question is:  "And was there anything --

4    did you have a chance to look actually at this message that

5    was sent on January 20th?"

6          The answer was:  "I did.  It was not actually a

7    message sent by a user, by the user.  It was an update to

8    the account and possibly just notated in that group.

9          "So what was the last message you saw that he sent

10   that actually was -- included content?"

11         And then she answered:  "November 17th of 2020."

12         MS. HALIM:  Correct.

13         THE COURT:  Okay.

14         MS. HALIM:  With respect to what -- I'm sorry.

15         THE COURT:  I'm sorry to interrupt you again, but

16   help me just understand what this means and how the CART

17   examiner -- and maybe I shouldn't be asking because it

18   paints out the lines here a little bit.  But I'm just trying

19   to understand how the source of this information can be

20   Mr. Greene's phone.

21         MS. HALIM:  Because he must have still had Signal

22   at that time, and he's going to be getting any system

23   updates -- oh, wait.  Was Mr. Greene --

24         THE COURT:  How does that then translate into,

25   well, Mr. Hackett got the update, too?

1           MS. HALIM:  Actually, now I'm just realizing that

2   Mr. Hackett was not on any of the chats that Mr. Greene was

3   on.  I had forgotten that detail, that I'm aware of.  So I

4   actually don't know the answer to that.

5           MS. HUGHES:  So, I mean, what the combination

6   evidence shows, and this is from -- 9705 is the most sort of

7   definitive sort of history of this in artifacts, is that in

8   9705, you can see a last update.

9           And, again, Examiner Cain went through the global

10  unique ID.  It refers to the actual physical phone, how you

11  can't have a different phone.  So this is the 66 phone.

12  That is this unique ID.  And how this ID, that phone, that

13  66 iPhone that did not have Signal on it, on January 19th,

14  you can see it in the middle row there for a little

15  perhaps --

16          THE COURT:  Hang on one second, Ms. Hughes.  Let

17  me just call this up.

18          Okay.  So I'm with you now.  90 -- you said 9705

19  in Trial 2, right?

20          MS. HUGHES:  Correct.

21          THE COURT:  Okay.

22          All right.  I'm with you.

23          MS. HUGHES:  So she explained that this is an

24  update and redownload details.  The global unique ID, the

25  far left column, that, she explained, is the iPhone 66, this

1    iPhone that was stipulated to that was seized on -- in May

2    and did not have Signal on it.  And so there's no other

3    physical phone that can be -- that is this iPhone.

4            And if you look at the updates, you can see the

5    content name.  That's Signal.  That's the Signal application

6    on the phone.  And they're automatic uploads and

7    re-downloads.

8            And the last date of that download is on

9    January 19th, 2022.  The numbers don't come out

10   sequentially.  But if you look at 20, if you look at --

11   I'm sorry.  January 2021.  My apologies.

12           If you look at January 19th, 2021, that's the last

13   date of an update.  And it means that as of that date,

14   Signal was on the phone; and then sometime between January

15   and May, it was taken off the phone.  Cannot happen

16   automatically; must have been deleted.

17           MS. HALIM:  But you're --

18           MS. HUGHES:  And so we can quibble about the

19   January 20th message.  I think she described it as a system

20   automatic message.  It could have been he deleted it and

21   sent a message to the Signal group that still existed on

22   Greene's phone.  But the very least, it was on his phone.

23   He took an additional step sometime between January 19th and

24   May.

25           THE COURT:  So this is -- at a minimum, what this

1    shows is a system update to his phone of Signal as of

2    January 19th.

3                MS. HUGHES:  Correct.  It was on his phone still.

4                THE COURT:  Got you.

5                MS. HALIM:  My recollection, Your Honor, of the

6    iCloud returns is that prior to the 19th, there were several

7    different of these downloaded upload updates.  The fact that

8    there are none after January 19th to me indicates that

9    that's when the application was deleted, because, otherwise,

10   there would be -- you know, and the phones do these

11   automatically.

12               THE COURT:  Yeah, right.

13               MS. HALIM:  It's not even something a person has

14   to do.

15               That being said, the fact that we have all these

16   questions means the government didn't prove it.

17               THE COURT:  That's interesting to me just looking

18   at this.  I don't know why it's this way, but there were

19   three system updates on January 19th, one on the 18th, one

20   on the 12th, but certainly nothing after the 19th.

21               I'm sorry.  I'm looking at -- no.  That's right.

22   That's right.  I'm reading this correctly.  Okay.

23               All right.  That's helpful.

24               MS. HALIM:  So additionally, there was no evidence

25   presented that Mr. Hackett knew that anyone had been

1    arrested, that he knew that they had been indicted.  And

2    although there were some references, not many, because our

3    second trial didn't have nearly the amount of references

4    that the first trial did as to who knew what in terms of

5    when folks were starting to get arrested, I recall a

6    discussion and evidence that related to Vallejo in a press

7    release, but there was no suggestion whatsoever that

8    Mr. Hackett knew about that.

9              Another thing the government is conflating is what

10   co-conspirators' knowledge was.  That doesn't mean

11   Mr. Hackett knew.  And for these purposes, he has to know.

12   And the government has complete -- the record is silent on

13   Mr. Hackett knowing that.

14             THE COURT:  Right.

15             MS. HALIM:  In fact, you know, you could just

16   easily say he sort of went back home.  He changed his name

17   from Ahab to Faith, which, by the way, I don't conceive that

18   that is obfuscation of identity.  He didn't destroy

19   anything.  He changed his name.  The phone number is the

20   same.  Everything still ties back to him.

21             The Court, of course, knows he wasn't on the

22   "Old Leadership" chat.

23             But separate and apart from that, there is zero

24   evidence that anybody that was a part of that chat had any

25   contact with Mr. Hackett whatsoever, in person, by phone,

1    text messages, social media, Signal, or any other type of

2    contact.

3            Mr. Berry and Mr. Hackett didn't have any

4    conversations after that ride back home on the 7th.

5            THE COURT:  Okay.

6            I mean, I think -- and you'll forgive me for

7    interrupting you if there's more in terms of the evidence.

8    But I think the lay of the land seems to be that we do have

9    this artifact as of January 19th.  There was evidence or we

10   know the arrest of Ms. Watkins happened on the 17th, two

11   days earlier.

12           I suspect under the case law, if he was aware of

13   that arrest, maybe that's enough of an inference to get to a

14   grand jury since it was a co-conspirator.  But there's no

15   evidence either.

16           MS. HUGHES:  Your Honor, can I just be heard just

17   quickly on timing?

18           THE COURT:  Yes.

19           MS. HUGHES:  So the one thing that I didn't

20   emphasize enough was that on January 20th, Kelly Meggs is

21   reporting to Stewart Rhodes on Signal:  "I am going dark.

22   I will stay in touch.  There were a few others as well who

23   will be pulling out of the chats."

24           And so just because the timing is so significant,

25   the day after Hackett deletes Signal.

1          THE COURT:  But does the government have any

2    evidence that there was any communication between Meggs and

3    Hackett?

4          MS. HUGHES:  Not because -- there could have been

5    direct messages.  So, I mean, part of our argument is that

6    we had to collect his trail of communication from other

7    people's phones.

8          Again, under *United States versus White*, the

9    government has the benefit of all inferences.  And the

10   inference here is that there was a flurry of activities

11   deleting things off your phone in the immediate aftermath.

12   There are directives from above saying, "We need to make

13   concerted action to delete everything that points to all of

14   us," and that the grounds groups acted in conforming with

15   those instructions.

16          So the timeline of flurry of activity, pause, and

17   then January 19th deletion is relevant because it's not just

18   that January 6th is becoming news on January 19th; it's that

19   the Oath Keepers are news.

20          And so the inference in favor of the government

21   here is that the reason he took this additional action,

22   having taken this flurry of activity right afterwards, is

23   because the investigation and the grand jury indictments

24   were coming for them specifically and they just came for

25   their line.  And so that's the inference in favor of the

1    government, and that's what we think the evidence supports.

2            THE COURT:  Okay.

3            MS. HALIM:  If I may just point out, that is

4    speculative, though.

5            That goes beyond an inference based on evidence

6    that Mr. Hackett had knowledge or that Mr. Hackett had any

7    contact with any of these folks or Mr. Meggs specifically.

8            And I cite -- Mr. Fischer brought the *Wellman* case

9    to the Court's attention.  I think that was Sunday night

10   before the hearing on the 22nd.  And, you know, in close

11   cases, the *Wellman* court talks about the fact that you do

12   have to look for specific evidence in the record beyond mere

13   speculation.  And so I do think what Ms. Hughes just said

14   puts us into the speculative category on the knowledge

15   requirement.

16           THE COURT:  Okay.  All right.  Thank you, all.

17           MS. HALIM:  I have a separate issue that I have --

18   for almost two years, I keep forgetting, so if I can raise

19   this.

20           I have asked several times -- I've had

21   conversations with Mr. Nestler, with the FBI, with

22   Mr. Edwards.  I've had emails.  And for one reason or

23   another, we just keep not closing the loop on it.

24           When the FBI seized property from Mr. Hackett,

25   they seized every electronic device in his home.  And that

1   included all of his computers that have all of his family's

2   personal photos, memorabilia, all that stuff that a person

3   keeps before the cloud came into existence.

4            I've asked the government several times for the

5   return of his property.  It's a little bit of a process

6   because I believe, at least the spreadsheet that I sent to

7   the government on February 15th, I excerpted the portions

8   that I was asking be returned to Mr. Hackett.  I think

9   they're at the Tampa office.  And so I understand that

10  they're not, you know, locally accessible.  But I just

11  wanted to put on the record so that we can get this to him

12  so that he's got his photos before he has to begin his

13  sentence.

14           THE COURT:  Okay.  All right.  Well, just leave

15  that to the government to hopefully address that in short

16  order.

17           MR. EDWARDS:  Yes, Your Honor.

18           MS. HALIM:  And the ball is in their court.

19           THE COURT:  Right.

20           MS. HALIM:  I need the ball to be in their court

21  because I can't do anything except keep bugging them.

22           THE COURT:  Okay.  So Mr. Hackett's sentencing is

23  a week from Friday, correct?

24           MS. HALIM:  Yeah --

25           THE COURT:  So we will --

1          MS. HALIM:  -- in the afternoon session.

2          THE COURT:  I'll digest all of this and obviously

3    get you a decision before then, okay?

4          MS. HALIM:  Okay.

5          THE COURT:  All right.  Thank you, all, very much.

6          MR. NESTLER:  Can I just point out one thing.

7    Ms. Halim brought a bunch of Caleb Berry's transcripts.  But

8    the one page after which she finished reading, Mr. Berry

9    testified on page 2758:

10         "Why did you do what you decided to do?"

11         "Because he had done it."

12         "Why do you not want to have those things on your

13   phone?

14         "Those things could have been used against me in

15   court."

16         And so Ms. Halim pointed out that Mr. Berry

17   deleted things so the FBI wouldn't have them.  Mr. Berry

18   testified that he did it so that it wouldn't be used against

19   him in court.  The inference is certainly there that

20   Mr. Hackett could have felt the same way.

21         THE COURT:  All right.  Okay.  Thank you, all.

22   This was useful to have this all laid out.  And we'll think

23   about it and look at the case law, and we'll let you know.

24   We'll see the government tomorrow.

25         Thanks, Ms. Halim.

254

1           COURTROOM DEPUTY:  All rise.  This court stands in

2    recess.

3           (Proceedings concluded at 5:07 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__May 31, 2023_____        

        William P. Zaremba, RMR, CRR

256

**CHAMBERS ASSISTANT BROWN: [2]** 24/14 24/16

**CHIEF OF STAFF McCULLOUGH: [1]** 28/9

**COURTROOM DEPUTY: [7]** 5/2 5/6 36/6 36/9 107/21 180/13 254/1

**MR. BRIGHT: [12]** 162/11 208/1 209/4 209/6 209/11 209/13 209/17 210/6 210/9 211/13 216/25 218/2

**MR. CRISP: [5]** 225/15 225/22 226/2 226/11 226/16

**MR. EDWARDS: [18]** 6/23 14/7 19/18 24/6 28/6 33/11 144/20 145/4 212/9 212/11 212/14 213/13 213/21 214/17 214/20 214/22 216/1 252/17

**MR. GEYER: [6]** 107/24 108/2 108/10 108/13 108/17 108/20

**MR. LINDER: [9]** 190/8 222/11 223/1 223/10 223/16 223/19 224/9 224/12 224/16

**MR. NESTLER: [24]** 166/19 166/21 177/3 182/7 183/8 183/10 185/10 185/13 186/18 186/25 187/23 191/8 196/13 196/15 197/25 206/17 219/10 219/13 220/22 221/9 222/4 224/19 225/11 253/6

**MR. PEED: [11]** 145/7 145/14 162/23 188/5 188/20 194/1 194/17 195/8 195/16 195/23 196/8

**MR. SHIPLEY: [13]** 33/17 33/19 155/3 155/15 155/18 157/13 159/7 159/13 160/5 160/8 161/20 161/22 199/3

**MR. WOODWARD: [34]** 146/16 149/22 149/24 150/10 150/13 150/21 151/14 151/20 151/24 152/4 152/7 152/19 153/5 153/10 153/25 154/12 154/19 154/25 200/5 203/2 204/4 204/13 204/15 204/20 204/23 205/9 205/20 205/25 206/4 206/12 206/22 207/11 207/19 207/21

**MS. HALIM: [22]** 227/1 227/4 236/7

**MR. ...:** 244/12 244/14 244/21 245/1 246/17 247/5 247/13 247/24 248/15 251/3 251/17 252/18 252/20 252/24 253/1 253/4

**MS. HUGHES: [25]** 227/21 230/5 231/20 232/3 232/18 233/5 233/9 233/12 233/22 234/9 235/3 235/6 235/21 235/24 236/4 238/10 238/24 245/5 245/20 245/23 246/18 247/3 249/16 249/19 250/4

**OFFICER DUNN: [2]** 19/24 20/1

**OFFICER OWENS: [6]** 8/21 8/23 8/25 9/17 9/23 14/5

**SPECIAL AGENT LAZARUS: [2]** 16/12 19/17

**THE COURT: [189]** 5/4 6/5 8/20 8/22 8/24 9/16 9/22 14/3 14/6 19/15 19/25 24/4 24/15 28/5 33/10 33/14 33/18 35/16 36/11 107/23 108/1 108/7 108/12 108/15 108/18 108/21 145/1 145/5 145/12 145/15 149/17 149/23 150/1 150/12 150/20 151/3 151/17 151/21 152/3 152/6 152/8 153/1 153/8 153/24 154/10 154/18 154/24 155/1 155/10 155/16 157/9 159/3 159/12 160/4 160/7 161/19 161/21 162/10 162/15 166/18 166/20 167/17 177/4 179/10 180/16 183/6 183/9 185/5 185/12 185/25 186/23 187/22 188/3 188/18 190/6 191/6 192/1 194/7 195/7 195/9 195/21 196/2 196/12 196/14 197/17 199/1 199/15 202/25 203/8 204/9 204/14 204/17 204/22 205/3 205/19 205/22 206/1 206/5 206/13 206/18 207/1 207/15 207/20 207/23 208/3 209/5 209/9 209/12 209/16 210/4 210/7 211/12 212/1 212/10 212/13 213/7 213/20 214/16 214/18 214/21 215/25 216/22 218/1 218/6 219/12 220/21 221/1 222/2 222/6 222/17 223/4

**... :**
224/11 224/14 224/18 225/3 225/12 225/19 225/23 226/8 226/12 226/22 227/3 227/5 229/20 231/19 232/2 232/16 233/4 233/7 233/10 233/16 234/3 235/1 235/5 235/18 235/23 236/2 236/5 238/4 238/15 239/4 242/4 242/12 243/20 244/13 244/15 244/24 245/16 245/21 246/25 247/4 247/12 247/17 248/14 249/5 249/18 250/1 251/2 251/16 252/14 252/19 252/22 252/25 253/2 253/5 253/21

**$**

**$5,000 [1]** 15/23

**'**

**'23 [1]** 183/8
**'And [1]** 241/18
**'Authority' [1]** 46/4
**'Resist' [1]** 46/2
**'substantial [1]** 163/25
**'This [1]** 243/24

**-**

**-7816 [1]** 168/18
**-86 [1]** 134/25

**.**

**.45 [1]** 66/8

**0**

**08077 [1]** 3/20
**0826 [1]** 4/5

**1**

**1's [1]** 97/18
**10 [3]** 5/12 64/6 228/18
**10,000 [1]** 139/12
**10-33 [1]** 10/1
**100 [1]** 62/22
**1006 [3]** 132/10 132/12 134/20
**105 [1]** 92/10
**10:25 a.m [1]** 36/8
**10:30 [1]** 35/22
**10:42 a.m [1]** 36/8
**10th [3]** 55/8 58/19 82/22
**11 [4]** 5/13 97/6 124/21 132/8
**11 F.Supp.3d 1144 [1]** 215/3
**11/25 [1]** 58/3
**114 [1]** 3/11
**1144 [1]** 215/3
**1150 [1]** 4/8
**118 [1]** 92/13
**119 [1]** 92/13
**11:45 [1]** 188/23
**11th [1]** 99/14

**201/20 202/23 202/25**
**12 minutes [1]** 189/9
**12-point [2]** 202/6 202/23
**12/31 [1]** 67/22
**1215 [1]** 112/4
**12:15 [1]** 107/22
**12th [3]** 58/24 100/4 247/20
**12th Amendment [1]** 49/6
**13 [1]** 191/22
**1341 [1]** 3/4
**1348 [1]** 193/1
**13th [2]** 59/7 71/13
**14 [2]** 155/24 174/19
**1460 [1]** 2/12
**14th [4]** 55/25 57/10 59/20 59/25
**15 [8]** 1/4 5/8 21/2 78/2 122/25 144/6 180/11 191/21
**1500 [1]** 132/2
**1500.2 [1]** 133/18
**1501 [1]** 132/2
**1502 [1]** 132/2
**1503 [2]** 172/13 174/1
**1505 [3]** 149/10 149/12 149/14
**1512 [38]** 108/25 109/12 112/1 112/17 113/23 116/4 116/9 117/22 117/24 119/19 149/12 151/5 151/5 151/13 151/16 152/2 152/12 152/12 153/7 153/14 158/22 158/23 171/17 171/20 172/14 172/22 174/5 175/17 200/15 204/1 205/14 205/17 205/25 206/5 206/6 206/9 236/17 237/14
**1513 [2]** 172/13 174/1
**1515 [2]** 152/14 171/18
**1530.1 [1]** 132/2
**1540 [1]** 132/2
**1555 [3]** 132/2 135/3 135/15
**15th [1]** 252/7
**16 [1]** 144/6
**167 F.Supp.2d 504 [1]** 215/19
**16th [5]** 60/24 98/23 98/24 169/13 169/19
**17 [1]** 219/22
**17110 [1]** 2/15
**1775 [2]** 4/8 53/20
**17th [5]** 122/21 170/16 235/21 244/11 249/10
**18 U.S.C [2]** 108/25 118/3
**18 U.S.C. 1505 [1]** 149/10
**18 U.S.C. 3661 [1]** 212/19
**18 United States [2]**

**112/4**
**18-plus [1]** 12/2
**1808 [1]** 3/15
**1850s [1]** 45/4
**1856 [1]** 45/17
**1860 [1]** 43/24
**1884 [1]** 47/23
**18th [5]** 99/8 99/18 135/6 135/8 247/19
**19 [2]** 12/6 24/25
**19129 [1]** 3/7
**1947 [1]** 39/22
**1981 [1]** 45/3
**1982 [5]** 152/10 152/13 171/14 171/16 171/18
**1987 [3]** 152/18 171/23 175/9
**1993 [1]** 216/8
**1995 [1]** 161/15
**19th [18]** 54/12 61/7 231/21 234/1 242/8 243/16 245/13 246/9 246/12 246/23 247/2 247/6 247/8 247/19 247/20 249/9 250/1 250/18
**1:15 [1]** 107/19
**1:21 [1]** 107/22
**1:30 [1]** 223/6
**1:50 [1]** 108/17
**1B1.1 [1]** 176/9
**1B1.3 [3]** 182/11 182/13 182/23
**1B1.4 [1]** 213/1
**1st [3]** 104/1 104/9 159/17

**2**

**20 [12]** 16/23 28/13 111/9 121/6 158/21 200/10 200/17 205/7 206/5 206/6 219/5 246/10
**20 years [1]** 206/3
**20-year [3]** 200/14 200/15 205/15
**20001 [1]** 4/14
**20006 [1]** 4/9
**2001 [1]** 215/19
**20010 [1]** 3/15
**2002 [1]** 174/4
**2003 [1]** 161/18
**2004 [1]** 215/23
**2005 [2]** 41/4 161/4
**2006 [1]** 3/19
**2012 [1]** 106/9
**2014 [2]** 197/1 215/4
**2019 [1]** 28/15
**202 [4]** 1/18 3/16 4/9 4/14
**2020 [20]** 11/13 11/15 25/3 28/17 28/23 49/23 50/5 58/24 59/20 60/24 61/18 61/20 62/18 63/2 63/23 71/13 75/6 75/10 109/1 244/11
**2021 [16]** 9/20 11/7 12/2 18/24 20/11 24/19

**2021... [10]** 28/16
90/22 109/2 120/16
126/9 229/8 237/7
243/25 246/11 246/12
**2022 [3]** 113/9 134/24
246/9
**2023 [3]** 1/5 28/15
255/7
**204 [1]** 179/19
**20579 [1]** 1/17
**20th [17]** 61/18 84/5
90/19 91/4 123/5
230/19 232/1 233/24
234/1 238/25 242/2
242/10 243/17 243/25
244/5 246/19 249/20
**21 [5]** 66/8 66/23 66/25
67/9 201/17
**21 CR 341 [1]** 183/5
**21-year-old [1]** 24/22
**21061-3065 [1]** 4/4
**213 Westlaw [1]**
168/18
**214 [2]** 2/5 2/9
**215 [1]** 3/7
**22 [2]** 203/21 230/14
**22-15 [2]** 1/4 5/8
**223 [1]** 235/9
**228-1341 [1]** 3/4
**22nd [3]** 61/20 62/18
251/10
**230 [1]** 215/23
**231 [1]** 118/3
**2384 [1]** 41/21
**23871 [1]** 168/18
**23rd [2]** 63/2 63/23
**24 [2]** 1/5 183/14
**24th [1]** 64/12
**25 [5]** 58/3 183/14
201/17 205/6 230/17
**252-7277 [1]** 1/18
**252-9900 [1]** 2/5
**259 [1]** 193/15
**26 [1]** 130/12
**262 [1]** 203/21
**2631 [1]** 239/9
**2632 [1]** 240/5
**265 [1]** 3/10
**2675 [1]** 240/22
**2676 [1]** 240/24
**26th [2]** 66/4 66/7
**27 [2]** 220/17 220/25
**2757 [1]** 241/11
**2758 [1]** 253/9
**27th [7]** 66/10 123/8
123/16 232/14 232/19
235/2 235/3
**28 [1]** 237/7
**28th [6]** 123/14 229/8
229/12 233/5 235/3
235/4
**29 [21]** 36/25 37/7 38/5
38/6 38/13 40/22 51/23
86/1 86/10 96/1 98/7
106/5 110/21 111/23
111/25 114/3 116/2
131/4 209/22 234/16

**291 [1]** 171/16
**29th [2]** 66/15 75/10
**2:00 [2]** 108/4 108/8
**2:24 [1]** 77/12
**2:26 [1]** 77/17
**2:29 p.m [1]** 111/4
**2:39 [1]** 79/8
**2:41 [2]** 77/22 79/8
**2J1.2 [11]** 147/18
147/23 158/23 163/15
172/1 172/21 173/2
174/9 182/19 201/11
220/9
**2J1.2's [1]** 176/14
**2J1.2.2 [1]** 146/6
**2J1.3 [1]** 175/8
**2nd [1]** 68/6

**3**

**30 [2]** 115/6 207/7
**300 [2]** 4/4 203/23
**300-3229 [1]** 3/7
**302 [1]** 129/21
**3050 [1]** 229/7
**3065 [1]** 4/4
**30th [1]** 67/15
**31 [2]** 67/22 255/7
**318 [1]** 2/12
**31st [2]** 66/18 100/11
**32 [2]** 39/8 45/19
**322 [1]** 215/23
**3229 [1]** 3/7
**3249 [1]** 4/14
**327 [1]** 203/21
**328 [1]** 161/17
**33 [7]** 10/1 37/7 45/19
131/5 131/6 131/14
231/5
**3300 [2]** 2/3 2/7
**333 [1]** 4/13
**33950 [1]** 3/11
**34 [1]** 230/17
**341 [1]** 183/5
**354-3249 [1]** 4/14
**3580 [1]** 3/6
**3661 [2]** 212/19 213/1
**372 [2]** 117/23 117/24
**3729 [1]** 243/21
**38 [1]** 230/23
**384 [1]** 37/4
**385 [1]** 43/17
**3910549 [1]** 113/10
**3:00 p.m [1]** 180/15
**3:21 p.m [1]** 180/15
**3A1.4 [3]** 201/18
201/18 201/24
**3B1.1 [3]** 193/11
193/13 193/15
**3rd [2]** 67/3 239/8

**4**

**40,000 [1]** 83/12
**40-year [1]** 207/9
**4031 [1]** 2/15
**410 [1]** 4/5
**412-4676 [1]** 2/16
**420 [1]** 37/8

**424 [1]** 37/8
**425 [1]** 37/9
**426 [1]** 37/9
**429 [1]** 45/19
**432 [1]** 37/11
**433 [1]** 124/24
**434 [1]** 131/11
**435 [1]** 37/12
**439 [1]** 131/11
**440 [1]** 37/13
**441 [1]** 124/25
**442 [1]** 131/12
**456 [2]** 37/4 131/12
**457 [1]** 132/7
**459 [1]** 37/12
**460 [1]** 124/25
**461 [1]** 37/14
**462 [2]** 37/15 37/16
**463 [1]** 131/13
**464 [1]** 37/22
**4676 [1]** 2/16
**474 [2]** 37/5 37/22
**475 [2]** 37/5 37/23
**477-1 [1]** 38/1
**478 [1]** 37/24
**479 [1]** 37/24
**487-1460 [1]** 2/12
**4s [1]** 10/13
**4th [8]** 52/4 104/10
123/21 183/4 183/8
231/3 240/22 241/11

**5**

**50 [2]** 62/22 145/17
**50/50 [1]** 145/17
**504 [1]** 215/19
**508 [2]** 37/25 38/2
**51 [1]** 9/24
**511 [1]** 37/25
**521 [1]** 37/19
**524 [2]** 37/19 193/15
**528 [2]** 37/20 176/12
**563 [1]** 176/12
**5708 [1]** 3/20
**571 U.S. 204 [1]**
179/19
**574 U.S. 528 [1]**
176/12
**575 [1]** 162/14
**575-8000 [1]** 3/12
**5:07 [1]** 254/3
**5:21 [1]** 122/22
**5K [6]** 220/3 220/4
221/6 221/19 221/19
221/20
**5th [1]** 126/24

**6**

**601 [1]** 1/17
**607-5708 [1]** 3/20
**611 [1]** 134/21
**64 F.4th 1348 [1]** 193/1
**641 [1]** 216/8
**653 [2]** 174/18 174/23
**655 [3]** 161/17 161/19
161/20
**66 [5]** 229/11 231/17

**670 [1]** 167/4
**671 [1]** 167/7
**6731 [2]** 135/10 135/18
**6925 [1]** 132/2
**6:00 [1]** 118/24
**6:50 [1]** 135/12
**6th [111]** 7/5 7/8 7/16
8/4 8/16 9/20 11/7 13/9
13/20 14/4 15/2 15/10
16/17 18/9 18/24 19/16
20/11 20/17 21/14 22/9
22/11 22/18 22/23 23/4
23/18 23/22 23/25 24/9
24/13 24/19 25/15 26/6
28/16 28/25 33/3 50/20
51/1 51/2 51/9 57/3
63/23 64/3 64/17 66/3
66/11 66/19 67/8 68/20
68/23 69/19 69/25
71/23 72/8 72/12 73/6
73/14 73/16 73/25
75/15 76/15 76/18
76/20 76/23 78/8 80/18
82/6 82/14 84/10 85/16
86/21 87/15 87/19
88/16 88/18 88/18
89/22 89/25 90/1 91/3
91/5 93/22 97/17 97/20
100/6 100/9 100/17
100/25 101/24 103/9
103/11 105/9 105/14
105/16 110/15 110/18
111/16 126/8 127/1
129/3 135/5 135/18
137/4 142/1 149/1
184/10 211/3 227/25
228/22 232/9 234/21
250/18

**7**

**700 [2]** 2/4 2/8
**71301 [1]** 2/11
**717 [1]** 2/16
**72 [2]** 139/13 139/13
**720-7777 [1]** 2/9
**7277 [1]** 1/18
**7310 [1]** 4/3
**7447 [1]** 3/16
**745 [1]** 3/3
**75 [1]** 135/7
**75219 [2]** 2/4 2/8
**754 [1]** 193/9
**7777 [1]** 2/9
**7816 [1]** 168/18
**782 [1]** 134/25
**787-0826 [1]** 4/5
**7:16 [1]** 123/14
**7th [11]** 12/2 12/6
52/17 52/23 82/6
227/14 228/5 228/12
237/24 238/7 249/4

**8**

**8000 [1]** 3/12
**805 [3]** 174/6 174/11
174/22
**808 [1]** 3/4

**819 [1]** 2/11
**856 [1]** 3/20
**86 [1]** 134/25
**862 F.3d 223 [1]** 235/9
**8:04 [1]** 123/14
**8th [4]** 98/15 120/16
228/23 230/7

**9**

**90 [1]** 245/18
**919-9491 [1]** 4/9
**941 [1]** 3/12
**9491 [1]** 4/9
**95 [1]** 92/8
**9652 [3]** 228/16 230/14
231/5
**9652.1 [1]** 232/24
**9653 [1]** 230/23
**96734 [1]** 3/4
**97-291 [1]** 171/16
**9700 [3]** 231/25 234/6
242/13
**9705 [4]** 231/14 245/6
245/8 245/18
**986 [1]** 193/9
**990 [1]** 193/9
**9900 [1]** 2/5
**996-7447 [1]** 3/16
**998 F.2d 641 [1]** 216/8
**9:30 [3]** 1/6 224/17
225/18
**9th [4]** 53/4 54/19
56/11 134/24

**A**

**a.m [5]** 1/6 36/8 36/8
123/14 134/25
**abandon [1]** 69/1
**abandoned [3]** 69/3
69/8 236/21
**Abdullah [2]** 54/4
69/10
**Abdullah Rasheed [2]**
54/4 69/10
**abet [2]** 166/3 166/5
**abetted [1]** 114/25
**abetting [2]** 165/25
166/5
**ability [2]** 10/25 198/4
**able [10]** 9/9 12/4 13/7
15/3 15/17 31/4 127/14
134/5 134/8 243/23
**abnormal [1]** 214/23
**about [174]** 7/5 9/13
12/13 12/14 12/24
14/22 15/2 18/23 20/18
21/1 21/5 22/13 23/9
23/11 31/12 31/18
34/10 35/22 36/4 39/16
54/16 54/23 54/24 55/5
57/17 62/5 62/21 62/24
64/2 67/16 68/14 70/4
70/19 71/7 72/14 73/7
75/5 77/17 78/25 81/19
81/23 83/14 84/5 88/10
90/4 90/17 93/19 94/6
94/13 96/1 96/8 96/11

**about... [122]** 96/13 96/14 97/15 98/4 99/2 101/10 103/7 103/15 105/5 107/18 108/13 110/1 111/5 113/11 120/18 121/6 121/8 123/13 123/17 128/8 128/23 130/22 133/25 134/9 135/2 135/10 135/14 137/3 139/6 140/2 140/3 140/8 141/2 141/12 144/7 144/8 144/17 144/18 145/18 145/21 145/23 145/25 146/14 146/15 146/21 148/14 153/13 154/10 157/1 157/19 164/21 165/5 168/16 169/11 176/6 177/1 178/21 180/8 180/11 181/12 182/5 182/23 183/17 184/16 185/15 185/15 190/10 191/12 191/18 192/2 192/7 192/9 192/14 192/25 193/15 193/24 194/11 196/19 196/24 197/18 198/1 198/17 199/8 199/17 199/20 200/7 208/6 208/16 208/20 212/5 217/3 217/5 217/21 219/9 220/11 220/15 220/23 221/23 222/20 223/9 224/1 224/5 224/14 225/13 226/14 226/23 227/18 229/22 229/23 231/10 233/15 235/25 237/3 239/9 239/13 240/12 240/18 243/12 246/18 248/8 251/11 253/23

**above [12]** 117/8 172/11 175/15 182/16 198/4 202/24 203/21 204/21 206/20 229/3 250/12 255/4

**above-referenced [2]** 172/11 175/15

**above-titled [1]** 255/4

**absence [7]** 96/20 98/5 106/2 118/18 124/15 194/13 218/19

**absent [1]** 127/14

**absentia [1]** 7/1

**absolutely [5]** 16/3 64/15 119/12 119/13 166/23

**absolve [1]** 128/3

**abundant [2]** 11/5 67/12

**abundantly [1]** 87/4

**abuse [1]** 11/18

**Academy [1]** 9/3

**accept [7]** 13/12 40/20 48/13 52/13 119/16 188/15 189/11

**acceptance [1]** 208/7

**accepted [1]** 7/23

**accessible [1]** 252/10

**accommodate [1]** 129/2

**accomplish [2]** 184/13 191/11

**accomplished [1]** 184/23

**accomplishing [1]** 205/11

**accord [1]** 110/14

**according [3]** 136/24 212/22 234/8

**account [3]** 211/16 228/24 244/8

**accountability [1]** 24/2

**accountable [1]** 222/23

**accuracy [7]** 133/11 133/12 134/11 134/16 135/24 136/5 139/19

**accurate [5]** 92/7 94/15 144/4 152/3 188/10

**accurately [1]** 99/1

**accused [6]** 121/12 122/17 125/3 130/11 130/18 230/12

**achieve [3]** 55/7 57/12 154/15

**acknowledge [4]** 20/2 103/12 149/7 208/4

**acknowledged [1]** 165/1

**acknowledges [1]** 156/7

**acquit [1]** 42/17

**acquittal [7]** 37/11 38/10 38/12 38/21 41/8 41/14 154/4

**acquitted [2]** 88/13 111/22

**across [3]** 24/13 144/11 148/22

**act [55]** 18/22 34/12 44/8 46/2 48/1 50/10 50/14 50/22 53/5 58/14 58/18 58/20 59/11 59/23 59/23 60/2 61/16 62/23 63/9 64/14 64/18 64/24 65/11 65/12 70/5 70/7 70/13 70/21 71/24 72/2 72/6 72/6 72/17 82/17 82/21 83/3 85/19 88/3 103/3 118/4 118/4 118/7 147/24 152/11 152/11 171/15 171/18 173/6 174/6 184/7 202/16 233/19 238/18 238/18 238/22

**acted [9]** 92/10 112/9 112/12 113/15 113/17 119/25 120/1 120/11 250/14

**acting [2]** 47/25 65/1

**action [10]** 44/20 56/8 77/6 77/8 98/18 107/8 159/20 159/21 250/13 250/21

**action [22]** 13/15 13/20 20/17 21/14 22/20 24/21 26/14 27/17 31/3 51/8 64/23 87/15 91/3 92/11 97/18 97/20 101/2 101/3 110/18 184/24 185/16

**active [2]** 9/8 71/9

**activities [3]** 23/11 94/25 250/10

**activity [5]** 130/10 174/10 196/18 250/16 250/22

**actor [1]** 130/9

**acts [11]** 13/23 85/14 85/22 91/4 159/14 175/3 178/6 182/16 182/17 182/24 232/21 245/10

**actual [13]** 45/11 46/1 47/9 47/19 47/24 89/22 91/23 118/7 187/24 211/16 227/10 237/3 245/10

**actually [42]** 22/17 34/10 96/22 100/24 106/23 113/4 126/7 126/10 135/6 135/8 138/1 138/16 138/18 141/14 146/11 158/4 160/10 169/23 170/6 170/21 176/12 179/21 189/13 193/12 197/14 198/6 198/14 199/10 210/23 212/4 213/1 213/13 214/11 214/23 232/7 242/7 242/11 244/4 244/6 244/10 245/1 245/4

**actus [3]** 102/13 113/18 130/19

**actus reus [3]** 102/13 113/18 130/19

**Adams [1]** 69/10

**add [5]** 131/4 201/15 202/21 212/2 217/1

**added [4]** 59/13 97/12 120/24 174/19

**adding [2]** 163/13 203/17

**addition [6]** 9/4 82/11 113/17 180/23 194/15 197/19

**additional [18]** 14/8 110/3 154/22 163/14 187/10 203/5 204/16 206/8 206/14 221/12 229/2 231/4 233/3 234/13 234/15 234/19 246/23 250/21

**additionally [3]** 133/10 239/2 247/24

**address [22]** 16/13 28/10 112/18 124/23 126/3 155/25 158/19 158/21 159/22 162/4 168/6 173/10 185/5 190/15 200/6 201/9

**addressed [6]** 45/5 49/7 143/15 155/6 179/2 184/21

**addresses [4]** 168/18 172/9 175/13 183/14

**addressing [2]** 199/3 239/5

**adds [2]** 39/14 163/6

**adequate [2]** 118/20 174/13

**adequately [1]** 146/12

**adhere [1]** 49/12

**adhering [1]** 39/11

**adjourned [3]** 129/13 142/25 186/3

**adjournment [3]** 181/23 181/24 186/2

**adjudicated [1]** 48/10

**adjudicatory [2]** 158/16 158/17

**adjusted [1]** 220/24

**adjustment [3]** 183/16 194/16 202/9

**adjustments [4]** 203/13 221/25 221/25 222/14

**administer [1]** 24/2

**administering [3]** 177/14 177/22 177/23

**administration [57]** 65/2 91/25 146/8 146/24 146/25 147/15 147/21 147/22 148/10 149/14 149/15 150/22 150/23 151/1 152/20 156/8 156/9 156/15 158/14 159/1 159/23 163/1 163/16 163/19 164/1 164/14 164/15 164/20 168/25 169/3 169/12 169/18 169/19 170/11 170/15 170/22 172/4 172/6 172/17 176/2 176/20 177/20 178/15 178/17 178/24 179/1 179/14 179/16 180/20 180/23 181/3 181/5 181/8 181/14 184/6 186/4 191/24

**administrative [2]** 150/6 186/9

**administrator [1]** 177/25

**admissible [2]** 134/20 134/21

**admission [3]** 80/17 132/13 133/22

**admit [2]** 80/7 155/13

**admits [1]** 129/21

**admitted [9]** 80/24 111/15 119/8 121/18 123/2 131/25 132/10 133/5 140/16

**admonished [1]** 142/16

**admonishment [1]**

**adopt [3]** 45/6 113/11 191/9

**adopted [4]** 152/2 155/22 170/3 184/8

**advance [9]** 69/18 73/6 73/14 76/14 76/14 78/7 134/14 136/4 155/12

**advantage [1]** 81/2

**adverse [3]** 26/23 187/1 187/3

**adversely [1]** 118/11

**advice [1]** 230/11

**advise [1]** 121/10

**advises [1]** 230/10

**advocacy [5]** 208/14 209/18 210/21 211/13 218/2

**advocate [2]** 210/14 211/3

**advocates [1]** 128/21

**affect [2]** 135/22 187/1

**affected [2]** 118/11 131/20

**affirm [2]** 48/2 159/15

**affirmation [1]** 48/4

**afield [1]** 184/15

**afoul [2]** 200/20 201/7

**afraid [4]** 56/23 228/10 240/9 240/15

**after [72]** 10/1 11/15 12/2 12/24 18/13 27/9 29/10 29/24 30/18 30/18 32/15 32/15 33/5 38/7 38/8 41/14 51/6 51/9 52/2 52/4 56/5 56/17 56/22 61/12 61/15 64/21 69/14 75/15 81/4 81/17 82/14 86/1 89/22 89/23 89/25 90/1 91/25 93/17 93/21 100/1 102/20 103/8 105/15 105/16 110/19 119/7 121/2 121/4 122/15 126/23 135/12 137/15 140/23 143/22 144/25 145/1 166/4 178/20 193/24 203/12 212/15 219/20 224/2 224/8 228/22 233/24 240/1 247/8 247/20 249/4 249/25 253/8

**aftermath [4]** 50/5 228/22 238/13 250/11

**afternoon [9]** 8/4 25/15 115/18 126/8 146/16 166/19 166/20 239/8 253/1

**afterwards [8]** 80/17 81/16 88/10 93/21 113/2 114/13 227/2 250/22

**again [52]** 7/8 10/19 13/14 15/12 18/19 22/4 27/24 32/20 43/22 51/14 57/6 62/15 62/24 72/1 78/24 78/25 80/16 86/9 106/1 107/13

**again... [32]** 112/14
114/7 114/15 116/2
122/20 124/14 129/9
130/6 135/23 137/8
137/24 139/7 148/6
153/14 167/3 170/18
172/9 175/4 175/12
176/17 181/4 183/3
192/13 194/21 199/16
229/7 234/16 237/18
241/10 244/15 245/9
250/8

**against [36]** 23/16
23/17 33/8 41/9 48/22
50/12 50/25 52/3 57/8
58/22 59/1 70/13 71/3
73/11 76/21 79/24 80/8
81/13 90/21 98/14
101/11 101/11 112/1
114/12 119/8 120/21
130/21 154/3 154/3
155/8 177/9 177/12
219/21 233/1 253/14
253/18

**agencies [3]** 61/6
187/20 240/14

**agency [1]** 187/5

**agent [11]** 16/7 16/14
31/4 133/15 135/5
135/8 136/7 140/22
190/20 232/14 232/19

**Agent Cain [1]** 135/5

**Agent Palian [1]**
140/22

**agent's [2]** 136/9
136/10

**agents [3]** 134/9
190/21 242/25

**Agents Cody [1]**
242/25

**ago [1]** 60/17

**agree [13]** 60/6 75/22
144/9 167/20 178/3
181/1 191/3 194/18
195/18 198/13 204/7
204/10 210/20

**agreed [17]** 12/23 42/7
42/24 49/19 50/13
58/15 61/13 69/5 69/24
86/24 92/24 104/14
106/22 108/6 109/4
116/21 220/9

**agreement [33]** 39/16
42/12 45/25 46/6 51/5
51/7 51/17 55/6 70/8
71/22 72/12 76/19
81/20 81/20 84/14
86/23 87/5 87/11 87/22
89/15 89/17 94/9
102/16 102/16 107/1
107/4 107/6 109/7
110/8 110/12 110/16
139/20 140/7

**agreements [2]** 220/23
221/23

**Ahab [2]** 228/15 248/17

**ahead [5]** 145/5 167/18

**aid [2]** 166/3 166/5

**aided [2]** 4/16 114/25

**aiding [2]** 165/25 166/4

**aim [1]** 142/3

**aisle [1]** 217/20

**akin [2]** 208/21 208/25

**AL [1]** 1/6

**Alabama [1]** 215/4

**albeit [1]** 151/25

**Alex [1]** 211/9

**Alex Jones [1]** 211/9

**Alexandra [2]** 1/15
5/14

**Alexandria [1]** 2/11
138/24

**Ali [1]** 191/17

**alike [1]** 26/1

**alive [1]** 126/15

**all [207]** 5/2 6/6 6/7
6/17 7/5 10/20 10/21
11/10 11/11 11/14
11/17 11/19 11/21
12/23 15/8 18/10 20/1
21/23 23/10 24/5 31/8
32/20 35/17 36/6 36/9
36/13 36/18 36/25 38/3
38/4 38/8 38/16 39/3
41/13 41/19 51/14
51/22 52/8 52/12 54/4
56/22 57/7 58/25 59/2
60/7 60/10 60/14 60/17
60/20 60/22 61/24
63/25 65/15 67/18
69/14 69/14 72/4 72/9
72/10 74/23 76/23 78/6
80/16 81/16 82/7 82/11
83/15 84/7 85/21 92/23
95/9 96/5 96/10 98/6
100/5 103/18 107/14
107/21 107/23 108/21
108/21 108/23 109/20
110/3 113/13 113/17
115/18 116/14 117/10
119/18 121/24 123/24
128/7 130/25 131/3
131/6 134/6 135/19
140/9 142/19 143/22
144/15 144/17 145/19
151/15 153/17 154/20
154/21 155/1 156/21
157/4 157/6 157/21
158/7 158/8 160/11
163/18 164/4 164/4
164/5 164/23 165/16
167/12 167/17 169/8
170/4 175/6 176/22
178/20 179/21 180/13
182/15 182/17 182/24
184/20 184/20 185/1
185/1 185/20 187/16
188/1 190/10 191/6
192/6 192/15 192/22
193/11 193/25 197/13
199/2 199/16 199/21
203/12 204/7 207/23
208/10 209/20 209/22
212/8 216/22 218/7

220/2 220/13 220/18
220/24 221/17 222/6
222/6 223/17 223/25
224/16 226/9 226/18
226/18 226/22 227/5
227/16 229/15 230/15
232/21 234/12 235/23
236/3 236/4 240/19
243/10 245/22 247/15
247/23 250/9 250/13
251/16 251/16 252/1
252/1 252/2 252/14
253/2 253/5 253/5
253/21 253/21 253/22
254/1

**All right [5]** 6/17
199/16 226/22 235/23
251/16

**allegation [2]** 129/10
129/10

**allegations [2]** 29/11
123/16

**allege [2]** 93/16 165/16

**alleged [10]** 54/22 61/8
76/16 85/23 85/24
97/22 106/12 117/17
143/23 190/12

**allegedly [2]** 92/25
121/9

**alleges [3]** 92/8 92/10
217/10

**allocute [2]** 224/2
224/10

**allocution [1]** 225/1

**allocutions [1]** 224/5

**allow [4]** 35/12 35/20
43/9 136/14

**allowable [1]** 13/25

**allowed [2]** 56/12
108/10

**allowing [4]** 9/1 16/13
194/25 195/1

**almost [6]** 18/23 23/19
28/13 75/1 185/2
251/18

**alone [8]** 107/6 107/14
110/15 116/8 127/1
139/9 139/14 144/12

**along [11]** 14/17 23/3
33/22 56/19 60/17 79/9
80/3 114/13 122/9
129/12 236/18

**alongside [1]** 71/3

**Alpers [7]** 75/16 75/17
76/4 82/22 82/22 82/25
83/2

**alphabet [1]** 61/6

**already [30]** 57/23 63/5
79/7 89/19 93/7 99/3
102/23 109/17 117/5
126/3 127/17 134/4
142/25 143/15 144/1
155/6 166/4 168/14
179/2 186/15 186/16
190/17 190/19 212/16
213/25 214/12 217/18
220/5 222/1 232/24

23/8 27/10 27/12 31/20
37/15 40/3 40/22 41/13
44/12 44/18 48/7 49/10
50/13 50/15 51/9 52/7
52/11 53/1 53/10 58/17
62/14 62/21 64/12
65/14 67/14 68/11
71/18 72/25 75/18 78/5
86/1 89/10 92/16 95/16
95/19 96/12 97/10
97/24 99/25 101/23
102/5 102/19 103/19
109/22 110/10 110/19
110/20 110/23 111/1
111/9 111/11 111/20
113/6 114/1 114/9
114/15 120/4 123/2
126/1 128/4 128/11
128/14 130/14 130/15
131/5 131/10 133/21
134/7 135/10 136/8
136/15 139/4 139/20
143/7 152/13 153/21
157/11 166/1 169/11
170/14 172/5 172/8
172/15 174/5 174/11
175/11 178/1 179/4
182/23 197/19 220/13
223/21 225/15 228/20
228/21 229/14 231/13
235/24 239/1

**alter [1]** 206/24

**altered [1]** 119/23

**alternate [1]** 31/24

**alternatively [2]** 134/19
147/3

**although [5]** 42/22
85/10 183/17 234/22
248/2

**always [6]** 21/1 21/3
23/21 64/19 64/20
94/20

**am [17]** 17/14 19/13
20/14 23/15 23/18
28/11 32/17 51/19
124/21 134/19 167/20
181/19 203/11 206/10
230/20 242/19 249/21

**amassed [1]** 72/23

**amended [1]** 158/19

**amendment [11]** 9/6
37/11 49/6 94/4 94/15
94/17 95/1 98/14
152/12 174/18 174/23

**amendments [1]** 150/3

**AMERICA [2]** 1/3 5/8

**American [6]** 15/18
15/22 21/17 24/1 32/1
98/13

**Americans [4]** 22/16
60/15 63/4 102/22

**amicus [1]** 208/21
208/22 213/25

**AMIT [2]** 1/9 5/3

**among [11]** 56/7 68/18
73/23 94/25 101/20
115/2 137/14 157/10

168/15 176/3

**amongst [1]** 231/9

**amount [9]** 67/12
127/5 182/2 186/11
186/12 187/9 191/11
191/13 248/3

**amounts [2]** 174/14
186/8

**ample [3]** 84/12 134/15
235/25

**analogize [1]** 183/20

**analogous [2]** 157/13
235/6

**analogy [3]** 150/12
187/2 188/9

**analysis [8]** 124/12
124/19 166/9 181/19
201/7 215/10 235/16
238/16

**analyzed [1]** 239/1

**analyzing [1]** 234/10

**Andersen [1]** 175/2

**Angela [2]** 3/6 5/22

**angiehalim [1]** 3/8

**angles [1]** 208/21

**angry [1]** 98/12

**announce [1]** 57/4
192/3 222/21

**announced [1]** 61/9

**another [24]** 16/4 16/6
24/8 30/19 34/1 37/15
40/11 40/13 41/8 44/4
46/20 56/20 71/4 76/13
79/15 108/4 123/13
129/17 131/2 160/9
213/22 215/18 248/9
251/23

**answer [19]** 64/14
64/20 140/4 152/7
194/17 197/10 214/13
219/14 221/9 221/10
221/22 239/15 240/5
240/13 241/6 241/9
241/16 244/6 245/4

**answered [3]** 60/19
179/2 244/11

**answering [1]** 216/19

**answers [1]** 71/18

**Anthony [4]** 14/14
14/20 14/21 15/1

**anti [1]** 55/18

**anti-gun [1]** 55/18

**anticipate [2]** 29/2
223/10

**anticipated [2]** 25/15
227/24

**anticipating [1]** 68/3

**anticipation [1]** 223/19

**Antifa [2]** 71/15 71/20

**anxiety [2]** 23/3 26/17

**anxious [1]** 21/9

**anxiously [1]** 21/9

**any [103]** 6/19 6/20
23/15 25/5 25/25 37/18
38/3 38/10 39/9 39/14
39/17 41/25 42/10
42/19 48/13 48/20
49/21 59/10 59/14

any... [84] 62/25 64/14
69/5 69/15 76/8 79/17
80/13 85/8 91/25 93/16
96/6 96/8 97/15 110/5
110/7 111/11 111/23
118/10 118/11 118/13
120/18 121/4 121/10
121/25 122/8 123/22
124/12 126/13 128/5
129/22 130/1 130/20
131/15 131/16 133/12
134/16 135/21 135/25
137/13 137/24 145/21
146/14 151/6 156/14
159/19 159/21 166/14
166/24 168/5 174/2
177/7 178/6 180/24
185/3 185/3 194/24
206/20 207/11 207/15
212/5 213/4 221/15
223/2 223/12 223/22
224/25 225/17 230/3
230/3 230/11 230/16
239/13 242/17 242/23
243/7 244/22 245/2
248/24 249/1 249/3
250/1 250/2 251/6
251/7
anybody [14] 6/15
146/14 155/1 185/5
185/8 188/4 190/13
191/6 196/12 208/6
222/10 242/17 243/18
248/24
anymore [2] 23/12
201/8
anyone [11] 33/15
54/16 71/7 121/2
121/11 166/15 200/2
207/23 219/2 226/18
247/25
anyone's [1] 26/25
anything [28] 6/16
15/11 17/5 21/7 54/16
120/19 120/20 121/9
124/5 137/1 141/10
142/13 163/2 175/1
197/24 210/1 222/9
224/22 231/7 236/3
239/14 240/2 241/8
243/5 243/7 244/3
248/19 252/21
anyway [3] 83/5
146/14 195/14
anywhere [1] 223/11
apart [1] 248/23
apologies [1] 246/11
apologize [3] 9/21 9/22
157/14
app [1] 227/15
apparatus [1] 72/4
apparent [3] 170/11
170/18 218/11
Apparently [1] 120/21
appeal [2] 40/6 131/17
Appeals [1] 39/4
appear [1] 35/20

appearance [1] 236/10
APPEARANCES [4]
1/13 1/20 2/17 3/22
appeared [1] 169/16
appearing [3] 6/2 6/4
171/19
appears [1] 170/15
appellate [1] 197/5
applicability [3] 145/22
224/24 226/14
applicable [6] 117/9
146/22 178/18 179/7
201/2 226/3
application [25] 40/15
145/24 147/4 147/6
148/21 153/22 154/16
156/20 162/3 168/16
169/6 170/19 200/9
220/3 233/25 234/1
237/8 237/13 237/21
242/21 243/10 243/13
243/19 246/5 247/9
applied [11] 92/22 94/2
149/8 154/20 180/4
191/22 197/6 201/12
202/10 202/24 225/8
applies [23] 49/12
109/17 147/16 147/25
149/3 151/4 151/5
151/6 153/11 166/25
168/12 176/23 183/16
183/25 184/3 184/22
191/4 191/15 192/21
198/22 201/5 226/9
226/10
apply [30] 116/10
146/3 147/11 147/13
147/19 147/23 148/19
148/20 149/13 153/4
159/6 161/1 161/16
161/24 163/1 163/7
164/18 167/12 177/11
178/1 178/10 191/14
194/6 194/23 201/24
202/3 202/5 202/6
225/3 225/4
applying [4] 117/20
154/13 195/1 203/12
appreciate [4] 20/6
162/18 199/15 201/23
Apprendi [9] 200/8
200/24 201/7 203/4
203/7 204/2 204/5
205/10 206/25
Apprendi/Booker [1]
200/24
approach [3] 32/17
200/24 207/16
approached [2] 28/22
136/18
approaching [1]
136/20
appropriate [7] 38/21
40/19 41/15 161/9
177/6 208/19 212/23
approval [2] 78/20
78/21
approve [1] 150/5

approving [1] 148/9
apt [1] 178/12
are [187] 6/2 6/4 6/7
6/25 7/4 7/10 7/11 7/18
8/9 11/4 11/4 11/5 14/8
15/25 17/24 18/4 18/6
19/7 19/12 21/21 35/12
36/16 37/2 40/24 42/22
44/10 48/11 48/11 52/6
52/7 53/18 54/15 55/4
56/20 59/3 60/9 62/5
62/13 62/19 63/3 64/21
64/25 66/19 67/4 68/3
68/11 71/20 73/3 73/17
73/17 73/24 75/4 77/10
79/25 81/9 82/8 83/12
83/18 84/2 86/7 86/9
87/11 87/20 89/13
93/23 94/13 94/25 96/1
96/2 96/9 98/4 99/2
103/6 103/12 103/12
104/17 104/19 104/19
104/25 105/5 107/6
108/8 108/8 108/19
109/4 115/2 115/5
115/18 116/25 117/2
117/4 117/9 117/19
117/20 118/3 119/9
119/23 120/24 121/25
126/15 135/2 135/13
138/20 138/21 140/9
142/19 144/7 144/14
145/19 147/11 147/18
149/19 149/24 150/17
151/18 155/3 156/3
157/18 161/8 161/11
161/12 163/24 164/8
164/13 168/2 170/1
174/9 176/3 177/7
178/5 179/21 181/9
184/21 186/11 187/14
188/11 189/2 189/5
189/15 191/10 192/19
192/19 196/9 198/2
198/16 198/19 200/11
202/25 205/12 209/15
210/11 210/22 211/14
213/14 213/18 213/24
214/4 215/4 215/14
217/6 219/4 219/5
219/20 219/21 220/17
220/23 221/11 221/12
221/23 222/13 222/15
224/4 224/17 225/3
226/13 230/21 231/1
231/13 232/21 232/22
234/21 234/24 237/1
237/8 247/8 250/12
250/19
Area [2] 138/15 139/1
Area 8 [2] 138/15 139/1
aren't [4] 52/14 65/17
153/15 157/6
arguably [2] 96/18
171/9
argue [14] 90/23
117/19 124/11 138/6
arose [1] 178/13

144/4 148/25 231/9
232/4 233/23 234/18
235/7
argued [12] 74/19
89/14 91/23 93/2 94/1
110/10 111/1 117/3
118/14 179/4 235/11
237/4
argues [19] 43/17
44/18 49/1 95/7 95/21
97/10 98/2 101/17
102/5 103/19 117/12
122/10 126/12 127/3
135/6 142/24 148/3
177/9 178/1
arguing [3] 139/20
192/14 204/8
argument [77] 43/21
43/23 44/21 45/1 45/5
46/20 76/13 89/21 90/6
90/13 93/9 94/3 98/6
99/16 110/5 111/3
111/3 111/5 111/7
112/19 113/6 113/11
118/16 118/17 129/7
139/2 139/3 139/17
139/19 139/25 140/2
140/5 140/8 141/2
141/7 141/22 141/25
142/14 142/16 142/20
143/7 143/13 143/16
143/22 144/3 144/8
144/18 145/22 146/4
146/18 146/21 147/12
147/17 148/6 149/1
149/2 149/5 151/25
156/7 160/1 166/21
168/7 178/13 178/15
178/25 179/2 179/3
180/21 183/15 183/16
197/16 208/6 211/8
212/14 234/15 236/16
250/5
arguments [36] 40/24
42/14 43/6 43/14 43/15
49/7 49/8 88/25 89/12
92/2 93/19 94/13 95/5
96/1 96/8 98/4 101/9
109/9 109/16 110/3
126/1 135/2 138/11
138/12 140/10 141/19
142/20 146/6 146/15
146/20 155/3 177/7
196/24 224/5 237/13
237/15
arises [1] 125/7
Arizona [2] 73/13
103/25
armed [4] 53/11 55/12
60/15 73/17
armor [3] 81/1 88/8
114/23
arms [12] 13/6 52/9
63/15 67/1 70/12 74/11
74/11 76/20 76/21
98/14 103/13 199/19

around [14] 6/12 20/19
60/18 62/14 63/25
69/20 104/21 109/1
109/2 145/9 152/9
199/19 243/6 243/16
array [1] 147/16
arrest [7] 60/25 90/4
235/18 236/1 237/7
249/10 249/13
arrested [14] 59/11
101/6 122/22 231/13
232/10 232/13 232/24
234/21 234/24 235/13
235/15 235/21 248/1
248/5
arrests [4] 61/5 84/18
233/2 233/15
arrival [1] 31/17
arrive [1] 9/25
arrived [2] 12/5 142/25
arsenal [1] 72/24
art [4] 156/8 159/24
170/22 213/15
Arthur [1] 175/2
Arthur Andersen [1]
175/2
article [2] 118/12 235/4
articles [1] 210/13
articulated [1] 101/13
artifact [1] 249/9
artifacts [1] 245/7
artificial [1] 95/10
as [343]
as if [1] 186/17
ascending [1] 102/1
ascends [1] 79/6
ascent [1] 153/19
ask [30] 18/14 22/21
23/10 81/7 144/21
151/3 154/25 156/16
186/1 195/5 197/17
203/24 205/13 207/1
209/13 210/10 211/10
211/22 218/4 218/10
218/15 219/18 221/18
222/7 224/7 224/19
226/19 229/20 233/16
233/16
asked [24] 43/8 43/11
43/12 55/5 57/18 59/9
70/19 83/23 119/9
130/8 140/22 154/24
162/12 190/12 218/5
238/5 240/6 240/23
241/4 241/7 242/25
243/1 251/20 252/4
asking [16] 13/24
33/24 201/24 205/1
205/4 205/6 205/7
206/10 206/16 206/21
217/23 218/13 219/4
221/4 244/17 252/8
asks [5] 8/1 83/18
105/18 130/5 205/14
aspects [2] 133/13
194/11
ass [1] 58/20
assault [3] 7/6 55/14

**A**

assault... [1] 141/6
assaulted [5] 10/19 11/20 30/14 92/8 114/10
assaultive [2] 92/14 113/23
assed [1] 99/1
assembly [2] 94/15 94/16
assented [1] 71/25
assert [2] 48/1 93/6
asserted [1] 93/3
asserting [1] 48/1
assertion [12] 45/11 46/1 46/13 46/23 46/25 47/7 47/11 47/15 47/25 130/2 138/13 146/23
assertions [1] 138/10
assertive [2] 47/1 48/8
assessed [1] 125/14
assessment [3] 168/21 191/4 238/21
assessments [1] 222/25
assets [1] 196/9
assigned [3] 9/2 9/24 16/15
assist [6] 74/3 136/18 137/2 137/6 138/2 138/3
assistance [2] 25/6 136/21
assistant [2] 24/10 25/2
assisted [4] 25/3 129/15 130/23 137/19
associate [1] 235/13
associated [2] 234/21 243/23
associates [2] 2/14 100/14
assume [7] 26/25 36/14 107/24 152/24 153/11 242/18 243/15
assumed [1] 145/16
assumptions [3] 39/12 129/5 211/15
ATF [1] 71/19
att.net [1] 2/12
attack [15] 7/5 7/17 7/18 11/12 18/10 18/13 19/9 22/6 22/8 27/20 32/14 33/7 41/6 106/14 129/8
attacks [1] 23/3
attempt [4] 88/20 112/24 120/7 120/15
attempted [3] 106/11 113/4 116/14
attempting [7] 20/24 79/25 115/5 120/5 153/2 172/3 173/3
attend [1] 55/25
attendance [1] 100/5
attended [1] 99/4
attending [1] 225/16
attention [3] 21/3 21/4

attitude [2] 11/1 11/2
attorney [2] 123/1 123/4
ATTORNEY'S [1] 1/16
attributable [1] 187/25
attributed [2] 178/2 178/7
audio [1] 132/24
augment [1] 41/16
author [1] 122/5
authority [26] 41/23 42/3 42/9 44/23 45/12 45/18 46/2 46/13 46/22 46/24 47/1 47/5 47/7 47/10 47/12 47/15 48/5 48/17 70/8 86/18 89/23 107/2 158/2 193/5 198/9 199/9
authorized [1] 114/4
automatic [3] 231/16 246/6 246/20
automatically [3] 194/6 246/16 247/11
availability [1] 120/2
available [5] 74/2 77/8 127/17 134/13 225/25
Avenue [4] 2/3 2/7 3/10 4/13
avoid [7] 22/3 23/9 25/24 54/10 54/11 83/10 206/25
avoided [1] 59/4
avoiding [2] 39/12 200/24
awaiting [3] 12/7 53/12 55/16
aware [10] 29/19 134/7 147/6 165/10 166/14 168/5 184/21 217/11 245/3 249/12
awareness [7] 8/17 42/13 88/21 109/8 112/10 123/18 235/12
away [11] 12/23 19/9 21/24 23/9 30/19 52/22 65/16 122/21 140/23 156/13 187/18

**B**

baby [1] 115/9
back [37] 10/22 12/12 33/5 36/3 74/2 77/21 85/5 85/12 107/24 119/1 137/4 143/3 143/3 144/23 149/5 159/22 160/22 175/25 180/11 180/16 180/18 182/10 182/10 182/22 184/9 191/16 202/12 203/8 227/14 228/6 230/25 239/5 239/10 239/11 248/16 248/20 249/4
background [5] 140/1 146/10 212/20 213/5 213/17
backs [1] 7/12

bad [1] 125/22
123/23 153/13
badge [2] 7/20 14/23
badges [2] 10/9 10/17
balance [1] 235/16
Baldwin [10] 44/19 44/22 45/7 46/8 46/11 46/17 46/20 46/21 47/3 47/22
ball [2] 252/18 252/20
ballot [1] 25/10
ballots [1] 24/12
banc [1] 161/14
banging [1] 30/25
bank [1] 166/3
bar [1] 94/22
bare [1] 128/4
barker [1] 95/24
BARRETT [2] 2/3 4/13
barricades [2] 26/8 55/22
base [9] 151/23 152/12 155/23 156/1 174/6 174/7 174/18 179/5 179/6
based [30] 33/21 35/14 44/21 45/14 45/17 46/20 65/5 73/8 78/15 78/18 86/3 91/10 95/2 95/24 101/23 105/11 114/17 116/14 124/15 125/24 131/8 138/4 169/25 181/14 184/22 198/14 205/2 209/25 243/15 251/5
basement [1] 26/2
basic [1] 114/7
basically [3] 53/25 195/12 227/1
basis [10] 34/16 96/3 116/4 143/21 145/23 156/25 213/23 237/14 237/21 238/8
Bates' [2] 113/8 127/9
bathroom [1] 12/25
battle [3] 64/20 66/8 139/12
battled [1] 13/6
bay [1] 79/25
be [286]
bear [5] 10/20 12/21 26/10 26/19 175/24
bearing [1] 108/22
beat [2] 27/2 52/3
beaten [1] 26/9
became [6] 17/1 29/19 50/20 58/17 189/24 236/14
because [106] 7/11 7/24 8/3 16/23 17/3 20/18 21/13 22/3 22/19 23/10 23/11 25/20 31/2 32/8 32/15 32/16 32/24 34/12 35/8 39/6 41/7 43/19 49/4 53/14 57/4 60/13 65/22 67/17 89/22 90/9 90/11 93/6 94/3 95/2 95/7 95/8

122/3 125/24 127/25
129/10 133/23 137/24
139/25 143/2 149/9
152/1 152/7 152/19
153/13 154/1 154/24
155/13 156/1 157/18
158/4 164/23 168/11
173/4 173/13 175/23
176/25 178/2 178/12
176/16 179/11 181/4
184/12 187/19 191/10
194/5 194/18 194/24
196/10 197/2 201/22
203/4 205/13 207/16
208/1 208/17 214/8
221/23 225/18 228/10
232/7 232/11 233/25
234/20 235/12 236/13
237/14 240/9 244/17
244/21 247/9 248/2
249/24 250/4 250/17
250/23 252/6 252/21
253/11
because I think [1] 168/11
become [4] 17/17 18/4 40/13 40/15
becomes [2] 207/13 231/12
becoming [2] 57/12 250/18
bedlam [1] 74/5
bedroom [2] 12/25 13/5
bee [1] 124/1
been [83] 6/9 15/11 18/1 20/15 21/2 22/13 25/20 26/24 28/23 31/19 32/3 32/19 49/25 56/8 57/2 69/8 76/13 78/15 81/20 92/2 96/11 96/13 96/17 98/25 100/5 106/20 106/21 109/13 110/4 112/19 121/21 123/12 125/4 125/9 125/10 125/20 126/25 126/25 127/14 127/21 127/22 130/17 132/3 132/17 133/6 133/14 137/21 141/18 141/22 143/7 146/5 146/11 146/12 146/23 147/24 148/21 155/25 157/23 158/18 160/10 160/17 162/7 163/11 177/8 187/15 202/9 210/13 217/20 219/23 220/10 225/5 225/8 232/24 235/13 237/25 238/1 243/3 246/16 246/20 247/25 248/1 250/4 253/14
before [64] 1/9 6/15 12/12 20/2 22/12 30/17 42/14 56/18 64/14 68/20 69/11 71/13 78/17 89/2 89/2 98/20

112/18 115/22
120/20 125/25 131/1
140/24 144/22 151/6
151/9 152/12 152/15
157/14 170/20 170/21
171/10 171/19 171/22
173/1 173/11 173/12
173/14 173/16 173/19
175/4 175/10 175/18
175/22 176/20 180/9
180/10 180/17 180/18
183/2 185/3 190/18
210/14 219/17 222/21
224/10 224/13 227/18
232/22 234/20 251/10
252/3 252/12 253/3
began [7] 50/6 52/3 61/10 62/14 84/18 85/5 161/14
begin [11] 6/18 24/16 36/25 38/5 43/13 43/16 156/11 168/24 227/22 236/12 252/12
beginning [7] 15/10 25/3 41/18 52/2 169/8 220/19 224/7
begins [2] 159/9 176/7
begs [1] 234/13
begun [1] 190/19
behalf [8] 8/10 146/17 162/11 188/5 210/15 223/3 223/23
behind [7] 7/20 7/20 7/21 32/11 71/16 79/12 79/14
being [49] 10/21 11/16 13/11 16/20 16/23 21/5 21/6 23/6 25/8 26/8 26/9 59/16 65/15 67/18 71/2 76/20 77/7 80/13 94/13 99/11 101/6 103/16 103/25 108/6 119/22 121/2 121/11 123/19 124/13 126/15 135/2 139/6 152/2 154/24 159/24 184/20 197/13 213/24 215/14 219/8 228/3 230/12 230/24 231/13 233/13 234/21 234/24 243/24 247/15
belabor [1] 146/18
belated [1] 126/9
believe [27] 15/12 16/22 32/16 52/6 66/24 72/18 80/7 80/25 87/18 99/5 104/12 128/6 133/13 134/17 150/15 184/3 185/10 188/1 191/19 197/10 197/13 209/20 211/23 221/16 224/18 237/20 252/6
believed [3] 198/3 198/8 228/1
believer [1] 10/24
believes [1] 233/17
below [4] 88/24 89/11 199/5 229/18

**benchmarks [1]**
189/12
**bend [1]** 7/14
**benefit [4]** 39/3 193/18
221/7 250/9
**Benghazi [1]** 55/14
**Benghazi-style [1]**
55/14
**bent [1]** 7/13
**Bentley [1]** 82/14
**Berry [27]** 58/3 58/5
64/11 72/5 80/12 85/12
227/13 228/4 228/5
232/8 232/8 232/16
232/17 232/18 237/5
238/7 239/5 239/9
240/15 240/17 240/23
240/25 241/3 249/3
253/8 253/16 253/17
**Berry's [7]** 82/2 237/22
237/23 240/6 241/12
241/16 253/7
**Berwick [1]** 3/19
**besides [2]** 226/19
243/11
**better [2]** 59/4 235/19
**between [21]** 25/10
34/17 47/12 47/14
71/12 78/16 79/8 89/15
90/7 92/21 97/15
122/10 123/14 143/17
185/16 229/8 235/14
238/25 246/14 246/23
250/2
**beyond [16]** 18/10
38/16 38/23 40/21 42/6
43/2 49/25 51/17 84/9
155/5 205/1 205/5
217/4 229/3 251/5
251/12
**Biden [24]** 50/6 52/13
53/7 57/12 57/20 57/22
58/22 59/2 59/8 59/12
59/16 62/7 69/6 70/15
70/17 72/4 90/4 90/16
91/15 91/18 101/19
101/22 102/20 103/8
**Biden's [2]** 59/13 90/2
**big [2]** 60/11 66/2
**bigger [2]** 188/11
189/24
**Bikundi [1]** 193/4
**Bill [1]** 123/3
**bit [12]** 33/23 34/8
35/25 137/17 169/23
170/5 184/15 189/8
219/15 222/18 244/18
252/5
**bitter [1]** 145/3
**Bittner [1]** 54/12
**black [3]** 121/1 141/13
169/15
**Black's [11]** 45/2 147/1
169/2 169/9 169/17
169/24 170/7 170/14
170/15 170/21 171/5
**blatantly [1]** 61/1

**BLM [1]** 71/20
**block [1]** 159/15
**Blockburger [1]**
117/20
**blocks [1]** 9/4
**blood [3]** 65/20 65/23
65/23
**bloodied [1]** 13/6
**bloody [5]** 59/3 59/24
60/3 60/4 103/5
**Blue [2]** 10/22 137/4
**board [1]** 56/15
**boat [2]** 68/14 88/20
**bodies [5]** 10/16 68/4
92/4 92/7 184/18
**body [5]** 52/16 81/1
88/8 114/23 150/7
**bolster [1]** 137/5
**bomb [1]** 17/10
**bombs [1]** 17/9
**Booker [8]** 154/20
200/8 200/24 201/4
203/4 203/7 205/10
207/12
**booking [1]** 67/16
**both [23]** 12/10 14/24
24/8 42/13 42/25 43/8
45/14 46/17 63/4 93/7
99/4 102/23 111/17
115/23 133/19 138/5
148/7 200/16 217/20
221/3 223/20 241/22
243/1
**bottles [1]** 10/20
**bottom [11]** 14/23
35/17 101/9 187/23
193/19 200/4 203/22
206/14 222/20 240/4
243/6
**bought [1]** 87/1
**bounds [1]** 181/11
**Bouvier's [1]** 45/3
**box [2]** 3/3 24/13
**boxes [1]** 25/10
**boys [6]** 34/4 62/23
67/20 99/12 124/5
231/7
**bracket [1]** 193/12
**Bradford [3]** 3/18 3/21
5/19
**Brady [8]** 124/24 125/1
125/7 125/13 130/15
157/17 157/22 158/7
**brain [2]** 19/7 71/16
**brains [1]** 71/16
**branch [13]** 60/13
147/8 147/8 147/9
157/4 157/5 157/7
157/25 158/4 158/15
158/16 187/6 225/6
**branches [5]** 156/22
157/5 157/7 158/8
158/9
**BRAND [1]** 3/14
**brandwoodwardlaw.c
om [1]** 3/17
**bravado [1]** 190/10

**brawn [1]** 71/19
**breach [4]** 16/19 17/22
30/12 143/9
**breached [4]** 16/18
25/20 31/19 190/23
**breaching [1]** 29/20
**break [9]** 7/14 11/9
11/22 35/22 36/3
107/19 180/9 180/10
183/2
**breath [1]** 126/15
**Brendan [1]** 56/10
**Brian [1]** 58/15
**Brian Ulrich [1]** 58/15
**brief [19]** 46/24 110/4
111/1 117/3 117/13
130/12 135/7 155/4
162/6 162/6 163/10
166/23 178/9 196/24
198/17 200/19 208/22
223/21 236/15
**briefed [2]** 157/14
162/13
**briefing [3]** 35/10
146/19 146/24
**briefly [7]** 85/25 113/13
151/25 191/8 196/13
212/9 216/25
**briefs [2]** 207/22
208/22
**BRIGHT [10]** 2/3 2/7
5/16 36/14 207/24
209/3 209/5 216/15
216/24 223/20
**Bright's [1]** 212/14
**bring [12]** 15/8 15/9
35/1 61/7 74/11 104/7
105/1 105/9 107/12
116/16 166/6 187/9
**bringing [8]** 67/1 67/19
86/24 87/12 87/13
88/21 104/12 107/9
**brings [2]** 166/4
192/11
**brink [2]** 58/7 66/5
**broad [6]** 50/2 147/14
147/16 155/22 156/5
173/3
**broadcasts [1]** 210/13
**broaden [1]** 164/12
**broader [3]** 165/19
171/5 185/2
**broadly [4]** 44/16
90/11 149/3 151/5
**Brock [1]** 113/9
**Brodie [1]** 193/15
**Brody [1]** 195/7
**broke [1]** 26/18
**broken [3]** 7/13 67/17
105/4
**brothers [3]** 66/11 83/8
100/5
**brought [17]** 18/7 29/8
46/12 46/23 47/7 70/21
75/21 76/1 76/7 87/7
89/5 89/9 97/25 153/6
167/3 251/8 253/7
**BROWN [8]** 3/9 24/9

138/14 138/23
**bruised [1]** 13/6
**bruises [1]** 11/24
**bsrlegal.com [1]** 3/12
**buckled [1]** 36/1
**bugging [1]** 252/21
**build [1]** 53/25
**building [55]** 10/3
16/19 21/15 22/5 25/20
31/20 35/7 35/8 61/25
64/9 74/12 77/5 77/9
78/17 79/5 80/22 81/15
81/17 81/21 87/9 88/5
88/9 89/7 93/5 107/11
110/15 110/18 113/2
113/5 114/8 114/10
114/16 114/19 115/3
115/4 115/5 115/10
121/3 127/6 127/24
129/1 132/23 136/19
136/23 137/5 141/11
142/22 143/5 143/9
143/11 181/25 188/21
228/8 239/21 241/2
**buildings [1]** 30/3
**built [2]** 7/12 130/21
**bunch [1]** 253/7
**burden [4]** 27/4 155/24
167/15 191/20
**Burnie [1]** 4/4
**burnt [1]** 19/7
**Burrage [1]** 179/18
**Burrill's [1]** 43/24
**burst [2]** 13/3 13/4
**bus [1]** 67/21
**business [8]** 6/19 30/5
31/25 35/23 36/15
128/19 143/3 222/9
**busy [1]** 122/5
**buttressed [1]** 51/8
**buy [1]** 188/6
**buys [1]** 83/20
**Byrd [1]** 215/2
**Bystandership [1]** 9/8

**C**

**cache [1]** 107/9
**Cain [4]** 135/5 228/24
231/15 245/9
**Cain's [1]** 241/25
**calculation [4]** 153/9
207/3 222/21 224/3
**calculations [2]** 6/10
201/16
**Caldwell [28]** 4/2 5/13
5/24 6/3 37/3 37/7 44/3
44/12 44/18 44/24
45/24 49/1 56/17 67/15
68/13 85/3 86/6 88/12
94/1 95/22 95/25
109/10 117/3 123/10
131/11 227/8 236/14
238/12
**Caldwell's [7]** 37/18
43/16 46/24 48/14
96/21 162/17 227/10
**Caleb [22]** 58/3 82/2

228/7 228/8 232/8
232/8 232/17 232/18
237/5 237/22 237/23
238/7 239/5 240/6
240/9 240/15 240/17
241/16 253/7
**Caleb Berry [13]** 58/3
227/13 228/4 228/5
232/8 232/8 232/17
232/18 237/5 238/7
239/5 240/15 240/17
**Caleb Berry's [5]**
237/22 237/23 240/6
241/16 253/7
**caliber [1]** 66/8
**call [36]** 6/21 29/6
33/20 37/7 53/4 53/4
53/8 53/9 54/15 54/19
55/17 56/5 56/8 64/18
68/7 69/19 70/11 78/15
78/22 86/22 87/6 87/12
87/25 89/3 93/20 96/23
122/24 133/1 136/16
161/7 190/12 190/14
199/25 227/2 236/11
245/17
**called [19]** 10/1 23/2
23/18 34/19 52/18
54/17 61/24 72/16 76/7
88/23 96/23 97/4 97/13
98/17 133/23 138/1
141/3 161/15 179/18
**calling [3]** 69/9 78/4
223/22
**calls [5]** 31/13 68/10
97/15 100/17 100/19
**calm [1]** 98/20
**came [14]** 30/21 33/5
54/4 69/17 73/4 87/16
87/17 102/21 140/3
157/15 168/12 186/24
250/24 252/3
**cameras [3]** 20/19
129/25 130/3
**camps [1]** 123/17
**can [112]** 7/13 9/18
10/25 11/2 11/2 17/15
17/15 17/24 19/3 20/15
21/13 22/1 22/10 27/16
27/17 27/19 27/21
35/10 36/3 56/25 60/10
64/9 65/25 74/3 91/9
94/7 94/19 96/7 98/5
108/13 108/17 111/8
113/9 113/23 120/20
121/2 122/5 122/6
123/22 123/25 124/22
129/1 145/5 145/23
146/1 147/17 148/6
150/14 150/18 151/3
152/8 156/24 157/13
159/10 159/15 160/8
161/4 167/2 169/23
177/24 178/7 179/8
179/25 180/22 181/2
181/20 186/19 189/11
190/1 193/21 197/17

can... [41] 199/6 199/8 199/13 199/18 200/13 200/13 200/15 201/14 201/21 202/3 202/16 203/16 207/3 214/2 215/17 216/21 217/24 220/23 221/21 221/22 221/23 222/24 223/6 224/19 225/13 225/24 225/25 230/1 233/3 238/7 242/17 244/19 245/8 245/14 246/3 246/4 246/18 249/16 251/18 252/11 253/6

can't [19] 26/25 34/1 59/4 59/18 80/3 99/1 118/17 121/16 122/3 136/15 166/6 167/23 168/4 177/11 195/16 221/9 221/10 245/11 252/21

cannot [14] 13/18 26/14 26/17 27/14 39/8 39/10 39/19 41/6 56/19 62/11 140/16 178/2 203/3 246/15

canon [1] 163/23

cap [1] 200/11

Capitol [119] 7/20 10/1 10/3 11/11 11/21 11/22 12/3 16/7 16/15 16/17 17/11 17/11 17/25 18/8 18/13 19/4 19/9 19/20 20/3 20/5 20/10 20/12 21/12 21/15 22/3 22/8 24/8 25/17 25/23 26/3 26/10 26/11 29/18 29/20 31/5 31/18 31/21 31/25 32/6 32/10 35/7 35/8 48/23 55/22 61/24 61/25 63/25 64/4 64/9 74/1 74/5 74/10 74/11 74/12 74/17 75/2 76/15 77/1 77/4 77/7 77/9 77/12 77/13 77/19 77/21 77/23 78/5 78/6 78/14 78/17 79/5 81/12 81/14 81/17 81/21 81/24 82/4 82/7 83/17 87/9 88/9 93/4 97/21 97/22 101/1 102/1 105/11 105/15 107/11 110/6 114/3 115/1 115/3 115/4 115/5 115/8 115/9 116/17 118/25 120/19 121/9 127/5 128/8 128/15 129/9 132/23 136/18 137/2 141/10 142/22 181/21 184/13 187/10 187/12 187/17 187/20 190/9 190/13 190/24

Capitol Building [16] 10/3 21/15 35/7 35/8 64/9 74/12 77/9 78/17 79/5 81/17 88/9 107/11 115/3 115/4 115/5

Capitol Grounds [3] 11/11 11/22 132/23

Capitol Police [2] 20/3 141/10

caps [1] 52/13

captain [1] 56/15

capture [2] 101/4 173/3

captured [5] 38/3 60/13 70/1 174/1 175/9

car [3] 188/12 188/13 228/5

care [3] 23/9 208/5 217/12

career [1] 15/11

careers [1] 18/1

careful [2] 20/22 54/14

carefully [2] 134/2 134/10

careless [1] 13/21

cargo [1] 21/7

carnival [1] 95/24

Carolina [1] 123/17

carrier [2] 87/19 100/23

carry [3] 25/9 32/22 44/2

carrying [5] 44/10 44/16 48/25 49/2 57/9 97/20 115/1 115/6 244/16

cart [4] 97/20 115/1 115/6 244/16

Carter [4] 104/10 104/15 145/9 145/14

carve [1] 173/17

case [92] 5/7 8/5 20/15 29/5 39/22 41/13 41/15 55/13 72/16 72/16 76/12 78/12 78/24 79/2 91/9 92/19 106/5 106/8 106/10 106/12 107/14 110/16 110/23 110/25 112/6 118/15 119/7 119/14 121/18 121/18 123/9 130/16 130/17 130/21 134/1 136/15 138/5 138/5 140/15 140/17 142/14 143/22 147/19 149/7 155/7 155/14 157/16 158/2 158/2 161/15 161/22 161/24 166/1 167/3 176/25 177/14 178/13 179/18 180/19 183/4 191/10 191/17 192/4 192/17 193/15 195/15 200/16 203/19 206/15 207/6 207/8 207/15 215/18 215/21 215/25 216/5 217/4 217/20 218/3 226/4 226/5 227/9 227/10 229/1 235/9 235/10 235/11 236/8 238/12 249/12 251/8 253/23

cases [22] 38/25 85/25 86/4 96/4 97/4 146/22 156/2 156/3 156/3

cases, [1] 235/7

cases, we [1] 235/7

cast [1] 59/21

catch [3] 164/4 164/4 164/5

catch-all [3] 164/4 164/4 164/5

categories [4] 7/3 126/5 138/8 214/24

category [4] 129/18 130/8 156/5 251/14

causal [5] 79/4 179/11 185/15 185/18 185/20

causation [9] 111/5 113/7 113/11 127/7 181/18 182/9 185/6 185/9 185/18

cause [16] 57/16 73/7 92/5 126/19 127/13 127/20 127/25 129/11 129/13 146/7 172/4 177/19 180/1 180/2 181/21 189/3

caused [9] 13/23 19/9 32/22 126/7 165/3 165/5 165/12 183/13 183/21

causes [2] 128/2 163/19

causing [8] 146/6 172/4 177/19 185/22 188/22 189/3 189/4 189/25

CCTV [2] 130/5 132/23

CDU [3] 9/24 9/25 10/2

cellular [1] 122/18

center [2] 14/21 20/5

centuries [1] 169/25

century [3] 169/13 169/19 170/16

certain [13] 22/3 51/6 51/7 55/24 92/2 111/11 122/18 150/3 160/15 178/18 188/21 211/5 219/18

certainly [35] 48/6 73/21 74/21 75/1 78/9 78/11 79/3 81/5 86/24 91/5 100/19 110/2 110/17 112/1 116/10 116/11 119/4 119/14 120/23 121/3 121/18 121/19 123/12 142/5 142/5 142/17 143/5 143/21 154/16 175/1 228/1 234/22 237/25 247/20 253/19

certification [24] 11/12 25/11 28/17 29/9 30/5 30/6 39/10 39/18 44/7 46/25 48/5 48/7 48/25 50/20 77/2 89/23 109/11 110/7 111/2

certified [3] 4/12 25/10 128/9

certify [4] 29/13 70/18 112/7 255/2

certifying [2] 51/4 82/10

cetera [3] 69/15 218/20 230/22

CH [1] 4/13

chain [1] 197/22

chair [2] 29/23 57/24

challenge [1] 136/4

challenging [1] 168/11

chamber [6] 25/1 25/4 25/18 25/19 29/21 30/13

chambers [3] 24/10 25/11 80/1

chance [6] 28/1 57/23 59/22 65/7 75/8 244/4

change [5] 106/11 127/6 133/19 145/8 224/3

changed [5] 19/4 34/21 228/15 248/16 248/19

changes [1] 159/16

changing [2] 54/1 210/2

chanted [1] 114/18

chants [1] 30/25

chaos [3] 15/8 16/20 25/13

Chapter [4] 204/11 204/18 220/24 221/24

Chapter 2 [2] 220/24 221/24

Chapter 5 [2] 204/11 204/18

character [4] 137/19 212/21 213/5 215/7

characteristics [2] 174/13 220/10

characterization [2] 91/10 141/1

characterized [1] 139/5

charge [9] 91/4 109/17 109/18 125/21 153/6 153/14 154/4 154/6 204/7

charged [20] 41/19 42/22 43/4 84/15 84/24 90/18 90/20 91/6 91/13 91/15 91/18 92/7 93/13 98/10 101/15 102/16 112/2 120/4 141/6 188/16

charges [5] 53/16 90/19 108/24 153/8 200/11

chart [4] 134/2 134/3 134/7 220/20

chat [35] 52/5 52/18 52/24 56/6 58/25 59/22 59/25 61/19 62/3 63/24 66/19 67/9 67/10 68/12 178/25 181/15

chats [13] 82/16 85/1 89/4 103/6 105/18 123/23 135/17 135/19 230/22 231/2 243/11 245/2 249/23

chatter [2] 120/18 120/19

check [1] 15/23

Chi [5] 58/21 58/22 60/2 62/11 103/3

Chi-Com [4] 58/21 58/22 60/2 103/3

Chi-Coms [1] 62/11

chicken [1] 219/15

chief [9] 28/8 28/11 28/14 41/13 59/5 106/5 119/7 121/18 184/2

Chief Judge Howell [1] 184/2

children [3] 58/8 58/8 128/20

chilling [1] 215/13

choice [4] 11/6 63/9 65/13 66/22

choices [2] 11/4 66/5

choose [6] 10/25 11/1 11/2 11/2 99/3 217/23

chooses [2] 150/19 217/7

choosing [1] 154/5

chose [13] 11/8 11/9 11/10 11/11 11/14 11/17 11/19 11/22 13/10 13/23 14/1 32/16 150/25

chosen [1] 31/2

Christmas [2] 64/21 64/25 65/14 66/1 141/14

Christmas Day [2] 64/25 65/14

Christopher [3] 8/11 8/14 9/2

Cinnaminson [1] 3/20

circles [1] 212/3

circuit [42] 39/7 39/21 41/4 94/21 97/4 97/9 102/8 109/13 125/13 133/24 142/15 158/3 160/16 160/22 160/24 161/3 161/5 161/10 161/14 161/18 161/24 161/25 166/23 167/5 167/11 167/14 176/24 191/17 192/22 194/3 194/17 194/25 196/3 196/20 197/5 207/6 207/12 216/5 216/8 235/8 235/11 235/14

Circuit's [2] 102/7 192/17

**C**

**Circuits [4]** 160/19
161/9 194/18 195/18
**circulate [1]** 208/17
**circulated [1]** 208/12
**circumstances [13]**
34/21 35/6 35/19 129/1
129/3 153/12 160/15
161/7 161/14 161/16
169/10 216/3 217/24
**circumstantial [2]**
57/10 85/23
**citadel [1]** 21/16
**citation [1]** 97/5
**citations [2]** 38/25 39/3
**cite [6]** 92/19 136/2
161/4 200/19 215/22
251/8
**cited [9]** 43/25 139/21
140/15 167/3 167/12
183/1 191/18 197/4
198/16
**cites [8]** 44/12 96/3
178/9 184/1 213/1
214/2 215/20 243/1
**citing [2]** 161/24
185/13
**citizen [1]** 128/21
**citizen's [1]** 61/5
**city [4]** 53/11 142/3
142/10 187/18
**civil [14]** 44/14 52/15
59/24 60/4 60/4 83/4
90/12 99/3 103/5 118/2
118/9 118/10 202/18
202/18
**Civil War [8]** 52/15
59/24 60/4 60/4 83/4
90/12 99/3 103/5
**claim [2]** 93/25 140/10
**claims [3]** 95/9 126/6
140/13
**clarification [1]** 28/3
**clarified [1]** 144/22
**clarify [1]** 59/10
**Clark [1]** 197/1
**class [2]** 9/8 9/12
**classification [1]** 156/2
**clause [4]** 46/11 46/15
47/5 49/2
**clauses [1]** 46/17
**claw [1]** 113/7
**clear [42]** 39/6 40/22
42/15 44/5 58/12 73/19
77/4 83/4 84/21 87/8
87/20 94/8 96/21
100/24 102/6 123/18
123/22 123/23 126/21
127/17 149/11 160/14
160/19 160/25 161/17
161/23 169/9 169/17
169/22 175/7 182/1
189/2 197/23 209/9
212/19 227/12 227/17
231/13 236/14 237/2
239/2 241/17
**cleared [1]** 124/10
**clearer [1]** 195/17

**clearly [20]** 44/2
86/22 88/17 104/3
117/21 143/18 143/24
151/4 164/6 172/22
173/2 173/15 175/16
179/6 192/19 202/11
211/14 227/23 229/13
231/8 232/4 237/1
**clerks [1]** 212/4
**client [4]** 121/11 190/8
224/9 230/12
**clinch [1]** 21/10
**CLINTON [1]** 4/7
**clintonpeed.com [1]**
4/10
**clips [1]** 32/14
**cloak [1]** 31/11
**close [13]** 21/8 38/8
64/9 68/8 76/11 78/11
86/1 100/19 100/21
110/22 119/14 153/25
251/10
**closely [1]** 162/17
**closeness [1]** 99/6
**closer [2]** 80/1 235/7
**closes [1]** 38/7
**closest [1]** 21/11
**closing [11]** 90/13 91/7
91/20 138/7 138/16
140/8 140/12 140/14
142/14 144/8 251/23
**closings [1]** 139/16
**cloud [1]** 252/3
**co [37]** 8/18 14/17
14/19 16/11 50/9 54/9
54/18 55/24 58/12
68/16 70/20 72/11
77/18 77/18 79/12 80/4
95/20 96/5 96/16 96/18
113/25 129/12 151/12
154/11 154/13 154/14
164/22 167/22 168/2
178/7 185/2 193/18
229/3 232/12 235/15
248/10 249/14
**co-conspiracy [1]**
154/13
**co-conspirator [5]**
113/25 154/11 154/14
167/22 249/14
**co-conspirators [23]**
8/18 14/17 14/19 16/11
50/9 54/9 54/18 58/12
68/16 70/20 77/18
77/18 79/12 80/4
129/12 164/22 168/2
178/7 185/2 193/18
229/3 232/12 235/15
**co-conspirators' [1]**
248/10
**co-defendants [6]**
55/24 72/11 95/20 96/5
96/16 96/18
**co-extensive [1]**
151/12
**Code [2]** 41/20 112/4
**Cody [3]** 232/14
232/19 242/25

**coffin [2]** 15/23 66/20
**cognizant [1]** 164/23
**colleague [2]** 30/14
31/10
**colleagues [5]** 17/18
17/23 30/23 32/23
152/1
**collect [1]** 250/6
**collective [4]** 77/4 77/6
145/2 222/10
**collectively [2]** 183/23
185/22
**college [10]** 11/13
24/23 24/24 44/8 48/6
50/21 59/21 82/10
110/7 112/7
**colluding [1]** 61/1
**color [1]** 53/25
**colorful [1]** 103/15
**COLUMBIA [5]** 1/1
61/11 88/22 107/10
148/19
**Columbus [1]** 130/6
**Columbus Doors [1]**
130/6
**column [1]** 245/25
**Com [4]** 58/21 58/22
60/2 103/3
**combat [2]** 52/9 83/5
**combination [2]**
127/19 245/5
**come [24]** 22/17 26/22
30/20 34/14 53/12
56/13 56/22 61/11
66/16 72/11 73/9 75/13
77/19 77/24 83/5 83/8
100/1 128/5 144/23
178/20 185/3 214/8
222/3 246/9
**comes [5]** 100/23
103/13 123/2 145/24
152/17
**Comfort [1]** 67/17
**Comfort Inn [1]** 67/17
**comfortable [1]** 58/1
**coming [15]** 21/22
52/14 56/19 62/17
67/24 69/13 72/8 83/11
83/23 103/24 121/2
121/4 210/3 211/8
250/24
**comma [2]** 163/4
164/19
**command [1]** 197/22
**commander [2]** 59/5
140/2
**commanders [1]**
139/22
**commands [1]** 45/13
**comment [8]** 122/5
122/5 155/20 199/7
228/8 230/9 240/1
242/10
**commentary [7]** 91/8
151/19 156/18 172/8
173/5 175/11 175/21
**comments [11]** 107/5

122/6 155/9 159/2
190/10 229/17 230/16
239/13
**commerce [2]** 118/11
118/12
**commission [32]**
149/25 150/2 150/6
150/18 151/11 152/24
152/25 153/18 155/21
156/13 157/2 158/20
158/23 159/9 159/11
159/14 159/20 159/21
171/24 173/2 173/24
174/5 174/12 174/17
174/24 175/8 175/16
202/3 202/11 202/14
202/19 202/22
**Commission's [2]**
149/21 159/16
**commit [6]** 13/10 14/1
94/23 120/5 120/8
120/12
**commitments [1]**
225/16
**commits [1]** 95/3
**committed [3]** 67/18
118/3 131/22
**committee [2]** 29/23
210/15
**committing [3]** 109/5
118/4 120/10
**commodity [1]** 118/12
**common [7]** 45/22
47/20 47/21 50/15
57/10 71/8 102/2
**communicate [1]**
176/24
**communicated [4]**
33/19 34/9 34/10 230/4
**communication [3]**
34/6 250/2 250/6
**communications [20]**
54/21 56/1 57/13 61/12
72/9 74/23 78/7 86/21
87/4 87/10 89/4 89/9
90/3 101/24 110/19
116/15 119/21 122/19
128/8 135/20
**communist [3]** 55/14
56/23 59/18
**Communists [1]** 98/25
**community [6]** 32/10
147/2 169/5 213/19
215/9 215/14
**companies [1]** 198/20
**compared [1]** 134/11
**compel [1]** 45/12
**compelled [1]** 234/14
**compels [1]** 150/2
**compilation [1]** 135/19
**compiled [1]** 135/14
**complained [1]** 135/14
**complete [2]** 30/4
248/12
**completed [2]** 221/11
221/17
**completely [2]** 64/13

122/6 155/9 159/2
190/10 229/17 230/16
239/13
**completion [1]** 44/8
**complex [2]** 29/18
187/12
**compliance [1]** 49/5
**component [3]** 50/8
187/5 196/5
**components [3]** 125/1
186/9 186/9
**computer [2]** 4/16
208/2
**computer-aided [1]**
4/16
**computers [1]** 252/1
**Coms [1]** 62/11
**conceal [1]** 51/10
**concealed [1]** 119/24
**concede [4]** 135/9
153/11 200/16 213/7
**concedes [1]** 164/7
**conceive [2]** 225/4
248/17
**conceived [1]** 172/15
**concept [6]** 7/12
139/21 165/25 193/4
200/20 212/25
**concern [3]** 97/9 142/9
215/12
**concerned [2]** 91/2
162/13
**concerning [8]** 67/8
67/15 68/23 110/4
138/14 208/23 212/20
213/4
**concerns [5]** 94/6 96/7
96/8 119/20 215/8
**concerted [1]** 250/13
**conclude [17]** 38/23
40/4 51/16 61/13 63/21
73/8 84/8 84/13 101/13
103/21 113/15 113/20
114/17 115/19 120/14
124/15 153/18
**concluded [37]** 50/3
54/6 69/23 70/6 71/22
73/21 74/8 76/2 76/11
76/24 78/18 79/17 82/9
86/4 88/1 88/6 89/19
93/18 98/9 99/17
100/16 100/21 101/14
104/14 105/7 106/3
106/25 107/14 112/25
113/19 114/2 114/4
119/6 138/3 170/13
238/18 254/3
**concludes [1]** 33/12
**conclusion [1]** 40/20
**conclusions [3]** 40/25
52/1 172/21
**concrete [1]** 221/1
**concurrent [1]** 206/7
**concurrently [1]**
205/18
**concurring [1]** 196/25
**condition [1]** 194/20
**conditions [1]** 202/5
**conduct [74]** 48/20
48/24 82/12 85/22 88/4

**conduct... [69]** 88/19
91/6 92/14 94/2 94/7
94/19 97/21 105/14
111/13 111/16 111/20
112/11 112/23 113/23
114/25 118/12 119/16
119/22 120/15 121/23
122/11 122/19 123/20
127/25 130/23 141/4
148/1 148/19 151/6
151/12 151/18 154/11
162/2 164/21 165/10
167/23 167/24 168/2
168/8 172/23 173/3
173/5 173/10 173/11
173/19 173/25 175/4
175/10 175/17 177/12
177/24 178/2 178/5
179/7 180/6 182/13
182/15 184/4 184/4
185/1 191/15 191/25
212/21 213/5 219/6
219/8 222/22 227/13
234/10
**confederate [1]** 32/13
**conference [1]** 30/24
**conferred [1]** 115/24
**confess [3]** 155/11
162/16 213/17
**confidence [1]** 125/12
**confirm [2]** 28/16
200/21
**confirmations [1]**
189/16
**confirming [1]** 241/22
**confirms [1]** 120/12
**conflated [1]** 135/11
**conflates [1]** 211/20
**conflating [2]** 236/24
248/9
**conflict [3]** 73/17
104/18 120/25
**conflicting [1]** 31/18
**confluence [1]** 204/24
**conforming [1]** 250/14
**conformity [1]** 229/15
**confront [1]** 81/3
**confrontation [1]**
81/10
**confronted [1]** 113/10
**confused [3]** 40/15
133/7 137/22
**confusion [1]** 17/4
**Congress [108]** 7/21
8/8 17/1 19/1 21/18
28/16 28/20 28/21
28/24 29/7 29/15 32/1
32/5 44/14 48/24 49/4
50/25 51/4 61/16 63/22
64/22 65/2 65/6 70/1
70/16 70/17 72/4 74/5
76/21 82/10 93/4 93/7
102/3 111/3 112/21
116/19 116/22 116/23
116/24 117/1 117/4
126/8 126/11 126/14
126/24 128/16 128/19

147/25 148/7 148/8
148/20 148/22 148/24
148/25 149/7 149/14
149/19 149/25 150/2
150/4 150/16 150/18
150/25 151/1 151/8
151/9 152/10 152/16
152/25 153/16 153/19
157/18 157/23 158/2
158/17 159/3 159/5
159/5 159/9 159/10
159/15 159/19 170/20
171/10 171/15 171/22
173/1 173/1 173/12
173/15 173/16 173/18
173/23 174/3 174/24
175/18 175/22 176/5
177/15 177/16 186/10
190/11 190/17 202/15
202/15
**Congress's [11]** 29/13
93/5 112/7 116/25
117/2 128/1 142/23
149/19 149/20 174/17
175/1
**congressional [15]**
16/25 22/7 25/11 32/4
75/2 148/12 148/15
148/22 149/4 149/8
157/6 159/8 176/20
183/24 209/18
**Congressman [2]**
153/1 153/5
**Congressmen [1]**
115/14
**Congresspeople [1]**
138/25
**congruently [1]** 203/3
**conjecture [2]** 39/12
129/5
**conjunction [1]** 55/15
**connection [7]** 34/3
68/14 88/20 172/24
177/8 198/24 219/23
**connote [1]** 193/6
**conquer [1]** 52/12 70/2
**consciousness [5]**
51/11 84/11 110/20
111/12 111/18
**consecutive [3]** 205/7
205/23 205/24
**consecutively [2]**
205/21 206/8
**consequences [1]**
60/14
**consider [16]** 38/13
125/23 155/12 156/16
156/18 166/1 196/6
199/8 212/15 212/17
212/23 213/4 213/23
214/6 215/17 216/21
**consideration [4]** 24/3
147/10 199/7 218/16
**considered [7]** 155/11
177/1 197/3 213/16
214/1 216/11 233/3
**considering [6]** 39/15

212/16 214/5
**consistent [3]** 46/7
47/21 127/11
**conspiracies [2]** 85/23
91/22
**conspiracy [94]** 39/10
41/20 41/22 42/18
42/22 42/23 43/1 43/4
44/1 46/16 49/16 49/18
49/25 50/19 51/12
51/21 53/16 54/22 61/8
68/25 76/9 82/9 82/14
84/9 84/9 85/8 85/24
86/16 86/23 87/6 89/18
89/21 90/18 90/20 91/6
91/16 91/19 91/24
92/12 92/15 92/19 97/6
97/7 98/10 98/11
101/15 101/18 102/6
102/10 108/24 109/3
109/22 109/24 111/22
113/21 114/2 116/9
116/13 116/19 117/24
125/16 143/15 143/16
143/20 143/22 154/6
154/7 154/13 165/12
165/13 165/15 165/17
165/18 165/18 166/2
166/10 166/16 167/25
168/8 184/5 184/17
198/18 198/23 200/14
200/18 200/21 206/3
219/24 221/4 221/12
225/5 225/6 232/23
234/23
**conspiracy's [2]** 86/16
97/11
**conspirator [6]** 113/25
145/9 154/11 154/14
167/22 249/14
**conspiratorial [2]** 50/4
97/23
**conspirators [36]** 8/18
14/17 14/19 16/11 50/9
51/7 54/9 54/18 58/12
63/21 68/16 69/23
70/20 71/9 72/11 77/18
77/18 79/12 80/4 84/8
84/13 86/15 92/4
129/12 143/23 164/22
164/23 165/10 165/16
168/2 178/7 185/2
193/18 229/3 232/12
235/15
**conspirators' [2]** 70/6
248/10
**conspired [4]** 42/7
109/4 113/20 114/24
**conspiring [3]** 42/2
54/17 190/23
**constant [2]** 20/20
22/23
**constantly [1]** 26/7
**constitute [4]** 47/4
54/21 180/22 181/2
**constitutes [5]** 120/15
180/19 186/3 186/6

**Constitution [7]** 4/13
7/7 29/1 29/16 47/2
48/9 64/13
**constitutional [3]** 7/17
9/5 208/14
**constitutionally [1]**
49/4
**constraints [1]** 223/3
**construe [1]** 149/2
**contact [4]** 62/22
248/25 249/2 251/7
**contained [6]** 45/2
100/12 134/4 172/2
174/8 204/18
**contemplate [1]**
202/20
**contemplated [5]**
92/18 126/23 143/14
143/18 228/3
**contemplating [2]**
148/21 148/25
**contemplation [1]**
178/21
**contend [3]** 139/4
233/20 238/22
**contended [1]** 92/16
**contending [1]** 238/6
**contends [8]** 46/24
76/6 97/19 99/23
125/20 130/12 141/4
181/25
**content [2]** 244/10
246/5
**contention [7]** 85/15
93/8 126/17 131/24
132/9 133/21 135/10
**contentions [1]** 126/3
**contents [3]** 97/15
100/19 111/20
**contest [1]** 135/24
**contested [1]** 39/9
**context [14]** 27/19 45/6
138/21 140/3 141/7
141/19 158/14 169/25
171/12 171/13 178/13
178/16 178/19 214/4
**continuation [1]** 82/13
**continue [3]** 11/22
12/24 23/3
**continued [1]** 2/1 3/1
4/1 18/9 22/25 51/7
65/21 82/20 89/22
89/24 140/24
**continues [3]** 33/7
55/19 68/3
**continuing [1]** 9/10
**continuously [1]** 10/8
**contradict [2]** 69/15
148/4
**contrary [2]** 43/6 184/8
**contrast [2]** 85/14
106/24
**contributed [3]** 68/16
183/24 187/8
**contributes [1]** 183/22
**contributing [1]** 143/5
**control [38]** 139/18

192/24 193/3
193/5 193/13 193/16
193/20 193/22 194/4
194/5 194/8 194/14
194/18 195/3 195/4
195/9 195/15 195/18
195/20 195/24 196/2
196/7 196/11 196/16
196/19 197/3 197/9
197/11 197/14 198/4
198/14 198/14 198/21
199/5 199/8 199/9
199/20
**controlled [5]** 194/3
194/22 196/10 198/4
198/23
**controlling [2]** 196/4
198/24
**controls [1]** 194/9
**controversial [1]**
167/13
**conundrum [1]** 200/24
**conveniently [1]**
132/18
**conversation [7]** 33/21
82/24 83/1 114/5
160/11 162/7 231/4
**conversations [4]**
106/21 212/5 249/4
251/21
**convict [3]** 50/23
126/18 237/16
**convicted [9]** 34/4 41/6
48/15 48/16 50/24
109/24 125/15 212/21
225/5
**conviction [15]** 38/11
41/7 66/14 106/6
110/21 110/24 111/25
112/17 112/23 124/20
182/15 233/21 236/17
237/14 238/8
**convictions [2]** 109/25
201/2
**convince [2]** 65/8
106/2
**convinced [3]** 155/17
224/15 238/17
**convincing [5]** 160/14
160/19 160/25 161/17
161/23
**Cooper [2]** 108/4
165/21
**cooperated [3]** 218/14
219/20 221/5
**cooperation [2]** 221/11
221/17
**cooperator [1]** 219/2
**cooperators [6]** 219/18
219/20 219/25 220/9
220/22 221/15
**coordinate [1]** 67/10
67/23
**coordinated [5]** 68/25
82/11 87/7 101/1 231/8
**coordinating [2]**
190/22 197/7
**coordination [4]** 76/25

**coordination...** [3] 100/20 100/21 110/14
**coordinators** [1] 20/6
**cope** [1] 9/13
**cops** [2] 81/14 119/1
**core** [1] 142/7
**corners** [1] 225/7
**corps** [1] 32/5
**correct** [17] 124/1 145/5 145/11 150/18 160/21 200/25 204/22 233/9 233/12 241/20 241/21 242/19 244/12 245/20 247/3 252/23 255/3
**corrected** [1] 37/10
**correctly** [2] 39/21 247/22
**corridors** [2] 25/16 26/11
**corroborates** [1] 120/12
**corrupt** [11] 60/25 61/6 111/2 111/5 111/7 111/19 111/21 113/16 114/23 115/20 116/8
**corrupt-intent** [1] 111/19
**corruptly** [4] 112/13 113/17 116/5 120/1
**coterminous** [2] 152/23 167/25
**could** [146] 12/23 15/7 17/6 19/5 26/4 26/24 27/6 27/10 30/24 31/20 34/15 34/25 39/12 40/19 49/24 50/3 50/11 50/22 51/15 51/25 54/6 54/20 55/5 55/17 56/1 57/2 58/10 61/13 62/16 63/21 68/15 68/22 69/4 69/13 69/23 70/5 71/5 71/7 71/7 71/21 72/10 72/19 73/8 73/21 74/8 74/18 74/23 76/1 76/3 76/11 76/24 77/11 78/3 78/12 78/15 78/18 79/1 79/17 80/13 80/23 81/5 81/20 82/9 84/7 84/13 85/21 86/4 86/5 86/8 86/14 87/25 88/6 88/16 89/4 89/19 89/21 92/24 93/24 95/7 95/23 98/9 99/6 99/6 99/17 99/25 100/15 100/21 101/13 103/15 104/5 104/14 105/7 106/21 106/25 107/13 109/19 110/11 110/13 110/23 112/17 112/20 112/25 113/1 113/3 113/19 114/1 114/4 114/17 115/19 115/24 116/3 116/8 118/22 119/5 119/6 120/14 122/16 123/12 124/15 130/20 137/1 137/11 137/24 138/2

**couldn't** [7] 14/10 17/6 25/14 34/12 95/9 195/17 207/11
**counsel** [16] 8/12 14/14 36/13 45/7 91/12 119/9 133/17 141/1 141/2 141/9 141/19 145/20 160/12 168/7 219/3 226/23
**count** [50] 11/13 21/25 41/6 41/8 41/18 43/4 101/15 102/2 108/23 109/15 109/20 110/1 110/2 110/4 110/25 112/1 112/12 112/15 113/22 116/4 116/9 116/18 117/9 117/10 117/13 117/13 117/14 117/21 118/1 118/16 119/18 119/19 120/4 124/20 124/21 125/14 125/14 125/22 203/17 203/17 203/25 204/1 205/5 206/3 206/5 206/6 206/7 206/20 206/25 221/7
**Count 1** [4] 41/18 43/4 101/15 206/3
**Count 11** [1] 124/21
**Count 2** [7] 108/23 109/20 110/2 110/4 110/25 117/9 206/5
**Count 3** [2] 112/2 117/13
**Count 4** [5] 110/1 116/18 117/10 117/13 206/7
**Count 6** [1] 118/1
**Count 7** [2] 119/19 120/4
**Count 9** [1] 124/20
**counteract** [1] 46/3
**counterintuitive** [1] 155/21
**counting** [1] 179/5
**country** [7] 15/7 15/9 15/18 56/23 99/2 148/17 148/22
**counts** [7] 88/15 107/17 109/15 117/9 117/18 117/19 125/23
**counts:** [1] 125/16
**counts: obstruction** [1] 125/16
**couple** [7] 12/12 109/9 140/9 145/6 208/20 214/2 236/23
**courage** [1] 15/4
**course** [40] 7/16 12/13 21/12 59/15 71/21

**coordination** [3] — second column —
158/8 160/8 171/9 181/10 192/9 194/8 194/14 195/13 216/11 224/15 225/17 233/14 236/12 238/18 246/20 248/15 250/4 253/14 253/20
**couldn't** [7] 14/10 17/6 25/14 34/12 95/9 195/17 207/11
**counsel** ... 81/16 82/2 82/5 87/1 88/7 88/19 89/6 89/8 103/6 103/10 103/14 105/3 105/8 107/8 111/13 114/19 115/16 119/7 122/15 139/18 150/17 153/2 170/23 171/8 187/5 187/17 189/5 198/7 201/4 226/8 248/21
**court** [169] 1/1 4/11 4/12 5/2 7/1 8/12 13/5 14/13 16/13 20/2 20/8 22/12 24/1 28/7 28/10 33/19 34/14 34/15 34/18 35/8 35/12 36/2 36/7 38/8 38/13 38/18 39/4 39/23 41/2 41/10 43/25 44/13 45/5 45/16 45/21 46/8 46/12 46/19 46/21 47/5 47/12 47/16 48/3 92/22 95/7 106/10 106/18 108/3 126/3 128/7 131/15 131/24 132/18 133/20 136/5 136/8 139/16 140/22 145/10 147/6 149/2 153/18 154/1 154/15 155/6 155/7 155/8 156/6 156/16 156/19 156/23 157/9 159/25 160/2 160/17 160/25 161/16 162/12 162/13 163/22 165/14 166/2 166/13 167/1 167/4 167/5 167/8 172/19 176/4 179/17 179/24 180/13 180/25 185/4 186/7 188/6 188/15 188/20 188/24 189/1 189/10 189/16 190/1 193/2 193/10 193/16 194/23 195/5 195/17 199/6 199/8 200/13 200/14 201/1 201/6 201/9 201/10 201/14 201/21 201/24 202/3 203/4 205/1 205/16 206/24 207/14 209/7 209/21 210/10 210/17 211/10 211/21 211/22 212/15 213/3 213/14 213/23 213/25 214/12 215/2 215/5 215/17 216/6 216/10 216/13 216/16 216/21 217/5 217/7 217/17 217/22 217/23 221/14 223/12 230/9 235/13 235/14 236/13 236/16 236/21 243/1 248/21 251/11 252/18 252/20 253/15 253/19 254/1
**Court's** [20] 40/16 40/23 44/18 47/20 111/22 131/22 136/13 147/10 149/6 158/10

**crowd** [6] 64/8 79/9 79/25 80/4 114/11 165/6
**Crowl** [4] 56/14 79/22 122/22 123/10
**CRR** [2] 255/2 255/8
**crying** [1] 13/5
**culpability** [3] 119/16 185/1 219/8
**culpable** [2] 27/16 198/11
**Cummings** [2] 72/22 81/22
**Curley** [2] 39/21 39/25
**current** [2] 53/6 65/5
**currently** [1] 9/2
**cut** [2] 210/4 210/7
**CV** [1] 210/16

**D**

**D-y-k-e-s** [1] 41/3
**D.C** [52] 1/5 1/17 3/15 4/9 4/14 29/8 52/7 53/12 55/11 55/12 55/13 56/8 56/11 56/18 57/2 57/7 60/10 62/17 63/5 63/6 64/7 64/15 65/4 66/23 67/2 67/10 69/13 70/23 71/14 72/8 73/9 75/11 76/7 81/13 87/1 87/14 87/15 100/1 100/5 100/23 102/7 102/24 104/4 107/13 115/4 123/2 150/8 166/23 167/5 191/2 210/17 244/1
**D.C.** [13] 66/25 67/9 68/12 77/19 77/22 97/12 125/13 161/3 161/5 161/18 207/12 228/14 233/8
**D.C. Circuit** [5] 125/13 161/3 161/5 161/18 207/12
**D.C. Jan. 6** [1] 68/12
**D.C. Jan. 6 Op** [2] 97/12 233/8
**D.C. Op Jan 6** [1] 77/19
**D.C. Op Jan. 6** [1] 77/22
**D.C. Op Jan. 6, 21** [2] 66/25 67/9
**D.C.'s** [1] 55/18
**dad** [1] 20/21
**daily** [3] 11/4 25/3 26/23
**Dallas** [2] 2/4 2/8
**damage** [7] 19/8 146/8 151/22 166/15 177/20 188/13 188/14
**danger** [2] 16/2 32/24
**dangerous** [1] 198/11
**dark** [6] 84/6 121/9 123/6 230/11 230/20 249/21
**date** [24] 59/20 61/7 61/9 61/12 64/18 100/9

**date... [18]** 167/8
227/11 227/12 229/8
233/4 233/6 233/18
233/20 235/18 235/20
237/6 238/9 243/21
243/22 246/8 246/13
246/13 255/7
**dates [5]** 100/13
100/14 221/15 231/22
243/15
**daughter [3]** 12/6
13/18 20/20
**daughter's [2]** 12/16
12/17
**daughters [1]** 7/20
**David [9]** 4/2 5/12 5/24
16/8 16/10 16/14 19/22
59/13 75/16
**David Fischer [1]** 5/24
**David Lazarus [2]** 16/8
16/14
**David Moerschel [3]**
5/12 16/10 19/22
**David Roberts [1]**
59/13
**day [84]** 6/12 9/14 10/4
10/7 11/25 12/1 12/14
12/24 15/17 16/2 17/12
18/11 18/23 19/4 19/7
20/13 20/17 21/14
21/18 21/22 21/24 22/6
22/12 22/16 22/22 23/1
27/13 29/2 29/18 30/7
30/11 32/15 32/15
33/25 34/5 52/23 53/23
59/7 61/11 61/20 62/6
62/7 63/18 64/5 64/8
64/21 64/25 65/14
65/21 67/18 71/13
74/10 74/12 74/20
74/21 75/1 78/11 79/20
80/7 82/11 90/15 91/14
100/22 100/24 103/1
123/11 128/19 130/22
137/2 137/13 137/19
138/4 165/6 188/13
190/3 191/2 197/24
229/23 240/22 249/25
**day: [1]** 26/8
**day: the [1]** 26/8
**days [6]** 31/20 32/10
52/4 123/5 210/3
249/11
**deadly [1]** 63/13
**deal [6]** 67/7 124/22
145/1 147/22 207/2
207/12
**dealing [2]** 6/8 23/16
**deals [1]** 147/20
**dear [1]** 33/7
**death [6]** 58/1 69/15
103/7 103/8 141/15
179/22
**debris [1]** 26/10
**December [36]** 58/11
58/19 58/24 59/7 59/20

61/20 62/18 63/2 63/20
63/23 64/12 66/4 66/7
66/10 66/13 66/15
66/18 67/6 67/15 71/13
75/10 99/5 99/14 99/18
100/4 100/11 103/6
103/23 109/1 134/24
135/6 135/8
**December 10th [1]**
58/19
**December 22nd [2]**
61/20 62/18
**December 24th [1]**
64/12
**December 26th [1]**
66/4
**December 29th [2]**
66/15 75/10
**December 30th [1]**
67/15
**December 31st [2]**
66/18 100/11
**decided [6]** 100/1
109/13 142/15 200/25
201/4 253/10
**deciding [1]** 26/4
**decision [20]** 28/3
39/17 41/11 44/19
102/7 113/8 131/22
134/23 168/20 178/11
181/14 183/3 183/4
192/3 209/25 212/12
212/13 212/16 224/12
253/3
**decisions [5]** 13/11
13/15 209/23 210/3
211/24
**declaration [1]** 104/24
**declarations [1]** 128/4
**declare [2]** 50/18 63/16
**declares [2]** 83/17
105/17
**declaring [1]** 63/10
**declined [2]** 45/6 167/5
**dedicated [1]** 16/1
**deemed [1]** 25/19
**deep [4]** 18/16 18/16
20/8 59/2
**deeply [1]** 7/23
**defeat [4]** 46/3 58/21
60/5 103/5
**defend [2]** 10/15 33/6
**defendant [71]** 2/2
2/13 3/2 3/6 3/9 3/13
3/18 4/2 4/7 5/8 5/9
5/10 5/10 5/11 5/11
5/12 5/12 5/13 5/17
5/18 5/19 5/20 5/21
5/22 5/23 5/24 5/25
14/19 40/18 41/6 41/9
42/2 42/7 42/12 84/23
85/24 90/20 91/23 96/4
109/4 109/7 109/23
112/5 112/8 112/9
112/12 112/17 112/20
113/15 116/20 118/4
119/23 119/25 119/25

131/19 137/13 141/5
141/12 178/8 183/18
185/3 185/21 196/17
208/8 213/5 215/7
226/6 230/12
**Defendant 10 [1]** 5/12
**Defendant 11 [1]** 5/13
**Defendant 8 [1]** 5/12
**Defendant Caldwell [1]**
5/24
**Defendant Harrelson
[1]** 130/10
**Defendant Meggs [1]**
5/18
**Defendant Minuta [1]**
5/21
**Defendant No. 1 [1]**
5/8
**Defendant No. 3 [1]**
5/10
**Defendant Rhodes [1]**
5/17
**Defendant Vallejo [1]**
5/25
**Defendant Watkins [2]**
5/20 141/12
**defendant's [17]** 38/9
45/7 51/20 91/11
112/11 118/6 120/12
124/16 131/13 131/21
141/4 165/22 182/14
183/16 184/4 184/24
191/24
**defendants [108]** 1/7
6/1 6/3 7/9 7/16 16/9
20/10 21/23 22/19
27/22 29/4 29/5 29/11
32/25 33/1 33/3 35/5
36/17 37/6 37/10 37/15
37/21 41/13 41/14
41/19 41/22 42/16
43/18 43/20 48/15
48/16 49/19 50/23
50/24 51/3 51/6 51/12
55/24 61/13 69/1 69/3
70/3 72/11 73/4 85/15
87/22 88/15 90/13
90/23 92/3 92/16 93/2
93/3 93/17 93/19 93/25
94/9 94/14 95/9 95/11
95/11 95/20 96/5 96/10
96/16 96/18 97/8
102/17 106/13 107/5
109/2 112/20 113/1
119/19 131/8 133/12
133/22 135/14 135/23
135/25 136/24 137/5
137/8 137/10 138/6
139/22 140/10 140/20
141/9 141/11 144/11
178/3 178/5 184/25
186/11 187/8 187/25
191/10 191/14 192/5
200/11 213/24 218/17
219/17 220/18 222/5
224/25 225/9
**defendants' [10]** 20/16

40/21 40/24 51/8
137/25 185/16 196/23
**defended [1]** 11/21
**defending [1]** 23/25
**defense [57]** 6/20 8/12
33/15 34/22 41/15
52/24 63/15 69/12
72/14 75/7 76/6 76/13
78/24 82/19 85/14
85/25 86/2 86/4 89/12
91/4 91/9 91/21 106/10
110/23 110/25 121/11
121/17 122/15 123/1
125/20 127/18 128/24
129/10 129/23 130/15
130/17 133/6 134/7
134/13 134/15 138/5
140/15 141/1 141/2
141/4 141/9 141/23
142/24 160/11 200/1
215/6 216/14 216/14
216/17 216/17 218/22
219/2
**defensive [5]** 54/15
72/15 72/21 73/3
140/19
**defer [1]** 217/22
**defiance [1]** 82/18
**define [4]** 176/8 182/21
192/24 222/24
**defined [13]** 45/8 45/18
46/9 47/25 48/1 112/6
147/1 151/8 170/24
173/1 173/15 178/17
225/7
**defines [3]** 47/23
163/16 169/3
**definitely [1]** 104/22
242/22
**definition [32]** 43/24
44/3 44/6 45/1 45/13
46/7 46/19 92/23
147/14 152/14 152/23
169/11 169/18 170/4
170/6 170/7 170/9
170/14 170/19 171/17
172/16 172/18 176/1
176/6 176/14 178/14
181/4 182/10 185/2
187/15 187/18 194/12
**definitions [8]** 44/11
45/18 45/22 45/23
164/6 176/3 176/4
194/19
**definitive [1]** 245/7
**definitively [1]** 150/15
**degree [6]** 17/4 118/10
185/6 192/23 199/9
199/10
**delay [3]** 41/25 42/4
42/19
**delayed [4]** 118/10
126/10 126/13 127/21
**delaying [1]** 42/10
**delete [16]** 119/20
121/25 122/3 122/3
122/4 122/5 122/6

2015 124/6 124/18
229/23 230/16 231/6
231/11 242/23 250/13
**deleted [18]** 85/3 85/10
124/13 124/17 227/15
227/17 228/7 233/24
239/16 239/23 241/2
241/14 242/21 243/3
246/16 246/20 247/9
253/17
**deletes [2]** 124/4
249/25
**deleting [8]** 85/5
122/18 220/12 220/14
227/11 231/6 234/13
250/11
**deletion [9]** 232/11
234/11 238/7 238/9
238/11 238/18 238/19
238/24 250/17
**delivering [1]** 25/4
**demand [3]** 60/25
129/7 129/7
**demands [1]** 125/22
**democracy [13]** 7/6
7/8 7/11 7/15 7/24 8/6
21/17 25/8 32/2 32/23
33/2 33/4 33/7
**democratic [1]** 20/14
**demonic [1]** 98/25
**demonstrate [2]**
121/13 167/15
**demonstrates [1]**
123/18
**denial [2]** 51/23 149/6
**denials [1]** 86/6
**denied [3]** 78/24
130/25 144/14
**Dennis [1]** 94/18
**Department [6]** 8/15
9/3 20/4 27/25 34/2
157/25
**departure [15]** 199/23
199/24 199/24 201/13
202/1 202/2 202/7
204/10 204/11 204/15
205/2 208/7 213/3
224/20 224/23
**departures [2]** 203/13
204/18
**depending [2]** 145/22
162/8
**depends [1]** 223/4
**depicted [1]** 136/20
**deploy [1]** 98/19
**depressed [1]** 23/7
**depth [1]** 26/17
**deputies [1]** 229/16
**derived [1]** 134/7
**describe [3]** 46/15
141/19 150/25
**described [16]** 16/20
30/14 31/10 51/17
52/19 70/14 72/22
92/25 102/8 117/8
149/10 149/15 197/2
215/4 228/25 246/19
**describes [3]** 92/13

describes... [2] 103/24 216/5

describing [3] 17/21 31/14 46/11

designed [1] 43/9

desire [2] 23/12 70/6

desks [1] 32/13

despair [1] 26/18

desperate [1] 59/3

despite [5] 26/23 33/7 50/7 58/4 71/10

destroy [5] 33/3 51/9 228/10 240/8 248/18

destroyed [2] 27/14 119/24

destroying [1] 171/1

destruction [6] 25/13 109/12 111/16 154/5 236/25 237/3

destructive [1] 63/11

detail [8] 16/16 62/17 63/1 84/22 99/9 99/12 133/1 245/3

detailed [3] 48/12 228/24 232/8

details [4] 49/19 69/22 128/18 245/24

detection [1] 54/11

deter [1] 174/10

determination [5] 41/10 159/8 186/12 199/6 226/13

determinations [3] 161/1 162/2 224/8

determine [7] 38/14 40/16 102/14 111/24 124/13 182/2 203/11

determined [5] 18/21 49/11 49/25 146/12 218/25

determining [3] 192/20 213/2 216/10

deuce [1] 103/16

developments [1] 35/15

device [3] 231/17 239/24 251/25

devices [1] 134/21

DHS [1] 187/5

diatribe [1] 97/20

dicta [1] 216/12

dictionaries [3] 44/12 45/15 46/10

dictionary [9] 43/24 45/3 45/3 45/17 45/23 47/22 147/1 169/3 169/22

dictum [1] 197/2

did [106] 7/16 14/4 17/6 17/6 17/10 23/23 29/2 32/15 33/4 36/18 42/17 50/14 51/12 53/24 58/14 60/20 62/5 69/1 71/23 72/2 72/6 85/19 86/5 86/25 90/9 91/4 93/22 94/14 96/6 96/23 96/24 101/14 113/1 113/20 114/2 114/14 114/14 119/16 121/25 124/17 128/3 128/5 128/6 130/13 130/18 130/22 133/17 134/2 134/2 135/22 135/24 136/5 138/2 138/3 139/8 139/8 149/9 152/8 159/12 160/13 161/8 161/23 162/6 166/10 184/5 184/7 185/5 189/25 202/12 209/6 209/9 214/6 214/16 216/15 216/24 217/3 217/12 217/23 219/22 220/2 228/9 228/9 230/16 231/2 237/16 239/13 239/22 240/1 240/8 241/5 241/5 241/6 241/7 241/19 241/23 242/23 244/4 244/6 245/13 246/2 248/4 253/10 253/18

didn't [31] 20/17 95/19 95/21 96/15 141/10 155/11 159/5 162/6 162/21 164/16 165/2 166/5 166/6 190/9 190/17 191/23 197/8 198/12 198/13 223/11 224/22 236/8 237/20 241/4 243/5 243/6 247/16 248/3 248/18 249/3 249/19

die [8] 52/12 53/10 54/24 58/9 62/4 70/2 72/7 139/7

died [2] 27/8 31/8

different [23] 21/4 93/10 93/24 106/9 107/15 125/11 142/13 143/17 144/11 160/2 164/9 164/11 183/2 183/7 206/12 206/13 208/21 215/16 216/9 216/16 225/10 245/11 247/7

differently [5] 43/9 93/16 179/12 194/7 222/19

difficult [3] 17/5 17/22 133/8

digest [1] 253/2

direct [10] 26/21 40/2 159/20 185/20 239/7 239/12 239/18 239/19 240/6 250/5

directed [20] 40/18 48/20 48/20 50/16 63/22 70/1 70/23 78/13 97/21 106/7 106/10 153/16 172/23 174/5 174/11 177/11 177/12 177/13 177/24 197/24

direction [3] 77/6 79/4 193/23

directive [2] 174/18 175/1

directives [3] 229/16 229/19 250/12

directly [2] 215/5 216/7

directs [1] 194/9

disagree [5] 48/7 132/11 177/17 182/8 211/5

disagreement [2] 168/15 168/19

disbelief [1] 15/7

discharged [1] 38/19

discharging [6] 29/15 30/9 32/9 116/19 116/23 125/17

disciplined [1] 53/15

disclose [1] 128/17

disclosed [6] 59/8 125/9 125/20 128/9 134/14 136/4

discovery [1] 17/9

discredited [3] 86/5 110/23 122/16

discretion [1] 131/23

discretionary [1] 154/21

discuss [13] 9/15 9/17 51/20 82/20 88/24 89/11 109/16 121/10 125/22 199/18 215/1 227/7 231/5

discussed [14] 31/23 50/9 68/7 71/24 76/10 89/19 110/12 115/21 131/7 136/3 207/17 231/15 233/1 235/10

discussing [1] 140/13

discussion [5] 140/3 179/9 236/13 237/24 248/6

discussions [1] 78/6

disgrace [1] 10/9

disgusting [4] 18/21 141/3 141/8 141/17

disheartening [1] 99/20

dishonesty [1] 58/6

dismiss [5] 43/22 48/10 48/19 49/8 149/7

disorder [2] 118/2 118/9 118/10

disparate [2] 132/13 132/19

dispatcher [1] 16/21

displayed [2] 140/16 140/25

displaying [1] 140/22

disposed [2] 84/23 101/6

disposition [1] 170/25

dispositive [2] 175/23 196/22

disputed [1] 130/19

disrespect [1] 15/8

disrupt [3] 57/3 116/14 128/16

disrupting [2] 129/11 240/16

dissent [1] 176/12

dissenting [1] 94/19

distinct [1] 117/15

distinctly [1] 211/5

distinguish [4] 47/12 47/14 143/17 189/12

distinguishable [1] 107/15

distinguished [1] 235/14

distinguishing [1] 92/20

distraction [1] 71/20

distractions [1] 7/10

distribution [1] 179/23

district [18] 1/1 1/1 1/10 9/21 61/11 69/17 74/16 76/8 88/22 97/7 106/9 107/10 148/17 148/19 213/14 214/1 215/3 215/19

divergence [1] 160/18

dividing [1] 84/18

division [1] 9/23

divorced [1] 142/6

DMs [1] 124/6

DNI [1] 61/3

do [133] 7/14 10/25 10/25 11/2 11/2 17/5 17/6 17/15 23/10 23/12 23/13 27/3 27/11 27/11 30/17 32/17 32/20 34/15 34/16 34/24 36/13 36/20 36/22 41/2 41/22 43/8 43/22 48/22 49/24 50/12 51/3 53/2 53/2 53/14 53/20 55/20 58/2 58/2 60/22 61/4 61/6 62/13 64/2 68/7 69/13 70/20 73/18 75/22 75/23 75/23 77/2 82/16 83/9 83/9 83/10 83/10 83/15 86/13 94/21 97/2 100/18 101/25 104/20 110/8 112/16 112/25 113/4 119/9 120/18 121/4 121/5 121/8 121/10 124/3 124/20 139/7 139/8 139/23 141/10 144/25 145/1 146/19 150/15 150/16 158/21 166/13 173/3 179/10 180/9 181/1 181/10 182/5 186/12 190/11 197/24 198/7 198/13 200/8 203/10 204/2 206/10 206/16 208/19 211/15 216/15 216/16 217/2 217/7 221/19 221/20 222/18 222/19 222/20 222/21 223/2 223/6 224/1 224/7 224/10 234/3 236/9 238/14 240/2 241/8 247/14 249/8 251/11 251/13 252/21 253/10 253/10 253/12

do you [3] 119/9 200/8 253/12

Do you have [1] 223/2

docket [2] 38/4 214/16

docketed [3] 214/21 215/11 215/12

document [1] 119/24

documents [7] 25/4 120/6 120/9 120/11 134/4 159/4 176/14

does [50] 6/15 7/14 33/15 49/3 62/21 62/25 65/3 65/24 111/21 117/23 117/24 128/16 129/1 129/22 147/8 147/21 148/8 149/15 162/19 163/3 163/7 165/23 171/25 172/9 176/5 176/18 179/6 180/5 183/15 187/24 188/6 191/7 195/5 195/6 197/19 200/20 201/25 202/2 204/3 204/4 207/14 207/15 210/4 210/7 210/15 211/13 218/4 225/3 244/24 250/1

does there [1] 197/19

doesn't [28] 59/1 60/2 93/16 103/3 105/1 122/4 129/18 142/17 143/16 144/3 154/1 178/1 178/18 189/24 194/5 194/24 195/2 201/21 202/19 204/11 204/13 204/14 204/18 204/20 205/13 214/23 225/4 248/10

doing [15] 23/10 23/17 54/16 84/4 105/25 112/18 120/19 121/9 148/23 151/2 151/22 201/6 217/14 223/5 236/18

Dolan [21] 62/7 65/4 68/18 70/1 70/11 70/22 71/9 71/11 71/16 76/21 79/7 79/23 80/25 88/2 88/13 139/5 139/6 139/9 197/21 197/24 198/6

Dolan's [6] 71/5 88/9 114/18 139/21 140/2 140/13

dollar [3] 134/6 182/2 186/8

dollars' [1] 83/21

dome [1] 77/25

Dominic [1] 99/19

Dominic Pezzola [1] 99/19

don't [76] 6/18 15/12 23/12 35/21 49/11 53/16 54/16 55/3 56/21 56/23 65/9 67/20 71/1

**D**

**don't...** [63] 75/12 90/19 97/5 107/16 108/18 123/23 124/4 128/23 129/9 131/7 135/25 136/15 145/2 145/7 145/25 147/19 150/13 152/22 153/17 155/7 156/11 156/14 158/11 159/7 159/7 164/11 169/20 169/21 169/21 170/1 176/5 186/14 188/15 191/13 192/6 192/13 194/10 195/23 196/2 197/15 199/17 205/3 209/2 209/13 209/20 210/1 210/20 213/10 214/21 217/12 218/22 220/13 223/10 224/1 226/23 231/7 238/10 238/13 242/17 245/4 246/9 247/18 248/17
**done** [19] 10/21 20/15 24/5 27/13 52/10 60/22 85/20 124/13 126/4 131/1 137/1 158/24 161/9 166/4 210/20 216/16 236/11 239/14 253/11
**donned** [1] 30/16
**Donovan** [1] 122/22
**Donovan Crowl** [1] 122/22
**door** [4] 31/1 77/21 79/19 111/11
**doors** [5] 25/24 77/23 81/7 92/9 130/6
**doorsteps** [1] 61/5
**doorway** [1] 144/2
**double** [1] 179/5
**double-counting** [1] 179/5
**doubled** [1] 161/13
**doubt** [13] 7/7 38/17 38/23 40/10 40/10 40/21 42/6 43/2 50/1 51/18 51/24 94/7 209/14
**doubts** [2] 39/13 39/16
**Douglas** [1] 94/18
**down** [22] 8/18 13/5 21/25 25/23 36/19 55/15 56/21 67/17 74/5 79/15 80/19 80/23 105/2 105/9 115/7 115/8 115/9 123/9 123/19 150/9 168/23 229/17
**download** [2] 242/8 246/8
**downloaded** [1] 247/7
**downloads** [3] 231/16 231/16 246/7
**downplay** [1] 12/15
**dozen** [1] 61/4
**dozens** [1] 27/4
**draw** [3] 38/20 109/19

**drawing** [2] 40/25 126/15
**drawn** [12] 68/22 74/18 74/23 79/2 93/24 94/8 98/5 106/15 111/8 116/3 142/8 187/17
**dread** [1] 21/24
**drive** [2] 3/19 227/14
**driving** [1] 239/11
**drop** [1] 188/14
**dropped** [1] 15/22
**drove** [2] 93/4 142/21
**drug** [2] 97/5 97/6
**drum** [1] 52/2
**dubious** [1] 58/17
**due** [7] 24/25 31/3 90/24 94/4 131/1 167/10 209/20
**due-process** [1] 90/24
**duly** [1] 59/19
**dumped** [1] 243/9
**Dunn** [4] 19/20 19/25 24/5 129/16
**Dunn's** [1] 129/21
**duplicitous** [1] 117/13
**Duplicity** [1] 117/14
**during** [23] 22/8 37/3 53/4 63/20 64/8 67/6 67/14 68/13 69/18 70/11 73/25 83/1 85/8 104/12 105/17 110/19 114/25 116/17 118/2 118/9 134/25 215/9 222/16
**duties** [9] 29/15 30/9 32/9 116/20 116/25 117/2 118/8 119/11 125/17
**duty** [7] 30/7 38/19 53/2 116/23 186/15 187/16 187/17
**dying** [3] 73/7 103/7 103/8
**Dykes** [1] 41/3

**E**

**E.D.N.Y** [1] 215/23
**each** [39] 19/6 21/22 21/24 37/6 43/10 51/20 52/8 77/15 81/7 81/7 85/24 87/22 109/23 112/17 113/4 113/15 117/21 117/21 117/22 122/9 134/10 165/21 166/11 167/21 168/6 178/5 183/22 183/24 184/12 186/9 188/14 192/16 199/19 220/4 220/8 223/3 224/24 226/5 237/10
**earlier** [8] 90/3 112/14 116/11 127/8 144/22 223/7 234/5 249/11
**earliest** [1] 169/15
**early** [7] 12/5 25/15 56/2 58/10 58/11 67/6 188/23

**earpiece** [2] 124/23 249/15
**easier** [2] 65/22 121/5
**easiest** [1] 118/23
**easily** [6] 26/22 69/14 86/5 104/5 118/22 248/16
**East** [1] 137/15
**East Plaza** [1] 137/15
**Eastern** [2] 54/2 106/8
**Eastern Europe** [1] 54/2
**easy** [4] 62/3 132/17 191/9 216/20
**ECF** [8] 37/4 45/19 124/24 131/11 132/7 162/14 183/11 183/13
**ECF 384** [1] 37/4
**ECF 429** [1] 45/19
**ECF 433** [1] 124/24
**ECF 434** [1] 131/11
**ECF 457** [1] 132/7
**ECF 575** [1] 162/14
**Ed** [1] 123/1
**Ed MacMahon** [1] 123/1
**Edmund** [1] 3/14
**education** [1] 9/11
**Edward** [4] 2/10 5/13 5/13 5/17
**Edward Tarpley** [1] 5/17
**Edwards** [8] 1/15 5/15 6/22 14/6 33/14 144/19 217/3 251/22
**edwardtarpley** [1] 2/12
**effect** [12] 44/2 44/10 44/16 103/17 112/10 115/13 159/16 187/3 189/4 190/3 202/17 215/13
**effective** [1] 71/19
**effects** [4] 9/18 22/14 27/19 218/10
**effectual** [1] 44/9
**effectuating** [1] 102/10
**effort** [2] 77/1 231/8
**efforts** [6] 50/18 51/9 61/17 67/11 74/12 87/11
**egg** [1] 219/15
**eggs** [1] 56/15
**egregious** [1] 151/18
**eight** [9] 146/5 147/25 153/15 153/20 172/2 173/9 174/25 177/11 201/10
**eight-level** [6] 146/5 147/25 172/2 173/9 174/25 177/11
**eight-point** [2] 153/20 201/10
**either** [26] 17/10 38/25 40/4 42/8 42/24 52/9 58/19 82/6 98/3 118/11 125/5 126/13 133/21 137/14 157/3 159/15 174/21 174/24 181/22 188/7 188/7 190/4

**either/or** [2] 188/7 190/4
**elaborate** [1] 216/4
**elected** [2] 59/19 97/2
**election** [18] 11/15 25/12 28/17 28/18 29/11 29/13 49/23 50/5 50/7 51/4 52/2 52/4 52/20 53/7 58/6 61/2 70/18 89/3
**electoral** [9] 11/13 25/10 44/8 48/6 50/21 59/21 82/10 110/7 112/7
**Electoral College** [7] 11/13 44/8 48/6 50/21 59/21 110/7 112/7
**electronic** [1] 251/25
**electronics** [1] 82/25
**element** [6] 113/17 116/5 117/22 163/14 168/3 203/5
**elements** [10] 38/16 102/13 109/3 111/19 113/18 117/21 118/3 119/23 122/20 130/20
**elicit** [1] 35/3
**elicited** [1] 138/23
**ELMER** [3] 1/6 2/2 5/9
**Elmer Stewart Rhodes III** [1] 5/9
**else** [14] 27/23 54/23 55/2 64/18 127/19 130/18 155/1 188/4 191/6 196/12 207/23 222/8 226/18 236/3
**else's** [1] 71/7
**elsewhere** [1] 18/5 127/3
**email** [16] 1/18 1/19 2/5 2/9 2/12 2/16 3/5 3/8 3/12 3/16 3/21 4/5 4/10 14/14 212/6 217/16
**emails** [1] 251/22
**emergency** [2] 55/12 72/16
**Emerita** [2] 28/8 28/12
**emits** [1] 71/7
**emotional** [5] 10/6 11/25 19/8 23/1 23/21
**emotionally** [2] 13/12 17/24
**emotions** [2] 15/3 142/12
**emphasize** [1] 249/20
**Empire** [1] 4/4
**employ** [1] 69/5
**employed** [2] 44/25 45/11
**employee** [2] 193/8 195/10
**employer** [2] 193/7 195/10
**employer-employee** [1] 195/10

**employing** [1] 229/4
**employment** [1] 45/9
**en** [3] 77/3 105/23 161/14
**en route** [2] 77/3 105/23
**enable** [1] 133/9
**enacted** [2] 152/2 171/21
**enactment** [1] 47/24
**encompassed** [3] 92/24 94/11 172/22
**encompassing** [2] 157/4 157/21
**encounter** [1] 25/25
**encountered** [1] 14/18
**encourage** [1] 139/9
**encouraged** [2] 22/20 119/20
**encourages** [1] 58/3
**end** [19] 20/17 23/25 41/12 79/2 80/10 83/22 90/17 90/19 110/24 118/15 119/4 124/8 145/3 164/5 165/6 188/12 203/22 216/12 241/15
**endangered** [1] 141/5
**endeavor** [3] 44/25 45/10 46/3
**ended** [3] 17/11 91/19 220/20
**ending** [1] 21/16
**ends** [3] 18/6 63/12 184/14
**endure** [1] 17/22
**enemies** [1] 61/1
**enemy** [3] 63/13 71/15 72/3
**energy** [1] 23/13
**enforcement** [31] 8/8 8/10 9/9 11/16 14/9 17/23 19/19 31/6 43/20 44/4 44/5 44/17 44/20 54/11 92/9 92/17 106/13 106/17 118/6 118/7 121/4 137/6 143/13 143/19 148/13 227/24 228/4 228/11 229/13 240/13 240/18
**engage** [9] 29/9 30/2 50/15 56/2 61/13 72/12 73/10 88/17 94/14
**engaged** [3] 71/10 118/8 234/11
**engaging** [3] 90/20 114/11 130/10
**English** [2] 47/22 169/16
**enhanced** [1] 155/23
**enhancement** [52] 146/2 146/4 146/5 146/22 147/21 147/25 148/4 148/9 149/3 151/15 153/3 153/11 153/20 153/22 154/13 154/15 156/2 160/4 162/24 163/2 163/7

enhancement... [31] 164/18 167/16 172/3 172/6 174/20 175/1 177/9 177/10 177/11 178/1 178/4 178/22 179/4 179/7 179/12 183/15 184/11 188/17 192/20 192/23 193/11 194/24 197/6 198/22 201/11 201/12 201/24 202/6 202/21 202/23 222/25

enhancements [12] 144/18 147/18 151/18 154/21 159/6 161/13 173/8 173/9 174/8 174/12 188/17 201/11

enhances [1] 179/22

enjoy [1] 21/22

enough [19] 11/4 17/6 17/7 25/1 35/1 47/8 47/17 55/22 94/8 110/16 111/17 120/21 125/12 140/7 155/15 165/15 194/11 249/13 249/20

Enrique [2] 34/3 100/12

Enrique Tarrio [2] 34/3 100/12

enshrined [1] 212/25

ensued [1] 29/25 125/6

ensure [8] 30/4 128/7 134/3 151/11 174/7 174/12 218/16 219/7

enter [14] 10/2 11/10 38/9 40/17 74/12 77/1 77/4 78/5 79/5 79/8 81/21 81/23 87/5 110/6

entered [17] 16/18 42/12 79/13 85/24 89/7 89/10 93/8 93/17 107/4 109/7 112/22 113/4 116/13 137/5 144/1 144/2 188/21

entering [6] 74/16 80/1 87/8 107/10 110/18 114/19

enters [3] 79/21 81/4 101/1

entire [4] 141/7 198/8 242/21 243/9

entirely [1] 170/10

entirety [3] 24/24 237/7 243/13

entitle [1] 131/8

entitled [1] 9/8

entry [6] 87/21 114/4 114/8 114/10 114/15 144/1

environment [1] 120/25

envisioning [1] 221/8

equally [2] 109/13 113/24

equates [2] 44/24 170/23

equipment [5] 11/8 63/11 67/25 79/16 83/21 104/3

era [1] 45/15

errand [2] 65/5 65/10

erroneously [2] 130/10 131/24

error [10] 41/9 91/25 131/16 131/19 131/20 135/21 137/23 142/17 216/6 216/10

errors [4] 135/3 136/2 217/7 217/9

escorted [1] 189/20

escorting [1] 24/12

especially [2] 91/21 225/2

espoused [1] 39/7

espousing [1] 104/16

essence [2] 32/23 76/16

essential [5] 38/16 49/18 49/20 50/4 102/8

essentially [4] 150/6 173/23 173/24 208/15

establish [6] 49/15 49/17 86/22 111/17 111/21 116/4

established [9] 42/23 87/4 113/3 115/19 116/8 122/13 227/23 233/22 233/23

establishes [2] 119/3 234/18

establishing [2] 52/7 52/7

et [4] 1/6 69/15 218/20 230/22

et cetera [3] 69/15 218/20 230/22

etched [1] 12/9

ethics [1] 170/8

Europe [1] 54/2

evacuated [2] 30/19 190/18

Evacuating [1] 16/25

evacuation [1] 190/19

evaluate [2] 38/19 139/19

evaluating [1] 231/22

even [36] 10/17 10/20 17/8 20/25 41/5 48/13 51/5 57/8 58/13 69/16 80/13 84/24 109/23 127/16 135/25 137/23 139/23 164/12 171/8 185/6 190/9 191/1 191/1 191/2 195/1 195/3 195/21 196/20 197/8 197/15 198/12 198/22 211/23 222/21 240/15 247/13

evening [7] 80/7 80/18 82/6 122/23 135/13 143/4 218/7

event [14] 37/18 38/4 48/13 53/23 55/13 56/2 70/21 85/18 96/8 122/8

equipment [5] 11/8 63/11 67/25 79/16 83/21 177/7

events [6] 16/24 33/24 65/5 100/5 103/1 132/20

eventually [2] 85/10 229/5

ever [5] 15/12 16/25 76/7 139/1 166/24

every [20] 9/14 18/23 19/6 20/22 21/14 21/18 22/16 32/21 33/6 60/13 84/23 128/19 147/19 147/21 147/23 152/19 188/16 220/4 220/9 251/25

everybody [6] 36/12 144/15 145/3 180/16 220/20 226/19

everyone [21] 5/4 6/5 6/6 15/25 27/23 29/17 30/3 30/18 36/5 36/11 64/8 67/24 107/20 141/13 180/12 188/8 189/11 190/5 218/10 222/8 230/11

everything [12] 14/4 17/15 19/4 105/16 124/4 184/5 217/2 229/23 231/6 240/20 248/20 250/13

evidence [241] 35/9 38/8 38/8 38/10 38/13 38/22 39/15 39/23 40/1 40/3 40/20 41/1 41/12 41/15 42/15 43/15 43/17 48/23 51/10 51/11 51/14 51/19 51/20 51/23 51/25 55/6 56/2 57/10 57/13 57/15 67/7 67/12 68/22 72/18 74/14 74/19 76/14 76/23 80/17 82/8 82/13 84/7 84/11 84/12 84/23 85/22 85/23 86/13 86/14 87/11 87/21 89/15 89/17 89/24 91/2 93/1 93/3 93/14 93/20 93/23 95/13 95/15 95/17 96/2 96/11 96/13 96/14 97/11 97/16 97/19 97/22 97/24 97/25 98/1 98/3 98/5 98/5 98/8 100/8 101/5 101/11 101/11 101/12 101/18 103/17 103/22 106/1 106/2 106/4 106/22 106/24 109/12 109/17 109/21 109/24 110/5 110/9 110/17 110/20 111/1 111/10 111/11 111/16 111/24 112/16 113/3 113/14 114/1 114/7 114/8 114/16 114/22 114/23 115/19 115/21 116/5 117/8 118/14 118/20 119/15 121/17 124/12

examining [1] 240/23

example [15] 54/12 58/15 58/18 95/14 109/25 133/17 138/24 142/14 169/12 194/15 197/21 203/19 208/22 221/2 226/6

examples [5] 169/24 171/7 175/21 181/9 181/11

exceed [2] 202/8 207/3

exceeds [2] 203/14 203/15

except [3] 38/25 187/15 252/21

exceptions [1] 148/16

excerpted [1] 252/7

excess [2] 200/10 223/8

exchange [2] 71/12 123/18

exchanged [3] 77/15 123/15 139/6

excited [2] 84/2 105/24

excludes [3] 39/23 40/2 170/20

exculpatory [1] 128/18

excuse [19] 45/9 50/23 58/11 60/4 74/11 87/16 96/24 98/23 104/10 104/15 107/1 114/6 135/16 168/18 173/23 177/10 193/2 203/6 203/25

executed [1] 90/1

executing [2] 49/3 49/5

execution [12] 41/25 42/4 42/10 42/19 43/19 44/1 44/15 45/10 49/7 70/9 86/19 107/2

executive [8] 147/8 157/1 157/4 157/5 157/25 158/4 158/15 187/5

Executive Branch [1] 157/4

exercise [13] 16/3 45/12 46/1 47/9 47/19 89/23 94/25 152/9 193/3 193/13 197/8 198/14 198/21

exercised [3] 199/9 199/11 218/18

exhaustive [6] 87/23 171/6 175/23 176/10 176/16 198/2

exhibit [27] 133/18 133/23 133/24 134/17 135/3 135/7 135/10 135/15 135/16 135/18 135/18 136/10 139/19 228/16 228/19 229/6 229/10 229/11 230/14 230/18 230/23 231/5 231/14 231/17 231/25 232/24 242/13

Exhibit 1500.2 [1] 133/18

127/7 125/8 125/9 125/18 125/19 125/21 125/25 126/2 126/5 126/12 127/16 128/6 128/14 128/18 128/24 129/4 129/7 129/8 129/15 129/18 129/19 130/1 130/9 130/9 130/22 130/22 131/5 131/9 132/10 132/12 132/13 132/15 132/17 132/19 133/6 133/8 133/9 134/4 134/16 134/22 136/10 136/12 136/20 137/18 137/20 138/4 139/3 139/17 139/18 140/6 140/19 141/21 142/7 142/8 144/7 144/10 157/19 157/19 160/14 160/20 160/20 161/2 164/8 165/11 165/23 166/25 167/16 171/1 174/14 177/15 190/12 190/22 191/1 191/19 192/23 193/20 193/21 197/20 199/5 209/22 211/16 220/12 220/14 227/8 227/13 227/22 228/3 228/10 228/13 229/12 229/14 230/3 231/11 231/16 232/4 233/22 234/17 236/25 237/4 238/1 238/17 240/8 242/16 242/24 243/8 245/6 247/24 248/6 248/24 249/7 249/9 249/15 250/2 251/1 251/5 251/12

evidenced [1] 154/4

evidencing [1] 115/2

evident [1] 122/8

evidentiary [1] 229/21

evil [2] 11/3 18/23

evokes [1] 21/15

evolved [1] 171/13

ex [1] 218/24

ex parte [1] 218/24

exact [2] 124/19 237/15

exactly [12] 51/3 53/19 62/9 71/2 74/9 90/18 169/22 197/11 199/20 214/20 216/15 231/2

examination [6] 119/17 138/24 190/21 239/7 240/6 240/21

examine [3] 132/18 133/14 134/8

examined [1] 136/6

examiner [5] 228/24 231/15 241/25 244/17 245/9

Examiner Cain [3] 228/24 231/15 245/9

Examiner Cain's [1] 241/25

Exhibit 66 [1] 229/11
Exhibit 75 [1] 135/7
Exhibit 9700 [1] 242/13
exhibits [25] 24/11 131/25 132/1 132/2 132/6 132/9 132/11 132/16 132/18 133/10 133/25 134/10 134/11 134/12 134/13 134/14 134/19 135/3 135/13 135/15 135/24 136/1 136/2 136/3 243/16
Exhibits 1500 [1] 132/2
existed [4] 51/17 127/4 243/4 246/21
existence [4] 49/15 49/18 51/12 252/3
existing [1] 174/8
exists [3] 104/22 130/7 161/6
exited [2] 135/6 137/16
expansive [2] 90/24 176/16
expect [1] 155/7
expectation [2] 70/14 78/5
expected [2] 69/24 70/12
expecting [1] 189/18
expedite [1] 31/17
expended [1] 187/15
expenditure [6] 163/20 172/19 181/24 185/17 185/23 186/6
expenditures [2] 180/24 180/25
experience [3] 24/19 26/21 26/24
experienced [4] 10/5 10/5 21/20 165/7
experiences [2] 12/15 22/14
experiencing [1] 23/2
expertise [1] 197/7
explain [4] 50/11 134/6 168/13 168/22
explain why [1] 168/13
explained [3] 45/21 245/23 245/25
explaining [2] 71/6 114/13
explains [1] 168/20
explanation [2] 74/14 199/12
explicit [4] 47/13 48/4 57/16 82/3
explicitly [3] 73/2 110/8 139/24
exploded [1] 17/11
exposed [1] 16/2
express [2] 20/8 47/24
expressed [2] 71/11 74/15
expresses [1] 168/19
expression [4] 19/6

expressly [5] 58/15 59/8 71/24 173/18 173/20
extend [2] 94/22 157/23
extended [1] 157/18
extending [1] 84/9
extensive [3] 151/12 174/15 174/20
extent [8] 39/22 96/2 140/6 142/9 197/23 221/4 221/19 240/19
extra [1] 66/9
extraneous [1] 216/11
extraordinary [1] 161/7
extreme [1] 173/7
extremely [2] 24/18 65/3
extroverted [1] 23/6
Eye [1] 4/8
eyes [5] 12/18 13/8 18/16 99/22 100/3

**F**

F.2d [1] 216/8
F.3d [4] 161/17 193/9 193/15 235/9
F.4th [1] 193/1
F.Supp.2d [2] 215/19 215/23
F.Supp.3d [1] 215/3
fabricating [1] 170/25
face [10] 7/21 9/14 12/16 12/17 13/8 15/4 15/17 19/6 27/21 138/20
Facebook [4] 85/3 98/2 98/12 98/24
faces [3] 12/8 19/2 19/5
facilities [2] 73/18 104/20
facing [1] 200/11
fact [48] 13/22 38/15 44/5 49/24 50/3 61/13 62/16 63/21 68/22 68/25 69/2 69/8 73/20 76/6 76/11 78/13 80/24 84/14 87/18 96/15 104/7 110/11 111/8 114/4 124/17 128/1 132/7 133/16 136/21 136/22 146/25 148/7 152/1 158/18 164/4 176/13 193/17 204/8 225/8 233/3 237/6 237/25 239/10 242/7 247/7 247/15 248/15 251/11
fact-finder [4] 49/24 50/3 68/22 110/11
factfinder [1] 113/15
faction [1] 71/2
factor [8] 143/5 160/24 161/10 193/16 194/3 194/5 194/6 196/21

188/21 192/19 193/22 194/14 194/16 194/25 195/2 195/24 196/6 197/3 198/2 199/8 219/7 219/9
factory [2] 85/12 228/9
factory-resets [1] 85/12
facts [14] 38/20 102/15 146/1 153/12 161/6 161/24 164/23 165/1 180/4 204/24 211/4 211/14 213/8 222/24
factual [19] 35/6 112/14 138/9 138/13 143/21 145/23 161/1 162/1 162/2 185/9 199/13 208/24 213/17 213/23 214/24 216/2 216/9 217/6 217/9
factually [3] 35/3 35/3 236/15
fail [1] 62/11
failed [6] 39/12 43/17 50/18 62/10 63/8 106/18
failing [1] 10/10
fails [3] 64/14 64/23 65/11
fair [11] 57/1 91/12 98/6 126/1 139/3 139/3 155/15 167/15 218/15 237/19 243/14
fairly [3] 38/22 40/4 179/25
faith [4] 228/15 228/18 228/18 248/17
fall [4] 138/8 163/8 211/19 214/23
falling [2] 79/15 214/14
falls [5] 155/19 163/2 164/10 164/17 188/12
false [1] 29/10
familiar [2] 19/2 179/21
families [2] 15/15 31/13
family [5] 13/24 19/12 58/8 213/19 214/24
family's [1] 252/1
far [7] 68/2 94/22 96/7 100/6 184/15 226/9 245/25
farm [1] 56/18
farmers [1] 60/17
farther [1] 30/19
fashion [1] 97/9
faster [1] 26/5
fatal [6] 90/25 91/10 91/20 93/9 93/11 93/13
fathers [2] 7/19 53/19
favor [3] 40/18 250/20 250/25
favorable [5] 38/14 51/15 74/15 125/2 234/18
FBI [6] 71/19 128/12 227/19 251/21 251/24

fear [9] 12/8 17/17 18/19 19/3 20/20 30/15 34/7 66/16 75/13
feared [3] 17/8 26/7 30/9
fearing [2] 17/10 31/2
February [4] 123/21 228/23 231/3 252/7
February 8th [1] 228/23
federal [11] 38/6 106/15 106/16 131/14 132/10 132/12 191/17 228/10 240/11 240/13 240/13
Federal Judge Posner [1] 191/17
federally [2] 118/13 187/1
feel [5] 35/25 36/1 36/22 83/14 153/13
feeling [4] 15/6 15/16 21/15 88/8
feels [3] 20/21 65/5 99/20
feet [1] 65/16
fellow [13] 10/4 11/8 11/18 13/10 13/16 13/19 13/22 15/14 21/20 22/2 23/18 23/23 70/20
felony [3] 111/14 164/1 201/19
felt [9] 17/5 26/18 27/9 30/14 31/9 31/24 114/22 141/12 253/20
fence [1] 32/11
few [18] 22/2 26/6 35/21 36/2 36/22 65/16 78/1 81/19 120/24 123/5 140/25 148/16 177/7 208/10 210/3 230/10 230/21 249/22
fewer [2] 132/3 187/19
field [1] 183/22
Fields [4] 200/19 200/22 200/25 201/1
Fifth [1] 9/21
Fifth District [1] 9/21
fight [22] 52/22 53/20 53/21 55/1 56/13 59/1 59/3 59/4 59/5 59/23 60/3 63/17 66/21 70/14 73/7 83/7 83/8 83/8 83/10 83/10 103/4 115/13
Fight's [1] 83/11
fighting [2] 58/7 71/3
figure [2] 17/15 163/12
figured [2] 60/15 223/8
figures [1] 134/6
file [1] 236/19
filed [7] 36/17 37/3 37/6 37/10 37/13 37/14 37/15
files [2] 119/21 122/18
filing [1] 236/20

final [11] 19/19 28/6 52/24 54/8 63/20 66/20 75/7 131/3 150/6 203/12 218/9
finalization [1] 150/17
finalize [1] 98/21
finally [7] 12/4 41/11 101/5 130/8 138/6 142/19 178/9
find [22] 23/22 38/15 38/20 39/23 42/2 42/23 49/24 62/16 68/15 81/24 103/19 135/21 154/6 183/15 187/24 188/2 192/17 203/4 203/6 207/11 226/3 243/23
finder [4] 49/24 50/3 68/22 110/11
finding [7] 17/18 32/12 43/10 109/19 140/7 161/25 204/12 204/14 204/16 204/19
findings [4] 109/22 112/15 162/9 222/22
fine [1] 36/24
finish [2] 31/25 121/8
finished [1] 253/8
fire [1] 17/12
firearm [2] 97/25 140/16
firearms [13] 50/17 63/7 64/15 68/1 68/16 70/20 70/24 74/16 83/21 84/19 94/10 95/18 116/16
fired [2] 17/13 83/25
firm [1] 10/24
first [66] 6/18 7/3 8/11 8/13 9/25 10/2 20/1 20/3 22/13 24/9 25/18 34/21 42/16 43/23 44/6 44/10 46/11 47/5 48/16 55/8 57/14 57/21 59/17 67/6 70/11 71/12 72/1 86/3 94/4 94/14 94/17 95/1 108/16 112/18 117/12 123/8 126/7 131/24 138/13 142/1 146/4 146/4 147/14 152/17 166/21 169/15 171/14 171/24 172/21 182/8 182/8 182/25 188/21 189/5 190/2 195/5 200/3 208/12 208/18 220/6 221/17 233/25 235/1 235/25 239/6 248/4
First Amendment [2] 94/4 94/17
Fischer [10] 4/2 4/3 5/24 109/14 160/10 162/6 162/12 166/22 167/3 251/8
fischerandputzi [1] 4/6
fit [1] 163/18
five [8] 6/24 133/3

**F**

**five... [6]** 171/23
196/18 203/25 205/8
206/8 206/14
**five-year [1]** 203/25
**fixed [1]** 76/3
**FL [5]** 3/11 54/13 60/25
228/14 228/21
**flag [3]** 15/22 32/13
64/4
**flagpoles [1]** 10/13
**flashback [1]** 22/22
**flashbacks [1]** 22/21
**flee [1]** 25/21
**flood [3]** 183/21 183/23
189/11
**floor [6]** 13/5 30/15
30/18 31/11 31/19
153/3
**floors [1]** 26/10
**Florida [20]** 54/13 56/6
61/19 61/21 61/22 62/3
63/24 64/6 67/10 69/11
72/22 83/24 85/6 85/13
87/3 95/15 95/15 96/12
231/9 239/11
**flourish [2]** 142/4
142/5
**fluid [1]** 34/9
**flurry [4]** 234/11
250/10 250/16 250/22
**flying [1]** 64/3
**focus [6]** 17/3 17/5
50/19 61/8 64/23 178/4
**focusing [1]** 41/12
**fold [1]** 224/5
**folks [5]** 7/4 221/2
242/19 248/5 251/7
**follow [5]** 70/22 94/3
167/12 194/10 214/13
**follow-up [1]** 214/13
**followed [4]** 13/1 53/3
169/12 232/9
**following [10]** 32/10
33/25 34/5 44/10 44/22
49/22 151/3 192/18
227/24 240/21
**follows [4]** 42/21 76/24
141/7 169/10
**follows: [1]** 76/25
**follows: that [1]** 76/25
**fomenting [1]** 90/11
**fool's [2]** 65/5 65/9
**foot [1]** 198/2
**footage [5]** 129/16
129/20 129/24 130/5
130/7
**footing [1]** 100/15
**footsteps [1]** 63/10
**force [68]** 41/23 42/1
42/3 42/6 42/8 42/11
42/19 44/25 45/10
46/12 46/18 46/22
46/22 47/6 47/18 48/14
48/15 48/17 48/22
49/22 50/8 57/3 62/23
66/14 67/19 69/6 70/17
72/15 76/9 76/18 77/2

89/16 89/18 89/24
90/11 90/21 91/17 92/5
92/6 92/18 92/20 92/21
92/23 92/24 94/9
101/24 107/1 107/7
113/21 116/21 143/8
143/10 143/14 143/17
143/19 147/3 147/4
147/7 153/21 154/3
169/5 169/6 170/10
170/20
**forced [5]** 11/12 30/23
114/7 114/10 118/25
**forces [2]** 70/14 70/15
**forcible [3]** 44/22 45/9
46/14
**forcibly [3]** 10/16
101/19 101/22
**forcing [1]** 114/15
**foregoing [1]** 255/3
**foreign [2]** 61/1 63/13
**foremost [1]** 171/14
**forensic [1]** 124/12
**foresaw [2]** 122/13
229/13
**foreseeability [4]**
121/14 227/19 238/19
238/23
**foreseeable [12]** 74/22
78/9 116/12 121/22
168/3 178/6 228/2
231/23 232/5 235/17
238/1 239/2
**forever [2]** 12/9 19/10
**forget [6]** 12/16 12/17
13/3 13/4 13/7 19/6
**forgetting [1]** 251/18
**forgive [2]** 13/18 249/6
**forgot [1]** 131/3
**forgotten [1]** 245/3
**form [2]** 43/9 71/2
238/7
**formal [2]** 197/8
199/18
**formation [1]** 54/22
**formed [1]** 237/21
**former [6]** 23/7 29/6
184/1 212/4 214/9
214/24
**FormerFeds [1]** 3/19
**formerfedsgroup.com**
**[1]** 3/21
**forms [1]** 237/13
**formulation [1]** 102/5
**forth [4]** 106/20 134/24
166/22 166/22
**fortunate [1]** 25/1
**forward [3]** 106/23
128/5 210/21
**forwarded [1]** 41/8
**found [22]** 20/9 34/10
34/11 45/22 50/22
54/20 58/10 72/19 85/2
85/9 85/21 101/8
106/18 110/11 110/13
113/9 184/22 188/1
197/6 198/22 201/10

**foundational [1]** 28/20
**founders [1]** 82/17
**founders' [1]** 63/10
**founding [2]** 53/19
63/14
**four [6]** 112/12 118/9
133/1 146/2 161/12
225/7
**Fourth [3]** 9/6 235/11
235/13
**fraction [1]** 186/12
**fragile [4]** 7/8 7/11 7/11
7/24
**frame [2]** 223/2 223/4
**frankly [1]** 141/8
**Franks [1]** 44/19
**fraud [2]** 195/12
195/13
**free [3]** 10/24 13/17
36/1
**freedom [2]** 11/5 94/21
**freely [3]** 13/10 13/23
14/1
**Friday [3]** 141/13
225/18 252/23
**friend [7]** 31/4 56/18
67/3 67/4 74/4 77/21
80/19
**friends [7]** 17/23 18/4
23/11 30/23 52/24 75/7
139/11
**front [6]** 2/15 64/3
79/18 80/10 80/20
108/4
**fruits [1]** 195/14
**frustrate [1]** 46/4
**Fuck [1]** 104/23
**fucked [1]** 56/20
**fucking [7]** 62/13 76/4
81/15 83/11 83/12
83/13 83/15
**full [3]** 39/25 96/10
164/23
**fully [1]** 164/22
**function [5]** 49/6
118/13 187/2 187/3
187/4
**functioning [2]** 25/4
25/8
**functions [2]** 47/13
47/14
**fundamental [1]** 95/12
**funds [1]** 195/14
**funeral [2]** 15/22
106/14
**further [12]** 49/1 53/18
53/22 58/6 58/7 97/19
114/23 135/6 143/10
146/14 198/18 207/18
**furtherance [3]** 92/12
91/7 137/17
**future [1]** 58/8

**G**

**GA [2]** 59/25 103/2

**gamut [1]** 189/6
**Garden [1]** 84/17
**garnered [1]** 215/8
**gas [2]** 26/9 30/16
**gassed [2]** 30/13 119/1
**gather [2]** 184/17
191/11
**gathered [1]** 137/15
**gathering [2]** 55/21
93/20
**Gator [2]** 138/25 243/2
**Gator 1 [1]** 138/25
**Gator 6 [1]** 243/2
**gave [8]** 27/7 34/18
46/19 91/22 132/5
198/10 224/21 243/5
**gear [8]** 21/8 52/22
63/6 66/6 87/14 98/17
98/19 102/25
**general [11]** 59/25
71/22 103/2 157/4
160/6 164/11 185/15
185/17 212/18 219/10
226/14
**generally [2]** 172/10
175/14
**generals [1]** 55/16
**generation [1]** 63/14
**generic [2]** 158/3
158/13
**generis [1]** 163/22
**gentlemen [3]** 66/2
141/8 221/6
**genuinely [1]** 26/7
**George [1]** 52/11
**Georgetown [2]**
208/13 210/15
**get [59]** 6/10 12/23
13/1 17/8 17/12 21/9
34/25 35/10 36/18
36/23 52/10 52/21
52/22 53/16 55/3 56/19
56/25 57/25 62/8 62/20
64/7 64/8 81/14 83/8
84/20 84/21 98/19
100/7 120/22 122/5
131/1 136/19 136/22
139/10 139/12 139/13
141/13 151/23 153/3
161/4 164/25 168/23
169/24 188/16 197/15
199/19 201/16 202/21
208/18 213/8 218/12
225/25 225/25 227/16
237/10 248/5 249/13
252/11 253/3
**gets [6]** 57/20 57/22
58/20 190/5 190/5
225/12
**getting [12]** 19/1 52/14
53/21 54/25 62/5 62/11
75/11 184/15 210/9
218/12 232/10 242/22
**Geyer [8]** 3/18 5/19
33/22 107/23 108/7
124/23 131/1 144/23
**gist [1]** 46/17

**games [1]** 192/22

**give [20]** 15/24 25/14
75/12 97/14 122/21
157/13 157/15 159/10
162/12 203/24 215/21
216/17 218/6 219/10
219/14 221/1 223/3
230/11 236/10 242/3
**given [16]** 34/22 34/22
41/1 63/15 75/1 78/6
88/3 150/8 162/16
177/4 178/7 178/18
216/18 221/6 224/3
229/16
**gives [4]** 53/14 170/17
173/5 215/22
**giving [2]** 20/7 216/14
**Glen [1]** 4/4
**global [2]** 245/9 245/24
**globally [1]** 226/3
**Glock [1]** 66/8
**gmail.com [3]** 2/9 3/5
3/8
**go [44]** 12/4 12/12
15/21 18/25 19/9 41/11
53/24 77/12 78/10
78/13 81/6 82/4 86/10
99/21 101/16 107/17
115/11 115/13 121/9
126/2 139/11 139/14
143/3 143/3 145/5
159/22 162/8 164/11
167/18 169/24 180/9
182/9 190/9 190/13
190/17 202/12 206/19
217/23 218/18 222/11
222/15 228/3 230/11
242/23
**go ahead [3]** 145/5
167/18 180/9
**goal [8]** 42/8 43/4 56/3
57/12 102/2 109/5
154/7 163/1
**goals [9]** 42/13 42/22
42/24 42/25 43/2 43/3
55/7 109/8 165/19
**God [3]** 19/14 25/24
63/15
**God-given [1]** 63/15
**goes [12]** 67/20 79/23
83/16 105/4 105/15
121/24 164/3 164/5
167/1 182/22 227/18
251/5
**going [92]** 18/5 18/18
18/22 21/24 23/13
33/23 35/7 36/22 38/24
51/19 53/22 53/23 54/5
56/18 57/2 57/7 58/5
59/3 61/22 64/7 64/8
65/4 65/22 66/2 66/19
70/24 71/15 74/21
75/22 75/23 75/24
75/24 77/13 78/10 82/3
83/4 83/5 83/7 83/7
83/8 83/9 84/5 99/2
104/2 104/24 107/18
108/4 108/18 109/16
109/20 115/7 115/8

**G**

**going... [40]** 115/9
121/22 123/6 124/21
138/18 138/18 139/15
144/25 145/1 145/7
151/24 153/14 155/4
166/6 166/8 182/10
182/14 184/9 190/15
190/15 202/17 203/24
217/20 219/14 220/4
220/17 220/25 221/5
222/13 222/15 222/18
223/7 226/4 230/20
237/10 237/18 238/2
238/20 244/22 249/21
**golf [3]** 97/20 115/1
115/6
**gone [11]** 23/6 59/6
74/20 75/2 78/20 78/21
126/23 217/17 227/16
242/11 243/18
**good [29]** 5/4 5/6 5/7
6/5 6/6 7/12 8/21 8/22
8/23 8/24 8/25 11/2
16/12 18/6 19/24 19/25
24/14 24/15 33/17
33/18 60/15 62/13 64/8
115/13 146/16 166/19
166/20 177/2 222/10
**good morning [14]** 5/4
6/5 8/21 8/22 8/23 8/24
8/25 16/12 19/24 19/25
24/14 24/15 33/17
33/18
**goodbye [1]** 31/13
**Gorda [1]** 3/11
**got [26]** 14/20 34/12
35/23 53/24 64/7 75/18
75/19 82/19 84/25 85/4
115/10 119/1 145/4
145/17 153/8 189/20
190/18 191/3 208/10
212/7 217/16 234/6
243/12 244/25 247/4
252/12
**GoToMeeting [8]** 53/3
56/5 70/11 86/22 87/6
87/12 87/24 89/3
**GoToMeetings [1]**
133/3
**gotten [3]** 37/16 122/2
221/7
**Gotti [1]** 215/23
**governing [2]** 49/2
107/3
**government [173]** 1/14
5/15 6/24 7/2 8/1 14/11
14/13 15/20 16/5 24/7
34/18 34/22 37/13 38/7
38/14 41/21 41/24 42/3
42/6 42/9 42/25 43/1
43/3 43/19 45/13 46/2
46/5 46/18 46/18 46/24
47/6 47/8 47/13 47/14
48/18 48/21 48/21
49/15 49/17 49/21
50/12 50/16 50/25

63/12 70/8 70/13 70/16
71/1 71/1 72/25 74/15
90/14 90/21 91/9 91/12
91/24 92/4 93/2 98/15
106/11 106/18 108/25
112/4 116/20 124/12
126/18 126/22 127/7
127/12 128/7 128/9
128/11 129/4 131/12
138/15 139/4 139/21
140/5 140/12 140/24
141/3 142/4 142/16
144/8 144/24 146/20
147/13 148/3 150/14
155/22 156/5 156/7
156/19 156/20 156/21
156/22 156/24 156/25
157/3 157/19 157/21
157/23 157/24 158/6
158/13 159/25 162/19
164/7 164/25 165/15
167/12 176/4 176/5
176/24 180/25 181/24
182/1 185/20 186/7
187/24 191/7 193/2
201/14 201/23 203/19
204/6 204/25 205/13
215/6 216/20 217/23
218/5 218/10 218/25
221/8 223/5 225/1
225/6 226/20 226/23
231/9 232/4 233/23
234/6 234/18 235/11
236/24 237/1 237/4
237/15 238/6 240/11
243/7 243/12 247/16
248/9 248/12 250/1
250/9 250/20 251/1
252/4 252/7 252/15
253/24
**government's [45]**
19/19 33/12 41/13
47/18 48/5 51/22 54/3
76/12 78/12 79/2 90/8
91/7 106/4 118/15
124/24 126/16 130/21
138/5 144/3 147/12
154/7 157/20 167/15
180/21 186/5 200/12
200/23 202/4 202/20
212/17 215/15 228/16
229/1 229/6 229/14
230/14 230/23 231/5
231/14 231/17 231/25
232/24 233/17 237/12
243/16
**Government's Exhibit
9700 [1]** 231/25
**governmental [3]**
172/19 185/17 185/23
**Governor [1]** 4/3
**grab [1]** 12/11
**grad [1]** 121/20
**Graham [1]** 193/10
**Graham's [1]** 197/2
**grand [28]** 51/10 93/11
93/12 93/15 119/22

122/14 123/18 227/19
228/2 232/5 235/16
237/24 238/2 238/20
239/3 239/17 240/16
241/12 241/13 241/15
241/17 241/18 241/22
249/14 250/23
**grant [2]** 131/15
131/21
**granted [2]** 131/19
133/20
**granting [1]** 131/18
**grappled [1]** 185/8
**grateful [3]** 20/15
24/18 32/17
**gratitude [3]** 20/8 27/7
27/11
**great [4]** 15/4 25/7 67/7
156/14
**greater [2]** 156/4
161/12
**greatest [1]** 32/18
**Green [1]** 78/24
**Greene [8]** 77/15 78/16
86/9 114/5 114/6
242/14 244/23 245/2
**Greene's [4]** 242/15
242/15 244/20 246/22
**Greg [1]** 59/9
**Greg Smith [1]** 59/9
**ground [5]** 20/13 67/18
131/18 136/13 198/8
**grounds [7]** 11/11
11/22 113/3 127/23
129/1 132/23 250/14
**group [9]** 11/19 35/4
35/5 68/25 137/14
177/22 228/14 244/8
246/21
**groups [6]** 60/7 62/15
97/8 137/12 211/18
250/14
**guarantees [1]** 96/4
**Guard [3]** 30/2 31/17
32/12
**guarded [1]** 95/1
**guarding [1]** 92/9
**guerilla [2]** 73/23
103/14
**guerilla war [1]** 103/14
**guerrilla [1]** 104/24
**guess [4]** 35/17 185/7
222/13 222/14
**guidance [3]** 28/2
152/25 156/12
**guided [1]** 26/3
**Guideline [40]** 145/21
147/13 147/16 148/18
148/18 148/21 149/18
151/10 151/12 152/2
152/17 156/4 158/18
163/3 163/9 163/13
163/14 163/15 167/24
168/16 168/25 171/25
172/2 172/13 172/15
175/19 176/6 177/8

196/15 199/23 199/23
202/9 220/9 224/20
**Guidelines [57]** 6/9
107/18 145/19 147/11
150/4 150/5 150/7
150/17 150/24 151/4
153/9 157/12 160/5
160/15 161/12 162/3
163/24 164/8 164/16
164/17 165/22 167/21
171/12 171/24 172/17
173/17 174/9 176/7
177/18 177/18 192/18
195/21 195/23 195/24
196/5 201/3 202/8
203/3 203/9 203/12
203/13 203/16 203/22
207/4 212/25 213/2
218/19 220/16 220/17
221/8 222/3 222/21
222/24 224/2 224/4
224/6 224/8
**Guidelines Range [4]**
161/12 202/8 203/12
203/13
**guilt [9]** 27/12 38/23
40/5 40/5 40/21 51/11
84/12 109/19 110/20
**guilty [10]** 20/10 23/23
42/2 43/5 90/9 91/10
126/15 144/11 219/23
219/24
**gun [7]** 55/18 64/20
89/5 123/3 166/4 166/5
166/6
**guns [6]** 73/5 86/24
93/21 104/4 104/12
140/20
**guys [6]** 115/4 115/7
115/13 139/11 139/12
139/12

**H**

**Hackett [61]** 3/6 5/12
5/22 6/3 16/9 19/22
37/4 37/19 37/22 37/25
38/2 54/19 56/7 60/24
62/12 68/18 80/12 85/5
89/1 115/21 124/21
144/24 222/9 226/23
226/25 227/1 227/14
227/22 227/23 228/6
228/6 228/13 229/2
229/18 229/25 230/4
231/2 231/24 232/17
233/10 233/24 236/9
238/2 242/16 242/23
243/4 244/25 245/2
247/25 248/8 248/11
248/13 248/25 249/3
249/25 250/3 251/6
251/6 251/24 252/8
253/20
**Hackett's [3]** 208/11
243/24 252/22
**had [155]** 10/15 10/17
10/20 12/12 15/21

22/16 22/18 25/13
25/20 25/20 26/14
28/23 30/1 30/16 30/16
31/2 31/19 32/3 32/7
33/19 33/22 37/3 42/6
43/8 43/18 43/19 43/25
45/7 46/22 49/15 49/17
51/3 54/9 57/4 58/12
61/13 69/3 69/8 69/9
69/23 70/10 71/11
72/11 72/14 72/24
73/20 74/25 81/5 82/7
84/13 84/14 85/7 85/17
90/10 90/23 91/24 93/7
93/8 93/18 96/25 99/11
100/21 100/24 101/8
102/2 106/1 106/12
106/18 106/20 108/25
111/3 112/21 116/15
116/15 116/20 117/3
120/7 123/11 125/9
126/18 126/22 126/25
127/22 129/4 132/11
133/12 134/10 134/15
136/4 137/12 138/23
139/1 139/6 139/18
139/23 139/25 141/22
142/24 144/22 145/17
154/6 157/24 157/25
158/21 165/6 166/4
173/1 179/24 187/9
187/19 189/1 189/6
190/19 191/13 195/11
196/25 197/5 198/4
198/9 198/14 200/6
202/9 204/7 207/9
208/2 211/16 212/5
216/14 223/12 227/7
228/7 235/12 235/13
237/24 237/25 239/14
239/15 239/15 239/16
241/14 243/18 244/21
245/3 247/25 248/1
248/24 250/6 251/6
251/6 251/20 251/22
253/11
**Hagmann [4]** 67/1
104/9 104/11 104/15
**Hagmann Report [1]**
104/9
**hail [4]** 188/11 188/19
190/3 191/13
**hailstorm [1]** 188/10
**half [4]** 23/19 57/14
61/4 206/15
**Halim [9]** 3/6 5/22
226/22 226/25 234/4
236/6 253/7 253/16
253/25
**Halim's [1]** 232/8
**hall [1]** 119/4
**Haller [1]** 226/19
**halls [1]** 21/18
**hallway [12]** 8/16 8/17
14/16 79/23 80/8 87/18
92/11 92/11 111/14
111/21 114/12 130/4

**hallways [1]** 26/2
**halt [1]** 29/14
**halted [4]** 29/24 93/5
142/22 143/1
**halting [2]** 143/2 181/1
**hammer [2]** 105/1
105/9
**hand [7]** 15/23 56/13
56/13 66/17 75/14
160/22 239/10
**handed [2]** 123/9
123/19
**handled [1]** 16/24
**handling [1]** 216/6
**hands [3]** 50/14 142/2
142/3
**hang [2]** 76/4 245/16
**hangout [9]** 54/13 56/6
60/25 61/19 61/22 62/3
63/24 64/6 228/21
**happen [7]** 31/12 70/25
103/9 103/15 138/18
138/19 246/15
**happened [12]** 12/14
16/25 20/18 21/21
22/18 61/4 189/23
207/5 207/6 227/11
243/17 249/10
**happening [5]** 17/3
74/10 141/15 232/21
234/14
**happens [5]** 36/21
64/10 64/10 105/17
152/4
**happy [12]** 144/18
145/20 155/16 168/7
180/8 193/23 200/2
200/3 208/8 219/10
219/14 223/17
**harbor [2]** 39/13 39/16
**hard [5]** 16/22 27/1
91/9 94/3 225/4
**hardly [3]** 91/19 91/20
129/3
**harm [4]** 182/15 182/17
182/24 183/19
**harm's [1]** 13/14
**harmless [2]** 131/20
135/22
**Harrelson [58]** 3/18
5/10 5/19 6/1 16/10
19/23 37/8 37/12 37/14
37/16 54/19 56/7 68/18
79/7 80/11 80/22 84/25
87/24 88/2 108/5 110/1
114/15 114/18 115/25
117/12 117/19 123/11
123/15 123/21 123/25
124/3 124/9 124/11
124/20 125/15 125/20
126/6 126/13 126/18
126/22 126/25 127/4
127/13 128/5 128/10
128/13 129/6 129/11
129/18 130/10 130/18
179/4 197/22 197/23
198/6 198/9 230/2

**Harrelson's [4]** 124/25
126/20 127/23 144/23
**Harris [1]** 90/5
**Harrisburg [1]** 2/15
**Harry [2]** 19/20 129/16
**Harry Dunn [2]** 19/20
129/16
**has [97]** 6/24 16/25
20/15 23/4 24/7 32/18
34/22 34/22 39/2 39/7
40/14 43/3 58/25 59/22
60/22 65/7 67/24 68/8
74/19 75/8 76/13 92/22
94/1 100/17 108/5
109/13 117/21 118/14
121/15 125/11 125/13
128/10 128/13 130/1
131/19 140/15 143/7
146/11 146/20 149/2
149/2 150/8 155/6
156/9 157/2 157/9
158/18 158/23 158/24
159/19 159/21 160/17
160/18 160/24 161/10
163/3 164/3 166/13
166/23 166/24 167/5
167/8 171/13 177/5
179/4 179/17 185/3
185/8 186/10 188/13
190/4 193/20 195/4
195/5 195/17 196/3
201/9 201/10 202/15
203/19 208/8 209/7
210/13 210/24 212/11
213/12 216/25 217/17
217/19 225/5 230/9
243/2 247/13 248/11
248/12 250/9 252/12
**hasn't [2]** 214/12 225/8
**hats [1]** 121/1
**have [362]**
**haven't [7]** 15/11 57/24
159/19 177/1 212/5
212/8 212/13
**having [15]** 10/15
91/14 114/22 119/20
146/6 205/15 206/24
209/21 218/23 221/7
228/25 235/15 237/13
237/20 250/22
**Hawa [1]** 186/20
**he [325]**
**he didn't [1]** 198/13
**he said [6]** 53/13 63/3
83/5 228/9 230/15
240/20
**He says [1]** 103/2
**he'll [1]** 36/14
**he's [17]** 34/13 35/20
61/23 67/17 75/23
75/24 75/24 105/12
105/16 115/2 116/9
121/20 128/14 226/23
239/10 244/22 252/12
**head [4]** 20/22 22/11
80/19 152/9
**headed [3]** 115/3 115/6

**heads [1]** 72/4
**heal [1]** 23/4
**healed [1]** 11/25
**hear [24]** 12/14 17/13
64/1 64/9 95/22 96/13
141/9 141/12 144/18
145/20 168/7 193/23
193/24 200/2 200/3
209/24 212/14 216/17
221/22 223/13 223/14
223/17 223/18 224/22
**heard [18]** 60/18 80/2
96/14 104/21 145/21
146/14 155/2 162/19
162/22 188/4 191/7
191/22 196/12 200/1
209/22 211/4 212/9
249/16
**hearing [8]** 1/9 6/19
17/9 108/4 190/16
208/9 224/8 251/10
**hearings [1]** 148/11
**heart [6]** 8/4 8/5 8/5 8/6
18/15 21/10
**heartache [1]** 19/10
**heavily [1]** 106/7
**heavy [1]** 183/21
**held [10]** 48/9 137/7
157/9 166/7 167/8
173/18 179/9 179/24
183/25 184/9
**hell [2]** 64/1 67/20
**helmet [2]** 14/23 14/24
**helmets [1]** 10/17
**help [6]** 17/10 17/21
18/25 150/14 225/1
244/16
**helpful [2]** 132/14
247/23
**helping [5]** 22/15
29/10 136/19 136/21
136/22
**her [53]** 12/18 12/19
12/20 13/8 14/17 14/23
14/24 15/21 15/21
15/22 15/23 15/23
28/12 77/5 77/7 80/6
80/21 85/2 87/10 87/10
87/11 87/12 87/13
87/15 87/16 87/17
92/11 110/24 111/20
111/22 114/13 114/13
118/17 119/5 119/7
168/21 178/9 183/4
185/8 185/14 210/12
210/16 210/16 210/19
211/1 211/19 211/21
212/3 212/5 218/2
235/25 236/1 243/20
**here [96]** 6/7 6/25 7/4
7/18 8/8 8/9 9/1 14/10
15/15 16/6 16/6 17/14
20/6 20/16 24/17 27/19
27/23 28/1 28/6 34/12
34/24 35/1 35/11 36/14
36/21 41/2 43/22 47/23
49/9 49/12 49/13 50/2

83/6 98/8 104/19
106/24 108/5 108/6
111/3 113/12 115/9
117/7 117/9 120/15
124/23 126/12 130/6
134/9 145/3 148/17
149/13 153/17 154/17
155/23 156/20 157/24
162/8 166/8 166/23
171/12 174/1 178/12
178/18 178/25 179/11
181/10 182/12 183/25
184/3 184/16 184/25
185/14 188/16 191/15
191/19 192/16 197/14
198/2 198/3 200/24
204/25 211/8 215/15
216/16 218/10 220/11
220/18 227/13 236/23
244/18 250/10 250/21
**here's [3]** 39/25 242/18
243/20
**heroic [1]** 31/3
**heroism [1]** 19/16
**hesitant [1]** 169/23
**hesitate [1]** 13/13
**HI [1]** 3/4
**hide [1]** 30/23
**hiding [1]** 123/24
**hierarchal [2]** 193/6
197/14
**hierarchically [1]**
193/7
**hierarchy [6]** 78/19
195/10 197/9 197/19
197/20 198/15
**high [2]** 76/25 125/12
**higher [1]** 156/1
**highlighted [1]** 163/22
**highlights [1]** 213/1
**highly [2]** 68/24 123/2
**Highway [1]** 4/3
**Hilgeman [1]** 242/25
**Hill [2]** 17/24 18/5
**him [45]** 18/19 33/22
33/24 34/25 35/1 35/3
35/20 54/5 58/16 59/3
65/6 65/10 66/21 67/23
79/15 88/8 88/24 97/24
97/25 99/22 99/23
101/3 116/12 121/22
122/21 128/3 130/21
136/16 197/22 198/10
198/11 198/13 203/20
203/24 227/2 228/20
234/15 236/11 240/7
240/23 241/4 241/14
248/20 252/11 253/19
**himself [6]** 75/25 86/25
103/24 124/1 228/17
228/20
**hinder [3]** 41/24 42/4
42/19
**hindering [1]** 42/10
**hint [1]** 60/11
**hip [1]** 10/14
**his [149]** 8/19 18/15

39/8 39/14 50/7 53/2
53/8 53/15 54/9 55/2
55/8 56/18 58/4 58/12
58/20 59/8 65/2 66/2
66/7 66/11 70/2 70/19
70/20 71/6 71/8 74/14
74/15 77/17 77/18 78/4
79/16 81/12 83/20
84/20 85/4 85/7 85/8
85/12 86/9 86/21 86/22
87/4 87/4 87/5 88/4
88/16 88/19 88/20
88/25 88/25 89/4 89/8
90/5 90/14 95/6 95/25
97/17 97/17 97/19
97/21 99/6 99/15 99/22
100/3 101/3 101/6
102/22 103/15 104/25
105/3 105/6 105/11
105/14 105/22 107/5
107/6 109/10 113/12
113/22 114/22 114/25
115/2 115/19 116/15
117/3 117/12 120/23
121/18 122/12 122/12
122/15 122/16 122/18
122/19 124/23 126/21
127/9 127/14 127/25
130/12 137/24 138/24
154/4 166/22 177/15
187/12 193/8 227/3
227/4 227/16 228/9
228/13 228/15 228/23
229/3 229/5 229/7
229/11 229/16 230/15
234/22 236/9 237/6
237/7 237/8 238/11
238/13 239/7 239/10
239/14 239/18 240/17
243/19 246/22 247/1
247/3 248/16 248/19
250/6 251/25 252/1
252/1 252/5 252/12
252/12
**historic [1]** 25/14
**history [4]** 171/12
172/20 174/3 245/7
**hit [1]** 10/13
**hockey [1]** 10/13
**hold [8]** 33/7 80/3 95/7
95/9 118/17 124/21
134/20 210/2
**holding [1]** 44/14
**holds [1]** 98/13
**holed [1]** 83/22
**holster [1]** 10/18
**home [13]** 12/4 12/5
12/9 15/15 19/12 24/24
83/20 83/24 126/22
126/23 248/16 249/4
251/25
**homes [1]** 18/11
**homicide [1]** 130/16
**honest [2]** 7/12 58/5
**honestly [2]** 22/22
211/23
**honor [83]** 5/6 5/7 6/23

honor... [80] 6/24 7/4
7/10 8/1 8/8 8/21 8/23
10/10 14/2 14/7 14/8
14/16 15/25 16/5 16/8
16/12 19/18 19/21 20/7
24/3 24/6 24/11 28/6
28/9 32/19 33/9 33/11
33/17 107/24 144/20
146/16 146/18 150/11
154/22 162/11 162/23
166/19 167/2 177/3
182/25 183/1 183/3
186/19 187/23 188/5
190/8 191/16 194/1
196/13 196/15 199/3
200/5 202/12 206/17
207/19 209/6 210/2
211/9 211/24 212/11
214/3 214/22 216/5
217/1 219/11 219/13
219/14 219/17 219/18
219/19 220/8 221/22
224/21 224/22 225/11
236/4 236/7 247/5
249/16 252/17

Honor's [3] 8/17
197/10 225/2

HONORABLE [2] 1/9
5/3

honored [1] 25/9
hood [1] 188/12
hope [11] 24/19 27/16
27/17 27/18 27/21 28/2
38/3 56/24 65/2 153/5
182/4

hopefully [2] 15/24
252/15

hoping [1] 80/19
horror [1] 30/11
horrors [1] 22/10
host [1] 196/6
hotel [6] 68/8 74/2 74/7
89/6 104/8 105/13
hotmail.com [1] 4/6
hour [2] 104/11 104/12
hours [6] 12/2 12/12
21/25 26/15 30/24
223/8

house [26] 16/9 16/16
17/13 17/16 19/21
20/19 25/10 28/8 28/14
29/20 30/1 30/4 30/13
30/18 31/19 32/20
55/14 60/3 80/15
101/19 101/22 103/4
111/15 114/20 115/23
119/1

houses [2] 93/6 93/7
how [58] 6/13 9/13
12/21 13/3 13/4 13/5
17/3 17/15 19/13 23/4
23/10 26/15 40/25 50/6
53/24 62/21 67/25 74/3
75/12 81/1 91/9 93/22
108/13 134/6 141/12
147/10 149/7 164/7
169/9 170/1 173/3

183/17 186/12 188/18
192/6 199/12 200/8
205/12 212/15 215/5
216/6 221/24 222/2
225/7 225/12 226/10
231/10 238/11 238/11
242/15 244/16 244/19
244/24 245/10 245/12

Howell [3] 184/2
185/10 185/19

however [6] 13/15 39/1
43/1 57/6 201/13
227/25

hugged [2] 12/16
12/18

hugging [1] 79/14
Hughes [5] 1/15 5/15
238/5 245/16 251/13
human [1] 27/18
humans [1] 16/1
hundred [2] 65/16
139/11

hundreds [6] 10/4
11/16 128/2 128/15
128/20 129/2

hunt [1] 30/22
hurt [4] 16/4 17/8 19/3
19/5

hurts [1] 211/7
husband [1] 210/16
hype [1] 69/20
hyperbole [1] 99/16
hypervigilant [1] 21/1
hypothesis [6] 39/9
39/18 39/20 39/23 40/2
40/17

**I**

I also [2] 40/22 109/22
I am [9] 17/14 19/13
28/11 32/17 124/21
181/19 203/11 230/20
249/21

I apologize [1] 157/14
I assume [2] 36/14
242/18

I believe [9] 52/6 66/24
72/18 80/7 80/25 87/18
99/5 104/12 252/6

I came [1] 168/12
I can [20] 17/15 17/15
21/13 22/1 22/10 27/16
27/21 74/3 96/7 108/17
124/22 157/13 161/4
193/21 199/18 203/16
214/2 217/24 221/22
223/6

I can't [3] 122/3 221/10
252/21

I cannot [3] 13/18
26/14 26/17

I couldn't [3] 17/6
25/14 207/11

I did [9] 17/6 17/6
23/23 152/8 160/13
202/12 209/6 209/9
244/6

either [4] 153/12
162/6 162/21 249/19
I didn't see [1] 165/2
I don't [22] 15/12 49/11
123/23 128/23 129/9
131/7 136/15 145/7
152/22 155/7 156/14
158/11 169/21 188/15
209/13 209/20 210/1
210/20 214/21 217/12
238/10 248/17

I don't have [2] 97/5
224/1

I gave [1] 34/18
I guess [4] 35/17 185/7
222/13 222/14

I have [19] 20/18 108/3
155/12 160/1 161/4
162/17 162/18 180/7
183/10 208/17 209/19
210/11 210/13 215/20
217/4 238/16 242/25
251/17 251/20

I haven't [4] 15/11
212/5 212/8 212/13
I hope [5] 24/19 27/17
27/18 27/21 38/3
I just [10] 12/11 51/17
110/12 144/20 146/10
162/9 199/16 223/11
240/19 252/10

I know [13] 23/10
34/17 38/4 78/24 88/12
160/21 186/1 192/16
209/7 210/14 210/16
212/3 238/15

I listened [1] 16/20
I mean [23] 93/15
124/6 151/15 152/6
152/8 154/19 155/10
158/19 159/8 168/25
181/2 185/7 186/10
207/1 208/5 220/22
224/1 229/22 234/9
238/11 242/16 249/6
250/5

I recall [1] 248/5
I should [6] 12/23
57/25 141/25 150/1
213/8 238/5

I think [88] 6/12 15/24
18/23 35/2 35/13 57/20
64/8 64/13 65/6 71/20
117/18 132/3 138/16
142/12 145/13 148/6
148/14 149/1 150/15
151/14 151/25 152/7
156/15 158/12 158/19
159/1 159/17 159/22
161/4 163/11 163/17
163/21 164/4 165/8
166/12 168/12 171/11
173/22 180/7 181/10
181/15 188/6 188/10
189/10 191/9 194/17
195/12 195/16 196/8
197/21 199/22 200/19
201/9 204/4 207/13

211/20 215/20 217/25
218/7 218/11 218/15
218/23 219/13 219/15
222/18 224/14 224/20
226/9 227/2 227/6
227/9 227/15 227/15
236/23 237/2 237/11
237/19 238/12 242/20
243/14 246/19 249/6
249/8 251/9 252/8

I thought [1] 70/24
I told [1] 120/20
I understand [11] 29/5
29/10 155/6 158/10
206/2 206/13 206/22
214/12 217/2 226/2
252/9

I want [5] 39/5 66/8
183/3 192/2 218/9
I wanted [5] 18/18
108/16 162/4 208/17
222/7

I was [16] 12/4 12/10
16/17 17/10 18/15
18/18 18/21 25/22
34/11 99/22 155/16
180/18 217/11 236/18
240/23 252/8

I went [1] 12/25
I will [23] 19/5 32/21
41/11 41/14 49/12
51/24 86/2 88/24 89/11
97/3 110/22 112/14
112/15 123/6 125/21
134/22 155/11 162/16
176/23 199/16 223/20
230/20 249/22

I worked [1] 28/22
I wouldn't [1] 153/11
I'd [6] 7/3 8/10 24/16
27/24 76/3 214/22
I'll [50] 12/15 12/17
13/3 13/4 13/7 23/21
35/23 36/3 37/6 39/1
43/14 50/11 54/3 56/15
58/9 62/24 69/19 78/25
84/22 86/13 101/17
108/10 108/13 109/13
111/5 113/7 113/11
113/13 115/22 117/6
124/6 125/19 125/23
131/5 149/5 155/13
157/15 180/10 180/11
192/3 193/24 199/24
202/13 213/17 216/22
218/6 224/7 227/2
236/10 253/2

I'm [110] 9/1 9/2 9/5
9/7 10/24 13/24 15/2
15/17 16/14 16/15
17/14 20/24 20/25
21/15 21/19 21/25 23/2
23/10 23/13 24/17
24/22 26/23 38/24
56/14 56/22 58/5 58/7
60/10 64/11 65/4 66/24
75/20 77/13 83/11

109/16 109/20 111/4
117/16 123/6 144/18
145/1 145/20 149/17
151/24 154/24 155/4
162/3 164/24 165/16
166/14 168/5 169/21
169/23 170/2 174/7
176/25 179/14 180/8
182/11 183/6 183/11
190/15 192/11 192/25
193/19 193/19 193/23
200/2 203/2 203/10
203/14 204/9 206/22
206/24 208/8 209/4
219/7 219/10 219/19
220/3 221/4 221/16
221/21 222/18 222/19
223/17 225/18 227/4
232/16 234/6 235/1
237/10 237/18 239/5
240/24 242/13 244/14
244/15 244/18 245/1
245/3 245/18 245/22
246/11 247/21 247/21
247/22

I'm going [10] 58/5
65/4 77/13 108/4
109/16 123/6 145/1
155/4 190/15 222/18
I'm just [3] 23/13
244/18 245/1
I'm not [9] 38/24 83/11
109/20 111/4 165/10
183/11 206/22 221/4
221/16
I'm not sure [1] 193/19
I'm sorry [12] 66/24
117/16 174/7 179/14
183/6 192/11 203/14
232/16 235/1 240/24
246/11 247/21
I've [33] 18/3 20/18
21/2 21/2 22/25 23/6
23/8 26/15 35/23 82/19
89/18 101/12 109/17
109/21 117/5 117/8
123/4 131/7 143/15
153/8 170/21 178/20
179/2 208/10 208/20
210/16 224/2 226/9
226/13 234/6 251/20
251/22 252/4
i.e [1] 177/14
iceberg [1] 83/13
iCloud [3] 242/8
243/15 247/6
ID [4] 245/10 245/12
245/12 245/24
idea [10] 25/13 58/1
123/23 137/5 183/21
183/25 187/1 199/4
216/10 223/2
ideas [1] 223/12
identification [1]
229/10
identified [10] 70/16
72/3 88/2 99/14 134/12

**identified... [5]** 157/2 172/12 175/12 175/24 186/8
**identifies [1]** 64/17
**identify [6]** 51/22 68/21 121/2 129/22 134/5 167/22
**identifying [1]** 9/13
**identity [2]** 236/24 248/18
**ignore [1]** 211/10
**ignoring [1]** 61/2
**III [3]** 1/6 2/2 5/9
**ilk [1]** 141/21
**illegal [5]** 13/11 13/15 13/20 13/23 198/21
**illegally [2]** 11/10 75/25
**illegitimate [2]** 59/2 63/11
**illustrative [2]** 176/10 181/7
**image [2]** 65/18 88/7
**images [2]** 19/7 104/7
**immaterial [1]** 127/18
**immediate [7]** 50/5 78/22 81/9 228/21 235/22 238/13 250/11
**immediately [4]** 12/19 29/23 78/17 234/11
**immense [1]** 27/11
**immunized [1]** 95/1
**IMO [2]** 62/8 64/14
**impact [7]** 6/19 15/25 19/8 26/13 33/12 188/12 208/25
**impacts [3]** 24/21 26/23 27/18
**impair [1]** 120/2
**impaneled [1]** 237/25
**impassion [1]** 142/11
**impede [4]** 112/8 112/11 112/24 118/5
**impeded [1]** 112/5
**impeding [1]** 127/24
**impermissible [1]** 90/7
**implicit [4]** 106/25 107/1 110/12 193/5
**implied [1]** 110/16
**importance [1]** 100/9
**important [13]** 68/21 81/19 161/11 163/23 166/1 171/18 176/6 192/12 215/15 219/17 225/24 231/22 232/11
**importantly [8]** 74/22 104/13 112/24 114/3 136/11 142/6 144/10 231/12
**impose [10]** 193/21 200/10 200/13 200/15 203/16 204/19 205/1 205/4 213/2 219/18
**imposed [1]** 207/8
**imposes [1]** 219/17
**imposing [1]** 212/23
**impossible [1]** 26/13

**impractical [1]** 133/7
**imprisonment [1]** 205/17
**improper [10]** 92/3 111/18 113/16 133/22 135/14 139/25 140/8 142/16 144/8 204/2
**improperly [1]** 132/10
**inability [1]** 128/1
**inaccuracy [1]** 135/25
**inaccurate [5]** 91/13 134/17 138/20 138/22 143/1
**inadequate [1]** 131/17
**inadvertently [1]** 125/5
**inappropriate [1]** 211/20
**inbox [2]** 212/6 212/7
**incapable [1]** 63/11
**inches [1]** 27/2
**incident [1]** 118/9
**incite [1]** 29/3
**include [14]** 38/24 39/2 59/11 68/17 151/13 156/24 162/25 163/3 173/12 173/15 175/17 175/22 176/18 182/14
**included [26]** 52/5 52/20 55/21 56/6 69/10 76/2 76/19 100/25 132/1 152/11 152/13 152/14 157/6 171/16 171/21 171/25 172/5 172/16 172/23 172/25 173/9 174/4 179/20 228/14 244/10 252/1
**includes [17]** 44/4 80/11 139/11 169/11 170/21 171/9 172/13 172/18 176/3 176/7 176/8 176/9 176/15 181/6 182/15 185/21 230/8
**including [29]** 6/8 11/17 11/21 28/13 49/22 50/16 55/21 67/12 69/6 69/25 74/24 76/18 77/7 79/18 82/21 86/21 94/9 103/24 107/5 129/16 132/20 143/12 143/19 173/10 175/10 178/6 184/4 219/24 225/9
**incongruent [1]** 203/6
**inconsistent [3]** 41/5 41/7 158/5
**incorporate [5]** 49/12 112/14 113/12 117/6 127/9
**incorporates [2]** 156/21 180/2
**increase [3]** 201/20 201/21 204/20
**increased [1]** 174/18
**increasing [1]** 66/13
**increasingly [1]** 58/17
**incredible [1]** 141/20

**incriminate [1]** 122/6
**incriminating [1]** 122/6
**incursion [2]** 74/1 116/17
**indeed [1]** 60/21
**independence [1]** 63/16
**independent [1]** 111/14
**Indian [1]** 3/6
**indicated [1]** 52/21
**indicates [1]** 247/8
**indicating [1]** 73/12
**indication [1]** 241/23
**indicted [7]** 33/25 59/17 121/12 121/21 230/13 232/20 248/1
**indictment [27]** 34/5 41/19 76/16 90/7 90/25 91/3 91/13 92/25 93/13 93/16 102/11 102/13 106/12 106/12 106/19 106/20 112/2 116/18 118/1 119/18 121/15 123/9 123/12 123/16 234/20 235/1 235/4
**indictments [6]** 123/19 143/18 232/22 233/1 233/6 250/23
**indisputable [2]** 47/24 48/4
**individual [21]** 86/15 133/5 145/21 146/1 165/9 165/22 166/9 167/21 168/6 168/9 183/22 189/22 192/9 199/19 206/20 209/15 217/9 222/12 225/9 226/5 242/23
**individual's [2]** 165/23 166/11
**individualized [2]** 191/3 226/12
**individually [1]** 178/6
**individuals [9]** 8/7 24/7 130/12 135/17 189/22 220/1 233/1 234/21 234/23
**induce [2]** 116/23 116/25
**indulge [1]** 160/2
**inexact [1]** 158/11 158/12
**infamous [2]** 97/6 99/12
**infer [3]** 81/5 99/6 233/14
**inference [22]** 74/18 74/22 76/8 79/3 80/16 109/18 111/7 116/3 139/3 142/7 230/24 233/13 234/14 237/12 237/20 242/20 249/13 250/10 250/20 250/25 251/5 253/19
**inferences [8]** 38/20 68/21 79/1 79/1 93/23 93/24 98/4 250/9

**inferred [9]** 72/10 78/12 80/13 80/23 81/20 99/25 104/5 118/22 123/12
**infighting [1]** 71/1
**inflame [1]** 142/11
**inflamed [1]** 140/14
**inflammatory [3]** 138/11 140/10 141/18
**inflated [1]** 164/24
**influence [1]** 211/24
**information [13]** 128/18 129/22 130/13 130/14 134/3 134/6 134/12 212/20 213/4 215/14 215/16 216/11 244/19
**informed [1]** 15/20
**informs [1]** 238/12
**InfoWar [1]** 99/9
**InfoWars [1]** 99/13
**infused [1]** 94/3
**inherently [1]** 189/25
**initial [8]** 9/12 17/17 54/21 167/13 197/2 224/21 225/2 225/3
**initiative [1]** 59/11
**injure [1]** 166/10
**injured [2]** 11/17 13/12
**injuries [6]** 23/1 31/7 165/5 165/6 166/14 166/15
**injury [13]** 146/7 148/1 151/22 163/2 164/18 164/18 165/3 165/10 172/5 177/13 177/16 177/19 179/22
**injustice [1]** 217/14
**Inn [1]** 67/17
**innocence [7]** 39/9 39/19 39/20 39/24 40/2 40/5 40/17
**innocent [1]** 74/13
**innuendo [2]** 190/13 211/17
**input [1]** 215/7
**inquiries [1]** 68/14
**insensitive [1]** 186/14
**inside [14]** 16/17 17/11 64/1 64/10 75/2 81/14 82/4 97/22 111/9 111/13 144/1 181/20 228/7 239/21
**insight [2]** 24/20 97/14
**insightful [1]** 165/8
**insinuated [1]** 209/11
**insofar [6]** 94/13 147/15 150/22 201/1 201/24 204/15
**inspire [1]** 189/23
**install [1]** 20/19
**installation [1]** 52/20
**instance [1]** 158/12
**instead [10]** 21/4 22/14 22/15 45/22 65/1 73/10 190/4 201/25 202/5 224/6

**institute [4]** 208/14 209/18 212/4 213/22
**institution [2]** 24/8 47/25
**institutional [1]** 32/5
**institutions [4]** 7/6 7/14 8/8 20/14
**instructed [3]** 43/7 139/16 205/2
**instructing [1]** 122/2
**instruction [10]** 9/4 45/8 45/25 46/7 79/4 92/22 132/4 132/7 136/8 146/15
**instructions [5]** 42/21 45/6 91/23 92/23 250/15
**instructive [1]** 240/19
**instructor [2]** 9/5 73/2
**instructors [1]** 9/7
**instructs [1]** 194/10
**insufficiency [1]** 131/9
**insufficient [3]** 38/11 118/15 177/15
**insurrection [32]** 20/10 21/9 26/16 27/9 29/3 31/8 50/10 50/14 50/22 53/5 53/6 58/14 58/20 58/22 59/11 59/23 60/2 61/16 64/14 65/11 70/5 70/7 70/13 70/21 71/24 72/17 82/17 82/21 83/3 85/19 88/3 103/3
**Insurrection Act [22]** 50/10 50/14 50/22 53/5 58/14 58/20 59/11 59/23 60/2 64/14 65/11 70/5 70/13 70/21 71/24 72/17 82/17 82/21 83/3 85/19 88/3 103/3
**insurrectionists [1]** 25/25
**intact [1]** 32/2
**intangible [1]** 176/15
**integrity [1]** 120/2
**intel [1]** 244/1
**intelligence [1]** 210/20
**intend [2]** 36/17 159/5
**intended [18]** 26/20 27/3 29/12 29/14 35/3 87/13 102/3 112/8 118/4 120/8 140/18 147/23 148/18 148/20 153/21 173/23 173/24 174/24
**intent [24]** 47/9 54/11 59/8 81/6 84/14 89/24 92/5 111/2 111/5 111/8 111/19 111/21 114/23 115/2 115/20 116/8 120/1 120/12 120/23 124/18 139/22 140/2 174/2 175/8
**intention [1]** 33/20 74/16
**intentionally [1]** 30/21
**intentions [1]** 26/25
**intently [1]** 16/20

**interaction [1]** 115/17
137/13
**interactions [1]** 34/3
**interest [1]** 131/16
**interesting [4]** 154/20
215/25 234/4 247/17
**interfere [12]** 51/3 70/9
77/1 86/18 110/6 111/2
118/5 154/8 162/25
163/4 164/19 225/6
**interfered [3]** 43/18
43/20 119/10
**interference [26]**
163/15 163/16 163/25
164/2 164/14 172/16
176/2 176/19 177/10
178/23 179/14 179/16
180/5 180/19 180/23
181/3 181/5 181/8
181/14 181/22 182/20
184/6 186/3 188/2
188/8 191/25
**interfering [1]** 240/16
**interim [1]** 34/17
**interior [2]** 10/2 25/23
**interject [1]** 155/10
**interpret [1]** 170/2
**interpretation [2]**
155/22 179/19
**interpreted [2]** 77/11
78/3
**interpreting [1]** 148/4
**interpretive [1]** 172/21
**interrupt [5]** 39/10
39/17 204/9 238/4
244/15
**interrupted [2]** 32/3
189/20
**interrupting [1]** 249/7
**interruption [2]** 11/12
189/19
**interview [1]** 128/12
**intimidate [2]** 29/12
102/3
**intimidating [1]** 171/2
**intimidation [1]** 116/22
**introduce [3]** 7/3 8/13
16/6
**introduced [4]** 137/18
227/23 231/14 232/25
**introducing [1]** 8/10
**introduction [2]** 95/8
97/1
**introverted [1]** 23/7
**intuitive [1]** 188/9
**investigated [1]**
119/22
**investigating [1]**
121/23
**investigation [7]**
221/13 227/20 227/24
228/4 229/13 232/6
250/23
**investigative [1]**
153/23
**investigators [1]** 51/10
**invocation [1]** 50/10

70/4 70/7 71/23 72/6
83/2
**invoked [7]** 50/21
61/15 70/13 70/22
85/17 85/18 88/4
**invokes [1]** 64/14
**invoking [1]** 72/17
**involve [2]** 178/14
201/25
**involved [11]** 15/11
50/15 97/5 146/6
164/18 174/15 177/18
196/18 201/19 210/14
219/5
**involvement [2]** 119/21
122/19
**involves [4]** 35/4 148/1
152/20 201/22
**involving [4]** 153/23
172/10 174/14 175/14
**iPhone [6]** 231/18
239/25 245/13 245/25
246/1 246/3
**irrationality [1]** 41/9
**irrespective [1]** 127/21
**is [671]**
**Is there [4]** 123/22
195/20 222/9 230/3
**Isaacs [3]** 79/11
143/23 143/24
**isn't [10]** 67/4 148/18
151/9 154/2 154/16
169/17 175/22 201/7
203/18 234/20
**issue [33]** 35/24 60/22
86/10 117/6 125/2
146/10 155/6 155/19
156/16 157/15 157/24
158/19 159/2 159/22
160/2 161/12 162/1
162/4 167/19 168/10
168/19 184/21 191/18
191/22 191/23 207/12
207/13 208/11 218/9
219/16 236/14 236/16
251/17
**issued [2]** 56/8 171/24
**issues [8]** 145/19
154/23 158/24 204/3
208/23 224/4 225/20
226/13
**it [449]**
**it would be [8]** 60/19
123/23 158/5 177/2
177/5 205/20 211/8
218/20
**it's [139]** 6/5 6/6 7/12
8/5 8/5 8/11 20/21 21/3
22/10 22/22 22/23
26/25 35/9 35/22 38/4
44/4 53/23 53/25 56/13
56/22 57/1 60/16 61/22
62/3 64/7 65/9 66/1
74/21 80/16 81/14 83/9
88/10 91/9 94/2 96/21
97/4 99/21 100/24
102/6 104/13 105/4

120/23 122/8 126/3
127/17 128/24 129/9
130/15 130/16 132/6
136/11 143/1 145/7
147/1 148/15 148/19
152/24 153/8 153/14
153/17 154/21 157/4
157/5 157/6 157/10
158/3 158/11 158/12
160/5 160/10 160/13
161/9 162/7 162/13
163/5 163/11 163/21
163/23 164/5 164/9
164/11 164/24 165/15
165/25 166/1 166/8
166/8 168/11 170/10
170/18 175/23 177/11
177/21 179/19 182/1
187/25 188/10 188/13
191/3 191/9 191/14
194/6 194/22 197/23
199/18 200/19 200/25
202/25 205/15 205/15
207/2 213/7 213/24
214/22 214/23 215/12
215/25 216/9 216/16
217/13 219/15 223/7
223/19 225/4 225/7
226/3 227/12 227/16
234/4 237/19 243/14
247/13 247/18 250/17
250/18 252/5
**It's like [2]** 22/10 22/23
**its [36]** 29/15 37/13
38/7 38/19 42/13 44/14
45/16 47/19 51/21 70/9
91/8 102/17 109/8
117/21 126/9 128/17
149/6 150/21 152/25
153/16 155/8 156/7
158/3 158/15 158/16
159/21 165/19 167/13
172/18 181/23 181/23
198/18 201/16 218/25
225/1 243/13
**itself [21]** 51/2 61/15
63/23 68/20 69/25 91/3
103/11 107/11 119/3
136/11 155/8 164/15
167/25 180/22 181/2
183/22 186/3 194/15
198/21 203/5 225/24

---

**J**

**j6j20 [1]** 100/13
**J6th [1]** 210/14
**Jackson [4]** 14/14
14/21 14/22 15/1
**Jackson's [1]** 15/19
**jail [2]** 232/10 232/13
**James [10]** 2/7 5/16
81/5 81/11 83/22 83/23
101/2 101/3 114/25
221/3
**James Lee Bright [1]**
5/16
**James' [1]** 92/14

**Jan [3]** 66/23 67/10
77/19
**Jan. [8]** 66/25 67/9
68/12 77/22 97/12
228/14 233/8 234/8
**January [172]** 7/5 7/8
7/16 8/4 8/16 9/20 11/7
12/2 12/6 13/9 13/20
14/4 15/2 15/10 16/17
18/9 18/24 19/16 20/11
20/17 21/14 22/9 22/11
22/18 22/23 23/4 23/18
23/22 23/25 24/9 24/13
24/19 25/15 26/6 28/16
28/25 33/3 50/20 51/1
51/2 51/6 51/9 57/3
61/14 63/23 64/3 64/17
66/3 66/11 67/7 67/8
68/6 68/20 68/23 69/19
69/25 71/23 72/12 73/6
73/14 73/16 73/25
75/15 76/15 76/18
76/20 76/23 78/8 80/18
82/14 82/22 84/5 84/10
85/16 86/21 87/15
87/19 88/4 88/16 88/18
88/18 89/22 89/25 90/1
90/19 90/22 91/3 91/4
91/5 93/22 97/17 97/20
98/23 100/6 100/9
100/17 100/25 101/24
103/9 103/11 104/1
104/9 104/10 105/9
105/14 105/16 109/2
110/15 110/18 111/16
120/16 122/21 123/5
123/8 123/14 123/16
126/8 126/24 127/1
129/3 135/5 135/18
137/4 141/25 142/1
149/1 184/10 211/3
227/14 227/25 228/5
228/12 228/22 230/7
230/19 231/21 232/1
232/9 232/14 232/19
233/5 233/24 234/1
234/8 234/21 235/2
235/3 235/21 237/24
238/7 238/25 239/8
240/22 241/11 242/8
243/25 244/5 245/13
246/9 246/11 246/12
246/14 246/19 246/23
247/2 247/8 247/19
249/9 249/20 250/17
250/18 250/18
**January 10th [1]** 82/22
**January 17th [2]**
122/21 235/21
**January 19th [1]** 246/9
**January 1st [2]** 104/1
104/9
**January 20th [5]** 123/5
232/1 233/24 246/19
249/20
**January 2nd [1]** 68/6
**January 3rd [2]** 239/8

**January 4th [2]** 104/10
240/22
**January 5th [1]** 126/24
**January 6 [1]** 88/4
**January 6th [100]** 7/5
7/8 7/16 8/4 8/16 9/20
11/7 13/9 13/20 14/4
15/2 15/10 16/17 18/9
18/24 19/16 20/11
20/17 21/14 22/9 22/11
22/18 22/23 23/4 23/18
23/25 24/9 24/13 24/19
25/15 26/6 28/16 28/25
33/3 50/20 51/1 51/2
51/9 57/3 63/23 64/3
64/17 66/3 66/11 68/20
69/19 69/25 71/23
72/12 73/6 73/14 73/16
73/25 75/15 76/15
76/18 76/20 76/23 78/8
80/18 82/14 84/10
85/16 87/15 87/19
88/16 88/18 88/18
89/22 89/25 90/1 91/3
93/22 97/17 97/20
100/6 100/9 100/17
100/25 103/9 103/11
105/9 105/16 110/18
110/18 126/8 127/1
129/3 135/5 135/18
137/4 142/1 149/1
184/10 211/3 227/25
228/22 232/9 234/21
250/18
**January 7th [6]** 12/2
12/6 227/14 228/5
228/12 238/7
**January 8th [1]** 230/7
**jcrisp [1]** 2/16
**jealously [1]** 94/25
**Jeffrey [2]** 1/14 5/14
**Jeffrey Nestler [1]**
5/14
**jeffrey.nestler [1]** 1/20
**jeopardized [1]** 32/6
**Jeremy [2]** 62/19 66/4
**Jeremy Brown [1]**
66/4
**Jeremy Liggett [1]**
62/19
**Jericho [1]** 71/14
**Jessica [5]** 2/14 5/10
8/18 14/16 122/22
**Jessica Watkins [2]**
8/18 14/16
**JH30 [1]** 243/2
**jigsaw [1]** 173/21
**jlbrightlaw [1]** 2/9
**job [9]** 13/13 23/17
25/1 32/16 40/16 40/23
65/22 111/22 115/13
**jobs [1]** 18/4
**Joe [5]** 101/22 239/10
239/13 240/1 241/13
**Joe Biden [1]** 101/22
**Johnson [8]** 33/20
34/6 34/19 34/25 35/2
35/11 136/20 193/1

**Johnson's [1]** 34/20
**Johnston [1]** 2/11
**join [2]** 57/16 166/2
**joinder [2]** 51/20 95/10
**joined [14]** 34/7 37/5 37/12 37/19 37/25 38/2 42/12 57/17 61/18 98/11 102/17 109/7 131/11 165/24
**joining [4]** 58/4 117/14 117/16 166/12
**joint [10]** 28/24 93/5 112/7 126/8 126/10 126/14 126/24 142/23 167/22 187/13
**Jonathan [2]** 2/14 5/20
**Jones [2]** 211/6 211/9
**Joseph [7]** 5/12 16/9 19/22 50/6 228/6 229/2 232/17
**Joseph Biden [1]** 50/6
**Joseph Hackett [6]** 5/12 16/9 19/22 228/6 229/2 232/17
**journalists [1]** 128/21
**Jr [3]** 2/10 3/2 3/14
**judge [33]** 1/10 24/17 27/24 40/2 108/4 113/8 127/9 156/17 165/21 168/17 168/19 169/2 170/12 171/2 178/11 183/1 183/13 183/20 184/2 184/9 185/7 185/10 185/14 185/19 191/17 196/25 197/1 197/4 203/23 207/8 209/1 225/22 226/16
**Judge Bates' [2]** 113/8 127/9
**Judge Cooper [2]** 108/4 165/21
**Judge Howell [2]** 185/10 185/19
**Judge Kollar-Kotelly [4]** 168/17 184/9 185/7 185/14
**Judge Kollar-Kotelly's [2]** 178/11 183/1
**Judge McFadden [1]** 170/12
**Judge McFadden's [2]** 156/17 168/19
**Judge Mehta [1]** 24/17
**Judge Randolph [3]** 196/25 197/1 197/4
**judges [5]** 168/15 184/21 185/3 188/1 191/21
**judgment [7]** 37/11 38/9 38/12 38/21 40/18 131/15 135/16
**judicial [9]** 49/6 147/8 157/2 157/7 158/16 170/12 170/12 171/5 172/25
**judicial-like [1]** 49/6
**jump [1]** 108/16

**jumped [1]** 189/5
**jumping [1]** 144/22
**June [2]** 25/3 67/3
**jurisdiction [1]** 187/21
**jurisprudence [2]** 94/4 94/5
**juror [6]** 38/22 39/11 40/19 50/22 51/16 209/24
**jury [162]** 20/9 22/17 38/18 40/25 41/6 42/17 42/21 43/6 43/11 45/6 45/8 50/10 51/10 51/25 54/6 54/20 55/5 55/25 58/10 68/15 69/2 69/4 69/13 69/19 69/23 70/5 71/5 71/7 71/21 72/10 72/19 73/8 73/21 74/8 74/18 74/23 76/1 76/24 77/11 78/3 78/11 78/18 79/1 79/13 79/17 80/13 80/23 81/4 82/8 84/7 84/13 85/21 86/3 86/5 86/7 86/11 86/14 87/25 88/5 88/15 88/15 89/3 89/19 92/23 93/11 93/12 93/15 93/24 95/21 95/23 96/14 97/14 98/6 98/9 99/6 99/16 99/16 99/24 100/15 100/20 101/9 101/10 101/13 102/14 103/19 104/5 104/6 104/14 105/7 106/2 106/3 106/25 107/13 109/19 110/13 110/16 110/23 111/21 112/25 113/19 114/1 114/3 114/17 115/19 115/24 116/3 117/11 118/16 118/20 118/22 119/6 119/14 119/15 119/22 120/14 121/14 121/19 121/23 122/12 122/14 122/16 123/18 124/15 128/15 132/5 133/9 136/9 137/22 138/2 139/16 139/18 140/14 140/17 140/25 142/11 203/5 204/11 204/14 204/19 227/19 228/2 232/5 233/14 235/16 237/12 237/16 237/20 237/24 238/2 238/17 238/20 239/3 239/17 240/17 241/12 241/13 241/16 241/17 241/18 241/22 249/14 250/23
**jury's [9]** 23/22 41/7 93/22 132/15 133/7 139/17 142/11 144/10 154/5
**jusdem [1]** 163/22
**jusdem generis [1]** 163/22
**just [186]** 6/13 7/3 12/11 18/15 18/17 23/13 26/5 30/6 35/18

36/18 36/25 37/1 37/6 38/5 38/24 48/24 51/17 53/23 55/12 56/24 57/6 57/21 57/24 59/10 62/13 63/6 63/12 68/2 69/19 69/21 70/7 73/9 74/7 75/24 75/24 77/5 77/25 83/13 85/25 86/2 86/13 87/20 87/20 88/14 97/3 99/16 101/12 102/25 103/17 105/13 108/3 108/16 109/9 109/13 110/3 110/12 110/17 110/22 112/15 113/7 113/13 115/22 116/7 117/22 124/8 124/23 131/7 141/10 144/20 144/25 145/21 146/10 147/17 150/12 151/23 152/8 155/5 155/25 157/15 158/11 160/3 162/9 163/5 163/6 164/16 164/22 165/9 165/14 167/17 168/14 168/23 170/4 178/16 179/11 180/10 180/17 181/7 181/13 182/23 183/2 183/21 186/5 186/19 188/15 189/10 190/4 190/14 190/21 191/8 191/16 192/24 193/24 194/5 194/9 196/3 196/7 196/9 197/3 199/3 199/4 199/16 199/25 200/12 200/21 202/12 207/1 207/16 208/10 210/23 212/2 212/3 212/6 212/18 214/6 214/13 214/23 216/4 216/15 221/20 222/11 223/11 223/25 224/3 224/7 224/19 226/11 226/14 227/7 228/2 233/16 234/4 234/20 235/6 236/8 236/12 237/11 240/4 240/19 242/3 242/10 242/21 243/9 243/10 243/12 244/8 244/16 244/18 245/1 245/17 247/17 248/15 249/16 249/16 249/24 250/17 250/24 251/3 251/13 251/23 252/10 252/14 253/6
**justice [75]** 20/15 24/1 27/11 28/1 94/18 95/12 120/5 120/8 120/10 131/16 146/9 146/24 146/25 147/15 147/21 147/22 148/10 149/14 150/23 152/21 156/8 156/9 156/15 157/25 158/14 158/15 158/17 159/1 159/23 163/1 163/17 163/19 164/14

169/3 169/12 169/18 169/19 170/11 170/15 170/22 170/24 171/9 172/1 172/4 172/7 172/10 172/17 174/9 175/14 176/2 176/20 177/14 177/21 177/22 177/23 177/25 178/15 178/17 178/24 179/1 179/16 180/5 180/20 180/23 181/3 181/6 181/9 181/15 184/6 186/4 191/24 220/13
**justice,' [1]** 164/1
**Justices [1]** 189/17
**justifiable [3]** 38/20 237/11 237/19

**K**
**K2 [2]** 145/13 145/14
**Kailua [1]** 3/4
**Kamala [2]** 59/12 59/16
**Kandaris [14]** 63/19 67/22 73/12 84/1 84/2 103/23 103/23 104/1 104/6 104/18 105/21 105/23 145/10 145/16 145/11
**Kandaris' [2]** 103/11 104/6
**Kathryn [2]** 1/14 5/14
**Kathryn Rakoczy [1]** 5/14
**kathryn.rakoczy [1]** 1/19
**keep [13]** 20/22 60/2 79/25 81/7 101/19 101/22 103/3 108/18 145/2 223/21 251/18 251/23 252/21
**Keeper [8]** 54/13 72/22 96/12 99/19 121/8 136/17 137/19 138/1
**Keepers [53]** 11/8 11/9 13/10 13/16 22/15 55/10 57/6 61/10 64/4 64/24 69/2 69/3 69/8 69/11 69/12 69/17 69/21 71/10 72/3 73/9 73/13 73/19 73/25 74/20 74/25 76/2 78/19 83/12 86/21 87/4 95/16 99/12 116/13 126/13 129/15 137/1 137/3 137/9 137/14 137/20 138/3 165/4 180/6 189/8 190/18 190/25 191/2 208/16 211/2 211/18 232/15 232/20 250/19
**Keepers' [4]** 13/20 13/22 143/4 181/20
**keeping [1]** 56/3
**keeps [1]** 252/3
**Kelley [1]** 66/16
**Kelley SoRelle [1]** 66/16
**Kelly [15]** 3/14 5/9 16/9

104/10 145/9 145/14 228/5 230/19 230/25 231/3 239/11 249/20
**Kelly Carter [3]** 104/10 145/9 145/14
**Kelly Meggs [8]** 5/9 16/9 19/22 83/23 230/19 230/25 231/3 249/20
**Kelly Meggs' [2]** 228/5 239/11
**Kellye [3]** 58/19 75/11 120/17
**Kellye SoRelle [3]** 58/19 75/11 120/17
**Kenneth [7]** 3/18 5/10 16/10 19/23 54/12 127/4 231/4
**Kenneth Bittner [1]** 54/12
**Kenneth Harrelson [4]** 5/10 16/10 19/23 231/4
**kept [1]** 214/7
**key [5]** 50/8 51/24 61/7 100/13 150/24
**keyword [1]** 150/23
**KH [1]** 127/3
**Khatallah [2]** 165/21 207/17
**Khattalah [1]** 142/14
**kicked [4]** 10/13 26/4 57/24 62/20
**kill [2]** 56/22 106/13
**killed [2]** 17/9 56/22
**kind [27]** 55/4 56/24 70/25 75/12 85/8 86/14 92/25 164/9 164/11 164/12 164/13 166/8 166/9 179/7 211/21 213/9 214/14 214/24 215/1 215/4 215/5 215/22 216/10 216/12 218/13 223/8 239/23
**kinds [1]** 10/20
**kitchen [1]** 12/7
**knees [1]** 83/11
**knew [26]** 51/3 74/9 74/20 78/13 86/15 95/17 97/11 98/1 98/9 105/10 119/3 148/9 148/11 148/23 149/7 227/11 232/10 232/12 232/17 232/17 232/18 247/25 248/1 248/4 248/8 248/11
**knockdown [1]** 66/9
**know [109]** 15/25 16/19 23/10 27/8 34/14 34/17 35/6 38/4 65/10 65/11 68/2 68/12 71/2 74/3 75/20 78/24 84/3 88/12 95/19 96/15 100/18 104/2 104/21 105/24 115/12 121/19 124/5 146/21 149/9 149/14 150/1 150/13 150/15 156/11 158/20

know... [73] 159/7
159/8 160/21 162/8
165/17 166/6 166/10
166/12 169/2 169/20
169/21 170/1 171/5
171/8 173/4 176/23
177/2 179/17 182/21
186/1 188/22 189/7
189/8 189/10 189/20
192/6 192/16 194/21
195/16 196/5 197/21
199/17 200/1 203/23
204/10 207/6 208/20
208/21 208/22 209/2
209/7 210/14 210/16
212/3 213/10 218/7
218/22 219/4 219/6
220/13 222/1 222/2
222/25 223/12 225/2
226/23 227/6 234/3
237/23 238/15 238/21
240/16 242/17 242/19
245/4 247/10 247/18
248/11 248/15 249/10
251/10 252/10 253/23
knowing [8] 26/18 27/4
31/1 51/20 80/7 87/21
100/1 248/13
knowingly [6] 16/4
101/14 102/17 112/9
118/3 119/25
knowledge [12] 32/22
39/16 51/21 86/22 87/5
97/17 102/17 124/18
209/8 248/10 251/6
251/14
knowledgeably [1]
98/11
known [6] 18/3 78/10
79/19 86/24 96/18
123/4
knows [8] 12/21 35/8
67/25 100/8 148/7
219/19 234/4 248/21
Kollar [8] 168/17
178/11 183/1 183/13
183/20 184/9 185/7
185/14
Kollar-Kotelly [2]
183/13 183/20
Kotelly [6] 168/17
183/13 183/20 184/9
185/7 185/14
Kotelly's [2] 178/11
183/1

L

L-e-m-i-r-e [1] 134/1
LA [1] 2/11
lack [3] 13/22 101/11
141/2
ladies [1] 141/8
laid [2] 222/1 253/22
lamppost [1] 76/4
land [2] 68/12 249/8
landed [1] 212/6
Landon [1] 82/14

Lanelle [1] 186/20
Lanelle Hawa [1]
186/20
language [14] 45/17
47/20 73/8 103/15
149/10 157/11 158/11
158/12 158/20 162/23
162/25 169/16 182/11
196/11
large [5] 35/2 148/16
174/14 174/14 231/11
largely [3] 45/1 102/12
133/11
larger [1] 188/11
largest [2] 72/23
191/13
LASSITER [1] 2/3
last [26] 33/22 34/12
54/15 59/22 61/3 61/3
68/7 75/8 99/22 155/11
162/20 199/22 216/4
218/25 222/8 231/21
231/24 234/7 242/2
242/7 243/21 243/22
244/9 245/8 246/8
246/12
lasted [1] 33/23
late [7] 34/12 52/15
66/13 67/6 97/12 103/6
126/23
Late-December [1]
66/13
later [25] 17/13 23/20
60/12 62/2 62/12 74/6
77/20 77/24 80/6 80/17
80/24 85/11 101/7
120/24 121/6 122/25
123/5 123/8 143/4
156/23 171/23 228/1
231/12 234/12 234/19
latter [1] 41/5
law [70] 3/2 3/14 8/8
8/10 9/5 9/8 11/10
11/16 11/23 14/8 17/23
19/19 31/6 40/8 41/25
42/5 42/10 42/19 43/18
43/21 43/24 44/15
44/16 45/2 45/3 46/6
46/9 47/8 47/17 49/7
54/11 89/25 92/8 92/17
106/13 106/16 118/5
118/7 121/3 121/20
122/13 130/16 137/6
143/13 143/19 147/1
148/13 149/15 150/8
150/22 151/1 161/6
167/11 167/12 169/2
170/8 171/16 192/4
192/17 210/16 212/4
217/4 227/24 228/4
228/11 229/13 240/13
240/18 249/12 253/23
Lawfare [1] 121/1
lawful [12] 28/20 28/24
32/7 45/12 49/22 57/7
72/13 76/17 91/16
94/10 118/8 142/21

Lawn [2] 2/3 2/7
Lawrence [1] 215/18
laws [10] 9/7 43/19
49/2 49/3 49/5 55/18
70/9 86/19 107/2 154/8
lawyer [1] 34/20
121/16 121/17
lawyers [2] 64/19
121/15
lay [3] 134/22 219/22
249/8
Lazarus [4] 16/8 16/14
19/15 31/4
Lazo [3] 14/15 14/22
15/19
lead [1] 184/5
leader [7] 61/21 69/11
86/20 87/3 87/8 88/2
196/17
leaders [1] 31/23
leadership [18] 16/25
30/1 31/16 52/5 52/18
58/25 59/22 66/19
84/21 87/15 120/18
135/4 137/12 229/24
229/25 230/8 230/15
248/22
leading [3] 87/17 91/3
222/12
leads [1] 124/20
Leah [2] 57/19 57/25
learn [3] 23/4 84/3
105/24
learned [7] 7/8 16/19
learning [4] 9/13 18/13
27/22 84/17
least [39] 39/14 41/22
42/7 43/2 43/3 68/17
79/5 89/5 89/9 96/18
100/15 102/9 106/3
109/5 112/19 113/14
114/11 116/21 120/15
130/14 132/3 133/8
138/1 162/19 165/1
167/18 168/15 175/7
178/3 180/6 192/7
206/2 220/5 220/16
221/24 224/21 234/8
246/22 252/6
leave [11] 22/1 31/4
35/18 36/24 63/9
116/24 117/1 122/1
176/23 180/10 252/14
leaves [2] 81/4 199/22
leaving [6] 80/24 88/9
108/5 108/8 108/10
173/20
led [3] 13/11 79/22
129/8
Lee [3] 2/7 3/2 5/16
left [19] 17/23 18/4
32/13 53/20 58/25
60/15 77/25 80/22
81/17 84/16 102/14
111/9 135/8 189/7
217/15 225/20 226/13
220/10 245/25

legacy [1] 122/4
legal [28] 43/14 45/14
45/23 46/5 53/14 61/2
64/19 70/10 132/22
132/25 133/1 143/15
145/22 146/25 150/24
154/23 167/18 170/25
171/4 191/23 192/7
192/8 197/15 208/23
210/17 212/3 213/25
224/24
legally [2] 64/16
168/12
legislative [3] 20/13
147/9 157/1
legitimate [2] 52/13
55/4
legs [1] 13/6
Lemire [1] 134/1
length [5] 181/16
181/23 186/2 189/13
223/13
lenient [1] 39/7
Lenity [1] 49/10
LEO [1] 52/9
let [50] 15/25 36/25
37/1 38/5 38/24 43/13
59/18 68/11 74/3 75/25
83/7 85/25 86/13 89/12
95/5 109/9 112/18
121/8 122/4 124/23
141/11 144/12 152/9
155/10 167/17 168/12
168/14 168/22 168/23
170/4 170/5 171/11
175/25 180/17 186/1
192/24 200/21 203/8
207/1 208/10 209/9
212/2 218/7 221/1
224/14 229/20 233/16
238/4 245/16 253/23
let's [16] 35/22 36/2
56/16 65/24 107/19
115/11 124/3 139/7
139/8 139/14 144/17
148/7 178/22 180/9
192/6 241/25
Let's see [1] 65/24
letter [21] 24/13 55/9
55/9 63/3 63/19 74/25
102/22 103/23 145/8
208/13 209/15 209/17
211/11 212/5 213/11
213/22 214/11 216/2
216/7 216/21 217/16
letters [6] 213/15
213/18 214/2 214/5
214/8 215/4
letting [3] 24/17 62/11
75/20
level [34] 60/13 76/25
91/20 125/11 142/17
144/13 146/2 146/2
146/5 147/25 151/23
155/24 156/1 172/2
172/6 173/9 173/9
174/6 174/7 174/19

174/25 174/25
177/11 178/22 179/5
179/6 195/3 195/4
195/20 210/19 220/17
220/25 221/24
levels [28] 155/24
161/11 201/20 201/22
202/4 202/21 203/20
229/2
levy [1] 13/25
liability [5] 116/9
154/11 154/14 168/8
189/23
liable [1] 166/7
liars [1] 23/19
liberty [6] 63/12 63/15
63/17 65/19 66/12
100/7
Liebengood [1] 31/7
lieutenant [6] 33/20
34/2 34/19 34/25 35/2
35/11
life [13] 19/11 20/24
23/8 23/16 26/7 26/14
27/2 27/9 32/21 141/5
141/15 207/7 207/10
lifetime [1] 32/19
Liggett [1] 62/19
light [8] 38/14 51/15
72/8 74/15 137/11
137/24 234/17 242/17
like [58] 7/3 7/18 8/10
8/13 16/24 20/1 22/10
22/23 24/16 25/22
27/24 40/11 40/11
40/13 49/6 53/20 53/23
54/5 62/25 63/14 65/5
65/17 70/24 71/9 82/16
84/3 99/21 105/24
115/25 119/2 122/20
124/7 130/16 141/11
141/12 141/13 142/13
150/8 160/21 177/5
188/21 189/13 195/2
197/9 211/1 217/8
218/12 219/16 222/3
222/14 224/22 226/7
234/6 237/11 242/4
243/5 243/7 243/8
likelihood [1] 122/14
likely [3] 64/22 71/3
133/7
likewise [1] 128/12
limit [1] 153/22
limitation [2] 212/19
213/4
limited [5] 109/12
170/11 172/25 177/5
181/9
limiting [2] 136/8
176/18
Linder [4] 2/2 2/3 5/16
190/7
line [37] 22/16 35/18
78/17 78/22 79/5 79/6
79/18 79/21 79/22
79/24 80/4 81/4 81/4
87/8 89/7 89/10 92/8

**L**

line... [20] 93/8 97/18
101/9 112/21 114/11
133/19 137/14 137/14
137/16 143/11 143/24
143/25 144/2 185/20
187/23 193/19 200/4
222/20 243/6 250/25
Line 1 [16] 78/17 78/22
79/5 79/6 79/21 81/4
87/8 89/7 89/10 92/8
93/8 112/21 137/14
143/24 143/25 144/2
Line 1's [1] 97/18
Line 2 [3] 81/4 137/14
137/16
lines [1] 244/18
lineup [1] 218/25
link [1] 77/13
list [17] 51/24 130/11
163/24 164/3 164/5
164/10 171/7 171/7
175/21 175/23 175/23
176/9 176/16 181/7
195/1 195/24 198/1
listed [2] 44/5 132/7
listen [1] 104/11
listened [3] 16/20
209/22 236/13
listening [2] 17/20
65/17
literal [1] 98/25
literally [6] 115/8
138/21 139/8 151/1
201/14 212/6
littering [1] 26/11
little [24] 23/22 34/8
35/25 65/17 81/1 94/3
94/7 141/18 169/23
170/5 179/12 184/15
189/7 192/18 193/19
213/7 214/9 215/24
216/9 219/15 222/18
244/18 245/14 252/5
live [6] 16/6 19/10
20/19 20/24 23/21
56/23
lives [9] 12/3 16/1 18/1
18/11 22/16 23/16 27/8
27/10 27/14
living [1] 83/11
LLC [2] 2/14 3/19
lobbyists [1] 128/21
locally [1] 252/10
location [6] 19/2 25/21
26/2 29/22 31/24 130/1
locations [1] 22/5
lockdown [1] 25/18
locked [1] 74/5
logged [2] 227/1 236/9
logical [2] 154/16
156/25
Logically [1] 40/8
long [13] 13/2 18/9
60/16 73/5 108/13
124/4 140/20 161/3
161/5 161/17 167/2
167/4 198/7

**long-sleeved [1]** 94/25
longer [7] 17/24 18/5
19/3 34/7 189/9 201/5
237/8
longest [4] 188/24
188/25 189/5 190/2
look [43] 12/7 12/16
12/17 21/11 27/10
70/25 102/7 124/5
141/14 163/14 165/9
165/21 166/9 168/10
169/10 169/14 176/8
176/11 186/19 188/20
188/24 189/1 190/1
190/3 192/2 199/2
199/16 202/12 205/3
207/1 207/5 216/13
216/22 217/24 231/7
242/20 244/4 246/4
246/10 246/10 246/12
251/12 253/23
looked [7] 80/21 88/16
89/4 114/9 165/2 194/1
222/2
looking [10] 80/14
88/18 111/15 115/25
162/23 226/4 234/6
242/13 247/17 247/21
looks [2] 21/8 234/6
loop [2] 22/24 251/23
Lords [1] 100/12
loss [1] 8/2
lost [1] 26/15
lot [6] 83/1 116/5
168/10 188/13 213/16
215/10
Louis [2] 1/16 5/15
Louis Manzo [1] 5/15
love [1] 23/12
loved [6] 9/19 12/18
18/12 20/20 23/9 23/17
low [1] 191/19
lower [1] 156/1
lucky [2] 11/4 19/13
lunch [1] 107/16

**M**

ma'am [2] 241/3 244/2
mace [2] 10/20 12/21
MacMahon [1] 123/1
made [55] 6/9 7/7 8/19
13/17 14/17 19/12
42/16 48/11 58/12
61/21 83/4 86/1 88/25
89/13 92/3 93/19 94/13
101/10 109/10 109/22
110/4 111/3 112/19
126/2 126/21 127/17
131/5 133/8 133/18
134/13 135/2 138/7
139/2 140/5 141/22
141/22 143/7 147/17
148/6 155/20 160/10
165/20 171/18 177/8
180/21 190/10 197/7
198/11 208/8 208/15
212/11 212/13 224/2
237/15 240/1

**magazine [1]** 211/6
magnitude [1] 15/12
maimed [1] 27/5
main [1] 178/25
mainly [1] 193/17
maintenance [3] 147/1
169/4 170/5
major [2] 16/24 52/8
majority [1] 15/7
make [53] 15/15 15/18
17/15 31/1 39/2 39/5
40/22 41/10 41/15
56/15 61/5 61/23 62/1
65/15 65/22 66/2 66/5
79/9 84/1 98/16 109/19
121/4 121/5 133/17
143/21 144/3 145/11
149/5 150/3 151/24
153/9 154/16 155/7
160/1 180/17 184/18
186/12 187/11 188/11
199/6 199/18 209/9
209/25 222/22 222/24
224/8 225/19 225/24
226/11 236/16 238/21
239/13 250/12
makes [13] 68/13
105/22 110/5 115/1
127/16 156/22 178/11
182/4 202/14 210/22
211/14 212/19 235/16
making [9] 17/2 17/19
25/23 31/12 47/16
84/18 150/12 211/25
212/16
mall [1] 20/25
management [1] 193/5
manager [4] 193/2
195/2 196/3 196/17
managers [1] 198/20
managing [1] 196/8
mandatory [2] 201/3
201/4
manifest [1] 197/20
manner [4] 32/9 84/16
101/1 102/10
manpower [1] 68/4
manual [2] 171/24
171/25
many [23] 12/22 13/24
18/8 26/15 30/10 40/11
40/13 55/5 62/22 63/5
73/5 75/12 102/24
141/15 147/18 183/23
186/14 186/18 189/23
189/23 220/2 222/4
248/2
Manzo [2] 1/16 5/15
maps [1] 133/4
march [7] 53/20 55/25
56/11 71/14 99/10
183/4 183/8
marched [2] 82/7
234/23
Marion [1] 3/10
Martha [2] 14/15 14/22
Martinez [2] 235/8

**Maryland [1]** 24/25
masks [2] 10/17 30/16
masses [1] 56/21
massive [2] 98/22
139/13
master [1] 12/25
matched [1] 102/12
material [11] 125/8
125/8 125/21 128/24
129/9 130/14 155/13
157/22 158/1 158/6
158/8
matt [1] 4/10
matter [13] 6/15 25/22
35/18 43/18 65/23 83/6
145/2 149/16 192/7
192/8 214/6 214/15
255/4
mattered [1] 137/10
matters [5] 6/8 50/13
142/1 145/6 171/11
Matthew [2] 4/7 5/25
Matthew Peed [1] 5/25
max [4] 203/18 203/19
207/10 209/1
maxes [1] 207/8
maximum [10] 13/25
203/14 203/16 203/21
204/21 204/21 204/25
205/2 205/5 206/20
maxing [1] 203/16
may [52] 1/5 6/20
24/20 27/2 30/10 35/24
36/20 37/16 42/23 68/7
91/12 98/6 101/6
131/15 132/3 141/17
141/17 146/12 162/11
163/11 164/22 165/18
167/24 167/25 173/6
194/21 194/23 196/13
198/23 206/15 212/9
212/22 213/3 214/18
216/6 218/25 219/1
224/3 224/4 224/7
226/3 227/2 229/8
229/12 237/7 238/25
239/17 246/1 246/15
246/24 251/3 255/7
May 28th [1] 229/8
maybe [18] 57/21
75/18 108/16 149/17
164/25 168/22 169/21
171/3 171/3 171/4
176/5 193/22 222/18
235/19 242/16 243/17
244/17 249/13
McCord [3] 209/17
210/11 212/3
McCullough [2] 28/7
28/11
McFadden [3] 163/11
169/2 170/12
McFadden's [2] 156/17
168/19
McGill [1] 97/5
MD [1] 4/4
me [145] 9/1 11/18

12/12 14/14 12/17
12/18 12/18 12/19 13/1
13/11 13/24 15/3 15/6
15/16 16/13 18/14
18/17 18/25 20/7 20/21
21/15 21/20 21/24 22/2
22/8 22/21 23/2 23/5
23/9 23/10 23/11 24/17
26/13 26/22 27/3 31/10
32/22 36/25 37/1 38/5
38/24 43/13 45/9 50/23
58/11 60/4 74/3 74/11
85/25 86/13 87/16
89/12 95/5 96/21 96/24
98/23 100/24 104/10
104/15 105/4 107/1
108/22 109/9 112/18
114/6 121/8 122/4
122/24 124/6 124/23
127/17 129/6 135/16
145/6 152/1 152/9
155/10 155/19 160/2
160/8 162/12 162/24
167/17 168/12 168/14
168/18 168/22 168/23
169/9 169/17 170/4
170/5 170/18 171/11
173/16 173/23 175/7
175/24 175/25 177/10
180/17 182/1 186/1
192/24 193/2 194/2
197/23 200/21 203/6
203/8 203/10 203/25
205/4 206/10 206/16
207/1 208/1 208/10
208/19 209/9 211/8
212/2 218/20 219/4
221/1 221/4 224/14
225/4 227/12 227/17
229/20 233/16 236/15
238/4 238/21 242/3
242/19 243/5 244/16
245/17 247/8 247/17
249/6 253/14
mean [49] 44/16 45/8
47/23 93/15 112/6
124/6 151/8 151/19
151/21 152/6 152/8
154/19 155/10 158/19
159/8 163/25 164/9
168/25 169/4 170/16
170/24 178/18 181/2
185/7 186/8 186/10
186/14 189/24 190/13
194/5 197/21 207/1
207/5 208/5 213/10
220/22 224/1 224/9
229/22 234/6 234/9
235/24 238/11 242/15
242/16 245/5 248/10
249/6 250/5
meaning [9] 44/4 44/6
121/15 139/22 158/4
175/8 181/13 191/23
196/4
meaningfully [1]
189/12
meanings [2] 44/7

**meanings... [1]** 169/25
**means [27]** 45/10
45/12 46/2 46/4 49/21
69/5 100/9 102/10
111/18 113/16 121/21
124/14 147/2 149/12
152/15 159/22 169/5
169/18 169/19 170/10
176/9 182/11 194/5
243/9 244/16 246/13
247/16
**meant [7]** 15/8 44/2
118/21 118/23 119/8
176/15 181/7
**measure [5]** 23/22
26/15 35/2 188/18
238/23
**mechanical [1]** 4/15
**media [3]** 119/20
122/18 249/1
**medium [1]** 95/3
**meet [3]** 77/15 81/16
195/5
**meeting [2]** 82/21
82/22
**meets [5]** 79/6 164/6
164/17 194/12 225/7
**Meggs [113]** 3/14 5/9
5/18 6/1 11/8 11/9 13/9
13/16 13/19 13/21 16/9
19/22 37/9 42/17 52/6
54/19 56/5 58/3 61/20
61/21 61/24 62/2 62/14
62/18 62/21 63/24 64/5
65/14 65/21 66/23
66/24 67/3 68/6 68/11
68/17 69/11 69/20
77/12 78/13 78/16
78/19 78/20 79/18
80/11 80/21 81/23
81/25 82/3 83/23 83/24
84/5 84/25 87/3 88/5
89/14 93/20 110/4
111/1 111/8 111/10
111/14 111/17 114/5
114/7 114/20 115/22
115/25 122/17 122/23
122/24 122/25 123/5
123/11 123/15 123/22
123/25 124/3 124/9
124/11 135/4 135/5
135/7 139/7 139/10
139/25 140/4 143/8
146/17 154/1 154/2
154/12 177/9 184/17
190/14 190/15 197/22
200/17 201/16 206/12
206/13 206/16 206/16
223/6 229/19 230/2
230/8 230/19 230/25
231/3 231/6 249/20
250/2 251/7
**Meggs' [7]** 80/17 82/5
122/21 136/14 139/5
228/5 239/11
**MEHTA [4]** 1/9 5/3
24/17 27/24

**member [11]** 25/6
116/22 116/23 116/24
116/24 117/1 117/1
165/12 183/18 214/25
**members [44]** 17/1
19/1 20/9 20/14 22/7
28/21 30/1 30/8 30/12
30/15 30/22 31/10
31/14 32/4 48/24 53/9
53/15 55/2 64/15 73/10
77/11 78/4 93/4 96/12
97/6 102/3 114/2
116/19 117/4 120/19
121/9 142/21 165/13
177/16 183/19 197/14
213/18 213/19 231/13
232/15 232/20 232/23
232/23 234/22
**membership [1]**
231/10
**meme [1]** 100/12
**memo [7]** 109/10
167/13 191/18 196/21
219/22 220/8 220/19
**memorabilia [1]** 252/2
**memorandum [1]**
208/16
**memories [1]** 26/8
**memory [2]** 12/9 22/5
**memos [1]** 128/12
**men [5]** 20/2 20/4
55/16 62/22 99/15
**mens [1]** 137/10
**mens rea [1]** 137/10
**mental [3]** 10/6 11/25
19/8
**mentally [2]** 13/12 27/6
**mention [3]** 85/25
108/3 109/9
**mentioned [2]** 106/20
241/1
**mere [6]** 44/5 47/8
63/13 173/6 204/8
251/12
**merely [6]** 46/6 47/17
72/8 95/2 176/10
217/19
**merit [2]** 4/11 96/9
**merits [1]** 31/23
**message [30]** 56/6
59/9 82/5 82/23 84/20
84/21 85/3 102/19
104/13 120/22 123/16
124/17 230/4 230/7
231/1 231/24 233/25
234/3 234/7 242/2
242/3 242/9 243/2
243/22 244/4 244/7
244/9 246/19 246/20
246/21
**messaged [7]** 68/6
77/20 77/22 122/23
122/23 122/25 123/13
**messages [38]** 17/21
18/25 53/3 64/21 66/13
67/15 73/24 74/9 77/10
77/15 78/1 78/4 80/6
84/21 85/5 85/8 90/3

120/16 121/6 123/5
123/15 123/21 123/22
124/9 124/13 124/16
124/18 139/6 190/10
229/23 230/19 231/6
242/24 249/1 250/5
**messaging [1]** 73/12
**met [6]** 15/2 15/6 15/13
28/16 210/11 212/3
**metaphysically [1]**
127/4
**meted [1]** 225/12
**Metropolitan [7]** 8/14
9/3 9/3 20/4 26/3 31/5
34/2
**Michigan [2]** 53/17
106/9
**mid [2]** 58/11 58/11
**mid-December [1]**
58/11
**mid-November [1]**
58/11
**middle [3]** 165/18
236/18 245/14
**might [15]** 38/22 40/4
40/9 57/11 63/22 103/9
133/13 144/23 180/24
198/21 211/2 219/3
219/13 223/20 224/9
**Mike [2]** 69/10 136/14
**Mike Nichols [1]**
136/14
**military [3]** 72/24 87/14
139/25
**militia [6]** 29/6 55/17
56/10 62/10 82/18
82/19
**Militia Brendan [1]**
56/10
**million [6]** 55/25 64/2
65/18 99/10 139/13
139/13
**Million MAGA [1]**
99/10
**Million MAGA March
[1]** 55/25
**millions [2]** 55/21
83/14
**mind [9]** 15/21 21/11
39/15 40/4 40/9 52/16
57/23 137/25 240/17
**mindful [3]** 54/9 55/3
219/8
**mindset [1]** 238/13
**minimal [1]** 174/16
**minimum [9]** 113/3
113/23 114/24 120/14
121/3 154/11 195/4
195/6 246/25
**ministry [1]** 94/23
**minted [1]** 126/9
**Minuta [30]** 3/2 5/11
5/21 6/3 14/19 35/5
35/7 37/22 66/10 81/5
81/12 85/4 88/24 95/10
95/14 96/6 96/10 96/25
97/10 97/16 98/9 99/4

99/23 100/11 101/11
101/12 114/24
**Minuta's [6]** 37/24
92/14 95/5 97/14
101/10 115/17
**minute [7]** 32/14 32/15
160/3 160/3 225/17
227/6 236/20
**minutes [18]** 17/13
21/25 35/21 36/2 36/4
36/22 60/12 74/6 77/20
77/24 78/2 111/9
120/24 121/6 122/25
124/7 180/11 189/9
**mirror [2]** 220/17 222/4
**miscarriage [1]** 95/12
**mischaracterized [1]**
93/3
**misconception [2]**
42/15 113/6
**misinformation [1]**
217/19
**misleading [8]** 40/14
133/14 134/18 138/12
142/19 143/8 144/3
217/13
**misreads [1]** 47/3
**missing [1]** 169/21
**mission [4]** 17/19 63/6
77/4 102/25
**mission-critical [2]**
63/6 102/25
**misstatement [2]**
42/15 92/1
**mistake [1]** 148/7
**misunderstanding [1]**
149/17
**mixed [2]** 15/3 37/17
**mob [7]** 26/18 27/1
98/25 178/2 183/18
183/19 185/21
**modern [2]** 169/20
170/2
**modifications [2]**
136/6 150/3
**modified [3]** 158/22
158/22 158/23
**modify [1]** 133/17
**modifying [1]** 210/2
**Moerschel [18]** 3/9
5/12 5/23 6/3 16/10
19/22 37/5 37/23 61/18
64/12 66/1 66/7 68/17
80/12 85/7 89/8 115/23
237/16
**moment [11]** 36/14
56/8 78/25 84/22
104/21 105/12 111/6
166/12 175/24 179/8
242/3
**moment's [1]** 98/20
**momentarily [3]** 50/11
62/25 110/2
**moments [3]** 26/6
140/23 140/25
**Monday [2]** 34/11
236/13

**moon [1]** 62/9
**montage [5]** 131/25
132/16 135/14 136/1
136/3
**Montgomery [3]**
178/10 178/12 178/17
**months [3]** 32/7 85/11
203/21
**morality [1]** 170/8
**more [69]** 39/7 42/16
42/24 48/8 49/6 51/24
65/17 69/21 71/18
73/18 78/1 87/1 88/24
89/11 89/12 89/25
90/11 94/14 96/19 97/6
97/6 101/16 104/20
110/17 112/19 116/5
117/15 118/5 121/6
129/5 133/8 136/11
137/17 142/6 149/2
151/5 151/18 155/24
156/4 156/9 161/13
162/1 167/5 169/20
170/2 173/22 174/3
174/15 180/17 182/6
188/10 189/12 189/25
191/19 194/10 194/19
195/25 196/1 196/19
198/11 198/11 200/7
208/7 208/25 214/9
214/14 231/22 242/19
249/7
**more-severe [1]** 156/4
**Moreover [1]** 106/22
**morning [41]** 5/4 5/6
5/7 6/5 6/7 6/14 6/21
6/24 8/21 8/22 8/23
8/24 8/25 12/5 14/14
19/25 24/14 24/15
33/16 33/17 33/18
33/21 34/24 35/14 62/2
73/16 82/15 83/16
83/18 97/17 105/16
105/20 209/23 224/17
225/18 228/12 240/22
241/10
**mortgage [2]** 195/12
195/13
**MOS [1]** 52/10
**most [23]** 28/19 38/14
51/15 55/11 71/3 74/15
79/11 94/25 99/15
135/23 137/25 155/3
161/11 173/10 189/1
189/6 190/3 191/11
193/1 231/12 234/17
239/2 245/6
**mostly [1]** 198/16
**mother [2]** 15/22 211/6
**Mother Jones [1]**
211/6
**mother's [1]** 15/23
**Mothers [1]** 7/19
**motion [33]** 1/9 37/3
37/5 37/10 38/1 38/9
38/12 39/8 40/23 43/16
43/21 48/9 48/19 49/7

motion... [19] 49/10 88/25 95/6 95/8 101/17 108/15 111/24 124/24 126/2 130/25 131/3 131/4 131/5 131/6 131/10 131/21 140/6 144/7 236/19
motions [12] 23/14 35/24 36/16 37/1 37/2 37/7 37/22 37/24 39/6 89/13 144/14 149/6
move [7] 66/2 70/23 78/22 178/22 208/8 220/4 221/5
moved [2] 41/13 208/3
movement [3] 118/11 139/14 208/4
movements [2] 54/2 97/17
moves [1] 78/17
moving [1] 106/23
mowing [1] 56/21
MPD [6] 8/11 11/20 15/23 143/11 144/4 187/16
Mr [6] 58/24 69/6 190/7 206/11 226/23 233/7
Mr. [584]
Mr. Alexandria [1] 138/24
Mr. Alpers [7] 75/16 75/17 76/4 82/22 82/22 82/25 83/2
Mr. Berry [14] 58/5 64/11 72/5 80/12 85/12 232/16 239/9 240/23 240/25 241/3 249/3 253/8 253/16 253/17
Mr. Berry's [1] 241/12
Mr. Bright [7] 36/14 207/24 209/3 209/5 216/15 216/24 223/20
Mr. Bright's [1] 212/14
Mr. Brown [1] 138/23
Mr. Caldwell [23] 37/3 37/7 44/3 44/12 44/18 44/24 45/24 49/1 56/17 67/15 68/13 85/3 86/6 88/12 94/1 95/22 95/25 109/10 117/3 131/11 227/8 236/14 238/12
Mr. Caldwell's [7] 37/18 43/16 46/24 48/14 96/21 162/17 227/10
Mr. Caleb Berry's [1] 82/2
Mr. Carter [1] 104/15
Mr. Crisp [1] 225/19
Mr. Crowl [3] 56/14 79/22 123/10
Mr. Cummings [1] 81/22
Mr. Dolan [21] 62/7 65/4 68/18 70/1 70/11 70/22 71/9 71/11 71/16 76/21 79/7 79/23 80/25

139/9 197/21 197/24 198/6
Mr. Dolan's [6] 71/5 88/9 114/18 139/21 140/2 140/13
Mr. Edwards [6] 6/22 14/6 33/14 144/19 217/3 251/22
Mr. Fischer [6] 160/10 162/6 162/12 166/22 167/3 251/8
Mr. Geyer [6] 33/22 107/23 108/7 124/23 131/1 144/23
Mr. Green [1] 78/24
Mr. Greene [7] 77/15 78/16 86/9 114/5 114/6 244/23 245/2
Mr. Greene's [1] 244/20
Mr. Hackett [42] 37/4 37/19 37/22 37/25 38/2 54/19 56/7 60/24 62/12 68/18 80/12 85/5 89/1 115/21 124/21 144/24 222/9 226/25 227/1 229/18 229/25 230/4 233/10 233/24 236/9 238/2 242/16 242/23 243/4 244/25 245/2 247/25 248/8 248/11 248/13 248/25 249/3 251/6 251/6 251/24 252/8 253/20
Mr. Hackett's [3] 208/11 243/24 252/22
Mr. Hagmann [2] 104/11 104/15
Mr. Harrelson [42] 37/8 37/12 37/14 54/19 56/7 68/18 79/7 80/11 80/22 84/25 87/24 88/2 108/5 110/1 114/15 114/18 115/25 117/12 117/19 123/11 123/15 123/21 124/3 124/9 124/11 124/20 125/15 125/20 126/6 126/18 127/13 128/5 128/10 128/13 129/11 129/18 130/18 179/4 197/23 198/6 198/9 230/2
Mr. Harrelson's [4] 124/25 126/20 127/23 144/23
Mr. Isaacs [2] 79/11 143/24
Mr. James [8] 81/5 81/11 83/22 83/23 101/2 101/3 114/25 221/3
Mr. James' [2] 92/14 115/16
Mr. Johnson [1] 34/6
Mr. Johnson's [1] 34/20
Mr. Kandaris [13]

103/23 103/23 104/1 104/6 104/18 105/21 105/23 145/10 145/16
Mr. Kandaris' [2] 103/11 104/6
Mr. Meggs [75] 37/9 42/17 52/6 54/19 56/5 58/3 61/20 61/21 61/24 62/2 62/14 62/18 62/21 63/24 64/5 65/14 65/21 66/23 66/24 67/3 68/6 68/11 68/17 69/11 69/20 78/13 78/16 78/19 78/20 79/18 80/11 80/21 81/23 81/25 82/3 83/24 84/5 84/25 87/3 88/5 89/14 111/10 111/14 114/5 114/7 114/20 115/22 115/25 122/17 122/23 122/22 123/11 123/15 123/25 124/3 124/9 124/11 135/4 135/5 139/7 139/10 139/25 140/4 146/17 154/1 154/2 154/12 177/9 200/17 206/16 223/6 229/19 230/2 230/8 251/7
Mr. Meggs' [3] 80/17 122/21 136/14
Mr. Mike Adams [1] 69/10
Mr. Minuta [25] 35/5 35/7 37/22 66/10 81/5 81/12 85/4 88/24 95/10 95/14 96/6 96/10 96/25 97/10 97/16 98/9 99/4 99/14 99/15 99/18 99/23 100/11 101/11 101/12 114/24
Mr. Minuta's [6] 37/24 92/14 95/5 97/14 101/10 115/17
Mr. Moerschel [12] 37/5 37/23 61/18 64/12 66/1 66/7 68/17 80/12 85/7 89/8 115/23 237/16
Mr. Nestler [9] 34/19 138/23 199/4 239/18 240/6 240/10 241/12 241/18 251/21
Mr. Nestler's [1] 199/12
Mr. Nichols [4] 136/17 136/21 136/22 137/11
Mr. Nichols' [2] 136/24 137/8
Mr. Owens [1] 8/20
Mr. Peed [9] 133/16 145/5 162/21 167/20 175/20 176/1 191/3 197/12 216/25
Mr. Peed's [1] 191/9
Mr. Rhodes [104] 11/7 11/9 13/9 13/16 13/19

52/3 52/5 52/17 52/21 52/23 53/4 54/8 54/23 55/6 55/8 56/17 58/12 58/17 58/19 59/7 59/15 59/21 60/1 60/9 60/12 60/21 63/2 63/8 64/25 65/6 66/15 66/18 67/22 68/6 68/9 69/9 70/10 74/25 75/17 77/17 78/4 78/10 78/12 78/16 79/4 82/1 82/20 82/24 83/1 83/4 83/18 83/20 83/21 84/2 84/18 86/6 86/20 89/14 90/9 90/14 91/13 95/22 95/24 97/16 99/7 99/14 99/20 100/2 100/18 100/20 100/22 102/21 103/2 104/1 105/18 105/21 105/23 113/19 119/20 120/4 120/16 121/7 121/16 122/9 122/12 122/20 122/23 122/25 131/12 138/25 139/23 140/4 190/9 203/20 222/13 223/11 223/22 223/23 229/22 230/7
Mr. Rhodes' [17] 69/5 75/4 77/10 78/20 78/21 84/20 90/2 91/2 91/8 93/21 96/20 99/24 103/22 120/15 192/3 208/16 229/23
Mr. Shipley [5] 33/18 35/17 166/22 167/4 199/2
Mr. Tarpley [1] 223/20
Mr. Trump [2] 72/6 85/17
Mr. Ulrich [7] 60/1 60/6 60/19 68/18 97/13 101/21 101/23
Mr. Ulrich's [2] 101/20 102/4
Mr. Vallejo [31] 37/19 37/25 63/18 73/13 73/22 74/1 74/9 74/13 74/19 83/16 84/1 85/10 89/11 95/16 96/12 102/5 102/19 103/25 104/7 104/23 105/10 106/1 106/7 107/5 116/7 116/10 145/8 188/5 194/2 232/25 237/16
Mr. Vallejo's [9] 38/1 39/6 73/24 74/24 101/17 103/10 103/14 107/12 133/17
Mr. Wilson [1] 221/3
Mr. Woodward [2] 155/20 169/4
Mr. Young [7] 71/13 71/14 71/18 72/1 76/22 80/25 81/25
Mr. Young's [1] 88/10
Mr. Zaremba [1] 39/2

11/8 11/9 13/9 13/16 13/19 13/21 24/12 28/5 37/8 52/6 54/20 56/10 56/14 57/16 57/19 58/1 67/16 77/3 79/22 80/2 80/6 82/5 85/2 86/6 87/10 88/13 92/10 109/25 110/24 111/13 111/20 112/1 114/9 118/14 118/16 118/18 118/24 119/7 121/7 123/9 139/5 178/9 209/17 210/11 212/3 226/19 226/22 226/25 230/3 232/8 234/4 235/19 235/20 236/6 238/5 245/16 249/10 251/13 253/7 253/16 253/25
Ms. Brown [2] 24/12 28/5
Ms. Halim [7] 226/22 226/25 234/4 236/6 253/7 253/16 253/25
Ms. Halim's [1] 232/8
Ms. Haller [1] 226/19
Ms. Hughes [3] 238/5 245/16 251/13
Ms. McCord [3] 209/17 210/11 212/3
Ms. Meggs [6] 11/9 13/9 13/16 13/19 13/21
Ms. Meggs' [2] 82/5 139/5
Ms. SoRelle [1] 121/7
Ms. Watkins [31] 37/8 52/6 54/20 56/10 56/14 57/16 57/19 58/1 67/16 79/22 80/2 80/6 85/2 86/6 87/10 88/13 92/10 109/25 111/20 112/1 114/9 118/14 118/18 118/24 119/7 123/9 178/9 230/3 235/19 235/20 249/10
Ms. Watkins' [4] 77/3 110/24 111/13 118/16
much [19] 26/24 28/5 33/10 53/18 71/15 98/4 128/23 130/20 143/4 159/24 173/22 178/21 188/11 192/6 208/23 226/10 226/19 235/7 253/5
multiple [7] 91/22 100/17 107/4 119/19 136/25 144/10 228/25
multiple-conspiracies [1] 91/22
multiplicitous [1] 117/20
multiplicity [2] 117/15 117/18
multiplier [1] 62/23
multitude [1] 13/10
murky [1] 154/22
muscle [2] 71/17 71/19

**M**

**muscled [1]** 119/1
**must [45]** 23/19 38/9
38/13 38/18 39/15
39/23 40/2 40/5 40/25
43/1 43/5 44/22 46/1
46/12 46/23 47/6 47/6
47/9 48/20 52/12 55/19
55/20 59/23 65/19
98/21 100/6 125/2
125/4 125/6 125/13
126/22 161/1 161/16
166/9 167/12 177/13
178/14 193/3 193/13
194/19 195/18 195/24
195/25 244/21 246/16
**muster [1]** 23/13
**mutilated [1]** 119/24
**mutual [1]** 82/18
**my [133]** 9/4 10/4
10/18 10/18 10/18
11/18 11/24 12/6 12/6
12/9 12/14 12/15 12/16
12/17 12/20 12/24 13/1
13/2 13/2 13/3 13/4
13/6 13/8 13/13 13/17
13/24 15/10 15/13
15/14 15/18 16/14
16/19 16/23 17/1 17/2
17/9 17/17 17/19 17/23
18/14 18/14 18/15
18/16 18/16 18/18 19/7
19/11 19/12 20/8 20/17
20/19 20/20 20/20
20/21 21/1 21/3 21/5
21/5 21/10 21/10 21/12
21/20 22/2 22/11 23/2
23/7 23/8 23/16 23/17
23/17 23/18 23/23
24/18 24/19 24/22
24/24 25/7 26/4 26/5
26/7 26/14 26/18 26/21
26/23 27/18 28/1 28/2
28/11 30/22 30/23 31/3
32/21 32/22 35/9 35/24
38/25 41/16 45/20
51/25 57/23 58/8 58/8
59/12 75/20 83/11
105/5 108/6 112/14
124/7 149/1 149/2
152/1 152/9 160/22
160/23 161/5 176/22
177/6 181/14 188/20
192/3 192/16 199/19
203/9 208/2 212/4
212/6 214/11 225/3
225/9 231/1 246/11
247/5
**myself [5]** 11/17 11/21
13/14 15/14 20/21
**mystery [1]** 156/14

**N**

**nail [3]** 61/3 61/3 66/20
**name [11]** 16/14 24/22
28/11 34/1 62/9 117/22
160/23 228/15 246/5
248/16 248/19

**name APL [1]** 156/14
**namely [1]** 122/11
**naming [1]** 209/15
**Nancy [3]** 28/8 28/12
80/15
**Nancy Pelosi [1]** 28/12
**Nancy's [1]** 80/19
**narcotics [1]** 179/23
**narrow [4]** 156/2 156/9
156/14 174/24
**narrower [2]** 44/17
159/24
**narrowly [1]** 148/3
**nation [1]** 52/8
**National [3]** 30/2 31/17
32/12
**National Guard [3]**
30/2 31/17 32/12
**nationwide [1]** 148/20
**natives [1]** 67/4
**natural [4]** 112/10
155/24 173/22 181/13
**nature [6]** 49/18 49/20
50/4 95/24 102/8
214/10
**NC [1]** 68/8
**near [1]** 223/11
**nearby [3]** 63/6 64/16
102/25
**nearly [3]** 60/13 84/23
248/3
**necessarily [7]** 91/19
152/20 209/20 211/3
211/24 213/24 226/4
**necessary [14]** 20/21
23/15 38/25 49/21 52/1
57/11 58/13 101/25
153/15 194/4 194/20
196/5 197/11 198/7
**necessity [1]** 108/6
**neck [1]** 57/23
**need [50]** 9/22 12/11
13/14 17/21 35/25 36/2
36/23 58/6 60/6 60/25
63/24 65/10 65/14
65/16 65/21 66/5 72/2
75/9 104/2 107/18
121/24 128/23 133/24
151/15 162/4 162/24
178/4 182/21 185/15
185/20 187/24 188/6
189/3 192/7 197/15
197/19 199/17 199/20
218/10 219/7 219/9
222/20 223/9 223/18
223/25 226/14 230/15
238/21 250/12 252/20
**needed [11]** 12/13 17/5
25/6 52/9 53/9 72/6
90/1 127/5 184/12
208/11 236/15
**needs [7]** 65/11 65/12
117/19 150/4 180/7
185/7 192/23
**nefarious [1]** 124/14
**negates [3]** 76/8 111/4
111/11
**negative [1]** 11/1

**neighbors [1]** 102/24
**neither [4]** 40/7 83/12
135/13 213/19
**nerves [1]** 15/13
**Nestler [11]** 1/14 5/14
34/19 138/23 199/4
239/18 240/6 240/10
241/12 241/18 251/21
**Nestler's [1]** 199/12
**never [30]** 12/16 12/17
13/3 13/4 13/7 18/1
18/8 19/5 19/9 21/16
22/3 22/10 22/24 27/15
30/16 56/13 59/18 62/8
76/7 98/25 124/12
127/4 130/19 138/18
158/18 158/24 161/9
209/11 210/11 214/7
**never-ending [1]** 21/16
**nevertheless [2]** 88/14
101/7
**new [17]** 15/18 96/3
96/3 124/2 131/8
131/10 131/15 131/18
131/18 131/22 136/13
136/17 138/7 140/11
142/18 144/13 215/19
**New York [2]** 136/17
215/19
**newly [1]** 126/9
**news [3]** 18/14 250/18
250/19
**next [27]** 17/3 34/5
35/11 35/23 36/15
46/14 59/7 63/18 64/5
64/12 78/2 80/7 82/15
83/16 83/17 84/3
105/20 105/24 111/7
123/11 141/14 141/24
141/25 163/14 167/7
210/3 228/6
**nexus [1]** 122/10
**nice [1]** 6/6
**Nichols [5]** 136/14
136/17 136/21 136/22
137/11
**Nichols' [2]** 136/24
137/8
**night [13]** 26/11 33/5
33/22 34/12 54/15
56/15 56/18 64/10 68/7
99/22 118/24 126/23
251/9
**nightmare [1]** 22/23
**nightmares [1]** 26/15
**nine [2]** 95/9 96/17
**nine-person [1]** 96/17
**Ninth [5]** 160/16
160/22 160/24 161/10
161/14
**Ninth Circuit [2]**
161/10 161/14
**NJ [1]** 3/20
**no [128]** 1/4 5/8 5/9
5/10 7/7 9/22 12/10
16/3 17/1 17/24 18/4
19/3 21/13 22/22 25/13
34/6 35/5 35/25 38/21

**nind [125]** 38/24 48/7
54/3 81/19 86/2 97/3
109/14 110/22 115/22
126/1 128/4 146/10
146/24 147/25 148/14
162/12 168/14 171/18
176/9 176/12 199/24
202/1 202/5 202/6
202/13
**Note 4 [2]** 202/5 202/6
**noted [6]** 53/10 62/12
134/16 136/5 170/21
235/15
**notes [7]** 95/16 95/19
97/24 111/9 152/5
161/5 169/14
**nothing [14]** 16/24
27/13 53/20 61/6 70/3
127/11 129/4 174/1
174/22 196/19 203/1
208/9 222/8 247/20
**notice [13]** 21/10 34/18
34/23 90/23 91/5 94/6
94/9 98/18 98/20
209/19 216/14 216/17
217/16
**notion [4]** 69/15
163/18 180/2 193/5
**Notwithstanding [1]**
94/24
**November [23]** 52/4
52/17 52/23 53/4 54/12
54/19 55/8 55/25 56/11
57/9 57/14 57/21 57/22
58/11 75/6 89/1 90/22
98/15 98/24 99/4 99/8
159/17 244/11
**November 14th [1]**
55/25
**November 16th [1]**
98/24
**November 7th [2]**
52/17 52/23
**November 9th [3]** 53/4
54/19 56/11
**now [59]** 5/2 5/3 16/5
17/10 18/3 19/2 21/3
21/5 21/24 24/7 31/21
34/3 34/6 34/8 51/19
56/13 59/5 62/13 66/4
66/5 72/14 74/13 84/4
86/13 95/5 103/16
104/1 105/5 105/25
108/9 109/13 115/6
115/8 122/7 135/25
142/3 142/10 148/24
152/11 152/14 154/21
162/5 165/22 174/4
174/20 175/20 179/17
201/23 213/17 217/21
218/22 220/3 221/10
221/16 230/10 234/7
241/25 245/1 245/18
**nowhere [1]** 202/2
**nullification [1]** 82/18
**number [21]** 6/8 14/24
36/16 54/18 68/15
72/23 115/1 117/17

**neither** ... (continuing column content merged above)

**No. [2]** 5/8 5/10
**Nobody [1]** 149/1
**noisy [1]** 128/20
**non [6]** 47/1 48/8 63/4
102/23 124/14 198/2
**non-assertive [2]** 47/1
48/8
**non-exhaustive [1]**
198/2
**non-nefarious [1]**
124/14
**non-veterans [2]** 63/4
102/23
**none [15]** 44/13 57/22
68/3 96/3 125/19
144/12 175/21 184/9
195/10 205/22 206/19
221/10 221/17 243/4
247/8
**noose [1]** 57/24
**Nope [2]** 75/7 83/24
**normal [2]** 9/4 18/2
**Normally [1]** 214/4
**North [2]** 2/15 123/17
**North Carolina [1]**
123/17
**Northern [1]** 215/19
**nose [1]** 12/19
**not [394]**
**not-guilty [1]** 144/11
**notable [1]** 171/3
**notably [3]** 63/18 79/11
132/18
**notated [1]** 244/8

**N**

number... [13] 126/1
145/20 161/11 174/14
187/24 192/19 213/14
214/1 215/20 224/4
239/8 243/23 248/19
number' [1] 243/24
numbers [5] 26/17
98/22 229/1 229/10
246/9
numerical [1] 187/24
numerous [1] 10/7
NW [4] 1/17 3/15 4/8
4/13

**O**

O-l-e-j-i-y-a [2] 193/9
196/20
Oak [2] 2/3 2/7
oath [68] 10/10 11/8
11/9 13/10 13/16 13/20
13/22 22/15 54/13
55/10 57/6 59/12 61/10
64/4 64/24 69/2 69/3
69/8 69/11 69/12 69/17
69/21 71/10 72/3 72/22
73/9 73/13 73/19 73/25
74/20 74/25 76/2 78/19
83/12 86/21 87/4 90/2
95/16 96/12 99/12
99/19 116/13 121/8
126/13 129/15 136/17
137/1 137/3 137/9
137/14 137/19 137/20
138/1 138/3 143/4
165/4 180/6 181/20
189/8 190/18 190/25
191/2 208/16 211/2
211/18 232/15 232/20
250/19
Oath Keeper [3] 72/22
96/12 121/8
Oath Keepers [50]
11/8 11/9 13/10 13/16
22/15 55/10 57/6 61/10
64/4 64/24 69/2 69/3
69/8 69/11 69/12 69/17
69/21 71/10 72/3 73/19
73/25 74/20 74/25 76/2
78/19 83/12 86/21 87/4
95/16 99/12 116/13
126/13 129/15 137/1
137/3 137/9 137/14
137/20 138/3 165/4
180/6 189/8 190/18
190/25 208/16 211/2
211/18 232/15 232/20
250/19
Oath Keepers' [4]
13/20 13/22 143/4
181/20
obedience [1] 45/12
obfuscate [1] 231/10
obfuscated [1] 228/13
obfuscation [4] 229/3
234/11 236/24 248/18
object [12] 42/18 43/10
48/17 91/15 102/9

91/25 91/24 93/13
173/19 182/17 182/24
218/23
object's [1] 120/2
objection [1] 140/24
objections [3] 6/9
45/19 48/11
objective [6] 51/21
61/8 86/16 98/10
184/18 189/12
objectives [7] 87/5
97/23 102/18 184/14
184/16 191/12 198/19
objects [3] 10/21 43/8
176/15
obligated [1] 167/20
obligation [2] 122/1
158/1
obliged [1] 36/22
observations [1] 149/6
observe [1] 200/25
observing [1] 148/15
obstruct [15] 16/4
29/13 29/15 32/3
108/24 109/3 112/8
112/11 112/23 118/5
146/8 151/21 172/3
177/20 177/23
obstructed [5] 112/5
118/10 126/25 127/1
220/13
obstructing [5] 109/6
118/2 127/24 170/22
172/3
obstruction [29] 84/24
112/3 117/23 120/5
120/8 120/10 125/16
146/23 147/16 147/19
147/24 149/11 172/1
172/10 173/14 174/9
175/3 175/14 175/18
183/25 192/7 192/9
203/25 204/1 205/8
205/8 221/25 233/19
233/20
obstructive [7] 122/11
151/6 172/23 173/10
173/19 175/10 238/22
obtained [3] 132/21
132/25 133/1
obviates [1] 151/14
obvious [1] 68/24
obviously [11] 35/19
40/7 67/7 109/13
121/15 172/13 203/18
217/7 218/17 242/20
253/2
OC [1] 12/21
occur [4] 148/16 180/5
216/6 216/11
occurred [2] 16/22
238/19
occurs [1] 78/16
October [2] 152/18
171/23
odd [1] 173/16
off [16] 10/16 10/18
10/18 13/2 26/4 29/22

164/10 179/9 222/12
227/1 236/9 246/15
250/11
off-site [1] 29/22
offense [41] 38/10 46/4
47/4 47/17 102/14
117/16 117/17 130/20
145/25 146/6 151/23
155/23 156/1 162/2
166/3 174/6 174/7
174/13 174/19 177/18
178/23 179/5 179/6
179/13 179/15 182/10
182/11 182/14 182/14
182/20 182/22 182/22
192/13 201/19 201/22
201/25 207/16 212/21
220/10 220/25 221/24
offenses [4] 95/2
117/15 172/10 175/14
offensive [5] 54/11
73/4 73/20 140/19
140/20
offer [2] 24/20 215/10
offered [5] 25/9 52/18
128/10 130/1 210/24
offering [1] 74/10
offers [2] 130/6 130/11
office [17] 1/16 28/13
32/12 50/7 56/4 59/9
62/11 69/7 80/11 90/16
91/15 91/18 91/25
102/21 103/8 114/21
252/9
officer [37] 8/11 8/14
9/2 9/16 14/3 14/18
14/21 14/22 14/22 15/1
15/19 15/19 19/15
19/20 19/25 21/2 21/23
24/5 79/12 79/14 79/15
80/23 106/14 106/15
118/7 129/16 129/21
136/18 136/20 141/5
143/9 143/12 143/25
144/1 144/5 153/2
153/6
Officer Anthony
Jackson [1] 14/21
Officer Christopher
Owen [2] 8/11 8/14
Officer Christopher
Owens [1] 9/2
Officer Dunn [2] 19/25
24/5
Officer Dunn's [1]
129/21
Officer Jackson [1]
14/22
Officer Jackson's [1]
15/19
Officer Lazarus [1]
19/15
Officer Martha Lazo [1]
14/22
Officer Owens [4] 14/3
14/18 143/12 144/5
Officer Salke [5] 79/14

144/1
Officer Tarik Johnson
[1] 136/20
officers [48] 9/10 9/11
9/14 10/5 10/11 11/16
11/19 11/20 14/9 14/14
14/15 14/24 15/14
20/12 21/20 22/2 23/18
23/23 27/2 27/5 31/7
31/22 48/23 79/10
79/24 81/10 88/8 92/17
106/15 114/8 114/10
114/12 114/16 117/4
118/2 118/6 118/7
136/19 136/22 137/1
137/2 141/10 141/16
143/12 143/19 186/15
187/16 187/19
offices [2] 3/2 30/21
official [34] 4/12 45/13
53/13 108/24 109/3
109/6 109/11 112/3
112/6 112/9 112/12
112/24 117/23 118/8
120/3 122/11 125/16
127/2 151/7 151/8
152/15 152/19 154/9
171/20 171/21 172/24
173/11 173/14 173/14
175/5 175/11 175/18
178/14 240/17
officials [1] 125/17
often [4] 22/4 22/21
26/21 207/2
oh [4] 131/3 162/21
190/14 244/23
Ohio [1] 87/17
OK [14] 54/13 56/6
59/25 60/25 61/19
61/22 62/3 63/24 64/6
67/10 103/2 120/19
228/14 228/21
OK FL [1] 60/25
OK FL D.C. Op Jan. 6
[1] 228/14
OK FL Hangout [1]
54/13
OK Florida Hangout
[3] 61/22 62/3 64/6
okay [73] 6/5 6/17
12/10 18/15 18/19
33/15 35/16 35/21
36/15 68/9 99/19 108/2
108/7 108/20 145/12
145/19 149/23 151/20
153/24 154/18 160/7
161/21 162/10 162/15
163/12 165/9 166/18
167/17 180/16 185/12
185/25 187/22 188/3
190/6 192/1 195/21
196/12 199/1 199/15
199/22 207/20 207/23
207/25 208/5 208/9
211/12 212/1 218/1
219/12 222/6 222/8
223/1 223/16 223/24

226/17 235/5
235/23 236/2 236/5
239/4 244/13 245/18
245/21 247/22 249/5
251/2 251/16 252/14
252/22 253/3 253/4
253/21
old [14] 24/22 52/5
52/18 58/25 59/22
66/19 75/12 120/18
124/1 135/4 229/24
229/25 230/8 248/22
Old Leadership [11]
52/5 52/18 58/25 59/22
66/19 120/18 135/4
229/24 229/25 230/8
248/22
Olejiya [2] 193/9
196/20
Olive [1] 84/17
Olive Garden [1] 84/17
Olson [1] 123/3
omissions [3] 182/16
182/18 182/24
omnibus [2] 1/9 33/12
once [6] 29/25 79/21
81/6 81/9 91/18 199/19
one [143] 9/7 9/25 10/1
16/3 20/12 21/20 24/11
26/6 28/19 31/13 31/21
35/25 39/6 41/6 41/22
42/7 42/8 42/13 42/16
42/24 43/2 43/3 44/4
49/4 53/23 54/3 59/22
60/15 60/16 61/7 67/17
72/15 75/8 76/7 79/11
79/21 81/22 82/15 88/8
88/10 89/5 89/10 89/25
91/24 94/22 95/1 95/3
97/3 98/12 99/15
104/18 105/18 106/21
109/4 109/5 111/7
112/5 112/19 116/21
117/22 118/5 123/8
123/13 123/16 124/7
126/25 127/6 135/15
138/1 141/5 142/12
147/20 148/16 153/8
165/15 166/10 168/11
170/9 172/21 174/18
176/17 177/8 180/3
180/17 181/18 183/18
184/12 184/16 184/23
188/7 190/5 190/11
192/12 192/12 193/16
194/3 194/10 194/19
195/25 195/25 196/7
197/3 199/22 201/15
201/21 202/4 202/21
203/17 203/18 203/18
204/7 204/17 206/14
207/9 208/8 211/19
212/2 212/3 212/15
213/23 215/2 215/21
216/4 216/20 219/6
220/4 220/9 224/15
225/9 231/21 234/9

**O**

**one...** [9] 242/3 243/19 245/16 247/19 247/19 249/19 251/22 253/6 253/8

**one court** [1] 215/2

**one's** [2] 189/18 193/18

**one-day** [1] 53/23

**one-word** [1] 44/4

**ones** [9] 9/19 18/12 20/20 23/9 23/17 191/10 215/6 234/5 243/11

**ongoing** [1] 221/13

**only** [60] 17/12 27/16 30/8 34/10 35/4 38/21 40/19 51/8 61/10 61/10 65/2 65/7 69/13 72/16 72/16 75/20 78/4 90/8 93/12 99/23 100/25 102/20 102/20 106/20 109/16 111/3 122/5 125/7 125/8 126/25 130/2 130/6 131/19 134/15 136/2 137/9 137/10 140/25 141/5 142/12 142/12 148/1 148/19 153/7 153/14 157/1 157/5 158/4 159/2 160/1 160/13 160/21 168/1 183/18 185/20 190/24 204/7 207/21 238/8 240/18

**Op** [10] 66/23 66/25 67/9 67/10 68/12 77/19 77/22 97/12 228/14 233/8

**Op Jan** [1] 67/10

**open** [15] 22/18 35/13 35/18 55/9 63/3 63/19 74/25 102/22 103/23 120/25 145/8 211/22 221/13 225/20 226/14

**opening** [1] 109/10

**openly** [1] 209/15

**operates** [1] 128/19

**operating** [1] 128/25

**operation** [2] 197/8 244/1

**operations** [1] 6/13

**operative** [4] 44/9 125/24 219/6

**opinion** [17] 36/19 36/21 39/1 94/19 127/9 161/25 161/25 163/11 176/11 183/2 183/6 183/7 183/8 183/10 183/14 183/14 185/14

**opinions** [1] 168/16

**opponents** [1] 73/11

**opportunity** [19] 9/1 20/8 24/18 25/9 27/22 28/10 35/19 51/2 75/1 95/22 96/25 98/21 107/11 133/13 134/15 136/4 168/23 216/15 217/8

**oppose** [1] 41/2

**opposed** [5] 44/16 47/6 160/20 161/2 238/12

**opposing** [1] 42/8

**opposite** [3] 144/2 147/18 197/12

**opposition** [7] 37/13 44/24 46/3 46/21 124/24 131/12 200/3

**opted** [1] 234/5

**option** [1] 65/2

**oral** [2] 35/24 36/20

**orally** [1] 36/18

**order** [37] 6/11 6/13 6/13 6/18 7/17 15/9 31/21 34/15 35/23 36/15 42/2 60/22 77/1 122/2 126/17 136/5 146/8 162/25 163/4 164/19 177/20 177/23 184/13 184/13 184/18 187/10 187/11 191/11 198/18 218/15 222/9 225/17 225/21 227/7 236/20 238/20 252/16

**ordered** [1] 128/7

**orders** [9] 53/12 55/15 55/17 70/22 83/19 83/19 88/3 105/19 105/21

**ordinary** [5] 46/10 128/25 129/3 204/10 204/15

**organization** [6] 110/15 132/15 137/9 137/20 197/15 198/8

**organizations** [1] 211/1

**organize** [2] 82/19 98/19

**organized** [1] 195/11

**organizer** [2] 138/15 196/17

**organizing** [2] 193/17 197/7

**original** [12] 43/16 44/14 101/7 117/3 126/19 127/20 129/11 152/12 172/2 172/12 173/24 174/25

**originally** [3] 172/8 172/15 172/22

**other** [112] 6/12 8/18 10/21 12/22 14/19 15/6 16/10 16/24 17/1 25/5 29/25 31/6 34/1 35/5 39/18 42/8 44/12 44/13 60/17 62/15 62/16 71/8 73/13 73/23 77/16 80/3 81/7 82/8 83/12 84/23 88/11 95/11 96/18 97/13 107/17 109/5 116/21 118/19 119/25 124/14 125/23 126/13 127/19 128/2 128/4 129/14 129/22 135/19 136/19 139/1 141/20 156/3 158/5 161/9 166/24 167/25 173/13 174/2 176/4 177/4 177/7 177/24 178/16 180/4 184/12 184/20 185/3 185/8 186/16 187/18 187/20 189/15 190/9 190/11 190/21 190/23 190/24 192/5 193/22 194/11 194/14 194/16 194/16 194/24 195/18 197/5 203/17 204/17 205/6 206/2 206/19 210/12 211/18 215/8 215/20 215/21 219/9 220/22 223/22 224/15 224/20 225/16 229/22 234/5 240/17 243/11 246/2 249/1 250/6

**other words** [1] 186/16

**others** [40] 13/24 21/5 39/17 53/16 56/7 56/17 57/16 59/10 68/19 78/13 79/9 79/24 80/10 83/14 88/21 101/2 101/20 102/2 103/25 113/20 113/24 119/20 130/9 130/15 130/23 154/11 154/14 162/18 179/12 188/11 189/23 193/3 193/13 195/11 195/11 199/9 199/10 201/16 230/21 249/22

**otherwise** [14] 76/11 89/20 99/17 103/21 106/3 106/3 110/6 128/13 163/8 174/15 195/22 206/23 234/7 247/9

**ought** [3] 108/16 147/13 213/9

**our** [100] 7/5 7/6 7/14 7/14 7/17 8/6 8/7 9/19 10/9 10/15 10/16 10/17 11/4 12/7 12/8 12/25 13/5 15/7 15/9 15/15 16/1 16/2 16/20 18/11 18/11 18/12 20/4 20/13 20/14 24/1 28/25 30/21 30/23 32/2 32/3 32/9 32/10 32/12 32/15 32/23 33/1 33/1 33/2 33/4 33/6 36/2 52/25 53/13 53/25 54/15 55/11 55/16 55/21 57/23 60/16 63/5 63/12 63/15 63/16 63/17 65/16 65/22 66/11 66/21 75/8 75/9 81/14 83/8 100/6 100/7 102/24 114/3 118/25 123/23 124/6 146/19 146/24 154/2 154/14 155/24 190/8 190/15

**outcome** [1] 65/25

**outer** [1] 181/11

**outfitted** [1] 74/2

**outlined** [3] 47/2 48/9 109/17

**outnumbered** [1] 79/20

**outrageous** [1] 141/20

**outright** [3] 217/6 217/9 217/25

**outset** [2] 6/16 125/19

**outside** [14] 27/2 53/11 55/12 63/6 81/17 97/21 102/25 107/10 114/20 129/17 130/5 187/20 197/5 217/18

**outskirts** [2] 73/5 88/22

**outstanding** [1] 36/16

**over** [20] 15/22 18/3 32/20 34/8 34/9 60/19 65/7 78/1 83/15 99/21 100/3 192/12 193/3 193/13 194/19 195/25 198/10 199/9 210/2 241/25

**overall** [2] 163/8 183/18

**overlap** [1] 157/10

**overlooked** [2] 8/2 8/3

**overnight** [2] 192/2 199/17

**override** [1] 55/18

**overruling** [1] 140/23

**overt** [1] 92/12

**overtake** [1] 98/22

**overwhelmed** [1] 16/18

**overwhelming** [1] 91/1

**Owen** [2] 8/11 8/14

**Owens** [6] 8/20 9/2 14/3 14/18 143/12 144/5

**own** [28] 13/17 16/2 21/5 21/6 27/10 45/16 50/13 53/25 67/24 75/4 90/14 91/8 91/11 105/11 107/12 115/17 117/22 121/5 122/12 122/21 124/16 142/2 149/6 150/21 159/21 193/18 199/13 228/9

**owners** [1] 198/20

**Oxley** [7] 152/13 158/22 158/24 159/4 171/17 174/4 174/23

**P**

**P.A** [1] 4/3

**p.m** [11] 77/12 77/17 107/22 107/22 111/4 118/24 122/22 135/12 180/15 180/15 254/3

**PA** [2] 2/15 3/7

**pack** [1] 167/14

**page** [16] 39/8 130/12 132/8 162/14 167/7 183/14 219/22 220/19 239/8 240/4 240/5 240/22 241/11 243/21 253/8 253/9

**page 11** [1] 132/8

**page 25** [1] 183/14

**page 3729** [1] 243/21

**pages** [1] 144/6

**paid** [1] 21/3

**pain** [5] 8/2 18/24 19/3 20/17 32/22

**paints** [1] 244/18

**paired** [1] 170/19

**pairs** [1] 170/9

**Palian** [3] 140/22 190/20 190/21

**palpable** [1] 30/15

**pandemic** [1] 24/25

**panel** [2] 161/23 177/5

**pants** [1] 13/3 21/7

**paper** [1] 211/13

**paragraph** [4] 46/14 92/8 92/10 215/22

**Paragraph 105** [1] 92/10

**paragraphs** [1] 92/13

**paraphrasing** [1] 105/6

**parenthetical** [1] 169/11

**Park** [1] 3/15

**Parkers** [1] 79/23

**parking** [1] 83/1

**Parler** [3] 57/17 99/8 100/11

**parliament** [2] 52/21 55/23

**P**

parses [1]  102/19
part [41]  9/10 9/11 9/12
11/19 13/13 15/3 15/6
21/9 25/8 25/11 43/23
55/9 70/7 76/9 89/16
89/18 99/9 99/11
103/20 116/12 135/23
137/13 139/5 139/25
143/20 152/11 154/19
155/13 166/5 172/18
184/5 189/11 205/17
205/20 210/17 214/7
223/4 223/10 229/25
248/24 250/5
parte [1]  218/24
participants [7]  174/15
185/21 194/19 195/25
196/1 196/8 196/19
participate [5]  11/11
69/25 74/17 101/14
101/15
participated [10]  29/4
29/12 41/22 87/6 87/24
89/1 89/3 109/2 143/2
184/10
participating [1]
130/11
participation [4]  87/12
228/13 231/10 236/1
particular [12]  35/4
48/21 98/13 108/15
121/15 147/20 148/14
158/25 175/4 205/5
206/25 243/19
particularly [10]  54/10
64/22 81/10 114/17
140/17 145/24 162/20
227/9 229/18 232/7
parties [5]  43/11 92/24
208/18 224/2 229/9
partisan [1]  31/9
parts [2]  22/3 187/18
party [9]  56/16 213/8
213/15 213/18 213/19
213/22 214/2 216/2
216/7
pass [1]  152/4
passed [6]  44/2 50/18
152/10 159/3 171/15
174/3
passing [1]  99/24
passions [1]  140/14
past [13]  79/10 92/17
92/17 114/8 114/16
143/9 143/11 143/13
143/19 143/24 144/1
144/4 170/1
path [1]  82/17
patience [1]  144/16
Patrick [1]  216/7
patriot [3]  63/4 102/22
patriotic [2]  60/7
139/14
patriots [9]  62/5 63/25
65/20 71/19 77/23
81/13 115/3 115/5
115/8

patrolled [1]  32/12
patted [1]  80/23
pattern [1]  163/21
Paul [1]  67/16
Paul Stamey [1]  67/16
Paula [1]  20/5
pause [3]  179/8 226/21
250/16
paying [1]  21/4
peace [1]  21/11
peaceful [9]  11/14
28/20 29/7 32/8 65/16
99/21 100/2 107/3
189/19
pedagogical [1]
134/21
Peed [12]  4/7 4/7 5/25
133/16 145/5 162/21
167/20 175/20 176/1
191/3 197/12 216/25
Peed's [1]  191/9
Pelosi [5]  28/8 28/12
76/4 80/15 88/7
penalties [2]  175/2
179/22
penalty [5]  204/21
205/14 205/15 205/16
205/17
Pence [1]  187/11
pending [1]  176/25
penetrate [1]  143/10
people [63]  7/11 7/13
7/13 7/18 7/19 7/21
7/23 7/25 16/3 17/8
18/6 22/21 23/9 27/8
32/1 55/19 55/20 63/9
73/17 74/4 75/18 75/19
87/16 103/12 104/19
105/10 111/10 128/15
129/2 139/13 142/2
165/6 165/17 165/20
177/22 189/5 189/6
189/20 190/14 190/23
190/24 191/11 194/10
197/6 198/3 198/8
198/12 198/19 198/24
217/18 218/13 219/5
219/5 219/20 219/23
219/24 221/11 231/1
232/9 232/10 232/12
232/16 232/17
people's [3]  30/5
193/23 250/7
per [2]  198/21 198/23
per se [1]  198/21
perceivable [1]  165/19
perception [3]  199/5
199/10 199/14
perfect [1]  98/20
perfectly [1]  70/2
perform [2]  13/23
85/16
performance [3]  118/8
118/13 119/10
performed [3]  73/1
116/25 117/2
perfunctory [3]  47/1

perhaps [6]  41/4 85/4
89/5 171/3 211/2
245/15
period [8]  67/14 68/23
69/18 85/8 90/21 98/16
202/16 239/1
periphery [1]  165/20
permanently [1]  27/5
permissible [1]  201/1
permission [1]  236/19
permit [1]  38/15
permits [1]  132/12
permitted [1]  113/14
perpetrated [1]  32/25
person [31]  6/2 23/6
42/8 48/21 57/18 96/17
98/12 109/5 116/21
134/1 146/7 148/1
151/22 153/21 154/3
166/10 168/1 172/5
177/12 177/13 177/14
177/19 177/21 188/16
194/24 195/2 196/10
212/21 247/13 248/25
252/2
person's [1]  19/6
personal [4]  18/11
64/18 212/7 252/2
personally [2]  9/19
15/10
personnel [1]  67/24
persons [3]  42/25
127/19 193/11
perspective [2]  211/19
218/2
persuade [2]  44/13
211/9
pertain [1]  176/5
perverting [2]  170/23
171/8
Pezzola [1]  99/19
phase [1]  116/2
Philadelphia [1]  3/7
phillip [3]  2/2 2/6 5/16
phone [43]  20/22 31/13
78/22 85/2 85/4 85/7
85/9 85/12 101/6 101/8
122/18 190/12 227/16
228/9 228/25 229/5
229/7 229/11 237/6
237/8 238/25 239/14
240/2 242/15 242/15
243/10 244/20 245/10
245/11 245/11 245/12
246/3 246/6 246/14
246/15 246/22 246/22
247/1 247/3 248/19
248/25 250/11 253/13
phones [2]  247/10
250/7
photograph [2]  14/20
64/4
photos [3]  8/12 252/2
252/12
phrase [6]  39/20
163/13 167/23 170/5
170/9 170/16

**Q**

phrases [2]  152/22
152/23
physical [16]  10/5
11/24 92/6 92/24
115/17 143/18 146/7
147/3 148/1 169/5
170/10 172/5 177/16
177/19 245/10 246/3
physically [7]  11/17
11/18 13/12 27/5 29/21
93/4 142/21
pick [2]  58/23 236/8
picture [5]  14/13 228/7
239/15 239/18 241/1
pieces [3]  82/8 87/21
133/5
pipe [2]  17/9 17/10
pissed [2]  62/12
pistol [1]  66/8
pistols [2]  73/2 73/3
pitchforks [1]  65/8
place [12]  15/8 21/11
21/13 21/21 22/4 51/5
83/15 98/2 107/10
116/24 117/1 220/24
placed [3]  25/18 32/23
212/20
placeholder [2]  37/7
37/21
places [1]  158/5
Plaintiff [1]  1/4
plan [18]  49/19 49/20
50/4 52/19 55/20 62/19
76/14 76/16 77/6
101/21 102/9 103/20
106/13 106/22 106/23
106/25 110/6 110/10
planned [1]  29/7
planners [1]  188/22
planning [10]  61/10
62/15 62/16 62/25 67/8
67/13 72/9 110/14
174/16 174/21
plate [2]  87/19 100/23
plates [1]  100/25
Platoon [1]  9/24
platoons [2]  9/25 10/2
plausible [1]  130/17
play [1]  142/11
played [1]  197/6
playing [1]  205/11
plays [2]  150/16
199/21
Plaza [1]  137/15
plea [2]  220/23 221/23
plea agreements [2]
220/23 221/23
plead [1]  238/14
pleading [1]  102/9
pleas [1]  220/8
please [7]  5/4 36/10
36/11 100/7 122/24
236/19 242/3
pleasure [2]  99/9 99/11
pled [6]  218/14 219/24
221/3 221/6 221/7
238/11
plenty [4]  73/6 101/9

Phrases [2]  198/16

plus [8]  12/2 62/22
111/16 187/20 219/5
220/11 220/11 220/11
PO [1]  3/3
podcast [7]  73/15
73/22 103/11 104/18
105/20 107/5 116/7
point [47]  35/13 36/20
47/16 57/1 62/10 69/1
69/3 69/9 90/13 106/1
106/16 119/5 121/8
135/25 153/15 153/20
153/25 160/9 162/20
165/14 165/20 178/12
182/25 183/2 183/3
184/11 191/16 193/22
195/19 201/10 201/11
202/6 202/23 204/6
204/8 210/25 213/12
216/4 220/6 220/7
231/21 232/3 240/18
240/20 241/1 251/3
253/6
pointed [3]  169/4
191/21 253/16
pointing [1]  158/14
points [14]  44/3 68/13
97/12 98/6 101/20
153/15 164/22 175/20
176/1 200/5 201/15
202/23 218/19 250/13
police [54]  8/14 9/3 9/3
9/14 10/10 16/7 16/15
19/20 20/3 20/4 20/5
20/12 21/2 21/23 26/3
27/2 27/5 31/5 31/5
32/6 34/2 48/23 79/19
80/5 80/9 81/1 81/3
81/13 84/17 88/8 97/21
99/1 114/8 114/10
114/12 114/16 115/18
118/19 118/21 118/23
119/4 119/8 119/10
128/8 136/18 138/2
138/3 141/2 141/10
141/16 153/2 153/6
186/15 186/23
political [6]  24/23
29/12 94/24 95/3 147/2
169/5
politicians [1]  61/1
politics [2]  53/7 98/13
poor [1]  13/11
poorly [1]  11/8
popped [2]  53/16 55/3
portion [4]  236/10
240/24 241/12 241/15
portions [1]  252/7
posited [1]  72/14
position [12]  53/13
155/8 158/10 164/24
186/1 186/5 186/10
192/17 197/12 212/17
215/15 221/20
positive [10]  11/1
45/11 46/1 46/13 46/23
46/25 47/7 47/11 47/15

**P**

**positive... [1]** 47/23
**positively [1]** 48/2
**Posner [1]** 191/17
**possession [6]** 157/20
157/22 158/1 158/6
158/7 158/8
**possibility [4]** 73/16
76/20 104/22 176/19
**possible [6]** 31/25 50/9
69/5 181/7 197/8 226/1
**possibly [1]** 244/8
**post [12]** 7/22 35/24
36/16 37/21 44/14 91/5
100/11 105/14 111/16
207/12 232/25 234/8
**post Jan. 6 [1]** 234/8
**post-Civil War [1]**
44/14
**post-January 6th [3]**
91/5 105/14 111/16
**post-trial [3]** 35/24
36/16 37/21
**posted [6]** 66/10 74/25
98/15 98/24 99/8
214/18
**posts [2]** 65/18 100/4
**posture [3]** 54/16
234/16 234/16
**potential [3]** 50/7
219/2 219/3
**potentially [4]** 82/23
137/21 179/10 196/4
**pounding [1]** 77/23
**pouring [1]** 105/10
**power [28]** 11/15 28/21
28/25 29/7 32/8 46/5
47/19 49/3 49/22 51/1
57/3 57/9 60/14 61/14
66/9 70/15 72/13 76/17
86/17 86/19 89/16
90/10 91/17 94/11
100/10 100/14 107/3
142/21
**powers [1]** 147/9
**practical [1]** 47/22
**practice [1]** 123/2
**pray [1]** 75/13
**praying [1]** 25/24
**pre [5]** 68/23 86/21
89/1 101/24 171/17
**pre-January 6th [3]**
68/23 86/21 101/24
**pre-November [1]** 89/1
**pre-Sarbanes-Oxley
[1]** 171/17
**preaching [1]** 95/4
**precise [2]** 158/20
183/15
**precisely [6]** 46/19
100/9 112/25 148/10
148/11 163/21
**preconceived [1]**
223/12
**predict [1]** 103/15
**prefer [2]** 224/10
224/12
**preferably [1]** 66/21

**prejudice [2]** 95/6
125/6
**prejudiced [1]** 133/22
**prejudicial [6]** 92/1
136/1 137/18 137/23
142/17 144/12
**premise [2]** 40/8
215/14
**premised [1]** 40/24
**preparation [4]** 28/24
67/8 72/9 174/21
**preparations [2]** 67/13
103/9
**prepare [3]** 52/14
52/15 139/14
**prepared [20]** 29/9
30/12 32/7 35/20 50/24
56/12 66/3 70/17 71/3
73/18 88/17 90/15
91/14 101/24 101/25
103/13 104/19 134/2
218/23 221/16
**preparedness [1]**
98/21
**preparer [2]** 133/23
133/24
**preparing [3]** 25/5 57/8
77/8
**preponderance [7]**
160/20 161/2 165/11
166/24 167/6 167/8
167/15
**Pres [1]** 99/19
**prescribed [1]** 47/24
**prescriptions [1]** 94/11
**presence [11]** 27/19
126/20 127/14 127/23
128/15 143/5 180/6
181/20 181/25 227/3
227/4
**present [14]** 22/8 24/9
29/8 33/15 35/20 66/11
100/6 103/1 127/1
129/14 134/16 161/8
184/13 223/3
**present-day [1]** 103/1
**presentation [2]** 95/13
223/13
**presented [20]** 24/12
35/9 51/2 72/25 91/2
93/11 93/12 93/14
95/17 97/16 106/4
106/23 107/11 124/12
126/12 129/3 138/4
142/8 173/21 247/25
**preservation [1]** 122/2
**preserved [1]** 146/13
**President [48]** 28/18
28/18 29/3 29/6 50/9
50/14 50/19 50/21 53/1
53/7 56/3 56/20 57/4
57/12 57/13 58/14
58/18 61/9 61/15 63/8
68/5 69/6 70/4 70/7
70/12 71/23 72/2 72/4
72/17 75/8 75/22 82/24
83/2 85/17 85/18 90/2
90/4 90/5 90/16 91/15

91/19 102/20 103/8
105/8 187/11
**President Biden [11]**
53/7 57/12 69/6 72/4
90/4 90/16 91/15 91/18
101/19 102/20 103/8
**President Biden's [1]**
90/2
**President Trump [16]**
29/6 50/19 50/21 53/1
56/3 57/4 58/14 58/18
61/9 61/15 70/7 75/8
75/22 82/24 85/17
85/18
**President Trump's [1]**
50/9
**President's [5]** 52/20
53/12 55/17 64/17 65/1
**Presidential [6]** 11/15
25/12 49/23 91/16
94/10 107/3
**presiding [1]** 5/3
**press [2]** 32/5 248/6
**pressuring [1]** 188/25
**presumably [3]** 96/16
105/12 230/2
**presume [1]** 38/18
**presumption [2]**
156/12 217/15
**pretext [1]** 50/12
**pretty [7]** 99/20 108/5
122/8 189/17 235/22
236/19 237/2
**Prettyman [1]** 4/13
**prevail [1]** 18/22
**prevailed [2]** 7/23 24/1
**prevent [18]** 41/24
42/4 42/19 45/10 47/9
50/6 51/1 57/12 59/8
59/12 69/6 76/17 79/15
82/10 94/10 116/19
116/22 125/17
**prevented [3]** 30/8
32/9 59/16
**preventing [1]** 42/10
**previously [2]** 116/15
137/7
**pride [1]** 25/7
**primacy [1]** 189/13
**primarily [1]** 41/12
**primary [6]** 9/5 9/7
9/15 9/17 69/16 170/7
**principle [2]** 160/16
161/6
**principles [1]** 212/18
**prior [10]** 88/16 96/7
97/1 101/6 101/18
152/2 155/7 155/9
236/1 247/6
**priorities: [1]** 30/2
**priorities: to [1]** 30/2
**priority [1]** 17/1
**prison [1]** 139/12
**private [3]** 214/7 214/9
214/15
**pro [3]** 70/14 70/15
70/17

70/17
**pro-Trump [1]** 70/14
**proactive [1]** 44/20
**probability [2]** 125/9
125/11
**probable [1]** 112/10
**probably [6]** 71/18
150/1 193/24 210/19
211/1 243/16
**Probation [1]** 6/10
**probative [2]** 137/7
137/18
**problem [3]** 155/25
200/23 217/4
**procedurally [1]**
222/11
**procedure [4]** 38/7
131/15 181/1 202/18
**proceed [1]** 6/14
**proceeding [66]** 31/23
39/18 44/9 48/10 75/3
97/9 98/1 108/24 109/3
109/6 109/11 112/3
112/6 112/9 112/12
112/24 117/23 120/3
121/14 122/11 122/12
122/14 125/10 125/16
127/2 127/14 151/7
151/8 151/9 152/15
152/15 152/20 154/9
170/20 171/20 171/21
171/22 172/24 172/25
173/11 173/12 173/14
173/15 173/16 173/18
175/5 175/11 175/18
175/22 176/21 178/14
180/22 181/2 181/15
181/16 189/15 189/21
228/2 235/12 235/16
236/10 237/25 238/3
238/20 239/3 240/17
**proceedings [42]** 1/9
4/15 6/2 29/13 29/14
29/24 32/4 93/18 113/1
116/14 120/6 120/9
120/11 123/19 126/20
127/20 128/1 128/16
129/12 129/13 148/11
148/12 148/12 148/16
148/22 149/4 149/9
149/11 153/23 157/6
170/12 170/25 171/4
171/5 171/10 172/25
183/24 186/2 189/16
189/17 254/3 255/4
**process [22]** 25/14
31/11 47/2 47/16 48/8
48/12 61/2 68/4 90/24
94/5 124/8 132/22
132/25 133/2 149/17
153/23 158/16 158/17
167/10 181/23 215/9
252/5
**procession [1]** 106/14
**procure [1]** 88/20
**produce [1]** 158/1
**produced [3]** 4/16

70/17
**producing [1]** 157/19
**proffer [1]** 216/9
**proffered [1]** 213/25
**profound [1]** 27/12
**profoundly [1]** 20/14
**program [1]** 137/4
**progression [1]** 229/21
**prohibited [1]** 49/4
**promptly [1]** 236/21
**promulgate [1]** 202/15
**promulgated [4]** 172/8
172/22 173/17 175/11
**promulgates [1]**
217/19
**proof [23]** 50/2 51/6
68/25 69/4 90/8 91/6
91/8 92/5 100/13
100/19 100/20 102/12
102/15 107/6 117/24
118/18 120/7 126/16
128/18 130/24 154/2
160/15 165/11
**proper [2]** 170/8 175/8
**properly [5]** 38/18
98/17 140/16 181/10
197/6
**properties [1]** 195/14
**property [12]** 12/3
146/8 148/2 151/22
153/21 154/4 154/5
166/15 172/5 177/20
251/24 252/5
**proportionality [2]**
218/16 220/16
**proposal [1]** 202/20
**proposed [5]** 45/7
45/14 45/16 200/23
202/15
**proposes [1]** 155/23
**proposition [4]** 43/25
92/19 140/15 178/10
**propriety [1]** 88/14
**prosecute [1]** 129/6
**prosecuted [2]** 172/11
175/15
**prosecution [6]** 92/1
94/22 95/2 128/17
138/7 157/24
**prosecutions [1]** 97/7
**protect [5]** 12/3 16/2
31/6 33/6 187/11
**protected [6]** 20/13
94/14 94/17 99/1
118/13 187/2
**protecting [2]** 23/24
137/2
**protection [6]** 16/15
30/3 152/11 171/15
208/14 209/18
**protects [1]** 41/8
**protest [3]** 54/1 99/21
100/2
**protesters [2]** 16/23
16/24
**protestors [1]** 189/18
**protests [1]** 65/16
**proud [1]** 15/3 15/17

proud... [5] 15/18
21/24 34/4 62/23 99/12
Proud Boys [2] 34/4
62/23
prove [17] 41/21 42/6
42/25 43/1 43/18 46/21
49/15 49/17 106/19
109/1 112/5 116/20
126/18 126/22 127/8
128/14 247/16
proved [4] 42/23 43/3
127/12 186/21
proven [2] 91/24
186/22
proverbial [1] 188/19
provide [8] 6/25 7/18
27/19 27/22 30/2
132/19 181/11 214/2
provided [9] 14/9
14/10 14/13 14/24
28/25 33/24 136/8
172/9 181/10
provides [10] 28/2
38/7 156/15 159/18
167/9 169/17 175/21
181/6 201/18 201/19
providing [2] 28/7
213/22
provision [4] 149/8
202/1 202/2 203/2
provisions [7] 98/17
156/5 172/11 172/12
175/13 175/15 224/21
proviso [1] 201/5
proximate [1] 127/25
PTSD [1] 23/2
public [14] 31/3 32/16
94/23 132/21 132/24
171/16 214/7 214/12
214/17 217/12 217/13
220/23 221/23 232/22
publicity [6] 233/2
233/14 233/15 235/20
235/22 235/25
publicly [5] 215/11
215/12 219/25 220/1
220/5
published [5] 55/8
63/2 102/21 217/11
217/17
pull [1] 175/6
pulling [4] 182/11
230/21 231/1 249/23
punched [1] 10/12
punish [1] 174/10
punished [1] 94/20
punishment [5] 175/19
203/11 203/15 207/3
207/7
punishments [1] 13/25
Punta [1] 3/11
puppet [6] 58/21 58/22
60/2 63/13 63/16 103/4
puppets [1] 59/18
purchase [2] 93/21
195/13
pure [2] 163/2 212/2

purported [1] 135/3
purportedly [2] 135/3
135/11
purpose [14] 57/7
57/17 57/17 82/9 82/23
88/6 90/10 97/11
111/18 113/16 148/4
154/15 188/23 212/23
purposes [15] 46/4
72/20 73/3 73/4 73/21
78/7 87/22 117/5 139/1
140/19 155/5 158/7
162/7 179/1 248/11
pursuant [2] 159/4
229/6
pursuing [1] 82/21
push [5] 79/24 119/8
119/8 143/11 144/4
pushed [1] 23/8
pushing [11] 8/18 80/4
81/7 92/16 92/17
114/12 143/9 143/13
143/19 143/24 210/21
put [21] 13/13 22/16
26/17 27/1 66/19 94/8
124/21 140/23 142/2
152/9 163/10 166/22
166/22 193/12 194/7
203/20 205/13 220/7
220/18 241/12 252/11
puts [1] 251/14
putting [1] 27/21
PUTZI [1] 4/3
puzzle [1] 173/21

Q
QRF [29] 52/7 53/11
55/12 67/15 68/7 68/9
68/14 68/16 72/14
72/15 73/8 74/6 76/6
76/9 87/7 87/8 87/13
87/25 88/20 89/5 89/6
89/10 89/17 95/17
96/13 96/14 97/25
105/13 116/16
QRF's [1] 72/20
QRFs [1] 52/8
quadrennial [2] 47/2
48/8
qualifies [2] 48/6 226/5
qualify [3] 49/3 180/24
181/17
quantify [1] 26/13
quantity [1] 72/19
quasi [3] 48/10 158/16
170/12
quasi-adjudicated [1]
48/10
quasi-adjudicatory [1]
158/16
quasi-judicial [1]
170/12
Queen [1] 3/6
question [45] 49/14
62/4 83/9 86/11 104/20
128/10 140/4 140/18
144/21 151/3 157/17
158/21 158/25 159/17

164/21 165/8 179/10
180/3 180/18 181/18
185/5 185/6 192/16
194/13 197/10 197/17
201/9 207/13 214/5
214/13 216/19 218/15
221/9 221/10 227/7
227/18 235/19 239/13
239/22 240/5 241/16
244/3
questioned [1] 86/8
questions [6] 35/12
55/4 86/7 86/9 208/11
247/16
quibble [2] 205/4
246/18
quick [4] 17/7 60/20
67/19 124/7
Quick Reaction Force
[1] 67/19
quickly [8] 17/3 84/17
86/2 86/14 108/5 109/9
112/16 249/17
quietly [1] 30/23
quite [3] 33/23 57/16
111/4
quote [2] 105/9 197/2
quote/unquote [1]
105/9
quoted [4] 39/21 40/1
40/14 196/21
quotes [1] 239/12
quoting [5] 52/11
193/4 193/10 211/6
211/10

R
raced [1] 26/2
racing [1] 141/13
radio [1] 17/20
radios [1] 10/17
Rahman [1] 94/20
raindrop [1] 183/22
rains [1] 183/21
rainstorm [1] 188/9
raise [8] 6/16 96/6
162/4 185/6 204/3
218/9 222/10 251/18
raised [8] 95/6 97/9
146/11 146/19 146/20
160/11 178/19 200/2
raising [1] 82/18
Rakoczy [2] 1/14 5/14
rallies [1] 99/4
rally [10] 57/5 61/10
67/5 68/12 75/11
106/16 138/15 138/16
138/17 139/2
ran [1] 189/6
Randolph [3] 196/25
197/1 197/4
range [9] 161/12 173/3
173/6 175/10 202/8
203/12 203/13 207/4
213/3
rants [1] 98/2
Rasheed [2] 54/4

rate [1] 21/10
rather [9] 21/16 40/18
47/1 47/16 76/16
111/24 148/25 171/7
237/21
rational [4] 38/15
68/22 76/10 113/14
rationale [2] 134/23
134/24
re [2] 22/18 246/7
re-downloads [1]
246/7
re-open [1] 22/18
rea [1] 137/10
reach [3] 43/7 58/6
154/1
reached [4] 11/18
34/20 108/23 110/8
reaches [2] 67/22
125/11
reaching [3] 52/1
213/9 213/9
react [1] 189/3
reaction [2] 67/19
189/14
Reactions [1] 182/5
read [33] 7/2 14/11
18/15 45/25 74/24
123/12 152/22 162/17
167/2 171/9 180/3
180/7 181/10 196/3
201/12 203/3 208/17
209/7 209/19 210/5
210/5 210/8 210/8
210/10 210/12 210/16
211/11 211/13 211/23
212/8 217/6 217/13
217/18
reading [9] 17/20
147/14 151/10 173/22
176/17 177/17 196/9
247/22 253/8
ready [10] 52/22 62/13
64/11 65/24 65/25
69/21 73/20 98/19
139/6 139/11
real [13] 7/19 7/21
22/15 22/15 24/20
30/15 56/12 56/12 62/3
71/15 121/1 124/6
138/19
real-world [1] 24/20
realistic [1] 138/19
reality [2] 17/18 142/24
realization [1] 31/12
realize [2] 119/9
162/21
realizing [1] 245/1
really [13] 17/4 17/12
23/12 97/4 99/2 141/15
158/13 171/11 201/7
215/16 216/4 219/6
231/21
Realtime [1] 4/12
reason [19] 16/3 36/24
53/13 60/10 69/16
107/14 110/12 128/5

2010 151/25 160/13
160/21 163/5 164/16
169/10 178/12 218/11
250/21 251/22
reasonable [78] 38/17
38/22 38/23 39/11
39/13 39/15 40/4 40/9
40/10 40/10 40/17
40/19 40/21 42/6 43/2
49/24 50/1 50/3 50/10
50/22 51/16 51/17
51/25 54/20 58/10
61/12 62/15 63/20
68/15 68/21 69/2 69/4
69/13 70/5 71/21 72/10
72/18 73/7 74/8 74/17
74/22 76/8 76/24 78/3
78/11 79/1 79/3 79/13
79/17 80/12 80/16
80/22 82/8 84/7 84/13
85/21 89/19 98/9 99/6
99/24 100/15 100/20
101/13 103/19 107/13
109/18 110/11 110/13
116/3 116/4 125/9
125/11 151/10 152/24
175/7 209/24 237/12
238/23
reasonably [15] 74/21
78/9 86/4 115/24
116/11 121/22 122/13
124/15 138/2 142/7
168/2 175/7 233/14
235/17 238/19
reasoning [6] 41/16
113/12 127/9 134/24
225/23 225/24
reasons [9] 49/8 49/11
76/10 86/3 89/18 128/8
131/7 132/11 176/22
rebellion [4] 58/22
90/11 90/15 91/14
rebut [1] 130/2
rebuttal [3] 138/17
139/2 208/15
rebutted [1] 136/25
rebutting [1] 130/23
recall [3] 24/11 96/7
248/5
receive [4] 128/6
130/13 208/22 212/22
received [9] 31/17 34/6
129/21 135/11 135/12
208/13 209/19 210/12
231/1
receiving [4] 18/24
193/11 209/6 215/13
recently [2] 142/15
193/1
recess [13] 36/7 36/8
107/22 126/7 126/19
127/13 127/20 128/9
180/14 180/15 181/16
181/16 254/2
recessed [3] 93/7
111/4 112/21
recitation [1] 39/1
recite [1] 109/20

recited [1] 109/21
recognize [1] 64/22
recognized [2] 160/18
161/6
recognizes [2] 100/13
176/13
recognizing [3] 9/13
69/9 121/3
recollection [2] 139/17
247/5
recommendation [1]
153/16
recommendations [3]
6/10 202/14 202/17
recommended [6]
123/3 146/5 149/25
153/19 201/17 202/22
recommends [2]
213/10 213/11
reconcile [3] 40/23
111/23 200/8
reconnaissance [2]
83/17 105/15
reconsider [1] 155/16
record [20] 14/11 37/1
39/1 107/25 113/8
119/24 132/12 145/6
155/5 160/2 162/9
177/5 179/9 202/13
214/7 236/8 248/12
251/12 252/11 255/3
recorded [3] 4/15
82/25 241/14
recording [2] 75/15
75/16
recordings [1] 132/24
records [3] 133/1
133/3 176/14
recourse [1] 59/14
recover [1] 30/10
recruit [3] 9/11 57/19
57/25
Recruit Leah [1] 57/25
recruited [1] 195/11
recruiting [3] 87/10
193/17 194/15
recruitment [2] 57/15
57/18
redirect [1] 241/10
redownload [1] 245/24
refer [2] 113/8 201/13
reference [13] 41/15
54/1 54/10 73/19 77/7
103/7 104/3 134/23
142/10 156/23 156/25
157/7 157/22
referenced [7] 67/1
90/3 172/11 175/15
229/17 230/10 233/2
references [6] 53/5
53/5 55/20 157/18
248/2 248/3
referencing [1] 123/15
referred [7] 57/18 66/7
66/25 70/10 102/20
127/8 131/25
referring [14] 22/4 53/6

99/10 99/19 103/1
104/11 118/19 129/19
176/13 208/1
refers [2] 49/10 245/10
reflect [1] 218/19
reflected [7] 35/9 90/5
134/3 135/16 200/6
225/20 231/25
reflective [1] 210/25
reflects [1] 45/19
refreshed [1] 65/19
refusal [1] 136/14
refuse [4] 22/20 52/13
96/23 96/24
refused [1] 96/22
refuses [1] 53/1
regard [1] 9/6
regarding [8] 39/9
121/25 169/14 211/3
211/17 230/16 236/14
236/16
regime [4] 54/1 59/2
63/10 63/16
regime-changing [1]
54/1
region [2] 29/8 52/8
regional [1] 52/8
Registered [1] 4/11
regret [1] 75/20
regular [2] 20/24 25/8
regulated [1] 62/10
reiterate [2] 117/6
149/12
reject [3] 49/8 131/5
131/6
rejected [5] 43/21
45/16 69/14 113/11
237/12
rejects [1] 183/16
related [5] 92/2 123/19
148/12 221/12 248/6
167/18
relates [2] 145/24
167/18
relating [1] 174/9
relationship [2] 193/6
211/17
relationships [2] 23/8
211/18
relative [1] 219/8
relatively [1] 216/20
relaying [1] 82/23
release [1] 248/7
relevance [2] 91/5
215/8
relevant [22] 47/23
48/23 120/23 137/21
140/17 164/21 165/9
178/4 182/13 182/15
184/4 185/1 191/15
201/7 228/1 229/18
232/7 234/10 234/22
239/1 240/24 250/17
relied [5] 45/23 51/16
52/1 86/15 193/17
relief [5] 12/8 23/22
23/23 23/24 23/25
relies [1] 106/7

religious [3] 94/23
94/25 95/4
relive [1] 26/7
reliving [1] 22/10
rely [2] 39/14 109/21
relying [1] 202/1
remain [4] 11/22 35/13
129/13 226/20
remained [5] 32/2 34/8
51/5 71/9 84/22
remaining [1] 144/6
remains [2] 34/13
181/18
remanded [1] 207/17
remarks [2] 19/16 24/4
remember [9] 14/16
16/8 19/21 34/1 54/14
121/16 136/15 167/23
168/4
reminded [3] 21/19
26/23 152/1
remorse [1] 13/22
remotely [1] 21/8
removed [6] 29/21
75/25 124/14 228/17
228/18 228/20
rendered [1] 44/9
rendezvous [1] 81/25
repeat [4] 32/14 122/20
124/8 210/6
repetition [1] 40/14
replaced [1] 29/22
replaying [1] 22/23
replies [1] 100/11
reply [13] 37/14 37/15
37/16 117/13 124/25
126/21 131/13 135/7
166/22 194/2 196/24
198/17 200/6
Report [2] 67/1 104/9
reporter [5] 4/11 4/11
4/12 4/12 36/3
reporting [2] 230/25
249/21
reports [1] 31/18
represent [2] 8/7 24/8
Representatives [3]
28/15 32/20 80/15
represented [1] 145/10
representing [1] 63/11
Republic [1] 66/20
Republican [3] 30/14
31/10 31/14
request [9] 96/25
133/17 133/18 136/16
202/4 208/7 221/8
221/19 221/19
requested [2] 91/22
221/14
requests [1] 133/20
require [14] 22/25
46/17 47/13 47/15
127/12 131/17 140/10
156/3 167/5 179/6
204/11 204/13 204/14
204/19
required [18] 29/16

46/8 63/23 76/20
110/10 112/5 116/25
117/2 127/8 128/17
150/4 154/16 201/2
203/5
requirement [8] 39/11
111/19 113/7 163/7
179/11 195/6 201/5
251/15
requirements [2] 9/11
167/10
requires [11] 44/19
46/12 47/18 112/23
117/22 117/24 131/16
180/1 182/9 185/9
203/4
requiring [1] 48/4
requisite [2] 81/6
124/18
rescue [1] 18/25
rescued [1] 30/24
reserve [2] 146/1
193/24
reset [1] 228/9
resets [1] 85/12
resist [18] 45/2 45/8
45/18 46/1 46/10 46/13
46/18 46/19 46/23 47/7
52/19 70/8 72/2 72/12
75/2 86/17 86/17 89/24
resistance [9] 44/23
44/24 45/2 46/9 46/15
47/18 48/14 75/20
102/20
resistant [1] 44/21
resisting [1] 90/10
resolve [2] 52/12 64/18
resolved [1] 48/11
resort [2] 58/13 71/22
resources [13] 156/19
156/23 156/25 157/2
163/20 172/19 176/4
180/25 185/17 185/24
186/7 187/10 187/14
respect [25] 41/16
86/20 87/16 88/12
93/14 96/20 109/15
112/15 117/9 117/10
120/7 122/17 148/17
149/13 167/21 176/14
207/22 209/20 210/19
211/7 235/20 237/15
240/2 243/14 244/10
respectfully [7] 47/3
210/10 210/24 211/10
211/15 211/23 213/14
respectively [1] 201/17
respond [3] 139/8
146/19 216/24
responded [7] 59/15
60/9 65/6 68/9 71/16
83/24 174/17
responders [2] 20/3
22/13
responding [2] 56/14
239/18
responds [10] 57/25

64/11 65/4 80/21
123/25 124/3
response [13] 45/20
60/21 75/17 88/25
139/5 139/10 141/3
141/22 158/24 175/2
191/7 196/23 200/12
responsibilities [1]
28/19
responsibility [6]
22/20 27/17 128/3
184/25 198/9 208/7
responsibility/request
[1] 208/7
responsible [6] 113/24
168/1 178/6 184/11
186/11 188/7
rest [5] 32/21 113/23
124/22 143/25 207/21
restaurant [1] 20/25
rested [1] 41/14
restless [1] 67/4
restore [1] 31/20
Restrepo [1] 161/15
restrict [1] 176/19
restricted [1] 113/2
rests [4] 43/23 45/1
113/6 118/16
result [10] 17/22 23/1
26/21 31/8 125/10
154/20 187/7 187/8
200/9 228/8
resulted [9] 11/16
179/13 179/15 181/25
182/16 182/20 185/22
191/25 202/9
resulting [2] 178/23
202/7
results [9] 25/12 28/17
179/20 179/23 179/25
179/25 182/23 184/23
185/9
resume [4] 107/19
113/1 127/15 128/1
resumed [1] 126/21
resumption [2] 126/10
126/14
retain [2] 122/2 195/14
retreat [3] 21/11 21/13
106/16
retrieve [2] 70/23 73/9
return [10] 15/15 17/25
18/2 31/24 58/7 144/10
187/13 242/8 243/15
252/5
returned [4] 26/11 30/4
32/11 252/8
returns [1] 247/6
reus [3] 102/13 113/18
130/19
reveal [1] 221/4
revealing [1] 64/22
71/14
reversal [1] 131/17
reversed [1] 40/5
review [2] 134/3
225/17

**R**

**reviewed [2]**  134/10 214/12
**revisions [1]**  202/15
**revolution [5]**  54/1 59/24 60/4 99/10 103/5
**rhetorical [2]**  142/4 142/5
**RHODES [130]**  1/6 2/2 5/9 5/17 6/1 11/7 11/9 13/9 13/16 13/19 13/21 37/4 37/8 42/17 50/6 52/3 52/5 52/17 52/21 52/23 53/4 54/8 54/23 55/6 55/8 56/17 58/12 58/17 58/19 58/24 59/7 59/15 59/21 60/1 60/9 60/12 60/21 63/2 63/8 64/25 65/6 66/15 66/18 67/22 68/6 68/9 69/9 70/10 74/25 75/17 77/17 78/4 78/10 78/12 78/16 79/4 82/1 82/15 82/20 82/24 83/1 83/4 83/18 83/18 83/20 83/21 84/2 84/18 86/6 86/20 89/14 90/9 90/14 91/13 93/20 95/22 95/24 97/16 99/7 99/14 99/20 100/2 100/18 100/20 100/22 102/21 103/2 104/1 105/18 105/21 105/23 110/4 113/19 119/20 120/4 120/16 121/7 121/16 122/9 122/12 122/20 122/23 122/25 123/6 131/12 137/15 138/25 139/23 140/4 141/24 141/25 143/8 184/17 190/9 190/17 190/22 190/24 197/22 201/16 203/20 222/13 223/11 223/22 223/23 229/16 229/22 230/7 230/20 230/25 249/21
**Rhodes' [17]**  69/5 75/4 77/10 78/20 78/21 84/20 90/2 91/2 91/8 93/21 96/20 99/24 103/22 120/15 192/3 208/16 229/23
**Rhodes-Meggs [1]**  93/20
**Rhodes/Meggs [1]**  110/4
**rid [5]**  84/20 84/21 84/25 85/4 243/12
**ride [2]**  115/1 249/4
**ridiculous [1]**  55/18
**rifle [1]**  89/5 89/10
**rifles [13]**  52/25 66/17 68/3 73/3 73/14 75/5 75/8 75/9 75/14 75/21 76/1 103/25 142/2
**right [111]**  6/7 6/17 12/23 14/23 35/17 66/13 36/25 51/14

75/8 75/22 75/24 76/3 76/23 79/12 79/14 84/4 96/4 105/25 107/23 108/8 108/21 108/23 110/3 113/13 115/5 115/8 119/18 124/10 130/25 131/3 140/9 142/3 142/10 142/19 144/15 144/17 145/13 145/15 145/19 147/5 147/7 150/20 151/5 155/1 159/13 167/17 169/4 169/7 170/4 170/6 170/7 170/14 170/17 170/17 178/20 179/15 180/11 191/6 192/6 196/2 196/15 197/25 199/2 199/16 204/23 205/19 206/10 206/18 207/23 208/10 213/20 214/20 216/22 218/9 218/18 220/3 220/21 221/10 221/16 222/6 222/6 223/25 224/16 226/18 226/22 227/5 231/9 232/2 233/7 233/8 234/7 235/23 236/3 241/2 245/19 245/22 247/12 247/21 247/22 247/23 248/14 250/22 251/16 252/14 252/19 253/5 253/21
**rightful [1]**  46/5
**rightfully [1]**  20/9
**rights [6]**  16/4 90/24 123/3 131/21 135/23 147/2
**Riki [1]**  60/23
**Riki-Tiki [1]**  60/23
**RIOS [1]**  3/10
**riot [7]**  143/11 144/4 184/10 187/7 187/8 187/15 187/20
**rioter [1]**  183/24
**rioters [14]**  10/8 10/16 10/22 11/19 16/18 18/7 29/19 30/21 31/19 32/8 183/23 184/10 184/12 184/12
**rip [1]**  10/18
**ripped [2]**  10/16 21/23
**rise [11]**  5/2 21/10 36/6 36/9 58/21 107/21 142/17 170/17 173/5 180/13 254/1
**rises [1]**  144/13
**risk [2]**  121/11 230/12
**Ritchie [1]**  4/3
**RMR [2]**  255/2 255/8
**Road [1]**  3/15
**robbery [1]**  166/3
**Roberto [2]**  5/11 14/19
**Roberts [1]**  59/13
**Robertson [1]**  146/11
**robust [1]**  236/16
**rock [1]**  160/16

**Rocketchat [3]**  66/10 98/16 100/4
**Roger [1]**  138/25
**Roger Stone [1]**  138/25
**role [16]**  20/10 25/7 145/24 150/16 158/15 158/17 188/17 192/12 194/22 195/6 197/7 198/10 199/20 199/21 221/25 222/14
**roles [1]**  28/13
**rolling [1]**  80/19
**room [5]**  30/19 30/24 31/4 31/11 68/8
**rooms [2]**  67/16 87/7
**rooted [1]**  141/21
**rose [1]**  91/20
**Rosemond [1]**  166/1
**rostrum [2]**  29/21 29/23
**Rotunda [14]**  8/19 14/18 15/21 16/9 19/21 24/13 79/21 81/10 81/18 88/5 114/20 115/18 115/24 129/17
**roughly [1]**  232/22
**route [3]**  77/3 105/23 118/23
**Routine [1]**  141/19
**row [1]**  245/14
**RP [1]**  68/7
**Rubenacker [2]**  184/1 185/11
**ruined [1]**  18/1
**rule [41]**  36/17 36/25 37/7 37/7 38/5 38/6 38/13 40/12 40/13 40/22 49/10 49/12 51/23 86/1 86/10 96/1 98/7 106/5 110/21 111/23 111/25 114/3 116/2 131/4 131/5 131/6 131/6 131/14 132/10 132/12 134/21 147/4 147/7 167/18 169/7 170/14 170/17 209/22 226/14 234/16 238/16
**Rule 29 [20]**  36/25 37/7 38/5 38/6 38/13 51/23 86/1 86/10 96/1 98/7 106/5 110/21 111/23 111/25 114/3 116/2 131/4 131/5 131/6 131/14 132/10 132/12 134/21 147/4 147/7 167/18 169/7 209/22 226/14 234/16 238/16
**Rule 33 [1]**  131/14
**ruled [4]**  39/10 39/19 48/19 117/5
**rules [6]**  29/23 38/6 131/14 157/19 202/18 202/18
**ruling [8]**  38/12 49/13 117/6 145/8 156/17 180/17 199/18 225/24
**rulings [2]**  35/24 225/17

178/11 183/3 183/6 183/10 183/25 184/3 184/18 193/14 212/25 219/5 220/17 220/24 227/7 228/19 230/17 231/17 231/18 236/25 237/15 240/5 248/20 253/20
**Samuel [1]**  60/16
**sanction [4]**  147/4 147/7 169/6 170/20
**Sarbanes [7]**  152/13 158/22 158/24 159/4 171/17 174/4 174/23
**Sarbanes-Oxley [6]**  152/13 158/22 158/24 159/4 174/4 174/23
**sat [2]**  13/5 209/21
**satisfies [2]**  106/5 191/19
**satisfy [2]**  153/15 167/9
**Saturday [1]**  56/11
**saw [9]**  13/5 19/7 21/19 105/10 220/8 230/2 236/20 237/4 244/9
**say [67]**  15/17 31/13 40/1 40/3 47/6 54/14 55/3 60/10 74/7 91/12 92/3 92/4 92/5 102/19 105/13 120/20 121/24 125/19 127/18 128/23 128/24 136/1 141/25 143/1 143/8 153/1 153/8 153/10 156/25 158/5 160/8 161/9 164/16 164/25 165/15 166/3 169/8 169/15 175/13 177/8 177/18 181/4 181/11 188/12 189/18 192/22 195/21 195/23 195/24 196/2 196/3 196/5 201/21 203/23 206/2 210/19 211/7 217/2 221/16 221/21 221/22 226/4 226/6 237/11 241/19 241/23 248/16
**saying [21]**  54/10 54/25 61/23 73/16 73/17 80/3 108/8 119/10 163/24 173/20 180/18 183/11 190/4 194/3 194/4 194/8 226/2 230/10 236/12 243/2 250/12
**says [72]**  20/23 39/25 49/20 53/1 59/3 64/25 66/1 66/4 66/15 66/18 66/23 67/23 71/14 74/4 75/6 75/10 75/17 76/5 80/19 81/12 81/14 82/15 82/15 84/2 92/20 95/14 103/2 104/1 104/10 104/13 104/18 104/23 105/1 105/13 105/17 105/20 105/23

**Rocketchat** ... 200/20 205/7 206/7 206/8 243/6
**run-around [1]**  243/6
**running [1]**  201/6

**S**

**Sadly [1]**  11/7
**sadness [4]**  13/7 18/17 18/24 19/11
**safe [7]**  17/2 17/19 26/2 27/6 27/10 123/7 187/12
**safeguards [1]**  167/9
**safety [6]**  21/5 29/17 30/3 30/9 31/2 32/4
**said [116]**  12/19 15/24 31/21 36/15 36/21 41/4 46/21 48/19 52/4 52/5 52/11 52/17 52/23 53/13 54/15 56/7 56/10 56/14 57/19 58/19 58/24 59/21 60/1 60/12 60/21 60/24 61/21 61/24 62/7 62/18 63/3 64/5 65/14 65/18 70/22 73/15 74/1 74/13 75/17 79/14 82/3 82/16 83/5 89/2 90/14 101/21 101/23 104/17 106/21 115/10 116/11 118/24 119/12 122/9 123/17 124/17 125/13 127/8 128/11 134/14 138/15 139/10 139/24 142/13 149/19 161/5 161/7 161/15 161/22 161/23 164/19 166/2 166/24 167/4 171/14 173/4 173/4 173/11 175/9 175/12 179/17 181/20 184/20 185/19 186/21 187/7 190/14 192/8 193/10 193/10 193/16 195/17 197/13 197/21 199/4 212/8 223/25 226/9 228/8 228/9 230/15 232/16 235/2 239/15 240/20 240/25 240/25 241/3 241/18 241/19 241/19 242/4 243/4 245/18 247/15 251/13
**Salke [6]**  79/12 79/14 80/23 143/9 143/25 144/1
**same [61]**  8/17 15/20 27/3 27/15 44/3 45/5 49/8 49/11 52/23 53/19 54/7 60/12 60/16 62/7 62/14 73/22 82/17 83/14 84/14 96/11 96/16 99/25 102/11 109/21 109/24 110/12 114/9 115/21 115/23 117/8 124/19 125/24 131/7 134/9 155/23 164/11 166/8 166/9

**says... [35]** 115/4
115/12 115/15 121/6
122/7 126/15 142/4
147/13 151/19 156/18
158/3 163/19 164/10
179/13 182/19 194/18
196/16 199/7 199/8
202/6 209/1 211/6
216/13 217/16 227/15
228/18 230/9 234/4
239/17 239/18 240/3
240/9 240/10 241/13
242/13
**scare [2]** 64/1 65/7
**scars [2]** 11/24 23/21
**scenario [5]** 55/13
59/14 141/15 188/7
199/13
**scene [3]** 21/16 31/21
32/11
**scheduled [2]** 22/13
223/6
**scheme [5]** 49/20 50/8
194/23 195/12 195/13
**scheming [1]** 50/6
**schlep [1]** 67/20
**school [2]** 121/20
128/20
**science [1]** 24/23
**scope [9]** 76/19 151/11
165/24 167/24 168/7
168/8 174/20 174/25
222/22
**scott [2]** 3/9 3/12 5/23
**scrambling [1]** 98/18
**screaming [1]** 64/1
**screen [1]** 14/12
**screw [1]** 65/6
**se [2]** 198/21 198/23
**sea [1]** 68/12
**search [2]** 9/6 88/6
**seat [1]** 239/11
**seated [4]** 5/5 36/10
36/11 36/23
**seats [1]** 36/1
**second [31]** 14/12 35/4
35/5 42/11 42/18 46/15
49/1 57/21 72/5 94/21
96/22 96/24 96/25
98/14 104/11 127/6
133/16 133/18 134/25
135/1 136/13 136/16
148/3 154/7 173/2
207/6 220/7 235/8
238/4 245/16 248/3
**Second Circuit [3]**
94/21 207/6 235/8
**secondary [3]** 9/17
25/21 134/22
**Secondly [1]** 183/1
**seconds [3]** 21/25
25/22 115/7
**Secret [4]** 186/20
186/25 187/4 187/9
**Secret Service [2]**
186/25 187/9
**section [8]** 152/14

174/6 174/11 174/22
175/13
**secure [2]** 63/12
187/12
**securing [1]** 68/14
**security [15]** 16/18
20/19 62/17 62/25
69/13 69/16 69/22
85/16 99/9 99/11
129/16 129/19 129/24
130/3 137/3
**sedition [8]** 7/22 50/24
90/9 94/1 94/16 203/22
205/6 205/7
**seditious [28]** 41/20
42/18 44/1 46/16 51/5
51/21 54/22 84/9 86/16
92/18 94/19 98/10
101/15 109/22 109/24
111/22 113/21 116/12
143/14 143/16 143/20
154/6 200/14 200/17
200/21 206/3 221/3
225/5
**see [29]** 6/6 14/12
18/19 19/5 21/7 22/4
22/7 27/17 65/24 80/19
91/9 108/18 146/13
150/23 150/24 165/2
169/24 192/24 194/8
207/15 209/24 217/12
219/16 243/5 243/6
245/8 245/14 246/4
253/24
**Seefried [1]** 168/20
**seeing [2]** 18/14 23/9
**seek [1]** 23/3
**seeking [1]** 128/14
**seeks [1]** 128/6
**seem [4]** 173/16 194/8
195/2 204/7
**seemed [2]** 25/22
194/2
**seems [10]** 40/1 40/3
126/17 129/6 155/20
175/6 175/7 192/22
238/21 249/8
**seen [7]** 72/24 79/19
80/2 89/6 95/23 105/16
119/5
**seized [9]** 85/9 229/5
229/7 229/12 237/6
238/25 246/1 251/24
251/25
**seizure [1]** 9/6
**self [3]** 23/7 122/6
122/8
**self-evident [1]** 122/8
**self-incriminating [1]**
122/6
**sellouts [1]** 61/5
**semantics [1]** 205/9
**Senate [22]** 8/16 8/17
14/15 17/14 24/10 25/2
25/11 25/18 25/19
27/25 30/1 30/4 79/23
80/1 80/8 87/17 92/11

119/1 153/3
**Senator [1]** 25/6
**Senators [2]** 26/1
65/15
**send [4]** 110/16 118/15
119/15 124/7
**sending [3]** 88/14
117/10 211/21
**sends [3]** 66/24 230/7
230/8
**senior [1]** 24/23
**sense [10]** 18/16 30/15
46/9 182/4 192/18
193/7 195/9 208/18
218/12 218/21
**Sensitive [1]** 150/10
**sent [19]** 6/12 8/12
56/5 69/20 120/16
135/11 135/12 145/9
215/5 216/7 227/6
231/24 233/25 243/22
244/5 244/7 244/9
246/21 252/6
**sentence [25]** 155/14
200/10 200/14 200/15
202/7 202/22 203/16
203/24 203/25 205/1
205/4 206/25 207/9
208/24 212/24 213/2
213/9 213/10 213/11
218/13 218/16 219/3
219/4 221/18 252/13
**sentenced [4]** 185/4
213/24 219/20 219/21
**sentences [7]** 200/13
201/6 201/17 205/12
206/19 219/16 219/18
**sentencing [54]** 28/3
107/18 144/17 149/21
149/25 150/2 150/5
150/18 150/24 151/11
152/3 152/16 153/18
154/12 155/21 158/20
158/23 159/9 159/11
159/14 159/16 159/20
159/21 161/1 162/17
167/6 167/10 168/6
171/24 173/24 174/5
174/8 174/12 174/17
176/11 192/3 199/19
201/3 202/3 202/11
202/14 202/19 202/22
203/3 207/18 208/16
208/23 215/8 215/9
217/9 218/5 220/7
221/15 252/22
**Sentencing**
**Commission [23]**
149/25 150/2 150/18
151/11 152/24 153/18
155/21 158/20 158/23
159/9 159/11 159/14
159/20 159/21 171/24
174/5 174/12 174/17
202/3 202/11 202/14
202/19 202/22
**Sentencing**
**Commission's [1]**

**sentencings [4]** 146/1
168/9 192/10 222/12
**sentiment [6]** 70/1
71/10 71/12 99/24
99/25 105/6
**separate [6]** 42/22
117/15 131/10 215/6
248/23 251/17
**separation [1]** 147/9
**September [1]** 73/1
**sequence [3]** 33/23
74/9 240/5
**sequentially [1]** 246/10
**Serbia [1]** 53/23
**Serbian [2]** 52/19
55/20
**series [1]** 120/16
**serious [2]** 31/7 173/10
**seriously [1]** 28/22
**seriousness [1]** 32/18
**serve [2]** 16/1 32/19
**served [4]** 28/12
205/16 205/18 205/20
**service [7]** 10/18 31/3
32/16 186/20 186/25
187/4 187/9
**session [19]** 5/3 28/24
93/5 112/7 126/8
126/10 126/14 126/24
134/25 142/23 143/1
143/2 143/3 187/13
222/16 239/8 240/22
241/11 253/1
**set [9]** 98/17 98/19
106/19 106/20 125/24
134/24 142/19 163/17
221/14
**sets [1]** 155/8
**setting [1]** 25/4
**settled [3]** 39/5 94/16
227/10
**seven [1]** 219/24
**seventh [5]** 41/18
116/18 118/1 119/18
191/17
**Seventh Circuit [1]**
191/17
**several [6]** 18/3 220/1
220/5 247/6 251/20
252/4
**severance [1]** 95/11
**severe [1]** 156/4
**shall [3]** 60/22 202/6
212/19
**share [3]** 24/18 168/20
180/8
**shared [5]** 78/7 84/14
99/25 103/22 212/7
**shares [1]** 104/9
**sharp [1]** 26/9
**she [49]** 12/16 12/18
12/18 13/5 15/20 15/21
15/24 29/22 57/17
57/18 77/8 79/24 80/8
87/18 114/14 114/14
118/19 119/3 119/5
119/9 119/12 119/16

119/8 168/20 183/17
183/25 184/1 186/20
187/3 187/7 210/13
210/14 210/15 210/21
210/22 210/24 211/5
217/9 217/12 218/4
234/4 235/21 235/24
242/4 244/11 245/23
245/25 246/19 253/8
**she's [2]** 210/20
217/14
**shed [3]** 137/11 137/24
242/17
**shell [1]** 23/7
**shift [1]** 205/16
**Shipley [1]** 3/2 3/3 5/21
33/18 35/17 166/22
167/4 199/2
**shirt [1]** 13/2
**shit [8]** 56/12 56/24
62/20 65/7 75/12 83/14
105/2 123/24
**shitballs [1]** 56/21
**shoes [1]** 26/4
**shoot [2]** 103/16 105/5
**short [5]** 6/11 9/9
98/18 228/16 252/15
**shorthand [1]** 157/3
**shortly [2]** 52/2 81/4
**shot [5]** 104/21 142/1
145/17 153/2 153/6
**shots [3]** 17/13 60/18
83/25
**should [42]** 12/23
35/25 57/25 59/17 61/3
62/7 64/2 69/21 75/21
75/25 81/23 84/3
105/25 125/20 131/18
141/25 146/3 150/1
156/2 180/3 188/15
188/16 188/20 188/24
189/1 191/14 192/14
195/19 208/24 210/4
210/7 212/15 212/17
213/8 215/11 215/17
215/21 216/16 216/18
216/21 217/5 238/5
**shouldn't [5]** 149/13
151/9 189/10 217/6
244/17
**shoved [1]** 26/1
**show [15]** 8/13 15/4
32/1 43/20 46/22 53/9
61/4 66/13 75/12 89/24
90/9 98/12 165/23
177/16 185/20
**showed [17]** 50/2
75/18 76/23 88/17 90/8
103/22 111/10 114/1
119/21 122/19 134/17
135/4 135/7 140/12
229/14 231/20 243/2
**shower [3]** 12/12 12/23
13/2
**showing [2]** 129/15
140/13
**shown [7]** 93/17 94/2
95/23 131/19 138/1

**shown... [2]** 139/1 242/22
**shows [10]** 79/13 99/23 101/2 143/24 144/11 164/15 232/5 232/11 245/6 247/1
**shredded [1]** 159/4
**shutdown [1]** 188/22
**sic [4]** 105/16 124/6 193/10 243/10
**Sicknick [1]** 31/7
**side [11]** 17/14 17/14 17/16 77/13 77/19 77/23 77/24 99/3 141/20 144/2 239/10
**side's [1]** 192/17
**sides [1]** 217/20
**sign [1]** 75/13
**signage [1]** 80/13
**Signal [38]** 67/10 85/1 85/2 85/7 85/10 89/4 89/9 122/4 135/19 137/12 227/15 228/13 229/11 230/20 231/20 233/24 233/25 234/1 234/13 237/7 237/13 238/8 238/24 239/1 242/20 242/21 243/18 244/21 245/13 246/2 246/5 246/5 246/14 246/21 247/1 249/1 249/21 249/25
**Signal app [1]** 227/15
**signaling [1]** 171/6
**signed [1]** 56/9
**significant [7]** 9/12 32/24 147/10 150/22 183/19 187/9 249/24
**silent [2]** 84/22 248/12
**similar [7]** 43/21 113/10 141/21 163/23 179/25 211/19 227/7
**simply [22]** 23/17 31/2 39/8 41/4 62/17 72/15 76/5 85/15 92/20 93/9 93/23 96/22 109/21 110/18 112/16 113/8 126/14 130/2 134/23 163/1 201/15 202/24
**since [11]** 15/12 28/23 33/6 70/17 72/24 158/22 200/2 210/12 217/15 241/14 249/14
**single [5]** 117/14 117/16 117/17 188/16 196/21
**sir [2]** 10/24 241/19
**sis [1]** 59/12
**site [1]** 29/22
**situation [6]** 68/10 157/14 185/22 193/21 194/9 198/17
**situations [1]** 163/8
**six [7]** 133/4 160/24 161/10 203/20 203/24 205/14 206/7
**six-factor [2]** 160/24

**six-year [2]** 203/24 205/14
**Sixth [2]** 216/5 216/8
**Sixth Circuit [2]** 216/5 216/8
**size [1]** 188/18
**sizes [1]** 188/11
**skewing [1]** 170/24
**skilled [1]** 55/11
**skipped [1]** 192/12
**skirmishes [1]** 115/17
**sleep [2]** 12/12 26/15
**sleeve [1]** 60/16
**sleeved [1]** 13/2
**slide [8]** 228/16 228/17 228/18 230/14 230/17 230/17 230/23 231/5
**Slide 22 [1]** 230/14
**Slide 33 [1]** 231/5
**Slide 34 [1]** 230/17
**slide 38 [1]** 230/23
**small [8]** 15/7 16/8 19/21 25/7 88/5 114/20 115/23 129/17
**smarter [1]** 71/15
**smell [1]** 26/9
**smelled [1]** 12/22
**smiled [1]** 12/20
**Smith [2]** 31/7 59/9
**so [268]**
**so I think [8]** 108/23 162/1 177/24 190/1 195/5 195/19 199/12 208/5
**so this enhancement [1]** 163/7
**so this is [1]** 230/24
**so this requirement [1]** 201/5
**social [1]** 249/1
**sociology [1]** 24/23
**soil [2]** 15/18 83/6
**soldiers [1]** 198/3
**sole [2]** 69/16 127/13
**solemn [5]** 28/19 30/7 189/15 189/16 189/17
**solicit [1]** 209/10
**solicit it [1]** 209/10
**solicited [1]** 213/19
**solid [1]** 160/16
**some [85]** 17/23 17/24 19/3 24/20 27/16 27/19 28/2 30/15 30/18 33/24 36/20 37/16 40/24 44/20 44/24 46/1 46/13 46/23 47/7 55/11 56/15 56/24 56/24 58/14 69/8 84/8 84/23 87/20 89/13 95/10 98/8 103/17 109/23 110/3 115/13 120/22 124/14 127/19 132/6 135/2 135/12 135/17 139/6 140/20 146/19 161/8 163/7 167/24 174/3 178/14 180/7 182/6 185/9 186/8 186/16 186/18

189/8 189/9 189/18 191/1 192/23 192/23 193/3 193/6 193/13 193/20 193/22 196/23 197/20 200/6 207/3 207/9 210/12 210/22 218/6 219/10 220/12 225/20 226/13 240/16 241/1 248/2
**somebody [10]** 62/9 115/12 159/4 166/11 194/9 194/9 195/11 208/25 222/23 225/5
**somehow [1]** 179/5
**someone [10]** 10/17 21/7 56/10 81/24 127/19 130/18 165/3 166/3 177/24 194/21
**something [23]** 15/16 30/16 62/16 67/19 70/24 73/10 75/17 142/10 147/9 160/12 164/10 168/6 169/20 192/8 199/18 207/2 208/3 214/9 217/1 222/14 226/6 234/14 247/13
**sometime [5]** 101/7 233/24 238/24 246/14 246/23
**sometimes [3]** 10/19 128/20 158/10
**somewhat [1]** 211/7
**somewhere [1]** 64/15
**son [3]** 18/14 18/18 19/12
**Sons [1]** 7/20
**soon [6]** 18/20 31/25 123/7 212/7 226/1 236/11
**sophomore [1]** 24/24
**SoRelle [7]** 58/19 59/10 66/16 75/11 120/17 121/7 230/9
**sorry [26]** 40/12 66/24 117/16 123/10 144/20 145/17 162/21 174/7 175/24 175/25 179/14 183/6 184/22 192/11 203/14 204/9 209/4 214/17 232/16 235/1 235/3 240/24 244/14 244/15 246/11 247/21
**sort [20]** 97/3 152/6 168/24 169/14 172/20 177/1 181/19 181/21 186/15 190/1 192/13 193/6 207/7 207/16 219/5 224/6 229/12 245/6 245/7 248/16
**sought [1]** 127/16
**sound [3]** 26/8 62/25 131/22
**sounded [1]** 54/5
**sounds [1]** 62/12
**source [8]** 132/19 134/5 134/12 170/16

244/19
**sources [6]** 44/13 44/13 132/14 132/21 132/24 136/12
**south [4]** 77/12 77/19 77/23 77/24
**Southern [1]** 215/3
**Spartans [1]** 119/2
**speak [6]** 7/4 9/1 22/13 28/1 223/20 223/21
**speaker [15]** 16/16 28/8 28/12 28/14 29/20 29/25 30/22 31/16 80/15 88/7 111/15 114/9 116/1 138/16 138/17
**Speaker Pelosi [1]** 88/7
**Speaker's [4]** 30/22 80/10 114/20 129/17
**Speaker's Suite [1]** 129/17
**speakers [2]** 25/5 139/1
**speaking [1]** 68/3
**special [5]** 16/7 16/14 55/11 232/14 232/19
**Special Agent Cody [1]** 232/19
**specific [20]** 22/4 42/14 44/20 51/14 88/25 89/12 95/5 96/6 106/13 109/16 112/16 125/22 153/22 174/13 177/21 185/21 218/4 218/12 220/10 251/12
**specifically [18]** 20/3 50/25 70/16 86/5 93/15 105/19 128/16 129/8 132/1 157/2 176/8 238/14 240/23 241/7 241/11 242/2 250/24 251/7
**specificity [2]** 156/12 236/15
**specifics [1]** 163/17
**specified [1]** 182/16
**specify [2]** 43/10 129/18
**speculate [1]** 97/15
**speculates [1]** 130/2
**speculation [3]** 129/5 130/6 251/13
**speculative [2]** 251/4 251/14
**speech [6]** 94/16 94/21 94/23 94/24 95/2 95/3
**speech-based [1]** 95/2
**spend [1]** 192/13
**spent [3]** 24/24 56/17 168/10
**spirit [5]** 52/16 75/19 75/19 204/4 205/10
**spit [1]** 10/12
**splits [1]** 79/21
**splitting [1]** 224/6
**spoke [2]** 14/22 73/23

**spoken [1]** 30/10
**spot [1]** 53/19
**spouse [2]** 214/9 214/24
**spray [4]** 10/20 12/21 26/10 26/19
**spread [1]** 29/10
**spreadsheet [1]** 252/6
**sprinting [2]** 25/16 25/23
**squared [1]** 52/22
**Sr [1]** 4/2
**stack [7]** 133/19 200/13 200/16 201/2 201/6 232/23 234/23
**Stack 1 [1]** 232/23
**stacking [3]** 200/20 201/1 205/12
**staff [17]** 17/2 17/18 22/7 25/6 26/1 28/8 28/11 28/14 28/22 28/23 30/8 30/12 30/22 31/10 32/5 32/19 128/22
**staffers [2]** 18/3 19/1
**stage [1]** 59/2
**staged [2]** 188/23 189/19
**stages [1]** 54/21
**staging [1]** 104/2
**stairs [4]** 25/23 78/23 79/6 79/8
**Stamey [1]** 67/16
**stand [6]** 20/16 34/24 55/15 75/9 115/7 218/22
**stand-down [1]** 55/15
**standard [17]** 38/6 39/5 39/7 98/7 106/5 110/21 111/25 159/23 160/14 160/21 160/25 161/17 161/23 166/24 167/6 167/9 167/13
**standing [6]** 21/21 55/12 55/16 74/7 105/13 139/9
**stands [5]** 7/24 36/7 130/18 180/13 254/1
**stanley [4]** 3/14 3/17 5/18 146/17
**Stanley Woodward [2]** 5/18 146/17
**stared [1]** 7/21
**stark [1]** 57/19
**starkly [1]** 85/14
**start [10]** 8/10 21/9 56/21 60/7 90/15 91/14 122/7 124/1 170/5 223/7
**started [2]** 12/15 13/1
**starting [2]** 219/22 248/5
**starts [1]** 181/6
**stat [2]** 203/19 207/8
**state [17]** 31/18 37/1 42/21 53/6 61/21 68/24 98/13 113/13 125/5 137/25 147/3 169/6

state... [5] 170/10
176/8 186/23 192/19
214/22
state's [3] 147/4 169/6
170/19
stated [4] 53/18 53/22
55/9 132/11
statement [13] 7/19
14/25 24/20 28/2 28/7
40/1 40/14 62/24 91/20
105/3 118/17 141/24
208/25
statements [18] 6/19
7/1 7/1 14/9 14/11
33/13 55/6 77/3 114/13
115/2 116/7 124/16
138/6 138/9 144/12
208/15 209/23 210/22
states [55] 1/1 1/3 1/10
5/8 16/7 19/20 24/10
25/2 27/25 27/25 28/19
29/16 39/21 41/3 41/20
41/24 41/25 42/4 42/5
42/5 42/9 42/11 42/20
44/23 46/5 46/22 48/18
48/23 54/6 59/21 70/15
73/2 86/18 94/19 94/20
106/8 107/2 112/4
113/9 117/4 128/8
133/25 161/3 161/15
168/17 175/12 179/18
187/10 193/14 197/1
212/22 215/2 215/18
235/8 250/8
stating [1] 82/6
status [1] 35/14
statute [21] 44/1 46/12
46/16 92/19 92/20 94/1
94/8 94/12 112/21
112/23 113/22 117/5
127/11 143/15 143/16
150/22 152/13 159/18
168/24 179/19 179/20
statutes [4] 147/16
157/10 157/11 175/4
statutory [14] 152/23
172/11 172/12 175/12
175/15 200/11 203/14
203/15 203/21 204/21
204/25 205/1 205/5
206/20
stay [8] 12/1 27/6
108/13 108/17 123/6
123/7 230/20 249/22
stayed [1] 126/22
staying [1] 64/6
stays [1] 83/24
steal [4] 57/5 57/20
57/22 61/9
stenography [1] 4/15
step [5] 52/21 120/10
234/13 234/15 246/23
Stephen [1] 138/14
stepped [1] 156/13
steps [9] 35/7 59/11
77/20 80/20 84/3 102/1
105/24 229/15 234/19

5/9 50/6 54/14 59/10
82/15 82/16 121/7
121/24 137/15 230/20
230/25 249/21
Stewart Rhodes [6]
50/6 82/15 137/15
230/20 230/25 249/21
sticking [2] 77/5 77/5
sticks [3] 10/14 15/16
56/15
still [21] 19/13 23/18
53/2 60/10 89/25
107/17 120/24 176/25
181/18 194/14 221/13
222/19 223/25 226/4
226/24 226/25 243/18
244/21 246/21 247/3
248/20
stink [1] 12/19
stipulated [2] 229/8
246/1
stipulation [1] 229/7
stolen [1] 29/11
stomach [1] 18/16
Stone [7] 52/24 75/7
77/21 106/8 106/9
107/15 138/25
stood [3] 7/22 7/25
20/13
stop [16] 22/10 29/6
29/9 51/4 55/22 57/5
61/9 61/14 77/1 82/4
82/7 89/16 102/2
120/19 160/8 202/16
stopped [1] 142/20
stopping [1] 180/22
stops [2] 9/7 22/24
store [1] 83/1
stories [1] 22/9
storm [5] 76/15 98/20
115/3 115/5 115/8
stormed [2] 55/23
118/25
storming [1] 52/21
story [1] 27/21
stowed [2] 63/6 102/25
strange [1] 163/5
Street [4] 1/17 2/11
2/15 4/8
streets [2] 65/23 98/22
strengthen [1] 60/8
strictly [2] 54/15 72/20
strikes [2] 155/19
162/24
string [1] 215/22
strokes [1] 50/2
strolled [1] 141/11
strong [3] 55/22
141/18 164/8
strongly [3] 51/11
120/11 120/21
struggle [1] 26/22
studying [1] 24/23
stuff [2] 211/21 252/2
style [1] 55/14
styled [1] 208/15
SUAREZ [1] 3/9

95/14 96/11 96/13
128/12 150/10 160/11
162/7 173/19 175/17
175/19
subjected [1] 30/25
submit [6] 47/3 147/17
164/13 166/14 194/21
205/9
submits [1] 216/20
subordinates [2]
198/12 199/13
subpoena [3] 34/25
35/11 159/5
subpoenaed [1] 34/15
subsequently [1]
44/21
substance [1] 209/14
substantial [42] 97/4
120/10 131/20 131/21
135/22 135/23 156/19
163/15 163/16 163/20
164/1 164/14 172/6
172/16 172/19 176/2
176/3 176/19 177/10
178/23 179/13 179/15
179/22 180/5 180/19
180/22 180/25 181/2
181/5 181/8 181/13
181/22 181/22 182/3
182/20 184/6 185/23
186/3 186/6 188/2
188/8 191/25
substantive [2] 113/22
206/6
succeed [1] 33/4
succeeded [1] 33/4
successful [1] 184/19
successfully [1]
128/19
such [20] 10/22 16/22
21/13 40/4 49/25 55/13
58/15 62/16 78/1 90/23
93/20 95/2 110/7
128/24 130/7 140/6
182/17 182/24 202/7
209/11
suddenly [1] 34/20
suffer [2] 23/19 23/24
suffered [7] 7/22 7/23
10/7 23/1 23/8 186/10
187/19
suffering [1] 8/2
sufficiency [8] 41/9
41/16 43/14 96/2 126/2
131/4 140/8 144/7
sufficient [21] 38/15
40/20 46/6 94/6 102/15
106/6 111/25 119/15
122/10 131/17 154/2
167/9 174/10 184/18
187/25 194/4 197/11
197/18 198/5 227/25
238/17
suggest [11] 39/6
69/20 91/13 139/9
148/24 174/2 174/23
202/3 209/14 210/25

suggested [6] 70/3
99/15 128/13 158/19
202/13 203/20
suggesting [7] 77/8
202/25 203/2 205/15
206/22 206/24 230/24
suggestion [1] 248/7
suggests [8] 39/22
77/6 95/8 101/5 133/6
140/6 201/14 242/11
Suite [6] 2/4 2/8 3/11
4/4 4/8 129/17
summaries [1] 134/22
summarize [2] 51/19
112/16
summarized [1]
132/19
summary [10] 132/11
132/13 132/16 133/23
134/2 134/7 135/15
135/16 135/18 136/2
summer [1] 28/23
summon [1] 114/2
summoning [1] 77/11
Sunday [1] 251/9
sunglasses [1] 14/21
sunk [1] 18/15
superfluous [3] 156/18
156/23 157/8
superior [1] 193/7
superseding [4] 41/19
112/2 116/18 118/1
supervise [1] 195/25
supervising [1] 196/10
supervision [1] 193/6
supervisor [4] 193/3
195/2 196/3 196/18
supervisors [1] 198/19
supervisory [2] 195/20
198/10
supplants [1] 44/6
supplement [1] 37/18
supplemental [3]
67/24 132/4 236/20
supplied [1] 87/25
supplies [2] 104/3
104/8
support [20] 10/23
40/20 51/20 52/10 56/3
65/10 68/4 74/12 85/23
93/22 94/16 106/6
110/20 110/24 111/25
112/17 129/23 140/5
140/7 227/9
supported [5] 22/19
51/11 87/21 147/15
199/14
supporters [1] 53/8
supports [6] 51/23
107/9 109/25 124/19
233/20 251/1
supposed [4] 94/4
170/2 203/10 203/11
suppressed [1] 125/4
suppressing [1] 53/5
Supreme [14] 44/18
47/5 47/20 48/3 157/9

167/1 167/8 179/17
189/16 205/11 210/17
Supreme Court [8]
47/5 157/9 160/17
163/22 166/2 167/1
179/17 210/17
Supreme Court's [3]
44/18 47/20 205/11
sure [25] 17/2 17/19
25/24 39/2 56/19 98/16
111/4 145/11 155/18
162/3 175/20 182/7
187/11 193/19 196/14
209/12 209/16 212/10
219/19 221/21 225/19
225/25 226/11 227/21
230/5
surprised [1] 80/25
surreptitiously [1]
82/25
surround [1] 63/25
surrounded [1] 11/20
surrounding [1] 64/2
surroundings [2] 21/1
21/3
suspect [4] 150/15
213/12 224/11 249/12
suspicious [1] 130/9
sustain [1] 38/11
sustained [1] 31/6
sway [1] 210/2
sweat [1] 12/21
sweep [1] 127/5
swivel [1] 20/23
sworn [4] 9/10 59/16
59/19 97/1
system [13] 24/1 242/1
242/5 242/6 242/9
242/10 242/14 242/16
243/17 244/22 246/19
247/1 247/19

T

table [1] 104/18
tactical [1] 21/8
tail [1] 241/15
take [42] 9/16 9/18
10/17 22/20 27/16
31/20 35/21 35/22
35/25 36/2 36/3 36/22
50/13 58/23 60/11
63/14 70/12 71/2 76/20
77/8 98/16 103/13
106/16 107/16 107/19
155/7 160/9 160/12
163/6 170/14 180/9
180/10 192/9 201/15
204/6 211/15 215/25
216/22 218/24 223/7
234/15 242/14
taken [9] 23/4 29/22
74/4 138/21 159/19
159/21 234/17 246/15
250/22
takes [5] 79/22 156/21
202/24 208/5 211/14
taking [14] 50/7 59/8

**T**

taking... [1] 59/12
69/7 90/2 98/1 98/14
159/16 197/12 199/7
220/8 223/11 229/19
243/10
talk [30] 7/5 12/13
20/22 54/16 57/7 62/24
69/14 73/7 78/25 81/24
90/17 99/2 105/4
107/18 110/1 111/5
123/7 123/24 141/12
144/17 145/23 145/25
148/14 192/6 192/7
217/3 220/23 221/23
225/13 237/3
talked [7] 90/4 123/17
196/24 217/5 227/18
229/22 243/12
talking [14] 12/24
22/14 54/23 54/24
99/22 181/12 184/16
185/15 190/24 191/12
192/25 198/1 220/11
220/15
talks [8] 62/21 84/5
157/1 182/23 183/17
191/18 239/9 251/11
Tampa [1] 252/9
tampering [7] 120/5
120/9 120/11 125/18
125/21 171/1 171/19
target [4] 61/16 71/19
141/13 195/19
Tarik [2] 33/20 136/20
Tarik Johnson [1]
33/20
Tarpley [3] 2/10 5/17
223/20
Tarrio [2] 34/3 100/12
task [2] 25/5 30/6
tasks [1] 26/22
taught [1] 7/9
taunt [2] 73/19 104/20
taunted [1] 11/20
teach [1] 9/10
team [1] 244/1
tear [3] 26/9 30/13
119/1
tear gas [1] 26/9
tear-gassed [2] 30/13
119/1
tearful [1] 31/12
tears [5] 12/18 13/4
13/4 13/7 118/4
technical [2] 67/25
104/2
teenage [1] 12/6
teeth [2] 21/10 65/17
telegraph [1] 219/1
television [1] 32/14
tell [14] 20/21 22/8
22/17 22/22 67/4 75/21
83/2 105/4 171/11
190/14 210/10 212/18
241/4 241/7
telling [4] 18/25 55/2
80/18 239/23

template [1] 52/19
temporarily [1] 29/24
ten [1] 36/4
tens [2] 63/3 102/22
term [36] 43/25 44/15
44/17 45/11 46/9 46/10
46/14 47/11 47/25
56/20 103/14 121/14
121/20 133/19 146/25
150/24 152/15 156/8
156/18 156/21 156/22
158/3 159/24 164/4
164/7 164/9 169/15
170/11 170/22 170/23
171/6 171/8 176/15
178/17 179/24 213/15
terms [29] 6/13 47/21
57/19 88/14 94/8
100/10 102/9 102/13
109/18 110/22 117/10
130/15 133/10 133/11
145/21 163/24 168/15
171/4 180/4 188/21
209/24 210/2 222/3
225/1 225/12 234/25
235/6 248/4 249/7
terrible [1] 21/19
terrorism [10] 199/24
199/24 201/12 201/20
201/22 201/25 207/22
224/19 224/23 226/6
terrorists [1] 55/15
Terry [3] 28/7 28/11
72/22
Terry Cummings [1]
72/22
test [5] 117/21 160/24
161/10 191/9 191/14
testified [25] 22/12
54/4 70/11 72/1 72/5
76/22 81/22 81/25
129/25 129/25 134/9
134/10 135/5 137/3
187/3 190/20 220/1
220/5 221/2 228/4
232/14 232/19 238/7
253/9 253/18
testifies [1] 227/14
testify [12] 8/9 33/21
34/7 34/13 34/14 71/7
96/22 96/24 133/14
133/24 133/25 134/2
testifying [2] 133/15
136/6
testimony [41] 70/2
71/6 82/3 86/9 87/18
88/9 91/8 91/11 95/25
96/21 97/1 97/2 101/20
102/4 110/24 114/18
122/15 122/16 136/9
136/10 136/14 136/25
136/25 137/8 137/17
137/24 138/14 139/21
140/3 140/13 165/1
165/3 165/5 186/19
197/18 237/5 237/22

243/20
Texas [4] 83/22 83/24
84/2 105/22
text [17] 17/21 18/15
18/24 44/22 59/9 80/6
82/5 90/2 104/13
105/11 114/13 163/6
168/24 170/2 170/3
190/10 249/1
texted [2] 18/14 77/12
texting [1] 105/12
TextMe [1] 228/23
texts [2] 135/11 135/12
than [46] 21/16 39/7
48/8 49/6 59/5 62/17
69/21 71/15 73/18
93/10 93/16 93/24
94/14 97/13 104/20
110/17 112/19 116/6
128/4 128/23 129/5
129/19 137/18 142/13
156/3 156/5 159/24
161/12 161/13 166/24
167/5 169/20 171/5
174/16 177/24 179/12
185/2 185/8 188/11
190/9 190/11 191/19
194/10 208/8 216/16
222/19
thank [49] 6/23 8/25
14/2 14/3 14/3 14/5
14/7 19/15 19/16 19/17
19/18 20/7 24/3 24/4
24/5 24/6 27/24 28/4
28/5 28/9 33/9 33/10
33/11 33/14 36/5 36/12
107/20 108/7 108/21
115/15 144/15 145/4
166/17 191/5 199/15
218/6 224/16 225/11
225/22 226/16 226/18
236/5 236/7 236/12
236/21 239/4 251/16
253/5 253/21
thank you [37] 6/23
8/25 14/2 14/3 14/3
14/5 14/7 19/15 19/16
19/17 19/18 20/7 24/3
24/4 24/5 24/6 28/9
33/9 33/10 33/11 33/14
36/12 107/20 108/7
108/21 115/15 144/15
145/4 166/17 191/5
224/16 225/11 236/5
236/12 239/4 251/16
253/21
thank you very much
[1] 28/5
thankful [1] 19/12
thanking [1] 24/17
thanks [4] 16/13 19/13
180/12 253/25
that [1557]
that's [103] 7/12 35/14
36/24 45/18 53/13
54/17 58/2 58/25 60/10
60/13 61/23 62/4 62/13

104/24 109/22 111/3
112/19 112/25 116/2
121/10 127/3 132/3
146/5 149/1 151/19
152/3 152/4 154/19
159/7 159/8 159/18
164/1 164/10 166/13
167/11 169/15 169/20
171/12 171/16 173/4
175/24 177/6 177/17
180/18 182/25 183/11
184/5 184/15 187/15
188/17 189/17 192/12
193/4 194/11 195/19
198/1 201/18 203/21
204/18 204/24 206/16
207/6 207/21 210/9
211/20 213/21 214/8
214/13 215/8 216/7
216/15 216/19 219/19
220/6 220/18 221/21
228/18 229/12 230/11
230/14 230/17 231/21
234/22 236/4 237/2
237/14 238/10 238/11
240/3 246/5 246/5
246/12 247/9 247/17
247/21 247/22 247/23
249/13 250/25 251/1
their [109] 7/22 8/1 8/2
8/2 8/3 9/10 9/12 11/8
11/9 12/8 13/9 13/16
13/17 13/19 13/22 14/1
14/17 16/4 18/4 20/10
22/8 22/16 22/20 26/19
27/2 27/8 27/10 27/17
27/18 30/6 30/6 30/9
30/9 30/16 31/2 31/10
31/13 33/7 36/1 41/1
49/19 50/13 51/9 55/6
55/7 56/3 57/12 58/8
61/5 61/17 64/23 67/24
72/11 73/11 78/6 79/9
84/1 84/25 85/19 90/24
92/4 92/6 97/1 116/20
118/8 119/11 119/21
121/5 125/17 133/10
133/11 136/5 137/10
138/20 142/2 145/22
145/23 167/22 168/2
181/25 184/4 184/5
184/14 184/14 184/18
184/25 185/1 189/22
191/12 191/15 199/13
200/19 208/18 211/18
214/18 215/10 215/12
218/8 219/2 219/3
220/8 220/23 221/11
221/17 221/23 231/10
250/25 252/18 252/20
thelinderfirm.com [1]
2/6
them [70] 7/7 8/13
12/10 12/11 13/18
19/13 22/22 36/18 43/8
43/9 43/12 55/23 58/4
64/2 64/2 65/8 65/8

95/3 109/23 115/2
121/4 121/5 121/5
122/1 122/3 122/3
125/23 139/10 139/23
160/23 177/6 180/8
186/16 186/18 190/14
194/8 196/7 198/4
198/4 198/5 198/10
198/13 201/15 209/1
211/20 213/16 215/1
220/2 220/4 220/5
220/12 220/13 221/8
221/17 222/2 223/21
224/10 224/25 230/3
237/17 243/1 243/1
243/2 250/24 252/21
253/17
theme [2] 69/12 229/1
themselves [5] 73/25
134/13 137/20 150/7
232/22
then [137] 8/19 19/1
25/19 34/15 34/20 36/3
37/10 37/11 38/1 38/5
43/14 45/7 45/21 49/14
51/19 57/7 59/1 60/3
64/10 65/12 65/18
73/24 74/4 74/6 75/4
75/15 75/22 75/25 76/3
77/10 77/17 77/24
81/13 81/16 82/17 84/5
84/11 84/18 88/4 88/7
88/19 99/1 100/4
100/17 101/2 101/5
103/4 103/10 104/17
105/2 105/3 105/14
106/14 106/15 107/8
111/9 114/22 115/16
121/24 123/21 124/1
124/8 124/9 130/8
136/21 140/9 143/10
150/4 150/5 151/10
151/22 156/22 157/1
157/5 157/21 159/9
159/15 163/10 163/19
166/6 166/12 167/3
167/7 175/13 178/22
184/1 184/9 189/19
189/24 192/4 192/11
193/23 196/23 197/4
197/22 200/16 201/2
201/6 203/17 204/7
207/8 217/16 218/7
222/23 223/21 224/7
228/12 228/16 228/17
228/20 228/23 229/5
229/17 230/3 230/15
230/19 231/3 233/11
234/1 234/12 237/6
238/22 240/4 240/21
241/2 241/4 241/7
241/10 241/18 242/8
243/17 244/3 244/11
244/24 246/14 250/17
253/3
then-applicable [1]
201/2

**theory [10]** 90/24
93/10 106/11 106/19
106/19 110/17 126/9
184/3 184/8 233/17
**therapist [1]** 23/2
**therapy [2]** 22/25 23/3
**there [228]** 12/10 14/8
16/23 17/4 18/10 19/23
21/25 34/1 36/16 38/1
38/21 40/10 40/17
44/19 44/22 47/9 49/25
51/23 53/24 55/22
56/24 57/1 57/15 63/3
64/6 65/23 67/7 67/12
67/14 67/23 68/4 69/24
71/14 71/22 73/6 73/17
73/24 74/19 75/4 75/15
76/3 76/13 76/25 77/10
79/3 79/7 79/24 79/25
80/14 80/14 81/9 82/2
82/5 82/13 84/11 84/12
84/16 85/16 85/18 86/2
89/8 89/14 89/17 89/22
89/25 90/6 91/1 93/1
93/11 93/13 94/7 95/17
97/7 97/8 97/16 100/7
101/21 102/15 103/6
103/10 103/12 103/12
104/17 104/19 104/21
105/17 106/10 106/16
106/22 106/24 106/25
110/5 110/9 110/11
114/16 115/6 115/6
115/16 118/20 118/23
119/4 119/15 121/16
121/22 122/10 123/22
125/8 127/10 127/22
128/2 129/25 130/3
130/17 131/10 133/18
135/2 135/2 135/21
136/16 139/20 140/9
140/17 140/19 141/1
142/5 142/19 143/21
145/19 146/22 147/18
153/20 154/2 157/10
157/18 160/17 160/18
162/1 165/1 165/5
168/14 174/22 177/7
179/24 182/22 182/22
186/16 186/23 187/2
188/22 188/24 189/7
189/8 189/11 189/15
189/17 190/18 190/22
191/2 192/19 193/13
193/16 193/20 195/3
195/7 195/8 195/9
195/10 195/15 195/17
195/20 195/24 196/19
197/13 197/19 198/16
203/17 203/18 207/6
208/12 210/11 213/14
215/12 217/6 220/16
221/11 221/12 222/1
222/9 224/4 225/7
225/16 226/13 228/3
229/11 230/3 230/6
230/21 232/5 233/13

235/25 238/1 238/2
238/20 238/22 239/2
241/23 241/23 242/24
244/3 245/14 247/6
247/8 247/10 247/18
247/24 248/2 248/7
248/23 249/9 249/22
250/2 250/4 250/10
250/12 253/19
**there's [71]** 7/7 21/13
37/15 65/22 67/9 70/3
72/18 73/12 73/15
74/13 83/5 83/13 84/20
88/4 88/7 88/19 89/21
90/6 97/10 97/24 98/1
101/9 101/16 101/18
105/3 105/14 107/8
110/17 110/19 114/22
116/5 126/12 127/11
133/21 137/7 142/9
146/23 156/14 156/24
158/2 158/2 162/24
165/11 168/3 174/1
176/1 187/2 189/16
190/12 190/13 191/1
192/8 193/14 193/21
194/5 194/13 197/18
204/16 204/16 204/25
206/14 210/1 215/21
216/5 228/12 231/8
238/17 242/9 246/2
249/7 249/14
**thereafter [5]** 57/15
228/17 229/15 234/12
235/22
**therefore [11]** 40/10
43/11 52/12 90/24
121/21 151/6 173/6
198/10 198/11 203/6
203/23
**thereof [1]** 148/2
**these [98]** 6/2 7/4 7/9
7/23 7/24 8/7 13/23
18/6 19/2 20/9 26/23
29/3 43/2 50/23 54/20
55/4 55/5 56/21 57/13
60/9 62/11 72/9 81/14
85/14 85/22 86/9 87/20
88/15 96/1 96/6 109/15
132/9 132/16 134/19
135/24 136/3 137/8
141/9 141/9 141/16
147/11 149/19 154/20
154/22 155/3 159/5
169/9 178/2 178/5
180/4 181/11 181/21
184/25 186/11 186/15
187/8 187/25 189/8
190/23 191/10 191/14
200/11 205/12 209/21
214/2 214/4 214/5
214/8 215/1 215/4
215/6 215/10 215/11
215/14 218/17 219/17
220/9 220/18 221/11
221/15 222/4 222/14
224/25 225/20 229/17

233/2 233/15 234/12
234/19 242/25 247/7
247/10 247/15 248/11
251/7
**thesis [2]** 40/8 40/9
**they [211]** 6/20 7/13
7/14 7/22 7/22 7/23
11/10 11/11 11/14
11/17 11/19 11/21
12/13 13/17 13/22 14/1
14/9 14/10 14/17 14/18
17/19 19/13 21/8 22/2
22/3 22/5 22/8 23/10
27/10 27/17 29/7 30/9
30/13 30/16 30/16
30/24 30/24 31/1 31/2
31/4 31/17 33/4 35/25
37/24 45/14 50/13 51/3
53/9 53/10 53/10 53/15
53/24 54/9 54/10 55/3
55/3 56/22 57/24 60/13
60/14 60/14 64/1 64/3
64/9 64/22 64/25 65/9
65/17 66/16 66/19
67/23 69/4 70/17 70/21
70/22 71/24 72/2 73/20
75/12 75/13 75/20 78/5
78/10 79/8 79/8 80/3
80/14 81/2 81/6 81/7
81/9 81/9 81/16 81/17
82/3 82/7 84/15 84/16
85/17 86/4 86/8 88/22
90/23 92/5 92/9 92/19
93/5 93/6 96/2 96/21
96/23 96/24 98/6
102/20 103/12 105/4
113/2 115/10 115/10
115/23 115/25 116/15
117/20 118/17 118/21
118/22 121/1 121/2
123/17 124/17 124/17
124/17 126/15 129/14
133/13 134/3 134/10
134/17 134/20 136/1
136/2 136/4 138/8
139/6 139/24 141/11
142/20 142/21 142/22
142/25 142/25 143/2
143/10 144/4 149/24
150/15 152/4 153/21
159/12 159/19 161/7
164/9 164/16 165/24
166/6 166/12 169/15
173/4 173/4 176/25
178/5 184/7 187/17
189/19 189/24 192/24
193/12 195/24 195/25
196/2 196/3 197/8
198/3 198/22 198/23
198/24 200/16 200/19
202/14 202/16 203/22
207/17 211/2 214/6
214/18 215/5 219/20
221/5 222/3 222/4
231/5 232/12 237/1
237/24 243/4 243/5
243/5 243/6 248/1

they'd [1] 59/17
**they'll [3]** 62/22 168/23
169/24
**they're [24]** 18/5 83/15
103/9 115/12 125/24
138/22 149/20 149/20
159/17 165/16 201/25
205/4 205/6 205/7
206/21 206/24 210/17
220/24 221/25 236/25
237/1 246/6 252/9
252/10
**they've [3]** 158/22
217/5 218/17
**thick [1]** 118/25
**thing [15]** 16/3 16/22
39/6 65/3 65/9 75/22
75/23 75/24 83/7 166/8
212/2 236/25 248/9
249/19 253/6
**things [22]** 12/22 17/3
21/19 73/23 81/19
164/13 169/25 182/8
189/25 190/11 194/23
211/5 220/2 222/14
233/18 234/9 236/23
237/9 250/11 253/12
253/14 253/17
**think [146]** 6/12 15/2
15/24 18/23 34/10 35/2
35/13 48/22 49/11
57/20 60/14 64/8 64/13
64/19 64/20 65/6 71/20
108/23 117/18 123/23
124/4 129/9 131/7
132/3 136/15 138/16
142/12 145/7 145/10
145/13 148/6 148/14
149/1 150/15 151/14
151/25 152/7 152/22
153/1 153/17 156/14
156/15 158/11 158/12
158/19 159/1 159/3
159/17 159/22 161/4
162/1 163/11 163/17
163/21 164/4 165/8
166/1 166/12 168/11
168/12 169/21 171/11
173/22 177/24 180/7
181/10 181/15 182/5
188/6 188/10 188/10
188/15 189/2 189/10
190/1 191/9 191/13
192/2 192/16 193/24
194/17 194/25 195/5
195/12 195/16 195/19
196/8 197/21 199/12
199/17 199/22 200/7
200/19 201/9 204/2
204/4 207/13 207/17
208/5 210/1 210/11
210/22 211/20 214/21
215/20 217/25 218/7
218/11 218/15 218/23
219/9 219/13 219/15

they'd [1] 59/17
224/1 224/14 224/14
224/20 225/23 226/9
227/2 227/6 227/9
227/15 227/15 232/4
234/10 236/23 237/2
237/11 237/19 238/10
238/12 242/20 242/22
243/14 246/19 249/6
249/8 251/1 251/9
251/13 252/8 253/22
**thinking [5]** 62/19
177/1 199/20 222/20
240/18
**thinks [4]** 95/23 128/17
182/2 237/1
**third [14]** 44/5 57/21
129/4 161/24 161/25
168/3 173/8 213/8
213/15 213/18 213/22
214/2 216/2 216/7
**Third Circuit [2]**
161/24 161/25
**third-party [7]** 213/8
213/15 213/18 213/22
214/2 216/2 216/7
**this [375]**
**This is [1]** 5/7
**Thomas [2]** 4/2 5/13
**thorough [1]** 209/23
**thoroughly [1]** 209/19
**those [88]** 6/15 7/10
7/18 14/24 19/7 22/15
22/18 22/19 27/7 27/16
37/1 39/2 40/7 42/24
43/3 44/10 44/13 47/21
49/7 49/8 50/23 51/2
53/3 65/15 68/11 76/21
78/3 79/18 82/7 86/7
87/16 88/15 88/23
93/23 95/15 100/14
100/19 102/15 103/7
104/25 105/5 113/4
118/18 121/13 122/2
122/6 124/16 126/3
132/1 132/3 133/20
135/13 139/14 144/18
145/25 146/15 150/5
152/22 153/12 159/2
161/13 161/16 175/3
176/22 181/9 184/12
186/25 187/14 189/2
189/20 189/22 190/1
191/2 199/5 213/17
215/20 216/23 217/24
220/1 221/6 224/6
225/15 237/8 237/10
237/18 250/15 253/12
253/14
**though [10]** 25/7 39/5
61/4 71/6 109/23 191/1
195/21 198/23 211/23
251/4
**thought [7]** 61/3 70/24
141/24 141/25 208/20
218/6 220/19
**thoughtfulness [1]**
32/18

**thoughtless [1]** 13/21
**thoughts [12]** 15/14
15/21 97/14 180/7
182/5 193/23 209/3
209/5 219/11 224/21
225/2 225/3
**thousand [1]** 139/12
**thousands [7]** 62/5
63/3 83/20 102/22
128/2 129/2 183/19
**thread [1]** 60/12
**threat [12]** 15/4 15/17
31/9 116/22 121/1
148/2 153/20 164/18
166/15 173/6 177/13
177/16
**threaten [2]** 11/14
11/18
**threatened [3]** 29/17
154/3 165/12
**threatening [4]** 146/7
171/1 172/4 177/19
**threats [3]** 23/16 30/25
166/15
**three [39]** 8/9 78/15
95/19 96/15 96/18
112/9 118/6 125/1
125/6 125/15 132/24
138/8 138/12 146/2
156/21 157/5 157/7
158/7 158/8 172/6
172/20 173/9 174/25
178/22 184/11 189/2
192/14 201/11 201/15
201/22 202/4 202/21
209/21 218/19 223/8
232/15 232/20 233/1
247/19
**three-level [5]** 146/2
172/6 173/9 174/25
178/22
**three-point [2]** 184/11
201/11
**three-way [1]** 78/15
**threshold [3]** 212/16
214/5 216/19
**threw [1]** 92/4
**through [38]** 15/21
16/19 18/9 19/10 21/18
23/13 25/16 33/23
41/11 45/19 52/14
76/18 81/6 90/22 91/4
92/6 95/3 107/17 109/1
120/17 120/17 121/7
124/6 132/21 132/25
133/1 144/6 157/23
164/3 172/13 174/1
209/21 211/4 222/15
228/3 230/6 242/23
245/9
**throughout [2]** 19/11
229/1
**throwing [1]** 92/6
**thrown [1]** 10/21
**thumbs [2]** 150/9
150/9
**thumbs-down [1]**

**thumbs-up [1]** 150/9
**thus [1]** 100/6
**tie [2]** 185/15 185/18
**ties [3]** 26/19 32/13
248/20
**tight [1]** 26/1
**tighten [1]** 175/2
**tights [1]** 26/5
**Tiki [1]** 60/23
**till [5]** 59/6 75/13 108/8
108/17 145/3
**time [72]** 9/16 10/19
10/19 16/5 19/22 20/22
24/11 30/18 33/12
33/23 34/17 34/21
35/25 36/18 36/23 52/6
54/8 56/13 57/1 62/14
64/7 65/9 65/19 65/20
67/14 68/13 69/18
71/12 90/21 93/7 93/8
96/7 99/11 99/21 99/21
100/2 103/16 105/5
112/21 117/12 118/6
127/5 142/12 142/25
152/17 155/11 155/23
168/10 169/11 169/15
170/3 186/2 192/13
193/14 200/3 200/7
202/16 223/2 223/2
223/4 223/9 223/11
223/13 227/16 228/16
229/4 232/3 233/14
233/15 239/1 241/13
244/22
**timeline [1]** 132/20
230/6 250/16
**timely [2]** 32/9 35/1
**times [5]** 61/4 65/18
230/10 251/20 252/4
**timing [6]** 78/22 145/23
237/19 243/14 249/17
249/24
**tip [1]** 83/13
**tips [1]** 235/15
**tired [1]** 107/16
**titled [1]** 255/4
**today [32]** 6/25 7/18
9/1 13/25 14/10 18/9
20/16 24/16 24/17
24/20 27/19 27/23 28/1
28/10 33/13 34/19
36/21 104/23 105/4
144/25 145/1 150/10
155/5 155/8 155/12
162/4 171/21 171/25
172/9 172/17 184/16
192/13
**Todd [1]** 63/19
**Todd Kandaris [1]**
63/19
**together [6]** 27/1 77/5
83/22 125/24 175/6
183/18
**told [22]** 10/8 12/10
12/18 12/20 20/18
21/20 22/2 31/19 31/20
53/8 56/18 77/18 82/22

120/20 140/20 198/6
198/13 228/6 241/14
**tolerate [1]** 19/3
**toll [2]** 9/18 23/4
**tomorrow [14]** 56/19
56/24 190/15 192/4
217/8 218/8 222/12
223/7 224/3 225/2
225/13 225/16 226/15
253/24
**too [10]** 34/12 52/15
67/17 71/19 75/9 89/9
102/6 115/25 229/2
244/25
**took [18]** 7/22 10/10
13/2 25/7 90/16 91/15
91/18 91/25 103/8
120/9 142/1 142/3
229/15 234/12 234/19
241/1 246/23 250/21
**tool [1]** 73/9
**tools [2]** 67/19 123/24
**top [8]** 79/8 165/17
187/16 200/17 202/8
217/15 221/7 240/5
**topic [1]** 178/21
**toppled [1]** 26/8
**torches [1]** 65/8
**torn [1]** 17/24
**total [6]** 203/11 203/13
203/15 207/3 207/7
207/16
**total-offense [1]**
207/16
**totally [1]** 123/6
**touch [3]** 123/6 230/21
249/22
**touchstones [2]** 189/2
190/2
**tourists [1]** 128/21
**toward [4]** 78/17 80/4
120/10 216/12
**towards [2]** 26/2
158/15
**Towers [1]** 4/4
**town [1]** 26/9
**toy [1]** 141/14
**traces [1]** 170/16
**traditional [6]** 156/9
156/13 159/23 163/18
164/6 180/2
**traffic [1]** 9/7
**trail [1]** 250/6
**trailers [1]** 77/16
**training [6]** 9/12 52/9
73/1 89/2 122/13
123/17
**traitor [1]** 55/15
**traitors [5]** 10/8 23/19
59/18 60/5 103/5
**transcript [8]** 1/9 4/15
39/3 184/1 225/25
239/9 241/16 255/3
**transcription [1]** 4/16
**transcripts [2]** 165/2
253/7
**transfer [20]** 11/14

49/3 49/22 51/1 57/3
72/13 76/17 86/17
86/19 89/16 90/10
91/16 94/10 100/10
107/3 142/21
**transition [4]** 57/9
61/14 100/14 241/25
**translate [1]** 244/24
**translates [1]** 48/3
**translations [1]** 40/7
**transmission [1]** 17/20
**transparency [1]** 212/2
**transporting [1]** 104/4
**trapped [2]** 18/25 19/1
**trauma [9]** 9/14 9/18
10/5 10/6 10/6 10/6
11/25 13/24 27/14
**traumas [2]** 10/7 11/24
**traumatic [1]** 22/14
**traumatized [1]** 13/17
**travel [1]** 87/7
**traveled [1]** 55/24
**traveling [1]** 34/11
**Treadwell [1]** 102/8
**Treason [1]** 114/18
**treatment [1]** 156/4
**tree [1]** 65/19
**trial [78]** 24/12 35/6
35/24 36/16 37/3 37/6
37/10 37/21 37/21
39/15 42/16 45/21
48/15 48/16 70/12
71/12 72/1 72/5 81/22
82/2 85/15 86/3 90/8
90/17 93/1 93/14 93/17
94/2 95/9 96/3 96/3
96/7 96/10 96/13 96/17
96/22 96/24 96/25
102/12 106/2 130/19
131/8 131/10 131/16
131/18 131/18 131/22
132/1 132/6 133/16
133/19 134/25 135/1
136/6 136/13 136/16
137/9 138/4 138/7
140/11 142/18 144/13
160/25 161/16 165/2
211/16 218/17 218/18
227/23 229/2 231/14
233/23 235/25 237/5
241/23 245/19 248/3
248/4
**Trial 1 [6]** 37/6 48/15
48/16 81/22 132/1
165/2
**Trial 2 [6]** 24/12 37/21
82/2 132/6 136/6
245/19
**trials [6]** 95/13 186/21
209/21 211/4 219/1
221/12
**trick [2]** 60/15 64/3
**trickled [1]** 229/17
**tried [7]** 10/16 33/3
95/20 96/4 97/8 131/1
144/4
**trier [5]** 38/15 61/12

**trite [1]** 40/13
**triumph [1]** 8/3
**Troy [2]** 1/15 5/15
**Troy Edwards [1]** 5/15
**truck [1]** 239/11
**trucks [1]** 74/2
**true [13]** 39/25 40/11
91/21 96/17 100/18
110/9 134/9 139/7
141/17 143/25 151/17
151/17 157/12
**truly [1]** 56/20
**Trump [30]** 29/6 50/19
50/21 53/1 56/3 57/4
58/14 58/18 58/20 59/5
59/22 61/9 61/15 64/23
65/10 65/21 66/2 66/21
70/7 70/14 72/6 75/8
75/22 82/16 82/24 83/6
85/17 85/17 85/18
105/1
**Trump's [1]** 50/9
**trusted [1]** 99/15
**truth [1]** 20/18
**try [7]** 10/18 36/20
40/23 67/20 101/21
111/23 225/25
**trying [8]** 17/14 47/12
47/14 81/25 143/11
163/12 170/1 244/18
**tunnel [1]** 79/19
**turn [10]** 6/15 43/14
86/13 89/12 95/5
101/17 149/5 170/24
180/17 237/10
**turned [1]** 169/2
**turning [4]** 42/14 49/14
68/20 147/12
**twice [1]** 145/10
**twilight [1]** 120/25
**two [63]** 7/1 8/7 14/8
14/15 23/19 24/7 27/1
27/1 30/1 41/23 41/24
42/22 42/24 43/2 44/6
44/11 49/5 59/17 67/18
74/2 74/6 77/20 77/24
89/15 95/13 106/21
109/6 112/8 117/14
118/4 121/6 124/7
125/4 125/23 126/9
135/15 136/2 138/11
146/2 152/22 160/22
161/10 164/22 174/19
174/19 181/24 191/22
201/15 201/22 202/4
202/21 206/15 215/21
217/21 221/2 221/6
224/6 229/16 233/18
237/4 237/9 249/10
251/18
**two-level [2]** 146/2
174/19
**TX [2]** 2/4 2/8
**tying [1]** 97/24
**type [7]** 71/1 92/18
127/7 135/13 137/19
173/18 249/1

**T**

types [4] 72/19 92/21
143/17 181/7
typical [1] 156/3
typically [4] 213/18
214/8 219/19 224/1
tyrannical [1] 98/15
tyrants [1] 65/20

**U**

U.S [10] 1/16 20/12
32/19 77/21 83/6 102/7
128/19 146/11 149/20
174/8
U.S. [13] 16/15 21/12
22/3 61/25 77/13 77/23
128/15 129/9 136/18
176/12 179/19 215/23
216/7
U.S. Capitol [9] 16/15
21/12 22/3 61/25 77/13
77/23 128/15 129/9
136/18
U.S. v. Gotti [1] 215/23
U.S. v. Patrick [1]
216/7
U.S.C [2] 108/25 118/3
U.S.C. [2] 149/10
212/19
ugly [1] 8/4
Ulrich [2] 58/15 60/1
60/6 60/19 68/18 97/13
101/21 101/23
Ulrich's [2] 101/20
102/4
ultimate [6] 40/8 86/11
132/4 187/13 191/12
208/24
ultimately [17] 35/10
45/25 48/15 48/16
68/15 102/14 127/24
144/9 155/13 159/14
168/1 168/11 207/9
219/14 219/17 221/18
227/17
unable [2] 31/11 143/3
unanimity [1] 43/7
unarmed [1] 69/21
unbearable [2] 27/8
27/9
uncertain [1] 30/13
uncertainty [1] 98/16
unclear [1] 144/24
uncomfortable [1]
65/15
uncommunicated [2]
39/17 103/20
unconscionable [1]
31/15
unconstitutional [1]
61/2
uncontested [1]
133/11
uncovered [1] 51/13
under [45] 34/15 34/25
35/11 38/13 47/4 47/4
59/14 110/21 122/1
126/9 128/25 131/5

134/20 134/21 146/5
155/24 156/4 158/14
160/15 160/15 161/6
161/13 161/16 163/3
163/8 164/17 167/20
170/8 172/1 172/11
174/20 175/15 175/19
193/11 201/2 201/11
202/9 204/10 217/24
220/4 249/12 250/8
underground [1] 25/16
underlings [1] 198/3
underlying [1] 134/11
undermine [1] 125/12
understand [18] 29/5
29/10 65/12 133/9
136/9 155/6 158/10
193/4 206/2 206/13
206/22 214/12 217/2
226/2 239/22 244/16
244/19 252/9
understanding [21]
26/19 48/14 50/15 56/2
57/2 57/11 70/19 71/6
71/8 74/24 86/23 87/11
90/5 132/15 133/7
165/19 165/23 166/11
203/9 214/11 218/24
understands [1] 100/8
understood [12] 44/15
50/24 56/1 63/22 80/14
102/1 121/19 121/20
139/23 155/9 170/3
175/16
undersupplying [1]
136/11
undertaken [1] 154/7
undisputed [1] 130/21
undo [1] 27/13
undone [1] 27/14
undoubtedly [4] 63/7
67/25 76/1 179/21
undress [1] 13/1
unduly [1] 144/12
unemployment [1]
45/9
unfair [1] 153/17
unfortunately [3]
14/10 217/13 217/19
uniform [2] 13/2 13/3
uniformity [3] 148/5
148/15 148/18
uniforms [1] 10/9
unimpressive [1]
194/22
unique [4] 164/24
245/10 245/12 245/24
unit [2] 15/20 20/3
unite [1] 60/7
UNITED [52] 1/1 1/3
1/10 5/8 16/7 19/20
24/10 25/2 27/25 27/25
28/19 29/16 39/21 41/3
41/20 41/24 41/25 42/4
42/5 42/5 42/9 42/11
42/20 44/23 46/5 46/22
48/18 48/23 54/5 70/15

106/8 107/2 112/4
113/9 117/4 128/8
133/25 161/3 161/15
168/17 179/18 187/10
193/14 197/1 212/22
215/2 215/18 235/8
250/8
United States [40]
16/7 19/20 24/10 25/2
27/25 27/25 28/19
29/16 39/21 41/3 41/24
41/25 42/4 42/5 42/5
42/9 42/11 42/20 44/23
46/22 48/18 48/23
70/15 86/18 94/19
106/8 107/2 117/4
128/8 133/25 161/3
161/15 168/17 179/18
187/10 197/1 212/22
215/2 215/18 250/8
United States of [1]
5/8
United States versus
Martinez [1] 235/8
universe [1] 127/5
University [1] 210/16
unknown [2] 15/4
238/9
unlawful [8] 42/13 55/7
70/4 94/11 109/8
111/18 113/15 171/20
unless [9] 40/1 59/23
66/20 177/11 192/8
202/7 202/23 208/6
212/11
unlike [1] 202/17
unlikely [1] 65/3
unnecessary [7]
147/24 172/18 180/24
185/16 185/23 186/6
186/13
unpack [1] 170/4
unquestionably [1]
163/18
unquote [1] 105/9
unsafe [1] 25/19
unsending [1] 227/10
unsent [1] 85/3
unserious [1] 95/25
unsolicited [3] 209/8
215/13 215/16
unsupported [2] 138/9
138/13
unsure [1] 30/19
until [8] 22/1 30/24
64/13 66/16 83/25
135/12 143/4 220/16
untimely [1] 236/20
unusual [1] 213/8
up [62] 11/1 12/25
17/11 25/4 35/7 36/23
37/17 42/15 49/21
53/25 55/17 56/9 60/16
61/4 64/8 64/19 70/12
75/12 76/20 77/13
78/23 79/6 80/10 81/16
83/22 83/22 84/14

98/19 103/13 114/12
115/4 115/12 122/1
139/1 150/9 157/15
160/9 164/25 167/3
175/25 182/11 186/21
189/19 191/11 192/9
203/8 211/22 214/13
218/23 220/16 220/20
221/24 224/3 224/6
234/23 236/8 241/13
245/17
update [14] 231/16
242/5 242/6 242/9
242/10 242/14 242/16
243/18 244/7 244/25
245/8 245/24 246/13
247/1
updated [2] 231/20
234/2
updates [4] 244/23
246/4 247/7 247/19
upload [2] 242/7 247/7
uploads [1] 246/6
upon [27] 35/15 38/22
45/14 45/17 45/23
46/20 51/16 51/25
72/16 78/15 78/18
84/17 86/3 86/15 88/23
101/23 105/11 114/19
116/14 131/8 138/1
138/4 156/6 159/24
169/25 181/14 209/6
upset [1] 12/11
upward [6] 202/1
202/2 204/11 204/17
205/2 224/20
urban [2] 73/1 89/2
urged [1] 83/2
urging [4] 66/11 70/4
156/6 156/20
us [47] 7/9 9/18 10/8
10/21 15/4 18/8 18/10
18/24 31/6 34/9 52/24
55/17 56/22 57/23
61/22 61/24 61/25
62/20 63/5 63/11 64/1
64/9 64/18 65/15 66/16
75/7 75/9 75/13 80/3
98/21 102/24 118/17
122/2 124/20 139/15
146/21 150/14 173/20
192/11 199/22 202/24
223/3 225/15 226/24
226/25 250/14 251/14
usage [1] 47/21
usdoj.gov [1] 1/19
1/20
use [47] 26/20 34/16
42/18 46/18 47/20 50/8
50/16 55/7 57/11 59/23
60/2 66/14 67/25 76/9
76/21 77/2 79/9 81/6
86/17 89/16 89/18
90/20 92/5 92/6 92/18
94/9 101/24 103/3
103/14 107/1 107/6
113/20 120/2 143/14

153/20 153/20
158/11 158/12 158/13
158/20 164/7 169/9
170/2 181/13 181/19
216/13
used [20] 21/22 23/11
26/22 46/10 46/15
48/22 60/16 60/17 73/3
73/10 120/20 143/8
143/10 154/3 170/6
171/4 222/24 229/2
253/14 253/18
useful [5] 169/9 170/1
218/20 218/20 253/22
user [2] 244/7 244/7
uses [5] 58/20 94/22
158/5 171/6 198/18
ushering [1] 111/10
using [9] 45/22 46/9
47/11 65/10 80/8 88/23
89/24 163/13 164/8
usual [1] 157/10
usually [2] 164/7
222/19
utilization [1] 150/21
utmost [1] 87/7
uttered [1] 118/18
utterly [1] 127/18

**V**

v. [2] 215/23 216/7
vacate [1] 131/15
vacated [1] 162/16
vacuum [1] 184/7
vague [2] 94/2 102/6
Vagueness [1] 94/6
vain [1] 23/24
validated [1] 48/11
Vallejo [38] 4/7 5/13
5/25 6/4 37/19 37/25
39/19 63/18 73/13
73/22 74/1 74/1 74/9
74/13 74/19 83/16 84/1
85/10 89/11 95/16
96/12 102/5 102/19
103/25 104/7 104/23
105/10 106/1 106/7
107/5 116/7 116/10
145/8 188/5 194/2
232/25 237/16 248/6
Vallejo's [10] 38/1 39/6
39/16 73/24 74/24
101/17 103/10 103/14
107/12 133/17
valuable [1] 215/7
value [1] 137/7
vantage [1] 119/5
variance [12] 90/7
90/25 91/1 91/10 91/21
92/2 93/6 93/9 93/12
93/13 200/9 201/13
variety [2] 28/13
132/19
various [7] 6/8 93/19
126/5 135/17 138/6
186/9 219/23
verbally [1] 11/18
verdict [10] 23/23 40/3

verdict... [8] 40/5 40/19 41/8 43/5 43/9 106/7 106/10 125/13
verdicts [8] 40/24 41/1 41/4 41/17 86/11 93/23 111/23 144/11
version [4] 53/25 183/11 183/12 183/13
versus [27] 5/8 39/21 41/3 44/19 47/13 47/15 48/14 94/18 94/20 102/7 106/8 113/9 134/1 146/11 148/12 161/3 161/15 165/20 168/17 179/18 193/14 197/1 215/2 215/18 227/19 235/8 250/8
very [46] 15/8 15/16 28/5 28/22 32/23 33/10 39/14 53/18 57/19 59/7 65/15 70/25 84/20 86/14 86/22 105/11 106/9 113/14 121/1 140/25 142/13 148/16 149/11 163/23 163/23 164/24 168/18 173/16 189/2 194/22 207/2 210/25 211/20 216/25 216/25 217/13 220/19 221/1 226/18 227/23 229/13 236/14 240/4 242/7 246/22 253/5
vest [1] 100/24
veterans [7] 52/9 52/10 55/11 63/4 63/4 102/23 102/23
Vetted [1] 228/21
Vetted OK FL [1] 228/21
vexing [1] 192/18
via [4] 6/4 217/16 230/7 230/9
Vice [3] 28/18 90/4 187/11
victim [11] 6/19 16/6 20/5 20/16 28/6 33/12 152/10 171/15 171/19 172/23 208/25
victims [3] 6/25 8/9 22/15
victory [1] 50/7
video [19] 33/24 35/9 66/25 69/20 72/25 79/13 80/2 89/6 97/19 97/20 101/2 101/3 104/7 130/21 136/19 143/24 227/15 239/17 241/14
videoconference [1] 6/4
videos [3] 53/24 98/12 132/21
view [20] 45/7 51/25 98/14 154/2 154/14 156/10 156/14 176/22 177/6 177/6 177/15 188/19 188/20 210/8

211/19 213/8 213/12
viewed [8] 40/25 50/11 51/15 56/1 69/4 84/8 100/2 138/21
viewing [3] 74/14 105/12 130/3
vindicate [1] 48/1
violate [2] 46/6 204/4
violated [5] 33/1 90/25 112/20 113/21 130/16
violates [1] 205/10
violating [1] 47/17
violation [9] 41/20 47/8 108/25 112/3 117/21 118/2 125/1 125/7 173/5
violence [38] 17/21 18/7 18/8 18/10 27/18 29/9 29/12 29/14 29/17 29/25 31/14 50/12 50/16 50/25 52/3 54/24 55/7 56/3 57/8 57/11 58/13 61/14 63/22 69/24 69/25 71/23 72/12 73/11 74/17 81/13 88/17 88/18 114/11 143/9 143/10 163/2 173/7 189/13
violent [10] 11/11 13/20 18/21 27/1 31/8 32/24 98/25 189/2 189/6 190/3
violently [1] 101/18 101/21
Virginia [6] 24/9 24/22 70/21 123/1 123/3 186/24
virtue [1] 198/15
vision [1] 69/5
visitors [3] 17/2 17/18 128/20
voluminous [2] 132/13 132/17
voluntarily [1] 34/14
volunteers [1] 68/2
vote [11] 11/13 26/12 44/8 48/6 50/21 82/4 82/7 82/11 102/2 110/7 112/8
votes [3] 25/5 48/10 59/21
vs [1] 1/5

W

wade [1] 154/22
wait [4] 59/5 64/13 224/10 244/23
waiting [3] 36/14 83/19 105/21
waive [2] 108/6 236/9
waiving [2] 227/3 227/4
wake [1] 11/1
walk [4] 21/18 36/1 63/9 82/17
walked [1] 12/8
walking [2] 115/12

wandered [1] 189/7
want [20] 22/4 23/10 39/5 40/22 42/15 51/12 56/13 56/23 66/8 81/7 124/5 145/25 146/19 160/1 160/9 162/9 162/19 182/5 182/9 183/3 191/6 191/16 192/2 192/13 194/23 196/12 198/12 199/16 200/5 201/13 203/23 205/3 216/24 217/2 218/9 219/1 222/13 224/5 231/7 240/8 240/19 253/12
wanted [20] 12/11 18/18 29/5 108/3 108/16 139/23 144/20 145/11 151/11 158/20 162/4 162/21 191/10 208/3 208/17 222/7 223/13 223/14 226/11 252/11
wanting [2] 81/24 190/11
wants [7] 61/22 61/25 62/20 160/18 221/22 222/10 243/1
war [22] 44/14 52/14 52/15 54/5 59/24 60/4 60/4 66/5 69/14 73/23 83/4 83/18 90/12 99/3 100/12 100/15 103/5 103/14 104/24 105/18 139/13 142/1
warfare [3] 55/11 73/1 89/2
warm [1] 68/4
warn [1] 54/9
warned [1] 63/8
warrant [8] 96/3 138/7 142/18 144/13 194/14 194/16 220/2 226/12
warranted [2] 167/16 213/3
warranting [1] 220/3
Warriors [1] 64/19
wartime [1] 66/1
warts [1] 54/4
was [566]
Washington [23] 1/5 1/17 3/15 4/9 4/14 52/11 53/11 55/10 55/24 63/5 67/2 72/11 73/4 73/5 87/1 87/14 87/15 100/1 100/23 102/24 103/1 103/24 104/4
wasn't [13] 120/21 122/10 137/11 137/12 148/25 155/13 162/1 165/1 165/14 166/11 186/16 195/15 248/21
watch [1] 53/24
watched [1] 210/13
watching [1] 32/14
Watkins [41] 2/14 5/11

37/8 52/6 54/20 56/10 56/14 57/16 57/19 58/1 67/16 79/22 80/2 80/6 85/2 86/6 87/10 88/13 92/10 109/25 111/8 111/17 111/20 112/1 114/9 118/14 118/18 118/24 119/7 122/22 123/9 141/12 178/9 230/3 235/19 235/20 249/10
Watkins' [4] 77/3 110/24 111/13 118/16
wave [1] 75/13
way [52] 7/10 8/19 13/14 14/17 25/14 31/9 43/13 53/14 58/18 63/25 66/21 67/20 78/15 79/9 81/12 83/12 83/14 83/20 84/1 84/24 85/5 85/12 86/25 87/1 95/11 105/22 118/10 118/25 123/22 132/14 146/10 147/18 155/12 155/24 168/22 171/9 173/17 177/1 178/18 189/3 197/20 199/25 202/12 205/16 210/4 210/7 224/15 228/25 240/16 247/18 248/17 253/20
ways [3] 56/24 148/7 237/4
we [307]
we believe [4] 184/3 191/19 197/10 197/13
we will [16] 19/10 52/10 53/2 53/2 55/10 58/21 59/1 60/3 63/14 63/15 63/17 65/12 65/12 68/9 103/4 221/19
we'd [5] 8/13 154/25 212/18 217/8 224/12
we'll [16] 6/10 6/13 35/18 90/17 107/19 110/1 124/8 146/13 200/12 200/16 202/20 225/19 226/19 253/22 253/23 253/24
we're [26] 36/13 53/21 53/22 83/7 83/7 83/8 83/13 105/18 105/24 107/18 107/24 115/6 115/9 142/3 173/21 181/12 184/16 191/12 198/1 203/23 205/10 220/4 220/15 221/20 223/22 236/11
we've [14] 8/12 14/20 16/23 64/7 65/18 108/23 146/19 157/23 200/6 209/11 211/4 214/21 220/10 222/2
weapon [6] 10/18 76/8 140/12 140/14 140/23 140/24

weapons [17] 29/8 56/12 66/5 72/20 72/23 73/20 86/25 87/7 87/12 87/25 88/21 88/23 104/8 107/9 107/13 140/18 140/21
wearing [3] 81/1 87/14 87/19
wears [1] 100/25
website [3] 137/4 214/19 217/18
Webster's [3] 45/17 45/22 47/22
week [10] 35/11 57/21 57/22 63/20 67/6 123/8 232/22 234/5 234/19 252/23
weekend [2] 34/8 34/9
weeks [4] 50/18 232/9 234/12 234/19
weigh [1] 219/7
weight [6] 79/16 91/1 144/9 166/23 212/15 216/18
Weinberg [3] 3/9 3/10 5/23
welcome [3] 8/20 180/16 217/1
well [57] 9/19 10/4 21/5 21/6 27/22 35/10 35/17 48/24 56/20 57/20 57/22 62/10 64/10 68/8 87/13 95/16 96/14 101/4 108/12 115/17 119/5 119/16 130/25 145/7 147/6 151/14 151/24 151/25 155/10 157/13 157/21 159/10 185/10 186/25 190/8 195/16 195/23 199/2 200/12 201/14 202/20 216/22 220/12 220/12 222/19 223/4 229/20 230/21 233/18 242/12 242/18 244/25 249/22 252/14
well-aware [1] 147/6
well-being [2] 21/5 21/6
well-regulated [1] 62/10
Wellman [2] 251/8 251/11
wellness [1] 20/5
went [13] 12/25 18/10 35/5 35/6 92/9 111/15 167/7 175/13 183/20 218/17 229/23 245/9 248/16
weps [1] 67/21
were [186] 8/18 9/25 10/7 10/8 10/9 10/10 10/12 10/12 10/12 10/13 10/19 12/7 13/6 13/20 14/15 14/15 15/3 15/13 16/2 16/10 17/2 17/3 17/19 18/10 19/23

were... [161] 21/9 22/7
24/9 26/1 27/5 27/14
29/8 29/19 29/22 29/24
30/8 30/23 30/25 31/4
31/18 31/20 32/8 32/23
36/17 37/24 37/25 41/4
41/5 43/7 45/14 48/13
48/16 53/8 53/9 53/10
53/19 54/5 54/10 54/18
55/22 56/19 57/6 59/18
59/21 67/14 69/12
69/15 70/17 72/20
72/23 73/13 74/21
78/10 79/7 79/20 80/14
81/1 81/2 82/3 84/15
84/17 85/15 85/18 86/2
86/11 86/12 87/13 88/3
89/8 90/25 92/11 96/23
96/23 97/8 97/13 97/22
98/2 98/17 101/10
103/7 109/23 111/9
113/2 115/23 115/25
118/7 118/24 119/4
122/22 124/13 127/16
128/2 128/9 129/14
129/25 130/3 130/9
131/1 132/7 132/9
132/16 133/11 133/20
133/22 134/6 134/14
134/20 134/20 135/11
135/12 135/17 136/2
136/3 136/12 137/10
138/9 139/16 140/18
140/20 140/20 144/25
147/23 153/6 159/2
166/6 166/12 173/9
174/13 175/3 184/8
186/15 186/16 186/18
186/18 186/21 186/23
187/16 187/17 188/22
188/23 189/7 189/8
189/18 190/24 191/2
198/24 200/6 208/1
209/23 216/13 229/4
229/15 231/17 232/9
232/10 232/12 232/20
233/16 235/15 243/23
247/6 247/18 248/2
248/5 249/22 250/24
Westlaw [3] 113/10
168/18 183/11
Westlaw 3910549 [1]
113/10
what [238] 7/16 8/4 8/5
10/25 12/13 17/5 20/18
22/17 23/2 23/24 25/22
27/13 30/19 31/12 35/3
36/21 37/1 37/6 39/25
41/1 41/8 43/10 43/11
46/10 46/11 48/3 49/14
49/17 50/2 50/3 51/3
51/14 51/24 52/18
52/18 53/3 54/10 54/14
54/14 55/3 55/19 55/19
58/2 59/13 61/23 62/4
65/24 65/24 66/25 69/9
69/19 70/19 71/2 71/24

81/20 83/6 84/3 85/14
86/4 86/11 90/18 93/10
93/15 93/16 93/24
98/18 99/2 100/9 103/9
103/15 104/14 104/15
105/25 112/15 113/1
113/13 114/14 117/18
119/9 121/10 121/20
121/25 124/5 126/7
126/9 129/18 130/18
130/22 131/25 132/4
139/23 141/14 142/13
147/7 148/8 148/10
148/11 148/11 148/23
149/15 150/3 150/17
150/25 151/1 151/19
152/4 152/11 153/16
154/10 156/15 157/15
159/12 159/18 160/19
162/24 163/25 164/9
164/15 164/25 165/22
165/22 166/12 166/13
167/22 167/23 171/11
171/18 173/4 174/4
174/20 177/17 178/5
179/11 179/17 179/24
180/18 180/19 181/11
182/1 182/10 184/9
184/15 184/23 185/6
185/8 185/13 185/19
186/5 186/6 186/13
189/24 192/16 192/25
194/2 195/8 195/19
196/10 196/25 197/23
198/6 198/13 199/4
199/19 199/20 201/18
203/9 204/2 206/10
206/16 206/21 207/5
207/6 208/24 209/24
213/9 213/21 216/10
216/15 216/16 216/18
217/25 218/7 218/13
219/3 219/16 221/4
221/18 221/21 222/20
223/5 223/12 223/18
224/1 226/2 227/11
227/12 227/12 229/3
229/14 229/20 230/16
231/2 231/13 231/22
232/11 233/4 233/17
233/17 233/19 233/19
234/3 235/2 235/18
235/19 238/12 238/21
239/20 239/23 240/10
240/12 242/18 243/20
243/21 243/22 244/9
244/14 244/16 245/5
246/25 248/4 248/9
251/1 251/13 253/10
what's [5] 115/4
165/19 176/6 225/7
227/8
whatever [11] 17/6
36/24 64/10 65/24
65/25 70/22 138/17
163/5 164/16 181/24
206/15

whatsoever [1]
242/10 242/24 248/7
248/25
when [101] 7/13 10/25
12/2 12/16 12/17 13/5
15/2 15/20 16/9 16/17
20/24 21/24 22/7 25/9
26/6 26/11 29/19 38/21
38/25 41/14 44/1 46/14
47/21 51/1 61/4 61/5
70/19 79/13 83/23 85/8
85/16 85/19 91/21 93/3
101/25 105/12 107/11
124/16 125/12 128/25
129/13 135/11 138/1
140/12 141/3 143/25
148/9 148/14 152/4
153/18 153/20 156/18
159/3 159/12 160/24
163/12 163/14 164/8
165/2 169/17 170/1
170/9 170/19 171/21
172/8 174/3 175/6
175/11 180/4 188/12
189/11 195/17 196/25
198/13 200/25 201/4
211/6 216/6 216/10
220/15 225/4 227/10
227/17 228/5 229/5
229/11 231/22 232/23
236/13 236/20 237/3
237/6 238/18 238/25
239/22 240/3 240/22
243/17 247/9 248/5
251/24
whenever [2] 21/7
108/10
where [41] 9/5 14/18
18/25 22/5 68/12 77/13
104/2 108/18 116/24
117/1 126/21 127/21
130/17 146/22 148/1
152/25 162/8 162/13
163/23 166/2 166/9
168/12 178/20 188/7
188/10 193/21 194/9
197/5 198/15 198/17
202/5 202/7 202/24
204/20 210/9 220/19
224/22 231/5 235/14
239/23 240/24
whereas [2] 117/24
138/2
whether [57] 15/14
20/25 30/13 31/1 35/10
35/12 38/14 40/16
50/21 61/15 81/23
86/11 96/21 100/24
102/15 102/16 111/24
121/16 124/13 127/21
131/21 136/15 140/18
144/24 146/2 149/3
157/17 160/14 176/24
181/19 181/19 182/2
185/8 191/4 191/24
192/14 192/20 193/20
194/14 198/6 208/18
213/3 213/10 213/11

whichever [1] 159/17
while [14] 8/13 10/22
23/21 32/13 34/11 59/5
113/1 117/23 124/23
127/19 176/24 188/9
209/14 226/3
Whip [1] 77/14
White [10] 55/14 60/3

which [175] 11/15
12/22 22/24 25/5 26/14
29/3 34/9 38/10 38/22
41/19 43/16 43/17
43/24 44/7 44/9 44/20
44/25 45/10 45/17
48/10 51/25 52/5 52/20
55/6 55/17 55/21 56/6
58/1 59/13 60/1 60/6
65/3 65/6 65/19 67/1
71/16 72/18 73/2 76/1
76/4 77/10 82/8 84/12
84/12 84/15 84/16
84/22 88/16 90/3 90/8
90/8 90/14 92/23 92/24
93/1 98/8 99/5 101/7
101/13 101/20 103/12
104/11 104/13 105/15
106/4 106/15 106/24
108/24 109/4 109/10
110/1 113/9 113/10
113/24 114/17 116/4
120/11 127/17 129/6
135/3 135/10 142/15
149/10 151/1 151/4
151/13 152/14 154/8
156/17 156/22 158/13
159/11 159/22 159/23
160/16 161/4 161/11
163/18 163/22 165/11
167/2 167/14 169/3
170/6 170/7 170/15
170/24 171/6 171/13
171/16 172/13 172/18
172/22 172/24 173/11
174/4 174/18 175/4
175/17 175/21 176/3
178/19 179/21 179/25
184/21 185/21 186/20
187/2 187/4 187/18
191/13 191/18 191/18
193/16 197/1 198/2
198/20 199/5 200/9
200/10 202/16 202/20
203/20 207/2 207/17
208/25 210/4 210/7
212/22 213/1 214/4
215/5 215/23 216/17
216/20 218/11 219/15
219/16 221/22 222/19
222/22 229/6 230/8
231/2 231/18 232/25
232/25 235/8 237/4
240/21 242/14 243/2
243/10 248/17 253/8

199 101/22 103/4
168/17 178/11 183/2
185/14 250/8
White House [4] 55/14
60/3 101/19 101/22
Whitmore [1] 60/16
who [96] 6/25 7/13
7/18 7/21 8/9 12/21
14/9 14/15 14/22 15/19
16/6 16/8 18/3 18/10
19/20 20/9 20/12 22/7
22/16 22/19 23/9 24/7
24/8 24/10 27/1 27/7
29/18 30/10 31/6 53/8
53/9 54/4 59/18 60/17
62/23 68/11 69/10 71/9
73/17 79/7 79/12 79/13
79/22 79/24 87/16 88/2
94/22 98/13 103/12
104/19 113/4 115/18
121/25 123/1 129/8
129/24 134/1 134/9
136/17 137/19 138/14
140/22 184/10 184/21
185/3 187/16 188/21
188/22 188/24 189/1
189/6 190/2 190/2
190/2 191/10 191/13
191/21 195/11 197/6
198/19 213/19 218/14
219/5 219/23 219/24
221/2 225/15 228/24
229/19 230/16 230/21
235/15 242/19 243/18
248/4 249/22
who's [10] 57/18 62/4
121/11 123/3 177/14
177/21 189/3 189/13
219/2 230/12
whole [6] 36/23 138/22
186/11 193/12 195/1
196/6
whom [4] 28/21 95/20
130/13 177/12
whose [1] 197/7
why [50] 6/18 7/4
12/2 13/24 23/15
23/15 23/15 23/18
23/19 35/21 44/5 45/21
53/13 54/23 54/25 55/2
57/7 58/2 64/18 102/6
107/16 108/18 109/22
111/4 114/14 147/13
149/12 151/9 151/9
154/22 156/11 157/11
168/13 168/20 168/22
170/11 170/18 176/23
183/11 196/9 198/1
219/19 220/18 240/8
241/4 241/19 241/23
247/18 253/10 253/12
wide [1] 175/10
wife [7] 12/6 12/20
13/1 13/3 13/4 13/17
18/14
wife's [1] 13/8
wild [4] 61/22 61/23
62/1 64/7

**will [106]** 7/2 10/24 13/17 14/16 15/12 15/24 16/5 16/8 18/1 19/5 19/9 19/10 19/21 24/1 24/11 27/13 27/15 27/16 32/21 36/21 39/2 41/11 41/14 49/12 51/24 52/10 53/2 53/2 55/10 55/10 55/16 56/22 58/21 59/1 59/3 59/11 60/3 63/4 63/5 63/9 63/14 63/15 63/17 64/3 64/13 64/24 65/6 65/8 65/12 65/12 65/22 65/23 67/23 68/9 73/18 75/9 75/11 75/21 86/2 88/21 88/24 89/11 97/3 102/24 103/4 104/19 110/22 112/14 112/15 120/20 121/1 121/4 123/6 125/21 127/9 130/25 134/22 150/14 155/11 160/2 162/16 164/25 168/7 176/23 178/4 185/2 192/4 199/16 218/11 218/13 218/19 218/22 221/18 221/19 222/23 222/23 223/3 223/20 225/15 225/16 230/20 230/21 242/19 249/22 249/23 252/25

**willfully [1]** 125/5
**William [8]** 3/2 3/3 4/2 4/11 5/21 143/23 255/2 255/8
**William Isaacs [1]** 143/23
**William Shipley [1]** 5/21
**willing [5]** 34/7 34/13 34/13 53/10 62/4
**willingness [4]** 54/24 107/6 107/12 116/16
**Wilson [1]** 221/3
**win [1]** 52/14
**windows [2]** 25/24 26/9
**winner [2]** 50/19 52/13
**wipes [1]** 240/3
**wise [1]** 66/5
**wish [8]** 6/16 6/20 33/15 56/19 145/20 146/14 155/1 188/4
**wishes [2]** 200/1 208/6
**Wite [1]** 14/23
**Wite-Out [1]** 14/23
**withdrew [1]** 228/23
**withheld [3]** 126/6 129/23 130/7
**within [14]** 27/2 70/15 94/11 136/2 138/22 147/2 156/22 157/20 158/6 158/7 164/24 169/5 202/16 213/2
**without [20]** 52/15 53/21 55/1 60/14 66/21

92/20 96/9 138/21 140/5 151/21 153/19 156/12 156/12 173/20 213/4 216/13 218/12
**witness [11]** 19/19 129/22 134/5 134/8 152/10 171/1 171/15 171/19 172/23
**witnesses [9]** 6/20 6/25 34/21 38/20 54/3 97/13 129/24 129/25 223/22
**witnessing [1]** 19/2
**women [2]** 20/2 20/4
**won't [10]** 66/16 75/13 82/16 122/20 126/3 139/14 146/18 148/24 148/24 149/12
**wonder [1]** 21/8
**wondering [1]** 81/23
**Woodward [6]** 3/14 3/14 5/18 146/17 155/20 169/4
**word [15]** 27/11 44/4 74/7 105/13 115/10 141/17 150/6 176/7 176/8 176/17 181/6 182/19 182/21 182/22 196/15
**worded [2]** 120/21 179/12
**wording [1]** 180/1
**words [39]** 39/18 51/8 69/15 74/14 75/5 77/5 88/16 90/15 91/2 101/3 103/11 103/17 104/6 104/17 104/25 105/6 115/13 118/19 118/20 121/13 122/12 122/21 138/20 138/21 146/21 149/16 149/20 149/20 149/21 173/13 177/4 178/16 179/20 180/4 186/16 204/17 205/6 206/2 206/19
**words: [1]** 107/9
**words: the [1]** 107/9
**wore [1]** 10/9
**work [18]** 12/13 17/24 18/5 20/25 21/14 21/22 21/24 32/3 32/11 32/17 33/4 33/6 71/3 85/19 121/5 195/12 210/15 210/20
**worked [7]** 28/22 29/18 30/10 31/6 31/16 95/12 121/17
**workers [1]** 32/5
**working [7]** 9/20 12/3 19/4 25/1 28/23 30/3 60/7
**workplace [7]** 21/12 26/18 33/1 198/17 198/18 198/20 198/25
**works [4]** 60/9 124/7 210/17 212/4
**world [8]** 24/20 32/1

211/1 211/2 211/19
**worried [1]** 62/5
**worry [6]** 12/8 13/8 18/19 21/5 23/11 194/11
**worrying [1]** 21/4
**worse [2]** 17/12 26/24
**worst [1]** 55/13
**worst-case [1]** 55/13
**worth [3]** 23/25 83/21 148/15
**would [203]** 13/13 15/15 17/8 17/12 17/17 18/19 20/1 25/14 25/15 29/3 30/13 31/1 32/20 34/16 34/19 35/12 43/8 44/7 44/15 45/8 53/10 54/8 54/23 54/25 55/2 58/13 58/18 59/16 60/19 61/7 61/16 62/23 64/18 64/23 68/13 68/17 69/19 69/24 70/14 70/20 70/25 70/25 71/2 72/2 72/7 72/15 73/10 74/20 75/1 78/5 78/10 78/19 78/21 79/18 80/7 81/2 84/3 85/19 87/21 88/3 88/22 95/23 96/11 96/12 96/14 96/16 96/16 96/17 97/14 98/18 99/5 102/23 103/19 105/24 106/15 110/15 112/11 113/14 116/10 116/13 121/10 121/19 121/20 121/21 123/23 125/10 126/20 126/24 127/1 127/6 127/12 127/14 127/20 128/14 129/22 130/17 130/23 132/17 133/6 133/8 135/9 136/9 136/25 137/3 137/17 137/21 137/21 137/25 139/18 144/13 147/17 147/24 148/4 148/11 151/13 153/5 153/13 154/14 155/21 155/25 156/11 156/13 156/16 157/23 158/5 161/7 163/8 163/10 164/13 165/14 169/8 173/12 173/16 173/17 173/18 175/16 175/17 175/18 176/18 177/2 177/4 177/5 177/5 181/16 182/2 184/11 187/14 187/19 188/18 194/7 194/7 194/15 194/21 200/9 202/7 202/8 202/24 203/20 204/10 205/18 205/20 205/22 205/24 206/19 208/18 209/13 209/13 209/24 210/1 210/9 210/19 210/24 211/7 211/8 211/10 211/15 211/22 211/24 213/7

218/12 218/20 218/23 219/16 220/2 223/8 223/21 224/11 224/25 224/25 227/8 231/9 232/4 233/23 234/15 234/18 235/7 237/11 238/1 243/18 247/10
**wouldn't [10]** 25/25 153/3 153/6 153/10 153/11 157/11 178/10 204/8 253/17 253/18
**wounds [1]** 22/18
**wrecked [1]** 15/13
**wrestle [1]** 27/4
**wrinkled [1]** 12/19
**writ [1]** 231/11
**write [22]** 149/8 168/23
**writes [6]** 39/8 74/6 99/10 126/21 193/2 231/6
**writing [1]** 236/21
**written [7]** 36/19 47/22 110/5 110/9 110/10 168/15 196/25
**wrong [10]** 39/24 75/23 119/12 134/19 145/17 176/25 210/23 211/14 217/25 242/19
**wrongdoing [2]** 111/12 111/19
**wrongly [2]** 139/4 145/16
**wrote [13]** 15/1 46/12 47/5 54/13 63/24 64/12 67/16 94/18 94/21 99/18 120/18 185/14 196/24

**Y**

**Yates [3]** 163/22 164/10 176/11
**Yeah [4]** 71/18 223/25 247/12 252/24
**year [12]** 24/22 24/24 159/17 183/4 200/14 200/15 200/17 203/24 203/25 205/14 205/15 207/9
**years [26]** 12/6 16/23 18/3 21/2 23/20 28/13 123/4 158/21 171/23 200/10 200/17 201/17 203/17 205/6 205/7 205/8 206/3 206/5 206/6 206/7 206/8 206/14 206/15 207/7 217/21 251/18
**yell [1]** 75/13
**yelled [1]** 10/22
**yelling [1]** 30/25
**Yep [1]** 124/9
**yes [23]** 7/11 7/24 59/13 59/15 60/10 60/21 65/17 101/23 108/1 149/22 149/24 177/3 183/9 186/23 206/4 206/17 222/17

211/1 211/2 211/19 236/7 241/3 244/2 249/18 252/17
**yesterday [5]** 34/11 35/15 208/13 212/7 236/18
**yet [11]** 31/19 57/4 57/24 147/17 148/6 209/7 212/13 214/13 214/16 221/2 221/14
**York [2]** 136/17 215/19
**you [278]**
**you'll [4]** 14/12 35/19 210/3 249/6
**you're [10]** 163/12 206/10 206/16 211/6 211/25 221/5 226/2 226/4 227/3 246/17
**you've [5]** 24/5 53/24 149/19 186/8 209/22
**You/we [1]** 122/1
**Young [10]** 71/13 71/14 71/18 72/1 76/22 80/25 81/25 235/10 235/10 235/11
**Young's [1]** 88/10
**your [116]** 5/6 5/7 6/23 6/24 7/4 7/10 8/1 8/8 8/17 8/21 8/23 14/2 14/7 14/8 14/16 14/12 14/16 15/25 16/5 16/8 16/12 19/15 19/16 19/18 19/21 20/7 20/22 24/3 24/3 24/4 24/6 24/11 28/3 28/6 28/9 33/9 33/11 33/17 43/4 52/15 52/22 58/23 67/4 107/24 121/25 122/6 144/15 144/20 145/8 146/16 146/18 150/11 154/22 162/11 162/23 166/4 166/19 167/2 177/3 182/25 183/1 183/3 186/1 186/10 186/19 187/23 188/5 188/19 190/8 191/16 194/1 196/13 196/15 197/10 199/3 200/5 202/12 206/17 207/19 209/3 209/5 209/6 210/2 210/8 211/7 211/9 211/24 212/11 214/3 214/22 216/5 217/1 219/11 219/13 219/14 219/17 219/18 219/19 220/8 221/22 224/5 224/12 224/21 224/22 225/2 225/11 230/16 236/4 236/7 240/2 243/10 247/5 249/16 250/11 252/17 253/12
**Your Honor [79]** 5/6 5/7 6/23 6/24 7/4 7/10 8/1 8/8 8/21 8/23 14/2 14/7 14/8 14/16 15/25 16/5 16/8 16/12 19/18 19/21 20/7 24/3 24/6 24/11 28/6 28/9 33/9

**Y**

**Your Honor... [52]**
33/11 33/17 144/20
146/16 146/18 150/11
154/22 162/11 162/23
166/19 167/2 177/3
182/25 183/1 183/3
186/19 187/23 188/5
191/16 194/1 196/13
196/15 199/3 200/5
202/12 206/17 207/19
209/6 210/2 211/9
211/24 212/11 214/3
214/22 216/5 217/1
219/11 219/13 219/14
219/17 219/18 219/19
220/8 221/22 224/21
224/22 225/11 236/4
236/7 247/5 249/16
252/17
**Your Honor's [3]** 8/17
197/10 225/2
**youth [1]** 58/4
**Yvonne [1]** 20/5

**Z**

**Zaremba [4]** 4/11 39/2
255/2 255/8
**Zello [1]** 77/3
**zero [2]** 122/1 248/23
**zip [2]** 26/19 32/13
**Zoom [1]** 236/9