# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3089**  **September Term, 2024**

1:22-cr-00015-APM-1
1:22-cr-00015-APM-2
1:22-cr-00015-APM-3
1:22-cr-00015-APM-4

**Filed On:** January 28, 2025

United States of America,

    Appellee

  v.

Kenneth Harrelson,

    Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098, 23-3111, 23-3112, 23-3113, 23-3114

## O R D E R

Upon consideration of the government's motion to voluntarily dismiss its cross-appeals, it is

**ORDERED** that the motion be granted and Nos. 23-3111, 23-3112, 23-3113, and 23-3114 be dismissed. It is

**FURTHER ORDERED** that the consolidation of Nos. 23-3111, 23-3112, 23-3113, and 23-3114 with No. 23-3089, et al., be terminated. It is

**FURTHER ORDERED**, on the court's own motion, that the following revised briefing format will now apply in these consolidated cases:

    Defendants' Joint Opening Brief
    (not to exceed 30,000 words)　　　　　　　　March 11, 2025

    Appendix　　　　　　　　March 11, 2025

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 23-3089**                                          **September Term, 2024**

| | |
|---|---|
| United States' Brief (not to exceed 30,000 words) | September 11, 2025 |
| Defendants' Joint Reply Brief (not to exceed 15,000 words) | December 11, 2025 |

The Clerk is directed to issue the mandate forthwith in Nos. 23-3111, 23-3112, 23-3113, and 23-3114.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Emily Campbell
Deputy Clerk